# EXHIBIT - A

WR Grace and Co.
Fee Application Preparation
Month ended September 30, 2009

| Date | Hours | Description of Services Provided | | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name: Melissa Noel** | | | | | | |
| | | | | | | |
| 8-Sep | 1.6 | Run Aug 2009 WIPS and send email out to team requesting time and expense details | $ | 127.00 | $ | 203.20 |
| 11-Sep | 0.3 | Prepare Darex 2008 letters and submit to Painter for signoff | $ | 127.00 | $ | 38.10 |
| 11-Sep | 0.2 | Collect August 2008 time and expense details from team | $ | 127.00 | $ | 25.40 |
| 16-Sep | 0.5 | Submit Darex 2008 reports to Yapriak and wrap up Darex 2008 | $ | 127.00 | $ | 63.50 |
| 17-Sep | 1.3 | Create invoices for Darex 2008 and July 2009 | $ | 127.00 | $ | 165.10 |
| 17-Sep | 0.2 | Submit request for time and expense for August 2009 missing | $ | 127.00 | $ | 25.40 |
| 18-Sep | 1.8 | Compile and edit August 2008 reports | $ | 127.00 | $ | 228.60 |
| 19-Sep | 1.9 | Compile and edit August 2008 reports | $ | 127.00 | $ | 241.30 |
| 19-Sep | 0.3 | Reconcile the July 2009 transfers | $ | 127.00 | $ | 38.10 |
| | **8.1** | | | | | |
| | | | | | | |
| **Name: Lynda Keorlet** | | | | | | |
| | | | | | | |
| 3-Sep | 1.1 | Review fee applications and provide comments to M.Noel (Grace) | $ | 227.33 | $ | 250.06 |
| 17-Sep | 0.5 | Review August 2009 fee application draft | $ | 227.33 | $ | 113.67 |
| | **1.6** | | | | | |
| | | | | | | |
| **Totals** | **9.7** | **Total Grace Time Tracking Charged Hours** | | | $ | **1,392.43** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended September 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 11.0 | $ 6,406.40 |
| John Bishop | Audit Partner | 10+ | Integrated Audit | $ 935.99 | 2.0 | $ 1,871.98 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 3.5 | $ 2,266.95 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 29.0 | $ 20,256.50 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | $ 560.88 | 3.4 | $ 1,906.99 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 18.2 | $ 7,003.36 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 1.7 | $ 697.36 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $410.21 | 73.3 | $ 30,068.39 |
| Alison Garleb | Audit Manager | 6 | Integrated Audit | $290.83 | 55.1 | $ 16,024.73 |
| Brian C Wiegmann | Audit Manager | 6 | Integrated Audit | $477.52 | 6.0 | $ 2,865.12 |
| Barry Berkowitz | Audit Senior Associate | 3 | Integrated Audit | $391.16 | 8.0 | $ 3,129.28 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $220.98 | 19.3 | $ 4,264.92 |
| Craig T. Chu | Audit Senior Associate | 3 | Integrated Audit | $368.30 | 1.0 | $ 368.30 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $218.40 | 25.3 | $ 5,525.52 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | $242.57 | 1.7 | $ 412.37 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 61.1 | $ 13,889.86 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | $351.12 | 6.5 | $ 2,282.28 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 75.1 | $ 15,737.21 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $220.98 | 17.7 | $ 3,911.35 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $156.21 | 49.9 | $ 7,794.89 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $156.21 | 75.7 | $ 11,825.10 |
| Ryan P Boyle | Audit Associate | 1 | Integrated Audit | $153.67 | 34.9 | $ 5,363.09 |
| | TOTAL | | | | 579.4 | $ 163,871.95 |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name:**     **George Baccash**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/16/2009 | 5.0 | Tax Lean Event |
| 9/17/2009 | 1.0 | Tax Lean teleconference |
| 9/21/2009 | 2.0 | German tax discussion with Tom and Justin, and with Alan. |
| 9/24/2009 | 2.0 | German issue review |
| 9/28/2009 | 0.5 | Call with PwC Germany to discuss the Glaxo case and its impact on Grace. |
| 9/29/2009 | 0.5 | Call with A Gibbons (Grace) regarding German Glaxo case |
| | **11.0** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name:    **John Bishop**

| | | |
|------|-------|-----------------------------------|
| 23-Sep | 1.0 | Internal meeting with B. Berkowitz (PwC) and B. Wiegmann (PwC) to discuss issues identified and analysis |
| 23-Sep | 1.0 | Review client responses and review internally prepared analysis. |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name:          John Newstead

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Sep | 0.2 | Email regarding Grace systems testing |
| 11-Sep | 0.5 | Update from D. Sands (PwC) regarding testing. |
| 15-Sep | 0.6 | Review of SOD review |
| 16-Sep | 0.5 | Review of testing |
| 18-Sep | 0.7 | Review of testing |
| 30-Sep | 1.0 | Review of working papers |
| | **3.5** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**  Tom E. Smith

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 1-Sep | 1.0 | Review of materials for audit committee meeting |
| 2-Sep | 0.7 | Review of materials for audit committee meeting |
| 2-Sep | 0.3 | Discussion of audit issues with team |
| 3-Sep | 0.4 | Conference call with J. Bray (PwC) to discuss GCP disposals |
| 3-Sep | 1.1 | Conference call w/D. Michael and B. Dockman (Grace) to discuss UAE audit issues |
| 3-Sep | 0.5 | Research accounting question regarding reporting units |
| 8-Sep | 2.1 | Team meeting to discuss audit status |
| 8-Sep | 0.8 | Review of materials for audit committee meeting |
| 8-Sep | 0.6 | Call with M. Tomkins (Audit Committee) to discuss audit committee meeting |
| 9-Sep | 0.4 | Review of materials for audit committee meeting |
| 9-Sep | 0.8 | Meet with H. LaForce (Grace) to discuss audit committee meeting |
| 9-Sep | 0.4 | Meet with E. Filon (Grace) to discuss 2009 tax issues |
| 9-Sep | 0.9 | Review of 2009 audit work |
| 10-Sep | 2.5 | Audit committee meeting |
| 11-Sep | 1.0 | Review of environmental reserve testing plan with P. Katsiak and A. Garleb (both PwC) |
| 15-Sep | 0.9 | Call with PwC UAE team to discuss audit issues |
| 15-Sep | 0.1 | Review of audit workpapers |
| 17-Sep | 1.0 | Call with J. Bray and L. Keorlet (both PwC) to discuss audit plan and budget |
| 20-Sep | 0.6 | Review of summary of German court opinion on tax matter |
| 20-Sep | 0.4 | Read bankruptcy report #195 for summary of WR Grace activity |
| 22-Sep | 0.7 | Discuss 8-Ks and press releases with H. LaForce (PwC) |
| 22-Sep | 1.2 | Team meeting to discuss audit status |
| 22-Sep | 0.6 | Review of WR Grace press releases related to disposals and financial statement projections |
| 24-Sep | 1.0 | Review fee information for purposes of discussion with H. LaForce (Grace) |
| 25-Sep | 1.9 | Review of MD&A and press release |
| 25-Sep | 2.1 | Meeting with H. LaForce, T. Dyer, B. Dockman, M. Conron (all Grace), J. Bray (PwC) related to MD&A, press release and audit fees |
| 28-Sep | 0.5 | Conference call with PwC Germany regarding tax matter |
| 30-Sep | 1.3 | Meeting with Grace management to discuss Q3 environmental and divestments reserves |
| 30-Sep | 0.9 | Discuss testing of Q3 disposals with J. Bray  and L. Keorlet (PwC) |
| 30-Sep | 0.7 | Review press release for disposals |
| 30-Sep | 1.6 | Review audit testing of third quarter issues |
| | **29.0** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**          **Kevin Tom**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4-Sep | 1.1 | Conference call with WR Grace to discuss valuation of the Advanced Refining Technologies (ART) Joint Venture. |
| 8-Sep | 1.3 | Review of WR Grace valuation analysis of Advanced Refining Technologies (ART) for purpsoses of determining the gain loss on the sale of a 5% interest in the ART joint venture. |
| 14-Sep | 1.0 | Review PwC questions on valuation and incorporate comments. |
| **3.4** | | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**      **Lawrence Brager**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9-Sep | 0.6 | Discussions regarding the ART deconsolidation tax impact |
| 16-Sep | 8.3 | Tax Process Improvement Meeting |
| 17-Sep | 7.1 | Tax Process Improvement Meeting |
| 18-Sep | 2.2 | Tax Process Improvement Meeting |
| | **18.2** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name:**     **Dave Sands**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 28-Sep | 0.4 | Discussion of status and issues with B. Czajkowski (PwC). |
| 28-Sep | 1.3 | Reviewing international instructions and scope planning. |
| | **1.7** | **Total Grace Financial Statement Audit Charged Hours** |

