# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended September 30, 2009

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Tom E. Smith | | | | | | |
| Integrated Audit | 9/3/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Integrated Audit | 9/8/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Integrated Audit | 9/9/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Integrated Audit | 9/10/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Integrated Audit | 9/22/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Integrated Audit | 9/25/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Integrated Audit | 9/28/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Integrated Audit | 9/30/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Justin Bray | | | | | | |
| Integrated Audit | 9/8/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Integrated Audit | 9/9/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Integrated Audit | 9/10/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Integrated Audit | 9/15/09 | $ 189.20 | | | | Flight to Boca Raton, FL from Baltimore, MD(meeting Grace tax dept) |
| Integrated Audit | 9/15/09 | | | | $ 34.87 | Out of town dinner - J Bray (PwC) and L Keorlet (PwC) |
| Integrated Audit | 9/18/09 | $ 191.88 | | | | Rental car in FL for J Bray (PwC) and L Keorlet (PwC) |
| Integrated Audit | 9/18/09 | | $ 412.84 | | | Hotel in FL (9/15 - 9/18) - Room ($ 387.00) and Taxes ($ 45.82) |
| Integrated Audit | 9/18/09 | | | $ 19.98 | | Internet access at hotel for 2 nights (9/16 and 9/17) |
| Integrated Audit | 9/18/09 | $ 32.00 | | | | Parking at airport in Baltimore (9/15 - 9/18) |
| Integrated Audit | 9/18/09 | $ 13.75 | | | | Mileage to Baltimore airport roundtrip - 9/15 and 9/18 (less 68 mile roundtrip normal commute)(25 miles * $0.55) |
| Integrated Audit | 9/22/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Integrated Audit | 9/25/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Integrated Audit | 9/30/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Alison Garleb | | | | | | |
| Integrated Audit | 9/1/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Integrated Audit | 9/2/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Integrated Audit | 9/3/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Integrated Audit | 9/9/09 | $ 22.00 | | | | I went first to the office and then to Grace on this day, so this is for the full mileage to Grace (40 miles * $.55 rate). |
| Integrated Audit | 9/10/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Integrated Audit | 9/22/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Integrated Audit | 9/28/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Integrated Audit | 9/29/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Lynda Keorlet | | | | | | |
| Integrated Audit | 9/18/09 | $ 32.00 | | | | Parking at airport during trip to Boca Raton - 4 days |
| Integrated Audit | 9/19/09 | | $ 452.80 | | | Hotel stay in Boca Raton - 3 nights, $129/night, $20 in internet charges, $45.80 in total state / occupancy taxes |
| Integrated Audit | 9/15/09 | $ 196.20 | | | | Flight to Boca Raton from Baltimore, round trip, coach |
| Pavel Katsiak | | | | | | |
| Integrated Audit | 8/6/09 | $ 321.20 | | | | Flight from DC to Chicago for controls testing, round trip, coach |
| Integrated Audit | 8/7/09 | $ 7.00 | | | | Travel service fee for the flight from DC to Chicago for controls testing |
| Integrated Audit | 8/13/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/14/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/14/09 | $ 448.70 | | | | Flight from DC to Boston for Cambridge controls testing, round trip, coach |
| Integrated Audit | 8/16/09 | | | | $ 37.84 | Dinner while in Chicago for controls testing |
| Integrated Audit | 8/16/09 | | | | $ 7.99 | Breakfast while in Chicago for controls testing |
| Integrated Audit | 8/17/09 | $ 7.00 | | | | Travel service fee for the flight from DC to Boston for Cambridge controls testing |
| Integrated Audit | 8/17/09 | $ 2.80 | | | | Parking while in Chicago for controls testing |
| Integrated Audit | 8/17/09 | | | | $ 10.77 | Breakfast while in Chicago for controls testing |
| Integrated Audit | 8/17/09 | | | | $ 45.00 | Dinner while in Chicago for controls testing |
