**EXHIBIT 2**

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_090430**

| Period Ending | 4/30/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Dinner - Client Billable | $224.82 |
| | | Document Storage | $656.85 |
| | | Lunch | $182.41 |
| | | PO Box Renewal | $696.02 |
| | | Postage/Shipping | $181.31 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$3,391.41** |

*Wire payments may be sent to the following account:*

| BANK: | *Wells Fargo Bank* |
| | *999 3rd Avenue* |
| | *Seattle, WA 98104* |

| *ABA/Routing#:* | *121000248* |
| *Account #:* | *0033022633   - BMC Group* |

| *Tax ID #:* | *52-2083477* |

BMC GROUP

WR GRACE - EXPENSE DETAIL

APRIL 2009

| Invoice Nbr | Date | Client | Bill As Client | ConsultantID | Vendor | Amount | ExpenseType | Description |
|---|---|---|---|---|---|---|---|---|
| 21_090430 | 4/6/09 | WR Grace | WR Grace | zzCorpAMEX-Jmyers, Jmyers | SamSai | 52.81 | Lunch - Business | Business Lunch re solicitation processing |
| 21_090430 | 4/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 52.02 | PO Box Renewal | Shipment to Eric Gilhoi @ Analytics Inc._dtd. 4/2/09_Tracking No. 98571550493Z |
| 21_090430 | 4/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 38.08 | Shipping/Courier | Shipment to Deanna Boll, ESQ @ Kirkland & Ellis LLP_dtd. 4/3/09_Tracking No. 985765887243 |
| 21_090430 | 4/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 44.84 | Shipping/Courier | Ship to E Gilhoi/Analytics Inc._dtd 4/6/09_Tracking # 985765887313 |
| 21_090430 | 4/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 50.74 | Shipping/Courier | Ship to Arlene Krieger, Esq/Stroock & Stroock & Lavan LLP_dtd.4/6/09_Tracking #985765887324 |
| 21_090430 | 4/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 47.65 | Shipping/Courier | Ship to Joy Lyu Monahan/Kirkland & Ellis LLP _dtd.4/7/09_Tracking #985765887346 |
| 21_090430 | 4/27/09 | WR Grace | WR Grace | BMC10, BMC | USPS | 644.00 | PO Box Renewal | PO Box #913, 6 month renewal on 4/30/09 |
| 21_090430 | 4/22/09 | WR Grace | WR Grace | zzCorpAMEX_Acedeno, Acedeno | Domino's | 68.31 | Lunch - Business | Business Lunch re solicitation processing |
| 21_090430 | 4/22/09 | WR Grace | WR Grace | zzCorpAMEX_Acedeno, Acedeno | BoBo's | 92.25 | Dinner - Client Billable | Business Dinner re solicitation processing |
| 21_090430 | 4/23/09 | WR Grace | WR Grace | zzCorpAMEX_Acedeno, Acedeno | El Pollo Loco | 61.29 | Lunch - Business | Business Lunch re solicitation processing |
| 21_090430 | 4/23/09 | WR Grace | WR Grace | zzCorpAMEX_Acedeno, Acedeno | Havana | 132.57 | Dinner - Client Billable | Business Dinner re solicitation processing |
| 21_090430 | 4/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 656.85 | Document Storage | 453 boxes |
| 21_090430 | 4/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |
| 21_090430 | 4/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090430 | 4/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 250.00 | Website Hosting | Website Hosting |

