**EXHIBIT 2**

BMC GROUP<br>
600 1st Ave., Suite 300<br>
Seattle, WA 98104<br>
206/516-3300

Expense Reimbursement
WR Grace
Invoice #: 21_090531

| Period Ending | 5/31/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $656.85 |
| | | Postage/Shipping | $118.75 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,225.60** |

Wire payments may be sent to the following account:

| | |
|---|---|
| BANK: | Wells Fargo Bank<br>999 3rd Avenue<br>Seattle, WA 98104 |
| ABA/Routing#: | *121000248* |
| Account #: | *0033022633   - BMC Group* |
| Tax ID #: | *52-2083477* |

BMC GROUP  |  WR GRACE - EXPENSE DETAIL  |  MAY 2009

| Invoice Nbr | Date | Client | Bill As Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|---|
| 21_090531 | 5/13/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 26.40 | Shipping/Courier | Shipment to Patricia Cuniff @ Pachulski Stang Ziehl Young Jo_dtd. 4/27/09_Tracking No. 797537918856 |
| 21_090531 | 5/22/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 26.40 | Shipping/Courier | Shipment to Patricia Cuniff @ Pachulski Stang Ziehl Young Jo_dtd. 5-7-09_Tracking No. 796584634810 |
| 21_090531 | 5/26/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 43.75 | Shipping/Courier | Shipment to Eric Gilhoi @ Analytics Inc_dtd. 5/8/09_Tracking No. 985715506096 |
| 21_090531 | 5/26/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 22.20 | Shipping/Courier | Shipment to WR Grace Voting Agent @ Analytics Inc_dtd. 5/8/09_Tracking No. 985715506111 |
| 21_090531 | 5/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 656.85 | Document Storage | 453 boxes |
| 21_090531 | 5/31/09 | WR Grace | WR Grace | BMC10, BMC | BMC | 250.00 | Website Hosting | Website Hosting |
| 21_090531 | 5/31/09 | WR Grace | WR Grace | BMC10, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090531 | 5/31/09 | WR Grace | WR Grace | BMC10, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |

2,225.60

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20090501-1 | 5/1/2009 | $193.22 |
| Invoice # | 021-20090504-1 | 5/4/2009 | $47.33 |
| Invoice # | 021-20090505-1 | 5/5/2009 | $319.17 |
| Invoice # | 021-20090505-2 | 5/5/2009 | $28.75 |
| Invoice # | 021-20090507-1 | 5/7/2009 | $148.09 |
| Invoice # | 021-20090508-1 | 5/8/2009 | $194.72 |
| Invoice # | 021-20090508-2 | 5/8/2009 | $67.24 |
| Invoice # | 021-20090511-1 | 5/11/2009 | $80.96 |
| Invoice # | 021-20090512-1 | 5/12/2009 | $425.11 |
| Invoice # | 021-20090513-1 | 5/13/2009 | $87.56 |
| Invoice # | 021-20090514-1 | 5/14/2009 | $31.61 |
| Invoice # | 021-20090515-1 | 5/15/2009 | $20.55 |
| | | Total | $1,644.31 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace & Co. et al**

Production Date: 5/1/2009
Invoice #: 021-20090501-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 11 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $14.70 each | $102.90 |
| | | | | USPS - 1st Class | 1 Piece @ $1.85 each | $1.85 |
| | | | | USPS - 1st Class | 2 Pieces @ $2.02 each | $4.04 |
| | | | | USPS - 1st Class | 1 Piece @ $1.00 each | $1.00 |
| | | | Production | Collate and Stuff | 11 Pieces @ $.08 each | $0.88 |
| | | | | Printed Impressions | 308 Pieces @ $.10 each | $30.80 |
| | | | Supplies | Business Reply Envelope No Postage | 4 Pieces @ $.08 each | $0.32 |
| | | | | Inkjet and Envelope - Catalog | 11 Pieces @ $.13 each | $1.43 |

Total Due: $193.22

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/4/2009
Invoice #: 021-20090504-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 12 / 11 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 11 Pieces @ $.59 each | $6.49 |
| | | | Production | Collate, Fold and Stuff | 11 Pieces @ $.08 each | $0.88 |
| | | | | Printed Impressions | 132 Pieces @ $.10 each | $13.20 |
| | | | Supplies | Business Reply Envelope No Postage | 11 Pieces @ $.08 each | $0.88 |
| | | | | Inkjet and Envelope - #10 | 11 Pieces @ $.08 each | $0.88 |

Total Due: $47.33

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/5/2009
Invoice #: 021-20090505-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 14 | Document/Data Preparation | Mail File Setup | 5 Tasks @ $25.00 each | $125.00 |
| | | | Postage | Expedited Mail Handling | 2 Pieces @ $.25 each | $0.50 |
| | | | | FedEx | 2 Pieces @ $26.40 each | $52.80 |
| | | | | USPS - 1st Class | 7 Pieces @ $1.85 each | $12.95 |
| | | | | USPS - 1st Class | 2 Pieces @ $14.70 each | $29.40 |
| | | | | USPS - 1st Class | 2 Pieces @ $.59 each | $1.18 |
| | | | | USPS - 1st Class | 1 Piece @ $6.10 each | $6.10 |
| | | | Production | Collate and Stuff | 12 Pieces @ $.08 each | $0.96 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | | Printed Impressions | 836 Pieces @ $.10 each | $83.60 |
| | | | Supplies | Business Reply Envelope No Postage | 64 Pieces @ $.08 each | $5.12 |
| | | | | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | Inkjet and Envelope - Catalog | 10 Pieces @ $.13 each | $1.30 |

