**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_090630**
**Expense Summary**

| Period Ending | 6/30/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $656.85 |
| | | Pacer | $2.24 |
| | | Shipping/Courier | $62.72 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $0.88 |
| | | **Total** | **$2,172.69** |

BMC GROUP

WR GRACE - EXPENSE DETAIL

JUNE 2009

| Invoice Nbr | Date | Client | Bill As Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|---|
| 21_090630 | 6/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |
| 21_090630 | 6/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 22.20 | Shipping/Courier | Shipment to Eric Gilhoi @ WR Grace Voting Agent_dtd. 5/58/09_ Tracking No. 417758787208 |
| 21_090630 | 6/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 26.40 | Shipping/Courier | Shipment to Patricia Cuniff @ Pachulski Stang Ziehl Young Jo_dtd. 5/28/09_ Tracking No. 796642676205 |
| 21_090630 | 6/24/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 14.12 | Shipping/Courier | 50% of Shipment to Eric Gilhoi @ Analytics, Inc._dtd. 6/15/09_ Tracking No. 797678371007 |
| 21_090630 | 6/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 656.85 | Document Storage | 453 boxes |
| 21_090630 | 6/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 0.88 | Website Storage/Traffic | 1 detail record |
| 21_090630 | 6/30/09 | WR Grace | WR Grace | BMC, BMC | Pacer | 2.24 | Pacer | qrtly doc dwnld |
| 21_090630 | 6/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 250.00 | Website Hosting | Website Hosting |
| 21_090630 | 6/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |

2,172.69