**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF TRANSMITTAL**

I, Michael A. Shiner, hereby certify that on the 12th day of November, 2009, the hyperlinked version of the *Joinder of AXA Belgium In Certain Insurers' Phase II Post-Trial Briefs and In Support of Their Phase II Objection To Confirmation of The First Amended Joint Plan of Reorganization* (Dkt. No. 23660) was transmitted to the Court on CD via hand delivery pursuant to the Order Establishing Schedule of Post-Trial Briefing and Related Matters (Dkt. No. 23567).

I further certify that on the 12th Day of November 2009, a copy of the hyperlinked version of the *Joinder of AXA Belgium In Certain Insurers' Phase II Post-Trial Briefs and In Support of Their Phase II Objection To Confirmation Of The First Amended Joint Plan of Reorganization* (Dkt. No. 23660) was transmitted to the following individuals via Federal Express:

| | |
|---|---|
| Kim Love, Paralegal<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | Nathan D. Finch, Esq.<br>Caplin & Drysdale<br>One Thomas Circle N.W., Suite 1100<br>Washington DC 20005 |
| Jonathan P. Guy, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington DC, 20005-1706 | David E. Blabey, Jr., Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

Dated: November 12, 2009                         TUCKER ARENSBERG, P.C.

                                                 */s/ Michael A. Shiner*
                                                 Michael A. Shiner, Esq. (*Pro hac vice*)
                                                 1500 One PPG Place
                                                 Pittsburgh, PA 15222
                                                 Telephone: (412) 594-5586
                                                 Facsimile: (412) 594-5619