## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/2/09 |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIRST INTERIM PERIOD FROM SEPTEMBER 29, 2008 THROUGH FEBRUARY 28, 2009

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A. R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 29, 2008 through February 28, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $1,632.00 [80% of $2,040.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n): ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

R. Karl Hill is the only attorney providing services in this Fee Application period.  Mr. Hill has practiced law for 20 years, and his billing rate is $300.00 per hour.  In this Application period Mr. Hill billed 6.8 hours, for a total amount billed of $2,040.00 of which 80% is currently sought, in the amount of $1,632.00.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 3.6 | $1,080.00 |
| Retention Matters | 3.2 | $960.00 |
| TOTAL | 6.8 hours | $2,040.00 |

Detail of the fees billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, R. Karl Hill, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

_____
R. Karl Hill

-3-

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 6th day of November, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Page: 1

Alexander M. Sanders, Jr.                                     February 03, 2009
c/o Alan B. Rich, Esquire                      Account No:        40324-001M
One Main Place, Suite 1910                   Statement No:             21039
1201 Main Street, LB 201
Dallas  TX  75202-3909

Sanders In Re:  W. R. Grace

For Services Rendered Through 12/31/2008

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| 12/01/2008 |  |  |  |
| RKH | Review docket. Review retention papers for A. Rich. Begin drafting same. | 1.20 |  |
| 12/02/2008 |  |  |  |
| RKH | Work on fee agreement - retention papers. | 1.50 |  |
| 12/03/2008 |  |  |  |
| RKH | Emails w/ Rich re: revising fee (.3); agreement; review fee agreement (.2) | 0.50 |  |
|  | For Current Services Rendered | 3.20 | 960.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 3.20 | $300.00 | $960.00 |

Total Current Work                                                   960.00

Balance Due                                                        $960.00

Please Remit                                                       $960.00

*Remittance is due and payable upon receipt.  Thank you.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Page: 1
March 17, 2009

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire                          Account No:      40324-001M
One Main Place, Suite 1910                      Statement No:          21314
1201 Main Street, LB 201
Dallas  TX  75202-3909

Sanders In Re:  W. R. Grace

For Services Rendered Through 01/31/2009

<u>Fees</u>

|  |  | Hours |  |
|---|---|---|---|
| 01/23/2009 |  |  |  |
| RKH | Review various filings; | 1.20 |  |
| 01/28/2009 |  |  |  |
| RKH | Review docket (.5); Review and print retention order (.5); | 1.00 |  |
|  | For Current Services Rendered | 2.20 | 660.00 |

<u>Summary of Fees</u>

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 2.20 | $300.00 | $660.00 |

| | |
|---|---|
| Total Current Work | 660.00 |
| Previous Balance | $960.00 |
| Balance Due | $1,620.00 |
| Please Remit | $1,620.00 |

*Remittance is due and payable upon receipt.  Thank you.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Alexander M. Sanders, Jr.
c/o Alan B. Rich, Esquire
One Main Place, Suite 1910
1201 Main Street, LB 201
Dallas  TX  75202-3909

Page: 1
April 07, 2009

Account No:       40324-001M
Statement No:        21412

Sanders In Re:  W. R. Grace

For Services Rendered Through 02/28/2009

Fees

| | | Hours | |
|---|---|---|---|
| 02/13/2009 | | | |
| RKH | Emails with attachments from A. Rich (.50); Review recent filings (.70); | 1.20 | |
| 02/18/2009 | | | |
| RKH | Emails with Rich re: hearing on D/S; | 0.20 | |
| | For Current Services Rendered | 1.40 | 420.00 |

Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 1.40 | $300.00 | $420.00 |

| | |
|---|---|
| Total Current Work | 420.00 |
| Previous Balance | $1,620.00 |
| Balance Due | $2,040.00 |
| Please Remit | $2,040.00 |

*Remittance is due and payable upon receipt.  Thank you.*