# EXHIBIT C

September Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 24, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE NINETY-SIXTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2009 through September 30, 2009 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary: $16,586.00 (80% = $13,268.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary: $12,944.08

This is a: X monthly ___ interim ___ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |

| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|-------------------------------|-------------------------------|
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18/06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | No objections served on counsel | No objections served on counsel |

| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $16,557.87 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|-------------------------------|-------------------------------|
| 10/31/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | No objections served on counsel | No objections served on counsel |
| 12/18/08 | 10/01/08 through 10/31/08 | $206,090.00 | $17,150.06 | No objections served on counsel | No objections served on counsel |
| 1/14/09 | 11/01/08 through 11/30/08 | $31,818.50 | $17,853.27 | No objections served on counsel | No objections served on counsel |
| 2/6/09 | 12/01/08 through 12/31/08 | $18,652.00 | $13,260.97 | No objections served on counsel | No objections served on counsel |
| 3/17/09 | 01/01/09 through 01/31/09 | $25,997.00 | $18,035.63 | No objections served on counsel | No objections served on counsel |
| 4/8/09 | 02/01/09 through 02/28/09 | $22,962.00 | $13,961.27 | No objections served on counsel | No objections served on counsel |
| 5/14/09 | 03/01/09 through 03/31/09 | $16,519.50 | $14,927.74 | No objections served on counsel | No objections served on counsel |
| 6/3/09 | 04/01/09 through 04/30/09 | $15,114.50 | $15,185.20 | No objections served on counsel | No objections served on counsel |
| 6/30/09 | 05/01/09 through 05/31/09 | $8,974.50 | $13,339.22 | No objections served on counsel | No objections served on counsel |
| 7/30/09 | 06/01/09 through 06/30/09 | $11,874.50 | $12,779.37 | No objections served on counsel | No objections served on counsel |
| 8/28/09 | 07/01/09 through 07/31/09 | $11,944.00 | $12,671.07 | No objections served on counsel | No objections served on counsel |
| 9/29/09 | 08/01/09 through 08/31/09 | $11,169.50 | $12,749.78 | No objections served on counsel | No objections served on counsel |
| 11/3/09 | 09/01/09 through 09/30/09 | $16,586.00 | $12,944.08 | Pending | Pending |

As indicated above, this is the ninety-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.4 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $804.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

5

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 43 | Litigation | $335.00 | 6.00 | $2,010.00 |
| Robert A. Murphy | Senior Counsel | 43 | Litigation | No charge | 0.10 | $0.00 |
| Matthew T. Murphy | Partner | 22 | Litigation | $285.00 | 8.10 | $2,308.50 |
| Matthew L. Lunenfeld | Partner | 12 | Litigation | $260.00 | 0.50 | $130.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 25 | Litigation | $125.00 | 89.10 | $11,137.50 |
| Angela R. Anderson | Paralegal | 25 | Litigation | $80.00 | 12.50 | $1,000.00 |
| TOTALS | | | | | 116.30 | $16,586.00 |

**Total Fees:**        **$16,586.00**

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $15.87 |
| Rent Reimbursement | $12,525.16 |
| Miscellaneous | $403.05 |
| TOTAL | $12,944.08 |

**Total Expenses:**    **$12,944.08**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 115.00 | $16,150.50 |
| Fee Applications, Applicant | 1.30 | $435.50 |
| Expenses | N/A | $12,944.08 |
| TOTALS | 116.30 | $29,530.08 |

Dated:  November 3, 2009

CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/472936.1

7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: November 24, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### NINETY-SIXTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/472947

# EXHIBIT A
### (Fee Detail)

**FEES**

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)  $16,020.50 | |
| • non-asbestos matters (2725.40)  $   130.00 | |
| TOTAL LITIGATION AND LITIGATION CONSULTING | $16,150.50 |
| FEE APPLICATION – APPLICANT | $435.50 |
| TOTAL FEES | $16,586.00 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number 116028
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

## FOR PROFESSIONAL SERVICES

Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/14/09 | RAM | Read Notice of new date for hearing on motion for summary judgment. | 0.05 Hrs | No Charge |
| 09/08/09 | RAM | Read email re: rescheduling of final pretrial conference. | 0.05 Hrs | No Charge |
| 09/08/09 | MLL | Write counsel and further confer re: pre-trial conference, call court; research docket and file | 0.40 Hrs | 104.00 |
| 09/14/09 | MLL | Receipt and review of court notice re: summary judgment | 0.10 Hrs | 26.00 |

