## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/2/09; 4:00 p.m. ET |
| | § | Hearing Date: 3/22/2010; 10:30 a.m. ET |

**FOURTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE 34TH QUARTERLY PERIOD FROM JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr. LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of $202,402.50 for the reasonable and necessary legal services he has rendered to the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

-1-

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary expenses that he has incurred in the amount of $16,828.62, for a total of $219,231.12 or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period July 1, 2009 through September 30, 2009 (the "Third Quarterly Fee Application"), and in support of this Fourth Quarterly Fee Application, would respectfully show as follows:

<u>SUMMARY</u>

Name of Applicant:                                          Alan B. Rich, Esq.

Authorized to Provide Services To:                          Hon. Alexander M. Sanders, Jr.,
                                                            Legal Representative for Future Asbestos-
                                                            Related Property Damage Claimants
                                                            and Holders of Demands

Date of Retention:                                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                                July 1, 2009 through September 30, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                                   $202,402.50

Amount of Expenses Sought as
Actual, Reasonable and Necessary:                           $16,828.62

This is a(n):    ☐Monthly    ☒Quarterly    ☐Interim    ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate was $575 per hour for the period of July 1, 2009 to August 31, 2009, and was (and is) $600 per hour for the period of September 1, 2009 to September 30, 2009.  In this 34rd Quarterly Application period Mr. Rich billed 346.1 hours,[2]

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

for a total amount billed of $202,402.50, of which 80% ($161,922.00) has already been paid or has payment pending, leaving the amount not yet approved or paid of $40,480.50.

The time for preparation of this First Quarterly Application is approximately 1.5 hours, for which $900.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 415.6 | $155,240.00 |
| Travel | 145.2   (at 100%) | $42,380.00   (at 50%) |
| Fee Applications | 8.3 | $4,782.50 |
| TOTAL | 569.1 | $202,402.50 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall<br>Deposition Phone Charges<br>Federal Express<br>Copies | $15,966.61<br>$167.00<br>$391.12<br>$97.40<br>$206.49 |
| TOTAL | $16,828.62 |

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.

2.      On May 3, 2001 , the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation

Order, within forty-five (45) days of the end of each quarter, professionals are required to file

and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim

Court approval and allowance of the Monthly Fee Applications filed during the quarter covered

by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee

Application, the Debtors are authorized and directed to pay the professional 100% of the fees and

expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application,

less any amounts previously paid in cormection with the Monthly Fee Applications.  Any

payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order"). The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Fourth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the fee period of July 1, 2009 through September 30, 2009 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Eleventh Monthly Interim Period from July 1, 2009 Through July 31, 2009, seeking $40,296.00 in fees (80% of $50,370.00) and $4,279.60 in expenses.

(b)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twelfth Monthly Interim Period from August 1, 2009 Through August 31, 2009, seeking $56,442.00 in fees (80% of $70,552.50) and $6,484.97 in expenses.

(c)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirteenth Monthly Interim Period from September 1, 2009 Through September 30, 2009, seeking $65,184.00 in fees (80% of $81,480.00) and $6,064.05 in expenses.

7.      The monthly fee applications covered by this Fourth Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The Eleventh, Twelfth and Thirteenth monthly applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2," and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to the Eleventh, Twelfth and Thirteenth Monthly Fee Applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

9.      Rich has previously filed his First, Second and Third Quarterly Fee Applications. The First Quarterly Application (for the 31st Quarterly Interim Period) was approved by the Court and payment from the Debtor has been received.  The Second Quarterly Fee Application (for the 32nd Quarterly Interim Period) was approved by the Court and payment from the Debtor has been received.  The Third Quarterly Fee Application (for the 33rd Quarterly Interim period) is pending.

10.     By this Fourth Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from July 1, 2009 through September 30,

2009, less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the

procedures set forth in the Amended Interim Compensation Order.  As stated above, the full

scope of the services provided and the related expenses incurred are fully described in the

Monthly Fee Applications that already have been filed with the Court.

11.     Rich reserves his right to seek at a later date compensation for services rendered

and expenses incurred during the applicable period that are not otherwise included in the relevant

monthly fee application.

12.     At all relevant times, Rich has been a disinterested person as that term is defined

in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the

United States Bankruptcy Code and has not represented or held an interest adverse to the interest

of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or

on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Third Quarterly Fee Application complies with the

requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from

any source for services rendered or to be rendered in any capacity whatsoever in connection with

these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended

Interim Compensation Order.  There is no agreement or understanding between Rich and any

other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim

allowance of compensation and reimbursement of expenses were rendered and incurred in

connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.      Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from July 1, 2009 through September 30, 2009, an administrative allowance be made to Rich in the sum of $202,402.50 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $16,828.62 for reimbursement of actual and necessary costs and expenses incurred, for a total of $219,231.12; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

//
//
//
//
//
//
//
//
//
//
//
//

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350

1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## DECLARATION

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2009.

_____

-10-

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 12th day of November, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 9/11/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE ELEVENTH MONTHLY INTERIM PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009**

Name of Applicant:                                Alan B. Rich, Esq.

Authorized to Provide Services To:       Hon. Alexander M. Sanders, Jr.,
                                                             Legal Representative for Future Asbestos-
                                                             Related Property Damage Claimants
                                                             and Holders of Demands

Date of Retention:                               September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:            July 1, 2009 through July 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                 $40,296.00   [80% of $50,370.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:     $4,279.60

This is a(n):   ☒ Monthly       ☐ Interim       ☐ Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application

---

[1] At 80% of the total incurred.

period Mr. Rich billed 87.6 hours,[2] for a total amount billed of $$50,370.00 of which 80% is currently sought, in the amount of $40,296.00.

As stated above, this is the Ninth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 64.0 | $36,800.00 |
| Travel | 38.8 | $11,155.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 4.2 | $2,415.00 |
| TOTAL | 106.9 | $50,370.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Courtcall<br>Deposition Phone Charges | $4,176.51<br>$74.00<br>$29.09 |
| TOTAL | $4,279.60 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

  I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

        Respectfully Submitted,

        _____
        Alan B. Rich, Esq.
        Texas Bar No. 16842350
        1401 Elm Street, Suite 4620
        Dallas, Texas 75202
        (214) 532-4437
        arich@alanrichlaw.com

        COUNSEL TO HON. ALEXANDER
        M. SANDERS, JR., LEGAL
        REPRESENTATIVE FOR FUTURE
        ASBESTOS-RELATED PROPERTY
        DAMAGE CLAIMANTS AND HOLDERS
        OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

  I certify that on the 22nd day of August, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

        _____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 7/1/2009 | Prepare June fee application and notice | 1.5 |
| 7/1/2009 | Attend (by telephone) deposition of Bill Longo | 2.6 |
| 7/1/2009 | Review Certificate of Counsel re Phase II scheduling order | 0.1 |
| 7/1/2009 | Travel (non-productive) to NYC for Pam Zilly deposition | 3.0 |
| 7/2/2009 | Deposition of Pam Zilly | 3.5 |
| 7/2/2009 | Review Interrogatories to Debtors from Anderson Memorial | 0.1 |
| 7/2/2009 | Review errata from Welch deposition | 0.1 |
| 7/2/2009 | CoC for Order Regarding Further Matters Related to the Phase I Confirmation Hearng with Respect to Insurance Neutrality | 0.1 |
| 7/2/2009 | Travel (non-productive) to Dallas from Pam Zilly deposition (multi-hour weather delay on tarmac at LGA) (8.2 hrs. @50%) | 4.1 |
| 7/3/2009 | Reivew CoC regarding amendment to fee notice parties | 0.1 |

