IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**ERRATA SHEET FOR PLAN PROPONENTS' MAIN POST-TRIAL BRIEF IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The Phase II Post-Trial Brief entitled *Plan Proponents' Main Post-Trial Brief In Support Of Confirmation Of Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code* (D.I. 23662) contains typographical errors that were discovered after the brief was filed on November 3, 2009. Per the Court's Order establishing Schedule of Post-Trial Briefing and Related Matters, dated October 26, 2009, W. R. Grace has not changed the brief to correct these

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-gulch West Coal Company, H-G Coal Company.

typographical errors, but has adjusted the hyperlinked version of the brief to link to the correct citations. The following errata chart indicates the changes taken to correct the citations.

| Location | Typographical Error | Correct Citation |
|---|---|---|
| Pg. 32, fn 109 | PP 383 (McDermott Int'l Inc., Annual Report (Form 10-K), (Dec. 31, 2001) at 92) | PP 383 (McDermott Int'l Inc., Annual Report (Form 10-K), (Dec. 31, 2001) at 89) |
| Pg. 34, fn 122 | Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Dkt. 18496, April 10, 2008] at 10-12 | Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Dkt. 18494, April 10, 2008] at 10-12 |
| Pg. 42, fn 151 | Pretrial Phase II Main Br. at 63 | Pretrial Phase II Main Br. at 62 |
| Pg. 44, fn 165 | PP Pretrial Phase II Main Br. at 54 | PP Pretrial Phase II Main Br. at 52-54 |
| Pg. 46, fn 173 | OneBeacon/Seaton Ex. 48 (OneBeacon Proof of Claim) | OneBeacon/Seaton Ex. 49 (OneBeacon Proof of Claim) |
| Pg. 49, fn 183 | PP Ex. 277.22 Rev. (Sealed Air Settlement Agreement ¶ EE, II(i)) | PP Ex. 277.22 Rev. (Sealed Air Settlement Agreement ¶ II(i)) |
| Pg. 51, fn 193 | PP Ex. 277.22 (Sealed Air Settlement Agreement, § I.c.(vii) | PP Ex. 277.22 Rev. (Sealed Air Settlement Agreement, § II.c.(vii) |
| Pg. 54, fn 202 | PP Ex. 148 (Proof of Claim filed by Fresenius) | PP Ex. 143 (Proof of Claim filed by Fresenius) |
| Pg. 59, fn 221 | PP Ex. 277.22 Rev. (Sealed Air Settlement Agreement, ¶ 6) | PP Ex. 257 (Sealed Air Settlement Agreement, ¶ 6) |
| Pg. 71, fn 258 | Anderson Memorial Phase II Br. at 31-33 [Dkt. No. 22431] | Anderson Memorial Phase II Br. at 31-33 [Dkt. No. 22437] |
| Pg. 92, fn 318 | PP Trial Libby Br. at §§ 1.4-1.12, 3.2-3.8 | PP Trial Libby Br. at 20 - 26 |
| Pg 117, fn 380 | 9/13/2009 Tr. 225 (Martin) | 10/13/2009 Tr. 225 (Martin) |
| Pg. 138, fn 444 | Second Set of Modifications to Joint Plan of Reorganization, Ex. 1, Edits to Joint Plan of Reorganization at 1 [Dkt. No. 23474] | Second Set of Modifications to Joint Plan of Reorganization, Ex. 1, Edits to Joint Plan of Reorganization at 2 [Dkt. No. 23474] |

Dated: November 12, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Deanna D. Boll
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*