IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.,*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## ERRATA SHEET FOR GRACE'S POST-TRIAL
## BRIEF REGARDING BANK LENDER ISSUES

The Phase II Post-Trial Brief entitled *Grace's Post-Trial Brief Regarding Bank*

*Lender Issues* (D.I. 23664) contains typographical errors that were discovered after the brief was

filed on November 3, 2009.  Per the Court's Order establishing Schedule of Post-Trial Briefing

and Related Matters, dated October 26, 2009, W. R. Grace has not changed the brief to correct

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-gulch West Coal Company, H-G Coal Company.

these typographical errors, but has adjusted the hyperlinked version of the brief to link to the correct citations. The following errata chart indicates the changes taken to correct the citations.

| Location | Typographical Error | Correct Citation |
|---|---|---|
| Pg. 5, line 6 | CC-BLG Ex. 2 (1999 Credit Agreement) | CC-BLG Ex. 3 (1999 Credit Agreement) |
| Pg. 10, line 22 | 9/16/09 Tr. 58-1 (Shelnitz) | 9/16/09 Tr. 57:10-57:13 (Shelnitz) |
| Pg. 16, line 1 | 9/16/09 Tr. 57:3-8 (Zilly) | 10/13/09 Tr. 57:3-8 (Zilly) |
| Pg. 16, line 15 | 9/16/09 Tr. 81:12-24 (Zilly) | 10/13/09 Tr. 81:12-24 (Zilly) |
| Pg. 16, line 19 | 9/16/09 Tr. 81:16-83:3 (Zilly) | 10/13/09 Tr. 81:16-83:3 (Zilly) |
| Pg. 16, fn 12, line 3 | 9/16/09 Tr. 81:16-83:3 (Zilly) | 10/13/09 Tr. 81:16-83:3 (Zilly) |
| Pg. 20, fn 14 | See also Pre-Trial Brief on Lender Issues at | See also Pre-Trial Brief on Lender Issues at 28-30. |
| Pg. 35, line 15 | Oct. 29, 2009 at 43:2-4, 44:1-3 [Dkt. 23598] | Oct. 26, 2009 at 43:2-4, 44:1-3 [Dkt. 23598] |

Dated: November 12, 2009                    Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Justin S. Brooks
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

3