## EXHIBIT A

### Case Administration (525.90 Hours; $ 132,752.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.00 | $840 | 1,680.00 |
| Bernard Bailor | 21.20 | $630 | 13,356.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |
| Erroll G. Butts | 292.80 | $235 | 68,808.00 |
| Michael C. Greene | 192.50 | $235 | 45,237.50 |
| Eugenia Benetos | 1.00 | $205 | 205.00 |
| Samira A. Taylor | 15.60 | $195 | 3,042.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/09 | BSB | 630.00 | 6.60 | Prepare cross exam outlines (4.7); read pleadings (1.9). |
| 09/01/09 | PVL | 840.00 | 0.20 | Review 15 miscellaneous filings. |
| 09/01/09 | SAT | 195.00 | 7.50 | QC, edit, review and log errors of plan objector's trial exhibit binders. |
| 09/01/09 | MCG | 235.00 | 12.00 | Complete various assignments related to trial preparation. |
| 09/01/09 | EGB | 235.00 | 15.50 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 09/02/09 | BSB | 630.00 | 7.40 | Review depositions (Libby), cross exam outlines and trial preparation (7.4). |
| 09/02/09 | PVL | 840.00 | 0.10 | Review five miscellaneous orders. |
| 09/02/09 | SAT | 195.00 | 5.50 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 09/02/09 | MCG | 235.00 | 16.50 | Complete various assignments related to trial preparation. |
| 09/02/09 | EGB | 235.00 | 15.00 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 09/02/09 | EB | 205.00 | 0.50 | Retrieve fee application exhibit for RCT. (.5) |

| Date | Init | Rate | Hours | Description |
|---|---|---|---|---|
| 09/03/09 | BSB | 630.00 | 7.20 | Review Molgaard deposition (1.2); Molgaard outlines (4.3); Molgaard outline (1.7). |
| 09/03/09 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 09/03/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 09/03/09 | MCG | 235.00 | 11.00 | Complete various assignments related to trial preparation. |
| 09/03/09 | EGB | 235.00 | 21.00 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 09/04/09 | MCG | 235.00 | 17.30 | Complete various assignments related to trial preparation. |
| 09/04/09 | EGB | 235.00 | 17.50 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 09/05/09 | MCG | 235.00 | 7.00 | Per NDF, complete various assignments re trial preparation. |
| 09/05/09 | EGB | 235.00 | 13.00 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 09/06/09 | MCG | 235.00 | 6.50 | Per NDF, complete various assignments related to trial preparation. |
| 09/06/09 | EGB | 235.00 | 6.00 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 09/07/09 | EGB | 235.00 | 13.80 | QC all materials; load boxes; set up war room and get documenst as requuested for trial. Prepare additional copies of materials, update witness binders as needed. |
| 09/08/09 | MCG | 235.00 | 1.00 | Save recently received deposition transcripts to system for attorney reference. |

| 09/08/09 | MCG | 235.00 | 4.20 | Clean-up and organize various trial preparation materials. |
|---|---|---|---|---|
| 09/08/09 | EGB | 235.00 | 23.50 | Attend Grace trial; get documents as requested; prepare for next day of trial.  Update witness binders as needed, print various documents as requested |
| 09/09/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 09/09/09 | MCG | 235.00 | 1.50 | Per EGB, prepare package of requested supplies needed at trial and prepare same for overnight delivery. |
| 09/09/09 | EGB | 235.00 | 22.50 | Attend Grace trial; get documents as requested; prepare for next day of trial. Update witness binders as needed, review files for accuracy |
| 09/10/09 | EGB | 235.00 | 20.50 | Attend Grace trial; get documents as requested; prepare for next day of trial.  Update witness binders as needed, collect additional materials as requested |
| 09/11/09 | PVL | 840.00 | 0.20 | Review 16 miscellaneous filings. |
| 09/11/09 | EGB | 235.00 | 15.50 | Attend Grace trial; get documents as requested; prepare for  trial. |
| 09/12/09 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 09/12/09 | MCG | 235.00 | 12.00 | Per NDF, complete various assignments related to trial preparation. |
| 09/12/09 | EGB | 235.00 | 15.00 | Get documents as requested; prepare for  trial. Read Trial transcript per N. Finch.  Make sure all materials are indexed and ready for transport. |
| 09/13/09 | MCG | 235.00 | 1.50 | Unpack trial materials at Law Offices of Campbell & Levine. |
| 09/13/09 | MCG | 235.00 | 0.50 | Per NDF, attend meeting with PVNL, JMR, EGB and MAF re preparation of materials for court on Monday, September 14, 2009. |
| 09/13/09 | MCG | 235.00 | 8.00 | Attorney waiting time / on-call for any pressing assignments. |
| 09/13/09 | EGB | 235.00 | 15.00 | Get documents as requested; prepare for  trial. Read trial transcript, review index, make aditional copies of materials as needed. |

| 09/14/09 | MCG | 235.00 | 7.50 | Attend Phase II Confirmation Hearing. |
|---|---|---|---|---|
| 09/14/09 | MCG | 235.00 | 2.50 | Attend Phase II Confirmation Hearing. |
| 09/14/09 | MCG | 235.00 | 7.00 | Per attorney request, assist Kirkland & Ellis paralegal staff with various trial preparation assignments. |
| 09/14/09 | EGB | 235.00 | 22.50 | Attend trial, get documents as requested; prepare for next day of  trial. review trial transcript,  make aditional copies of materials as needed up date witness binders. Assist Kirkland & Ellis with various tasks. |
| 09/15/09 | MCG | 235.00 | 7.50 | Attend Phase II Confirmation Hearing. |
| 09/15/09 | MCG | 235.00 | 2.50 | Attend Phase II Confirmation Hearing. |
| 09/15/09 | MCG | 235.00 | 5.00 | Per attorney request, prepare and organize materials needed for court on Monday, September 16, 2009. |
| 09/15/09 | MCG | 235.00 | 2.00 | Attorney waiting time / on-call for attorney trial preparation requests. |
| 09/15/09 | EGB | 235.00 | 22.50 | Attend trial, get documents as requested; prepare for next day of  trial. review trial transcript,  make aditional copies of materials as needed up date witness binders. |
| 09/16/09 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 09/16/09 | MCG | 235.00 | 7.50 | Attend Phase II Confirmation Hearing. |
| 09/16/09 | MCG | 235.00 | 3.50 | Attend Phase II Confirmation Hearing. |
| 09/16/09 | MCG | 235.00 | 3.00 | Per attorney request, prepare and organize materials needed in court on Wednesday, September 15, 2009. |
| 09/16/09 | MCG | 235.00 | 2.50 | Attorney waiting time / on-call for attorney trial preparation requests. |
| 09/16/09 | EGB | 235.00 | 21.50 | Attend trial, get documents as requested; prepare for next day of  trial. review trial transcript,  make aditional copies of materials as needed up date witness binders. |
| 09/17/09 | MCG | 235.00 | 3.50 | Per NDF, locate and assemble requested materials for potential use at Phase II Confirmation hearing. |

