**EXHIBIT B**

**Case Administration (525.90 Hours; $ 132,752.50)**

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**　　525.90

**Fee Applications, Applicant (10.70 Hours; $ 5,052.00)**

       Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**　　10.70

**Hearings (3.50 Hours; $ 3,220.00)**

       Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**　　3.50

**Litigation and Litigation Consulting (1,194.00 Hours; $ 555,776.00)**

       Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**　　1,194.00

**Plan & Disclosure Statement (21.80 Hours; $ 17,129.50)**

       Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**　　21.80

**Travel – Non Working (87.30 Hours; $ 20,404.75)**

- 2 -

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          87.30**