## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,538.74 |
| Air Freight & Express Mail | 2,794.67 |
| Charge of Cell and/or Home Phone Useage | 297.90 |
| Conference Meals | 12.98 |
| Court Reporting/Transcript Service | 4,094.63 |
| Database Research | 9,438.57 |
| Local Transportation - DC | 275.35 |
| Long Distance-Equitrac In-House | 25.68 |
| Meals Related to Travel | 5,128.24 |
| Miscellaneous: Client Advances | 26.82 |
| Outside Photocopying/Duplication Service | 21,648.53 |
| Postage & Air Freight | 281.26 |
| Professional Fees & Expert Witness Fees | 57,185.00 |
| Travel Expenses - Ground Transportation | 5,236.19 |
| Travel Expenses - Hotel Charges | 12,031.90 |
| Travel Expenses - LD Calls on Hotel Bill | 17.36 |
| Travel Expenses - Miscellaneous | 710.90 |
| Xeroxing | 5,575.00 |
| **Total:** | **$ 127,319.72** |

{D0165037.1 }