# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Re: Docket Nos. 23658 and 23751 |

## CERTIFICATION OF COUNSEL

**The undersigned hereby certifies that**:

1.  On November 2, 2009, Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") filed a Phase II Post-Trial Brief in Support of the Relief to Provided to it Under the Plan of Reorganization (the "Post-Trial Brief").

2.  On November 12, 2009, Arrowood filed a hyper-linked version of the Post-Trial Brief.

3.  The Post-Trial Brief contains an error at page 20, paragraph 49, that incorrectly attributes a quote to the Court. The quote should properly be contributed to Peter Lockwood of the ACC.

4.  We respectfully request that the Court take notice of this Certification of Counsel when considering Arrowood's Post-Trial Brief.

2

Dated: November 13, 2009
       Wilmington, Delaware

    By: /s/ Garvan F. McDaniel
    Garvan F. McDaniel, Esq. (#4167)
    BIFFERATO, GENTILOTTI, LLC
    800 N. King Street, Plaza Level
    Wilmington, DE 19801
    Tel: (302) 429-1900
    Fax: (302) 429-8600

    - and -

    Carl. J. Pernicone, Esq.
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
    150 East 42nd Street
    New York, New York 10017
    Tel: (212) 490-3000

    - and -

    Tancred V. Schiavoni, Esq.
    Gary Svirsky, Esq.
    O'MELVENY & MYERS LLP
    7 Times Square
    New York, New York 10036
    Tel: (212) 326-2000

    *Attorneys for Arrowood Indemnity Company f/k/a Royal Indemnity Company*