# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**SEPTEMBER 1, 2009 – SEPTEMBER 30, 2009**

| Matter Code | Project Category | Hours | Amount |
|:---:|---|---:|---:|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 1.5 | $    1,012.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 8.0 | 5,400.00 |
| 0013 | Business Operations | 1.1 | 742.50 |
| 0014 | Case Administration | 63.6 | 12,442.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.9 | 1,602.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 12.3 | 8,659.50 |
| 0018 | Fee Application, Applicant | 18.0 | 7,009.50 |
| 0019 | Creditor Inquiries | 1.7 | 1,538.50 |
| 0020 | Fee Application, Others | 3.4 | 1,354.50 |
| 0021 | Employee Benefits, Pension | 2.2 | 1,485.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 1.6 | 1,080.00 |
| 0035 | Travel - Non Working | 49.0 | 38,380.00 |
| 0036 | Plan and Disclosure Statement | 205.5 | 140,575.50 |
| 0037 | Hearings | 193.6 | 147,103.00 |
| 0041 | Relief from Stay Proceedings | 1.1 | 742.50 |
| | | | |
| | **Sub Total** | **564.5** | **$  369,127.50** |
| | **Less 50% Travel** | **(24.5)** | **(19,190.00)** |
| | **Total** | **540.0** | **$  349,937.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | October 28, 2009 |
| INVOICE NO. | 487258 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2009, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/04/2009 | Attend to recently filed PD claim settlements. | Krieger, A. | 0.3 |
| 09/21/2009 | Attend to PD claims' settlements. | Krieger, A. | 0.4 |
| 09/25/2009 | Memorandum to R. Finke, L. Esayian re: pending property damage settlements (.3); attend to Debtors' motion approving settlement with Chartis Insurance Companies (.4). | Krieger, A. | 0.7 |
| 09/30/2009 | Exchanged Memoranda with R. Finke re: PD Settlements. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,012.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,012.50 |
|---|---|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843 0009 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/21/2009 | Attend to ART Transaction materials. | Krieger, A. | 0.6 |
| 09/24/2009 | Attend to Debtors' motion to sell 5% of ART Equity and related materials. | Krieger, A. | 0.6 |
| 09/25/2009 | Attend to Debtors' motion re: ART Interest sale and agreements (2.7); exchanged memoranda with Capstone re: same (.1). | Krieger, A. | 2.8 |
| 09/29/2009 | Attend to Debtors' motion and related materials re ART transactions. | Krieger, A. | 3.2 |
| 09/30/2009 | Conference call Capstone re: ART transaction. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 8.0 | $ 675 | $ 5,400.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,400.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 5,400.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/30/2009 | Attend to Capstone's report re: Grace's second quarter 2009 operations. | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 675 | $ 742.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 742.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 742.50 |
|---|---|

# STROOCK

| RE | Case Administration 699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.1 |
| 09/01/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.3). | Mohamed, D. | 1.7 |
| 09/02/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently docketed pleadings in main case (2.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 3.4 |
| 09/03/2009 | Review and update case docket no. 01-1139 (.6); obtain and circulate recently docketed pleadings in main case (2.6); prepare documents for attorney review (.9). | Mohamed, D. | 4.1 |
| 09/04/2009 | Review and update case docket no. 01-1139 (.5); obtain and circulate recently filed pleadings in main case (1.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2); research and obtain certain documents for attorney review (.8). | Mohamed, D. | 3.6 |
| 09/08/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.6 |
