# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**SEPTEMBER 1, 2009 – SEPTEMBER 30, 2009**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 219.87 |
| Meals | | 72.55 |
| Local Transportation | | 284.28 |
| Long Distance Telephone | | 591.14 |
| Duplicating Costs-in House | | 400.60 |
| Court Reporting Services | | 6,580.80 |
| O/S Information Services | | 367.00 |
| In House Messenger Service | | 14.44 |
| Travel Expenses - Transportation | | 3,214.75 |
| Travel Expenses - Lodging | | 3,173.76 |
| Travel Expenses - Meals | | 1,525.36 |
| Westlaw | | 3,719.50 |
| | | |
| **TOTAL** | **$** | **20,164.05** |