# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2009 – SEPTEMBER 30, 2009**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 219.87 |
| Meals | | 72.55 |
| Local Transportation | | 284.28 |
| Long Distance Telephone | | 591.14 |
| Duplicating Costs-in House | | 400.60 |
| Court Reporting Services | | 6,580.80 |
| O/S Information Services | | 367.00 |
| In House Messenger Service | | 14.44 |
| Travel Expenses - Transportation | | 3,214.75 |
| Travel Expenses - Lodging | | 3,173.76 |
| Travel Expenses - Meals | | 1,525.36 |
| Westlaw | | 3,719.50 |
| | | |
| **TOTAL** | **$** | **20,164.05** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | October 28, 2009 |
|---|---|
| INVOICE NO. | 487258 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through September 30, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM Kenneth Pasquale, 180 Maiden Lane, New York, NY TO Robert Everett Duane Morris LLP, 600 Grant Street, Pittsburgh, PA 15219 Tracking #:1Z10X8270191197825 on 09/04/2009 | 18.24 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM Kenneth Pasquale, 180 Maiden Lane, New York, NY TO Robert Everett Duane Morris LLP, 600 Grant Street, Pittsburgh, PA 15219 Tracking #:1Z10X8270192051819 on 09/04/2009 | 18.24 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM Kenneth Pasquale, 180 Maiden Lane, New York, NY TO Robert Everett Duane Morris LLP, 600 Grant Street, Pittsburgh, PA 15219 Tracking #:1Z10X8270195100797 on 09/04/2009 | 18.24 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM Kenneth Pasquale, 180 Maiden Lane, New York, NY TO Robert A. Everett Duane Morris LLP, 600 Grant St Ste 5010, Pittsburgh, PA 15219 Tracking #:1Z10X8272490642605 on 09/04/2009 | 20.99 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM Kenneth Pasquale, 180 Maiden Lane, New York, NY TO Robert Everett Duane Morris LLP, 600 Grant Street, Pittsburgh, PA 15219 Tracking #:1Z10X8272496235820 on 09/04/2009 | 20.99 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Ken Pasquale Duane Morris LLP, Attn: Robert A. Everett, PITTSBURGH, PA 15219 Tracking #:1Z10X8271599971331 on 09/09/2009 | 53.96 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM ACCTS PAYABLE, NEW YORK, NY TO Robert Everett Duane Morris LLP, Pittsburgh, PA 15219 Tracking #:1Z10X8270191197825 on 09/04/2009 | 4.40 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM ACCTS PAYABLE, NEW YORK, NY TO Robert Everett Duane Morris LLP, Pittsburgh, PA 15219 Tracking #:1Z10X8270192051819 on 09/04/2009 | 5.48 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM ACCTS PAYABLE, NEW YORK, NY TO Robert Everett Duane Morris LLP,  Pittsburgh, PA 15219 Tracking #:1Z10X8270195100797 on 09/04/2009 | 4.40 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM ACCTS PAYABLE, NEW YORK, NY TO Robert A. Everett Duane Morris LLP, Pittsburgh, PA 15219 Tracking #:1Z10X8272490642605 on 09/04/2009 | 4.40 |
| 09/14/2009 | VENDOR: UPS; INVOICE#: 0000010X827379; DATE: 09/12/2009; FROM ACCTS PAYABLE, , NEW YORK, NY TO Robert Everett Duane Morris LLP, , Pittsburgh, PA 15219 Tracking #:1Z10X8272496235820 on 09/04/2009 | 4.40 |
| 09/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827389; DATE: 09/19/2009; FROM Kenneth Pasquale, 180 Maiden Lane, New York, NY TO Robert Everett Duane Morris LLP, 600 Grant Street-Suite 5010, Pittsburgh, PA 15219 Tracking #:1Z10X8270199017602 on 09/11/2009 | 18.07 |
| 09/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827389; DATE: 09/19/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190849337 on 09/16/2009 | 6.35 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827389; DATE: 09/19/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192564515 on 09/16/2009 | 6.35 |
| 09/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827389; DATE: 09/19/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192726528 on 09/16/2009 | 6.35 |
| 09/21/2009 | VENDOR: UPS; INVOICE#: 0000010X827389; DATE: 09/19/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193796942 on 09/16/2009 | 9.01 |
| | **Outside Messenger Service Total** | **219.87** |

