## Summary of PwC's Fees By Individual:
## Thirty Fourth Interim Quarterly Reporting Period
## July 1 - September 30, 2009

Professoinal Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended Sept 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Newstead | Audit Partner | 10+ | Integrated Audit | 647.70 | 14.9 | 9,650.73 |
| John Bishop | Audit Partner | 10+ | Integrated Audit | 935.99 | 2.0 | 1,871.98 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | 698.50 | 3.0 | 2,095.50 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | 698.50 | 80.0 | 55,880.00 |
| Tom McGuinness | Audit Partner | 20+ | Integrated Audit | 990.60 | 1.0 | 990.60 |
| Lawrence Brager | Director | 30+ | Integrated Audit | 384.80 | 27.5 | 10,582.00 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 582.40 | 25.3 | 14,734.72 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | 560.88 | 3.4 | 1,906.99 |
| Jennifer Mak | Director | 10+ | Integrated Audit | 793.75 | 7.8 | 6,191.25 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | 410.21 | 218.3 | 89,548.84 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | 717.56 | 0.5 | 358.78 |
| David Sands | Audit Senior Manager | 8 | Integrated Audit | 410.21 | 13.3 | 5,455.79 |

| Name | Title | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Joanna Own | Tax Manager | 4 | Integrated Audit | 291.20 | 29.1 | 8,473.92 |
| Richard Quek | Advisory Manager | 9 | Integrated Audit | 495.30 | 0.5 | 247.65 |
| Brian Wiegmann | Audit Manager | 6 | Integrated Audit | 477.52 | 6.0 | 2,865.12 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | 220.98 | 44.3 | 9,789.41 |
| Alison Garleb | Audit Manager | 6 | Integrated Audit | 290.83 | 55.1 | 16,024.73 |
| Alison Garleb | Audit Senior Associate | 6 | Integrated Audit | 227.33 | 104.7 | 23,801.45 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | 218.40 | 53.1 | 11,597.04 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 368.30 | 1.0 | 368.30 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 156.21 | 64.4 | 10,059.92 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | 351.12 | 6.5 | 2,282.28 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | 220.98 | 17.7 | 3,911.35 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | 175.26 | 28.0 | 4,907.28 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | 209.55 | 75.1 | 15,737.21 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | 156.21 | 266.3 | 41,598.72 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | 227.30 | 0.7 | 159.11 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | 227.33 | 61.1 | 13,889.86 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | 209.55 | 191.1 | 40,045.01 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | 242.57 | 1.7 | 412.37 |

| Name | Title | | | | | |
|---|---|---|---|---|---|---|
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | 223.52 | 23.9 | 5,342.13 |
| Barry Berkowitz | Audit Senior Associate | 3 | Integrated Audit | 391.16 | 8.0 | 3,129.28 |
| Jian Hui Lee | Advisory Associate | 2 | Integrated Audit | 317.50 | 4.0 | 1,270.00 |
| Sameer Kamble | Advisory Associate | 1 | Integrated Audit | 317.50 | 0.8 | 254.00 |
| Todd Chesla | Tax Senior Associate | 2 | Integrated Audit | 218.40 | 35.0 | 7,644.00 |
| Alan Harkatz | Tax Associate | 2 | Integrated Audit | 150.80 | 25.5 | 3,845.40 |
| George Hannigan | Audit Associate | 2 | Integrated Audit | 170.28 | 27.0 | 4,597.56 |
| Kristina Johnson | Audit Associate | 1 | Integrated Audit | 156.21 | 49.9 | 7,794.88 |
| Kristina Johnson | Audit Associate | <1 | Integrated Audit | 123.19 | 66.6 | 8,204.45 |
| Shawn Mcneilly | Audit Associate | 1 | Integrated Audit | 156.21 | 75.7 | 11,825.10 |
| Shawn Mcneilly | Audit Associate | 1 | Integrated Audit | 123.19 | 165.5 | 20,387.95 |
| Ryan Boyle | Audit Associate | 1 | Integrated Audit | 153.67 | 68.7 | 10,557.13 |
| Shaun Boyle | Audit Intern | <1 | Integrated Audit | 63.50 | 44.7 | 2,838.45 |
| **Grand Total** | | | | | 1,998.7 | 493,128.24 |

**Summary of PwC's Fees By Project:**
**Thirty Fourth Interim Quarterly Reporting Period**
**July 1 - September 30, 2009**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 54.0 | $7,563.41 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,998.7 | $493,128.24 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,052.7 | $500,691.65 |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Thirty Fourth Interim Quarterly Reporting Period**
**July 1 - September 30, 2009**

| Type of Expense | |
|---|---|
| Transportation | $6,352.76 |
| Lodging | 2,802.68 |
| Sundry | 81.67 |
| Business Meals | 718.06 |
| **Grand Total for the Fee Period July 1 through September 30, 2009** | **$9,955.17** |