# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| October 14, 2009 | INVOICE:             234393 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 09/30/09

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/01/09 | Analysis of selected insurance policies re: follow form, aggregates, scope of asbestos-related bodily injury coverage and other asbestos coverage issues (3.40); review and revise Exhibits 5 and 6 to the Plan (3.80). | W001 | GFF | 7.20 |
| 09/01/09 | Continued review and edits to Disclosure Statement, revised Exhibits 5 and 6 and Schedules 1, 2, 3 and 4. | W001 | HEG | 5.30 |
| 09/01/09 | Reviewed and updated information re:  Exhibit 6 Schedules 1-4. | W001 | IF | 3.80 |
| 09/01/09 | Reviewed and updated information re: combined general aggregate limits information. | W001 | IF | 2.20 |
| 09/01/09 | Telephone conversation with Relles re: information for insurance companies (.70); draft E-mail responding to specific insurance company inquiry. (3.20). | W001 | MG | 3.90 |
| 09/01/09 | Settlement communications with an insurance company (1.00).   Attention to certificates of no objection for settlements achieved (.30). | W001 | RMH | 1.30 |
| 09/01/09 | Analyze and comment upon reply to objection to the motion in limine (1.00); attention to Plan exhibits relating to insurance (1.20); attention to allocation issues re: settlement discussions (1.50); attention to ongoing settlement discussions with insurance companies (1.60). | W001 | RYC | 5.30 |
| 09/02/09 | Begin reviewing and revising time/expense entries. | W011 | AHP | 3.60 |
| 09/02/09 | Performed research re: specific exclusions in CGL policies. | W001 | AMA | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2009                                    INVOICE:            234393

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/02/09 | Strategize re: revisions to be made to responses to insurance companies (.10); Revise responses to insurance companies in accordance with R. Chung's suggested edits (20). | W001 | AP | 0.30 |
| 09/02/09 | Review and revise Exhibits 5 and 6 to the Plan (2.90); Analysis of selected umbrella and excess insurance policies re: follow form, aggregates, scope of bodily injury coverage, and other asbestos coverage issues (4.40). | W001 | GFF | 7.30 |
| 09/02/09 | Continued edits to Disclosure Statement and revised Exhibits 5 and 6. | W001 | HEG | 4.40 |
| 09/02/09 | Reviewed Exhibit 5. | W001 | IF | 3.30 |
| 09/02/09 | Reviewed  insurance policies re: combined general aggregate limits. | W001 | IF | 1.30 |
| 09/02/09 | Searched files and in-house database resources re: motion in limine materials. | W001 | IF | 0.80 |
| 09/02/09 | Searched files and in-house database resources re: CNA documents. | W001 | IF | 0.70 |
| 09/02/09 | Research law on interpretation of specific insurance policy provisions (1.30); in-house database search, case law analysis and shepped cases (1.30). | W001 | MC | 2.60 |
| 09/02/09 | E-mails re: Exhibit 5 (.30); work on responses to insurance companies (4.00). | W001 | MG | 4.30 |
| 09/02/09 | Research insurance company's attorney in case (1.20); Obtain documents for attorney review (.60). | W001 | NJB | 1.80 |
| 09/02/09 | Attention to proposed insurance neutrality stipulation and conference call regarding same (1.80).  Draft amendment to same (.70). Attention to valuation of coverage for non-products (1.20). Conference call with counsel regarding same (.90). Communicate with client regarding same (2.20). Notice Maryland Casualty's deposition (.20). Attention to policy stipulations (.80). Confer with insurance company regarding settlement (.70). Draft direct examination outline for Jeff Posner (4.20). | W001 | RMH | 12.70 |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:        100055.WRG01

October 14, 2009                                            INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/02/09 | Attention to pre-trial discovery matters relating to insurance companies (1.50); trial preparation for Phase II confirmation hearing (1.70); finalize motion in limine reply for Phase II witness for Plan Proponent review (2.30); research and analysis re: employer liability issues (1.10). | W001 | RYC | 6.60 |
| 09/03/09 | Continue reviewing and revising time/expense entries. | W011 | AHP | 3.40 |
| 09/03/09 | Performed research re: specific exclusion in CGL policies. | W001 | AMA | 6.60 |
| 09/03/09 | Strategize re: responses to be made to insurance companies. | W001 | AP | 1.80 |
| 09/03/09 | Analysis of selected insurance policies re: follow form, aggregates, scope of bodily injury coverage and other asbestos coverage issues (4.50); review and revise selected Schedules to Exhibit 6 of the Plan (1.20); review and revise insurance policy data spreadsheets (1.40). | W001 | GFF | 7.10 |
| 09/03/09 | Final review and edits of Ex. 5 and 6  (2.40); create, edit and communicate Ex. 5 and 6 redline versions (2.60); download and organize insurance companies' Phase II policy exhibits for Confirmation Hearing preparation (4.80). | W001 | HEG | 9.80 |
| 09/03/09 | Helped to review and update information re: Exhibit 5. | W001 | IF | 2.10 |
| 09/03/09 | Continued to review insurance policies re: combined general aggregate limits and "asbestos exclusions." | W001 | IF | 2.10 |
| 09/03/09 | Research law on application of exclusion clauses to certain claims (1.80); draft memo with case by case analysis (1.80). | W001 | MC | 3.60 |
| 09/03/09 | Draft new allocation and e-mails re: same. | W001 | MG | 3.60 |
| 09/03/09 | Attention to stipulations (1.50).  Attention to value of non-products coverage and confer with Mr. Dan Cohn regarding same (.80).   Confer with client regarding same (.50).   Prepare for confirmation hearing (5.40). | W001 | RMH | 8.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2009                                                INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/03/09 | Research and analysis of documents and testimony re: Phase II insurance company witnesses (3.50); Preparations for Phase II deposition and draft notice (1.80); Finalize motion in limine reply for Phase II witness (1.50); research and analysis re: Libby claimant settlement related issues (2.20). | W001 | RYC | 9.00 |
| 09/03/09 | Review and analyze proposed stipulation of facts included in M. Plevin's email to assure accuracy. | W001 | TED | 0.30 |
| 09/04/09 | Attention to employers' liability exclusions in CGL polices. | W001 | AMA | 0.40 |
| 09/04/09 | Review Exhibits supplied by various insurance companies and compare these policies to Grace versions (2.60); review and organize primary policies for completeness (.80); analysis of selected umbrella and excess policies re: follow form, aggregates, scope of bodily injury coverage and other asbestos coverage issues (3.30). | W001 | GFF | 6.70 |
| 09/04/09 | Phase II Hearing Exhibit research, preparation and assistance (3.10) ; Reviewed Phase II Stipulation and insurance company policy exhibit copies (2.20); Reviewed primary policies (1.80). | W001 | HEG | 7.10 |
| 09/04/09 | Searched files and in-house database resources re: Albert L. McComas depositions and information. | W001 | IF | 1.80 |
| 09/04/09 | Reviewed and studied certain insurance companies proposed Phase II Exhibits. | W001 | IF | 3.60 |
| 09/04/09 | Continued to review insurance policies re: combined general aggregate limits and "asbestos exclusions." | W001 | IF | 0.90 |
| 09/04/09 | Complete research and finalize initial draft memo for attorney review (2.30); make edits as suggested and discussed portions of analysis (2.10). | W001 | MC | 4.40 |
| 09/04/09 | Review new information for sharing with insurance companies and responses to insurance companies | W001 | MG | 3.20 |
| 09/04/09 | Obtain various documents at attorney request (.60); Review case files for documents for upcoming deposition and court hearing (1.40); Work with records department to review previous case matters (1.00). | W001 | NJB | 3.00 |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

