**EXHIBIT B**

**Case Administration (1,114.50 Hours; $ 386,530.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        1,114.50**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 84.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05            .10**

**Committee, Creditors', Noteholders' or Equity Holders' (.70 Hours; $ 644.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07            .70**

**Fee Applications, Applicant (24.50 Hours; $ 11,553.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          24.50**

**Hearings (3.50 Hours; $ 3,220.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          3.50**

**Litigation and Litigation Consulting (2,449.00 Hours; $ 1,070,799.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  2,449.00**

**Plan & Disclosure Statement (902.00 Hours; $ 531,462.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  902.00**

**Travel Non-working (115.00 Hours; $ 30,587.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  115.00**