## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 4,132.61 |
| Outside Local Deliveries | 26.77 |
| Research Material | 328.56 |
| Professional Fees & Expert Witness Fees | 146,522.50 |
| Charge of Cell and/or Home Phone Useage | 442.52 |
| Air & Train Transportation | 22,958.65 |
| Meals Related to Travel | 5,937.63 |
| Conference Meals | 235.48 |
| Court Reporting/Transcript Service | 24,329.73 |
| Outside Photocopying/Duplication Service | 22,073.22 |
| Miscellaneous: Client Advances | 26.82 |
| Travel Expenses - Hotel Charges | 13,344.86 |
| Travel Expenses - Ground Transportation | 8,375.65 |
| Travel Expenses – Miscellaneous | 717.40 |
| Travel Expenses - LD Calls on Hotel Bill | 23.71 |
| Local Transportation – DC | 1,072.63 |
| Database Research | 46,182.12 |
| Xeroxing | 6,555.70 |
| Postage & Air Freight | 475.49 |
| Long Distance-Equitrac In-House | 85.96 |
| NYO Long Distance Telephone | 991.20 |
| **Total for Report** | **$304,839.21** |

{D0165927.1 }