IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF THIRTY-FOURTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2009 through September 30, 2009

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $2,018,157.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $304,839.21

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $1,614,526.20

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $304,839.21

Total Amount of Holdback Fees Sought for applicable period:  $403,631.55

{D0165929.1 }

# EXHIBIT D

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 2/28/03; 3434 | 1/1/03-1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | $12,007.20 (80% of $15,009.00) | $2,623.50 |
| 3/31/03; 3572 | 2/1/03-2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | $8,050.40 (80% of $10,063.00) | $2,131.52 |
| 4/29/03; 3719 | 3/1/03-3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | $7,086.40 (80% of $8,858.00) | $501.43 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to September, 2009 Hours | Cumulative July to September, 2009 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $    .00 | 22.4 | $    11,758.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .0 | .00 | 18.1 | 8,065.00 |
| Case Administration | 1,114.5 | 386,530.00 | 5,417.8 | 1,686,823.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .1 | 84.00 | 1,874.4 | 784,691.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .7 | 644.00 | 131.2 | 84,362.00 |
| Employee Benefits/Pension | .0 | .00 | 16.2 | 10,297.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Others | .0 | .00 | 83.4 | 41,095.00 |
| Fee Applications, Applicant | 24.5 | 11,553.50 | 621.4 | 193,825.50 |
| Fee Applications, Others | .0 | .00 | 120.9 | 47,240.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | 3.5 | 3,220.00 | 394.4 | 311,824.00 |
| Litigation and Litigation Consulting | 2,449.0 | 1,070,799.50 | 25,440.9 | 11,385,712.00 |
| Plan & Disclosure Statement | 902.0 | 531,462.00 | 4,730.4 | 2,788,129.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 115.0 | 30,587.25 | 1,692.5 | 442,096.75 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 138.5 | 68,646.50 |
| **Totals** | **4,609.3** | **$2,034,880.25** | **41,030.5** | **$18,003,630.25** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 7/1/09 – 9/30/09 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 46,182.12 | $ 356,870.67 |
| Research Material | 328.56 | 11,189.51 |
| Air Freight & Express Mail | 4,132.61 | 23,639.36 |
| Outside Local Deliveries | 26.77 | 4,208.15 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 235.48 | 13,883.83 |
| Outside Photocopy Service | 22,073.22 | 282,290.73 |
| Professional Fees & Expert Witness Fees | 146,522.50 | 2,187,028.75 |
| Court Reporting/Transcript Service | 24,329.73 | 210,035.01 |
| Miscellaneous Client Advances | 26.82 | 39,237.93 |
| Air & Train Transportation | 22,958.65 | 199,858.94 |
| Meals Related to Travel | 5,937.63 | 28,229.82 |
| Travel Expenses – Hotel Charges | 13,344.86 | 114,184.03 |
| Travel Expenses – Ground Transportation | 8,375.65 | 71,095.84 |
| Travel Expenses – Miscellaneous | 717.40 | 1,959.07 |
| Travel Expenses – LD Calls on Hotel Bill | 23.71 | 1,914.20 |
| Local Transportation -  DC | 1,072.63 | 6,081.63 |
| Local Transportation – NY | .00 | 446.11 |
| Xeroxing | 6,555.70 | 112,841.95 |
| Postage | 475.49 | 6,944.07 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 85.96 | 2,509.19 |
| NYO Long Distance Telephone | 991.20 | 14,901.72 |
| Use of Cell/Home Phone | 442.52 | 2,929.52 |
| **TOTAL** | **$ 304,839.21** | **$ 3,695,961.37** |