**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2009 |
| Wilmington  DE | ACCOUNT NO:  3000-02D |
|  | STATEMENT NO:  100 |

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $1,346.30 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/18/2009 | | | | |
| | MTH | Review correspondence from JS re asset sale motion (ART) | 0.20 | 70.00 |
| 09/22/2009 | | | | |
| | MTH | Correspondence to C&D counsel and Charter Oak re ART Sale Motion | 0.10 | 35.00 |
| | MTH | Reviewing Debtors' Motion for Sale of 5% of ART | 0.50 | 175.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.80 | 280.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $350.00 | $280.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 280.00 |
| BALANCE DUE | $1,626.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          09/30/2009
Wilmington  DE                                      ACCOUNT NO:     3000-04D
                                                    STATEMENT NO:        100

Case Administration

PREVIOUS BALANCE                                                   $1,580.77

09/30/2009      Payment - Thank you. (June, 2009 - 80% Fees)         -105.60

BALANCE DUE                                                        $1,475.17

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2009 |
| Wilmington DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:    100 |

Claims Analysis Objection & Resolution (Asbestos)

| | | | |
|---|---|---:|---:|
| PREVIOUS BALANCE | | | $4,945.80 |
| | | HOURS | |
| 09/03/2009 | | | |
| MTH | Reviewing Debtors' settlement motions with FF Thompson, Gulf Atlantic, Olympus 555. | 0.50 | 175.00 |
| 09/13/2009 | | | |
| MTH | Reviewing Debtors' settlement motions with Allegheny, Chicago Historical and the Burgdoff Building, Main Plaza, North Arkansas Regional, John Muir Hospital, Glen Oak, Hyatt and KARK-TV | 1.80 | 630.00 |
| | FOR CURRENT SERVICES RENDERED | 2.30 | 805.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 2.30 | $350.00 | $805.00 |

| | | |
|---|---|---:|
| TOTAL CURRENT WORK | | 805.00 |
| 09/30/2009 | Payment - Thank you. (June, 2009 - 80% Fees) | -280.00 |
| BALANCE DUE | | $5,470.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2009 |
| Wilmington  DE | ACCOUNT NO:        3000-06D |
|  | STATEMENT NO:             100 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,089.20 |

| | | | HOURS | |
|---|---|---|---|---|
| 09/18/2009 | | | | |
| | MTH | Reviewing correspondence re ordinary course affidavit | 0.10 | 35.00 |
| 09/22/2009 | | | | |
| | MTH | Correspondence to counsel at C&D re BNSF motion | 0.20 | 70.00 |
| | MTH | Reviewing Debtors' Motion re Settlement of environmental claims with BNSF | 0.60 | 210.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.90 | 315.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $350.00 | $315.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 315.00 |

| | | |
|---|---|---|
| 09/30/2009 | Payment - Thank you. (June, 2009 - 80% Fees) | -140.00 |

|  |  |
|---|---|
| BALANCE DUE | $1,264.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-07D |
| | STATEMENT NO:         100 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $40,758.44 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **09/01/2009** | | | |
| KCD | Draft hearing memo; e-mail re: same | 0.60 | 183.00 |
| PEM | Review daily memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Prepare and file 2019 of Cooney and Conway; e-mail confirmation of same | 0.40 | 40.00 |
| MB | Docket review and retrieval | 0.20 | 19.00 |
| MTH | Reviewing correspondence re asset sale motion | 0.20 | 70.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| | | | |
| **09/02/2009** | | | |
| PEM | Respond to claimant inquiries re: confirmation hearing. | 0.40 | 166.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| DAC | Review settlement proposal letter from Libby Claimants counsel; review memorandum and motion in liminie | 0.30 | 142.50 |
| | | | |
| **09/03/2009** | | | |
| PEM | Review daily memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| | | | |
| **09/04/2009** | | | |
| PEM | Review memo re: weekly recommendations. | 0.20 | 83.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| SMB | Prepare weekly recommendation memo | | 1.50 | 150.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 95.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo and correspondence to counsel to Committee re same | | 2.40 | 840.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| DAC | Review documents related to $73.8 million settlement with AIG/Chartis, with memorandum from Caplin | | 0.50 | 237.50 |
| **09/08/2009** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| DAC | Review report and responses re: settlement with the Libby Claimants | | 0.30 | 142.50 |
| **09/09/2009** | | | | |
| PEM | Review memos re: insurance settlements and confidentiality and audit rights. | | 0.50 | 207.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| SMB | Prepare and file 2019 of Edward Moody; e-mail confirmation of same | | 0.40 | 40.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **09/10/2009** | | | | |
| PEM | Review agreements and counsel memos re: insurance settlements and confidentiality and audit rights. | | 0.40 | 166.00 |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| PEM | Review memo re: Edwards bonded judgment. | | 0.30 | 124.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| **09/11/2009** | | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.20 | 83.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| SMB | Prepare weekly recommendation memo | | 2.00 | 200.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---:|---:|
| **09/13/2009** | | | |
| MTH | Prepare weekly recommendation memo | 2.10 | 735.00 |
| | | | |
| **09/14/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Coordinate logistics for hearings on 9/15/09, 9/16/09, and 9/17/09; e-mail re: same | 0.30 | 30.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| DAC | Review additional material re: $81M settlement and memorandum re: Edward's bonded judgments | 0.40 | 190.00 |
| | | | |
| **09/15/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| | | | |
| **09/16/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Coordinate logistics for hearing on 9/17/09; e-mail confirmation of same | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| | | | |
| **09/17/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| | | | |
| **09/18/2009** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 83.00 |
| KH | Review pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 44.00 |
| KH | Finalize and distribute Weekly Recommendation Memos to Committee | 0.30 | 33.00 |
| KH | Revision of Weekly Recommendation Memo (adding new motions and orders) | 1.50 | 165.00 |
| KH | Meet with MTH re: Weekly Memos | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo | 1.40 | 490.00 |
| DAC | Review counsel's weekly memorandum | 0.30 | 142.50 |

