Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2009 through July 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

**Bradley Rapp - Senior Managing Director**

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 13-Jul-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 16-Jul-09 | BR | Review of presentation materials relating to proposed disposition of Grace Davison's membrane business. | 0.70 | $ 595.00 | $ 416.50 |
| 16-Jul-09 | BR | Conf call with company and financial advisors to discuss proposed disposition of Grace Davison's membrane business. | 0.50 | $ 595.00 | $ 297.50 |
| 20-Jul-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 22-Jul-09 | BR | Review of motion to sell membranes business and accompanying affidavit of George Young. | 1.40 | $ 595.00 | $ 833.00 |
| 22-Jul-09 | BR | Review of proposed order approving the sale of Grace's Membranes business. | 0.80 | $ 595.00 | $ 476.00 |
| 23-Jul-09 | BR | Review of Membranes Asset Sale Agreement for purpose of advising ACC with respect to proposed disposition of Membranes business. | 3.30 | $ 595.00 | $ 1,963.50 |
| | | Total Bradley Rapp | 7.00 | | $ 4,165.00 |

**James Sinclair - Senior Managing Director**

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 7-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 13-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 20-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 15-Jul-09 | JS | Review, analyze Pegasus Project (Divestiture of Davison Membranes Business) information memorandum in preparation for conference call with Company on 7/16/09. | 2.40 | $ 595.00 | $ 1,428.00 |
| 16-Jul-09 | JS | Conference call with Company and Blackstone to discuss Pegasus Project, divestiture of membrane business, for purpose of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 21-Jul-09 | JS | Review, analyze Pegasus Project Motion and related documents for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 21-Jul-09 | JS | Write memorandum to ACC counsel regarding Pegasus Project for purposes of advising counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 31-Jul-09 | JS | Review, analyze 2nd Quarter 2009 earnings report for monitoring and for purposes of advising ACC counsel. | 1.90 | $ 595.00 | $ 1,130.50 |
| 31-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| | | Total James Sinclair | 9.90 | | $ 5,890.50 |

**Robert Lindsay - Managing Director**

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 24-Jul-09 | RL | Reviewed/forwarded June invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |

