Date: 08/11/09  Legal Analysis Systems, Inc.
Time: 10:00am  Page 1

        W. R. Grace, Inc. c/o Elihu Inselbuch
        Caplin & Drysdale
        399 Park Avenue, 27th Floor
        New York, New York 10022

Date/Slip# Description                                                HOURS/RATE  AMOUNT
-------------------------------------------------------------------------------
07/09/09  Relles   / (05) Claims Anal Objectn/Resolutn (Asbest)    0.5           237.50
#6017    Send data files to Garbowski (Anderson Kill)                    475.00

{D0160741.1 }

Date: 08/11/09       Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/05/09 Relles / (07) Committee, Creditors'<br>#6008   Update Trust report, send to Finch | 1.0<br>475.00 | 475.00 |
| 07/06/09 Relles / (07) Committee, Creditors'<br>#6010   Telephone Wehner re: expansion plants | 0.4<br>475.00 | 190.00 |
| 07/06/09 Relles / (07) Committee, Creditors'<br>#6011   Email Wehner several cases of expansion plant workers | 0.5<br>475.00 | 237.50 |
| 07/07/09 Peterson / (07) Committee, Creditors'<br>#5809   Conference call with Finch, Relles re: slides | 0.3<br>800.00 | 240.00 |
| 07/07/09 Relles / (07) Committee, Creditors'<br>#6014   Conference call with Finch and Peterson re: slides | 0.3<br>475.00 | 142.50 |
| 07/07/09 Relles / (07) Committee, Creditors'<br>#6015   Revise slides, send back to Finch | 3.2<br>475.00 | 1520.00 |
| 07/10/09 Peterson / (07) Committee, Creditors'<br>#5813   Contact Inselbuch re: Cohn estimates | 0.3<br>800.00 | 240.00 |
| 07/13/09 Peterson / (07) Committee, Creditors'<br>#5816   Telephone Inselbuch re: Cohn calculations and settlement proposal | 0.5<br>800.00 | 400.00 |
| 07/13/09 Relles / (07) Committee, Creditors'<br>#6021   Email correspondence with Horkovich | 0.8<br>475.00 | 380.00 |
| 07/15/09 Relles / (07) Committee, Creditors'<br>#6023   Compose memo on non-products claims search results, email attorneys re: same | 1.3<br>475.00 | 617.50 |
| 07/16/09 Relles / (07) Committee, Creditors'<br>#6024   Document non-products claims searching, email attorneys re: same | 3.0<br>475.00 | 1425.00 |

{D0160741.1 }

Date: 08/11/09       Legal Analysis Systems, Inc.
Time: 10:00am                                  Page 3

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/04/09  Peterson  / (14) Hearings | 4.9 | 3920.00 |
| #5804    Read deposition transcripts | 800.00 | |
| 07/07/09  Peterson  / (14) Hearings | 3.4 | 2720.00 |
| #5808    Review deposition | 800.00 | |
| 07/08/09  Peterson  / (14) Hearings | 3.6 | 2880.00 |
| #5810    Review deposition | 800.00 | |
| 07/12/09  Peterson  / (14) Hearings | 2.1 | 1680.00 |
| #5815    Review deposition for errata | 800.00 | |

{D0160741.1 }

Date: 08/11/09      Legal Analysis Systems, Inc.
Time: 10:00am                               Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | | AMOUNT |
|---|---|---|---|
| 07/01/09  Relles    / (28) Data Analysis | 8.5 | | 4037.50 |
| #6001    Revise graphics for slides | | 475.00 | |
| 07/02/09  Peterson  / (28) Data Analysis | 5.7 | | 4560.00 |
| #5801    Review demonstratives and report | | 800.00 | |
| 07/02/09  Relles    / (28) Data Analysis | 8.7 | | 4132.50 |
| #6002    Revise slides | | 475.00 | |
| 07/03/09  Peterson  / (28) Data Analysis | 2.1 | | 1680.00 |
| #5802    Work on demonstratives | | 800.00 | |
| 07/03/09  Peterson  / (28) Data Analysis | 1.8 | | 1440.00 |
| #5803    Review trust report | | 800.00 | |
| 07/03/09  Relles    / (28) Data Analysis | 8.3 | | 3942.50 |
| #6003    Revise slides | | 475.00 | |
| 07/04/09  Relles    / (28) Data Analysis | 5.6 | | 2660.00 |
| #6004    Revise slides | | 475.00 | |
| 07/05/09  Peterson  / (28) Data Analysis | 2.8 | | 2240.00 |
| #5805    Work on demonstratives | | 800.00 | |
| 07/05/09  Peterson  / (28) Data Analysis | 0.5 | | 400.00 |
| #5806    Telephone Relles re: slides | | 800.00 | |
| 07/05/09  Peterson  / (28) Data Analysis | 2.2 | | 1760.00 |
| #5807    Review reports | | 800.00 | |
| 07/05/09  Relles    / (28) Data Analysis | 5.2 | | 2470.00 |
| #6005    Revise slides | | 475.00 | |
| 07/05/09  Relles    / (28) Data Analysis | 0.5 | | 237.50 |
| #6006    Telephone Peterson re: slides | | 475.00 | |
| 07/05/09  Relles    / (28) Data Analysis | 0.6 | | 285.00 |
| #6007    Telephone Brelsford re: slides | | 475.00 | |
| 07/06/09  Relles    / (28) Data Analysis | 0.4 | | 190.00 |
| #6009    Edit slides document | | 475.00 | |
| 07/06/09  Relles    / (28) Data Analysis | 2.7 | | 1282.50 |
| #6012    Look for expansion plant workers in POC forms | | 475.00 | |

