Date: 10/03/09     Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 1

        W. R. Grace, Inc. % Elihu Inselbuch
        Caplin & Drysdale
        399 Park Avenue, 27th Floor
        New York, New York 10022

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 08/17/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6109 Review Rabinovitz rebuttal report and analyses in preparation for hearing | 4.2<br>800.00 | 3360.00 |
| 08/18/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6112 Review Dunbar rebuttal report and analyses | 2.1<br>800.00 | 1680.00 |
| 08/28/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6137 Review and respond to Chambers's arguments | 2.1<br>800.00 | 1680.00 |
| 08/29/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6139 Review work on testimony/demonstratives responding to Chambers's arguments | 3.8<br>800.00 | 3040.00 |
| 08/29/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6140 Review Chambers's work papers | 3.4<br>800.00 | 2720.00 |
| 08/30/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6141 Review Dunbar rebuttal cited by Chambers | 1.6<br>800.00 | 1280.00 |
| 08/31/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6144 Review transcript of Chambers deposition | 3.2<br>800.00 | 2560.00 |
| 08/31/09 Peterson / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6145 Begin outline of response to Chambers's arguments | 3.8<br>800.00 | 3040.00 |
| 08/31/09 Relles / (05) Claims Anal Objectn/Resolutn (Asbest)<br>#6309 Read Chambers report | 2.5<br>475.00 | 1187.50 |

{D0163219.1 }

Date: 10/03/09     Legal Analysis Systems, Inc.
Time: 10:00am                              Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 08/05/09  Relles  / (07) Committee, Creditors'<br>#6302    Respond to Finch's queries | 0.5<br>475.00 | 237.50 |
| 08/19/09  Peterson  / (07) Committee, Creditors'<br>#6113    Review Finch suggestions for trial demonstratives | 3.8<br>800.00 | 3040.00 |
| 08/20/09  Peterson  / (07) Committee, Creditors'<br>#6115    Review Finch email on issues and order of proof for hearing | 0.5<br>800.00 | 400.00 |
| 08/23/09  Peterson  / (07) Committee, Creditors'<br>#6122    Emails Relles and Finch re: demonstratives | 0.5<br>800.00 | 400.00 |
| 08/24/09  Peterson  / (07) Committee, Creditors'<br>#6125    Develop and send memo to Inselbuch on approach to technical discussions with experts | 1.5<br>800.00 | 1200.00 |
| 08/25/09  Peterson  / (07) Committee, Creditors'<br>#6127    Telephone Finch re: preparation for hearing and continuation of deposition | 1.0<br>800.00 | 800.00 |
| 08/27/09  Peterson  / (07) Committee, Creditors'<br>#6133    Review and work on demonstratives based on comments by Finch | 3.4<br>800.00 | 2720.00 |
| 08/27/09  Peterson  / (07) Committee, Creditors'<br>#6134    Review Finch email re: trial issues | 0.3<br>800.00 | 240.00 |
| 08/28/09  Peterson  / (07) Committee, Creditors'<br>#6136    Telephone Finch re: additional testimony/demonstratives re: Chambers arguments | 0.4<br>800.00 | 320.00 |

{D0163219.1 }

Date: 10/03/09  Legal Analysis Systems, Inc.
Time: 10:00am  Page 3

     W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 08/08/09  Peterson  / (14) Hearings | 3.4 | 2720.00 |
| #6104    Review Hughes deposition | 800.00 | |
| 08/23/09  Peterson  / (14) Hearings | 2.6 | 2080.00 |
| #6123    Locate and review additional tables requested by Cohn for deposition; emails re: same | 800.00 | |
| 08/25/09  Peterson  / (14) Hearings | 2.6 | 2080.00 |
| #6128    Review materials on Libby disease and claims and issues for continued deposition | 800.00 | |
| 08/28/09  Peterson  / (14) Hearings | 4.3 | 3440.00 |
| #6138    Review transcript of deposition to prepare for continuation of deposition | 800.00 | |
| 08/31/09  Peterson  / (14) Hearings | 0.5 | 400.00 |
| #6142    Make arrangements for alternative deposition site | 800.00 | |

