Date: 10/29/09         Legal Analysis Systems, Inc.
Time: 10:00am                                        Page 1


      W. R. Grace, Inc. c/o Elihu Inselbuch
      Caplin & Drysdale
      399 Park Avenue, 27th Floor
      New York, New York 10022


Date/Slip# Description                                        HOURS/RATE  AMOUNT
--------------------------------------------------------------------------------
09/03/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)    2.4          1920.00
#6410     Review Dunbar rebuttal of Peterson report                     800.00

09/04/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)    2.2          1760.00
#6412     Review Dunbar rebuttal of Peterson report                     800.00

09/10/09  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)    1.8           855.00
#6617     Develop summary and comments on Chambers' rebuttal            475.00
          report

09/11/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)    0.4           320.00
#6437     Telephone Relles re: Chambers, Chapter 7 issues               800.00

09/11/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)    3.0          2400.00
#6438     Review Chambers's rebuttal report                              800.00

09/11/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)    2.2          1760.00
#6440     Review Dunbar rebuttal report                                 800.00

09/11/09  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)    0.4           190.00
#6619     Telephone Peterson re: Chambers, Chapter 7 issues             475.00

09/12/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)    3.2          2560.00
#6444     Review Chambers's deposition testimony                        800.00

09/13/09  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)    2.8          2240.00
#6445     Review Dunbar's deposition testimony                          800.00

{D0165065.1 }

Date: 10/29/09     Legal Analysis Systems, Inc.
Time: 10:00am                                Page 2

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/01/09 Relles   / (07) Committee, Creditors'<br>#6603    Garbowski phone call re: information for insurers | 0.3<br>475.00 | 142.50 |
| 09/02/09 Relles   / (07) Committee, Creditors'<br>#6605    Telephone Finch re: graphics | 0.3<br>475.00 | 142.50 |
| 09/03/09 Peterson / (07) Committee, Creditors'<br>#6407    Conference with Finch re: review of direct testimony<br>   and preparation | 1.8<br>800.00 | 1440.00 |
| 09/03/09 Peterson / (07) Committee, Creditors'<br>#6409    Review Finch email with demonstratives for first<br>   Peterson trial testimony | 0.5<br>800.00 | 400.00 |
| 09/03/09 Relles   / (07) Committee, Creditors'<br>#6607    Reconstruct insurance analysis computations, produce<br>   new tables for Garbowski | 2.2<br>475.00 | 1045.00 |
| 09/04/09 Relles   / (07) Committee, Creditors'<br>#6610    Respond to Finch requests to update slides | 0.8<br>475.00 | 380.00 |
| 09/13/09 Relles   / (07) Committee, Creditors'<br>#6622    Update Peterson exhibits, send various combinations<br>   of slides to Finch | 1.3<br>475.00 | 617.50 |
| 09/14/09 Peterson / (07) Committee, Creditors'<br>#6453    Meet with lawyers regarding hearing | 2.0<br>800.00 | 1600.00 |
| 09/15/09 Peterson / (07) Committee, Creditors'<br>#6456    Meet with attorneys about hearing | 1.5<br>800.00 | 1200.00 |
| 09/22/09 Peterson / (07) Committee, Creditors'<br>#6459    telephone Finch and Relles re: estimating percent of<br>   liability for claims already accrued or filed | 0.3<br>800.00 | 240.00 |
| 09/22/09 Peterson / (07) Committee, Creditors'<br>#6460    Review Finch email and bases of alternative<br>   forecasts | 2.5<br>800.00 | 2000.00 |
| 09/22/09 Relles   / (07) Committee, Creditors'<br>#6626    Telephone Finch and Peterson re: estimating percent<br>   of liability for claims already accrued or filed | 0.3<br>475.00 | 142.50 |
| 09/23/09 Peterson / (07) Committee, Creditors'<br>#6461    Review Relles' response to Finch and tables | 1.0<br>800.00 | 800.00 |

{D0165065.1 }

Date: 10/29/09	Legal Analysis Systems, Inc.
Time: 10:00am	Page 3

    W. R. Grace

Date/Slip# Description                                              HOURS/RATE  AMOUNT
--------------------------------------------------------------------------------
 09/23/09  Relles    / (07) Committee, Creditors'                    2.2         1045.00
 #6628    Reconstruct projections from tables in Peterson                 475.00
          report; email Finch re: same

