IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF THE LAW OFFICES OF JANET S. BAER, P.C.,
FOR THE THIRTY-THIRD INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of The Law Offices of Janet S. Baer, P.C., for the Thirty-Third Interim Period (the "Application").

BACKGROUND

1.      The Law Offices of Janet S. Baer, P.C. ("JSB"), was retained as co-counsel to the Debtors and Debtors-in-Possession. In the Application, JSB seeks approval of fees totaling $383,812.50 and expenses totaling $18,946.28 for its services from April 1, 2009 through June 30, 2009 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served an initial report on JSB based on our review, and we received a response from JSB, portions of which response are quoted herein.

### DISCUSSION

### General Issues

3. In our initial report, we noted the following time entries in which there was a discrepancy between the total time billed and the time recorded in parentheses[1]:

| | | | |
|---|---|---|---|
| 4/29/09 | 1.50 | 937.50 | Review correspondence re employee claims (.20); prepare correspondence re same (.10); review correspondence re First Chem. Claim (.20). |
| *Actual time and fees:* | 0.50 | 312.50 | |
| *Overcharge:* | 1.00 | 625.00 | |
| 6/18/09 | 10.80 | 6,750.00 | Prepare for Phase I Pre-trial and related matters for hearing (5.10); attend Phase I pre-trial (5.0); confer with B. Harding after same and follow up for phase I pre-trial (.80). |
| *Actual time and fees:* | 10.90 | 6,812.50 | |
| *Undercharge* | [0.10] | [67.50] | |

Thus, we asked JSB whether it agreed that fee adjustments were warranted for these time entries.

---

[1]All time entries in the Application were billed by Janet S. Baer ($625).

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Baer 33Q 4-6 09.wpd

JSB responded:

> April 29, 2009: The questioned time entry was actually from April 24, 2009 not April 29, 2009. My records indicate that the total time listed of 1.5 hours is a typo. The detailed time listing is correct and only adds up to .50 hours as you point out. As a result, there was an overcharge of 1 hour for $625.00.
>
> June 18, 2009: My records indicate that there is a typo in the parenthetical for the first entry and it should have been 5.0 hours and not 5.10 hours. Thus, the total time for that entry for that day is correct at 10.80 hours and there was no undercharge.

We appreciate JSB's response and recommend a reduction of $625.00 in fees.

## CONCLUSION

4. Thus, we recommend approval of $383,187.50 in fees ($383,812.50 minus $625.00) and $18,946.28 in expenses for JSB's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ W.H. Smith_

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 North St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 16th day of November, 2009.

_____
Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Janet S. Baer
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801