# EXHIBIT B

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $ 2971.21 |
| Airfare | $ 3015.20 |
| Transportation to/from airport | $ 691.48 |
| Travel Meals | $ 166.69 |
| Long Distance/Conference Telephone Charges | $ 323.38 |
| Travel Car Rental | $ 96.51 |
| Other Travel Charges, Internet charges | $ 40.69 |
| Total: | $ 7305.16 |

Itemized Expenses

Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 5/03/09 | $ 175.00 | Marco Island Transportation – Transportation from Marco Island to Miami Airport to obtain flight to Washington D.C. for Lockwood deposition |
| 5/03/09 | $ 10.57 | Dinner at Miami Airport prior to flight to Washington D.C. for Lockwood deposition |
| 5/03/09 | $ 96.28 | Boston Coach-Transportation from Washington Regan Airport to Westin Hotel – (very late arrival) for Lockwood deposition |
| 5/03/09 | $ 776.20 | American Airlines – Airfare, ticket fee, bag fee, from Miami/ Washington D.C./ to Boston re Lockwood deposition |
| 5/04/09 | $ 206.04 | Westin Hotel-Washington D.C. for Lockwood deposition |
| 5/04/09 | $ 5.50 | Breakfast Washington D.C. for Lockwood depositon |
| 5/04/09 | $ 20.00 | Taxi-Local Transportation to Washington Regan Airport after Lockwood deposition |
| 5/04/09 | $ 7.73 | Dinner at Washington Regan airport after Lockwood depositon |
| 5/04/09 | $ 15.00 | American Airlines bag fee, Washington D.C. to Boston after Lockwood deposition |
| 5/05/09 | $ 193.29 | Marriott Courtyard Worcester, MA- Hotel after Lockwood deposition |
| 5/05/09 | $ 96.51 | Thrifty Car Rental-one day rental, Boston after Lockwood deposition |
| 5/06/09 | $ 43.00 | 303 Taxi – Local Transportation from ORD to Wilmette after Lockwood deposition |
| 5/11/09 | $ 40.00 | 303 Taxi-Local Transportation from Wilmette to ORD for R Finke deposition |
| 5/11/09 | $ 5.00 | Travel Meal – Breakfast at ORD re Finke deposition |
| 5/11/09 | $ 725.20 | United Airlines – Airfare Chicago/Washington D.C. re Finke deposition |
| 5/11/09 | $ 20.00 | Yellow Cab – Local Transportation, Washington Regan Airport to 655 15th Street re Finke deposition |
| 5/11/09 | $ 40.23 | Travel Meal-Dinner – Room Service – JW Marriott re Finke deposition |
| 5/12/09 | $ 43.30 | Travel Meal – Dinner, Avenue Restaurant, JW Marriott re Finke deposition |
| 5/13/09 | $1,237.20 | U.S. Air – Airfare to/from Washington D.C. to Pittsburgh for hearing |
| 5/13/09 | $ 132.20 | Boston Coach- Local Transportation from Pittsburgh Airport to Westin Convention Center Pittsburgh re hearing |

| 5/14/09 | $ 313.50 | Westin Convention Center, Hotel Pittsburgh re hearing |
|---|---|---|
| 5/14/09 | $ 8.00 | Travel Meal – Breakfast, Pittsburgh re hearing |
| 5/14/09 | $ 6.47 | Food at Pittsburgh airport re hearing/Austern deposition |
| 5/14/09 | $ 20.00 | Local Transportation – Taxi from Washington Regan airport to JW Marriott Hotel for Austern deposition |
| 5/14/09 | $ 39.89 | JW Marriott Hotel – Travel Meal – Dinner (Room service) at JW Marriott re Austern Deposition |
| 5/15/09 | $ 12.00 | Misc tips at JW Marriott re Austern depositon |
| 5/15/09 | $2258.38 | JW Marriott Hotel – 4 nights re Finke and Austern depositions |
| 5/15/09 | $ 13.69 | Internet charges at JW Mariott re Austern depositon |
| 5/15/09 | $ 80.00 | Taxi-Local Transportation Washington D.C. to BWI Airport after Austern deposition |
| 5/15/09 | $ 276.60 | Southwest Airlines – Airfare- BWI to Midway Airport after Austern despsition |
| 5/15/09 | $ 65.00 | 303 Taxi- Local Transportation- Midway Airport to Wilmette after Austern depositon |
| **Total** | **$6981.78** | |

Non-Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 4/30/09 | $ 323.38 | Telephone – InterCall- Conference call services for May |
| **Total** | **$ 323.38** | |

**Total April Expense Charges: $7305.16**