IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF BILZIN SUMBERG BAENA PRICE & AXELROD LLP
FOR THE THIRTY-THIRD INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP for the Thirty-Third Interim Period (the "Application").

BACKGROUND

1. Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Bilzin Sumberg seeks approval of fees totaling $144,462.50 and expenses totaling $41,127.83 for its services from April 1, 2009 through June 30, 2009 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Bilzin Sumberg based upon our review, and we received a response from Bilzin Sumberg, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following work which appeared to be of an administrative nature:

| 04/16/09 | LMF | 0.50 | 102.50 | Meet with accounting to review trust account regarding outstanding disbursements to professionals. |
|---|---|---|---|---|
| 04/20/09 | LMF | 0.30 | 61.50 | Review trust account for reimbursement to professionals. |
| | | 0.80 | 164.00 | |

This work appeared to be accounting-related and therefore overhead. Thus, we asked Bilzin Sumberg to explain why the bankruptcy estate should compensate these fees. Bilzin Sumberg responded: "The Fee Auditor has requested additional information regarding work that appears to be administrative in nature. Bilzin Sumberg agrees to a reduction of those fees in the amount of $164.00." We appreciate Bilzin Sumberg's response and recommend a reduction of $164.00 in fees.

3. In our initial report, we noted the following air fare charges for which more information was needed:

| 03/08/09 | Airfare Travel to Pittsburgh - ... - Date: 3/26/2009 ... | 708.40 |
|---|---|---|
| 03/29/09 | Airfare to Philadelphia - ... - Date: 4/27/2009 ... | 1,200.20 |
| 04/06/09 | Airfare Travel to NY - ... - Date: 4/27/2009 ... | 623.20 |

| 04/21/09 | Airfare Travel to Spokane - ... - Date: 4/27/2009 ... | 2,132.20 |

In response to our inquiry, Bilzin Sumberg provided the following information:

| 3/8/09 | Round trip from Miami, FL to Pittsburgh. Fare was booked on Special First Class Fare, which was more economical than Coach, for D. Schubauer to attend Confirmation Hearing | 708.40 |
| 3/29/09 | Round trip from Miami, FL to Philadelphia, PA. Fare was booked as an economy, unrestricted coach fare for M. I. Kramer to attend hearing. | $1,200.20 |
| 4/6/09 | Round trip from Ft. Lauderdale, FL to New York, NY. Fare was booked as an economy, unrestricted coach fare for M. I. Kramer to attend "Meet and Confer" at the offices of Kirkland & Ellis. | $623.20 |
| 4/21/09 | Round Trip Miami, FL to Spokane, WA. Fare was booked as First Class Fare, which were only seats available for M. I. Kramer to attend deposition. | $2,132.20 |

When we researched these fares, we found that, with the exception of the first class fare from Miami to Spokane, the fares billed by Bilzin Sumberg were equal to or less than the comparable fares we found for refundable economy class flights. As to the Miami to Spokane flight, we accept Bilzin Sumberg's representation that these were the only seats available. Thus, we have no objection to these expenses.

## CONCLUSION

4. Thus, we recommend approval of $144,298.50 in fees ($144,462.50 minus $164.00) and $41,127.83 in expenses for Bilzin Sumberg's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
   Warren H. Smith
   Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 17th day of November, 2009.

_____
Warren H. Smith

## SERVICE LIST

**The Applicant**
Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801