**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **) Chapter 11** |
| **W. R. GRACE & Co., et al.,** | **) Case No. 01-1139 (JFK)**<br>**) (Jointly Administered)** |
| **Debtors.** | |

**NOTICE OF STATUS AS A SUBSTANTIAL EQUITYHOLDER**

PLEASE TAKE NOTICE that Adage Capital Partners, LP is/has become a Substantial Equityholder with respect to the equity securities (the "Equity Securities") of W. R. Grace & Co., a debtor and debtor in possession in Case No. 01-1139, pending in the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, as of November 17, 2009, Adage Capital Partners, LP Beneficially Owns[1] 3,436,356 shares of the Equity Securities of W. R. Grace & Co. The Table set forth on Exhibit A sets forth the date(s) on which Adage Capital Partners, LP acquired or otherwise became the Beneficial Owner of such Equity Securities.

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of Adage Capital Partners, LP is 04-3574590.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, Adage Capital Partners, LP hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments that purport to be part of this Notice are true, correct and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Final Order of this Court, entered on January 24, 2005, Limiting Certain Transfers of Equity Securities of the Debtors and Approving Related Notice Procedures, this Notice is being (A) filed with the Court, and (B) served upon Kirkland & Ellis LLP, counsel to the Debtors, 601 Lexington Avenue, New York, New York 10022, Attn.: Theodore L. Freedman, Esq. and Deanna D. Boll, Esq.

[1] For purposes of this Notice, all capitalized terms not defined herein shall have the same meaning as is set forth in the Final Order of this Court, entered January 24, 2005, Limiting Certain Transfers of Equity Securities of the Debtors and Approving Related Notice Procedures.

Dated: November 17, 2009
Boston, Massachusetts

Respectfully submitted,

D. Lehan, COO

Adage Capital Partners, LP
200 Clarendon Street, 52nd floor
Boston, MA 02116
(telephone) (617) 867-2800
(facsimile) (617) 867-2801