Exhibit A

| Number of Shares | Type of Equity Security | Date |
|---:|---|---|
| 5,200 | W.R. Grace and Co. Common Stock | 5/21/2007 |
| 46,000 | W.R. Grace and Co. Common Stock | 5/29/2007 |
| -4,200 | W.R. Grace and Co. Common Stock | 1/17/2008 |
| 50,000 | W.R. Grace and Co. Common Stock | 4/7/2008 |
| 50,000 | W.R. Grace and Co. Common Stock | 4/8/2008 |
| 50,000 | W.R. Grace and Co. Common Stock | 6/30/2008 |
| 50,000 | W.R. Grace and Co. Common Stock | 12/4/2008 |
| 50,000 | W.R. Grace and Co. Common Stock | 12/9/2008 |
| 11,500 | W.R. Grace and Co. Common Stock | 12/10/2008 |
| 10,700 | W.R. Grace and Co. Common Stock | 12/10/2008 |
| 77,800 | W.R. Grace and Co. Common Stock | 12/11/2008 |
| 41,300 | W.R. Grace and Co. Common Stock | 12/11/2008 |
| 3,900 | W.R. Grace and Co. Common Stock | 12/12/2008 |
| 54,800 | W.R. Grace and Co. Common Stock | 12/12/2008 |
| 500,000 | W.R. Grace and Co. Common Stock | 12/12/2008 |
| 100,000 | W.R. Grace and Co. Common Stock | 1/29/2009 |
| 31,300 | W.R. Grace and Co. Common Stock | 1/29/2009 |
| 68,700 | W.R. Grace and Co. Common Stock | 1/30/2009 |
| 38,700 | W.R. Grace and Co. Common Stock | 2/5/2009 |
| 22,300 | W.R. Grace and Co. Common Stock | 2/5/2009 |
| 4,878 | W.R. Grace and Co. Common Stock | 2/6/2009 |
| 134,122 | W.R. Grace and Co. Common Stock | 2/10/2009 |
| 100,000 | W.R. Grace and Co. Common Stock | 2/11/2009 |
| 100,000 | W.R. Grace and Co. Common Stock | 2/13/2009 |
| 58,634 | W.R. Grace and Co. Common Stock | 2/17/2009 |
| 19,580 | W.R. Grace and Co. Common Stock | 2/18/2009 |
| 76,886 | W.R. Grace and Co. Common Stock | 2/19/2009 |
| 15,000 | W.R. Grace and Co. Common Stock | 2/19/2009 |
| 29,900 | W.R. Grace and Co. Common Stock | 2/20/2009 |
| 4,380 | W.R. Grace and Co. Common Stock | 3/2/2009 |
| 95,620 | W.R. Grace and Co. Common Stock | 3/2/2009 |
| 100,000 | W.R. Grace and Co. Common Stock | 3/19/2009 |
| 100,000 | W.R. Grace and Co. Common Stock | 3/27/2009 |
| 21 | W.R. Grace and Co. Common Stock | 4/30/2009 |
| 99,979 | W.R. Grace and Co. Common Stock | 4/30/2009 |
| 70,033 | W.R. Grace and Co. Common Stock | 5/8/2009 |
| 29,967 | W.R. Grace and Co. Common Stock | 5/11/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 7/2/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 7/6/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 7/8/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 9/24/2009 |
| -83,100 | W.R. Grace and Co. Common Stock | 9/30/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 10/1/2009 |
| 100,000 | W.R. Grace and Co. Common Stock | 10/5/2009 |
| 5,500 | W.R. Grace and Co. Common Stock | 10/5/2009 |
| 5,456 | W.R. Grace and Co. Common Stock | 10/5/2009 |
| 8,500 | W.R. Grace and Co. Common Stock | 10/6/2009 |
| 47,900 | W.R. Grace and Co. Common Stock | 10/8/2009 |

| | | |
|---:|---|---|
| 5,100 | W.R. Grace and Co. Common Stock | 10/9/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 10/13/2009 |
| 43,500 | W.R. Grace and Co. Common Stock | 10/14/2009 |
| 33,367 | W.R. Grace and Co. Common Stock | 10/14/2009 |
| 8,212 | W.R. Grace and Co. Common Stock | 10/15/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 10/15/2009 |
| 69,921 | W.R. Grace and Co. Common Stock | 10/16/2009 |
| 45,000 | W.R. Grace and Co. Common Stock | 10/16/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 10/22/2009 |
| 150,000 | W.R. Grace and Co. Common Stock | 10/26/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 10/27/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 11/2/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 11/2/2009 |
| 70,172 | W.R. Grace and Co. Common Stock | 11/10/2009 |
| 50,000 | W.R. Grace and Co. Common Stock | 11/10/2009 |
| 29,828 | W.R. Grace and Co. Common Stock | 11/12/2009 |
| **3,436,356** | | |