IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------------------------------X
                                                  :    Chapter 11
In re:                                            :    Case No. 01-1139 (JFK)
                                                  :
W.R. GRACE & Co., et al.,                         :    AFFIDAVIT OF SERVICE
                                                  :
                          Debtors.                :
----------------------------------------------------------------X

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

       STEVEN LOTZ, being duly sworn, deposes and states:

       I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

       On November 17, 2009, deponent served the Notice of Status as a Substantial Equityholder, by hand, upon the following:

              Theodore L. Freedman, Esq.
              Deanna D. Boll, Esq.
              Kirkland & Ellis LLP
              601 Lexington Avenue
              New York, New York 10022

       By personally delivering and leaving the same with a person of suitable age and discretion at that office.

                                     STEVEN LOTZ

Sworn to before me this
17th day of November, 2009.

_____
Notary Public
JEANETTE ARIOLA
Notary Public, State of New York
No. 01AR4798015
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 31, 2009

DOC ID-11016651.1