IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR <u>TELEPHONIC*</u>
HEARING ON NOVEMBER 23, 2009, AT 10:30 A.M. BEFORE THE
<u>HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE</u>**

**<u>* PLEASE NOTE THIS HEARING IS TELEPHONIC.
ALL PARTICIPANTS MUST APPEAR TELEPHONICALLY.</u>**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., two (2) business days before the hearing.**

## <u>CONTINUED MATTERS</u>

1.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

    <u>Related Documents:</u>

    a.   [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of
        Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department
        of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to December 14, 2009, at 10:30 a.m.

2.      Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-
        Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.      [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims
        (Substantive and Non-Substantive) [Filed: 8/24/09] (Docket No. 23120)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008
for A/N)*

Responses Received:

a.      Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth
        Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08]
        (Docket No. 19461)

b.      Response By New York State Department of Taxation and Finance to Debtors'
        Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.      Response of Commonwealth of Pennsylvania, Department of Revenue to
        Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket
        No. 19523)

d.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus
        Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed:
        9/17/08] (Docket No. 19554)

f.      Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection
        to Claims (Substantive and Non-Substantive) and Memorandum in Support of
        Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to December 14, 2009, at 10:30 a.m.

3.      Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09]
        (Docket No. 21345)

Related Documents:

a.  [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: July 10, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: This matter is continued to January 25, 2010, at 10:30 a.m.**

4.  Motion of General Insurance Company of America (I) for Leave to File Proof of Claim Instanter and (II) to Deem Such Claim Timely Filed [Filed: 7/20/09] (Docket No. 22541)

Related Documents:

a.  [Proposed] Order [Filed: 7/20/09] (Docket No. 22541, Exhibit C)

Response Deadline: August 7, 2009, at 4:00 p.m. *(extended until September 4, 2009, at 4:00 p.m.)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: This matter is continued to December 14, 2009, at 10:30 a.m.**


**UNCONTESTED MATTERS:**


5.  Application of David T. Austern, Asbestos PI Future Claimants' Representative, for Authorization to Employ Lincoln Partners Advisors LLC as Financial Advisor to the Asbestos PI Future Claimants' Representative [Filed: 9/30/09] (Docket No. 23382)

Related Documents:

a.  [Proposed] Order Authorizing the Retention and Employment of Lincoln Partners Advisors LLC as Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative [Filed: 9/30/09] (Docket No. 23382)

b.  Certification of No Objection Regarding Docket No. 23382 [Filed: 11/9/09] (Docket No. 23710)

Response Deadline: November 6, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion.  Accordingly, the PI FCR has filed a certificate of no objection and respectfully requests the entry of the order attached to the Motion.

6.      Motion for Entry of an Order Approving the 2009 Settlement Agreement Resolving
        Claims of the Town of Acton [Filed: 10/13/09] (Docket No. 23489)

        Related Documents:

        a.      [Proposed] Order Approving the 2009 Settlement Agreement Resolving Claims of
                the Town of Acton [Filed: 10/13/09] (Docket No. 23489, Exhibit A)

        b.      Certification of No Objection Regarding Motion for Entry of an Order Approving
                the 2009 Settlement Agreement Resolving Claims of the Town of Acton [Filed:
                11/9/09] (Docket No. 23714)

        Response Deadline: November 6, 2009, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        Status: No parties have objected to the relief requested in the Motion.  Accordingly, the
        Debtors have filed a certificate of no objection and respectfully request the entry of the
        order attached to the Motion.

7.      Motion to Approve Stipulation Resolving Claims of State of New Jersey, Department of
        Environmental Protection [Filed: 10/19/09] (Docket No. 23526)

        Related Documents:

        a.      [Proposed] Order Approving Stipulation Settling Claims Against the Debtors
                Asserted By the State of New Jersey, Department of Environmental Protection
                [Filed: 10/19/09] (Docket No. 23526)

        b.      Certification of No Objection Regarding Motion to Approve Stipulation
                Resolving Claims of State of New Jersey, Department of Environmental
                Protection [Filed: 11/9/09] (Docket No. 23715)

        Response Deadline: November 6, 2009, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        Status: No parties have objected to the relief requested in the Motion.  Accordingly, the
        Debtors have filed a certificate of no objection and respectfully request the entry of the
        order attached to the Motion.

8.      Motion of the Debtors for Entry of an Order Approving Stipulation Resolving Proof of
        Claim No. 13652 of Austin Quality Foods, Inc. [Filed: 10/19/09] (Docket No. 23527)

        Related Documents:

        a.      [Proposed] Order Approving Stipulation Resolving Proof of Claim No. 13652 of
                Austin Quality Foods, Inc. [Filed: 10/19/09] (Docket No. 23527, Exhibit A)

        b.      Certification of No Objection Regarding of the Debtors for Entry of an Order
                Approving Stipulation Resolving Proof of Claim No. 13652 of Austin Quality
                Foods, Inc. [Filed: 11/9/09] (Docket No. 23716)

        Response Deadline: November 6, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

**CONTESTED MATTERS:**

9.   Motion of Gloria Munoz for Relief From the Automatic Stay and Related Relief [Filed: 8/18/09] (Docket No. 22844)

Related Documents:

a.   [Proposed] Order Granting the Motion of Gloria Munoz for Relief From the Automatic Stay/Plan Injunctions [Filed: 8/18/09] (Docket No. 22844, Exhibit C)

Response Deadline: October 9, 2009, at 4:00 p.m.

Responses Received:

a.   Debtors' Brief in Opposition to Gloria Munoz' Motion for Relief From the Automatic Stay and Related Relief [Filed: 10/8/09] (Docket No. 23461)

**Status: This matter has been referred to arbitration and will be relisted for status on March 22, 2010, at 10:30 a.m.**

10.   Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

Related Documents:

a.   [Proposed] Order Granting Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

b.   Brief in Support of Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

c.   [Signed] Modified Order Granting Fireman's Fund Insurance Company's Protective Motion to Shorten Time for Responses to, and Hearing on, Its Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 9/8/09] (Docket No. 23199)

Response Deadline: September 16, 2009, at 5:00 p.m.

Responses Received:

a.  Debtors' Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23264)

b.  Limited Joinder of the Edwards Claimants in W. R. Grace & Co. et al.'s Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23265)

**Status: This matter is continued to December 14, 2009, at 10:30 a.m.**

**STATUS CONFERENCE:**

11.  Status Conference on State of California Appeal (Civil Action No. 08-863)

Related Documents:

a.  [Signed] Order [Filed: 9/29/09] (Docket No. 31)

b.  Memorandum [Filed: 10/2/09] (Docket No. 30)

Status: A status conference will go forward on this matter.

Dated: November 17, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession