IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Elihu E. Allinson, III, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Quynh L. Nguyen, Esquire of Hildebrand McLeod & Nelson Inc. to represent Gloria Munoz in this action. The Admittee is admitted, practicing, and in good standing in the State Bar in California and the Federal District Court in California for the Northern, Eastern, Southern and Central Districts.

Dated: October 26, 2009

*/s/ E.E. Allinson III*
Elihu E. Allinson, III (No. 3476)
SULLIVAN · HAZELTINE · ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191

The Admittee certifies that she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Quynh L. Nguyen, Esq.
Hildebrand McLeod & Nelson Inc.
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
Tel: (510) 451-6732

Motion granted.

Date: October 27, 2009

BY THE COURT:

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald kdv
United States Bankruptcy Judge