**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

**NOTICE OF TRANSMITTAL**

I, John H. Schanne, II, hereby certify that on the 16th day of November, 2009, the hyperlinked version of the *Post-Trial Brief Of Longacre Master Fund, Ltd. And Longacre Capital Partners (QP), L.P., In Connection With Phase II Hearing To Consider Confirmation Of The First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Modified Through October 12, 2009* was transmitted to the Court on DVD via Federal Express overnight delivery.

Dated: November 17, 2009
Wilmington, DE

PEPPER HAMILTON LLP

/s/  John H. Schanne, II
PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 2987)
John H. Schanne, II (No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

*Counsel for Longacre Master Fund, Ltd. And Longacre Capital Partners (QP), L.P.*

#11732715 v1