IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP
FOR THE THIRTY-THIRD INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Stroock & Stroock & Lavan, LLP for the Thirty-Third Interim Period (the "Application").

BACKGROUND

1.      Stroock & Stroock & Lavan, LLP ("Stroock"), was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Stroock seeks approval of fees totaling $654,188.75 and expenses totaling $16,935.11 for its services from April 1, 2009 through June 30, 2009 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in

the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Stroock based upon our review, and we received a response from Stroock, portions of which response are quoted herein.

**DISCUSSION**

3. In our initial report, we noted that attorney A. Krieger ($675) billed 1.40 hours for $945.00 in fees for making travel arrangements. The time entries are as follows:

| 04/27/2009 | Attend to travel arrangements for 5/1/09 deposition. | Krieger, A. | 0.8 | 540.00 |
|---|---|---|---|---|
| 04/29/2009 | Attend to travel arrangements for Phase I hearings. | Krieger, A. | 0.4 | 270.00 |
| 06/19/2009 | . . .; attend to travel arrangements for 6/22/09 hearings (.2). | Krieger, A. | 0.2 | 135.00 |
| | | | | $945.00 |

As making travel arrangements appears to us to be an administrative task, we asked Stroock to explain why the bankruptcy estate should compensate these fees. Stroock responded as follows:

> As you are aware, Stroock & Stroock & Lavan LLP ("Stroock") represents the Official Committee of Unsecured Creditors (the "Creditors' Committee"), which body represents bank, trade and all other holders of non-asbestos unsecured debt of the Debtors. Stroock regards its representation of the Creditors' Committee as a significant responsibility to do the very best job it can effectively and efficiently for the non-asbestos unsecured creditors of these estates. Stroock submits that the monthly fees and expense reimbursement charges it billed to the Debtors' estates are relatively modest, especially given the complexity of the issues in these cases.
>
> The Report notes that during the quarterly period from April 1, 2009 through June 30, 2009 (the "Application Period") Stroock billed $945.00, as the costs of making travel arrangements, and wants to know why these services are not administrative tasks and should be compensable by the Debtors' estates. (Report at paragraph 3). The services were rendered in connection with ensuring Stroock's presence at and ability to fully represent the Creditors' Committee at various confirmation related hearings and at a related deposition scheduled to take place

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Stroock 33Q 1-3 09.wpd

during the Application Period. These services were thus necessary to Stroock's representation of the Creditors' Committee. The amount involved is clearly reasonable. While Stroock believes the amount involved should be compensable from the Debtors' estates, Stroock agrees to reduce its fee request in the Application by $945.00. Accordingly, Stroock seeks approval for the payment of fees totaling $653,243.75 and expenses totaling $16,935.11.

We appreciate Stroock's response and recommend a reduction of $945.00 in fees.

## CONCLUSION

4.   Thus, we recommend approval of $653,243.75 in fees ($654,188.75 minus $945.00) and $16,935.11 in expenses for Stroock's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: /s/ Warren H. Smith
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 18th day of November, 2009.

/s/ Warren H. Smith
Warren H. Smith

# SERVICE LIST
Notice Parties

**The Applicant**
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801