**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

1. **Case Administration – 15537 – 14.5 hours ($2,989.50)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Creditors Committee – 15539 – 7.4 hours ($3,533.00)**

This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefore, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to

the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

3. **Applicant's Fee Applications – 15543 – 17.4 hours ($3,837.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

4. **Hearings – 15544 – 150.21 hours ($52,669.25)**

This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended various omnibus hearings, including Confirmation Hearings.

5. **Travel – 15546 – 58.0 hours ($10,805.00)**

The Applicant traveled to attend omnibus hearings and various depositions. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

6. **Fee Applications of Others – 17781 – 6.7 ($1,373.50)**

The Applicant attended to the monthly statements for Hamilton Rabinovitz & Alschuler and LECG. In addition, the Applicant prepared the second interim application on behalf of W.D. Hilton and attended to reports from the fee auditor.

7. **Plan & Disclosure Statement – 15554 – 104.64 hours ($37,067.50)**

The Applicant attended all relevant hearings on the plan and disclosure issues, as well as various depositions. The Applicant also reviewed all Phase II briefs and statements and prepared a summary of Phase II of the confirmation hearing. Further, the Applicant reviewed various expert

reports, conducted research regarding plan related issues and confirmation matters and reviewed and summarized objections to the plan.

8.  **Asset Disposition – 15541 – 1.5 hours ($727.50)**

During the Application Period, the Applicant attended to the VA account receivable backup and reviewed and revised the motion to approve sale of Panama and Costa Rica assets.

9.  **Claims Analysis, Objection, Resolution – 15545 – 2.5 hours ($1,258.50)**

During the Application Period, the Applicant attended to review of and emails regarding the District Court's opinion regarding State of California.