IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | **Jointly Administered** |
| Debtors. | ) | **Related D.I. No.: 23659** |

**ERRATA SHEET FOR PLAN PROPONENTS' PHASE II POST-TRIAL
BRIEF IN RESPONSE TO CONFIRMATION OBJECTIONS OF
THE LIBBY CLAIMANTS**

The *Plan Proponents' Phase II Post-Trial Brief in Response to Confirmation Objections of the Libby Claimants* (D.I. 23659) contains a typographical error that was discovered after the brief was filed on November 2, 2009.  Per the Court's Order establishing Schedule of Post-Trial Briefing and Related Matters, dated October 26, 2009, the brief was not revised to correct the typographical error, but the hyperlinked version of the brief was corrected to link to the correct citation.  The following errata chart indicates the change made to correct the citation.

| Location | Typographical Error | Correct Citation |
|---|---|---|
| Page 18 | 9/10/09 Tr. at 257-58 (Molgaard) | 9/10/09 Tr. at 111 (Molgaard) |

Date:  November 19, 2009                    CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 King Street, Suite 300
Wilmington, DE  19801
P: (302) 426-1900
F: (302) 426-9947
mhurford@camlev.com

-and-

{D0165854.1 }

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
T: (212) 319-7125

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C.  20005
T: (202) 862-5000


*Counsel to the Official Committee of
Asbestos Personal Injury Claimants*

{D0165854.1 }