IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Just For Feet, Inc.** | **Chapter 7** |
| Debtor(s) | Case No.: 99-4110 |
| | |
| **USG Corporation** | **Chapter 11** |
| Debtor(s) | Case No.: 01-2094 |
| | |
| **Combustion Engineering, Inc.** | **Chapter 11** |
| Debtor(s) | Case No.: 03-10495 |
| | |
| **Federal-Mogul Global, Inc.** | **Chapter 11** |
| Debtor(s) | Case No.: 01-10578 |
| | |
| **The Flintkote Company** | **Chapter 11** |
| Debtor(s) | Case No.: 04-11300 |
| | |
| **Owens Corning** | **Chapter 11** |
| Debtor(s) | Case No.: 00-3837 |
| | |
| **W.R. Grace & Co.** | **Chapter 11** |
| Debtor(s) | Case No.: 01-1139 |

## NOTICE OF LOCATION CHANGE FOR DECEMBER 14, 2009

All hearings scheduled for Monday December 14, 2009, in Wilmington, Delaware, will take place in Pittsburgh, PA. Video conferencing will be available in Wilmington. Parties in interest wishing to participate by telephone must register with CourtCall no later than noon, two business days before the hearing.

November 19, 2009
Date

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald

SJS