# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 9, 2009 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## NINETY-EIGHTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83232656A01111909

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/02/09 3 | E-mails and follow up with B. Moffitt regarding motion | A. Marchetta | 0.3 | 192.00 |
| 09/02/09 3 | E-mail exchanges with DAG Dickinson and others re settlement papers | B. Moffitt | 0.3 | 120.00 |
| 09/04/09 3 | E-mails regarding motion and draft settlement | A. Marchetta | 0.6 | 384.00 |
| 09/08/09 3 | Telephone calls and follow up regarding motion and conference call regarding same | A. Marchetta | 0.5 | 320.00 |
| 09/08/09 3 | Review proposed settlement papers and work with A. Marchetta re same | B. Moffitt | 0.5 | 200.00 |
| 09/09/09 3 | Follow up regarding brief; review regarding same; and conference call to discuss | A. Marchetta | 0.6 | 384.00 |
| 09/09/09 3 | Review proposed settlement papers and file material re revising same; work with A. Marchetta and W. Hatfield re same | B. Moffitt | 4.2 | 1,680.00 |
| 09/10/09 3 | Telephone calls, e-mails and follow up regarding motion papers | A. Marchetta | 0.6 | 384.00 |
| 09/10/09 14 | Review and edit draft stipulation for carve out on ISRA proceeding related to non-Asbestos matters at Hamilton site | W. Hatfield | 1.9 | 788.50 |
| 09/10/09 14 | Review public notice status and memo to client requesting final documents | W. Hatfield | 0.3 | 124.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/10/09 3 | Review proposed settlement papers and file material re revising same; work with A. Marchetta and W. Hatfield re same | B. Moffitt | 3.3 | 1,320.00 |
| 09/11/09 3 | Work with client and attorneys regarding stipulation and settlement; follow up with B. Moffitt regarding same; review revised motion | A. Marchetta | 1.3 | 832.00 |
| 09/11/09 3 | Prepare for and participate in conference call re settlement papers | B. Moffitt | 0.6 | 240.00 |
| 09/11/09 3 | Review and revise settlement papers and telephone calls and e-mails with co-counsel re same | B. Moffitt | 2.5 | 1,000.00 |
| 09/11/09 3 | Preparation of e-mail circulating proposed settlement papers to NJDEP and co-defendants' counsel; review response from NJDEP re same | B. Moffitt | 0.2 | 80.00 |
| 09/14/09 14 | Telephone calls, e-mails and follow up regarding revisions to motion to approve | A. Marchetta | 0.6 | 384.00 |
| 09/15/09 3 | Telephone call with State attorneys and from mediator regarding terms of settlement; follow up with B. Moffitt and Chapter 11 counsel regarding same | A. Marchetta | 1.3 | 832.00 |
| 09/15/09 3 | Work with A. Marchetta and R. Higgins re settlement issues and follow up re same | B. Moffitt | 1.1 | 440.00 |
| 09/16/09 3 | Telephone calls from State regarding form of release and motion | A. Marchetta | 1.5 | 960.00 |
| 09/16/09 3 | Review NJDEP's proposed revisions to settlement papers and various e-mails re same; work with A. Marchetta re same | B. Moffitt | 1.1 | 440.00 |
| 09/17/09 3 | Numerous telephone calls, e-mails and follow up regarding settlement, motion and timing of same; follow up with B. Moffitt and W. Hatfield regarding same; conference with client regarding same | A. Marchetta | 1.7 | 1,088.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/17/09 3 | Review submission to NJDEP on public notice | W. Hatfield | 0.3 | 124.50 |
| 09/17/09 3 | Prepare for and participate in call on release in litigation | W. Hatfield | 0.4 | 166.00 |
| 09/17/09 3 | Work with A. Marchetta, W. Hatfield, client, co-counsel and co-defendants' counsel re settlement issues | B. Moffitt | 3.4 | 1,360.00 |
| 09/18/09 3 | Telephone calls and e-mails regarding filing of motion; e-mail to J. Terragrossa regarding same | A. Marchetta | 0.5 | 320.00 |
| 09/21/09 3 | Telephone calls, e-mails and follow up regarding changes to settlement agreement and agreement of individual defendants; follow up with B. Moffitt regarding same | A. Marchetta | 0.9 | 576.00 |
| 09/22/09 3 | Work with A. Marchetta re settlement issues and follow up re same | B. Moffitt | 0.4 | 160.00 |
| 09/23/09 3 | E-mails and follow up regarding revised motion regarding settlement | A. Marchetta | 0.6 | 384.00 |
| 09/23/09 3 | Review comments of counsel to co-defendant Bettacchi; review draft settlement agreement and consolidate various comments and prepare e-mails to co-counsel | B. Moffitt | 2.4 | 960.00 |
| 09/24/09 3 | Work with B. Moffitt and follow up regarding revisions to settlement papers and release of individuals | A. Marchetta | 0.6 | 384.00 |
| 09/24/09 3 | Work with A. Marchetta and R. Higgins re settlement issues and follow up re same | B. Moffitt | 1.7 | 680.00 |
| 09/25/09 3 | Follow up regarding form of settlement papers | A. Marchetta | 0.3 | 192.00 |
| 09/25/09 3 | Telephone calls regarding agreement of co-counsel | A. Marchetta | 0.4 | 256.00 |
| 09/28/09 | Work with B. Moffitt regarding revisions to settlement documents and letter to Judge Bongiovanni | | | |

