**EXHIBIT "A"**

| 06/01/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
|---|---|---|---|---|---|
| 06/02/09 | MNF | File maintenance; update pleadings files | 1.0 | $195 | 195.00 |
| 06/04/09 | MNF | File maintenance; update pleadings files | 1.0 | $195 | 195.00 |
| 06/05/09 | MNF | File Maintenance; update pleadings files | 2.0 | $195 | 390.00 |
| 06/09/09 | MNF | File maintenance and update pleadings | 1.0 | $195 | 195.00 |
| 06/10/09 | MNF | File Maintenance; update pleadings | 0.7 | $195 | 136.50 |
| 06/18/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 06/19/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 06/26/09 | MNF | File Maintenance and update pleadings | 0.5 | $195 | 97.50 |
| 06/29/09 | MNF | File Maintenance and update pleadings | 0.5 | $195 | 97.50 |
| | | | **8.2** | | **1,599.00** |
| | | | | | |
| | | | 8.2 | $80 | 656.00 |
| | | | | | |
| | | | | | 943.00 |