**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: March 5, 2010 at 4:00 p.m. |
| | ) | Hearing: March 22, 2010 at 10:30 a.m. |

**NOTICE OF FILING OF FIFTEENTH QUARTERLY INTERIM APPLICATION
OF ORRICK, HERRINGTON & SUTCLIFFE LLP,
BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Unsecured Creditors; (5) Counsel to the
Asbestos Personal Injury Claimants; (6) Counsel to the Official Committee of Asbestos
Property Damage Claimants; (7) Counsel to the Official Committee of Equity Holders;
(8) Counsel to the Debtors-in-Possession Lender; and (9) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, Bankruptcy Counsel to David T. Austern, Asbestos

PI Future Claimants' Representative (the "FCR"), has filed and served its Fifteenth Quarterly

Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as

counsel to the FCR for the time period July 1, 2009 through September 30, 2009, seeking

payment in the amount of $1,674,330.00 in fees and $57,526.76 in expenses for a total of

$1,731,856.76 (the "Application").

This Application is submitted pursuant to the Administrative Order Under 11 U.S.C.

§§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for

Expenses for Professionals and Official Committee Members signed April 17, 2002, amending

the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and

Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the

Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE  19801, on or before **March 5, 2010 at 4:00 p.m.,**

**Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H.

Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC

20005 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom

Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire,

Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones,

Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, Suite 1600, P.O. Box

8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured

Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New

York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market

Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of

Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Baena, Price &

Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL

33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O.

Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos

Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th

Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase

Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-

counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800, Chicago, IL  60606 and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware

Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official

Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35,

Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and

Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: November 20, 2009          By:/S/ RICHARD H. WYRON
                                        Roger Frankel, admitted *pro hac vice*
                                        Richard H. Wyron, admitted *pro hac vice*
                                        Debra L. Felder, admitted *pro hac vice*
                                        1152 15th Street, NW
                                        Washington, DC  20005
                                        (202) 339-8400

                                  —and—

                                  PHILLIPS, GOLDMAN & SPENCE, P.A.
                                  John C. Phillips, Jr. (#110)
                                  1200 North Broom Street
                                  Wilmington, DE 19806
                                  (302) 655-4200

                                  *Co-Counsel to David T. Austern,*
                                  *Asbestos PI Future Claimants' Representative*