IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: )<br>)<br>) **Chapter 11**<br>W.R. GRACE & CO., et al., ) **Case No. 01-01139 (JKF)**<br>) **(Jointly Administered)**<br>Debtors. ) Objection Deadline: March 5, 2010 at 4:00 p.m.<br>) Hearing: March 22, 2010 at 10:30 a.m. | |

**COVER SHEET TO FIFTEENTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2009 – September 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $182.85 |

This is a     ___ monthly          _x_ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2009 – September 30, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 75.8 | NA |
| Financial Analysis / Financial Review | 162.2 | NA |
| Case Administration | 40.6 | NA |
| Hearing Attendance / Meeting | 8.3 | NA |
| **TOTAL** | **286.9** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2009 – September 30, 2009

| Expense Category | Total |
|---|---|
| Research | $182.85 |
| **TOTAL** | **$182.85** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2