# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**July-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 7/1/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/2/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 7/2/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 7/2/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Pei Huang | 7/5/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 7/6/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 7/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/6/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/6/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/6/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 7/6/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 7/6/2009 | 0.5 | Financial Analysis | Exit financing analysis |
| Pei Huang | 7/6/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/7/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/7/2009 | 1.0 | Financial Analysis | Exit financing analysis |
| Pei Huang | 7/7/2009 | 0.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Desiree Davis | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Jason Solganick | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Jason Solganick | 7/8/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/8/2009 | 0.5 | Business Operations | Exit financing call |
| Pei Huang | 7/8/2009 | 1.0 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/9/2009 | 2.5 | Financial Analysis | Exit financing analysis |
| Jason Solganick | 7/9/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/9/2009 | 0.8 | Hearings | Telephonic court hearing |
| Pei Huang | 7/9/2009 | 4.0 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/10/2009 | 0.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/10/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/10/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/12/2009 | 2.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/13/2009 | 6.0 | Financial Analysis | Exit financing analysis |
| Desiree Davis | 7/13/2009 | 4.0 | Financial Analysis | Exit financing analysis |
| Jason Solganick | 7/13/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 7/13/2009 | 8.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/14/2009 | 2.5 | Financial Analysis | Exit financing analysis |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**July-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 7/14/2009 | 2.5 | Business Operations | Review of exit financing analysis |
| Jason Solganick | 7/14/2009 | 2.0 | Business Operations | Review of exit financing analysis |
| Jason Solganick | 7/14/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/14/2009 | 2.5 | Financial Analysis | Exit financing analysis |
| Bryan Cloncs | 7/15/2009 | 3.5 | Business Operations | Review of Grace divestiture (Pegasus) |
| Jason Solganick | 7/15/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/15/2009 | 3.0 | Case Administration | Review of court docket |
| Bryan Cloncs | 7/16/2009 | 2.5 | Business Operations | Call regarding Grace divestiture (Pegasus) and analysis |
| Desiree Davis | 7/16/2009 | 1.5 | Business Operations | Call regarding Grace divestiture (Pegasus) and analysis |
| Jason Solganick | 7/16/2009 | 2.0 | Business Operations | Call regarding Grace divestiture (Pegasus) and analysis |
| Jason Solganick | 7/16/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/16/2009 | 0.5 | Business Operations | Call regarding Grace divestiture (Pegasus) |
| Bryan Cloncs | 7/17/2009 | 1.0 | Case Administration | Review of court docket |
| Bryan Cloncs | 7/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/17/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/17/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/17/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 7/20/2009 | 1.0 | Business Operations | Analysis re: exit financing |
| Bryan Cloncs | 7/20/2009 | 1.0 | Financial Analysis | Exit financing analysis |
| Desiree Davis | 7/20/2009 | 1.0 | Business Operations | Analysis re: exit financing |
| Jason Solganick | 7/20/2009 | 1.0 | Business Operations | Analysis re: exit financing |
| Jason Solganick | 7/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/21/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Desiree Davis | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Jason Solganick | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Jason Solganick | 7/22/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/22/2009 | 0.2 | Business Operations | Call regarding feasibility discovery |
| Bryan Cloncs | 7/23/2009 | 4.0 | Business Operations | Review of Grace divestiture (Pegasus) |
| Bryan Cloncs | 7/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/23/2009 | 3.0 | Business Operations | Review of Grace divestiture (Pegasus) |
| Desiree Davis | 7/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/23/2009 | 2.5 | Business Operations | Review of Grace divestiture (Pegasus) |
| Jason Solganick | 7/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/23/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 7/23/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 7/24/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/24/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/24/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/27/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/27/2009 | 5.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 7/28/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/29/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 7/29/2009 | 1.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 7/30/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/30/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/30/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 7/30/2009 | 2.5 | Hearings | Telephonic court hearing |
