**EXHIBIT B**

Pacer Charges                                     $182.85