IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | |
| ) | Re: Docket No. 23650 |

**ERRATA SHEET FOR ANDERSON MEMORIAL HOSPITAL'S
POST-TRIAL BRIEF REGARDING FEASIBILITY**

Anderson Memorial Hospital hereby files this errata sheet identifying typographical errors to record citations referenced in its *Post-Trial Brief Regarding Feasibility* (D.I. 23650) filed November 2, 2009, and hereby states the correct record citations in bold as follows:

- Pg. 13, fn 6, record citation to "The December 1995 report likewise contains a chart of "Estimate of Property Damage Costs..." which again identifies 114,444 private sector buildings that "May Contain Product" is changed to [AMH Ex. 56(H), pg. **AMH-4215.181**] (from [AMH Ex. 56(H), pg. AMH-4124.181]);

- Pg. 17, record citation to Ms. Zilly's testimony regarding commitment letters is changed to [10/13/09 **Tr. 182** (Zilly)] (from [10/13/09 Tr. 162 (Zilly)); and

- Pg. 18, record citation to Ms. Zilly's testimony regarding commitment letters is changed to [10/13/09 **Tr. 182-183** (Zilly)] (from [10/13/09 Tr. 162 (Zilly)).

DATED: November 20, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

                - and -

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*