**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on the 20th day of November, 2009, I caused a copy of **Maryland Casualty Company's Post-Trial Reply Brief in Support of Its Positions Relating to First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Teresa K.D. Currier, Esq. | Laura Davis Jones, Esq. |
| Buchanan Ingersoll & Rooney PC | Pachulski, Stang, Ziehl & Jones, LLP |
| The Brandywine Building | 919 North Market Street, 17th Floor |
| 1000 West Street, Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |
| | |
| David Klauder, Esq. | Marla Eskin, Esq. |
| Office of the United States Trustee | Campbell & Levine, LLC |
| 844 King Street, Suite 2207 | 800 N. King Street, Suite 300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Philip Bentley, Esq. | David M. Bernick Esq. |
| Douglas Manual, Esq. | Theodore L. Freedman, Esq. |
| Kramer Levin Naftalis & Frankel LLP | Kirkland & Ellis LLP |
| 1177 Avenue of the Americas | 153 E. 53rd Street |
| New York, NY 10036 | New York, NY 10022 |
| | |
| Peter Van N. Lockwood, Esq. | Roger Frankel, Esq. |
| Ronald Reinsel, Esq. | Richard H. Wryon, Esq. |
| Caplin & Drysdale, Chartered | Orrick, Herrington & Sutcliffe LLP |
| One Thomas Circle, NW, Suite 1100 | Columbia Center |
| Washington, DC 20005 | 1152 15th Street, NW |
| | Washington, DC 20005 |
| | |
| Scott L. Baena, Esq. | Lewis Kruger, Esq. |
| Jay M Sakalo, Esq. | Arlene Kreiger, Esq. |
| Mindy A. Mora, Esq. | Kenneth Pasquale, Esq. |
| Bilzin Sumberg Baena Price & Axelrod LLP | Stroock & Stroock & Lavan LLP |
| 200 South Biscayne Blvd., Suite 2500 | 180 Maiden Lane |
| Miami, FL 33131-5340 | New York, NY 10038-4982 |
| | |
| David T. Austern | Alexander M. Sanders, Jr. |
| 3110 Fairview Park Drive, Suite 200 | 19 Water Street |
| Falls Church, VA 22042-0683 | Charleston, SC 29401 |
| | |
| Alan B. Rich, Esq. | Sealed Air Corporation |
| 1401 Elm Street, Suite 4620 | 200 Riverfront Boulevard |
| Dallas, TX 75202-3909 | Elmwood Park, NJ 07407 |

| | |
|---|---|
| D.J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| Fresenius Medical Care North America<br>Corporate Headquarters<br>Corporate Law Department<br>95 Hayden Avenue<br>Lexington, MA 02420-9192<br>Attn: General Counsel | David S. Rosenbloom, Esq.<br>McDermott, Will & Emery<br>227 W. Monroe, Suite 4400<br>Chicago, IL 60606 |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | Janet S. Baer, Esq.<br>The Law Offices of Janet S. Baer, P.C.<br>70 W. Madison St., Suite 2100<br>Chicago, IL 60602 |

/s/ Marc J. Phillips
    Marc J. Phillips

#734609