## CERTIFICATE OF SERVICE

  **I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on November 20, 2009 via electronic mail and/or CM/ECF:**

**ATTACHED SERVICE LIST**

  Under penalty of perjury, I declare that the foregoing is true and correct.


\_\_\_\_11/20/2009_____  \_\_/s/ Heidi E Sasso_____
Date         Heidi E. Sasso