IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-1139 (JKF) Jointly Administered |
| Debtors. | ) | |

**POST-TRIAL STATEMENT AND RESERVATION OF RIGHTS OF
SEALED AIR CORPORATION AND CRYOVAC, INC.**

Pursuant to the Order Establishing Schedule of Post-Trial Briefing and Related Matters (Docket No. 23567) (the "Order"), Sealed Air Corporation and Cryovac, Inc. (collectively, "Sealed Air"), parties in interest, by and through their undersigned counsel, hereby file this post-trial statement and reservation of rights (the "Statement"). In the Order, the Court establishes November 20, 2009 as the deadline for filing post-trial reply briefs.

Sealed Air has reviewed (a) the First Amended Joint Plan of Reorganization dated February 27, 2009 (Docket No. 20872), as subsequently modified on September 4, 2009 (Docket No. 23177) and on October 12, 2009 (Docket No. 23474) (the "Plan"),[1] (b) the objections and pre-trial and post-trial briefs that have been filed by various parties opposing provisions of the Plan that provide for protections in favor of the Sealed Air Indemnified Parties (the "Objections"), and (c) the pre-trial and post-trial briefs that have been filed by the Plan Proponents in support of the Plan (the "Plan Proponents' Briefs"). Sealed Air believes that the Objections are without merit as to provisions of the Plan that

---

[1] Capitalized terms that are not defined herein have the meanings ascribed to such terms in the Plan.

provide for protections in favor of the Sealed Air Indemnified Parties and should be overruled, including for the reasons set forth in the Plan Proponents' Briefs.

In addition, Sealed Air acknowledges that, to the best of its knowledge, information, and belief, the Debtors, the Asbestos PI Committee, the Asbestos PI FCR, the Asbestos PI TAC, or the Asbestos PI Trustees have (i) promptly provided to Cryovac, Inc. all "Material Drafts" (as defined in the Sealed Air Settlement Agreement) of the Asbestos PI Trust Agreement and each related "Trust Document" (as defined in the Sealed Air Settlement Agreement) (but excluding or redacting drafts of the Asbestos PI TDP), and (ii) incorporated promptly (if it was the party drafting such document), or if otherwise, urged the party drafting such document promptly to incorporate, into any such document each provision with respect to the subject matter set forth or referred to in paragraphs II(c)(ix), (x), and (xi) paragraph VI(g), clauses (i)(A) through (D), and paragraph VI(c) of the Sealed Air Settlement Agreement that were reasonably requested by Cryovac, Inc.

Sealed Air further acknowledges that, to the best of its knowledge, information, and belief, the Debtors, the Asbestos PD Committee, or the Asbestos PD FCR have (i) promptly provided to Cryovac, Inc. all "Material Drafts" (as defined in the Sealed Air Settlement Agreement) of the Asbestos PD Trust Agreement and each related "Trust Document" (as defined in the Sealed Air Settlement Agreement) (but excluding or redacting drafts of the ZAI TDP), and (ii) incorporated promptly (if it was the party drafting such document), or if otherwise, urged the party drafting such document promptly to incorporate, into any such document each provision with respect to the subject matter set forth or referred to in paragraphs II(c)(ix), (x), and (xi) paragraph VI(g), clauses (i)(A)

through (D), and paragraph VI(c) of the Sealed Air Settlement Agreement that were reasonably requested by Cryovac, Inc.

This Statement is based upon, and limited to, the Plan, the Objections, the Plan Proponents' Briefs, the Asbestos PI Trust Agreement, and the Asbestos PD Trust Agreement that were filed with the Court as of November 19, 2009. Sealed Air reserves all rights with respect to any Plan modifications, Objections, Plan Proponents' Briefs, Asbestos PI Trust Agreement modifications, Asbestos PD Trust Agreement modifications, and any other documents or modifications that may thereafter be filed or made.

Dated: Wilmington, Delaware
       November 20, 2009

                                      */s/   Mark S. Chehi*
                                      Mark S. Chehi (I.D. No. 2855)
                                      Skadden, Arps, Slate, Meagher & Flom LLP
                                      One Rodney Square
                                      P.O. Box 636
                                      Wilmington, DE 19899
                                      (302) 651-3000

                                      - and -

                                      J. Gregory St. Clair
                                      David M. Turetsky
                                      Skadden, Arps, Slate, Meagher & Flom LLP
                                      Four Times Square
                                      New York, New York  10036-6522
                                      Telephone: (212) 735-3000
                                      Facsimile: (212) 735-2000

                                      Attorneys for Sealed Air Corporation
                                      and Cryovac, Inc.