## CERTIFICATE OF SERVICE

I certify that on this 20th day of November, 2009, a copy of the foregoing Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Reply Brief to "Plan Proponents' Main Post-trial Brief in Support of Confirmation of Joint Plan of Reorganization under chapter 11 of the Bankruptcy Code" was served by first class mail on the parties listed below:

David Klauder
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Bilzin Sumberg Baena Price & Axelrod LLP
Attn:   Scott L. Baena/Jay Sackalo
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

Alan Rich
1401 Elm Street
Dallas, TX 75202

Janet S. Baer
Law Office
70 W. Madison Street, Suite 2100
Chicago, IL 60602

David M. Bernick, PC
Lisa G. Esayian
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Laura Daivs Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806

Elihu Inselbuch
Caplin & Drysdale, Charted
375 Park Avenue, 35th Floor
New York, NY 10152

Teresa D. Currier
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022

{08008|COS|10090369.DOC}

| | |
|---|---|
| Philip Bentley<br>Douglas Mannal<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | Ferry, Joseph & Pearce, P.A.<br>Attn:   Theodore Tacconelli<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware  19899 |
| Michael Lastowski<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801-1246 | Stroock & Stroock & Lavan LLP<br>Attn: Lewis Kruger/Arlene Krieger/Kenneth Pasquale<br>180 Maiden Lane<br>New York, NY  10038-4982 |
| Peter Van N. Lockwood<br>Ronald Reinsel<br>Jeffrey Liesemer<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC  20005 | /s/ Kathleen M. Miller<br>Kathleen M. Miller  (DE I.D. No. 2898) |