# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on November 20, 2009, true and correct copies of **ANDERSON MEMORIAL HOSPITAL'S POST-TRIAL REPLY BRIEF RE FEASIBILITY** were served on the parties listed on the attached service list in the manner indicated thereon.

DATED: November 20, 2009

　　　　　　　　　　　　　　　　　　Christopher D. Loizides (No. 3968)
　　　　　　　　　　　　　　　　　　LOIZIDES, P.A.
　　　　　　　　　　　　　　　　　　1225 King Street, Suite 800
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone:　(302) 654-0248
　　　　　　　　　　　　　　　　　　Facsimile:　(302) 654-0728
　　　　　　　　　　　　　　　　　　E-mail:　　loizides@loizides.com

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
Email:  ljones@pszjlaw.com
        joneill@pszjlaw.com
        tcairns@pszjlaw.com

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY PC
Email:  teresa.currier@bipc.com

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE LLC
Email:  meskin@camlev.com
        mhurford@camlev.com

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
Email:  mlastowski@duanemorris.com

David M. Klauder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
Email:  david.klauder@usdoj.gov

Theodore Tacconelli, Esquire
FERRY JOSEPH & PEARCE PA
Email:  ttacconelli@ferryjoseph.com

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
Email:  jcp@pgslaw.com

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
Email:  david.bernick@kirkland.com
        theodore.freedman@kirkland.com
        deanna.boll@kirkland.com

Janet S. Baer, PC
LAW OFFICES OF JANET S. BAER PC
Email:  jbaer@jsbpc.com

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
Email: lkruger@strook.com

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
Email: ei@capdale.com

Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
Email: pvnl@capdale.com
       rer@capdale.com
       jal@capdale.com

Philip Bentley, Esquire
Douglas Mannal, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Email: pbentley@kramerlevin.com
       dmannal@kramerlevin.com

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
Email: rfrankel@orrick.com
       rwyron@orrick.com
       dfelder@orrick.com

Scott Baena, Esquire
Jay Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Email: sbaena@bilzin.com
       jsakalo@bilzin.com

James Restivo, Jr., Esquire
REED SMITH LLP
Email: jrestivo@reedsmith.com

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
Email: khill@svglaw.com

Alan B. Rich, Esquire
LAW OFFICE OF ALAN B. RICH
Email: arich@alanrichlaw.com

Jeffrey M. Boerger, Esquire
Kooshan Nayerahmadi, Esquire
DRINKER BIDDLE LLP
Email:  jeffrey.boerger@dbr.com
        kooshan.nayerahmadi@dbr.com