**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | **Docket Ref. Nos. 20872,** |
| | : | **23825, and 23811** |
| | : | |

**JOINDER OF GOVERNMENT EMPLOYEES INSURANCE COMPANY AND REPUBLIC
INSURANCE COMPANY N/K/A STARR INDEMNITY & LIABILITY COMPANY IN CERTAIN
PHASE II POST-TRIAL REPLY BRIEFS FILED BY OTHER PLAN OBJECTORS**

In lieu of filing their own Phase II Post-Trial Reply Brief, Government

Employees Insurance Company ("GEICO") and Republic Insurance Company n/k/a Starr

Indemnity & Liability Company ("Republic") hereby join in: (1) Sections I, II. E, II. F,

II. G, and III of the Phase II Post-Trial Reply Brief of Creditors OneBeacon America

Insurance Company and Seaton Insurance Company in Opposition to Confirmation of

Amended Joint Plan of Reorganization (D.I. 23825) and (2) Section I. D of the Phase II

Post-Trial Reply Brief for the CNA Companies (D.I. 23811).  In addition, GEICO and

Republic reserve the right to join in the reply briefs submitted by other Plan Objectors if

GEICO or Republic deem such a joinder to be appropriate or desirable.


Respectfully submitted,

Dated: November 20, 2009       /s/ David P. Primack
                               Warren T. Pratt (DE 4334)
                               David P. Primack (DE 4449)
                               Drinker Biddle & Reath LLP
                               1100 N. Market Street
                               Wilmington, DE 19801-1254
                               Tel. (302) 467-4200

- and -

Michael F. Brown (*pro hac vice*)
Jeffrey M. Boerger (*pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel. (215) 988-2700

*Counsel for Government Employees*
*Insurance Company and Republic*
*Insurance Company n/k/a Starr*
*Indemnity & Liability Company*