IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Adrian C. Maholchic, certify that I am not less than 18 years of age, and that on November 20, 2009, a copy of the *Joint Reply of the Official Committee of Unsecured Creditors and Bank Lender Group to Grace's Post-Trial Brief Regarding Bank Lender Issues* (Docket No. 23826) was served on the individuals identified on the attached Exhibit A in the manner indicated therein.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: November 20, 2009       */s/ Adrian C. Maholchic*
        Wilmington, Delaware      Adrian C. Maholchic
                                               Duane Morris LLP
                                               30 South 17th Street
                                               Philadelphia, Pennsylvania 19103

**EXHIBIT A**

**By Regular Mail**

PACHULSKI STANG ZIEHL &
JONES LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8709

CAMPBELL & LEVINE, LLC
Kathleen Campbell Davis, Esquire
800 North King Street
Suite 300
Wilmington, DE 19899

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr., Esquire
1200 North Broom Street
Wilmington, DE 19806

SAUL EWING, LLP
Teresa K.D. Currier, Esquire
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

LANDIS RATH & COBB LLP
James S. Green Jr, Esquire
Rick Cobb, Esquire
919 Market Street, Suite 1800
Wilmington, Delaware 19801
green@lrclaw.com

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Lisa L. Coggins, Esquire
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Samuel L. Blatnick
Andrew B. Fromm
300 N. LaSalle Street
Chicago, Illinois 60654

THE LAW OFFICES OF JANET S. BAER
P.C.
Janet S. Baer
70 West Madison Street, Suite 2100
Chicago, Illinois 60602

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch, Esquire
375 Park Avenue, 35th Floor
New York, NY 10152-3500

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood, Esquire
One Thomas Circle, N.W.
Washington, D.C. 20005

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

KRAMER, LEVIN, NAFTALIS
& FRANKEL LLP
Philip Bentley, Esquire
1177 Avenue of the Americas
New York, NY 10036

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Andrew N. Rosenberg, Esquire
1285 Avenue of the Americas
New York, NY 10019-6064

2

| | |
|---|---|
| BILZIN SUMBERG BAENA PRICE<br>& AXELROD LLP<br>Scott L. Baena, Esquire<br>Jay M. Sakalo, Esquire<br>2500 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2336 | ALAN RICH LAW<br>Alan B. Rich, Esquire<br>1201 Main Street, Suite 1910<br>LB 201<br>Dallas, TX 75202 |