## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## PLAN PROPONENTS' MOTION FOR LEAVE TO CONSOLIDATE THEIR POST-TRIAL RESPONSE BRIEFS AND EXCEED THE SINGLE BRIEF PAGE LIMITATION

The Debtors, the Official Committee of Asbestos Personal Injury Claimants, the

Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security

Holders, (the " Plan Proponents") hereby seek leave, to the extent necessary or applicable, to

consolidate their Post-Trial Response Briefs and exceed the single brief page limitation in order

to present the Court with an efficient and logically organized set of responsive post-trial briefs

that address all of the arguments and proposed findings set forth in the 19 post-trial briefs filed

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

by various plan objectors. In support of the relief requested, the Plan Proponents respectfully state as follows:

1.      Pursuant to the *Order Establishing Schedule of Post-Trial Briefing and Related Matters,* [Docket No. 22520], on November 2, 2009, 19 separate Post-Trial Briefs, containing proposed findings and conclusions, were filed by various plan objectors on all issues other than certain issues unique to Anderson Memorial Hospital. Response Briefs are due on November 20, 2009. The scheduling order does not set a page limitation for the Response Briefs nor does it specify the form in which the briefs are to be presented.

2.      Pursuant to Rules 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules") and General Chambers Procedure 2(a)(vi), no answering brief or brief in support of confirmation may exceed 40 pages in length without leave of Court. However, those Rules essentially governs motions for relief in adversary proceedings and other contested matters and legal briefs and memoranda. There is no Local Rule that governs Post-Trial Briefs and Proposed Findings of Fact and Conclusions of Law.

3.      Consistent with the way in which the Plan Proponents submitted their Initial Post-Trial Briefs, the Plan Proponents have prepared 3 pleadings that comprise their consolidated Post Trial Response Briefs. These three briefs respond to the matters addressed in the 19 different Initial Post-Trial Briefs filed by various plan objectors. Specifically, the Main Brief addresses the majority of the plan objectors arguments and proposed findings contained in their Initial Briefs, and the two companion briefs respond regarding: (i) the Libby Claimants' remaining objections to certain Plan and TDP provisions; and (ii) the Lenders lack of entitlement to default interest.

4.      The Plan Proponents consolidated briefs address and respond to arguments and evidence presented in 19 separate briefs by over 23 different Plan objectors. Rather than prepare a separate 40 page Post- Trial Response Brief responding to each Plan objectors' brief,

2

the Plan Proponents have prepared three consolidated responsive briefs. In these three briefs, the

Plan Proponents respond to all of the arguments regarding the evidence presented in 10 trial days

by more than 23 different parties and their proposed findings and conclusions, in both an

efficient and logically organized manner. Thus, while the consolidated Plan Proponents'

responsive briefs, together, total approximately 150 pages, they address proposed findings and

evidence presented and respond to all of the remaining Plan objections in a consolidated format.

5.      As a result, to the extent necessary or applicable, the Plan Proponents

respectfully request that the Court grant them leave to file their consolidated Post-Trial Response

Briefs and under Local Rules 7007-2 and General Chambers Procedure 2(a)(vi), exceed the

single brief 40 page limit.

WHEREFORE, the Plan Proponents respectfully request that the Court enter an order (i)

authorizing them to file one consolidated Main Post- Trial Response Brief and two related Post-

Trial Response Briefs regarding Libby and the Lenders; (ii) exceed the forty (40) page single

brief limit under Local Rule 7007-2 in order to file such briefs, and (iii) granting such other and

further relief as the Court may deem just and proper.

Dated: November 20, 2009

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Theodore L. Freedman
> Deanna D. Boll
> 601 Lexington Avenue
> New York, NY 10022
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900
>
> Barbara Mack Harding
> Brian Stansbury
> 655 Fifteenth Street, N.W.
> Washington, D.C. 20005
> Telephone: (202) 879-5000
> Facsimile: (202) 879-5200

3

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162
Facsimile: (312) 641-2165

and

PACHULSKI STANG ZIEHL & JONES LLP


Laura Davis Jones ( Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400


*Counsel for the Debtors and Debtors in Possession*

4

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (Bar No. 3299)
Marla R. Eskin (Bar No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947
mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Kevin Maclay
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

PHILIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Philips
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

6

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. (3080)
222 Delaware Avenue, 12th Floor
Wilmington, DE  19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
tcurrier@saul.com

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Equity Security
Holders*

7