# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Related Docket Nos. 20872, 23825, 23811 |

## JOINDER OF AXA BELGIUM IN CERTAIN PHASE II POST-TRIAL REPLY BRIEFS FILED BY OTHER PLAN OBJECTORS

Pursuant to the Court's Order Establishing the Schedule of Post-Trial Briefing and Related Matters (Docket No. 23567), AXA Belgium as successor to Royale Belge ("AXA Belgium") hereby joins in the Phase II Post-Trial Reply Brief of OneBeacon America Insurance Company and Seaton Insurance Company in Opposition to Confirmation of Amended Joint Plan of Reorganization (D.I. 23825) and (2) the Phase II Post-Trial Reply Brief for the CNA Companies (D.I. 23811), to the extent they are applicable to AXA Belgium. In addition, AXA Belgium joins the arguments and citations to the record made by other parties-in-interest in their post-trial reply briefs to the extent such arguments and citations are consistent with AXA Belgium's interests.

Dated: November 20, 2009

Respectfully submitted,

*/s/ Eileen T. McCabe*
Eileen T. McCabe, *pro hac vice*
eileen.mccabe@mendes.com
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019
(212)261-8000 (telephone)
(212)261-8750 (facsimile)

Michael A. Shiner, *pro hac vice*
mshiner@tuckerlaw.com
Tucker Arensberg, P.C.
1500 One PPG Place

2

Pittsburgh, PA  15222
412-594-5586 (telephone)
412-594-5619 (facsimile)

*Counsel for AXA Belgium as successor to Royale Belge*