IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE [RE: D.I. 23805]

PLEASE TAKE NOTICE that on November 20, 2009, copies of the **Post-Trial Statement And Reservation Of Rights By Fresenius Medical Care Holdings, Inc. And National Medical Care, Inc.** (D.I. 23805, Filed 11/20/09) were served in the manner indicated upon the entities on the attached list.

Dated: November 23, 2009
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Chad Fights
William H. Sudell, Jr. (No. 0463)
Eric D. Schwartz (No. 3134)
Chad A. Fights (No. 5006)
Andrew R. Remming (No. 5120)
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

David S. Rosenbloom, Esq.
Nathan F. Coco, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel For Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc.*

3031127.2