## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

### JOINDER OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN GRACE'S BRIEF REGARDING BANK LENDER ISSUES

The Official Committee of Equity Security Holders (the "Equity Committee"), by and through its undersigned counsel, hereby joins in the above-captioned debtors' Post-Trial Response Brief Regarding Bank Lender Issues in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and incorporates the arguments and positions set forth in the debtors' brief as if fully set forth herein.

Dated:  Wilmington, Delaware
        November 24, 2009

**SAUL EWING LLP**

By:  /s/ Teresa K.D. Currier
     Teresa K. D. Currier (No. 3080)
     222 Delaware Avenue, 12th Floor
     Wilmington, DE 19801
     (302) 421-6800

-and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Counsel to the Official Committee
of Equity Security Holders*