# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** ) | Chapter 11 |
| ) | Case No. 01-1139 (JKF) |
| **W. R. GRACE & CO.,** *et al.* ) | Jointly Administered |
| ) | |
| **Debtors.** ) | **Related Docket No. 23834** |

## THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' JOINDER IN GRACE'S POST-TRIAL RESPONSE BRIEF REGARDING BANK LENDER ISSUES IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

The Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through its undersigned counsel, hereby joins in Grace's Post-Trial Response Brief Regarding Bank Lender Issues in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 23834) (the "Lender Issues Reply Brief"). The ACC hereby joins in and supports the arguments and positions contained in the Lender Issues Reply Brief, as if fully set forth herein.

Date: November 24, 2009               CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 King Street, Suite 300
Wilmington, DE  19801
P: (302) 426-1900
F: (302) 426-9947
mhurford@camlev.com

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
T: (212) 319-7125

{D0166249.1 }

        CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
T: (202) 862-5000

*Counsel to the Official Committee of*
  *Asbestos Personal Injury Claimants*