**EXHIBIT A**

| Attorney | Date | Desciption (as filed) | Hours (as filed) | Hourly Rate (as filed) | Fee (as filed) | Description (as modified) | Hours (as modified) | Hourly Rate (as modified) | Fee (as modified) | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 11/17/2008 | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA FOR INTERVIEWS; PARTICIPATE IN INTERVIEWS OF EMPLOYEES OF W.R. GRACE; MEETING WITH S. WEBB RE SAME; DRAFT LETTER TO OPPOSING COUNSEL RE WEBPAGE | 10.90 | 415.00 | 4,523.50 | PARTICIPATE IN INTERVIEWS OF EMPLOYEES OF W.R. GRACE; MEETING WITH S. WEBB RE SAME; DRAFT LETTER TO OPPOSING COUNSEL RE WEBPAGE | 9.70 | 415.00 | 4,025.50 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA FOR INTERVIEWS | 1.20 | 207.50 | 249.00 | |
| MALLON, COLLEEN M. | 11/18/2008 | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA FOR INTERVIEWS; PARTICIPATE IN INTERVIEWS; REVISE LETTER TO OPPOSING COUNSEL RE: WEBPAGE AND FINALIZE REVIEW DOCUMENTS FROM INTERNAL AUDIT RE: PATTI MIKESKA ISSUE; PREPARE FOR P. MIKESKA INTERVIEW | 11.80 | 415.00 | 4,897.00 | PARTICIPATE IN INTERVIEWS; REVISE LETTER TO OPPOSING COUNSEL RE: WEBPAGE AND FINALIZE REVIEW DOCUMENTS FROM INTERNAL AUDIT RE: PATTI MIKESKA ISSUE; PREPARE FOR P. MIKESKA INTERVIEW | 10.60 | 415.00 | 4,399.00 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA FOR INTERVIEWS | 1.20 | 207.50 | 249.00 | |
| MALLON, COLLEEN M. | 11/19/2008 | PREPARE FOR INTERVIEW WITH P. MIKESKA; TRAVEL TO AND FROM CURTIS BAY FACILITY; PARTICIPATE IN INTERVIEWS; EDIT/FINALIZE LETTER TO PLAINTIFF'S COUNSEL RE: WEBPAGE; MEETING WITH A. MAJOR RE: RESULTS OF INTERVIEWS AND NEED FOR ASSISTANCE TO REVIEW DOCUMENTS | 7.90 | 415.00 | 3,278.50 | PREPARE FOR INTERVIEW WITH P. MIKESKA; PARTICIPATE IN INTERVIEWS; EDIT/FINALIZE LETTER TO PLAINTIFF'S COUNSEL RE: WEBPAGE; MEETING WITH A. MAJOR RE: RESULTS OF INTERVIEWS AND NEED FOR ASSISTANCE TO REVIEW DOCUMENTS | 6.70 | 415.00 | 2,780.50 | 249.00 |
| | | | | | | TRAVEL TO AND FROM CURTIS BAY FACILITY | 1.20 | 207.50 | 249.00 | |
| MALLON, COLLEEN M. | 11/24/2008 | TRAVEL TO AND FROM GRACE'S COLUMBIA HEADQUARTERS; PARTICIPATE IN INTERVIEW WITH M. BAKER; REVIEW DOCUMENTS IN M. BAKER'S BINDER; ANALYSIS/STRATEGY | 9.20 | 415.00 | 3,818.00 | PARTICIPATE IN INTERVIEW WITH M. BAKER; REVIEW DOCUMENTS IN M. BAKER'S BINDER; ANALYSIS/STRATEGY | 8.00 | 415.00 | 3,320.00 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S COLUMBIA HEADQUARTERS | 1.20 | 207.50 | 249.00 | |
| MALLON, COLLEEN M. | 2/5/2009 | REVIEW EMAILS INVOLVING P. MIKESKA ON CD PROVIDED BY FORENSIC EXAMINER; PREPARE FOR J. HUNTER INTERVIEW; TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE FOR J. HUNTER INTERVIEW; PARTICIPATE IN INTERVIEW; MEETINGS WITH G.S. WEBB RE: SAME AND ITEMS TO COVER WITH J. HUNTER; MEETING WITH A. MAJOR RE: DOCUMENT REVIEW; REVISE LETTER TO M. LIBOWITZ E: DISCOVERY ISSUES | 7.80 | 415.00 | 3,237.00 | REVIEW EMAILS INVOLVING P. MIKESKA ON CD PROVIDED BY FORENSIC EXAMINER; PREPARE FOR J. HUNTER INTERVIEW; PARTICIPATE IN INTERVIEW; MEETINGS WITH G.S. WEBB RE: SAME AND ITEMS TO COVER WITH J. HUNTER; MEETING WITH A. MAJOR RE: DOCUMENT REVIEW; REVISE LETTER TO M. LIBOWITZ E: DISCOVERY ISSUES | 6.60 | 415.00 | 2,739.00 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE FOR J. HUNTER INTERVIEW | 1.20 | 207.50 | 249.00 | |
| WEBB, G. STEWART, JR. | 2/17/2009 | TRAVEL TO/FROM TIMONIUM FOR MEETING WITH POTENTIAL EXPERT | 0.70 | 635.00 | 444.50 | TRAVEL TO/FROM TIMONIUM FOR MEETING WITH POTENTIAL EXPERT | 0.70 | 317.50 | 222.25 | 222.25 |

