IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned counsel to Mark Hankin and Hanmar Associates MLP (together, the "Claimant") hereby certifies that, on November 24, 2009, he caused to be served: (i) the Proof of Claim of Claimant in the W.R. Grace & Co. case (Case No. 01-1139); and (ii) the Proof of Claim of Claimant in the W.R. Grace & Co. – Conn. case (Case No. 01-1140), upon the following entities in the manner indicated.

## VIA OVERNIGHT COURIER

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Fairbault, MN  55021

Roger J. Higgins, Esq.
The Law Offices Of Janet S. Baer, P.C.
70 W. Madison Street, Suite 2100
Chicago, IL  60602-4253

Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY  10022

#11757252 v1

<u>**VIA HAND DELIVERY**</u>

Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th floor
Wilmington, DE 19801

<u>**VIA REGULAR MAIL**</u>

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN 55021


Dated: November 24, 2009
Wilmington, DE

PEPPER HAMILTON LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for Mark Hankin and Hanmar Associates MLP*

#11757252 v1