IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] ) | |
| ) | Case No. 01-01139(JFK) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Objection Deadline: December 14, 2009 |
| ) | at 4 p.m. (Prevailing Eastern Time) |
| ) | |

**SUMMARY APPLICATION OF VENABLE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO THE W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered June 24, 2009, effective as of May 22, 2009** |
| Period for which compensation and reimbursement is sought: | **August 1, 2009 through August 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$134,090.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$102,335.48** |

This is a _x_ monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-2-

This is Venable's monthly application for interim compensation of services for the interim fee period August 1, 2009 through August 31, 2009 (the "Fee Period"). The following applications were filed in the Chapter 11 cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 5, 2009 | 11/1/2008-6/30/2009 | $709,294.00 | $6,405.06 | Pending[2] | Pending |
| November 5, 2009 | 7/1/2009-7/31/2009 | $50,849.50 | $75,008.99 | Pending | Pending |

The Venable attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Laura S. Bouyea | Associate | 2003 | Business | $285.00 | 3.7 | $1,054.50 |
| Darek S. Bushnaq | Partner | 1997 | Business | $380.00 | 2.3 | $874.00 |
| Michael J. De Vinne | Associate | 2001 | Litigation | $360.00 | 36.8 | $13,248.00 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 112.6 | $32,091.00 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 73.3 | $30,419.50 |
| | | | | $207.50 | 2.6 | $539.50 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 21.5 | $13,652.50 |
| | | | | $317.50 | 2.2 | $698.50 |
| | | | | **Total for all attorneys** | | **$92,577.50** |
| | | | | **(Less write-off)** | | **($1,891.50)** |
| | | | | | **Total** | **$90,686.00** |

---

[2] $320,268.80 of these fees and expenses have been paid pursuant to the Order Pursuant to 11 U.S.C. §§ 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business [Docket No. 197], as amended, with a balance of $395,430.26 due and owing Venable.

-2-

BA3DOCS1/432077

The paraprofessionals of Venable who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Namrata R. Bagwandeen | Technology Services | 8 | Technology Services | $180.00 | 27.4 | $4,932.00 |
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 77.6 | $13,968.00 |
| Meghan F. Chapman | Paralegal | 1 | Litigation | $195.00 | 11.7 | $2,281.50 |
| Barbara M. Finley | Paralegal | 3 | Litigation | $175.00 | 62.7 | $10,972.50 |
| Lisa C. Reed | Paralegal | 7 | Litigation | $155.00 | 30.1 | $4,665.50 |
| Claudia Reyes | Paralegal | 9 | Litigation | $220.00 | 77.0 | $16,940.00 |
| | | | | Total for all paraprofessionals | | $53,759.50 |
| | | | | (Less write-off) | | ($10,355.50) |
| | | | | | Total | $43,404.00 |

|  |  |
|---|---|
| Grand Total for Fees (before write-off) | $146,337.00 |
| Grand Total for Fees (after write-off) | $134,090.00 |
| Blended Rate (after write-off) | $247.62 |

**Compensation by Matter**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 535.0 | $144,091.00 |
| Advice in Connection with Preparation of Fee Applications | 6.5 | $2,246.00 |
| Total for all matters | | $146,337.00 |
| (Less write-off)) | | ($12,247.00)[3] |
| Total | | $134,090.00 |

---

[3] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

BA3DOCS1/432077

Expense Summary

| Service Description | Amount |
|---|---|
| Expert Fees & Expenses | $100,846.00 |
| Commercial Messenger | $14.58 |
| Conferencing Services | $11.91 |
| Reproduction Costs | $178.35 |
| Legal Research/Westlaw | $1,227.72 |
| Long Distance Telephone | $50.92 |
| Travel Expenses | $6.00 |
| Total of Expenses | $102,335.48 |

**WHEREFORE**, Venable respectfully requests (a) that an allowance be made to it, as more fully described above for (i) 80% of the amount of **$134,090.00** for reasonable and necessary professional services Venable has rendered to the Debtors during the Fee Period (**$107,272.00**) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Venable during the Fee Period (**$102,335.48**); (b) that both the fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such other relief as is equitable and just.

Wilmington, Delaware
Dated: November 24, 2009

Respectfully submitted,

VENABLE LLP

/s/ G. Stewart Webb, Jr.
G. Stewart Webb, Jr.
Darek S. Bushnaq
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Special Litigation Counsel for the Debtors and Debtors in Possession

Monthly Statement of Venable LLP
Fee Detail August 1, 2009 through August 31, 2009

