## EXHIBIT A

July Fee Application

Available on the docket of the United States Bankruptcy Court for the District of Delaware at Docket No. 23697 under Case No. 01-01139.  Also available upon request from Venable LLP.