**EXHIBIT C**

September Fee Application

Available on the docket of the United States Bankruptcy Court for the District of Delaware at Docket No. 23852 under Case No. 01-01139. Also available upon request from Venable LLP.