

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel
(202) 339-8513
rfrankel@orrick.com

November 13, 2009

***VIA FEDERAL EXPRESS***

David Austern, Futures Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683

Re:    Client No. 17367

Dear David:

Enclosed please find your copy of the monthly statement for services rendered by our firm for the period ended October 31, 2009.  Please note this statement is for informational purposes only.

If you have any questions concerning this statement, please feel free to give me a call.

Very truly yours,

Roger Frankel

RF/par
Enclosure



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 13, 2009
Client No. 17367
Invoice No. 1220044

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through October 31, 2009 in connection with the matters described on the attached pages: | $ | 414,353.25 |
| DISBURSEMENTS as per attached pages: | | 19,331.24 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **433,684.49** |

Matter(s): 17367/10, 11, 12, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,516,313.25
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367/ Invoice: 1220044
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642

**ELECTRONIC FUNDS TRANSFERS:**
**Wire Transfers Only:**
ABA Number 0260-0959-3
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1220044
E.I.N. 94-2952627

**ELECTRONIC FUNDS TRANSFERS:**
**ACH Transfers Only:**
ABA Number 121-000358
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1220044
E.I.N. 94-2952627



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 13, 2009
Client No. 17367
Invoice No. 1220044

Orrick Contact: Roger Frankel

For Legal Services Rendered Through October 31, 2009 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 10/01/09 | D. Felder | Review insurer settlement agreement and provide comments to P. Mahaley regarding same. | 1.00 |
| 10/01/09 | P. Mahaley | Draft insurance settlement documents (1.3); communicate with insurers re settlement documents (.6); communicate with Plan Proponents re insurance settlement terms (.5). | 2.40 |
| 10/05/09 | P. Mahaley | Review and analyze proposed insurance settlement documents (1.2); analyze insurance settlement proposals (2.1); confer with R. Wyron re proposed terms of insurance settlements (1.3); review and analyze proposed Plan document changes re insurance issues (1.4); review insurance settlement agreements re effect of potential Plan changes (.6). | 6.60 |
| 10/05/09 | R. Wyron | Review e-mail re potential settlement (.4); confer with P. Mahaley re same (.3); review status of pending settlement (.3). | 1.00 |
| 10/06/09 | P. Mahaley | Attend OHS team meeting re insurance settlement and plan confirmation strategy (2.0); analyze discovery responses re insurance issues (1.0); analyze and revise draft settlement agreement with objectors re insurance issues (1.0); analyze proposed changes to insurance neutrality provisions of Plan and confer with Plan Proponents' counsel re same (1.7); confer with Plan Proponents' counsel re proposed insurance settlement terms (2.1); analyze proposed solution for potential objection to insurance settlement agreement (2.0). | 9.80 |
| 10/07/09 | P. Mahaley | Conduct settlement negotiations with insurer counsel (1.0); draft insurance settlement documents (2.5). | 3.50 |
| 10/08/09 | P. Mahaley | Draft revisions to insurance settlement agreements (2.0); conduct negotiations re draft approval order re insurance settlement to respond to objections (.3). | 2.30 |
| 10/09/09 | P. Mahaley | Conduct settlement negotiations with insurers (1.9); draft update of insurer settlement status (2.1). | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    November 13, 2009
17367                                                                    Invoice No. 1220044
page 2

| | | | |
|---|---|---|---|
| 10/12/09 | P. Mahaley | Prepare insurance-related materials for confirmation hearing (2.3); draft insurance settlement documents (2.5); communicate with counsel for insurer re settlement terms (.8). | 5.60 |
| 10/13/09 | P. Mahaley | Analyze Phase II confirmation trial testimony re insurance issues (3.5); conduct insurance settlement negotiations (2.0). | 5.50 |
| 10/14/09 | P. Mahaley | Draft insurance settlement documents (1.2); review recent insurance settlement developments and update status report (1.6). | 2.80 |
| 10/15/09 | P. Mahaley | Draft insurance settlement documents (1.5); conduct settlement negotiations with insurer representatives (2.6); draft summary of insurance settlement negotiations for Plan Proponents' counsel (1.5). | 5.60 |
| 10/16/09 | P. Mahaley | Negotiations with Plan Proponents' counsel re insurance settlement terms (1.0); draft insurance settlement documents (3.4). | 4.40 |
| 10/19/09 | P. Mahaley | Revise draft insurance settlement agreement (3.8); update insurance settlement status report (.3). | 4.10 |
| 10/20/09 | P. Mahaley | Prepare for and participate in OHS team meeting re insurance settlement strategy (2.0); review and analyze filings re insolvent insurance claims (2.1); confer with R. Wyron re insurance settlement terms and follow up on action items re same (2.0); draft revisions to insurance settlement agreement (2.0). | 8.10 |
| 10/20/09 | J. Guy | Attention to potential settlements. | 0.80 |
| 10/21/09 | P. Mahaley | Conduct insurance settlement negotiations (.7); draft insurance settlement documents (5.4). | 6.10 |
| 10/22/09 | P. Mahaley | Draft insurance settlement documents. | 3.90 |
| 10/26/09 | P. Mahaley | Follow up on all outstanding action items re insurance settlement negotiations (1.7); draft summaries re current status of insurance settlement negotiations (3.1); review drafts of sections of Plan Proponents' post-trial brief re insurance issues (2.9); review and analyze proposed changes to insurer settlement agreement (.8). | 8.50 |
| 10/27/09 | P. Mahaley | Prepare for and participate in OHS team meeting re insurance settlement strategy (1.3); confer with various insurance company counsel re settlement terms (1.9); review and revise drafts of Plan Proponents' post-trial brief re insurance issues (.4); draft insurance settlement documents (4.7). | 8.30 |
| 10/28/09 | P. Mahaley | Draft insurance settlement documents. | 7.60 |
| 10/29/09 | P. Mahaley | Draft insurance settlement documents. | 9.30 |
| 10/30/09 | P. Mahaley | Confer with R. Wyron re insurance settlement agreement terms (1.0); draft insurance settlement agreements (2.3). | 3.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

November 13, 2009
Invoice No. 1220044

| | Total Hours | 114.50 | |
|---|---|---|---|
| | Total For Services | | $69,587.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.00 | 590.00 | 590.00 |
| Jonathan P. Guy | 0.80 | 755.00 | 604.00 |
| Peri N. Mahaley | 111.70 | 605.00 | 67,578.50 |
| Richard H. Wyron | 1.00 | 815.00 | 815.00 |
| Total All Timekeepers | 114.50 | $607.75 | $69,587.50 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 12.20 | |
| Local Taxi Expense | 58.00 | |
| Out of Town Business Meals | 74.59 | |
| Parking Expense | 45.00 | |
| Telephone | 0.72 | |
| Travel Expense, Air Fare | 489.21 | |
| Travel Expense, Out of Town | 396.72 | |
| Westlaw Research | 252.00 | |
| Total Disbursements | | $1,328.44 |

**Total For This Matter** $70,915.94



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

November 13, 2009
Invoice No. 1220044

For Legal Services Rendered Through October 31, 2009 in Connection With:

