# EXHIBIT A
# OCT-09

| Professional | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 10/23/2009 | 0.20 | $675 | $135.00 | Peer review payout scenarios |
| Jenni Biggs | 10/27/2009 | 0.40 | $675 | $270.00 | Peer review payout scenarios |
| Jenni Biggs | 10/28/2009 | 0.70 | $675 | $472.50 | Peer review payout scenarios |
| Jenni Biggs | 10/29/2009 | <u>0.70</u> | $675 | <u>$472.50</u> | Peer review payout scenarios |
| | | 2.00 | | $1,350.00 | |
| | | | | | |
| Julianne Callaway | 10/26/2009 | 0.50 | $330 | $165.00 | Tech review Libby payout scenarios |
| Julianne Callaway | 10/27/2009 | <u>1.00</u> | $330 | <u>$330.00</u> | Tech review Libby payout scenarios |
| | | 1.50 | | $495.00 | |
| | | | | | |
| Jeff Kimble | 10/21/2009 | 2.50 | $425 | $1,062.50 | Preparation of scenarios for Orrick regarding the Libby Settlement negotiations |
| Jeff Kimble | 10/22/2009 | 1.00 | $425 | $425.00 | Preparation of scenarios for Orrick regarding the Libby Settlement negotiations |
| Jeff Kimble | 10/26/2009 | 6.50 | $425 | $2,762.50 | Preparation of scenarios for Orrick regarding the Libby Settlement negotiations |
| Jeff Kimble | 10/27/2009 | 5.50 | $425 | $2,337.50 | Preparation of scenarios for Orrick regarding the Libby Settlement negotiations |
| Jeff Kimble | 10/28/2009 | 6.00 | $425 | $2,550.00 | Preparation of scenarios for Orrick regarding the Libby Settlement negotiations |
| Jeff Kimble | 10/29/2009 | 3.00 | $425 | $1,275.00 | Preparation of scenarios for Orrick regarding the Libby Settlement negotiations |
| Jeff Kimble | 10/30/2009 | <u>0.70</u> | $425 | <u>$297.50</u> | Preparation of scenarios for Orrick regarding the Libby Settlement negotiations |
| | | 25.20 | | $10,710.00 | |
| | | | | | |
| Jennifer Teter | 10/30/2009 | <u>1.20</u> | $315 | <u>$378.00</u> | Technical review of cash flow analysis |
| | | 1.20 | | $378.00 | |
| | | | | | |
| | | 29.90 | | $12,933.00 | |