**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| **Debtors.** | ) | Objection Date: December 15, 2009 at 4:00pm |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIRST MONTHLY FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | September 1, 2009 – September 30, 2009 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $251.49 |

This is a   <u>x</u> monthly        __ interim        __ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM <u>SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009</u>**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 74 | $50,000.00 |
| George Coles | Associate | NA | 5.5 | |
| Claire Burke | Analyst | NA | 9.5 | |
| Grand Total: | | | | **$50,000.00** |
| Blended Rate: | | | 89 | $561.80 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**September 1-30, 2009**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **89** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Telephone | $ 167.15 |
| Express Mail | $  84.34 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 251.49** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

Respectfully submitted,

LINCOLN PARTNERS ADVISORS LLC

By: */S/ JOSEPH J. RADECKI, JR.*
     Joseph J. Radecki, Jr.
     Managing Director
     400 Madison Ave # 21
     New York, NY 10017-8901
     Telephone: (212) 277-8100

Dated: November 20, 2009