# EXHIBIT A

**WR Grace**
**September 2009 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Prep and telephonic hearing | 1.0 |
| | Review docket | 0.6 |
| Wed 2 | Review docket | 0.4 |
| Thu 3 | Comm w/OHS (RW) re consideration, SA | 0.4 |
| | Review docket | 1.0 |
| Fri 4 | Review docket | 0.7 |
| | Comm w/OHS (RW) re consideration, SA | 0.4 |
| Mon 7 | Review docket | 0.2 |
| | Comm w/OHS (RW) re consideration, SA | 0.3 |
| Tue 8 | Review docket | 0.9 |
| Wed 9 | Prep/attend hearing | 3.0 |
| | Review docket | 0.5 |
| Thu 10 | Prep/attend hearing | 0.6 |
| | Review docket | 0.9 |
| Fri 11 | Prep/attend hearing | 0.4 |
| | I/C re retention | 2.0 |
| | Review docket | 0.9 |
| Mon 14 | Prep/attend hearing | 5.5 |
| | Prep/attend Zilly dep | 3.0 |
| | Comm w/OHS (RW) re Zilly dep | 0.3 |
| | Review docket | 1.6 |
| Tue 15 | Prep/attend hearing | 8.0 |
| | Review docket | 0.3 |
| Wed 16 | Prep/attend hearing | 9.8 |
| | Review docket | 0.7 |
| Thu 17 | Prep/attend hearing | 4.3 |
| | Retention matters | 2.5 |
| | Review docket | 0.5 |
| Fri 18 | Comm w/OHS (RW) re retention | 0.9 |
| | Comm w/BLST (JO) re ART sale | 0.3 |
| | Analysis re Def Cont plan | 1.5 |
| | Review docket | 0.3 |
| Mon 21 | Memo all re ART sale, Def contr plan | 0.7 |
| | Review docket | 0.3 |
| Tue 22 | Review docket | 0.8 |
| Wed 23 | Call on Art sale | 1.0 |
| | I/Cs w/PJC (DD) re Art sale, memo | 0.9 |
| | Review Art sale diligence mat | 1.0 |
| | Comm w/OHS (RW) re retention | 1.2 |
| Thu 24 | Memo all re ART sale | 1.5 |
| | Review docket | 0.5 |
| Fri 25 | Review docket | 0.6 |
| | I/C w/GC, CB re all matters | 2.5 |
| Mon 28 | I/C w/GC, CB re all matters | 1.0 |
| | Review docket | 0.4 |
| Tue 29 | Prep/attend hearing | 0.8 |
| | Retention matters | 3.0 |
| | Review docket | 0.8 |
| Wed 30 | Retention matters | 3.0 |
| | Review docket | 0.3 |
| | TOTAL TIME (hrs) | 74.0 |

**WR Grace**
**September 2009 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 22 | Review docket | 1.0 |
| Fri 25 | I/C w/JR, CB re all matters | 2.5 |
| Fri 25 | Financial statement review | 2.0 |
|  | TOTAL TIME (hrs) | 5.5 |

**WR Grace**
**September 2009 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 10 | CC Memo | 1.5 |
| Sat 11 | CC Memo | 0.5 |
| Thu 24 | Registration materials | 3.0 |
| Fri 25 | I/C w/JR, GC re all matters | 2.5 |
|  | Engagement letter | 1.0 |
| Mon 28 | I/C w/JR, GC re all matters | 1.0 |
|  | TOTAL TIME (hrs) | 9.5 |

3