# EXHIBIT B

**W.R. Grace**
**Detail of expenses (September 1, 2009 – September 30, 2009)**

Communication
Telephone                                              $167.15
Express Mail                                            $84.34
             **Total Communication:**              **$ 251.49**


**TOTAL EXPENSES:**                                   **$ 251.49**