# EXHIBIT A

**WR Grace**
**October 2009 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket | 0.9 |
| | Retention matters | 2.0 |
| | Comm w/OHS (Dfu) re fee appls | 1.0 |
| Fri 2 | Review docket | 1.1 |
| Mon 5 | Review docket | 1.7 |
| Tue 6 | Review docket | 1.5 |
| Wed 7 | Hearing and prep | 2.0 |
| | Comm w/OHS (Dfe) re best interests | 0.7 |
| | Comm w/OHS (Dfe) re PJ termination | 0.6 |
| | Analysis best interests | 2.5 |
| | Review docket | 0.4 |
| Thu 8 | Review docket | 2.1 |
| | Rcomm w/OHS (Dfe) re best interests | 0.5 |
| Fri 9 | Review docket | 0.4 |
| Mon 12 | Review docket | 1.7 |
| | Comm w/OHS (Dfu) re fee appls | 0.3 |
| Tues 13 | Hearing and prep | 10.0 |
| | Review docket | 0.9 |
| Wed 14 | Hearing and prep | 8.0 |
| | Review docket | 0.5 |
| Thu 15 | Comm w/OHS (RF) re financial presentation | 0.3 |
| | Comm w/Blackstone (PZ) re confirmation, best int., financial meeting | 0.7 |
| | Review docket | 1.1 |
| Fri 16 | Review docket | 0.4 |
| Mon 19 | Review docket | 0.3 |
| Tue 20 | Review docket | 1.2 |
| Wed 21 | Review docket | 1.0 |
| Thu 22 | Analysis; financial results | 3.1 |
| | Earnings release | 1.0 |
| | Review docket | 0.3 |
| Fri 23 | Comm w/OHS (Dfe) re NJ DEP, Austin Foods | 0.6 |
| | Review docket | 0.4 |
| | Analysis: NJ DEP, AF | 2.8 |
| Mon 26 | Hearing and prep | 2.6 |
| | Review docket | 2.2 |
| Tues 27 | Analysis:3Q earnings | 3.3 |
| | Review docket | 0.3 |
| Wed 28 | Review docket | 0.4 |
| Thu 29 | Review docket | 1.0 |
| Fri 30 | Review docket | 0.2 |
| | TOTAL TIME (hrs) | 62.0 |

**WR Grace**
**October 2009 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 8 | Financial statement analysis | 2.0 |
| Fri 9 | Financial statement analysis | 2.0 |
| Mon 12 | Review docket | 1.0 |
| Mon 12 | Prep for telephone call | 0.5 |
| Tue 13 | Grace Hearing Telephone call | 4.0 |
| Tue 13 | I/C w/JR, CB re all matters | 0.5 |
| Thu 22 | Review docket | 1.0 |
| Fri 23 | Review docket | 0.5 |
| Tue 27 | I/C w/JR, re all matters | 0.25 |
|  | TOTAL TIME (hrs) | 11.8 |

**WR Grace**
**October 2009 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 6 | Review financials | 0.5 |
| Wed 7 | Financial statement analysis | 1.0 |
|  | Review best interest analysis | 0.5 |
| Mon 12 | Fee application prep | 1.5 |
| Tue 13 | I/C w/JR, CB re all matters | 0.5 |
| Thu 22 | Review docket | 1.0 |
| Fri 23 | Review docket | 1.0 |
|  | Review financials | 0.5 |
| Mon 26 | Review docket | 0.5 |
|  | TOTAL TIME (hrs) | 7.0 |