# EXHIBIT B

**W.R. Grace**
**Detail of expenses (October 1, 2009 – October 31, 2009)**

Communication
Telephone                                                                $127.69
Express Mail                                                              $49.77
                  **Total Communication:**                               **$ 177.46**

**TOTAL EXPENSES:**                                                       **$ 177.46**