# CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on November 25, 2009 via hand delivery or overnight mail:**

**ATTACHED SERVICE LIST**

Under penalty of perjury, I declare that the foregoing is true and correct.


\_\_\_\_11/25/2009_____        \_\_/s/ Heidi E Sasso_____
Date                                                    Heidi E. Sasso