**Theodore L. Freedman**
Kirkland & Ellis LLP
Citigroup Center
601 Lexington Avenue
New York, NY  10022-4611

**Janet S. Baer**
The Law Offices of Janet S. Baer, P.C.
70 West Madison Street, Suite 2100
Chicago, IL  60602

**James E. O'Neill**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Lewis Kruger**
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

**Michael R. Lastowski**
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

**Scott L. Baena**
Bilzin, Sumberg, Dunn, Baena,
  Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL  33131

**Michael B. Joseph**
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**Elihu Inselbuch**
Caplin & Drysdale
Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

**Marla Eskin**
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

**Thomas M. Mayer**
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

| | |
|---|---|
| **Teresa K.D. Currier**<br>**Saul Ewing LLP**<br>**222 Delaware Avenue**<br>**P.O. Box 1266**<br>**Wilmington, DE  19899-1397** | **Richard H. Wyron**<br>**Swidler Berlin Shereff Friedman, LLP**<br>**3000 K Street, NW**<br>**Suite 300**<br>**Washington, DC  20007** |
| **John C. Phillips, Jr.**<br>**Phillips, Goldman & Spence, P.A.**<br>**1200 North Broom Street**<br>**Wilmington, DE  19806** | **Office of the United States Trustee**<br>**Attn:  David Klaunder**<br>**844 N. King Street**<br>**Wilmington, DE  19801** |
| **Karl Hill**<br>**Seitz, Van Ogtrop & Green, P.A.**<br>**222 Delaware Avenue, Suite 1500**<br>**P.O. Box 68**<br>**Wilmington, DE  19899** | **Alan B. Rich**<br>**Law Office of Alan B. Rich, Esq.**<br>**1201 Main Street, Suite 1910**<br>**LB 201**<br>**Dallas, TX  75202** |