# EXHIBIT "B"

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
August 12, 2005 through January 19, 2009

1. Asbestos: Claims Analysis & Evaluation – 49.25 ($16,712.50)

The Applicant attended several meetings and reviewed documents with respect to asbestos claims, policies, asbestos exclusions, term sheets and settlements. The Applicant further reviewed and provided comments with respect to the PD Trust Agreement.