**EXHIBIT A**

**October 2009 Fee Detail**

**Matter 2**                                          **Asset Disposition**

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| RJH | 10/12/09 | 1.60 | Prepare lease rejection notice for Hatfield lease (.90); telephone conferences with V. Finkelstein re same (.70). | $760.00 |
| RJH | 10/13/09 | 2.10 | Continue preparation of lease rejection notice for Hatfield lease (1.70); exchange correspondence with claims agent and client re same (.30); telephone conferences with V. Finkelstein re same (.10). | $997.50 |
| RJH | 10/21/09 | .50 | Exchange correspondence with V. Finkelstein re Hatfield lease rejection and revise notice re same (.50). | $237.50 |
| RJH | 10/22/09 | .40 | Exchange further correspondence with V. Finkelstein re Hatfield lease rejection and revise notice re same (.40). | $190.00 |
| RJH | 10/23/09 | .10 | Analyze substantive consolidation issues and exchange correspondence with various parties re same (.10). | $47.50 |
| RJH | 10/27/09 | .70 | Attend to issues re filing of Hatfield lease rejection notice and draft and respond to correspondence re same (.40); telephone conference with V. Finkelstein re Atlanta DAREX plant sale closing issues (.30). | $332.50 |
| Total | | 5.40 | | $2,565.00 |

| | | | | |
|----------|------|------|-------------|--------|
| Total - JSB | | 0.00 | | 0.00 |
| Total - RJH | | 5.40 | | $2,565.00 |

**Matter 3**                                    **Business Operations**

| Attorney | Date | Hours | Description | Amount |
|---|---|---|---|---|
| JSB | 10/5/09 | .30 | Review memo re consolidation of entities(.30). | $187.50 |
| JSB | 10/8/09 | 1.00 | Review draft Goldman/Deutche letters re potential arrangements (.50); participate in call re same (.50). | $625.00 |
| JSB | 10/19/09 | .60 | Confer with J. McFarland and C. Finke re debtor consolidation issues (.30); confer with C. Finke re tax issues (.30). | $375.00 |
| JSB | 10/28/09 | .50 | Confer with R. Higgins re subsidiary elimination issues (.50). | $312.50 |
| RJH | 10/28/09 | .60 | Prepare for and participate in telephone conference with J. Baer re elimination of subsidiaries and other issues(.60). | $285.00 |
| JSB | 10/29/09 | .80 | Confer with Grace and co-counsel re subsidiary elimination strategy (.80). | $500.00 |
| RJH | 10/29/09 | .90 | Prepare for and participate in telephone conference with client and other counsel re elimination of subsidiaries (.90). | $427.50 |
| Total | | 4.70 | | $2,712.50 |
| | | | | |
| Total - JSB | | 3.20 | | $2,000.00 |
| Total - RJH | | 1.50 | | $712.50 |

**Matter 4**                                    **Case Administration**

| Attorney | Date | Hours | Description | Amount |
|----------|------|-------|-------------|--------|
| JSB | 10/6/09 | .30 | Review OCP exhibit and confer with R. Higgins and J. Monahan re same (.30). | $187.50 |
| RJH | 10/6/09 | .30 | Exchange correspondence with J. Baer and J. Monahan re OCP and other quarterly reports (.30). | $142.50 |
| JSB | 10/15/09 | .80 | Confer with T. Freedman re Hyperlink issues on Trial Briefs (.20); confer with K.Vandenport re same (.20); review and respond to correspondence re same (.20); prepare correspondence to plan objectors re same (.20). | $500.00 |
| JSB | 10/19/09 | .50 | Review recently filed pleadings and follow up re same (.50). | $312.50 |
| JSB | 10/23/09 | .70 | Confer with R. Higgins re status/outstanding matters re Venable, OCP report, quarterly reports and entity consolidation (.40); review newly filed pleadings and attend to same (.30). | $437.50 |
| RJH | 10/23/09 | .90 | Review 33rd quarterly asset and settlement reports, analyze docket and case administration orders and exchange correspondence with various parties re same (.90). | $427.50 |
| RJH | 10/26/09 | .70 | Review docket re 33rd quarterly asset and settlement reports and exchange correspondence with various parties re same (.70). | $332.50 |
| RJH | 10/27/09 | 1.10 | Review docket re 33rd quarterly asset and settlement reports and exchange correspondence with various parties re same (1.10). | $522.50 |
| RJH | 10/28/09 | .40 | Review and prepare for filing the 33rd quarterly asset and settlement reports and exchange correspondence with various parties re same (.40). | $190.00 |
| RJH | 10/30/09 | .40 | Exchange correspondence with J. Monahan re OCP issues (.40). | $190.00 |
| Total | | 6.10 | | $3,242.50 |

| | | | | |
|----------|------|-------|-------------|--------|
| Total - JSB | | 2.30 | | $1,437.50 |
| Total - RJH | | 3.80 | | $1,805.00 |

