

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078632 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 ResolvingClaims of the Town of Acton | 0.4 | 240.00 |
| 10/26/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 -Motion To Approve Stipulation Resolving Claims of State of New Jersey | 0.4 | 240.00 |
| 10/27/09 | TKDC | Reviewed Rejection of Lease/Executory Contract | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.9 at | $600.00 = | 540.00 |

CURRENT FEES                                                                                           540.00

**TOTAL AMOUNT OF THIS INVOICE**                                                   540.00

**NET AMOUNT OF THIS INVOICE**                                                        540.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078633 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00003 |
| Charlottesville, VA 22902 | |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/06/09 | TKDC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period August 2009 of W.R. Grace & Co., et al | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |

CURRENT FEES                                                                 240.00

**TOTAL AMOUNT OF THIS INVOICE**                                             240.00

**NET AMOUNT OF THIS INVOICE**                                               240.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2078634 |
| Invoice Date | 11/06/09 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/02/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 10/05/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team | 0.5 | 300.00 |
| 10/05/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/06/09 | TKDC | Reviewed ecf filings and distributed as appropriate to team counsel and paralegals | 0.3 | 180.00 |
| 10/06/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/08/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 10/08/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078634 |
| --- | --- | --- |
| 00004 | | Page 2 |
| | Case Administration | |
| 11/06/09 | | |

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 10/09/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.4 | 240.00 |
| 10/09/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/12/09 | TKDC | Reviewed weekend filings, all ecfs, as a clearinghouse function | 0.5 | 300.00 |
| 10/12/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/13/09 | TKDC | Reviewed all ecf filings; distributed as needed to team counsel and paralegals | 0.6 | 360.00 |
| 10/13/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/14/09 | TKDC | Reviewed all ecf filings and distributed as appropriate | 0.4 | 240.00 |
| 10/15/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 10/15/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/16/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/19/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |

| 359022 00004 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078634 |
| --- | --- | --- |
| 11/06/09 | Case Administration | Page 3 |

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 10/20/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/21/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/22/09 | TKDC | Reviewed all ecf filings and distributed as appropriate | 0.4 | 240.00 |
| 10/22/09 | TKDC | Reviewed cno; checked docket, approved for filing | 0.3 | 180.00 |
| 10/22/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/23/09 | TKDC | Reviewed all ecf filings received | 0.4 | 240.00 |
| 10/23/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/26/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/27/09 | TKDC | Reviewed all ecf filings | 0.3 | 180.00 |
| 10/27/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/28/09 | TKDC | Reviewed all ecf filings as part of case management | 0.5 | 300.00 |
| 10/28/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/29/09 | TKDC | Reviewed all ecf filings for case management | 0.5 | 300.00 |

| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078634 |
|---|---|---|
| 00004 | | Page 4 |
| | Case Administration | |
| 11/06/09 | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/29/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/30/09 | TKDC | Reviewed all ecf filings in case for case management purposes | 0.3 | 180.00 |
| 10/30/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 10/31/09 | TKDC | Reviewed ecf filings and communications about hearings | 0.3 | 180.00 |
| | | TOTAL HOURS | 16.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 9.5 | at | $195.00 | = | 1,852.50 |
| Teresa K.D. Currier | 7.0 | at | $600.00 | = | 4,200.00 |

| CURRENT FEES | 6,052.50 |
|---|---|

| **TOTAL AMOUNT OF THIS INVOICE** | 6,052.50 |
|---|---|

| **NET AMOUNT OF THIS INVOICE** | 6,052.50 |
|---|---|

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2078635 |
| Invoice Date | 11/06/09 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/14/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 of an Asbestos Property Damage Claim Filed by Main Plaza, LLC | 0.4 | 240.00 |
| 10/26/09 | TKDC | Reviewed Motion Of The Debtors For Entry Of An Order Approving Stipulation Resolving Proof of Claim No. 13652 of Austin Quality Foods, Inc. | 0.2 | 120.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 | at | $600.00 | = | 360.00 |

CURRENT FEES                                                                              360.00

**TOTAL AMOUNT OF THIS INVOICE**                                                          360.00

**NET AMOUNT OF THIS INVOICE**                                                            360.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078636 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00011 |
| Charlottesville, VA 22902 | |

