# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

November 25, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 532504
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES.............................................................................................................. | $760.50 |
| DISBURSEMENTS ....................................................................................... | 1,459.23 |
| MATTER TOTAL............................................................................................ | $2,219.73 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES.............................................................................................................. | $877.50 |
| DISBURSEMENTS ....................................................................................... | 64.25 |
| MATTER TOTAL............................................................................................ | $941.75 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES.............................................................................................................. | $9,207.00 |
| DISBURSEMENTS ....................................................................................... | 187.42 |
| MATTER TOTAL............................................................................................ | $9,394.42 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES.............................................................................................................. | $1,170.00 |
| DISBURSEMENTS ....................................................................................... | 20.30 |
| MATTER TOTAL............................................................................................ | $1,190.30 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 532504 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2266014.1

**056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 70.06 |
| MATTER TOTAL | $70.06 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $7,880.00 |
| DISBURSEMENTS | 137.00 |
| MATTER TOTAL | $8,017.00 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---:|
| FEES | $2,193.75 |
| DISBURSEMENTS | 261.58 |
| MATTER TOTAL | $2,455.33 |
| | |
| CLIENT GRAND TOTAL | $24,288.59 |

Kramer Levin Naftalis & Frankel LLP

Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

November 25, 2009
Invoice No. 532504

### CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/09 | BLABEY, DAVID E | Review recent docket filings and update case calendar. | 1.00 | 585.00 |
| 10/19/09 | BLABEY, DAVID E | Review recent docket filings. | 0.30 | 175.50 |
| **TOTAL HOURS AND FEES** | | | **1.30** | **$760.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 0.40 |
| MANUSCRIPT SERVICE | 0.00 |
| LONG-DISTANCE TEL. | 59.58 |
| COURTLINK SEARCHES | 1.65 |
| TRANSCRIPT FEES | 1,397.60 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,459.23** |
| **TOTAL FOR THIS MATTER** | **$2,219.73** |

KL4 2266014.1

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                      November 25, 2009
056772-00002                                                           Invoice No. 532504

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/13/09 | BLABEY, DAVID E | Call to T. Weschler regarding confirmation hearing (.2) and email update on confirmation hearing developments (1.3). | 1.50 | 877.50 |
| **TOTAL HOURS AND FEES** | | | **1.50** | **$877.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 64.25 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$64.25** |

**TOTAL FOR THIS MATTER**                                              **$941.75**

KL4 2266014.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                     November 25, 2009
056772-00007                                                          Invoice No. 532504

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/09 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.20 | 152.00 |
| 10/05/09 | BLABEY, DAVID E | Two meet and confer calls re exhibits. | 0.80 | 468.00 |
| 10/06/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 10/07/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 10/07/09 | BLABEY, DAVID E | Review stipulations regarding admissibility of exhibits (.2); email to T. Weschler re Anderson Memorial Hospital related issues discussed at hearing (.8). | 1.00 | 585.00 |
| 10/08/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 10/08/09 | BLABEY, DAVID E | Exchange emails re CNA stipulation. | 0.10 | 58.50 |
| 10/09/09 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.10 | 76.00 |
| 10/09/09 | BLABEY, DAVID E | Email T. Weschler re order on Anderson Memorial Hospital motion to compel answers. | 0.50 | 292.50 |
| 10/12/09 | BLABEY, DAVID E | Review plan modifications. | 0.50 | 292.50 |
| 10/14/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 10/14/09 | BLABEY, DAVID E | Call to equity holder to discuss progress of confirmation hearing (.1); email to T. Weschler re confirmation hearing developments (.8). | 0.90 | 526.50 |
| 10/20/09 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.10 | 76.00 |
| 10/21/09 | BENTLEY, PHILIP | Discs DB and review emails re confirmation issues | 0.10 | 76.00 |
| 10/22/09 | BENTLEY, PHILIP | Discs DB and review emails re confirmation issues | 0.40 | 304.00 |
| 10/22/09 | BLABEY, DAVID E | Discs P. Bentley re post trial briefing. | 0.20 | 117.00 |
| 10/23/09 | BLABEY, DAVID E | Review UCC/Lender opposition to motion to exclude testimony of Frezza (.2); meet and confer with plan proponents and objectors re exhibit admissibility issues (.5). | 0.70 | 409.50 |
| 10/26/09 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.30 | 228.00 |
| 10/27/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 10/27/09 | BLABEY, DAVID E | Review outlines and draft brief regarding 524(g) issues (.7). | 0.70 | 409.50 |

KL4 22660l4.1

Kramer Levin Naftalis & Frankel LLP

Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

November 25, 2009
Invoice No. 532504

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/28/09 | BLABEY, DAVID E | Email to T. Weschler re omnibus hearing (.2); review outlines and draft briefs of plan proponents post trial briefs (3). | 3.20 | 1,872.00 |
| 10/29/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 10/29/09 | BLABEY, DAVID E | Review draft of brief re successor claims injunction and research case law re same. | 1.80 | 1,053.00 |
| 10/30/09 | BLABEY, DAVID E | Review and edit plan proponents post trial briefs (2); attention to issue of successor claims injunction and email to Debtors' counsel re same (1). | 3.00 | 1,755.00 |

**TOTAL HOURS AND FEES**　　　　　　　　　　　　　　　　　　　　　　　**15.20**　**$9,207.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 187.42 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**　　　　　　　**$187.42**

**TOTAL FOR THIS MATTER**　　　　　　　　　　　　　　　　　　　**$9,394.42**

KL4 2266014.1

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                           November 25, 2009
056772-00008                                                                            Invoice No. 532504

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/23/09 | BLABEY, DAVID E | Review September bill and draft fee application. | 1.50 | 877.50 |
| 10/28/09 | BLABEY, DAVID E | Edit September fee application. | 0.50 | 292.50 |

**TOTAL HOURS AND FEES**                                                           **2.00**    **$1,170.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 20.30 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                  **$20.30**

**TOTAL FOR THIS MATTER**                                                           **$1,190.30**

KL4 2266014.1

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                            November 25, 2009
056772-00012                                                                                  Invoice No. 532504

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| STORAGE/RETRIEVAL | 70.06 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$70.06** |
| **TOTAL FOR THIS MATTER** | **$70.06** |

KL4 2266014.1

Kramer Levin Naftalis & Frankel LLP

Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

November 25, 2009
Invoice No. 532504

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/09 | WIERMAN, LAUREN E | Corresponded with court call to set up P. Bentley and D. Blabey for telephonic hearings. | 1.00 | 275.00 |
| 10/07/09 | BLABEY, DAVID E | Attend telephonic hearing on Anderson Memorial Hospital related motions. | 1.50 | 877.50 |
| 10/13/09 | BLABEY, DAVID E | Attendance at confirmation hearing. | 5.50 | 3,217.50 |
| 10/14/09 | BLABEY, DAVID E | Attend confirmation hearing in Pittsburgh. | 4.20 | 2,457.00 |
| 10/26/09 | BLABEY, DAVID E | Attend omnibus hearing (telephonic) | 1.80 | 1,053.00 |

**TOTAL HOURS AND FEES**                                                14.00    $7,880.00

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 137.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                  $137.00

**TOTAL FOR THIS MATTER**                                                $8,017.00

KL4 2266014.1

Kramer Levin Naftalis & Frankel LLP

Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00028

November 25, 2009
Invoice No. 532504

### TRAVEL\NON-WORKING

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/12/09 | BLABEY, DAVID E | Travel to Pittsburgh for confirmation hearing. | 4.00 | 1,170.00 |
| 10/14/09 | BLABEY, DAVID E | Travel from Pittsburgh to NYC from confirmation hearing. | 3.50 | 1,023.75 |

**TOTAL HOURS AND FEES**    7.50    $2,193.75

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 68.10 |
| OUT-OF-TOWN TRAVEL | 193.48 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**    $261.58

**TOTAL FOR THIS MATTER**    $2,455.33

KL4 2266014.1