# EXHIBIT B

alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     1
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/25/2009 12:55:20

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
----------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                TO:
              UNBILLED DISB FROM:   08/19/2009                   TO:    10/30/2009
----------------------------------------------------------------------------------------------------------------------------------
                                           FEES                            COSTS
                                           ------                          -----------
          GROSS BILLABLE AMOUNT:                        0.00                          1,459.23
          AMOUNT WRITTEN DOWN:          _____             _____
                     PREMIUM:           _____             _____
            ON ACCOUNT BILLED:          _____             _____
    DEDUCTED FROM PAID RETAINER:        _____             _____
              AMOUNT BILLED:            _____             _____
                 THRU DATE:                                                        10/30/2009
    CLOSE MATTER/FINAL BILLING?      YES   OR   NO
    EXPECTED DATE OF COLLECTION:      _____

       BILLING PARTNER APPROVAL:
                                    _____             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:      BENTLEY PHILIP - 02495

----------------------------------------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                                    ----------------------------                        ----------------
                     FEES:                         0.00
               DISBURSEMENTS:                  1,459.23        UNIDENTIFIED RECEIPTS:        0.00
               FEE RETAINER:                       0.00            PAID FEE RETAINER:        0.00
              DISB RETAINER:                       0.00           PAID DISB RETAINER:        0.00
           TOTAL OUTSTANDING:                  1,459.23        TOTAL AVAILABLE FUNDS:        0.00
                                                                      TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ----------------
        DATE OF LAST BILL:             10/23/09          LAST PAYMENT DATE:       11/24/09
        LAST BILL NUMBER:              529258 ACTUAL FEES BILLED TO DATE:       356,459.00
                                              ON ACCOUNT FEES BILLED TO DATE:         0.00
                                              TOTAL FEES BILLED TO DATE:       356,459.00
        LAST BILL THRU DATE:           09/30/09  FEES WRITTEN OFF TO DATE:       84,019.00
                                              COSTS WRITTEN OFF TO DATE:        22,878.81
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ---------------------------
              (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
              (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
              (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding              (10) Client Arrangement

     BILL NUMBER:_____DATE OF BILL:_____Processed by:_____PRC:_____CRC:_____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code Description                      Oldest       Latest          Total
                                     Entry         Entry           Amount
---- ----------------------------    ------        ------      -----------
0820  PHOTOCOPYING                    10/29/09      10/29/09           0.40
0840  MANUSCRIPT SERVICE              10/06/09      10/28/09           0.00
0885  LONG-DISTANCE TEL.              10/30/09      10/30/09          59.58
0924  COURTLINK SEARCHES              09/01/09      09/08/09           1.65
0980  TRANSCRIPT FEES                 08/19/09      08/26/09       1,397.60

        Total                                                     1,459.23


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee          Date          Amount        Index# Batch No  Batch Date
-------------------------------------    --------          ------        -----------   ------- --------  ----------


PHOTOCOPYING 0820
    PHOTOCOPYING                         BLABEY, D E       10/29/09           0.40      8875118  812535    11/03/09
    BLABEY  DAVID E
                                         0820 PHOTOCOPYING Total :           0.40


MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                   TAYLOR, P         10/06/09           0.00      8845440  800543    10/12/09
    MANUSCRIPT SERVICE                   TAYLOR, P         10/28/09           0.00      8871134  810638    11/02/09
                                         0840 MANUSCRIPT SERVICE Total :      0.00


LONG-DISTANCE TEL. 0885
    PREMIERE CONFERENCING                CATON, A          10/30/09          59.56      8874441  812447    11/03/09
    PREMIERE CONFERENCING
                                         0885 LONG-DISTANCE TEL. Total :     59.58


COURTLINK SEARCHES 0924
    COURTLINK SEARCHES                   NG, E N           09/01/09           0.33      8867515  808732    10/29/09
    COURTLINK SEARCHES                   NG, E N           09/02/09           0.33      8867516  808732    10/29/09
    COURTLINK SEARCHES                   NG, E N           09/03/09           0.33      8867517  808732    10/29/09
    COURTLINK SEARCHES                   NG, E N           09/04/09           0.33      8867518  808732    10/29/09
    COURTLINK SEARCHES                   NG, E N           09/08/09           0.33      8867519  808732    10/29/09
                                         0924 COURTLINK SEARCHES Total :      1.65


TRANSCRIPT FEES 0980
    TSG REPORTING                        BLABEY, D E       08/19/09         698.40      8875032  812506    11/03/09
    TSG REPORTING Mark Shelnitz deposition dated 8/1
    9/09
    TSG REPORTING                        BLABEY, D E       08/26/09         699.20      8875033  812506    11/03/09
    TSG REPORTING Robert Tarola deposition dated 8/2
    6/09
                                         0980 TRANSCRIPT FEES Total :      1,397.60
```

alp_132r: Matter Detail

Run Date & Time: 11/25/2009 12:55:21

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2971233
Bill Frequency: M

Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|

Costs Total :                                      1,459.23

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21


Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

BILLING  INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description           Amount       Bill       W/o / W/u      Transfer  To    Clnt/Mtr    Carry Forward
----------------------    ------------- ---------- -------------- ------------------------------ ----------------

0820 PHOTOCOPYING                 0.40

0840 MANUSCRIPT SERVICE           0.00

0885 LONG-DISTANCE TEL.          59.58

0924 COURTLINK SEARCHES           1.65

0980 TRANSCRIPT FEES          1,397.60



        Costs Total :       1,459.23
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:    10/12/2009                TO:    10/12/2009
-------------------------------------------------------------------------------------------------------------------------
                                       FEES                        COSTS
                                       ------                      -----------
        GROSS BILLABLE AMOUNT:                   0.00                        64.25
        AMOUNT WRITTEN DOWN:         _____              _____
                   PREMIUM:         _____              _____
         ON ACCOUNT BILLED:         _____              _____
   DEDUCTED FROM PAID RETAINER:     _____              _____
             AMOUNT BILLED:         _____              _____
                 THRU DATE:                                                10/12/2009
   CLOSE MATTER/FINAL BILLING?   YES   OR   NO
   EXPECTED DATE OF COLLECTION:     _____

   BILLING PARTNER APPROVAL:        _____
                                    BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
         BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                  ---------------------------                   ----------------
                    FEES:                        0.00
            DISBURSEMENTS:                       64.25
             FEE RETAINER:                        0.00    UNIDENTIFIED RECEIPTS:         0.00
            DISB RETAINER:                        0.00       PAID FEE RETAINER:          0.00
        TOTAL OUTSTANDING:                       64.25      PAID DISB RETAINER:          0.00
                                                          TOTAL AVAILABLE FUNDS:        0.00
                                                               TRUST BALANCE:
                                                BILLING HISTORY
                                                ----------------
       DATE OF LAST BILL:             10/23/09        LAST PAYMENT DATE:         11/24/09
       LAST BILL NUMBER:             529258 ACTUAL FEES BILLED TO DATE:       367,076.00
                                            ON ACCOUNT FEES BILLED TO DATE:         0.00
                                            TOTAL FEES BILLED TO DATE:      367,076.00
       LAST BILL THRU DATE:           09/30/09  FEES WRITTEN OFF TO DATE:     22,535.50
                                               COSTS WRITTEN OFF TO DATE:      1,724.60
FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:
                                  ---------------------------
      (1) Exceeded Fixed Fee      (4) Excessive Legal Time     (7) Fixed Fee
      (2) Late Time & Costs Posted (5) Business Development     (8) Premium
      (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE      6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:      2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                        Oldest      Latest        Total
                                          Entry       Entry        Amount
                                         ------      ------      -----------
----  -----------------------------
0940  CAB FARES                          10/12/09    10/12/09         64.25

          Total                                                       64.25


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee          Date          Amount      Index#   Batch No  Batch Date
-----------------------------------------   --------          ------      -----------   -------  --------  ----------

CAB FARES 0940
    CAB FARES                               BLABEY, D E       10/12/09        64.25     8866276   808484   10/29/09
    CAB FARES - ODYSSEY
                                            0940 CAB FARES Total :           64.25



          Costs Total :                                                      64.25
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    7
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount         Bill        W/o / W/u        Transfer  To   Clnt/Mtr    Carry Forward
-----------------------  ------------      ----------- ---------------  ------------------------------- ----------------

0940 CAB FARES                  64.25     _____ _____  _____  _____


        Costs Total :           64.25     _____ _____  _____  _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    8
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00007                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                              TO:
             UNBILLED DISB FROM:    10/29/2009                TO:     10/30/2009
----------------------------------------------------------------------------------------------------------------------
                                       FEES                          COSTS
                                       ------                        -----------
         GROSS BILLABLE AMOUNT:                   0.00                         187.42
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                                              10/30/2009
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
   EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:


----------------------------------------------------------------------------------------------------------------------
                           ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                           ---------------------------                       ---------------
              FEES:                          0.00
      DISBURSEMENTS:                        187.42    UNIDENTIFIED RECEIPTS:       0.00
       FEE RETAINER:                          0.00         PAID FEE RETAINER:      0.00
      DISH RETAINER:                          0.00        PAID DISB RETAINER:      0.00
   TOTAL OUTSTANDING:                       187.42    TOTAL AVAILABLE FUNDS:       0.00
                                                             TRUST BALANCE:
                                            BILLING HISTORY
                                            ----------------
       DATE OF LAST BILL:          10/23/09       LAST PAYMENT DATE:     11/24/09
       LAST BILL NUMBER:           529258  ACTUAL FEES BILLED TO DATE:  813,757.00
                                      ON ACCOUNT FEES BILLED TO DATE:         0.00
                                          TOTAL FEES BILLED TO DATE:  813,757.00
    LAST BILL THRU DATE:           09/30/09   FEES WRITTEN OFF TO DATE:    -224.00
                                         COSTS WRITTEN OFF TO DATE:     2,162.00
FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   ---------------------------
       (1) Exceeded Fixed Fee      (4) Excessive Legal Time     (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development     (8) Premium
       (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding             (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21


Matter No: 056772-00007                                     Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                        Oldest      Latest          Total
                                         Entry       Entry          Amount
----  -----------------------------      ------      ------      -----------
0917  WESTLAW ON-LINE RESEARCH           10/29/09    10/30/09        187.42

          Total                                                      187.42


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee          Date           Amount      Index#  Batch No  Batch Date
------------------------------------------   --------          ------          -----------  -------  --------  ----------

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                     BLABEY, D E       10/29/09          57.92      8872788  811535    11/02/09
    WESTLAW ON-LINE RESE                     BLABEY, D E       10/30/09         129.50      8872789  811535    11/02/09
                                             0917 WESTLAW ON-LINE RESE Total :  187.42


          Costs Total :                                                         187.42
```

alp_132r: Matter Detail                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE   10
                                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00007                                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:       2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill        W/o / W/u       Transfer  To   Clnt/Mtr     Carry Forward
------------------------ -------------------  ----------- --------------- ------------------------------ ----------------

0917 WESTLAW ON-LINE RESEARCH        187.42   _____ _____ _____ _____


          Costs Total :             187.42   _____ _____ _____ _____

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   11
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:      2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                             TO:
                 UNBILLED DISB FROM:    10/01/2009               TO:      10/28/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                       FEES                              COSTS
                                       ------                        -----------
          GROSS BILLABLE AMOUNT:                    0.00                          20.30
          AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                                    10/28/2009
   CLOSE MATTER/FINAL BILLING?       YES   OR   NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                       ----------------------------                     ---------------
               FEES:                               0.00
          DISBURSEMENTS:                          20.30
          FEE RETAINER:                            0.00      UNIDENTIFIED RECEIPTS:        0.00
          DISB RETAINER:                           0.00          PAID FEE RETAINER:        0.00
          TOTAL OUTSTANDING:                      20.30          PAID DISB RETAINER:       0.00
                                                            TOTAL AVAILABLE FUNDS:         0.00
                                                                    TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
         DATE OF LAST BILL:              10/23/09       LAST PAYMENT DATE:      11/24/09
         LAST BILL NUMBER:              529258 ACTUAL FEES BILLED TO DATE:    204,572.50
                                               ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                      TOTAL FEES BILLED TO DATE:  204,572.50
         LAST BILL THRU DATE:            09/30/09  FEES WRITTEN OFF TO DATE:    19,208.00
                                                      COSTS WRITTEN OFF TO DATE:      624.26
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ---------------------------
         (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
         (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
         (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____          FRC:_____          CRC:_____
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    12
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:     2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest          Total
                                           Entry       Entry           Amount
----  -----------------------------        ------      ------          -----------
0930  MESSENGER/COURIER                    10/01/09    10/28/09           20.30

          Total                                                          20.30


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee        Date            Amount      Index#   Batch No  Batch Date
-------------------------------------------  --------        ------          -----------  -------  --------- ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                  BLABEY, D E     10/01/09         11.44       8861516  806642    10/26/09
    Saul Ewing LLP
    FEDERAL EXPRESS CORPORAT                  BLABEY, D E     10/28/09          8.86       8880171  815239    11/10/09
    Saul Ewing LLP
                                             0930 MESSENGER/COURIER Total :    20.30



          Costs Total :                                                        20.30

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    13
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21


Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:     2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill        W/o / W/u       Transfer  To   Clnt/Mtr      Carry Forward
-----------------------  ------------------   -----------  --------------  ------------------------------  ----------------

0930 MESSENGER/COURIER             20.30      _____   _____   _____   _____



         Costs Total :            20.30       _____   _____   _____   _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   14
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00012                                           Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:        2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                    UNBILLED TIME FROM:                                    TO:
                    UNBILLED DISB FROM:    10/14/2009                      TO:    10/14/2009
-----------------------------------------------------------------------------------------------------------------------------------
                                            FEES                              COSTS
                                            ------                            ----------
              GROSS BILLABLE AMOUNT:                      0.00                          70.06
              AMOUNT WRITTEN DOWN:           _____                _____
                        PREMIUM:             _____                _____
               ON ACCOUNT BILLED:            _____                _____
           DEDUCTED FROM PAID RETAINER:      _____                _____
                  AMOUNT BILLED:             _____                _____
                     THRU DATE:                                                    10/14/2009
      CLOSE MATTER/FINAL BILLING?    YES   OR   NO
      EXPECTED DATE OF COLLECTION:           _____

           BILLING PARTNER APPROVAL:         _____        _____
                                             BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                        ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH
                                        ----------------------------                             ----------------
                       FEES:                         0.00
               DISBURSEMENTS:                       70.06       UNIDENTIFIED RECEIPTS:        0.00
                FEE RETAINER:                        0.00           PAID FEE RETAINER:        0.00
               DISB RETAINER:                        0.00          PAID DISB RETAINER:        0.00
           TOTAL OUTSTANDING:                       70.06       TOTAL AVAILABLE FUNDS:        0.00
                                                                       TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ----------------
              DATE OF LAST BILL:            12/30/08        LAST PAYMENT DATE:       02/24/09
              LAST BILL NUMBER:             509451 ACTUAL FEES BILLED TO DATE:  1,704,325.00
                                                   ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                   TOTAL FEES BILLED TO DATE:   1,704,325.00
           LAST BILL THRU DATE:             11/30/08  FEES WRITTEN OFF TO DATE:     13,274.69
                                                   COSTS WRITTEN OFF TO DATE:       4,210.34
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        ----------------------------
              (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
              (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
              (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding            (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   15
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                        Oldest      Latest        Total
                                         Entry       Entry         Amount
----  ----------------------------       ------      ------     -----------
0973  STORAGE/RETRIEVAL                   10/14/09    10/14/09        70.06

         Total                                                       70.06


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee         Date          Amount      Index#  Batch No  Batch Date
-----------------------------------------   --------         ------      -----------    ------- --------- ----------

STORAGE/RETRIEVAL 0973
     RECALL TOTAL INFORMATION               CAPOTORTO, V C   10/14/09        70.06      8853855 802727    10/15/09
     RECALL TOTAL INFORMATION MGMNT
                                            0973 STORAGE/RETRIEVAL Total :   70.06



          Costs Total :                                                     70.06
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   16
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00012                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

BILLING   INSTRUCTIONS  FOR  UNBILLED   COSTS  SUMMARY
Code Description          Amount         Bill       W/o / W/u       Transfer  To   Clnt/Mtr     Carry Forward
----------------------   ----------     -----------  ---------------  ------------------------------  ----------------

0973 STORAGE/RETRIEVAL          70.06    _____  _____  _____  _____


        Costs Total :           70.06    _____  _____  _____  _____
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   17

Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2971233
Bill Frequency: M

Status     : ACTIVE

Special Billing Instructions:

--------------------------------------------------------------------------------------------------------------------
PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------

| | UNBILLED TIME FROM: | | TO: | |
| | UNBILLED DISB FROM: | 09/03/2009 | TO:   09/04/2009 | |

--------------------------------------------------------------------------------------------------------------------

| | FEES | COSTS |
| | ------ | ----------- |
| GROSS BILLABLE AMOUNT: | 0.00 | 137.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 09/04/2009 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

--------------------------------------------------------------------------------------------------------------------

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
| -------------------------- | | ----------------- | |
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 137.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 137.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY
-----------------

| DATE OF LAST BILL: | 10/23/09 | LAST PAYMENT DATE: | 11/24/09 |
| LAST BILL NUMBER: | 529258 | ACTUAL FEES BILLED TO DATE: | 422,103.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 422,103.50 |
| LAST BILL THRU DATE: | 09/30/09 | FEES WRITTEN OFF TO DATE: | 11,388.18 |
| | | COSTS WRITTEN OFF TO DATE: | 1,772.20 |

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   --------------------------
| | (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee | |
| | (2) Late Time & Costs Posted | (5) Business Development | (8) Premium | |
| | (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding | (10) Client Arrangement |

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    18
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:      2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest          Total
                                           Entry       Entry           Amount
                                           ------      ------          -----------
----  ------------------------------       ------      ------
0990  OTHER FEES                           09/03/09    09/04/09          137.00

        Total                                                           137.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee       Date          Amount      Index#  Batch No  Batch Date
---------------------------------------------    --------       ------        -----------  ------- --------- ----------

OTHER FEES 0990
   PLATINUM PLUS FOR BUSINE                       BLABEY, D E    09/03/09        93.00     8868020  808789   10/30/09
   PLATINUM PLUS FOR BUSINESS 09/04/09 - Court Call
   -- D. BLABEY-MHU
   PLATINUM PLUS FOR BUSINE                       BLABEY, D E    09/04/09        44.00     8868021  808789   10/30/09
   PLATINUM PLUS FOR BUSINESS 09/07/09 - Court Call
   -- D. BLABEY-MHU
                                                 0990 OTHER FEES Total :        137.00



        Costs Total :                                                          137.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE    19
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:      2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount          Bill       W/o / W/u      Transfer  To    Clnt/Mtr      Carry Forward
----------------------   ----------------- ----------- ---------------- ------------------------------- ----------------

0990 OTHER FEES              137.00        _____ _____ _____ _____


         Costs Total :      137.00        _____ _____ _____ _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   20
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
-----------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
                UNBILLED TIME FROM:                            TO:
                UNBILLED DISB FROM:    09/16/2009              TO:     10/14/2009
-----------------------------------------------------------------------------------------------------------------------------
                                          FEES                          COSTS
                                          ------                        ----------
         GROSS BILLABLE AMOUNT:                      0.00                         261.58
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:                                           10/14/2009
      CLOSE MATTER/FINAL BILLING?    YES   OR   NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                     ----------------------------                     ---------------
                    FEES:                          0.00
            DISBURSEMENTS:                        261.58         UNIDENTIFIED RECEIPTS:       0.00
             FEE RETAINER:                          0.00            PAID FEE RETAINER:        0.00
            DISB RETAINER:                          0.00           PAID DISB RETAINER:        0.00
         TOTAL OUTSTANDING:                       261.58        TOTAL AVAILABLE FUNDS:        0.00
                                                                        TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
        DATE OF LAST BILL:                        10/23/09         LAST PAYMENT DATE:    11/24/09
        LAST BILL NUMBER:                         529258 ACTUAL FEES BILLED TO DATE:    149,358.00
                                                       ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                          TOTAL FEES BILLED TO DATE:    149,358.00
     LAST BILL THRU DATE:                         09/30/09  FEES WRITTEN OFF TO DATE:     26,306.18
                                                          COSTS WRITTEN OFF TO DATE:        123.75
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          ---------------------------
        (1) Exceeded Fixed Fee           (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
        (3) Pre-arranged Discount        (6) Summer Associate        (9) Rounding        (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   21
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2971233
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                  Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ---------------
Code  Description                            Oldest       Latest        Total
                                             Entry        Entry         Amount
----  ----------------------------          ------       ------        -----------
0940  CAB FARES                             10/14/09     10/14/09          68.10
0950  OUT-OF-TOWN TRAVEL                    09/16/09     10/14/09         193.48

           Total                                                         261.58


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee          Date         Amount      Index#   Batch No  Batch Date
---------------------------------------      --------          ------       -----------  -------  --------- ----------

CAB FARES 0940
     DAVID E BLABEY                          BLABEY, D E       10/14/09        28.10     8869226   809171    10/30/09
     Cab Fare
     DAVID E BLABEY                          BLABEY, D E       10/14/09        40.00     8869228   809171    10/30/09
     Cab Fare
                                             0940 CAB FARES Total :           68.10

OUT-OF-TOWN TRAVEL 0950
     DINERS CLUB CITICORP DIN                BENTLEY, P        09/16/09      -860.60     8871762   811231    11/02/09
     DINERS CLUB CITICORP DINERS CLUB 9/15/2009 PIT T
     O LGA
     DINERS CLUB CITICORP DIN                BLABEY, D E       10/07/09       525.70     8871763   811231    11/02/09
     DINERS CLUB CITICORP DINERS CLUB 10/07/2009  LGA
     TO PIT TO LGA
     DAVID E BLABEY                          BLABEY, D E       10/14/09       528.38     8869227   809171    10/30/09
     Name: Omni William Penn Hotel; City: Pittsburgh;
     Date(s): 10/12-14
                                             0950 OUT-OF-TOWN TRAVEL Total :  193.48



          Costs Total :                                                      261.58
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Run Date & Time: 11/25/2009 12:55:21

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS  - 06975           *
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2971233
Bill Frequency: M

Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To | Clnt/Mtr | Carry Forward |
|------------------|--------|------|-----------|--------------|----------|---------------|
| 0940 CAB FARES | 68.10 | | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 193.48 | | | | | |
| Costs Total : | 261.58 | | | | | |