**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-1139 (JKF) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Employers Insurance of Wausau ("Wausau") and National Casualty Company ("National Casualty"), by their undersigned counsel, hereby enter their appearances in the above-captioned case and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served at the offices, addresses and numbers as follows:

| | |
|---|---|
| Patrick J. Feeley, Esq. | Eric Lopez Schnabel, Esq. |
| Cecilie Howard, Esq. | Robert W. Mallard, Esq. |
| Dorsey & Whitney LLP | Dorsey & Whitney (Delaware) LLP |
| 250 Park Avenue | 300 Delaware Avenue, Suite 1010 |
| New York, NY 10177 | Wilmington, Delaware 19801 |
| Telephone: (212) 415-9200 | Telephone: (302) 425-7171 |
| Fax: 212-953-7201 | Facsimile: (302) 261-7352 |
| E-mail: feeley.pat@dorsey.com | E-mail: mallard.robert@dorsey.com |
| howard.cecilie@dorsey.com | |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition pleading or request whether formal or

informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of the following rights of Wausau or National Casualty: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Wausau or National Casualty are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: November 30, 2009

        DORSEY & WHITNEY (DELAWARE) LLP

        By: /s/ Robert W. Mallard
        Eric Lopez Schnabel, Esq.
        Robert W. Mallard, Esq. (DE ID# 4279)
        300 Delaware Avenue, Suite 1010
        Wilmington, DE 19801
        Tel: (302) 425-7171
        Fax: (302) 425-7177

        *Counsel for Employers Insurance of Wausau and National Casualty Company*