**EXHIBIT "B"**
**Meal Charges**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1189877 | 4/6/2009 | Wyron, Richard | 17367 | 8 | TRVML | $215.54 | VENDOR: Wyron, Richard H.; INVOICE#: 040809; DATE: 4/14/2009 - dc/dd/#97004/myp - discovery meet and confer w/ insurers, et,al. nyc 4/6- 7/09 |
| 1189877 | 4/6/2009 | Wyron, Richard | 17367 | 8 | TRVML | $115.54 | VENDOR: Wyron, Richard H.; INVOICE#: 040809A; DATE: 4/22/2009 - dc/dd/#97400/myp - Discovery meet and confer w/ Insurers, et al. NYC 4/6- 7/09 |
| 1189877 | 4/13/2009 | Mahaley, Peri N. | 17367 | 7 | TRVML | $78.57 | VENDOR: Mahaley, Peri N.; INVOICE#: 041509; DATE: 4/23/2009 - dc/dd/#97462/myp - attd plan proponents mtg re confirmation discovery, NY 4/13-14/09 |
| 1189877 | 4/2/2009 | Frankel, Roger | 17367 | 8 | CATER | $507.21 | |
| 1195013 | 3/9/2009 | Frankel, Roger | 17367 | 8 | TRVML | $86.21 | VENDOR: Frankel, Roger; INVOICE#: 042809; DATE: 5/6/2009 - dc/dd/#97997/myp - review, consider Phase I and Phase II issues, litigation mtg discussions, ny 3/9/09 |
| 1195013 | 3/30/2009 | Frankel, Roger | 17367 | 8 | TRVML | $474.24 | VENDOR: Frankel, Roger; INVOICE#: 042909; DATE: 5/11/2009 - dc/dd/#98073/myp - NY mtg 3/30- 4/1/09 |
| 1200030 | 5/1/2009 | Frankel, Roger | 17367 | 8 | TRVML | $149.63 | VENDOR: Frankel, Roger; INVOICE#: 061809A; DATE: 6/26/2009 - dc/dd/#100394/myp - confer w/ E. Inselbuch re Edwards judgment, settlement issues, etc NY 5/1/09 |
| 1200030 | 5/8/2009 | Burke, James W. | 17367 | 8 | BUSML | $66.24 | VENDOR: Flik Compass Group USA; INVOICE#: X199940909; DATE: 5/1/2009 - DC DC/SL S#100489   FOR PERIOD 09 '09 BEGINNING MAY 1, 2009 |
| 1200030 | 5/14/2009 | Burke, James W. | 17367 | 8 | BUSML | $66.24 | VENDOR: Flik Compass Group USA; INVOICE#: X199940909; DATE: 5/1/2009 - DC DC/SL S#100489   FOR PERIOD 09 '09 BEGINNING MAY 1, 2009 |

**EXHIBIT "B"**
**Meal Charges**

| 1200030 | 5/15/2009 | Burke, James W. | 17367 | 8 | BUSML | $165.60 | VENDOR: Flik Compass Group USA; INVOICE#: X199940909; DATE: 5/1/2009 - DC DC/SL S#100489   FOR PERIOD 09 '09 BEGINNING MAY 1, 2009 |