**W.R. GRACE - CASE NO. 01-1139**
**Meal Charges in Response to Fee Auditor Initial Report dated November 9, 2009**
**April 1, 2009 - June 30, 2009**

| Meal Date | Meal Charge | Type of Meal | Number of People Attending or Ordered | Fee Auditor's Guideline Amount | Expense Reduction (previously taken) |
|---|---|---|---|---|---|
| **Washington, DC** | | | | | |
| 5/8/2009 | $66.24 | Lunch | 6 | $210 | $0.00 |
| 5/14/2009 | $66.24 | Lunch | 6 | $210 | $0.00 |
| 5/15/2009 | $165.60 | Lunch | 20 | $700 | $0.00 |
| **New York** | | | | | |
| 3/9/2009 | $80.81 | Dinner | 1 | $65 | $15.81** |
| 3/9/2009 | $5.40 | Breakfast | 1 | $35 | $0.00 |
| Total | $86.21 | | | | |
| 3/30/2009 | $474.24 | Dinner | 3 | $195 | $279.24** |
| 4/2/2009 | $507.21 | Lunch | 14 | $630 | $0.00 |
| 4/6/2009 | $115.54 | Breakfast | 3 | $105 | $10.54* |
| 4/6/2009 | $100.00 | Dinner | 1 | $65 | $35.00* |
| Total | $215.54 | | | | |
| 4/6/2009 | $115.54 | Breakfast | 3 | $105 | Note: Duplicate Expense Above Credit Appears on May Invoice |
| 4/13/2009 | $78.57 | Breakfast | 3 | $105 | $0.00 |
| 5/1/2009 | $149.63 | Lunch | 3 | $135 | $14.63*** |
| *Reduction taken in April fee application | | | | | |
| **Reduction taken in May fee application | | | | | |
| ***Reduction taken in June fee application | | | | | |