**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) |
| | ) Case No. 01-1139 (JKF) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves for the admission *pro hac vice* of Cecilie Howard, Esq. to represent Employers Insurance of Wausau and National Casualty Company in the above captioned matter.

Dated: November 20, 2009

DORSEY & WHITNEY (DELAWARE) LLP
Robert W. Mallard, Esq.
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 20, 2009

DORSEY & WHITNEY LLP
Cecilie Howard, Esq.
250 Park Avenue
New York, New York 10177

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
Honorable
United States Bankruptcy Judge

4813-7308-6213\1