# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 3.2 | $    1,872.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **3.2** | **$    1,872.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 30, 2009
Invoice No.: 450005
Matter No.: 08743.00088

**Re:     Acton Site OU3**

For Professional Services rendered through October 31, 2009

|                                   |              |
|-----------------------------------|--------------|
| Fees                              | $1,872.00    |
| **Total Fees and Disbursements**  | **$1,872.00** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 450005
November 30, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 10/05/09 | Jaffe | Review submittal to EPA regarding manganese cleanup level and email with Ms. Duff regarding same (0.6). | 0.6 |
| 10/20/09 | Jaffe | Review, revise draft letter to EPA and emails with team regarding same (0.6). | 0.6 |
| 10/22/09 | Jaffe | Review EPA draft approval and emails with team regarding same (1.2). | 1.2 |
| 10/26/09 | Jaffe | Attention to EPA submittal, including telephone conference with team and preparing for same (0.8). | 0.8 |
| | | **Total Hours** | **3.2** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 450005
November 30, 2009
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.2 | at | 585.00 | = | 1,872.00 |
| | | | | | |
| **Total Fees** | | | | | **$1,872.00** |

| | |
|---|---|
| **Total Fees** | **$1,872.00** |
| **Total Fees and Disbursements** | **$1,872.00** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 30, 2009
Invoice No.: 450005
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**                    **$1,872.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 450005
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 30.0 | $ 17,550.00 |
| Jonathan E. Book | Counsel | Real Estate | $510.00 | 1.1 | $ 561.00 |
| Amy E. Boyd | Associate | Environmental | $345.00 | 1.9 | $ 655.50 |
| | | | | | |
| **TOTAL** | | | | **33.0** | **$ 18,766.50** |

### Expenses

| Description | Total |
|---|---|
| Taxi | $ 11.00 |
| | |
| **TOTAL** | **$ 11.00** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 30, 2009
Invoice No.: 450006
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through October 31, 2009

| | | |
|---|---|---|
| Fees | | $18,766.50 |
| Disbursements | | 11.00 |
| **Total Fees and Disbursements** | | **$18,777.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON       WASHINGTON       EMERGING ENTERPRISE CENTER       FOLEYHOAG.COM

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 10/05/09 | Jaffe | Attention to special notice, including emails with team regarding meeting and call, and consent decree review (0.9). | 0.9 |
| 10/06/09 | Jaffe | Attention to special notice issues, including emails with team, telephone call with Mr. Bucens, and meeting with Ms. Duff (1.2). | 1.2 |
| 10/07/09 | Jaffe | Attention to special notice process, including team telephone conference, preparing for same, telephone call with Ms. Duff regarding allocation with Covidien, revisions to draft decree, drafting summary of decree provisions regarding bankruptcy court and lodging issues, and emails with team regarding same (3.8). | 3.8 |
| 10/08/09 | Jaffe | Attention to special notice, including finalizing draft consent decree mark-up for EPA, research regarding same, emails with team regarding same, and conference with J. Book regarding title issues (1.3). | 1.3 |
| 10/08/09 | Boyd | Review consent decrees to compare language in draft consent decree; update comparison chart of consent decrees; emails with S. Jaffe regarding same (0.9). | 0.9 |
| 10/08/09 | Book | Conference with S. Jaffe, review Department of Justice title standards, and telephone conference with J. Stein regarding same (0.7). | 0.7 |
| 10/09/09 | Book | Teleconference with J. Stein, and email to S. Jaffe regarding title issues (0.4). | 0.4 |
| 10/09/09 | Jaffe | Attention to special notice issues, including finalizing consent decree mark-up, emails with team regarding same, and emails with Mr. Sabath at DOJ regarding same (1.2). | 1.2 |
| 10/10/09 | Jaffe | Attention to special notice issues, including reviewing email from J. Book regarding title issues and emails with team regarding same (.4). | 0.4 |
| 10/13/09 | Jaffe | Preparing for EPA meeting on 10/14 (0.9). | 1.3 |
| 10/13/09 | Boyd | Review prior consent decrees, update chart comparing provisions of earlier consent decrees with draft consent decree (0.3). | 0.3 |
| 10/14/09 | Jaffe | Attention to special notice issues, including meeting with EPA, preparing for same, and discussion with Ms. Duff regarding Covidien/Grace issues (4.2). | 4.2 |
| 10/15/09 | Jaffe | Attention to special notice, including reviewing, revising draft consent decree; drafting email to EPA and DOJ; office conference and emails with A. Boyd regarding same, and emails with team regarding same | 2.4 |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | (2.4). | |
| 10/15/09 | Boyd | Conference with S. Jaffe, review other consent decrees to compare language used, email to S. Jaffe regarding same (0.7). | 0.7 |
| 10/16/09 | Jaffe | Attention to special notice, including emails with Ms. Duff and Mr. Bucens and reviewing revised draft consent decree (0.8). | 0.8 |
| 10/19/09 | Jaffe | Attention to special notice process, including telephone call with Ms. Duff regarding joint and several issue, and reviewing DOJ revised draft statement of work (1.4). | 1.4 |
| 10/20/09 | Jaffe | Attention to special notice issues, including emails with team regarding response to EPA and reviewing EPA draft statement of work (1.1). | 1.1 |
| 10/21/09 | Jaffe | Attention to special notice process, including telephone call with team to prepare for EPA call, review of statement of work for same, and telephone call with Ms. Duff (1.8). | 1.8 |
| 10/22/09 | Jaffe | Attention to special notice issues, including team telephone conference and preparing for same, telephone call with Ms. Duff, and emails with team (2.3). | 2.3 |
| 10/23/09 | Jaffe | Attention to special notice process, including emails with team regarding SOW and consent decree (0.7). | 0.7 |
| 10/26/09 | Jaffe | Attention to special notice issues, including reviewing revised statement of work markup by SHA and emails with team regarding same (1.2). | 1.2 |
| 10/27/09 | Jaffe | Attention to special notice process, including email from Mr. Campbell regarding consent decree and emails with team regarding same, and emails with team regarding statement of work and reviewing same (1.3). | 1.3 |
| 10/28/09 | Jaffe | Attention to special notice issues, including final changes to consent decree and statement of work and emails with team regarding same (1.4). | 1.4 |
| 10/29/09 | Jaffe | Attention to special notice issues, including finalizing consent decree mark-up and emails with team and DOJ regarding same (1.3). | 1.3 |
| | | **Total Hours** | **33.0** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 1.9 | at | 345.00 | = | 655.50 |
| Jonathan E. Book | 1.1 | at | 510.00 | = | 561.00 |
| Seth D. Jaffe | 30.0 | at | 585.00 | = | 17,550.00 |
| **Total Fees** | | | | | **$18,766.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 10/19/09 | Taxi Fare | 11.00 |
| **Total Disbursements** | | **$11.00** |

| | |
|---|---|
| **Total Fees** | $18,766.50 |
| **Total Disbursements** | 11.00 |
| **Total Fees and Disbursements** | **$18,777.50** |



FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 30, 2009
Invoice No.: 450006
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$18,777.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 450006
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 1.1 | $ 643.50 |
| | | | | | |
| **TOTAL** | | | | **1.1** | **$ 643.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 0.24 |
| Color Photocopying | $ 138.00 |
| | |
| **TOTAL** | **$ 138.24** |


**FOLEY**
**HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 30, 2009
Invoice No.: 450007
Matter No.: 08743.00103

**Re:     Wells G&H Superfund Site**

For Professional Services rendered through October 31, 2009

|  |  |
|---|---|
| Fees | $643.50 |
| Disbursements | 138.24 |
| **Total Fees and Disbursements** | **$781.74** |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 10/13/09 | Jaffe | Telephone call with Ms. Duff and Mr. Smith regarding outstanding issues (0.7). | 0.7 |
| 10/30/09 | Jaffe | Emails with team regarding 11/1 telephone conference (0.4). | 0.4 |
| | | **Total Hours** | **1.1** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Seth D. Jaffe | 1.1 | at | 585.00 | = | 643.50 |
| | **Total Fees** | | | | **$643.50** |

### Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 10/31/09 | In-House Photocopying | 0.24 |
| 10/31/09 | In-House Color Photocopying | 138.00 |
| | **Total Disbursements** | **$138.24** |

| | |
|---|---|
| **Total Fees** | **$643.50** |
| **Total Disbursements** | **138.24** |
| **Total Fees and Disbursements** | **$781.74** |

 FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 30, 2009
Invoice No.: 450007
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$781.74**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 450007
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM