```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1932292 |
| One Town Center Road | Invoice Date     11/24/09 |
| Boca Raton, FL   33486 | Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
      Fees                             2,450.00
      Expenses                             0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $2,450.00
                                                      ==============
```

```
                       REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1932292
One Town Center Road                     Invoice Date       11/24/09
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 10/01/09 | Ament | Telephone call from K. Love re: logistics for hearing preparation relating to October confirmation hearings in Pittsburgh (.10); various e-mails re: same (.30). | .40 |
| 10/02/09 | Ament | Various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation for K&E for continued confirmation hearings in Pittsburgh 10/13/09 - 10/14/09. | 2.10 |
| 10/05/09 | Ament | Various e-mails, meetings and telephone calls to continue to assist K&E with logistics for hearing preparation relating to continued confirmation hearings in Pittsburgh (.90); e-mails re: 10/7/09 hearing (.10). | 1.00 |
| 10/06/09 | Ament | Various e-mails and meetings to coordinate logistics for hearing preparation for K&E for continued confirmation hearings scheduled for 10/13/09 and 10/14/09 in Pittsburgh (.30); circulate agenda for said confirmation hearings to team (.10). | .40 |

```
172573  W. R. Grace & Co.                          Invoice Number  1932292
60026   Litigation and Litigation Consulting       Page      2
        November 24, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 10/08/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation for continued confirmation hearings. | 1.00 |
| 10/09/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation for continued confirmation hearings (2.0); various e-mails with Pachulski re: confirmation hearing binders and hearing binders for 10/26/09 (.20); update said binders per J. O'Neill request (.50); hand deliver said binders to Judge Fitzgerald (.10); circulate amended agenda re: Oct. 13 and 14 hearings to team (.10). | 2.90 |
| 10/12/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation for continued confirmation hearings. | 2.00 |
| 10/13/09 | Ament | Various e-mails, telephone calls and meetings to assist K&E with hearing preparation for continued confirmation hearings. | 1.00 |
| 10/14/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation. | .50 |
| 10/15/09 | Ament | Various e-mails, meetings and telephone calls to assist K&E with conclusion of confirmation hearings (.50); various e-mails and telephone calls to assist K&E with logistics for hearing preparation relating to 10/27/09 omnibus hearing (.30); various e-mails with P. Cunniff re: 10/26/09 hearing agenda and binder (.20). | 1.00 |
| 10/19/09 | Ament | E-mails with P. Cunniff of Pachulski re: 10/26/09 agenda and hearing binder (.10); e-mail to K. Love to assist with logistics of hearing preparation for K&E re: 10/26/09 and 10/27/09 (.10); | .80 |

```
172573 W. R. Grace & Co.                        Invoice Number  1932292
60026  Litigation and Litigation Consulting     Page    3
       November 24, 2009


    Date    Name                                                    Hours
    ------- -----------                                              -----

                          various e-mails to assist K&E with
                          logistics for hearing preparation
                          for January hearings in Pittsburgh
                          (.50); circulate 10/26/09 agenda
                          to team (.10).

10/20/09 Ament            E-mails re: 10/26/09 hearing               .70
                          (.20); various e-mails and
                          telephone calls to assist K&E with
                          logistics for hearing preparation
                          relating to January hearings in
                          Pittsburgh (.50).

10/21/09 Ament            Various e-mails to assist K&E with        .20
                          logistics for hearing preparation
                          for January hearings in Pittsburgh.
                                                                  ------
                                             TOTAL HOURS           14.00


TIME SUMMARY                      Hours       Rate        Value
---------------------------       ------------------     -------
Sharon A. Ament                   14.00 at $ 175.00 =   2,450.00

                         CURRENT FEES                               2,450.00

                                                                 ------------
                         TOTAL BALANCE DUE UPON RECEIPT             $2,450.00
                                                                 ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace<br>5400 Broken Sound Blvd., N.W.<br>Boca Raton, FL 33487 | Invoice Number   1932293<br>Invoice Date     11/24/09<br>Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

| | |
|---|---|
| Fees | 1,764.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,764.00 |
| | ============= |

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1932293
5400 Broken Sound Blvd., N.W.              Invoice Date       11/24/09
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60029
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 10/08/09 | Ament | Attend to billing matters relating to July monthly fee application and 32nd quarterly fee application. | .20 |
| 10/09/09 | Muha | Review and make revisions to Sept. 2009 fee and expense draft invoices. | .40 |
| 10/12/09 | Ament | Attend to billing matters (.30); various e-mails and meetings with A. Muha re: same (.20). | .50 |
| 10/12/09 | Muha | Attend to issues re: revisions to expense charges for meals. | .20 |
| 10/19/09 | Ament | Attend to billing matters. | .10 |
| 10/21/09 | Ament | Attend to billing matters relating to consultant fees (.20); various e-mails and meetings re: same (.10). | .30 |
| 10/22/09 | Ament | Various e-mails re: billing matters relating to consultant fee. | .10 |
| 10/27/09 | Ament | E-mails re: Sept. monthly fee application (.10); begin drafting fee application and spreadsheets (.40). | .50 |

```
172573  W. R. Grace & Co.                                    Invoice Number  1932293
60029   Fee Applications-Applicant                           Page     2
        November 24, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/27/09 | Lord | Draft e-file and serve CMO to Reed Smith August monthly fee application (.4); correspondence with client re: same (.1). | .50 |
| 10/27/09 | Muha | Make final revisions to fee and expense detail for September 2009 monthly application. | .80 |
| 10/28/09 | Ament | E-mails re: Sept. monthly fee application (.10); attend to billing matters (.20); calculate fees and expenses relating to Sept. monthly fee application (.70); continue drafting fee application (.40); provide same to A. Muha for review (.10); begin drafting quarterly fee application (.30). | 1.80 |
| 10/28/09 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 10/28/09 | Muha | Make final revisions to September 2009 monthly fee application. | .30 |
| 10/29/09 | Ament | Attend to billing matters (.10); e-mails with J. Lord re: Sept. monthly fee application (.10); meet with A. Muha re: Sept. monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10). | .50 |
| 10/29/09 | Lord | Revise, e-file and serve Reed Smith September monthly fee application. | 1.00 |
| | | TOTAL HOURS | 7.30 |

```
172573 W. R. Grace & Co.                          Invoice Number  1932293
60029  Fee Applications-Applicant                 Page     3
       November 24, 2009


TIME SUMMARY                    Hours           Rate            Value
---------------------------     ----------------------          -------
Andrew J. Muha                   1.70  at  $   400.00  =         680.00
John B. Lord                     1.60  at  $   240.00  =         384.00
Sharon A. Ament                  4.00  at  $   175.00  =         700.00

                                CURRENT FEES                                1,764.00

                                                                        ------------
                                TOTAL BALANCE DUE UPON RECEIPT              $1,764.00
                                                                        ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1932294 |
| One Town Center Road | Invoice Date      11/24/09 |
| Boca Raton, FL   33486 | Client Number      172573 |

================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
    Fees                              16,231.00
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $16,231.00
                                                      ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL  33486 | Invoice Number   1932294<br>Invoice Date    11/24/09<br>Client Number     172573<br>Matter Number      60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 09/30/09 | Cameron | Review opinion re: DGS appeal and e-mail re: same | .90 |
| 10/01/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/01/09 | Cameron | Prepare for (0.4) and participate in meeting and call with R. Finke regarding ruling on DGS appeal (0.9); follow-up review of opinion and e-mail regarding appeal issues (0.8). | 2.10 |
| 10/01/09 | Flatley | Prepare for conference call (0.9); conference call and follow-up calls (1.6). | 2.50 |
| 10/01/09 | Restivo | Telephone conference with client. | .60 |
| 10/02/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/02/09 | Cameron | Review issues relating to DSG claims and statute of limitations issues (0.9); review Speights claims (0.7); review confirmation hearing issues (0.5). | 2.10 |
| 10/04/09 | Cameron | Review issues relating to DGS claim. | 1.00 |

```
172573  W. R. Grace & Co.                              Invoice Number  1932294
 60033  Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        November 24, 2009
```

| Date | Name | | Hours |
|---|---|---|---|
| 10/05/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/05/09 | Cameron | Attention to DSG claims and remand issues. | .70 |
| 10/06/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/06/09 | Flatley | Email from T. Rea re: scheduling and follow-up re: dates. | .20 |
| 10/07/09 | Cameron | Attention to DGS claims issues. | .80 |
| 10/07/09 | Flatley | Emails re: remand of DGS decision. | .30 |
| 10/08/09 | Ament | Assist team with various issues relating to PD claims (.20); telephone call to Judge Fitzgerald's office per T. Rea request relating to motion to approve asbestos PD claim (.10); follow-up e-mail to T. Rea re: same (.10). | .40 |
| 10/08/09 | Flatley | Emails re: DGS and reply. | .10 |
| 10/09/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/09/09 | Cameron | Review case management order and DGS claim issues. | .90 |
| 10/09/09 | Rea | Drafted property damage summary judgment motion. | .70 |
| 10/12/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/13/09 | Rea | Reviewed memo on DGS appeal. | .30 |
| 10/14/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573  W. R. Grace & Co.                         Invoice Number  1932294
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        November 24, 2009
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/14/09 | Flatley | Review legal research memorandum (1.6); with T. Rea about research and follow-up (0.3). | 1.90 |
| 10/14/09 | Rea | Meeting with L. Flatley re: DGS claim (0.5); reviewed information re: DGS claim (0.7). | 1.20 |
| 10/14/09 | Restivo | Finalize Solow papers. | 1.50 |
| 10/15/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/15/09 | Atkinson | Review Grace-Solow and Grace-State of West Virginia File Contents Reports and files from Repository, and provide document copies to Traci Rea. | .70 |
| 10/15/09 | Flatley | Emails re: status of DGS case. | .20 |
| 10/15/09 | Radcliffe | Assist M. Atkinson with review of Solow and West Virginia Matters per request from T. Rea. | .80 |
| 10/15/09 | Rea | Drafted summary judgment motion on property damage claims. | 2.50 |
| 10/16/09 | Cameron | Review DSG claim issues. | .60 |
| 10/17/09 | Cameron | Review DSG claim materials and potential discovery issues. | 1.30 |
| 10/19/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/19/09 | Radcliffe | Continue to review Solow and West Virginia cases per request from T. Rea. | 1.50 |
| 10/19/09 | Restivo | Telephone conference with R. Finke. | .30 |
| 10/20/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/21/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/21/09 | Restivo | Speights settlements. | .50 |

```
172573 W. R. Grace & Co.                              Invoice Number   1932294
60033  Claim Analysis Objection Resolution & Estimation Page    4
       (Asbestos)
       November 24, 2009
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/22/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/23/09 | Ament | Attend to billing matters relating to consultant fee (.30); various e-mails and meetings re: same (.20). | .50 |
| 10/25/09 | Cameron | Review materials regarding Omnibus hearing (0.3); review DGS claim materials (0.4). | .70 |
| 10/26/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/26/09 | Cameron | Review materials relating to settlement agreement for omnibus hearing. | .50 |
| 10/26/09 | Restivo | Finalize motion on two remaining Canadian claims. | .40 |
| 10/27/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/28/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/29/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/30/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
                                              TOTAL HOURS    32.30
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Lawrence E. Flatley | 5.20 at | $ 635.00 = | 3,302.00 |
| Douglas E. Cameron | 11.60 at | $ 630.00 = | 7,308.00 |
| James J. Restivo Jr. | 3.30 at | $ 685.00 = | 2,260.50 |
| Traci Sands Rea | 4.70 at | $ 455.00 = | 2,138.50 |
| Maureen L. Atkinson | 0.70 at | $ 210.00 = | 147.00 |
| Sharon A. Ament | 4.50 at | $ 175.00 = | 787.50 |
| Robert H Radcliffe | 2.30 at | $ 125.00 = | 287.50 |

```
                          CURRENT FEES                            16,231.00
```

```
172573  W. R. Grace & Co.                          Invoice Number  1932294
 60033  Claim Analysis Objection Resolution & Estimation Page    5
        (Asbestos)
        November 24, 2009
```

```
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $16,231.00
                                                          ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      1932295 |
| One Town Center Road | Invoice Date       11/24/09 |
| Boca Raton, FL   33486 | Client Number        172573 |

==========================================================================

Re: W. R. Grace & Co.

(60038)   Property Damage Claim Appeals

    Fees                                     16,033.50
    Expenses                                0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $16,033.50

```
                       REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1932295<br>Invoice Date      11/24/09<br>Client Number      172573<br>Matter Number       60038 |

===========================================================================

Re: (60038)   Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 10/01/09 | Murphy | Research regarding finality of district court's remand for appeal. | 2.10 |
| 10/01/09 | Rea | Conference call re: opinion and analysis of appealability issue. | 5.80 |
| 10/02/09 | Doblick | Review materials re appealability of order (0.4); telephone conversation with J. Martin re same (0.2). | .60 |
| 10/02/09 | Murphy | Research and email memo to T. Rea regarding finality of district court's remand for appeal. | 3.10 |
| 10/05/09 | Doblick | Review emails, opinions and caselaw. | .50 |
| 10/06/09 | Doblick | Review district court's opinion (1.20); preliminary legal research re same (1.00). | 2.20 |
| 10/07/09 | Doblick | Telephone conversation with T. Rea (.10); continued legal research re appealability/waiver issues (1.10). | 1.20 |
| 10/07/09 | Rea | Reviewed research re: appeal. | .20 |
| 10/08/09 | Doblick | Continued review of case law re appealability and waiver issues (2.20); draft memo re same (1.00). | 3.20 |

```
172573  W. R. Grace & Co.                              Invoice Number  1932295
60038   Property Damage Claim Appeals                  Page   2
        November 24, 2009
```

| Date | Name | | Hours |
|------|------|------|------|
| 10/09/09 | Doblick | Continued work on memo re: appealability/waiver issues. | 6.90 |
| 10/12/09 | Doblick | Finalize memo re appealability/waiver issues. | 6.90 |

```
                                               TOTAL HOURS    32.70


TIME SUMMARY                 Hours        Rate         Value

Traci Sands Rea               6.00 at $  455.00  =   2,730.00
Donna M. Doblick             21.50 at $  545.00  =  11,717.50
Kathleen A. Murphy            5.20 at $  305.00  =   1,586.00

                 CURRENT FEES                              16,033.50

                 TOTAL BALANCE DUE UPON RECEIPT           $16,033.50
```