REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1932317
One Town Center Road                     Invoice Date      11/24/09
Boca Raton, FL   33486                   Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                     10,428.19

              TOTAL BALANCE DUE UPON RECEIPT       $10,428.19
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1932317 |
| Invoice Date | 11/24/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

=========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 2,480.70 |
| Courier Service - Outside | 754.10 |
| Outside Duplicating | 4,925.34 |
| Secretarial Overtime | 1,957.50 |
| Parking/Tolls/Other Transportation | 150.00 |
| Mileage Expense | 147.95 |
| Meal Expense | 12.60 |

CURRENT EXPENSES                           10,428.19
                                          -------------

TOTAL BALANCE DUE UPON RECEIPT         $10,428.19
                                          =============

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number    1932317
One Town Center Road                  Invoice Date      11/24/09
Boca Raton, FL   33486                Client Number      172573
                                      Matter Number       60026
```

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/05/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 05, Grace - Secretarial assistance for Court Preparation - Parking | 6.00 |
| 09/05/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace - - Overtime secretarial assistance for court preparation - Round trip mileage  (Home / RSC Office). | 14.30 |
| 09/05/09 | Meal Expense Dinner - VENDOR: Debbie E. Steinmeyer, Sep 05, 2 Grace - -Overtime secretarial assistance for court preparation. | 12.60 |
| 09/06/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 06, Grace - Secretarial assistance for Court Preparation - Parking | 6.00 |
| 09/06/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace - - Overtime secretarial assistance for court preparation - Round trip mileage  (Home / RSC Office). | 14.85 |
| 09/07/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 07, Grace - Overtime secretarial assistance for Court Preparation - Parking | 6.00 |
| 09/07/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace - -Overtime secretarial assistance for court preparation - Round trip mileage  (Home / RSC Office). | 14.85 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting        Page    2
       November 24, 2009

| | | |
|---|---|---|
| 09/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 11, 2009 - - Overtime assistance to K&E with secretarial needs for hearing. | 20.00 |
| 09/11/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer, Grace Hearings - - Overtime secretarial assistance for court preparation. | .55 |
| 09/11/09 | Outside Duplicating Oversize B&W (sq/ft)/ | 34.78 |
| 09/13/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 13, Grace Hearings - Overtime secretarial assistance for Court Preparation | 6.00 |
| 09/13/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer, Grace Hearings - - Overtime secretarial assistance for court preparation. | 14.85 |
| 09/14/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer, Grace Hearings - - Overtime secretarial assistance for court preparation. | .55 |
| 09/14/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 30.00 |
| 09/14/09 | Secretarial Overtime: grace - confirmation hearing/ court preparation assistance | 300.00 |
| 09/15/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 262.50 |
| 09/15/09 | Secretarial Overtime: grace - confirmation hearing/ court preparation assistance | 112.50 |
| 09/16/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Kathleen A. Williams, Sep 16, WRGrace.Litigation Hearings - overtime parking/ | 20.00 |
| 09/16/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 16, 2009 - - Overtime assistance to K&E with hearings Parking in garage. | 20.00 |
| 09/16/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 27.60 |
| 09/16/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 75.00 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page   3
       November 24, 2009

| | | |
|---|---|---:|
| 09/16/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 77.40 |
| 09/16/09 | Secretarial Overtime: : grace - confirmation hearing/ court preparation assistance | 60.00 |
| 09/16/09 | Secretarial Overtime: W.R. Grace. litigation: secretarial support for hearing | 225.00 |
| 09/17/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 30.00 |
| 09/17/09 | Secretarial Overtime: W.R. Grace. litigation: secretarial support for hearing | 22.50 |
| 09/18/09 | Secretarial Overtime: worked to move boxes for Kirkland | 90.00 |
| 09/18/09 | Secretarial Overtime: worked to move boxes for Kirkland | 240.00 |
| 09/21/09 | Outside Duplicating B&W Copies D - Heavy Litigation/B&W Copies - - Copying of binders for trial. | 4863.36 |
| 09/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 4 COPIES | .40 |
| 09/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 09/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 09/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 09/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 09/28/09 | Secretarial Overtime: W.R. Grace.litigation: overtime secretarial support for upcoming hearings | 15.00 |
| 09/29/09 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 27.20 |
| 09/30/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 09/30/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page   4
       November 24, 2009


| | | |
|---|---|---|
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 10/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 10/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 10/05/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1076 COPIES | 107.60 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1046 COPIES | 104.60 |
| 10/08/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams,  W.R. Grace -Litigation<br>Hearings -  Kirkland Ellis secretarial support<br>- overtime mileage. | 44.00 |
| 10/08/09 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Kathleen A. Williams, Oct 08,<br>W.R. Grace- Litigation Hearings -  Kirkland Ellis<br>secretarial support - overtime parking. | 20.00 |
| 10/08/09 | Secretarial Overtime: W.R. Grace litigation:<br>overtime secretarial support for 10/13 - 10/14 hearing | 135.00 |
| 10/09/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 264 COPIES | 26.40 |
| 10/09/09 | Secretarial Overtime: W.R. Grace: hearing<br>preparation - overtime secretarial assistance | 45.00 |
| 10/10/09 | Secretarial Overtime: performed setup for<br>Kirkland Ellis warroom for grace case | 210.00 |
| 10/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 293 COPIES | 29.30 |
| 10/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 258 COPIES | 25.80 |

172573 W. R. Grace & Co.                         Invoice Number  1932317
60026  Litigation and Litigation Consulting      Page   5
       November 24, 2009


10/11/09    Duplicating/Printing/Scanning              .80
            ATTY # 4810; 8 COPIES

10/11/09    Duplicating/Printing/Scanning            14.80
            ATTY # 4810; 148 COPIES

10/12/09    Duplicating/Printing/Scanning              .60
            ATTY # 4810; 6 COPIES

10/12/09    Duplicating/Printing/Scanning            94.40
            ATTY # 4810; 944 COPIES

10/12/09    Duplicating/Printing/Scanning              .10
            ATTY # 4810; 1 COPIES

10/12/09    Duplicating/Printing/Scanning            22.10
            ATTY # 4810; 221 COPIES

10/12/09    Duplicating/Printing/Scanning            40.00
            ATTY # 4810; 400 COPIES

10/12/09    Duplicating/Printing/Scanning             4.80
            ATTY # 4810; 48 COPIES

10/12/09    Duplicating/Printing/Scanning            34.60
            ATTY # 4810; 346 COPIES

10/12/09    Duplicating/Printing/Scanning             2.00
            ATTY # 4810; 20 COPIES

10/12/09    Duplicating/Printing/Scanning            13.30
            ATTY # 4810; 133 COPIES

10/12/09    Duplicating/Printing/Scanning             2.80
            ATTY # 4810; 28 COPIES

10/12/09    Duplicating/Printing/Scanning            23.20
            ATTY # 4810; 232 COPIES

10/12/09    Duplicating/Printing/Scanning             5.00
            ATTY # 4810; 50 COPIES

10/12/09    Duplicating/Printing/Scanning              .20
            ATTY # 4810; 2 COPIES

10/12/09    Duplicating/Printing/Scanning              .80
            ATTY # 4810; 8 COPIES

10/12/09    Duplicating/Printing/Scanning             1.00
            ATTY # 4810; 10 COPIES

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
       November 24, 2009

Invoice Number  1932317
Page   6

| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 761 COPIES | 76.10 |
|---|---|---|
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 380 COPIES | 38.00 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 279 COPIES | 27.90 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 34 COPIES | 3.40 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 576 COPIES | 57.60 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 61 COPIES | 6.10 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 715 COPIES | 71.50 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 364 COPIES | 36.40 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 204 COPIES | 20.40 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 256 COPIES | 25.60 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 95 COPIES | 9.50 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 97 COPIES | 9.70 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 320 COPIES | 32.00 |
| 10/12/09 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Debbie E. Steinmeyer, Oct 12, Parking<br>expense - W.R. Grace:   Confirmation Hearing<br>Preparation - overtime secretarial assistance. | 20.00 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 304 COPIES | 30.40 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       November 24, 2009

Invoice Number  1932317
Page   7

| | | |
|---|---|---|
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 246 COPIES | 24.60 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 56 COPIES | 5.60 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 364 COPIES | 36.40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 796 COPIES | 79.60 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 58 COPIES | 5.80 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 75 COPIES | 7.50 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 28 COPIES | 2.80 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 524 COPIES | 52.40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 348 COPIES | 34.80 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 612 COPIES | 61.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 46 COPIES | 4.60 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1800 COPIES | 180.00 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 80 COPIES | 8.00 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       November 24, 2009

Invoice Number  1932317
Page    8

| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 45 COPIES | 4.50 |
|---|---|---|
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 72 COPIES | 7.20 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 40 COPIES | 4.00 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 0559; 37 COPIES | 3.70 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 0559; 117 COPIES | 11.70 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 574 COPIES | 57.40 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 757 COPIES | 75.70 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 0559; 160 COPIES | 16.00 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 835 COPIES | 83.50 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 429 COPIES | 42.90 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 120 COPIES | 12.00 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 482 COPIES | 48.20 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 36 COPIES | 3.60 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 22 COPIES | 2.20 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .10 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 423 COPIES | 42.30 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 7190; 309 COPIES | 30.90 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
      November 24, 2009

Invoice Number  1932317
Page    9

| | | |
|---|---|---|
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 96 COPIES | 9.60 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 388 COPIES | 38.80 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 322 COPIES | 32.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1409 COPIES | 140.90 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1468 COPIES | 146.80 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 54 COPIES | 5.40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 10/13/09 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Kathleen A. Williams, Oct 13,<br>WRGrace.Litigation.Hearings.KE trial team -<br>overtime parking 10.13.09. | 20.00 |
| 10/13/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams,<br>WRGrace.Litigation.Hearings.KE trial team -<br>overtime parking 10.13.09 | 44.00 |
| 10/14/09 | Courier Service - Outside - - VENDOR: AL STILES<br>DELIVER 2 BOXES TO JUDGE FITZGERALD (USX) ON<br>10/09/09. | 15.00 |
| 10/14/09 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Debbie E. Steinmeyer, Oct 14, Parking<br>expense - Grace Confirmation Hearing - Overtime<br>secretarial assistance. | 6.00 |

172573 W. R. Grace & Co.                           Invoice Number  1932317
60026  Litigation and Litigation Consulting        Page  10
       November 24, 2009

| | | |
|---|---|---|
| 10/15/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING**MESSENGER TRIP US BANKRUPTCY COURT 9/1/09. | 27.50 |
| 10/15/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING **MESSENGER TRIP**US BANKRUPTCY COURT 9/15/09. | 7.50 |
| 10/15/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING**MESSENGER TRIP - MULTIPLE TRIPS JUDGE FITZGERALD 9/4-9/11/09 - - For daily multiple deliveries to court of trial materials and meals during confirmation hearings. | 519.20 |
| 10/21/09 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 10/21/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING - TWO MESSENGER TRIPS - JUDGE FITZGERALD  09/17/09 - - Deliveries and retrieval of items from 9/17 hearing. | 179.90 |
| 10/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 37 COPIES | 3.70 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 37 COPIES | 3.70 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |

172573  W. R. Grace & Co.                     Invoice Number  1932317
60026   Litigation and Litigation Consulting   Page  11
        November 24, 2009

| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 37 COPIES | 3.70 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 0349; 345 COPIES | 34.50 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 0349; 156 COPIES | 15.60 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 0718; 189 COPIES | 18.90 |

                            CURRENT EXPENSES              10,428.19
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $10,428.19
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1932318 |
| Invoice Date | 11/24/09 |
| Client Number | 172573 |

=============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

        Fees                              0.00
        Expenses                         67.24

                    TOTAL BALANCE DUE UPON RECEIPT          $67.24
                                                       =============

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      1932318
One Town Center Road                  Invoice Date        11/24/09
Boca Raton, FL    33486               Client Number        172573
                                      Matter Number         60033
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                        0.20
    Duplicating/Printing/Scanning           66.60
    Postage Expense                          0.44

                  CURRENT EXPENSES                     67.24
                                                 --------------

                  TOTAL BALANCE DUE UPON RECEIPT      $67.24
                                                 ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1932318 |
| Invoice Date | 11/24/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 09/30/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | .44 |
| 10/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/08/09 | Telephone Expense<br>13026524100/WILMINGTON, DE/4 | .20 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 10/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |

172573  W. R. Grace & Co.                                    Invoice Number  1932318
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        November 24, 2009


| | | |
|---|---|---:|
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 0856; 179 COPIES | 17.90 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/18/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 38 COPIES | 3.80 |
| 10/19/09 | Duplicating/Printing/Scanning<br>ATTY # 1048; 26 COPIES | 2.60 |
| 10/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 296 COPIES | 29.60 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |

                              CURRENT EXPENSES                    67.24
                                                              ------------

172573  W. R. Grace & Co.                              Invoice Number  1932318
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        November 24, 2009


                          TOTAL BALANCE DUE UPON RECEIPT          $67.24
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1932319
One Town Center Road                      Invoice Date       11/24/09
Boca Raton, FL   33486                    Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

        Fees                                0.00
        Expenses                          546.81

                    TOTAL BALANCE DUE UPON RECEIPT        $546.81
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1932319
One Town Center Road                      Invoice Date       11/24/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60038

================================================================================

Re: Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              5.90
    Westlaw                                  540.91

                        CURRENT EXPENSES                  546.81
                                                   --------------

                        TOTAL BALANCE DUE UPON RECEIPT    $546.81
                                                   ==============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1932319
One Town Center Road                    Invoice Date       11/24/09
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60038
```

================================================================================

Re: (60038)  Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/01/09 | Westlaw - - Legal research re: appealability of remand decision. | 274.21 |
| 10/02/09 | Westlaw - - Legal research re: appealability of remand decision. | 157.20 |
| 10/09/09 | Duplicating/Printing/Scanning ATTY # 001398: 9 COPIES | .90 |
| 10/12/09 | Duplicating/Printing/Scanning ATTY # 001398: 9 COPIES | .90 |
| 10/12/09 | Duplicating/Printing/Scanning ATTY # 001398: 10 COPIES | 1.00 |
| 10/12/09 | Duplicating/Printing/Scanning ATTY # 001398: 10 COPIES | 1.00 |
| 10/12/09 | Duplicating/Printing/Scanning ATTY # 001398: 10 COPIES | 1.00 |
| 10/12/09 | Duplicating/Printing/Scanning ATTY # 001398: 11 COPIES | 1.10 |
| 10/12/09 | Westlaw - - Legal research re: appealability of remand decision. | 109.50 |

```
                        CURRENT EXPENSES                     546.81
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $546.81
                                                        ============
```