IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related D.I. 22844, 23461** |
| | ) | |
| | ) | **10/26/09 Agenda Nos. 2 and 23** |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| GLORIA MUNOZ, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W. R. GRACE & CO., - CONN., a corporation, | ) | |
| C.C. FRIAL, PEDRO GONZALES "PETE", | ) | |
| J.C. GONZALES "JOE" and DOES I through | ) | |
| XX, inclusive, | ) | |
| | ) | |
| Respondents. | ) | |

### CERTIFICATE OF COUNSEL RE ORDER GRANTING IN PART, DENYING IN PART, AND CONTINUING HEARING WITH REGARD TO THE MOTION OF GLORIA MUNOZ FOR RELIEF FROM THE AUTOMATIC STAY/PLAN INJUNCTIONS

1.      On October 26, 2009 this matter came to be heard on the *Motion for Relief from the Automatic Stay and Related Relief* (Docket No. 22844) (the "Motion") filed by Gloria Munoz (Docket No. 22844) and on the Debtors related Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) (Docket No. 2346).

2.      As a result of the arguments of counsel, the Court indicated that it would enter certain relief and directed the parties to prepare an Order reflecting its rulings.

91100-001\DOCS_DE:155287.1

3.    Attached hereto as Exhibit A is an Order agreed to among the parties outlining the

relief granted by the Court and related procedures agreed to by the parties with respect to that

relief.

3.    The parties respectfully request the Court enter the attached agreed Order with

respect to these matters.

Dated: December 1, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
601 Lexington Ave.
New York, NY  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900


THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*