IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Related D.I. 22844, 23461** |
| ) | |
| ) | **10/26/09 Agenda Nos. 2 and 23** |
| ) | |
| GLORIA MUNOZ, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| W. R. GRACE & CO., - CONN., a corporation, ) | |
| C.C. FRIAL, PEDRO GONZALES "PETE", ) | |
| J.C. GONZALES "JOE" and DOES I through ) | |
| XX, inclusive, ) | |
| ) | |
| Respondents. ) | |

**ORDER GRANTING IN PART, DENYING IN PART, AND CONTINUING HEARING WITH REGARD TO THE MOTION OF GLORIA MUNOZ FOR RELIEF FROM THE AUTOMATIC STAY/PLAN INJUNCTIONS**

And now, this _____ day of _____, 2009, this matter coming before the Court on the *Motion for Relief from the Automatic Stay and Related Relief* pursuant to 11 U.S.C. § 362 (the "Motion") filed by Gloria Munoz, an individual (the "Movant"); the Court having reviewed the Motion, the above-captioned Debtors' response to the Motion, and all related pleadings; and having heard the statements of counsel with respect thereto at a hearing held before the Court on October 26, 2009 (the "Hearing"); the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish sufficient cause for relief

granted herein; and that Court having found that notice of the Motion was proper under the circumstances and that no other or further notice need be given; and for the reasons stated by the Court on the record at that Hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is **GRANTED IN PART, DENIED IN PART,** and **CONTINUED**, all as further set forth below:

   a. The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to permit Movant and the Debtor[1] to make arrangements for mediation/ADR to proceed in the jurisdiction in which Ms. Munoz's employment discrimination case is filed, commencing no sooner than February 1, 2010, pursuant to the mediation/ADR rules in said jurisdiction, and regardless of the status of confirmation of the Debtors' Plan of Reorganization; and

   b. The Motion is otherwise denied and further hearing thereon (including the Debtors' objection thereto) is continued until March 22, 2010 at 10:30 a.m.; and

---

[1] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

c.  Further hearing on the Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) as it relates to Ms. Munoz's Claim No. 1959 (as well as Ms. Munoz's response thereto) is continued until March 22, 2010 at 10:30 a.m.

						_____
						Judith K. Fitzgerald, Judge
						United States Bankruptcy Court