# Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

WR Grace PD Committee                                    October 1, 2009 to October 31, 2009

Invoice No. 33247

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 23.50 | 4,421.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 3.80 | 1,087.00 |
| B18 | Fee Applications, Others - | 1.70 | 237.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) - | 3.10 | 914.50 |
| B25 | Fee Applications, Applicant - | 8.10 | 1,356.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 2.20 | 649.00 |
| B32 | Litigation and Litigation Consulting - | 0.10 | 25.00 |
| B36 | Plan and Disclosure Statement - | 53.20 | 15,642.00 |
| B37 | Hearings - | 25.80 | 7,611.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 118.00 |
| B45 | Professional Retention Issues - | 0.50 | 147.50 |
| | **Total** | **122.40** | **$32,209.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 250.00 | 3.00 | 750.00 |
| Rick S. Miller | 290.00 | 0.50 | 145.00 |
| Steven G. Weiler | 230.00 | 1.90 | 437.00 |
| Theodore J. Tacconelli | 295.00 | 95.60 | 28,202.00 |
| Legal Assistant - MH | 125.00 | 10.90 | 1,362.50 |
| Legal Assistant - SEK | 125.00 | 3.60 | 450.00 |
| Regina Matozzo | 125.00 | 6.90 | 862.50 |
| **Total** | | **122.40** | **$32,209.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                         **$3,245.01**

**Invoice No. 33247**                       **Page 2 of 15**                       **December 1, 2009**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-09 | *Case Administration* - Confer with T. Tacconelli re committee teleconference and other case issues | 0.30 | LLC |
| | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli further re committee teleconference | 0.20 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend committee teleconference and confer with T. Tacconelli after | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - Review proposed stipulation re PD claims | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Multiple conferences with L. Coggins re committee meeting | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from M. Kramer re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement with Allstate | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Brooks re Ordway designations and proposed stipulation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review proposed stipulation re Ordway designations with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and Arrowood re trial exhibits | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's objection to Libby Claimants' offer of proof re Dr. Spear | 0.10 | TJT |
| | *Professional Retention Issues* - Review motion by FCR to employ Lincoln Partners as financial advisor with attachments | 0.50 | TJT |
| | *Case Administration* - Review docket re case status for week ending 9/25/09; memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Oct-02-09 | *Case Administration* - Review case status report for week ending 9/25/09 | 0.10 | LLC |
| | *Case Administration* - Review agenda re 10/7/09 telephonic hearing | 0.10 | LLC |
| | *Case Administration* - Trade e-mails with legal assistant re 10/7/09 hearing preparation | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 9/25/09 | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Aug. 09 | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re memorandum opinion re Cal. Dept. of General Services appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation entered by court re Ordway designations with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's response to debtors' motion in limine | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan documents re unresolved PD claim treatment | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's response to debtors' motion in limine re G. Solomons with attachment | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re meet and confer on Monday re exhibits | 0.10 | TJT |
| Oct-03-09 | *Plan and Disclosure Statement* - Review plan proponents' final exhibit list | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re revised master exhibit list | 0.10 | TJT |
| | *Hearings* - Review agenda for 10/7/09 hearing | 0.10 | TJT |
| Oct-04-09 | *Plan and Disclosure Statement* - Review exhibits in Virtual Data Room, start review of revised master exhibit list re documents admitted into evidence | 1.50 | TJT |
| Oct-05-09 | *Plan and Disclosure Statement* - Finish review of revised master exhibit list re documents admitted into evidence | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review blackline master exhibit list re documents admitted into evidence | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Attend telephonic meet and confer between plan proponents and plan objectors re exhibits to be moved into evidence | 1.50 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing Anderson Memorial Hospital's confirmation exhibits | 2.30 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | SEK |
| Oct-06-09 | *Case Administration* - Review notice of substitution of counsel and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re 10/13/09 hearing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re follow up from meet and confer yesterday re exhibits and Libby Claimants demonstratives and review Libby Claimants' demonstratives | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Anderson Memorial Hospital's confirmation trial exhibits | 3.80 | TJT |
| | *Hearings* - Review matters on agenda for 10/7/09 hearing including 9/29/09 hearing transcript | 0.70 | TJT |
| | *Hearings* - Confer with paralegal re 10/7/09 hearing preparation | 0.10 | TJT |
| | *Case Administration* - Download revised 9/15/09 hearing transcripts with errata sheet | 0.10 | MH |
| | *Case Administration* - Download 9/29/09 hearing transcripts | 0.10 | MH |
| | *Fee Applications, Applicant* - Continue cumulative spreadsheet re Ferry, Joseph & Pearce's final fee application and continue review of fee auditor's final reports and fee charts provided by debtors' counsel | 2.10 | MH |
| Oct-07-09 | *Case Administration* - Review amended 2019 statement by The David Law Firm | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspond with M. Kramer re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for OneBeacon re CNA exhibit 31 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish review of Anderson Memorial Hospital's confirmation trial exhibits | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | stipulation re OneBeacon and plan proponents' trial exhibit agreement and review stipulation in blackline | | |
| | *Plan and Disclosure Statement* - Review miscellaneous correspondence between counsel for plan proponents and OneBeacon re stipulation re trial exhibits and related issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' trial exhibits | 1.90 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 10/13 and 10/14 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review agenda for 10/13 and 10/14 hearings | 0.20 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.60 | TJT |
| | *Case Administration* - Review docket re case status for week ending 10/2/09; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| | *Case Administration* - Download (redacted) 9/11/09 hearing transcript material | 0.10 | MH |
| | *Case Administration* - Download revised 9/29/09 hearing transcript material | 0.10 | MH |
| | *Case Administration* - 10/7/09 hearing follow-up | 0.30 | SEK |
| Oct-08-09 | *Case Administration* - Review case status report for week ending 10/2/09 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 10/2/09 | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel filed by government attorney for USDOJ | 0.10 | TJT |
| | *Case Administration* - Review substitution of counsel for USDOJ | 0.10 | TJT |
| | *Case Administration* - Review notice of intent to purchase equity shares by Adage Capital Partners | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re agreement between BLG/USCC and plan proponents re exhibits and review proposed stipulation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re plan proponents exhibits to be admitted with chart and attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Libby Claimants' trial exhibits | 2.80 | TJT |
| | *Hearings* - Prepare for and attend 10/13 hearing | 0.20 | TJT |
| Oct-09-09 | *Case Administration* - Review amended notice of agenda re 10/13 and 10/14 hearings | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review debtors' 3rd quarter statement of amounts paid to OCPs | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspond with J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' amended motion to approve settlement with Kark TV Inc. with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re motion to approve settlement with Chartis Ins. Co. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order prepared by Judge Fitzgerald re motion to compel filed by Anderson Memorial | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Hospital | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel re motion to approve settlement with Aetna Ins. Co. with two attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re confirmation hearing admitted exhibit chart and review same | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re revised post-trial briefing order and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Libby Claimants' trial exhibits | 2.70 | TJT |
| | *Hearings* - Confer with paralegal re confirmation hearing transcripts | 0.10 | TJT |
| Oct-10-09 | *Plan and Disclosure Statement* - Review certificate of counsel re chart of deposition designations and prior testimony designations and review chart | 1.90 | TJT |
| | *Hearings* - Review amended agenda for 10/13/09 and 10/14/09 hearings | 0.20 | TJT |
| Oct-11-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended motion to approve settlement with Main Plaza LLC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Arrowood re post-trial briefing proposed order | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 10/13/09 and 10/14/09 hearings | 2.20 | TJT |
| Oct-12-09 | *Case Administration* - Review case status report for week ending 10/9/09 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 10/9/09 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from committee member re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and CNA re admission of CNA exhibits | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and OneBeacon re admission of OneBeacon/Seaton exhibits | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re proposed order re motions re Solomons and Ewing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from debtors' counsel re Finke proffer and review same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Continue Libby Claimants' trial exhibits | 2.70 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re revised confirmation hearing transcripts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re Shelnitz written answers and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from ZAI class counsel agreeing to Finke proffer | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service filed by debtors re Shelnitz written answers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of amendment to deposition designation chart and review same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of amendment to admitted exhibit chart and review same | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review debtors' brief in opposition to G. Munoz' motion for relief from stay | 0.40 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Determine allocation of payment made re Jan.-Mar. holdback period and July 09 fee application | 0.20 | MH |
| | *Case Administration* - Review docket re case status for week ending 10/9/09; memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | *Fee Applications, Applicant* - Continue cumulative spreadsheet re Ferry, Joseph & Pearce's final fee application and continue review of fee auditor's final reports and fee charts provided by debtors' counsel | 1.90 | MH |
| Oct-13-09 | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders | 0.10 | SGW |
| | *Plan and Disclosure Statement* - Review Finke proffer as filed with court with exhibits | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Anderson Memorial Hospital re Finke proffer | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re Shelnitz written answers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Kaneb re closing argument | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.70 | TJT |
| | *Case Administration* - Update 2002 service lists and labels | 0.10 | MH |
| | *Case Administration* - 10/13/09 hearing follow-up | 0.10 | SEK |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | SEK |
| Oct-14-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re motion to approve settlement with Kansas Regional Medical Center | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving motion to approve settlement with Chartis Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re confirmation issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Kaneb re closing argument clarification | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re further revised post-trial briefing order and review same | 0.20 | TJT |
| | *Hearings* - Confer with paralegal re confirmation hearing transcripts | 0.10 | TJT |
| | *Hearings* - Attend bankruptcy court | 6.50 | TJT |
| | *Case Administration* - Download 10/7/09 hearing transcript | 0.10 | MH |
| | *Case Administration* - 10/14/09 hearing follow-up | 0.10 | SEK |
| Oct-15-09 | *Case Administration* - Review order establishing omnibus hearing dates and forward to M. Hedden | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | RSM |
| | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders re same; advise S. Kreps re same | 0.20 | SGW |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review notice of transfer of appeal to district re BNSF appeal of Royal settlement order | 0.10 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re order re 2010 omnibus hearing dates | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with J. Muir Hospital | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with St. Joseph's Hospital | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re BNSF appeal in district court | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with Aetna | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re debtors' motion in limine re Solomons | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review modified order re debtors' motion in limine re Ewing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re post-trial briefing order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of second set of modifications to plan documents and start reviewing exhibits | 2.10 | TJT |
| Oct-16-09 | *Case Administration* - Confer with paralegal re new appeal in district court | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve settlement with Town of Acton with attachments | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Gulf-Atlantic properties | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with F. F. Thompson | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re post-trial briefing order and review revised order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order approving stipulation between BLG/USCC/PP re admission of exhibits with attachments | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing modified plan documents | 2.20 | TJT |
| | *Hearings* - Confer with paralegal re confirmation hearing transcripts | 0.10 | TJT |
| Oct-17-09 | *Case Administration* - Review certificate of no objection re debtors' motion to implement defined retention plan for new hires | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Olympus 555 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Glen Oak CC | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Chicago Historical Society | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review request by MCC to take judicial notice of documents and fax with attachments | 0.70 | TJT |
| Oct-18-09 | *Case Administration* - Review certificate of no objection re debtors' motion to approve sale of Advanced Refining Co. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Hyatt | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Allegheny | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Center Associates | | |
| | *Plan and Disclosure Statement* - Review e-mail from C. Loizides to plan proponents re Anderson Memorial Hospital's proposed post-trial briefing order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from Anderson Memorial Hospital to Judge Fitzgerald re dispute over post-trial briefing order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's post-trial briefing order and compare | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re plan proponents' post-trial briefing order with proposed order, review and compare to Anderson Memorial Hospital's | 0.30 | TJT |
| Oct-19-09 | *Case Administration* - Review notice of agenda re 10/26/09 hearing | 0.10 | LLC |
| | *Case Administration* - Confer with law clerk re preparation of case status memos and review of related dockets re filing of certain new bankruptcy appeals in district; advise T. Tacconelli re same | 0.30 | SGW |
| | *Case Administration* - Confer with S. Weiler re status of memos | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Burgdorf Building | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Main Plaza LLC | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Kark-TV Inc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re exhibits and meet and confer | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review request by Libby Claimants to take judicial notice | 0.10 | TJT |
| | *Hearings* - Review missed testimony during 10/13/09 hearing in PM | 0.60 | TJT |
| | *Case Administration* - Download revised 9/16/09 hearing transcript material | 0.10 | MH |
| | *Case Administration* - Download revised 9/17/09 hearing transcript material | 0.10 | MH |
| | *Case Administration* - Download 10/13/09 hearing transcripts | 0.10 | MH |
| | *Case Administration* - Confer with law clerk re procedure to prepare daily main case status memos | 0.10 | MH |
| | *Case Administration* - 10/26/09 hearing follow-up; update yearly hearing schedule | 0.50 | SEK |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | RM |
| Oct-20-09 | *Case Administration* - Review case status report for week ending 10/16/09 | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin Aug. 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re Aug. 09 fee application for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 10/16/09 | 0.10 | TJT |
| | *Case Administration* - Review daily case status memo for 10/19/09 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Presidential Towers | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with NJDEP with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Confer with paralegal re confirmation hearing transcripts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re not admitted exhibit list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review chart of exhibits not admitted | 1.80 | TJT |
| | *Hearings* - Review agenda for 10/26/09 hearing | 0.30 | TJT |
| | *Hearings* - Review e-mail from J. Baer re Frezza motion to be heard first during 10/26/09 hearing | 0.10 | TJT |
| | *Case Administration* - Download 10/14 hearing transcripts | 0.10 | MH |
| | *Case Administration* - Review draft case status memos from law clerk | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's Aug. 09 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's Aug. 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Aug. 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve re Aug. 09 fee application | 0.30 | MH |
| | *Case Administration* - 10/14/09 hearing follow-up | 0.30 | SEK |
| | *Case Administration* - Review docket re case status for week ending 10/16/09; memo to T. Tacconelli and L. Coggins re same; review docket re case status for 10/19/09; memo to T. Tacconelli and L. Coggins re same | 1.00 | RM |
| Oct-21-09 | *Case Administration* - Confer with law clerk re status memos re pending appeals and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review case status memo re main case | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Austin Quality Foods with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re post-trial briefing order with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between Arrowood and Libby Claimants | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love admitted exhibit chart | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review admitted exhibit chart | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re post-trial briefing issue | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re plan | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | proponents to be admitted list | | |
| | *Plan and Disclosure Statement* - Review Garlock trial exhibits | 0.40 | TJT |
| | *Hearings* - Review e-mail from M. Kramer re 10/26/09 hearing coverage | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | RM |
| Oct-22-09 | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re plan proponents exhibits 383 and 385 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents chart of exhibits to be admitted | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re plan proponents exhibits 382 and 385 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents exhibit 382 | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents exhibit 385 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re plan proponents exhibits 384 and 384 in virtual data room | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re meet and confer information re exhibits | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re confirmation hearing transcripts | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Oct-23-09 | *Case Administration* - Review Bloomberg article re financial issues concerning Grace's exit from bankruptcy | 0.10 | TJT |
| | *Case Administration* - Review status memos from law clerk re pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from K. Love re admitted exhibit list | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review current version of admitted exhibit list | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review current list of exhibits not admitted | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for State of Montana re certificate of counsel re pending matters for confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re certificate of counsel re pending matters for confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Attend meet and confer re exhibit and post-trial briefing issues | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review joint objection by USCC/BLG to debtors' motion in limine re Frezza with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re confirmation matters | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review motion filed by Arrowood in BNSF district court appeal | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review plan proponents exhibits 383 and 384 | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Continue review of Garlock exhibits | 0.40 | TJT |
| | *Hearings* - Review amended agenda for 10/26/09 hearing | 0.10 | TJT |
| | *Case Administration* - Cancel telephonic appearance of T. Tacconelli re 10/26/09 hearing | 0.10 | MH |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
| Oct-24-09 | *Plan and Disclosure Statement* - Review e-mail from K. Love re post-trial briefing issues | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 10/26/09 hearing | 2.80 | TJT |
| Oct-25-09 | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Sept. prebill | 1.60 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re post-trial briefing issues | 0.10 | TJT |
| Oct-26-09 | *Case Administration* - Review amended agenda re 10/26 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status report for week ending 10/23/09 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Confer with law clerk re status memos | 0.10 | TJT |
| | *Case Administration* - Review errata sheet for 10/7/09 hearing | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Presidential Towers | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Sept. prebill | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re post-trial briefing issues | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.30 | TJT |
| | *Case Administration* - Download revised 10/7/09 transcripts | 0.10 | MH |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | RM |
| | *Case Administration* - Review docket re case status for 10/21/09 to 10/23/09; memo to T. Tacconelli and L. Coggins re same | 0.20 | RM |
| Oct-27-09 | *Case Administration* - Review case status memo for 10/21 - 10/23 | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review notice of rejection of lease | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from K. Love re post-trial briefing issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re post-trial briefing and calendar deadlines | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Correspond with M. Kramer re post-trial briefing order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re citations to record conventions | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re post-trial briefing issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re post-trial | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | briefing issues | | |
| | *Plan and Disclosure Statement* - Review notice of service of final admitted exhibit chart | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of final additional exhibits not admitted chart | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review final additional exhibits not admitted chart | 0.30 | TJT |
| | *Hearings* - Review 10/26/09 hearing notes | 0.20 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.60 | RM |
| Oct-28-09 | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review additional notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail from M. Hedden re status of Sept. 09 fee application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Sept. 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review transmittal of record re new bankruptcy appeal to district court and advise law clerk for case management memos | 0.20 | SGW |
| | *Case Administration* - Review notice of withdrawal of counsel for NL Industries | 0.10 | TJT |
| | *Case Administration* - Review order authorizing sale of ART Business | 0.10 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' motion to settle claim of Burgdorf Building | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtor to settle claim of St. Joseph's hospital | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' motion to settle claim of Chicago Historical Society | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtor to settle claim of N. Arkansas Regional Medical | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' claim of Gulf Atlantic properties | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtor to settle claim of John Muir Hospital | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' settlement of claim of Kark-TV | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement of BNSF claims re EPA agreement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review final chart of admitted exhibits | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review particular Arrowood exhibit in virtual data room | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re closing arguments | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re closing arguments | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re 10/26/09 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 10/26/09 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Download 10/26/09 hearing transcripts | 0.10 | MH |
| | *Case Administration* - Download revised 10/13/09 hearing transcript | 0.10 | MH |

|  |  |  |  |
|---|---|---|---|
|  | material |  |  |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Edit Sept. 09 prebill | 0.20 | MH |
|  | *Fee Applications, Applicant* - Modify Sept. 09 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.80 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Sept. 09 Fee Application | 0.40 | MH |
|  | *Case Administration* - Receive and distribute hearing transcript; receive and distribute revised 10/13/09 hearing transcript | 0.50 | SEK |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
| Oct-29-09 | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
|  | *Case Administration* - Review notice of withdrawal of Cozen O'Connor | 0.10 | TJT |
|  | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' motion to approve settlement with F. F. Thompson | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of filing final deposition designations, charts, and review charts | 2.40 | TJT |
|  | *Plan and Disclosure Statement* - Review certificate of counsel re order re closing arguments | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 10/13/09 revised transcript | 0.10 | TJT |
|  | *Fee Applications, Others* - E-mail to L. Flores re deadline to file 34th quarterly fee application | 0.10 | MH |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
| Oct-30-09 | *Fee Applications, Others* - Review Bilzin Sept. 09 fee application for filing | 0.10 | LLC |
|  | *Case Administration* - Review district court docket for certain new appeals from bankruptcy orders; confer with law clerk re same | 0.20 | SGW |
|  | *Case Administration* - Review debtor's 33rd quarterly report of sales | 0.10 | TJT |
|  | *Case Administration* - Review debtors' 33rd quarterly report of settlements | 0.10 | TJT |
|  | *Case Administration* - Review order authorizing retention plan for new hires | 0.10 | TJT |
|  | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' motion to approve settlement with Olympus 555 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlement with Main Plaza LLC | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from K. Love re post-trial briefing issues | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review index re trial briefs for binder to court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review index for phase II pre-trial statements for binder for court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review index for deposition designations for binder for court | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review order re scheduling closing arguments for confirmation hearing | 0.10 | TJT |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's Sept. 09 Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bizin's Sept. 09 fee application | 0.40 | MH |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
|  | *Case Administration* - Revise appeals memo to T. Tacconelli with new appeal information | 0.10 | RM |
| Oct-31-09 | *Case Administration* - Review certificate of no objection filed by debtors | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' motion to approve settlement with Glen Oak Club | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review certificate of counsel filed by USCC re Frezza motion | 0.10 | TJT |
|  | Totals | 122.40 |  |

### DISBURSEMENTS

| Oct-01-09 | Photocopy Cost | 0.50 |
|---|---|---|
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.90 |
| Oct-02-09 | Photocopy Cost | 0.60 |
| Oct-03-09 | Photocopy Cost | 1.00 |
| Oct-06-09 | Photocopy Cost | 0.90 |
| Oct-09-09 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 9.80 |
|  | Cost Advance - J&J Court Transcribers | 410.40 |
| Oct-10-09 | Photocopy Cost | 10.10 |
|  | Photocopy Cost | 3.10 |
| Oct-12-09 | Photocopy Cost | 0.60 |
|  | Cost Advance - J&J Court Transcribers | 184.80 |
| Oct-13-09 | Photocopy Cost | 0.60 |
|  | Cost Advance - J&J Court Transcribers | 428.40 |
| Oct-14-09 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Oct-15-09 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 5.00 |
|  | Photocopy Cost | 5.00 |
|  | Photocopy Cost | 4.90 |
|  | Cost Advance - Blue Marble - hand deliveries (Inv # 12363) | 24.00 |
| Oct-16-09 | Photocopy Cost | 5.70 |
|  | Photocopy Cost | 6.80 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 3.20 |
|  | Photocopy Cost | 2.50 |
|  | Cost Advance - Blue Marble - copies 12.60; service 13.95 (Inv # 36291) | 26.55 |
| Oct-19-09 | Cost Advance - Blue Marble - copies 11.20; service 13.95 (Inv # 36248) | 25.15 |

| Date | Description | Amount |
|---|---|---:|
| | Cost Advance - Pacer Service Center - 7/1/09-9/30/09 (SGW) Account # FJ0321 | 34.80 |
| Oct-20-09 | Cost Advance - Parcel's, Inc - photocopies | 60.50 |
| | Cost Advance - Pacer Service Center - 7/1/09-9/30/09 (TJT) Account # FJ0093 | 25.36 |
| Oct-21-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 11.20 |
| | Cost Advance - Parcel's, Inc - photocopies | 259.30 |
| Oct-22-09 | Photocopy Cost | 1.80 |
| Oct-23-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.60 |
| | Cost Advance - J&J Court Transcribers | 198.85 |
| Oct-26-09 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.80 |
| | Cost Advance - J&J Court Transcribers | 320.10 |
| Oct-27-09 | Photocopy Cost | 0.60 |
| | Cost Advance - Court Call - 9/10/09 hearing | 30.00 |
| Oct-28-09 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 11.90 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 4.80 |
| | Cost Advance - Court Call - 10/13/09 hearing | 247.00 |
| Oct-29-09 | Photocopy Cost | 7.90 |
| | Photocopy Cost | 8.60 |
| | Cost Advance - Court Call - 10/14/09 hearing | 219.00 |
| | Cost Advance - J&J Court Transcribers | 320.40 |
| | Cost Advance - J&J Court Transcribers | 294.00 |
| Oct-30-09 | Photocopy Cost | 4.80 |
| | Photocopy Cost | 1.80 |
| | Totals | $3,245.01 |

**Total Fees & Disbursements**     **$35,454.01**