**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 12/21/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTEENTH MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

Name of Applicant:                Alan B. Rich, Esq.

Authorized to Provide Services To:   Hon. Alexander M. Sanders, Jr.,
                                     Legal Representative for Future Asbestos-
                                     Related Property Damage Claimants
                                     and Holders of Demands

Date of Retention:                September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:      November 1, 2009 through November 30, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:         $16,176.00   [80% of $20,220.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:  $10.35

This is a(n):  ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

---

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 33.7 hours,[2] for a total amount billed of $20,220.00 of which 80% is currently sought, in the amount of $16,176.00.

As stated above, this is the Fifteenth application for monthly fees and expenses. The time for preparation of this Application is approximately 2.0 hours, for which $1,200.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 26.4 | $15,840.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's & Local counsel's) | 7.3 | $4,380 |
| TOTAL | 33.7 | $20,220.00 |

EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
| Postage | $10.35 |
| TOTAL | $10.35 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                                      Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of December, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (November, 2009)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 11/1/2009 | Prepare 14th Monthly Fee Applicaton | 2.0 |
| 11/1/2009 | Revise Proof and file Post-Trial Brief of PD FCR | 0.5 |
| 11/2/2009 | Conference with client re status | 0.1 |
| 11/4/2009 | Emails to and from PD Committee Counsel re status of PD Trust modifications | 0.1 |
| 11/4/2009 | Review Order on Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Where the Reliance Materials Have Not Been Produced | 0.1 |
| 11/4/2009 | Review Order on Grace Motion to strike Montana and Libby deposition designations | 0.1 |
| 11/4/2009 | Review Monthly Operating Report (September 2009) | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 11/4/2009 | Review motion for leave to exceed page limitations filed by Plan Proponents | 0.1 |
| 11/4/2009 | Review general Post Trial Brief of the Plan Proponents and Libby Issues Brief of Plan Proponents | 4.0 |
| 11/4/2009 | Telephone conference with client re status | 0.1 |
| 11/4/2009 | Emal from Ted Freedman re status of PD Trust technical amendments | 0.1 |
| 11/4/2009 | Prepare CNO's for PD FCR's 6th, 7th and 8th monthly fee applications | 0.4 |
| 11/4/2009 | Prepare 9th Monthly Fee Applicaton of PD FCR | 0.8 |
| 11/5/2009 | Attention to transmission of various post-trial briefs to client | 0.2 |
| 11/5/2009 | Review Post-Trial Briefs (Plan Proponents' Brief re Bank Lender Issues; Garlock; Various Joinders in others' Post Trial Briefs; State of Montana) | 2.6 |
| 11/5/2009 | Emails re Hyperlinking issues for Post trial briefs | 0.1 |
| 11/6/2009 | Prepare Local Counsel fee Application | 0.3 |
| 11/6/2009 | Review Post-Trial Briefs (Anderson Memorial re feasability; BNSF; Maryland Casualty, Arrowood, GEICO/Republic, Longacre, Morgan Stanley and Libby Claimants) | 4.0 |
| 11/6/2009 | Emails re issues concerning Hyperlinking post-trial briefs | 0.1 |
| 11/6/2009 | Emails to and from fee auditor re quarterly fee application | 0.1 |
| 11/7/2009 | Review Post-Trial Briefs (CNA, One Beacon/Seaton, Hartford and Kaneb) | 2.0 |
| 11/7/2009 | Emails from Debtors re hyperlinking PD FCR brief | 0.1 |
| 11/9/2009 | Review Errata Sheet for One Beacon/Seaton brief and transmittal notices of Hyperlinked Briefs | 0.2 |

| | | |
|---|---|---|
| 11/9/2009 | Review letter to court from counsel for the UCC | 0.1 |
| 11/9/2009 | Emails to and from counsel for the PD Committee re amendments | 0.1 |
| 11/9/2009 | Email from Debtors' counsel re extension of time to file hyperliked briefs | 0.1 |
| 11/10/2009 | Review Settlement Agreement with the Edwards Plaintiffs and with Allianz | 1.0 |
| 11/10/2009 | Review Debtors' settlement motion regarding the Solow PD Claim | 0.5 |
| 11/10/2009 | Review Debtors' Motion to Expunge two Canadian PD Claims | 0.3 |
| 11/11/2009 | Review CNA notice of transmittal of hyperlinked briefs | 0.1 |
| 11/11/2009 | Review Settlement Agreement and approval motion between Debtors and Zurich | 0.5 |
| 11/12/2009 | Revisions to Frist Monthly Fee Application of Local Counsel to the PD FCR and attention to filing of same | 0.4 |
| 11/12/2009 | Preparation of 34th Quarterly Fee Application | 1.5 |
| 11/13/2009 | Preparation of 34th Quarterly Fee Application of the PD FCR | 1.5 |
| 11/13/2009 | Review Certification of Counsel re error in Arrowood post-trial brief | 0.1 |
| 11/13/2009 | Review Errata Sheet for Grace's Main post-trial brief | 0.1 |
| 11/13/2009 | Review Notice of Filing of Hyperlinked briefs of PD FCR and others | 0.1 |
| 11/13/2009 | Review CNOs re settlements with Acton, NJDEP and Austin Quality Foods and re PI FCR retention of financial advisor | 0.1 |
| 11/17/2009 | Email to client re status | 0.1 |
| 11/17/2009 | Email from J. Baer re Omnibus Hearing and arrange for telephonic participation | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 11/17/2009 | Review agenda for November Omnibus hearing | 0.1 |
| 11/18/2009 | Review Notice of Transmital of hyperlinked briefs of Longacre et al. | 0.1 |
| 11/18/2009 | Review Orders approving stiplations of settlements with NJDEP, Town of Acton and Austin Quality Foods and Order approving retention of new financial advisor to PI FCR | 0.2 |
| 11/19/2009 | Review Errata to Plan Proponents' Phase II Post-Trial Brief in Response to Confirmation Objections of the Libby Claimants | 0.1 |
| 11/19/2009 | Review Letter from Court re location of December Omnibus hearing | 0.1 |
| 11/20/2009 | Review BNSF post trial reply brief | 0.2 |
| 11/23/2009 | Prepare CNO for October Fee Application | 0.2 |
| 11/23/2009 | Attend telephonic November Omibus hearing | 0.7 |
| 11/23/2009 | Prepare CNO for PD FCR October Fee Application | 0.2 |
| 11/28/2009 | Begin Review of Reply Briefs (Longacre; Plan Propondents' (re Libby); GEICO joinder; One Beacon; Garlock; Libby Claimants; UCC; Anderson Memorial re Feasability; Kaneb; Maryland Casualty; State of Montana; CNA; Morgan Stanley; Arrowood; AXA Joinder; ACC Joinder; Plan Proponents re bank lenders and re general matters) | 3.0 |
| 11/29/2009 | Continued review of Reply Briefs | 3.0 |
| 11/29/2009 | Review reservations of rights of Fresenious and Sealed Air | 0.2 |
| 11/29/2009 | Review Anderson Memorial Errata sheet | 0.1 |
| 11/30/2009 | Telephone conference with Dan Speights | 0.1 |
| 11/30/2009 | Review CNOs re PD Settlement, re Edwards Settlement and re Zurich Settlement | 0.1 |
| 11/30/2009 | Review Response to Debtors' Motion to expunge two Canadian PD claims | 0.1 |

      Total:  33.7 hours @ $600.00/hour = $20,220.00

<u>Expenses</u>:   Detail on Exhibit 1– $10.35

      **<u>Total Fees and Expenses Due:</u>    $20,230.35**

EXPENSES FOR NOVEMBER 2009                                                               EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 11/9/2009 | Postage | $10.35 |
| | TOTAL EXPENSES | $10.35 |