IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., ET AL          Chapter 11

                                    Case No. 01-1139-JKF

Debtor

SUPPLEMENTAL
VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY Fed. R. Bankr. P. Rule 2019

Kathy Byrne, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Cooney and Conway, 120 N. LaSalle St., Chicago, IL 60602.

2. This Supplemental Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated June 17, 2004 (the "Supplement to Revised Order").

3. The law firm of Cooney and Conway has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto. The list consists those creditors identified in our original Verified Statement, as well as subsequent creditors added, deleted or creditor information changed to date.

4. The order signed certifies that each creditor names on the attached list has executed a

Power of Attorney and an Authorization to Represent authorizing Cooney and Conway to represent the creditor in bankruptcy proceedings.

     5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

     6. The Creditors hold claims in varying amounts for monetary damages due to asbestos related personal injury and disease. Pursuant to the Supplement to Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

     7. The Law Offices of Cooney and Conway does not hold any claims against or interest in the Debtor.

     8. The Law Offices of Cooney and Conway will file an amended and supplemental statement setting forth any material changes in the facts contained in this Supplemental Verified Statement, should any such changes occur.

_____
Kathy Byrne

Sworn to before me this 1st day of December 2009.

_____
Notary Public

SHANNON M MCGOUN
NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS
MY COMMISSION EXPIRES
JANUARY 15, 2013