# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**OCTOBER 1, 2009 – OCTOBER 31, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.4 | $1,620.00 |
| 0013 | Business Operations | 0.2 | 135.00 |
| 0014 | Case Administration | 31.3 | 5,980.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 8.8 | 6,188.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 17.2 | 11,704.00 |
| 0018 | Fee Application, Applicant | 8.5 | 2,752.00 |
| 0019 | Creditor Inquiries | 1.8 | 1,448.00 |
| 0020 | Fee Application, Others | 2.1 | 477.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 1.9 | 1,270.00 |
| 0035 | Travel - Non Working | 20.3 | 15,652.50 |
| 0036 | Plan and Disclosure Statement | 280.0 | 193,495.50 |
| 0037 | Hearings | 59.7 | 47,547.50 |
| 0040 | Employment Applications - Others | 0.5 | 337.50 |
| 0041 | Relief from Stay Proceedings | 0.4 | 270.00 |
| | | | |
| | | | |
| | Sub Total | **435.1** | **288,877.00** |
| | Less 50% Travel | **(10.1)** | **(7,826.25)** |
| | Total | **425.0** | **$281,050.75** |

# STROOCK

## INVOICE

| DATE | November 30, 2009 |
|---|---|
| INVOICE NO. | 490039 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2009, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2009 | Attend to District Court decision reversing Judge Fitzgerald's ruling disallowing certain property damage claims and preparation of memorandum to the Committee thereon. | Krieger, A. | 1.9 |
| 10/02/2009 | Exchanged memoranda with LK, KP re District Court's decision reversing Judge Fitzgerald's summary judgment decision (.2); attend to article re Spokane Zonolite facility (.1). | Krieger, A. | 0.3 |
| 10/07/2009 | Exchanged memoranda with R. Finke re: pending property damage settlements. | Krieger, A. | 0.1 |
| 10/09/2009 | Attend to R. Finke memorandum re: PD Claims settlements. | Krieger, A. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 675 | $ 1,620.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,620.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,620.00 |
|---|---|

# STROOCK

| RE | Business Operations 699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2009 | Telephone conference Capstone re: report on second quarter and year to date operations. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 675 | $ 135.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 135.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 135.00 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843 0014 |
|----|-----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); review case file documents (.7). | Mohamed, D. | 1.9 |
| 10/02/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2); prepare documents for attorney review (.5). | Mohamed, D. | 2.4 |
| 10/05/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case file documents (1.1); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 2.8 |
| 10/06/2009 | Review and update case docket no. 01-1139 (.4); Obtain and circulate recently docketed pleadings in main case (.5); research and obtain certain documents for attorney review (.9). | Mohamed, D. | 1.8 |
| 10/09/2009 | A. Krieger: interlibrary loan - Financial Accounting. | Jones, M. | 0.3 |
| 10/09/2009 | Circulate WR Grace pleadings to working group. | Szemelynec, K. | 0.8 |
| 10/13/2009 | Circulate WR Grace pleadings to working group. | Szemelynec, K. | 0.4 |
| 10/14/2009 | Circulate WR Grace pleadings to working group. | Szemelynec, K. | 0.6 |
| 10/16/2009 | Circulate Grace pleadings to working group. | Goldstein, L. | 0.3 |
| 10/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review case file documents | Mohamed, D. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (1.4). | | |
| 10/21/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); Review adv. pro. case no. 01-771 (.2); review district court case no. 09-644 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.3 |
| 10/22/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case file documents (.7). | Mohamed, D. | 1.5 |
| 10/23/2009 | Review and update case docket no. 01-1139 (.3); Obtain and circulate recently docketed pleadings in main case (.8); prepare documents for review (.5); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 2.2 |
| 10/26/2009 | Exchanged  memoranda with J&J Court Transcribers and office conference MM re 10/26/09 hearing transcript. | Krieger, A. | 0.2 |
| 10/26/2009 | Coordinate obtaining transcript of 10/26/09 hearing. | Magzamen, M. | 0.3 |
| 10/26/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); research and obtain certain pleadings for attorney review (1.1); review adv. pro. case no. 01-771 (.2); review district court case no. 09-644 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.9 |
| 10/27/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); prepare documents for review (.6). | Mohamed, D. | 1.7 |
| 10/28/2009 | Circulate transcript of hearing from 10/26/09. | Magzamen, M. | 0.1 |
| 10/28/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (2.3); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 | Mohamed, D. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2); obtain documents for attorney review (.4). | | |
| 10/29/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); prepare documents for attorney review (.5). | Mohamed, D. | 1.7 |
| 10/30/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); obtain documents for review (.5); review adv. pro. case no. 01-771 (.2); review district court case no. 09-644 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Goldstein, Lisa | 0.3 | $ 255 | $ 76.50 |
| Jones, Margaret | 0.3 | 205 | 61.50 |
| Krieger, Arlene G. | 0.2 | 675 | 135.00 |
| Magzamen, Michael S. | 0.4 | 295 | 118.00 |
| Mohamed, David | 28.3 | 180 | 5,094.00 |
| Szemelynec, Kristine A. | 1.8 | 275 | 495.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,980.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,980.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/06/2009 | Attention to status of Committee appeal from PPI decision and drafted letter to court re: same. | Pasquale, K. | 0.8 |
| 10/14/2009 | T/c Shelnitz re: settlement issues and approaches. | Kruger, L. | 0.4 |
| 10/15/2009 | Memorandum to R. Riley re: PPI appeal inquiry. | Krieger, A. | 0.1 |
| 10/19/2009 | Attend to pending settlement motion and underlying documents. | Krieger, A. | 3.2 |
| 10/21/2009 | Attend to Debtors' motion resolving Austin Quality Foods claim (.7); attend to Debtors' motion for approval of agreement with the NJDEP (1.8). | Krieger, A. | 2.5 |
| 10/22/2009 | Attend to pending settlements and preparation of information request to J. Baer (1.3); memorandum to M. Berg re: Austin Quality Foods matter (.2). | Krieger, A. | 1.5 |
| 10/30/2009 | Exchanged memoranda with local counsel re: transmittal of Committee's appeal (.2); exchanged memoranda with J. Baer re: responses to information request on Town of Acton motion (.1). | Krieger, A. | 0.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.6 | $ 675 | $ 5,130.00 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.8 | 825 | 660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,188.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,188.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/02/2009 | Attend to Committee memorandum District Court decision and pending property damage settlement. | Krieger, A. | 0.9 |
| 10/04/2009 | Preparation of memorandum for the Committee re District Court's decision and pending matters. | Krieger, A. | 1.3 |
| 10/05/2009 | Attend to Committee memorandum re pending matters and District Court decision (.3); attend to Capstone's draft memorandum re proposed sale of 5% interest in ART LLC (.9); telephone call J. Dolan re draft Committee memorandum (.2). | Krieger, A. | 1.4 |
| 10/05/2009 | Review and revise memo to Committee re: Cal. PD claims. | Pasquale, K. | 0.2 |
| 10/06/2009 | Attend to Capstone's draft memorandum for the Committee re defined contribution plan (.6); memorandum to Capstone re comments on memorandum and proposed insert (.8). | Krieger, A. | 1.4 |
| 10/15/2009 | Attend to memorandum for the Committee re confirmation hearings, plan modification, post-hearing schedule. | Krieger, A. | 1.4 |
| 10/20/2009 | Memoranda with R. Riley re post-petition interest appeal. | Krieger, A. | 0.2 |
| 10/22/2009 | Preparation of memorandum to the Committee re pending settlement motions. | Krieger, A. | 6.3 |
| 10/23/2009 | Attend to memorandum for the Committee re pending matters. | Krieger, A. | 2.6 |
| 10/26/2009 | Memorandum to the Committee re 10/26/09 hearing. | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/26/2009 | Review memo to Committee re 10/26 hearing. | Kruger, L. | 0.2 |
| 10/30/2009 | Memorandum to the Committee re post-trial brief. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 16.8 | $ 675 | $ 11,340.00 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 0.2 | 825 | 165.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,704.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,704.00 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/05/2009 | Review Stroock's one hundred and first monthly fee statement in preparation for filing (.8); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee statement (.7). | Mohamed, D. | 2.1 |
| 10/15/2009 | Begin review of SSL September time and expenses. | Magzamen, M. | 0.2 |
| 10/19/2009 | Review and revise September bill. | Magzamen, M. | 1.5 |
| 10/20/2009 | Review/revise September bill. | Magzamen, M. | 0.5 |
| 10/21/2009 | Oc's w/ D. Mohamed and A. Krieger re: fee matters. | Magzamen, M. | 0.8 |
| 10/23/2009 | Review September bill. | Magzamen, M. | 1.2 |
| 10/25/2009 | Attend to September 2009 fee statement. | Krieger, A. | 1.0 |
| 10/26/2009 | Attend to September 2009 fee statement, including exchange with MM. | Krieger, A. | 0.4 |
| 10/28/2009 | Review September expenses. | Magzamen, M. | 0.4 |
| 10/28/2009 | Prepare draft of notice of Stroock's 102nd monthly fee statement. | Mohamed, D. | 0.4 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 675 | $ 945.00 |
| Magzamen, Michael S. | 4.6 | 295 | 1,357.00 |
| Mohamed, David | 2.5 | 180 | 450.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,752.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,752.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/06/2009 | Telephone call creditor re case status. | Krieger, A. | 0.3 |
| 10/06/2009 | Telephone conference creditor re: confirmation hearing status. | Pasquale, K. | 0.3 |
| 10/08/2009 | Telephone calls creditor re: plan status. | Krieger, A. | 0.4 |
| 10/09/2009 | Telephone conference Morgan Stanley counsel re: status (.2); telephone conference bank debt holder re: status (.2). | Pasquale, K. | 0.4 |
| 10/14/2009 | Tc bank debthholder re: approach to settlement. | Kruger, L. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.7 | $ 675 | $ 472.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.7 | 825 | 577.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,448.00 |
|----|----|

| TOTAL FOR THIS MATTER | $ 1,448.00 |
|----|----|

# STROOCK

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/16/2009 | Attend to other professionals' fee application. | Krieger, A. | 0.2 |
| 10/30/2009 | Review Capstone Advisory Group's sixty-sixth monthly fee statement in preparation for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 675 | $ 135.00 |
| Mohamed, David | 1.9 | 180 | 342.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 477.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 477.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/25/2009 | Attend to responses from Grace's in-house environmental counsel re: Austin Quality Foods information request. | Krieger, A. | 0.2 |
| 10/26/2009 | Review motion on Austin Foods claim settlement, emails regarding motion, review Debtors' explanation of basis for amount of settlement (.3); email A. Krieger re: same (.2). | Berg, M. | 0.5 |
| 10/26/2009 | Attend to Grace response re: Austin Quality Foods matter (.6); follow-up memorandum to J. Bear re: additional information (.3). | Krieger, A. | 0.9 |
| 10/27/2009 | Exchanged memoranda with J. Baer re: Austin Quality Foods inquiry (.1); memorandum to M. Berg re: Debtors' responses to information request (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.5 | $ 650 | $ 325.00 |
| Krieger, Arlene G. | 1.4 | 675 | 945.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,270.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,270.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 61.26 |
| Local Transportation | 116.46 |
| Long Distance Telephone | 48.99 |
| Duplicating Costs-in House | 26.80 |
| Court Reporting Services | 3479.70 |
| Travel Expenses - Transportation | 1870.79 |
| Travel Expenses - Lodging | 793.44 |
| Travel Expenses - Meals | 341.12 |
| Westlaw | 5718.69 |

| TOTAL DISBURSEMENTS/CHARGES | $ 12,457.25 |
|-----------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,457.25 |
|-----------------------|-------------|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/12/2009 | Travel to Pittsburgh for continued confirmation hearing. | Krieger, A. | 3.8 |
| 10/12/2009 | Travel to Pittsburgh for confirmation hearing. | Pasquale, K. | 4.5 |
| 10/14/2009 | Return travel from Pittsburgh to New York following confirmation hearings. | Krieger, A. | 3.5 |
| 10/14/2009 | Return travel from confirmation hearing. | Pasquale, K. | 4.5 |
| 10/26/2009 | Travel attendant to omnibus hearing in Wilmington, DE. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.3 | $ 675 | $ 4,927.50 |
| Pasquale, Kenneth | 13.0 | 825 | 10,725.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,652.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,652.50 |
|-----------------------|-------------|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2009 | Attend to materials and case law for continued confirmation hearing and post-trial briefing (5.6); telephone call Capstone re plan treatment inquiry (.4); attend to Plan Proponents' proposed stipulation re asbestos-related facts (.7); attend to memoranda re stipulation with Plan Proponents re admissibility of Ordway deposition designations (.2). | Krieger, A. | 6.9 |
| 10/01/2009 | Review revised proposed Ordway stipulation and summary (.4); exhibit admissibility issues and e-mails re: same (.6); prepared for 10/13-14 hearings and possible motion in limine argument (1.4). | Pasquale, K. | 2.4 |
| 10/02/2009 | Preparation for confirmation hearing (6.8); attend to J. Baer e-mail re admitted exhibit list and meet and confer re same (.1). | Krieger, A. | 6.9 |
| 10/02/2009 | Consider issues for post-hearing briefs. | Kruger, L. | 0.6 |
| 10/02/2009 | Review proposed exhibit stipulation and telephone conference J. Green re: same (.5); post-hearing briefing issues (1.8). | Pasquale, K. | 2.3 |
| 10/03/2009 | Preparation for confirmation hearing and post-trial briefs. | Krieger, A. | 3.4 |
| 10/04/2009 | Attend to post-trial confirmation material. | Krieger, A. | 3.4 |
| 10/05/2009 | Researched re: expert witness matters. | Jarashow, M. | 4.4 |
| 10/05/2009 | Preparation for confirmation hearings (.8); attend to J. Baer memorandum and evidentiary materials (1.1); attend meet and confer with all parties re parties'  and PP's positions on admission of trial exhibits (1.5); conference call with KP, bank lenders' counsel re confirmation | Krieger, A. | 6.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | hearings, post-trial briefs (.3); attend to post-trial issues (2.5); attend to Anderson memorial related matters to be heard 10/07/09 (.4). | | |
| 10/05/2009 | Review PP's revised admitted exhibit list (.4); conference call with all parties re: exhibit issues (1.5); prep for continued confirmation hearing (2.0): prep for and conference call with bank lenders' counsel re: post-hearing issues (.8). | Pasquale, K. | 4.7 |
| 10/06/2009 | Researched re: expert witness matters. | Jarashow, M. | 8.4 |
| 10/06/2009 | Attend to materials and case law for continued confirmation hearing and post-trial briefing (6.3); attend to post-petition interest appeal matters and memoranda with KP re same (.5); exchanged memoranda with DM re same (.1); memoranda re: hyper linking for post-trial brief (.1). | Krieger, A. | 7.0 |
| 10/06/2009 | Prep for continued confirmation hearing (1.6); attention to post-hearing briefing issues and review record (2.3). | Pasquale, K. | 3.9 |
| 10/07/2009 | Researched re: expert witness matters (4.9); draft memo re: same (2.4). | Jarashow, M. | 7.3 |
| 10/07/2009 | Attend to materials for post-trial brief (6.9); memoranda with KP re: same (.2); memoranda with re: Phillips re: same (.2). | Krieger, A. | 7.3 |
| 10/07/2009 | Prepare for confirmation hearing and Frezza motion in limine (2.2); email Bernick re: same (.2); review Grace filings re: depositions, exhibits (1.0). | Pasquale, K. | 3.4 |
| 10/08/2009 | Research re: expert witness matters (1.9); draft e-mail memo re: same (1.1). | Jarashow, M. | 3.0 |
| 10/08/2009 | Attend to COCs re lists of admitted and to be admitted exhibits (1.1); attend to plan confirmation and post-trial brief materials (5.9). | Krieger, A. | 7.0 |
| 10/08/2009 | Review case law and prepare for Frezza motion in limine argument (3.4); review record and attend to post-trial brief issues (1.8). | Pasquale, K. | 5.2 |
| 10/09/2009 | Attend to post-trial materials and case law (4.4); | Krieger, A. | 7.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exchanged memoranda with J. Green re: stipulation in respect of Committee's and bank lender group's exhibits (.1); attend to order on motion to compel further deposition testimony (.3); preparation for continued confirmation hearings (2.4). | | |
| 10/09/2009 | Prep for continued confirmation hearing. | Pasquale, K. | 4.5 |
| 10/09/2009 | Obtain case files in preparation of brief (.3); o/c w/ K. Pasquale re: same (.1). | Quartararo, M. | 0.4 |
| 10/11/2009 | Attend to confirmation issues. | Krieger, A. | 2.1 |
| 10/12/2009 | Attend to recently filed pleadings including R. Finke proffer, M. Shelnitz interrogatories, second modifications to the plan (2.4); attend to confirmation material for 10/13-14/09 hearings (3.2). | Krieger, A. | 5.6 |
| 10/12/2009 | Review matters for confirmation hearing. | Kruger, L. | 0.8 |
| 10/12/2009 | Attend to trial exhibits and burn to CD. | Quartararo, M. | 0.5 |
| 10/13/2009 | Attend to confirmation materials. | Krieger, A. | 0.9 |
| 10/15/2009 | Attend to trial testimony and other materials for post-trial brief. | Krieger, A. | 7.1 |
| 10/15/2009 | Consideration of issues re: Frezza (1.2); review post-hearing issues (.4). | Kruger, L. | 1.6 |
| 10/15/2009 | Research, review and prepare response to Grace motion in limine presentation re Frezza (6.0); post-hearing issues re briefing, etc. (1.5). | Pasquale, K. | 7.5 |
| 10/16/2009 | Attend to case law and other materials re: post-trial briefing (6.3); attend to revised post-trial order from K&E and exchanged memoranda with KP re: same (.3); attend to draft opposition to oral Daubert motion to exclude expert's testimony and memoranda thereon (.5). | Krieger, A. | 7.1 |
| 10/16/2009 | Review draft Frezza response. | Kruger, L. | 0.6 |
| 10/16/2009 | Drafting and research review re Frezza testimony issues (5.8); post-trial brief issues (1.5). | Pasquale, K. | 7.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/18/2009 | Attend to materials for post-trial brief and for opposition to oral Daubert motion to exclude expert's testimony (4.5); attend to draft opposition to Daubert motion (1.2); memoranda to Jim Bowen re hearing transcripts (.1). | Krieger, A. | 5.8 |
| 10/19/2009 | Load deposition transcripts and related items to Livenote. | Cromwell, M. | 0.8 |
| 10/19/2009 | Memoranda re revised  hearing transcripts (.2); attend to opposition to Daubert motion (2.8); attend to confirmation materials (1.3); attend to J. Baer memoranda re exhibit and deposition designation procedures (.2). | Krieger, A. | 4.5 |
| 10/19/2009 | Review Frezza draft response (.3); review post-trial issues (.4). | Kruger, L. | 0.7 |
| 10/19/2009 | Revisions to Frezza draft opposition (.5); post-trial brief issues (1.0). | Pasquale, K. | 1.5 |
| 10/20/2009 | Attend to confirmation and post-trial issues (6.8); attend to opposition to Daubert motion re Committee's expert and memoranda thereon (.7); attend to J. Baer memoranda re not admitted exhibits and deposition designations, and exchanged multiple memoranda thereon (.8). | Krieger, A. | 8.3 |
| 10/20/2009 | Attention to AK memo re 10/26 agenda (.1); review post-trial and confirmation issues (.8); review Frezza opposition and provide comments to KP (.7); review e-mails and comments of Paul Weiss (.2). | Kruger, L. | 1.8 |
| 10/20/2009 | Review CC opposition brief re: PP motion to exclude Frezza as expert and begin to fact check transcript references. | Magzamen, M. | 0.5 |
| 10/20/2009 | Review bluebook and cite-check response to motion to exclude. | Palacios, G. | 2.5 |
| 10/20/2009 | Confer L. Kruger and revise Frezza opposition for LK, PW comments (1.4); post-trial briefing issues and record review (2.6); review e-mails and lists re admitted exhibits (.5); e-mails re same (.1) | Pasquale, K. | 4.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/21/2009 | Memorandum with J. Green re chart of admitted exhibits (.1); attend to record re scheduling and evidentiary submissions (1.6); attend to J. Baer list of additional exhibits and proffer (.2). | Krieger, A. | 1.9 |
| 10/21/2009 | Review revisions to Frezza opposition. | Kruger, L. | 0.4 |
| 10/21/2009 | Review and correct trial exhibits. | Magzamen, M. | 2.7 |
| 10/21/2009 | Revisions to Frezza opposition (1.1); attention to emails and lists re exhibits (.4); post-trial briefing issues (1.2). | Pasquale, K. | 2.7 |
| 10/21/2009 | Fact check for Frezza brief. | Szemelynec, K. | 2.1 |
| 10/22/2009 | Attend to final form of opposition to Daubert motion re R. Frezza's testimony (.7); exchanged memoranda re filing and service of opposition to Daubert motion re Frezza testimony (.4). | Krieger, A. | 1.1 |
| 10/22/2009 | Review final Frezza opposition (.2); review post-trial issues (.4). | Kruger, L. | 0.6 |
| 10/22/2009 | Revise and finalize Frezza opposition and exhibits (.6); emails re exhibits (.3); post-trial brief issues (2.0). | Pasquale, K. | 2.9 |
| 10/22/2009 | Corrpespond with K. Pasquale re: Frezza transcript and exhibit. | Szemelynec, K. | 0.4 |
| 10/23/2009 | Attend to revised exhibit lists and memoranda thereon (1.3); meet and confer with representatives for all parties re: trial exhibits and related matters and follow up telephone call J. Baer re: exhibit list (.8); attend to materials for post-trial briefing (3.6). | Krieger, A. | 5.7 |
| 10/23/2009 | Attn to Post-trial brief. | Pasquale, K. | 2.0 |
| 10/25/2009 | Attend to trial testimony and other materials for post-trial brief. | Krieger, A. | 1.6 |
| 10/26/2009 | Attend to expert and other issues. | Krieger, A. | 4.1 |
| 10/27/2009 | Attend to proposed form of order re 10/26/09 hearing (.9); exchanged memoranda with bank lenders' counsel re same (.2); attend to expert | Krieger, A. | 8.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and other issues (4.5); attend to material for post-trial brief (3.2). | | |
| 10/27/2009 | Review post-trial brief. | Kruger, L. | 0.6 |
| 10/27/2009 | Review and revise draft order re Frezza motion (.3); review and revise draft post trial brief and review related documents, exhibits (3.4). | Pasquale, K. | 3.7 |
| 10/28/2009 | Attend to draft post-trial brief and office conferences KP re same (9.1); attend to 10/26/09 hearing transcript (1.3); memorandum to J. Baer re proposed order re denying motion to strike Frezza testimony (.2). | Krieger, A. | 10.6 |
| 10/28/2009 | O/c with KP and t/c bank debt holder re settlement issues. | Kruger, L. | 0.4 |
| 10/28/2009 | Review and revise draft post-trial brief and related research. | Pasquale, K. | 6.8 |
| 10/29/2009 | Attend to preparation of post-trial brief (8.1); preparation of certificate of counsel re order on Debtors' motion to exclude Frezza testimony (.6); memoranda re scheduled closing arguments (.1); memorandum from Debtors' counsel re proposed form of order (.1). | Krieger, A. | 8.9 |
| 10/29/2009 | Review post-trial brief. | Kruger, L. | 1.2 |
| 10/29/2009 | Review and revise draft post-trial brief. | Pasquale, K. | 8.3 |
| 10/30/2009 | Attend to review and preparation of post-trial brief and office conference KP re same (7.7); attend to certificate of counsel re ruling on motion to exclude Frezza testimony and memo to local counsel re same (.4). | Krieger, A. | 8.1 |
| 10/30/2009 | Review revised post-trial brief. | Kruger, L. | 2.8 |
| 10/30/2009 | Oc w/ K. Pasquale re: post-trial brief preparation. | Magzamen, M. | 0.4 |
| 10/30/2009 | Review, revise, research re: draft post-trial brief. | Pasquale, K. | 7.5 |
| 10/31/2009 | Attend to review and preparation of post-trial brief. | Krieger, A. | 3.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/31/2009 | Revisions to post-trial brief. | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cromwell, Marlon E. | 0.8 | $ 235 | $ 188.00 |
| Jarashow, Mark S. | 23.1 | 345 | 7,969.50 |
| Krieger, Arlene G. | 151.8 | 675 | 102,465.00 |
| Kruger, Lewis | 12.1 | 995 | 12,039.50 |
| Magzamen, Michael S. | 3.6 | 295 | 1,062.00 |
| Palacios, Gino D. | 2.5 | 240 | 600.00 |
| Pasquale, Kenneth | 82.7 | 825 | 68,227.50 |
| Quartararo, Michael | 0.9 | 285 | 256.50 |
| Szemelynec, Kristine A. | 2.5 | 275 | 687.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 193,495.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 193,495.50 |
|---|---|

# STROOCK

| RE | Hearings 699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/02/2009 | Attend to 10/01/09 agenda notice (.1); court call arrangements for 10/7/09 hearing (.1). | Krieger, A. | 0.2 |
| 10/06/2009 | Attend to agenda notice for confirmation hearings and memoranda re argument on Debtors' oral motion to exclude Frezza testimony (.3); memorandum to LK re attendance at continued confirmation hearing (.1). | Krieger, A. | 0.4 |
| 10/07/2009 | Attend to Grace hearing re Anderson memorial related matters (1.8); memoranda re hearing (.6); memorandum to R. Frezza re confirmation hearings (.2). | Krieger, A. | 2.6 |
| 10/08/2009 | Exchanged memoranda with R. Frezza re: 10/13-14/09 confirmation hearings. | Krieger, A. | 0.2 |
| 10/09/2009 | Attend to amended agenda notice (.1); office conference KP re: 10/13-14/09 hearings and preparation for same (.9); office conference M. Magzamen re: court call arrangements for LK (.2). | Krieger, A. | 1.2 |
| 10/09/2009 | Set up telephonic appearances w/ L. Kruger for October 13 and 14 hearings. | Magzamen, M. | 1.0 |
| 10/12/2009 | Preparation for confirmation hearing, including review of pleadings (e.g., plan modifications) recently filed by plan proponents. | Pasquale, K. | 4.1 |
| 10/13/2009 | Preparation for and attendance at continued confirmation hearing re: Zilly testimony on best interests, feasibility, other. | Krieger, A. | 8.9 |
| 10/13/2009 | Attend confirmation hearing by telephone. | Kruger, L. | 6.0 |
| 10/13/2009 | Participated in confirmation hearing. | Pasquale, K. | 9.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/14/2009 | Attendance at continued confirmation hearing re: plan modifications, motions in limine, scheduling. | Krieger, A. | 5.8 |
| 10/14/2009 | Attend court hearing on confirmation by telephone. | Kruger, L. | 4.2 |
| 10/14/2009 | Participated in confirmation hearing. | Pasquale, K. | 5.8 |
| 10/20/2009 | Attend to 10/26/09 agenda notice and memorandum to LK re same. | Krieger, A. | 0.1 |
| 10/21/2009 | Telephone call court re: LK, AK attendance at 10/26/09 omnibus hearing. | Krieger, A. | 0.1 |
| 10/23/2009 | Memorandum to LK re 2010 omnibus hearing | Krieger, A. | 0.2 |
| 10/25/2009 | Prep for omnibus hearing, including Frezza motion. | Pasquale, K. | 2.5 |
| 10/26/2009 | Attend (telephonically) omnibus hearing re: argument on Debtors' oral motion to strike Frezza testimony (2.1); office conference LK re: same (.2). | Krieger, A. | 2.3 |
| 10/26/2009 | Attend court hearing telephonically re: agenda and Frezza Daubert motion (2.1); o/c with AK re: same (.2). | Kruger, L. | 2.3 |
| 10/26/2009 | Prep for and participate in omnibus hearing. | Pasquale, K. | 2.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 22.0 | $ 675 | $ 14,850.00 |
| Kruger, Lewis | 12.5 | 995 | 12,437.50 |
| Magzamen, Michael S. | 1.0 | 295 | 295.00 |
| Pasquale, Kenneth | 24.2 | 825 | 19,965.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 47,547.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 47,547.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/25/2009 | Attend to FCR's application to employ Lincoln Partners Advisors. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 675 | $ 337.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 337.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 337.50 |
|---|---|

# STROOCK

| RE | Relief from Stay Proceedings<br>699843  0041 |
|----|----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/23/2009 | Review Debtors' response to Munoz stay relief. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 675 | $ 270.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 270.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 270.00 |
|-----------------------|----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 288,877.00 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 12,457.25 |
| TOTAL BILL | $ 301,342.03 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.