# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2009 – OCTOBER 31, 2009**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 25.6 | $ 995 | $ 25,472.00 |
| Pasquale, Kenneth | 121.6 | 825 | $ 100,320.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.5 | 650 | $ 325.00 |
| Jarashow, Mark S. | 23.1 | 345 | $ 7,969.50 |
| Krieger, Arlene G. | 212.9 | 675 | $ 143,707.50 |
| | | | |
| **Paraprofessionals** | | | |
| Cromwell, Marlon E. | 0.8 | 235 | $ 188.00 |
| Goldstein, Lisa | 0.3 | 255 | $ 76.50 |
| Jones, Margaret | 0.3 | 205 | $ 61.50 |
| Magzamen, Michael S. | 9.6 | 295 | $ 2,832.00 |
| Mohamed, David | 32.7 | 180 | $ 5,886.00 |
| Palacios, Gino D. | 2.5 | 240 | $ 600.00 |
| Quartararo, Michael | 0.9 | 285 | $ 256.50 |
| Szemelynec, Kristine A. | 4.3 | 275 | $ 1,182.50 |
| | | | |
| **Sub Total** | **435.1** | | **$288,877.00** |
| **Less 50% Travel** | **(10.1)** | | **(7,826.25)** |
| **Total** | **425.0** | | **$281,050.75** |