# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2009 – OCTOBER 31, 2009**

| | |
|---|---:|
| Outside Messenger Service | 61.26 |
| Local Transportation | 116.46 |
| Long Distance Telephone | 48.99 |
| Duplicating Costs-in House | 26.80 |
| Court Reporting Services | 3,479.70 |
| Travel Expenses – Transportation | 1,870.79 |
| Travel Expenses – Lodging | 793.44 |
| Travel Expenses – Meals | 341.12 |
| Westlaw | 5,718.69 |
| | |
| **TOTAL** | **12,457.25** |

# STROOCK

## **DISBURSEMENT REGISTER**

| DATE | November 30, 2009 |
|---|---|
| INVOICE NO. | 490039 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through October 31, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/05/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191093311 on 09/25/2009 | 9.01 |
| 10/05/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191940084 on 09/25/2009 | 6.35 |
| 10/05/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192147690 on 09/25/2009 | 6.35 |
| 10/05/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193964108 on 09/25/2009 | 6.35 |
| 10/12/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191066636 on 10/05/2009 | 6.47 |
| 10/12/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking | 6.47 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | #:1Z10X8270191398242 on 10/05/2009 | |
| 10/12/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191679822 on 10/05/2009 | 6.47 |
| 10/12/2009 | VENDOR: UPS; INVOICE: FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193258658 on 10/05/2009 | 9.18 |
| 10/20/2009 | VENDOR: UPS; INVOICE#: 0000010X827429; DATE: 10/17/2009; FROM Margaret Jones, 180 Maiden Lane, New York, NY TO ILL/LIBRARY WILLIAM PATERSON UNIVERSITY, 300 POMPTON ROAD, WAYNE, NJ 7470 Tracking #:1Z10X8270395413188 on 10/09/2009 | 4.61 |
| | **Outside Messenger Service Total** | **61.26** |

**Local Transportation**

| | | |
|---|---|---|
| 10/20/2009 | VENDOR: NYC Taxi; Invoice#: 878211; Voucher #: 912725471; Mark Jarashow 10/06/2009 23:24 from 180 MAIDEN LA MANHATTAN NY to 48 W 48 ST MANHATTAN NY | 36.73 |
| 10/20/2009 | VENDOR: NYC Taxi; Invoice#: 878211; Voucher #: 912726584; Mark Jarashow 10/07/2009 20:20 from 180 MAIDEN LA MANHATTAN NY to 1 W 48 ST MANHATTAN NY | 36.73 |
| 10/21/2009 | VENDOR: Petty Cash; INVOICE#: 101509; A. Krieger Trans. with voluminous materials to work (10-15-09) & from work (10-09-09) | 43.00 |
| | **Local Transportation Total** | **116.46** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 08/02/2009 | VENDOR: Soundpath Legal Conferencing; Teleconference 07-30-09 | 9.30 |
| 09/27/2009 | VENDOR: Soundpath Legal Conferencing; Teleconference 09-24-09 | 15.21 |
| 10/01/2009 | EXTN.795588, TEL.2015877123, S.T.12:35, DUR.00:01:55 | 1.11 |
| 10/02/2009 | EXTN.795562, TEL.3024674400, S.T.16:44, DUR.00:04:15 | 2.78 |
| 10/05/2009 | EXTN.795544, TEL.2015877144, S.T.11:44, DUR.00:12:04 | 7.23 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06/2009 | EXTN.795562, TEL.2015877123, S.T.17:16, DUR.00:01:45 | 1.11 |
| 10/06/2009 | EXTN.795562, TEL.2015877123, S.T.17:34, DUR.00:01:09 | 1.11 |
| 10/09/2009 | EXTN.795795, TEL.9737202567, S.T.09:57, DUR.00:00:25 | 0.56 |
| 10/09/2009 | EXTN.795562, TEL.9734678282, S.T.10:01, DUR.00:01:33 | 1.11 |
| 10/12/2009 | EXTN.795430, TEL.4105314212, S.T.15:15, DUR.00:00:31 | 0.56 |
| 10/23/2009 | EXTN.795475, TEL.3026574938, S.T.10:42, DUR.00:00:12 | 0.56 |
| 10/23/2009 | EXTN.795475, TEL.3026574900, S.T.10:59, DUR.00:02:21 | 1.67 |
| 10/23/2009 | EXTN.795544, TEL.3126412162, S.T.11:31, DUR.00:10:41 | 6.12 |
| 10/26/2009 | EXTN.795544, TEL.3026574928, S.T.15:10, DUR.00:00:53 | 0.56 |
| **Long Distance Telephone Total** | | **48.99** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 10/02/2009 | | 0.60 |
| 10/06/2009 | | 4.30 |
| 10/09/2009 | | 13.00 |
| 10/15/2009 | | 1.80 |
| 10/23/2009 | | 3.10 |
| 10/23/2009 | | 3.10 |
| 10/27/2009 | | 0.80 |
| 10/30/2009 | | 0.10 |
| **Duplicating Costs-in House Total** | | **26.80** |

**Court Reporting Services**

| | | |
|---|---|---|
| 10/06/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2009-02670; DATE: 9/23/2009 - Services Rendered | 774.70 |
| 10/14/2009 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1066507; transcript | 763.80 |
| 10/14/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2009-02922; 66 pages re: federal court 10/7 | 124.00 |
| 10/16/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2009-02973; federal court 10/13 | 585.70 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/19/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2009-02987; re: federal court | 539.50 |
| 10/28/2009 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2009-03137; Services Rendered | 692.00 |
| | **Court Reporting Services Total** | **3,479.70** |

**Travel Expenses - Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/02/2009 | VENDOR: London Towncars, Inc.; Services Rendered for L. Kruger travel from LGA to New York, NY | 138.13 |
| 10/08/2009 | VENDOR: AMEX; KRIEGER ARLENE LGA PIT LGA on Airfare for travel to Pittsburgh on 9/13/09 for confirmation hearing and return to LGA on 9/17/09 | 424.20 |
| 10/08/2009 | VENDOR: AMEX; KRIGER ARLENE travel booking fee | 32.25 |
| 10/08/2009 | VENDOR: AMEX; KRIEGER ARLENE on 9/19/2009 change of reservation fee | 10.00 |
| 10/08/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on Continental Airlines for travel to Pittsburgh on 9/13/09 for confirmation hearing and return to EWR on 9/17/09 | 229.20 |
| 10/08/2009 | VENDOR: AMEX; PASQUALE/KENNETH travel booking fee | 32.25 |
| 10/19/2009 | VENDOR(EE): AKRIEGER: 10/12/09 - 10/14/09; Baggage fee $50.00 going to (10/12/09), and from (10/14/09) Pittsburgh, and change plane fee $25.00 (return flight) | 125.00 |
| 10/19/2009 | VENDOR: Chase Card Services; visa charge 9/13/09 L.Kruger 9/14/09 LGA to Pittsburgh for confirmation hearing on US Airways | 204.60 |
| 10/19/2009 | VENDOR: Chase Card Services; visa charge 9/16/09 L. Kruger on 9/17/09 Pittsburgh to LGA following confirmation hearing on US Airways | 204.60 |
| 10/19/2009 | VENDOR: Chase Card Services; visa charge 9/11/09 L. Kruger 9/14/09 Non-refundable agent fee (Change of reservation fee) LGA to Pittsburgh. | 45.00 |

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/19/2009 | VENDOR(EE): AKRIEGER: To and from Hotel and Pittsburgh Airport ($48.00 and $50.00) - 10/14/09 | 98.00 |
| 10/19/2009 | VENDOR(EE): AKRIEGER: Taxi charge from LaGuardia Airport to home - 10/14/09 | 32.00 |
| 10/20/2009 | Amex law trav K Pasquale 9/18 hotel reservation fee. | 10.00 |
| 10/27/2009 | VENDOR(EE): KPASQUALE: Confirmation Hearing in Pittsburgh, PA Taxis from 10/12/09-10/14/09: 10/14/09 Airport to home $72.00; 10/14/09 Omni Hotel to Airport $25; local taxi to Hotel on 10/13/09 $11.00; 10/12/09 Airport to hotel $45.00; 10/12/09 home to Airport $72.00. | 225.00 |
| 10/27/2009 | VENDOR: NYC Taxi; Invoice#: 878851;  Voucher #: 387717; Arlene Krieger 10/12/2009 11:45 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY for trip to Pittsburgh | 60.56 |
| | **Travel Expenses - Transportation Total** | **1,870.79** |

**Travel Expenses - Lodging**

| | | |
|---|---|---|
| 10/19/2009 | VENDOR(EE): AKRIEGER: Omni William Penn Hotel (2 nights) – 10/12-13/09, confirmation hearing in Pittsburgh, PA | 396.72 |
| 10/27/2009 | VENDOR(EE): KPASQUALE: 10/12/09 - 10/14/09; Omni William Penn Hotel (2 nights);  confirmation Hearing in Pittsburgh, PA | 396.72 |
| | **Travel Expenses - Lodging Total** | **793.44** |

**Travel Expenses - Meals**

| | | |
|---|---|---|
| 10/19/2009 | VENDOR(EE): AKRIEGER:Lunch at LaGuardia Airport on route to confirmation hearing in Pittsburgh - 10/12/09 | 19.92 |
| 10/19/2009 | VENDOR(EE): AKRIEGER: Dinner at the Omni Hotel - 10/12/09 | 42.95 |
| 10/27/2009 | VENDOR(EE): KPASQUALE: Confirmation Hearing in Pittsburgh, PA. Dinner for one on 10/12/09: $36.43; breakfast for two on 10/13/09 $33.89; breakfast for two on 10/14/09 $34.43; lunch for two on 10/14/09 $19.00; lunch for four on 10/13/09- $ 57.76; and dinner for two on 10/13/09 $96.74. | 278.25 |
| | **Travel Expenses - Meals Total** | **341.12** |

**Westlaw**

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/01/2009 | Transactional Search by; Krieger, Arlene G. | 31.25 |
| 10/05/2009 | Transactional Search by; Jarashow, Mark S. | 1,343.75 |
| 10/06/2009 | Transactional Search by; Krieger, Arlene G. | 257.50 |
| 10/06/2009 | Transactional Search by; Pasquale, Kenneth | 161.44 |
| 10/06/2009 | Transactional Search by; Jarashow, Mark S. | 1,508.50 |
| 10/07/2009 | Transactional Search by; Pasquale, Kenneth | 27.50 |
| 10/08/2009 | Transactional Search by; Krieger, Arlene G. | 103.00 |
| 10/08/2009 | Transactional Search by; Pasquale, Kenneth | 159.00 |
| 10/08/2009 | Transactional Search by; Jarashow, Mark S. | 538.75 |
| 10/09/2009 | Transactional Search by; Krieger, Arlene G. | 753.75 |
| 10/15/2009 | Transactional Search by; Pasquale, Kenneth | 33.75 |
| 10/15/2009 | Transactional Search by; Jarashow, Mark S. | 221.25 |
| 10/16/2009 | Transactional Search by; Pasquale, Kenneth | 33.75 |
| 10/19/2009 | Transactional Search by; Krieger, Arlene G. | 110.00 |
| 10/20/2009 | Transactional Search by; Palacios, Gino D. | 100.00 |
| 10/26/2009 | Transactional Search by; Krieger, Arlene G. | 27.50 |
| 10/27/2009 | Transactional Search by; Krieger, Arlene G. | 170.50 |
| 10/29/2009 | Transactional Search by; Krieger, Arlene G. | 55.00 |
| 10/30/2009 | Transactional Search by; Krieger, Arlene G. | 82.50 |
| **Westlaw Total** | | **5,718.69** |

STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 61.26 |
| Local Transportation | 116.46 |
| Long Distance Telephone | 48.99 |
| Duplicating Costs-in House | 26.80 |
| Court Reporting Services | 3479.70 |
| Travel Expenses – Transportation | 1870.79 |
| Travel Expenses – Lodging | 793.44 |
| Travel Expenses – Meals | 341.12 |
| Westlaw | 5718.69 |

TOTAL DISBURSEMENTS/CHARGES $ 12,457.25