# Exhibit A

Duane Morris
November 5, 2009
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1521729

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/19/2009 | 004 | AC MAHOLCHIC | REVIEWED DOCKET FOR DEVELOPMENTS. | 0.40 | $122.00 |
| 10/19/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 10/22/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 10/29/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 10/29/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 10/29/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED FROM 10/27/09 THROUGH 10/28/09 FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| 10/29/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 10/29/2009 | 004 | DS MARRA | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN REGARDING REQUESTED DOCUMENTS FOR REVIEW. | 0.10 | $15.00 |
| 10/29/2009 | 004 | DS MARRA | RETRIEVED VARIOUS ELECTRONICALLY FILED PLEADINGS FOR ATTORNEY REVIEW. | 0.30 | $45.00 |
| 10/30/2009 | 004 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED COC RE: TESTIMONY OF FREZZA. | 0.20 | $44.00 |
| 10/30/2009 | 004 | SL WOLFENDEN | FORWARDED SAME TO JUDGE FITZGERALD'S CHAMBERS FOR REVIEW. | 0.20 | $44.00 |
| 10/30/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO M. LASTOWSKI RE CONFIRMATION OF FILING SAME. | 0.10 | $22.00 |
| | | | Code Total | 2.00 | $439.00 |

Duane Morris
November 5, 2009
Page 4

File # K0248-00001                                        INVOICE #  1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/10/2009 | 005 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE MAIN PLAZA LLC CLAIMS | 0.10 | $67.50 |
| 10/10/2009 | 005 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE MAIN KARK-TV CLAIMS | 0.10 | $67.50 |
| 10/16/2009 | 005 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE CLAIMS OF TOWN OF ACTION | 0.30 | $202.50 |
| 10/22/2009 | 005 | AC MAHOLCHIC | REVIEW SERVICE OF OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK LENDER GROUP TO DEBTORS' ORAL MOTION TO EXCLUDE TESTIMONY OF ROBERT J. FREZZA AND EMAIL 2002 LIST THE COMPLETE DOCUMENTS. | 0.30 | $91.50 |
| 10/22/2009 | 005 | MR LASTOWSKI | REVIEW NJDEP SETTLEMENT MOTION | 0.20 | $135.00 |
| | | | Code Total | 1.00 | $564.00 |

Duane Morris
November 5, 2009
Page 5

File # K0248-00001                                                INVOICE # 1521729
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/6/2009 | 007 | MR LASTOWSKI | REVIEW E-MAIL FROM K. PASQUALE RE: APPEAL FROM DECISION ON DEFAULT INTEREST | 0.20 | $135.00 |
| 10/15/2009 | 007 | WS KATCHEN | REVIEW COMMITTEE EMAIL. | 0.20 | $151.00 |
| 10/22/2009 | 007 | SL WOLFENDEN | REVISED AND FINALIZED OPPOSITION TO MOTION TO EXCLUDE. | 0.30 | $66.00 |
| 10/22/2009 | 007 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SAME. | 0.30 | $66.00 |
| 10/22/2009 | 007 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE REGARDING FILING OF OPPOSITION TO MOTION TO EXCLUDE. | 0.20 | $44.00 |
| 10/28/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.10 | $75.50 |
| | | | Code Total | 1.30 | $537.50 |

Duane Morris
November 5, 2009
Page 6

File # K0248-00001                                        INVOICE #  1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/5/2009 | 009 | DS MARRA | ELECTRONICALLY FILE ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN. | 0.20 | $30.00 |
| 10/5/2009 | 009 | DS MARRA | PREPARE ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN FOR ELECTRONIC FILING. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR ELECTRONIC FILING. | 0.10 | $15.00 |
| 10/28/2009 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING NINETIETH FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING NINETY-FIRST FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING NINETIETH FEE APPLICATION OF DUANE MORRIS LLP FOR ELECTRONIC FILING. | 0.10 | $15.00 |
| 10/28/2009 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING NINETY-FIRST FEE APPLICATION OF DUANE MORRIS LLP FOR ELECTRONIC FILING. | 0.10 | $15.00 |
| 10/28/2009 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING NINETY-FIRST FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING NINETIETH FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |

Duane Morris
November 5, 2009
Page 7

File # K0248-00001                                          INVOICE #  1521729
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | Code Total | 1.90 | $285.00 |

Duane Morris
November 5, 2009
Page 8

File # K0248-00001                                     INVOICE # 1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/19/2009 | 012 | MR LASTOWSKI | REVIEW DUANE MORRIS MONTHLY FEE APPLICATION | 0.20 | $135.00 |
| 10/20/2009 | 012 | SL WOLFENDEN | DRAFTED 92ND MONTHLY (SEPTEMBER 2009) FEE APPLICATION. | 1.10 | $242.00 |
| 10/21/2009 | 012 | AC MAHOLCHIC | PREPARED 89TH MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.50 | $152.50 |
| 10/21/2009 | 012 | SL WOLFENDEN | REVISED AND FINALIZED 92ND MONTHLY APPLICATION FOR COMPENSATION. | 0.20 | $44.00 |
| 10/21/2009 | 012 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SAME. | 0.30 | $66.00 |
| 10/21/2009 | 012 | SL WOLFENDEN | SERVICE OF SAME PER CERTIFICATION OF SERVICE. | 0.30 | $66.00 |
| 10/28/2009 | 012 | AC MAHOLCHIC | REVIEWED 91ST MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.40 | $122.00 |
| | | | Code Total | 3.00 | $827.50 |

Duane Morris
November 5, 2009
Page 9

File # K0248-00001                                  INVOICE #  1521729
         W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/30/2009 | 013 | RW RILEY | REVIEW AND EXECUTE NOTICE OF CAPSTONE FEE APP | 0.20 | $108.00 |
| 10/30/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CAPSTONE'S 66TH MONTHLY APPLICATION FOR COMPENSATION. | 0.30 | $66.00 |
| 10/30/2009 | 013 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM D. MOHAMMED RE CAPSTONE 66TH MONTHLY. | 0.10 | $22.00 |
| | | | Code Total | 0.60 | $196.00 |

Duane Morris
November 5, 2009
Page 10

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1521729

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2009 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 10/7/09 HEARING | 1.30 | $877.50 |
| 10/7/2009 | 015 | RW RILEY | PREPARE AND TELEPHONIC ATTEND HEARING | 3.00 | $1,620.00 |
| 10/13/2009 | 015 | MR LASTOWSKI | ATTEND MORNING SESSIN OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 3.50 | $2,362.50 |
| 10/13/2009 | 015 | MR LASTOWSKI | ATTEND AFTERNOON SESSION OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 4.50 | $3,037.50 |
| 10/14/2009 | 015 | MR LASTOWSKI | ATTEND MORNING SESSION OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 4.00 | $2,700.00 |
| 10/14/2009 | 015 | MR LASTOWSKI | ATTEND AFTERNOON SESSION OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 3.60 | $2,430.00 |
| 10/15/2009 | 015 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: HYPERLINKING TO POST HEARING BRIEFS | 0.10 | $67.50 |
| 10/21/2009 | 015 | MR LASTOWSKI | REVIEW 10/26/09 HEARING AGENDA AND ITEMS IDENTIFIED THEREON | 2.20 | $1,485.00 |
| 10/26/2009 | 015 | MR LASTOWSKI | PREPARE FOR 10/26/09 OMNIBUS HEARING | 1.40 | $945.00 |
| 10/26/2009 | 015 | MR LASTOWSKI | ATTEND 10/26/09 OMNIBUS HEARING | 2.10 | $1,417.50 |
| | | | Code Total | 25.70 | $16,942.50 |

Duane Morris
November 5, 2009
Page 11

File # K0248-00001                                    INVOICE #  1521729
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/3/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL RESPONSE TO MOTION IN LIMINE TO PRECLUDE GIBSON TESTIMONY | 0.20 | $135.00 |
| 10/5/2009 | 017 | MR LASTOWSKI | REVIEW STIPULATION RE: ORDWAY DESIGNATIONS | 0.10 | $67.50 |
| 10/5/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: MEET AND CONFER (ADMISSIBILITY OF EVIDENCE INTRODUCED AT PHASE II HEARING) | 0.20 | $135.00 |
| 10/6/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF COMMITTEE APPEAL FROM DECISION RELATING TO POST PETITION INTEREST ON CLAIMS | 0.30 | $202.50 |
| 10/6/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: POST HEARING MATTERS (EXHIBITS, DESIGNATIONS, ETC.). | 0.20 | $135.00 |
| 10/7/2009 | 017 | MR LASTOWSKI | E-MAIL FROM P. LOCKWOOD RE: TRIAL EXHIBITS | 0.10 | $67.50 |
| 10/8/2009 | 017 | RW RILEY | REVIEWING DOCKET AND TELEPHONE CALLS WITH CLERK'S OFFICE REGARDING STATUS OF APPEAL ON INTEREST RATE ISSUE | 1.20 | $648.00 |
| 10/12/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF INTEREST APPEAL | 0.20 | $135.00 |
| 10/12/2009 | 017 | MR LASTOWSKI | E-MAIL FROM T. SCHIAVONI RE; CONFIRMATION MATTERS | 0.10 | $67.50 |
| 10/12/2009 | 017 | MR LASTOWSKI | REVIEW FINKE PROFFER | 0.20 | $135.00 |
| 10/12/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: WRITTEN ANSWERS OF SCHELNITZ | 0.10 | $67.50 |
| 10/12/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. HEMMING RE: RULE 1066 SUMMARY | 0.10 | $67.50 |
| 10/15/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KREIGER RE: STATUS OF INTEREST APPEAL | 0.10 | $67.50 |
| 10/16/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: PROPOSED POST TRIAL ORDER | 0.10 | $67.50 |
| 10/16/2009 | 017 | MR LASTOWSKI | REVIEW LETTER FROM C. LOIZIDES TO JUDGE FITZGERALD RE: SCHEDULING | 0.10 | $67.50 |
| 10/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: GRACE EXHIBITS PROCEDURES | 0.10 | $67.50 |
| 10/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: GRACE DEPOSITION DESIGNATION PROCEDURES | 0.10 | $67.50 |
| 10/19/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' REQUEST FOR JUDICIAL NOTICE | 0.10 | $67.50 |
| 10/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. LOVE RE: HEARING EXHIBITS | 0.10 | $67.50 |
| 10/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS OF INTEREST APPEAL | 0.10 | $67.50 |

Duane Morris
November 5, 2009
Page 12

File # K0248-00001                                          INVOICE #  1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/22/2009 | 017 | MR LASTOWSKI | REVIEW AND REVISE COMMITTEE MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY | 0.90 | $607.50 |
| 10/22/2009 | 017 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO PLAN CONFIRMATION | 1.20 | $648.00 |
| 10/27/2009 | 017 | MR LASTOWSKI | REVIEW FINAL DEPOSITION DESIGNATION CHART | 0.10 | $67.50 |
| 10/27/2009 | 017 | MR LASTOWSKI | REVIEW CHARTS OF ADDITIONAL EXHIBITS TO BE ADMITTED INTO EVIDENCE | 0.10 | $67.50 |
| 10/28/2009 | 017 | MR LASTOWSKI | E-MAIL FROM D. POTTS RE: FINAL DEPOSITION DESIGNATION CHART | 0.10 | $67.50 |
| 10/28/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEAL RELATING TO PREJUDGMENT INTEREST | 0.30 | $202.50 |
| 10/29/2009 | 017 | RW RILEY | ADDRESS ISSUES RELATED TO DISTRICT COURT DOCKETING OF APPEAL OF ORDER ON INTEREST RATE ON BANK CLAIMS | 0.70 | $378.00 |
| 10/30/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. LEE RE: ORDER RESCHEDULING ORAL ARGUMENT | 0.10 | $67.50 |
| 10/30/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: CERTIFICATION OF COUNSEL (ORDER ON MOTION IN LIMINE/FREZZA TESTIMONY) | 0.10 | $67.50 |
| | | | Code Total | 7.40 | $4,576.50 |

DUANE MORRIS LLP

Duane Morris
November 5, 2009
Page 13

File # K0248-00001                                    INVOICE #  1521729
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/12/2009 | 018 | MR LASTOWSKI | REVIEW DEBTORS' BRIEF IN OPPOSITION TO MUNOZ MOTION FOR RELIEF FROM STAY | 0.20 | $135.00 |
| | | | Code Total | 0.20 | $135.00 |

Duane Morris
November 5, 2009
Page 14

File # K0248-00001                                INVOICE # 1521729
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/28/2009 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (LIBBY CLAIMANTS & DEBTORS) 3R CIR. | 1.50 | $1,132.50 |
| 9/30/2009 | 025 | WS KATCHEN | READ LATEST PLAN CONFIRMATION OPINIONS. | 0.40 | $302.00 |
| 10/2/2009 | 025 | AK GULDALIAN | RESEARCH CONCERNING NEWS ARTICLES/COURT ORDERS (W. KATCHEN) | 0.20 | $46.00 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $226.50 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION IN LIMINE AND EXHIBITS. | 0.30 | $226.50 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW B. AUSTERN APPLICATION TO RETAIN LINCOLN PARTNERS. | 0.10 | $75.50 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW DISTRICT CT. OPINION - STATE OF CALIFORNIA V. WR GRACE (P.D. CLAIMS $130M). | 0.50 | $377.50 |
| 10/5/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - SALE OF LLC INTEREST. | 0.20 | $151.00 |
| 10/5/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $151.00 |
| 10/5/2009 | 025 | WS KATCHEN | REVIEW DISTRICT COURT OPINION NJDEP CLAIM/POLICE POWER ISSUE - 2009 WL 692422. | 0.30 | $226.50 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE: ORDWAY TESTIMONY. | 0.10 | $75.50 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW ADDITIONAL DOCKET. | 0.20 | $151.00 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO. | 0.20 | $151.00 |
| 10/7/2009 | 025 | WS KATCHEN | REVIEW AGENDA OCT. 13-14. | 0.20 | $151.00 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL RESPONSE TO MOTION IN LIMINE TO PRECLUDE (1) EWING TESTIMONY (.1). | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL RESPONSE TO MOTION IN LIMINE TO PRECLUDE (II) TESTIMONY OF SOLOMON (.2). | 0.20 | $151.00 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF INTEND TO PURCHASE EQUITY SECURITIES (ADAGE CAPITAL PARTNERS, LP). | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW PROPOSED SETTLEMENT TRAVELERS CASUALTY & SURETY (AETNA). | 0.50 | $377.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW PROFFER TESTIMONY SANDERS, J. | 0.30 | $226.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW KANEB STIPULATION. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW LIMITED JOINDER EDWARDS. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' BRIEF IN OPPOSITION TO FIREMAN'S FUND SECTION 362(D) MOTION. | 0.40 | $302.00 |

Duane Morris
November 5, 2009
Page 15

File # K0248-00001                                     INVOICE # 1521729
  W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 10/8/2009 025 | WS KATCHEN | REVIEW ORDER APPROVING SETTLEMENTS WITH SCOTT'S CO. | 0.10 | $75.50 |
| 10/8/2009 025 | WS KATCHEN | CERTAIN LONDON MARKET INSURERS. | 0.10 | $75.50 |
| 10/8/2009 025 | WS KATCHEN | ORDER APPROVING STIPULATION ST. PAUL CO., ET AL. | 0.10 | $75.50 |
| 10/8/2009 025 | WS KATCHEN | ORDER APPROVING SETTLEMENT WITH ALLSTATE INSURANCE. | 0.10 | $75.50 |
| 10/8/2009 025 | WS KATCHEN | REVIEW DECLARATION R. FINKE IN OPPOSITION TO MOTION BY FIREMAN'S FUND - 362(D). | 0.10 | $75.50 |
| 10/13/2009 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF AGENDA. | 0.20 | $151.00 |
| 10/14/2009 025 | WS KATCHEN | REVIEW EXHIBITS CHART ON CONFIRMATION HEARINGS. | 0.70 | $528.50 |
| 10/14/2009 025 | WS KATCHEN | REVIEW PROPOSED ORDER ON ADMISSIBILITY OCC AND BANK LENDER'S EXHIBITS. | 0.20 | $151.00 |
| 10/15/2009 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' EXHIBITS. | 0.60 | $453.00 |
| 10/26/2009 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF AGENDA. | 0.20 | $151.00 |
| 10/26/2009 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 10/26/2009 025 | WS KATCHEN | REVIEW CNO'S ON PD SETTLEMENTS: CHICAGO HOSPITAL SOCIETY, BURGDOFF BLDG., RF THOMPSON, OLYMPUS 555 PROPERTY, LLC, GLEN OAK CLUB, HYATT CORP., ALLEGHENY CENTER ASSOC., KARK-TV INC., BNSF RY, GULF ATLANTIC PROPERTIES, ST. JOSEPH'S HOSPITAL. | 0.40 | $302.00 |
| 10/26/2009 025 | WS KATCHEN | REVIEW CNO (I) SALE OF LLC INTERESTS IN ADVANCES REFINING TECH, (II) ORDER AUTHORIZING DEBTORS TO IMPLEMENT A DEFINED CONTRIBUTION RETIREMENT PLAN. | 0.20 | $151.00 |
| 10/26/2009 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT AGREEMENT WITH TOWN OF ACTION. | 0.30 | $226.50 |
| 10/26/2009 025 | WS KATCHEN | REVIEW CNO N. ARKANSAS REGIONAL MEDICAL CENTER. | 0.10 | $75.50 |
| 10/26/2009 025 | WS KATCHEN | REVIEW OCC AND BANK LENDERS' TO MOTION TO EXCLUDE TESTIMONY R.J. FREZZA. | 0.40 | $302.00 |
| 10/26/2009 025 | WS KATCHEN | EMAIL M. LASTOWSKI - STATUS HEARING ON MOTION. | 0.10 | $75.50 |
| 10/26/2009 025 | WS KATCHEN | 2ND EMAIL RE: STATUS RESERVED DECISION. | 0.20 | $151.00 |
| 10/26/2009 025 | WS KATCHEN | REVIEW TRANSCRIPT CONFIRMATION HEARING OF SEPT. 16, 2009. | 0.70 | $528.50 |
| 10/26/2009 025 | WS KATCHEN | REVIEW CITED AUTHORITY 286 B.R. 54. | 0.30 | $226.50 |
| 10/26/2009 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $75.50 |

Duane Morris
November 5, 2009
Page 16

File # K0248-00001                                         INVOICE #  1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/28/2009 | 025 | WS KATCHEN | REVIEW MOTION TO REJECT LEASE. | 0.10 | $75.50 |
| 10/28/2009 | 025 | WS KATCHEN | REVIEW MOTION AUSTIN QUALITY FOODS. | 0.20 | $151.00 |
| 10/28/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT NJDEP. | 0.20 | $151.00 |
| 10/28/2009 | 025 | WS KATCHEN | REVIEW SCHEDULING ORDER POST-TRIAL BRIEFS. | 0.10 | $75.50 |
| | | | Code Total | 12.50 | $9,332.50 |

Duane Morris
November 5, 2009
Page 17

File # K0248-00001                                    INVOICE #  1521729
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/14/2009 | 026 | WS KATCHEN | REVIEW CHART OF DEPOSITION AND PRIOR TESTIMONY DESIGNATIONS. | 0.20 | $151.00 |
| | | | Code Total | 0.20 | $151.00 |

Duane Morris
November 5, 2009
Page 18

File # K0248-00001                                          INVOICE #  1521729
     W.R. GRACE & CO.

                                    TOTAL SERVICES                    55.80    $33,986.50

Duane Morris
November 5, 2009
Page 19

File # K0248-00001                                                    INVOICE #  1521729
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/31/2009 | PRINTING & DUPLICATING - EXTERNAL | | 959.52 |
| | | Total: | $959.52 |
| 10/31/2009 | MEETING EXPENSE | | 99.00 |
| | | Total: | $99.00 |
| 9/29/2009 | LEXIS LEGAL RESEARCH GALLAGHER, JESSICA | | 109.20 |
| | | Total: | $109.20 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #790188030744) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #791240692710) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD S. COBB AT L IS RATH & COBB LLP - WILMINGTON, DE FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #791506500227) | | 16.67 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #791506502414) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO MARGARET A. PHILLIPS AT PAULWEISSRIFKINDWHARTON - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #792161959001) | | 13.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #792161960829) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD S. COBB AT L IS RATH & COBB LLP - WILMINGTON, DE FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #792805618436) | | 10.58 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #798114943336) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #799429302749) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #799429302977) | | 18.14 |
| | | Total: | $167.51 |
| 9/15/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWS KI | | 282.00 |

Duane Morris
November 5, 2009
Page 20

File # K0248-00001                                    INVOICE # 1521729
        W.R. GRACE & CO.

| | | |
|---|---|---:|
| 9/16/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWS KI | 254.00 |
| 9/18/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWS KI | 275.00 |
| 9/21/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWS KI | 261.00 |
| | Total: | $1,072.00 |

| | | |
|---|---|---:|
| 10/31/2009 | COURT SEARCH SERVICE | 18.06 |
| | Total: | $18.06 |

                          TOTAL DISBURSEMENTS          $2,425.29