## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,**[1] | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** 〃 |
| | ) Objection Date: _12/21_, 2009, at _4_ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## FIFTIETH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | March 1-31, 2009 |
| Amount of Compensation Sought: | $ 13,164.00 |
| Amount of Expense Reimbursement Sought: | $5.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $13,169.00* |

This is a __x_ Monthly, ___Interim, ___Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.–Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (Vida Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Companyz.

\* See note to Exhibit C.

1

<u>IN THE UNITED STATES BANKRUPTCY COURT FOR</u>
<u>THE DISTRICT OF DELAWARE</u>

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. GRACE & CO., et al.,** | ) | **Case No. 01-1139(JKF)** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**FIFTIETH MONTHLY APPLICATION OF**
**DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES TO THE DEBTORS**
<u>**FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009**</u>

This fiftieth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is

for compensation for services rendered in connection with Deloitte Tax's provision of tax services

to the Debtors during the period from March 1, 2009 through March 31, 2009, and for

reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is

the Verification of Michael Steinsaltz of Deloitte Tax.

**BACKGROUND**

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016

and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers

to the Debtors <u>Nunc Pro Tunc</u> to August 22, 2004 was entered by this Court on December 21, 2004.

Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement

is sought hereunder, along with customs procedures review services, were provided to the Debtors by

Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer

providing tax services or compensation procedures review services to the Debtors.

**FEE AND EXPENSE REIMBURSEMENT DETAIL**

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

2

Deloitte Tax professional providing tax advisory services during this fiftieth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred.

Dated: November 3, 2009

DELOITTE TAX LLP

Michael Steinsaltz
Partner
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-4555
Main: 1 (215) 246-2300
Fax: 1 (215) 405-342

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION OF MICHAL STEINSALTZ

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Michael Steinsaltz, after being duly sworn according to law, deposes and says:

a)    I am a partner with the applicant firm of Deloitte Tax LLP.

b)    I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR. 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Michael Steinsaltz
Partner

SWORN AND SUBSCRIBED
before me this 3ʳᵈ day of ____November____, 2009

Notary Public
My Commission Expires:

# EXHIBIT B

**N. R. Grace**
**Hours Spent by Each Person**
**March 1 - March 31, 2009**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 0.2 | $400 | $80 |
| COSELLA, KERRIE A | 7.8 | $70 | $546 |
| DUONG, JENNIFER | 12.1 | $290 | $3,495 |
| REED, VALERIE R | 1.0 | $70 | $70 |
| STEINSALTZ, MICHAEL E | 1.5 | $680 | $1,020 |
| **General Admin** | **22.6** | | **$5,211** |
| | | | |
| OTERO, MARIA D | 0.3 | $331 | $99 |
| **Puerto Rico: Closing** | **0.3** | | **$99** |
| | | | |
| REED, VALERIE R | 0.5 | $70 | 35 |
| STEINSALTZ, MICHAEL E | 1.0 | $680 | $680 |
| **IP Migration - India, China, Malaysia** | **1.5** | | **$715** |
| | | | |
| HUANG, JENNIFER NAITING | 7.0 | $400 | $2,800 |
| KAGAN, ANDREA PAIGE | 14.1 | $570 | $8,037 |
| STEINSALTZ, MICHAEL E | 0.2 | $680 | $136 |
| TROTMAN, SEAN P | 3 | $680 | $2,040 |
| **Total Stock Option Planning** | **24.3** | | **$13,013** |
| | | | |
| COLLINS, BRYAN P | 5.5 | $680 | $3,740 |
| **Tax Controversy** | **5.5** | | **$3,740** |
| | | | |
| OTERO, MARIA D | 0.5 | $331 | $166 |
| **Puerto Rico 01-06 Returns** | **0.5** | | **$166** |
| | | | |
| **Subtotal** | **53.9** | | **$22,943** |
| | | | |
| **Discount for Agreed Fee (Stock Option Planning)** | | | **($9,779)** |
| | | | |
| **Total** | **53.9** | | **$13,164** |
| | | | |
| **Out of Pocket Expenses Deloitte Tax LLP for March 2009** | | | **$5** |
| | | | |
| **Total Deloitte Tax LLP Fees for March 2009** | **53.9** | | **13,169** |

| W. R. Grace | | | | | | |
|---|---|---|---|---|---|---|
| Hours Detail | | | | | | |
| March 1 - March 31, 2009 | | | EXHIBIT C | | | |
| | | | | | | Professional |
| Date | Name | Project Category | Description | Hours | Billing Rate | Fees |
| 3/16/2009 | ALEX, ANU T | General Admin | Bankruptcy Fee Application | 0.2 | $400 | 80 |
| 3/2/2009 | COLLINS, BRYAN P | Tax Controversy | review settlement agreement with the IRS on NOL carryback litigation | 1.0 | $680 | 680 |
| 3/6/2009 | COLLINS, BRYAN P | Tax Controversy | review settlement agreement with the IRS on NOL carryback litigation | 2.0 | $680 | 1,360 |
| 3/11/2009 | COLLINS, BRYAN P | Tax Controversy | review settlement agreement with the IRS on NOL carryback litigation | 0.5 | $680 | 340 |
| 3/23/2009 | COLLINS, BRYAN P | Tax Controversy | review settlement agreement with the IRS on NOL carryback litigation | 1.0 | $680 | 680 |
| 3/24/2009 | COLLINS, BRYAN P | Tax Controversy | review and comment on IRS settlement agreement on NOL carryback litigation | 1.0 | $680 | 680 |
| 3/2/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 0.4 | $70 | 28 |
| 3/3/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 1.0 | $70 | 70 |
| 3/5/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 0.3 | $70 | 21 |
| 3/5/2009 | COSELLA, KERRIE A | General Admin | Preparation of Invoice | 0.5 | $70 | 35 |
| 3/6/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 0.5 | $70 | 35 |
| 3/6/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 0.3 | $70 | 21 |
| 3/6/2009 | COSELLA, KERRIE A | General Admin | File maintenance, review of documents and compliance | 1.0 | $70 | 70 |
| 3/6/2009 | COSELLA, KERRIE A | General Admin | Firm Expense reverse, conversation w/anu, call 2222, email to K. Aronowitz | 0.5 | $70 | 35 |
| 3/6/2009 | COSELLA, KERRIE A | General Admin | mail and file invoice | 0.2 | $70 | 14 |
| 3/9/2009 | COSELLA, KERRIE A | General Admin | mail/file invoice/ create billing file for 2009 | 0.3 | $70 | 21 |
| 3/9/2009 | COSELLA, KERRIE A | General Admin | mail/file invoices | 0.4 | $70 | 28 |
| 3/12/2009 | COSELLA, KERRIE A | General Admin | Create 2009 billing file | 0.3 | $70 | 21 |
| 3/12/2009 | COSELLA, KERRIE A | General Admin | update EL signature page, discussion w/Jared re contact/mail letter//file | 0.3 | $70 | 21 |
| 3/26/2009 | COSELLA, KERRIE A | General Admin | Cancel invoice, update address in client/issue new invoice | 0.7 | $70 | 49 |
| 3/27/2009 | COSELLA, KERRIE A | General Admin | Bankruptcy Fee Application | 0.7 | $70 | 49 |
| 3/30/2009 | COSELLA, KERRIE A | General Admin | computer charge, email K. Arnowitz, pull report to show | 0.4 | $70 | 28 |
| 3/2/2009 | DUONG, JENNIFER | General Admin | Billing - Bankruptcy fee application | 4.3 | $290 | 1,233 |
| 3/4/2009 | DUONG, JENNIFER | General Admin | Billing - Bankruptcy fee application | 4.8 | $290 | 1,378 |
| 3/5/2009 | DUONG, JENNIFER | General Admin | Grace billing | 1.0 | $290 | 290 |
| 3/12/2009 | DUONG, JENNIFER | General Admin | Updated WR Grace consulting file | 0.3 | $290 | 87 |
| 3/26/2009 | DUONG, JENNIFER | General Admin | Updated billing file | 0.3 | $290 | 73 |
| 3/26/2009 | DUONG, JENNIFER | General Admin | Updated billing file and ELs | 1.5 | $290 | 435 |
| 3/5/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: Grace Recap on the completion of feasibility report | 1.0 | $400 | 400 |
| 3/10/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: meeting agenda | 1.0 | $400 | 400 |
| 3/11/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: grace conference call, meeting summary | 3.0 | $400 | 1,200 |
| 3/12/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: memo on recharge agreement, follow up with Andrea on the Grace next steps | 1.5 | $400 | 600 |
| 3/16/2009 | HUANG, JENNIFER NAITING | Stock Options | Corporate Tax deduction feasibility matrix: billing | 0.5 | $400 | 200 |
| 3/16/2009 | KAGAN, ANDREA PAIGE | General Admin | preparation of bankruptcy application | 0.5 | $570 | 285 |
| 3/17/2009 | KAGAN, ANDREA PAIGE | General Admin | preparation of bankruptcy application | 0.3 | $570 | 171 |
| 3/18/2009 | KAGAN, ANDREA PAIGE | General Admin | preparation of bankruptcy application | 0.2 | $570 | 114 |
| 3/19/2009 | KAGAN, ANDREA PAIGE | General Admin | preparation of bankruptcy application | 0.5 | $570 | 285 |
| 3/5/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: Grace Recap on the completion of feasibility report | 2.2 | $570 | 1,254 |
| 3/6/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: final updates | 1.3 | $570 | 741 |
| 3/9/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: prep for call with JH | 1.5 | $570 | 855 |
| 3/10/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: meeting agenda | 1.0 | $570 | 570 |
| 3/11/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: grace conference call, meeting summary | 3.1 | $570 | 1,767 |
| 3/12/2009 | KAGAN, ANDREA PAIGE | Stock Options | Corporate Tax deduction feasibility matrix: memo on recharge agreement, follow up with JH on the Grace next steps | 3.5 | $570 | 1,995 |
| 03/17/2009 | OTERO, MARIA D | closing | E-MAIL TO CLIENT TO ANSWER QUESTIONS ON THE NEED TO FILE A SWORN STATEMENT AND THE EXECUTION OF THE DOCUMENT | 0.3 | $331 | 99 |
| 03/18/2009 | OTERO, MARIA D | 01-06 returns | E-MAIL AND CALL TO CLIENT ON SIGNATURES, NOTARIZATION AND EXECUTION OF SWORN STATEMENT | 0.5 | $331 | 166 |
| 3/13/2009 | REED, VALERIE R | General Admin | Format and print engagement letter for Jared | 0.5 | $70 | 35 |
| 3/19/2009 | REED, VALERIE R | General Admin | Prepare fee applications and have notarized. | 0.5 | $70 | 35 |
| 3/27/2009 | REED, VALERIE R | IP Migration | Conference call set up with Shanghai | 0.5 | $70 | 35 |
| 3/12/2009 | STEINSALTZ, MICHAEL E | General Admin | Finalize EL; rate reduction call. | 1.0 | $680 | 680 |
| 3/13/2009 | STEINSALTZ, MICHAEL E | General Admin | Finalize EL; rate reduction call. | 0.5 | $680 | 340 |
| 3/26/2009 | STEINSALTZ, MICHAEL E | IP Migration | Arrange India resource for IBM call | 0.3 | $680 | 204 |
| 3/26/2009 | STEINSALTZ, MICHAEL E | IP Migration | Call with CF re: India | 0.2 | $680 | 136 |
| 3/26/2009 | STEINSALTZ, MICHAEL E | IP Migration | Call with CF re: China and Malaysia. Arrange call with China re: EL | 0.5 | $680 | 340 |
| 3/26/2009 | STEINSALTZ, MICHAEL E | Stock Options | Call with A. Kagan | 0.2 | $680 | 136 |
| 3/18/2009 | TROTMAN, SEAN P | Stock Options | preparation of bankruptcy application; global deductibility study | 0.5 | $680 | 340 |
| 3/5/2009 | TROTMAN, SEAN P | Stock Options | global deductibility feasibility study - data review | 0.5 | $680 | 340 |
| 3/9/2009 | TROTMAN, SEAN P | Stock Options | global deductibility feasibility study - prep for client team, questions to team, review work product | 1.0 | $680 | 680 |
| 3/11/2009 | TROTMAN, SEAN P | Stock Options | Client call to walk through deliverable | 1.0 | $680 | 680 |
| | | | | | | |
| | Fees for March 2009 | | | 54.7 | | 22,943 |
| | | | | | | |

* The amount sought hereunder, $13,169.00, reflects an agreed to reduction in the fees incurred during the monthly period of March 1, 2009 through March 31, 2009 of $9,774.00 ($22,943.00 - $9,774.00 = $13,169.00).

**W. R. Grace**
**Expenses Detail**
**March 1 – March 31, 2009**

| Date | Name | Description | Related Expenses |
|------|------|-------------|------------------|
| 3/1/2009 | GORDON, JARED H | Telephone: Conference: Call between Jared Gordon and Alan Gibbons | $5 |
| | **Expenses for March 2009** | | **$5** |