IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. GRACE & CO., et al.,[1] | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) Objection Date: _12/21_, 2009, at _4_ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

FIFTY THIRD MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | June 1-30, 2009 |
| Amount of Compensation Sought: | $ 13,534.00 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $13,534.00 |

This is a _x_ Monthly, __ Interim, __ Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### FIFTY THIRD MONTHLY APPLICATION OF
### DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES TO THE DEBTORS
### FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

This fifty third monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from June 1, 2009 through June 30, 2009, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Michael Steinsaltz of Deloitte Tax.

### BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

Deloitte Tax professional providing tax advisory services during this fiftieth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred.

Dated: November 3, 2009

DELOITTE TAX LLP

*[signature]*
Michael Steinsaltz
Partner
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-4555
Main: 1 (215) 246-2300
Fax: 1 (215) 405-342

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION OF MICHAL STEINSALTZ

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Michael Steinsaltz, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Michael Steinsaltz
Partner

SWORN AND SUBSCRIBED
before me this 3rd day of November, 2009

Notary Public
My Commission Expires:

NOTARIAL SEAL
MICHELLE P IRVING
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires May 23, 2011

4

EXHIBIT B

**W. R. Grace**
**Hours Spent by Each Person**
**June 1 - 30, 2009 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| ALEX, ANU T | 2.2 | $400 | $880 |
| GORDON, JARED H | 0.9 | $680 | $612 |
| REED, VALERIE R | 8.0 | $80 | $640 |
| FRALEY, DIANE L | 5.6 | $80 | $448 |
| **General Admin Fees for June 2009** | **16.7** | | **$2,580** |
| ALEX, ANU T | 6.2 | $400 | $2,480 |
| GORDON, JARED H | 3.5 | $680 | $2,380 |
| HALPERN, IRWIN | 1 | $680 | $680 |
| STEINSALTZ, MICHAEL E | 2.8 | $680 | $1,904 |
| **General Consulting Fees for June 2009** | **13.5** | | **$7,444** |
| HUYKE, FRANCES ANN | 0.6 | $168 | $101 |
| MONTANEZ, ANA DELIA | 3.5 | $168 | $588 |
| OTERO, MARIA D | 1.0 | $331 | $331 |
| RODRIGUEZ, ALMA E | 0.5 | $168 | $84 |
| SILVA, MARIA I | 0.5 | $168 | $84 |
| **Puerto Rico: Total 01-06 Returns** | **6.1** | | **$1,188** |
| MONTANEZ, ANA DELIA | 6.3 | $168 | $1,058 |
| OTERO, MARIA D | 3.0 | $331 | $993 |
| RODRIGUEZ, ZULMA | 0.8 | $255 | $204 |
| **Puerto Rico: Total Oficio Returns Filed for 01-06** | **10.1** | | **$2,255** |
| MONTANEZ, ANA DELIA | 0.4 | $168 | $67 |
| **Puerto Rico: Total 2007 Property Debt** | **0.4** | | **$67** |
| **Total Deloitte Tax LLP Fees for June 2009** | **46.8** | | **$13,534** |

**EXHIBIT C**

**W. R. Grace**
**Hours Detail**
**June 1 - 30, 2009 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 6/2/2009 | ALEX, ANU T | General Admin | Preparing Bankruptcy Application | 1.2 | $400 | $480 |
| 6/8/2009 | ALEX, ANU T | General Consulting | Grace-Malaysia slides/bankruptcy application/f/u review with JG | 5.6 | $400 | $2,240 |
| 6/17/2009 | ALEX, ANU T | General Consulting | follow up with MS and JG | 0.6 | $400 | $240 |
| 6/29/2009 | ALEX, ANU T | General Admin | bankruptcy application | 1.0 | $400 | $400 |
| 6/3/2009 | FRALEY, DIANE L | General Admin | Preparing Bankruptcy Application | 1.7 | $80 | $136 |
| 6/3/2009 | FRALEY, DIANE L | General Admin | Preparing Bankruptcy Application | 1.6 | $80 | $128 |
| 6/3/2009 | FRALEY, DIANE L | General Admin | Preparing Bankruptcy Application | 1.7 | $80 | $136 |
| 6/10/2009 | FRALEY, DIANE L | General Admin | Preparing Bankruptcy Application | 0.2 | $80 | $16 |
| 6/10/2009 | FRALEY, DIANE L | General Admin | printed out final copies of billing and supporting spreadsheets | 0.2 | $80 | $16 |
| 6/10/2009 | FRALEY, DIANE L | General Admin | printed out final copies of billing and supporting spreadsheets | 0.2 | $80 | $16 |
| 6/8/2009 | GORDON, JARED H | General Consulting | Malaysian toll manufacturing | 1.4 | $680 | $952 |
| 6/9/2009 | GORDON, JARED H | General Consulting | review Malaysia slides | 1.4 | $680 | $952 |
| 6/9/2009 | GORDON, JARED H | General Consulting | Malaysia comments on slide deck | 0.7 | $680 | $476 |
| 6/17/2009 | GORDON, JARED H | General Admin | billing | 0.7 | $680 | $476 |
| 6/30/2009 | GORDON, JARED H | General Admin | Billing email with Steptoe | 0.2 | $680 | $136 |
| 6/1/2009 | HALPERN, IRWIN | General Consulting | with M. Steinsaltz - call with Alan Gibbons (client) on 367(a) GRA "substantially all" rule | 1.0 | $680 | $680 |
| 06/02/2009 | HUYKE, FRANCES ANN | 01-06 returns | PROCESSING OF RETURNS | 0.3 | $168 | $50 |
| 06/25/2009 | HUYKE, FRANCES ANN | 01-06 returns | PROCESSING OF PACKAGE TO FILE AT CRIM | 0.3 | $168 | $50 |
| 06/02/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | DISCUSSED COURSE OF ACTION WITH MANAGER AND SENIOR AND ON POSSIBLE TAX AUDIT AND TRIED TO GET ANSWER FROM CRIM | 1.0 | $168 | $168 |
| 06/03/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | PREPARING COMMUNICATION TO CLIENT | 0.5 | $168 | $84 |
| 06/04/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | CALLED CRIM AGAIN AND FINALLY ABLE TO TALK TO CRIM CONTACT. PREPARED VARIOUS E-MAILS TO CLIENT | 1.3 | $168 | $218 |
| 06/09/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | COMMUNICATIONS WITH CRIM AND CLIENT | 0.7 | $168 | $118 |
| 06/10/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | COMMUNICATIONS WITH CRIM | 0.7 | $168 | $118 |
| 06/16/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | CALLED TO CRIM. FOLLOWED UP ALSO VIA E-MAIL | 0.6 | $168 | $101 |
| 06/23/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | COMMUNICATIONS WITH CLIENT. | 0.6 | $168 | $101 |
| 06/24/2009 | MONTANEZ, ANA DELIA | oficio returns filed for 01-06 | CALLED CRIM TO VERIFY THE APPROPRIATE PROCESS TO FILE RETURN | 0.9 | $168 | $151 |
| 06/25/2009 | MONTANEZ, ANA DELIA | 01-06 returns | MEETING WITH CRIM'S OFFICER TO FILE PROPERTY RETURNS FOR YRS 01-06 AND DISCUSS HOW TO PROCEED WITH OFICIO RETURNS | 3.5 | $168 | $588 |
| 06/25/2009 | MONTANEZ, ANA DELIA | 2007 Property Debt | DISCUSSED FINDINGS ON 2007 DEBT WITH MANAGER AND PREPARED E-MAIL TO SEND TO CLIENT | 0.4 | $168 | $67 |
| 06/02/2009 | OTERO, MARIA D | oficio returns filed for 01-06 | DISCUSSED COURSE OF ACTION WITH STAFF AND SENIOR AND ON POSSIBLE TAX AUDIT AND TRIED TO GET ANSWER FROM CRIM | 1.0 | $331 | $331 |

**EXHIBIT C**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 06/04/2009 | OTERO, MARIA D | oficio returns filed for 01-06 | SENT E-MAIL COMMUNICATION TO CLIENT REGARDING OFICIO RETURNS | 0.5 | $331 | $166 |
| 06/16/2009 | OTERO, MARIA D | oficio returns filed for 01-06 | CALLED CRIM AGAIN TO GET CONFIRMATION ON PROCEDURE TO FOLLOW. SENT E-MAIL TO CLIENT | 0.5 | $331 | $166 |
| 06/22/2009 | OTERO, MARIA D | oficio returns filed for 01-06 | CRIM ISSUE 01-06. FUP WITH CRIM CONTACT AND PHONE CONVERSATION WITH CLIENT | 1.0 | $331 | $331 |
| 06/24/2009 | OTERO, MARIA D | 01-06 returns | REVIEW DOCS TO BE SUBMITTED TO CRIM ALONG WITH T.LETTER | 0.5 | $331 | $166 |
| 06/25/2009 | OTERO, MARIA D | 01-06 returns | DISCUSS COURSE OF ACTION WITH ANA TO FILE DOCS AT CRIM | 0.5 | $331 | $166 |
| 6/3/2009 | REED, VALERIE R | General Admin | bankruptcy application | 8.0 | $80 | $640 |
| 06/08/2009 | RODRIGUEZ, ALMA E | 01-06 returns | PROCESSING OF RETURNS | 0.5 | $168 | $84 |
| 06/08/2009 | RODRIGUEZ, ZULMA | oficio returns filed for 01-06 | READING AL EMAILS OF CRIM ISSUE | 0.5 | $255 | $128 |
| 06/10/2009 | RODRIGUEZ, ZULMA | oficio returns filed for 01-06 | READING EMAILS OF CRIM ISSUE | 0.3 | $255 | $77 |
| 06/24/2009 | SILVA, MARIA I | 01-06 returns | T LETTER FOR FILING CRIM DOCS | 0.5 | $168 | $84 |
| 6/1/2009 | STEINSALTZ, MICHAEL E | General Consulting | 367 Question (Boca Raton) | 0.5 | $680 | $340 |
| 6/10/2009 | STEINSALTZ, MICHAEL E | General Consulting | Call with Carol Finke re: Malaysia | 0.6 | $680 | $408 |
| 6/16/2009 | STEINSALTZ, MICHAEL E | General Consulting | Call with Keshik re: royalty; email to Carol | 0.5 | $680 | $340 |
| 6/18/2009 | STEINSALTZ, MICHAEL E | General Consulting | Call with A. Gibbons re: UK | 0.6 | $680 | $408 |
| 6/23/2009 | STEINSALTZ, MICHAEL E | General Consulting | Grace call with A. Gibbons re: UK check and sell | 0.6 | $680 | $408 |
| | Fees for June 2009 | | | 46.8 | | $13,534 |