IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) Objection Date: 12/21, 2009, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

FIFTY FOURTH MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Expense Reimbursement is Sought: | July 1-31, 2009 |
| Amount of Compensation Sought: | $1,123.00 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Amount of Compensation and Expense Reimbursement Sought: | $1,123.00 |

This is a  x Monthly,  __ Interim,  __ Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**FIFTY FOURTH MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009**

This fifty fourth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services to the Debtors during the period from July 1, 2009 through July 31, 2009, and for reimbursement of expenses incurred in connection therewith. Attached hereto as Exhibit A is the Verification of Michael Steinsaltz of Deloitte Tax.

## BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004 tax advisory services, for which compensation and expense reimbursement is sought hereunder, along with customs procedures review services, were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

2

Deloitte Tax professional providing tax advisory services during this fiftieth monthly period, their position, total hours billed, hourly billing rate, and total fees sought. Attached hereto as Exhibit C are daily entries which set forth each professional providing tax advisory services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred.

Dated: November 3, 2009

DELOITTE TAX LLP

Michael Steinsaltz
Partner
Deloitte Tax LLP
1700 Market Street
25th Floor
Philadelphia, PA 19103
Tel: 1 (215) 299-4555
Main: 1 (215) 246-2300
Fax: 1 (215) 405-342

Tax service providers for Debtors and Debtors in Possession

3

## EXHIBIT A

## VERIFICATION OF MICHAL STEINSALTZ

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Michael Steinsaltz, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Michael Steinsaltz
Partner

SWORN AND SUBSCRIBED
before me this 5th day of November, 2009

_____
Notary Public
My Commission Expires:

NOTARIAL SEAL
MICHELLE P IRVING
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Mar 23, 2011

4

**EXHIBIT B**

**W. R. Grace**
**Hours Spent by Each Person**
**July 1 - 31, 2009 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| OTERO, MARIA D | 2.0 | $92 | $184 |
| RODRIGUEZ, ZULMA | 5.7 | $70 | $399 |
| TRAVERSO, NELSON ORWIL | 12.0 | $45 | $540 |
| **2008 PROPERTY** | **19.7** | | **$1,123** |
| **Total Deloitte Tax LLP Fees for July 2009** | **19.7** | | **$1,123** |

EXHIBIT C

**W. R. Grace**
**Hours Detail**
**July 1 - 31, 2009 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 07/28/2009 | OTERO, MARIA D | 2008 PROPERTY | 2008 PROPERTY - DISCUSSING ISSUES WITH INFO TO PREPARE RETURN | 1.0 | $92 | $92 |
| 07/30/2009 | OTERO, MARIA D | 2008 PROPERTY | REVIEW OF ADDITIONAL INFO PBC AND DISC WITH ZR | 1.0 | $92 | $92 |
| 07/28/2009 | RODRIGUEZ, ZULMA | 2008 PROPERTY | REVIEWING ALL INFO AND DISCUSSING WITH MO AND STAFF ISSUES | 2.5 | $70 | $175 |
| 07/29/2009 | RODRIGUEZ, ZULMA | 2008 PROPERTY | EXPLANATORY EMAIL TO CLIENT WITH OPEN ITEMS FOR PROPERTY RET | 1.2 | $70 | $84 |
| 07/30/2009 | RODRIGUEZ, ZULMA | 2008 PROPERTY | CHECK REVISED INFO AND EMAIL TO CLIENT- PROPERTY RETURN | 1.0 | $70 | $70 |
| 07/31/2009 | RODRIGUEZ, ZULMA | 2008 PROPERTY | WORKING WITH INFO FOR PROPERTY RETURN | 1.0 | $70 | $70 |
| 07/22/2009 | TRAVERSO, NELSON ORWIL | 2008 PROPERTY | PREPARE PROPERTY TAX RETURN.^^EDIT TRIAL BALANCE FORMAT FOR | 2.0 | $45 | $90 |
| 07/23/2009 | TRAVERSO, NELSON ORWIL | 2008 PROPERTY | USE PBC TRIAL BALANCE TO TIE WITH AUDITED FINANCIAL STATEMEN | 2.0 | $45 | $90 |
| 07/24/2009 | TRAVERSO, NELSON ORWIL | 2008 PROPERTY | ANALYZE TRIAL BALANCE AND AUDITED STATEMENTS. DISCUSS DIFF. | 0.6 | $45 | $27 |
| 07/28/2009 | TRAVERSO, NELSON ORWIL | 2008 PROPERTY | ANALYZE NEW TRIAL BALANCE ADJUSTMENTS, AND RECONCILIATION | 3.1 | $45 | $140 |
| 07/30/2009 | TRAVERSO, NELSON ORWIL | 2008 PROPERTY | DISCUSSION WITH SENIOR ABOUT RECENTLY RECIEVED INFO. IT WAS | 1.8 | $45 | $81 |
| 07/31/2009 | TRAVERSO, NELSON ORWIL | 2008 PROPERTY | COMPLETE PREPARATION OF RETURN WITH NEW DATA PROVIDED BY CLI | 2.5 | $45 | $113 |
| | Fees for July 2009 | | | 19.7 | | $1,123 |