IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtors. | * | Case No. 01-01139 (JKF) <br> (Jointly Administered) |
| | * | Related Docket Nos. 21794, 22415, 23567 |
| ------------------------------------------------------x | | |

## NOTICE OF TRANSMITTAL

I, Edward B. Rosenthal, hereby certify that on the 2nd day of December, 2009, the hyperlinked version of the Phase II Reply Post-Trial Brief for the CNA Companies was transmitted to the Court by Federal Express with copies being sent by Federal Express to the Plan Proponents. Service of this Notice is given to all registered users of the CM/ECF System for the United States Bankruptcy Court for the District of Delaware and in the manner indicated to the individuals below.

Dated: December 2, 2009

FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: _____
Edward B. Rosenthal (*Bar No. 3131*)
P.O. Box 1070
Wilmington, Delaware 19899
Telephone: (302) 656-4433x6
Facsimile: (302) 658-7567

| | |
|---|---|
| WILDMAN, HARROLD, ALLEN & DIXON LLP<br>Jonathan W. Young<br>Jeff Chang<br>225 West Wacker Drive<br>Chicago, Illinois 60606-1229<br>Telephone: (312) 201-2662<br>Facsimile: (312) 416-4524 | GOODWIN PROCTER LLP<br>Daniel M. Glosband (*pro hac vice*)<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>-and-<br>Michael S. Giannotto (*pro hac vice*)<br>Frederick C. Schafrick (*pro hac vice*)<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444 |

*Counsel for Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates*