**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No.  01-1139  (JKF) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) . |  |
|  | ) |  |

**VERIFIED STATEMENT IN CONNECTION WITH THE**
**REPRESENTATION OF CREDITORS AS REQUIRED BY**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Allen D. Vaughan, being first duly sworn, hereby deposes and states as follows:

1.      I am an attorney with Cascino Vaughan Law Offices ("Cascino Vaughan") with offices at 220 S. Ashland Ave., Chicago, Illinois 60607.

2.      This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3.      Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by Cascino Vaughan with Claims against the Debtor(s).  For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.      Each of these Creditors has employed Cascino Vaughan under an employment contract with Cascino Vaughan.  A blank but unredacted exemplar of Cascino Vaughan's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B.  If more than one such standard form of agreement or instrument is used by

-2-

Cascino Vaughan one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by Cascino Vaughan and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

5.    The address of each of the Creditors for service and notice purposes hereof is c/o Cascino Vaughan Law Offices, Ltd., 220 S. Ashland Ave., Chicago, Illinois 60607

6.    Cascino Vaughan Law Offices, Ltd. does not own any claims against or interest in the debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:
November 11, 2009

Respectfully submitted,

Allen D. Vaughan, Esq.
Il Bar No. 3129086
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600