IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF SERVICE**

I, David P. Primack, hereby certify that on the 1st day of December, 2009, the hyperlinked version of the *Joinder of Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company in Certain Phase II Post-Trial Reply Briefs Filed by Other Plan Objectors (D.I. 23827)* was transmitted to the Court on CD via overnight courier pursuant to the Order Establishing Schedule of Post-Trial Briefing and Related Matters (D.I. 23567).  Copies of the same were served concurrently by overnight courier to the recipients shown on the attached Service List.

Dated: December 2, 2009

/s/ David P. Primack
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1243
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Counsel for Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company

*Overnight Courier*
(Counsel to Asbestos PI Committee)
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005

*Overnight Courier*
(Counsel to David T. Austern, Asbestos PI
Future Claimants' Representative)
Jonathan Guy, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

*Overnight Courier*
(Counsel to Debtors)
Kimberly Love, Legal Assistant
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Overnight Courier*
(Counsel to Equity Committee)
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036