# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| November 16, 2009 | INVOICE:              235034 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 10/31/09

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/01/09 | Obtaining exhibit index from FTP site, loading index into Ipro database, generating OCR text and loading text into Concordance database. | W001 | DL | 2.40 |
| 10/01/09 | Reviewed and updated information re: combined general aggregate limits in policies. | W001 | IF | 2.80 |
| 10/01/09 | Finalize review of plan and trust procedures and memo re: legal analysis. | W001 | MC | 2.20 |
| 10/01/09 | Work on and review allocation model for claims and impact. | W001 | MG | 2.80 |
| 10/01/09 | Insurance policy and settlement stipulation (1.10). Attention to exposure (1.20). | W001 | RMH | 2.30 |
| 10/01/09 | Settlement research and analysis regarding insurance coverage issues with insolvent carriers (3.20).  Settlement research and analysis regarding insurance coverage issues related to non-products insurance coverage (2.80).  Review issues related to pending settlement agreements (.50). | W001 | RYC | 6.50 |
| 10/02/09 | Performed research re: standard for concurrent causation. | W001 | AMA | 2.60 |
| 10/02/09 | Review and updated binder with insurance company's "trust" demand letters in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 3.30 |
| 10/02/09 | Research re: insurance company coverage queries (2.40); Phase II exhibit and file reorganization (1.40). | W001 | HEG | 3.80 |
| 10/02/09 | Reviewed umbrella and primary policies re: specific exclusions in policies. | W001 | IF | 1.70 |

{D0166523.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 16, 2009                    INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/02/09 | Reviewed insurance policies re: "concurrent causation." | W001 | IF | 0.80 |
| 10/02/09 | Updated and reviewed spreadsheets re: combined general aggregate limits. | W001 | IF | 1.10 |
| 10/02/09 | Work on analysis of umbrella issues with review of applicable law (2.80); work on concurrent causation and related exclusion issues (1.00); work on response to insurance company information requests (2.60). | W001 | MG | 6.40 |
| 10/02/09 | Attention to exhibit and deposition objections. | W001 | RMH | 2.20 |
| 10/02/09 | Continue settlement research and analysis regarding insurance coverage issues with insolvent carriers (3.50). Continue settlement research and analysis regarding insurance coverage issues related to non-products insurance coverage (2.90). | W001 | RYC | 6.40 |
| 10/04/09 | Continued research re: concurrent causation. | W001 | AMA | 1.20 |
| 10/05/09 | Begin to review and revise time and expense entries. | W011 | AHP | 2.30 |
| 10/05/09 | Continued research re: concurrent causation. | W001 | AMA | 6.40 |
| 10/05/09 | Obtain exhibit index from site, load index into Ipro database, generate OCR text and load text into Concordance database. | W001 | DL | 1.20 |
| 10/05/09 | Assisted with additional CGA issues (.30); Reviewed historic policy chart (1.30); review color coverage chart and update as necessary (.60). | W001 | HEG | 2.20 |
| 10/05/09 | Reviewed and updated information re: insurance policies subject to combined general aggregate limits. | W001 | IF | 2.90 |
| 10/05/09 | Searched files and in-house database resources re: "concurrent causation" coverage and GL policies. | W001 | IF | 0.80 |
| 10/05/09 | Compare plan procedures and review for discrepancies/substantive changes of each. | W001 | MC | 2.00 |
| 10/05/09 | Perform NPV allocation calculation (1.00); emails and conference re: coverage (.40). | W001 | MG | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| November 16, 2009 | INVOICE:              235034 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/05/09 | Conference regarding exhibits and deposition designations (1.60). Settlement discussions (1.20). Analyze exposure (.80). Meet and confer with insurance companies (1.60). | W001 | RMH | 5.20 |
| 10/05/09 | Review and analysis of research in connection with pending insurance coverage defense issues raised by insurance companies (3.30). Investigate status of remaining coverage availability for Trust (2.10). Attention to Phase II exhibit matters (.50). | W001 | RYC | 5.90 |
| 10/06/09 | Continue revising time and expense entries. | W011 | AHP | 4.60 |
| 10/06/09 | Update monitoring chart. | W011 | AHP | 0.30 |
| 10/06/09 | Continued research re: concurrent causation. | W001 | AMA | 3.20 |
| 10/06/09 | Perform legal research concerning the defenses raised by insurance company (5.30); Review cases and draft bullet point summary of pertinent holdings (2.40). | W001 | AP | 7.70 |
| 10/06/09 | Assist with various coverage-related responses to insurance company interrogatories (2.60); research and discuss claims services inquiries per R. Horkovich request (.60). | W001 | HEG | 3.20 |
| 10/06/09 | Updated and reviewed settlement agreement information re: new agreements. | W001 | IF | 2.90 |
| 10/06/09 | Reviewed settlement agreements. | W001 | IF | 1.20 |
| 10/06/09 | Draft response to inquiry and telephone conference with D. Relles re: same (2.80); emails re: indemnity cost data (.50). | W001 | MG | 3.30 |
| 10/06/09 | Conference call regarding insurance proposed neutrality stipulation (2.10); Attention to proposed stipulation (1.00). | W001 | RMH | 3.10 |
| 10/06/09 | Research and analysis re: responses to coverage defenses raised during settlement discussions (2.60); Review and analysis of Phase II evidentiary issues (3.20); attention to Libby liability related matters (.80). | W001 | RYC | 6.60 |
| 10/07/09 | Review first set of revisions (2.30); proof additional changes (.60); begin additional revisions (1.20). | W011 | AHP | 4.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

November 16, 2009                               INVOICE:              235034

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/07/09 | Continue research re: concurrent causation. | W001 | AMA | 0.60 |
| 10/07/09 | Review, identify, and prepare specific policy provisions in insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.70 |
| 10/07/09 | Review and analyze new agreements and edit previous charts. | W001 | HEG | 0.80 |
| 10/07/09 | Reviewed reimbursement agreement status. | W001 | IF | 2.40 |
| 10/07/09 | Updated information re: consent to settle and follow form. | W001 | IF | 1.70 |
| 10/07/09 | Reviewed in-house documents re: named insured. | W001 | IF | 1.60 |
| 10/07/09 | Reviewed and searched files and in-house resources re: policy status. | W001 | IF | 1.30 |
| 10/07/09 | Draft response to inquiry and telephone conference with D. Relles re: same. | W001 | MG | 3.90 |
| 10/07/09 | Hearing with Judge Fitzgerald (1.50); settlement discussions (1.30). | W001 | RMH | 2.80 |
| 10/07/09 | Review and analysis in connection with Trust Distribution Procedures as relating to post-bankruptcy insurance recoveries (3.00); Follow-up regarding support for settlement discussion talking points (1.70); resolve settlement research issues relating to insurance coverage defenses (1.70). | W001 | RYC | 6.40 |
| 10/08/09 | Continue with additional revisions (1.70); draft additional e-mail for end-of-year review (1.20). | W011 | AHP | 2.90 |
| 10/08/09 | Perform follow up legal research concerning specific coverage defense. | W001 | AP | 5.10 |
| 10/08/09 | Reviewed revised CIP agreements and updated information about agreements. | W001 | IF | 3.20 |
| 10/08/09 | Reviewed and updated spreadsheet re: "Consent to Settle" language. | W001 | IF | 2.90 |
| 10/08/09 | Continued to review materials re: named insured. | W001 | IF | 0.80 |
| 10/08/09 | Draft response to Satz inquiry and review and analyze policy information for same. | W001 | MG | 4.20 |
| 10/08/09 | Assist with research re: exclusionary clauses. | W001 | MTL | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 16, 2009                                 INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/08/09 | Attention to settlement discussions (2.30); Draft report to ACC regarding value of insurance (1.00). | W001 | RMH | 3.30 |
| 10/08/09 | Review and summarize updated insurance coverage research re: settlement related issues (3.20); prepare materials in connection with remaining insurance companies re: settlement (1.60). | W001 | RYC | 4.80 |
| 10/09/09 | Revise e-mail for end-of-year review. | W011 | AHP | 0.70 |
| 10/09/09 | Attention to concurrent causation. | W001 | AMA | 0.40 |
| 10/09/09 | Analysis and charting of new CIP agreements (1.80); research exhaustion/erosion queries per M. Garbowski request (1.40). | W001 | HEG | 3.20 |
| 10/09/09 | Provided information to attorney re: settlement demand questions. | W001 | IF | 0.90 |
| 10/09/09 | Reviewed new settlement/CIP agreements. | W001 | IF | 4.60 |
| 10/09/09 | Reviewed materials and information re: "treatment of concurrent causation" in GL coverage. | W001 | IF | 0.80 |
| 10/09/09 | Draft response to inquiry and review and emails with R Horkovich, R Chung, and I Feldgreber re: same (4.60); review Relles data for inquiries (1.60). | W001 | MG | 6.20 |
| 10/09/09 | Analyzed several cases to determine which cases ruled for the insured, and which cases ruled for the insurer regarding exclusionary clauses (1.30); Determined which cases ruled for the insured, and then provided a summary of those cases, and why they ruled in favor of the insured (1.20); Went through Couch on Insurance regarding specific insurance clauses to determine if any of the cases cited involved the named insurance company (1.20). | W001 | MTL | 3.70 |
| 10/09/09 | Research and analysis in connection with support for insurance coverage allocations related to settlement (2.30); prepare analysis re: insurance coverage defenses relating to settlement (2.50). | W001 | RYC | 4.80 |
| 10/11/09 | Research regarding settlement discussion issues pertaining to insurance coverage defenses post-bankruptcy. | W001 | RYC | 2.40 |

{D0166523.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

November 16, 2009                                             INVOICE:              235034

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/12/09 | Settlement discussions with two different insurance companies (1.80); Confirmation hearing preparation (1.70); Insurance asset valuation analysis (4.20). | W001 | RMH | 7.70 |
| 10/12/09 | Draft analysis regarding settlement discussion issues pertaining to insurance coverage defenses post-bankruptcy. | W001 | RYC | 2.30 |
| 10/13/09 | Attention to concurrent causation issue. | W001 | AMA | 0.40 |
| 10/13/09 | Review, analyze and chart relevant issues in new insurance company agreements (1.20); researched insolvent insurance availability issues per R. Horkovich request (3.40). | W001 | HEG | 4.60 |
| 10/13/09 | Reviewed insurance policies re: availability of asbestos exclusion insurance policies. | W001 | IF | 1.20 |
| 10/13/09 | Reviewed proofs of claims re: "available" limits and "established scheme liabilities." | W001 | IF | 3.80 |
| 10/13/09 | Review new Relles data, analyze trigger shift and work on response re: same. | W001 | MG | 4.40 |
| 10/13/09 | Hearing with Judge Fitzgerald (8.00); Insurance valuation analysis (1.80); settlement communications (.60). | W001 | RMH | 10.40 |
| 10/13/09 | Prepare follow-up analysis in connection with demands to remaining unsettled insurance companies (1.20). Research and analysis regarding insurance coverage defenses raised by insurance companies during settlement discussions (3.20). | W001 | RYC | 4.40 |
| 10/13/09 | Review and comment upon fee applications. | W011 | RYC | 0.70 |
| 10/14/09 | Review most recent set of revisions, finalize and release. | W011 | AHP | 2.30 |
| 10/14/09 | Review re: insolvent insurance companies' historic proof of claim status (3.30); additional research re: potential availability and status of those insolvent insurance companies per R. Horkovich request (2.20). | W001 | HEG | 5.50 |
| 10/14/09 | Reviewed proposed agreement re: pollution/environmental claims. | W001 | IF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 16, 2009                                                  INVOICE:              235034

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/14/09 | Reviewed proofs of claims and settlement agreements re: established scheme liabilities and amounts paid by insolvent insurance companies. | W001 | IF | 4.60 |
| 10/14/09 | Work on information request (.60); work on new Relles data review and allocation time-shift (4.20). | W001 | MG | 4.80 |
| 10/14/09 | Hearing with Judge Fitzgerald (6.00); settlement discussions with two different insurance companies (1.60).    Attention to claim against insolvent insurance companies' limits (1.70). | W001 | RMH | 9.30 |
| 10/14/09 | Work on recoveries from insolvent insurance companies (1.90). Review analysis regarding settlement discussion insurance coverage issues (3.80). | W001 | RYC | 5.70 |
| 10/15/09 | Draft e-mail on additional cases in which insurance company lost on the consent-to-settle defense. | W001 | AP | 0.40 |
| 10/15/09 | Review, identify, and prepare specific policy provisions in insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 2.10 |
| 10/15/09 | Reviewed established scheme liability information and proofs of claims. | W001 | IF | 4.40 |
| 10/15/09 | Work on NPV calculations of offer (1.40); work on response (2.40); work on trigger shift allocation (2.30). | W001 | MG | 6.10 |
| 10/15/09 | Settlement discussions (1.00); Insurance valuation (.40). | W001 | RMH | 1.40 |
| 10/15/09 | Follow-up regarding demands to remaining unsettled insurance companies (1.20); Follow-up regarding support in connection with specific settlement discussions (1.30); Review and revise analysis coverage defenses related to plan of reorganization (2.40). | W001 | RYC | 4.90 |
| 10/16/09 | Research additional Insolvent insurance company proof of claim status (1.70); respond to demand queries (.60). | W001 | HEG | 2.30 |
| 10/16/09 | Reviewed proofs of claims and settlement agreements. | W001 | IF | 6.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 16, 2009                                 INVOICE:              235034

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/16/09 | Work on NPV calculation. | W001 | MG | 3.30 |
| 10/16/09 | Attention to settlement negotiations. | W001 | RMH | 3.20 |
| 10/16/09 | Review and revise analysis in connection with claimant related settlement issues (2.20); Finalize demands regarding remaining insurance companies (.80); Review pending settlement discussion issues concerning specific insurance companies (2.10). | W001 | RYC | 5.10 |
| 10/19/09 | Research re: certain insolvent carriers per R. Horkovich request (1.80); queries researched (.40). | W001 | HEG | 2.20 |
| 10/19/09 | Reviewed and requested updated information re: amounts paid by insolvent insurance companies. | W001 | IF | 0.90 |
| 10/19/09 | Reviewed amounts past due and interest rate due on those amounts. | W001 | IF | 1.90 |
| 10/19/09 | Updated and reviewed settlement agreements with insolvent insurance companies and insolvent remaining available limits information. | W001 | IF | 3.40 |
| 10/19/09 | Analyze exposure and calculate amount due based on pre-3/01 accounts receivable (1.80); settlement negotiations with another insurance company (.90). | W001 | RMH | 2.70 |
| 10/19/09 | Review and analysis of efforts to recover from insolvent insurance companies (1.80); Research and analysis of settlement discussion related issues and disclosures (4.20); Review status of insurance recoveries for Trust benefit (.30). | W001 | RYC | 6.30 |
| 10/20/09 | Continued document and internet research connected to determining present status of various insolvent insurance companies with outstanding claim submissions. | W001 | HEG | 0.80 |
| 10/20/09 | Reviewed settlement demand response information. | W001 | IF | 1.40 |
| 10/20/09 | Reviewed responses from Jeff Posner and Fred Zaremby re: insolvent insurance companies and amounts paid to date. | W001 | IF | 2.90 |
| 10/20/09 | Reviewed past due amounts and the interest calculation information. | W001 | IF | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 16, 2009                                 INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/20/09 | Review correspondence and draft part of response to same. | W001 | MG | 2.20 |
| 10/20/09 | Attention to settlement negotiations. | W001 | RMH | 5.10 |
| 10/20/09 | Research and respond to inquiries from insurance company in connection with settlement discussions (1.70). Prepare follow-up settlement demand letter (1.30). Research and analysis of financial issues in connection with settlement discussion (1.40). Respond to inquiries regarding specific insurance company backgrounds related to coverage in place agreements (1.80). | W001 | RYC | 6.20 |
| 10/21/09 | NPV queries per R. Horkovich request (.40); continued insolvent insurance company proof of claim package review and analysis (1.90). | W001 | HEG | 2.30 |
| 10/21/09 | Reviewed insurance policies and settlement agreement for participation. | W001 | IF | 1.10 |
| 10/21/09 | Reviewed and updated information re: insolvent insurance company information. | W001 | IF | 3.90 |
| 10/21/09 | Emails re: NPV calculation, and related CIP issue. | W001 | MG | 1.20 |
| 10/21/09 | Attention to settlement discussions. | W001 | RMH | 4.20 |
| 10/21/09 | Research and analysis regarding settlement discussion matters pertaining to negotiating counter-offers (2.30). Continue review and analysis of efforts to recover from insolvent insurance companies (2.80). | W001 | RYC | 5.10 |
| 10/22/09 | Assisted with query response (1.40); attention to proof of claim queries (1.20); Continued proof of claim package research, analysis and charting of results per R. Horkovich request (1.80). | W001 | HEG | 4.40 |
| 10/22/09 | Reviewed and updated information re: status of insurance company in liquidation proof of claim. | W001 | IF | 1.80 |
| 10/22/09 | Reviewed and updated information re: insolvent proofs of claims. | W001 | IF | 3.90 |
| 10/22/09 | Work on allocation trigger shift analysis for new Relles data. | W001 | MG | 1.80 |
| 10/22/09 | Settlement negotiations. | W001 | RMH | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 16, 2009                                 INVOICE:              235034

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/22/09 | Research and analysis regarding potential insurance recovery from insolvent carriers (2.10). Research and analysis regarding insurance settlement discussion issues (2.50). | W001 | RYC | 4.60 |
| 10/23/09 | Review, identify, and prepare specific policy provisions in insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.90 |
| 10/23/09 | Review insolvent insurance company proof of claim package re: status of claims (3.60); additional database research re: same (1.50); charting and editing results per R. Horkovich request (1.20). | W001 | HEG | 6.30 |
| 10/23/09 | Reviewed information re: status of insolvent insurance companies. | W001 | IF | 3.90 |
| 10/23/09 | Work on allocation trigger shift analysis for new Relles data. | W001 | MG | 1.80 |
| 10/23/09 | Settlement negotiations. | W001 | RMH | 2.40 |
| 10/23/09 | Follow-up review and analysis regarding insurance settlement discussion issues (1.60). Follow-up review and analysis regarding potential insurance recovery from insolvent carriers (2.20). | W001 | RYC | 3.80 |
| 10/26/09 | Review new documents and update monitoring chart. | W011 | AHP | 0.90 |
| 10/26/09 | Queries researched per R. Horkovich request. | W001 | HEG | 0.80 |
| 10/26/09 | Reviewed insurance policies and files re: proofs of claim for insolvent and solvent schemes of arrangement filings. | W001 | IF | 2.30 |
| 10/26/09 | Work on allocation trigger shift analysis for new Relles data. | W001 | MG | 3.40 |
| 10/26/09 | Attention to team responsibilities (0.50); Hearing with Judge Fitzgerald (2.00); Attention to settlement discussions (3.10); Attention to value of insolvent coverage (1.00). | W001 | RMH | 6.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

November 16, 2009                                       INVOICE:              235034

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/26/09 | Research and analysis regarding final confirmation briefing issues (1.80).  Review and analysis in connection with potential recoveries from insolvent insurance companies (2.60). Respond to inquiries regarding settlement discussion matters (2.00). | W001 | RYC | 6.40 |
| 10/27/09 | Review, identify, and prepare specific policy provisions in insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.10 |
| 10/27/09 | Additional insolvency/proof of claim research. | W001 | HEG | 1.30 |
| 10/27/09 | Work on allocation trigger shift analysis for new Relles data. | W001 | MG | 1.80 |
| 10/27/09 | Settlement negotiations with four different insurance companies. | W001 | RMH | 2.20 |
| 10/27/09 | Review and analysis in connection with ongoing settlement discussion related matters (2.70). Follow-up regarding pending settlement demands (2.30).  Research response to insurance company documentation inquiry (1.20).  Follow-up regarding post-bankruptcy Trust concerns (0.60). | W001 | RYC | 6.80 |
| 10/28/09 | Assisted with preparation of responses to insurance company's request for information. | W001 | HEG | 2.60 |
| 10/28/09 | Reviewed and updated information re: insolvent insurance companies. | W001 | IF | 0.90 |
| 10/28/09 | Work on allocation trigger shift analysis for new Relles data. | W001 | MG | 2.30 |
| 10/28/09 | Attention to settlement negotiations with two insurance companies. | W001 | RMH | 2.30 |
| 10/28/09 | Prepare responses in connection with settlement discussion insurance coverage issues (4.20). Review and analysis of post-bankruptcy trust operation issues in connection with insurance recoveries (1.90). | W001 | RYC | 6.10 |
| 10/29/09 | Updated and reviewed information re: proofs of claims for solvent and insolvent insurance companies. | W001 | IF | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                 INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/29/09 | Work on allocation trigger shift analysis for new Relles data. | W001 | MG | 2.20 |
| 10/29/09 | Attention to settlement negotiations with two insurance companies (2.20). Attention to confidentiality agreement proposed (1.00). | W001 | RMH | 3.20 |
| 10/29/09 | Review and comment upon settlement agreement matters (1.80). Review final confirmation briefing in connection with potential coverage issues (1.10). Review and analysis of insolvent insurance recovery related issues (2.20). Draft settlement discussion response letter (2.30). | W001 | RYC | 7.40 |
| 10/30/09 | Insurance company policy participation review per R. Horkovich request. | W001 | HEG | 0.80 |
| 10/30/09 | Reviewed information re: exhibit of policies. | W001 | IF | 1.10 |
| 10/30/09 | Reviewed information re: settlement agreement language. | W001 | IF | 0.60 |
| 10/30/09 | Edit confidentiality agreement with insurance company interest in settlement. | W001 | RMH | 1.00 |
| 10/30/09 | Research and analysis in connection with settlement discussion coverage issues (2.70). Follow-up regarding insolvent insurance claims history and disclosures (2.70). | W001 | RYC | 5.40 |

**TOTAL FEES:**                                                **$229,071.00**

{D0166523.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

November 16, 2009                              INVOICE:          235034

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| A. Marcello Antonucci | 280.00 | 14.80 | 4,144.00 |
| Anna Piazza | 415.00 | 13.20 | 5,478.00 |
| Arline H Pelton | 230.00 | 18.10 | 4,163.00 |
| Corina K Nastu | 210.00 | 8.10 | 1,701.00 |
| Daryl Lyew | 230.00 | 3.60 | 828.00 |
| Harris E Gershman | 255.00 | 47.10 | 12,010.50 |
| Izak Feldgreber | 275.00 | 89.10 | 24,502.50 |
| Marc T Ladd | 280.00 | 4.30 | 1,204.00 |
| Mark Garbowski | 545.00 | 63.50 | 34,607.50 |
| Michael Chung | 280.00 | 4.20 | 1,176.00 |
| Robert M Horkovich | 845.00 | 82.70 | 69,881.50 |
| Robert Y Chung | 555.00 | 125.00 | 69,375.00 |
| **TOTAL FEES:** | | | **$229,071.00** |

{D0166523.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                 INVOICE:         235034

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|                        | HOURS  | TOTALS      |
|------------------------|--------|-------------|
| A. Marcello Antonucci  | 14.80  | 4,144.00    |
| Anna Piazza            | 13.20  | 5,478.00    |
| Corina K Nastu         | 8.10   | 1,701.00    |
| Daryl Lyew             | 3.60   | 828.00      |
| Harris E Gershman      | 47.10  | 12,010.50   |
| Izak Feldgreber        | 89.10  | 24,502.50   |
| Michael Chung          | 4.20   | 1,176.00    |
| Mark Garbowski         | 63.50  | 34,607.50   |
| Marc T Ladd            | 4.30   | 1,204.00    |
| Robert M Horkovich     | 82.70  | 69,881.50   |
| Robert Y Chung         | 124.30 | 68,986.50   |
| **TOTAL:**             | **454.90** | **$224,519.50** |


ACTIVITY CODE: W011      Fee Applications (Applicant)

|                   | HOURS   | TOTALS      |
|-------------------|---------|-------------|
| Arline H Pelton   | 18.10   | 4,163.00    |
| Robert Y Chung    | 0.70    | 388.50      |
| **TOTAL:**        | **18.80** | **$4,551.50** |

{D0166523.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                               EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                 INVOICE:          235034

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

## COSTS through 10/31/09

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 09/08/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433946 For: ROBERT HORKOVICH on 9/8/2009 Carrier Code: CO to PIT EWR Invoice # 357668 | E110 | 439.60 |
| 09/08/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433947 For: ROBERT HORKOVICH on 9/8/2009 Carrier Code: US to LGA PIT Invoice # 357669 | E110 | 50.40 |
| 09/09/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433950 For: ROBERT HORKOVICH on 9/9/2009 Carrier Code: US to LGA PIT Invoice # 357673 | E110 | 129.60 |
| 09/09/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433929 For: ROBERT HORKOVICH on 9/9/2009 Carrier Code: CO to EWR PIT Invoice # 357674 | E110 | (439.60) |
| 09/14/09 | AIRFARE/RAIL EXPS. Ticket #: 7682433938 For: ROBERT HORKOVICH on 9/14/2009 Carrier Code: DL to PIT JFK Invoice # 357699 | E110 | (780.60) |
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 Tracking Number: 798115605756 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr. Scott M Salerno, Michaels & May, 300 S Wacker Dr Ste 1800, CHICAGO, IL, 60606, US | E107 | 10.85 |
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 Tracking Number: 798115606329 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr. Roger A Craig, Nationwide Mutual Insurance Co, 1 W Nationwide Blvd, COLUMBUS, OH, 43215, US | E107 | 10.13 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                 INVOICE:        235034

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|------|----------------------|--------|
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 792162518934 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Robert Flynn, Associated International Ins, co Markel West, WOODLAND HILLS, CA, 91367, US | 12.45 |
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 792162519220 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Robert P Siegel, Esq., Traub Eglin Liberman Straus, Mid Westchester Executive Park, HAWTHORNE, N Y, 10532, US | 7.30 |
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 792162520371 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Goria Gonzalez, Esq, Swiss Reinsurance America Corp, 55 East 52nd Street, NEW YORK CITY, NY, 1005 5, US | 7.30 |
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 790188695060 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Ms Susan Wain, National Casualty Company, Scottsdale Insurance Group, SCOTTSDALE, AZ, 85258, US | 12.45 |
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 791507060453 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Associated International Ins, Ten Parkway North, DEERFIELD, IL, 60015, US | 10.85 |

{D0166523.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

November 16, 2009                                            INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|------|---------------------|--------|
| 09/23/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 791507060990 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Ms Patricia McComb, Atlantic Mutual, 7 Giralda Farms, Suite 120, MADISON, NJ, 07940, US | 7.30 |
| 09/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 790680543740 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr. Arthur J Liederman, Morrison Mahoney LLP, 17 State Street, 11th Floor, NEW YORK CITY, NY, 10 004, US | 7.30 |
| 09/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 798115720314 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr. Michael B Satz, Sedgwick Detert Moran & Arnold, 1 N Wacker Dr Ste 4200, CHICAGO, IL, 60606, US | 10.85 |
| 09/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 566038920 E107 Tracking Number: 857800176960 Reference: 100055 IORGDI Billing Note: From: ROBERT M HORKOVICH, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 42, NEW YORK, NY, 100201103, US To: MR. ANTHONIO CANO, AG INSURANCE, BOULEVARD EMILE JACQMAIN 53, B 1000 BURSSEL, 1000, BE | 31.07 |
| 09/25/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 E107 Tracking Number: 791507295773 Reference: 100055 wrg01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Lisa Esayian, Kirkland & Ellis LLP, 300 North LaSalle, CHICAGO, IL, 60654, US | 10.85 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:      100055.WRG01

November 16, 2009                                    INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 09/25/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 935061004 Tracking Number: 791507295832 Reference: 100055 WRG01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Fredrick Zaremby, W R  Grace & Co, 5400 Broken Sound Boulevard NW, BOCA RATON, FL, 33487, US | E107 | 10.98 |
| 10/01/09 | LIBRARY  &  LEGAL  RESEARCH  Westlaw  Usage September 1 - September 30, 2009 | E106 | 18.65 |
| 10/01/09 | LIBRARY  &  LEGAL  RESEARCH  Westlaw  Usage September 1 - September 30, 2009 | E106 | 1,037.98 |
| 10/01/09 | LIBRARY  &  LEGAL  RESEARCH  Westlaw  Usage September 1 - September 30, 2009 | E106 | 339.20 |
| 10/01/09 | LIBRARY  &  LEGAL  RESEARCH  Westlaw  Usage September 1 - September 30, 2009 | E106 | 12.70 |
| 10/01/09 | LIBRARY  &  LEGAL  RESEARCH  Westlaw  Usage September 1 - September 30, 2009 | E106 | 2.55 |
| 10/01/09 | DI - PHOTOCOPYING | E101 | 4.80 |
| 10/05/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 10/05/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 10/05/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 10/05/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 12.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 9.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 12.00 |
| 10/06/09 | DI - FAX CHARGES | E104 | 12.00 |

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                 INVOICE:             235034

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

---

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 10/06/09 | TRANSCRIPTS & DEPOSITIONS - VENDOR: MAGNA LEGAL SERVICES Charges incurred for original transcript and copies of Al McComas deposition | E125 | 195.90 |
| 10/06/09 | AP - TELEPHONE - VENDOR: COURT CALL Telephonic hearing | E125 | 30.00 |
| 10/06/09 | AP - TELEPHONE - VENDOR: COURT CALL LLC Telephonic hearing | E125 | 65.00 |
| 10/06/09 | AP - TELEPHONE - VENDOR: COURT CALL LLC Telephonic hearing | E125 | 79.00 |
| 10/06/09 | DI - PHOTOCOPYING | E101 | 18.50 |
| 10/06/09 | DI - PHOTOCOPYING | E101 | 0.70 |
| 10/06/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 10/07/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 936667603 Tracking Number: 791242872100 Reference: 100055 WRG01 02 594      Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Nathaniel J Kritzer, Kirkland & Ellis LLP, 601 Lexington Avenue NEW YORK CITY, NY, 10022, US | E107 | 24.52 |
| 10/07/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 936667603 Tracking Number: 790190199728 Reference: 100055 WRG01 02 594      Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Nathaniel J Kritzer, Kirkland & Ellis LLP, 601 Lexington Avenue NEW YORK CITY, NY, 10022, US | E107 | 23.49 |
| 10/07/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 10/07/09 | DI - PHOTOCOPYING | E101 | 26.70 |
| 10/08/09 | CLIENT - ON-LINE COMP SVC - VENDOR: PACER SERVICE CENTER AK0010 Docket System | E125 | 79.84 |
| 10/09/09 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv. # J039-3192 Local travel expenses on 09/08/09 - R. Horkovich from home to LaGuardia Airport for Confirmation Hearings before Judge Fitzgerald. | E109 | 241.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                    INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 10/09/09 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv. # J039-3192 Local travel expenses on 09/09/09 - R. Horkovich from Darien to LaGuardia Airport for Confirmation Hearings before Judge Fitzgerald. | E109 | 160.75 |
| 10/09/09 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv. # J039-3192 Local travel expenses on 09/13/09 - R. Horkovich from home to LaGuardia Airport for Confirmation Hearings before Judge Fitzgerald. | E109 | 172.75 |
| 10/09/09 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv. # 601855 Local travel expenses on 09/16/09 - R. Horkovich from LaGuardia Airport to home after Confirmation Hearings before Judge Fitzgerald. | E109 | 172.89 |
| 10/09/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 10/13/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. CourtCall charges while participation on telephonic hearings with Judge Fitzgerald 9/9/09 | E125 | 65.00 |
| 10/13/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. CourtCall charges while participation on telephonic hearings with Judge Fitzgerald 9/11/09 | E125 | 30.00 |
| 10/13/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. CourtCall charges while participation on telephonic hearings with Judge Fitzgerald 9/14/09 | E125 | 37.00 |
| 10/14/09 | DI - POSTAGE | E108 | 0.44 |
| 10/15/09 | DI - PHOTOCOPYING | E101 | 4.50 |
| 10/15/09 | DI - PHOTOCOPYING | E101 | 1.50 |
| 10/15/09 | DI - PHOTOCOPYING | E101 | 2.20 |
| 10/15/09 | DI - PHOTOCOPYING | E101 | 4.20 |
| 10/15/09 | DI - PHOTOCOPYING | E101 | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 21

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                 INVOICE:          235034

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 10/16/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 937473036 Tracking Number: 799431929730 Reference: 100055 WRG01 02 594      Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Christopher C Mansfield, Liberty Mutual Group, Inc , 175 Berkeley Street  , BOSTON, MA, 02116, US | E107 | 8.62 |
| 10/16/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 937473036 Tracking Number: 792164595501 Reference: 100055 WRG01 02 594      Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr. Monte Sorensen, Employers Ins  Co  of Wausau, 2 000 Westwood Drive  , WAUSAU, WI, 54401, US | E107 | 11.05 |
| 10/16/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 937473036 Tracking Number: 791509139730 Reference: 100055 WRG01 02 594      Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Customer Relations Unit, American Manufacturers Mutual, One Kemper Drive  , LONG GROVE, IL, 60049, US | E107 | 11.05 |
| 10/16/09 | DI - PHOTOCOPYING | E101 | 5.70 |
| 10/16/09 | DI - PHOTOCOPYING | E101 | 4.10 |
| 10/19/09 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial charge for future CourtCall appearances 1/6/10 | E125 | 30.00 |
| 10/19/09 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial charge for future CourtCall appearance 1/7/10 | E125 | 30.00 |
| 10/19/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 10/19/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 10/19/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 10/19/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 10/19/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 10/19/09 | DI - PHOTOCOPYING | E101 | 4.50 |
| 10/19/09 | DI - PHOTOCOPYING | E101 | 5.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 22

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                                 INVOICE:          235034

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 10/20/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 937473036 Tracking Number: 798118488517 Reference: 100055 WRG01 02 594        Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Jay Borowsky, Esq., INFORMATION NOT SUPPLIED, 335 South 2nd Street, Suite 30, PHILADELPHIA, PA, 19 106, US | E107 | 9.37 |
| 10/20/09 | LIBRARY & LEGAL RESEARCH - VENDOR: ACCURINT 1202330 Gershman People, Business & Work searches, finder reports | E125 | 177.25 |
| 10/20/09 | DI - PHOTOCOPYING | E101 | 7.20 |
| 10/20/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 10/20/09 | DI - PHOTOCOPYING | E101 | 2.50 |
| 10/22/09 | DI - PHOTOCOPYING - | E101 | 89.60 |
| 10/22/09 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 10/23/09 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 10/26/09 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/27/09 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/27/09 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/28/09 | CLIENT - ON-LINE COMP SVC - VENDOR: PACER SERVICE CENTER   AKO516 Document retrieval | E125 | 19.20 |
| 10/28/09 | DI - PHOTOCOPYING - | E101 | 6.70 |
| 10/29/09 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/30/09 | DI - PHOTOCOPYING - | E101 | 0.60 |

**TOTAL COSTS:**                                                    **$2,944.08**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 23

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 16, 2009                    INVOICE:            235034

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 237.78 |
| AR | AIRFARE/RAIL EXPS. | (600.60) |
| CM | CLIENT - ON-LINE COMP SVC | 99.04 |
| FX | DI - FAX CHARGES - | 108.00 |
| LB | LIBRARY & LEGAL RESEARCH | 1,588.33 |
| LT | LOCAL TRAVEL | 747.49 |
| PG | DI - POSTAGE - | 0.44 |
| TD | TRANSCRIPTS & DEPOSITIONS | 195.90 |
| TE | AP - TELEPHONE - | 366.00 |
| XE | DI - PHOTOCOPYING - | 201.70 |
| | **TOTAL COSTS:** | **$2,944.08** |

**TOTAL DUE:**                    **$232,015.08**

{D0166523.1 }