```
Date: 11/28/09            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
10/02/09   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  5.6   2660.00
#7203      Work on insurance analysis for Garbowski          475.00
           (Anderson-Kill)

10/30/09   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8   1330.00
#7211      Develop years of first exposure spreadsheet for   475.00
           Garbowski (Anderson-Kill)
```

{D0166524.1}

```
Date: 11/28/09            Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 2

                         W. R. Grace


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/01/09    Peterson   / (07) Committee, Creditors'            1.0      800.00
#7001       Conference call with Rickards re: declaration    800.00

10/01/09    Peterson   / (07) Committee, Creditors'            1.0      800.00
#7002       Review Finch and Relles revisions to Declaration and  800.00
            underlying analyses

10/01/09    Relles     / (07) Committee, Creditors'            1.0      475.00
#7201       Review insurance computations for Garbowski request  475.00

10/03/09    Relles     / (07) Committee, Creditors'            2.8     1330.00
#7204       Summarize insurance analysis, send email and results  475.00
            to Garbowski

10/07/09    Peterson   / (07) Committee, Creditors'            1.5     1200.00
#7005       Review declaration, referenced exhibit and analysis  800.00
            for Finch

10/07/09    Relles     / (07) Committee, Creditors'            0.6      285.00
#7206       Telephone Garbowski re: insurance analysis        475.00

10/07/09    Relles     / (07) Committee, Creditors'            0.8      380.00
#7207       Run computations requested by Finch for declaration  475.00

10/08/09    Peterson   / (07) Committee, Creditors'            0.7      560.00
#7006       conference call with Finch and Relles re:        800.00
            declaration

10/08/09    Peterson   / (07) Committee, Creditors'            0.3      240.00
#7008       Review Finch email and demonstrative              800.00

10/08/09    Relles     / (07) Committee, Creditors'            0.7      332.50
#7209       Conference call with Finch and Peterson re:      475.00
            declaration

10/09/09    Peterson   / (07) Committee, Creditors'            0.7      560.00
#7009       conference call with Finch and Relles re:        800.00
            declaration

10/09/09    Relles     / (07) Committee, Creditors'            0.7      332.50
#7210       Conference call with Finch and Peterson re:      475.00
            declaration
```

{D0166524.1 }

```
Date: 11/28/09            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 3

                  W. R. Grace


Date/Slip# Description                               HOURS/RATE    AMOUNT
-------------------------------------------------------------------------
10/01/09   Relles    / (28) Data Analysis                  1.7     807.50
#7202      Work on Peterson affidavit                   475.00

10/02/09   Peterson  / (28) Data Analysis                  1.5    1200.00
#7003      Review insurance analysis                    800.00

10/07/09   Peterson  / (28) Data Analysis                  0.3     240.00
#7004      Telephone Relles re: declaration             800.00

10/07/09   Relles    / (28) Data Analysis                  0.3     142.50
#7205      Review insurance analysis                    475.00

10/07/09   Relles    / (28) Data Analysis                  0.3     142.50
#7208      Telephone Peterson re: declaration           475.00

10/08/09   Peterson  / (28) Data Analysis                  1.2     960.00
#7007      Review confirmation hearing transcript on   800.00
           declaration issues

10/09/09   Peterson  / (28) Data Analysis                  0.6     480.00
#7010      review and suggest addition to declaration  800.00
-------------------------------------------------------------------------
```

{D0166524.1 }

```
Date: 11/28/09            Legal Analysis Systems, Inc.
Time: 10:00am                                                       Page 4

                W. R. Grace

              Summary Of Time Charges, By Month and Activity
                      October 2009 - October 2009

   MONTH      ACTIVITY                                        HOURS     AMOUNT
   -----------------------------------------------------------------------
   October   - (05) Claims Anal Objectn/Resolutn (Asbest)       8.4     3990.00
   October   - (07) Committee, Creditors'                      11.8     7295.00
   October   - (28) Data Analysis                               5.9     3972.50
   October   - (99) Total                                      26.1    15257.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)       8.4     3990.00
   Total     - (07) Committee, Creditors'                      11.8     7295.00
   Total     - (28) Data Analysis                               5.9     3972.50
   Total     - (99) Total                                      26.1    15257.50
```

-------------------------------------------------------------------------------

{D0166524.1 }

```
Date: 11/28/09            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 5

                 W. R. Grace

              Summary Of Time Charges, By Month and Person
                     October 2009 - October 2009

    MONTH      PERSON                                    HOURS      AMOUNT
    ----------------------------------------------------------------------
    October    - Relles                                   17.3     8217.50
    October    - Peterson                                  8.8     7040.00
    October    - Total                                    26.1    15257.50

    Total      - Relles                                   17.3     8217.50
    Total      - Peterson                                  8.8     7040.00
    Total      - Total                                    26.1    15257.50

    ----------------------------------------------------------------------
```

{D0166524.1 }

```
Date: 11/28/09          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

                    W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                       October 2009 - October 2009

   MONTH      PERSON                            HOURS    RATE     AMOUNT
   ----------------------------------------------------------------------

   (05) Claims Anal Objectn/Resolutn (Asbest)

   October   - Relles                             8.4    475.    3990.00

   (07) Committee, Creditors'

   October   - Relles                             6.6    475.    3135.00
   October   - Peterson                           5.2    800.    4160.00

   (28) Data Analysis

   October   - Relles                             2.3    475.    1092.50
   October   - Peterson                           3.6    800.    2880.00


   -----------------------------------------------------------------------
```

{D0166524.1 }