Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2009 through October 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 04-Oct-09 | BR | Review of Grace monthly financial report for August 2009. | 2.40 | $ 595.00 | $ 1,428.00 |
| | | Total Bradley Rapp | 2.40 | | $ 1,428.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Oct-09 | JS | Review, analyze Motion to Sell 5% interest in ART (ART Motion) and Exhibits, draft questions for Company, for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 01-Oct-09 | JS | Review, analyze Motion to Implement Defined Contribution Retirement Plan (Defined Contribution Motion) and Exhibits for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 01-Oct-09 | JS | Commence writing memorandum to ACC counsel regarding ART Motion for purposes of advising counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 02-Oct-09 | JS | Conference call with Blackstone (Bonanno) and Company (Petti) to discuss questions regarding ART Motion. | 0.20 | $ 595.00 | $ 119.00 |
| 02-Oct-09 | JS | Continue writing memorandum to ACC counsel regarding ART Motion for purposes of advising counsel. | 1.70 | $ 595.00 | $ 1,011.50 |
| 02-Oct-09 | JS | Review, analyze former report of Watson, Wyatt regarding Defined Contribution and Defined Benefit Retirement Plans for purposes of advising ACC counsel. | 1.50 | $ 595.00 | $ 892.50 |
| 02-Oct-09 | JS | Write memorandum to ACC counsel regarding Defined Contribution Motion for purposes of advising counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 06-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 12-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 20-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 26-Oct-09 | JS | Review earnings report for 3rd Quarter 2009 for monitoring and valuation and for purposes of advising ACC counsel. | 1.60 | $ 595.00 | $ 952.00 |
| 26-Oct-09 | JS | Review earning reports for various specialty chemical companies for valuation and for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 26-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total James Sinclair | 17.80 | | $ 10,591.00 |
| Robert Lindsay - Managing Director | | | | | |
| 23-Oct-09 | RL | Reviewed and forwarded September invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| Peter Cramp - Senior Analyst | | | | | |
| 05-Oct-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 05-Oct-09 | PC | Review and analyze ART Restructuring and Deconsolidation materials for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 05-Oct-09 | PC | Review Defined Benefit Contribution Motion materials and memorandum of J. Sinclair for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 06-Oct-09 | PC | Review and analyze August Monthly Operating Report for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 12-Oct-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 20-Oct-09 | PC | Review and revise share price update of G. Sinclair and discuss pricing model and preparation of the report. | 3.20 | $ 275.00 | $ 880.00 |
| 22-Oct-09 | PC | Review and analyze Q3 earnings release for guideline company for valuation monitoring. | 1.90 | $ 275.00 | $ 522.50 |
| 26-Oct-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 27-Oct-09 | PC | Review Disclosure Statement and further review of Q3 earnings release for due diligence. | 2.20 | $ 275.00 | $ 605.00 |
| 28-Oct-09 | PC | Further review of Disclosure Statements and Exhibits for due diligence. | 4.90 | $ 275.00 | $ 1,347.50 |
| 29-Oct-09 | PC | Review sources of cash and uses (claims) for recovery analysis for due diligence. | 5.20 | $ 275.00 | $ 1,430.00 |
| | | Total Peter Cramp | 26.30 | | $ 7,232.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2009 through October 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Gibbons Sinclair - Analyst | | | | | |
| 20-Oct-09 | GS | Prepare and update weekly share price update of WR Grace and settlement value. | 2.80 | $ 220.00 | $ 616.00 |
| 23-Oct-09 | GS | Draft September 09 Invoice. | 1.40 | $ 220.00 | $ 308.00 |
| | | Total Gibbons Sinclair | 4.20 | | $ 924.00 |
| | | **TOTAL** | 50.90 | | $ 20,285.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2009 through October 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 29-Oct-09 | PC | Review sources of cash and uses (claims) for recovery analysis for due | 5.20 | $ 275.00 | $ 1,430.00 |
| | | Asset Analysis and Recovery | 5.20 | | $ 1,430.00 |
| Business Operations/Due Diligence | | | | | |
| 01-Oct-09 | JS | Review, analyze Motion to Sell 5% interest in ART (ART Motion) and Exhibits, draft questions for Company, for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 01-Oct-09 | JS | Commence writing memorandum to ACC counsel regarding ART Motion for purposes of advising counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 02-Oct-09 | JS | Conference call with Blackstone (Bonanno) and Company (Petti) to discuss questions regarding ART Motion. | 0.20 | $ 595.00 | $ 119.00 |
| 02-Oct-09 | JS | Continue writing memorandum to ACC counsel regarding ART Motion for purposes of advising counsel. | 1.70 | $ 595.00 | $ 1,011.50 |
| 05-Oct-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 05-Oct-09 | PC | Review and analyze ART Restructuring and Deconsolidation materials for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 05-Oct-09 | PC | Review Defined Benefit Contribution Motion materials and memorandum of J. Sinclair for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 06-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 06-Oct-09 | PC | Review and analyze August Monthly Operating Report for due diligence. | 1.30 | $ 275.00 | $ 357.50 |
| 12-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 12-Oct-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 20-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 20-Oct-09 | PC | Review and revise share price update of G. Sinclair and discuss pricing model and preparation of the report. | 3.20 | $ 275.00 | $ 880.00 |
| 20-Oct-09 | GS | Prepare and update weekly share price update of WR Grace and settlement value. | 2.80 | $ 220.00 | $ 616.00 |
| 22-Oct-09 | PC | Review and analyze Q3 earnings release for guideline company for valuation monitoring. | 1.90 | $ 275.00 | $ 522.50 |
| 26-Oct-09 | JS | Review earnings report for 3rd Quarter 2009 for monitoring and valuation and for purposes of advising ACC counsel. | 1.60 | $ 595.00 | $ 952.00 |
| 26-Oct-09 | JS | Review earning reports for various specialty chemical companies for valuation and for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 26-Oct-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 27-Oct-09 | PC | Review Disclosure Statement and further review of Q3 earnings release for due diligence. | 2.20 | $ 275.00 | $ 605.00 |
| 28-Oct-09 | PC | Further review of Disclosure Statements and Exhibits for due diligence. | 4.90 | $ 275.00 | $ 1,347.50 |
| | | Total Business Operations/Due Diligence | 34.40 | | $ 12,666.00 |
| Employee Benefits/Pensions | | | | | |
| 01-Oct-09 | JS | Review, analyze Motion to Implement Defined Contribution Retirement Plan (Defined Contribution Motion) and Exhibits for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 02-Oct-09 | JS | Review, analyze former report of Watson, Wyatt regarding Defined Contribution and Defined Benefit Retirement Plans for purposes of advising ACC counsel. | 1.50 | $ 595.00 | $ 892.50 |
| 02-Oct-09 | JS | Write memorandum to ACC counsel regarding Defined Contribution Motion for purposes of advising counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| | | Total Employee Benefits/Pensions | 6.40 | | $ 3,808.00 |
| Fee Applications (Applicant) | | | | | |
| 23-Oct-09 | RL | Reviewed and forwarded September invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| 23-Oct-09 | GS | Draft September 09 Invoice. | 1.40 | $ 220.00 | $ 308.00 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 418.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2009 through October 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Valuation | | | | | |
| 04-Oct-09 | BR | Review of Grace monthly financial report for August 2009. | 2.40 | $ 595.00 | $ 1,428.00 |
| 26-Oct-09 | JS | Review pricing information and valuation for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total Valuation | 3.30 | | $ 1,963.50 |
| | | **TOTAL** | 50.90 | | $ 20,285.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2009 through October 31, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.40 | $ 595.00 | $ 1,428.00 |
| James Sinclair - Senior Managing Director | 17.80 | $ 595.00 | $ 10,591.00 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 26.30 | $ 275.00 | $ 7,232.50 |
| Gibbons Sinclair - Analyst | 4.20 | $ 220.00 | $ 924.00 |
| Total Professional Hours and Fees | 50.90 | | $ 20,285.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - October 1, 2009 through October 31, 2009

| Date | Description of Item | Amount |
|---|---|---|
| - | No Expenses During this Period. | $0.00 |
|  | Total Expenses October 1, 2009 through October 31, 2009 | $0.00 |