# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: December 22, 2009 |
| | | Hearing Deadline: to be scheduled, if necessary |

## FEE DETAIL FOR OGILVY RENAULT LLP'S THIRY-FOURTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

November 13, 2009
INVOICE: 946355

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending October 31, 2009

| | |
|---|---:|
| FEES | $49,123.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 485.51 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $49,609.01 |

Canadian Funds

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| J.-Y. Fournier | 1 | $140.00 |
| P. Adams | 0.7 | $126.00 |
| A. Kuntz | 16.5 | $6,105.00 |
| K. Galpern | 5 | $3,250.00 |
| O. Pasparakis | 18.9 | $13,702.50 |
| D.C. Tay | 2 | $2,000.00 |
| T. Walsh | 42.5 | $23,800.00 |
| Total | 86.60 | $49,123.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/09 | Allison Kuntz | Revising 31st Officer's Report as per the comments of O. Pasparakis (1.5); emailing J. Baer in respect of same and for comments (.30). | 1.80 | $666.00 |
| 1/10/09 | Penny Adams | Meeting with A. Kuntz regarding 31st Report. | 0.30 | $54.00 |
| 1/10/09 | Orestes Pasparakis | Revising 31st Report. | 2.60 | $1,885.00 |
| 2/10/09 | Allison Kuntz | Revising 31st Officer's Report as per information provided by D. Boll (.30); emailing finalized report to R. Finke with comments (.30). | 0.60 | $222.00 |
| 2/10/09 | Orestes Pasparakis | Following-up with opposing counsel (0.3); following-up on report (0.2); discussions with Sealed Air counsel (0.4). | 0.90 | $652.50 |
| 5/10/09 | Orestes Pasparakis | Following-up with Sealed Air counsel. | 0.30 | $217.50 |
| 5/10/09 | Allison Kuntz | Reviewing email from R. Finke (.30); revising 31st Information Officer's Report as per comments of R. Finke (.30). | 0.60 | $222.00 |
| 6/10/09 | Allison Kuntz | Corresponding with R. Finke in respect of changes to 31st Information Officer's Report. | 0.30 | $111.00 |
| 7/10/09 | Allison Kuntz | Serving 31st Officer's Report. | 0.30 | $111.00 |
| 8/10/09 | Orestes Pasparakis | Setting out next steps. | 0.30 | $217.50 |

INVOICE: 946355



W.R. GRACE & CO.   01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/10/09 | Teresa Walsh | Office conferences with O. Pasparakis, K. Galpern and A. Kuntz regarding issues related to settlement agreement, strategic considerations concerning Canadian property damage claims and related issues (1.10); researching Canadian property damages claims, including Limitations Act issues, proof of claim and constructive notice (1.80). | 2.90 | $1,624.00 |
| 9/10/09 | Karen Galpern | Meeting with O. Pasparakis, T. Walsh and A. Kuntz regarding proposed strategy for settlement. | 0.80 | $520.00 |
| 9/10/09 | Karen Galpern | Considering issues and relevant case law regarding proposed strategy. | 2.20 | $1,430.00 |
| 9/10/09 | Karen Galpern | Reviewing Settlement Agreement and considering arguments that agreement is not void. | 1.00 | $650.00 |
| 9/10/09 | Allison Kuntz | Meeting with O. Pasparakis, T. Walsh, and K. Galpern regarding next steps in Grace settlement (.80); reviewing 31st Report and Approval Order with T. Walsh and K. Galpern (.80); pulling together complete binders of Orders and Officer's Reports (.30). | 1.90 | $703.00 |
| 9/10/09 | Derrick C. Tay | Considering alternatives to settling with representative counsel (.60); conference call with Grace and U.S. counsel (.50). | 1.10 | $1,100.00 |
| 9/10/09 | Orestes Pasparakis | Preparing for conference call with client (0.4); attending conference call with client (0.7); organizing next steps (0.4); directions regarding research and analysis to be completed (1.2); letter to Representative Counsel regarding ultimatum (0.4). | 3.10 | $2,247.50 |

INVOICE: 946355



W.R. GRACE & CO.                                                                      01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/09 | Teresa Walsh | Telephone conference call with D. Boll, K. Davis and O. Pasparakis regarding database information on ZAI property damage claims (0.4); researching issues related to litigation of ZAI property damage claims, including limitation periods, constructive notice, standard of care, causation and damages (8.7); preparing for and participating in conference call with O. Pasparakis, A. Kuntz and U.S. counsel regarding proposed amendments to Settlement Agreement and response from representative counsel (0.6). | 9.70 | $5,432.00 |
| 12/10/09 | Orestes Pasparakis | Attending conference call with claims agent (0.4); conference call with client (0.7). | 1.10 | $797.50 |
| 12/10/09 | Allison Kuntz | Participating in conference call regarding settlement and next steps. | 0.80 | $296.00 |
| 13/10/09 | Teresa Walsh | Further research on limitation period issues (1.60); conference with K. Galpern regarding Quebec limitation period issues (0.20); reviewing email communication from C. Martel regarding Quebec limitation period case law (0.10). | 1.90 | $1,064.00 |
| 13/10/09 | Jean-Yves Fournier | Researching the external databases Azimut, REJB and QuickLaw for C. Martel to find jurisprudence dealing with asbestos, delay and liability. | 1.00 | $140.00 |
| 13/10/09 | Karen Galpern | Considering issues and relevant case law regarding right to vote on plan of arrangement. | 0.50 | $325.00 |
| 13/10/09 | Allison Kuntz | Inquiring regarding dates before Justice Morawetz (.30); emailing O. Pasparakis in respect of same (.30). | 0.60 | $222.00 |
| 13/10/09 | Karen Galpern | Discussion with T. Walsh and C. Martel regarding limitation issues. | 0.50 | $325.00 |
| 14/10/09 | Teresa Walsh | Reviewing email communications between representative counsel and O. Pasparakis regarding proposed amendments to settlement agreement. | 0.30 | $168.00 |

INVOICE: 946355



W.R. GRACE & CO.                                                                                              01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/10/09 | Allison Kuntz | Reviewing emails regarding status of settlement. | 0.30 | $111.00 |
| 14/10/09 | Orestes Pasparakis | Conference call with opposing counsel (1.0); reporting to client (0.3). | 1.30 | $942.50 |
| 15/10/09 | Teresa Walsh | Reviewing and considering proposed amendments to settlement of Canadian property damage claims put forth by claimants' representative counsel (0.30); reviewing Class Proceedings Act provisions in respect of fees and related case law (0.50). | 0.80 | $448.00 |
| 16/10/09 | Teresa Walsh | Reviewing of case law regarding determination of fees for representative counsel (0.50); emailing O. Pasparakis regarding proposed amendments to settlement agreement relating to Canadian property damage claims (0.20); reviewing and responding to email regarding conference call on Monday to address proposed amendments to settlement agreement (0.20). | 0.90 | $504.00 |
| 16/10/09 | Orestes Pasparakis | Following-up with client (0.4); considering settlement issues (0.3). | 0.70 | $507.50 |
| 19/10/09 | Teresa Walsh | Preparing for and participating in conference call with U.S. counsel and O. Pasparakis regarding amendment proposal to settlement agreement regarding property damage claims (0.80); following-up with O. Pasparakis regarding conference call with Canadian representative counsel (0.30); considering provisions to be included in amending agreement for settlement of Canadian property damage claims (0.40). | 1.50 | $840.00 |
| 19/10/09 | Orestes Pasparakis | Conference call with client (0.8); preparing strategy (0.3); conference call with Representative Counsel (0.6); preparing next steps (0.3). | 2.00 | $1,450.00 |

INVOICE: 946355



W.R. GRACE & CO.                                                                01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 20/10/09 | Teresa Walsh | Reviewing Minutes of Settlement for Canadian ZAI claims (1.2); drafting and revising Amending Agreement to Minutes of Settlement for Canadian ZAI claims (3.10); following-up with O. Pasparakis regarding same (0.20). | 4.50 | $2,520.00 |
| 21/10/09 | Orestes Pasparakis | Following-up on next steps and status. | 0.30 | $217.50 |
| 22/10/09 | Teresa Walsh | Preparing for and participating in telephone conference call with Representative Counsel for ZAI Claimants (0.50); preparing email update to client (0.40). | 0.90 | $504.00 |
| 22/10/09 | Orestes Pasparakis | Preparing for and attending conference call with Representative Counsel. | 0.50 | $362.50 |
| 23/10/09 | Teresa Walsh | Office conference with P. Adams regarding fee application information to be provided to Canadian Representative Counsel (0.30); working on Amended and Restated Minutes of Settlement (2.50). | 2.80 | $1,568.00 |
| 23/10/09 | Orestes Pasparakis | Following-up on status. | 0.30 | $217.50 |
| 26/10/09 | Allison Kuntz | Reviewing draft First Amended Joint Plan for the purposes of including language in the Amended and Restated Minutes of Settlement. | 0.50 | $185.00 |
| 26/10/09 | Teresa Walsh | Continued revisions to Amended and Restated Minutes of Settlement for Canadian ZAI claims (5.60); emailing O. Pasparakis with copy of Amended Minutes (0.10). | 5.70 | $3,192.00 |
| 26/10/09 | Orestes Pasparakis | Preliminary review of minutes. | 0.60 | $435.00 |
| 27/10/09 | Teresa Walsh | Following-up with U.S. Counsel and Canadian Representative Counsel regarding issues related to Amended Settlement for ZAI claims (0.30); office conferences with O. Pasparakis regarding further revisions to Amended Settlement (0.30); making further revisions to Amended Settlement for ZAI claims (2.80). | 3.40 | $1,904.00 |
| 27/10/09 | Penny Adams | Advising on approval dates in Canada and US in connection with Settlement. | 0.40 | $72.00 |

INVOICE: 946355



W.R. GRACE & CO.                                                                                     01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 27/10/09 | Orestes Pasparakis | Reviewing and revising Restated Minutes of Settlement. | 1.80 | $1,305.00 |
| 28/10/09 | Teresa Walsh | Further revisions to Amended and Restated Minutes of Settlement (1.8); office conferences with O. Pasparakis and A. Kuntz regarding further revisions (0.8); emailing clients providing copy of draft Amended and Restated Minutes (0.2). | 2.80 | $1,568.00 |
| 28/10/09 | Allison Kuntz | Reviewing Amended and Restated Minutes of Settlement (1.0); discussing changes with O. Pasparakis and T. Walsh (1.0). | 2.00 | $740.00 |
| 28/10/09 | Orestes Pasparakis | Revising amendments. | 1.60 | $1,160.00 |
| 29/10/09 | Derrick C. Tay | Reviewing revised minutes of settlement with representative counsel. | 0.90 | $900.00 |
| 29/10/09 | Allison Kuntz | Revising Amended and Restated Minutes of Settlement as per comments of R. Finke (2.50); discussing same with T. Walsh (2.50). | 5.00 | $1,850.00 |
| 29/10/09 | Orestes Pasparakis | Considering changes proposed by R. Finke (0.4); reviewing minutes (0.5). | 0.90 | $652.50 |
| 29/10/09 | Teresa Walsh | Reviewing and drafting response to R. Finke's email regarding the draft Amended and Restated Minutes (0.50); office conference with A. Kuntz regarding further revisions (0.70); reviewing revised Minutes and suggesting further revisions (0.30). | 1.50 | $840.00 |
| 30/10/09 | Orestes Pasparakis | Revising minutes. | 0.60 | $435.00 |
| 30/10/09 | Allison Kuntz | Revising Amended and Restated Minutes of Settlement (1.0); discussing same with T. Walsh (.80). | 1.80 | $666.00 |
| 30/10/09 | Teresa Walsh | Further revisions to Amended and Restated Minutes (1.7); office conferences with A. Kuntz regarding revisions (0.4); email communications with clients regarding revised minutes (0.4); email communications with opposing counsel (0.2); email communication with Crown counsel (0.2). | 2.90 | $1,624.00 |

INVOICE: 946355



W.R. GRACE & CO.                                            01016442-0006

RE:  Litigation and litigation consulting

TOTAL FEES                    $49,123.50

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 171.90 |
| External Database Search/Azimut | 252.00 |
| External DB Search/Quicklaw | 8.70 |
| Lexis / Nexis | 12.91 |
| Process server fee | 40.00 |
| | $485.51 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 9/10/09 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 40.00 |
| 9/10/09 | Karen Galpern | Lexis / Nexis | 12.91 |
| 9/10/09 | Karen Galpern | External DB Search/Quicklaw | 3.08 |
| 13/10/09 | Catherine F. Martel | External Database Search/Azimut | 94.50 |
| 13/10/09 | Catherine F. Martel | External Database Search/Azimut | 157.50 |
| 13/10/09 | Jean-Yves Fournier | External DB Search/Quicklaw | 5.62 |
| 15/10/09 | Karen Ostrom | Copies | 0.10 |
| 15/10/09 | Karen Ostrom | Copies | 0.20 |
| 15/10/09 | Karen Ostrom | Copies | 0.20 |
| 15/10/09 | Karen Ostrom | Copies | 0.10 |
| 15/10/09 | Karen Ostrom | Copies | 0.10 |
| 15/10/09 | Allison Kuntz | Copies | 1.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.40 |
| 16/10/09 | Karen Ostrom | Copies | 0.20 |
| 16/10/09 | Karen Ostrom | Copies | 0.20 |
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Allison Kuntz | Copies | 39.90 |
| 16/10/09 | Allison Kuntz | Copies | 21.00 |
| 16/10/09 | Allison Kuntz | Copies | 90.90 |
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.20 |
| 16/10/09 | Karen Ostrom | Copies | 0.20 |

INVOICE: 946355



W.R. GRACE & CO.                                                                                            01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.30 |
| 16/10/09 | Karen Ostrom | Copies | 0.40 |
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.40 |
| 16/10/09 | Karen Ostrom | Copies | 0.80 |
| 16/10/09 | Karen Ostrom | Copies | 0.10 |
| 16/10/09 | Karen Ostrom | Copies | 0.60 |
| 21/10/09 | Allison Kuntz | Copies | 13.00 |
| 21/10/09 | Karen Ostrom | Copies | 0.80 |
|  |  | TOTAL | $485.51 |

INVOICE: 946355



**OGILVY RENAULT**

| | |
|---|---|
| Client: W.R. GRACE & CO. | November 13, 2009 |
| RE: Fee Applications, Applicant | INVOICE: 946353 |
| Matter No.: 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending October 31, 2009

| | |
|---|---:|
| FEES | $1,178.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| **TOTAL FOR THIS INVOICE** | **$1,178.00** |



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including Invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**W.R. GRACE & CO.**                                                              01016442-0008

RE:   Fee Applications, Applicant

---

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.4 | $224.00 |
| P. Adams | 5.3 | $954.00 |
| Total | 5.70 | $1,178.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 19/10/09 | Penny Adams | Reviewing September invoices (0.40); corresponding with accounting with respect to the same (0.20); drafting 11th Quarterly Fee Application (0.50). | 1.10 | $198.00 |
| 21/10/09 | Penny Adams | Obtaining and reviewing certificates of no objection for monthly fee applications (0.50); reviewing and revising 11th Quarterly Fee Application (0.50). | 1.00 | $180.00 |
| 22/10/09 | Penny Adams | Drafting 33rd Monthly Fee Application (0.50); corresponding with R. Finke regarding same (0.20); finalizing 33rd Monthly Fee Application (0.50). | 1.20 | $216.00 |
| 23/10/09 | Penny Adams | Advising on fee application processes. | 0.50 | $90.00 |
| 23/10/09 | Teresa Walsh | Reviewing and swearing 33rd Monthly Fee Application. | 0.40 | $224.00 |
| 26/10/09 | Penny Adams | Finalizing 33rd Monthly Fee Application (0.50); arranging for service and filing of same (0.30); corresponding with fee auditor (0.20). | 1.00 | $180.00 |
| 27/10/09 | Penny Adams | Finalizing 11th Quarterly Fee Application. | 0.50 | $90.00 |
|  |  | **TOTAL FEES** |  | **$1,178.00** |

INVOICE: 946353