# EXHIBIT A

## Case Administration (31.30 Hours; $ 8,564.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $840 | 756.00 |
| Rita C. Tobin | 2.00 | $530 | 1,060.00 |
| Jeffrey a. Liesemer | .40 | $495 | 198.00 |
| Erroll G. Butts | 24.00 | $235 | 5,640.00 |
| Michael C. Greene | 3.00 | $235 | 705.00 |
| Eugenia Benetos | 1.00 | $205 | 205.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/09 | PVL | 840.00 | 0.10 | Review Sinclair memos. |
| 10/05/09 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/05/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/07/09 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 10/07/09 | MCG | 235.00 | 3.00 | Per NDF, assemble case materials for use at continuation of confirmation hearing. |
| 10/09/09 | PVL | 840.00 | 0.10 | Review draft Hurford memo and reply. |
| 10/13/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/13/09 | EGB | 235.00 | 9.00 | Prepare and get documents for Counsel as needed during the trial |
| 10/14/09 | RCT | 530.00 | 1.20 | Review exhibits (1.2) |
| 10/14/09 | EGB | 235.00 | 10.00 | Prepare and get documents for Counsel as needed during the trial. Clean up trial room; assisted Kirkland and Ellis with Boxes and clean up. |
| 10/15/09 | PVL | 840.00 | 0.20 | Review 13 misc filings. |
| 10/15/09 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to confirmation issues. |
| 10/19/09 | PVL | 840.00 | 0.10 | Review 19 misc filings. |

{D0166627.1 }

| | | | | |
|---|---|---|---|---|
| 10/19/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/20/09 | PVL | 840.00 | 0.10 | Review 5 misc. filings. |
| 10/23/09 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 10/25/09 | EGB | 235.00 | 5.00 | Cite check Grace Brief and review edits made by M. Fanone for N. Finch |
| 10/26/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/26/09 | EB | 205.00 | 1.00 | Review, classify, and annotate relevant material for EI re conference calls, draft memo. |

**Total Task Code .04        31.30**


**Claim Analysis Objection & Resolution (Asbestos) (.40 Hours; $ 336.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $840 | 336.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/09 | PVL | 840.00 | 0.40 | Review Judge Buckwalter op. re CA PD claims. |

**Total Task Code .05        .40**


**Employee Benefits/Pension (.10 Hours; $ 92.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $920 | 92.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/14/09 | EI | 920.00 | 0.10 | Memo Sinclair re: pension plan (.1). |

**Total Task Code .08        .10**

{D0166627.1 }

**Fee Applications, Applicant (7.60 Hours; $ 3,371.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $920 | 368.00 |
| Rita C. Tobin | 4.70 | $530 | 2,491.00 |
| Eugenia Benetos | 2.50 | $205 | 512.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/09 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 10/05/09 | EB | 205.00 | 0.50 | Perform review of CNO. Email local counsel re: pending payments. |
| 10/08/09 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 10/20/09 | RCT | 530.00 | 1.00 | Review fee applications (1.0) |
| 10/20/09 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 10/21/09 | RCT | 530.00 | 0.50 | Address fee matters (0.5) |
| 10/22/09 | EI | 920.00 | 0.20 | Review of fee application and t/cs NDF and JR re: same. |
| 10/22/09 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 10/23/09 | EI | 920.00 | 0.20 | Billing issues. |
| 10/26/09 | EB | 205.00 | 1.00 | T/C with APB; conference with EI re paralegal entries. |
| 10/30/09 | RCT | 530.00 | 0.20 | Review fee application schedules for October (0.2) |

**Total Task Code .12    7.60**


**Litigation and Litigation Consulting (564.40 Hours; $ 272,142.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.40 | $920 | 2,208.00 |

{D0166627.1 }

| | | | | |
|---|---|---|---|---|
| Bernard Bailor | 62.00 | | $630 | 39,060.00 |
| Nathan D. Finch | 95.80 | | $610 | 58,438.00 |
| Jeffrey A. Liesemer | 38.90 | | $495 | 19,255.50 |
| Kevin C. Maclay | 94.60 | | $495 | 46,827.00 |
| James P. Wehner | 154.10 | | $495 | 76,279.50 |
| Jeanna M. Rickards | 58.70 | | $320 | 18,784.00 |
| Marissa A. Fanone | 50.00 | | $195 | 9,750.00 |
| Samira A. Taylor | 7.90 | | $195 | 1,540.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/09 | BSB | 630.00 | 1.20 | Read pleadings. |
| 10/01/09 | NDF | 610.00 | 2.10 | Review transcript for post trial briefing purposes. |
| 10/01/09 | JAL | 495.00 | 0.20 | Review and analysis of materials in prep. for post-trial briefing on confirmation issues. |
| 10/01/09 | KCM | 495.00 | 3.90 | Review/analyze correspondence (.4); review/analyze trial transcript and related materials (2.2); organize files (.6); review/analyze evidentiary outline and related materials (.7) |
| 10/01/09 | JMR | 320.00 | 7.90 | Prepare brief regarding expert report; work with expert to obtain declaration (5.6); continue to draft post-trial brief (2.3) |
| 10/01/09 | MAF | 195.00 | 4.50 | Compile and organize Admitted Garlock Trial Exhibits (2); cross reference Master Admitted Exhibits List with exhibits shown to witnesses by the Plan Proponents (1.5); retrieve various Plan Proponents Trial Exhibits for attorney review (1). |
| 10/02/09 | BSB | 630.00 | 6.90 | Conference with NDF (0.2); read pleadings (6.7). |
| 10/02/09 | NDF | 610.00 | 4.30 | Work on post trial briefing and brief re Peterson testimony. |
| 10/02/09 | JAL | 495.00 | 0.30 | E-mail exchanges w/PVNL and NDF re: confirmation hearing and post-trial briefing. |
| 10/02/09 | JPW | 495.00 | 7.60 | Review Garlock exhibits (1.0); research and draft post-trial briefs (5.6); e-mails re exhibit issues (1.0) |
| 10/02/09 | KCM | 495.00 | 2.80 | Review/analyze correspondence, trial transcript and evidentiary outline |
| 10/02/09 | JMR | 320.00 | 2.60 | Continue to prepare post-trial brief |

{D0166627.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/04/09 | NDF | 610.00 | 2.00 | Work on post trial and Daubert argument materials. |
| 10/05/09 | EI | 920.00 | 1.60 | Memo re: pension plan (.1); t/c Frankel re: status (.1); t/c PVNL re: Libby (.2); review of Cohn material and memo to Cohn (1.0); t/c PVNL re: property damage order (.2). |
| 10/05/09 | NDF | 610.00 | 2.30 | Work on post trial brief and prepare for resumption of hearing (2.0); teleconference with E. Liebenstein re Zilly (0.3). |
| 10/05/09 | JPW | 495.00 | 8.00 | Conference calls with Plan Proponents re exhibits (1.2); telephonic meet and confer with objectors re exhibits and deposition designations (1.5); draft post-trial brief (4.9); e-mails re exhibits, confirmation issues (.4) |
| 10/05/09 | KCM | 495.00 | 4.30 | Plan/prepare for and attend conference call with Plan Proponent re exhibit stipulations and designation issues (1.3); meet with JPW and plan/prepare for and attend telephone call with R. Horkavich re document issues (.2); plan/prepare for and attend telephone conference with Plan Proponents and Plan objectors re exhibits and deposition designations (1.2); review/analyze various proposed stipulations and exhibit lists (.8); organize files (.5); review/analyze correspondence (.3) |
| 10/06/09 | NDF | 610.00 | 2.50 | Work on post trial matters. |
| 10/06/09 | JAL | 495.00 | 1.80 | Review and analysis of materials in prep. for post-trial briefing. |
| 10/06/09 | JPW | 495.00 | 8.20 | E-mails re confirmation issues (.4); research and draft post-trial brief (7.2); meet with KCM re post-trial brief (.6) |
| 10/06/09 | KCM | 495.00 | 3.40 | Review/analyze transcript (.8); review/analyze correspondence and draft stipulations and exhibits and communicate with NDF and PVNL re same (2.6) |
| 10/07/09 | EI | 920.00 | 0.80 | T/c Cohn/Heberling re: Libby status (.5); memo to Frankel re: Libby status (.1); motions re: ART and pension (.2). |
| 10/07/09 | NDF | 610.00 | 5.50 | Review transcript and work on outline of key medical testimony for post trial and Daubert briefing. |

{D0166627.1 }

| | | | | |
|---|---|---|---|---|
| 10/07/09 | JAL | 495.00 | 4.30 | Drafting and revisions to post-trial brief on confirmation issues. |
| 10/07/09 | JAL | 495.00 | 2.00 | Review and analysis of draft stipulations re: confirmation hearing evidence and e-mail exchanges w/PVNL re: same. |
| 10/07/09 | JPW | 495.00 | 6.10 | Research draft proposed findings of law (5.9); e-mails re confirmation evidence (.2) |
| 10/07/09 | KCM | 495.00 | 0.90 | Review/analyze stipulations and exhibits, correspondence and communicate with PVNL re same |
| 10/07/09 | MAF | 195.00 | 3.00 | Prepare trial materials for Confirmation Hearing. |
| 10/08/09 | NDF | 610.00 | 7.70 | Teleconference with Peterson re computations (1.0); edit declaration re same (0.7); prepare for resumption of confirmation hearing and daubert arguments (4.0); prepare post trial briefing (1.8); confer with JPW and JMR re same (0.2). |
| 10/08/09 | JAL | 495.00 | 0.10 | Drafted e-mail to NDF re: post-trial briefing issue. |
| 10/08/09 | JAL | 495.00 | 4.30 | Drafting and revisions to post-trial brief on confirmation issues. |
| 10/08/09 | JPW | 495.00 | 8.50 | Meet with JMR and NDF re post-trial brief (.5); read memo on Moolgard testimony (.6); e-mails re confirmation issues (.3); research and draft post-trial brief (7.1) |
| 10/08/09 | JMR | 320.00 | 8.40 | Continue to prepare post-trial brief |
| 10/08/09 | MAF | 195.00 | 8.00 | Prepare trial materials for Confirmation Hearing. |
| 10/09/09 | NDF | 610.00 | 5.70 | Prepare for daubert argument (2.5); edit Peterson declaration (0.6); teleconference with Peterson and Relles re computations and declaration (0.5); teleconference with E. Liebenstein re brief (0.5); edit brief re Peterson (0.7); email re exhibits for same (0.4); review 9/11 transcript for corrections (0.5). |
| 10/09/09 | JAL | 495.00 | 0.50 | Further drafting and revisions on post-trial brief. |
| 10/09/09 | JAL | 495.00 | 0.20 | Reviewed proposed order governing post-trial schedule. |

{D0166627.1 }

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 10/09/09 | JPW | 495.00 | 5.90 | Research and draft post-trial brief (5.3); review JMR section (.6) |
| 10/09/09 | KCM | 495.00 | 2.40 | Review/analyze transcript (2.2); review/analyze correspondence (.2) |
| 10/09/09 | JMR | 320.00 | 6.30 | Continue to prepare post-trial brief |
| 10/10/09 | JPW | 495.00 | 2.80 | Research and draft post-trial brief |
| 10/11/09 | NDF | 610.00 | 2.20 | Prepare for confirmation hearing - exhibits and daubert argument (2.0); teleconference with Morgan re exhibits needed (0.2). |
| 10/11/09 | KCM | 495.00 | 5.10 | Review/analyze trial transcript (4.2); plan/prepare for post-trial brief (.9) |
| 10/12/09 | NDF | 610.00 | 5.50 | Read trial transcripts and prepare for daubert argument re Libby (4.7); review and edit draft motion re Peterson/Zilly testimony (0.5); confer with PVNL re case issue (0.3). |
| 10/12/09 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges re: confirmation hearing. |
| 10/12/09 | JAL | 495.00 | 0.10 | Reviewed draft proffer to R. Finke. |
| 10/12/09 | JPW | 495.00 | 7.60 | Research and draft post-trial brief (7.3); e-mails with JMR re post-trial brief (.3) |
| 10/12/09 | KCM | 495.00 | 1.90 | Review/analyze trial transcript (1.8); review/analyze correspondence (.1) |
| 10/12/09 | JMR | 320.00 | 4.30 | Continue to prepare post-trial brief |
| 10/13/09 | BSB | 630.00 | 6.90 | Medical articles review and file. |
| 10/13/09 | NDF | 610.00 | 12.00 | Attend confirmation hearing (10.5); prepare for daubert argument (1.0); review Garlock exhibits (0.5). |
| 10/13/09 | JPW | 495.00 | 8.80 | E-mails re confirmation (.2); meet with JMR re post-trial brief (x2) (.5); meet with JMR re post-trial brief (x2) (.4); review and edit post-trial brief (6.1); meet with KCM re insurance testimony (.5); review trial transcript (1.1) |
| 10/13/09 | KCM | 495.00 | 7.20 | Draft/revise post-trial brief and review/analyze related materials (6.8); review/analyze Horkavich memo and related materials and correspondence (.4) |

{D0166627.1 }

| | | | | |
|---|---|---|---|---|
| 10/13/09 | JMR | 320.00 | 3.70 | Post-trial briefing |
| 10/13/09 | MAF | 195.00 | 11.00 | Attend Confirmation Hearing. |
| 10/14/09 | BSB | 630.00 | 4.70 | Medical articles. |
| 10/14/09 | NDF | 610.00 | 4.50 | Attend confirmation hearing (4.0); prepare for argument (0.5). |
| 10/14/09 | JAL | 495.00 | 0.10 | Reviewed draft of post-trial order. |
| 10/14/09 | JAL | 495.00 | 0.10 | Brief review of confirmation hearing transcript. |
| 10/14/09 | JPW | 495.00 | 8.50 | Meet with JMR re post-trial brief (.2); revise and edit post-trial brief (6.8); telephone conference with NDF re post-trial brief (.3); e-mails re post-trial brief (1.2) |
| 10/14/09 | JMR | 320.00 | 5.50 | Post-trial briefing |
| 10/14/09 | MAF | 195.00 | 6.00 | Attend Confirmation Hearing (6). |
| 10/15/09 | BSB | 630.00 | 5.90 | Analysis of medical testimony (5.9). |
| 10/15/09 | NDF | 610.00 | 2.90 | Prepare for call re order (0.3); teleconference with co-plan proponents re post trial briefing (0.5); confer with JPW and JAL re same (0.5); draft citation conventions (0.2); read memo re legal issue (0.5); review transcript of daubert arguments for use in post trial briefing (0.9). |
| 10/15/09 | JAL | 495.00 | 2.30 | Review and analysis of materials in prep of post trail confirmation briefing. |
| 10/15/09 | JAL | 495.00 | 0.30 | Prep. for conf. call on post-trial briefing. |
| 10/15/09 | JAL | 495.00 | 0.90 | Conf. call w/PVNL, NDF and Plan Proponents re: post-trial briefing. |
| 10/15/09 | JAL | 495.00 | 0.90 | Office conf. w/NDF and JPW re: post-trial briefing. |
| 10/15/09 | JPW | 495.00 | 9.70 | E-mails re post-trial briefing (.7); revise and edit post-trial brief (6.7); telephone conference with Plan Proponents re post-trial brief (1.2); meet with NDF and JAL re post-trial brief (.3); meet with KCM re insurance issues (.3); review balloting declarations (.5) |
| 10/16/09 | BSB | 630.00 | 5.20 | Work on medical issues. |

{D0166627.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/16/09 | NDF | 610.00 | 2.80 | Post trial briefing and other plan confirmation issues. |
| 10/16/09 | JPW | 495.00 | 6.30 | Revise and edit post-trial briefs (5.6); e-mails re post-trial brief (.3); review draft order (.2); e-mails re demonstratives (.2) |
| 10/16/09 | KCM | 495.00 | 1.70 | Plan/prepare for and meet with JMR and with JMR, PVNL and NDF re post-trial briefs and review/analyze related materials (1.5); review/analyze correspondence (.2) |
| 10/16/09 | JMR | 320.00 | 1.80 | Review transcripts in preparation for meeting re insurance brief, attend meeting |
| 10/17/09 | KCM | 495.00 | 2.10 | Draft/revise post-trial brief and review/analyze related cases and materials |
| 10/18/09 | KCM | 495.00 | 4.90 | Draft/revise post-trial brief and review/analyze related cases and materials |
| 10/19/09 | BSB | 630.00 | 4.80 | Work on medical issues. |
| 10/19/09 | NDF | 610.00 | 4.60 | Review and edit outline of brief sent by K&E (1.0); review trial record for post trial briefing edits and commentary on same (3.6). |
| 10/19/09 | JAL | 495.00 | 3.90 | Further drafting and revisions to post-trial confirmation brief. |
| 10/19/09 | JAL | 495.00 | 0.10 | Reviewed PVNL's comments on post-trial brief outline. |
| 10/19/09 | JPW | 495.00 | 8.10 | E-mails re post-trial brief (.3); review Libby outline (.4); telephone conference with KCM re post-trial brief (.2); revise and edit Libby post-trial brief (7.2) |
| 10/19/09 | KCM | 495.00 | 2.10 | Review/analyze materials re briefs and correspondence and draft/revise brief section |
| 10/20/09 | BSB | 630.00 | 4.90 | Read new materials for medical file. |
| 10/20/09 | NDF | 610.00 | 3.50 | Work on post trial briefing. |
| 10/20/09 | JAL | 495.00 | 0.50 | Further revisions and editing to post-trial confirmation brief. |
| 10/20/09 | JAL | 495.00 | 0.80 | Review and analysis of revised outline of post-trial brief. |

{D0166627.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/20/09 | JPW | 495.00 | 6.90 | Revise and edit Libby post-trial brief (6.3); e-mails re post-trial brief (.6) |
| 10/20/09 | KCM | 495.00 | 3.00 | Draft/revise post-trial brief and review/analyze related materials (2.9); review/analyze correspondence (.1) |
| 10/20/09 | MAF | 195.00 | 4.00 | Compile and organize final Confirmation Hearing transcripts (1.5); organize Plan Proponents trial exhibits on the J drive (2.5). |
| 10/21/09 | JPW | 495.00 | 8.30 | Revise Libby post-trial brief (6.8); meet with NDF re post-trial brief (.4); e-mails re damages research (1.1) |
| 10/21/09 | KCM | 495.00 | 4.70 | Draft/revise brief section and review/analyze related cases and materials (4.3); review/analyze correspondence and section of brief (.4) |
| 10/22/09 | BSB | 630.00 | 5.30 | Work on medical database. |
| 10/22/09 | SAT | 195.00 | 3.10 | Cite check and edit Phase II Post-trial brief re: Libby issues. |
| 10/22/09 | NDF | 610.00 | 2.50 | Review, revise and edit draft Libby brief and exchange emails re same (1.0); review record materials for post trial briefing (1.5). |
| 10/22/09 | JPW | 495.00 | 6.80 | Telephone conference with PVNL and NDF re post-trial brief (.4); telephone conference with NDF re post-trial brief (.2); revise and edit post-trial brief (5.9); meet with MAF re cite check (.3) |
| 10/22/09 | KCM | 495.00 | 3.40 | Review/analyze correspondence re briefs (.3); draft/revise brief and review/analyze related cases and materials (3.1) |
| 10/22/09 | MAF | 195.00 | 3.00 | Cite check Post Trial Memo re Libby issues. |
| 10/23/09 | BSB | 630.00 | 4.90 | Continue work on medical database. |
| 10/23/09 | NDF | 610.00 | 3.70 | Work on post trial briefing. |
| 10/23/09 | JPW | 495.00 | 4.20 | Meet and confer re exhibits (.6); review admitted exhibit lists (1.9); e-mails re telephone conference; exhibits (.5); review 524(g) arguments (1.2) |
| 10/23/09 | KCM | 495.00 | 3.20 | Draft/revise brief and review/analyze related briefs, cases and transcripts and other materials |

{D0166627.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/25/09 | KCM | 495.00 | 5.20 | Draft/revise brief and review/analyze cases and materials |
| 10/26/09 | BSB | 630.00 | 5.60 | Research article for NDF (.5); work on medical database (5.1). |
| 10/26/09 | NDF | 610.00 | 4.00 | Work on post trial briefing matters. |
| 10/26/09 | JAL | 495.00 | 2.70 | Review and analysis of materials relating to post-trial briefing. |
| 10/26/09 | JAL | 495.00 | 0.30 | Review and analysis of outlines for post-trial briefs. |
| 10/26/09 | JAL | 495.00 | 0.30 | Conf. call w/Plan Proponents' counsel re: post-trial briefing. |
| 10/26/09 | JAL | 495.00 | 0.10 | Office conf. w/NDF re: post-trial briefing. |
| 10/26/09 | JAL | 495.00 | 0.10 | Tele. call w/KCM and T. Freedman re: post-trial briefing. |
| 10/26/09 | JAL | 495.00 | 0.10 | Tele. call w/EGB re: post-trial briefing. |
| 10/26/09 | JPW | 495.00 | 2.10 | Review draft confirmation argument, post-trial brief segments (1.6); e-mails re post-trial briefs (.2); meet with KCM re post-trial briefs (.3) |
| 10/26/09 | KCM | 495.00 | 4.00 | Plan/prepare for and meet with JAL and telephone conference with Debtor re briefs (.1); draft/revise brief and review/analyze related materials (3.9) |
| 10/26/09 | JMR | 320.00 | 4.40 | Draft section of insurance brief |
| 10/27/09 | BSB | 630.00 | 3.90 | Medical issues research (3.9). |
| 10/27/09 | NDF | 610.00 | 5.60 | Exchange emails re edits and reviews of various post trial briefs (3.5); research case law re 7 amendment argument (2.1). |
| 10/27/09 | JAL | 495.00 | 2.20 | Review and analysis of draft sections of post-trial briefs. |
| 10/27/09 | JPW | 495.00 | 2.70 | Review Grace post-trial brief inserts (2.2); e-mails re same (.5) |
| 10/27/09 | KCM | 495.00 | 5.80 | Review/analyze brief sections, related materials and correspondence (.9); draft/revise brief, |

{D0166627.1 }

| | | | | |
|---|---|---|---|---|
| | | | | review/analyze related cases and materials and communicate with JMR and NDF re same (4.9) |
| 10/28/09 | BSB | 630.00 | 0.60 | Pleadings. |
| 10/28/09 | NDF | 610.00 | 2.70 | Revise and edit post trial briefs with legal and factual research re same (2.3); exchange emails with PVNL re various (0.4). |
| 10/28/09 | JAL | 495.00 | 0.80 | Review and analysis of materials in connection with post-trial confirmation briefing. |
| 10/28/09 | JAL | 495.00 | 0.30 | Reviewed e-mails from PVNL and NDF re: post-trial briefs. |
| 10/28/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: scheduling on post-trial briefs. |
| 10/28/09 | JAL | 495.00 | 0.10 | Telephone call w/J. Guy re: post-trial briefing. |
| 10/28/09 | JAL | 495.00 | 0.60 | Drafted and revised memo to EI, PVNL and NDF re: post-trial briefing. |
| 10/28/09 | JAL | 495.00 | 1.80 | Drafted and revised memo to Plan Proponents' counsel re: confirmation issues. |
| 10/28/09 | JPW | 495.00 | 9.00 | Review edits to Libby brief (.7); e-mails re Libby brief (.4); edit Libby brief (4.9); research confirmation issue (2.3); telephone conference with H,. Bloom re brief (.2); review insurance brief; meet with KCM re insurance brief (.5) |
| 10/28/09 | KCM | 495.00 | 7.70 | Draft/revise briefs and communicate with PVNL and Debtor re same (6.7); review/analyze correspondence re briefing and related draft sections (1.0) |
| 10/28/09 | JMR | 320.00 | 7.80 | Draft section of main brief regarding the TDP (4.6); revise sections of the insurance brief (3.2) |
| 10/28/09 | MAF | 195.00 | 2.50 | Compile and organize admitted trial exhibits for all parties. |
| 10/29/09 | NDF | 610.00 | 4.50 | Work on post trial briefing issues. |
| 10/29/09 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between PVNL and NDF re: post-trial briefing. |
| 10/29/09 | JAL | 495.00 | 2.40 | Reviewed and provide comments on draft sections of post-trial briefs. |

{D0166627.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/29/09 | JAL | 495.00 | 0.60 | Drafted and revised e-mails to KCM (x2) re: comments on post-trial brief. |
| 10/29/09 | JPW | 495.00 | 6.50 | E-mails re post-trial briefs (2.1); review draft post-trial brief sections (2.0); edit post-trial briefs (1.9); telephone conference with EGB re paralegal assistance (.2); meet with KCM re TAC issues (.3) |
| 10/29/09 | KCM | 495.00 | 9.60 | Draft/revise brief, communicate with Debtor re same and review/analyze related cases, materials and correspondence |
| 10/29/09 | JMR | 320.00 | 3.80 | Revise sections of brief |
| 10/29/09 | MAF | 195.00 | 6.00 | Compile and organize admitted trial exhibits for all parties (1); cite check Post Trial Brief re Libby Claimants (5). |
| 10/30/09 | BSB | 630.00 | 1.20 | Read pleadings. |
| 10/30/09 | SAT | 195.00 | 4.80 | Cite check revised Insurance Brief. |
| 10/30/09 | NDF | 610.00 | 2.70 | Review and respond to Harding emails re legal issues (1.1); post trial briefs (1.6). |
| 10/30/09 | JAL | 495.00 | 0.60 | Review and analysis of e-mail correspondence relating to post-trial briefing. |
| 10/30/09 | JAL | 495.00 | 1.80 | Review of drafts of post-trial confirmation briefs. |
| 10/30/09 | JPW | 495.00 | 9.40 | E-mails re post-trial briefs (2.3); revise post-trial brief re Libby (2.7); review brief segments (1.8); draft inserts for main trial briefs (2.1); meet with KCM re post-trial briefing (.5) |
| 10/30/09 | KCM | 495.00 | 5.30 | Draft/revise brief and review/analyze brief, cases and materials, and correspondence |
| 10/30/09 | JMR | 320.00 | 2.20 | Revise sections of brief |
| 10/30/09 | MAF | 195.00 | 2.00 | Cite check Post Trial Brief re Libby Claimants (1); compile and organize admitted trial exhibits for all parties (1). |
| 10/31/09 | JPW | 495.00 | 2.10 | Review main confirmation brief (1.9); e-mails re same (.2) |

{D0166627.1 }

**Total Task Code.16         564.40**

**Plan & Disclosure Statement (83.70 Hours; $ 53,893.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.20 | $920 | 2,944.00 |
| Peter Van N. Lockwood | 50.60 | $840 | 42,504.00 |
| Ann C. McMillan | 1.20 | $580 | 696.00 |
| Todd E. Phillips | 28.70 | $270 | 7,749.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/09 | PVL | 840.00 | 1.70 | Review email and reply (.5); review Ordway stip (.1); review EI trial testimony re indirect claims (.7); review draft evid. outline for post-trial briefing (.4). |
| 10/01/09 | EI | 920.00 | 0.50 | Reviewed Cohn term sheet. |
| 10/01/09 | TEP | 270.00 | 6.80 | Legal research re substantive legal issue re evidence. |
| 10/02/09 | PVL | 840.00 | 2.40 | Teleconference Freedman (.3); review Horkovich email and reply (.2); review AMH resps to MIL re Solomons and Ewing (.1); prep for conf. hearing (.5); review K&E evid. outline (.7); review email and reply (.5); review draft brief re Zilly (.1). |
| 10/02/09 | EI | 920.00 | 1.30 | ART sale motion (.3); review Libby term sheet and memo to Committee re: same (1.0). |
| 10/02/09 | TEP | 270.00 | 0.10 | Prepare materials re substantive legal issue re evidence. |
| 10/04/09 | PVL | 840.00 | 0.60 | Review draft Libby term sheet. |
| 10/05/09 | PVL | 840.00 | 2.00 | Review revised ins neutrality provisions and email Wyron et al (.4); review revised evid outline and email comments (.3); review email and reply (.5); teleconference EI (.4); confer KCM (.4). |
| 10/06/09 | PVL | 840.00 | 3.40 | Review email and reply (.6); review Lender stip (.1); review proposed CNA stip and email Freedman et al (.4); teleconference Wyron, Mehaley and Horkovich (2.1); teleconference Giannotto (.2). |
| 10/06/09 | EI | 920.00 | 0.20 | Memo to Frankel re: Libby. |

{D0166627.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/07/09 | PVL | 840.00 | 4.20 | Review email and reply (.5); review revised Edwards agmt (.1); review One Beacon stip and email comments (.4); review CNA stip and email Brown et al (.4); attend telephonic hearing (1.6); teleconference Wisler (.6); review draft Wisler stip and reply (.4); teleconference Wyron (.2). |
| 10/08/09 | PVL | 840.00 | 0.80 | Review email and reply (.6); review NDF memo re trial testimony (.2). |
| 10/09/09 | PVL | 840.00 | 1.00 | Review email and reply (.4); review order re Shelnitz depo (.2); review draft brief re Peterson estimates (.2); review draft order re post-trial proc (.1); review amended agenda (.1). |
| 10/11/09 | PVL | 840.00 | 0.10 | Review email. |
| 10/12/09 | PVL | 840.00 | 2.70 | Review email and reply (.6); teleconference Wyron (.3); review notice of POR revs and revised POR (.4); review Shelnitz decl (.1); review draft Finke proffer (.1); prep for hearing (.6); confer NDF (.6). |
| 10/12/09 | EI | 920.00 | 0.20 | T/c Cooney re: Libby status (.2). |
| 10/13/09 | PVL | 840.00 | 9.70 | Attend conf. hearing (7.3); confer Freedman et al (1.0): confer Bernick (.2); review email (.1); confer Hurford and NDF (.6); confer Shelnitz and Bernick (.5). |
| 10/13/09 | EI | 920.00 | 0.30 | T/c Rice re: Frankel's firm (.1); memo to Cooney (.1); memo to Cohn and Frankel (.1). |
| 10/14/09 | PVL | 840.00 | 7.70 | Attend conf hearing (5.9); confer Freedman, Bernick et al (.8); teleconference EI (.2); review email and reply (.2); confer Giannotto and Ifft (.2); review revised draft Libby term sheet (.4). |
| 10/15/09 | PVL | 840.00 | 1.00 | Review email and reply (.4); teleconference Freedman, Baer, Harding, NDF et al (.6). |
| 10/16/09 | PVL | 840.00 | 1.20 | Review email and reply (.3); confer NDF, KCM and JMR (.7); review draft post trial order (.1); review 2 prop. post-trial orders (.1). |
| 10/19/09 | PVL | 840.00 | 0.90 | Review email (.1); review section 5249(g) outline for brief and email comments (.8). |
| 10/19/09 | EI | 920.00 | 0.50 | T/c Frankel re: Libby issues (.3); review documents (.2). |

{D0166627.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/19/09 | TEP | 270.00 | 3.20 | Legal research re substantive legal issue. |
| 10/20/09 | PVL | 840.00 | 0.70 | Review email (.4); review exh. lists (.1); review NDF revised Harding outline (.2). |
| 10/20/09 | TEP | 270.00 | 4.60 | Legal research re substantive legal issue. |
| 10/21/09 | PVL | 840.00 | 1.60 | Review email and reply (.3); review PPs non-admitted exh list (.1); review draft brief re Libby (.9); review draft Turegum stip (.1); review Harding outline and email NDF re same (.2). |
| 10/21/09 | TEP | 270.00 | 7.30 | Legal research re substantive legal issue. |
| 10/22/09 | PVL | 840.00 | 3.40 | Review email and reply (.5); review UCC opposition to Frezza MIL (.2); review drafts of conf brief (2.0); confer NDF and JPW (.4); review revised Edwards agmt and email Wyron (.2); teleconference Bernick (.1). |
| 10/23/09 | PVL | 840.00 | 0.60 | Review email and reply (.2); email comments re revised conf brief (.4). |
| 10/26/09 | PVL | 840.00 | 1.00 | Review drafts of conf briefs and email comments re same (.9); review email (.1). |
| 10/26/09 | EI | 920.00 | 0.20 | T/c David Jaffe of Citigroup re: sale of Sealed Air stock by Trust (.2). |
| 10/27/09 | PVL | 840.00 | 2.10 | Review email and reply (.4); review drafts of conf briefs and email comments (1.7). |
| 10/27/09 | ACM | 580.00 | 1.20 | Review Zurich Settlement Agreement and send e-mail to B. Horkovich re same. |
| 10/27/09 | TEP | 270.00 | 5.10 | Legal research re substantive legal issue. |
| 10/28/09 | PVL | 840.00 | 0.60 | Review email and reply (.4); review revised draft conf briefs (.2). |
| 10/29/09 | PVL | 840.00 | 0.60 | Review email (.3); review revised draft conf briefs (.3). |
| 10/29/09 | TEP | 270.00 | 1.60 | Legal research re substantive legal issue. |
| 10/31/09 | PVL | 840.00 | 0.60 | Review email. |

{D0166627.1 }

**Total Task Code .17        83.70**

**Travel – Non Working (34.00 Hours; $ 6,286.75)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.20 | $420.00 | 1,764.00 |
| Nathan D. Finch | 6.30 | $305.00 | 1,921.50 |
| Erroll G. Butts | 15.50 | $117.50 | 1,821.25 |
| Marissa A. Fanone | 8.00 | $97.50 | 780.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/09/09 | MAF | 97.50 | 4.00 | Travel to Pittsburgh, PA. |
| 10/12/09 | PVL | 420.00 | 1.40 | Travel to Pittsburgh. |
| 10/12/09 | NDF | 305.00 | 2.80 | Travel to Pittsburgh. |
| 10/12/09 | EGB | 117.50 | 5.00 | Drive to Pittsburg for WR Grace Trial. |
| 10/13/09 | PVL | 420.00 | 0.40 | Travel to/from court. |
| 10/14/09 | PVL | 420.00 | 2.40 | Return travel to DC (2.0); travel to/from court (.4). |
| 10/14/09 | NDF | 305.00 | 3.50 | Travel back to DC. |
| 10/14/09 | MAF | 97.50 | 4.00 | Return travel to Washington, DC (4). |
| 10/15/09 | EGB | 117.50 | 5.00 | Travel from Pittsburg to Washington DC. |
| 10/25/09 | EGB | 117.50 | 5.50 | Travel from New York to DC for Cite check |

**Total Task Code .21        34.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,671.20 |
| Air Freight & Express Mail | 79.48 |
| Court Reporting/Transcript Service | 2,301.30 |
| Database Research | 5,246.13 |
| Local Transportation - DC | 113.80 |
| Long Distance-Equitrac In-House | 3.00 |
| Meals Related to Travel | 1,371.86 |
| Miscellaneous: Client Advances | 5,781.01 |
| NYO Long Distance Telephone | 931.84 |
| Outside Photocopying/Duplication Service | 36,608.43 |
| Postage & Air Freight | 0.88 |
| Professional Fees & Expert Witness Fees | 27,200.00 |
| Research Material | 362.40 |
| Travel Expenses - Ground Transportation | 4,736.70 |
| Travel Expenses - Hotel Charges | 6,153.26 |
| Travel Expenses - Miscellaneous | 452.83 |
| Xeroxing | 876.10 |
| **Total:** | **$ 99,890.22** |

{D0166627.1 }