**EXHIBIT B**

**Case Administration (31.30 Hours; $ 8,564.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  31.30**

**Claim Analysis Objections & Resolution (Asbestos) (.40 Hours; $ 336.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05  .40**

**Employee Benefits/Pension (.10 Hours; $ 92.00)**

   Services rendered in this category include de Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08  .10**

**Fee Applications, Applicant (7.60 Hours; $ 3,371.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  7.60**

**Litigation and Litigation Consulting (564.40 Hours; $ 272,142.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  564.40**

**Plan & Disclosure Statement (83.70 Hours; $ 53,893.00)**

{D0166628.1 }
DOC#151898

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        83.70**

**Travel – Non Working (34.00 Hours; $ 6,286.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        34.00**