## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,671.20 |
| Air Freight & Express Mail | 79.48 |
| Court Reporting/Transcript Service | 2,301.30 |
| Database Research | 5,246.13 |
| Local Transportation - DC | 113.80 |
| Long Distance-Equitrac In-House | 3.00 |
| Meals Related to Travel | 1,371.86 |
| Miscellaneous: Client Advances | 5,781.01 |
| NYO Long Distance Telephone | 931.84 |
| Outside Photocopying/Duplication Service | 36,608.43 |
| Postage & Air Freight | 0.88 |
| Professional Fees & Expert Witness Fees | 27,200.00 |
| Research Material | 362.40 |
| Travel Expenses - Ground Transportation | 4,736.70 |
| Travel Expenses - Hotel Charges | 6,153.26 |
| Travel Expenses - Miscellaneous | 452.83 |
| Xeroxing | 876.10 |

**Total:**     **$ 99,890.22**