WR Grace & Co.
Time Summary Report - Audit
Month Ended September 30, 2009

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**      Justin Bray

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Sep | 0.6 | Call with T Smith (PwC) |
| 1-Sep | 0.4 | Call with A Garleb (PwC) and L Keorlet (PwC) |
| 1-Sep | 0.3 | Call with E Bull (Grace) |
| 1-Sep | 0.4 | Call with D Hughes (PwC) and A Garleb (PwC) |
| 1-Sep | 0.7 | Review of Audit Committee materials |
| 1-Sep | 0.7 | Coordination with international teams |
| 1-Sep | 0.2 | Review of ART valuations |
| 2-Sep | 1.2 | Call with L Keorlet (PwC) and T Smith (PwC) |
| 2-Sep | 1.1 | Review of Audit Committee materials |
| 3-Sep | 0.8 | Call with E Bull (Grace), B Dockman (Grace), D Michael (Grace) and T Smith (PwC) |
| 3-Sep | 0.3 | Call with B Dockman (Grace) |
| 3-Sep | 0.7 | Call with T Smith (PwC) |
| 4-Sep | 0.1 | Call with B Dockman (Grace) |
| 4-Sep | 0.1 | Call with T Smith (PwC) |
| 4-Sep | 0.4 | Review status of planning |
| 8-Sep | 1.9 | Meeting with T Smith (PwC), A Garleb (PwC), L Koerlet (PwC), and P Katsiak (PwC) |
| 8-Sep | 0.1 | Meeting with B Dockman (Grace) |
| 8-Sep | 0.2 | Call with A Garleb (PwC) |
| 8-Sep | 0.8 | Call with D Hughes (PwC), K Tom (PwC), and A Garleb (PwC) |
| 8-Sep | 0.6 | Review management valuations of ART |
| 8-Sep | 0.9 | Review Grace Board and Audit Committee meeting packages |
| 8-Sep | 1.2 | Review planning activities |
| 8-Sep | 0.9 | Coordination with international teams |
| 9-Sep | 0.4 | Call with A Garleb (PwC) and the PwC Tax team |
| 9-Sep | 0.2 | Meeting with E Filon (Grace) and T Smith (PwC) |
| 9-Sep | 0.4 | Meeting with H La Force (Grace) and T Smith (PwC) |
| 9-Sep | 0.4 | Read Grace "Bankruptcy News" relating to the status of emergence |
| 9-Sep | 0.7 | Review management valuations of ART |
| 9-Sep | 0.9 | Research SEC regulations relating to significant equity method investments |
| 9-Sep | 0.6 | Review Grace Board and Audit Committee meeting packages |
| 9-Sep | 0.5 | Call with T Smith (PwC), A Garleb (PwC), and L Keorlet (PwC) |
| 9-Sep | 1.2 | Review accounting for ART JV |
| 10-Sep | 2.1 | Audit Committee meeting |
| 10-Sep | 0.3 | Meeting with B Dockman (Grace) |
| 10-Sep | 0.8 | Research accounting for business combinations |
| 10-Sep | 1.8 | Research accounting for divestments |
| 10-Sep | 0.9 | Review of planning documentation |
| 10-Sep | 0.4 | Review accounting for ART JV |
| 10-Sep | 0.2 | Meeting with E Bull (Grace) |
| 10-Sep | 0.6 | Review of significant matters |
| 11-Sep | 0.9 | Call with B Dockman (Grace), E Bull (Grace), D Pate (Grace), and representatives from Chevron for the ART Audit Committee |
| 11-Sep | 0.4 | Call with B Dockman (Grace) |
| 11-Sep | 0.8 | Review accounting for ART JV |
| 11-Sep | 1.1 | Research accounting for divestments |
| 14-Sep | 0.5 | Call with D Hughes (PwC), K Tom (PwC), and A Garleb (PwC) |
| 14-Sep | 1.1 | Call with D Hughes (PwC), K Tom (PwC), A Garleb (PwC), L Keorlet (PwC), T Dyer (Grace), and T Petti (Grace) |
| 14-Sep | 0.5 | Call with B Berkowitz (PwC) and B Wiegman (PwC) |
| 14-Sep | 0.9 | Research accounting for divestments |
| 15-Sep | 0.7 | Call with T Smith (PwC) and PwC Dubai |

| | | |
|---|---|---|
| 15-Sep | 0.3 | Call with L Keorlet (PwC) |
| 15-Sep | 0.2 | Research accounting for divestments |
| 16-Sep | 0.3 | Call with B Berkowitz (PwC) and B. Wiegmann (PwC) |
| 16-Sep | 6.2 | Meeting in Grace location in Boca Raton for Tax LEAN week |
| 16-Sep | 1.7 | Meeting with L Keorlet (PwC), L Brager (PwC), J Calvo (PwC), and R Fincher (PwC) |
| 17-Sep | 0.7 | Call with V Leo (Grace) |
| 17-Sep | 1.0 | Call with T Smith (PwC) and L Keorlet (PwC) |
| 17-Sep | 0.3 | Call with V Leo (Grace) |
| 17-Sep | 4.8 | Meeting in Grace location in Boca Raton for Tax LEAN week |
| 18-Sep | 0.9 | Call with V Leo (Grace) |
| 18-Sep | 1.1 | Meeting in Grace location in Boca Raton for Tax LEAN week |
| 18-Sep | 0.4 | Review of planning documentation |
| 18-Sep | 2.1 | 50% Travel time from Grace - Boca Raton to Baltimore |
| 21-Sep | 0.4 | Correspondence with international teams |
| 21-Sep | 0.7 | Call with V Leo (Grace) |
| 21-Sep | 0.5 | Call with T Smith (PwC) and G Baccash (PwC) |
| 21-Sep | 0.3 | Review client documentation of divestments |
| 22-Sep | 2.3 | Review client documentation of divestments |
| 22-Sep | 0.8 | Meeting with B Dockman (Grace) |
| 22-Sep | 2.1 | Meeting with T Smith (PwC), A Garleb (PwC), L Koerlet (PwC) |
| 22-Sep | 0.6 | Call with V Leo (Grace) |
| 22-Sep | 0.7 | Meeting B Collins (Grace) |
| 22-Sep | 0.7 | Review of planning documentation |
| 22-Sep | 0.9 | Review of planning documentation |
| 23-Sep | 0.4 | Call with B Berkowitz (PwC) and B Wiegmann (PwC) |
| 23-Sep | 0.6 | Call with K Blood (Grace) and J Wagner (Grace) |
| 23-Sep | 0.3 | Review client documentation of divestments |
| 24-Sep | 0.5 | Call with T Smith (PwC) |
| 24-Sep | 0.9 | Documentation of planning |
| 24-Sep | 0.4 | Review of Grace press releases |
| 25-Sep | 0.9 | Review of Grace press releases |
| 25-Sep | 2.0 | Meeting with H La Force (Grace), T Smith (PwC), B Dockman (Grace), T Dyer (Grace), and M Conron (Grace) |
| 28-Sep | 0.6 | Call with T Smith (PwC), G Baccash (PwC) and PwC Germany team |
| 29-Sep | 0.2 | Call with A Garleb (PwC) |
| 29-Sep | 1.7 | Review of accounting for divestments and the related press release |
| 30-Sep | 0.2 | Meeting with B Dockman (Grace) |
| 30-Sep | 0.7 | Meeting with T. Smith (PwC) and A Garleb (PwC) |

| | |
|---|---|
| **73.3** | **Total Grace Financial Statement Audit Charged Hours** |

WR Grace & Co.
Time Summary Report - Audit
Month Ended September 30, 2009

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name:**      Alison Garleb

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 1-Sep | 0.8 | Read and respond to Grace emails |
| 1-Sep | 0.2 | Review documents around ART deconsolidation |
| 1-Sep | 0.3 | Research and discuss the Pegasus transaction with L. Keorlet (PwC) |
| 1-Sep | 0.8 | Listen to webcast to gain information on CFATS |
| 1-Sep | 0.4 | Discuss audit status with J. Bray and L. Keorlet (PwC) |
| 1-Sep | 0.3 | Discuss ART deconsolidation valuation with J. Bray and D. Hughes (PwC) |
| 1-Sep | 0.5 | Discuss Pegasus transaction with L. Keorlet (PwC) and L. Breaux and D. Collins (Grace) |
| 2-Sep | 0.6 | Read and respond to Grace emails |
| 2-Sep | 0.7 | Review audit committee materials |
| 2-Sep | 0.2 | Discuss audit status with L. Keorlet (PwC) |
| 2-Sep | 0.3 | Discuss benefits and inventory with L. Keorlet (PwC) and T. Puglisi (Grace) |
| 2-Sep | 0.5 | Discuss the audit committee materials with T. Smith, J. Bray, and L. Keorlet (PwC) |
| 2-Sep | 0.5 | Discuss audit committee material comments with B. Dockman (Grace) |
| 2-Sep | 0.9 | Review documents around ART deconsolidation |
| 2-Sep | 0.2 | Review Q2 binders for filing |
| 2-Sep | 0.3 | Review Fraud Risk Assessment Memo |
| 3-Sep | 0.9 | Discuss Project Surf with T. Smith (PwC) |
| 3-Sep | 2.5 | Research goodwill for Project Surf |
| 3-Sep | 0.3 | Discuss audit status with T. Smith and L. Keorlet (PwC) |
| 3-Sep | 0.5 | Review planning documentation |
| 3-Sep | 0.3 | Discuss audit status with T. Smith, J. Bray, and L. Keorlet (PwC) |
| 3-Sep | 0.7 | Discuss Project Surf with B. Dockman and V. Leo (Grace) |
| 3-Sep | 0.2 | Read and respond to Grace emails |
| 3-Sep | 0.3 | Review scoping documentation |
| 8-Sep | 1.4 | Review documents around ART deconsolidation |
| 8-Sep | 2.0 | Discuss audit status with T. Smith, J. Bray, L. Keorlet, and P. Katsiak (PwC) |
| 8-Sep | 1.0 | Discuss ART deconsolidation with T. Smith and J. Bray (PwC) |
| 8-Sep | 0.3 | Review documents around divestments |
| 9-Sep | 1.3 | Review documents around ART deconsolidation |
| 9-Sep | 1.7 | Review divestments and attend divestments meeting with P. Katsiak (PwC) and J. Bahorich (Grace) |
| 9-Sep | 0.7 | Read and respond to Grace emails |
| 9-Sep | 0.5 | 50% Travel time to Grace from the office for meetings |
| 9-Sep | 1.0 | Discuss GCP divestments with L. Keorlet (PwC) and V. Leo (Grace) |
| 9-Sep | 0.6 | Discuss ART deconsolidation with T. Smith, J. Bray, and L. Keorlet (PwC) |
| 9-Sep | 0.4 | Discuss audit committee materials with T. Smith, J. Bray, and L. Keorlet (PwC) |
| 9-Sep | 0.5 | Discuss ART deconsolidation with J. Bray, G. Baccash, L. Brager, and J. Calvo (PwC) |
| 9-Sep | 1.1 | Review documents in regard to Project Surf |
| 9-Sep | 0.2 | Discuss audit status with L. Keorlet (PwC) |
| 10-Sep | 2.1 | Research & discuss the ART deconsolidation with T. Smith and J. Bray (PwC) |
| 10-Sep | 2.1 | Research & discuss Project Surf with T. Smith and J. Bray (PwC) |
| 10-Sep | 0.6 | Read and respond to Grace emails |
| 10-Sep | 0.3 | Discuss ART deconsolidation and Project Surf with B. Dockman (Grace) |
| 10-Sep | 0.4 | Review our environmental testing approach for the audit |
| 10-Sep | 0.5 | Research and discuss Project Surf with J. Bray (PwC) |
| 11-Sep | 0.9 | Read and respond to Grace emails |
| 11-Sep | 1.0 | Prepare for and discuss environmental with P. Katsiak (PwC) and T. Puglisi and J. McElhenney (Grace) |
| 11-Sep | 0.7 | Review documents on environmental reserves |
| 11-Sep | 0.4 | Review documents around ART deconsolidation |
| 11-Sep | 0.7 | Discuss environmental approach with T. Smith and P. Katsiak (PwC) |

| | | |
|---|---|---|
| 14-Sep | 0.3 | Read and respond to Grace emails |
| 14-Sep | 1.0 | Review documents around ART deconsolidation valuation |
| 14-Sep | 0.1 | Discuss ART deconsolidation valuation with L. Keorlet (PwC) |
| 14-Sep | 0.5 | Discuss ART deconsolidation valuation with J. Bray, L. Keorlet, D. Hughes, M. Michel, and K. Tom (PwC) |
| 14-Sep | 1.0 | Discuss ART deconsolidation valuation with J. Bray, L. Keorlet, D. Hughes, M. Michel, and K. Tom (PwC) and B. Dockman, T. Dyer, T. Petti, W. Alexander, and R. Heaps (Grace) |
| 15-Sep | 0.3 | Discuss pension questions with L. Keorlet (PwC) and T. Puglisi, K. Blood, and J. McElhenney (Grace) |
| 15-Sep | 0.2 | Review planning documentation |
| 16-Sep | 0.8 | Read and respond to Grace emails |
| 17-Sep | 0.2 | Review documents on Project Surf |
| 17-Sep | 0.1 | Read and respond to Grace emails |
| 17-Sep | 2.0 | Review Summary, Plan, & Results |
| 22-Sep | 1.5 | Listen to webcast to gain information on current trends in the Chemicals industry |
| 22-Sep | 0.6 | Prepare and discuss client meetings with J. Bray (PwC) |
| 22-Sep | 1.5 | Discuss audit status with T. Smith, J. Bray, and L. Keorlet (PwC) |
| 22-Sep | 1.0 | Discuss divestments, press release, and other issues with J. Bray (PwC) and B. Dockman (Grace) |
| 23-Sep | 0.4 | Read and respond to Grace emails |
| 25-Sep | 0.5 | Read and respond to Grace emails |
| 28-Sep | 0.3 | Discuss Project Pegasus with B. Dockman and L. Breaux (Grace) |
| 28-Sep | 0.5 | Read and respond to Grace emails |
| 29-Sep | 0.7 | Discuss divestments with P. Katsiak (PwC) |
| 29-Sep | 0.5 | Discuss environmental with P. Katsiak (PwC) and T. Puglisi (Grace) |
| 29-Sep | 0.3 | Discuss divestments with B. Dockman (Grace) |
| 29-Sep | 0.5 | Read and respond to Grace emails |
| 29-Sep | 1.3 | Review Project Pegasus contract and client documentation |
| 30-Sep | 0.5 | Discuss divestments with J. Bray and P. Katsiak (PwC) |
| 30-Sep | 0.5 | Discuss divestments with T. Smith and J. Bray (PwC) |
| 30-Sep | 0.2 | Discuss divestments and environmental with T. Smith and P. Katsiak (PwC) |
| 30-Sep | 1.3 | Attend divestments and environmental meeting with T. Smith and P. Katsiak (PwC) and Grace management |
| 30-Sep | 0.5 | Discuss multi-location instructions with T. Smith, J. Bray, and P. Katsiak (PwC) |
| 30-Sep | 0.4 | Discuss Grace issues with T. Smith and J. Bray (PwC) |

| | |
|---|---|
| **55.1** | **Total Grace Financial Statement Audit Charged Hours** |

WR Grace & Co.
Time Summary Report - Audit
Month Ended September 30, 2009

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**    **Brian Wiegmann**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 15-Sep | 1.0 | Project Surf discussion of transaction summary and identification of issues to analyze |
| 16-Sep | 0.5 | Research issue related to whether the arrangement contains a lease |
| 18-Sep | 1.0 | Internal discussions and formulate questions for audit team to present to client |
| 21-Sep | 0.5 | Review client responses to PwC questions |
| 22-Sep | 0.5 | Review purchase contract |
| 23-Sep | 1.0 | Meeting with J. Bishop (PwC) to discuss issues identified and analysis |
| 23-Sep | 0.5 | Preparation for meeting with audit team |
| 23-Sep | 0.5 | Meeting with audit team to discuss findings of analysis |
| 25-Sep | 0.5 | Review draft summary of analysis for J. Bishop (PwC) |
| | **6.0** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name:**     **Barry Berkowitz**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 15-Sep | 1.0 | Project Surf discussion of transaction summary and identification of issues to analyze |
| 16-Sep | 1.0 | Research issue related to whether the arranagement contains a lease |
| 16-Sep | 1.0 | Research issue related to whether continuing involvments precludes recognition of sale of business |
| 18-Sep | 1.5 | Internal discussions and forumulate questions for audit team to present to client |
| 21-Sep | 0.5 | Review client responses to PwC questions |
| 22-Sep | 0.5 | Review purchase contract |
| 23-Sep | 1.0 | Meeting with J. Bishop (PwC) to discuss issues identified and analysis |
| 23-Sep | 0.5 | Preparation for meeting with audit team |
| 23-Sep | 0.5 | Meeting with audit team to discuss findings of analysis |
| 25-Sep | 0.5 | Draft summary of analysis for J. Bishop (PwC) |
| | **8.0** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name:**     Brett Czajkowski

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Sep | 0.4 | Review and documentation of IT testing approach related to IT outsourcing |
| 3-Sep | 0.3 | Review and documentation of IT testing approach related to IT outsourcing |
| 8-Sep | 0.3 | Discuss ITGC testing results with P. Crosby (PwC) |
| 10-Sep | 0.1 | Discuss security testing approach with P. Crosby (PwC) |
| 10-Sep | 0.1 | Draft testing templates and risk assessment for access to programs and data |
| 11-Sep | 0.6 | Discuss security testing results and approach with R. Boyle (PwC) |
| 11-Sep | 0.5 | Review pre-outsourcing security testing results |
| 15-Sep | 0.4 | Review scoping and foreign instructions |
| 17-Sep | 2.2 | Documentation of SAP upgrade and migration of consolidation system |
| 17-Sep | 0.3 | Meeting with P. Crosby (PwC) to discuss testing status and issues |
| 17-Sep | 0.6 | Review of scoping, foreign team instructions and SAP GL upgrade approach |
| 18-Sep | 1.6 | Program development review and documentation |
| 23-Sep | 0.4 | Meeting with P. Crosby (PwC) to discuss scoping approach and testing results |
| 23-Sep | 1.2 | Review of scoping, foreign team instructions and SAP GL upgrade approach |
| 24-Sep | 1.1 | Review of pre-outsourcing ITGC testing |
| 24-Sep | 1.7 | Review of IA assessment work |
| 28-Sep | 0.6 | Updates to scoping memo and review of approach |
| 28-Sep | 1.4 | Review of testing results |
| 28-Sep | 0.4 | Discussion of status and issues with D. Sands (PwC) |
| 29-Sep | 0.5 | Meeting with P. Crosby (PwC) to discuss application controls scoping |
| 29-Sep | 1.2 | Analysis of application controls scoping and comparison to firm knowledge tools |
| 30-Sep | 0.7 | Meeting with P. Crosby (PwC) to discuss application controls scoping |
| 30-Sep | 0.9 | Meeting with P. Crosby (PwC)and P. Katsiak (PwC) to discuss application controls scoping, reports and spreadsheets testing approach. |
| 30-Sep | 1.8 | Review and comments on Internal Audit reperformance testing and pre-outsourcing ITGC testing |

| | 19.3 | **Total Grace Financial Statement Audit Charged Hours** |
|--|------|---------------------------------------------------------|

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**        **Craig Chu**

| | | |
|------|-------|--------------------------------|
| 15-Sep | 1.0 | Respond to pension classification question from L.Keorlet and A.Garleb (PwC) |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name:                   Jacqueline Calvo

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2-Sep | 0.3 | Discussion with L. Brager (PwC) regarding Budget |
| 3-Sep | 0.3 | Updates to Budget |
| 9-Sep | 1.0 | Conference call regarding  ART Joint Venture |
| 16-Sep | 8.0 | Tax Lean Event |
| 17-Sep | 8.0 | Tax Lean Event |
| 18-Sep | 4.5 | Tax Lean Event |
| 28-Sep | 0.2 | Call with D.Nakashige( Grace) regarding ETR |
| 29-Sep | 2.5 | Research on Dividend Repatriation |
| 30-Sep | 0.5 | Review of updated current tax provision workpapers |
| | **25.3** | **Total Grace Financial Statement Audit Charged Hours** |

| | | |
|------|-------|----------------------------------|
| | **50.6** | **Total Grace Financial Statement Audit Charged Hours** |
| | 0.0 | Time Tracking time (from next tab) |
| | **50.6** | **Total Grace Financial Statement Audit Charged Hours to T&E** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**       **Karen Geung**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 14-Sep | 0.5 | Meeting with L. Keorlet (PwC) to discuss the FY 2009 budget for GCP |
| 15-Sep | 1.2 | Prepared the GCP budget by hours, staff, and month for the FY 2009 budget |
| | **1.7** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name:** | **Lynda Keorlet** | |
| 1-Sep | 0.6 | Track audit progress to date |
| 1-Sep | 0.4 | Discuss audit status with J.Bray and A.Garleb (both PwC) |
| 1-Sep | 0.8 | Coordinate and attend meeting with L.Breaux (Grace) and discuss transaction with A.Garleb (PwC) |
| 1-Sep | 0.2 | Discuss control processes related to financial reporting with T.Mohammed (Grace) |
| 1-Sep | 1.8 | Following up on statutory team data and tracking responses |
| 1-Sep | 0.3 | Discuss control processes from Lake Charles with S.McNeilly (PwC) |
| 2-Sep | 1.2 | Call with J.Bray, T.Smith and A.Garleb (PwC) to prepare for Grace Audit Committee and review management presentations |
| 2-Sep | 0.5 | Meet with E.Bull (Grace) to review Audit Committee materials |
| 2-Sep | 0.9 | Update Fraud Risk Assessment memo |
| 2-Sep | 0.7 | Document acceptance and continuance procedures |
| 2-Sep | 0.6 | Review international team responses and email follow up questions |
| 2-Sep | 0.2 | Discuss 404 status with N.Johnson and P.Katsiak (both PwC, separately) |
| 2-Sep | 0.3 | Follow up with systems team on audit plan and documents |
| 3-Sep | 0.5 | Participate in call to discuss system view of Audit Committee materials with B.Czajkowski (PwC) and A.Garleb (PwC) |
| 3-Sep | 0.3 | Follow up on inventory dates and create draft assignments |
| 3-Sep | 0.5 | Follow up with international locations and gather data |
| 3-Sep | 0.5 | Finalize 2008 to 2009 planning comparison schedules and rollforward |
| 7-Sep | 0.5 | Review codification cross reference and other relevant guidance and forward to Grace contacts |
| 8-Sep | 2.4 | Create meeting agenda and attend internal status meeting with T. Smith, J.Bray, A.Garleb (all PwC) |
| 9-Sep | 0.6 | Discuss proper codification references with S.Hawkins (Grace) and research through PwC guidance |
| 9-Sep | 0.9 | Review documentation and guidance surrounding Project Pegasus |
| 9-Sep | 0.7 | Research Grace's APB 23 assessments and provide to T.Smith (PwC) |
| 9-Sep | 1.6 | Coordinate and attend meeting with V.Leo (Grace) and discuss proposed divestiture transaction with A.Garleb (PwC) |
| 9-Sep | 0.9 | Prepare for and meet with E.Bull (Grace) and D.Anderson (Grace), P.Katsiak (PwC) to discuss SAD remediation |
| 9-Sep | 1.8 | Prepare for and meet with team - S.McNeilly, P.Katsiak, N.Johnson (all PwC) to discuss 404 status |
| 9-Sep | 0.5 | Research Solow transaction treatment |
| 10-Sep | 0.9 | Meet with J.Bray (PwC) to discuss rollforward data for various Grace projects |
| 10-Sep | 0.4 | Prepare for and discuss physical inventory observation process with S.Rahmani (PwC) |
| 10-Sep | 0.6 | Review files on ART deconsolidation |
| 10-Sep | 0.5 | Email statutory audit teams for status updates |
| 11-Sep | 1.4 | Research Venezuela currency situation and translation in highly inflationary economies at request of T.Dyer (Grace) |
| 11-Sep | 1.6 | Research ART and Davison work breakout at request of B.Dockman (Grace) and discuss with J.Bray (PwC) |
| 11-Sep | 0.3 | Review statutory audit team responses and aggregate data |
| 11-Sep | 0.2 | Create internal audit meeting agenda |
| 14-Sep | 1.1 | Prepare for and attend internal audit coordination meeting with Grace internal audit department |
| 14-Sep | 0.5 | Discuss GCP audit plan with K.Geung (PwC) |
| 14-Sep | 0.8 | Review data on ART Deconsolidation and discuss with A.Garleb (PwC), J.Bray (PwC) and transaction services specialists |
| 14-Sep | 1.5 | Prepare for and attend client meeting on ART Deconsolidation with A.Garleb (PwC), J.Bray (PwC), T.Dyer (Grace), R.Neal (Grace) and transaction services specialists |
| 14-Sep | 0.3 | Prepare documentation for treasury walkthrough and discuss with T. Mohamed (Grace) |
| 14-Sep | 0.3 | Coordinate plans for tax lean trip |

| Date | Hours | Description |
|---|---|---|
| 14-Sep | 0.4 | Create 2009 GCP project plan |
| 14-Sep | 1.1 | Research sale leaseback accounting for proposed Grace divestiture |
| 15-Sep | 0.8 | Discuss pension question with K.Blood (Grace) and A.Garleb (PwC) and research |
| 15-Sep | 0.7 | Follow up on audit status and project progress with T.Dyer (Grace) |
| 15-Sep | 0.3 | Review inventory observation schedule |
| 15-Sep | 0.2 | Provide updated 2009 projections to team |
| 15-Sep | 1.0 | Draft 2009 Germany Instruction Memo |
| 15-Sep | 1.5 | 50% travel time, flight to Florida |
| 16-Sep | 1.0 | Attend LEAN process overview meeting with Grace tax staff, Columbia staff and J.Calvo, G.Baccash, J.Bray, L.Brager (all PwC) |
| 16-Sep | 3.5 | Attend LEAN foreign process mapping meeting with Grace tax staff, Columbia staff, international staff and J.Calvo, G.Baccash, J.Bray, L.Brager (all PwC) |
| 16-Sep | 2.5 | Attend LEAN domestic package process mapping meeting with Grace tax staff, Columbia staff and J.Calvo, G.Baccash, J.Bray, L.Brager (all PwC) |
| 16-Sep | 1.0 | Finalize review of 2009 summary plan & results and complete step in database |
| 17-Sep | 1.2 | Attend call with J.Bray and T.Smith (PwC) to discuss 2009 audit progress |
| 17-Sep | 0.3 | Draft follow up email to international locations that have not responded to instructions |
| 17-Sep | 4.8 | Attend PwC tax audit process mapping meeting with Grace tax staff, Columbia staff and J.Calvo, G.Baccash, J.Bray, L.Brager (all PwC) |
| 17-Sep | 1.7 | Attend meeting with Grace tax staff, Columbia staff and J.Calvo, G.Baccash, J.Bray, L.Brager (all PwC) to review LEAN solutions and potential action plans |
| 18-Sep | 0.2 | Discuss 2009 physical inventory  observations with T.Puglisi (Grace) |
| 18-Sep | 2.9 | Attend meeting with Grace tax staff, Columbia staff and J.Calvo, G.Baccash, J.Bray, L.Brager (all PwC) to break out LEAN solutions and action plans for follow up |
| 18-Sep | 2.4 | 50% billable travel time from Florida to Maryland for tax LEAN process |
| 22-Sep | 1.8 | Prepare for and attend call with A.Garleb, J.Bray and T.Smith (PwC) to discuss accounting matters at Grace |
| 22-Sep | 1.2 | Prepare files for meeting with CFO |

**61.1**     **Total Grace Financial Statement Audit Charged Hours**

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:**       **Markus Michel**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 13-Sep | 3.00 | Initial screening of valuation documents |
| 14-Sep | 0.50 | Preparation and meeting with D. Hughes and K. Tom (both) PwC |
| 14-Sep | 3.00 | Catch up on emails and the status of the updated valuation model and coordinate meeting, preparation of client call and client call with T. Petty (Grace), B. Dockman (Grace), T. Dyer (Grace), A. Garleb (PwC), J. Bray (PwC), D. Hughes (PwC), and K. Tom (PwC) to discuss valuation model |
| | **6.5** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| | | |
| **Name:** | **Pavel Katsiak** | |
| | | |
| 1-Sep | 0.9 | Meeting with V. Leo (Grace) for a status update on various Cambridge controls processes testing |
| | | |
| 1-Sep | 0.8 | Meeting with J. Mac (Grace) to discuss the test plan and schedule for controls testing at Cambridge |
| 1-Sep | 2.4 | Documenting controls matrices for inventory |
| 1-Sep | 1.3 | Meeting with J. Danneker (Grace) to discuss controls over Inventory process |
| 1-Sep | 1.1 | Meeting with B. Doyle (Grace) to discuss controls over Procurement process |
| 1-Sep | 1.5 | Meeting with W. Petipas (Grace) to discuss controls over Accounts Receivable process |
| 2-Sep | 0.7 | Meeting with D. Benedict (Grace) to discuss the procurement of direct materials process |
| 2-Sep | 1.2 | Meeting with B. Conlon (Grace) to discuss Treasury process |
| 2-Sep | 3.2 | Documenting controls matrices for inventory |
| 2-Sep | 1.1 | Meeting with W. Diaz (Grace) to discuss the approach for rebates testing/ discussing the support necessary |
| 2-Sep | 1.7 | Conference call with N. Johnson and S. McNeilly (both PwC) to discuss the status of controls testing in other locations |
| 2-Sep | 1.1 | Documenting controls testing over GL close |
| 3-Sep | 0.8 | Meeting with J. Mac (Grace) to discuss open questions on the walkthroughs to be performed |
| | | |
| 3-Sep | 0.6 | Meeting with M. Hayward (Grace) to discuss any open questions for the walkthrough documentation |
| 3-Sep | 2.8 | Testing rebates calculation and rebates liability adjustment recorded |
| 3-Sep | 1.1 | Meeting with J. Hastie (Grace) to discuss new controls and process over customer master list maintenance and procurement of indirect materials |
| 3-Sep | 3.7 | Documenting controls testing over Accounts Receivable |
| 4-Sep | 0.6 | 50% of travel time from Cambridge to Arlington (returning from controls testing trip) |
| 4-Sep | 1.2 | Meeting with V. Leo (Grace) to discuss open items for controls testing/closing meeting |
| 4-Sep | 1.7 | Documenting the testing of controls over rebates calculation and sales order processing |
| 4-Sep | 0.9 | Discussing open questions with M. Hayward and J. Mac (both Grace) for walkthrough documentation and determination of the deadlines |
| 8-Sep | 0.6 | Reviewing documentation of the walkthrough by M. Joy (Grace) for Capital Asset Management |
| 8-Sep | 1.9 | Bi-weekly meeting with PwC audit team (Present: T. Smith, J. Bray, A. Garleb and L. Keorlet) |
| 8-Sep | 2.3 | Updating summary plan and results with the comments from L. Keorlet (PwC) |
| 8-Sep | 3.1 | Reviewing ART valuation model (including follow up with B. Dockman (Grace), recalculation of the value, tracking numbers to financial statements) |
| 8-Sep | 0.8 | Preparing agenda for divestment reserves meeting |
| 9-Sep | 1.3 | Call with A. Garleb (PwC) to discuss ART valuation model and open questions |
| 9-Sep | 0.7 | Meeting with L. Keorlet (PwC) to discuss summary plan and results and audit strategy memo |
| 9-Sep | 1.2 | Meeting with J. Bachorich (Grace) to discuss PwC questions/comments regarding divestment reserves and accounting |
| 9-Sep | 0.4 | Meeting with IA (Present E. Bull, E. Henry and B. Sommersen - from Grace, L. Keorlet - from PwC) to discuss tracking of control deficiencies |
| 9-Sep | 0.9 | Internal status meeting to discuss controls testing; present: L. Keorlet, S. McNeilly. - all PwC |
| 9-Sep | 4.5 | Documenting ART Valuation model |
| 10-Sep | 1.7 | Meeting with J. McEllhenney (Grace) to discuss tracking of legal accrual |
| 10-Sep | 0.7 | Preparing for the meeting to discuss the legal accrual |
| 10-Sep | 4.5 | Documenting/Reviewing ART Valuation Model |
| 10-Sep | 0.5 | Following up with SPA team regarding open questions on audit strategy memo |
| 10-Sep | 0.6 | Assisting S. McNeilly (PwC) with questions regarding controls testing |
| 11-Sep | 0.7 | Meeting with T. Puglisi (Grace) to discuss Environmental Reserves |
| | | |
| 11-Sep | 0.7 | Phone call with T. Smith and A. Garleb (both PwC) to discuss the testing plan for Environmental reserves |
| 28-Sep | 1.1 | Follow up with J. Mac (Grace) on the open items for Cambridge controls testing |
| | | |
| 28-Sep | 2.4 | Review of the database to assess the status of work completed by audit team for controls testing |
| | | |
| 28-Sep | 2.1 | Assisting N. Johnson (PwC) with various issues over the testing approach for Curtis Bay and Elkridge |
| 29-Sep | 1.1 | Meeting with T. Puglisi (Grace) to discuss the updates to Environmental Reserves in Q3 2009 |
| 29-Sep | 1.6 | Reviewing calculation of gain the sale of Firestops business |
| 29-Sep | 1.3 | Reviewing the contract for Membranes business sale |

| | | |
|---|---|---|
| 30-Sep | 1.1 | Quarterly Divestment/Environmental Reserves meeting. Present: H. LaForce, F. Festa and other senior executives - Grace, T. Smith, A. Garleb - PwC. |
| 30-Sep | 2.5 | Meeting with L. Breaux (Grace) to discuss the sale of Membranes Business |
| 30-Sep | 1.5 | Call with V. Leo (Grace) to discuss the sale of Firestops business |
| 30-Sep | 2.9 | Documenting the divestment of Membranes and Firestops businesses |
| | **75.1** | |

WR Grace & Co.
Time Summary Report - Audit
Month Ended September 30, 2009

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| | | **FINANCIAL STATEMENT AUDIT TIME INCURRED** |

**Name:**    **Phillip Crosby**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Sep | 0.3 | Automated controls matrices extraction from 2008 database |
| 1-Sep | 0.5 | Scoping Memo updates |
| 4-Sep | 1.0 | Setup Grace database |
| 4-Sep | 1.8 | Pre-outsourcing controls testing review |
| 4-Sep | 0.8 | Pre-outsourcing controls followup with S. Vanga (Grace) |
| 8-Sep | 0.3 | Grace discussion with B. Czajkowski (PwC) |
| 9-Sep | 0.4 | Grace scheduling updates in Retain |
| 10-Sep | 0.3 | SOD planning/testing setup |
| 10-Sep | 0.3 | Pre-outsourcing controls follow-up with S. Vanga (Grace) |
| 10-Sep | 0.1 | Discuss security testing approach with B. Czajkowski (PwC) |
| 11-Sep | 0.5 | Pre-outsourcing controls testing review |
| 14-Sep | 0.2 | Pre-outsourcing controls followup/additional documentation |
| 15-Sep | 0.8 | Reperformance testing walkthrough, sample selection |
| 16-Sep | 0.3 | Pre-outsourcing controls discussion with R. Boyle (PwC) |
| 17-Sep | 1.9 | Pre-outsourcing controls review with R. Boyle (PwC) |
| 17-Sep | 0.3 | Meeting with B. Czajkowski (PwC) to discuss testing status and issues |
| 21-Sep | 0.6 | Pre-outsourcing controls documentation review |
| 22-Sep | 1.6 | Pre-outsourcing controls follow up with S. Vanga (Grace) and Scoping memo review |
| 23-Sep | 0.4 | Meeting with B. Czajkowski (PwC) to discuss scoping approach and testing results |
| 29-Sep | 2.1 | Automated Controls review |
| 29-Sep | 0.5 | Meeting with P. Crosby (PwC) to discuss application controls scoping |
| 29-Sep | 0.3 | Post-outsourcing testing coordination |
| 30-Sep | 0.7 | Grace automated controls scoping and status discussion with B. Czajkowski (PwC) |
| 30-Sep | 0.8 | Review of SAP workprogram to ID auto controls |
| 30-Sep | 0.9 | Meeting with P. Crosby (PwC)and P. Katsiak (PwC) to discuss application controls |

| | | |
|------|-------|----------------------------------|
| | **17.7** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name:**    **Kristina Johnson**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 2-Sep | 1.30 | Updating 404 statuses and discussions of open items. |
| 2-Sep | 0.10 | Finalizing Q2 workpapers for archiving. |
| 2-Sep | 1.50 | Attending 404 status meeting with P. Katsiak (PwC). |
| 2-Sep | 0.30 | Documenting Curtis Bay Poly Inventory 404 testing. |
| 2-Sep | 0.30 | Documenting General Ledger Close 404 matrices. |
| 3-Sep | 1.30 | Documenting Davison General Ledger Close 404 matrices. |
| 3-Sep | 0.30 | On a call with J. Johansen (Grace) discussing Curtis Bay Centralized Inventory 404 testing. |
| 3-Sep | 0.20 | On a call with A. Jordan (Grace) discussing Curtis Bay Centralized Inventory 404 testing. |
| 3-Sep | 0.80 | Documenting Curtis Bay Centralized Inventory 404 matrices and cycle count sample. |
| 8-Sep | 0.20 | Documenting Incentive Compensation 404 matrices. |
| 8-Sep | 0.30 | Choosing the selections for Payroll 404 testing. |
| 8-Sep | 0.40 | Corresponding with Internal Audit on status of 404 testing and scheduled work. |
| 8-Sep | 0.60 | Discussing 404 testing questions with P. Katsiak (PwC). |
| 8-Sep | 0.50 | Scheduling walkthroughs for 404 testing of Payroll and Incentive Compensation. |
| 9-Sep | 1.50 | Preparing and meeting with A. Ruff (Grace) for walkthrough of the incentive compensation process. |
| 9-Sep | 0.10 | Discussing Elkridge testing with P. Katsiak (Grace). |
| 9-Sep | 1.30 | Documenting Curtis Bay Poly Inventory 404 matrices. |
| 9-Sep | 1.00 | Documenting Curtis Bay Centralized Inventory 404 matrices. |
| 9-Sep | 0.60 | Preparing and meeting with P. Estes (Grace) for walkthrough of the changes in payroll process. |
| 9-Sep | 0.20 | Preparing for cycle count testing at Elkridge. |
| 9-Sep | 1.80 | Attending and preparing for audit team meeting on status of 404 matrices. |
| 9-Sep | 0.20 | Discussing payroll testing with P. Katsiak (Grace). |
| 10-Sep | 0.50 | Preparing and meeting with P. Stuard (Grace) for walkthrough of the incentive compensation process. |
| 10-Sep | 0.30 | On a call with B. Kellee (Grace) about SAP reports for Centralized Inventory 404 testing. |
| 10-Sep | 1.00 | Preparing and meeting with K. Franks (Grace) for walkthrough of the incentive compensation process. |
| 10-Sep | 0.50 | Discussing Elkridge testing with P. Katsiak (Grace). |
| 10-Sep | 0.40 | Preparing for cycle count testing at Elkridge. |
| 11-Sep | 0.60 | 50% Travel time to and from Elkridge for cycle count testing. |
| 11-Sep | 7.20 | Testing and performing the inventory count at Elkridge warehouse. |
| 11-Sep | 0.50 | Documenting General Ledger Close 404 matrices. |
| 22-Sep | 0.80 | Documenting the Plan Cycle Count step. |
| 22-Sep | 1.60 | Documenting and testing the cycle count at Elkridge. |
| 22-Sep | 0.80 | Documenting the walkthrough for Elkridge processes. |
| 22-Sep | 1.00 | Documenting Curtis Bay Centralized Inventory 404 matrices. |
| 22-Sep | 0.50 | Documenting General Ledger Close 404 matrices. |
| 23-Sep | 2.50 | Documenting cycle count steps for 404 and observe and plan cycle count. |
| 24-Sep | 2.30 | Testing cycle counts for Centralized Inventory 404 matrices. |
| 24-Sep | 0.80 | Calling M. LeBelle (Grace) and discussing Elkridge testing in SAP. |
| 25-Sep | 1.00 | Documenting cycle counts for Centralized Inventory 404 matrices. |
| 25-Sep | 1.00 | Documenting General Ledger Close 404 matrices. |
| 28-Sep | 3.90 | Documenting Incentive Compensation 404 matrices and selecting testing. |
| 28-Sep | 0.50 | Documenting Curtis Bay Centralized Inventory 404 matrices. |
| 28-Sep | 0.30 | Documenting Payroll 404 matrices. |

| | | |
|---|---|---|
| 29-Sep | 1.00 | Attending Town Hall meeting. |
| 29-Sep | 0.60 | Researching policy changes in General Ledger Close processes. |
| 29-Sep | 0.60 | Documenting Davison General Ledger Close 404 matrices. |
| 29-Sep | 0.70 | Updating 404 status of matrices. |
| 30-Sep | 0.50 | Documenting Davison General Ledger Close 404 process flowcharts. |
| 30-Sep | 2.70 | Creating the third quarter database. |
| 30-Sep | 1.00 | Discussing 404 questions with P. Katsiak (PwC) |

**49.9**    **Total Grace Financial Statement Audit Charged Hours**

WR Grace & Co.
Time Summary Report - Audit
Month Ended September 30, 2009

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:** Shawn McNeilly

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Sep | 0.3 | Discuss testing procedures with L. Keorlet (PwC), regarding Curtis Bay. |
| 1-Sep | 2.3 | Obtain accurate screenshots and proper documentation from M. Blessing, (Grace), Accounts Payable Manager at Lake Charles, LA. |
| 1-Sep | 2.2 | Obtain an understanding of Capital Assets Management with J. Couste (Grace) for Lake Charles, LA. |
| 1-Sep | 0.5 | Document change in Capital Assets Management in regards to management location for controls. |
| 1-Sep | 1.7 | Obtain an understanding of Sales/Order Processing with J. Couste (Grace) for Lake Charles, LA. |
| 1-Sep | 2.5 | Answer walkthrough documentation and matrix questions with A. Kenny (Grace), IA regarding testing at Lake Charles, LA. |
| 1-Sep | 1.0 | Document supporting evidence received from J. Couste (Grace) for Goods Receipts / Goods Issued to date. |
| 1-Sep | 0.5 | Inquire and follow up with support needed from K. Chen (Grace), IA, for testing of controls at Lake Charles, LA. |
| 2-Sep | 0.8 | Conference call with P. Katsiak (PwC) to discuss the status of control testing. |
| 2-Sep | 1.8 | Document walkthrough matrix / control testing for Accounts Payable. |
| 2-Sep | 1.0 | Answer walkthrough documentation and matrix questions with A. Kenny (Grace), IA regarding testing at Lake Charles, LA. |
| 2-Sep | 2.6 | Follow up questions for control testing with M. Blessing (Grace), Accounts Payable Manager at Lake Charles, LA. |
| 2-Sep | 0.5 | Discuss status of control testing with E. Henry (Grace) & A. Kenny (Grace), IA. |
| 2-Sep | 1.6 | Document supporting evidence received from J. Couste (Grace) for Goods Receipt / Goods Issued to date. |
| 2-Sep | 2.7 | Review walkthroughs & testing controls of Lake Charles for accuracy and completeness. |
| 3-Sep | 1.5 | 50% travel time to Lake Charles |
| 3-Sep | 1.4 | Create oustanding lists of work for sections regarding Lake Charles: Sales/Order Processing, Procurement, Accounts Payable, Capital Assets Management, & Inventory. |
| 3-Sep | 0.2 | Review and verify evidence for Goods Receipts / Goods Issued for Lake Charles, LA. |
| 3-Sep | 2.0 | 50% Travel time from Lake Charles to Chicago |
| 8-Sep | 1.3 | Discussion and follow up with J. Couste (Grace) for further documentation requested for Goods Receipt / Goods Issued, additional testing, and results for Lake Charles, LA. |
| 8-Sep | 1.8 | Review and document additional support received for FX review by M. Joy (Grace) & K. Blaney (Grace). - ECCS |
| 8-Sep | 0.5 | Discussion with T. Puglisi (Grace) regarding ECCS process and review of controls documentation. |
| 8-Sep | 1.0 | Set up walkthrough matrix documentation for Financial Reporting. |
| 8-Sep | 2.9 | Wrap up documentation for Lake Charles and create project management notes for various sections of Lake Charles control testing. |
| 9-Sep | 0.9 | Internal status meeting to discuss controls testing: Other PwC team members present: L. Keorlet (PwC), P. Katsiak (PwC), and N. Johnson (PwC). |
| 9-Sep | 1.7 | Review matrix documentation for walkthrough of Lake Charles by A. Kenny (Grace), IA. |
| 9-Sep | 3.2 | Follow up on timely review questions with T. Puglisi (Grace) and K. Blaney (Grace) for controls for ECCS. |
| 9-Sep | 1.0 | Review documentation provided in binders by T. Puglisi (Grace) for Quarterly Checklist Binder and journal entries review. |
| 10-Sep | 1.0 | Research and work on footnote 15 in regards to question presented by L. Keorlet (PwC) and N. Johnson (PwC). |
| 10-Sep | 0.8 | Document results of follow up with K. Blaney (Grace) and process of FX rate reviews by treasury. |

| Date | Hours | Description |
|---|---|---|
| 10-Sep | 1.5 | Review supporting evidence and document control testing for Financial Reporting controls. |
| 10-Sep | 0.5 | Blackline (WR Grace Accounting Application) tracking and tracing of GL Accounts with P. Katsiak (PwC). |
| 10-Sep | 1.3 | Perform control testing for Credit and Collections by reviewing GL account statuses in Blackline (WR Grace Accounting Application). |
| 10-Sep | 0.6 | Discuss questions regarding ECCS with M. Joy (Grace) to gain a better understanding. |
| 10-Sep | 0.2 | Discuss questions regarding review processes for ECCS and sign-off's with T. Puglisi (Grace). |
| 10-Sep | 2.1 | Update documentation of ECCS and Financial Reporting in matrices. Review GL Close for additional documentation necessary in duplicate control testing. |
| 11-Sep | 1.5 | Update control testing matrix for results obtained for controls for Financial Reporting. |
| 14-Sep | 1.4 | Finish walkthrough of Financial Reporting with T. Puglisi (Grace). |
| 14-Sep | 1.6 | Update documentation of walkthrough matrix for Financial Reporting. |
| 14-Sep | 0.5 | Update project management note for Financial Reporting in database. |
| 14-Sep | 2.1 | Review journal entry documentation and control processes for Financial Reporting and ECCS. |
| 14-Sep | 1.4 | Compile lists of sections that will require update testing for 404 work in Q4 / YE. |
| 14-Sep | 1.0 | Continue working on updating 404 PBC Lists and sample selections for Q4 and YE. |
| 15-Sep | 1.7 | Review supporting evidence and document control testing for Financial Reporting controls. |
| 15-Sep | 0.5 | Update control testing matrix for results obtained for controls for Financial Reporting. |
| 15-Sep | 1.2 | Discuss new methods of documentation with K. Blaney (Grace) for ECCS and Financial Reporting. (Intercompany scorecards). |
| 15-Sep | 0.5 | Update project management note for ECCS. |
| 15-Sep | 1.1 | Review status and update for outstanding requests and documentation for all sections assigned for 404. |
| 15-Sep | 3.0 | Update PBC Lists for ECCS, Financial Reporting, Curtis Bay. |
| 16-Sep | 1.4 | Update documentation for ECCS and Financial Reporting in matrices. |
| 16-Sep | 0.5 | Update documentation for attachments in database for Financial Reporting. |
| 16-Sep | 1.2 | Document centralization of control testing for Capital Assets Managements and Procurement. |
| 16-Sep | 0.5 | Update documentation for Lake Charles with Q4 and year end sample selections. |
| 16-Sep | 1.1 | Document control testing for ECCS with new intercompany scorecards received. |
| 17-Sep | 1.2 | Update documentation for attachments in database for Financial Reporting. |
| 17-Sep | 0.6 | Discussions with K. Blaney (Grace) regarding update testing for Financial Reporting and ECCS. |
| 17-Sep | 0.4 | Review documentation for accuracy and completeness - ECCS. |
| 18-Sep | 0.7 | Update contacts for future PBC lists during Q4 and year end for Lake Charles. Select sample months to test for update testing. |
| 18-Sep | 1.2 | 50% Travel time to Tyson's Corner record keeping for delivery and documentation of drop-off of records for prior audit performed. |
| | **75.7** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co.**
**Time Summary Report - Audit**
**Month Ended September 30, 2009**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| **Name:** | **Ryan Boyle** | |
| 1-Sep | 4.8 | Assemble all individual financial statement audit control matrices from the 2008 Grace Database. Consolidation of individual control matrices into one Master Control Matrix to facilitate filtering. Adjustment of separate formatting and styling techniques used in order to make separate matrices compatible. |
| 2-Sep | 0.7 | Creation of a 'Testing Performed By' field to the Grace Master Controls Matrix to facilitate data filtering of in scope controls for PwC testing |
| 8-Sep | 7.0 | Review and address Grace Pre-Outsourcing Master Controls Matrix; update database accordingly |
| 9-Sep | 1.5 | Download MS Outlook for compatibility purposes with Grace-provided email evidence and workpapers. Convert all workpaper attachments from .TXT files to .OFT files in the database |
| 10-Sep | 2.0 | Modification of Grace SAP User Admin testing (control 1.2) to eliminate test samples that had access terminated; selection of two additional new access granted samples; relay information to S Vanga (Grace) to provide additional evidence of access request/approval for new samples |
| 11-Sep | 2.6 | Obtain three SoD Mit. Controls documents from B Summerson (Grace).  Create one master mitigating controls document that includes control description, risk ID, users with access that is mitigated by the control, etc. |
| 11-Sep | 0.6 | Meeting with B Czajkowski (PwC) over pre-outsourcing security testing and results |
| 14-Sep | 0.9 | Execution of SoD Testing using the sample selected in control 1.2. |
| 14-Sep | 1.6 | Update Grace Pre-Outsourcing Master Controls document to include and address review notes from B Czjakowski (PwC) |
| 15-Sep | 0.6 | Discussion with P Crosby (PwC) surrounding status of documentation and database as well as reperformance testing |
| 15-Sep | 0.6 | Generation of an SoD Risk Analysis testing template |
| 15-Sep | 0.7 | Compilation of open items list regarding pre-outsourcing security testing |
| 16-Sep | 2.2 | Execution of Reperformance testing over IA work |
| 17-Sep | 5.7 | Review/address B Czajkowski (PwC) database review notes, updates made accordingly |
| 24-Sep | 1.0 | Update to Reperformance Testing |
| 25-Sep | 2.4 | Review of  Reperformance Testing and initation of follow-up items needed to completed Reperformance Testing |
| | **34.9** | **Total Grace Financial Statement Audit Charged Hours** |