| Integrated Audit | 8/19/09 | | | | $ 143.25 | Group meal while (dinner) in Chicago for controls testing; present: E. Henry, K. Chen and J. Day |
| Integrated Audit | 8/20/09 | | | | $ 11.35 | Breakfast while in Chicago for controls testing |
| Integrated Audit | 8/20/09 | | | | $ 50.00 | Dinner when returning from Chicago controls testing |
| Integrated Audit | 8/20/09 | $ 424.01 | | | | Rental car/fuel while in Chicago for controls testing |
| Integrated Audit | 8/21/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/21/09 | | $ 921.96 | | | Hotel (4 nights) while in Chicago for controls testing ($159/night - room, $18.92/night - state tax, $5.57/night - city tax, $47/night - parking) |
| Integrated Audit | 8/21/09 | | | | $ 13.00 | Breakfast while in Chicago for controls testing |
| Integrated Audit | 8/24/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/25/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/26/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/27/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/28/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 8/31/09 | | | | $ 14.49 | Breakfast while in Cambridge for controls testing |
| Integrated Audit | 8/31/09 | | | | $ 108.45 | Group meal while (dinner) in Cambridge for controls testing; present: G. Arnold, D. Richardson (both Grace) |

| | | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 9/1/09 | | | | 3.99 | Breakfast while in Cambridge for controls testing |
| | Integrated Audit | 9/2/09 | | | | 146.13 | Group meal while (dinner) in Cambridge for controls testing; present: G. Arnold, D. Richardson (both Grace) |
| | Integrated Audit | 9/3/09 | | | | 34.56 | Group meal (breakfast) while in Cambridge for controls testing; present: G. Arnold, D. Richardson (both Grace) |
| | Integrated Audit | 9/4/09 | | | | 6.37 | Breakfast while in Cambridge for controls testing |
| | Integrated Audit | 9/4/09 | 420.55 | | | | Rental car/fuel while in Cambridge for controls testing |
| | Integrated Audit | 9/4/09 | | | | 50.00 | Dinner while travelling back from Cambridge controls testing |
| | Integrated Audit | 9/5/09 | | 1,015.08 | | | Hotel (4 nights) while in Cambridge for controls testing ($199/night - room, $11.34/night - state tax, $7.96/night - city tax, $5.47/night - cnctr tax, $30/night - parking) |
| | Integrated Audit | 9/8/09 | 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/8/09 | 25.00 | | | | Taxi charges from the airport (DCA) to Arlington when returning from Cambridge controls testing |
| | Integrated Audit | 9/8/09 | 25.00 | | | | Taxi charges from Arlington to the airport (DCA) to when travelling to Chicago for controls testing |
| | Integrated Audit | 9/8/09 | 25.00 | | | | Taxi charges from the airport (DCA) to Arlington when returning from Chicago controls testing |
| | Integrated Audit | 9/9/09 | 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/9/09 | 25.25 | | | | Taxi charges from Arlington to the airport (DCA) to when travelling to Boston for Cambridge controls testing |
| | Integrated Audit | 9/10/09 | 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/10/09 | 12.50 | | | | Tolls while in Boston for Cambridge controls testing |
| | Integrated Audit | 9/11/09 | 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Kristina Johnson | Integrated Audit | 9/15/09 | | | 13.80 | | Fee for overnighting the monthly fee application |
| | Integrated Audit | 9/2/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/3/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/4/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/8/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/9/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/10/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/11/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/11/09 | 16.50 | | | | 30 miles to and from the client's Elkridge warehouse and back to the Grace Columbia site * .55=16.50 |
| | Integrated Audit | 9/22/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/23/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/24/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/28/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/29/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 9/30/09 | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 7,275.80 | $ 3,721.28 | $ 2,802.68 | $ 33.78 | $ 718.06 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended September 30, 2009**

| Personnel | Date | Title | Expense | | Description |
|---|---|---|---:|---|---|
| Tom E. Smith | | | | | |
| | 9/3/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | 9/8/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | 9/9/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | 9/10/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | 9/22/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | 9/25/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | 9/28/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | 9/30/09 | Audit Partner | $ | 38.50 | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | | | **$** | **308.00** | |
| Justin Bray | | | | | |
| | 9/8/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 9/9/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 9/10/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 9/15/09 | Audit Senior Manager | $ | 189.20 | Flight to Boca Raton, FL from Baltimore, MD (meeting Grace tax dept) |
| | 9/15/09 | Audit Senior Manager | $ | 34.87 | Out of town dinner - J Bray (PwC) and L Keorlet (PwC) |
| | 9/18/09 | Audit Senior Manager | $ | 191.88 | Rental car in FL for J Bray (PwC) and L Keorlet (PwC) |
| | 9/18/09 | Audit Senior Manager | $ | 412.84 | Hotel in FL (9/15 - 9/18) - Room ($ 387.00) and Taxes ($ 45.82) |
| | 9/18/09 | Audit Senior Manager | $ | 19.98 | Internet access at hotel for 2 nights (9/16 and 9/17) |
| | 9/18/09 | Audit Senior Manager | $ | 32.00 | Parking at airport in Baltimore (9/15 - 9/18) |
| | 9/18/09 | Audit Senior Manager | $ | 13.75 | Mileage to Baltimore airport roundtrip - 9/15 and 9/18 (less 68 mile roundtrip commute)(25 miles * $0.55) |
| | 9/22/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 9/25/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 9/30/09 | Audit Senior Manager | $ | 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | | | **$** | **1,033.12** | |
| Alison Garleb | | | | | |
| | 9/1/09 | Audit Manager | $ | 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 9/2/09 | Audit Manager | $ | 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 9/3/09 | Audit Manager | $ | 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 9/9/09 | Audit Manager | $ | 22.00 | I went first to the office and then to Grace on this day, so this is for the full mileage to Grace (40 miles * $.55 rate). |
| | 9/10/09 | Audit Manager | $ | 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 9/22/09 | Audit Manager | $ | 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 9/28/09 | Audit Manager | $ | 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 9/29/09 | Audit Manager | $ | 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | | | **$** | **52.80** | |
| Lynda Keorlet | | | | | |
| | 9/18/09 | Audit Senior Associate | $ | 32.00 | Parking at airport during trip to Boca Raton - 4 days |
| | 9/19/09 | Audit Senior Associate | $ | 452.80 | Hotel stay in Boca Raton - 3 nights, $129/night, $20 in internet charges, $45.80 in total state / occupancy taxes |
| | 9/15/09 | Audit Senior Associate | $ | 196.20 | Flight to Boca Raton from Baltimore, round trip, coach |
| | | | **$** | **681.00** | |
| Pavel Katsiak | | | | | |
| | 8/6/09 | Audit Senior Associate | $ | 321.20 | Flight from DC to Chicago for controls testing, round trip, coach |
| | 8/7/09 | Audit Senior Associate | $ | 7.00 | Travel service fee for the flight from DC to Chicago for controls testing |
| | 8/13/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 8/14/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 8/14/09 | Audit Senior Associate | $ | 448.70 | Flight from DC to Boston for Cambridge controls testing, round trip, coach |
| 8/16/09 | Audit Senior Associate | $ | 37.84 | Dinner while in Chicago for controls testing |
| 8/16/09 | Audit Senior Associate | $ | 7.99 | Breakfast while in Chicago for controls testing |
| 8/17/09 | Audit Senior Associate | $ | 7.00 | Travel service fee for the flight from DC to Boston for Cambridge controls testing |
| 8/17/09 | Audit Senior Associate | $ | 2.80 | Parking while in Chicago for controls testing |
| 8/17/09 | Audit Senior Associate | $ | 10.77 | Breakfast while in Chicago for controls testing |
| 8/17/09 | Audit Senior Associate | $ | 45.00 | Dinner while in Chicago for controls testing |
| 8/19/09 | Audit Senior Associate | $ | 143.25 | Group meal while (dinner) in Chicago for controls testing; present: E. Henry, K. Chen and J. Day |
| 8/20/09 | Audit Senior Associate | $ | 11.35 | Breakfast while in Chicago for controls testing |
| 8/20/09 | Audit Senior Associate | $ | 50.00 | Dinner when returning from Chicago controls testing |
| 8/20/09 | Audit Senior Associate | $ | 424.01 | Rental car/fuel while in Chicago for controls testing |
| 8/21/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 8/21/09 | Audit Senior Associate | $ | 921.96 | Hotel (4 nights) while in Chicago for controls testing ($159/night - room, $18.92/night - state tax, $5.57/night - city tax, $47/night - parking) |
| 8/21/09 | Audit Senior Associate | $ | 13.00 | Breakfast while in Chicago for controls testing |
| 8/24/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 8/25/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 8/26/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 8/27/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 8/28/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 8/31/09 | Audit Senior Associate | $ | 14.49 | Breakfast while in Cambridge for controls testing |
| 8/31/09 | Audit Senior Associate | $ | 108.45 | Group meal while (dinner) in Cambridge for controls testing; present: G. Arnold, D. Richardson (both Grace) |
| 9/1/09 | Audit Senior Associate | $ | 3.99 | Breakfast while in Cambridge for controls testing |
| 9/2/09 | Audit Senior Associate | $ | 146.13 | Group meal while (dinner) in Cambridge for controls testing; present: G. Arnold, D. Richardson (both Grace) |
| 9/3/09 | Audit Senior Associate | $ | 34.56 | Group meal (breakfast) while in Cambridge for controls testing; present: G. Arnold, D. Richardson (both Grace) |
| 9/4/09 | Audit Senior Associate | $ | 6.37 | Breakfast while in Cambridge for controls testing |
| 9/4/09 | Audit Senior Associate | $ | 420.55 | Rental car/fuel while in Cambridge for controls testing |
| 9/4/09 | Audit Senior Associate | $ | 50.00 | Dinner while travelling back from Cambridge controls testing |
| 9/5/09 | Audit Senior Associate | $ | 1,015.08 | Hotel (4 nights) while in Cambridge for controls testing ($199/night - room, $11.34/night - state tax, $7.96/night - city tax, $5.47/night - cnctr tax, $30/night - parking) |
| 9/8/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 9/8/09 | Audit Senior Associate | $ | 25.00 | Taxi charges from the airport (DCA) to Arlington when returning from Cambridge controls testing |
| 9/8/09 | Audit Senior Associate | $ | 25.00 | Taxi charges from the airport (DCA) to Arlington when returning from Chicago controls testing |
| 9/8/09 | Audit Senior Associate | $ | 25.00 | Taxi charges from Arlington to the airport (DCA) to when travelling to Chicago for controls testing |
| 9/9/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 9/9/09 | Audit Senior Associate | $ | 25.25 | Taxi charges from Arlington to the airport (DCA) to when travelling to Boston for Cambridge controls testing |
| 9/10/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| 9/10/09 | Audit Senior Associate | $ | 12.50 | Tolls while in Boston for Cambridge controls testing |
| 9/11/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | | **$** | **4,712.98** | |

**Kristina Johnson**

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 9/15/09 | Audit Associate | $ | 13.80 | Fee for overnighting the monthly fee application |
| 9/2/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/3/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/4/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/8/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/9/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/10/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/11/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/11/09 | Audit Associate | $ | 16.50 | 30 miles to and from the client's Elkridge warehouse and back to the Grace Columbia site * .55=16.50 |
| 9/22/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/23/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/24/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/28/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/29/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| 9/30/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |

| Summary | |
|---|---|
| $ 487.90 | |
| Total | |
| $ 7,275.80 | |