$3,391.41

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20090401-1 | 4/1/2009 | $96.92 |
| Invoice # | 021-20090403-1 | 4/3/2009 | $7,418.17 |
| Invoice # | 021-20090406-1 | 4/6/2009 | $6,766.78 |
| Invoice # | 021-20090406-2 | 4/6/2009 | $1,505.58 |
| Invoice # | 021-20090406-3 | 4/6/2009 | $1,074.51 |
| Invoice # | 021-20090407-1 | 4/7/2009 | $37.72 |
| Invoice # | 021-20090408-1 | 4/8/2009 | $2,430.74 |
| Invoice # | 021-20090410-1 | 4/10/2009 | $787.60 |
| Invoice # | 021-20090413-1 | 4/13/2009 | $60.50 |
| Invoice # | 021-20090414-1 | 4/14/2009 | $663.75 |
| Invoice # | 021-20090415-1 | 4/15/2009 | $98.70 |
| Invoice # | 021-20090416-1 | 4/16/2009 | $20.71 |
| Invoice # | 021-20090417-1 | 4/17/2009 | $142.60 |
| Invoice # | 021-20090421-1 | 4/21/2009 | $314.80 |
| Invoice # | 021-20090422-1 | 4/22/2009 | $153.52 |
| Invoice # | 021-20090422-2 | 4/22/2009 | $12,442.06 |
| Invoice # | 021-20090423-1 | 4/23/2009 | $54.56 |
| Invoice # | 021-20090423-2 | 4/23/2009 | $42,730.78 |
| Invoice # | 021-20090423-3 | 4/23/2009 | $27.25 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20090423-4 | 4/23/2009 | $114.90 |
| Invoice # | 021-20090424-1 | 4/24/2009 | $392.06 |
| Invoice # | 021-20090428-1 | 4/28/2009 | $72.47 |
| Invoice # | 021-20090429-1 | 4/29/2009 | $2.70 |
| Invoice # | 021-20090430-1 | 4/30/2009 | $61.22 |
| | | Total | $77,470.60 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/1/2009
Invoice #: 021-20090401-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 101 / 2 | Postage | Expedited Mail Handling | 2 Pieces @ $.25 each | $0.50 |
| | | | | FedEx | 2 Pieces @ $43.08 each | $86.16 |
| | | | Production | Collate and Stuff | 2 Pieces @ $.08 each | $0.16 |
| | | | | Printed Impressions | 101 Pieces @ $.10 each | $10.10 |

Total Due:    $96.92

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace & Co. et al**

Production Date: 4/3/2009
Invoice #: 021-20090403-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) bulk | 12 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 2 Pieces @ $.25 each | $0.50 |
| | | | | FedEx | 2 Pieces @ $26.66 each | $53.32 |
| | | | | Freight | 1 Piece @ $2,635.47 each | $2,635.47 |
| | | | | Freight | 1 Piece @ $3,467.88 each | $3,467.88 |
| | | | Production | Printed Impressions | 12360 Pieces @ $.10 each | $1,236.00 |

Total Due: $7,418.17

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

## WR Grace & Co. et al

Production Date: 4/6/2009
Invoice #:    021-20090406-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) individuals MF 31990 | 12 / 2,638 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2632 Pieces @ $1.51 each | $3,974.32 |
| | | | | USPS - International | 5 Pieces @ $4.40 each | $22.00 |
| | | | | USPS - MX/CA | 1 Piece @ $1.94 each | $1.94 |
| | | | Production | Collate and Stuff | 2638 Pieces @ $.08 each | $211.04 |
| | | | | Printed Impressions | 31656 Pieces @ $.08 each | $2,532.48 |

Total Due:    $6,766.78

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/6/2009
Invoice #: 021-20090406-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) M/F 31992, 31993, 31994 and 31995 | 1 / 739 | Document/Data Preparation | Mail File Setup | 4 Tasks @ $25.00 each | $100.00 |
| | | | Postage | USPS - 1st Class | 15 Pieces @ $1.51 each | $22.65 |
| | | | | USPS - 1st Class | 655 Pieces @ $1.00 each | $655.00 |
| | | | | USPS - 1st Class | 1 Piece @ $2.36 each | $2.36 |
| | | | | USPS - 1st Class | 2 Pieces @ $2.02 each | $4.04 |
| | | | | USPS - 1st Class | 4 Pieces @ $1.68 each | $6.72 |
| | | | | USPS - 1st Class | 2 Pieces @ $1.17 each | $2.34 |
| | | | | USPS - 1st Class | 1 Piece @ $1.85 each | $1.85 |
| | | | Production | Collate and Stuff | 679 Pieces @ $.08 each | $54.32 |
| | | | | Printed Impressions | 6563 Pieces @ $.10 each | $656.30 |

Total Due: $1,505.58

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace & Co. et al**

Production Date: 4/6/2009
Invoice #: 021-20090406-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) MF 31996 and 31997 | 710 / 65 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $23.81 each | $23.81 |
| | | | | USPS - 1st Class | 64 Pieces @ $14.70 each | $940.80 |
| | | | Production | Collate and Stuff | 65 Pieces @ $.08 each | $5.20 |
| | | | | Printed Impressions | 710 Pieces @ $.10 each | $71.00 |
| | | | Supplies | Inkjet and Envelope - Catalog | 65 Pieces @ $.13 each | $8.45 |

Total Due:    $1,074.51

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/7/2009
Invoice #: 021-20090407-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $1.51 each | $12.08 |
| | | | Production | Collate and Stuff | 8 Pieces @ $.08 each | $0.64 |

Total Due: $37.72

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/8/2009
Invoice #: 021-20090408-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 11 | Document/Data Preparation | Mail File Setup | 8 Tasks @ $25.00 each | $200.00 |
| | | | Postage | Freight | 1 Piece @ $1,463.91 each | $1,463.91 |
| | | | | USPS - 1st Class | 1 Piece @ $1.68 each | $1.68 |
| | | | | USPS - 1st Class | 1 Piece @ $1.17 each | $1.17 |
| | | | | USPS - 1st Class | 1 Piece @ $1.51 each | $1.51 |
| | | | | USPS - 1st Class | 1 Piece @ $1.34 each | $1.34 |
| | | | | USPS - 1st Class | 2 Pieces @ $1.00 each | $2.00 |
| | | | | USPS - 1st Class | 1 Piece @ $2.36 each | $2.36 |
| | | | | USPS - 1st Class | 1 Piece @ $4.95 each | $4.95 |
| | | | Production | Collate and Stuff | 11 Pieces @ $.08 each | $0.88 |
| | | | | Printed Impressions | 7494 Pieces @ $.10 each | $749.40 |
| | | | Supplies | Inkjet and Envelope - Window Catalog | 11 Pieces @ $.14 each | $1.54 |

Total Due:    $2,430.74

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/10/2009
Invoice #: 021-20090410-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 465 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 465 Pieces @ $1.51 each | $702.15 |
| | | | Supplies | Inkjet and Envelope - Catalog | 465 Pieces @ $.13 each | $60.45 |

Total Due: $787.60

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

## WR Grace & Co. et al

Production Date: 4/13/2009
Invoice #:    021-20090413-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) bulk | 100 / 1 | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $60.25 each | $60.25 |

| | |
|---|---|
| **Total Due:** | **$60.50** |

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

## WR Grace & Co. et al

Production Date: 4/14/2009
Invoice #:      021-20090414-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 36 | (select) | (select) | Piece @ each | |
| | | | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | Expedited Mail Handling | 2 Pieces @ $.25 each | $0.50 |
| | | | | FedEx | 2 Pieces @ $106.35 each | $212.70 |
| | | | | USPS - 1st Class | 30 Pieces @ $12.95 each | $388.50 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.51 each | $4.53 |
| | | | | USPS - MX/CA | 1 Piece @ $1.70 each | $1.70 |
| | | | Production | Printed Impressions | 14 Pieces @ $.10 each | $1.40 |
| | | | Supplies | Inkjet and Envelope - Catalog | 34 Pieces @ $.13 each | $4.42 |

Total Due:    $663.75

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/15/2009
Invoice #: 021-20090415-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 251 / 2 | Postage | Expedited Mail Handling | 2 Pieces @ $.25 each | $0.50 |
| | | | | FedEx | 2 Pieces @ $36.55 each | $73.10 |
| | | | Production | Printed Impressions | 251 Pieces @ $.10 each | $25.10 |

Total Due:  $98.70

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/16/2009
Invoice #: 021-20090416-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 4 | Postage | USPS - 1st Class | 3 Pieces @ $1.68 each | $5.04 |
| | | | | USPS - 1st Class | 1 Piece @ $11.95 each | $11.95 |
| | | | Production | Collate and Stuff | 4 Pieces @ $.08 each | $0.32 |
| | | | | Printed Impressions | 34 Pieces @ $.10 each | $3.40 |

Total Due: $20.71

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/17/2009
Invoice #: 021-20090417-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $14.70 each | $117.60 |

Total Due: $142.60

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/21/2009
Invoice #: 021-20090421-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 37 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 1 Piece @ $1.00 each | $1.00 |
| | | | | USPS - 1st Class | 5 Pieces @ $14.70 each | $73.50 |
| | | | | USPS - International | 18 Pieces @ $5.20 each | $93.60 |
| | | | | USPS - MX/CA | 13 Pieces @ $2.18 each | $28.34 |
| | | | Production | Collate and Stuff | 37 Pieces @ $.08 each | $2.96 |
| | | | | Printed Impressions | 404 Pieces @ $.10 each | $40.40 |

Total Due: $314.80

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/22/2009
Invoice #: 021-20090422-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 21270 - Order | 17 / 39 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $1.17 each | $7.02 |
| | | | | USPS - MX/CA | 33 Pieces @ $1.46 each | $48.18 |
| | | | Production | Printed Impressions | 663 Pieces @ $.10 each | $66.30 |
| | | | | Stuff and Mail | 39 Pieces @ $.05 each | $1.95 |
| | | | Supplies | Inkjet and Envelope - Catalog | 39 Pieces @ $.13 each | $5.07 |

Total Due: $153.52

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/22/2009
Invoice #: 021-20090422-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) MF 32261 | 12 / 3,497 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1054 Pieces @ $1.85 each | $1,949.90 |
| | | | | USPS - 1st Class | 2443 Pieces @ $1.68 each | $4,104.24 |
| | | | Production | Printed Impressions | 75692 Pieces @ $.08 each | $6,055.36 |
| | | | | Business Reply Envelope No Postage | 2000 Pieces @ $.08 each | $160.00 |
| | | | Supplies | Inkjet and Envelope - Window Catalog | 1054 Pieces @ $.14 each | $147.56 |

Total Due:    $12,442.06

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/23/2009
Invoice #:    021-20090423-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $14.70 each | $29.40 |
| | | | Production | Collate and Stuff | 2 Pieces @ $.08 each | $0.16 |

Total Due:    $54.56

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/23/2009
Invoice #:      021-20090423-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) MF 32262 and 32263 | 12 / 9,489 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 1486 Pieces @ $1.85 each | $2,749.10 |
| | | | | USPS - 1st Class | 2008 Pieces @ $14.70 each | $29,517.60 |
| | | | Production | Collate and Stuff | 9489 Pieces @ $.08 each | $759.12 |
| | | | | Printed Impressions | 137928 Pieces @ $.07 each | $9,654.96 |
| | | | Supplies | Business Reply Envelope No Postage | 3494 Pieces @ $.00 each | $0.00 |

Total Due:    $42,730.78

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/23/2009
Invoice #:    021-20090423-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) MF 32284 and 32285 | 22 / 2 | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $23.80 each | $23.80 |
| | | | | USPS - 1st Class | 1 Piece @ $1.00 each | $1.00 |
| | | | Production | Printed Impressions | 22 Pieces @ $.10 each | $2.20 |

Total Due:    $27.25

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/23/2009
Invoice #:  021-20090423-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) MF 32307 | 32 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $14.70 each | $73.50 |
| | | | Production | Collate and Stuff | 5 Pieces @ $.08 each | $0.40 |
| | | | | Printed Impressions | 160 Pieces @ $.10 each | $16.00 |

Total Due:    $114.90

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace & Co. et al**

Production Date: 4/24/2009
Invoice #: 021-20090424-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) MF 32310, 32311 and 32312 | 0 / 22 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 21 Pieces @ $14.70 each | $308.70 |
| | | | | USPS - 1st Class | 1 Piece @ $1.00 each | $1.00 |
| | | | Production | Collate and Stuff | 22 Pieces @ $.08 each | $1.76 |
| | | | | Printed Impressions | 306 Pieces @ $.10 each | $30.60 |

Total Due: $392.06

*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 4/28/2009
Invoice #: 021-20090428-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) MF 32337 and 32338 | 40 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1 Piece @ $1.00 each | $1.00 |
| | | | | USPS - 1st Class | 1 Piece @ $14.70 each | $14.70 |
| | | | | USPS - MX/CA | 1 Piece @ $24.25 each | $24.25 |
| | | | Production | Collate and Stuff | 3 Pieces @ $.08 each | $0.24 |
| | | | | Printed Impressions | 72 Pieces @ $.10 each | $7.20 |
| | | | Supplies | Business Reply Envelope No Postage | 1 Piece @ $.08 each | $0.08 |

Total Due:    $72.47

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/29/2009
Invoice #:    021-20090429-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) (MF 32361) | 14 / 1 | Postage | USPS - 1st Class | 1 Piece @ $1.00 each | $1.00 |
| | | | Production | Collate and Stuff | 1 Piece @ $.08 each | $0.08 |
| | | | | Printed Impressions | 14 Pieces @ $.10 each | $1.40 |
| | | | Supplies | Business Reply Envelope No Postage | 1 Piece @ $.08 each | $0.08 |
| | | | | Inkjet and Envelope - Window Catalog | 1 Piece @ $.14 each | $0.14 |

Total Due:    $2.70

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 4/30/2009
Invoice #: 021-20090430-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 32 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $14.70 each | $29.40 |
| | | | Production | Collate and Stuff | 2 Pieces @ $.08 each | $0.16 |
| | | | | Printed Impressions | 64 Pieces @ $.10 each | $6.40 |
| | | | Supplies | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

Total Due:  $61.22

*Invoice Due Upon Receipt*

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_090531**

| Period Ending 5/31/2009 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | |
| | | $350.00 |
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $656.85 |
| | Postage/Shipping | |
| | | $118.75 |
| | Website Hosting | |
| | | $250.00 |
| | **Total** | **$2,225.60** |

*Wire payments may be sent to the following account:*

**BANK:**          **Wells Fargo Bank**
                   **999 3rd Avenue**
                   **Seattle, WA 98104**

**ABA/Routing#:**  **121000248**
**Account #:**     **0033022633   - BMC Group**

**Tax ID #:**      **52-2083477**

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20090501-1 | 5/1/2009 | $193.22 |
| Invoice # | 021-20090504-1 | 5/4/2009 | $47.33 |
| Invoice # | 021-20090505-1 | 5/5/2009 | $319.17 |
| Invoice # | 021-20090505-2 | 5/5/2009 | $28.75 |
| Invoice # | 021-20090507-1 | 5/7/2009 | $148.09 |
| Invoice # | 021-20090508-1 | 5/8/2009 | $194.72 |
| Invoice # | 021-20090508-2 | 5/8/2009 | $67.24 |
| Invoice # | 021-20090511-1 | 5/11/2009 | $80.96 |
| Invoice # | 021-20090512-1 | 5/12/2009 | $425.11 |
| Invoice # | 021-20090513-1 | 5/13/2009 | $87.56 |
| Invoice # | 021-20090514-1 | 5/14/2009 | $31.61 |
| Invoice # | 021-20090515-1 | 5/15/2009 | $20.55 |
| | | Total | $1,644.31 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 5/1/2009
Invoice #:    021-20090501-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 11 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $14.70 each | $102.90 |
| | | | | USPS - 1st Class | 1 Piece @ $1.85 each | $1.85 |
| | | | | USPS - 1st Class | 2 Pieces @ $2.02 each | $4.04 |
| | | | | USPS - 1st Class | 1 Piece @ $1.00 each | $1.00 |
| | | | Production | Collate and Stuff | 11 Pieces @ $.08 each | $0.88 |
| | | | | Printed Impressions | 308 Pieces @ $.10 each | $30.80 |
| | | | Supplies | Business Reply Envelope No Postage | 4 Pieces @ $.08 each | $0.32 |
| | | | | Inkjet and Envelope - Catalog | 11 Pieces @ $.13 each | $1.43 |

Total Due:    $193.22

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 5/4/2009
Invoice #: 021-20090504-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 12/11 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 11 Pieces @ $.59 each | $6.49 |
| | | | Production | Collate, Fold and Stuff | 11 Pieces @ $.08 each | $0.88 |
| | | | | Printed Impressions | 132 Pieces @ $.10 each | $13.20 |
| | | | Supplies | Business Reply Envelope No Postage | 11 Pieces @ $.08 each | $0.88 |
| | | | | Inkjet and Envelope - #10 | 11 Pieces @ $.08 each | $0.88 |

Total Due: $47.33

*Invoice Due Upon Receipt*

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/5/2009
Invoice #:    021-20090505-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) . | 1 / 14 | Document/Data Preparation | Mail File Setup | 5 Tasks @ $25.00 each | $125.00 |
| | | | Postage | Expedited Mail Handling | 2 Pieces @ $.25 each | $0.50 |
| | | | | FedEx | 2 Pieces @ $26.40 each | $52.80 |
| | | | | USPS - 1st Class | 7 Pieces @ $1.85 each | $12.95 |
| | | | | USPS - 1st Class | 2 Pieces @ $14.70 each | $29.40 |
| | | | | USPS - 1st Class | 2 Pieces @ $.59 each | $1.18 |
| | | | | USPS - 1st Class | 1 Piece @ $6.10 each | $6.10 |
| | | | Production | Collate and Stuff | 12 Pieces @ $.08 each | $0.96 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | | Printed Impressions | 336 Pieces @ $.10 each | $33.60 |
| | | | Supplies | Business Reply Envelope No Postage | 64 Pieces @ $.08 each | $5.12 |
| | | | | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | Inkjet and Envelope - Catalog | 10 Pieces @ $.13 each | $1.30 |

Total Due:    $319.17

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/5/2009
Invoice #:      021-20090505-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 21355 - Order re Dkt 20957 | 2 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.42 each | $2.10 |
| | | | Production | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | | Printed Impressions | 10 Pieces @ $.10 each | $1.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

Total Due:    $28.75

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

## WR Grace & Co. et al

Production Date: 5/7/2009
Invoice #:    021-20090507-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $58.20 each | $58.20 |
| | | | | USPS - 1st Class | 1 Piece @ $.59 each | $0.59 |
| | | | | USPS - 1st Class | 3 Pieces @ $14.70 each | $44.10 |
| | | | Production | Collate and Stuff | 5 Pieces @ $.08 each | $0.40 |
| | | | | Collate, Fold and Stuff | 1 Piece @ $.08 each | $0.08 |
| | | | | Printed Impressions | 186 Pieces @ $.10 each | $18.60 |
| | | | Supplies | Business Reply Envelope No Postage | 5 Pieces @ $.08 each | $0.40 |
| | | | | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

Total Due:    $148.09

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 5/8/2009
Invoice #: 021-20090508-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 42 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 30 Pieces @ $1.17 each | $35.10 |
| | | | | USPS - 1st Class | 1 Piece @ $14.70 each | $14.70 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.00 each | $3.00 |
| | | | | USPS - 1st Class | 8 Pieces @ $1.85 each | $14.80 |
| | | | Production | Collate and Stuff | 42 Pieces @ $.08 each | $3.36 |
| | | | | Printed Impressions | 420 Pieces @ $.10 each | $42.00 |
| | | | Supplies | Business Reply Envelope No Postage | 11 Pieces @ $.08 each | $0.88 |
| | | | | Inkjet and Envelope - Window Catalog | 42 Pieces @ $.14 each | $5.88 |

Total Due:     $194.72

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 5/8/2009
Invoice #: 021-20090508-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) (NO POS) | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $10.80 each | $32.40 |
| | | | Production | Collate and Stuff | 3 Pieces @ $.08 each | $0.24 |
| | | | | Printed Impressions | 96 Pieces @ $.10 each | $9.60 |

Total Due: $67.24

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/11/2009
Invoice #: 021-20090511-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 3 | Postage | Expedited Mail Handling | 3 Pieces @ $.25 each | $0.75 |
| | | | | FedEx | 3 Pieces @ $25.35 each | $76.05 |
| | | | Production | Printed Impressions | 40 Pieces @ $.10 each | $4.00 |
| | | | Supplies | Business Reply Envelope No Postage | 2 Pieces @ $.08 each | $0.16 |

**Total Due:** $80.96

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/12/2009
Invoice #: 021-20090512-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 411 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $1.05 each | $5.25 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.90 each | $5.70 |
| | | | | USPS - 1st Class | 400 Pieces @ $.44 each | $176.00 |
| | | | | USPS - MX/CA | 3 Pieces @ $.75 each | $2.25 |
| | | | Production | Collate and Stuff | 8 Pieces @ $.08 each | $0.64 |
| | | | | Fold and Stuff | 403 Pieces @ $.05 each | $20.15 |
| | | | | Printed Impressions | 1062 Pieces @ $.10 each | $106.20 |
| | | | Supplies | Business Reply Envelope No Postage | 8 Pieces @ $.08 each | $0.64 |
| | | | | Inkjet and Envelope - #10 | 403 Pieces @ $.08 each | $32.24 |
| | | | | Inkjet and Envelope - Catalog | 8 Pieces @ $.13 each | $1.04 |

Total Due:    $425.11

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/13/2009
Invoice #: 021-20090513-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 8 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $41.90 each | $41.90 |
| | | | | USPS - 1st Class | 1 Piece @ $1.90 each | $1.90 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.05 each | $3.15 |
| | | | Production | Collate and Stuff | 4 Pieces @ $.08 each | $0.32 |
| | | | | Printed Impressions | 144 Pieces @ $.10 each | $14.40 |
| | | | Supplies | Business Reply Envelope No Postage | 8 Pieces @ $.08 each | $0.64 |

Total Due:    $87.56

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/14/2009
Invoice #: 021-20090514-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 8 / 1 | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $26.40 each | $26.40 |
| | | | Production | Printed Impressions | 48 Pieces @ $.10 each | $4.80 |
| | | | Supplies | Business Reply Envelope No Postage | 2 Pieces @ $.08 each | $0.16 |

Total Due:    $31.61

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace & Co. et al**

Production Date:  5/15/2009
Invoice #:  021-20090515-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 2 | Postage | USPS - 1st Class | 1 Piece @ $14.70 each | $14.70 |
| | | | | USPS - 1st Class | 1 Piece @ $1.05 each | $1.05 |
| | | | Production | Collate and Stuff | 2 Pieces @ $.08 each | $0.16 |
| | | | | Printed Impressions | 43 Pieces @ $.10 each | $4.30 |
| | | | Supplies | Business Reply Envelope No Postage | 1 Piece @ $.08 each | $0.08 |
| | | | | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

Total Due:    $20.55

*Invoice Due Upon Receipt*



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_090630**
**Expense Summary**

| Period Ending | 6/30/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | |
| | | | $350.00 |
| | | B-Linx/Data Storage | |
| | | | $850.00 |
| | | Document Storage | |
| | | | $656.85 |
| | | Pacer | |
| | | | $2.24 |
| | | Shipping/Courier | |
| | | | $62.72 |
| | | Website Hosting | |
| | | | $250.00 |
| | | Website Storage/Traffic | |
| | | | $0.88 |
| | | **Total** | **$2,172.69** |