Total Due:   $319.17

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/5/2009
Invoice #: 021-20090505-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 21355 - Order re Dkt 20957 | 2 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.42 each | $2.10 |
| | | | Production | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | | Printed Impressions | 10 Pieces @ $.10 each | $1.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |

Total Due:   $28.75

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/7/2009
Invoice #: 021-20090507-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $58.20 each | $58.20 |
| | | | | USPS - 1st Class | 1 Piece @ $.59 each | $0.59 |
| | | | | USPS - 1st Class | 3 Pieces @ $14.70 each | $44.10 |
| | | | Production | Collate and Stuff | 5 Pieces @ $.08 each | $0.40 |
| | | | | Collate, Fold and Stuff | 1 Piece @ $.08 each | $0.08 |
| | | | | Printed Impressions | 186 Pieces @ $.10 each | $18.60 |
| | | | Supplies | Business Reply Envelope No Postage | 5 Pieces @ $.08 each | $0.40 |
| | | | | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | Inkjet and Envelope - Catalog | 3 Pieces @ $.13 each | $0.39 |

Total Due: $148.09

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

Production Date: 5/8/2009
Invoice #: 021-20090508-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 42 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 30 Pieces @ $1.17 each | $35.10 |
| | | | | USPS - 1st Class | 1 Piece @ $14.70 each | $14.70 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.00 each | $3.00 |
| | | | | USPS - 1st Class | 8 Pieces @ $1.85 each | $14.80 |
| | | | Production | Collate and Stuff | 42 Pieces @ $.08 each | $3.36 |
| | | | | Printed Impressions | 420 Pieces @ $.10 each | $42.00 |
| | | | Supplies | Business Reply Envelope No Postage | 11 Pieces @ $.08 each | $0.88 |
| | | | | Inkjet and Envelope - Window Catalog | 42 Pieces @ $.14 each | $5.88 |

Total Due:     $194.72

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/8/2009
Invoice #: 021-20090508-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) (NO POS) | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $10.80 each | $32.40 |
| | | | Production | Collate and Stuff | 3 Pieces @ $.08 each | $0.24 |
| | | | | Printed Impressions | 96 Pieces @ $.10 each | $9.60 |
| | | | | | Total Due: | $67.24 |

*Invoice Due Upon Receipt*

**BMC Group Inc.**
**600 1st Avenue Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace & Co. et al**

Production Date: 5/11/2009
Invoice #: 021-20090511-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 3 | Postage | Expedited Mail Handling | 3 Pieces @ $.25 each | $0.75 |
| | | | | FedEx | 3 Pieces @ $25.35 each | $76.05 |
| | | | Production | Printed Impressions | 40 Pieces @ $.10 each | $4.00 |
| | | | Supplies | Business Reply Envelope No Postage | 2 Pieces @ $.08 each | $0.16 |

Total Due: $80.96

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/12/2009
Invoice #: 021-20090512-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 0 / 411 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $1.05 each | $5.25 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.90 each | $5.70 |
| | | | | USPS - 1st Class | 400 Pieces @ $.44 each | $176.00 |
| | | | | USPS - MX/CA | 3 Pieces @ $.75 each | $2.25 |
| | | | Production | Collate and Stuff | 8 Pieces @ $.08 each | $0.64 |
| | | | | Fold and Stuff | 403 Pieces @ $.05 each | $20.15 |
| | | | | Printed Impressions | 1062 Pieces @ $.10 each | $106.20 |
| | | | Supplies | Business Reply Envelope No Postage | 8 Pieces @ $.08 each | $0.64 |
| | | | | Inkjet and Envelope - #10 | 403 Pieces @ $.08 each | $32.24 |
| | | | | Inkjet and Envelope - Catalog | 8 Pieces @ $.13 each | $1.04 |

Total Due: $425.11

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/13/2009
Invoice #: 021-20090513-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 8 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $41.90 each | $41.90 |
| | | | | USPS - 1st Class | 1 Piece @ $1.90 each | $1.90 |
| | | | | USPS - 1st Class | 3 Pieces @ $1.05 each | $3.15 |
| | | | Production | Collate and Stuff | 4 Pieces @ $.08 each | $0.32 |
| | | | | Printed Impressions | 144 Pieces @ $.10 each | $14.40 |
| | | | Supplies | Business Reply Envelope No Postage | 8 Pieces @ $.08 each | $0.64 |

Total Due: $87.56

*Invoice Due Upon Receipt*

…

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/14/2009
Invoice #: 021-20090514-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 8 / 1 | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $26.40 each | $26.40 |
| | | | Production | Printed Impressions | 48 Pieces @ $.10 each | $4.80 |
| | | | Supplies | Business Reply Envelope No Postage | 2 Pieces @ $.08 each | $0.16 |

Total Due: $31.61

*Invoice Due Upon Receipt*

**BMC Group Inc.**
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 5/15/2009
Invoice #: 021-20090515-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Solicitation (suppl) | 1 / 2 | Postage | USPS - 1st Class | 1 Piece @ $14.70 each | $14.70 |
| | | | | USPS - 1st Class | 1 Piece @ $1.05 each | $1.05 |
| | | | Production | Collate and Stuff | 2 Pieces @ $.08 each | $0.16 |
| | | | | Printed Impressions | 43 Pieces @ $.10 each | $4.30 |
| | | | Supplies | Business Reply Envelope No Postage | 1 Piece @ $.08 each | $0.08 |
| | | | | Inkjet and Envelope - Catalog | 2 Pieces @ $.13 each | $0.26 |

Total Due: $20.55

*Invoice Due Upon Receipt*