TOTAL LEGAL SERVICES     $130.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Matthew L. Lunenfeld | 0.50 | 260.00 | 130.00 |
| Robert A. Murphy | 0.10 | 335.00 | No Charge |
| | 0.60 | | $130.00 |

Page 1

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

|  |  |
|---|---|
| **TOTAL THIS BILL** | **$130.00** |

Page 2

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number  116029
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/01/09 | ARA | Document control. | 2.30 Hrs | 184.00 |
| 09/02/09 | ARA | Document control. | 5.00 Hrs | 400.00 |
| 09/03/09 | RAM | Telephone conference with in-house counsel re: early Libby OD Act claims and correspondence with insurers; look for early memos re: same. | 0.50 Hrs | 167.50 |
| 09/09/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.60 Hrs | 201.00 |
| 09/09/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.80 Hrs | 725.00 |
| 09/10/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 7.70 Hrs | 962.50 |
| 09/11/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 6.50 Hrs | 812.50 |
| 09/14/09 | RAM | Read selected documents filed in bankruptcy court (1.3). Read updated bankruptcy court docket entries to select documents to read (.1). | 1.40 Hrs | 469.00 |

Page 1

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/14/09 | ARA | Quality control property damage ledgers re: ZAI research project. | 5.20 Hrs | 650.00 |
| 09/15/09 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 33.50 |
| 09/15/09 | ARA | Quality control property damage inventory review sheets re: ZAI research project (1.0). Inventory and quality control indices and privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (6.0). | 7.00 Hrs | 875.00 |
| 09/16/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 6.50 Hrs | 812.50 |
| 09/17/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 7.00 Hrs | 875.00 |
| 09/18/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 6.00 Hrs | 750.00 |
| 09/21/09 | MTM | Receipt and review of request from in-house counsel for Libby personnel file; review list and telephone call to ARA re: same. | 0.10 Hrs | 28.50 |
| 09/21/09 | ARA | Per MTM's email request, locate Libby personnel file; review file and arrange to have file copied by Merrill Corp. | 1.70 Hrs | 212.50 |
| 09/21/09 | ARA | Document control. | 1.00 Hrs | 80.00 |
| 09/22/09 | RAM | Conferences with PM and MTM re: documents at Holme Roberts and W. Square lease renewal. | 0.10 Hrs | 33.50 |
| 09/22/09 | MTM | Receipt and review of email from in-house counsel and attached document inventories re: documents stored at Holme Roberts (1.1); conference with RAM re: same and re: Winthrop Square issues (.1); review draft cooperation agreement re: ultimate disposition of Colorado boxes (.4). | 1.60 Hrs | 456.00 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/22/09 | ARA | Receive and quality control Libby personnel file from copy service; obtain copies of Libby personnel file from MTM and produce file to in-house counsel (1.8). Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (3.7). | 5.50 Hrs | 687.50 |
| 09/22/09 | ARA | Document control. | 2.70 Hrs | 216.00 |
| 09/23/09 | RAM | Read emails re: documents at Holme Roberts. Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 67.00 |
| 09/23/09 | MTM | Review various indices re: documents stored at Holme Roberts (1.8); conference with ARA re: same (.2). | 2.00 Hrs | 570.00 |
| 09/23/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (6.3). Telephone call from MTM to discuss return of boxes to Winthrop Square Repository from Denver (.2). | 6.50 Hrs | 812.50 |
| 09/24/09 | RAM | Participate in part of conference call with in-house counsels and MTM to discuss documents at Holme Roberts. | 0.70 Hrs | 234.50 |
| 09/24/09 | MTM | Search for sample ledger index (.5); conference call with two in-house counsel and RAM re: disposition of documents in Colorado (1.3); determine date range of ledgers stored in Colorado (.8). | 2.60 Hrs | 741.00 |
| 09/24/09 | ARA | Per MTM's call, review boxes of documents in the repository for possible future storage of boxes from Denver; telephone call to MTM with number of boxes we could possible store at Winthrop Square (2.7). Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001 (4.0). | 6.70 Hrs | 837.50 |
| 09/28/09 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 100.50 |

## CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/28/09 | MTM | Begin draft letter to Holme Roberts counsel re: disposition of Grace boxes stored in Colorado (.9); locate sample ledger page index at Winthrop Square re: same (.9). | 1.80 Hrs | 513.00 |
| 09/28/09 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 09/28/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 3.50 Hrs | 437.50 |
| 09/29/09 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | 201.00 |
| 09/29/09 | ARA | Quality control Attorney Review documents tagged by Creditor's Committee. | 6.50 Hrs | 812.50 |
| 09/30/09 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 67.00 |
| 09/30/09 | ARA | Inventory and quality control privilege documents and return them to original boxes of documents at W. R. Grace, Cambridge re: EPA document review in 2000 and 2001. | 7.00 Hrs | 875.00 |

TOTAL LEGAL SERVICES       $16,020.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 4.70 | 335.00 | 1,574.50 |
| Matthew T. Murphy | 8.10 | 285.00 | 2,308.50 |
| Angela R. Anderson | 89.10 | 125.00 | 11,137.50 |
| Angela R. Anderson | 12.50 | 80.00 | 1,000.00 |
| | 114.40 | | $16,020.50 |

TOTAL THIS BILL       $16,020.50



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number  116030
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/18/09 | RAM | Work on August fee application. | 0.20 Hrs | 67.00 |
| 09/21/09 | RAM | Read Fee Auditor's Final Report for 32nd Interim Period. Work on August fee application. | 0.20 Hrs | 67.00 |
| 09/23/09 | RAM | Work on August fee application. | 0.30 Hrs | 100.50 |
| 09/24/09 | RAM | Work on August fee application; send it to in-house counsels to review. | 0.20 Hrs | 67.00 |
| 09/26/09 | RAM | Finalize August fee application. | 0.30 Hrs | 100.50 |
| 09/28/09 | RAM | Send August fee application to Delaware counsel to file. | 0.10 Hrs | 33.50 |

TOTAL LEGAL SERVICES          $435.50

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.30 | 335.00 | 435.50 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

1.30                                    $435.50


TOTAL THIS BILL                    $435.50

**EXHIBIT B**
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
|     ●     asbestos matters (52000.43)      $12,928.21 | |
|     ●     non-asbestos matters (2725.40)      $    0.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,928.21 |
| **FEE APPLICATION – APPLICANT** | $15.87 |
| **TOTAL EXPENSES** | $12,944.08 |



# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number  116031
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH SEPTEMBER 30, 2009

RENT REIMBURSEMENT
| 09/01/09 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - September 2009. | 12,525.16 | |
| | | | $12,525.16 |

MISCELLANEOUS
| 09/08/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage from September 1, 2009 through September 30, 2009. | 403.05 | |
| | | | $403.05 |

|  | TOTAL COSTS | $12,928.21 |
| --- | --- | --- |

|  | TOTAL THIS BILL | $12,928.21 |
| --- | --- | --- |

Page 1



# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 30, 2009
Bill Number  116032
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH SEPTEMBER 30, 2009

FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/08/09 | FEDERAL EXPRESS CORPORATION: To Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on August 27, 2009 by RAM. | 15.87 |
| | | $15.87 |
| | TOTAL COSTS | $15.87 |
| | TOTAL THIS BILL | $15.87 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors

in the above-captioned action, and that on the 4th day of November, 2009, she caused a copy of

the following document to be served upon the attached service list in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Ninety-Sixth Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from September 1, 2009 through September 30, 2009.**

Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 4th day of November, 2009.

Notary Public
My Commission Expires:

MONICA A. MOLITOR
Notary Public - State of Delaware
My Comm. Expires July 20, 2010

**Grace Fee Application Service List**
Case N. 01-1139 (JKF)
Doc. No. 45804v3
01 – Hand Delivery
02 – Federal Express
22 - E-Mail

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE  19801

*Federal Express and E-mail:*
*richard.finke@grace.com*
*john.port@grace.com*
(Debtors)
Richard C. Finke, Esquire
John Port, Esquire
W. R. Grace & Co.
5400 Broken Sound Boulevard NW
Boca Raton, FL 33487

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX  75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)

*E-mail: mlastowski@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel for the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*E-mail: mhurford@camlev.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE  19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

*E-mail: tfreedman@kirkland.com*
(Co-Counsel for the Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY  10022

*E-mail: jbaer@jsbpc.com*
(Co-Counsel for the Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL  60602

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX  75202