| | | |
|---|---|---|
| 7/3/2009 | Review of Debtors/proponents objections to insurers' proffers and exhibits and Debtors/proponents counter-designations | 2.0 |
| 7/6/2009 | Telephone conference with D. Speights | 0.1 |
| 7/6/2009 | Review notice of AXA deposition | 0.1 |
| 7/6/2009 | Review email from Debtors' counsel re Certificate of Counsel re Phase I hearing order | 0.1 |
| 7/7/2009 | Review Order re Phase II Pretrial proceedings | 0.1 |
| 7/7/2009 | Review Emails from ACC counsel re deposition scheduling | 0.1 |
| 7/7/2009 | Email to and from D. Speights re depositions | 0.1 |
| 7/7/2009 | Review order approving 31st quarter fee applications | 0.1 |
| 7/7/2009 | Review Certificate of Counsel re Class 9 issues scheduling order | 0.1 |
| 7/9/2009 | Telephonic hearing re continued omnibus matters | 0.5 |
| 7/9/2009 | Review signed neutrality order | 0.1 |
| 7/9/2009 | Review Certificate of Counsel and proposed order re Kaneb motions | 0.1 |
| 7/9/2009 | Review notice of publication re Royal settlement | 0.1 |
| 7/9/2009 | Reivew stipulation resolving ICA Proof of Claim objection | 0.1 |
| 7/9/2009 | Review emails re debtors' trial brief due date | 0.1 |
| 7/14/2009 | Review Libby claimants opposition to Royal settlement and motion to defer consideration of Royal Settlement | 0.6 |
| 7/14/2009 | Review Debtors' response to Libby Claimants' motion to reconsider order re striking Whitehouse report | 0.1 |
| 7/14/2009 | Review Anderson Memorial's response to Motion for Protective Order re Shelnitz deposition | 0.2 |
| 7/14/2009 | Review Debtors' and Arrowood's opposition to Libby Motion to Shorten Time re motion to defer | 0.1 |

| 7/14/2009 | Travel (non-productive) to NYC for Travelers Deposition (5 hrs.@50%) | 2.5 |
|---|---|---|
| 7/15/2009 | Deposition of Kelley (Travelers) | 2.0 |
| 7/15/2009 | Travel (non-productive) to Dallas (5 hrs.@50%) | 2.5 |
| 7/16/2009 | Review letter from Libby counsel re additional production of medical records | 0.1 |
| 7/16/2009 | Review revised deposition calendar as of 7/13 | 0.1 |
| 7/16/2009 | Review BNSF objection to Royal Settlement | 0.1 |
| 7/16/2009 | Review Libby motion to supplement expert report and exhibits thereto | 0.5 |
| 7/16/2009 | Review notice of errata to Whitehouse reports | 0.1 |
| 7/16/2009 | Review FFIC's Objection to Plan Proponents' Objection To Proffered Trial Exhibits For Phase I Of The Confirmation Hearing and Motion To Exclude Such Exhibits | 0.3 |
| 7/16/2009 | Review Libby opposition to motion to exclude Dr. Spear's testimony | 0.1 |
| 7/16/2009 | Review orders re Libby motions re Royal Settlement and re supplemental plan objections | 0.1 |
| 7/16/2009 | Review Libby reply to response to motion to strike Whitehouse and motion for leave to file reply | 0.1 |
| 7/16/2009 | Review Notice of Amendments to Plan Proponents' Objection to Plan Objectors' Proffered Trial Exhibits for Phase I of the Confirmation Hearing and Motion to Exclude Such Exhibits | 0.1 |
| 7/16/2009 | Review Arrowood's deposition notices re Royal settlement | 0.1 |
| 7/16/2009 | Telephone conference with D. Speights and email to client | 0.3 |
| 7/16/2009 | Review Peterson errata sheet | 0.1 |
| 7/16/2009 | Review Debtors' response to the Request for Production of Documents served by Anderson Memorial Hospital on feasability | 0.1 |
| 7/16/2009 | Review Debtors' response to UCC document request on feasability | 0.1 |

| | | |
|---|---|---|
| 7/16/2009 | Review supplemental plan objections of Libby and motion for leave to file same, and order permitting filing of supplemental objections | 0.3 |
| 7/16/2009 | Review Arrowood's opposition to Libby Motion to Reconsider re Whitehouse | 0.5 |
| 7/16/2009 | Email from debtor re deposition scheduling matters | 0.1 |
| 7/16/2009 | Review Bank Lender Group's disclosure request re solvency matters | 0.1 |
| 7/16/2009 | Review Libby Motion to Compel re Royal discovery and motion to shorten time re same | 0.3 |
| 7/17/2009 | Emails to and from client re status | 0.1 |
| 7/17/2009 | Email from Debtor re July 21 hearing | 0.1 |
| 7/17/2009 | Review revised deposition calendar as of 7/17 | 0.1 |
| 7/17/2009 | Review Certificate of Counsel re temporary allowance of claims for voting purposes | 0.1 |
| 7/17/2009 | Review Arrowood's joinder in Motion to Strike Spears Testimony and motion for leave to file reply brief | 0.3 |
| 7/17/2009 | Review Arrowood's objection to motion to expedite Libby motion to Compel | 0.2 |
| 7/17/2009 | Review Arrowood's objection to Libby Motion to Compel | 0.2 |
| 7/17/2009 | Review Arrowood's motion to enforce CMO re libby witness desingations and supporting declaration; motion to shorten time re same and order granting motion to shorten time | 0.5 |
| 7/17/2009 | Review orders re Libby motion to compel and re omnibus hearing | 0.1 |
| 7/17/2009 | Review July 21 hearing agenda | 0.1 |
| 7/17/2009 | Review Plan Proponents' Post Phase I trial submission | 0.3 |
| 7/17/2009 | Review Insurers Post Phase I trial submission | 0.5 |
| 7/17/2009 | Review Morgan Stanley submission re impairment | 0.4 |

| | | |
|---|---|---|
| 7/20/2009 | Review Joint brief of Bank Lenders and UCC re Impairment Issues | 0.5 |
| 7/20/2009 | Review Certificate of Counsel re motion to strike Florence | 0.1 |
| 7/20/2009 | Emails to and from debtors' counsel re pretrial submission | 0.1 |
| 7/20/2009 | Reivew Plan Proponents' brief regarding Class 9 Impairment issues | 0.5 |
| 7/20/2009 | Draft Pretrial Statement of PDFCR and attend to filing of same | 1.0 |
| 7/20/2009 | Review Debtors Supplemental Brief re Morgan Stanley impairment | 0.1 |
| 7/20/2009 | Review Debtors opposition to Libby motion to supplement plan objections | 0.1 |
| 7/20/2009 | Review of Trial Briefs (BNSF; Maryland Casualty; Zurich; AIU; National Union; General Insurance; Garlock Sealing Technologies; GEICO/Republic; Scotts Co.; Longacre; Travelers) | 4.5 |
| 7/20/2009 | Review amnended agenda for 7/21/09 hearing | 0.1 |
| 7/20/2009 | Review of Pretrial Statements (PD Committee; London Market) | 0.2 |
| 7/20/2009 | Review General Insurance Motion to file Proof of Claim | 0.2 |
| 7/20/2009 | Review Motion re Sale of Atlanta Property | 0.1 |
| 7/21/2009 | Review of Trial Briefs (Libby Claimants; Gen'l Insurance; Fireman's Fund) | 3.0 |
| 7/21/2009 | Review Show Cause Order re pro se motion to intervene | 0.1 |
| 7/21/2009 | Review Norfolk Southern Claim Objection | 0.1 |
| 7/21/2009 | Review Libby Claimants' motions regarding experts (Friedman, Parker, Stockman) | 0.5 |
| 7/21/2009 | Review PI FCR/ACC Motion for Order limiting use of future findings or conclusions regarding debtors' solvency | 0.1 |
| 7/22/2009 | Emails regarding Libby deposition of WR Grace | 0.1 |
| 7/22/2009 | Review Agendas for July 27 Omnibus hearing and emails regarding same | 0.2 |

| | | |
|---|---|---|
| 7/22/2009 | Review of Trial Briefs (OneBeacon; London Market; Montana; Fireman's Fund (Surety); Bank Lenders; Allstate; Kaneb) | 4.5 |
| 7/22/2009 | Review of Finke Declaration in support of Arrowood settlement | 0.2 |
| 7/22/2009 | Review Libby deposition notice of Pam Zilly | 0.1 |
| 7/22/2009 | Email to client re Pretrial Statements | 0.1 |
| 7/23/2009 | Email to and from client re meeting and status | 0.1 |
| 7/23/2009 | Review of Pretrial Statements (AIU; Allstate; Anderson Memorial; Arrowood; BNSF; CNA; Edwards Plaintiffs; Federal Insurance; FFIC; Fresenius; Garlock Sealing Technologies; GEICO-Republic; General Insurance; Plan Proponets; Hartford; Kaneb; Libby Claimants; Longacre; Maryland Casualty; Morgan Stanley; State of Montana; National Union; OneBeacon-Seaton; Scotts Company; Sealed Air; Travelers; UCC; US Trustee; Zurich) | 4.0 |
| 7/23/2009 | Prepare June fee application and notice of PD FCR | 0.7 |
| 7/23/2009 | Prepare and file CNO for June fee application | 0.2 |
| 7/23/2009 | Emails to and from Debtors' counsel re deposition transcripts | 0.1 |
| 7/23/2009 | Review Libby Claimants' Response to Arrowood's Motion for Relief Against the Libby Claimants Based on Their Designation of Over 100 Witnesses | 0.3 |
| 7/23/2009 | Review Arrowood's Opposition to Libby Motion to Compel and to Libby Motion to Defer | 0.3 |
| 7/23/2009 | Review Notice of Deposition of Dr. Spear | 0.1 |
| 7/23/2009 | Review Revised (as of 7-23) Deposition Calendar | 0.1 |
| 7/24/2009 | Review Arrowood motion for leave to file reply to BNSF and Libby Objections to Settlement, and proposed Reply Brief | 0.4 |
| 7/24/2009 | Attend (by telephone) deposition of Richard Finke | 1.0 |
| 7/24/2009 | Review documents regarding Grace's sale of membranes businesses and email to client re same | 1.5 |

| | | |
|---|---|---|
| 7/24/2009 | Review orders granting leave to reply (Debtors and Arrowood) re Royal settlement | 0.1 |
| 7/24/2009 | Review of Debtors Reply Brief re Royal Settlement | 0.2 |
| 7/24/2009 | Review signed stipulation re General Insurance settlement | 0.2 |
| 7/24/2009 | Review stipulation re claim objection of Neutocrete | 0.1 |
| 7/25/2009 | Review proposed 4th amended Case Management Order | 0.3 |
| 7/25/2009 | Review Debtors' Response to solvency brief of bank lenders and UCC | 0.3 |
| 7/25/2009 | Review Anderson Memorial's statement re feasibility experts | 0.1 |
| 7/25/2009 | Review Debtors' status report on solvency issues | 0.1 |
| 7/25/2009 | Review Second Amended Agenda for 7-27-09 hearing | 0.1 |
| 7/26/2009 | Travel (non-productive) from Dallas to Wilmington for Omnibus and Pretrial hearing (5.6 hrs.@ 50%) | 2.8 |
| 7/27/2009 | Attend Pretrial Conference and Omnibus hearing | 5.0 |
| 7/27/2009 | Travel (non-productive) from Wilmington to Dallas (including extended weather delay) (9 hrs.@50%) | 4.5 |
| 7/28/2009 | Emails to and from B. Ruhlander re quarterly fee application | 0.1 |
| 7/28/2009 | Conference with client re status | 0.3 |
| 7/28/2009 | Review order from court regarding rescheduling of September Omnibus hearing | 0.1 |
| 7/28/2009 | Emails to and from debtors' counsel re Shelnitz deposition | 0.1 |
| 7/28/2009 | Review Order granting Libby claimants' motion to supplement objections | 0.1 |
| 7/28/2009 | Email from insurers' counsel re Fourth Amended CMO | 0.1 |
| 7/28/2009 | Review of revised deposition calendar (7/27) | 0.1 |

| | | |
|---|---|---|
| 7/28/2009 | Review debtors' motion for order approving amended and restated settlement with Lloyds | 0.3 |
| 7/28/2009 | Review 7/24 expert report of Denise Neumann Martin | 0.3 |
| 7/28/2009 | Review Feasibility Report of Pamela Zilly and preparation for Zilly deposition | 2.0 |
| 7/28/2009 | Review Anderson Memorial deposition notice of Hudson LaForce | 0.1 |
| 7/28/2009 | Email from Debtors' counsel re CMO conference call | 0.1 |
| 7/29/2009 | Review Anderson Memorial deposition notice of Pam Zilly | 0.1 |
| 7/29/2009 | Attend (by telephone) to the deposition of Dr. Spear | 4.5 |
| 7/29/2009 | Review revised draft of 4th amended CMO and email to opposing counsel re same | 0.4 |
| 7/30/2009 | Review Anderson Memorial Hospitals Amended deposition notice of Mark Shelnitz and Second Amended Deposition notice of Thomas Florence; UCC's deposition notice of Shelnitz | 0.1 |
| 7/30/2009 | Review revised deposition calendar as of 7-29 | 0.1 |
| 7/30/2009 | Review Response to Anderson Memorial Hospital's requests for document production by the ACC, PI FCR and Equity Committee | 0.2 |
| 7/30/2009 | Attend (by telephone) hearing regarding pretrial issues | 2.7 |
| 7/30/2009 | Emails to and from the debtors' counsel re feasability issues | 0.2 |
| 7/30/2009 | Emails to and telephone conference with client re status | 0.4 |
| 7/30/2009 | Telephone conference with D. Speights re deposition schedule | 0.2 |
| 7/31/2009 | Telephone conference with debtors' counsel re deposition issues | 0.3 |
| 7/31/2009 | Review One Beacon, et al. notice and amended notice of Shelnitz deposition | 0.1 |
| 7/31/2009 | Review Anderson Memorial's notice of submission to protective order | 0.1 |
| 7/31/2009 | Prepare July Fee Application and Notice | 1.5 |

| | | |
|---|---|---|
| 7/31/2009 | Review debtors' reports on asset sales and settlements for 32nd quarter | 0.1 |
| 7/31/2009 | Review fee auditor report re PDFCR's 32nd Quarterly fee application and email to client re same | 0.2 |

Total: 87.6 hours @ $575.00/hour = $50,370.00

Expenses:   Detail on Exhibit 1– $4,279.60

**Total Fees and Expenses Due:   $54,649.60**

EXPENSES FOR JULY 2009                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 7/1/2009 | Court Reporter's Teleconference Bill for Longo Deposition | $29.09 |
| 7/6/2009 | Court Call for 6/29 hearing | $44.00 |
| 7/15/2009 | Court Call for 7/9 hearing | $30.00 |
| 7/1/2009 | RT Coach Airfare DFW-LGA for Zilly Deposition | $744.70 |
| 7/1/2009 | Dinner | $16.46 |
| 7/1/2009 | Taxi | $34.44 |
| 7/2/2009 | Hotel | $339.52 |
| 7/2/2009 | Taxi | $7.00 |
| 7/2/2009 | Taxi | $34.38 |
| 7/2/2009 | Dinner | $4.00 |
| 7/2/2009 | Airport Parking | $42.00 |
| 7/14/2009 | RT Coach Airfare DFW-LGA for Kelley Deposition | $1,823.20 |
| 7/14/2009 | Dinner | $4.64 |
| 7/14/2009 | Taxi | $35.48 |
| 7/15/2009 | Hotel | $293.96 |
| 7/15/2009 | Taxi | $9.00 |
| 7/15/2009 | Taxi | $28.69 |
| 7/15/2009 | Dinner | $13.72 |
| 7/15/2009 | Airport Parking | $17.00 |
| 7/26/2009 | RT Coach Airfare DFW-PHL for Omnibus hearing | $341.20 |
| 7/26/2009 | Dinner | $10.26 |
| 7/27/2009 | Hotel | $214.92 |
| 7/27/2009 | Hotel Parking | $22.00 |
| 7/27/2009 | Courthouse Parking | $10.00 |
| 7/27/2009 | Rental Car | $64.94 |
| 7/27/2009 | Dinner | $45.00 |
| 7/27/2009 | Airport Parking | $20.00 |

TOTAL EXPENSES                                                    $4,279.60

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 9/21/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE TWELFTH MONTHLY
INTERIM PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

Name of Applicant:        Alan B. Rich, Esq.

Authorized to Provide Services To:   Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention:        September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:    August 1, 2009 through August 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:     $56,442.00   [80% of $70,552.50]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:  $6,484.97

This is a(n): ☒Monthly  ☐Interim  ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | CNO Filed | CNO Filed |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Pending | Pending |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] At 80% of the total incurred.

-2-

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 122.7 hours,[2] for a total amount billed of $70,552.50 of which 80% is currently sought, in the amount of $56,442.00.

As stated above, this is the Twelfth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 91.2 | $52,440.00 |
| Travel | 55.6 | $15,985.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 3.7 | $2,127.50 |
| TOTAL | 150.5 | $70,552.50 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $6,005.26 |
| Courtcall | $93.00 |
| Deposition Phone Charges | $262.03 |
| Federal Express | $97.40 |
| Copies | $27.28 |
| TOTAL | $6,484.97 |

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

Detail of the fees and expenses billed is attached hereto as Exhibit A.


<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 1st day of September, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 8/1/2009 | Review Debtors' status report on Default interest issues | 0.1 |
| 8/1/2009 | Review Debtors' Response to Anderson Memorial Hospital's Interrogatories | 0.2 |
| 8/1/2009 | Review Bank Lenders deposition notice of P. Zilly | 0.1 |
| 8/1/2009 | Review Certificate of Publication re sale of membranes division | 0.1 |
| 8/2/2009 | Review Anderson Memorial's deposition notice of Ted Wechsler | 0.1 |
| 8/3/2009 | Email from debtors' counsel re exhibits | 0.1 |
| 8/4/2009 | Review Certificate of Counsel re Shelnitz motion for protective order | 0.1 |
| 8/4/2009 | Review revised deposition calendar as of 8-4 | 0.1 |
| 8/4/2009 | Prepare for LaForce and Zilly Depositions | 3.0 |
| 8/5/2009 | Travel (non-productive) from Dallas to Charleston, SC for client meeting   (5 hrs. @ 50%) | 2.5 |

| | | |
|---|---|---|
| 8/5/2009 | Emails and telephone calls to and from counsel re LaForce deposition | 0.2 |
| 8/5/2009 | Meetings with client and with objector's counsel re issues | 3.0 |
| 8/5/2009 | Travel (non-productive) from Charleston, SC to NYC for LaForce deposition  (4.2 hrs @ 50%) | 2.1 |
| 8/6/2009 | Deposition of Hudson LaForce | 4.0 |
| 8/6/2009 | Travel (non-productive) from NYC to Dallas (5.6 hrs. @ 50%) | 2.8 |
| 8/7/2009 | Review revised deposition calendar as of 8-7 | 0.1 |
| 8/7/2009 | Review deposition notice of Denise Martin | 0.1 |
| 8/7/2009 | Review Certification of Counsel regarding 4th Amended CMO | 0.2 |
| 8/7/2009 | Review Order regarding Shelnitz deposition | 0.1 |
| 8/7/2009 | Review Amended Declaration regarding vote results | 0.2 |
| 8/7/2009 | Review Monthly Operating Report | 0.4 |
| 8/7/2009 | Review UCC Solvency Expert Report and schedules | 1.0 |
| 8/7/2009 | Review Joint Opposition of the UCC and Bank Lender Group to Joint Motion of the PI Committee and PI FCR's Motion for Order Limiting Use of Court's Findings or Conclusions with Respect to Solvency | 0.1 |
| 8/7/2009 | Review Joint Request of the UCC and Bank Lender Group to take Judicial Notice | 0.2 |
| 8/7/2009 | Review Debtors' opposition to Libby Motion to Strike Parker Testimony | 0.2 |
| 8/7/2009 | Review Debtors' opposition to Libby Motion to Strike Stockman and Friedman Testimony | 0.1 |
| 8/7/2009 | Review Debtors' Second Amended Trial Statement and Witness List | 0.3 |
| 8/7/2009 | Review Stipulation between Libby and Plan Proponents re testimony of Dr. Hammar | 0.3 |
| 8/8/2009 | Review supplemental expert report of Dr. Weill re Libby issues | 0.1 |

| | | |
|---|---|---|
| 8/8/2009 | Review BNSF objection to motion to limit effect of solvency findings | 0.1 |
| 8/8/2009 | Review Plan Proponents' brief regarding bank lenders default interest claims | 1.8 |
| 8/8/2009 | Review Plan Proponents' brief regarding insurance issues | 1.3 |
| 8/9/2009 | Review Scotts Settlement and Approval Motion | 0.5 |
| 8/9/2009 | Review Plan Proponents' Brief regarding Libby Claimants' issues | 1.7 |
| 8/10/2009 | Telephone conference with Jay Sakalo re status | 0.2 |
| 8/10/2009 | Review deposition calendar as of 8/10 | 0.1 |
| 8/10/2009 | Prepare trial exhibits per CMO & correspondence to Plan Proponents re same | 0.5 |
| 8/10/2009 | Preparation for Florence Deposition | 2.0 |
| 8/10/2009 | Review of PD Committee expert reports and deposition of expert in Sealed Air litigation | 1.5 |
| 8/10/2009 | Travel (non-productive) to NYC for Florence deposition (4 hrs. @ 50%) | 2.0 |
| 8/10/2009 | Review depo notice of Weschler | 0.1 |
| 8/11/2009 | Deposition of Dr. Tom Florence | 3.0 |
| 8/11/2009 | Draft quarterly fee application for the 33rd period | 2.0 |
| 8/11/2009 | Travel (non-productive) from NYC to Dallas (5 hrs. @ 50%) | 2.5 |
| 8/11/2009 | Emails to and from Debtors' counsel re exhibits | 0.1 |
| 8/12/2009 | Emails to and from PD Committee counsel re exhibits | 0.1 |
| 8/12/2009 | Draft quarterly fee application of PD FCR for the 33rd period | 1.5 |
| 8/12/2009 | Email to fee auditor regarding PDFCR's quarterly fee application for the 32nd period | 0.2 |
| 8/12/2009 | Email to plan proponents re additional trial exhibit | 0.1 |

| | | |
|---|---|---|
| 8/12/2009 | Review Certification of Counsel Re: Order Denying Libby Claimants' Motion to Reconsider Modified Order on Dr. Whitehouse's Expert Report and Production of Reliance Materials | 0.1 |
| 8/12/2009 | Review Certifications of Counsel Re: Order Between the Plan Proponents and Libby Claimants Regarding Individual Claimant Testimony | 0.2 |
| 8/12/2009 | Review Certification of Counsel Re: Agreed Order Between the Plan Proponents and Libby Claimants on Pretrial Proceedings | 0.1 |
| 8/12/2009 | Review deposition calendar as of 8/11 | 0.1 |
| 8/12/2009 | Review Longacre's exhibit submission | 0.3 |
| 8/12/2009 | Telephone conference with Debtors' counsel re depositions | 0.1 |
| 8/13/2009 | Review Arrowood response to Libby certification of counsel | 0.1 |
| 8/13/2009 | Deposition (by telephone) of Dr. Frezza | 1.5 |
| 8/13/2009 | Email from debtors' counsel re Mathis testimony | 0.1 |
| 8/14/2009 | Review Allstate Settlement Agreemen and email to Plan Proponents re same | 1.0 |
| 8/14/2009 | Review LMI Settlement motion and agreement | 0.5 |
| 8/14/2009 | Review Hatchell and Kowalczyk Depo Notices | 0.1 |
| 8/17/2009 | Review PD Committee expert deposition transcript in Sealed Air case | 3.0 |
| 8/17/2009 | Review affidavit re solicitation package | 0.2 |
| 8/17/2009 | Review deposition calendar as of 8-17 | 0.1 |
| 8/17/2009 | Review agenda for omnibus hearing | 0.1 |
| 8/17/2009 | Review Arrowood joinder in Plan Proponents' motions in limine | 0.1 |
| 8/18/2009 | Travel (non-productive) to Washington DC for Shelnitz deposition (5 hrs. @ 50%) | 2.5 |
| 8/18/2009 | Preparations for Zilly and Shelnitz depositions | 1.5 |

| | | |
|---|---|---|
| 8/18/2009 | Review deposition notices of Dr. Weill, Libby Claimants and BNSF | 0.2 |
| 8/18/2009 | Review various signed orders re case management, claimant testimony and pretrial proceedings | 0.1 |
| 8/18/2009 | Review deposition calendar as of 8-18 | 0.1 |
| 8/18/2009 | Review Motion in Limine re Priest testimony | 0.3 |
| 8/18/2009 | Review 27th Substantive Omnibus Objection | 0.1 |
| 8/18/2009 | Review motion in limine re Schein testimony | 0.3 |
| 8/18/2009 | Review Motion in Limine re FFIC testimony | 0.1 |
| 8/18/2009 | Review Motion to Approve Sale of firestop business | 0.5 |
| 8/19/2009 | Deposition of Mark Shelnitz | 6.5 |
| 8/19/2009 | Travel (non-productive) to NYC for Zillly Deposition (4 hrs. @ 50%) | 2.0 |
| 8/19/2009 | Review deposition calendar as of 8-19 | 0.1 |
| 8/19/2009 | Review signed order re page limitations | 0.1 |
| 8/20/2009 | Deposition of Pamela Zilly | 6.1 |
| 8/20/2009 | Telephonic Meet and Confer re Order of Proofs at trial | 0.9 |
| 8/20/2009 | Travel (non-productive) from NYC to Dallas (6.2 hrs. @ 50%) | 3.1 |
| 8/21/2009 | Review Draft Witness Orders of Proof of the Plan Proponents, FFIC, CNA, Libby, Travelers and UCC/Banks | 0.4 |
| 8/21/2009 | Review UCC withdrawal of Martin and Depo notice and UCC Tarola Depo Notice | 0.1 |
| 8/21/2009 | Review Arrowood Deposition Notice and subject areas for BNSF continuation deposition and Grace joinder | 0.1 |
| 8/21/2009 | Review Certification of Counsel re Motion to Limit Use of Solvency findings | 0.2 |

| | | |
|---|---|---|
| 8/21/2009 | Review FFIC (surety) withdrawal of witness and amendment to pretrial statement | 0.1 |
| 8/21/2009 | Review Dr. Moolgavkar's rebuttal to Dr. Molgaard's supplemental report | 0.2 |
| 8/21/2009 | Review Libby Claimants' rebuttal of Dr. Weill report by Drs. Whitehouse and Molgaard | 0.5 |
| 8/21/2009 | Review amendments to Motion in Limine re Drs. Whitehouse, Frank, Molgaard and Spear | 0.1 |
| 8/21/2009 | Review Omnibus hearing agenda | 0.1 |
| 8/21/2009 | Review deposition notices of Drs. Whitehouse and Molgaard | 0.1 |
| 8/21/2009 | Reievw witness orders and times filed by AXA, Plan Proponents (revised), Arrowood, GEICO, OneBeacon and Anderson Memorial Hospital | 0.4 |
| 8/21/2009 | Review deposition calendar as of 8-21 | 0.1 |
| 8/21/2009 | Organization and review of deposition excerpts | 1.0 |
| 8/21/2009 | Review Maryland Casualty Supplemental Pretrial Submission | 0.2 |
| 8/21/2009 | Review stipulation between Plan Proponents and State of Montana | 0.1 |
| 8/21/2009 | Review motion for order approving stipulation with Travelers regarding treatment of Travelers' claims under the Plan | 0.5 |
| 8/22/2009 | Emails to and from D. Speights re Roarke deposition | 0.1 |
| 8/22/2009 | Review of Deposition Designations (Plan Proponents and Libby Claimants) | 2.0 |
| 8/22/2009 | Email from Debtors' counsel re court request for exhibits on disks | 0.1 |
| 8/23/2009 | Travel (non-productive) to Wilmington for omnibus hearing (5.8 hrs.@ 50%) | 2.9 |
| 8/23/2009 | Review Debtors' slides for Omnibus hearing | 0.2 |
| 8/24/2009 | Omnibus hearing | 6.5 |
| 8/24/2009 | Travel (non-productive) to Dallas from Wilmington  (5.8 hrs.@ 50%) | 2.9 |

| 8/25/2009 | Attend (by telelphone) deposition of Karen McKee | 3.2 |
| 8/25/2009 | Review Anderson Memorial's supplemental pretrial submission | 0.2 |
| 8/25/2009 | Review orders of proof filed by Anderson Memorial (amended), CNA and Garlock | 0.2 |
| 8/25/2009 | Review deposition calendar as of 8-24 | 0.1 |
| 8/25/2009 | Conference with client re status | 0.2 |
| 8/25/2009 | Conference with Ted Freedman re confirmation hearing | 0.2 |
| 8/25/2009 | Review email from Debtors' counsel re Martin deposition and ACC counsel re Peterson Deposition | 0.1 |
| 8/25/2009 | Email to fee auditor regarding PDFCR's quarterly fee application for the 32nd period | 0.2 |
| 8/25/2009 | Review Response of BNSF to Debtors' order of proof proposal and Hartford's reservation of rights | 0.1 |
| 8/25/2009 | Review Plan Proponents' feasability brief | 0.4 |
| 8/25/2009 | Email to counsel for Anderson Memorial re document issues | 0.1 |
| 8/26/2009 | Review Anderson Memorial's feasability brief | 0.2 |
| 8/26/2009 | Review FFIC motion and brief for relief from stay | 0.8 |
| 8/26/2009 | Review Libby Claimants' supplemental brief | 0.3 |
| 8/26/2009 | Attend (by telelphone) deposition of Robert Tarola | 2.9 |
| 8/26/2009 | Review Libby Claimants' notice of Peterson deposition | 0.1 |
| 8/26/2009 | Review Deposition Desigations (Travelers, Anderson Memorial, Arrowood, CNA) | 1.5 |
| 8/26/2009 | Emails to and from ACC counsel re cancellation of Hatchell Deposition | 0.1 |
| 8/27/2009 | Review Fee Auditor's report re PD FCR 32nd quarterly fee application | 0.1 |

| | | |
|---|---|---|
| 8/27/2009 | Review Libby Claimants' motion in limine re Zilly testimony | 0.2 |
| 8/27/2009 | Email from Debtors re order of proof meet and confer | 0.1 |
| 8/27/2009 | Deposition (by telephone) of Jay Swennes | 2.2 |
| 8/27/2009 | Review motion to withdraw motion in limine re FFIC opinion testimony | 0.1 |
| 8/27/2009 | Review Modified Order re Motion to Shorten re Zilly motion in limine | 0.1 |
| 8/27/2009 | Review Revised Order of Proof | 0.3 |
| 8/28/2009 | Review PD Settlements and email to Debtors' counsel re same | 0.2 |
| 8/28/2009 | Review 22nd Claim Settlement Notice | 0.1 |
| 8/28/2009 | Attend (by telephone) deposition of Kowalczyk | 0.8 |
| 8/28/2009 | Review further revised order of proof chart from debtors | 0.1 |
| 8/28/2009 | Telephonic Meet and Confer re Order of Proofs at trial and review of emails re same | 1.2 |
| 8/28/2009 | Review Depsition Designations (FFIC, Montana, BNSF, Certain Insurers, UCC) | 1.5 |
| 8/28/2009 | Review Objections to Deposition Designations | 1.5 |
| 8/28/2009 | Review Master Calendar from Debtors | 0.1 |
| 8/28/2009 | Review notices of appeal from Royal Settlement approval by Libby Claimants and BNSF | 0.1 |
| 8/28/2009 | Review Revised Deposition Notice of Mark Peterson | 0.1 |
| 8/28/2009 | Review Second Amended Pretrial Statement of FFIC and exhibits | 0.3 |
| 8/28/2009 | Review Revised Deposition Calendar as of 8-28 | 0.1 |
| 8/28/2009 | Review Arrowood's Motion to Strike individual Libby Claimants' deposition transcripts | 0.2 |
| 8/28/2009 | Review omitted exhibit from Plan Proponents | 0.1 |

| | | |
|---|---|---|
| 8/28/2009 | Review ACC deposition notices of Libby experts | 0.1 |
| 8/28/2009 | Review Response to motion to strike Schein testimony | 0.3 |
| 8/28/2009 | Review Response to motion to strike Priest testimony | 0.3 |
| 8/28/2009 | Emails to and from ZAI counsel re confirmation hearing | 0.1 |
| 8/28/2009 | Email from counsel for Equity Committee re Weschler deposition | 0.1 |
| 8/29/2009 | Review Libby Claimants' response to motion in limit re reliance materials | 0.3 |
| 8/29/2009 | Review Libby Claimants' amended final exhibit list and emails to and from counsel re same | 0.2 |
| 8/29/2009 | Review Anderson Memorial's Motion to Compel | 0.3 |
| 8/29/2009 | Review BNSF additional depo designations | 0.1 |
| 8/29/2009 | Review Notice of revised start time for confirmation hearing | 0.1 |
| 8/29/2009 | Review Debtors' amended depositions notices of Drs. Whitehouse and Molgaard | 0.1 |
| 8/29/2009 | Review Notice of filing of CD of unpublished documents | 0.1 |
| 8/30/2009 | Review emails regarding depositions of Weschler and Kruger | 0.1 |
| 8/30/2009 | Emails to and from D. Speights re Confirmation hearing | 0.1 |
| 8/31/2009 | Review GEICO and One Beacon requests for Judicial Notice | 0.4 |
| 8/31/2009 | Emails from Equity Committee Counsel re Weschler deposition | 0.1 |
| 8/31/2009 | Review transcript summary re Anderson Memorial | 0.1 |
| 8/31/2009 | Review Additional exhibits designated by Debtors | 0.1 |
| 8/31/2009 | Review Chart for Peterson deposition | 0.1 |
| 8/31/2009 | Review Debtors' response to Libby motion re Zilly testimony and exhibits | 0.5 |
| 8/31/2009 | Review deposition calendar as of 8/31/2009 | 0.1 |

| 8/31/2009 | Review CNA Companies' Joinder to Arrowood's Motion to Strike, and Objections to, the Libby Claimants' Deposition Designations | 0.1 |
| 8/31/2009 | Review Revised Order of Proof | 0.2 |
| 8/31/2009 | Travel (non-productive) to New York for depositions of Weschler and Kruger  (5 hrs. @ 50%) | 2.5 |
| 8/31/2009 | Prepare 12th Monthly Fee Application | 1.5 |

Total: 122.7 hours @ $575.00/hour[1] = $70,552.50

<u>Expenses</u>:   Detail on Exhibit 1– $6,484.97

**<u>Total Fees and Expenses Due</u>:   $77,037.47**

---

[1] NOTE – Effective as of the beginning of the next billing period, September 1, 2009, Mr. Rich's billing rate increases from $575 per hour to $600 per hour, an increase of 4.3%.

EXPENSES FOR AUGUST 2009                                              EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 8/5/2009 | Coach Airfare DFW-CHS-LGA-DFW and change fees | $1,556.80 |
| 8/5/2009 | Taxi from CHS to Meeting | $43.00 |
| 8/5/2009 | Taxi from LGA to Hotel | $32.00 |
| 8/5/2009 | Dinner | $24.95 |
| 8/5/2009 | Hotel | $369.55 |
| 8/6/2009 | Taxi to LGA from deposition | $28.27 |
| 8/6/2009 | DFW Airport Parking | $42.00 |
| 8/7/2009 | Teleconferencing Charge for Whitehouse Deposition | $262.03 |
| 8/10/2009 | Federal Express | $97.40 |
| 8/10/2009 | Copies | $27.28 |
| 8/11/2009 | Courtcall | $93.00 |
| 8/10/2009 | RT Coach Airfare DFW-JFK/LGA and change fee | $810.20 |
| 8/10/2009 | Taxi to Hotel | $57.57 |
| 8/10/2009 | Dinner | $34.54 |
| 8/11/2009 | Breakfast | $5.69 |
| 8/11/2009 | Hotel | $346.31 |
| 8/11/2009 | Hotel Tip | $5.00 |
| 8/11/2009 | Taxi to Airport | $31.07 |
| 8/11/2009 | DFW Airport Parking | $20.00 |
| 8/17/2009 | Coach Airfare to DCA and ret LGA to DFW and change fee | $643.80 |
| 8/18/2009 | Breakfast | $4.35 |
| 8/18/2009 | Hotel (Washington DC) | $329.75 |
| 8/18/2009 | Hotel Tip | $5.00 |
| 8/18/2009 | Taxi | $11.00 |
| 8/18/2009 | Train Fare | $6.00 |
| 8/18/2009 | Taxi | $12.00 |
| 8/18/2009 | Dinner (DC) | $55.00 |
| 8/19/2009 | Breakfast | $20.32 |
| 8/19/2009 | Lunch | $2.00 |
| 8/19/2009 | Taxi | $10.00 |
| 8/19/2009 | Dinner (NYC) | $55.75 |
| 8/19/2009 | Amtrak (WAS to NYP) | $221.00 |
| 8/19/2009 | Train Fare | $2.50 |
| 8/20/2009 | Breakfast | $5.69 |
| 8/20/2009 | Taxi | $6.00 |
| 8/20/2009 | Taxi to Airport | $32.53 |
| 8/20/2009 | Dinner | $19.25 |
| 8/20/2009 | Hotel (NYC) | $325.65 |
| 8/20/2009 | Hotel Tip | $5.00 |
| 8/20/2009 | Parking at DFW | $66.00 |
| 8/23/2009 | RT Coach Airfare DFW to PHL | $519.20 |
| 8/24/2009 | Rental Car | $42.15 |
| 8/24/2009 | Hotel | $154.90 |
| 8/24/2009 | Hotel Tip | $3.00 |
| 8/24/2009 | Hotel Parking | $10.00 |
| 8/24/2009 | Dinner | $8.47 |
| 8/24/2009 | DFW Parking | $22.00 |
| | TOTAL EXPENSES | $6,484.97 |

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 10/21/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE THIRTEENTH MONTHLY INTERIM
PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

Name of Applicant: Alan B. Rich, Esq.

Authorized to Provide Services To: Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention: September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought: September 1, 2009 through September 30, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary: $65,184.00   [80% of $81,480.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary: $6,064.05

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

---

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 135.8 hours,[2] for a total amount billed of $81,480.00 of which 80% is currently sought, in the amount of $65,184.00.

As stated above, this is the Thirteenth application for monthly fees and expenses.  The time for preparation of this Application is approximately 2.0 hours, for which $1,200.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 110.0 | $66,000.00 |
| Travel | 50.8   (100% actual time) | $15,240.00   (at 50% rate) |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 0.4 | $240.00 |
| TOTAL | 161.2 | $81,480.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel  Deposition Phone Charges  Copies | $5,784.84  $100.00  $179.21 |
| TOTAL | $6,064.05 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of October, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 9/1/2009 | Deposition of Ted Weschler | 2.0 |
| 9/1/2009 | Emails to and from counsel re Libby document designations | 0.1 |
| 9/1/2009 | Emails to and from counsel re order of proof and review filed version of same and notice of filing | 0.3 |
| 9/1/2009 | Conference with client re status | 0.1 |
| 9/1/2009 | Email to debtors' counsel re confirmation hearing | 0.1 |
| 9/1/2009 | Review Objection to Exhibit by Hartford | 0.1 |
| 9/1/2009 | Review Arrowood's supplemental exhibits | 0.2 |
| 9/1/2009 | Telephone conference with Ted Freedman re amendments to exculpation provision | 0.1 |

| | | |
|---|---|---|
| 9/1/2009 | Review State of Montana response to motion to strike deposition designations | 0.2 |
| 9/1/2009 | Review agenda for Confirmation hearing | 0.2 |
| 9/1/2009 | Review Travelers reservation of rights re exhibits | 0.1 |
| 9/1/2009 | Emails to and from ZAI counsel re exculpation issues | 0.1 |
| 9/1/2009 | Review CNA Objections to BNSF exhibits and Objections to Libby exhibits | 0.1 |
| 9/1/2009 | Review Maryland Casualty objections to exhibits | 0.1 |
| 9/1/2009 | Review BNSF exhibit objections | 0.1 |
| 9/1/2009 | Review Monthly Operating Report | 0.2 |
| 9/1/2009 | Review Libby response to Arrrowood motion to strike re deposition designations | 0.1 |
| 9/1/2009 | Libby Claimants' Objections to exhibits | 0.5 |
| 9/1/2009 | Objections of GEICO, Republic, Seaton and OneBeacon to the Phase II Trial Exhibits Proffered by Plan Proponents | 0.2 |
| 9/1/2009 | Review AXA Joinder in objections | 0.1 |
| 9/1/2009 | Review of Arrowood's Request For Judicial Notice Of Certain Documents; Objections To BNSF's, Montana's and Libby's Confirmation Hearing Exhibit List, Reservation of Rights With Regard to Exhibits Offered by Plan Proponents | 0.4 |
| 9/2/2009 | Deposition of Lewis Kruger | 1.9 |
| 9/2/2009 | Travel (non-productive) from New York to Dallas (4.4 hrs@50%) | 2.2 |

| 9/2/2009 | Attend (by telephone) Whitehouse supplemental deposition | 2.0 |
| 9/2/2009 | Attend (by telephone) supplemental deposition of Dr. Molgaard | 2.0 |
| 9/3/2009 | Review Libby Claimants' Daubert Response | 0.6 |
| 9/3/3009 | Review FFIC objections to counter-designations | 0.1 |
| 9/3/2009 | Reivew Anderson Memorial's reservation of rights re exhibits | 0.1 |
| 9/3/2009 | Emails and teleconference with client re confirmation hearing | 0.2 |
| 9/3/2009 | Review Debtors' response to Anderson Memorial's motion to compel | 0.4 |
| 9/3/2009 | Review Plan Proponents' response to GEICO request for judicial notice | 0.1 |
| 9/3/2009 | Review final chart of objections | 0.5 |
| 9/3/2009 | Review FFIC Second Amended Pretrial statement | 0.1 |
| 9/3/2009 | Review Libby Claimants' Motion to Compel | 0.3 |
| 9/3/2009 | Review FFIC joinder in objections to trial exhibits | 0.1 |
| 9/3/2009 | Review Maryland Casualty objections to BNSF deposition designations | 0.1 |
| 9/3/2009 | Review Modified Order Shortening Time re Libby Motion to Compel | 0.1 |
| 9/3/2009 | Review Amended Witness Order and time | 0.2 |
| 9/3/2009 | Review Libby and ACC Stipulation regarding Longo testimony | 0.4 |

| | | |
|---|---|---|
| 9/3/2009 | Review Plan Proponents' response to UCC and Bank Lenders request for judicial notice | 0.2 |
| 9/3/2009 | Review Order resetting 32nd Quarterly Fee Hearing | 0.1 |
| 9/3/2009 | Review Debtors' Reply re Motion to Strike Priest testimony | 0.1 |
| 9/3/3009 | Review Debtors' Reply re Motion to Strike Schein testimony | 0.1 |
| 9/3/2009 | Review of FFIC protective motion to shorten time | 0.2 |
| 9/3/2009 | Review Stipulation of Plan Proponents and Allstate re exhibits | 0.1 |
| 9/3/2009 | Review Garlock Objection to Order of Proof submission | 0.1 |
| 9/3/2009 | Review Certification of Counsel re Motion to Strike Friedman testimony | 0.1 |
| 9/3/2009 | Review ACC Deposition Notice of Al McComas | 0.1 |
| 9/3/2009 | Review Notice of Filing of Exhibits and lists of exhibits | 0.2 |
| 9/4/2009 | Review Plan Proponents' Statement regarding testimony of individual Libby Claimants | 0.1 |
| 9/4/2009 | Review Certifications of Counsel re Molgaard Supplemental Report, Libby Supplemental Objections and Motion to Strike Parker testimony | 0.2 |
| 9/4/2009 | Review Maryland Casualty Joinder in CNA objection to Montana Exhibits | 0.1 |
| 9/4/2009 | Preparation for Confirmation Hearing | 2.5 |
| 9/4/2009 | Review proposed technical amendments to the PD CMO | 0.3 |

| | | |
|---|---|---|
| 9/4/2009 | Review Plan Proponents' response to FFIC<br>motion to shorten re motion to lift stay | 0.1 |
| 9/4/2009 | Meet and Confer re Post Trial briefing | 0.8 |
| 9/4/2009 | Review Plan Proponents' Supplemental brief re Best Interests test | 0.3 |
| 9/5/2009 | Review Plan Proponents' Reply in<br>Support of Motions in Limine re Libby experts | 0.2 |
| 9/5/2009 | Review stipulation of Plan Proponents and<br>Libby Claimants re individual affidavit testimony | 0.3 |
| 9/5/2009 | Review Amended Agenda re confirmation hearing | 0.1 |
| 9/5/2009 | Review First Set of Plan Modifications | 0.5 |
| 9/5/2009 | Review Notice of Filing of executed<br>signature pages re Libby stipulation | 0.1 |
| 9/5/2009 | Review Property Damage Settlements with Allegheny Center,<br>Glen Oaks Club and Chicago Historical Society | 0.3 |
| 9/5/2009 | Review document stipulation between Plan Proponents<br>and Certain Insurers (settlement agreements and policies) | 0.3 |
| 9/6/2009 | Preparation for Confirmation Hearing | 2.0 |
| 9/7/2009 | Telephone conference with client re status | 0.1 |
| 9/7/2009 | Review Certifcation of Counsel re post trial briefing order | 0.2 |
| 9/7/2009 | Review Motion in Limine re Libby individual claimant<br>testimony and motion to shorten time re same | 0.3 |
| 9/7/2009 | Travel (non-productive) from Dallas to Pittsburgh (5 hrs.@50%) | 2.5 |

| 9/7/2009 | Review amended ballot tabulation declaration | 0.3 |
| 9/7/2009 | Review Motion regarding procedures<br>to preserve confidentiality of Libby testimony | 0.2 |
| 9/8/2009 | Attend Confirmation Hearing -- Day 1 | 9.8 |
| 9/8/2009 | Review BNSF designation of issues and record on appeal | 0.1 |
| 9/8/2009 | Review Modified Order Shortening Time<br>re Fireman's Fund motion to lift stay | 0.1 |
| 9/8/2009 | Review Property Damage Settlement with<br>Main Plaza, Muir Hospital and North Arkansas Hospital | 0.2 |
| 9/8/2009 | Review Stipulation between FFIC and Plan Proponents | 0.3 |
| 9/9/2009 | Attend Confirmation Hearing -- Day 2 | 9.3 |
| 9/9/2009 | Revisions to Proffer | 1.0 |
| 9/9/2009 | Review additional Travelers exhibits | 0.1 |
| 9/10/2009 | Attend Confirmation Hearing -- Day 3 | 8.2 |
| 9/10/2009 | Review Anderson Memorial's supplemental<br>designations from Florence deposition | 0.1 |
| 9/10/2009 | Review Libby Claimants' response to Arrowood<br>motion re individual claimant depositions | 0.1 |
| 9/10/2009 | Review Debtors' response to Libby Claimants<br>motion to compel insurance policy correspondence | 0.2 |
| 9/10/2009 | Revisions to Proffer of Judge Sanders | 1.0 |
| 9/10/2009 | Email from Debtors' counsel re order of witnesses | 0.1 |

| | | |
|---|---|---|
| 9/10/2009 | Phase II stipulation between Plan Proponents and Garlock | 0.3 |
| 9/10/2009 | Review Rule 1006 summary for Hughes testimony | 0.1 |
| 9/11/2009 | Attend Confirmation Hearing -- Day 4 | 8.5 |
| 9/11/2009 | Travel (non-productive) from Pittsburgh to Dallas (5.6 hrs.@50%) | 2.8 |
| 9/12/2009 | Draft CNO for 11th Monthly Fee Application | 0.2 |
| 9/12/2009 | Review Libby Claimants' deposition notice of P. Zilly | 0.1 |
| 9/12/2009 | Review Objection by the Libby Claimants to first set of technical plan amendments | 0.1 |
| 9/12/2009 | Review additional Plan Proponents' filed exhibits | 0.4 |
| 9/12/2009 | Review Deposition Calendar as of 9-11 | 0.1 |
| 9/12/2009 | Review Additional depo. designations by Maryland Casualty | 0.3 |
| 9/12/2009 | Review Maryland Casualty response to Libby Claimants' motion to compel | 0.1 |
| 9/12/2009 | Review Motion to approve Chartis settlement | 0.3 |
| 9/12/2009 | Review Sept. 12 draft of the Sanders proffer and email to Debtors' counsel re same | 0.7 |
| 9/13/2009 | Case Memo to Judge Sanders regarding testimony, Plan Documents and Discovery | 3.5 |
| 9/13/2009 | Review Debtors' revisions to Sanders proffer | 0.3 |
| 9/13/2009 | Travel (non-productive) from Dallas to Pittsburgh (5.2 hrs.@50%) | 2.6 |
| 9/14/2009 | Attend Confirmation Hearing -- Day 5 | 8.5 |

| | | |
|---|---|---|
| 9/14/2009 | Conference with client and debtors' counsel re Sanders' proffer | 2.5 |
| 9/14/2009 | Revisions to Case memorandum to client | 1.5 |
| 9/14/2009 | Email from Debtors' counsel re order of witnesses for 9-15 | 0.1 |
| 9/14/2009 | Review final slides for Finke, Shelnitz and Hughes testimony | 0.6 |
| 9/14/2009 | Review Arrowood's exhibits A-34 and A-57 (declarations) | 0.3 |
| 9/14/2009 | Review Travelers settlement agreement and motion | 0.5 |
| 9/15/2009 | Attend Confirmation Hearing -- Day 6 | 9.6 |
| 9/15/2009 | Telephone call with Dan Speights | 0.1 |
| 9/15/2009 | Review Plan Proponents' revised exhbit 507-5a | 0.1 |
| 9/15/2009 | Review Offer of Proof re Terry Spear testimony | 0.3 |
| 9/15/2009 | Review Kemp Hooper Declaration re Arrowood | 0.2 |
| 9/15/2009 | Review Canadian ZAI Declaration of counsel for Grace Canada | 0.8 |
| 9/15/2009 | Review Order approving LMI settlement agreement | 0.1 |
| 9/15/2009 | Review Order approving stipulation re claim treatment of certain Travelers proofs of claims | 0.1 |
| 9/15/2009 | Review Deposition Notices of Anderson Memorial witnesses | 0.1 |
| 9/16/2009 | Attend Confirmation Hearing -- Day 7 | 9.6 |
| 9/16/2009 | Deposition of Gibson Solomons | 1.0 |
| 9/16/2009 | Review Debtors' opposition to FFIC motion to lift stay | 0.3 |

| | | |
|---|---|---|
| 9/16/2009 | Review Debtors' motion to strike Anderson Memorial's supplemental deposition designations | 0.1 |
| 9/16/2009 | Review Motion in Limine re Ewing testimony | 0.1 |
| 9/17/2009 | Attend Confirmation Hearing -- Day 8 | 4.0 |
| 9/17/2009 | Travel (non-productive) from Pittsburgh-Dallas  (5.2 hrs.@50%) | 2.6 |
| 9/18/2009 | Telephone conference with Ted Freedman | 0.1 |
| 9/21/2009 | Emails from counsel re post-trial scheduling order | 0.1 |
| 9/21/2009 | Draft CNO for 12th Monthly Fee Application | 0.2 |
| 9/21/2009 | Review Libby Claimants' Designation of Record and Statement of Issues on Appeal | 0.1 |
| 9/21/2009 | Review CNOs re Allstate, Scotts Co. and LMI settlement motions | 0.1 |
| 9/21/2009 | Review Monthly Operating Report | 0.4 |
| 9/21/2009 | Review Property Damage Settlements with Hyatt Corp., FF Thompson Center, Olympus 555 Properties, Gulf Atlantic Properties and Burgdoff Building | 0.3 |
| 9/22/2009 | Review motion to establish a defined benefit plan | 0.3 |
| 9/22/2009 | Review stipulation re Libby claimant balloting | 0.1 |
| 9/22/2009 | Review Order requiring redaction of trial transcript of 9-11-09 | 0.2 |
| 9/22/2009 | Review Arrowood counter-designations in Libby and BNSF appeals from settlement order | 0.2 |
| 9/22/2009 | Review stipulation resolving BNSF POC's re EPA sites | 0.4 |

| | | |
|---|---|---|
| 9/22/2009 | Motion for sale of 5% of Advanced Refining Technologies | 0.4 |
| 9/22/2009 | Review Agenda for Sept. 29 telephonic Omnibus hearing | 0.1 |
| 9/22/2009 | Review Stipulation resolving Arrowood<br>motion to strike libby claimants' deposition designations | 0.1 |
| 9/22/2009 | Review CoC re 32nd quarterly fee applications | 0.1 |
| 9/22/2009 | Review project category fee summaries through 32nd quarter | 0.2 |
| 9/23/2009 | Review 9-14 deposition of Pam Zilly | 1.0 |
| 9/23/2009 | Email to debtors' counsel re Aetna settlement<br>motion and drafting proposed changes to PD Trust Agreement | 1.5 |
| 9/23/2009 | Review Court order approving stipulation resolving Arrowood<br>motion to strike re libby claimant deposition testimony | 0.1 |
| 9/24/2009 | Email from client re Aetna motion | 0.1 |
| 9/24/2009 | Email from J. Baer re proposed procedures<br>for admission of exhbits and deposition excerpts | 0.2 |
| 9/26/2009 | Emails to and from T. Freedman re PD Trust<br>Agreement and Aetna settlement | 0.1 |
| 9/28/2009 | Telephone call from E. Westbrook | 0.1 |
| 9/29/2009 | Review Certification of counsel re 2010 Omnibus hearing dates | 0.2 |
| 9/29/2009 | Review Order approving 32nd Quarterly fee application | 0.1 |
| 9/29/2009 | Attend telephonic omnibus hearing | 0.8 |
| 9/29/2009 | Review Orders approving settlements with LMI and<br>Allstate and stipulation approving St. Paul claims | 0.1 |

| | | |
|---|---|---|
| 9/29/2009 | Review Order setting hearing on motions relating to Anderson Memorial Hospital | 0.1 |
| 9/29/2009 | Telephone conference with Ted Freedman re PD issues | 0.2 |
| 9/29/2009 | Review and analysis of proposed Finke stipulation re PD claims | 1.0 |
| 9/30/2009 | Review Master Exhibit List and email to debtors' counsel re same | 1.0 |
| 9/30/2009 | Review Anderson Memorial reply in support of motion to compel | 0.8 |
| 9/30/2009 | Review Debtors' motion in limine re testimony of G. Solomons and motion to shorten re same | 0.3 |
| 9/30/2009 | Review proposed stipulation re Ordway deposition excerpts | 0.1 |
| 9/30/2009 | Review proposed stipulation re Plan Proponents' exhibits | 0.2 |
| 9/30/2009 | Review District Court opinion re expunged California claims | 0.6 |
| 9/30/2009 | Conference with Debtors' counsel and PI FCR counsel re Travelers settlement issues | 0.4 |
| 9/30/2009 | Emails to counsel re proposed Finke stipulation | 0.1 |
| 9/30/2009 | Review Arrowood objection to Libby offer of proof re T. Spear | 0.1 |
| 9/30/2009 | Email from debtors' counsel re extension of response date re Travelers settlement motion | 0.1 |
| 9/30/2009 | Review stipulation to admission of Arrowood trial exhibits | 0.1 |

Total: 135.8 hours @ $600.00/hour = $81,480.00

Expenses:  Detail on Exhibit 1– $6,064.05

**Total Fees and Expenses Due:   $87,544.05**

EXPENSES FOR SEPTEMBER 2009

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 8/31/2009 | RT Coach Airfare Dallas - NYC | $369.20 |
| 8/31/2009 | Taxi from Airport | $31.18 |
| 8/31/2009 | Dinner | $20.40 |
| 9/1/2009 | Breakfast | $5.99 |
| 9/1/2009 | Lunch | $27.00 |
| 9/1/2009 | Dinner | $53.00 |
| 9/1/2009 | NYC Transit | $5.00 |
| 9/1/2009 | Hotel (2 nights) | $713.88 |
| 9/1/2009 | Hotel tips | $10.00 |
| 9/2/2009 | Taxi to Airport | $31.57 |
| 9/2/2009 | Dinner | $10.00 |
| 9/2/2009 | DFW Airport Parking | $34.00 |
| 9/2/2009 | Deposition telephone charges (Frezza Deposition) | $100.00 |
| 9/4/2009 | Copies | $151.03 |
| 9/7/2009 | Copies | $26.30 |
| 9/7/2009 | RT Coach Airfare Dallas - Pittsburgh | $461.20 |
| 9/7/2009 | Taxi from Airport | $46.24 |
| 9/8/2009 | Lunch | $10.50 |
| 9/9/2009 | Lunch | $9.50 |
| 9/10/2009 | Lunch (ABR and Judge A. Sanders) | $44.00 |
| 9/11/2009 | Lunch (ABR, A. Sanders & M. Kramer (PD Committee counsel)) | $48.00 |
| 9/10/2009 | Dinner | $55.00 |
| 9/11/2009 | Taxi to Airport | $42.35 |
| 9/11/2009 | Dinner | $6.69 |
| 9/11/2009 | Hotel tips | $5.00 |
| 9/11/2009 | Hotel (4 nights) | $1,150.08 |
| 9/11/2009 | DFW Airport Parking | $71.00 |
| 9/13/2009 | RT Coach Airfare Dallas - Pittsburgh and change/stand-by fees | $849.20 |
| 9/13/2009 | DFW Airport Transportation | $55.00 |
| 9/14/2009 | Lunch (ABR, A. Sanders, M. Kramer (PD Committee counsel) and D. Scott (ZAI Special Counsel)) | $69.00 |
| 9/14/2009 | Dinner (ABR, A. Sanders) | $103.00 |
| 9/15/2009 | copying | $1.88 |
| 9/15/2009 | Lunch (ABR, A. Sanders, M. Kramer (PD Committee counsel) and D. Scott (ZAI Special Counsel)) | $72.00 |
| 9/16/2009 | Breakfast | $2.34 |
| 9/17/2009 | Hotel (4 nights) | $1,252.83 |
| 9/17/2009 | Hotel tips | $5.00 |
| 9/17/2009 | Taxi to Airport | $41.69 |
| 9/17/2009 | Airport Transportation from DFW | $74.00 |
|  | TOTAL EXPENSES | $6,064.05 |