| 09/17/09 | MCG | 235.00 | 4.00 | Pack trial materials and prepare same for delivery to Washington, DC. |
| 09/17/09 | MCG | 235.00 | 3.00 | Pack trial materials and prepare same for delivery to Washington, DC. |
| 09/17/09 | MCG | 235.00 | 1.00 | Unpack trial materials at C&D offices. |
| 09/17/09 | EGB | 235.00 | 12.50 | Attend trial, get documents as requested, pack up war room, ship boxes back to Caplin & Drysdale. |
| 09/21/09 | SAT | 195.00 | 1.90 | Retrieve documents for attorney review. |
| 09/21/09 | MCG | 235.00 | 6.50 | Per attorney request, collect electronic versions of all exhibits admitted at Phase II Confirmation Hearing and assemble same in binders for attorney review and reference. |
| 09/21/09 | MCG | 235.00 | 1.00 | Per NDF, search boxes of trial materials for redweld containing various trial briefs. |
| 09/22/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 09/22/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (.2) |
| 09/22/09 | SAT | 195.00 | 0.70 | Retrieve documents for attorney review. |
| 09/22/09 | MCG | 235.00 | 2.50 | Review for accuracy all admitted exhibits lists provided by Kirkland & Ellis. |
| 09/23/09 | PVL | 840.00 | 0.90 | Teleconference Lyons. |
| 09/23/09 | MCG | 235.00 | 1.00 | Per KCM, assemble copy set of Phase II Confirmation Hearing transcripts for attorney review. |
| 09/23/09 | MCG | 235.00 | 5.50 | Per attorney request, assemble binders of admitted exhibits from Phase II Confirmation Hearing. |
| 09/24/09 | MCG | 235.00 | 4.00 | Assemble and quality-check for accuracy binder copy sets of Plan Objectors' admitted trial exhibits. |
| 09/24/09 | EB | 205.00 | 0.50 | Review final auditor's report.  Respond to PVNL and RCT's query re: reductions. |
| 09/25/09 | PVL | 840.00 | 0.20 | Review 3 miscellaneous Grace motions. |

| 09/25/09 | MCG | 235.00 | 5.00 | Assemble and quality-check for accuracy copy sets of binders containing Plan Objectors' admitted exhibits from Phase II Confirmation Hearing. |
| 09/28/09 | RCT | 530.00 | 0.20 | Review local recommendations and dockets re EI update (0.2) |
| 09/28/09 | MCG | 235.00 | 4.00 | Per NDF, make necessary updates to copy sets of binders containing select Plan Proponents' Phase II Confirmation Hearing admitted exhibits. |
| 09/29/09 | MCG | 235.00 | 2.00 | Per NDF, compare for accuracy charts recevied from C. Hazelman reflecting documents presented to witnesses at Phase II Confirmation Hearing against admitted exhibits lists recevied from Kirkland & Ellis. |

**Total Task Code .04        525.90**

**Fee Applications, Applicant (10.70 Hours; $ 5,052.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |
| Rita C. Tobin | 8.60 | $530 | 4,558.00 |
| Eugenia Benetos | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/09 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 09/08/09 | RCT | 530.00 | 2.00 | Draft fee auditor response (1.0); address fee issues (1.0) |
| 09/08/09 | EB | 205.00 | 0.50 | Perform review of Grace fee application as per auditor's request.  Send missing page to exhibit. (.5) |
| 09/09/09 | RCT | 530.00 | 0.80 | Gather information for fee auditor response (0.8) |
| 09/14/09 | RCT | 530.00 | 1.10 | Edit fee auditor response (1.0); email PVNL re same (0.1) |
| 09/15/09 | RCT | 530.00 | 1.70 | Review response to Fee Auditor (0.2); emails to PVNL re same (0.2); review prebill (1.3) |

| 09/16/09 | RCT | 530.00 | 1.30 | Review fee exhibits (1.3) |
| 09/22/09 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 09/23/09 | PVL | 840.00 | 0.10 | Review COC re fee applications and email RCT. |
| 09/25/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 09/30/09 | RCT | 530.00 | 0.20 | Review fee application schedules for October (0.2) |
| 09/30/09 | RCT | 530.00 | 0.50 | Address fee issues (0.5) |

**Total Task Code .12      10.70**

## Hearings (3.50 Hours; $ 3,220.00)

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 3.50 | $920 | 3,220.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 09/08/09 | EI | 920.00 | 3.50 | Testimony at hearing (3.5). |

**Total Task Code .15      3.50**

## Litigation and Litigation Consulting (1,194.00 Hours; $ 555,776.00)

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 44.00 | $920 | 40,480.00 |
| Peter Van N. Lockwood | 132.90 | $840 | 111,636.00 |
| Bernard Bailor | 51.30 | $630 | 32,319.00 |
| Nathan D. Finch | 252.70 | $610 | 154,147.00 |
| Ann C. McMillan | .70 | $580 | 406.00 |
| Jeffrey A. Liesemer | 41.10 | $495 | 20,344.50 |
| Kevin C. Maclay | 60.60 | $495 | 29,997.00 |
| James P. Wehner | 86.40 | $495 | 42,768.00 |
| Jeanna M. Rickards | 161.90 | $320 | 51,808.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew J. Sackett | | 8.50 | | $295 | 2,507.50 |
| Todd E. Phillips | | 3.90 | | $270 | 1,053.00 |
| Morgan B. Emery | | 6.00 | | $205 | 1,230.00 |
| Connie J. Kim | | 53.60 | | $195 | 10,452.00 |
| Marissa A. Fanone | | 234.50 | | $195 | 45,727.50 |
| Sarah Z. Emamjomeh | | 55.90 | | $195 | 10,900.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/09 | PVL | 840.00 | 8.30 | Review emails and reply (1.2); teleconference Freedman, Harding, Baer, Guy, NDF et al. (1.1); review draft best interest response and email comments (.9); attend telephonic hearing (.8); teleconference EI (.5); teleconference EI and NDF (.2); conference NDF(.1); teleconference Bernick, Freedman, Baer, Wyron et al. (1.0); teleconference Wyron (.2); review prop. POR revs (.1); review Montana obj. (.1); review Horkovich letter (.1); review 9/8/09 agenda (.1); review Grace restructuring diagrams (.1); review draft Travelers agreement and email comments (1.0); conference JPW (.4); review exhibit objections (.1); prepare for 9/2 teleconference (.3) |
| 09/01/09 | EI | 920.00 | 3.00 | Testimony prep matters, t/c Horkovich and t/c NDF (.5); Libby proposal, memos, t/c PVNL/NDF and t/c Rice (2.5). |
| 09/01/09 | NDF | 610.00 | 13.00 | Confirmation hearing preparation (12.5); prepare for Molgaard deposition (0.5). |
| 09/01/09 | JAL | 495.00 | 0.50 | Review and analysis of redraft of response brief on best interests test. |
| 09/01/09 | JAL | 495.00 | 0.60 | Review and analysis of materials relating to confirmation hearing. |
| 09/01/09 | JAL | 495.00 | 1.10 | Tele. conf. w/PVNL, NDF and Plan Proponents' counsel re: prep. for confirmation hearing. |
| 09/01/09 | JAL | 495.00 | 0.50 | Drafted and revised e-mails to Plan Proponents' counsel re: confirmation issues. |
| 09/01/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between PVNL and T. Freedman re: confirmation issues. |
| 09/01/09 | JAL | 495.00 | 0.20 | Review and analysis of memo from EI and accompanying attachment re: Libby objections. |

| | | | | |
|---|---|---|---|---|
| 09/01/09 | JAL | 495.00 | 0.20 | Review and analysis of proposed technical amendment to plan. |
| 09/01/09 | JAL | 495.00 | 0.10 | Reviewed hearing memo. |
| 09/01/09 | JAL | 495.00 | 0.10 | Reviewed revised draft of plan document and e-mail to Plan Proponents counsel re: same. |
| 09/01/09 | JAL | 495.00 | 0.10 | Reviewed draft response on evidentiary issue. |
| 09/01/09 | JPW | 495.00 | 12.60 | Meet with JMR re deposition (.2); prepare for Peterson deposition (.5); telephone conference with Garlock re Stipulation (1.2); review stipulation (.5); review Garlock documents (1.8); telephone conference with PVNL re Garlock stipulation (.4); meet with NDF re Garlock stipulation (.3); meeting with trial team re task list (.6); e-mails re confirmation issues (1.9); research and draft reply brief re Shein (4.2); review objections to exhibits (1.0) |
| 09/01/09 | KCM | 495.00 | 5.00 | Review/analyze Garlock materials (.7); review/analyze correspondence (.9); review/analyze various filings and materials for confirmation hearing (3.4) |
| 09/01/09 | MBE | 205.00 | 3.00 | QC, edit, review, and log errors of plan objector's trial exhibit binders |
| 09/01/09 | CJK | 195.00 | 10.10 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 09/01/09 | JMR | 320.00 | 11.10 | Prepare to defend deposition, call with expert (1.2); continue to collect/follow up with plaintiffs' attorneys regarding non-products exposure (1.8); revise direct outline for Dr. Welch (1.1); review the exhibits to be used with witnesses to ensure correct (2.8); prepare bench memoranda on issues that may arise in trial (3.4); meeting regarding Grace trial (.8) |
| 09/01/09 | AJS | 295.00 | 2.60 | Review of e-mail from MAF regarding Friedman documents (0.1); preparation of and review of e-mails to and from MCG regarding same (0.2); review of Friedman documents (0.5); preparation of bench memo regarding ATSDR report (1.6); review of e-mail from NDF regarding Friedman materials and preparation of e-mail to NDF regarding same (0.2). |

| 09/01/09 | SZE | 195.00 | 13.20 | Review plan objector's trial exhibits for use at Confirmation Hearing for N. Finch. |
| 09/01/09 | MAF | 195.00 | 16.50 | Prepare trial witness boxes for Confirmation Hearing (8.0); edit Inselbuch, Peterson and Welch witness binders (2.0);compile and organize deposition transcripts and exhibits (4.0), plan trial logistics re war room in Pittsburgh (2.5). |
| 09/02/09 | EI | 920.00 | 1.50 | Cohn info request:  t/c Horkovich, PVNL and memos (1.5). |
| 09/02/09 | NDF | 610.00 | 13.50 | Prepare for Molgaard deposition (1.0); confirmation hearing preparation (7.5); take Molgaard and Whitehouse follow-up depositions (4.5); confer with Stansbury re Daubert reply (0.5). |
| 09/02/09 | JPW | 495.00 | 10.50 | Telephone conference with Debtor and FCR re Garlock (1.0); e-mails re Garlock (2.8); draft reply to Daubert opposition (4.5); e-mails re declarations (.4); revise stipulation (1.2); telephone conference PVNL re stipulation (.4); meet with KCM re Garlock (.2) |
| 09/02/09 | KCM | 495.00 | 4.40 | Review/analyze and edit proposed filing and communicate with NDF, PVNL and Debtor re same (1.6); review/analyze correspondence (.7); review/analyze proposed Plan Amendments and various filings (2.1) |
| 09/02/09 | CJK | 195.00 | 15.50 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 09/02/09 | JMR | 320.00 | 5.50 | Review filings in preparation for trial (2.4); continue to prepare bench memos (3.1) |
| 09/02/09 | AJS | 295.00 | 2.20 | Preparation of materials for Friedman exhibit CD and meeting with MCG regarding same (0.3); preparation of bench memo regarding ATSDR report (1.1); preparation of e-mail to MCG regarding Friedman exhibits (0.1); preparation of bench memo regarding ATSDR report (0.7). |
| 09/02/09 | SZE | 195.00 | 13.50 | Review plan objector's trial exhibits for use at Confirmation Hearing for N. Finch. |
| 09/02/09 | MAF | 195.00 | 16.00 | Prepare trial witness boxes and witness binders for Confirmation Hearing (9.0); cite check Bench memo (2.0); compile and organize deposition transcripts and exhibits (5.0). |

| 09/03/09 | PVL | 840.00 | 2.30 | Review revised Exhs. 5 and 6 (.3); review revised order of proof and obj chart (.5); review draft AIG agmt (.2); review draft bench memos (.2); review revised best interests brief and email comments (.5); review 8/24 hearing tr (.6). |
|----------|-----|--------|------|---|
| 09/03/09 | EI | 920.00 | 2.10 | T/c Cohn, Horkovich and memos re: Libby insurance inquiry (1.0); memos re: Libby proposal and prep for Libby call (1.0); t/c NDF re: testimony (.1). |
| 09/03/09 | NDF | 610.00 | 12.00 | Confirmation hearing trial prep (11.5); teleconference with Peterson (0.5). |
| 09/03/09 | JAL | 495.00 | 0.10 | Tele. call w/NDF re: confirmation issues and briefing. |
| 09/03/09 | JAL | 495.00 | 3.40 | Drafted and revised response brief on best interests test. |
| 09/03/09 | JPW | 495.00 | 9.40 | Revise Reply brief (2.9); telephone conference with Debtor and FCR re Garlock (.4); read Molgaard deposition (2.7); meet with BSB re Molgaard (.3); telephone conference with Debtor and FCR re stipulation (.5); e-mails re stipulation (2.1); telephone conference with M. Hurford re reply (.2); telephone conference with R. Clancy re reply (.3) |
| 09/03/09 | KCM | 495.00 | 8.90 | Review/analyze filings and correspondence (1.0); review/analyze depositions and related materials for cross-examination outlines (7.9) |
| 09/03/09 | MBE | 205.00 | 3.00 | QC, edit, review, and log errors of plan objector's trial exhibit binders |
| 09/03/09 | CJK | 195.00 | 12.90 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 09/03/09 | JMR | 320.00 | 8.70 | Continue to prepare bench memos (5.2); collect and review materials for Jay Hughes (.8); oversee preparations for trial materials (1.5); assist with preparation of experts for trial (1.2) |
| 09/03/09 | AJS | 295.00 | 0.70 | Meeting with JPW regarding Molgaard (0.1); witness research regarding Molgaard (0.3); revision of bench memo regarding ATSDR report (0.3). |
| 09/03/09 | SZE | 195.00 | 12.20 | Review plan objector's trial exhibits for use at Confirmation Hearing for N. Finch. |

| 09/03/09 | MAF | 195.00 | 15.00 | Prepare trial witness boxes and witness binders for Confirmation Hearing (8.0); cite check Bench memo (2.0); compile and organize deposition transcripts, exhibits and expert reports (5.0). |
|---|---|---|---|---|
| 09/04/09 | BSB | 630.00 | 6.00 | Work on trial preparation - deposition cross exam (3.1); read Libby depositions (2.9). |
| 09/04/09 | PVL | 840.00 | 6.30 | Review email and reply re trial prep, etc. (1.7); review revised best interests brief and reply (.1); review draft POR revs (.1); review draft lift stay opposition re FFIC (.2); review NDF chart and reply (.1); review drafts of revised ins neutrality provisions and email Mehaley et al re same (1.7); review Freedman trial outline (1.4); teleconference EI (.4); review drafts of Daubert reply re Whitehouse et al (.3); review NDF memo (.1); review revised Garlock stip and email JPW (.2). |
| 09/04/09 | EI | 920.00 | 4.50 | Prep for and call with Libby lawyers and ACC (1.5); memo to Negotiating Subcommittee (1.5); prep for testimony and t/c PVNL re: same (1.5). |
| 09/04/09 | NDF | 610.00 | 17.50 | Edits to Daubert reply brief (0.5); meet with Harding re Hughes direct (2.5); confirmation hearing trial prep (14.5). |
| 09/04/09 | ACM | 580.00 | 0.50 | Review Chartis Settlement Agreement and send e-mail to J. Cohen re same. |
| 09/04/09 | JAL | 495.00 | 0.10 | Tele. call w/JMR re: prep. for confirmation hearing. |
| 09/04/09 | JAL | 495.00 | 0.10 | Office conf. w/MCG re: confirmation hearing trial prep. |
| 09/04/09 | JAL | 495.00 | 0.20 | Reviewed revised draft of best interests reply brief. |
| 09/04/09 | JAL | 495.00 | 0.50 | Review and analysis of draft technical amendments to Plan and related documents. |
| 09/04/09 | JAL | 495.00 | 1.70 | Drafted and revised confirmation-related bench memo. |
| 09/04/09 | JAL | 495.00 | 0.10 | Office conf. w/KCM re: issues relating to confirmation hearing. |
| 09/04/09 | JAL | 495.00 | 0.10 | Office conf. w/NDF and KCM re: confirmation issues. |

| | | | | |
|---|---|---|---|---|
| 09/04/09 | JPW | 495.00 | 7.70 | Revise stipulation (2.6); telephone conference J. Guy re Garlock (x2) (.3); telephone conference Garlock, Debtor, FCR re Garlock (1.2); e-mails re confirmation issues (2.0); meet with BSB re Libby (.2); meet with KCM re Garlock (.2); trial preparation and logistics (.9); telephone conference with Garlock, FCR re stipulation (.3) |
| 09/04/09 | KCM | 495.00 | 8.10 | Review./analyze filings and correspondence and memos re certain trial issues and settlements (2.4); plan/prepare for and attend telephonic meet and confer with all parties (.8); draft/revise cross-examination outlines and review/analyze related materials (4.9 |
| 09/04/09 | CJK | 195.00 | 12.10 | QC, edit, review, and log errors of plan objector's trial exhibit binders. |
| 09/04/09 | JMR | 320.00 | 10.40 | Continue to prepare and finalize bench memos (4.2); coordinate collection of depositions and declarations of plaintiffs that had non-products exposure to be used in trial (2.2); meeting regarding trial (1.4); continue to edit examination outlines and trial material boxes (2.6) |
| 09/04/09 | AJS | 295.00 | 1.10 | Revision of bench memo regarding ATSDR report (1.0); review of e-mail from NDF regarding post-trial briefing (0.1). |
| 09/04/09 | SZE | 195.00 | 17.00 | Compile and review trial exhibits, deposition transcripts and exhibits, and other materials for use at Confirmation Hearing. |
| 09/04/09 | MAF | 195.00 | 20.00 | Prepare trial witness boxes and witness binders for Confirmation Hearing. |
| 09/05/09 | EI | 920.00 | 0.30 | T/c Rice re: Libby (.3). |
| 09/05/09 | NDF | 610.00 | 4.10 | Emails to Harding re Hughes (0.1); emails to staff re various confirmation hearing prep issues (1.0); confirmation hearing trial prep (3.0). |
| 09/06/09 | PVL | 840.00 | 3.40 | Review email and reply (.2); teleconference Bernick, Harding and NDF (1.4); prep for conf. hearing (1.8). |
| 09/06/09 | EI | 920.00 | 1.00 | Reviewed Libby proposals (1.0). |
| 09/06/09 | NDF | 610.00 | 9.50 | Confirmation hearing preparations. |

| 09/06/09 | JPW | 495.00 | 5.70 | Research expert issues (3.2); e-mails re Garlock stipulation (2.5) |
| 09/07/09 | PVL | 840.00 | 4.50 | Review COC re post-trial briefing (.1); review motion re proc re Libby medical records (.2); review revised draft MCC stip (.1); review revised draft Longacre stip (.1); review email and reply (.4); prep for conf. trial (2.4); confer Peterson, Welch, Hurford, EI, NDF, JMR re trial prep (1.2). |
| 09/07/09 | EI | 920.00 | 7.20 | Testimony prep in NY (3.0).Travel to Pittsburgh reviewing Libby issues (2.5); memo Rice re: Libby (.2); prep for hearing (1.5). |
| 09/07/09 | NDF | 610.00 | 10.50 | Confirmation hearing prep. |
| 09/07/09 | JPW | 495.00 | 1.60 | E-mails re Garlock stipulation |
| 09/07/09 | KCM | 495.00 | 9.10 | Draft/revise cross-examination outlines and review/analyze related materials |
| 09/07/09 | JMR | 320.00 | 2.80 | Collect outlines, organize exhibits, in preparation for trial |
| 09/07/09 | MAF | 195.00 | 6.50 | Prepare trial materials for Confirmation Hearing (6.5) |
| 09/08/09 | BSB | 630.00 | 3.10 | Read pleadings (3.1). |
| 09/08/09 | PVL | 840.00 | 13.00 | Confer EI (.9); attend hearing (8.0); confer Bernick et al (.8); confer Frankel, Wyron, Mehaly, Guy and EI (1.3); confer Peterson, Welch and EI (1.8); review email and reply (.2). |
| 09/08/09 | EI | 920.00 | 6.00 | Work on Libby issues with Horkovich, Frankel, PVNL, etc. (6.0). |
| 09/08/09 | NDF | 610.00 | 16.50 | Confirmation hearing trial (10.0); trial preparation (6.5). |
| 09/08/09 | JAL | 495.00 | 0.10 | Reviewed confirmation exhibits to be introduced at hearing. |
| 09/08/09 | JAL | 495.00 | 1.00 | Review and analysis of recent court submissions re:confirmation issues. |

| 09/08/09 | JAL | 495.00 | 0.40 | Reviewed memo from EI re: confirmation issues and e-mail exchanges related thereto. |
|---|---|---|---|---|
| 09/08/09 | JPW | 495.00 | 1.50 | E-mails re exhibits (.7); review trial transcripts (.8) |
| 09/08/09 | KCM | 495.00 | 5.40 | Draft/revise cross-examination outlines and review/analyze related materials (5.1); review/analyze correspondence and Committee memo (.3) |
| 09/08/09 | JMR | 320.00 | 11.30 | Attend confirmation hearing and assist with documents, etc (8.5); prepare for confirmation hearing (2.8) |
| 09/08/09 | AJS | 295.00 | 0.50 | Phone call with Friedman regarding testimony; preparation of e-mails to NDF and JPW regarding same; review of e-mail from NDF regarding same. |
| 09/08/09 | MAF | 195.00 | 21.50 | Attend Confirmation Hearing (9.0); prepare trial materials for Confirmation Hearing (12.5) |
| 09/09/09 | BSB | 630.00 | 3.50 | Read pleadings and review exhibits (3.5). |
| 09/09/09 | PVL | 840.00 | 11.80 | Attend hearing (8.7); confer Bernick et al (.8); confer Campbell, Levine, Horkovich and EI (1.2); confer Gianotto et al (.1); confer Freedman et al (.4); confer Bernick, Welch, NDF et al (.5); review email and reply (.1). |
| 09/09/09 | EI | 920.00 | 1.20 | Conference Cohn re: Libby (.7); conf. Austern, et al. (.5). |
| 09/09/09 | NDF | 610.00 | 16.70 | Confirmation hearing trial (9.6); confirmation hearing trial prep (7.1). |
| 09/09/09 | JPW | 495.00 | 3.10 | Review trial transcripts (1.8); e-mails re Garlock stipulations (.4); e-mails re non-products declarations; review same (.9) |
| 09/09/09 | KCM | 495.00 | 3.20 | Draft/revise cross-examination outline and review/analyze related materials |
| 09/09/09 | JMR | 320.00 | 11.70 | Attend confirmation hearing and assist with documents, etc (8.5); prepare for confirmation hearing (3.2) |
| 09/09/09 | MAF | 195.00 | 18.00 | Attend Confirmation Hearing (9.0); prepare trial materials for Confirmation Hearing (9.0). |

| | | | | |
|---|---|---|---|---|
| 09/10/09 | PVL | 840.00 | 11.20 | Conferences w/Freedman, Baer, Finke, Shelnitz, Esayian, Horkovich, Wyron and Mehaley re trial prep (6.0) attend hearing (1.5); review email and reply (1.1); prep EI for testimony (2.6). |
| 09/10/09 | EI | 920.00 | 3.60 | Edwards judgment matters - memo to Committee (1.0); conf. Hurford re: status (.1); Travels deal (.5); testimony prep with PVNL (2.0). |
| 09/10/09 | NDF | 610.00 | 12.50 | Confirmation hearing trial (9.5); trial prep (3.0). |
| 09/10/09 | JAL | 495.00 | 2.80 | Review and analysis of confirmation-related materials. |
| 09/10/09 | JPW | 495.00 | 1.90 | Review trial transcripts (1.6); e-mails re stipulations, trial motions (.3) |
| 09/10/09 | KCM | 495.00 | 4.10 | Draft/revise cross-examination outline and review/analyze related materials |
| 09/10/09 | JMR | 320.00 | 9.70 | Attend confirmation hearing and assist with documents, etc (8.5); prepare for confirmation hearing (1.2) |
| 09/10/09 | MAF | 195.00 | 13.00 | Attend Confirmation Hearing (9.0); prepare trial materials for Confirmation Hearing (4.0). |
| 09/11/09 | BSB | 630.00 | 7.50 | Review trial transcripts (4.2); Peterson materials - deposition preparation (3.3). |
| 09/11/09 | PVL | 840.00 | 8.60 | Confer Wyron and Mehaley (.7); confer Giannotte, Ifft, Cohn, Demmy, Longosz, McCabe, Shiner, Wyron and Mehaley (2.0); conferences Wisler, Ifft and Longosz (.5); confer Bernick (.2); attend hearing (3.8); confer Hurford (.8); conference Horkovich (.3); confer Brown (.1); confer Wyron (.2). |
| 09/11/09 | EI | 920.00 | 0.50 | Prep for testimony (.5). |
| 09/11/09 | NDF | 610.00 | 13.60 | Confirmation hearing trial (10.5); trial prep (3.1). |
| 09/11/09 | JAL | 495.00 | 2.10 | Review and analysis of confirmation issues. |
| 09/11/09 | JPW | 495.00 | 2.20 | E-mails re non-products declarations (.5); review trial testimony (1.7) |
| 09/11/09 | KCM | 495.00 | 0.20 | Review/analyze correspondence |

| 09/11/09 | JMR | 320.00 | 8.50 | Attend confirmation hearing and assist with documents, etc. |
|---|---|---|---|---|
| 09/11/09 | MAF | 195.00 | 12.50 | Attend Confirmation Hearing (9.0); prepare trial materials for Confirmation Hearing (3.5). |
| 09/12/09 | PVL | 840.00 | 3.20 | Review Judge Hamilton opinion re confidentiality of trust claims (.9); review MCC suppl depo des (.2); review email and reply (1.0); review Peterson memo (.1); confer NDF (.3); review Libby Cls objs to POR mods (.1); prep for hearing (.6). |
| 09/12/09 | EI | 920.00 | 0.10 | Travelers issue (.1). |
| 09/12/09 | EI | 920.00 | 0.70 | Testimony prep (.7). |
| 09/12/09 | NDF | 610.00 | 7.10 | Confirmation hearing trial prep (6.1); teleconference with Peterson (0.5); teleconference re post trial briefing (0.5). |
| 09/12/09 | JAL | 495.00 | 0.40 | Tele. conf. w/NDF, JPW and KCM re: post-trial briefing. |
| 09/12/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/NDF and KCM re: post trial briefing. |
| 09/12/09 | JPW | 495.00 | 4.30 | Trial preparation - Garlock and non-products declarations (2.7); telephone conference re post-trial briefing (.5); review trial transcripts (1.1) |
| 09/12/09 | AJS | 295.00 | 0.50 | Conference call with NDF and others regarding post-trial briefing (0.5). |
| 09/13/09 | PVL | 840.00 | 7.00 | Prep EI (1.7); prep for hearing (2.9); review email and reply (.4); confer Bernick, Freedman, NDF et al re trial prep (2.0). |
| 09/13/09 | EI | 920.00 | 5.00 | Trip to Pittsburgh reviewing materials (3.5); dinner conf. PVNL/NDF and Hurford to prepare (1.5). |
| 09/13/09 | NDF | 610.00 | 7.50 | Trial preparation. |
| 09/13/09 | JPW | 495.00 | 2.30 | Review 1006 exhibits; e-mails re same (1.7); telephone conference with JMR re exhibits (.3); e-mails re stipulation (.3) |
| 09/14/09 | BSB | 630.00 | 6.10 | Peterson reports (1.8); Zilly deposition (3.0); transcript (1.3). |

| | | | | |
|---|---|---|---|---|
| 09/14/09 | PVL | 840.00 | 13.00 | EI prep (1.0); attend hearing (8.1); confer Bernick re trial prep (.5); review email (.4); confer Giannotto (.1); review draft Sanders decl (.2); review draft Kaneb stip (.1); teleconferences EI (.3); trial prep (.4); confer Peterson, NDF, JMR re trial prep (1.9). |
| 09/14/09 | EI | 920.00 | 6.20 | Testimony, conf. Libby claimants, and return to hotel (5.0); t/c PVNL re: testimony (.2); dinner conf. ACM to prepare (1.0). |
| 09/14/09 | NDF | 610.00 | 15.50 | Trial confirmation hearing (9.0); trial prep (6.5). |
| 09/14/09 | JPW | 495.00 | 4.60 | Draft Garlock objections (2.9); e-mails re confirmation issues (.5); review trial testimony (1.2) |
| 09/14/09 | KCM | 495.00 | 0.60 | Review/analyze correspondence (.2); organize files (.4) |
| 09/14/09 | JMR | 320.00 | 10.10 | Attend confirmation hearing and assist with documents, etc (8.5); prepare for confirmation hearing (1.6) |
| 09/14/09 | MAF | 195.00 | 17.00 | Attend Confirmation Hearing (9.0); prepare trial materials for Confirmation Hearing (8.0). |
| 09/15/09 | BSB | 630.00 | 4.80 | Transcript and exhibit review (4.8). |
| 09/15/09 | PVL | 840.00 | 12.30 | Attend hearing (8.4); confer Bernick et al (.8); confer Shelnitz et al (.2); review email (.1); confer Hurford, NDF and JMR re trial prep (2.8). |
| 09/15/09 | NDF | 610.00 | 14.80 | Confirmation hearing (9.5); trial prep (5.3). |
| 09/15/09 | JAL | 495.00 | 2.30 | Review and analysis of materials in prep. for post-trial briefing on plan. |
| 09/15/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/JPW and B. Stansbury re: post-trial briefing on plan. |
| 09/15/09 | JAL | 495.00 | 2.20 | Further review and analysis of materials in prep. for post-trial briefing. |
| 09/15/09 | JAL | 495.00 | 0.50 | Tele. conf. w/JPW and B. Stansbury re: post-trial briefing. |
| 09/15/09 | JPW | 495.00 | 1.70 | Telephone conference with B. Strasburg re post-trial brief (.5); review trial transcripts (1.2) |
| 09/15/09 | KCM | 495.00 | 0.20 | Review/analyze correspondence |

| 09/15/09 | JMR | 320.00 | 8.50 | Attend confirmation hearing and assist with documents, etc |
|---|---|---|---|---|
| 09/15/09 | MAF | 195.00 | 17.50 | Attend Confirmation Hearing (9.0); prepare trial materials for Confirmation Hearing (8.5). |
| 09/16/09 | BSB | 630.00 | 4.80 | Review transcripts and pleadings (4.8). |
| 09/16/09 | PVL | 840.00 | 9.50 | Attend hearing (4.8); conferences Bernick and Shelnitz (.7); trial prep (.7); review email and reply (.3); review draft opposition to FFIC lift stay (.3); teleconference EI (.1); confer NDF and JMR re trial prep (2.6). |
| 09/16/09 | NDF | 610.00 | 13.40 | Confirmation hearing (8.6); trial prep (4.8). |
| 09/16/09 | JAL | 495.00 | 0.30 | Reviewed e-mails from NDF re: confirmation hearing. |
| 09/16/09 | JAL | 495.00 | 0.10 | Reviewed confirmation hearing exhibits. |
| 09/16/09 | JAL | 495.00 | 0.20 | Drafted and revised memo to B. Stansbury and JPW re: post-trial briefing. |
| 09/16/09 | JAL | 495.00 | 0.20 | Teleconf. w/B. Stansbury and JPW re: post-confirmation hearing briefing. |
| 09/16/09 | JAL | 495.00 | 3.00 | Review and analysis of materials in preparation for post-trial briefing. |
| 09/16/09 | JPW | 495.00 | 3.10 | Telephone conference with Debtor and JAL re findings of fact (.4); compile findings of fact (1.9); e-mails re confirmation issues (.8) |
| 09/16/09 | KCM | 495.00 | 0.70 | Review/analyze proposed scheduling order and correspondence. |
| 09/16/09 | CJK | 195.00 | 1.50 | Retrieve, review, and send responses to interrogatories for M. Greene. |
| 09/16/09 | JMR | 320.00 | 5.50 | Attend confirmation hearing |
| 09/16/09 | MAF | 195.00 | 18.50 | Attend Confirmation Hearing (9.0); prepare trial materials for Confirmation Hearing (9.5). |
| 09/17/09 | BSB | 630.00 | 5.30 | Medical testimony (5.3). |

| 09/17/09 | PVL | 840.00 | 4.30 | Attend hearing (3.6); confer Frankel, Wyron and Austein (.4); teleconference NDF (.3). |
|---|---|---|---|---|
| 09/17/09 | NDF | 610.00 | 4.50 | Confirmation hearing (4.2); confer with PVNL (0.3). |
| 09/17/09 | JAL | 495.00 | 0.70 | Review and analysis of materials in preparation for post-trial briefing. |
| 09/17/09 | JPW | 495.00 | 1.60 | Meet with BSB re Libby issues (.4); review trial transcripts (1.2) |
| 09/17/09 | KCM | 495.00 | 0.30 | Review/analyze correspondence. |
| 09/17/09 | KCM | 495.00 | 0.90 | Plan/prepare for post-trial briefs and review/analyze related materials. |
| 09/17/09 | JMR | 320.00 | 4.30 | Research regarding jury trial rights |
| 09/17/09 | AJS | 295.00 | 0.40 | Review of e-mails from NDF regarding 10-Ks, review of 10-K filings. |
| 09/17/09 | MAF | 195.00 | 7.50 | Attend Confirmation Hearing (5.0); prepare trial materials for Confirmation Hearing (2.5). |
| 09/17/09 | TEP | 270.00 | 0.40 | Legal research re substantive legal issue re trial. |
| 09/18/09 | BSB | 630.00 | 5.90 | Read medical test. |
| 09/18/09 | PVL | 840.00 | 1.10 | Review email and reply (.2); review trial docs (.3); review Libby voting stip (.1); review Silverstein et al article re fiber potency (.3); confer KCM (.2). |
| 09/18/09 | NDF | 610.00 | 0.70 | Email correspondence re case issues. |
| 09/18/09 | JPW | 495.00 | 1.10 | Meet with KCM re post-trial briefing (.4); review trial transcripts (.5); e-mails re confirmation issues (.2) |
| 09/18/09 | KCM | 495.00 | 1.60 | Review/analyze trial transcript. |
| 09/18/09 | KCM | 495.00 | 0.50 | Organize files. |
| 09/18/09 | CJK | 195.00 | 1.50 | Coordinate delivery of trial materials. |
| 09/19/09 | PVL | 840.00 | 0.10 | Review email. |
| 09/19/09 | NDF | 610.00 | 0.50 | Dictate memos to ACC re confirmation hearing. |
| 09/21/09 | PVL | 840.00 | 0.50 | Review email (.4); review Zilly slides (.1). |

| | | | | |
|---|---|---|---|---|
| 09/21/09 | EI | 920.00 | 0.30 | Sinclair report (.1); conf. hearing status memo (.2). |
| 09/21/09 | NDF | 610.00 | 4.70 | Transcript review for post trial briefing (3.5); meet with team re post trial tasks (0.5); telephone conversation with Peterson re issue (0.7). |
| 09/21/09 | JAL | 495.00 | 0.40 | Teleconf. w/NDF, JPW and KCM re: post-trial briefing. |
| 09/21/09 | JPW | 495.00 | 3.40 | Meeting re post-trial briefing (.5); review trial testimony (2.9) |
| 09/21/09 | KCM | 495.00 | 0.50 | Plan/prepare for and meet with NDF, JPW and JMR re case status. |
| 09/21/09 | KCM | 495.00 | 0.50 | Plan/prepare for meeting and review/analyze scheduling order. |
| 09/21/09 | JMR | 320.00 | 6.80 | Research regarding plan confirmation issues |
| 09/21/09 | AJS | 295.00 | 0.50 | Meeting regarding post-trial briefs with NDF, JAL, KCM, JPW and JMR. |
| 09/21/09 | MAF | 195.00 | 7.50 | Compile and organize Admitted Trial Exhibits for attorney review. |
| 09/22/09 | PVL | 840.00 | 1.40 | Teleconference NDF (.1); confer NDF and JAL (1.0); review email (.3). |
| 09/22/09 | NDF | 610.00 | 5.80 | Review transcript for post trial briefing purposes (2.8); review Peterson work for best interests analysis uses (0.5); teleconference with Peterson re same (0.5); emails to JMR re post trial briefing issues (0.5); teleconference with Relles and Peterson (0.3); confer with PVNL and JAL re best interests issue (1.0); confer with JMR re Peterson issue (0.2). |
| 09/22/09 | JAL | 495.00 | 2.30 | Review and analysis of materials relating to confirmation issues. |
| 09/22/09 | JAL | 495.00 | 1.30 | Office conf. w/PVNL and NDF re: confirmation hearing and related issues. |
| 09/22/09 | JAL | 495.00 | 0.20 | Drafted e-mail to E. Leibenstein re: confirmation issue. |
| 09/22/09 | JMR | 320.00 | 7.30 | Review expert report in order to perform calculations to determine if correct percentages used for |

| | | | | calculating ratios of claim amounts (1.7); research regarding plan confirmation issues (5.6) |
|---|---|---|---|---|
| 09/22/09 | MAF | 195.00 | 3.50 | Compile and organize Admitted Trial Exhibits for attorney review. |
| 09/23/09 | PVL | 840.00 | 2.20 | Review One Beacon et al prop TS (.1); review email and reply (.4); teleconference Bernick, Freedman, NDF, JPW et al (1.2); teleconference EI (.3); review draft FFIC TS and email Horkovich (.2). |
| 09/23/09 | EI | 920.00 | 0.60 | Reviewed memos and t/c PVNL re: status (.5); Hurford re: motions (.1). |
| 09/23/09 | NDF | 610.00 | 5.30 | Teleconference with Bernick et al re post trial briefing (1.2); review transcript for post trial briefing (3.7); outline post trial brief (0.4). |
| 09/23/09 | ACM | 580.00 | 0.20 | Exchange e-mails with Committee re EI testimony. |
| 09/23/09 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to confirmation issues. |
| 09/23/09 | JPW | 495.00 | 1.00 | Review issues for post-trial brief |
| 09/23/09 | JPW | 495.00 | 1.90 | Telephone conference with Debtors re post trial briefing (1.4); e-mails re confirmation issues (.5) |
| 09/23/09 | KCM | 495.00 | 0.20 | Review/analyze correspondence. |
| 09/23/09 | KCM | 495.00 | 2.10 | Review/analyze trial transcript. |
| 09/23/09 | JMR | 320.00 | 8.30 | Review hearing transcripts for errors (4.6); continue to research regarding plan confirmation issues (3.7) |
| 09/23/09 | MAF | 195.00 | 5.00 | Compile and organize Admitted Trial Exhibits for attorney review. |
| 09/24/09 | BSB | 630.00 | 3.40 | Read post trial materials. |
| 09/24/09 | PVL | 840.00 | 2.80 | Review email and reply (.5); teleconference Freedman, Esayian, Horkovich, Mehaley and Wyron (1.2); teleconference Wyron (.2); review CNA draft stip and email Baer et al re same (.4); review draft Edwards agmt (.2); review list of unadmitted exhibits and email NDF re same (.3). |
| 09/24/09 | NDF | 610.00 | 4.40 | Meet with JPW and JMR re post trial briefing (0.5); review transcript for medical issues to highlight in |

| | | | | post trial briefing (2.9); review admitted exhibits lists and transcripts re same (1.0). |
|---|---|---|---|---|
| 09/24/09 | JAL | 495.00 | 0.20 | Review and analysis of proposed outline for post-trial briefing. |
| 09/24/09 | JAL | 495.00 | 0.20 | Reviewed e-mail from J. Baer re: procedures for exhibits and deposition designations. |
| 09/24/09 | JPW | 495.00 | 3.20 | Meet with NDF, JMR, KCM re post-trial brief (.7); research for post-trial brief (2.5) |
| 09/24/09 | KCM | 495.00 | 0.90 | Review/analyze post-trial outline and correspondence and meet with NDF and JPW. |
| 09/24/09 | JMR | 320.00 | 7.60 | Continue research regarding plan confirmation issues (4.8); review admitted exhibit list for errors (2.8) |
| 09/24/09 | MAF | 195.00 | 4.50 | Compile and organize Admitted Trial Exhibits for attorney review. |
| 09/25/09 | PVL | 840.00 | 0.30 | Review email and reply. |
| 09/25/09 | NDF | 610.00 | 5.40 | Work on post trial briefing - transcript review. |
| 09/25/09 | JAL | 495.00 | 2.70 | Drafting and revisions of post-trial brief relating to confirmation issues. |
| 09/25/09 | JAL | 495.00 | 1.60 | Review and analysis of materials re: confirmation issues. |
| 09/25/09 | JPW | 495.00 | 1.20 | Review materials for post-trial brief (.9); e-mails re post-trial briefs (.3) |
| 09/25/09 | KCM | 495.00 | 0.10 | Review/analyze correspondence. |
| 09/25/09 | KCM | 495.00 | 1.00 | Plan/prepare for post-trial briefing and review/analyze related materials. |
| 09/26/09 | PVL | 840.00 | 0.10 | Review email. |
| 09/28/09 | NDF | 610.00 | 6.60 | Review transcript for use in post trial briefing and Daubert arguments - medical testimony (4.9); emails re review of admitted exhibits list (1.0); teleconference with Lacey et al re Libby exhibits (0.7). |
| 09/28/09 | JPW | 495.00 | 0.80 | Telephone conference with K&E re Libby conference (.4); meet with JMR re post-trial brief (.4) |

| 09/28/09 | JMR | 320.00 | 8.40 | Draft sections of the post confirmation hearing brief |
|----------|-----|--------|------|-------------------------------------------------------|
| 09/28/09 | MAF | 195.00 | 4.50 | Compile and organize Admitted Trial Exhibits and hearing transcripts for attorney review. |
| 09/29/09 | PVL | 840.00 | 1.60 | Attend telephonic hearing (.8); review email and reply (.8). |
| 09/29/09 | EI | 920.00 | 0.20 | T/c NDF re: Cohn call (.1); memo re: values (.1). |
| 09/29/09 | NDF | 610.00 | 10.10 | Emails and review re Prouty deposition and objections to same (0.5); review admitted exhibits and make corrections to list (0.8); review overhead 4B and email to Lacey re redactions (0.5); draft memo re Molgaard, Frank and Whitehouse testimony (1.0); transcript review for post trial briefing purposes (2.8). |
| 09/29/09 | JAL | 495.00 | 0.30 | Review and analysis of draft stipulation re: confirmation hearing testimony. |
| 09/29/09 | JAL | 495.00 | 1.10 | Review and analysis of materials in preparation for post-trial  briefing. |
| 09/29/09 | KCM | 495.00 | 1.80 | Review/analyze trial transcript and correspondence. |
| 09/29/09 | JMR | 320.00 | 7.60 | Draft sections of the post confirmation hearing brief |
| 09/29/09 | MAF | 195.00 | 4.00 | Cross reference List of Admitted Exhibits with exhibits shown to witnesses from C. Hazelmann (2.5); prepare and distribute official trial transcripts (.5); retrieve trial transcripts and exhibits for attorney review (1). |
| 09/30/09 | BSB | 630.00 | 0.90 | Read pleadings. |
| 09/30/09 | PVL | 840.00 | 4.10 | Review AMH reply re motion to compel (.4); review email and reply (.8); teleconference Bernick, Freedman, Wyron, Mehaley et al (1.2); review MIL re Solomons (.1); review revised Edwards agmt (.1); review Arrowood objs re Spear (.1); teleconference Horkovich (1.1); email Horkovich (.2); review proposed Garlock exhs (.1). |
| 09/30/09 | NDF | 610.00 | 7.00 | Work on post trial briefing - transcript review, etc. |
| 09/30/09 | JAL | 495.00 | 4.00 | Review and analysis of confirmation hearing materials in prep. for post-trial briefing. |

| 09/30/09 | JAL | 495.00 | 0.10 | Office conf. w/NDF re: post-trial briefing. |
| 09/30/09 | KCM | 495.00 | 0.30 | Review/analyze correspondence. |
| 09/30/09 | JMR | 320.00 | 7.80 | Draft post trial brief (6.4); draft declaration for support of brief re Peterson testimony (1.4) |
| 09/30/09 | MAF | 195.00 | 6.00 | Cross reference List of Admitted Exhibits with exhibits shown to witnesses from C. Hazelmann (1); compile and organize Garlock Admitted Exhibits for attorney review (2); mark deposition designations on deposition transcript of D. Prouty (1.5); retrieve Plan Proponents exhibits for attorney review (1.5). |
| 09/30/09 | TEP | 270.00 | 3.50 | Legal research re substantive legal issue re evidence. |

**Total Task Code.16**      **1,194.00**


## Plan & Disclosure Statement (21.80 Hours; $ 17,129.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $920 | 552.00 |
| Peter Van N. Lockwood | 16.50 | $840 | 13,860.00 |
| Ann C. McMillan | 4.60 | $580 | 2,668.00 |
| Jeffrey A. Liesemer | .10 | $495 | 49.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/09 | ACM | 580.00 | 1.20 | Review Travelers Settlement Agreement and exchange e-mails with PVNL, B. Horkovich re same. |
| 09/02/09 | PVL | 840.00 | 7.90 | Review emails and reply (1.9); teleconference with Horkovich, Frankel, Wyron, Mehaley and NDF (.8); teleconference Freedman, Baer, Esayian and Wyron (1.5); review draft POR revisions and email comments (.2); review drat RJN opposition (.1); review Libby Cls. motion to compel (.1); review prop ins. neutrality language (.1); teleconference Wyron, Mehaley, Horkovich, and Esayian (1.8); review revised draft Garlock stip. (.1); conference JPW (.2); review letter regarding TIG (.1); teleconference EI (.1); review Libby Cls. opposition to MIL re Whitehouse et al. (.5); review CNA/MCC |

|  |  |  |  | opposition to Libby Cls. motion to compel (.1); teleconference Wyron (.3) |
|---|---|---|---|---|
| 09/02/09 | EI | 920.00 | 0.50 | T/c Cooney re: status (.1); memo re: sale of Firestop (.3); Section 5.2 change memo (.1). |
| 09/02/09 | JAL | 495.00 | 0.10 | E-mail exchanges w/P. Mahaley re: technical amendment to plan documents. |
| 09/03/09 | PVL | 840.00 | 5.20 | Review email and reply (2.3); review revised MCC stips (.2); review draft Priest MIL reply (.2); review draft Shein MIL reply (.1); review draft opposition to UCC FJN (.1); review Sieben Polk decls (.1); review revised Welch slides (.2); confer NDF (1.2); review TDP revs (.1); review draft explanation of POR revs (.1); review draft POR revs and email comments (.5); review FFIC motion to shorten time (.1). |
| 09/03/09 | EI | 920.00 | 0.10 | T/c T. Freedman re: status (.1). |
| 09/08/09 | ACM | 580.00 | 0.80 | Review Travelers Settlement Agreement and exchange e-mails with B. Horkovich re same. |
| 09/09/09 | ACM | 580.00 | 0.20 | Teleconference claimant. |
| 09/10/09 | ACM | 580.00 | 2.10 | Review AIG and Travelers Insurers Settlement Agreements and exchange e-mails with B. Horkovich re same. |
| 09/28/09 | PVL | 840.00 | 2.70 | Review email and reply (1.0); review draft revs to Edwards agmt and reply (.2); review revised Arrowood exh list and email re same (.4); review Rich draft revs to PD trust agmt and email re same (.4); review draft FFIC agmt and email Horkovich (.7). |
| 09/28/09 | ACM | 580.00 | 0.30 | Teleconferences claimants re status of bankruptcy. |
| 09/29/09 | PVL | 840.00 | 0.70 | Review draft POR revs and email Wyron et al re same (.2); review draft stip re PP claims (.5) |

**Total Task Code .17        21.80**

**Travel – Non Working (87.30 Hours; $ 20,404.75)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 7.00 | $460 | 3,220.00 |
| Peter Van N. Lockwood | 16.30 | $420.00 | 6,846.00 |
| Nathan D. Finch | 12.80 | $305.00 | 3,904.00 |
| Jeanna M. Rickards | 15.50 | $160 | 2,480.00 |
| Michael C. Greene | 9.50 | $117.50 | 1,116.25 |
| Erroll G. Butts | 14.20 | $117.50 | 1,668.50 |
| Marissa A. Fanone | 12.00 | $97.50 | 1,170.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/07/09 | PVL | 420.00 | 4.10 | Travel to Pittsburgh (3.6); travel to/from C&L office (.5). |
| 09/07/09 | NDF | 305.00 | 2.50 | Travel to Pittsburgh. |
| 09/07/09 | EGB | 117.50 | 4.20 | Travel to Pittsburg for trial. |
| 09/07/09 | JMR | 160.00 | 4.50 | Travel to Pittsburgh, PA |
| 09/07/09 | MAF | 97.50 | 6.00 | Travel to Pittsburgh, PA (6.0). |
| 09/08/09 | PVL | 420.00 | 0.70 | Travel to/from court. |
| 09/09/09 | PVL | 420.00 | 0.40 | Travel to/from court. |
| 09/10/09 | PVL | 420.00 | 0.40 | Travel to/from court. |
| 09/11/09 | PVL | 420.00 | 3.10 | Return travel to DC (2.8); travel to/from court (.3). |
| 09/11/09 | EI | 460.00 | 7.00 | Return to NY (many delays) (7.0). |
| 09/11/09 | NDF | 305.00 | 3.00 | Travel back to D.C. |
| 09/11/09 | EGB | 117.50 | 5.00 | Travel back to DC. |
| 09/11/09 | JMR | 160.00 | 4.20 | Travel to Washington, DC |
| 09/11/09 | MAF | 97.50 | 6.00 | Travel to Washington, DC (6.0). |
| 09/13/09 | PVL | 420.00 | 1.80 | Travel to Pittsburgh. |
| 09/13/09 | NDF | 305.00 | 2.50 | Travel to Pittsburgh. |
| 09/13/09 | MCG | 117.50 | 4.50 | Travel from Washington, DC to Pittsburgh, PA to attend Phase II Confirmation Hearing. |

| 09/13/09 | JMR | 160.00 | 2.50 | Travel to Pittsburgh, PA |
| 09/14/09 | PVL | 420.00 | 0.40 | Travel to/from court. |
| 09/15/09 | PVL | 420.00 | 0.40 | Travel to/from court. |
| 09/16/09 | PVL | 420.00 | 0.80 | Travel to/from court and C&L office. |
| 09/17/09 | PVL | 420.00 | 4.20 | Travel to/from court (.4); return travel to DC (3.8). |
| 09/17/09 | MCG | 117.50 | 5.00 | Travel from Pittsburgh, PA to Washington, DC |
| 09/17/09 | EGB | 117.50 | 5.00 | Travel to Caplin unload and organize boxes. |
| 09/18/09 | NDF | 305.00 | 4.80 | Return from Pittsburgh. |
| 09/18/09 | JMR | 160.00 | 4.30 | Travel from Pittsburgh, PA to Washington, DC |

**Total Task Code .21          87.30**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,538.74 |
| Air Freight & Express Mail | 2,794.67 |
| Charge of Cell and/or Home Phone Useage | 297.90 |
| Conference Meals | 12.98 |
| Court Reporting/Transcript Service | 4,094.63 |
| Database Research | 9,438.57 |
| Local Transportation - DC | 275.35 |
| Long Distance-Equitrac In-House | 25.68 |
| Meals Related to Travel | 5,128.24 |
| Miscellaneous: Client Advances | 26.82 |
| Outside Photocopying/Duplication Service | 21,648.53 |
| Postage & Air Freight | 281.26 |
| Professional Fees & Expert Witness Fees | 57,185.00 |
| Travel Expenses - Ground Transportation | 5,236.19 |
| Travel Expenses - Hotel Charges | 12,031.90 |
| Travel Expenses - LD Calls on Hotel Bill | 17.36 |
| Travel Expenses - Miscellaneous | 710.90 |
| Xeroxing | 5,575.00 |

**Total:**    **$ 127,319.72**