| 09/08/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (2.3); prepare documents for attorney review (1.1). | Mohamed, D. | 3.8 |
| 09/09/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (.7); review case file documents (1.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08- | Mohamed, D. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 2069 (.2); review district court case no. 09-644 (.2). | | |
| 09/10/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.4). | Mohamed, D. | 2.7 |
| 09/11/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 09/11/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 1.8 |
| 09/14/2009 | Reviewed Legal Docket to update status (2.1); discussion with A. Krieger (e-mail) re: status (.2). | Holzberg, E. | 2.3 |
| 09/14/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); review case file documents (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2); obtain documents for review (.3). | Mohamed, D. | 3.5 |
| 09/15/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.5). | Mohamed, D. | 1.8 |
| 09/16/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2); prepare documents for attorney review (.4). | Mohamed, D. | 2.4 |
| 09/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9). | Mohamed, D. | 1.2 |
| 09/18/2009 | E-mails with C. Paolini re: continued confirmation hearing | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/18/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.6); review adv. pro. case no. 01-771 (.2); review court of appeals case 08-2069 (.2); review district court case no. 09-644 (.2); obtain documents for review (.5). | Mohamed, D. | 3.0 |
| 09/21/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.4 |
| 09/21/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); review case file documents (1.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2); obtain documents for attorney review (.4). | Mohamed, D. | 3.6 |
| 09/22/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.2). | Mohamed, D. | 1.4 |
| 09/23/2009 | Telephone call re court call reservations for LK and AGK for 9/20/09 hearing. | Krieger, A. | 0.1 |
| 09/23/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (1.2); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 2.2 |
| 09/24/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.6). | Mohamed, D. | 1.6 |
| 09/25/2009 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 09/25/2009 | Obtain documents for attorney review (.6); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 1.2 |
| 09/28/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); obtain certain pleadings for review (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. | Mohamed, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 09-644 (.2). | | |
| 09/29/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.4); review case file documents (1.5). | Mohamed, D. | 3.2 |
| 09/30/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 8.9 | $ 275 | $ 2,447.50 |
| Krieger, Arlene G. | 0.3 | 675 | 202.50 |
| Mohamed, David | 54.4 | 180 | 9,792.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,442.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,442.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2009 | Office conference KP re: appeal of PPI decision. | Krieger, A. | 0.1 |
| 09/04/2009 | Attend to Preliminary Response of Norfolk Southern Railway to Debtors objection to NJ's indemnity claim (.3). | Krieger, A. | 0.3 |
| 09/04/2009 | Review PPI issues re: judicial notice (.4); t/c KP re: same (.3). | Kruger, L. | 0.7 |
| 09/08/2009 | Review new pleadings and court order. | Kruger, L. | 0.3 |
| 09/18/2009 | Memorandum to Capstone re motions to be filed with the court. | Krieger, A. | 0.2 |
| 09/23/2009 | Memoranda to Capstone re pending motions and Committee member inquiry. | Krieger, A. | 0.2 |
| 09/29/2009 | Memorandum to J. Baer re: General Insurance matter. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 675 | $ 607.50 |
| Kruger, Lewis | 1.0 | 995 | 995.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,602.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,602.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/01/2009 | Office conference KP and then telephone conference C. Freedgood re: Committee conference call (.2); memorandum to the Committee re: 9/3/09 call (.3). | Krieger, A. | 0.5 |
| 09/02/2009 | Memorandum to the Committee re: 9/3/09 conference call. | Krieger, A. | 0.2 |
| 09/03/2009 | Conference call meeting of the Committee re: confirmation hearings, status of settlement discussions. | Krieger, A. | 0.4 |
| 09/03/2009 | Conference call with committee re: confirmation issues. | Pasquale, K. | 0.5 |
| 09/17/2009 | Attend to Committee memorandum re City of Cambridge settlement. | Krieger, A. | 0.5 |
| 09/18/2009 | Attend to Committee memorandum re City of Cambridge settlement. | Krieger, A. | 1.8 |
| 09/20/2009 | Memorandum for the Committee re: proposed settlement with the City of Cambridge and the confirmation hearings. | Krieger, A. | 2.1 |
| 09/21/2009 | Memoranda for the Committee re City of Cambridge settlement and confirmation hearing (.4); memoranda with the Committee re conference call re confirmation hearings (.3); telephone call Committee member re plan provisions (.3). | Krieger, A. | 1.0 |
| 09/23/2009 | Memorandum to the Committee re: 9/24/09 conference call (.2); exchanged memoranda with Capstone re: same (.1). | Krieger, A. | 0.3 |
| 09/24/2009 | Committee conference call re: confirmation hearings, emergence time frame and follow-up | Krieger, A. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | o/c KP (.6); t/c Capstone re: plan treatment issue and pleadings thereon (1.1). | | |
| 09/24/2009 | T/c with KP, AK and conference call with committee re: confirmation hearing and next steps; follow-up with AK, KP. | Kruger, L. | 0.6 |
| 09/24/2009 | Prep for and committee call re confirmation issues. | Pasquale, K. | 0.6 |
| 09/25/2009 | Telephone calls Committee member re: claims treatment and related documents. | Krieger, A. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.6 | $ 675 | $ 7,155.00 |
| Kruger, Lewis | 0.6 | 995 | 597.00 |
| Pasquale, Kenneth | 1.1 | 825 | 907.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,659.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,659.50 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2009 | Worked on 100th Monthly Fee Application. | Holzberg, E. | 1.5 |
| 09/04/2009 | Worked on 100th Monthly Fee Application (1.1); started to review time for 101st Monthly (.5). | Holzberg, E. | 1.6 |
| 09/04/2009 | Attend to SSL's July 2009 fee statement. | Krieger, A. | 1.3 |
| 09/06/2009 | Attend to July 2009 fee and expense statement. | Krieger, A. | 0.6 |
| 09/07/2009 | Attend to July 2009 expense register (.4); memoranda to EH re: same (.2). | Krieger, A. | 0.6 |
| 09/08/2009 | Reviewed and worked on 100th Monthly Fee Application (.9); worked on 101st Monthly Fee Application (.9). | Holzberg, E. | 1.8 |
| 09/11/2009 | Worked on edits and review of 100th Monthly Fee Application and disbursement schedule. | Holzberg, E. | 1.8 |
| 09/14/2009 | Worked on 101st Monthly Fee Application. | Holzberg, E. | 1.1 |
| 09/21/2009 | Worked on 100th Monthly Fee Application for June and preparation for filing. | Holzberg, E. | 1.4 |
| 09/22/2009 | Attend to August 2008 fee statement (2.3); exchanged memoranda with MJ re: time entries (.1); office conferences EH re: disbursement register and back up (.1). | Krieger, A. | 2.5 |
| 09/22/2009 | Review Stroock's one hundredth monthly fee statement in preparation for filing. | Mohamed, D. | 0.7 |
| 09/24/2009 | Attend to August 2009 disbursements. | Krieger, A. | 0.4 |
| 09/25/2009 | Worked on 101st Monthly Fee Application. | Holzberg, E. | 1.3 |
| 09/25/2009 | Prepare certificate of service re: Stroock's one hundredth monthly fee statement and forward | Mohamed, D. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to local counsel for filing (.5); prepare and effectuate service re: fee statement (.7). | | |
| 09/29/2009 | Office conferences EH re: August 2008 fee statement. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 10.5 | $ 275 | $ 2,887.50 |
| Krieger, Arlene G. | 5.6 | 675 | 3,780.00 |
| Mohamed, David | 1.9 | 180 | 342.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,009.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 7,009.50 |
|------------------------|------------|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/21/2009 | T/c's bank debt holder re: confirmation hearing. | Kruger, L. | 0.3 |
| 09/21/2009 | Telephone conferences bank debt holders re: plan and confirmation hearing. | Pasquale, K. | 0.6 |
| 09/22/2009 | T/c bank debt holder re: default interest issue (.3); t/c another bank debt holder re: default interest issue (.2). | Kruger, L. | 0.5 |
| 09/29/2009 | Telephone conference bank debt holder re: confirmation status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.8 | $ 995 | $ 796.00 |
| Pasquale, Kenneth | 0.9 | 825 | 742.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,538.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,538.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 09/10/2009 | Review Capstone's 22nd quarterly fee application in preparation for filing (.7); prepare notice and certificate of service re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 09/16/2009 | Prepare and effectuate service re Capstone's 22nd quarterly fee application. | Mohamed, D. | 0.6 |
| 09/21/2009 | Attend to other professionals' fee applications, the fee auditor's reports, related materials. | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |
| Mohamed, David | 1.9 | 180 | 342.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,354.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,354.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension |
|----|----|
|  | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/24/2009 | Attend to Debtors' motion for authority to implement new defined contribution plan. | Krieger, A. | 0.6 |
| 09/25/2009 | Memorandum to A. Keppler re: Debtors' motion to implement defined contribution program. | Krieger, A. | 0.2 |
| 09/29/2009 | O/c AK re: new Grace defined contribution plan and related review of court order and plan description. | Keppler, A. | 1.3 |
| 09/30/2009 | Conference call Capstone re: Debtors' motion to implement defined contribution plan. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Keppler, Abbey L. | 1.3 | $ 675 | $ 877.50 |
| Krieger, Arlene G. | 0.9 | 675 | 607.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,485.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,485.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/07/2009 | Attend to notice of settlement of Russell Field-related claims asserted by the City of Cambridge and other parties. | Krieger, A. | 0.3 |
| 09/08/2009 | Memorandum to Chris Greco re: information request to support proposed settlement of claim of City of Cambridge. | Krieger, A. | 0.1 |
| 09/10/2009 | Memorandum to C. Greco re: follow-up request for information supporting the City of Cambridge claim settlement. | Krieger, A. | 0.1 |
| 09/13/2009 | Exchanged memoranda with J. Baer re: proposed City of Cambridge claims settlement. | Krieger, A. | 0.1 |
| 09/14/2009 | Attend to Lydia Duff memo re: City of Cambridge settlement. | Krieger, A. | 0.1 |
| 09/16/2009 | E-mail to Lydia Duff re: additional information on City of Cambridge settlement. | Krieger, A. | 0.1 |
| 09/26/2009 | Attend to Debtors' motion for order approving stipulation with BNSF. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 675 | $ 1,080.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,080.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,080.00 |
|---|---|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 219.87 |
| Meals | 72.55 |
| Local Transportation | 284.28 |
| Long Distance Telephone | 591.14 |
| Duplicating Costs-in House | 400.60 |
| Court Reporting Services | 6580.80 |
| O/S Information Services | 367.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | 3214.75 |
| Travel Expenses - Lodging | 3173.76 |
| Travel Expenses - Meals | 1525.36 |
| Westlaw | 3719.50 |

| TOTAL DISBURSEMENTS/CHARGES | $ 20,164.05 |
|---|---|

| TOTAL FOR THIS MATTER | $ 20,164.05 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843 0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/03/2009 | Travel to (2.5) and from (2.3) Delaware for meeting with co-counsel re: confirmation hearing. | Krieger, A. | 4.8 |
| 09/03/2009 | Travel to Wilmington for meeting with co-counsel. | Pasquale, K. | 4.0 |
| 09/07/2009 | Travel to Pittsburgh for confirmation hearing. | Krieger, A. | 3.6 |
| 09/07/2009 | Travel to Pittsburgh for confirmation hearing. | Pasquale, K. | 4.0 |
| 09/11/2009 | Return trip to New York (weather delays). | Krieger, A. | 4.5 |
| 09/11/2009 | Travel from Pittsburgh confirmation hearing (flight delays). | Pasquale, K. | 5.5 |
| 09/13/2009 | Travel to Pittsburgh for confirmed confirmation hearing. | Krieger, A. | 4.2 |
| 09/13/2009 | Travel to Pittsburgh for continued confirmation hearing. | Pasquale, K. | 4.0 |
| 09/14/2009 | En route to Pittsburgh. | Kruger, L. | 3.5 |
| 09/17/2009 | Return travel from Pittsburgh to New York. | Krieger, A. | 3.9 |
| 09/17/2009 | En Route to NY from Pittsburgh. | Kruger, L. | 3.0 |
| 09/17/2009 | Return travel from Pittsburgh, PA. | Pasquale, K. | 4.0 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 21.0 | $ 675 | $ 14,175.00 |
| Kruger, Lewis | 6.5 | 995 | 6,467.50 |
| Pasquale, Kenneth | 21.5 | 825 | 17,737.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 38,380.00 | |
| TOTAL FOR THIS MATTER | | $ 38,380.00 | |

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2009 | Prepared confirmation exhibit list. | Jarashow, M. | 0.4 |
| 09/01/2009 | Attend to recently filed pre-trial pleadings, responses (2.9); attend to preparation for confirmation hearing (4.8); office conference DM re: exhibits for confirmation hearing (.5); memoranda to K. Love, M. Gayfan re: LK deposition (.1). | Krieger, A. | 8.3 |
| 09/01/2009 | Preparation for my deposition. | Kruger, L. | 0.4 |
| 09/01/2009 | Deposition of Ted Wechsler (telephone) (1.8); preparation for trial and Kruger deposition (5.8). | Pasquale, K. | 7.6 |
| 09/02/2009 | Prepared exhibit list and exhibits for use at confirmation (.7); reviewed plan proponents' papers regarding Creditors' Committee's requests for judicial notice and researched opposition to same (.8). | Jarashow, M. | 1.5 |
| 09/02/2009 | Preparation for and attend (telephonically) Lewis Kruger deposition (1.7); preparation for confirmation hearing including attending to newly filed pleadings (9.5). | Krieger, A. | 11.2 |
| 09/02/2009 | Preparation for and my deposition by Bernick defended by KP. | Kruger, L. | 3.0 |
| 09/02/2009 | Prep for and defended deposition of L. Kruger (3.0); preparation for confirmation hearing (witness outlines, etc.) (4.5). | Pasquale, K. | 7.5 |
| 09/03/2009 | Research re plan proponents' opposition to Creditors' Committee's request for judicial notice and e-mail to K. Pasquale re: same. | Jarashow, M. | 5.2 |
| 09/03/2009 | Meeting in Delaware with bank lenders' counsel re preparation for confirmation hearing | Krieger, A. | 4.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (3.3); attend to newly filed documents and preparation for confirmation hearing (.9). | | |
| 09/03/2009 | T/c with KP and AK and Committee re: status of confirmation hearing and settlement negotiation (.5); t/c with KP and AK re: meeting with bank lenders counsel in preparation for confirmation hearing (.3). | Kruger, L. | 0.8 |
| 09/03/2009 | Meeting with R. Cobb, J. Green, A. Krieger to prepare for trial (3.2); prep for trial (2.0). | Pasquale, K. | 5.2 |
| 09/04/2009 | Load deposition transcripts to Livenote. | Cromwell, M. | 0.8 |
| 09/04/2009 | Drafting reply to Plan Proponents' opposition to Creditors' Committee's request for judicial notice (1.3); researched re evidentiary issues for K. Pasquale (1.7). | Jarashow, M. | 3.0 |
| 09/04/2009 | Preparation for confirmation hearing (4.8); office conference KP re: Plan Proponents' proposed order re: post-trial briefing schedule and attend meet and confer (1.0). | Krieger, A. | 5.8 |
| 09/04/2009 | Attention to PP's objection to judicial notice and response to same (1.0); preparation for confirmation hearing (5.3); meet and confer conference call with all parties re: post-trial briefing (.8). | Pasquale, K. | 7.1 |
| 09/06/2009 | Review Plan Proponents' new modifications to the Plan and related exhibits and other confirmation-related pleadings. | Krieger, A. | 2.6 |
| 09/07/2009 | Continued drafting reply to Plan Proponents' opposition to Creditors' Committee's request for judicial notice. | Jarashow, M. | 3.9 |
| 09/07/2009 | Attend to confirmation-related materials. | Krieger, A. | 2.2 |
| 09/08/2009 | Continued drafting reply to Plan Proponents' opposition to Creditors' Committee's request for judicial notice (5.9); drafted motion for leave to file reply and related order with the Court (1.4). | Jarashow, M. | 6.3 |
| 09/08/2009 | Conf call with lenders' counsel re: preparation for Phase II confirmation hearing (.5); attend to | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | status of settlement proposal (.1); attend to Debtors' proposed modification to section 3.19 (class 9) of the Plan and memorandum to KP re: same (.3); attend to recently filed pleadings and Court orders (.6). | | |
| 09/09/2009 | Call with K. Pasquale re: confirmation hearing exhibits (.3); prepared confirmation exhibits (.9). | Jarashow, M. | 1.2 |
| 09/09/2009 | Preparation for confirmation hearing re: Committee litigation. | Krieger, A. | 1.9 |
| 09/09/2009 | T/c bank debt holder re: his t/c with LaForce (.2); t/c Rosenberg re: Shelnitz letter (.2); t/c Shelnitz re: settlement prospects (.3). | Kruger, L. | 0.7 |
| 09/09/2009 | Preparation for confirmation hearing. | Pasquale, K. | 6.5 |
| 09/10/2009 | Preparation for confirmation hearing re: Committee litigation. | Krieger, A. | 2.9 |
| 09/10/2009 | T/c KP and AK re: status of trial (.2) and re: status of settlement (.2) and t/c Rosenberg re: potential settlement (.2). | Kruger, L. | 0.6 |
| 09/10/2009 | Prep for confirmation trial. | Pasquale, K. | 6.2 |
| 09/11/2009 | Research re: evidentiary admissions. | Jarashow, M. | 1.9 |
| 09/11/2009 | Preparation for confirmation hearing re: Class 9 issues. | Krieger, A. | 1.6 |
| 09/11/2009 | Conference call with AK, KP re: confirmation hearing and next weeks schedule (.6); review of confirmation materials (.7); t/c with bank debt holders  re: settlement negotiations (.3); t/c Rosenberg re: confirmation hearing (.2) and re: settlement negotiations (.2). | Kruger, L. | 2.0 |
| 09/11/2009 | Prep for confirmation hearing. | Pasquale, K. | 2.6 |
| 09/12/2009 | Research re: evidentiary admissions. | Jarashow, M. | 3.6 |
| 09/12/2009 | Prepare for confirmation hearing re: Class 9 issues. | Krieger, A. | 2.3 |
| 09/13/2009 | Research re: admissions (.4); drafted | Jarashow, M. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum re: research results (.9). | | |
| 09/13/2009 | Preparation for confirmation hearing re: post-petition interest. | Krieger, A. | 5.6 |
| 09/14/2009 | Drafted memorandum re: research on admissions. | Jarashow, M. | 2.2 |
| 09/14/2009 | Preparation for confirmation hearing re: post-petition interest and other Class 9 issues. | Krieger, A. | 5.1 |
| 09/15/2009 | Attend to exhibits for confirmation hearing. | Jarashow, M. | 0.4 |
| 09/15/2009 | Preparation for confirmation issues re: post-petition interest and other Class 9 issues. | Krieger, A. | 2.4 |
| 09/16/2009 | Attend to proposed post-trial scheduling order. | Krieger, A. | 0.1 |
| 09/17/2009 | Consideration of effective date issue. | Kruger, L. | 0.8 |
| 09/18/2009 | Attend to confirmation related materials. | Krieger, A. | 0.9 |
| 09/18/2009 | Review proposed evidence and objections in prep for meet and confer. | Pasquale, K. | 1.5 |
| 09/21/2009 | Office conference LK re confirmation hearings (.1); office conference KP, LK re confirmation issues (.2); attend to Anderson related evidentiary motions and responses (.5); memoranda re hearing transcripts (.3); attend to case law re confirmation issues (2.3). | Krieger, A. | 3.4 |
| 09/21/2009 | O/c with KP and AK re: confirmation issues (.5); review trial testimony (1.3). | Kruger, L. | 1.8 |
| 09/21/2009 | Confer LK, AK re plan confirmation issues (.5); attention to same and review exhibits, trial testimony (2.6). | Pasquale, K. | 3.1 |
| 09/22/2009 | Attend to post-trial confirmation issues. | Krieger, A. | 4.9 |
| 09/22/2009 | Review record of confirmation hearing. | Kruger, L. | 0.9 |
| 09/22/2009 | Review record in prep. for post-trial briefing. | Pasquale, K. | 1.2 |
| 09/23/2009 | Research for A. Krieger re: Chapter 11 Plans. | Cohen, R. | 0.4 |
| 09/23/2009 | Attend to post-trial confirmation issues (7.7); | Krieger, A. | 7.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | office conference M. Magzamen re: confirmation materials (.1). | | |
| 09/23/2009 | Review confirmation issues (1.1); review confirmation transcripts (.6). | Kruger, L. | 1.7 |
| 09/24/2009 | Met with K. Pasquale to discuss research on qualifications for expert witnesses. | Jarashow, M. | 0.3 |
| 09/24/2009 | Attend to post-trial confirmation materials. | Krieger, A. | 5.1 |
| 09/24/2009 | Review post trial confirmation issues. | Kruger, L. | 0.4 |
| 09/24/2009 | Attention to post-trial briefing issues, record, law (3.2); emails re: same (.3). | Pasquale, K. | 3.5 |
| 09/25/2009 | Load multiple deposition transcripts to Livenote. | Cromwell, M. | 2.1 |
| 09/25/2009 | Attend to memoranda re post-trial exhibits and deposition designations (.2); attend to post-trial materials case law and issues (2.3); exchanged memoranda with M. Cromwell re: confirmation hearing transcripts (.2); exchanged memoranda with M. Phillips re: case law (.1). | Krieger, A. | 2.8 |
| 09/25/2009 | Attend to post-trial briefing. | Kruger, L. | 0.6 |
| 09/25/2009 | Review case law for post-trial briefing and proof from hearing (3.2); emails re: same (.3). | Pasquale, K. | 3.5 |
| 09/28/2009 | Review exhibit list and related evidentiary issues for potential stipulation (1.2); review case law for post-hearing brief (.5). | Pasquale, K. | 1.7 |
| 09/29/2009 | Attend to Committee/Bank Group's exhibits and attend to other post trial confirmation issues. | Krieger, A. | 6.4 |
| 09/29/2009 | Revisions to exhibit chart and emails re: same (1.5); review debtors' proposed additional exhibits and draft stipulation (.5). | Pasquale, K. | 2.0 |
| 09/30/2009 | Attend to evidentiary stipulations and memoranda thereon (2.1); attend to post-trial confirmation materials and issues (4.7). | Krieger, A. | 6.8 |
| 09/30/2009 | Review proposed Ordway depo; summary and emails re: same (1.0); attention to post-hearing | Pasquale, K. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | briefing issues and law (1.3). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cohen, Reuben H. | 0.4 | $ 240 | $ 96.00 |
| Cromwell, Marlon E. | 2.9 | 235 | 681.50 |
| Jarashow, Mark S. | 31.2 | 345 | 10,764.00 |
| Krieger, Arlene G. | 95.8 | 675 | 64,665.00 |
| Kruger, Lewis | 13.7 | 995 | 13,631.50 |
| Pasquale, Kenneth | 61.5 | 825 | 50,737.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 140,575.50 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 140,575.50 |
|-----------------------|--------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/01/2009 | Preparation of documents and exhibits for upcoming confirmation hearing on 9/8/09. | Mohamed, D. | 2.8 |
| 09/02/2009 | Prepare certain documents for attorney review pertaining to the confirmation hearing scheduled for 9/8/09. | Mohamed, D. | 2.1 |
| 09/03/2009 | Prepare documents for attorney review re: 9/8/09 confirmation hearing. | Mohamed, D. | 1.4 |
| 09/07/2009 | Prep for start of confirmation trial. | Pasquale, K. | 2.3 |
| 09/08/2009 | Attend first day of Phase II confirmation hearing. | Krieger, A. | 9.8 |
| 09/08/2009 | Attend part of court hearing telephonically. | Kruger, L. | 0.7 |
| 09/08/2009 | Prep for (.6) and participated in confirmation hearing (9.6); conference call with lenders' counsel re: trial issues and attention to same (2.0). | Pasquale, K. | 12.2 |
| 09/09/2009 | Attend confirmation hearing. | Krieger, A. | 9.3 |
| 09/09/2009 | Prepare documents for attorney review regarding confirmation hearing. | Mohamed, D. | 3.4 |
| 09/09/2009 | Confirmation hearing. | Pasquale, K. | 3.5 |
| 09/10/2009 | Attend confirmation hearing. | Krieger, A. | 7.8 |
| 09/10/2009 | Confirmation hearing. | Pasquale, K. | 4.0 |
| 09/11/2009 | Attend confirmation hearing. | Krieger, A. | 6.8 |
| 09/11/2009 | Prepare documents for attorney review with regards to the confirmation hearing. | Mohamed, D. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/11/2009 | Confirmation hearing. | Pasquale, K. | 9.0 |
| 09/13/2009 | Prep for confirmation hearing. | Pasquale, K. | 2.5 |
| 09/14/2009 | Attend confirmation hearing. | Krieger, A. | 8.0 |
| 09/14/2009 | Preparation for my testimony (2.4) and preparation for confirmation hearing (1.2); attend confirmation hearing (3.6). | Kruger, L. | 7.2 |
| 09/14/2009 | Prep for confirmation hearing. | Pasquale, K. | 12.0 |
| 09/15/2009 | Attend confirmation hearing. | Krieger, A. | 9.8 |
| 09/15/2009 | In Pittsburgh attending confirmation trial (7.5); continuing preparation for my testimony (1.8); preparation for confirmation hearing (1.6). | Kruger, L. | 10.9 |
| 09/15/2009 | Prep for (8.5) and participated in confirmation hearing (7.5). | Pasquale, K. | 16.0 |
| 09/16/2009 | Preparation for and attend confirmation hearing re: argument on post-petition interest, solvency issues. | Krieger, A. | 10.3 |
| 09/16/2009 | In Pittsburgh at confirmation hearing including my testimony (9.5) and o/c with KP, AK, Rick Cobb and t/c Rosenberg re court results and issues (.5); preparation for confirmation hearing (1.4). | Kruger, L. | 11.4 |
| 09/16/2009 | Prep for (5.1) and participate in confirmation hearing (10.4). | Pasquale, K. | 15.5 |
| 09/17/2009 | Attend confirmation hearing. | Krieger, A. | 4.4 |
| 09/17/2009 | Prep for (1.5) and participated in confirmation hearing (4.2). | Pasquale, K. | 5.7 |
| 09/22/2009 | Office conference LK re 9/29/09 omnibus hearing. | Krieger, A. | 0.1 |
| 09/23/2009 | Attend to agenda notice for 9/29/09 hearing and memoranda thereon. | Krieger, A. | 0.2 |
| 09/29/2009 | Attend (telephonically) omnibus hearing including status conference on confirmation issues (.9); memoranda to LK re: confirmation | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | issues (.2). | | |
| 09/29/2009 | Prep for and participated by telephone in Omnibus court hearing. | Pasquale, K. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 67.6 | $ 675 | $ 45,630.00 |
| Kruger, Lewis | 30.2 | 995 | 30,049.00 |
| Mohamed, David | 11.8 | 180 | 2,124.00 |
| Pasquale, Kenneth | 84.0 | 825 | 69,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 147,103.00 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 147,103.00 |
|-----------------------|--------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Relief from Stay Proceedings<br>699843  0041 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/04/2009 | Attend to Munoz motion for stay relief. | Krieger, A. | 0.2 |
| 09/21/2009 | Attend to Debtors' response in opposition to Fireman Funds' stay relief motion (surety claim). | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 675 | $ 742.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 742.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 742.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 369,127.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 20,164.05 |
| TOTAL BILL | $ 389,291.55 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.