**Meals**

| | | |
|---|---|---|
| 09/02/2009 | VENDOR: Seamless Web; Invoice#: 562587; Date: 08/30/2009 - Ichiro (Formerly Ginji); By Ross Daniel; Order Date: 08/24/09 18:38:00 | 15.99 |
| 09/02/2009 | VENDOR: Seamless Web; Invoice#: 562587; Date: 08/30/2009 - Haru Wall St (Min 12% Tip); By Ross Daniel; Order Date: 08/25/09 19:05:00 | 29.49 |
| 09/09/2009 | VENDOR: Seamless Web; Invoice#: 567409; Date: 09/06/2009 - Barbarini Alimentari; By Jarashow Mark; Order Date: 09/03/09 19:29:00 | 27.07 |
| | **Meals Total** | **72.55** |

**Local Transportation**

| | | |
|---|---|---|
| 09/02/2009 | VENDOR: NYC Taxi; Invoice#: 874169; Invoice Date: 08/28/2009; Voucher #: 912678843; Kenneth Pasquale 08/18/2009 15:15 from 180 MAIDEN LA MANHATTAN NY to 343 7 AVE MANHATTAN NY | 35.62 |
| 09/02/2009 | VENDOR: NYC Taxi; Invoice#: 874169; Invoice Date: 08/28/2009; Voucher #: 912675863; Shawn Bannister 08/13/2009 21:30 from 180 MAIDEN LA MANHATTAN NY to NEW SPRINGVILLE STATEN ISLAND NY | 91.05 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/15/2009 | VENDOR: NYC Taxi; Invoice#: 875258; Invoice Date: 09/11/2009; Voucher #: 408991; Mark Jarashow 09/03/2009 21:26 from 180 MAIDEN LA MANHATTAN NY to 520 W 48 ST MANHATTAN NY | 36.73 |
| 09/23/2009 | VENDOR: NYC Taxi; Invoice#: 875740; Invoice Date: 09/18/2009; Voucher #: 400478; Arlene Krieger 09/03/2009 08:45 from 10 EAST END AVE MANHATTAN NY to 343 7 AVE MANHATTAN NY | 36.73 |
| 09/23/2009 | VENDOR: NYC Taxi; Invoice#: 875740; Invoice Date: 09/18/2009; Voucher #: 407203; Lewis Kruger 09/02/2009 08:15 from 257 W 86 ST MANHATTAN NY to 44 E 53 ST MANHATTAN NY | 46.15 |
| 09/24/2009 | VENDOR: Petty Cash; INVOICE#: 091609; A. Krieger  9/4 & 9/18/09   Transp. from office to home | 38.00 |
| | **Local Transportation Total** | **284.28** |

**Long Distance Telephone**

| | | |
|---|---|---:|
| 06/21/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-062109; Teleconference     06-17-09 | 38.21 |
| 06/21/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-062109; Teleconference     06-19-09 | 25.33 |
| 06/28/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-062809; Teleconference     06-26-09 | 2.55 |
| 07/12/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-071209; Teleconference     07-6-09 | 14.47 |
| 07/26/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-072609; Teleconference     07-21-09 | 19.52 |
| 07/26/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-072609; Teleconference     07-23-09 | 12.82 |
| 08/02/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-080209; Teleconference     07-28-09 | 4.16 |
| 08/02/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-080209; Teleconference     07-26-09   07-28-09 | 37.43 |
| 08/09/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-08-09-09; Teleconference     08-03-09 | 8.61 |

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-082309; Teleconference    08-18-09 | 38.78 |
| 09/01/2009 | EXTN.795562, TEL.3026574955, S.T.12:17, DUR.00:01:35 | 1.11 |
| 09/02/2009 | EXTN.795562, TEL.2015877123, S.T.13:11, DUR.00:00:49 | 0.56 |
| 09/02/2009 | EXTN.795562, TEL.2145282524, S.T.13:55, DUR.00:00:44 | 0.56 |
| 09/02/2009 | EXTN.795562, TEL.3024674430, S.T.12:47, DUR.00:00:46 | 0.56 |
| 09/02/2009 | EXTN.795562, TEL.3024674400, S.T.12:56, DUR.00:13:55 | 7.78 |
| 09/02/2009 | EXTN.795544, TEL.3026574942, S.T.16:39, DUR.00:14:42 | 8.34 |
| 09/04/2009 | EXTN.795544, TEL.5613621568, S.T.09:41, DUR.00:00:27 | 0.56 |
| 09/08/2009 | EXTN.795006, TEL.4105314212, S.T.17:12, DUR.00:06:36 | 3.89 |
| 09/17/2009 | EXTN.795475, TEL.3026574900, S.T.16:40, DUR.00:03:20 | 2.22 |
| 09/21/2009 | VENDOR: Chase Card Services; INVOICE#: 090209; DATE: 9/2/2009  -  visa charge 8/3/09 Court Call LLC | 156.00 |
| 09/21/2009 | VENDOR: Chase Card Services; INVOICE#: 090209; DATE: 9/2/2009  -  visa charge 8/11/09 Court Call LLC | 93.00 |
| 09/21/2009 | VENDOR: Chase Card Services; INVOICE#: 090209; DATE: 9/2/2009  -  visa charge 8/11/09 Court Call LLC | 93.00 |
| 09/21/2009 | EXTN.795562, TEL.2015412126, S.T.10:26, DUR.00:06:09 | 3.89 |
| 09/21/2009 | EXTN.795562, TEL.2015412126, S.T.10:37, DUR.00:02:39 | 1.67 |
| 09/25/2009 | EXTN.795544, TEL.7047151728, S.T.10:34, DUR.00:28:38 | 16.12 |
| | **Long Distance Telephone Total** | **591.14** |

**Duplicating Costs-in House**

| | |
|---|---|
| 09/01/2009 | 37.60 |
| 09/01/2009 | 2.60 |
| 09/02/2009 | 1.40 |
| 09/02/2009 | 49.80 |
| 09/02/2009 | 25.20 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02/2009 | | 11.30 |
| 09/02/2009 | | 6.60 |
| 09/03/2009 | | 35.50 |
| 09/04/2009 | | 2.70 |
| 09/11/2009 | | 197.20 |
| 09/11/2009 | | 8.70 |
| 09/11/2009 | | 12.60 |
| 09/21/2009 | | 8.60 |
| 09/22/2009 | | 0.70 |
| 09/23/2009 | | 0.10 |
| | **Duplicating Costs-in House Total** | **400.60** |

**Court Reporting Services**

| 09/02/2009 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1066450; transcript | 723.60 |
|---|---|---|
| 09/05/2009 | VENDOR: TSG Reporting, Inc.; INVOICE#: 082609-56281; certified transcript | 881.10 |
| 09/05/2009 | VENDOR: TSG Reporting, Inc.; INVOICE#: 082009-56276; certified transcript | 1,466.50 |
| 09/05/2009 | VENDOR: TSG Reporting, Inc.; INVOICE#: 081909-56269; transcript | 1,737.80 |
| 09/17/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 009-02641; federal court daily 9/14 – Court hearing (confirmation) | 680.20 |
| 09/18/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 209-02678; federal court daily 9/16 – Court hearing (confirmation) | 743.20 |
| 09/21/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 092109; federal court daily 9/17 – Court hearing (confirmation) | 348.40 |
| | **Court Reporting Services Total** | **6,580.80** |

**O/S Information Services**

| 09/15/2009 | VENDOR: William Paterson University; INVOICE#: 200; DATE: 8/27/2009  -  Interlibrary Loan | 15.00 |
|---|---|---|
| 09/21/2009 | Bloomberg Usage for Aug 3, 2009 | 104.00 |
| 09/21/2009 | Bloomberg Usage for Aug 5, 2009 | 224.00 |
| 09/21/2009 | Bloomberg Usage for Aug 6, 2009 | 24.00 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | **O/S Information Services Total** | **367.00** |
| | **In House Messenger Service** | |
| 09/09/2009 | VENDOR: Early Bird Messenger; 9/2/2009 Bike Standard from GABRIEL to ARLENE KRIEGER, 10 EAST END AVE | 14.44 |
| | **In House Messenger Service Total** | **14.44** |
| | **Travel Expenses - Transportation** | |
| 09/02/2009 | VENDOR: AMEX; KRIEGER /ARLENE LGA PIT LGA on 08/03/2009 – U.S. Airways flight from NY LaGuardia to Pittsburgh, back to NY LaGuardia (confirmation hearing) | 235.20 |
| 09/02/2009 | VENDOR: AMEX; KRIEGER /ARLENE on 08/03/2009 – Agency booking fee. | 32.25 |
| 09/02/2009 | VENDOR: AMEX; PASQUALE/KENNETH NYP WAS NWK on 08/12/2009 – Amtrak travel from NY Penn to Washington back to Newark (Depostition). | 354.00 |
| 09/02/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 08/12/2009 – Agency booking fee. | 32.25 |
| 09/02/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 08/17/2009 (Court hearing – confirmation on 9/7/09, returning 9/11/09). | 199.20 |
| 09/02/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 08/17/2009 – Agency booking fee. | 32.25 |
| 09/02/2009 | VENDOR: AMEX; INVOICE #: ROSS/DANIEL on 08/20/2009 – Agency booking fee. | 32.25 |
| 09/02/2009 | VENDOR: AMEX; ROSS/DANIEL NYP WAS NYP on 08/20/2009 – Amtrak from NY Penn to Washington back to NY Penn (Deposition) | 288.00 |
| 09/04/2009 | VENDOR(EE): KPASQUALE: 08/24/09 - 08/24/09; Court hearing in Wilmington, DE on 8/24/09 | 149.20 |
| 09/04/2009 | VENDOR(EE): KPASQUALE: 08/24/09 - 08/24/09; Court hearing in Wilmington, DE on 8/24/09 | 8.50 |

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/10/2009 | VENDOR(EE): KPASQUALE: 09/03/09 - 09/03/09; DATE: 09-10-2009; Meeting in Wilmington, DE with bank lender group counsel (R. Cobb, J. Green) and A. Krieger re trial prep. | 149.20 |
| 09/10/2009 | VENDOR(EE): KPASQUALE: 09/03/09 - 09/03/09; DATE: 09-10-2009; Meeting in Wilmington, DE with bank lender group counsel (R. Cobb, J. Green) and A. Krieger re trial prep. | 8.50 |
| 09/21/2009 | VENDOR: Chase Card Services; INVOICE#: 090209; DATE: 9/2/2009 - visa charge 8/18/09 K Lewis 8/24/09 NY Penn to Wilmington, DE (Court Hearing) | 283.00 |
| 09/21/2009 | VENDOR: Chase Card Services; INVOICE#: 090209; DATE: 9/2/2009 - visa charge 8/24/09 non-refundable fee L. Kruger 8/24/09 Wilmington, DE to Penn Station (Court Hearing) | 45.00 |
| 09/22/2009 | VENDOR(EE): KPASQUALE: 09/09/09 - 09/15/09; Confirmation hearing in Pittsburgh, PA – taxis to and from airport and hotel in Pittsburgh, PA and Livingston, NJ | 218.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/07/09 - 09/11/09; William Penn Hotel to Pittsburgh Airport - 09/11/09 – Taxi Fare. | 45.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/07/09 - 09/11/09; LaGuardia Airport to home - 09/11/09 – Taxi Fare. | 32.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09; Baggage Charge (Attend Confirmation Hearing ) - 9/13/09 | 54.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09; Pittsburgh Airport to William Penn Hotel - 9/13/09 – Taxi Fare. | 27.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09; William Penn Hotel to Pittsburgh Airport - 9/17/09 – Taxi Fare. | 32.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09; Baggage Charge - 9/17/09 | 50.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09; Change seat fee - 9/17/09 | 5.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09; LaGuardia Airport Home - 9/17/09 | 32.00 |

# STROOCK

PAGE: 9

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22/2009 | VENDOR(EE): LKRUGER: 09/14/09 - 09/17/09; Taxi from Pittsburgh Airport to Hotel - 9/14/09 | 49.00 |
| 09/22/2009 | VENDOR(EE): LKRUGER: 09/14/09 - 09/17/09; Taxi from Pittsburgh Hotel to Airport- 9/17/09 | 48.00 |
| 09/22/2009 | VENDOR(EE): KPASQUALE: 09/13/09 - 09/17/09; Confirmation hearing in Pittsburgh, PA – taxis to and from airport and hotel in Pittsburgh, PA and Livingston, NJ | 214.00 |
| 09/22/2009 | VENDOR(EE): KPASQUALE: 09/13/09 - 09/17/09; Confirmation hearing in Pittsburgh, PA - airfare change fee | 25.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/03/09 - 09/03/09; Amtrak Wilmington, DE - NY Penn - Meeting with bank lenders' counsel re confirmation issues | 134.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/03/09 - 09/03/09; Wilmington Station to Landis, Rath & Cobb – Taxi Fare. | 8.50 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/03/09 - 09/03/09; Landis, Rath & Cobb to Wilmington Station – Taxi. | 10.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/03/09 - 09/03/09; Amtrak NY Penn - Wilmington, DE - Meeting with bank lenders' counsel re confirmation issues | 89.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/07/09 - 09/11/09; Baggage Charge (Pittsburgh PA Trip re Confimation Hearing) - 09/07/09 | 54.00 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/07/09 - 09/11/09; Baggage Charge- 09/11/09 – (Confirmation Hearing) | 50.00 |
| 09/23/2009 | VENDOR: NYC Taxi; Invoice#: 875740; Invoice Date: 09/18/2009; Voucher #: 394001; Arlene Krieger 09/13/2009 16:30 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY for confirmation hearing in Pittsburgh. | 60.56 |
| 09/23/2009 | VENDOR: NYC Taxi; Invoice#: 875740; Invoice Date: 09/18/2009; Voucher #: 769518; Arlene Krieger 09/07/2009 14:55 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY for confirmation hearing in Pittsburgh. | 60.56 |

# STROOCK

PAGE: 10

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/29/2009 | VENDOR: NYC Taxi; Invoice#: 876335; Invoice Date: 09/25/2009; Voucher #: 715060; Lewis Kruger 09/14/2009 07:50 from 257 W 86 ST MANHATTAN NY to LaGuardia Airport Flushing NY for confirmation hearing in Pittsburgh. | 68.33 |
| | **Travel Expenses - Transportation Total** | **3,214.75** |
| **Travel Expenses - Lodging** | | |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/07/09 - 09/11/09; 4 Nights at Omni William Penn - 09/07/09 to 09/11/09 (Confirmation Hearing) | 793.44 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09; 4 Nights at Omni William Penn - 9/13/09 - 9/17/09 (Confirmation hearing) | 793.44 |
| 09/22/2009 | VENDOR(EE): KPASQUALE: 09/13/09 - 09/17/09; Confirmation hearing in Pittsburgh, PA; 4 Nights at Omni | 793.44 |
| 09/22/2009 | VENDOR(EE): KPASQUALE: 09/09/09 - 09/11/09; Confirmation hearing in Pittsburgh, PA; 4 Nights at Omni | 793.44 |
| | **Travel Expenses - Lodging Total** | **3,173.76** |
| **Travel Expenses - Meals** | | |
| 09/22/2009 | VENDOR(EE): KPASQUALE: 09/09/09 - 09/11/09; Confirmation hearing in Pittsburgh, PA – dinner for 2 on 9/11/09, $33.48; lunch on 9/11/09, $19.00; dinner for 2 on 9/10/09, $95.65; lunch for 2 on 9/10/09, $16.65; dinner for 2 on 9/9/09, $97.32; lunch for 2 on 9/9/09, $15.20; lunch for 2 on 9/8/09, $21.00; room service on 9/7/09, $37.70; breakfast for 2 on 9/8/09, $33.89; room service for dinner on 9/8/09, $36.70; breakfast for 2 on 9/9/09, $43.99; breakfast for 2 on 9/10/09, $39.44 and breakfast for 2 on 9/11/09, $34.16. | 524.18 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/07/09 - 09/11/09; 2 Dinners in Pittsburgh PA on 9/7/09 and 9/8/09. | 66.28 |
| 09/22/2009 | VENDOR(EE): KPASQUALE: 09/13/09 - 09/17/09; Confirmation hearing in Pittsburgh, PA – Dinner for 6 on 9/14/09, $330.00; Dinner for 7 on 9/16/09, $385.00; breakfast for 2 at hotel on 9/17/09, $34.43; breakfast for 2 at hotel on 9/14/09, $28.15; room service on 9/15/09, $37.70; lunches for 4 on 9/15/09, $29.60 and 9/14/09, $52.55. | 897.43 |
| 09/22/2009 | VENDOR(EE): AKRIEGER: 09/13/09 - 09/17/09;  2 Dinners in Pittsburgh PA on 9/13/09 and 9/17/09 | 37.47 |
| | **Travel Expenses - Meals Total** | **1,525.36** |

# STROOCK

PAGE: 11

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| **Westlaw** | | |
| 09/02/2009 | Transactional Search by Mohamed, David | 57.50 |
| 09/02/2009 | Transactional Search by Jarashow, Mark S. | 55.00 |
| 09/03/2009 | Transactional Search by Jarashow, Mark S. | 386.25 |
| 09/04/2009 | Transactional Search by Jarashow, Mark S. | 422.50 |
| 09/08/2009 | Transactional Search by Jarashow, Mark S. | 162.50 |
| 09/11/2009 | Transactional Search by Jarashow, Mark S. | 341.25 |
| 09/12/2009 | Transactional Search by Jarashow, Mark S. | 1,020.00 |
| 09/13/2009 | Transactional Search by Jarashow, Mark S. | 180.00 |
| 09/14/2009 | Transactional Search by Jarashow, Mark S. | 336.25 |
| 09/25/2009 | Transactional Search by Pasquale, Kenneth | 690.75 |
| 09/30/2009 | Transactional Search by Krieger, Arlene G. | 67.50 |
| | **Westlaw Total** | **3,719.50** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 219.87 |
| Meals | 72.55 |
| Local Transportation | 284.28 |
| Long Distance Telephone | 591.14 |
| Duplicating Costs-in House | 400.60 |
| Court Reporting Services | 6580.80 |
| O/S Information Services | 367.00 |
| In House Messenger Service | 14.44 |
| Travel Expenses - Transportation | 3214.75 |
| Travel Expenses - Lodging | 3173.76 |
| Travel Expenses - Meals | 1525.36 |
| Westlaw | 3719.50 |

# STROOCK

PAGE: 12

| TOTAL DISBURSEMENTS/CHARGES | $ 20,164.05 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.