October 14, 2009                                          INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/04/09 | Emails with R. Chung, M. Rivera, and V. Negron re: deposition (.20); Review file records on FileSurf and circulate copy of deposition (.30). | W001 | NJD | 0.50 |
| 09/04/09 | Prepare for McComas deposition (1.00).  Prepare for Kelly cross-examination (.50).    Prepare for confirmation hearing (2.10).   Revise settlement agreement for one insurance company (2.60). Consider changes proposed for another insurance settlement (.60).   Confer with David Geronemus regarding a third potential settlement (.50). Confer with client regarding value of the coverage (.20). | W001 | RMH | 7.50 |
| 09/04/09 | Review and analysis of settlement discussion issues (2.70); attention to discovery matters relating to Phase II including research re: witnesses (1.80); trial preparation for Phase II issues including review and analysis of relevant documents and pleadings (3.80). | W001 | RYC | 8.30 |
| 09/05/09 | Analysis of Coverage B - Employers' Liability insurance (4.30).   Attention to settlements (2.00). Preparation for confirmation hearing (2.00). | W001 | RMH | 8.30 |
| 09/06/09 | Insurance settlement review and evaluation. | W001 | RYC | 0.50 |
| 09/07/09 | Review and analysis of prior insurance discovery in connection with Phase II preparation for trial (2.30); Review and analysis of issues pertaining to Grace's remaining employer's liability insurance (1.20); Prepare 9019 motion in connection with potential settlement (1.20). | W001 | RYC | 4.70 |
| 09/08/09 | Research re: employers' liability coverage. | W001 | AMA | 13.20 |
| 09/08/09 | Analysis of selected insurance policies re: follow form, scope of bodily injury coverage, aggregates, and other asbestos coverage issues (6.30); analysis of 1970 workers compensation policy re: various coverage issues (.90). | W001 | GFF | 7.20 |
| 09/08/09 | Research and respond to various workers compensation related questions from R. Horkovich. | W001 | HEG | 2.20 |
| 09/08/09 | Reviewed workers compensation coverage B employer's liability and sent materials and information to Robert Chung. | W001 | IF | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                                   EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2009                                  INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 09/08/09 | Reviewed insurance policies re: combined general aggregates, follow form and exclusions. | W001 | IF | 2.80 |
| 09/08/09 | Searched files and in-house database resources re: New York law and coverage defenses in CGL policies. | W001 | IF | 1.10 |
| 09/08/09 | Work on Employers B issues (2.00); work on CNA NPV calculation (4.60) | W001 | MG | 6.60 |
| 09/08/09 | Half time charge for travel to and from Pittsburgh. | W019 | RMH | 2.00 |
| 09/08/09 | Confirmation hearing before Judge Fitzgerald (8.70). Meeting in preparation (1.00). Numerous settlement meetings with several different insurance companies (2.60). | W001 | RMH | 12.30 |
| 09/08/09 | Research and analysis in connection with employer's liability related coverage evaluation (2.80); research and analysis of additional settlement negotiation issues pertaining to potential insurance coverage impediments (3.30); attention to trial exhibit issues for Phase II confirmation hearing (2.50); attention to remaining Phase II discovery matters (1.70). | W001 | RYC | 10.30 |
| 09/08/09 | Review emails re: production of insurance documents from M. Plevin (.40); expedite Kowalyczk deposition transcript (.20). | W001 | TED | 0.60 |
| 09/09/09 | Proof most recent set of revisions (2.70); additional revisions to time and expense entries (1.60); begin work on end-of-year case review and begin drafting e-mail re: same (1.30). | W011 | AHP | 5.60 |
| 09/09/09 | Research re: employers' liability coverage. | W001 | AMA | 5.80 |
| 09/09/09 | Analysis of selected insurance policies re: follow form and specific exclusions, aggregates and other asbestos coverage issues (6.10); review and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 7.20 |
| 09/09/09 | Assisted R. Chung with compiling accurate policy listing for proposed agreement. | W001 | HEG | 1.40 |
| 09/09/09 | Reviewed  insurance policies re: combined general aggregate, follow form and exclusions. | W001 | IF | 3.40 |
| 09/09/09 | Helped to review Attachment A re: new settlement agreement. | W001 | IF | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:        100055.WRG01

October 14, 2009                                               INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/09/09 | Reviewed available products limits. | W001 | IF | 0.60 |
| 09/09/09 | Helped to prepare information re: prior settlement agreement and Exhibit 5. | W001 | IF | 0.70 |
| 09/09/09 | Work on settlement related analysis. | W001 | MG | 1.80 |
| 09/09/09 | Half time for travel time to Pittsburgh. | W019 | RMH | 2.00 |
| 09/09/09 | Confirmation hearing before Judge Fitzgerald. (7.80). Organizational meetings with Plan Proponents to coordinate presentation of the Plan Proponents' case and defense against the Objectors' presentation (5.60). | W001 | RMH | 13.40 |
| 09/09/09 | Review and analysis of settlement related issues pertaining to allocation, insurance coverage, and prior negotiations (2.30); complete research and revise analysis of additional settlement negotiation issues pertaining to potential insurance coverage impediments (2.50); continued research and analysis in connection with employer's liability related coverage evaluation (2.60); finalize 9019 motion to settlement with mutual release (2.20); prepare documentation re: insurance for final settlement agreement with specific insurance company (.80). | W001 | RYC | 10.40 |
| 09/10/09 | Continue end-of-year review and drafting e-mail re: same (1.20); telephone conversation with M. Santiago re:  end-of-year (.20). | W001 | AHP | 1.40 |
| 09/10/09 | Proof additional changes. | W011 | AHP | 1.20 |
| 09/10/09 | Reviewed workers' compensation policy re: previous employers' liability analysis. | W001 | AMA | 0.90 |
| 09/10/09 | Review, identify and prepare specific policy provisions in W.R. Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.60 |
| 09/10/09 | Analysis of workers compensation policy re: various coverage issues (1.10); analysis of selected umbrella and excess insurance policies re: follow form, pollution and asbestos exclusions, aggregates and other asbestos coverage issues (5.30). | W001 | GFF | 6.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2009                                              INVOICE:         234393

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/10/09 | Assist M. Garbowski with certain NPV issues per R. Horkovich request. | W001 | HEG | 1.80 |
| 09/10/09 | Reviewed insurance policies re: "follow form" and "combined general aggregate limits." | W001 | IF | 2.20 |
| 09/10/09 | Reviewed workers' compensation policies. | W001 | IF | 1.90 |
| 09/10/09 | Work on policy analysis re: assignment and E-mails re: same (5.00); E-mails re: Employers B analysis (.80). | W001 | MG | 5.80 |
| 09/10/09 | Confirmation hearing (.90).  Prepare Jeff Posner for direct examination (3.30). Settlement discussions with AIG (.80). Settlement discussions with Travelers (2.30). Meeting to coordinate presentation of the insurance companies' case (4.30). | W001 | RMH | 11.60 |
| 09/10/09 | Review and comment upon fee application. | W011 | RYC | 0.70 |
| 09/10/09 | Research and analysis in connection with additional documentation re: worker's compensation policies (1.90); work on finalizing 9019 motion re: AIU (2.40); work on additional 9019 motion re: separate settling insurance company (2.30); review and analysis of insurance coverage exclusions relating to settlement discussions (1.10). | W001 | RYC | 7.70 |
| 09/11/09 | Analysis of selected insurance policies re: follow form, asbestos exclusions, aggregates and other asbestos coverage issues (5.90); review and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 7.10 |
| 09/11/09 | Continued to review and update information re: combined general aggregate limits and "asbestos exclusion." | W001 | IF | 4.90 |
| 09/11/09 | Work on asbestos exclusion and general aggregate limit (1.00); review Relles information (2.20) | W001 | MG | 3.20 |
| 09/11/09 | Half time for travel from Pittsburgh. Travel time actually was 8 hours due to delays. | W019 | RMH | 2.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

October 14, 2009                                              INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 09/11/09 | Confirmation hearing before Judge Fitzgerald. (1.60) Present direct examination of W. R. Grace Director of Risk Management Jeff Posner. (2.40). Prepare for same. (4.00).  Finalize $78 million settlement with AIG. (1.00) Finalize $81 million settlement with Travelers. (1.30). | W001 | RMH | 10.30 |
| 09/11/09 | Revise 9019 motion for settlement with continuing obligations (1.00); work on finalizing motion for approval of Chartis settlement (1.80); follow-up research in connection with settlement discussion issues (1.30); respond to inquiries re: preparation for Phase II confirmation hearings (.80). | W001 | RYC | 4.90 |
| 09/12/09 | Work on 9019 motions and related errata (1.20). Attention to evidentiary matters in connection with Phase II confirmation hearings (.80). | W001 | RYC | 2.00 |
| 09/13/09 | Half time charge for travel to Pittsburgh. | W019 | RMH | 2.00 |
| 09/13/09 | Confirmation hearing preparation. | W001 | RMH | 5.40 |
| 09/13/09 | Follow-up and work on 9019 motions regarding insurance settlements (1.30).  Follow-up regarding documents for Phase II trial (.50). | W001 | RYC | 1.80 |
| 09/14/09 | Review, identify and prepare specific policy provisions in W.R. Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.40 |
| 09/14/09 | Analysis of selected workers compensation policies re: various bodily injury coverage issues (2.40); analysis of selected umbrella and excess insurance policies re: follow form, asbestos exclusions, aggregates and other asbestos coverage issues (4.10); revise insurance policy data spreadsheets (.80). | W001 | GFF | 7.30 |
| 09/14/09 | Proposed Phase II policy stipulation issues addressed. | W001 | HEG | 1.20 |
| 09/14/09 | Reviewed workmen's compensation policies re: employer's liability (Coverage B) limits and exclusions. | W001 | IF | 1.70 |
| 09/14/09 | Reviewed  insurance policies re: combined general aggregate limits and exclusions. | W001 | IF | 1.70 |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

October 14, 2009                                          INVOICE:            234393

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/14/09 | Reviewed Phase II Stipulation re:  policies with "assignment language" and "corporate history documents relating to settlement agreements." | W001 | IF | 2.10 |
| 09/14/09 | Work on issues re: policy review, employers liability coverage and stipulation | W001 | MG | 2.80 |
| 09/14/09 | Confirmation hearing before Judge Fitzgerald (review document production), prepare for cross-examination of Professor George Priest, Maryland Casualty witness Al McComas and FFIC witness Kowelcyk (10.00).  Attention to Travelers settlement (1.60). | W001 | RMH | 11.60 |
| 09/14/09 | Follow-up regarding additional 9019 Motion regarding insurance settlement (1.20).  Review and follow-up regarding settlement discussions (1.80). Review status of stipulations pertaining to insurance policies (.90). Investigation and analysis regarding worker's compensation policies (2.30). | W001 | RYC | 6.20 |
| 09/15/09 | Continue revising end-of-year memo. | W001 | AHP | 0.60 |
| 09/15/09 | Review attorney revisions, make additional modifications and release (2.60); update monitoring chart (.30). | W011 | AHP | 2.90 |
| 09/15/09 | Analysis of selected umbrella and excess insurance policies re: follow form, asbestos exclusions, aggregates and other asbestos coverage issues (5.30); review and revise insurance policy data spreadsheets (prepare memo re: medical exclusion find) (.90); review and revise insurance policy coverage charts (update discovery) (.70). | W001 | GFF | 6.90 |
| 09/15/09 | Created new proposed color coverage charts highlighting coverage (2.80); additional policy stipulation issues per R. Horkovich request (.60). | W001 | HEG | 3.40 |
| 09/15/09 | Helped to prepare CNA policy chart. | W001 | IF | 1.30 |
| 09/15/09 | Reviewed and updated 1970-1971 worker's compensation insurance policy aggregate limits information. | W001 | IF | 0.90 |
| 09/15/09 | Reviewed insurance policies re: exclusions and limits. | W001 | IF | 1.70 |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

October 14, 2009                                        INVOICE:            234393

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/15/09 | Work on color chart proposal and employers liability issue. | W001 | MG | 1.10 |
| 09/15/09 | Confirmation hearing with Judge Fitzgerald (review proposed trial exhibits, settlement negotiations) (10.00).   Attention to new Notices of Deposition (1.00). | W001 | RMH | 11.00 |
| 09/15/09 | Respond to inquiries regarding Phase II trial exhibits (2.20).  Research and analysis of available insurance coverage under worker's compensation policies (1.80).   Follow-up regarding insurance settlement approval matters (.50).   Review insurance coverage issues in connection with third party settlements regarding insurance (1.40). | W001 | RYC | 5.90 |
| 09/16/09 | Begin preparing in-depth chart analysis (2.20); continue revising end-of-year memo (1.70). | W001 | AHP | 3.90 |
| 09/16/09 | Review, identify and prepare specific policy provisions in W.R. Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.10 |
| 09/16/09 | Analysis of selected settlement and reimbursement agreements re: scope of release issues and methods of payment (2.30); review Phase II Exhibits (Policies) and compare them to other versions of the policies (2.90); analysis of selected umbrella and excess insurance policies re: follow form, aggregates, exclusions and other asbestos coverage issues (1.90). | W001 | GFF | 7.10 |
| 09/16/09 | Phase II Trial policy review per R. Horkovich request (3.80); continued edits of requested color coverage chart proposals (1.60). | W001 | HEG | 5.40 |
| 09/16/09 | Reviewed policy production. | W001 | IF | 2.90 |
| 09/16/09 | Helped to review recent settlement agreements. | W001 | IF | 1.20 |
| 09/16/09 | Revise color-coded insurance charts using CorelDraw software. | W001 | KS | 3.30 |
| 09/16/09 | Emails re: trial and policy-related issues | W001 | MG | 0.80 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| October 14, 2009 | INVOICE:             234393 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/16/09 | Confirmation hearing before Judge Fitzgerald (4.30).  Settlement negotiations with Fireman's Fund (2.90).  Attention to objection (1.10).  Settlement negotiation with other insurance company (1.20). | W001 | RMH | 9.50 |
| 09/16/09 | Attention to status of Phase II Confirmation Hearing matters and follow-up (1.80).  Review and analysis of potential settlement of insurance coverage (2.30).  Respond to inquiries regarding trial and settlement matters (.70). Prepare supplemental disclosure to insolvent insurance company (1.20). | W001 | RYC | 6.00 |
| 09/17/09 | Continue revising email and chart. | W001 | AHP | 1.20 |
| 09/17/09 | Reviewed settlement agreements. | W001 | IF | 2.10 |
| 09/17/09 | Revise color-coded insurance charts using CorelDraw software. | W001 | KS | 2.60 |
| 09/17/09 | Confirmation hearing before Judge Fitzgerald. | W001 | RMH | 4.00 |
| 09/17/09 | Follow-up regarding Phase II Confirmation Hearing status in connection with ongoing settlement discussions and insurance coverage matters. | W001 | RYC | 2.80 |
| 09/18/09 | Analysis of selected insurance policies re: follow form, aggregates, exclusions and other asbestos coverage issues (4.70); analysis of selected settlement agreements re: scope of release and related issues (1.90). | W001 | GFF | 6.60 |
| 09/18/09 | Reviewed new agreements. | W001 | IF | 2.40 |
| 09/18/09 | Reviewed and updated settlement agreement spreadsheet. | W001 | IF | 1.20 |
| 09/18/09 | Review settlement agreements. | W001 | MG | 1.20 |
| 09/18/09 | Review and analysis of pleadings and correspondence in connection with Phase II Confirmation Hearings (2.20).  Research and analysis in connection with continuing settlement discussions (3.20). | W001 | RYC | 5.40 |
| 09/21/09 | Continue revising end-of-year memo and release 1st draft (2.30); continue working on in-depth analysis (1.10). | W001 | AHP | 3.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2009                                                  INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/21/09 | Review and revise insurance policy data spreadsheets (1.20); analysis of selected umbrella and excess insurance policies re: follow form, aggregates, exclusions, and other asbestos coverage issues (3.90); analysis of selected settlement and reimbursement agreements re: scope of coverage issues (1.70). | W001 | GFF | 6.60 |
| 09/21/09 | Assisted with reimbursement agreement analysis (.40); R. Horkovich query (.40); Proof of Claim submission research per R. Chung request (.40). | W001 | HEG | 1.20 |
| 09/21/09 | Reviewed agreement information and identified agreements during Bankruptcy. | W001 | IF | 1.30 |
| 09/21/09 | Reviewed insurance policies re: combined general aggregates and asbestos exclusions. | W001 | IF | 2.10 |
| 09/21/09 | Work on allocations. | W001 | MG | 1.40 |
| 09/21/09 | E-mails re: negotiations with various insurers (.50); work on aggregate limit review (.50) | W001 | MG | 1.00 |
| 09/21/09 | Attention to settlement negotiations (1.30); Identify insurance companies to solicit for settlement (2.10); Contact same (.60). | W001 | RMH | 4.00 |
| 09/21/09 | Research and resolve settlement issues with remaining insurance companies (3.10); research and resolve issues with remaining insolvent carriers (2.80). | W001 | RYC | 5.90 |
| 09/22/09 | Additional analysis of historical information. | W001 | AHP | 1.20 |
| 09/22/09 | Review, identify and prepare specific policy provisions in W.R. Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.10 |
| 09/22/09 | Analysis of selected insurance policies re: follow form, exclusions, aggregates and other asbestos coverage issues (6.60); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 7.40 |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2009                                  INVOICE:        234393

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/22/09 | Assist M. Garbowski with demand support evidence (.60); additional reimbursement agreement research assistance (.60); review of newly received primary policies (.40); London Market related query (.40); newly received policies organized for analysis (.60); new coverage chart begun (1.60); assist R. Chung with contact research for new demand letters (2.20). | W001 | HEG | 6.40 |
| 09/22/09 | Searched files and in-house and online resources re: multiple insurance companies. | W001 | IF | 1.70 |
| 09/22/09 | Reviewed insurance policies re: limits and exclusions. | W001 | IF | 3.60 |
| 09/22/09 | Helped to prepare worker's compensation policies for review. | W001 | IF | 0.60 |
| 09/22/09 | Work on allocation (3.40); telephone conversation and e-mails with R. Horkovich re: cost values and allocation (.80). | W001 | MG | 4.20 |
| 09/22/09 | Attention to settlement discussions (1.30); Draft correspondence to numerous unsettled insurance companies (3.40). | W001 | RMH | 4.70 |
| 09/22/09 | Research re: insolvent insurance company allocation and potential settlement analysis (2.10); Review and analysis in connection with worker's compensation and employment liability insurance (1.50); prepare correspondence re: non-settling insurance companies (2.20). | W001 | RYC | 5.80 |
| 09/23/09 | Analysis of selected insurance policies re: follow form, aggregates, exclusions and other asbestos coverage issues (6.90); draft memo re: aggregates (.40). | W001 | GFF | 7.30 |
| 09/23/09 | Continued work on new color coverage charts per R. Horkovich request (2.40); additional internet research to assist R. Chung with up-to-date information for certain new demand letters (4.70). | W001 | HEG | 7.10 |
| 09/23/09 | Helped to prepare and search files and online resources re: "contacts for demand letters." | W001 | IF | 1.90 |
| 09/23/09 | Reviewed insurance policies and amounts of combined general aggregate limits. | W001 | IF | 3.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:          100055.WRG01

October 14, 2009                                                       INVOICE:                234393

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/23/09 | Attention to numerous settlement negotiations (.60); Respond to one offer by letter (.30); Provide supporting data to another insurance company (1.20); Draft numerous correspondence supporting settlement negotiations (2.20). | W001 | RMH | 4.30 |
| 09/23/09 | Research and prepare follow-up to settlement discussions with remaining insurance carriers (3.20); review Phase II trial matters and transcripts in connection with insurance coverage issues (1.80); review and analysis of third party issues pertaining to insurance coverage settlements (2.20). | W001 | RYC | 7.20 |
| 09/24/09 | Analysis of selected workers compensation policies re: various asbestos coverage issues (1.90); analysis of selected umbrella and excess policies re: follow form, exclusions, aggregates and other asbestos coverage issues (2.60); review and revise insurance policy data spreadsheets (2.10). | W001 | GFF | 6.60 |
| 09/24/09 | Created template for analysis of policies (.60); researched new exhibit query (.80); policy analysis (1.30); chart edits (.20). | W001 | HEG | 2.90 |
| 09/24/09 | Telephone conversation with D. Reilles re: information for insurance company information requests and review outstanding items re: same. | W001 | MG | 2.70 |
| 09/24/09 | Conference re: objections (1.20). Draft correspondence to insurance companies regarding settlement (1.60). Engage in settlement discussions (1.20). | W001 | RMH | 4.00 |
| 09/24/09 | Finalize correspondence and analysis re: remaining unsettled insurance company resolutions (2.80); Research and preparation re: final Proof of Claim submission (1.30); follow-up re: post-Phase II trial matters in connection with exhibits (1.30). | W001 | RYC | 5.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:         100055.WRG01

October 14, 2009                                              INVOICE:                234393

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/25/09 | Review and revise insurance policy data spreadsheets (2.30); Analysis of selected workers compensation policies re: limits; claim reporting requirements, and various other asbestos coverage issues (2.20); analysis of selected umbrella and excess policies re: follow form, aggregates and other asbestos coverage issues (2.80). | W001 | GFF | 7.30 |
| 09/25/09 | Review new Phase II exhibits (.40); continued policy analysis and charting (1.30); assist R. Chung with Proof of Claim support documentation (1.10). | W001 | HEG | 2.80 |
| 09/25/09 | Work on allocation issues (1.20); work on allocation model enhancements (3.60). | W001 | MG | 4.80 |
| 09/25/09 | Conference call regarding trial exhibits (.80). Attention to Property Damage FCR potential objection (.60).  Attention to Edwards settlement (.70). | W001 | RMH | 2.10 |
| 09/25/09 | Resolve issues regarding Integrity Final Proof of Claim and draft submission (3.70); research re: trust distribution procedure issues as related to settlement discussions. (1.10). | W001 | RYC | 4.80 |
| 09/28/09 | Analysis of selected workers compensation policies re: aggregates, exclusions, and other asbestos coverage issues (2.30); review and revise insurance policy data spreadsheets (1.80); analysis of selected umbrella and excess insurance policies re: follow form, aggregates, and other asbestos coverage issues (3.10). | W001 | GFF | 7.20 |
| 09/28/09 | Work on allocation model for claims under new scenarios showing individual amounts due to specific umbrella companies. | W001 | MG | 4.40 |
| 09/28/09 | Organize materials and work with records on sending files to storage. | W001 | NJB | 2.00 |
| 09/28/09 | Attention to settlement negotiations with one insurance company (.90).  Attention to potential objection by PD FCR to Travelers settlement (1.20).  Attention to settlement negotiations with another insurance company (.80). | W001 | RMH | 2.90 |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2009                                                  INVOICE:            234393

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 09/28/09 | Work on settlement demands against remaining insurance carriers (3.20). Facilitate final proof of claim against Integrity in liquidation (1.80). | W001 | RYC | 5.00 |
| 09/29/09 | Analysis of selected umbrella and excess insurance policies re: follow form, aggregates, and other asbestos coverage issues (1.80); review and revise insurance policy data spreadsheets (2.80); analysis of workers compensation policies re: aggregates, exclusions, and other asbestos coverage issues (2.10). | W001 | GFF | 6.70 |
| 09/29/09 | Additional chart edits (.60); assist M. Garbowski with premises availability spreadsheet review and adjustment (1.10); new coverage chart edits (.30); Phase II admitted exhibits reviewed, downloaded and organized (2.20). | W001 | HEG | 4.20 |
| 09/29/09 | Reviewed and updated information re: combined general aggregate limits. | W001 | IF | 1.60 |
| 09/29/09 | Reviewed and updated workmen's compensation policy analysis re: employers liability. | W001 | IF | 3.60 |
| 09/29/09 | Research related to bankruptcy plan and payment | W001 | MC | 1.20 |
| 09/29/09 | Revise allocation model for claims as one occurrence and $140mm, showing individual amounts due to specific umbrella companies. | W001 | MG | 4.80 |
| 09/29/09 | Hearing before Judge Fitzgerald (.70). Attention to settlement agreement and 9019 motion (2.10). | W001 | RMH | 2.80 |
| 09/29/09 | Follow-up regarding final proof of claim against Integrity in liquidation (1.20). Research and analysis regarding post-bankruptcy insurance coverage issues (2.60). | W001 | RYC | 3.80 |
| 09/30/09 | Review newly received documents. | W001 | AHP | 0.30 |
| 09/30/09 | Review, identify and prepare specific policy provisions in W.R. Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.50 |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2009                                                        INVOICE:            234393

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/30/09 | Assist M. Chung with Reorganization Plan queries and requests (.30); additional premises availability research and assistance ( 1.40); Proof of Claim delivery tracking (.20); researched limits query (.40). | W001 | HEG | 2.30 |
| 09/30/09 | Reviewed information re: trust distribution procedure. | W001 | IF | 0.60 |
| 09/30/09 | Reviewed worker's compensation policy evidence for additional policies. | W001 | IF | 0.90 |
| 09/30/09 | Continued to review and update analysis of insurance policies re: combined general aggregates. | W001 | IF | 1.20 |
| 09/30/09 | Reviewed allocation information re: coverage. | W001 | IF | 0.90 |
| 09/30/09 | Review bankruptcy plan and trust distribution for research purposes (2.70); review caselaw relevant to certain plans and finality of decisions (3.80). | W001 | MC | 6.50 |
| 09/30/09 | Revise and complete allocation model for Libby claims with alternate scenarios showing individual amounts due to specific umbrella companies (4.50); emails re: impact of various scenarios on policies (.80). | W001 | MG | 5.30 |
| 09/30/09 | Attention to exposure (2.00). Attention to proposed stipulation (1.70). | W001 | RMH | 3.70 |
| 09/30/09 | Research and analysis regarding coverage impediment issues raised by remaining non-settling insurance carriers. | W001 | RYC | 6.40 |

**TOTAL FEES:**                                                                      **$361,310.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| October 14, 2009 | | INVOICE: | 234393 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| A. Marcello Antonucci | 280.00 | 29.10 | 8,148.00 |
| Anna Piazza | 415.00 | 2.10 | 871.50 |
| Arline H Pelton | 230.00 | 28.70 | 6,601.00 |
| Corina K Nastu | 210.00 | 3.70 | 777.00 |
| Glenn F Fields | 315.00 | 133.20 | 41,958.00 |
| Harris E Gershman | 255.00 | 68.90 | 17,569.50 |
| Izak Feldgreber | 275.00 | 85.30 | 23,457.50 |
| Kathleen Samet | 160.00 | 5.90 | 944.00 |
| Mark Garbowski | 545.00 | 66.90 | 36,460.50 |
| Michael Chung | 280.00 | 18.30 | 5,124.00 |
| Nathan J Donlon | 210.00 | 0.50 | 105.00 |
| Nicholas J Balsdon | 195.00 | 6.80 | 1,326.00 |
| Robert M Horkovich | 845.00 | 163.60 | 138,242.00 |
| Robert Y Chung | 555.00 | 142.80 | 79,254.00 |
| Todd E. Duffy | 525.00 | 0.90 | 472.50 |
| **TOTAL FEES:** | | | **$361,310.50** |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2009                                                 INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY
### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|                          | HOURS  | TOTALS       |
|--------------------------|--------|--------------|
| Arline H Pelton          | 12.00  | 2,760.00     |
| A. Marcello Antonucci    | 29.10  | 8,148.00     |
| Anna Piazza              | 2.10   | 871.50       |
| Corina K Nastu           | 3.70   | 777.00       |
| Glenn F Fields           | 133.20 | 41,958.00    |
| Harris E Gershman        | 68.90  | 17,569.50    |
| Izak Feldgreber          | 85.30  | 23,457.50    |
| Kathleen Samet           | 5.90   | 944.00       |
| Michael Chung            | 18.30  | 5,124.00     |
| Mark Garbowski           | 66.90  | 36,460.50    |
| Nicholas J Balsdon       | 6.80   | 1,326.00     |
| Nathan J Donlon          | 0.50   | 105.00       |
| Robert M Horkovich       | 155.60 | 131,482.00   |
| Robert Y Chung           | 142.10 | 78,865.50    |
| Todd E. Duffy            | 0.90   | 472.50       |
| **TOTAL:**               | **731.30** | **$350,321.00** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

|                      | HOURS  | TOTALS      |
|----------------------|--------|-------------|
| Arline H Pelton      | 16.70  | 3,841.00    |
| Robert Y Chung       | 0.70   | 388.50      |
| **TOTAL:**           | **17.40** | **$4,229.50** |

ACTIVITY CODE: W019      Travel (non-working)

|                      | HOURS  | TOTALS      |
|----------------------|--------|-------------|
| Robert M Horkovich   | 8.00   | 6,760.00    |
| **TOTAL:**           | **8.00** | **$6,760.00** |

{D0165040.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

October 14, 2009                                    INVOICE:          234393

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

---

| COSTS through 09/30/09 |
|:---:|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 08/13/09 | LOCAL TRAVEL Cab from 1251 6 AVE to 6335 77 ST for MARK Garbowski on 08/13/09; voucher 306605; Invoice # 1819 520 | E109 | 49.89 |
| 08/21/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433903 For: ROBERT HORKOVICH on 8/21/2009 Carrier Code: CO to EWR PIT Invoice # 357614 | E110 | 439.60 |
| 08/21/09 | AIRFARE/RAIL EXPS. Ticket #: 0502203101 For: ROBERT HORKOVICH on 8/21/2009 Carrier Code: XD to AGENT FEE Invoice # 357614 | E110 | 30.00 |
| 08/25/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433912 For: TODD DUFFY on 8/25/2009 Carrier Code: DL to LGA DCA Invoice # 357625 | E110 | 179.60 |
| 09/01/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 931954166 Tracking Number: 791505069274 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mark T  Hurford, Campbell & Levine, LLC, 800 King Streett, WILMINGTON, DE, 19801, US | E107 | 9.95 |
| 09/01/09 | AIRFARE/RAIL EXPS. Ticket #: 0502203114 For: ROBERT HORKOVICH on 9/1/2009 Carrier Code: XD to AGENT FEE Invoice # 357645 | E110 | 30.00 |
| 09/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges August 1, 2009 -August 31, 2009 | E106 | 46.25 |
| 09/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges August 1, 2009 - August 31, 2009 | E106 | 15.54 |
| 09/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges August 1, 2009 - August 31, 2009 | E106 | 330.03 |
| 09/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges August 1, 2009 - August 31, 2009 | E106 | 177.76 |
| 09/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges August 1, 2009 - August 31, 2009 | E106 | 327.73 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

W.R. GRACE/CLAIMANTS COMMITTEE                   MATTER:      100055.WRG01

October 14, 2009                                           INVOICE:          234393

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 09/02/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433927 For: ROBERT HORKOVICH on 9/2/2009 Carrier Code: US to PIT LGA PIT Invoice # 357646 | E110 | 259.20 |
| 09/02/09 | AIRFARE/RAIL EXPS. Ticket #: 0502203115 For: ROBERT HORKOVICH on 9/2/2009 Carrier Code: XD to AGENT FEE Invoice # 357646 | E110 | 30.00 |
| 09/02/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 09/03/09 | LOCAL TRAVEL Cab from 1251 6 AVE to BEDFORD HILLS, WESTCHESTER for HARRIS GERSHMAN on 09/03/09; voucher 137670; Invoice # 1838232 | E109 | 137.49 |
| 09/03/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 09/03/09 | DI - PHOTOCOPYING | E101 | 37.60 |
| 09/03/09 | DI - PHOTOCOPYING | E101 | 20.90 |
| 09/03/09 | DI - PHOTOCOPYING | E101 | 1.30 |
| 09/04/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 932695201 Tracking Number: 791239459859 Reference: 100055 WRG01 82 121 Billing Note: From: Vanessa Negron, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michele Kennedy, Campbell & Levine, 310 Grant St Ste 1700, PITTSBURGH, PA, 15219, US | E107 | 27.43 |
| 09/04/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 932695201 Tracking Number: 790186811542 Reference: 100055 WRG01 82 121 Billing Note: From: Vanessa Negron, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michele Kennedy, Campbell & Levine, 310 Grant St Ste 1700, PITTSBURGH, PA, 15219, US | E107 | 27.43 |
| 09/04/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 932695201 Tracking Number: 790678553042 Reference: 100055 WRG01 82 121 Billing Note: From: Vanessa Negron, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michele Kennedy, Campbell & Levine, 310 Grant St Ste 1700, PITTSBURGH, PA, 15219, US | E107 | 27.43 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 23

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2009                                  INVOICE:         234393

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 09/04/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 932695201 Tracking Number: 790678553086 Reference: 100055 WRG01 82 121 Billing Note: From: Vanessa Negron, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michele Kennedy, Campbell & Levine, 310 Grant St Ste 1700, PITTSBURGH, PA, 15219, US | E107 | 25.03 |
| 09/04/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433938 For: ROBERT HORKOVICH on 9/4/2009 Carrier Code: DL to PIT JFK Invoice # 357659 | E110 | 780.60 |
| 09/04/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433939 For: ROBERT HORKOVICH on 9/4/2009 Carrier Code: US to PIT LGA Invoice # 357660 | E110 | 154.60 |
| 09/04/09 | AIRFARE/RAIL EXPS. Ticket #: 0502203116 For: ROBERT HORKOVICH on 9/4/2009 Carrier Code: XD to AGENT FEE Invoice # 357648 | E110 | 30.00 |
| 09/04/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433929 For: ROBERT HORKOVICH on 9/4/2009 Carrier Code: CO to EWR PIT Invoice # 357648 | E110 | 439.60 |
| 09/04/09 | DI - BINDING | E126 | 2.00 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 11.70 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 3.30 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 14.00 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 49.60 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 3.00 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 62.70 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 28.30 |
| 09/04/09 | DI - PHOTOCOPYING | E101 | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                            EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 24

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2009                                                   INVOICE:            234393

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 09/04/09 | DI - PHOTOCOPYING | E101 | 40.30 |
| 09/08/09 | DI - PHOTOCOPYING | E101 | 1.10 |
| 09/08/09 | DI - PHOTOCOPYING | E101 | 7.70 |
| 09/08/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/09/09 | LOCAL TRAVEL Cab from 1251 6 AVE to Park Slope, Brooklyn for MARCELLO ANTONUCCI on 09/09/09; voucher 137677; Invoice # 1838232 | E109 | 47.68 |
| 09/09/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 09/11/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 09/11/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 09/14/09 | LIBRARY & LEGAL RESEARCH - VENDOR: NEW YORK LAW INSTITUTE, INC. Document request | E125 | 30.00 |
| 09/14/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/14/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 09/15/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 933493861 Tracking Number: 790679456777 Reference: 100055 WRG01 90 053 Billing Note: From: PHYLLIS CRUISE, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Robert M Horkovich, Guest, c/o The Duquesne Club, 325 6th Ave, PITTSBURGH, PA, 15222, US | E107 | 80.02 |
| 09/17/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 09/18/09 | LIBRARY & LEGAL RESEARCH - VENDOR: LEXIS-NEXIS MATTHEW BENDER 10038U 7/09 services | E125 | 27.09 |
| 09/21/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 934315160 Tracking Number: 799429621249 Reference: 100055 WRG01 02 594  Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Gregory A Speed, Munich Reinsurance America Inc, 555 College Road East, PRINCETON, NJ, 08543 , US | E107 | 7.30 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 25

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2009                                        INVOICE:            234393

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 09/21/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 934315160 Tracking Number: 790188398565 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Richard Pollack, HDI Gerling American Insurance, 150 North Wacker Drive, 29th F, CHICAGO, IL, 60606, US | E107 | 10.85 |
| 09/21/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 934315160 Tracking Number: 791506824840 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Scott M Salerno, Michaels & May, 300 S Wacker Dr Ste 1800, CHICAGO, IL, 60606, US | E107 | 10.85 |
| 09/21/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 934315160 Tracking Number: 792162281375 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Robert S Greenberg, Munich Reinsurance America Inc, 555 College Road East, PRINCETON, NJ, 08 543, US | E107 | 7.30 |
| 09/21/09 | AIRFARE/RAIL  EXPS.  -  VENDOR:  HORKOVICH, ROBERT M. Pittsburgh re: attend various meetings, hearings on behalf of W.R. Grace | E110 | 459.00 |
| 09/21/09 | CLIENT  -  ON-LINE  COMP  SVC  -  VENDOR: HORKOVICH, ROBERT M. Pittsburgh re: attend various meetings, hearings on behalf of W.R. Grace | E125 | 9.95 |
| 09/21/09 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 600630 Local travel expenses on 09/02/09 - R. Horkovich office to home @ 11:30 P.M. | E109 | 152.49 |
| 09/21/09 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 600630 Local travel expenses on 09/08/09 - R. Horkovich Airport to home. | E109 | 226.54 |
| 09/21/09 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 600630 Local travel expenses on 09/12/09 - R. Horkovich Airport to home. | E109 | 250.92 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 26

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

October 14, 2009            INVOICE:       234393

MATTER:  CLAIMANTS COMMITTEE          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/21/09 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Charges incurred for taxi service from office to Grand Central with litigation materials | E109 | 6.00 |
| 09/21/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call charges incurred for telephonic participation 7/31/09 | E125 | 79.00 |
| 09/21/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call charges incurred for telephonic participation 8/11/09 | E125 | 93.00 |
| 09/21/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Pittsburgh re: attend various meetings, hearings on behalf of W.R. Grace | E125 | 102.29 |
| 09/21/09 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh re: attend various meetings, hearings on behalf of W.R. Grace | E110 | 335.70 |
| 09/21/09 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh re: attend various meetings, hearings on behalf of W.R. Grace - Various meals and snacks from 9/8/09 - 9/16/09. | E111 | 66.54 |
| 09/21/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 09/22/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 934315160 Tracking Number: 790188407931 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Michael F Brown, Esq, Drinker Biddle, One Logan Square, PHILADELPHIA, PA, 19103, US | E107 | 7.30 |
| 09/22/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 934315160 Tracking Number: 790680275520 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Damon N Vocke, Esq, North Star Reinsurance Corporation, c/o Berkshire Hathaway Inc, STAMFORD, CT, 06 904, US | E107 | 7.30 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 27

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2009                                                   INVOICE:              234393

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 09/22/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 934315160 Tracking Number: 799429745190 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Craig A Koenig, Highlands Ins Co in Receiver, c/o Prime TEMPUS Inc, DRIPPING SPRINGS, TX, 78620, US | E107 | 16.55 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 2.40 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 3.40 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 14.80 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 0.70 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 7.70 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 6.50 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 3.00 |
| 09/22/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 09/23/09 | DI - PHOTOCOPYING | E101 | 6.00 |
| 09/23/09 | DI - PHOTOCOPYING | E101 | 4.70 |
| 09/23/09 | DI - PHOTOCOPYING | E101 | 7.00 |
| 09/23/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/23/09 | DI - PHOTOCOPYING | E101 | 6.10 |
| 09/23/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/24/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/24/09 | DI - PHOTOCOPYING | E101 | 11.40 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 125.30 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 49.30 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 7.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 28

W.R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

October 14, 2009                                      INVOICE:          234393

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 09/25/09 | DI - PHOTOCOPYING | E101 | 1.60 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 24.80 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 09/25/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 09/29/09 | TRANSCRIPTS & DEPOSITIONS - VENDOR: ESQUIRE DEPOSITION SERVICES LLC Original transcript Richard Kowalczyk | E125 | 252.56 |
| 09/29/09 | DI - PHOTOCOPYING | E101 | 3.80 |
| 09/30/09 | DI - PHOTOCOPYING | E101 | 11.30 |

**TOTAL COSTS:**                                              **$6,456.29**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 29

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| October 14, 2009 | INVOICE: | 234393 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AF | AIRFREIGHT | 264.74 |
| AR | AIRFARE/RAIL EXPS. | 2,832.20 |
| BG | DI - BINDING - | 2.00 |
| CM | CLIENT - ON-LINE COMP SVC | 9.95 |
| LB | LIBRARY & LEGAL RESEARCH | 954.40 |
| LT | LOCAL TRAVEL | 871.01 |
| TD | TRANSCRIPTS & DEPOSITIONS | 252.56 |
| TE | AP - TELEPHONE - | 274.29 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 335.70 |
| TS | MEALS AWAY & TRAVEL EXP. | 66.54 |
| XE | DI - PHOTOCOPYING - | 592.90 |
| | **TOTAL COSTS:** | **$6,456.29** |

**TOTAL DUE:**                                    **$367,766.79**

{D0165040.1 }