Page: 4
09/30/2009
ACCOUNT NO: 3000-07D
STATEMENT NO: 100

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **09/21/2009** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.00 |
| PEM | Review memos re: confirmation hearing and financial update from counsel to ACC. | 0.60 | 249.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Coordinate logistics for hearing on 9/29/09 and multiple e-mails re: same | 0.40 | 40.00 |
| KH | Meet with MTH re: calendar of upcoming case deadlines; Prepare and e-mail to K. MaClay | 0.60 | 66.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review correspondence from EI re update re settlement | 0.10 | 35.00 |
| MTH | Review correspondence from EI re Plan Confirmation | 0.20 | 70.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| **09/22/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| MTH | Telephone conference with ACM re hearing transcripts | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **09/23/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MB | Retrieved, reviewed and distributed fee auditor's reports | 0.30 | 28.50 |
| MTH | Review correspondence from EI re correspondence to Committee re recent filings | 0.10 | 35.00 |
| MTH | Review correspondence from JS re correspondence to Committee re recent filings | 0.10 | 35.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **09/24/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Continue preparation of weekly recommendation memorandum | 0.30 | 30.00 |
| SMB | Prepare correspondence to court reporter regarding transcript revisions | 0.10 | 10.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| **09/25/2009** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 83.00 |
| DAC | Review of counsel's weekly memorandum | 0.20 | 95.00 |

Page: 5
09/30/2009

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:     100

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| SMB | Finalize weekly recommendation memorandum | | 0.40 | 40.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo | | 2.00 | 700.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **09/28/2009** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **09/29/2009** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| PEM | Review memo re: Valuations. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| SMB | Coordinate logistics for hearing on October 7, 2009; e-mails re: same | | 0.30 | 30.00 |
| MTH | Review correspondence from EI re PI settlement | | 0.10 | 35.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **09/30/2009** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 10.00 |
| MTH | Review correspondence from PVNL re draft hearing memo | | 0.10 | 35.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| MTH | Drafting memorandum to Committee re omnibus hearing and correspondence EI, PVNL, NDF re same | | 1.00 | 350.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| DAC | Review 9/30 memo re: 9/29/ hearing | | 0.10 | 47.50 |
| KH | Prepare Memorandum for 9/29/09 hearing | | 0.30 | 33.00 |
| | FOR CURRENT SERVICES RENDERED | | 33.50 | 8,727.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Douglas A. Campbell | 2.50 | $475.00 | $1,187.50 |
| Philip E. Milch | 4.00 | 415.00 | 1,660.00 |
| Michele Kennedy | 0.30 | 130.00 | 39.00 |
| Santae M. Boyd | 8.60 | 100.00 | 860.00 |
| Matthew Brushwood | 0.50 | 95.00 | 47.50 |
| Mark T. Hurford | 12.00 | 350.00 | 4,200.00 |
| Kathleen Campbell Davis | 0.60 | 305.00 | 183.00 |
| Katherine Hemming | 5.00 | 110.00 | 550.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 6
09/30/2009
ACCOUNT NO:          3000-07D
STATEMENT NO:               100


TOTAL CURRENT WORK                                                    8,727.00


09/30/2009     Payment - Thank you. (June, 2009 - 80% Fees)          -7,046.40


BALANCE DUE                                                         $42,439.04


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2009
ACCOUNT NO:    3000-08D
STATEMENT NO:    99

Employee Benefits/Pension

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $2,265.00 |

| | | HOURS | |
|---|---|---|---|
| **09/18/2009** | | | |
| MTH | Review correspondence from JS re defined contribution motion | 0.20 | 70.00 |
| **09/21/2009** | | | |
| MTH | Review correspondence from EI re Defined contribution motion | 0.10 | 35.00 |
| **09/22/2009** | | | |
| MTH | Correspondence to C&D counsel re Defined Contribution Motion | 0.20 | 70.00 |
| MTH | Reviewing Debtors' Motion re Defined Contribution Motion | 0.30 | 105.00 |
| **09/25/2009** | | | |
| MTH | Additional review of Defined Benefit Contribution Motion | 0.30 | 105.00 |
| | FOR CURRENT SERVICES RENDERED | 1.10 | 385.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $350.00 | $385.00 |

TOTAL CURRENT WORK                                     385.00

09/30/2009    Payment - Thank you. (June, 2009 - 80% Fees)                -1,708.00

BALANCE DUE                                              $942.00

Page: 2

W.R. Grace

09/30/2009

ACCOUNT NO:      3000-08D

STATEMENT NO:               99

Employee Benefits/Pension

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                09/30/2009
Wilmington  DE                                    ACCOUNT NO:        3000-10D
                                                  STATEMENT NO:            100

Employment Applications, Others

PREVIOUS BALANCE                                                      $1,197.70

BALANCE DUE                                                          $1,197.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                     09/30/2009
Wilmington  DE                                          ACCOUNT NO:        3000-11D
                                                        STATEMENT NO:             98

Expenses

PREVIOUS BALANCE                                                          $58,719.87

| Date | Description | Amount |
|------|-------------|-------:|
| 09/01/2009 | Federal Express to Erroll Butts at Caplin & Drysdale on 8/28/09 | 14.45 |
| 09/01/2009 | IKON - Copy/ Service of July fee applications | 380.50 |
| 09/01/2009 | Pacer Charges for the month of July | 41.76 |
| 09/01/2009 | Pacer Charges for the month of August | 181.60 |
| 09/03/2009 | IKON - Copy/ Service reply to Plan Proponents in support of motion in limine | 677.40 |
| 09/03/2009 | Parcels, Inc. - Copy/ Service stipulation re: testimony of Dr. Longo re: Plan confirmation | 4,678.61 |
| 09/03/2009 | Postage - McComas Deposition Notice | 1.32 |
| 09/07/2009 | MTH - Lunch in Pittsburgh, PA for Confirmation hearing | 13.79 |
| 09/08/2009 | IKON - Copy/ Service of certificate of no objection for LAS June fee application | 39.60 |
| 09/08/2009 | PC Network Services, Inc. - Network setup of Caplin & Drysdale for WR Grace Hearings | 683.00 |
| 09/09/2009 | Parking expense for W.R. Grace hearings from 9/7/09 through 9/11/09 | 250.00 |
| 09/09/2009 | MTH - Breakfast in Pittsburgh, PA for Confirmation hearing | 9.49 |
| 09/10/2009 | Parcels, Inc. - Copy of materials for service, service was cancelled | 66.85 |
| 09/10/2009 | MTH - Breakfast in Pittsburgh, PA for Confirmation hearing | 13.53 |
| 09/11/2009 | MTH - Airfare from Pittsburgh, PA to Philadelphia, PA from Confirmation Hearing | 124.60 |
| 09/11/2009 | MTH - Overnight parking at Philadelphia airport for Confirmation hearing | 100.00 |
| 09/11/2009 | MTH - Taxi fare in Pittsburgh, PA for Week 1 of Confirmation Hearing | 107.00 |
| 09/13/2009 | MTH - Roundtrip airfare from Philadelphia, PA to Pittsburgh, PA  for Confirmation Hearing | 264.20 |
| 09/13/2009 | MTH - Taxi fare in Pittsburgh, PA for Week 2 of Confirmation Hearing | 119.00 |
| 09/13/2009 | MTH - Lunch in Pittsburgh, PA for Confirmation hearing | 7.35 |
| 09/14/2009 | DAC - Dinner expense in Pittsburgh, PA on 9/9/09 for five people | 250.00 |
| 09/14/2009 | James McGregor - Transportation of documents to and from W.R. Grace hearings in Pittsburgh | 700.00 |
| 09/15/2009 | IKON - Copy/ service of certificate of no objection to April 2009 through June 2009 interim fee applications | 72.70 |

Page: 2
09/30/2009

W.R. Grace

ACCOUNT NO:      3000-11D
STATEMENT NO:           98

Expenses

| Date | Description | Amount |
|---|---|---|
| 09/16/2009 | AT&T Long Distance Phone Calls | 47.77 |
| 09/18/2009 | Regency Transportation Group - transportation to and from Court during trial | 768.00 |
| 09/21/2009 | Federal Express to Peter Van N. Lockwood of Caplin & Drysdale on 9/16/09 | 16.27 |
| 09/21/2009 | Federal Express to Peter Van N. Lockwood of Caplin & Drysdale on 9/17/09 | 17.44 |
| 09/21/2009 | Federal Express to Mark Hurford on 9/18/09 | 22.33 |
| 09/21/2009 | Federal Express to Peter Van N. Lockwood of Caplin & Drysdale on 9/18/09 | 8.32 |
| 09/21/2009 | Federal Express to Nathaniel Kritzer of Kirkland & Ellis, LLP on 9/17/09 | 39.70 |
| 09/21/2009 | Federal Express to Robert Horkovich of Anderson Kill & Olick on 9/17/09 | 32.38 |
| 09/21/2009 | Federal Express 6 boxes to Robert Horkovich  of Anderson Kill & Olick PC on 9/17/09 | 293.05 |
| 09/23/2009 | IKON - Copy/ Service of July 2009 certificates of no objection | 65.40 |
| 09/29/2009 | Marshall Stern - Transportation of documents to and from W.R. Grace hearings in Pittsburgh | 800.00 |
| 09/30/2009 | Printing Charges - September 2009 | 765.30 |
| 09/30/2009 | Scanning Charges - September 2009 | 132.90 |
| 09/30/2009 | Courtcall for James Wehner for hearing on 7/30/09 | 93.00 |
| 09/30/2009 | Courtcall for Peter Lockwood for hearing on 7/30/09 | 93.00 |
| 09/30/2009 | Courtcall for MTH for hearing on 7/30/09 | 93.00 |
| 09/30/2009 | Courtcall for Nathan Finch for hearing on 7/30/09 | 30.00 |
| 09/30/2009 | Courtcall for Bernard Bailor for hearing on 7/30/09 | 93.00 |
| 09/30/2009 | Courtcall appearance for Jeffrey Liesemer for hearing on 8/24/09 | 212.00 |
| 09/30/2009 | Courtcall appearance for Robert Horkovich for hearing on 8/24/09 | 79.00 |
| 09/30/2009 | Courtcall appearance for Peter Lockwood for hearing on 9/1/09 | 37.00 |
| 09/30/2009 | Courtcall appearance for MTH for hearing on 9/1/09 | 44.00 |
| 09/30/2009 | FedEx Office - Misc. supplies for hearings in Pittsburgh, PA | 110.51 |
| | TOTAL EXPENSES | 12,690.12 |
| | TOTAL CURRENT WORK | 12,690.12 |
| 09/30/2009 | Payment - Thank you. (June, 2009 - 100% Expenses) | -4,910.19 |
| | BALANCE DUE | $66,499.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:          98 |

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $5,440.30 |

|  |  | | HOURS | |
|---|---|---|---|---|
| **09/01/2009** | | | | |
| KCD | Review C&L application | | 0.30 | 91.50 |
| KH | Prepare Excel spreadsheet for C&L July re: professional hours v. project categories | | 0.40 | 44.00 |
| KH | Review e-mail from DS re: July bill(.1); Prepare C&L July Fee Application(.7); Finalize and e-file fee app(.3) | | 1.10 | 121.00 |
| **09/03/2009** | | | | |
| PEM | Review August prebill for Pgh time. | | 0.20 | 83.00 |
| **09/13/2009** | | | | |
| MTH | Reviewing pre-bill | | 1.90 | 665.00 |
| **09/15/2009** | | | | |
| KCD | Review and sign CNO re: C&L interim | | 0.20 | 61.00 |
| KH | Review case docket for objections to C&L May-July Interim(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| **09/23/2009** | | | | |
| KCD | Review and sign CNO re: C&L application | | 0.20 | 61.00 |
| KH | Review case docket for objections to C&L July Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
|  | FOR CURRENT SERVICES RENDERED | | 5.30 | 1,236.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 1.90 | 350.00 | 665.00 |
| Kathleen Campbell Davis | 0.70 | 305.00 | 213.50 |
| Katherine Hemming | 2.50 | 110.00 | 275.00 |

Page: 2

W.R. Grace

09/30/2009

ACCOUNT NO:        3000-12D
STATEMENT NO:              98

Fee Applications, Applicant

TOTAL CURRENT WORK                                                          1,236.50

09/30/2009      Payment - Thank you. (June, 2009 - 80% Fees)                      -665.60

BALANCE DUE                                                           $6,011.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

<table>
<tr><td></td><td>Page: 1</td></tr>
</table>

W.R. Grace

09/30/2009

Wilmington  DE

ACCOUNT NO:      3000-13D
STATEMENT NO:            85

Fee Applications, Others

PREVIOUS BALANCE                                                        $13,948.30

|  |  | HOURS |  |
|---|---|---|---|
| **09/01/2009** |  |  |  |
| KCD | Review AKO application | 0.30 | 91.50 |
| KH | Review e-mail from D. Relles re: July bill(.1); Prepare LAS July Fee Application(.6); Finalize and e-file fee app(.3) | 1.00 | 110.00 |
| KH | Review e-mail from A. Pelton re: July bill(.1); Prepare AKO July Fee Application(.8); Finalize and e-file fee app(.3) | 1.20 | 132.00 |
| KH | Review e-mail from B. Lindsay re: July bill(.1); Prepare Charter Oak July Fee Application(.6); Finalize and e-file fee app(.3) | 1.00 | 110.00 |
| KH | Review e-mail from E. Benetos re: July fee application(.1); Update C&D July Fee Application(.3); Finalize and e-file fee app(.3) | 0.70 | 77.00 |
| **09/03/2009** |  |  |  |
| KH | Review July Fee Application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Tre Angeli(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Bilzin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | KH | Review July Fee Application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Piper Jaffray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August Fee Application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review May-July Fee Application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review August 2005-January 2009 Fee Application of W.D. Hilton(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 09/08/2009 | | | | |
| | KCD | Review and sign CNO re: LAS | 0.20 | 61.00 |
| | KH | Review case docket for objections to LAS June Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| 09/09/2009 | | | | |
| | KH | Review June Fee Application of Beveridge(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April Fee Application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review May Fee Application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Blackstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review June Fee Application of Nelson Mullins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review July Fee Application of Nelson Mullins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review April-June Interim Fee Application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 09/15/2009 | | | | |
| | KCD | Review and sign CNO re: committee expense interim | 0.20 | 61.00 |
| | KCD | Review and sign CNO re: C&D interim | 0.20 | 61.00 |
| | KCD | Review and sign CNO re: AKO interim | 0.20 | 61.00 |
| | KCD | Review and sign CNO re: LAS interim | 0.20 | 61.00 |
| | KCD | Review and sign CNO re: Charter Oak interim | 0.20 | 61.00 |

Page: 3
W.R. Grace                                                                                  09/30/2009
                                                              ACCOUNT NO:        3000-13D
                                                              STATEMENT NO:             85

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KH | Review case docket for objections to C&D May-July Interim(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to LAS May-July Interim(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO May-July Interim(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak May-July Interim(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Committee May-July Interim(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |

09/18/2009
| KH | Review July Fee Application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August Fee Application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review AUgust Fee Application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of Piper Jaffray & Co.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of Orrick Herrington Sutcliffe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

09/21/2009
| MTH | Reviewing Fee Auditor's Report for K & E | 0.30 | 105.00 |

09/23/2009
| KCD | Review and sign CNO re: C&D application | 0.20 | 61.00 |
| KCD | Review and sign CNO re: LAS application | 0.20 | 61.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 61.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 61.00 |
| KCD | Discussions with MTH re: confirmation expense issues | 0.30 | 91.50 |
| KH | Review case docket for objections to C&D July Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to LAS July Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak July Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO July Fee Application(.1); | | |

Page: 4
09/30/2009

W.R. Grace

ACCOUNT NO:    3000-13D
STATEMENT NO:    85

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| MTH | Discussion with MB and KLH re Fee Auditor reports for ACC professionals | 0.30 | 105.00 |
| **09/24/2009** |  |  |  |
| KCD | Review fee auditor report re: Charter Oak | 0.10 | 30.50 |
| KCD | Review fee auditor report re: C&D | 0.10 | 30.50 |
| KCD | Review fee auditor report re: LAS and AKO | 0.10 | 30.50 |
| MTH | Reviewing fee auditor reports and related filings for hearing on Interim Fee Applications for ACC professionals and correspondence to and from C&D re same | 0.80 | 280.00 |
| **09/25/2009** |  |  |  |
| KH | Review May Fee Application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June Fee Application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-August Fee Application of Protiviti(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August Fee Application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | FOR CURRENT SERVICES RENDERED | 21.60 | 3,277.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $350.00 | $490.00 |
| Kathleen Campbell Davis | 2.90 | 305.00 | 884.50 |
| Katherine Hemming | 17.30 | 110.00 | 1,903.00 |

TOTAL CURRENT WORK                                                 3,277.50


09/30/2009        Payment - Thank you. (June, 2009 - 80% Fees)                -1,916.00

W.R. Grace

09/30/2009
ACCOUNT NO:     3000-13D
STATEMENT NO:            85

Fee Applications, Others


BALANCE DUE                                                          $15,309.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
09/30/2009

W.R. Grace
Wilmington  DE

ACCOUNT NO:    3000-15D
STATEMENT NO:    100

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $32,174.65 |
| **09/01/2009** | | HOURS | |
| KCD | Discussion with MTH re: matters scheduled for hearing | 0.20 | 61.00 |
| KCD | Prepare for and participate in telephonic hearing | 1.10 | 335.50 |
| **09/04/2009** | | | |
| MTH | Preparing for confirmation hearing and related correspondence re filings to be completed | 4.70 | 1,645.00 |
| **09/06/2009** | | | |
| MTH | Correspondence re confirmation hearing | 0.20 | 70.00 |
| **09/07/2009** | | | |
| MTH | Preparing for confirmation hearing | 5.50 | 1,925.00 |
| **09/08/2009** | | | |
| MTH | Preparing for and attending confirmation hearing | 11.20 | 3,920.00 |
| MTH | Preparing for confirmation hearing | 3.00 | 1,050.00 |
| **09/09/2009** | | | |
| MTH | Preparing for and attending Confirmation hearing | 11.00 | 3,850.00 |
| MTH | Preparing for Confirmation hearing | 2.80 | 980.00 |
| **09/10/2009** | | | |
| MTH | Preparing for and attending Confirmation hearing | 10.00 | 3,500.00 |
| MTH | Preparing for Confirmation hearing | 1.80 | 630.00 |
| **09/11/2009** | | | |
| MTH | Preparing for and attending Confirmation Hearing | 10.00 | 3,500.00 |

W.R. Grace

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/13/2009 | MTH | Preparing for hearing | 5.70 | 1,995.00 |
| 09/14/2009 | MTH | Attending hearing | 9.00 | 3,150.00 |
|  | MTH | Preparing for hearing | 3.40 | 1,190.00 |
| 09/15/2009 | MTH | Attending hearing | 10.30 | 3,605.00 |
|  | MTH | Preparing for hearing | 1.50 | 525.00 |
| 09/16/2009 | MTH | Attending hearing | 7.50 | 2,625.00 |
| 09/17/2009 | MTH | Attending Confirmation Hearing (telephonic) | 3.70 | 1,295.00 |
| 09/18/2009 | MTH | Correspondence to and from JON re preliminary hearing agenda and correspondence to counsel re same | 0.40 | 140.00 |
| 09/21/2009 | MTH | Reviewing various correspondence re Sept. 29 hearing | 0.20 | 70.00 |
| 09/22/2009 | MTH | Reviewing transcript for hearing | 0.20 | 70.00 |
|  | MTH | Review correspondence from KO re omnibus hearing and response to same | 0.20 | 70.00 |
|  | MTH | Review correspondence from RH re hearing; telephone call re same; correspondence to RH re same | 0.20 | 70.00 |
|  | MTH | Correspondence to C&D counsel re Hearing Agenda | 0.30 | 105.00 |
| 09/25/2009 | MTH | Preparing for hearing | 0.40 | 140.00 |
| 09/28/2009 | KH | Review Agenda for 9/29/09 hearing(.1); Review case docket for recently filed pleadings and prepare attorney binder for hearing(.3) | 0.40 | 44.00 |
| 09/29/2009 | MTH | Review correspondence from MEC re hearing on discovery disputes | 0.10 | 35.00 |
|  | MTH | Various correspondence re preparations for October telephonic hearing re discovery disputes | 0.30 | 105.00 |
|  | MTH | Preparing for and attending omnibus hearing | 1.50 | 525.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 106.80 | 37,225.50 |

Page: 3
09/30/2009

W.R. Grace

| | ACCOUNT NO: | 3000-15D |
| --- | --- | --- |
| | STATEMENT NO: | 100 |

Hearings

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Mark T. Hurford | 105.10 | $350.00 | $36,785.00 |
| Kathleen Campbell Davis | 1.30 | 305.00 | 396.50 |
| Katherine Hemming | 0.40 | 110.00 | 44.00 |

| | | |
| --- | --- | --- |
| TOTAL CURRENT WORK | | 37,225.50 |

| 09/30/2009 | Payment - Thank you. (June, 2009 - 80% Fees) | -8,691.20 |
| --- | --- | --- |

| BALANCE DUE | | $60,708.95 |
| --- | --- | --- |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    09/30/2009
Wilmington  DE                                    ACCOUNT NO:    3000-16D
                                                 STATEMENT NO:        85

Litigation and Litigation Consulting

PREVIOUS BALANCE                                              -$1,492.30

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/2009 | | | | |
| KCD | Discussion with MTH re: ruling on motion in limine | | 0.10 | 30.50 |
| 09/18/2009 | | | | |
| MTH | Reviewing Arrowood counter-designation | | 0.20 | 70.00 |
| MTH | Correspondence to and from RH re Arrowood appeal, possible filing | | 0.20 | 70.00 |
| 09/22/2009 | | | | |
| MTH | Correspondence to counsel re Arrowood counter-designation re insurance settlement | | 0.10 | 35.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.60 | 205.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $350.00 | $175.00 |
| Kathleen Campbell Davis | 0.10 | 305.00 | 30.50 |

TOTAL CURRENT WORK                                              205.50

CREDIT BALANCE                                              -$1,286.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      09/30/2009
Wilmington  DE                                          ACCOUNT NO:        3000-17D
                                                        STATEMENT NO:              85

Plan and Disclosure Statement

PREVIOUS BALANCE                                                        $138,803.50

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/2009 |  |  |  |  |
|  | MK | Assist with issues related to plan confirmation hearing. | 1.80 | 234.00 |
|  | MTH | Telephone conference with DF re confirmation matters | 0.20 | 70.00 |
|  | PEM | Review Plan objections and settlement proposals. | 0.40 | 166.00 |
|  | KH | Review e-mail from R. Chung re: Daubert Motion; Research and draft responsive email | 0.20 | 22.00 |
|  | KH | Review multiple e-mails from M. Fanone re: missing deposition transcripts(.3); Review multiple Notices of Deposition, research case docket for witness lists, follow-up re: deposition cancellations, and draft responsive e-mail re: transcripts(2.5); Meet with MTH re: the same(.3) | 3.10 | 341.00 |
|  | MTH | Preparations for Plan Confirmation Hearings, including conference call with co-counsel re same; reviewing exhibits and documents for hearing and correspondence re organization re same; reviewing correspondence re Plan Confirmation Depositions, reviewing various filings re objections to proposed Plan exhibits, reviewing Libby Claimants Opposition to Motion in Limine re Experts, reviewing Libby Response to Arrowood | 8.50 | 2,975.00 |
| 09/02/2009 |  |  |  |  |
|  | MK | Assist with matters related to plan hearings. | 3.50 | 455.00 |
|  | KH | Review e-mail from M. Greene re: Index of Objections to Plan (.2); Research and update case docket and draft responsive e-mail to M. Greene (1.9) | 2.10 | 231.00 |
|  | KH | Contact Magna Legal Services re: McKee Deposition(.2); Draft e-mail containing McKee Deposition transcript(.1) | 0.30 | 33.00 |
|  | KH | Further emails with M. Greene and M. Fanone re: deposition transcripts | 0.20 | 22.00 |
|  | KH | Assist with trial preparation | 6.80 | 748.00 |
|  | MTH | Working on Plan Confirmation matters and related filings, correspondence and review of draft Replies in support of Priest and Shein Daubert Motions, McComas deposition, opposition to lenders request for judicial notice, reviewing final objection chart, reviewing draft |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | objection to exhibits proposed by Plan Objectors, reviewing and revising indexes of documents needed for Plan Confirmation hearing and preparations for same | 8.50 | 2,975.00 |
| **09/03/2009** |  |  |  |
| KH | Review multiple emails from M. Greene re: discovery(.4); Review Index of Libby Discovery Responses, research, update index and e-mail to M. Greene(.6); Review Index of Discovery Responses to Libby, research, update index and e-mail to M. Greene(.8); Review Index of Discovery Responses to Co-Defendants, research, update index and e-mail to M. Greene(1.1); Review Index of Discovery Responses to Others, research, update index and e-mail to M. Greene(.9); | 3.80 | 418.00 |
| KH | Update Notice of Deposition of Al McComas and prepare COS(.3); Finalize and e-file(.3) | 0.60 | 66.00 |
| KH | Update Reply re: Priest Motion and prepare COS(.3); Finalize and e-file(.3) | 0.60 | 66.00 |
| KH | Update Reply re: Shein Motion and prepare COS(.3); Finalize and e-file(.3) | 0.60 | 66.00 |
| DAC | Work on preparation for confirmation hearing | 4.00 | 1,900.00 |
| MK | Assist with matters related to confirmation hearing. | 1.80 | 234.00 |
| KH | Assist with trial preparation | 1.10 | 121.00 |
| MTH | Correspondence re revisions to Al McComas notice of deposition, reviewing and revising same, attention to filing and service of same. | 0.50 | 175.00 |
| MTH | Correspondence re Reply Brief for Shein Daubert Motion and Reply Brief re Priest Daubert Motion, reviewing and revising draft versions re same; attention to finalizing and service of same | 1.70 | 595.00 |
| MTH | Reviewing and revising draft stipulation re Longo Testimony and exhibits thereto, attention to service of same | 0.80 | 280.00 |
| MTH | Preparing for Confirmation hearing, including reviewing recently filed pleadings and review of documents, discovery responses and requests and Plan Confirmation exhibits, correspondence with co-counsel re same | 6.50 | 2,275.00 |
| SMB | Prepare Stipulation re: Testimony of Dr. Longo; prepare certificate of service, service list, address filing and service | 0.40 | 40.00 |
| **09/04/2009** |  |  |  |
| PEM | Assist in preparation for confirmation hearing; mtg with counsel re: documents. | 0.80 | 332.00 |
| MK | Assist with matters related to confirmation hearing. | 1.50 | 195.00 |
| KH | Review emails re: Errata sheets; Research and draft responsive email | 0.30 | 33.00 |
| KH | Review e-mail from NDF re: Whitehouse reliance materials and Molgaard Report(.1); Research and draft responsive e-mail re: the same(.9) | 1.00 | 110.00 |
| KH | Review e-mail from R. Chung re: MCC; Research and draft responsive email | 0.40 | 44.00 |
| KH | Assist with trial preparation | 9.20 | 1,012.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/07/2009 |  |  |  |  |
|  | PEM | Assist in preparation for confirmation hearing; mtg with counsel re: documents. | 0.70 | 290.50 |
| 09/08/2009 |  |  |  |  |
|  | KH | Review e-mail from MTH re: ACC exhibits; Draft e-mail to committee re: the same | 0.10 | 11.00 |
|  | KH | Review e-mail from R. Chung re: discovery; Research and draft responsive email | 0.40 | 44.00 |
|  | KH | Review e-mail from MTH re: Kowalczyk deposition; Draft e-mail to T. Duffy re: the same | 0.20 | 22.00 |
|  | KH | Review e-mail from C&D re: deposition transcripts; draft e-mail re: the same | 0.20 | 22.00 |
|  | PEM | Review memo and address extraordinary claim issues. | 0.50 | 207.50 |
|  | MK | Assist with matters related to confirmation hearing. | 1.10 | 143.00 |
| 09/09/2009 |  |  |  |  |
|  | MK | Assist with matters related to plan confirmation hearing. | 1.40 | 182.00 |
|  | KH | Review e-mail from MTH re: PD Settlements(.1); Review multiple motions to approve PD settlements and prepare chart re: the same and e-mail to MTH(1.1) | 1.20 | 132.00 |
| 09/10/2009 |  |  |  |  |
|  | MK | Assist with matters related to confirmation hearing. | 0.30 | 39.00 |
| 09/11/2009 |  |  |  |  |
|  | MK | Assist with matters related to confirmation hearing. | 0.80 | 104.00 |
|  | SEL | Coordinate with MH re: logistical support at trial; telephone conference with M. Stern re: assistance | 0.40 | 190.00 |
| 09/12/2009 |  |  |  |  |
|  | MTH | Work re confirmation hearing and related correspondence | 2.30 | 805.00 |
| 09/14/2009 |  |  |  |  |
|  | PEM | Review correspondence re: indirect claims and Garlock; developments at hearing. | 0.40 | 166.00 |
|  | MK | Assist with matters related to confirmation hearing. | 0.80 | 104.00 |
|  | KH | Review multiple emails re: hearing logistics and draft responsive email | 0.30 | 33.00 |
|  | KH | Review e-mail from MTH re: distribution of Peterson Expert Report; Research and draft responsive email | 1.20 | 132.00 |
|  | KCD | Review confirmation transcript; e-mails with counsel re: same | 0.80 | 244.00 |
| 09/15/2009 |  |  |  |  |
|  | MK | Attention to assistance with matters related to confirmation hearing. | 0.70 | 91.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/16/2009** | | | | |
| | MK | Assist with matters related to confirmation hearing. | 0.80 | 104.00 |
| **09/17/2009** | | | | |
| | MK | Assist with matters related to confirmation hearing. | 0.40 | 52.00 |
| | MTH | Correspondence to and from KCM re Plan Confirmation | 0.20 | 70.00 |
| | KCD | Discussions re: confirmation matters and outcome of trial to date | 1.00 | 305.00 |
| **09/18/2009** | | | | |
| | MTH | Review correspondence from TS re response re ballot stipulation | 0.10 | 35.00 |
| | MTH | Review correspondence from DF re preliminary hearing agenda and response to same | 0.20 | 70.00 |
| | MTH | Review correspondence from PB re Order from JKF re redaction to hearing transcript | 0.10 | 35.00 |
| | MTH | Reviewing stipulation re tabulation of Libby Claimant votes | 0.30 | 105.00 |
| | MTH | Correspondence to and from MRE and PEM re Plan Confirmation Hearing | 0.10 | 35.00 |
| | MTH | Review correspondence from TS and DS re Plan confirmation exhibits | 0.10 | 35.00 |
| **09/21/2009** | | | | |
| | PEM | Review memos and summary reports re: Plan confirmation and open issues. | 0.50 | 207.50 |
| | MTH | Telephone conference with NDF re Plan Confirmation proceedings, additional hearings, transcripts | 0.30 | 105.00 |
| | MTH | Telephone conference with KCM re Plan Confirmation deadlines | 0.10 | 35.00 |
| | MTH | Review correspondence from NDF re confirmation hearing transcript | 0.10 | 35.00 |
| | MTH | Correspondence to and from NDF and JR re hearing transcript review | 0.30 | 105.00 |
| | MTH | Reviewing DE local rules, PA local rules and other orders re revisions to hearing transcripts, procedure re same and correspondence to and from MK re same | 0.80 | 280.00 |
| | MTH | Review correspondence from NDF to Lacey re Court's order re revisions for confidentiality | 0.10 | 35.00 |
| | MTH | Review correspondence from SAP re Confirmation closing arguments | 0.10 | 35.00 |
| | MTH | Correspondence re expenses for Plan Confirmation hearing support | 0.10 | 35.00 |
| | MTH | Reviewing correspondence re corrected Confirmation transcripts for Sept. 8 and 9 and correspondence to counsel at C&D re same | 0.30 | 105.00 |
| | MTH | Additional correspondence with NDF re hearing transcripts | 0.10 | 35.00 |
| | MTH | Brief review of initial transcripts of hearings on Sept. 14, 16 and 17 and correspondence to C&D counsel re same | 0.40 | 140.00 |
| | MTH | Telephone conference with KCM re upcoming deadlines; reviewing Scheduling Orders re Plan matters to be completed and draft scheduling Order re deadlines and reviewing deadline calendar prepared by KH re same; correspondence to KCM re same | 0.40 | 140.00 |
| | MTH | Review correspondence from VP re Canadian affidavit | 0.20 | 70.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/22/2009** |  |  |  |  |
| MK | Attention to matters related to plan confirmation & transcript issues. | | 0.70 | 91.00 |
| PEM | Address hearing transcript issues. | | 0.40 | 166.00 |
| MTH | Correspondence re portions of testimony for Plan Confirmation and telephone discussion with AM re same | | 0.60 | 210.00 |
| MTH | Multiple correspondence to and from MK re revisions to hearing transcripts | | 0.30 | 105.00 |
| MTH | Reviewing correspondence from Lacey re proposal re hearing transcript revisions | | 0.20 | 70.00 |
| MTH | Reviewing rules and correspondence to and from MK and NDF and JR re revisions to hearing transcripts | | 1.30 | 455.00 |
| MTH | Review correspondence from NDF re briefing re best interest and response to same | | 0.20 | 70.00 |
| **09/23/2009** |  |  |  |  |
| KH | Review e-mail from R. Chung re: revisions to Plan and Disclosure Statement(.1); Research and draft responsive e-mail containing revised exhibits, plan, and disclosure statement(.5) | | 0.60 | 66.00 |
| MTH | Multiple correspondence to and from NDF and JR re review of Plan confirmation transcripts and proposed revisions to same | | 0.30 | 105.00 |
| MTH | Reviewing various correspondence re proposals to revise transcripts per Court Order | | 0.20 | 70.00 |
| MTH | Reviewing correspondence from NDF and MF re Confirmation hearing | | 0.10 | 35.00 |
| MTH | Correspondence to counsel re Court's Modified Order on COC re Libby | | 0.10 | 35.00 |
| MTH | Correspondence to counsel re COC re Libby stipulation | | 0.10 | 35.00 |
| MTH | Reviewing and revising Confirmation exhibit list | | 1.40 | 490.00 |
| MTH | Working on logistics for Plan Confirmation hearing dates in October | | 1.50 | 525.00 |
| **09/24/2009** |  |  |  |  |
| MTH | Reviewing correspondence re Plan exhibits and deposition designations | | 0.20 | 70.00 |
| MTH | Reviewing correspondence from PVNL and NDF re project re confirmation objections and evidence re same | | 0.60 | 210.00 |
| MTH | Review correspondence re revisions to transcript re confidentiality | | 0.10 | 35.00 |
| MTH | Reviewing proposed revisions to hearing transcript and drafting correspondence to Court Reporter re same | | 0.50 | 175.00 |
| MTH | Discussions with KH re hearing logistics | | 0.20 | 70.00 |
| MTH | Review correspondence from RH re deposition transcript | | 0.10 | 35.00 |
| MTH | Brief review of initial draft of hearing transcript and correspondence to counsel at C&D re same | | 0.50 | 175.00 |
| **09/25/2009** |  |  |  |  |
| KH | Review e-mail from NDF re: Confirmation hearing transcripts and meet with MTh re: the same(.3); Review multiple hearing transcripts and meet with MTH re: findings(2.5) | | 2.80 | 308.00 |
| MTH | Review correspondence from KL re Confirmation exhibit list | | 0.10 | 35.00 |
| MTH | Correspondence to and from BS and NDF re proposed revisions to | |  |  |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | hearing transcript |  | 0.20 | 70.00 |
|  | MTH | Reviewing various correspondence with co-counsel and Libby Claimant counsel re Order from JKF re redactions to transcript and discussions re same | 0.30 | 105.00 |
|  | MTH | Correspondence to and from KH re logistics for Oct. hearing | 0.50 | 175.00 |
|  | MTH | Discussion with KH re review of transcripts re confirmation objections and review of transcripts re same | 0.50 | 175.00 |
| 09/28/2009 |  |  |  |  |
|  | MTH | Review correspondence from SB re correspondence from Court Reporter re revised hearing transcripts and correspondence to and from NDF and JR re same | 0.50 | 175.00 |
|  | MTH | Review correspondence re Plan testimony and documents | 0.20 | 70.00 |
|  | MTH | Review correspondence from TS re Confirmation exhibits | 0.10 | 35.00 |
|  | MTH | Correspondence to counsel at C&D re revised Sept. 10 and Sept. 14 hearing transcripts | 0.20 | 70.00 |
|  | MTH | Correspondence to and from NDF re correspondence to Court Reporter re proposed revisions to transcript | 0.20 | 70.00 |
|  | MTH | Reviewing transcripts re issues re Libby Claimants and discussion with KH re same | 1.40 | 490.00 |
|  | MTH | Correspondence to and from KH re logistics for Oct. 13 and 14th hearings | 0.30 | 105.00 |
|  | MTH | Review correspondence from KL re Confirmation Exhibit List | 0.10 | 35.00 |
|  | KH | Meet with MTH re: Confirmation hearing transcripts and draft e-mail re: the same | 0.40 | 44.00 |
| 09/29/2009 |  |  |  |  |
|  | MTH | Review correspondence from RH re Orders recently entered re insurance settlements, review of same and response to RH re same, reviewing correspondence from JB re same | 0.20 | 70.00 |
|  | MTH | Review correspondence from NDF re continued confirmation hearings | 0.10 | 35.00 |
|  | MTH | Correspondence to and from counsel re hearing on Oct. 7 | 0.20 | 70.00 |
|  | MTH | Reviewing draft proposed Stipulation re Finke testimony | 0.30 | 105.00 |
|  | MTH | Review correspondence from JB re remaining PP Plan exhibits to be submitted, limitations thereto | 0.40 | 140.00 |
| 09/30/2009 |  |  |  |  |
|  | MTH | Review correspondence from VP re order granting motion for leave re discovery issues | 0.10 | 35.00 |
|  | MTH | Reviewing Arrowood's objection to LC offer of proof re Dr. Spears testimony | 0.30 | 105.00 |
|  | MTH | Reviewing Arrowood Stipulation re exhibits to be submitted at Confirmation | 0.20 | 70.00 |
|  | MTH | Correspondence to KCM re recent filing | 0.10 | 35.00 |
|  | MTH | Reviewing Anderson Memorial's Reply in support of Motion to Compel and related exhibits | 0.80 | 280.00 |

W.R. Grace

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| MTH | Various correspondence re Anderson Memorial's Reply filed under seal | 0.20 | 70.00 |
| MTH | Reviewing hearing transcript for transcription errors and corrections | 1.90 | 665.00 |
| MTH | Review correspondence from NDF re corrections to Sept. 10 hearing transcript | 0.30 | 105.00 |
| MTH | Reviewing Grace's Motion in Limine re Solomon proposed testimony and attachment thereto | 0.50 | 175.00 |
| MTH | Review correspondence from JB re Ordway testimony | 0.30 | 105.00 |
| | FOR CURRENT SERVICES RENDERED | 116.00 | 28,729.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 4.00 | $475.00 | $1,900.00 |
| Stanley E. Levine | 0.40 | 475.00 | 190.00 |
| Philip E. Milch | 3.70 | 415.00 | 1,535.50 |
| Michele Kennedy | 15.60 | 130.00 | 2,028.00 |
| Santae M. Boyd | 0.40 | 100.00 | 40.00 |
| Mark T. Hurford | 52.40 | 350.00 | 18,340.00 |
| Kathleen Campbell Davis | 1.80 | 305.00 | 549.00 |
| Katherine Hemming | 37.70 | 110.00 | 4,147.00 |

TOTAL CURRENT WORK                                28,729.50

09/30/2009      Payment - Thank you. (June, 2009 - 80% Fees)                -21,857.60

BALANCE DUE                                $145,675.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2009
ACCOUNT NO:      3000-18D
STATEMENT NO:              85

Relief from Stay Proceedings

PREVIOUS BALANCE                                                          $309.30

BALANCE DUE                                                              $309.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 09/30/2009 |
| Wilmington  DE | ACCOUNT NO: | 3000-19D |
|  | STATEMENT NO: | 66 |

Tax Issues

| PREVIOUS BALANCE | $140.00 |
|---|---|

| BALANCE DUE | $140.00 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-20D |
|  | STATEMENT NO:          84 |

Tax Litigation

| | |
|---|---|
| PREVIOUS BALANCE | $468.80 |
| BALANCE DUE | $468.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2009
ACCOUNT NO:        3000-21D
STATEMENT NO:             76

Travel-Non-Working

|  |  |  | HOURS |  |
|---|---|---|---|---|
| PREVIOUS BALANCE |  |  |  | $5,750.00 |
| 09/07/2009 |  |  |  |  |
| MTH | Non-working travel time to Pittsburgh (billed at one half time). | | 1.80 | 630.00 |
| 09/11/2009 |  |  |  |  |
| MTH | Non-working travel time from Pittsburgh (billed at one-half time). | | 2.50 | 875.00 |
| 09/13/2009 |  |  |  |  |
| MTH | Non-working travel time to Pittsburgh (billed at one half time) | | 1.60 | 560.00 |
| 09/16/2009 |  |  |  |  |
| MTH | Non-working travel time from Pittsburgh (billed at one-half time) | | 1.80 | 630.00 |
|  | FOR CURRENT SERVICES RENDERED | | 7.70 | 2,695.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 7.70 | $350.00 | $2,695.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK |  | 2,695.00 |
| 09/30/2009 | Payment - Thank you. (June, 2009 - 80% Fees) | -2,828.00 |
| BALANCE DUE |  | $5,617.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                        09/30/2009
Wilmington  DE                                              ACCOUNT NO:        3000-22D
                                                            STATEMENT NO:              89

Valuation


PREVIOUS BALANCE                                                            $1,185.00

BALANCE DUE                                                                 $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                    09/30/2009
Wilmington  DE                          ACCOUNT NO:      3000-23D
                                        STATEMENT NO:           89

ZAI Science Trial

PREVIOUS BALANCE                                          $1,203.30

BALANCE DUE                                               $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                  09/30/2009
Wilmington  DE                                                            ACCOUNT NO:         3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 1,346.30 | 280.00 | 0.00 | 0.00 | 0.00 | $1,626.30 |
| 3000-04 Case Administration | | | | | |
| 1,580.77 | 0.00 | 0.00 | 0.00 | -105.60 | $1,475.17 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 4,945.80 | 805.00 | 0.00 | 0.00 | -280.00 | $5,470.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,089.20 | 315.00 | 0.00 | 0.00 | -140.00 | $1,264.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 40,758.44 | 8,727.00 | 0.00 | 0.00 | -7,046.40 | $42,439.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 2,265.00 | 385.00 | 0.00 | 0.00 | -1,708.00 | $942.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,197.70 | 0.00 | 0.00 | 0.00 | 0.00 | $1,197.70 |
| 3000-11 Expenses | | | | | |
| 58,719.87 | 0.00 | 12,690.12 | 0.00 | -4,910.19 | $66,499.80 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,440.30 | 1,236.50 | 0.00 | 0.00 | -665.60 | $6,011.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,948.30 | 3,277.50 | 0.00 | 0.00 | -1,916.00 | $15,309.80 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 32,174.65 | 37,225.50 | 0.00 | 0.00 | -8,691.20 | $60,708.95 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,492.30 | 205.50 | 0.00 | 0.00 | 0.00 | -$1,286.80 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 138,803.50 | 28,729.50 | 0.00 | 0.00 | -21,857.60 | $145,675.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 309.30 | 0.00 | 0.00 | 0.00 | 0.00 | $309.30 |
| 3000-19 Tax Issues | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | $140.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 5,750.00 | 2,695.00 | 0.00 | 0.00 | -2,828.00 | $5,617.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 309,833.93 | 83,881.50 | 12,690.12 | 0.00 | -50,148.59 | $356,256.96 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.