**Peter Cramp - Senior Analyst**

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 06-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 06-Jul-09 | PC | Commence review and analysis of May Monthly Operating Report for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 13-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 16-Jul-09 | PC | Review and analyze Project Pegasus presentation regarding potential divestiture of membranes business for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 16-Jul-09 | PC | Review and analyze Q2 earnings release for guideline company for use in market multiple valuation. | 1.10 | $ 275.00 | $ 302.50 |
| 16-Jul-09 | PC | Conference call with Blackstone and Debtor to discuss divestiture of membranes business. | 0.50 | $ 275.00 | $ 137.50 |
| 20-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 20-Jul-09 | PC | Review and analyze Q2 earnings release for guideline company for use in market multiple valuation. | 1.40 | $ 275.00 | $ 385.00 |
| 24-Jul-09 | PC | Review and analyze Debtor's Q2 earnings release for due diligence and valuation monitoring. | 1.80 | $ 275.00 | $ 495.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2009 through July 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 27-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 31-Jul-09 | PC | Review Sealed Air's Q2 earnings report for due diligence. | 1.90 | $ 275.00 | $ 522.50 |
| | | Total Peter Cramp | 14.90 | | $ 4,097.50 |
| Gibbons Sinclair - Analyst | | | | | |
| 24-Jul-09 | GS | Draft June 09 Invoice. | 1.60 | $ 220.00 | $ 352.00 |
| | | Total Gibbons Sinclair | 1.60 | | $ 352.00 |
| | | **TOTAL** | 33.60 | | $ 14,615.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2009 through July 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | | | | |
| **Business Operations/Due Diligence** | | | | | |
| 06-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 06-Jul-09 | PC | Commence review and analysis of May Monthly Operating Report for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 13-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 20-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 24-Jul-09 | PC | Review and analyze Debtor's Q2 earnings release for due diligence and valuation monitoring. | 1.80 | $ 275.00 | $ 495.00 |
| 27-Jul-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 31-Jul-09 | PC | Review Sealed Air's Q2 earnings report for due diligence. | 1.90 | $ 275.00 | $ 522.50 |
| | | Total Business Operations/Due Diligence | 10.70 | | $ 2,942.50 |
| | | | | | |
| **Fee Applications (Applicant)** | | | | | |
| 24-Jul-09 | RL | Reviewed/forwarded June invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| 24-Jul-09 | GS | Draft June 09 Invoice. | 1.60 | $ 220.00 | $ 352.00 |
| | | Total Fee Applications (Applicant) | 1.80 | | $ 462.00 |
| **Asset Disposition** | | | | | |
| 15-Jul-09 | JS | Review, analyze Pegasus Project (Divestiture of Davison Membranes Business) information memorandum in preparation for conference call with Company on 7/16/09. | 2.40 | $ 595.00 | $ 1,428.00 |
| 16-Jul-09 | JS | Conference call with Company and Blackstone to discuss Pegasus Project, divestiture of membrane business, for purpose of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 16-Jul-09 | PC | Review and analyze Project Pegasus presentation regarding potential divestiture of membranes business for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 16-Jul-09 | PC | Conference call with Blackstone and Debtor to discuss divestiture of membranes business. | 0.50 | $ 275.00 | $ 137.50 |
| 21-Jul-09 | JS | Review, analyze Pegasus Project Motion and related documents for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 21-Jul-09 | JS | Write memorandum to ACC counsel regarding Pegasus Project for purposes of advising counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 22-Jul-09 | BR | Review of motion to sell membranes business and accompanying affidavit of George Young. | 1.40 | $ 595.00 | $ 833.00 |
| 22-Jul-09 | BR | Review of proposed order approving the sale of Grace's Membranes business. | 0.80 | $ 595.00 | $ 476.00 |
| 23-Jul-09 | BR | Review of Membranes Asset Sale Agreement for purpose of advising ACC with respect to proposed disposition of Membranes business. | 3.30 | $ 595.00 | $ 1,963.50 |
| | | Total Asset Disposition | 12.90 | | $ 7,131.50 |
| **Valuation** | | | | | |
| 7-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 13-Jul-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 13-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 16-Jul-09 | BR | Review of presentation materials relating to proposed disposition of Grace Davison's membrane business. | 0.70 | $ 595.00 | $ 416.50 |
| 16-Jul-09 | BR | Conf call with company and financial advisors to discuss proposed disposition of Grace Davison's membrane business. | 0.50 | $ 595.00 | $ 297.50 |
| 16-Jul-09 | PC | Review and analyze Q2 earnings release for guideline company for use in market multiple valuation. | 1.10 | $ 275.00 | $ 302.50 |
| 20-Jul-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 20-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2009 through July 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 20-Jul-09 | PC | Review and analyze Q2 earnings release for guideline company for use in market multiple valuation. | 1.40 | $ 275.00 | $ 385.00 |
| 31-Jul-09 | JS | Review, analyze 2nd Quarter 2009 earnings report for monitoring and for purposes of advising ACC counsel. | 1.90 | $ 595.00 | $ 1,130.50 |
| 31-Jul-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| | | Total Valuation | 8.20 | | $ 4,079.00 |
| | | **TOTAL** | 33.60 | | $ 14,615.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2009 through July 31, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 7.00 | $ 595.00 | $ 4,165.00 |
| James Sinclair - Senior Managing Director | 9.90 | $ 595.00 | $ 5,890.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 14.90 | $ 275.00 | $ 4,097.50 |
| Gibbons Sinclair - Analyst | 1.60 | $ 220.00 | $ 352.00 |
| Total Professional Hours and Fees | 33.60 | | $ 14,615.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - July 1, 2009 through July 31, 2009

| Date | Description of Item | Amount |
|------|---------------------|--------|

No Expenses During this Period.

Total Expenses June 1, 2009 through July 31, 2009          $0.00