{D0160741.1 }

Date: 08/11/09     Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 5

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/07/09  Relles   / (28) Data Analysis<br>#6013    Look for expansion plant workers in POC forms | 2.4<br>475.00 | 1140.00 |
| 07/08/09  Relles   / (28) Data Analysis<br>#6016    Work on presentation graphics | 0.8<br>475.00 | 380.00 |
| 07/09/09  Peterson / (28) Data Analysis<br>#5811    Telephone Relles re: discus Libby projections | 0.3<br>800.00 | 240.00 |
| 07/09/09  Relles   / (28) Data Analysis<br>#6018    Telephone Peterson re: discus Libby projections | 0.3<br>475.00 | 142.50 |
| 07/10/09  Peterson / (28) Data Analysis<br>#5812    Review Cohn liability calculations; compare with prior Cohn and LAS estimates | 2.5<br>800.00 | 2000.00 |
| 07/10/09  Peterson / (28) Data Analysis<br>#5814    Telephone Relles re: Cohn calculations | 0.3<br>800.00 | 240.00 |
| 07/10/09  Relles   / (28) Data Analysis<br>#6019    Prepare handout for Cohn | 0.5<br>475.00 | 237.50 |
| 07/10/09  Relles   / (28) Data Analysis<br>#6020    Review Libby attorney proposal and term sheet (.3); telephone Peterson (.3) re: same | 0.6<br>475.00 | 285.00 |
| 07/13/09  Peterson / (28) Data Analysis<br>#5817    Conference call re: Stonewall settlement proposal; prepare for call | 1.6<br>800.00 | 1280.00 |
| 07/13/09  Peterson / (28) Data Analysis<br>#5818    Review Libby plan objections | 2.7<br>800.00 | 2160.00 |
| 07/14/09  Peterson / (28) Data Analysis<br>#5819    Review ATSDR reports on expansion facilities other than Libby | 3.3<br>800.00 | 2640.00 |
| 07/14/09  Relles   / (28) Data Analysis<br>#6022    Search for non-products claims | 7.5<br>475.00 | 3562.50 |
| 07/15/09  Peterson / (28) Data Analysis<br>#5820    Review POCs for claimants exposed at non-Libby expansion sites | 2.6<br>800.00 | 2080.00 |

{D0160741.1 }

Date: 08/11/09         Legal Analysis Systems, Inc.
Time: 10:00am                                      Page 6

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 07/16/09  Peterson  / (28) Data Analysis<br>#5821    Read Relles summary of search efforts for expansion<br>    site claims | 0.5<br>800.00 | 400.00 |
| 07/16/09  Relles    / (28) Data Analysis<br>#6025    Assemble spreadsheet containing specific variables<br>    for non-products claims | 2.5<br>475.00 | 1187.50 |

{D0160741.1 }

Date: 08/11/09       Legal Analysis Systems, Inc.
Time: 10:00am                                Page 7

    W. R. Grace

Summary Of Time Charges, By Month and Activity
July 2009 - July 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| July  | - (05) Claims Anal Objectn/Resolutn (Asbest) | 0.5   | 237.50    |
| July  | - (07) Committee, Creditors'                 | 11.6  | 5867.50   |
| July  | - (14) Hearings                              | 14.0  | 11200.00  |
| July  | - (28) Data Analysis                         | 84.0  | 49292.50  |
| July  | - (99) Total                                 | 110.1 | 66597.50  |
|       |                                              |       |           |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 0.5   | 237.50    |
| Total | - (07) Committee, Creditors'                 | 11.6  | 5867.50   |
| Total | - (14) Hearings                              | 14.0  | 11200.00  |
| Total | - (28) Data Analysis                         | 84.0  | 49292.50  |
| Total | - (99) Total                                 | 110.1 | 66597.50  |

{D0160741.1 }


Date: 08/11/09     Legal Analysis Systems, Inc.
Time: 10:00am                           Page 8

    W. R. Grace

Summary Of Time Charges, By Month and Person
July 2009 - July 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| July | - Relles | 66.1 | 31397.50 |
| July | - Peterson | 44.0 | 35200.00 |
| July | - Total | 110.1 | 66597.50 |
| | | | |
| Total | - Relles | 66.1 | 31397.50 |
| Total | - Peterson | 44.0 | 35200.00 |
| Total | - Total | 110.1 | 66597.50 |

--------------------------------------------------------------------------------

{D0160741.1 }

Date: 08/11/09          Legal Analysis Systems, Inc.
Time: 10:00am                              Page 9

       W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
July 2009 - July 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| July | - Relles | 0.5 | 475. | 237.50 |
| (07) Committee, Creditors' | | | | |
| July | - Relles | 10.5 | 475. | 4987.50 |
| July | - Peterson | 1.1 | 800. | 880.00 |
| (14) Hearings | | | | |
| July | - Peterson | 14.0 | 800. | 11200.00 |
| (28) Data Analysis | | | | |
| July | - Relles | 55.1 | 475. | 26172.50 |
| July | - Peterson | 28.9 | 800. | 23120.00 |

--------------------------------------------------------------------------------

{D0160741.1 }