{D0163219.1 }

Date: 10/03/09       Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 4

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 08/24/09  Peterson  / (16) Plan and Disclosure Statement<br>#6126    Telephone Garbowski re: treatment of Libby claims under TDP | 0.7<br>800.00 | 560.00 |
| 08/26/09  Peterson  / (16) Plan and Disclosure Statement<br>#6130    Review analyses and memos on treatment of Libby claims under the TDP and forecasts of that liability | 3.2<br>800.00 | 2560.00 |
| 08/26/09  Peterson  / (16) Plan and Disclosure Statement<br>#6131    Email to finch re: treatment of Libby claims under TDP | 0.2<br>800.00 | 160.00 |
| 08/31/09  Peterson  / (16) Plan and Disclosure Statement<br>#6143    Review Libby forecasts, TDP, the prior deposition transcript in preparation for deposition continuation | 3.3<br>800.00 | 2640.00 |

{D0163219.1 }

Date: 10/03/09     Legal Analysis Systems, Inc.
Time: 10:00am                                Page 5

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 08/03/09 Peterson / (28) Data Analysis<br>#6101  Review Libby claims and data | 2.7<br>800.00 | 2160.00 |
| 08/03/09 Relles / (28) Data Analysis<br>#6301  Prepare Lewis/Slovak and McGarvey/Heberling claimant lists | 3.5<br>475.00 | 1662.50 |
| 08/05/09 Peterson / (28) Data Analysis<br>#6102  Review epidemiological report on vermiculite exposures | 2.1<br>800.00 | 1680.00 |
| 08/06/09 Peterson / (28) Data Analysis<br>#6103  Review Libby objections | 2.9<br>800.00 | 2320.00 |
| 08/10/09 Peterson / (28) Data Analysis<br>#6105  Review reports and demonstratives | 3.4<br>800.00 | 2720.00 |
| 08/10/09 Peterson / (28) Data Analysis<br>#6106  Review ATSDR reports | 2.6<br>800.00 | 2080.00 |
| 08/13/09 Peterson / (28) Data Analysis<br>#6107  Review reports for testimony | 2.2<br>800.00 | 1760.00 |
| 08/17/09 Peterson / (28) Data Analysis<br>#6108  Review proponents and opponents briefs on Libby issues | 3.6<br>800.00 | 2880.00 |
| 08/18/09 Peterson / (28) Data Analysis<br>#6110  Review trial demonstratives in preparation for hearing | 2.2<br>800.00 | 1760.00 |
| 08/18/09 Peterson / (28) Data Analysis<br>#6111  Review forecast sensitivity analyses | 1.3<br>800.00 | 1040.00 |
| 08/20/09 Peterson / (28) Data Analysis<br>#6114  Review Plan Proponents Brief, review Libby brief | 3.6<br>800.00 | 2880.00 |
| 08/20/09 Peterson / (28) Data Analysis<br>#6116  Work on trial testimony and demonstratives | 3.3<br>800.00 | 2640.00 |
| 08/21/09 Peterson / (28) Data Analysis<br>#6117  Telephone Relles re: update slides | 0.3<br>800.00 | 240.00 |
| 08/21/09 Peterson / (28) Data Analysis<br>#6118  Work on trial testimony and demonstratives | 7.5<br>800.00 | 6000.00 |

{D0163219.1 }

Date: 10/03/09         Legal Analysis Systems, Inc.
Time: 10:00am                              Page 6

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | | AMOUNT |
|---|---|---|---|
| 08/21/09  Relles   / (28) Data Analysis<br>#6303    Update slides | 3.0 | 475.00 | 1425.00 |
| 08/21/09  Relles   / (28) Data Analysis<br>#6304    Telephone Peterson re: update slides | 0.3 | 475.00 | 142.50 |
| 08/22/09  Peterson  / (28) Data Analysis<br>#6119    Review and modify trial demonstratives | 4.2 | 800.00 | 3360.00 |
| 08/22/09  Relles   / (28) Data Analysis<br>#6305    Update slides | 2.0 | 475.00 | 950.00 |
| 08/23/09  Peterson  / (28) Data Analysis<br>#6120    Review materials and compilation of trial results<br>    and extrapolation of verdicts | 3.4 | 800.00 | 2720.00 |
| 08/23/09  Peterson  / (28) Data Analysis<br>#6121    Review and modify trial demonstratives | 2.4 | 800.00 | 1920.00 |
| 08/24/09  Peterson  / (28) Data Analysis<br>#6124    Review plan proponents brief in rebuttal to Libby<br>    claimants | 3.4 | 800.00 | 2720.00 |
| 08/24/09  Relles   / (28) Data Analysis<br>#6306    Read Libby brief | 1.5 | 475.00 | 712.50 |
| 08/26/09  Peterson  / (28) Data Analysis<br>#6129    Work on revisions to trial demonstratives on trust<br>    and tort | 2.1 | 800.00 | 1680.00 |
| 08/26/09  Peterson  / (28) Data Analysis<br>#6132    Work on revisions to trial demonstratives on trust<br>    and tort | 3.7 | 800.00 | 2960.00 |
| 08/28/09  Peterson  / (28) Data Analysis<br>#6135    Telephone Relles re: status of demonstratives and<br>    preparation | 0.3 | 800.00 | 240.00 |
| 08/28/09  Relles   / (28) Data Analysis<br>#6307    Update Libby slides | 1.2 | 475.00 | 570.00 |
| 08/28/09  Relles   / (28) Data Analysis<br>#6308    Telephone Peterson re: status of slides | 0.3 | 475.00 | 142.50 |
| 08/31/09  Relles   / (28) Data Analysis<br>#6310    Update slides | 1.8 | 475.00 | 855.00 |

{D0163219.1 }

Date: 10/03/09    Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 7

    W. R. Grace

    Summary Of Time Charges, By Month and Activity
       August 2009 - August 2009

| MONTH  | ACTIVITY | HOURS | AMOUNT |
|--------|----------|-------|--------|
| August | - (05) Claims Anal Objectn/Resolutn (Asbest) | 26.7 | 20547.50 |
| August | - (07) Committee, Creditors' | 11.9 | 9357.50 |
| August | - (14) Hearings | 13.4 | 10720.00 |
| August | - (16) Plan and Disclosure Statement | 7.4 | 5920.00 |
| August | - (28) Data Analysis | 70.8 | 52220.00 |
| August | - (99) Total | 130.2 | 98765.00 |
| Total  | - (05) Claims Anal Objectn/Resolutn (Asbest) | 26.7 | 20547.50 |
| Total  | - (07) Committee, Creditors' | 11.9 | 9357.50 |
| Total  | - (14) Hearings | 13.4 | 10720.00 |
| Total  | - (16) Plan and Disclosure Statement | 7.4 | 5920.00 |
| Total  | - (28) Data Analysis | 70.8 | 52220.00 |
| Total  | - (99) Total | 130.2 | 98765.00 |

{D0163219.1 }

Date: 10/03/09    Legal Analysis Systems, Inc.
Time: 10:00am                             Page 8

W. R. Grace

Summary Of Time Charges, By Month and Person
August 2009 - August 2009

| MONTH  | PERSON     | HOURS | AMOUNT   |
|--------|------------|-------|----------|
| August | - Relles   | 16.6  | 7885.00  |
| August | - Peterson | 113.6 | 90880.00 |
| August | - Total    | 130.2 | 98765.00 |
|        |            |       |          |
| Total  | - Relles   | 16.6  | 7885.00  |
| Total  | - Peterson | 113.6 | 90880.00 |
| Total  | - Total    | 130.2 | 98765.00 |

--------------------------------------------------------------------------------

{D0163219.1 }

Date: 10/03/09       Legal Analysis Systems, Inc.
Time: 10:00am                                Page 9

   W. R. Grace

   Summary Of Time Charges, By Activity, Month, and Person
        August 2009 - August 2009

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (05) Claims Anal Objectn/Resolutn (Asbest) | | | | |
| August | - Relles | 2.5 | 475. | 1187.50 |
| August | - Peterson | 24.2 | 800. | 19360.00 |
| (07) Committee, Creditors' | | | | |
| August | - Relles | 0.5 | 475. | 237.50 |
| August | - Peterson | 11.4 | 800. | 9120.00 |
| (14) Hearings | | | | |
| August | - Peterson | 13.4 | 800. | 10720.00 |
| (16) Plan and Disclosure Statement | | | | |
| August | - Peterson | 7.4 | 800. | 5920.00 |
| (28) Data Analysis | | | | |
| August | - Relles | 13.6 | 475. | 6460.00 |
| August | - Peterson | 57.2 | 800. | 45760.00 |

--------------------------------------------------------------------------------

{D0163219.1 }