 09/24/09  Relles    / (07) Committee, Creditors'                    0.2          95.00
 #6629    Telephone Garbowski re: additional data                        475.00

{D0165065.1 }

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                              Page 4

    W. R. Grace

```
Date/Slip# Description                                    HOURS/RATE  AMOUNT
-------------------------------------------------------------------------------
09/01/09  Peterson  / (14) Hearings                        0.5           400.00
#6402    telephone Relles re: materials for deposition              800.00

09/01/09  Peterson  / (14) Hearings                        2.1          1680.00
#6405    Review Jay Hughes deposition and related documents        800.00

09/01/09  Relles    / (14) Hearings                        1.4           665.00
#6601    Prepare materials for deposition (.9); telephone           475.00
         Peterson re: materials for deposition (.5)

09/02/09  Peterson  / (14) Hearings                        2.0          1600.00
#6406    Review Libby response to Daubert motions; review           800.00
         motions

09/03/09  Peterson  / (14) Hearings                        3.4          2720.00
#6408    Review Jay Hughes deposition and documents                 800.00

09/03/09  Relles    / (14) Hearings                        1.4           665.00
#6608    Read Hughes deposition                                     475.00

09/04/09  Peterson  / (14) Hearings                        4.7          3760.00
#6411    Review first Peterson deposition                          800.00

09/04/09  Relles    / (14) Hearings                        1.2           570.00
#6611    Read Hughes deposition                                     475.00

09/07/09  Peterson  / (14) Hearings                        2.5          2000.00
#6425    Review Peterson deposition                                 800.00
```

{D0165065.1 }

Date: 10/29/09      Legal Analysis Systems, Inc.
Time: 10:00am                                  Page 5

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/04/09  Relles    / (16) Plan and Disclosure Statement<br>#6612    Review TDP | 1.0<br>475.00 | 475.00 |
| 09/05/09  Peterson  / (16) Plan and Disclosure Statement<br>#6414    Study and prepare to testify about Grace TDP | 3.6<br>800.00 | 2880.00 |
| 09/05/09  Peterson  / (16) Plan and Disclosure Statement<br>#6417    Review analyses of Trust liability and claims values | 3.8<br>800.00 | 3040.00 |
| 09/06/09  Peterson  / (16) Plan and Disclosure Statement<br>#6419    Review forecast of Trust and tort liability report<br>   re; Chapter 7 | 1.1<br>800.00 | 880.00 |

{D0165065.1 }

Date: 10/29/09  Legal Analysis Systems, Inc.
Time: 10:00am  Page 6

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/07/09  Peterson  / (20) Travel - Non-working  #6423    Travel Thousand Oaks to Pittsburgh | 3.6  400.00 | 1440.00 |
| 09/09/09  Peterson  / (20) Travel - Non-working  #6432    Travel to Thousand Oaks | 7.0  400.00 | 2800.00 |
| 09/14/09  Peterson  / (20) Travel - Non-working  #6452    Travel Thousand Oaks to Pittsburgh | 4.6  400.00 | 1840.00 |
| 09/15/09  Peterson  / (20) Travel - Non-working  #6458    Travel to Thousand Oaks | 7.0  400.00 | 2800.00 |

{D0165065.1 }

Date: 10/29/09    Legal Analysis Systems, Inc.
Time: 10:00am                              Page 7

    W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 09/01/09 #6401 | Peterson / (28) Data Analysis<br>Telephone Relles re: current status | 0.3<br>800.00 | 240.00 |
| 09/01/09 #6403 | Peterson / (28) Data Analysis<br>Review and revise report of future nonmalignant filings | 1.2<br>800.00 | 960.00 |
| 09/01/09 #6404 | Peterson / (28) Data Analysis<br>Review current version of trial demonstratives | 1.6<br>800.00 | 1280.00 |
| 09/01/09 #6602 | Relles / (28) Data Analysis<br>Update grace slides | 3.8<br>475.00 | 1805.00 |
| 09/01/09 #6604 | Relles / (28) Data Analysis<br>Telephone Peterson re: current status | 0.3<br>475.00 | 142.50 |
| 09/02/09 #7101 | Brelsford / (28) Data Analysis<br>Work on formatting slides | 1.0<br>245.00 | 245.00 |
| 09/02/09 #6606 | Relles / (28) Data Analysis<br>Produce additional set of slides | 1.0<br>475.00 | 475.00 |
| 09/04/09 #6413 | Peterson / (28) Data Analysis<br>Practice run through testimony based on demonstratives | 2.7<br>800.00 | 2160.00 |
| 09/04/09 #6609 | Relles / (28) Data Analysis<br>Develop information about Heberling list of cases | 1.6<br>475.00 | 760.00 |
| 09/05/09 #6415 | Peterson / (28) Data Analysis<br>Review Peterson and Relles Libby documents | 3.7<br>800.00 | 2960.00 |
| 09/05/09 #6416 | Peterson / (28) Data Analysis<br>Review Libby rebuttal brief | 3.1<br>800.00 | 2480.00 |
| 09/06/09 #6418 | Peterson / (28) Data Analysis<br>Work on Chapter 7 liquidation issue | 3.2<br>800.00 | 2560.00 |
| 09/06/09 #6420 | Peterson / (28) Data Analysis<br>Telephone Relles re: materials for trial | 0.5<br>800.00 | 400.00 |
| 09/06/09 #6421 | Peterson / (28) Data Analysis<br>Review data on Libby claims and resolutions | 2.1<br>800.00 | 1680.00 |

{D0165065.1 }

Date: 10/29/09     Legal Analysis Systems, Inc.
Time: 10:00am                              Page 8

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/06/09  Peterson  / (28) Data Analysis<br>#6422    Prepare and assemble materials to take to Pittsburgh for trial | 5.5<br>800.00 | 4400.00 |
| 09/06/09  Relles   / (28) Data Analysis<br>#6613    Assemble Libby materials for Peterson testimony (1.5); telephone Peterson (.5) re: testimony | 2.0<br>475.00 | 950.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6424    Review demonstratives for Peterson testimony | 2.8<br>800.00 | 2240.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6426    Review Peterson expert report | 2.9<br>800.00 | 2320.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6427    Meet with counsel re: hearing | 2.5<br>800.00 | 2000.00 |
| 09/07/09  Peterson  / (28) Data Analysis<br>#6428    Telephone Relles re: Chapter 7 analysis | 0.5<br>800.00 | 400.00 |
| 09/07/09  Relles   / (28) Data Analysis<br>#6614    Assemble additional tables for Peterson testimony | 2.0<br>475.00 | 950.00 |
| 09/07/09  Relles   / (28) Data Analysis<br>#6615    Compute current liabilities with a return to the tort system | 2.3<br>475.00 | 1092.50 |
| 09/07/09  Relles   / (28) Data Analysis<br>#6616    Telephone Peterson re: Chapter 7 analysis | 0.5<br>475.00 | 237.50 |
| 09/08/09  Peterson  / (28) Data Analysis<br>#6429    Review materials for testimony | 3.4<br>800.00 | 2720.00 |
| 09/08/09  Peterson  / (28) Data Analysis<br>#6430    Attend hearing | 4.0<br>800.00 | 3200.00 |
| 09/08/09  Peterson  / (28) Data Analysis<br>#6431    Testify at hearing and preparation | 4.0<br>800.00 | 3200.00 |
| 09/10/09  Peterson  / (28) Data Analysis<br>#6433    Work on analysis of asbestos liability under Chapter 7 | 1.1<br>800.00 | 880.00 |
| 09/10/09  Peterson  / (28) Data Analysis<br>#6434    Review first Peterson Expert Report to prepare for continued testimony | 3.7<br>800.00 | 2960.00 |

{D0165065.1 }

Date: 10/29/09    Legal Analysis Systems, Inc.
Time: 10:00am                           Page 9

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/10/09  Peterson  / (28) Data Analysis<br>#6435    Review demonstratives for second phase of testimony | 2.6<br>800.00 | 2080.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6436    Telephone Leibenstein re:Chapter 7 analysis | 0.5<br>800.00 | 400.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6439    email correspondence with Leibenstein re: Chapter 7<br>    liability analysis | 0.4<br>800.00 | 320.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6441    Review Peterson rebuttal report | 1.3<br>800.00 | 1040.00 |
| 09/11/09  Peterson  / (28) Data Analysis<br>#6442    Work on preparation of testimony | 3.1<br>800.00 | 2480.00 |
| 09/11/09  Relles   / (28) Data Analysis<br>#6618    Review Chapter 7 analysis | 0.5<br>475.00 | 237.50 |
| 09/12/09  Peterson  / (28) Data Analysis<br>#6443    Review Peterson testimony on Day 2 | 3.8<br>800.00 | 3040.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6446    Review Peterson testimony on Day 2 | 0.8<br>800.00 | 640.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6447    Telephone Relles re: slides | 0.3<br>800.00 | 240.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6448    Review demonstratives for hearing | 1.0<br>800.00 | 800.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6449    Review forecast analysis and documents | 3.4<br>800.00 | 2720.00 |
| 09/13/09  Peterson  / (28) Data Analysis<br>#6450    Prepare documents to take to hearing | 2.5<br>800.00 | 2000.00 |
| 09/13/09  Relles   / (28) Data Analysis<br>#6620    Create new table for Peterson exhibits | 1.0<br>475.00 | 475.00 |
| 09/13/09  Relles   / (28) Data Analysis<br>#6621    Review information on non-products liabilities | 0.4<br>475.00 | 190.00 |
| 09/13/09  Relles   / (28) Data Analysis<br>#6623    Telephone Peterson re: slides | 0.3<br>475.00 | 142.50 |

{D0165065.1 }

Date: 10/29/09    Legal Analysis Systems, Inc.
Time: 10:00am                              Page 10

    W. R. Grace

| Date/Slip# Description | HOURS/RATE | AMOUNT |
|---|---|---|
| 09/14/09  Peterson  / (28) Data Analysis<br>#6451    Run through testimony for hearing | 4.6<br>800.00 | 3680.00 |
| 09/14/09  Peterson  / (28) Data Analysis<br>#6454    Review Peterson expert report | 3.2<br>800.00 | 2560.00 |
| 09/14/09  Relles   / (28) Data Analysis<br>#6624    Update estimates of tort liability, by filing year | 1.0<br>475.00 | 475.00 |
| 09/14/09  Relles   / (28) Data Analysis<br>#6625    Develop new charts for hearing | 1.5<br>475.00 | 712.50 |
| 09/15/09  Peterson  / (28) Data Analysis<br>#6455    Attend hearing | 3.0<br>800.00 | 2400.00 |
| 09/15/09  Peterson  / (28) Data Analysis<br>#6457    Testify at hearing | 3.5<br>800.00 | 2800.00 |
| 09/22/09  Relles   / (28) Data Analysis<br>#6627    Run analyses to determine the percent of liability<br>    for claims already accrued or filed | 1.9<br>475.00 | 902.50 |
| 09/30/09  Peterson  / (28) Data Analysis<br>#6462    Review Rickards emails and draft of response to<br>    Libby motion to exclude | 0.4<br>800.00 | 320.00 |
| 09/30/09  Peterson  / (28) Data Analysis<br>#6463    Review draft of declaration | 1.2<br>800.00 | 960.00 |
| 09/30/09  Peterson  / (28) Data Analysis<br>#6464    Review relevant tables and report sections for<br>    declaration | 2.8<br>800.00 | 2240.00 |

{D0165065.1 }

Date: 10/29/09     Legal Analysis Systems, Inc.
Time: 10:00am                    Page 11

    W. R. Grace

    Summary Of Time Charges, By Month and Activity
      September 2009 - September 2009

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| September - | (05) Claims Anal Objectn/Resolutn (Asbest) | 18.4 | 14005.00 |
| September - | (07) Committee, Creditors' | 17.2 | 11290.00 |
| September - | (14) Hearings | 19.2 | 14060.00 |
| September - | (16) Plan and Disclosure Statement | 9.5 | 7275.00 |
| September - | (20) Travel - Non-working | 22.2 | 8880.00 |
| September - | (28) Data Analysis | 108.3 | 79552.50 |
| September - | (99) Total | 194.8 | 135062.50 |
| | | | |
| Total | - (05) Claims Anal Objectn/Resolutn (Asbest) | 18.4 | 14005.00 |
| Total | - (07) Committee, Creditors' | 17.2 | 11290.00 |
| Total | - (14) Hearings | 19.2 | 14060.00 |
| Total | - (16) Plan and Disclosure Statement | 9.5 | 7275.00 |
| Total | - (20) Travel - Non-working | 22.2 | 8880.00 |
| Total | - (28) Data Analysis | 108.3 | 79552.50 |
| Total | - (99) Total | 194.8 | 135062.50 |

--------------------------------------------------------------------------------

{D0165065.1 }

Date: 10/29/09       Legal Analysis Systems, Inc.
Time: 10:00am                           Page 12

    W. R. Grace

Summary Of Time Charges, By Month and Person
September 2009 - September 2009

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| September - Relles | | 34.9 | 16577.50 |
| September - Peterson | | 158.9 | 118240.00 |
| September - Brelsford | | 1.0 | 245.00 |
| September - Total | | 194.8 | 135062.50 |
| | | | |
| Total - Relles | | 34.9 | 16577.50 |
| Total - Peterson | | 158.9 | 118240.00 |
| Total - Brelsford | | 1.0 | 245.00 |
| Total - Total | | 194.8 | 135062.50 |

--------------------------------------------------------------------------

{D0165065.1 }

Date: 10/29/09        Legal Analysis Systems, Inc.
Time: 10:00am                                    Page 13

      W. R. Grace

    Summary Of Time Charges, By Activity, Month, and Person
      September 2009 - September 2009

| MONTH PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **(05) Claims Anal Objectn/Resolutn (Asbest)** | | | |
| September - Relles | 2.2 | 475. | 1045.00 |
| September - Peterson | 16.2 | 800. | 12960.00 |
| **(07) Committee, Creditors'** | | | |
| September - Relles | 7.6 | 475. | 3610.00 |
| September - Peterson | 9.6 | 800. | 7680.00 |
| **(14) Hearings** | | | |
| September - Relles | 4.0 | 475. | 1900.00 |
| September - Peterson | 15.2 | 800. | 12160.00 |
| **(16) Plan and Disclosure Statement** | | | |
| September - Relles | 1.0 | 475. | 475.00 |
| September - Peterson | 8.5 | 800. | 6800.00 |
| **(20) Travel - Non-working** | | | |
| September - Peterson | 22.2 | 400. | 8880.00 |
| **(28) Data Analysis** | | | |
| September - Relles | 20.1 | 475. | 9547.50 |
| September - Peterson | 87.2 | 800. | 69760.00 |
| September - Brelsford | 1.0 | 245. | 245.00 |

--------------------------------------------------------------------------------

{D0165065.1 }

Date: 10/29/09     Legal Analysis Systems, Inc.
Time: 10:00am                              Page 14

W. R. Grace Expenses for September 2009

| | |
|---|---:|
| Rental of conference room for deposition | $300.00 |
| Travel to Pittsburgh | 2,047.18 |
| Travel to Pittsburgh | 2,485.88 |
| Total Expenses (Peterson) | $4,833.06 |

---

Conference room rental, September 2

Four Seasons Hotel, Westlake Village, CA
For deposition of Mark Peterson
(cancelled by Libby counsel at last minute)   $300.00

Thousand Oaks to Pittsburgh, September 7-9

| | |
|---|---:|
| Airfare | $1,428.59 |
| Airfare, change return flight | 160.59 |
| Car service to LAX | 176.00 |
| Cab to Hotel, Pittsburgh | 50.00 |
| Cab to Airport, Pittsburgh | 50.00 |
| Car service from LAX | 182.00 |
| | $2,047.18 |

Thousand Oaks to Pittsburgh, September 14-15

| | |
|---|---:|
| Airfare | $1,435.79 |
| Hotel(*) | 592.09 |
| Car service to LAX | 176.00 |
| Cab to Hotel, Pittsburgh | 50.00 |
| Cab to Airport, Pittsburgh | 50.00 |
| Car service from LAX | 182.00 |
| | $2,485.88 |

(*) Reservation made by law firm and guranteed
    for 3 days.  Checked out after 2 days

---

{D0165065.1 }