4

| Date | Task Code | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
|  | 3 |  | A. Marchetta | 1.3 | 832.00 |
| 09/28/09 | 14 | Address scope of release on NJ entities | W. Hatfield | 0.1 | 41.50 |
| 09/28/09 | 3 | Work with A. Marchetta and R. Higgins re settlement issues and follow up re same | B. Moffitt | 1.7 | 680.00 |
| 09/28/09 | 3 | Preparation of status update to Magistrate Judge Bongiovanni and prepare e-mail to counsel re same; work with A. Marchetta re same | B. Moffitt | 0.4 | 160.00 |
| 09/29/09 | 3 | Work with B. Moffitt and e-mails and follow up with clients regarding settlement issues with DEP | A. Marchetta | 0.8 | 512.00 |
| 09/29/09 | 3 | Review revised settlement papers and work with A. Marchetta and R. Higgins re same | B. Moffitt | 1.3 | 520.00 |
| 09/30/09 | 3 | Follow up re status update to Magistrate Judge Bongiovanni | B. Moffitt | 0.2 | 80.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 3.00 | 415.00 | 1,245.00 |
| A. Marchetta | 14.40 | 640.00 | 9,216.00 |
| B. Moffitt | 25.30 | 400.00 | 10,120.00 |
| TOTALS: | 42.70 |  | 20,581.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.6 |  |  |
|  | 3 | 13.8 | 640.00 | 9,216.00 |
| W. Hatfield | 14 | 2.3 |  |  |
|  | 3 | 0.7 | 415.00 | 1,245.00 |

5

| | | | | |
|---|---|---|---|---|
| B. Moffitt | 3 | 25.3 | 400.00 | 10,120.00 |
| TOTAL: | | 42.7 | | 20,581.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/01/09 | Draft 33rd Quarterly Fee Application documents | | |
| 18 | K. Begley | 1.1 | 275.00 |
| | | | |
| 09/07/09 | Draft 33rd Quarterly Fee Application documents; draft e-mail to S. Zuber regarding same | | |
| 18 | K. Begley | 2.1 | 525.00 |
| | | | |
| 09/08/09 | Review, revise and follow up with K. Begley regarding Day Pitney's Quarterly Fee Application for Second Quarter, 2009 | | |
| 14 | S. Zuber | 0.3 | 148.50 |
| | | | |
| 09/08/09 | Finalize 33rd Quarterly Fee Application documents and forward for filing | | |
| 18 | K. Begley | 0.6 | 150.00 |
| | | | |
| 09/15/09 | Review and respond to e-mails with S. Rosenberger regarding July 2009 invoices; print and organize docket entries in preparation for drafting July 2009 Fee Application | | |
| 18 | K. Begley | 0.6 | 150.00 |
| | | | |
| 09/28/09 | Draft July 2009 Fee Application; review and respond to e-mails with S. Zuber and S. Rosenberger regarding same; organize docket entries | | |
| 18 | K. Begley | 1.8 | 450.00 |
| | | | |
| 09/29/09 | Review, revise and discuss with K. Begley DP's July 2009 Fee Application | | |
| 14 | S. Zuber | 0.3 | 148.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.60 | 495.00 | 297.00 |
| K. Begley | 6.20 | 250.00 | 1,550.00 |
| TOTALS: | 6.80 | | 1,847.00 |

6

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 6.2 | 250.00 | 1,550.00 |
| S. Zuber | 14 | 0.6 | 495.00 | 297.00 |
| TOTAL: | | 6.8 | | 1,847.00 |

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | |
|---|---|
| Telephone Charges | 46.00 |
| Photocopying | 1.20 |
| Postage | 1.76 |
| Matter Total Engagement Cost: | 48.96 |

8

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 9, 2009 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2

Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey  
Dated: November 19, 2009

Respectfully submitted,  
DAY PITNEY LLP

Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950  
Telephone: (973) 966-6300  
Facsimile: (973) 966-1015