| Bryan Cloncs | 7/31/2009 | 1.0 | Case Administration | Review of court docket |
| Jason Solganick | 7/31/2009 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**August-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 8/3/2009 | 1.0 | Case Administration | Review court docket |
| Jason Solganick | 8/3/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/4/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/5/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/6/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/6/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/7/2009 | 1.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 8/7/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 8/7/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 8/10/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 8/10/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/10/2009 | 1.0 | Business Operations | Review of objections to Libby claimants |
| Pei Huang | 8/10/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 8/10/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/11/2009 | 2.0 | Business Operations | Review of expert reports and briefs |
| Desiree Davis | 8/11/2009 | 2.0 | Business Operations | Review of expert reports and briefs |
| Jason Solganick | 8/11/2009 | 4.0 | Business Operations | Review of expert reports and briefs |
| Jason Solganick | 8/11/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/11/2009 | 2.0 | Business Operations | Review of expert reports and briefs |
| Pei Huang | 8/11/2009 | 1.5 | Business Operations | Review of objections to Libby claimants |
| Pei Huang | 8/11/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/12/2009 | 2.0 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/12/2009 | 2.5 | Business Operations | Review of phase II briefs |
| Bryan Cloncs | 8/12/2009 | 1.0 | Case Administration | Review court docket |
| Desiree Davis | 8/12/2009 | 2.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Desiree Davis | 8/12/2009 | 2.5 | Business Operations | Review of phase II briefs |
| Jason Solganick | 8/12/2009 | 2.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/12/2009 | 3.0 | Business Operations | Review of phase II briefs |
| Jason Solganick | 8/12/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 8/12/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Pei Huang | 8/12/2009 | 3.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 8/13/2009 | 2.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/13/2009 | 2.5 | Financial Analysis | Settlement analysis |
| Desiree Davis | 8/13/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 8/13/2009 | 2.0 | Financial Analysis | Review of settlement analysis |
| Jason Solganick | 8/13/2009 | 1.0 | Business Operations | Call and analysis re: insurance settlements |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### August-09

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 8/13/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/13/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 8/13/2009 | 1.0 | Financial Analysis | Review of settlement analysis |
| Pei Huang | 8/13/2009 | 5.0 | Financial Analysis | Settlement analysis |
| Bryan Cloncs | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/14/2009 | 1.5 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Bryan Cloncs | 8/14/2009 | 1.0 | Case Administration | Review court docket |
| Desiree Davis | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Desiree Davis | 8/14/2009 | 1.0 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/14/2009 | 1.0 | Business Operations | Review of potential divestiture of GCP's firestopping and abatement business |
| Jason Solganick | 8/14/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 8/14/2009 | 0.5 | Business Operations | Call re: potential divestiture of GCP's firestopping and abatement business |
| Pei Huang | 8/14/2009 | 0.5 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 8/17/2009 | 1.5 | Case Administration | Review court docket |
| Desiree Davis | 8/17/2009 | 3.0 | Financial Analysis | Review of comparable companies and related analyses |
| Jason Solganick | 8/17/2009 | 2.0 | Business Operations | Financial analysis re: expert reports |
| Jason Solganick | 8/17/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/17/2009 | 1.0 | Financial Analysis | Review of comparable companies and related analyses |
| Pei Huang | 8/17/2009 | 3.0 | Case Administration | Review court docket |
| Jason Solganick | 8/18/2009 | 0.5 | Business Operations | Call re: expert reports |
| Jason Solganick | 8/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/19/2009 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 8/20/2009 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Jason Solganick | 8/20/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/20/2009 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Pei Huang | 8/20/2009 | 0.5 | Financial Analysis | Review of 8-Ks for comparable company |
| Jason Solganick | 8/21/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/24/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 8/25/2009 | 1.5 | Case Administration | Review court docket |
| Jason Solganick | 8/25/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 8/26/2009 | 2.5 | Case Administration | Review court docket |
| Desiree Davis | 8/26/2009 | 2.5 | Case Administration | Review court docket |
| Jason Solganick | 8/26/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/27/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 8/28/2009 | 1.5 | Case Administration | Review court docket |
| Jason Solganick | 8/28/2009 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 8/31/2009 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**September-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/1/2009 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 9/2/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/2/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/2/2009 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/2/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/2/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/3/2009 | 2.0 | Financial Analysis | Settlement analysis |
| Jason Solganick | 9/3/2009 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 9/3/2009 | 2.5 | Financial Analysis | Settlement analysis |
| Bryan Cloncs | 9/4/2009 | 1.0 | Financial Analysis | Settlement analysis |
| Desiree Davis | 9/4/2009 | 2.0 | Financial Analysis | Review of settlement analysis |
| Jason Solganick | 9/4/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/4/2009 | 1.5 | Financial Analysis | Review of settlement analysis |
| Pei Huang | 9/4/2009 | 2.0 | Financial Analysis | Settlement analysis |
| Jason Solganick | 9/7/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/8/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 9/8/2009 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 9/8/2009 | 2.5 | Financial Analysis | Review of Grace financials and related analyses |
| Desiree Davis | 9/9/2009 | 2.0 | Financial Analysis | Review of Grace financials and related analyses |
| Jason Solganick | 9/9/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/9/2009 | 3.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 9/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/10/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/10/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/10/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/11/2009 | 1.0 | Case Administration | Review court docket |
| Bryan Cloncs | 9/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/11/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 9/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/11/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/11/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/11/2009 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Pei Huang | 9/11/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/11/2009 | 2.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Bryan Cloncs | 9/14/2009 | 0.5 | Financial Analysis | Insurance settlement NPV analysis |
| Desiree Davis | 9/14/2009 | 2.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 9/14/2009 | 1.0 | Financial Analysis | Insurance settlement NPV analysis |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**September-09**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/14/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/14/2009 | 1.0 | Financial Analysis | Insurance settlement NPV analysis |
| Bryan Cloncs | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/15/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/15/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/16/2009 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/16/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/16/2009 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/17/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/18/2009 | 1.0 | Financial Analysis | Review of Grace financials and related analyses |
| Bryan Cloncs | 9/18/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/18/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/18/2009 | 1.5 | Financial Analysis | Analysis re: Defined Benefit Plan |
| Pei Huang | 9/18/2009 | 2.0 | Case Administration | Review court docket |
| Jason Solganick | 9/21/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/22/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/22/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Bryan Cloncs | 9/23/2009 | 2.0 | Case Administration | Review court docket |
| Bryan Cloncs | 9/23/2009 | 5.0 | Financial Analysis | Review of sale of ART equity interest |
| Desiree Davis | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Desiree Davis | 9/23/2009 | 4.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Jason Solganick | 9/23/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/23/2009 | 2.5 | Financial Analysis | Review of sale of ART equity interest |
| Pei Huang | 9/23/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Pei Huang | 9/23/2009 | 3.0 | Financial Analysis | Review of sale of ART equity interest |
| Bryan Cloncs | 9/24/2009 | 0.5 | Financial Analysis | Review of sale of ART equity interest |
| Desiree Davis | 9/24/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/24/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/24/2009 | 3.0 | Financial Analysis | Review of sale of ART equity interest |
| Pei Huang | 9/24/2009 | 2.0 | Financial Analysis | Review of sale of ART equity interest |
| Jason Solganick | 9/25/2009 | 1.0 | Business Operations | Call re: sale of ART equity interest |
| Jason Solganick | 9/25/2009 | 1.0 | Business Operations | Discussion re: retention issues |
| Jason Solganick | 9/25/2009 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/28/2009 | 1.0 | Case Administration | Review court docket |
| Jason Solganick | 9/28/2009 | 0.5 | Business Operations | Discussion with Orrick re: retention issues |
| Jason Solganick | 9/28/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/29/2009 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/30/2009 | 0.5 | Business Operations | Retention issues |
| Jason Solganick | 9/30/2009 | 0.2 | Case Administration | Review court docket |