| Name | Date | Description | Hours | Rate | Amount | Description | Hours | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 3/6/2009 | TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE; PARTICIPATE IN EMPLOYEE INTERVIEWS; MEETING WITH S. WEBB RE: SAME AND PLAINTIFF'S DISCOVERY RESPONSES; MEETING WITH J. COLLINS RE CREATING P. MIKESKA BINDERS AND COMPARISON OF P-CARD SPREADSHEETS; MEETING WITH M. SWINBURNE RE: PRODUCTION; DRAFT COVER LETTER RE: SUPPLEMENTAL DOCUMENT PRODUCTION AND FINALIZE SAME; TELEPHONE CALL WITH N. BAGWANDEEN RE: GRACE'S PRODUCTION | 5.90 | 415.00 | 2,448.50 | PARTICIPATE IN EMPLOYEE INTERVIEWS; MEETING WITH S. WEBB RE: SAME AND PLAINTIFF'S DISCOVERY RESPONSES; MEETING WITH J. COLLINS RE CREATING P. MIKESKA BINDERS AND COMPARISON OF P-CARD SPREADSHEETS; MEETING WITH M. SWINBURNE RE: PRODUCTION; DRAFT COVER LETTER RE: SUPPLEMENTAL DOCUMENT PRODUCTION AND FINALIZE SAME; TELEPHONE CALL WITH N. BAGWANDEEN RE: GRACE'S PRODUCTION | 4.70 | 415.00 | 1,950.50 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE | 1.20 | 207.50 | 249.00 | |
| MALLON, COLLEEN M. | 3/18/2009 | TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE; PARTICIPATE IN INTERVIEWS OF WITNESSES; EDIT/REVISE LETTER TO PLAINTIFF'S COUNSEL RE: DISCOVERY RESPONSES; MEETING WITH M. SWINBURNE RE: MATCHING UP GL ACCOUNTS | 9.20 | 415.00 | 3,818.00 | PARTICIPATE IN INTERVIEWS OF WITNESSES; EDIT/REVISE LETTER TO PLAINTIFF'S COUNSEL RE: DISCOVERY RESPONSES; MEETING WITH M. SWINBURNE RE: MATCHING UP GL ACCOUNTS | 8.00 | 415.00 | 3,320.00 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S COLUMBIA OFFICE | 1.20 | 207.50 | 249.00 | |
| MALLON, COLLEEN M. | 3/31/2009 | REVIEW DISCOVERY LETTERS EXCHANGED BETWEEN PARTIES AND WRITTEN DISCOVERY ANSWERS IN PREPARATION FOR MEET AND CONFER WITH PLAINTIFFS; MEETING WITH S. WEBB RE SAME; TRAVEL TO AND FROM PLAINTIFF'S OFFICE; PARTICIPATE IN MEET AND CONFER WITH COUNSEL FOR PLAINTIFF; DRAFT FOLLOW UP NOTES FROM MEETING; FOLLOW UP WITH M. BAKER RE: OPEN ITEMS; EDIT/REVISE CONFIDENTIALITY AGREEMENT AND FORWARD SAME TO PLAINTIFF | 6.90 | 415.00 | 2,863.50 | REVIEW DISCOVERY LETTERS EXCHANGED BETWEEN PARTIES AND WRITTEN DISCOVERY ANSWERS IN PREPARATION FOR MEET AND CONFER WITH PLAINTIFFS; MEETING WITH S. WEBB RE SAME; PARTICIPATE IN MEET AND CONFER WITH COUNSEL FOR PLAINTIFF; DRAFT FOLLOW UP NOTES FROM MEETING; FOLLOW UP WITH M. BAKER RE: OPEN ITEMS; EDIT/REVISE CONFIDENTIALITY AGREEMENT AND FORWARD SAME TO PLAINTIFF | 6.40 | 415.00 | 2,656.00 | 103.75 |
| | | | | | | TRAVEL TO AND FROM PLAINTIFF'S OFFICE | 0.50 | 207.50 | 103.75 | |
| MALLON, COLLEEN M. | 6/16/2009 | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA; MEETINGS WITH M. BAKER, M. BLESSING, B. KUCHINSKY, R. FINKE, S. WEBB AND EXPERT RE: M. BAKER'S BINDER, GRACE'S ACCOUNTING SYSTEM AND RELATED ITEMS; PREPARE FOR SAME; WORK ON FOLLOW-UP ISSUES AND MEETING WITH S. WEBB RE: STRATEGY | 6.60 | 415.00 | 2,739.00 | MEETINGS WITH M. BAKER, M. BLESSING, B. KUCHINSKY, R. FINKE, S. WEBB AND EXPERT RE: M. BAKER'S BINDER, GRACE'S ACCOUNTING SYSTEM AND RELATED ITEMS; PREPARE FOR SAME; WORK ON FOLLOW-UP ISSUES AND MEETING WITH S. WEBB RE: STRATEGY | 5.40 | 415.00 | 2,241.00 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S HEADQUARTERS IN COLUMBIA | 1.20 | 207.50 | 249.00 | |
| WEBB, G. STEWART, JR. | 6/16/2009 | TRAVEL TO/FROM GRACE FOR MEETING; MEETING WITH CLIENT EXPERT AND FINANCIAL PEOPLE | 4.00 | 635.00 | 2,540.00 | MEETING WITH CLIENT EXPERT AND FINANCIAL PEOPLE | 2.80 | 635.00 | 1,778.00 | 381.00 |
| | | | | | | TRAVEL TO/FROM GRACE FOR MEETING | 1.20 | 317.50 | 381.00 | |
| | | | | | | | | | TOTAL | 2,699.00 |