*Advice in Connection with Global Printing Litigation*

| Attorney | Date | Hours | Hourly Rate | Fee | Description |
|---|---|---|---|---|---|
| MAJOR, ALEXANDER W. | 8/1/2009 | 1.10 | 285.00 | 313.50 | REVIEW OF PLAINTIFF'S JULY 17 2009 PRODUCTION |
| BAGWANDEEN, NAMRATA R. | 8/3/2009 | 1.20 | 0.00 | 0.00 | IMPORT CUSTODIAN AND DESCRIPTION FIELDS INTO GLOBAL LATEST PRODUCTION IN THE FINAL_PRODUCTION CONCORDANCE DB |
| BURDICK, TODD A. | 8/3/2009 | 3.00 | 180.00 | 540.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/3/2009 | 2.40 | 195.00 | 468.00 | CODING INVOICE DOCUMENTS IN CONCORDANCE/IPRO AS PER INSTRUCTIONS OF C.REYES/A.MAJOR |
| FINLEY, BARBARA M. | 8/3/2009 | 5.90 | 175.00 | 1,032.50 | REVIEWING AND CODING INVOICES |
| MAJOR, ALEXANDER W. | 8/3/2009 | 0.50 | 285.00 | 142.50 | PHONE CALL W/ ASSOCIATE OF EXPERT, ASSISTANT TO DEFENDANT'S DAMAGES EXPERT REGARDING STATUS OF DATA REVIEW |
| MAJOR, ALEXANDER W. | 8/3/2009 | 1.30 | 285.00 | 370.50 | ELECTRONIC DOCUMENT REVIEW OF PLAINTIFF'S FINAL PRODUCTION |
| MAJOR, ALEXANDER W. | 8/3/2009 | 0.20 | 285.00 | 57.00 | STATUS EMAIL LOG TO C. MALLON ON EXPERT AND CODING |
| MAJOR, ALEXANDER W. | 8/3/2009 | 1.40 | 0.00 | 0.00 | DRAFTED RESPONSE TO PLAINTIFF'S JULY 27 LETTER REGARDING RESPONSES TO 2D INTERROGATORIES |
| REED, LISA C. | 8/3/2009 | 6.50 | 155.00 | 1,007.50 | CODED INVOICES AS DIRECTED BY A. MAJOR AND C. REYES; |
| REYES, CLAUDIA | 8/3/2009 | 6.00 | 220.00 | 1,320.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. EMAILS WITH L. REED, M. CHAPMAN, B. FINLEY, T. BURDICK REGARDING SAME. |
| WEBB, G. STEWART, JR. | 8/3/2009 | 0.20 | 635.00 | 127.00 | DISCUSS WITH A.MAJOR RE REPLY ON DISCOVERY LETTER (.1); E-MAILS RE STATUS DISCOVERY ISSUE (.1) |
| CHAPMAN, MEGHAN F. | 8/4/2009 | 2.60 | 195.00 | 507.00 | CODING INVOICE DOCUMENTS IN CONCORDANCE/IPRO AS PER INSTRUCTIONS OF C.REYES/A.MAJOR |
| FINLEY, BARBARA M. | 8/4/2009 | 4.70 | 175.00 | 822.50 | REVIEWING AND CODING INVOICES |
| MAJOR, ALEXANDER W. | 8/4/2009 | 1.80 | 285.00 | 513.00 | REVIEW OF PLAINTIFF'S JULY 17 2009 PRODUCTION |
| MAJOR, ALEXANDER W. | 8/4/2009 | 0.40 | 0.00 | 0.00 | MEETINGS WITH S. WEBB ON DISCOVERY RESPONSE LETTERS AND RECENTLY PRODUCED INVOICES; EMAIL FROM M. BAKER |
| REED, LISA C. | 8/4/2009 | 1.40 | 155.00 | 217.00 | CODED INVOICES AS DIRECTED BY A. MAJOR AND C. REYES; |
| REYES, CLAUDIA | 8/4/2009 | 6.00 | 220.00 | 1,320.00 | PER A. MAJOR, CODE RECENT PRODUCTION OF INVOICES. EMAILS WITH L. REED, M. CHAPMAN, B. FINLEY REGARDING SAME. REVIEW INVOICE RANGE FOR DOCUMENTS MISSED. |
| WEBB, G. STEWART, JR. | 8/4/2009 | 0.10 | 635.00 | 63.50 | E-MAILS RE OPEN ISSUES/SCHEDULING |
| WEBB, G. STEWART, JR. | 8/4/2009 | 0.50 | 635.00 | 317.50 | REVIEW DISCOVERY ISSUES RE GLOBAL LETTERS; DISCUSS WITH A. MAJOR RE DRAFT RESPONSE |
| BURDICK, TODD A. | 8/5/2009 | 0.20 | 180.00 | 36.00 | COORDINATE ONGOING CODING PROJECT WITH PARALEGAL TEAM; ASSIGN RANGES AND DISCUSS AVAILABILITY |
| BURDICK, TODD A. | 8/5/2009 | 4.80 | 180.00 | 864.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/5/2009 | 0.30 | 195.00 | 58.50 | CODING INVOICE DOCUMENTS IN CONCORDANCE/IPRO AS PER INSTRUCTIONS OF C.REYES/A.MAJOR |
| FINLEY, BARBARA M. | 8/5/2009 | 5.20 | 175.00 | 910.00 | REVIEWING AND CODING EMAILS AND OTHER DOCUMENTS GLOBAL10201 -10501; QCING CODING OF GRACE 10201-10829 |
| MAJOR, ALEXANDER W. | 8/5/2009 | 2.80 | 285.00 | 798.00 | EXAMINATION OF GRACE'S PRODUCTUION OF INVOICES WITH PHONE CALLS TO D. KUCHINSKY AND M. BAKER IN PREPARTION OF LETTER TO PLAINTIFF'S COUNSEL (2.2); REDRAFTING OF LETTER (.5); PHONE CALL WITH PLAINTIFF'S COUNSEL ABOUT AND EXTENSION (.1) |
| REYES, CLAUDIA | 8/5/2009 | 2.50 | 220.00 | 550.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. EMAILS REGARDING SAME WITH T. BURDICK. |
| WEBB, G. STEWART, JR. | 8/5/2009 | 1.20 | 635.00 | 762.00 | WORK ON DISCOVERY ISSUES RE VENDORS (.6); CONFERENCE CALL KUCHINSKI AND BAKER (.3) E-MAILS RE VENDOR LIST (.3) |
| WEBB, G. STEWART, JR. | 8/5/2009 | 1.10 | 635.00 | 698.50 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CLIENT RE DISCOVERY (.7); REVIEW CLIENT COMMENTS ON DISCOVERY LETTER AND REVISE SAME (.4) |
| BURDICK, TODD A. | 8/6/2009 | 2.00 | 180.00 | 360.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| FINLEY, BARBARA M. | 8/6/2009 | 6.70 | 175.00 | 1,172.50 | REVIEWING AND CODING EMAILS AND OTHER DOCS GLOBAL 10500 -10900; BEGINNING DOC SET 10900 - 11200; QCING AND CODING GRACE 10829 - 10900 |
| MALLON, COLLEEN M. | 8/6/2009 | 0.50 | 415.00 | 207.50 | REVIEW/ANALYZE EMAILS FROM M. BAKER RE: VENDORS (.3); MEETING WITH S. WEBB RE: SAME (.2) |
| WEBB, G. STEWART, JR. | 8/6/2009 | 0.60 | 635.00 | 381.00 | DISCUSS WITH C.MALLON RE DISCOVERY; REVIEW E-MAILS RE VENDOR INFORMATION |
| BURDICK, TODD A. | 8/7/2009 | 1.80 | 180.00 | 324.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION; DISCUSS WORKFLOW WITH ALEXANDER MAJOR |
| FINLEY, BARBARA M. | 8/7/2009 | 4.00 | 175.00 | 700.00 | REVIEWING AND CODING EMAILS AND ATTACHMENTS |
| MAJOR, ALEXANDER W. | 8/7/2009 | 0.30 | 0.00 | 0.00 | MEETING WITH C. MALLON ON STATUS OF DISCOVERY, DOCUMENT REVIEW AND EXPERT FINDINGS |
| MAJOR, ALEXANDER W. | 8/7/2009 | 0.10 | 285.00 | 28.50 | PHONE CALL W/ ASSOCIATE OF EXPERT RESCHEDULING STATUS MEETING |
| MAJOR, ALEXANDER W. | 8/7/2009 | 2.10 | 285.00 | 598.50 | DRAFTED MEMO UPDATING STATUS OF PLAINTIFF'S PRODUCTION TO DATE AS WELL AS PROMISED PRODUCTION TO FOLLOW |
| MAJOR, ALEXANDER W. | 8/7/2009 | 3.10 | 285.00 | 883.50 | REVIEW OF PLAINTIFF'S JULY 17 PRODUCTION |
| MALLON, COLLEEN M. | 8/7/2009 | 2.50 | 415.00 | 1,037.50 | MEETING WITH A. MAJOR RE: STATUS OF OPEN ITEMS (.3); REVIEW/ANALYSIS OF M. BAKER'S EMAILS RE: MISSING VENDORS (1.6); MEETING WITH S. WEBB RE: SAME (.2); REVIEW PLAINTIFFS' LETTER RE: INTERROGATORY RESPONSES (.4) |
| WEBB, G. STEWART, JR. | 8/7/2009 | 0.40 | 635.00 | 254.00 | DISCUSS WITH C.MALLON RE DISCOVERY LETTER AND MISSED VENDORS (.2); REVIEW MEMO RE VENDORS/SEARCH (.2) |
| MALLON, COLLEEN M. | 8/8/2009 | 1.70 | 415.00 | 705.50 | EDIT/REVISE RESPONSE LETTERS TO M. ARGENT RE: OUTSTANDING DISCOVERY ISSUES (1.7) |
| WEBB, G. STEWART, JR. | 8/8/2009 | 0.30 | 635.00 | 190.50 | REVIEW ARGENT LETTER INTERNAGE AND E-MAIL RE SAME |
| MALLON, COLLEEN M. | 8/9/2009 | 1.00 | 415.00 | 415.00 | EDIT/REVISE LETTERS TO M. ARGENT RE: DISCOVERY RESPONSES AND FORWARD SAME TO CLIENT (1.0) |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| WEBB, G. STEWART, JR. | 8/9/2009 | 1.20 | 635.00 | 762.00 | REVIEW AND REVISE LETTER RE DOCUMENT PRODUCTION AND E-MAIL RE SAME (.6); REVIEW AND REVISE LETTER RE INTERROGATORY RESPONSES (.6) E-MAILS RE SAME |
| BAGWANDEEN, NAMRATA R. | 8/10/2009 | 1.30 | 0.00 | 0.00 | COPY PRODUCTIONS UP TO SERVER AND BEGIN CORRECTING FILENAMES AND LOAD FILES FOR GLOBAL PRODUCTION DVDS RECEIVED |
| BURDICK, TODD A. | 8/10/2009 | 6.00 | 0.00 | 0.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MALLON, COLLEEN M. | 8/10/2009 | 3.60 | 415.00 | 1,494.00 | REVISE LETTER TO M. ARGENT RE: GRACE'S RESPONSE TO SECOND SET OF INTERROGATORIES (1.1); TELEPHONE CONFERENCE WITH D. KUCHINSKY AND M. BAKER RE: CUSTODIAN OF GL INFORMATION IN SAP SYSTEM (.4); TELEPHONE CALL WITH D. KUCHINSKY RE: SAME (.2); MEETING WITH S. WEBB RE: SAME (.2); FINALIZE LETTERS AND EMAIL SAME TO M. ARGENT (.3); REVIEW PFG VENTURES' PRODUCTION OF DOCUMENTS (.7); TELEPHONE CALL WITH ASSOCIATE OF EXPERT RE: INVOICES AND SAP DATA (.7) |
| REED, LISA C. | 8/10/2009 | 4.10 | 155.00 | 635.50 | REVIEW AND CODE DOCUMENTS IN DATABASE AS DIRECTED BY A. MAJOR AND T. BURDICK; |
| WEBB, G. STEWART, JR. | 8/10/2009 | 0.40 | 635.00 | 254.00 | REVIEW LETTERS RE DISCOVERY ISSUES (.2); DISCUSS WITH C.MALLON RE SAME (.2) |
| BAGWANDEEN, NAMRATA R. | 8/11/2009 | 1.30 | 0.00 | 0.00 | CONTINUE CORRECTING FILENAMES AND LOAD FILES FOR GLOBAL PRODUCTION DVDS RECEIVED |
| BURDICK, TODD A. | 8/11/2009 | 6.20 | 180.00 | 1,116.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/11/2009 | 0.50 | 195.00 | 97.50 | CODING INVOICE DOCUMENTS IN CONCORDANCE/IPRO AS PER INSTRUCTIONS OF C.REYES/A.MAJOR |
| MALLON, COLLEEN M. | 8/11/2009 | 3.20 | 415.00 | 1,328.00 | MEETING WITH S. WEBB RE: EXPERT'S REVIEW OF INVOICES AND SAP DATA (.4); REVIEW PFG VENTURES DOCUMENTS (2.2); REVIEW SPREADSHEETS PREPARED BY EXPERT (.6) |
| REED, LISA C. | 8/11/2009 | 3.90 | 155.00 | 604.50 | REVIEW AND CODE DOCUMENTS IN DATABASE AS DIRECTED BY A. MAJOR AND T. BURDICK; |
| REYES, CLAUDIA | 8/11/2009 | 5.00 | 220.00 | 1,100.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. EMAILS REGARDING SAME WITH T. BURDICK. |
| WEBB, G. STEWART, JR. | 8/11/2009 | 1.20 | 635.00 | 762.00 | DISCUSS WITH C.MALLON RE EXPERT/DAMAGE ISSUES (.4); REVIEW DOCUMENTS RE DAMAGES AND ANALYSIS (.8) |
| BAGWANDEEN, NAMRATA R. | 8/12/2009 | 3.40 | 0.00 | 0.00 | CONTINUE CORRECTING FILENAMES AND LOAD FILES FOR GLOBAL PRODUCTION DVDS RECEIVED; UPLOAD CORRECTED DATA INTO IPRO AND CONCORDANCE; APPLY CONFIDENTIAL FOOTERS TO PFG DOCUMENTS PER CMALLON AND TAG ACCORDINGLY IN IPRO |
| BURDICK, TODD A. | 8/12/2009 | 6.60 | 0.00 | 0.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MALLON, COLLEEN M. | 8/12/2009 | 5.60 | 415.00 | 2,324.00 | REVIEW GLOBAL'S SUPPLEMENTAL INTERROGATORY ANSWERS AND SUBSEQUENT LETTERS RE: SAME TO IDENTIFY OUTSTANDING DISCOVERY ISSUES (2.9); DRAFT EMAIL TO M. ARGENT RE: SAME (.6); DRAFT EMAIL TO D. KUCHINSKY RE: EXCEPTIONS LIST AND CONFERENCE WITH M. BLESSING AND M. BAKER (.3); REVIEW HOT DOCUMENTS (1.8) |
| REED, LISA C. | 8/12/2009 | 5.30 | 0.00 | 0.00 | REVIEW AND CODE DOCUMENTS IN DATABASE AS DIRECTED BY A. MAJOR AND T. BURDICK; |
| REYES, CLAUDIA | 8/12/2009 | 5.50 | 0.00 | 0.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/12/2009 | 0.60 | 635.00 | 381.00 | REVIEW DOCUMENTS RE GLOBAL PROFIT/BUSINESS AND DISCUSS WITH CMALLON |
| BAGWANDEEN, NAMRATA R. | 8/13/2009 | 0.80 | 0.00 | 0.00 | COMPLETED UPLOAD OF CORRECTED GLOBAL PRODUCED DATA INTO IPRO AND CONCORDANCE |
| BURDICK, TODD A. | 8/13/2009 | 5.00 | 180.00 | 900.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/13/2009 | 1.30 | 195.00 | 253.50 | CODING INVOICE DOCUMENTS IN CONCORDANCE/IPRO AS PER INSTRUCTIONS OF C.REYES/A.MAJOR |
| FINLEY, BARBARA M. | 8/13/2009 | 4.00 | 175.00 | 700.00 | GRACE CODING PROJECT |
| MALLON, COLLEEN M. | 8/13/2009 | 0.50 | 415.00 | 207.50 | REVIEW A. MAJOR'S RESEARCH RE: EXCLUSIVE DEALINGS CONTRACT (.3); TELEPHONE CALL WITH S. WEBB RE: SAME (.2) |
| REED, LISA C. | 8/13/2009 | 3.10 | 155.00 | 480.50 | REVIEW AND CODE DOCUMENTS AS DIRECTED BY A. MAJOR AND T. BURDICK; |
| REYES, CLAUDIA | 8/13/2009 | 5.00 | 220.00 | 1,100.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/13/2009 | 0.40 | 635.00 | 254.00 | REVIEW RESEARCH MEMO AND DISCUSS ISSUES WITH CMALLON |
| BURDICK, TODD A. | 8/14/2009 | 4.80 | 180.00 | 864.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| FINLEY, BARBARA M. | 8/14/2009 | 2.20 | 175.00 | 385.00 | GRACE EMAIL CODING PROJECT |
| MALLON, COLLEEN M. | 8/14/2009 | 2.10 | 415.00 | 871.50 | TELEPHONE CALL WITH POTENTIAL PRINT EXPERT/CONSULTANT (.3); REVIEW EXCEPTION LIST SPREADSHEETS (.9); TELEPHONE CONFERENCE WITH M. BAKER, M. BLESSING AND D. KUCHINSKY RE: SAME (.4); MEETINGS WITH S. WEBB RE: SAME (.2), TELEPHONE CALLS WITH ASSOCIATE OF ONE OF THE EXPETS OF THE EXCEPTIONS SPREADSHEETS (.2); REVIEW PLAINTIFF'S PRODUCTION COVER LETTER (.1) |
| REED, LISA C. | 8/14/2009 | 3.00 | 155.00 | 465.00 | REVIEW AND CODE DOCUMENTS AS DIRECTED BY A. MAJOR AND T. BURDICK; |
| REYES, CLAUDIA | 8/14/2009 | 5.50 | 220.00 | 1,210.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/14/2009 | 1.30 | 635.00 | 825.50 | REVIEW RESEARCH MEMO AND ANALYSIS (1.1); DISCUSS WITH C.MALLON RE PRINT EXPERT (.2) |
| BAGWANDEEN, NAMRATA R. | 8/17/2009 | 3.10 | 0.00 | 0.00 | COPY NEWLY RECEIVED GLOBAL DVD PRODUCTIONS UP TO SERVER AND BEGIN CORRECTING FILENAMES AND LOAD FILES; WORK TO IDENTIFY DOCUMENTS IN QUESTION BY OPPOSING COUNSEL REGARDING DOCUMENTS NOT PROCESSABLE PER CMALLON |
| BURDICK, TODD A. | 8/17/2009 | 3.40 | 180.00 | 612.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/17/2009 | 2.70 | 195.00 | 526.50 | CODING EMAILS IN IPRO/CONCORDANCE AS PER INSTRUCTIONS OF T.BURDICK/C.REYES/A.MAJOR |
| DE VINNE, MICHAEL J. | 8/17/2009 | 0.90 | 0.00 | 0.00 | REVIEW MEMOS ON CONTRACT INTERPRETATION ISSUES |
| DE VINNE, MICHAEL J. | 8/17/2009 | 0.30 | 360.00 | 108.00 | MEET WITH G.S. WEBB AND C. MALLON TO DISCUSS REQUIREMENTS AND OTHER CONTRACT ISSUES |
| DE VINNE, MICHAEL J. | 8/17/2009 | 0.90 | 360.00 | 324.00 | RESEARCH CONTRACT INTERPRETATION ISSUES |
| FINLEY, BARBARA M. | 8/17/2009 | 5.60 | 175.00 | 980.00 | CODING EMAILS AND INVOICES ON THE DATABASE |
| MAJOR, ALEXANDER W. | 8/17/2009 | 7.20 | 285.00 | 2,052.00 | REVIEW OF PLAINTIFF'S PRODUCTION (NO.7) |
| MALLON, COLLEEN M. | 8/17/2009 | 3.70 | 415.00 | 1,535.50 | EDIT/REVIEW PRIVILEGE LOG (3.0); MEETING WITH A. MAJOR RE: OPEN ITEMS (.1); MEETING WITH S. WEBB AND M. DE VINNE RE: ANNUAL REQUIREMENTS AND EXCLUSIVE DEALINGS CONTRACTS (.3); TELEPHONE CONFERENCE WITH ASSOCIATES OF EXPERT RE: EXCEPTIONS LIST (.3) |
| WEBB, G. STEWART, JR. | 8/17/2009 | 0.30 | 635.00 | 190.50 | MEETING WITH C.MALLON AND M.DEVINNE RE RESEARCH ISSUES |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| BAGWANDEEN, NAMRATA R. | 8/18/2009 | 3.60 | 0.00 | 0.00 | CONTINUE TO IDENTIFY DOCUMENTS IN QUESTION BY OPPOSING COUNSEL REGARDING DOCUMENTS NOT PROCESSABLE PER CMALLON; CONTINUE CORRECTING FILENAME AND LOAD FILES FOR GLOBAL PRODUCTION RECEIVED AND BEGIN UPLOADING TO IPRO AND CONCORDANCE FOR REVIEW/CODING |
| BURDICK, TODD A. | 8/18/2009 | 4.20 | 0.00 | 0.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/18/2009 | 0.20 | 195.00 | 39.00 | CODING EMAILS IN IPRO/CONCORDANCE AS PER INSTRUCTIONS OF T.BURDICK/C.REYES/A.MAJOR |
| DE VINNE, MICHAEL J. | 8/18/2009 | 5.50 | 360.00 | 1,980.00 | RESEARCH UCC APPLICABILITY, REQUIREMENTS CONTRACT ISSUES |
| DE VINNE, MICHAEL J. | 8/18/2009 | 1.90 | 360.00 | 684.00 | WESTLAW RESEARCH ON EXCLUSIVITY ISSUES |
| FINLEY, BARBARA M. | 8/18/2009 | 6.50 | 0.00 | 0.00 | CODING EMAILS, ATTACHMENTS, AND INVOICES |
| MAJOR, ALEXANDER W. | 8/18/2009 | 0.80 | 285.00 | 228.00 | EXAMINATION OF PAPER DOUMENTS TO IDENTIFY CUSTODIANS OF PRIVILEGED DOCUMENTS |
| MAJOR, ALEXANDER W. | 8/18/2009 | 6.80 | 285.00 | 1,938.00 | REVIEW OF PLAINTIFF'S PRODUCTION (NO.7) |
| MALLON, COLLEEN M. | 8/18/2009 | 3.60 | 415.00 | 1,494.00 | EDIT/REVIEW PRIVILEGE LOG (3.3); TELEPHONE CALL WITH ASSOCIATE OF EXPERT RE: EXCEPTIONS SPREADSHEETS (.2); EMAIL TO M. BLESSING RE: SAME (.1) |
| REYES, CLAUDIA | 8/18/2009 | 5.50 | 220.00 | 1,210.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| BAGWANDEEN, NAMRATA R. | 8/19/2009 | 2.10 | 0.00 | 0.00 | COMPLETED FIXING FILENAMES AND LOAD FILES; UPLOADING GLOBAL PRODUCTION DOCS ALONG WITH CUSTODIAN AND DESCRIPTION FIELDS INTO CONCORDANCE FOR ATTORNEY REVIEW/CODING |
| BURDICK, TODD A. | 8/19/2009 | 3.40 | 180.00 | 612.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| FINLEY, BARBARA M. | 8/19/2009 | 4.40 | 175.00 | 770.00 | CODING EMAILS, ATTACHMENTS, INVOICES |
| MAJOR, ALEXANDER W. | 8/19/2009 | 8.60 | 285.00 | 2,451.00 | REVIEW OF PLAINTIFF'S PRODUCTION (NO.7) |
| MAJOR, ALEXANDER W. | 8/19/2009 | 0.60 | 285.00 | 171.00 | EXAMINATION OF TIMELINE TO CONFIRM GLOABL'S ROLL OUT COMMENCED IN DECEMBER 04 PER REQUEST OF C. MALLON; UPDATED TIMELINE |
| MALLON, COLLEEN M. | 8/19/2009 | 3.90 | 415.00 | 1,618.50 | TELEPHONE CALL WITH POTENTIAL EXPERT RE: SCHEDULING TIME TO MEET AND DISCUSS PRINT INDUSTRY TERMS (.1); MEETING WITH N. BAGWANDEEN RE: 108 DOCUMENTS WE CANNOT VIEW (.2); TELEPHONE CALL WITH ASSOCIATE OF EXPERT RE: EXCEPTIONS LIST RE: SAP DATA AND INVOICES (.2); REVIEW PRIVILEGE LOGS AND ASSOCIATED DOCUMENTS (3.4) |
| REYES, CLAUDIA | 8/19/2009 | 4.50 | 220.00 | 990.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| BAGWANDEEN, NAMRATA R. | 8/20/2009 | 0.60 | 180.00 | 108.00 | UPLOAD OCR INTO IPRO AND CONCORDANCE FOR GLOBAL PRODUCTION DOCS |
| FINLEY, BARBARA M. | 8/20/2009 | 2.70 | 0.00 | 0.00 | CODING EMAILS ON DATABASE |
| MAJOR, ALEXANDER W. | 8/20/2009 | 2.50 | 0.00 | 0.00 | MEETING WITH EXPERTS, C. MALLON AND S. WEBB |
| MAJOR, ALEXANDER W. | 8/20/2009 | 0.90 | 285.00 | 256.50 | REVIEW OF DOCUMENTS PREVIOUSLY MARKED AS 'CONFIDENTIAL DO NOT PRODUCE' TO ASSESS RELEVANCY |
| MAJOR, ALEXANDER W. | 8/20/2009 | 5.10 | 285.00 | 1,453.50 | REVIEW OF PLAINTIFF'S PRODUCTION (NO.7) |
| MALLON, COLLEEN M. | 8/20/2009 | 2.90 | 415.00 | 1,203.50 | PREPARE FOR MEETING WITH EXPERT (.3); MEETING WITH S. WEBB, ASSOCIATES OF EXPERT RE: STATUS/STRATEGY (2.6) |
| REYES, CLAUDIA | 8/20/2009 | 4.50 | 220.00 | 990.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/20/2009 | 2.60 | 635.00 | 1,651.00 | MEETING WITH EXPERTS |
| BAGWANDEEN, NAMRATA R. | 8/21/2009 | 0.60 | 180.00 | 108.00 | UPLOAD DOCUMENTS INTO IPRO FOR ATTORNEY REVIEW |
| BURDICK, TODD A. | 8/21/2009 | 6.20 | 180.00 | 1,116.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| BURDICK, TODD A. | 8/21/2009 | 0.20 | 180.00 | 36.00 | DISCUSS SPECIFICATIONS FOR UPCOMING MEETING/RESERVATION FOR WITH EXPERT WITNESS, WIKE KEISER FOR 08/25, WITH ALEX MAJOR |
| FINLEY, BARBARA M. | 8/21/2009 | 3.20 | 175.00 | 560.00 | GLOBAL CODING PROJECT |
| MAJOR, ALEXANDER W. | 8/21/2009 | 4.80 | 285.00 | 1,368.00 | REVIEW OF PLAINTIFF'SPRODUCTION (NO.7) |
| MAJOR, ALEXANDER W. | 8/21/2009 | 0.70 | 285.00 | 199.50 | RETRIEVED/COPIED DOCUMENTS FOR MEETING BETWEEN S. WEBB, C. MALLON AND EXPERT BERINE S: WEBSITE PULLS, INTERROGATORY COPIES & ON-LINE CATALAOG COPIES |
| MAJOR, ALEXANDER W. | 8/21/2009 | 2.80 | 285.00 | 798.00 | REVIEW OF PLAINTIFF'SPRODUCTION (NO.8) |
| MALLON, COLLEEN M. | 8/21/2009 | 4.10 | 415.00 | 1,701.50 | REVIEW PRIVILEGE LOGS AND ASSOCIATED DOCUMENTS (3.3); DRAFT EMAIL TO D. KUCHINSKY RE: OPEN ITEMS (.2); EMAILS TO M. BLESSING AND M. BAKER RE: OPEN ITEMS (.3); TELEPHONE CALL WITH ASSOCIATE OF EXPERT RE: STATUS OF EXCEPTIONS LIST AND ARRANGEMENTS FOR ON-LINE CATALOGUE ACCESS (.2); TELEPHONE CALLS WITH A. MAJOR RE: ACCESSING PRIVILEGED DOCUMENTS IN NON-ENCRYPT DATA BASE (.1) |
| REYES, CLAUDIA | 8/21/2009 | 4.50 | 220.00 | 990.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/21/2009 | 0.30 | 635.00 | 190.50 | DISCUSS WITH C.MALLON AND E-MAIL RE MEETING WITH PRINT EXPERT (.2); PHONEMAIL TO EXPERT (.1) |
| MAJOR, ALEXANDER W. | 8/22/2009 | 2.60 | 285.00 | 741.00 | REVIEW OF PLAINTIFF'SPRODUCTION (NO.8) |
| MAJOR, ALEXANDER W. | 8/23/2009 | 2.00 | 285.00 | 570.00 | REVIEW OF PLAINTIFF'SPRODUCTION (NO.8) |
| BAGWANDEEN, NAMRATA R. | 8/24/2009 | 2.40 | 0.00 | 0.00 | WORK ON RENAMING FILENAMES AND CORRECTING LOADFILES TO IMPORT NEWLY RECEIVED PRODUCTION FROM GLOBAL |
| BURDICK, TODD A. | 8/24/2009 | 1.20 | 180.00 | 216.00 | ORGANIZE TEMPORARY OFFICE/INTERNET ACCESS FOR TWO EXPERT WITNESSES IN THIS MATTER; VERIFY THAT ALL ARRANGEMENTS ARE MADE PROPERLY WITH J. MOELLER, A. MOLINARIA, AND THE IT DEPT.; REREQUEST ALL ACCOMMODATIONS DUE TO ONGOING ISSUES WITH RESERVATION PROCESS |
| BURDICK, TODD A. | 8/24/2009 | 4.00 | 180.00 | 720.00 | DUE DILIGENCE; CONTINUE TO CODE ELECTRONIC DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| MAJOR, ALEXANDER W. | 8/24/2009 | 0.20 | 0.00 | 0.00 | PULLED, PRINTED AND EMAILED COPY OF PROFORMA FANCHISE AGREEMENT TO C. MALLON |
| MAJOR, ALEXANDER W. | 8/24/2009 | 5.20 | 285.00 | 1,482.00 | REVIEW OF PLAINTIFF'S PRODUCTION (NO.8) |
| MAJOR, ALEXANDER W. | 8/24/2009 | 3.10 | 285.00 | 883.50 | NEWLY ARRIVED GRACE INVOICES: PRE-PRODUCTION REVIEW FOR REDACTION |
| MALLON, COLLEEN M. | 8/24/2009 | 4.80 | 415.00 | 1,992.00 | MEETING WITH S. WEBB AND POTENTIAL PRINT EXPERT RE: PRINT INDUSTRY AND RELATED ITEMS (2.1); REVIEW PRIVILEGE LOGS AND ASSOCIATED DOCUMENTS (2.1); REVIEW NOTES FROM P. MIKESKA INTERVIEW (.2); MEETING WITH S. WEBB RE: ANALYSIS/STRATEGY OF INTERPRETING CONTRACT (.4) |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 8/24/2009 | 2.20 | 207.50 | 456.50 | TRAVEL TO/FROM ROCKVILLE OFFICE WITH S. WEBB RE: MEETING WITH POTENTIAL PRINT EXPERT/CONSULTANT |
| REYES, CLAUDIA | 8/24/2009 | 4.00 | 220.00 | 880.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/24/2009 | 2.10 | 635.00 | 1,333.50 | MEETING WITH EXPERT |
| WEBB, G. STEWART, JR. | 8/24/2009 | 0.70 | 635.00 | 444.50 | REVIEW CONTRACT AND ANALYSIS; DISCUSS SAME WITH C.MALLON |
| WEBB, G. STEWART, JR. | 8/24/2009 | 2.20 | 317.50 | 698.50 | TRAVEL TO/FROM ROCKVILLE |
| BAGWANDEEN, NAMRATA R. | 8/25/2009 | 3.10 | 180.00 | 558.00 | RUN GRACE PRODUCTION PER AMAJOR |
| BURDICK, TODD A. | 8/25/2009 | 0.70 | 180.00 | 126.00 | MEET WITH INFORMATION TECHNOLOGY TECHNICIAN TO REREQUEST A COMPUTER FOR THE EXPERT WITNESS; MEET WITH EXPERT WITNESS IN THIS MATTER AND ESCORT TO RESERVED CONFERENCE ROOM; ASSIST EXPERT WITNESS IN ACCESSING ELECTRONIC DATABASE; PROVIDE ONGOING ASSISTANCE AS NEEDED |
| BURDICK, TODD A. | 8/25/2009 | 4.60 | 180.00 | 828.00 | DUE DILIGENCE; CONTINUE TO CODE ELECTRONIC DOCUMENTS, A NEW SET OF INVOICES, RECENTLY ADDED TO OUR COLLECTION |
| FINLEY, BARBARA M. | 8/25/2009 | 1.90 | 175.00 | 332.50 | CODING EMAILS, INVOICES |
| MAJOR, ALEXANDER W. | 8/25/2009 | 2.00 | 285.00 | 570.00 | REVIEW OF PLAINTIFF'SPRODUCTION (NO.8) |
| MAJOR, ALEXANDER W. | 8/25/2009 | 1.90 | 285.00 | 541.50 | BUILDING PRIVILEGE LOG: BEGAN BUILDING THE FINAL PRODUCTION LOG BY COMPILING LOGS AND ELIMINATING IRRELVANT/NONRESPONSIVE DOCUMENTS |
| MAJOR, ALEXANDER W. | 8/25/2009 | 0.30 | 0.00 | 0.00 | REVIEWED DOCUMENTS PREVIOUSLY ATGGED AS 'ADDITIONALLY RELEVANT' TO ASSURE PROPER FOR PRODUCTION |
| MAJOR, ALEXANDER W. | 8/25/2009 | 1.10 | 285.00 | 313.50 | PREPARED NON-PROFORMA INVOICES FOR PRODUCTION TO PLAINTIFF AND DEFENDANT'S EXPERTS (FINAL REVIEW) |
| MAJOR, ALEXANDER W. | 8/25/2009 | 2.80 | 285.00 | 798.00 | NEWLY ARRIVED GRACE INVOICES: PRE-PRODUCTION REVIEW FOR REDACTION AND PULLING DOCUMENTS THAT NEEDN'T BE PRODUCED; COORDINATING PRODUCTION |
| MAJOR, ALEXANDER W. | 8/25/2009 | 0.20 | 0.00 | 0.00 | OVERSAW QUESTIONS FROM ON-SITE DEFENDANT'S EXPERT IN HIS REVIEWING THE PROFOMRA DATABASE AND WISHING TO MAKE A COPY OF THE TEXT. |
| MALLON, COLLEEN M. | 8/25/2009 | 5.10 | 415.00 | 2,116.50 | REVIEW PRIVILEGE LOGS AND ASSOCIATED DOCUMENTS (1.5); REVIEW/ANALYZE SPREADSHEETS FOR PRODUCTION (2.2); WORK ON LOGISTICS OF PRODUCING INVOICES (.3); MEETING WITH A. MAJOR RE: STATUS OF DOCUMENTS PRODUCTION (.2); REVIEW PLAINTIFFS' 7/24 LETTER RE: INSPECTION OF DOCUMENTS (.3); DRAFT COVER LETTER TO PLAINTIFF RE: 108 DOCUMENTS UNABLE TO OPEN (.6) |
| WEBB, G. STEWART, JR. | 8/25/2009 | 0.20 | 635.00 | 127.00 | REVIEW E-MAILS RE PRIVILEGE LOGS (.1); E-MAIL RE ON-LINE CATALOGUE (.1) |
| BAGWANDEEN, NAMRATA R. | 8/26/2009 | 0.60 | 180.00 | 108.00 | EXTRACT IMAGES FROM LAW AND UPLOAD/TAG IN IPRO PER AMAJOR FOR SWEBB |
| BURDICK, TODD A. | 8/26/2009 | 1.80 | 180.00 | 324.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/26/2009 | 1.20 | 0.00 | 0.00 | CODING EMAILS IN IPRO/CONCORDANCE AS PER INSTRUCTIONS OF T.BURDICK/C.REYES/A.MAJOR |
| DE VINNE, MICHAEL J. | 8/26/2009 | 3.50 | 360.00 | 1,260.00 | RESEARCH WAIVER ISSUES |
| FINLEY, BARBARA M. | 8/26/2009 | 1.60 | 175.00 | 280.00 | CODING EMAILS AND ATTACHMENTS |
| MAJOR, ALEXANDER W. | 8/26/2009 | 4.40 | 285.00 | 1,254.00 | BUILDING PRIVILEGE LOG: BEGAN BUILDING THE FINAL PRODUCTION LOG BY COMPILING LOGS AND ELIMINATING IRRELVANT/NONRESPONSIVE DOCUMENTS AND PREPARING FOR NON-PRIVILEGED PRODUCTION, REDACTION AND REVIEW BY GSW BASED UPON NOTED BY C.MALLON |
| MAJOR, ALEXANDER W. | 8/26/2009 | 4.60 | 285.00 | 1,311.00 | ON-SITE INSPECTION OF GLOBAL'S DOCUMENTS IN POSSESSION OF PLAINTIFF'S COUNSEL (4); MEETING IWTH C. MALLON AND S. WEBB ABOUT FINDINGS (.4); MAKING COPIES OF DOCUMENTS PRODUCED AS A RESULT OF INSPECTION (.2) |
| MALLON, COLLEEN M. | 8/26/2009 | 5.80 | 415.00 | 2,407.00 | EDIT LETTER TO PLAINTIFF RE: 108 DOCUMENTS UNABLE TO OPEN (.2); REVIEW DOCUMENTS WITH A. MAJOR (3.9); DISCUSSIONS WITH PLAINTIFF'S COUNSEL RE: DOCUMENTS (.1); PROVIDE UPDATE TO S. WEBB RE: DOCUMENTS REVIEWED (.6); RESEARCH RE: BURDEN ASSOCIATED WITH COPYING COSTS FOR DOCUMENT PRODUCTION (.9); TELEPHONE CALL WITH ASSOCIATE OF EXPERT RE: RESCHEDULING CONFERENCE CALL (.1) |
| MALLON, COLLEEN M. | 8/26/2009 | 0.40 | 207.50 | 83.00 | TRAVEL TO AND FROM PLAINTIFF'S OFFICE TO INSPECT HARD COPY DOCUMENTS RESPONSIVE TO DOCUMENT REQUESTS |
| REYES, CLAUDIA | 8/26/2009 | 4.50 | 220.00 | 990.00 | PER ALEX MAJOR, CODE RECENT GLOBAL PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/26/2009 | 0.60 | 635.00 | 381.00 | DISCUSS WITH C. MALLON AND A. MAJOR RE DOCUMENT PRODUCTION |
| BAGWANDEEN, NAMRATA R. | 8/27/2009 | 2.20 | 180.00 | 396.00 | WORK WITH CLIENT TO SEND ZIP FILES FOR IMAGE EXTRACTION; BEGIN IMAGE EXTRACTION FOR DOCUMENT LIST GIVEN BY AMAJOR FOR PRODUCTION; UPLOAD OCR TO CONCORDANCE DATABASES |
| BURDICK, TODD A. | 8/27/2009 | 5.80 | 180.00 | 1,044.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| DE VINNE, MICHAEL J. | 8/27/2009 | 1.60 | 360.00 | 576.00 | RESEARCH VIA LEXIS ON ISSUES OF INTERPRETATION, WAIVER, ESTOPPEL |
| DE VINNE, MICHAEL J. | 8/27/2009 | 7.60 | 360.00 | 2,736.00 | REVIEW AND ANALYZE MATERIALS ON REQUIREMENTS CONTRACTS, WAIVER, ESTOPPEL |
| FINLEY, BARBARA M. | 8/27/2009 | 2.80 | 175.00 | 490.00 | CODING EMAILS AND ATTACHMENTS |
| MAJOR, ALEXANDER W. | 8/27/2009 | 2.60 | 285.00 | 741.00 | BUILDING PRIVILEGE LOG: PREPARED DOCUMENTS FOR REVIEW BY GS WEBB (1.1) AND PULLED DOCUMENTS TO BE PRODUCED (1.1) FOR ELECTRONIC PRODUCTION; BEGAN PULLING DOCUMENTS THAT NEEDED TO BE REDACTED (.4) |
| MAJOR, ALEXANDER W. | 8/27/2009 | 0.10 | 285.00 | 28.50 | EMAILS WITH OHIO COUNSEL (MARIECLAIRE SOULSBY) TO IDENTIFY PFG GENERAL COUNSEL AND OCNTACT INFORMATION |
| MAJOR, ALEXANDER W. | 8/27/2009 | 5.50 | 285.00 | 1,567.50 | ELECTRONIC REVIEW OF PLAINTIFF'S PRODUCTION 8 |
| MAJOR, ALEXANDER W. | 8/27/2009 | 0.40 | 285.00 | 114.00 | PER REQUEST OF C. MALLON EXAMINED GL NUMBERS TO RESPOND TO QUESTION BY PLAINTIFF'S COUNSEL REGARDING GL NUMBER USED TO DENOTE 'ADVANCES' |
| MALLON, COLLEEN M. | 8/27/2009 | 5.40 | 415.00 | 2,241.00 | REVIEW/ANALYSIS OF SAMPLE DOCUMENTS PLAINTIFF PRODUCED BASED ON INSPECTION OF SAME (.8); MEETINGS WITH S. WEBB RE: 8/28 CONFERENCE CALL WITH PLAINTIFF RE: DISCOVERY ISSUES (.7); REVIEW INVOICES AND RELATED EMAILS (1.9); MEETING WITH A. MAJOR RE: SAME (.1); DRAFT TALKING POINTS MEMO FOR DISCOVERY CONFERENCE CALL (1.4); ANALYSIS OF EXCEPTION LIST CREATED BY EXPERT (.5) |
| REYES, CLAUDIA | 8/27/2009 | 4.50 | 220.00 | 990.00 | EMAILS WITH T. BURDICK REGARDING INVOICE CODING. BEGIN CODING RECENT INVOICE PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/27/2009 | 2.30 | 635.00 | 1,460.50 | REVIEW DOCUMENTS; DISCUSS SAME WITH C.MALLON (2.1); DISCUSS DISCOVERY CONFERENCE WITH C.MALLON (.2) |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| BAGWANDEEN, NAMRATA R. | 8/28/2009 | 1.10 | 180.00 | 198.00 | PULLED IMAGE EXTRACTIONS PER A.MAJOR DOC LIST AND UPLOADED/TAG DOCS IN IPRO FOR REVIEW PRIOR TO PRODUCTION |
| DE VINNE, MICHAEL J. | 8/28/2009 | 0.70 | 360.00 | 252.00 | RESEARCH CONTRACT INTERPRETATION ISSUES |
| DE VINNE, MICHAEL J. | 8/28/2009 | 0.60 | 360.00 | 216.00 | MEET WITH C. MALLON TO DISCUSS INITIAL RESULTS OF RESEARCH ON DEFENSES |
| DE VINNE, MICHAEL J. | 8/28/2009 | 6.40 | 360.00 | 2,304.00 | DRAFT MEMO ON POSSIBLE DEFENSES |
| FINLEY, BARBARA M. | 8/28/2009 | 1.30 | 175.00 | 227.50 | FINISHING CODING SET |
| MAJOR, ALEXANDER W. | 8/28/2009 | 4.30 | 285.00 | 1,225.50 | ELECTRONIC REVIEW OF PLAINTIFF'S PRODUCTION 8 |
| MAJOR, ALEXANDER W. | 8/28/2009 | 1.40 | 285.00 | 399.00 | ADDED NEWLY PRODUCED COMPETITIVE VENDOR INVOICE TO CHART CONTAINING PREVIOUSLY PRODUCED VENDOR INVOICES IN ANTICIAPTION OF 2 .P.M. CONFERENCE CALL |
| MAJOR, ALEXANDER W. | 8/28/2009 | 2.00 | 285.00 | 570.00 | PHONE CALL WITH M. ARGENT ABOUT DISCOVERY ISSUES WITH C. MALLON AND S. WEBB (1.3); MEMO MEMORIALIZING (.7) |
| MAJOR, ALEXANDER W. | 8/28/2009 | 1.10 | 285.00 | 313.50 | ANALYSIS OF CASE LAW EXAMINING WHO MUST PAY FOR THE PRODUCTION OF DOCUMENTS UNDER THE MAYLAND RULES |
| MALLON, COLLEEN M. | 8/28/2009 | 8.40 | 415.00 | 3,486.00 | REVIEW/RESPOND TO M. BLESSING'S EMAIL RE: EXCEPTION LIST (.2); REVIEW CORRESPONDENCE RELATING TO OUTSTANDING DISCOVERY ISSUES AND PREPARE FOR CONFERENCE CALL WITH PLAINTIFF RE: SAME (1.9); MEETING WITH M. DE VINNE RE: WAIVER AND COURSE OF PERFORMANCE RESEARCH (.6); MEETING WITH S. WEBB RE: DISCOVERY ISSUES (.7); TELEPHONE CONFERENCE WITH PLAINTIFF'S ATTORNEYS, EXPERT, A. MAJOR AND S. WEBB (FOR A PART OF IT) (1.3); CLEAN UP NOTES RE: SAME (.3); TELEPHONE CALL WITH S. WEBB RE: SUBSTANCE OF REMAINING POINTS OF CONFERENCE CALL (.4); REVIEW DOCUMENTS RELATING TO PRICING FOR PRODUCTS AND ROLL-OUT OF CONTRACT (2.9); FORWARD DOCUMENTS TO EXPERT (.1) |
| REYES, CLAUDIA | 8/28/2009 | 4.50 | 220.00 | 990.00 | CONTINUE CODING OF INVOICE PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/28/2009 | 1.70 | 635.00 | 1,079.50 | REVIEW CORRESPONDENCE RE DISCOVERY ISSUES AND PREPARE FOR CONFERENCE (.5); DISCUSS SAME WITH C.MALLON (.7); DISCOVERY CONFERENCE WITH OPPOSING COUNSEL (.5) |
| MAJOR, ALEXANDER W. | 8/29/2009 | 1.80 | 285.00 | 513.00 | ELECTRONIC REVIEW OF PLAINTIFF'S PRODUCTION 8 |
| BURDICK, TODD A. | 8/31/2009 | 1.70 | 180.00 | 306.00 | DUE DILIGENCE; CONTINUE TO CODE DOCUMENTS RECENTLY ADDED TO OUR COLLECTION |
| CHAPMAN, MEGHAN F. | 8/31/2009 | 0.50 | 195.00 | 97.50 | CODING EMAILS IN IPRO/CONCORDANCE AS PER INSTRUCTIONS OF T.BURDICK/C.REYES/A.MAJOR |
| DE VINNE, MICHAEL J. | 8/31/2009 | 6.90 | 360.00 | 2,484.00 | DRAFT MEMO ON POSSIBLE DEFENSES |
| MAJOR, ALEXANDER W. | 8/31/2009 | 0.90 | 285.00 | 256.50 | IDENTIFIED PRIOR PRODUCTION DOCUMENTS BY GRACE AS ASSOCIATED WITH PARTICULAR RFDS PROPOUNDED BY PLAINTIFFS |
| MAJOR, ALEXANDER W. | 8/31/2009 | 0.60 | 285.00 | 171.00 | RECONCILED VENDOR LIST FOR C. MALLON |
| MAJOR, ALEXANDER W. | 8/31/2009 | 1.60 | 285.00 | 456.00 | REVIEW OF PLAINTIFF PRODUCTION 8 |
| MAJOR, ALEXANDER W. | 8/31/2009 | 3.80 | 285.00 | 1,083.00 | REVIEW OF PFG DOCUMENTS |
| MAJOR, ALEXANDER W. | 8/31/2009 | 0.10 | 0.00 | 0.00 | MEETING WITH C. MALLON ANMD M. MALONEY ABOUT DOCUMENT REVIEW |
| MAJOR, ALEXANDER W. | 8/31/2009 | 0.10 | 285.00 | 28.50 | PHONE CALL TO WIKE KISER, DEFENDANT'S EXPERT, ADVISING HIM HE MAY COPY THE GLOBAL CATALOG |
| MALLON, COLLEEN M. | 8/31/2009 | 4.90 | 415.00 | 2,033.50 | REVIEW/ANALYSIS OF CHART FORWARDED BY M. BLESSING RE: EXCEPTION LIST (.2); MEETING WITH M. MALONEY RE: ASSISTING WITH DOCUMENT REVIEW (.3); REVIEW/ANALYZE EXCEPTION LIST PREPARED BY EXPERT, VENDOR WORKSHEET AND DETERMINE WHAT ACCOUNTS FOR THE DISCREPANCIES (3.3); EMAILS TO M. BLESSING AND M. BAKER RE: SAME (.2); IDENTIFY LIST OF ITEMS TO DISCUSS WITH CLIENT AND EMAIL SAME (.3); TELEPHONE CALL WITH EXPERTS RE: SAP REPORT AND INVOICES (.3); MEETING WITH S. WEBB RE: SAME AND RELATED ISSUES (.3) |
| MALONEY, MEGHAN E. | 8/31/2009 | 0.30 | 0.00 | 0.00 | MEET W/ C. MALLON RE: DOCUMENT REVIEW. |
| MALONEY, MEGHAN E. | 8/31/2009 | 0.20 | 0.00 | 0.00 | MEET W/ A. MAJOR RE: DOCUMENT REVIEW. |
| MALONEY, MEGHAN E. | 8/31/2009 | 5.30 | 0.00 | 0.00 | REVIEW DOCUMENTS PRODUCED BY PLAINTIFF. |
| REED, LISA C. | 8/31/2009 | 2.80 | 155.00 | 434.00 | REVIEW AND CODE DOCUMENT PRODUCTIONS AS DIRECTED BY T. BURDICK AND A. MAJOR; |
| REYES, CLAUDIA | 8/31/2009 | 5.00 | 220.00 | 1,100.00 | CONTINUE CODING INVOICE PRODUCTION. |
| WEBB, G. STEWART, JR. | 8/31/2009 | 0.70 | 635.00 | 444.50 | REVIEW SPREADSHEETS RE PURCHASES/INVOICES (.4); DISCUSS WITH C.MALLON (.3) |
| | | 540.80 | | 131,872.50 | |

*Advice in Connection with Preparation of Fee Application*

| Attorney | Date | Hours | Hourly Rate | Fee | Description |
|---|---|---|---|---|---|
| BOUYEA, LAURA S. | 8/20/2009 | 0.10 | 0.00 | 0.00 | CONFERENCE WITH D. BUSHNAQ RE: FEE APPLICATION |
| BUSHNAQ, DAREK S. | 8/20/2009 | 0.50 | 380.00 | 190.00 | CONFERENCE WITH S. WEBB RE: FEE APPLICATION; CONFERENCE WITH L. BOUYEA RE: SAME |
| WEBB, G. STEWART, JR. | 8/20/2009 | 0.20 | 635.00 | 127.00 | DISCUSS WITH BUSHNAQ RE FEE APPLICATIONS |
| BOUYEA, LAURA S. | 8/21/2009 | 0.50 | 285.00 | 142.50 | CONFERENCE WITH D. BUSHNAQ RE: FEE APPLICATION; REVIEW E-MAILS AND DOCUMENTS RE: THE SAME |
| BUSHNAQ, DAREK S. | 8/21/2009 | 0.30 | 380.00 | 114.00 | CONFERENCE WITH L. BOUYEA RE: FEE APPLICATION |
| BOUYEA, LAURA S. | 8/25/2009 | 0.60 | 285.00 | 171.00 | REVIEW DOCUMENTS RE: FEE APPLICATION |
| BOUYEA, LAURA S. | 8/26/2009 | 1.70 | 285.00 | 484.50 | CORRESPOND WITH D. DIERDORFF RE: FEE APPLICATION; REVIEW PLEADINGS RE: SAME; CONFERENCE WITH D. BUSHNAQ RE: SAME |
| BUSHNAQ, DAREK S. | 8/26/2009 | 1.20 | 380.00 | 456.00 | CONFERENCE WITH L. BOUYEA RE: FEE APPLICATION (.9); REVIEW DOCUMENTS RE: SAME (.3) |
| DIERDORFF, DOROTHY M. | 8/26/2009 | 0.60 | 0.00 | 0.00 | OBTAIN DOCUMENTS FOR L. BOUYEA |
| BOUYEA, LAURA S. | 8/28/2009 | 0.60 | 285.00 | 171.00 | REVIEW WORKCODE REPORT; REVIEW EMAIL RE: FEE APPLICATION |
| BUSHNAQ, DAREK S. | 8/28/2009 | 0.30 | 380.00 | 114.00 | TELEPHONE CALL WITH L. BOUYEA RE: FEE APPLICATION (.2); EMAIL TO S. WEBB RE: SAME (.1) |
| WEBB, G. STEWART, JR. | 8/29/2009 | 0.30 | 635.00 | 190.50 | E-MAILS RE DOCUMENTS FOR VENABLE FEE APPLICATION |
| BOUYEA, LAURA S. | 8/31/2009 | 0.20 | 285.00 | 57.00 | REVIEW PLEADINGS RE: FEE APPLICATION |
|  |  | 7.10 |  | 2,217.50 |  |
|  |  | 547.90 |  | 134,090.00 |  |

\* In the interest of billing judgment, $13,866.00 was written off for the period August 1, 2009 through August 31, 2009.
These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

**Monthly Statement of Venable LLP**
**Expense Detail August 1, 2009 through August 31, 2009**

| Date | Description | Amount | Detail |
|---|---|---:|---|
| 8/31/2009 | EXPERT FEES AND EXPENSES | 100,846.00 | EXPERT FEES AND EXPENSES FOR THE PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009 |
| | | **100,846.00** | |
| 8/25/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | 7.29 | UPS - MARGARET L. ARGENT, ESQUIRE, 100 LIGHT STREETSUITE 1100, BALTIMORE, MD 21202 |
| 8/25/2009 | COMMERCIAL MESSENGER / DELIVERY SERVICES | 7.29 | UPS TO EXPERT |
| | | **14.58** | |
| 8/12/2009 | CONFERENCING SERVICES | 6.60 | G WEBB - 8/5/09- CONFERENCING SERVICES |
| 8/19/2009 | CONFERENCING SERVICES | 5.31 | C MALLON - 8/14/09 - CONFERENCING SERVICES |
| | | **11.91** | |
| 8/7/2009 | INTERNAL REPRODUCTION COSTS | 0.20 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 8/10/2009 | INTERNAL REPRODUCTION COSTS | 0.90 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 8/12/2009 | INTERNAL REPRODUCTION COSTS | 1.80 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 8/17/2009 | INTERNAL REPRODUCTION COSTS | 1.40 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 8/21/2009 | INTERNAL REPRODUCTION COSTS | 10.80 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 8/21/2009 | INTERNAL REPRODUCTION COSTS | 0.20 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 8/21/2009 | INTERNAL REPRODUCTION COSTS | 1.40 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 8/21/2009 | INTERNAL REPRODUCTION COSTS | 28.60 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 8/24/2009 | INTERNAL REPRODUCTION COSTS | 3.70 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 8/25/2009 | INTERNAL REPRODUCTION COSTS | 6.40 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 8/26/2009 | INTERNAL REPRODUCTION COSTS | 0.30 | PHOTOCOPIES MADE BY BROWN, ALEX J. |
| 8/26/2009 | INTERNAL REPRODUCTION COSTS | 0.10 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 8/26/2009 | INTERNAL REPRODUCTION COSTS | 19.60 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 8/27/2009 | INTERNAL REPRODUCTION COSTS | 9.90 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 8/27/2009 | INTERNAL REPRODUCTION COSTS | 1.60 | PHOTOCOPIES MADE BY VERMETTE, DIANE M. |
| 8/28/2009 | INTERNAL REPRODUCTION COSTS | 0.30 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 8/31/2009 | INTERNAL REPRODUCTION COSTS | 0.20 | PHOTOCOPIES MADE BY MAJOR, ALEXANDER W. |
| 8/31/2009 | INTERNAL REPRODUCTION COSTS | 0.20 | PHOTOCOPIES MADE BY MALLON, COLLEEN M. |
| 8/26/2009 | REPRODUCTION - COLOR IMAGES | 90.75 | PHOTOCOPIES MADE BY A.MAJOR |
| | | **178.35** | |
| 8/18/2009 | LEGAL RESEARCH/WESTLAW | 507.90 | MICHAEL J. DE VINNE |
| 8/26/2009 | LEGAL RESEARCH/WESTLAW | 91.17 | COLLEEN MALLON |
| 8/27/2009 | LEGAL RESEARCH/WESTLAW | 560.40 | MICHAEL J. DE VINNE |
| 8/31/2009 | LEGAL RESEARCH/WESTLAW | 68.25 | MICHAEL J. DE VINNE |
| | | **1,227.72** | |
| 8/10/2009 | LONG DISTANCE TELEPHONE | 25.02 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/10/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/11/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |

| Date | Description | Amount | Details |
|---|---|---|---|
| 8/12/2009 | LONG DISTANCE TELEPHONE | 2.08 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/14/2009 | LONG DISTANCE TELEPHONE | 3.47 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/14/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/14/2009 | LONG DISTANCE TELEPHONE | 4.16 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/19/2009 | LONG DISTANCE TELEPHONE | 0.79 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/19/2009 | LONG DISTANCE TELEPHONE | 0.79 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/19/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/21/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 8/21/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/21/2009 | LONG DISTANCE TELEPHONE | 2.08 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 8/21/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/25/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 8/25/2009 | LONG DISTANCE TELEPHONE | 0.70 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| 8/25/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MALLON, COLLEEN M. |
| 8/31/2009 | LONG DISTANCE TELEPHONE | 1.39 | LONG DISTANCE CALL MADE BY MAJOR, ALEXANDER W. |
| | | **50.92** | |
| 8/27/2009 | TRAVEL EXPENSE | 6.00 | G. STEWART WEBB, JR. - CLIENT MEETING 8/24/09 IN ROCKVILLE (PARKING - NO RECEIPT) |
| | | **6.00** | |

**Total    102,335.48**