**Matter:  8 - Litigation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/09 | D. Fullem | Review e-mail from/confer with J. Burke regarding research issues (.2); research same (.3); e-mail to J. Burke re same (.2); review follow-up e-mail from J. Burke (.1). | 0.80 |
| 10/01/09 | J. Burke | Review appellate decision for impact on confirmation proceedings. | 0.30 |
| 10/01/09 | D. Felder | E-mail correspondence with P. Mahaley and T. Cobb regarding Scotts settlement agreement and review same (.8); e-mail correspondence with R. Wyron, P. Mahaley and J. Baer regarding Edwards settlement (.7). | 1.50 |
| 10/01/09 | K. Orr | Office conference with J. Guy regarding deposition designations and post-trial brief (.2); review pending deposition designations and various e-mails regarding exhibit list (.3); review and analyze docket entries (.1). | 0.60 |
| 10/01/09 | J. Guy | Attention to exhibits and stipulations regarding same. | 0.80 |
| 10/01/09 | J. Guy | Attention to post-trial briefing issues. | 1.20 |
| 10/01/09 | R. Frankel | Prepare notes, chart re interplay of Libby, BNSF, Montana and insurers re settlement discussions. | 1.10 |
| 10/01/09 | R. Frankel | Review corporate history chart from P. Mahaley. | 0.50 |
| 10/01/09 | R. Frankel | Review Arrowood objection to Spear offer of proof by Libby. | 0.40 |
| 10/01/09 | R. Frankel | Review chart of deposition designations, objections and responses (1.0); e-mails re same (.2). | 1.20 |
| 10/01/09 | R. Frankel | Telephone conference with J. Guy re settlement issues. | 0.30 |
| 10/01/09 | R. Frankel | Review Scotts settlement agreement. | 0.50 |
| 10/02/09 | S. Cruzado | Review recent filings. | 2.00 |
| 10/02/09 | D. Fullem | Review e-mail from J. Burke regarding research on confirmation issue. | 0.10 |
| 10/02/09 | D. Fullem | Review notice of matters scheduled for hearing on Oct 7. | 0.10 |
| 10/02/09 | D. Fullem | Research confirmation issues for J. Burke; e-mail to J. Burke re same. | 0.50 |
| 10/02/09 | J. Burke | Research regarding plan confirmation issues (4.7); confer with D. Felder regarding plan confirmation issues (.9). | 5.60 |
| 10/02/09 | D. Felder | Review and analyze District Court opinion regarding PD claims and note issues (1.5); conference with J. Burke regarding confirmation issues (1.0); review analysis and consider case law regarding same (2.0); review October 7 hearing agenda and e-mail to team regarding same (.1). | 4.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    November 13, 2009
17367                                                                Invoice No. 1220044
page 5

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/02/09 | K. Orr | Various e-mails to/from counsel for Plan Proponents regarding exhibits, stipulations and deposition designations. | 0.20 |
| 10/02/09 | J. Guy | Attention to post-trial briefing issues. | 0.40 |
| 10/02/09 | J. Guy | Attention to exhibits and stipulations. | 0.70 |
| 10/02/09 | J. Guy | Attention to next steps. | 0.80 |
| 10/02/09 | R. Frankel | Review exhibit of stipulated designations from Ordway deposition. | 0.60 |
| 10/02/09 | R. Frankel | Review Anderson Memorial response to Debtors' motion in limine. | 0.50 |
| 10/02/09 | R. Frankel | Review J. Baer e-mail re meet and confer, and index of exhibits. | 0.80 |
| 10/03/09 | R. Wyron | Review e-mails on open issues regarding exhibits, trial brief and pending settlements and respond. | 1.30 |
| 10/04/09 | J. Burke | Research regarding plan confirmation issue. | 1.40 |
| 10/05/09 | S. Cruzado | Review pleadings (3.0); conference re same (.5). | 3.50 |
| 10/05/09 | J. Burke | Draft outline of oral presentation regarding plan confirmation issue. | 3.90 |
| 10/05/09 | D. Felder | Review e-mail correspondence regarding Edwards settlement agreement (.2); review agreement regarding same (.4); e-mail correspondence with J. Burke regarding confirmation issues and review research regarding same (1.0). | 1.60 |
| 10/05/09 | K. Orr | Review and analyze docket entries (.1); prepare agenda for internal meeting (.1); various e-mails to/from counsel for Plan Proponents regarding exhibit list, stipulations and deposition designations (.3); review draft stipulations and designations (.5); phone conference with counsel for Plan Proponents regarding exhibits, stipulations and deposition designations (1.8); meet and confer regarding same (1.5); office conference with S. Cruzado regarding trial materials (.2). | 4.50 |
| 10/05/09 | J. Guy | Telephone call with Plan Proponents regarding exhibits and other issues (separate occasions). | 2.50 |
| 10/05/09 | J. Guy | Prepare for telephone calls with Plan Proponents. | 0.80 |
| 10/05/09 | J. Guy | Attention to post-trial briefing and related issues. | 0.70 |
| 10/05/09 | R. Wyron | Begin review of Edwards issues (.7); review e-mails on plan changes and follow-up (.6); revise Edwards agreement (1.2); call with T. Freedman re Edwards and Kaneb objection, and follow-up (.4); confer with R. Frankel re strategy and follow-up (.6); call with M. Plevin re FFIC issues and follow-up (.4); review plan amendments and follow-up (.9); work on brief outline and follow-up (1.2). | 6.00 |
| 10/05/09 | R. Frankel | Review, consider agenda for internal meeting (.3); review draft October 13, 14 agenda (.3). | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

November 13, 2009
Invoice No. 1220044

| | | | |
|---|---|---|---|
| 10/05/09 | R. Frankel | Confer with R. Wyron re status of various settlements. | 0.40 |
| 10/05/09 | R. Frankel | Telephone conference with E. Inselbuch re settlement (.3); confer with R. Wyron re Libby, Kaneb issues, October 13, 14 hearings (.5). | 0.80 |
| 10/05/09 | R. Frankel | Review file for open plan issues, settlements in progress. | 1.30 |
| 10/05/09 | R. Frankel | Review draft insurance neutrality language from insurers. | 0.60 |
| 10/05/09 | R. Frankel | Review revised Edwards settlement agreement from D. Parsons. | 0.70 |
| 10/05/09 | R. Frankel | Review settlement issues with Zurich. | 0.30 |
| 10/06/09 | D. Fullem | Review notice of matters scheduled for hearing on 10/13. | 0.20 |
| 10/06/09 | J. Burke | Revise outline of oral presentation regarding plan confirmation issue (.4); attend confirmation strategy meeting with internal team (1.7); review plan objections and e-mail R. Frankel and R. Wyron (1.1). | 3.20 |
| 10/06/09 | D. Felder | Review District Court opinion regarding PD issues and note issues regarding same (.5); conference with litigation team regarding strategy and next steps and follow-up with R. Frankel and J. Burke regarding same (1.7); review and revise Edwards settlement agreement (.8); attention to e-mail correspondence regarding same (.5). | 3.50 |
| 10/06/09 | K. Orr | Prepare materials for internal meeting (.2); office conference with internal team regarding case status, confirmation hearing, exhibit issues, status of potential resolutions with objectors, status of insurance settlements (1.6); review and analyze docket entries (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding exhibits, discovery responses and post-trial brief (.8); review and analyze discovery responses identified for admission (.3); office conference with R. Wyron and P. Mahaley regarding same (.6); phone conference with J. Guy and counsel for Plan Proponents regarding post-trial brief (.2); office conference with J. Guy regarding same (.1). | 3.90 |
| 10/06/09 | J. Guy | Meet with Grace team regarding confirmation. | 0.60 |
| 10/06/09 | J. Guy | Attention to various exhibit stipulations. | 0.80 |
| 10/06/09 | J. Guy | Attention to post-trial briefing. | 0.80 |
| 10/06/09 | J. Guy | Analyze pending settlements. | 0.30 |
| 10/06/09 | J. Guy | Work on deposition designation issues. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

November 13, 2009
Invoice No. 1220044

| | | | |
|---|---|---|---|
| 10/06/09 | R. Wyron | Review objections on remaining issues (.6); call with T. Freedman on Kaneb objection and follow-up (.4); confer with P. Mahaley on insurer and claimant settlements, and follow-up (.5); review and revise draft settlement agreement with claimants (1.8); work on remaining insurer strategy (.6); review e-mails and respond regarding neutrality issues (.3); confer with R. Frankel re strategy and follow-up e-mails (.5); call with ACC on potential insurer settlements and neutrality (2.2); organize notes for follow-up on settlements (.3). | 7.20 |
| 10/06/09 | R. Frankel | Confer with Grace team re various confirmation issues, status of settlements (1.3); notes re same (.3). | 1.60 |
| 10/06/09 | R. Frankel | Review proposed stipulation between Plan Proponents and bank group re exhibits, e-mails re same. | 0.70 |
| 10/06/09 | R. Frankel | Review objection, trial brief of Kaneb re confirmation issues. | 0.90 |
| 10/06/09 | R. Frankel | Review Phase II Master Evidentiary Outline from Kirkland. | 1.20 |
| 10/06/09 | R. Frankel | Review trial briefs in connection with best interest test, J. Burke memo. | 0.70 |
| 10/06/09 | R. Frankel | Confer with R. Wyron, P. Mahaley re call with P. Lockwood, R. Horkovich. | 0.30 |
| 10/06/09 | R. Frankel | Review file in preparation for internal meeting. | 0.40 |
| 10/07/09 | J. Burke | Review plan exhibits and e-mail R. Frankel (.4); participate in telephone conference with R. Frankel, R. Wyron and Debtors' counsel regarding plan development issue (1.0). | 1.40 |
| 10/07/09 | D. Felder | Review correspondence regarding Edwards settlement agreement. | 0.30 |
| 10/07/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from counsel for Plan Proponents regarding final exhibits and deposition designations (.3). | 0.40 |
| 10/07/09 | M. Wallace | Meet with R. Frankel and R. Wyron regarding Libby settlement term sheet and issues therein. | 0.80 |
| 10/07/09 | M. Wallace | Begin running examples of Libby claimant pay back provisions. | 0.30 |
| 10/07/09 | M. Wallace | Review correspondence regarding settlement with the Libby claimants. | 0.40 |
| 10/07/09 | M. Wallace | Review term sheet for settlement with the Libby claimants, noting issues in same. | 3.00 |
| 10/07/09 | J. Guy | Attention to various stipulations. | 0.60 |
| 10/07/09 | J. Guy | Prepare for confirmation hearing. | 0.70 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

November 13, 2009
Invoice No. 1220044

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/07/09 | R. Wyron | Review e-mails on designations and neutrality, and respond (.3); follow-up with R. Millner re General (.2); review open item list for follow-up (.6); revise Edwards draft language (.3); calls with T. Freedman re open issues and follow-up (.4); call with P. Lockwood re open issues and follow-up (.3); review neutrality status and revised language (.4); call with Debtors re confirmation issues and follow-up (.8); review draft claimant term sheet (.7); confer with R. Frankel and M. Wallace re potential claimant settlement, and follow-up (.9). | 4.90 |
| 10/07/09 | R. Frankel | Review briefs, exhibits re best interest test. | 0.80 |
| 10/07/09 | R. Frankel | Review e-mails, Libby term sheet from D. Cohen. | 1.60 |
| 10/07/09 | R. Frankel | Telephone conference with T. Freedman, E. Liebenstein re confirmation issues (.7); review with R. Wyron, J. Burke (.4). | 1.10 |
| 10/07/09 | R. Frankel | Attend telephonic hearing re Speights discovery, in limine issues. | 1.70 |
| 10/07/09 | R. Frankel | Confer with M. Wallace, R. Wyron to review Libby issues. | 1.30 |
| 10/08/09 | S. Cruzado | Review pleadings. | 2.00 |
| 10/08/09 | D. Fullem | Review follow-up e-mail from J. Burke regarding confirmation issue. | 0.10 |
| 10/08/09 | D. Felder | Telephone conference with J. Radecki regarding confirmation issues (.2); e-mail correspondence regarding same (.1). | 0.30 |
| 10/08/09 | K. Orr | Attention to trial materials and exhibit list; review and analyze docket. | 0.30 |
| 10/08/09 | M. Wallace | Discuss issues in CNA settlement concept with R. Frankel. | 0.10 |
| 10/08/09 | M. Wallace | Continue running numeric examples of application of term sheet provisions regarding Libby settlement. | 0.30 |
| 10/08/09 | M. Wallace | Review ACC comments to Libby settlement term sheet and consider drafting implications. | 0.80 |
| 10/08/09 | M. Wallace | Draft comments to Libby settlement term sheet. | 4.60 |
| 10/08/09 | M. Wallace | Meeting with R. Frankel regarding E. Inselbuch comments to term sheet. | 0.40 |
| 10/08/09 | J. Guy | Telephone call with interested parties regarding potential settlement. | 0.40 |
| 10/08/09 | J. Guy | Attention to stipulations. | 0.30 |
| 10/08/09 | J. Guy | Prepare for confirmation hearing. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

November 13, 2009
Invoice No. 1220044

| | | | |
|---|---|---|---|
| 10/08/09 | R. Wyron | Review e-mails re Edwards and respond (.4); review insurance settlement and Kaneb issue and follow-up (.8); call with P. Mahaley re open issues and e-mails re same (.7); work on hearing outline (.6); review settlement status and e-mails re same (.4); review insurer stipulation and provide comments (.6); review FFIC issues and respond to e-mail re same (.4); work on claimants' term sheet (1.3). | 5.20 |
| 10/08/09 | R. Frankel | Review Libby term sheet, e-mail re D. Cohn (1.8); confer with M. Wallace re same (.5). | 2.30 |
| 10/08/09 | R. Frankel | Review insurer proposed settlement language, including draft stipulation. | 0.90 |
| 10/09/09 | S. Cruzado | Review pleadings (1.0); conference re same (.5). | 1.50 |
| 10/09/09 | D. Felder | Conference with R. Wyron regarding Edwards settlement agreement (.1); review same (.5); draft 9019 motion, proposed order and notice (1.0); telephone conference with J. Burke regarding PD opinion (.1); review same (.8). | 2.50 |
| 10/09/09 | M. Wallace | Review revised term sheet and note additional comments. | 0.90 |
| 10/09/09 | J. Guy | Prepare for confirmation hearing. | 1.50 |
| 10/09/09 | R. Wyron | Review e-mails re Edwards issues and respond (.2); consider Successor Claims issue, and call to P. Mahaley re same (.6); follow-up on FFIC (.2); call with T. Freedman on open issues and follow-up (.4); call with Edwards counsel and follow-up (.6); respond to e-mails on settlement status (.4); call with M. Giannotto re neutrality and follow-up (.7); follow-up on hearing preparation (.3). | 3.40 |
| 10/09/09 | R. Frankel | Telephone conference with D. Austern re status; review with R. Wyron. | 0.30 |
| 10/09/09 | R. Frankel | Review order of Judge Fitzgerald re discovery of M. Shelnitz, P. Zilly and H. LaForce. | 0.80 |
| 10/09/09 | R. Frankel | Review P. Zilly expert report as filed. | 1.30 |
| 10/09/09 | R. Frankel | Review agenda for October 13, 14; review order, e-mail re briefing, argument. | 0.50 |
| 10/12/09 | D. Fullem | Follow up on additional research as requested by J. Burke; e-mail to J. Burke regarding same. | 0.50 |
| 10/12/09 | J. Burke | Review pre-trial briefing and e-mail K. Orr (.7); confer with K. Orr and J. Guy regarding post-trial briefing (.2); case law research regarding plan confirmation issue (2.6); e-mail R. Wyron regarding research findings (.4). | 3.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

November 13, 2009
Invoice No. 1220044

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/12/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding stipulations, post-trial CMO, trial preparation, and post-trial briefs (.7); review draft post-trial CMO (.1); review and analyze pre-trial brief and outline of post-trial brief (1.0); office conference with J. Guy and J. Burke regarding post-trial brief (.2). | 2.10 |
| 10/12/09 | J. Guy | Prepare for confirmation hearing. | 4.00 |
| 10/12/09 | R. Wyron | Call with P. Lockwood on neutrality issues, Wachovia and follow-up (.4); review e-mail from Wachovia and follow-up call to counsel (.5); organize materials for trial (.9); review proposed plan changes and provide comments to Debtors' counsel (.6); call with claimants' counsel re open issues (.3); call with P. Mahaley re status of open items and follow-up (.3). | 3.00 |
| 10/12/09 | R. Frankel | Review M. Shelnitz answers; R. Finke proffer during travel to Pittsburgh. | 0.90 |
| 10/13/09 | J. Burke | Review bankruptcy court opinion and compare to appellate opinion (1.8); draft memorandum regarding appellate opinion (3.5). | 5.30 |
| 10/13/09 | D. Felder | Revise motion to approve Edwards settlement agreement, proposed order and notice (1.0); review motion to approve insurance settlement, proposed order, notice and settlement agreement (1.3); attention to PD appellate opinion and e-mails with J. Burke regarding same (.6). | 2.90 |
| 10/13/09 | K. Orr | Review and analyze document (.1); various e-mails to/from counsel for Plan Proponents regarding stipulations (.1). | 0.20 |
| 10/13/09 | M. Wallace | Review correspondence regarding revised term sheet. | 0.10 |
| 10/13/09 | M. Wallace | Review revised term sheet, including running numeric examples and comparison to comments to term sheet. | 0.60 |
| 10/13/09 | M. Wallace | Review memo regarding disincentives to Libby claimants. | 0.20 |
| 10/13/09 | J. Guy | Attend trial. | 6.00 |
| 10/13/09 | J. Guy | Meetings with Plan Proponents and counsel for interested parties and Orrick team. | 1.50 |
| 10/13/09 | J. Guy | Prepare for trial on October 14. | 1.00 |
| 10/13/09 | R. Wyron | Confer with R. Frankel re strategy (.3); confer with ACC and Debtors re status and open issues, and follow-up for update to Court (.6); review best interest demonstratives (.4); attend hearing for best interest testimony (4.9); follow-up with counsel for insurers, Libby and others on settlement status and e-mails re same (1.1). | 7.30 |
| 10/13/09 | R. Frankel | Review changes to filed plan and plan documents. | 0.90 |
| 10/13/09 | R. Frankel | Attend confirmation hearing in Pittsburgh. | 8.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

November 13, 2009
Invoice No. 1220044

| Date | Name | Description | Hours |
|------|------|-------------|------|
| 10/13/09 | R. Frankel | Review revised settlement proposal from Libby (preliminary). | 0.80 |
| 10/14/09 | J. Burke | Participate in Phase II confirmation hearing via telephone (1.2); e-mail J. Guy and K. Orr regarding confirmation hearing (.1). | 1.30 |
| 10/14/09 | D. Felder | Review memorandum from J. Burke regarding PD opinion and e-mail correspondence regarding same. | 0.50 |
| 10/14/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from internal team regarding confirmation hearing (.2); telephonic participation in confirmation hearing (1.7). | 2.00 |
| 10/14/09 | M. Wallace | Consider process issues regarding resolution of term sheet issues, discuss same with R. Wyron. | 0.20 |
| 10/14/09 | J. Guy | Prepare for trial. | 0.50 |
| 10/14/09 | J. Guy | Attend trial. | 3.50 |
| 10/14/09 | J. Guy | Conference with Orrick team, Plan Proponents and interested parties. | 1.50 |
| 10/14/09 | R. Wyron | Review e-mails from insurer re settlement and respond (.4); review e-mail on Kaneb issues and confer with P. Mahaley (.3); listen to argument on Libby motions and follow-up (.8); review draft settlement with insurer and provide comments to P. Mahaley (.4). | 1.90 |
| 10/14/09 | R. Frankel | Review plan amendments, related issues. | 0.70 |
| 10/14/09 | R. Frankel | Attend final day of Phase II confirmation hearing in Pittsburgh. | 4.60 |
| 10/14/09 | R. Frankel | Prepare notes re open settlement issues in connection with certain parties. | 0.90 |
| 10/15/09 | J. Burke | Research regarding plan confirmation issue (.3); participate in telephone conference with Plan Proponents regarding post-trial briefing (.7); prepare post-trial brief assignment (1.7). | 2.70 |
| 10/15/09 | K. Orr | Review and analyze docket and update case calendar (.2); various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial briefs and related matters (.6); phone conference with R. Frankel regarding post-trial materials (.1); review Plan changes (.3); office conference with J. Guy regarding case status, plan changes, and post-trial brief (.2); phone conference with Plan Proponents regarding post-trial brief (1.0); office conference with J. Burke regarding same (.2); review and analyze evidentiary outline for post-trial brief (.4). | 3.00 |
| 10/15/09 | J. Guy | Attention to post-trial briefing. | 1.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

November 13, 2009
Invoice No. 1220044

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/15/09 | R. Wyron | Review transcript on timing and plan solicitation from 10/14 hearing (.5); review e-mails on briefing and respond (.3); confer with P. Mahaley re proposed settlement and review e-mail re same (.4); review e-mails on Edwards issues (.3). | 1.50 |
| 10/15/09 | R. Frankel | Review issues re PD plan document changes. | 0.70 |
| 10/15/09 | R. Frankel | Telephone conference with R. Wyron re confirmation issues (.3); prepare notes re confirmation issues (.5). | 0.80 |
| 10/15/09 | R. Frankel | Review revised Libby term sheet, prepare notes re same. | 1.80 |
| 10/16/09 | D. Felder | Review correspondence from P. Mahaley regarding motion to approve Edwards settlement and revise same. | 0.30 |
| 10/16/09 | K. Orr | Review and analyze docket entries. | 0.10 |
| 10/16/09 | M. Wallace | Correspond with R. Wyron regarding meeting on Libby settlement. | 0.10 |
| 10/16/09 | J. Guy | Attention to post-trial briefing. | 1.20 |
| 10/16/09 | R. Wyron | Review e-mails on status of pending settlements and respond (.4); review proposed Libby term sheet and outline issues (.7); review e-mails re surety settlement and follow-up (.4). | 1.50 |
| 10/16/09 | R. Frankel | Review, analyze Libby term sheet, memo from J. Heberling, T. Lewis, notes re same. | 1.10 |
| 10/16/09 | R. Frankel | Review proposed order re briefing, oral argument (.5); review transcript of end of last day of confirmation (.6). | 1.10 |
| 10/18/09 | J. Burke | Research regarding property damage issues. | 2.00 |
| 10/18/09 | R. Frankel | Review competing orders re post-confirmation briefing. | 0.60 |
| 10/19/09 | J. Burke | Confer with J. Guy and K. Orr regarding post-trial brief (.4); research regarding property damage issues (1.2). | 1.60 |
| 10/19/09 | K. Orr | Review and analyze docket entries and update case calendar (.2); review draft post-trial briefing order (.1); prepare agenda for internal meeting (.2); various e-mails to/from internal team and counsel for Plan Proponents regarding final exhibit lists, deposition designations, and post-trial briefs (1.0); office conference with J. Guy and J. Burke regarding post-trial brief (.3). | 1.80 |
| 10/19/09 | M. Wallace | Meet with R. Frankel and R. Wyron regarding Libby term sheet and deal issues. | 1.00 |
| 10/19/09 | M. Wallace | Prepare for meeting with R. Frankel and R. Wyron regarding Libby term sheet. | 1.80 |
| 10/19/09 | J. Guy | Conference with K. Orr and J. Burke regarding preparation of post-trial brief. | 0.30 |
| 10/19/09 | J. Guy | Review evidence in support of brief, findings and conclusions. | 0.80 |
| 10/19/09 | J. Guy | Telephone call with interested parties regarding potential for settlement. | 0.20 |
| 10/19/09 | J. Guy | Analyze remaining objections. | 0.40 |
| 10/19/09 | J. Guy | Strategize regarding global settlement issues. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

November 13, 2009
Invoice No. 1220044

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/19/09 | R. Wyron | Meet with D. Austern and H. Huge on implementation issues. | 1.00 |
| 10/19/09 | R. Wyron | Review agenda for 10/26 (.2); review e-mails re General motion and respond (.2); draft e-mail re FFIC extension of time to respond and follow-up (.4); review FFIC issues and outline open items (.4); review settlement status (.3); review agenda for 10/20 meeting (.3). | 1.80 |
| 10/19/09 | R. Frankel | Review PD Trust, PD TDP changes re solicitation issues. | 0.90 |
| 10/19/09 | R. Frankel | Confer with D. Austern, H. Huge re trust issues. | 1.60 |
| 10/19/09 | R. Frankel | Confer with M. Wallace, R. Wyron re Libby settlement issues (1.0); prepare notes re open issues (.3). | 1.30 |
| 10/19/09 | R. Frankel | Telephone conference with E. Inselbuch re Libby issues (.4); confer with R. Wyron re same (.3); prepare notes re status (.4). | 1.10 |
| 10/19/09 | R. Frankel | Review J. Baer e-mails re Grace final deposition designations and re final admitted exhibits. | 0.40 |
| 10/19/09 | R. Frankel | Review, prepare notes re detailed outline of 524(g) issues to be briefed from Kirkland. | 1.90 |
| 10/19/09 | R. Frankel | Review agenda for 10/26 hearing. | 0.30 |
| 10/20/09 | J. Burke | Research regarding property damage issues (2.6); attend confirmation strategy meeting with OHS team (1.8). | 4.40 |
| 10/20/09 | D. Felder | Conference with litigation team regarding strategy and next steps (1.3); follow-up regarding research issues relating to confirmation (4.0); conference with R. Frankel regarding same (.3). | 5.60 |
| 10/20/09 | K. Orr | Prepare materials for internal meeting (.2); various e-mails regarding omnibus hearing agenda, post-trial briefs and confirmation hearing (.4); office conference with internal team regarding case status, omnibus hearing, status of objector and insurance settlements, and post-trial briefs (1.4); review transcript regarding Plan changes and e-mail same to internal team (.2). | 2.20 |
| 10/20/09 | M. Wallace | Meet with R. Frankel regarding results of discussion with E. Inselbuch regarding Libby term sheet. | 0.10 |
| 10/20/09 | M. Wallace | Review correspondence regarding calculation of numbers for options on pay back under Libby settlement. | 0.10 |
| 10/20/09 | M. Wallace | Begin drafting summary of Libby settlement for client review, including considering issues. | 4.90 |
| 10/20/09 | J. Guy | Orrick team meeting to discuss pending matters. | 1.50 |
| 10/20/09 | J. Guy | Attention to post-trial briefing. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

November 13, 2009
Invoice No. 1220044

| 10/20/09 | R. Wyron | Review open settlement items (.3); participate in team meeting on litigation issues and settlements (.9); work on Libby settlement issues (.6); review FFIC agreement and follow-up notes (.7); confer with P. Mahaley on changes to the FFIC agreement and calls re same (.9); follow-up on General's proof of claim (.3); follow-up on CNA issues (.3); call with FFIC counsel re settlement and extension, and follow-up (.4). | 4.40 |
|---|---|---|---|
| 10/20/09 | R. Frankel | Review agenda, prepare for internal team meeting. | 0.60 |
| 10/20/09 | R. Frankel | Confer with team re meeting on open issues, briefing, settlements (1.1); notes re same (.2). | 1.30 |
| 10/20/09 | R. Frankel | Review series of e-mails re hearing, settlements, exhibit lists (admitted and not-admitted). | 0.90 |
| 10/20/09 | R. Frankel | Confer with D. Felder re best interests issues, other confirmation issues. | 0.50 |
| 10/20/09 | R. Frankel | Read transcript of October 14 hearing, closing. | 1.60 |
| 10/21/09 | D. Felder | Review e-mail correspondence regarding Edwards settlement agreement and motion to approve same (.2); review mark-up from Edwards' counsel regarding settlement agreement (.5); review and revise motion to approve settlement, proposed order and notice regarding same (.6); review settlement agreement (.7); e-mail correspondence with M. Hurford regarding trial demonstratives and review same (.6); review M. Peterson trial testimony (.5). | 3.10 |
| 10/21/09 | K. Orr | Review and analyze docket entries (.1); office conference with J. Guy regarding omnibus hearing and post-trial briefing (.1); various e-mails to/from internal team regarding evidentiary outline and legal memos (.2); review legal memos related to confirmation (.3). | 0.70 |
| 10/21/09 | M. Wallace | Continue drafting summary of Libby term sheet and related issues, including review and edit of same. | 3.30 |
| 10/21/09 | M. Wallace | Correspond with OHS team regarding review of Libby term sheet summary. | 0.10 |
| 10/21/09 | J. Guy | Attention to post-trial brief issues. | 1.50 |
| 10/21/09 | R. Wyron | Work on FFIC issues (.6); confer with P. Mahaley re FFIC and follow-up (.3); calls with Debtors' counsel re FFIC extension (.3); call with D. Bernick and M. Plevin and follow-up (.4); review Edwards draft settlement and provide comments (.3); call to J. Kimble on Libby issues (.2); review draft Libby settlement and organize comments (.7); review FFIC draft and provide comments (.8). | 3.60 |
| 10/21/09 | R. Frankel | Review list of plan procedure exhibits to be moved for admission. | 0.70 |
| 10/21/09 | R. Frankel | Review demonstratives from trial, issues re best interest test. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

November 13, 2009
Invoice No. 1220044

| | | | |
|---|---|---|---|
| 10/21/09 | R. Frankel | Review memo to D. Austern re Libby settlements. | 1.80 |
| 10/22/09 | D. Fullem | Review e-mail from J. Burke regarding summary judgment motions on PD claims; review of Grace docket for Orders by the Court; e-mail summary to J. Burke. | 1.00 |
| 10/22/09 | D. Fullem | Review e-mail from R. Frankel; research press release on 3Q09 results; e-mail to R. Frankel and R. Wyron. | 0.50 |
| 10/22/09 | J. Burke | Draft memorandum regarding appellate opinion. | 1.90 |
| 10/22/09 | D. Felder | Begin review of trial testimony regarding various confirmation issues. | 3.50 |
| 10/22/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding meet and confer (.1); phone conference with J. Burke regarding post-trial brief (.2); review docket (.1). | 0.40 |
| 10/22/09 | M. Wallace | Discuss implications of settlement formula with R. Wyron. | 0.10 |
| 10/22/09 | M. Wallace | Telephone call with R. Frankel regarding comments to summary of Libby settlement. | 0.10 |
| 10/22/09 | M. Wallace | Update summary of Libby settlement for comments. | 0.50 |
| 10/22/09 | M. Wallace | Conference call regarding calculation of results of options on Libby settlement. | 0.60 |
| 10/22/09 | R. Wyron | Review FFIC agreement and provide comments (.8); review Edwards comments (.2); review e-mails re briefing and respond (.3); review draft brief sections (.9); call with J. Kimble on Libby analysis and follow-up (.9); organize notes for Libby call (.4). | 3.50 |
| 10/22/09 | R. Frankel | Review K&E draft brief on successor injunction. | 1.30 |
| 10/22/09 | R. Frankel | Review Bank Lender opposition to exclude Frezza testimony, exhibits. | 1.20 |
| 10/22/09 | R. Frankel | Review revised summary of Libby issues. | 0.50 |
| 10/22/09 | R. Frankel | Review Libby summary memo; telephone conference with M. Wallace re same. | 0.60 |
| 10/22/09 | R. Frankel | Review quarterly earnings results; review revised Edwards settlement agreement. | 0.90 |
| 10/23/09 | J. Burke | Revise memorandum regarding appellate opinion. | 3.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

November 13, 2009
Invoice No. 1220044

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/23/09 | D. Felder | Review and revise Edwards settlement agreement and review e-mail correspondence regarding same (1.0); review post-trial procedure order and e-mail correspondence from J. Baer regarding same in preparation for conference call (1.2); review Debtors' motion for order approving stipulation with Austin Quality Foods and Debtors' motion for order approving stipulation with NJ DEP (1.0); telephone conference with Debtors and objectors regarding final exhibit list protocol (.5); follow-up e-mail correspondence regarding same (.4); review issues regarding Edwards bond and settlement agreement and e-mail correspondence regarding same (3.1); telephone conference with D. Parsons regarding same (.2); follow-up regarding same (.6). | 8.00 |
| 10/23/09 | K. Orr | Review docket (.1); e-mails to/from internal team regarding status of final exhibit list and post-trial brief (.1). | 0.20 |
| 10/23/09 | J. Guy | Attention to post-trial briefing. | 1.50 |
| 10/23/09 | R. Wyron | Follow-up on Edwards issues with D. Felder, and review and respond to e-mails re same (.7); consider issues on FFIC settlement and follow-up (.8); review amended agenda (.3); review draft brief sections (1.8). | 3.60 |
| 10/23/09 | R. Frankel | Review C&D draft brief re Libby issues. | 1.90 |
| 10/23/09 | R. Frankel | Review detailed outline of good faith section of brief. | 1.20 |
| 10/23/09 | R. Frankel | Review draft brief section re 524(g) arguments. | 1.60 |
| 10/23/09 | R. Frankel | Review series of e-mails re evidentiary disputes, COC and proposed orders. | 0.40 |
| 10/23/09 | R. Frankel | Review Not Admitted Trial Exhibit List from K&E. | 0.60 |
| 10/23/09 | R. Frankel | Telephone conference with J. Aldock re CNA issues; draft e-mail memo re same. | 0.80 |
| 10/24/09 | R. Frankel | Review files re confirmation. | 0.60 |
| 10/25/09 | J. Burke | Draft outline of post-trial brief section. | 7.10 |
| 10/25/09 | R. Wyron | Organize materials for hearing (.3); organize notes for Libby discussion (.6); review e-mail re FFIC and draft response (.4). | 1.30 |
| 10/26/09 | J. Cutler | Review case materials relevant to post-trial brief section on Indirect Asbestos PI Claims (4.0); draft legal standard section of brief on evaluating objections of indirect claimants (2.2). | 6.20 |
| 10/26/09 | D. Felder | Review PD appeal opinion and revise memorandum regarding same (2.0); research confirmation issue and memorandum regarding same (4.7). | 6.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

November 13, 2009
Invoice No. 1220044

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/26/09 | K. Orr | Review and edit outline for post-trial brief insert and prepare post-trial brief insert (2.6); office conferences with J. Guy and J. Cutler regarding same (.8); review various drafts of post-trial brief inserts (1.0); prepare agenda for internal team meeting (.1); review docket (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial briefs (.3). | 4.90 |
| 10/26/09 | J. Guy | Attention to post-trial briefing, including Class 6/9 issues. | 3.00 |
| 10/26/09 | R. Wyron | Attend Omnibus hearing on lender issues and follow-up (1.8); confer with Debtors' counsel on open issues (.6); review comments on Edwards draft and follow-up (.3); review draft brief sections (.8); call with Wachovia counsel and follow-up (.4). | 3.90 |
| 10/26/09 | R. Frankel | Review amended agenda (.3); attend by telephone omnibus hearing (1.6). | 1.90 |
| 10/26/09 | R. Frankel | Review detailed outline re successor claims injunction. | 1.30 |
| 10/26/09 | R. Frankel | Review detailed outline for insurance injunction under Section 105. | 1.10 |
| 10/27/09 | J. Burke | Attend confirmation strategy meeting with internal team (.7); draft insert for post-trial brief (4.6). | 5.30 |
| 10/27/09 | J. Cutler | Attend team meeting by telephone (1.0); continue to review portions of record relevant to Indirect Asbestos PI Claims (5.0). | 6.00 |
| 10/27/09 | D. Felder | Revise memorandum from J. Burke regarding confirmation issues (1.5); conference with litigation team regarding next steps and strategy (.9); conference with R. Wyron regarding Edwards settlement agreement and protocol (.1); revise Edwards settlement agreement and Fireman's Fund settlement agreement and draft protocol regarding same (4.0); review e-mail correspondence regarding same (1.0); e-mail correspondence with R. Wyron and P. Mahaley regarding same (.5). | 8.00 |
| 10/27/09 | K. Orr | Prepare materials for internal meeting (.1); office conference with internal team regarding post-trial briefs, status of objector settlements, and status of insurance settlements (.8); various office conferences with J. Guy and J. Burke regarding post-trial briefs (.6); review and analyze docket and update case calendar (.2); review various post-trial brief inserts and attention to preparation of post-trial brief insert (3.0). | 4.70 |
| 10/27/09 | M. Wallace | Review correspondence with D. Cohn regarding term sheet provisions. | 0.10 |
| 10/27/09 | M. Wallace | Telephone call with R. Wyron regarding Libby markup. | 0.10 |
| 10/27/09 | M. Wallace | Review spreadsheet calculations for Libby deal. | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

November 13, 2009
Invoice No. 1220044

| | | | |
|---|---|---|---|
| 10/27/09 | J. Guy | Team meeting and meetings with Orrick counsel regarding pending matters. | 1.00 |
| 10/27/09 | J. Guy | Attention to post-trial briefing - separate issues. | 1.80 |
| 10/27/09 | R. Wyron | Meet with litigation team re strategy (.9); review status of insurance settlements and follow-up (.8); review FFIC issues (.7); work on Libby issues with settlement agent (.8); review Tillinghast materials (.6); review neutrality issues (.3); review draft brief sections (.8); review issues on Zurich agreement (.6). | 5.50 |
| 10/27/09 | R. Frankel | Telephone conference for internal team meeting re confirmation and settlement issues (.7); notes re same (.3). | 1.00 |
| 10/27/09 | R. Frankel | Review draft brief portions from K&E re feasibility (.6); best interests test (.9), additional requirements for confirmation (.4). | 1.90 |
| 10/27/09 | R. Frankel | Review draft brief portion from K&E re 524(g) issues (.9); mark up changes from counsel for S/A and Fresenius (.4). | 1.30 |
| 10/27/09 | R. Frankel | Review materials in preparation for internal meeting. | 0.40 |
| 10/28/09 | J. Burke | Draft insert for post-trial brief. | 6.20 |
| 10/28/09 | J. Cutler | Draft and revise additional sections of brief relating to Indirect Asbestos PI Claims. | 5.40 |
| 10/28/09 | D. Felder | Review draft post-trial briefs from Debtors (1.0); review comments from P. Mahaley regarding Edwards protocol and e-mail correspondence regarding same (.5); telephone conference with T. Freedman and follow-up regarding same (.3). | 1.80 |
| 10/28/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial briefs (.4); various phone conferences with J. Cutler and J. Burke regarding post-trial brief insert (.3); review/edit various drafts of post-trial brief inserts (3.5). | 4.20 |
| 10/28/09 | M. Wallace | Review calculations for Libby settlement for drafting purposes. | 0.80 |
| 10/28/09 | J. Guy | Attention to plan confirmation issues. | 0.40 |
| 10/28/09 | J. Guy | Attention to settlement of insurance. | 0.30 |
| 10/28/09 | J. Guy | Attention to post-trial briefing, including classification issues. | 4.00 |
| 10/28/09 | R. Wyron | Review Edwards issues (.4); review FFIC agreement (.3); follow-up with P. Mahaley on open issues (.8); review briefs (1.1); call with M. Grannotto re neutrality and follow-up (.2). | 2.80 |
| 10/28/09 | R. Frankel | Review as filed lists of Trial Exhibits admitted and not admitted. | 1.20 |
| 10/28/09 | R. Frankel | Review Report re Libby treatments under settlement. | 1.30 |
| 10/28/09 | R. Frankel | Review series of e-mail re confirmation briefs, prepare notes re best interest brief. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 19

November 13, 2009
Invoice No. 1220044

| 10/28/09 | R. Frankel | Read 524(g) brief revised draft. | 1.30 |
| 10/29/09 | J. Burke | Revise draft insert for post-trial brief (.9); e-mail draft insert to Plan Proponents (.1). | 1.00 |
| 10/29/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial brief (.2); review/edit various post-trial brief inserts (3.0). | 3.30 |
| 10/29/09 | M. Wallace | Review correspondence regarding insurance calculations. | 0.10 |
| 10/29/09 | J. Guy | Attention to various sections of post-trial brief. | 1.50 |
| 10/29/09 | R. Wyron | Review pending settlement agreements and organize comments (1.7); work on Wachovia issues (.3); work on protocol for bond release and follow-up (.8); call with D. Felder re Edwards issues and follow-up e-mails (.4); confer (multiple times) with P. Mahaley regarding FFIC, Zurich and other settlements, and follow-up e-mails re same (1.4); review Libby analysis and follow-up (.8); review draft brief (1.3). | 6.70 |
| 10/29/09 | R. Frankel | Review various drafts - best interests, successor claims injunction, 524(g). | 2.30 |
| 10/29/09 | R. Frankel | Review further drafts of briefs, including Orrick draft. | 1.80 |
| 10/30/09 | J. Burke | Revise draft section of post-trial brief (5.2); confer with J. Guy regarding revisions (.6). | 5.80 |
| 10/30/09 | D. Felder | Conference with R. Wyron regarding Edwards settlement (.1); revise memorandum regarding confirmation issues (2.4). | 2.50 |
| 10/30/09 | M. Wallace | Organize notes and prior comments to Libby term sheet; discuss status of same with R. Frankel and R. Wyron. | 0.20 |
| 10/30/09 | J. Guy | Work on post-trial briefs. | 3.00 |
| 10/30/09 | R. Wyron | Review CNA issues (.3); meet with CNA counsel and follow-up (1.7); review CNA analysis (.6); organize notes on pending settlements (.3); review briefing issues (.7); confer with P. Mahaley on open issues (.6); review and revise Edwards agreement, and confer with D. Felder (.4); follow-up with Wachovia counsel (.3). | 4.90 |
| 10/30/09 | R. Frankel | Review report/analysis re Libby - CNA issues. | 0.80 |
| 10/30/09 | R. Frankel | Confer with J. Aldock, M. Gianotto, R. Wyron re CNA issues (1.7); prepare notes re same (.5). | 2.20 |
| 10/30/09 | R. Frankel | Review further revised draft briefs. | 0.60 |
| 10/30/09 | R. Frankel | Review reports to evaluate Libby and CNA issues. | 0.70 |
| 10/30/09 | R. Frankel | Review spreadsheet re CNA (.4); confer with R. Wyron re Libby, CNA (.5). | 0.90 |
| 10/31/09 | K. Orr | Various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial brief. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

November 13, 2009
Invoice No. 1220044

| | | Total Hours | 469.20 | |
| | | Total For Services | | $324,199.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James  W. Burke | 67.90 | 360.00 | 24,444.00 |
| Stephen  C. Cruzado | 9.00 | 230.00 | 2,070.00 |
| Joshua  M. Cutler | 17.60 | 555.00 | 9,768.00 |
| Debra Felder | 57.20 | 590.00 | 33,748.00 |
| Roger Frankel | 102.40 | 945.00 | 96,768.00 |
| Debra  O. Fullem | 3.80 | 255.00 | 969.00 |
| Jonathan  P. Guy | 57.70 | 755.00 | 43,563.50 |
| Kathleen Orr | 39.80 | 620.00 | 24,676.00 |
| Mary  A. Wallace | 27.60 | 650.00 | 17,940.00 |
| Richard  H. Wyron | 86.20 | 815.00 | 70,253.00 |
| Total All Timekeepers | 469.20 | $690.96 | $324,199.50 |

| Disbursements | | |
|---|---|---|
| Deposition/Transcript Expenses | 29.09 | |
| Document Reproduction | 113.10 | |
| Express Delivery | 10.30 | |
| Local Taxi Expense | 179.33 | |
| Other Business Meals | 107.50 | |
| Out of Town Business Meals | 395.21 | |
| Outside Services | 2,777.84 | |
| Parking Expense | 8.00 | |
| Postage | 4.24 | |
| Telephone | 125.48 | |
| Travel Expense, Air Fare | 6,694.25 | |
| Travel Expense, Local | 283.05 | |
| Travel Expense, Out of Town | 1,321.44 | |
| Westlaw Research | 2,091.75 | |
| Total  Disbursements | | $14,140.58 |

**Total For This Matter**                    **$338,340.08**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

November 13, 2009
Invoice No. 1220044

For Legal Services Rendered Through October 31, 2009 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 10/01/09 | D.  Fullem | Review information from J. Radecki regarding Lincoln employment. | 0.30 |
| 10/02/09 | D.  Fullem | Review and respond to e-mail from D. Felder regarding Lincoln application to employ; review application and deadlines for objections and filing of CNO. | 0.50 |

|  | Total Hours | 0.80 | |
|---|---|---|---|
|  | Total For Services | | $204.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra  O. Fullem | 0.80 | 255.00 | 204.00 |
| Total All Timekeepers | 0.80 | $255.00 | $204.00 |

Disbursements
  Express Delivery                                     76.62
                                    Total  Disbursements                    $76.62

**Total For This Matter**                    **$280.62**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

November 13, 2009
Invoice No. 1220044

For Legal Services Rendered Through October 31, 2009 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 10/01/09 | D. Fullem | Review e-mail from J. Radecki regarding August fee application of Tre Angeli; review files; follow-up e-mail to J. Radecki regarding same. | 0.30 |
| 10/01/09 | D. Fullem | Review Tillinghast's July and August monthly fee applications; e-mail to K. Boeger at Tillinghast regarding same and status of filing. | 0.50 |
| 10/01/09 | D. Fullem | Prepare Notices of filing of August fee applications for Piper Jaffray and Tre Angeli (.5); organize/finalize entire filings (.3); e-mail to D. Felder for review/approval/signature (.2). | 1.00 |
| 10/01/09 | D. Fullem | Prepare CNOs for Piper Jaffray and Tre Angeli regarding July fee applications; e-mail to D. Felder for review. | 0.50 |
| 10/01/09 | D. Fullem | Confer with D. Felder regarding CIBC's withdraw of employment in Grace case; review docket; e-mail to D. Felder regarding same. | 0.50 |
| 10/01/09 | D. Felder | E-mail correspondence with D. Fullem regarding fee applications and CNOs. | 0.20 |
| 10/02/09 | D. Fullem | Review and respond to e-mail from D. Austern regarding September invoice. | 0.20 |
| 10/02/09 | D. Fullem | Coordinate finalizing, filing, and serving of August fee applications for Piper Jaffray and Tre Angeli. | 1.20 |
| 10/02/09 | D. Fullem | Prepare CNOs for Tre Angeli and Piper Jaffray July fee applications. | 0.60 |
| 10/02/09 | D. Fullem | Coordinate filing, serving of CNOs for Tre Angeli and Piper Jaffray July fee applications. | 0.40 |
| 10/02/09 | D. Fullem | E-mails to and from D. Felder regarding filings. | 0.20 |
| 10/02/09 | D. Felder | Review CNOs for PJC, Tre Angeli and e-mail correspondence with D. Fullem regarding same (.2); review notices of filing for PJC and Tre Angeli fee applications (.1). | 0.30 |
| 10/08/09 | D. Fullem | Prepare CNOs for D. Austern's June, July and August fee applications. | 0.80 |
| 10/08/09 | D. Fullem | Research and assemble quarterly fee applications for Tre Angeli, Tillinghast for April-Jun 09 time period. | 0.40 |
| 10/08/09 | D. Fullem | Review originals of July and August fee applications sent by Tillinghast. | 0.20 |
| 10/08/09 | D. Fullem | Coordinate finalizing, filing and serving of Tillinghast July and August monthly and Eighteenth quarterly (Apr-Jun 09). | 1.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

November 13, 2009
Invoice No. 1220044

| | | | |
|---|---|---|---|
| 10/08/09 | D. Fullem | Coordinate finalizing, filing and serving of Tre Angeli's Sixth Quarterly fee application (Apr-Jun 09). | 0.50 |
| 10/09/09 | D. Fullem | Prepare CNOs for D. Austern's June, July and August fee applications (.6); forward to D. Felder for review/signature (.2); coordinate filing and serving of same (.4). | 1.20 |
| 10/09/09 | D. Felder | Review notices of filing of fee applications and CNOs for FCR's professionals and conferences with D. Fullem regarding same. | 0.30 |
| 10/12/09 | D. Fullem | Review and respond to e-mail from D. Davis at Piper regarding status of filing June CNO. | 0.20 |
| 10/12/09 | D. Fullem | Prepare CNO for Piper June fee application; e-mail to D. Felder and C. Hartman regarding same. | 0.50 |
| 10/12/09 | D. Fullem | Review and research docket; prepare e-mail to follow up with C. LaRuffa and J. Radecki regarding status of Tre Angeli June fee application. | 0.60 |
| 10/13/09 | D. Fullem | Finalize, coordinate filing and service of CNO for Piper Jaffray June fee application; e-mail to D. Davis at Piper regarding same. | 0.40 |
| 10/13/09 | D. Fullem | Finalize, coordinate filing and service of Tre Angeli's June monthly fee application. | 0.70 |
| 10/13/09 | D. Felder | Review CNOs and notice of filing and conference with D. Fullem regarding same. | 0.20 |
| 10/22/09 | D. Fullem | Prepare CNOs for Piper Jaffray and Tre Angeli's August fee statements; e-mail to D. Felder regarding same. | 0.80 |
| 10/23/09 | D. Fullem | Coordinate filing/serving of CNOs for Piper Jaffray and Tre Angeli re August fee apps. | 0.60 |
| 10/23/09 | D. Felder | Review CNOs for Piper Jaffray and Tre Angeli's August fee application. | 0.10 |
| 10/29/09 | D. Fullem | Review and respond to D. Davis at Piper regarding fee applications to be processed and provide sample of final fee application. | 0.30 |
| 10/30/09 | D. Fullem | Prepare CNO for Tillinghast August fee application; coordinate filing and serving of same. | 0.40 |
| 10/30/09 | D. Fullem | Prepare D. Austern's September fee application (.9); e-mail to D. Austern for review/comment (.1). | 1.00 |
| 10/30/09 | D. Felder | Review CNO for Tillinghast fee application. | 0.10 |

|  |  |  |
|---|---|---|
| Total Hours | 16.20 | |
| Total For Services | | $4,533.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.20 | 590.00 | 708.00 |
| Debra O. Fullem | 15.00 | 255.00 | 3,825.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

November 13, 2009
Invoice No. 1220044

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Total All Timekeepers | 16.20 | $279.81 | $4,533.00 |

Disbursements
    Document Reproduction                    1,721.60
    Express Delivery                          141.73
    Postage                                1,828.09
                         Total Disbursements         $3,691.42

                        **Total For This Matter**        **$8,224.42**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

November 13, 2009
Invoice No. 1220044

For Legal Services Rendered Through October 31, 2009 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 10/06/09 | D. Fullem | Review e-mail from R. Wyron regarding 2014 statement. | 0.10 |
| 10/07/09 | D. Fullem | Confer with R. Wyron regarding updates to be made in Grace; prepare notes. | 0.30 |
| 10/07/09 | D. Fullem | Review conflict lists in Grace and consider updates to be made thereto. | 0.60 |
| 10/08/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding California Dept of General Services (.2); research same (.4); prepare e-mail to R. Wyron with information (.1); update search (.8); review report (.3); prepare draft supplemental disclosure (.5); discuss with R. Wyron (.2) e-mail draft of same to R. Wyron and R. Frankel for review and comment (.1). | 1.80 |
| 10/08/09 | R. Frankel | Review 12th Supplemental Declaration (.2); confer with R. Wyron (.4). | 0.60 |
| 10/12/09 | D. Fullem | Follow up on conflict list and status of report (.2); confer with R. Wyron (.1); e-mail to R. Wyron regarding report and summarize list of insurance companies (.7). | 1.00 |

Total Hours 4.40
Total For Services $1,536.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.60 | 945.00 | 567.00 |
| Debra O. Fullem | 3.80 | 255.00 | 969.00 |
| Total All Timekeepers | 4.40 | $349.09 | $1,536.00 |

**Total For This Matter** $1,536.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 26

November 13, 2009
Invoice No. 1220044

For Legal Services Rendered Through October 31, 2009 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/09 | D. Fullem | Prepare Certificate of No Objection regarding Orrick's June fee application; e-mail to D. Felder regarding review of same. | 0.30 |
| 10/01/09 | D. Fullem | Review draft of August fee application; provide comments to D. Spicuzza. | 0.50 |
| 10/02/09 | D. Fullem | Prepare CNO for Orrick July fee application. | 0.20 |
| 10/02/09 | D. Fullem | Coordinate filing and serving of CNO for Orrick's July fee application. | 0.20 |
| 10/02/09 | D. Fullem | E-mails to and from D. Felder regarding filings today. | 0.20 |
| 10/02/09 | D. Felder | Review Orrick's August fee application and e-mail correspondence with D. Spicuzza regarding same. | 0.40 |
| 10/05/09 | D. Fullem | Review and revise September prebill. | 1.20 |
| 10/05/09 | D. Fullem | Coordinate finalizing, filing and serving of Orrick August fee application. | 0.60 |
| 10/05/09 | D. Fullem | Review recent payment information; update spreadsheets and circulate. | 0.40 |
| 10/05/09 | R. Wyron | Review August monthly fee application for filing (.3); review Omni bill and related expenses (.2). | 0.50 |
| 10/06/09 | D. Fullem | Review Omni Hotel invoice; prepare chart of items and corresponding expense codes; discuss with M. Porco at GOC regarding processing of same; update R. Wyron. | 0.50 |
| 10/06/09 | D. Fullem | Review and respond to e-mail from D. Felder regarding questions on September prebill. | 0.10 |
| 10/06/09 | D. Fullem | Finish review and follow-up of September prebill. | 1.00 |
| 10/06/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding Omni Hotel invoice to be processed. | 0.20 |
| 10/06/09 | D. Felder | Review September prebill. | 2.20 |
| 10/07/09 | J. Guy | Review Grace fee application. | 0.60 |
| 10/07/09 | R. Wyron | Review September prebill. | 0.30 |
| 10/08/09 | D. Fullem | Update fee/expense charts; e-mail same to R. Wyron and R. Frankel; review response from R. Wyron regarding certain revisions. | 0.40 |
| 10/12/09 | R. Wyron | Review additional entries on September prebill and follow-up e-mail re same. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

November 13, 2009
Invoice No. 1220044

| 10/13/09 | D. Fullem | Review and revise updated September prebill (.4); review and respond to e-mail from R. Wyron regarding same (.2); review and research Omni expenses as posted to confirm accurate breakdown in billing (.3); update R. Wyron and P. Reyes regarding same (.2). | 1.10 |
| 10/13/09 | D. Fullem | Confer with D. Felder regarding status of September billing. | 0.10 |
| 10/15/09 | D. Fullem | Update fee/expense charts with September invoices and other updates thereto; circulate to group. | 0.50 |
| 10/16/09 | D. Fullem | Review and respond to e-mail from D. Spicuzza regarding recent payment for September fee application. | 0.20 |
| 10/23/09 | D. Fullem | Confer with D. Spicuzza regarding status/timing of filing of September fee application. | 0.10 |
| 10/26/09 | D. Fullem | Confer with D. Spicuzza regarding Orrick's September fee application. | 0.10 |
| 10/27/09 | D. Fullem | Review draft of Orrick September fee application; determine business/travel meals for reductions; update same; e-mail to D. Felder for review and comment. | 1.00 |
| 10/27/09 | D. Fullem | Prepare CNO for Orrick's August fee application; coordinate review/signature by D. Felder; e-mail same to C. Hartman to file; coordinate service of same. | 0.50 |
| 10/27/09 | D. Felder | Review September fee application. | 0.30 |
| 10/28/09 | D. Fullem | Review and respond to e-mail from D. Felder regarding question on expense in September fee application. | 0.20 |
| 10/28/09 | D. Felder | Review September fee application. | 0.40 |
| 10/29/09 | D. Fullem | Review and respond to e-mail from D. Spicuzza regarding Orrick September fee application. | 0.20 |
| 10/30/09 | D. Fullem | Review e-mail from B. Ruhlander requesting expense chart for April-June 09 invoices. | 0.10 |
| 10/30/09 | D. Fullem | Review latest fee application filings and calendar objection deadlines. | 0.20 |
| 10/30/09 | D. Fullem | Revise Orrick's September fee application with objection deadline; coordinate filing and serving of same. | 0.80 |
| 10/30/09 | J. Guy | Review September fee application. | 0.20 |

|  | Total Hours | 16.10 |  |
|  | Total For Services |  | $6,227.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

November 13, 2009
Invoice No. 1220044

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.30 | 590.00 | 1,947.00 |
| Debra O. Fullem | 10.90 | 255.00 | 2,779.50 |
| Jonathan P. Guy | 0.80 | 755.00 | 604.00 |
| Richard H. Wyron | 1.10 | 815.00 | 896.50 |
| Total All Timekeepers | 16.10 | $386.77 | $6,227.00 |

Disbursements
    Document Reproduction      28.00
    Express Delivery      66.18

Total  Disbursements      $94.18

**Total For This Matter**      **$6,321.18**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

November 13, 2009
Invoice No. 1220044

For Legal Services Rendered Through October 31, 2009 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/12/09 | P. Mahaley | Travel to Pittsburgh to attend confirmation hearing. | 3.00 |
| 10/12/09 | J. Guy | Travel to Pittsburgh. | 1.50 |
| 10/12/09 | R. Wyron | Travel to Pittsburgh for hearing. | 2.20 |
| 10/12/09 | R. Frankel | Travel to Pittsburgh re confirmation hearing. | 2.30 |
| 10/14/09 | P. Mahaley | Return travel from Pittsburgh to attend Phase II confirmation trial. | 3.00 |
| 10/14/09 | J. Guy | Return travel to DC. | 1.50 |
| 10/14/09 | R. Wyron | Return travel to DC. | 1.50 |
| 10/14/09 | R. Frankel | Travel from Pittsburgh hearing to NY. | 3.10 |
| 10/26/09 | R. Wyron | Travel to Wilmington for Omnibus hearing and return. | 2.60 |

Total Hours      20.70

Total For Services      $8,066.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 5.40 | 472.50 | 2,551.50 |
| Jonathan  P. Guy | 3.00 | 377.50 | 1,132.50 |
| Peri  N. Mahaley | 6.00 | 302.50 | 1,815.00 |
| Richard  H. Wyron | 6.30 | 407.50 | 2,567.25 |
| Total All Timekeepers | 20.70 | $389.67 | $8,066.25 |

**Total For This Matter**      **$8,066.25**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours      641.90

Total Fees, all Matters      $414,353.25

Total Disbursements, all Matters      $19,331.24

Total Amount Due      $433,684.49