10

**Matter 5**                    **Claims Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Hours | Description | Amount |
|---|---|---|---|---|
| JSB | 10/01/09 | .50 | Review draft settlement agreement and prepare correspondence re same (.50). | $312.50 |
| JSB | 10/15/09 | 1.00 | Confer with R. Higgins, T. Freedman and D. Boll re service on various Canadian claimants (.30); several follow up conferences re same (.40); review and respond to correspondence re same (.30). | $625.00 |
| RJH | 10/15/09 | 2.60 | Telephone conference with J. Baer re ZAI notice issue and Neutocrete (.30); telephone conferences with M. Araki re same (.90); legal analysis of issues and review and analyze materials re same (1.40). | $1,235.00 |
| RJH | 10/16/09 | 1.80 | Telephone conference with J. Baer re ZAI notice issue (.70); telephone conferences with M. Araki re same and other issues (.60); legal analysis of issues and review and analyze materials re same (.50). | $855.00 |
| JSB | 10/19/09 | 1.40 | Confer with T. Freedman re Canadian Bar date issues (.30); participate in call with Grace and Canadian counsel re status of Canadian agreement and potential extension (.50); review further correspondence and documents re same (.30); review correspondence re St. Paul claims (.30). | $875.00 |
| RJH | 10/19/09 | .30 | Legal analysis of issues and review and analyze materials re ZAI notice issue and exchange correspondence with various parties re same (.30). | $142.50 |
| Total | | 7.60 | | $4,045.00 |
| Total - JSB | | 2.90 | | $1,812.50 |
| Total - RJH | | 4.70 | | $2,232.50 |

**Matter 6**                    Claims Analysis Objection & Resolution (Non-Asbestos)

| Attorney | Date | Hours | Description | Amount |
|---|---|---|---|---|
| JSB | 10/01/09 | .90 | Confer with Grace re Big Tex claim issues (.50); review further correspondence re same, NJDEP and Rowe (.40). | $562.50 |
| RJH | 10/01/09 | 9.70 | Telephone conference with L. Gardner R. Emmett and J. Baer re Big Tex settlement (.50); draft and revise Big Tex stipulation (2.50); draft Rowe/Indmar settlement stipulation (2.20); telephone conference with D. Lennon and follow on telephone conference with C. Greco re North Carolina tax claim settlement (.70); analyze J. Gray file materials re Neutocrete (1.10); develop factual predicate re claim summary judgment motion (2.30); exchange correspondence with various re same (.40). | $4,607.50 |
| JSB | 10/02/09 | 1.10 | Final review and comments on Big Tex Stipulation (.30); review Rowe Stipulation and confer re same (.30); confer with R. Higgins re Rowe matter (.30); review NJDEP correspondence (.20). | $687.50 |
| RJH | 10/02/09 | 3.30 | Draft and revise Big Tex stipulation (1.10); revise Rowe/Indmar settlement stipulation (.70); telephone conference with J. Baer re same and other issues (.30); develop factual predicate re claim summary judgment motion (1.20) | $1,567.50 |
| JSB | 10/05/09 | .70 | Review and respond to correspondence re Samson Claims and discussions (.40); review final Big Tex draft and prepare comments re same (.30). | $437.50 |
| RJH | 10/05/09 | 6.10 | Develop factual predicate re claim summary judgment motion and prepare for witness interview (5.50); exchange correspondence with client re Rowe/Indmar stipulation (.20); revise Rowe/Indmar  stipulation (.30); consider issues re Samson Hydrocarbon (.10). | $2,897.50 |
| JSB | 10/06/09 | 3.00 | Confer with Company re Samson claims and issues (1.20); confer with R. Higgins re Employee claims and other outstanding claims (.30); review outline and exhibit list re Neutocrete matter (.40); confer with R. Higgins, J. Hughes and E. Moeller re Neutocrete matters (1.10). | $1,875.00 |

| Attorney | Date | Hours | Description | Amount |
|----------|------|-------|-------------|--------|
| RJH | 10/06/09 | 8.10 | Develop factual predicate re claim summary judgment motion and prepare for witness interview (4.20); telephone conference with E. Moeller, J. Hughes and J. Baer (1.40); exchange correspondence with client re Rowe/Indmar stipulation (.30); telephone conference with L. Duff re same (.20); exchange correspondence with S. Tetro (Rowe/Indmar counsel) re same (.20); exchange correspondence with Wright's counsel re Wright's employment claim (.30); revise Rowe/Indmar stipulation (.40); exchange correspondence with C. Greco re North Carolina tax stipulation (.20); exchange correspondence with client re Town of Acton settlement (.20); telephone conference with J. Baer re employee claims and other issues (.40); consider issues re employee claims (.30). | $3,847.50 |
| RJH | 10/07/09 | 9.30 | Draft background section for summary judgment motion (8.6); Consider issues re employee claims (.20); review correspondence from Wright's counsel re offer to settle and communicate same to client (.40); analyze legal issues re Cary Land Corporation settlement offer (.10). | $4,417.50 |
| RJH | 10/08/09 | 7.40 | Draft background section for summary judgment motion (5.20); exchange correspondence with client re Wright claim (.30); exchange correspondence with client re North Carolina tax claim settlement (.30); analyze legal issues re NJDEP position regarding settlement and exchange correspondence with the client and J. Baer re same (.40); analyze Hatfield documents re lease rejection (1.20). | $3,515.00 |
| RJH | 10/12/09 | 8.20 | Draft background section for summary judgment motion (8.0); exchange correspondence with client re Wright claim (.20). | $3,895.00 |
| RJH | 10/13/09 | 3.0 | Draft background section for summary judgment motion (1.70); exchange correspondence with client re same (.20); exchange correspondence with client and NC AG re North Carolina tax claim (.40); exchange correspondence with the client and others re Town of Acton settlement agreement and motion and prepare same for filing (.70). | $1,425.00 |
| RJH | 10/14/09 | 6.0 | Draft and revise background section for summary judgment motion (.60); legal research re summary judgment motion (1.50); draft legal analysis re same (3.30); telephone conference with J. Hughes re Neutocrete claim (.60). | $2,850.00 |
| RJH | 10/15/09 | 7.70 | Draft and revise background section for summary judgment motion (.70); legal research re summary judgment motion (.40); draft legal analysis re same (3.50); exchange correspondence with client re Big Tex settlement (.20); draft Big Tex Settlement Motion (1.50); draft and revise Carey Settlement Motion (1.10); telephone conference with L. Gardner re same (.30). | $3,657.50 |

13

| Attorney | Date | Hours | Description | Amount |
|---|---|---|---|---|
| RJH | 10/16/09 | 4.80 | Draft and revise background section for summary judgment motion (.70); legal research re summary judgment motion (1.50); draft legal analysis re same (2.20); draft correspondence re same to J. Baer (.40). | $2,280.00 |
| RJH | 10/19/09 | 6.90 | Draft and revise background section for summary judgment motion (.40); legal research re summary judgment motion (1.70); draft legal analysis re same (2.50); revise Carey stipulation motion and prepare same for filing (.50); revise NJDEP stipulation motion and prepare same for filing (.40); exchange e-mail correspondence with B. Moffitt and others re NJDEP stipulation (.70); telephone conference with M. Weiner re Daramic claim issues (.30); investigate same and telephone conference with M. Araki re same (.40). | $3,277.50 |
| JSB | 10/20/09 | .80 | Confer with R. Higgins re status of all ongoing claims issues including 25th Omnibus objection, Employee claims and certain litigation claims (.50); prepare follow up correspondence on certain environmental claims (.30). | $500.00 |
| RJH | 10/20/09 | 6.90 | Draft and revise background section for summary judgment motion (.30); legal research re summary judgment motion (1.10); draft legal analysis re same (3.50); draft and respond to correspondence re Cary/Austin and NJDEP stipulation approval motions (.30); prepare for meeting and meet with J. Baer re claims analysis and other issues (1.10); investigate Daramic environmental claim issue and exchange correspondence with various parties re same (.20); telephone conference with L. Duff re same (.40). | $3,277.50 |
| RJH | 10/21/09 | 8.40 | Draft and revise background section for summary judgment motion (.30); legal research re summary judgment motion (1.10); draft legal analysis re same (5.50); analyze and research 25th omnibus claims objections (.40); telephone conference with M. Araki re same (.30); exchange correspondence and telephone conference with L. Duff re Polypore issue (.50); analyze issues re same (.30). | $3,990.00 |
| JSB | 10/22/09 | .90 | Review correspondence re various outstanding motions and follow up re same (.40); review correspondence re Yosemite Creek matter (.10); review correspondence re Owensboro Sites (.10); review correspondence from A. Krueger and response re same (.30). | $562.50 |
| RJH | 10/22/09 | 9.10 | Draft and revise background section for summary judgment motion (.30); legal research re summary judgment motion (1.90); draft legal analysis re same (5.50); analyze and research 25th omnibus claims objections (.40); exchange correspondence and telephone conference with L. Duff re Polypore issue (.50); analyze issues re same (.20); exchange correspondence with M. Weiner re same (.30). | $4,322.50 |

14

| Attorney | Date | Hours | Description | Amount |
|---|---|---|---|---|
| JSB | 10/23/09 | 1.50 | Prepare correspondence re Austin Quality Foods matter (.50); review memo re same (.20); confer with S. Blatnick and R. Higgins re Norfolk Southern claim matter (.80). | $937.50 |
| RJH | 10/23/09 | 8.50 | Draft and revise background section for summary judgment motion (.40); legal research re summary judgment motion (.60); draft legal analysis re same (4.20); analyze and research 25th omnibus claims objections (.30); analyze issues re employee claims and draft memorandum re same (.30); analyze BMC report re 25th Omnibus Claims Objection (.50); telephone conference with M. Araki re 25th Omnibus Claims Objection (.90); prepare for and participate in telephone conference with S. Blatnick and J. Baer re Norfolk Southern claim objection (1.10); analyze legal issues re same (.20). | $4,037.50 |
| RJH | 10/26/09 | 5.70 | Legal research re summary judgment motion (.40); draft legal analysis re same (4.5); Analyze legal issues re Norfolk Southern claim objection (.80). | $2,707.50 |
| RJH | 10/27/09 | 6.10 | Analyze legal issues re Norfolk Southern claim objection (3.5); legal research re same (1.90); telephone conference with A. Fromm re same (.70). | $2,897.50 |
| JSB | 10/28/09 | 2.10 | Review draft Stipulation and Motion re Kaneb related environmental claims (.70); confer with R. Finke re same (.30); participate in call with Grace and DOJ re Kaneb matters (.30); confer with T. Freedman re Kaneb stipulation (.20); confer with R. Spense and R. Finke re same and motion and consent decree re Otis Pipeline (.30); confer with R. Higgins re environmental claim issues (.30). | $1,312.50 |
| RJH | 10/28/09 | 8.20 | Analyze legal issues re Norfolk Southern claim objection (5.40); legal research re same (2.50); telephone conference with J. Baer re environmental claim issues (.30). | $3,895.00 |
| RJH | 10/29/09 | 8.10 | Analyze legal issues re Norfolk Southern claim objection (3.2); legal research re same (2.2); draft internal memoranda re same (1.7); telephone conference with A. Fromm re same (.80); exchange correspondence with A. Wright re Wright claim and consider issues re same (.20). | $3,847.50 |
| RJH | 10/30/09 | 3.70 | Telephone conference with J. Hughes re Neutocrete (.50); revise background section for Summary judgment motion (.50); revise legal analysis for Summary judgment motion (1.50); legal analysis re Norfolk Southern issues (1.20). | $1,757.50 |
| Total | | 156.20 | | $75,845.00 |
| Total - JSB | | 11.00 | | $6,875.00 |
| Total - RJH | | 145.20 | | $68,970.00 |

**Matter 8**                                     **Employee Benefits and Pension**

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| JSB | 10/27/09 | .70 | Confer with M. Shelnitz and new Grace Benefits officer re potential option programs (.70) | $437.50 |
| Total | | 0.70 | | $437.50 |
| | | | | |
| Total - JSB | | 0.70 | | $437.50 |
| Total - RJH | | 0.0 | | $0 |

16

**Matter 11**                                        **Fee Applications (Applicant)**

| Attorney | Date | Time | Description | Amount |
|---|---|---|---|---|
| JSB | 10/16/09 | 1.50 | Review September time for fee application (.90). | $937.50 |
| JSB | 10/23/09 | 1.00 | Review and revise September fee application (1.00). | $625.00 |
| JSB | 10/27/09 | 1.50 | Revise September fee application and prepare September fee statement (.90). | $937.50 |
| RJH | 10/30/09 | .80 | Review and analyze September timesheets (.80). | $380.00 |
| Total | | 4.80 | | $2,880.00 |

| | | | | |
|---|---|---|---|---|
| Total - JSB | | 4.00 | | $2,500.00 |
| Total - RJH | | .80 | | $380.00 |

**Matter 12**                                  **Fee Applications (Others)**

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| RJH | 10/27/09 | 3.30 | Review Venable fee application and comment re same (.80); telephone conference with Venable re same (.80); telephone conference with J. O'Neill re same (.40); exchange correspondence with various parties re same (.70); telephone conference with J. Baer re same and other issues (.60). | $1,567.50 |
| RJH | 10/30/09 | .50 | Telephone conference with L. Bouyier re Venable fee application(.50) | $237.50 |
| Total | | 3.80 | | $1,805.00 |

| | | | | |
|----------|------|------|-------------|--------|
| Total - JSB | | 0.50 | | $312.50 |
| Total - RJH | | 3.30 | | $1,567.50 |

**Matter 14**                                                 **Hearings**

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| JSB | 10/01/09 | 1.20 | Review and provide comments re 10/7 agenda (.30); review and provide comments on 10/13 agenda (.30); prepare correspondence re issues for 10/13 agenda (.30) confer with B. Harding re same (.30). | $750.00 |
| JSB | 10/2/09 | 1.40 | Review agenda issues for 10/7 and 10/13/ issues (.40) review Libby related materials for 10/13 hearing and confer with B. Harding re same (.30); confer with H. Bloom re same and prepare correspondence re agenda (.40); further review 10/13 agenda and confer re same (.30). | $875.00 |
| JSB | 10/7/09 | 2.70 | Participate in telephonic hearing re various Speights issues (1.90); confer with T. Freedman, B. Harding and R. Finke after hearing re various issues re same (.40); prepare draft orders as a result of the hearing and correspondence re same (.40). | $1,687.50 |
| JSB | 10/8/09 | .90 | Review 10/26 agenda and prepare comments re same (.40); confer with J. Brooks re Speights issues re 10/13 hearing and preparation re same (.30); prepare correspondence re Speights orders from 10/7 hearing (.20). | $562.50 |
| JSB | 10/9/09 | 2.00 | Review and assemble materials for 10/13 hearing (1.50); confer re issues re same (.30); confer re issues on 10/26 agenda (.20). | $1,250.00 |
| JSB | 10/10/09 | 2.40 | Participate in team call re trial preparation (1.0); review Speights materials for hearing on deposition designations and related matters (1.0); follow up re Speights matters and respond re same (.40). | $1,500.00 |
| JSB | 10/12/09 | 2.50 | Preparation for confirmation hearing (2.50). | $1,562.50 |
| JSB | 10/13/09 | 10.30 | Participate in confirmation hearing (8.0); participate in meeting in preparation for second day of confirmation hearing (.80); prepare materials for second day of confirmation hearing (1.50). | $6,437.50 |
| JSB | 10/14/09 | 8.00 | Participate in Confirmation hearing (8.00). | $5,000.00 |
| JSB | 10/16/09 | 1.00 | Prepare correspondence re 10/26 agenda (.30); confer re general issues (.30); review and organize documents for follow up from confirmation hearing (.40). | $625.00 |
| JSB | 10/20/09 | .30 | Confer re Frezza matter scheduling and prepare correspondence re same (.30). | $187.50 |
| JSB | 10/21/09 | .70 | Prepare orders re Agenda items 5.7 (b) and 10 from the confirmation hearing and correspondence re same (.70). | $437.50 |
| JSB | 10/22/09 | 1.00 | Prepare COC re orders from confirmation hearing (.50); prepare transmittal re same (.20); numerous conferences re Munoz matter for hearing (.30). | $625.00 |

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| JSB | 10/23/09 | 1.70 | Review materials for October Omnibus hearing (.50); confer with parties re Munoz matter (.30); review Munoz materials and provide instructions re same (.50); prepare correspondence re outstanding orders and respond to inquiries re same (.40). | $1,062.50 |
| JSB | 10/25/09 | 2.50 | Review Munoz materials in preparation for hearing on lift stay matter (1.50); review case law re same (.70); review hearing agenda in preparation for Omnibus hearing (.30). | $1,562.50 |
| JSB | 10/26/09 | 3.50 | Review materials and confer with D. Bernick and J. Brooks in preparation for October Omnibus hearing (1.50); attend and participate in October hearing (2.0). | $2,187.50 |
| Total | | 42.10 | | $26,312.50 |
| | | | | |
| Total - JSB | | 42.10 | | $26,312.50 |
| Total - RJH | | 0.0 | | $0 |

**Matter 15**                                                    Litigation

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| JSB | 10/1/09 | 6.30 | Review draft deposition designations and confer with K. Love re same and related Exhibit issues (.40); review Speights reply on Motion to Counsel (.80); prepare correspondence re same (.30); review Canadian Bar Date order re issues (.30); review and respond to correspondence re FFIC stipulation issues (.40); prepare correspondence re CNA and One Beacon (.40); follow up re same (.30); prepare correspondence re Libby Exhibit and designation issues (.30); review all issues on Exhibit list and deposition designations and prepare follow up correspondence on all outstanding matters to all objectors (2.50); confer with K. Love several times re same (.60). | $3,937.50 |
| JSB | 10/2/09 | 6.60 | Confer re issues on remaining motions for confirmation hearing (.30); participate in team call re all outstanding issues (1.0); review memo re California appeal issues (.20); review correspondence re Exhibit issues for confirmation documents (2.50); confer with T. Freedman re various outstanding claim issues (.30); prepare correspondence re Exhibits, Depositions designation and conference re same (1.20); further review materials re same (.50); prepare correspondence re Speights/Finke matter and confer re same (.20); confer with K. Love several times re Exhibit issues (.40). | $4,125.00 |
| JSB | 10/5/09 | 7.70 | Review materials and disputed exhibits and deposition designations for meet and confer (.80); review chart re Kaneb/One Beacon issues (.30); review and respond to inquiries re meet and confers re exhibits and other related confirmation issues (.50); participate in call with Plan Proponents re exhibit issues and deposition designations (2.0); follow up re same (.50); review Speights chart (.20); review and respond to correspondence on Speights issues (.40); participate in meet and confer with plan objectors re Exhibits and Deposition Designations (1.50); confer further with K. Love , N. Knitzer, J. Brooks and T. Freedman re follow up re same (several separate conversations) (.90) ; confer and respond to inquiries on various evidentiary issues from trial (.30); confer with D. Boll re exhibit stipulation (.30). | $4,812.50 |
| JSB | 10/6/09 | 4.90 | Review and respond to inquiries re Exhibit and deposition designation issues (.70); review One Beacon materials (.40); review CNA materials (.30); review correspondence re same (.40); prepare follow up re same (.70); confer with N. Kritzer and H. Bloom re deposition designation issues (.30) prepare follow up correspondence re same (.60); several discussions re same (.40); confer with K. Love re trial preparation issues (.30); confer with D. Boll re exhibit filing (.30); revise order on Post-trial proceedings (.50). | $3,062.50 |

21

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| JSB | 10/7/09 | 6.60 | Review and respond to various correspondence re deposition and exhibit issues (.60); confer with B. Harding, J. Brooks and H. Bloom re same (.40); confer with Andy Running re Speights issues (.20); review charts re deposition designations and confer with numerous parties re same (.90) prepare COC's re Admitted Exhibits and Deposition designations (.50); review COC re new exhibits and confer re same (.30); revise COC's (.90); confer with T. Freedman re Kaneb issues (.30); confer with T. Freedman re FFIC (.30); confer with R. Finke re same (.20); revise COC re deposition designations and confer several times with K. Love and J. Brooks re designations (.80); confer with R. Finke and T. Freedman re numerous outstanding issues (.30); review Finke and Hughes deposition designation charts and confer with J. Brooks re same (.50) final review and comments re deposition charts and confer with K. Love re filing same (.40). | $4,125.00 |
| JSB | 10/8/09 | 5.10 | Review and respond to numerous correspondence re the Libby deposition exhibit chart (.80); review Munoz draft response to lift stay motion (.40); prepare comments re same (.30); review memo on Kaneb/One Beacon matter (.50); review and respond to numerous correspondence re Deposition Designation filings (.90); prepare correspondence re same (.60) review and respond to correspondence from John Lacy re issues regarding Deposition Designations and objections (.50); confer with K. Love and CNA counsel re Deposition Designation issues (.30); prepare COC re Solomans and Ewing motions (.50); review and respond to correspondence re Speights meet and confer (.30). | $3,187.50 |
| JSB | 10/9/09 | 3.70 | Confer with T. Freedman and R. Finke re stipulation issues (.20); participate in call with Canadian counsel re status of matters on Canadian settlement extension (.50); participate in call with Speights re Finke stipulation and related issues (.50); confer with J. Brooks re Speights and Montana designations and related issues (several conversations) (.50); confer with D. Speights re Ewing order, revise COC re same and prepare same for filing (.60); confer with Wachovia counsel re status of matters (.30); review and respond to numerous correspondence re hearing, exhibit and testimony issues related to confirmation hearing (.80); confer with J. Brooks re PD matters and timeline (.30). | $2,312.50 |
| JSB | 10/10/09 | 1.80 | Prepare correspondence re Finke Proffer and confer re same (.30); further confer re same (.30); prepare Shelnitz responses for circulation and confer re sane (.50); prepare correspondence same (.30); review and respond to correspondence re exhibit and deposition charts (.40). | $1,125.00 |

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| JSB | 10/12/09 | 5.60 | Review and respond to correspondence re document and deposition issues (.30); prepare follow up chart with K. Love re same (.30); prepare slides re Speights issues and other evidence issues for confirmation hearing (1.50); prepare and revise chart re all evidence issues for Confirmation hearing (1.50); participate in Grace team meeting re Confirmation hearing preparation (1.0); participate in meeting and call on Canadian issues (1.0). | $3,500.00 |
| JSB | 10/15/09 | 1.80 | Participate in call with Plan Proponents re Post Trial briefs (.80); confer with court re Trial Brief issues (.20); prepare revised Post-Trial order (.80) | $1,125.00 |
| JSB | 10/16/09 | 4.40 | Confer with R. Higgins re Canadian issues and Neutocrete (.30); participate in Grace team meeting re Post-Confirmation briefs and other related issues (.50); confer with T. Freedman re General Insurance and Canada issue (.30); further revise Post-Trial order, prepare COC and revise same (.80); confer with D. Bernick re same (.20); review and respond to correspondence re same (.70); prepare final comments to post-trial order and transmittal for filing (.40); review and respond to correspondence re exhibit and deposition designation issues (.60); review Libby letter and order re briefing (.20); review Canadian settlement correspondence (.20); review Wright claim correspondence (.20). | $2,750.00 |
| JSB | 10/19/09 | 4.80 | Prepare final correspondence re exhibits and deposition designations (.40); confer with legal assistant team re same (.50); review and respond to correspondence re numerous post trial issues (.90); confer with T. Freedman and revise chart on final exhibits outstanding (.90); several conferences re exhibit issues (.40); review and respond to correspondence re pleading/evidence issues (.40); confer with K. Love and review documents re several evidence issues (.40); review correspondence re Kentucky, San Francisco and Olden Environmental issues (.40); review revised Exhibit lists and provide comments re same (.50). | $3,000.00 |
| JSB | 10/20/09 | 6.10 | Confer with T. Freedman re Trial brief and General Insurance matters (.40); confer with K. Love and N. Knitzer re exhibit issues (several conferences) (.70); review and respond to correspondence re trial and briefing issues (.80); several conferences with K. Love re exhibit issues (.40); confer with M. Plevin and T. Freedman re FFIC issues (.30); review draft outline re Good Faith re brief and confer with T. Freedman re same (.40); review and revise proposal re hyperlink protocol (.30); review and respond to correspondence re final exhibits (.70); review trial transcript re Proffers (.50); review and revise exhibit Proffers (.40); prepare correspondence re same (.30); confer with D. Boll re numerous outstanding issues (.30) review draft release outline and sections of 524(g) brief (.60). | $3,812.50 |

23

| Attorney | Date | Time | Description | Amount |
|----------|------|------|-------------|--------|
| JSB | 10/21/09 | 5.60 | Prepare correspondence re Proffers (.40); review and respond to correspondence re deposition and exhibit issues (.80); review MCC Proffer (.20); prepare correspondence re Proffers, MCC and Libby issues (.40); prepare correspondence re General Insurance issues (.30); confer with C. Yee re Post Trial brief re releases and exculpations (.40); confer with T. Freedman on Proffer and Post-Trial briefs (.40); prepare revision of Proffer (.30) confer with K. Love re Dep Designations and Exhibits (several conferences) (.60); prepare correspondence re Libby and MCC Proffers /Judicial notice pleadings (.80); review correspondence re Exhibits and deposition designations (.40); review correspondence from Objectors re exhibits and follow up re same (.60). | $3,500.00 |
| JSB | 10/22/09 | 5.50 | Confer with J. Freeman and A. Madigan re status of chapter 11 case (.60); review and respond to correspondence re Exhibit issues and Deposition Designations (.70); confer with K. Love re Dep Designations and Exhibit issues (.60); several conferences with Z. Allison, C. Greco and T. Freedman re Munoz claim issues (.50); confer with counsel for Norfolk Southern re status of claim (.30); prepare follow up correspondence to Kaneb, Longacre, Libby and MCC re Exhibit matters (.70); confer with Kaneb re same (.30); review documents and transcripts re exhibit issues (.50); prepare correspondence re MCC/Libby issues (.30); Confer with K. Love re various exhibit and deposition questions (.60); review remaining exhibit objection list and confer re same (.40). | $3,437.50 |
| JSB | 10/23/09 | 2.70 | Conduct meet and confer re Exhibits and deposition designations (.80); confer with K. Love re follow up on same (.40); confer with several parties re hyper-link issues and brief protocols (.40); prepare correspondence re Norfolk Southern matter (.30); follow up on Canadian issues and review correspondence re same (.30); numerous conversations with K. Love and other parties re status of all confirmation documents and exhibits and issues re admission of same (.50). | $1,687.50 |
| JSB | 10/25/09 | 1.00 | Review and revise draft Trial brief section on releases (.50); review MCC documents re Proffer (.50). | $625.00 |
| JSB | 10/26/09 | 2.20 | Review current drafts of Exhibit lists (.80); confer with K. Love re issues on same and deposition designations (.60); review and respond to inquiries re same (.40); review revised draft re releases (.40). | $1,375.00 |

| Attorney | Date | Time | Description | Amount |
|---|---|---|---|---|
| JSB | 10/27/09 | 6.80 | Confer with K. Love re deposition designation issues (.30); follow up re same (.40); prepare further revision on Post-Trial brief and correspondence re same (.40); prepare comments re briefing conversations (.20); confer with T. Freedman re numerous issues for Grace Trial Brief and plan amendments (.30); review and respond re brief issues (.30); confer with R. Higgins re Norfolk Southern , Venable and other related matters (.30); confer with K. Love and M. Gayton re deposition designations and review same (1.50); final review of C. Yee sections of trial brief (.40); prepare NOF's re admitted Exhibits , not admitted Exhibits and Deposition Designations(1.20); review final admitted exhibit list, not admitted list and Deposition Designation charts and confer re final comments for same (1.50). | $4,250.00 |
| JSB | 10/28/09 | .90 | Participate in conference with Grace representatives re Environmental issues and Expanding Plants (.90). | $562.50 |
| JSB | 10/29/09 | .80 | Review revised Canadian settlement agreement (.60); prepare comments re same (.20). | $500.00 |
| Total | | 90.90 | | $56,812.50 |
| | | | | |
| Total - JSB | | 90.90 | | $56,812.50 |
| Total - RJH | | 0.0 | | $0 |

25

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Hours | Description | Amount |
|---|---|---|---|---|
| JSB | 10/7/09 | .40 | Review correspondence re release issues and respond with comments. | $250.00 |
| JSB | 10/9/09 | 4.40 | Review correspondence re Shelnitz testimony (.30); participate in call re same (.50); participate in team call re confirmation hearing preparation (1.50); review draft response on Shelnitz matters and confer re same (.60); review and prepare materials for confirmation hearing (1.50). | $2,750.00 |
| JSB | 10/16/09 | 2.40 | Revise Post Trial briefing order (.40); prepare correspondence re same (.30); confer with T. Freedman re same (.20); prepare correspondence re procedure for final Exhibit and Dep Designation materials (1.50). | $1,500.00 |
| JSB | 10/28/09 | .30 | Review proposed revision re successor claims injunction (.30). | $187.50 |
| JSB | 10/29/09 | 2.90 | Confer with T. Freedman re issues on Post-Trial brief (.30); confer with C. Greco re same (.30); review revised Post Trial brief sections from C. Yee (1.0); revise same (.70); review correspondence re same (.30); confer with D. Boll re Post-Trial brief issues (.30). | $1,812.50 |
| JSB | 10/31/09 | 4.00 | Review fully integrated Post-Trial main brief (3.0); participate in call with Plan Proponents re Post-Trial brief comments and issues (1.0). | $2,500.00 |
| Total | | 14.40 | | $9,000.00 |
| | | | | |
| Total - JSB | | 14.40 | | $9,000.00 |
| Total - RJH | | 0.0 | | $0 |

**Matter 20**                                        **Travel (Nonworking)**

| Attorney | Date | Hours | Description | Amount |
|---|---|---|---|---|
| JSB | 10/12/09 | 2.50 | Travel from Chicago to Pittsburgh for continued confirmation hearing (billed at half time) (2.50). | $1,562.50 |
| JSB | 10/14/09 | 2.00 | Travel from Pittsburgh back to Chicago after confirmation hearing (billed at half time) (2.00). | $1,250.00 |
| JSB | 10/25/09 | 2.00 | Travel to Delaware for October Omnibus hearing (billed at half time). | $1,250.00 |
| JSB | 10/26/09 | 2.50 | Travel from Delaware back to Chicago after October Omnibus hearing (billed at half time). | $1,562.50 |
| Total | | 9.00 | | $5,625.00 |
| | | | | |
| Total - JSB | | 9.00 | | $5,625.00 |
| Total - RJH | | 0.0 | | $0 |

27

**Matter 24**                                    **Prof. Retention-Others**

| Attorney | Date | Hours | Description | Amount |
|----------|------|-------|-------------|--------|
| JSB | 10/7/09 | .70 | Review FCR applications re Lincoln Advisors and prepare correspondence re same (.40); confer with J. McFarland and T. Freedman re Goldman Sachs issues (.30). | $437.50 |
| Total | | 0.70 | | $437.50 |

| | | | | |
|----------|------|-------|-------------|--------|
| Total - JSB | | 0.70 | | $ 437.50 |
| Total - RJH | | 0.0 | | $0 |

| Category | | Total |
|----------|---|-------|
| **Total hours for all matters** | | **346.40** |
| **Total amount billed for all matters** | | **$191,795.00** |

| Attorney | Hours | | Amount |
|----------|-------|---|--------|
| JSB Total | 181.70 | | $113,562.50 |
| RJH Total | 164.70 | | $78,232.50 |
| **Total Billed for all matters** | **346.40** | | **$191,795.00** |

28

## EXHIBIT B

### October 2009 Expenses

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Lodging | $ 328.90 |
| Airfare | $ 872.40 |
| Transportation to/from airport | $ 466.00 |
| Travel Meals | $ 64.11 |
| Long Distance/Conference Telephone Charges | $ 4,408.21 |
| Local Transportation/Parking | $ 60.00 |
| Postage, Messenger Service, and Miscellaneous | $ 273.25 |
| **Total:** | **$ 6,472.87** |

Itemized Expenses

Travel

| Date | Amount | Itemized Expenses |
|------|--------|-------------------|
| 10/12/09 | $   40.00 | 303 Taxi-Transportation from Wilmette to ORD for flight to Pittsburgh for Confirmation Hearing |
| 10/12/09 | $   10.00 | Breakfast at O'Hare prior to flight to Pittsburgh |
| 10/12/09 | $   29 .20 | United Airlines – Round trip Airfare, travel fee, for flight from ORD to Pittsburgh for Confirmation Hearing |
| 10/12/09 | $  134.20 | Boston Coach- Transportation from Pittsburgh airport to Westin Convention Center |
| 10/13/09 | $   42.85 | Westin Convention Center, Dinner during Confirmation Hearing |
| 10/14/09 | $   45.00 | Super Shuttle – Transportation from  Westin Convention Center to Pittsburgh airport  for J. Baer and M. Kramer (counsel for PD Committee) |
| 10/14/09 | $   40.00 | 303 Taxi - Transportation from ORD to Wilmette after trip to Pittsburgh for Confirmation Hearing |
| 10/25/09 | $   40.00 | 303 Taxi- Transportation from Wilmette to ORD for fight to Philadelphia for October Omnibus Hearing |
| 10/25/09 | $    7.26 | Dinner at ORD waiting for flight to Philadelphia |
| 10/25/09 | $  577.20 | United Airlines – Round-trip Airfare for JSB, travel fee for flight from Chicago to Philadelphia for October Omnibus Hearing |
| 10/25/09 | $  126.80 | Boston Coach – Transportation from Philadelphia airport to Wilmington late evening for Omnibus hearing |
| 10/26/09 | $  328.90 | Hotel DuPont – Wilmington DE Hotel for Omnibus Hearing |
| 10/26/09 | $    4.00 | Breakfast at Hotel DuPont |
| 10/26/09 | $   40.00 | 303 Taxi – Transportation from ORD to Wilmette after trip to Wilmington DE for October Omnibus Hearing. |
| Total | $ 1,731.41 | |

Non-Travel

| Date | Amount | Itemized Expense |
|------|--------|-------------------|
| 10/10/09 | $    2.40 | Federal Express/Kinkos -scanning Shelnitz affidavit for filing |
| 10/13/09 | $  143.78 | Federal Express – shipment of materials from Chicago to |

31

| | | | Pittsburgh for Confirmation Hearing |
|---|---|---|---|
| 10/13/09 | $ | 104.44 | Federal Express – shipment of materials from Chicago to Pittsburgh for Confirmation Hearing |
| 10/21/09 | $ | 22.63 | Federal Express letter to Wilmington, DE |
| 10/27/09 | $ | 60.00 | Local Transportation, Flash Cab from 70 W. Madison to Wilmette after late night work on Confirmation Hearing Preparation |
| 10/28/09 | $ | 48.43 | AT&T – Long Distance Telephone services for Grace for October |
| 10/31/09 | $4,359.78 | | InterCall -  Conference call services for October for Grace conferences |
| **Total** | **$4,741.46** | | |

**Total October Expenses:  $ 6,472.87**