Re: Employment Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/06/09 | TKDC | Reviewed Application to Employ Lincoln Partners Advisors LLC as Financial Advisor to David T. Austern, Future PI Claimants' Representative | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |

CURRENT FEES                                                                 240.00

**TOTAL AMOUNT OF THIS INVOICE**                                             240.00

**NET AMOUNT OF THIS INVOICE**                                               240.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078638 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/14/09 | MNF | Review/make edits to September pre-bills | 0.6 | 117.00 |
| 10/15/09 | MNF | Draft 3rd monthly fee app of Saul Ewing | 1.0 | 195.00 |
| 10/16/09 | MNF | Work on 3rd monthly fee app of Saul Ewing | 0.5 | 97.50 |
| 10/20/09 | MNF | Review docket re: objections to 2nd monthly fee app of Saul; Draft CNO re: 2nd monthly fee app of Saul Ewing | 0.5 | 97.50 |
| 10/22/09 | MNF | E-file and serve CNO re: 2nd monthly fee app of Saul Ewing | 0.8 | 156.00 |
| 10/22/09 | MNF | Work on 3rd monthly fee app of Saul Ewing | 0.5 | 97.50 |
| 10/26/09 | MNF | Review/make changes to 3rd monthly fee app of Saul Ewing | 0.5 | 97.50 |
| 10/26/09 | MNF | Email to G. Bacon re: payments for August time 2009 | 0.3 | 58.50 |
| 10/28/09 | TKDC | Reviewed, revised third monthly fee application | 0.4 | 240.00 |
| 10/29/09 | MNF | E-file and serve third Monthly fee app of Saul Ewing | 1.0 | 195.00 |
| | | TOTAL HOURS | 6.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 5.7 | at | $195.00 | = | 1,111.50 |
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP


| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078638 |
| 00015 | | Page 2 |
| | Fee Applications/Applicant | |
| 11/06/09 | | |

|  |  |
|---|---:|
| CURRENT FEES | 1,351.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,351.50 |
| **NET AMOUNT OF THIS INVOICE** | 1,351.50 |

Case 01-01139-AMC   Doc 23869-1   Filed 11/30/09   Page 10 of 18

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078638 |
| 00015 | | Page 2 |
| | Fee Applications/Applicant | |



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078639 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/09 | MNF | E-file and serve 96th monthly fee app of Kramer Levin for August 2009 | 1.0 | 195.00 |
| 10/22/09 | TKDC | Reviewed cno for kramer levin; approved same for filing | 0.2 | 120.00 |
| 10/22/09 | MNF | Review docket re: obj to 96th monthly fee app of Kramer Levin; Draft CNO re: same | 0.6 | 117.00 |
| 10/23/09 | MNF | E-file and serve CNO re: 96th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 10/29/09 | MNF | E-file and serve 97th monthly fee app of Kramer Levin | 1.0 | 195.00 |
| | | TOTAL HOURS | 3.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 3.4 | at | $195.00 | = | 663.00 |
| Teresa K.D. Currier | 0.2 | at | $600.00 | = | 120.00 |

CURRENT FEES                                                                                 783.00

TOTAL AMOUNT OF THIS INVOICE                                                                 783.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

11/06/09

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2078639
Page 2

**NET AMOUNT OF THIS INVOICE**      783.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2078640 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  11/06/09 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00017 |
| Charlottesville, VA 22902 | |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/09 | TKDC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing | 0.2 | 120.00 |
| 10/26/09 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/26/2009 | 0.2 | 120.00 |
| 10/28/09 | TKDC | Reviewed communications and cno changing dates for closing arguments; calendared same | 0.2 | 120.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.6  at | $600.00  = | 360.00 |

CURRENT FEES                                                                                               360.00

**TOTAL AMOUNT OF THIS INVOICE**                                                         360.00

**NET AMOUNT OF THIS INVOICE**                                                               360.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2078641 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 11/06/09 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00019 |
| Charlottesville, VA 22902 | | |

Re: Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/09 | TKDC | Finalized and approved Stipulation regarding Ordway Depositions Designations | 0.3 | 180.00 |
| 10/01/09 | TKDC | Reviewed communications among equity and allen schwartz re stipulation on arrowwood exhibits, arranging same | 0.3 | 180.00 |
| 10/02/09 | TKDC | More communications with allen schwartz re stipulation on arrowwood exhibits, executed and delivered same | 0.2 | 120.00 |
| 10/05/09 | TKDC | Reviewed meet and confer emails; reviewed emails regarding admitted exhibits | 0.3 | 180.00 |
| 10/06/09 | TKDC | Reviewed stipulation regarding committee and lender exhibits; communication to david blabey re same | 0.2 | 120.00 |
| 10/06/09 | TKDC | Reviewed Motion in Limine to Preclude Testimony of Anderson Memorial's Witness A. Gibson Solomons | 0.2 | 120.00 |
| 10/06/09 | TKDC | Reviewed Objection to Libby Claimants' Offer of Proof Regarding Testimony of Terry M. Spear | 0.1 | 60.00 |
| 10/06/09 | TKDC | Reviewed Response to Debtors' Motion in Limine to Preclude the Testimony of William M. Ewing and Response to Debtors' Motion in Limine to Preclude the Testimony of Anderson Memorial's Witness A. Gibson Solomons | 0.1 | 60.00 |
| 10/06/09 | TKDC | Reviewed order granting state of CA's appeal; reviewed memorandum opinion supporting same | 0.5 | 300.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2078641 |
| --- | --- | --- | --- |
| 00019 | | | Page 2 |
| | | Litigation and Litigation Consulting | |
| 11/06/09 | | | |

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 10/07/09 | TKDC | Reviewed and approved stipulation regarding bank lender exhibits (as revised); communications with core parties regarding same | 0.3 | 180.00 |
| 10/08/09 | TKDC | Reviewed stipulation regarding cna exhibits; approved same | 0.2 | 120.00 |
| 10/12/09 | TKDC | Reviewed Proffer of Richard Finke for use at confirmation hearings | 0.2 | 120.00 |
| 10/14/09 | TKDC | Reviewed Response in Opposition to Gloria Munoz' Motion for Relief from the Automatic Stay and Related Relief | 0.4 | 240.00 |
| 10/16/09 | TKDC | Reviewed request for judicial notice; communications to equity counsel re permission to approve and sign; approved adn signed same | 0.4 | 240.00 |
| 10/20/09 | TKDC | Reviewed parties' communications about hyperlink documents, hearings, exhibits | 0.4 | 240.00 |
| 10/26/09 | TKDC | Reviewed more communications on hyperlinks for briefs, and other litigation issues | 0.3 | 180.00 |
| 10/26/09 | TKDC | Reviewed libby claimants' request for judicial notice | 0.1 | 60.00 |
| 10/26/09 | TKDC | Reviewed Opposition Of The Official Committee Of Unsecured Creditors And Bank Lender Group To Debtors' Oral Motion To Exclude Testimony Of Robert J. Frezz Filed by Official Committee of Unsecured Creditors of W.R. Grace & Co | 0.3 | 180.00 |
| | | TOTAL HOURS | 4.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Teresa K.D. Currier | 4.8 | at | $600.00 | = | 2,880.00 |

| | CURRENT FEES | 2,880.00 |
| --- | --- | --- |

359022
00019

11/06/09

WR Grace - Official Committee of Equity Security Holders
Litigation and Litigation Consulting

Invoice Number 2078641
Page 3

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 2,880.00 |
| **NET AMOUNT OF THIS INVOICE** | 2,880.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2078642 |
| Invoice Date | 11/06/09 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/27/09 | TKDC | Reviewed charts of admitted exhibits and exhibits not admitted into evidence | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 at | $600.00 | = | 240.00 |

CURRENT FEES                                                                   240.00

**TOTAL AMOUNT OF THIS INVOICE**                                   240.00

**NET AMOUNT OF THIS INVOICE**                                       240.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2078637 |
| Invoice Date | 11/06/09 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Messenger Service | 6.50 |
| Federal Express | 32.94 |
| **CURRENT EXPENSES** | 39.44 |
| **TOTAL AMOUNT OF THIS INVOICE** | 39.44 |
| **NET AMOUNT OF THIS INVOICE** | 39.44 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP