**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

# PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 10/31/2009

**Matter 000**

**Disbursements**

Bill Cycle: Monthly Style: i1 Start: 4/16/2001 Last Billed : 11/30/2009 13,655

$4,759.14

Client Retainers Available Committed to Invoices: $0.00 Remaining: $4,759.14

$3,713,425.52

Total Expenses Billed To Date

Billing Empl: 0120 Elihu Inselbuch

Responsible Empl: 0120 Elihu Inselbuch

Alternate Empl: 0120 Elihu Inselbuch

Originating Empl: 0120 Elihu Inselbuch

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,065.20 | 0.00 | 2,065.20 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 62.83 | 0.00 | 62.83 |
| 0187 | NDF | Nathan D Finch | 0.00 | 33,792.82 | 0.00 | 33,792.82 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 81.00 | 0.00 | 81.00 |
| 0222 | BH | Barbara Holtz | 0.00 | 2.40 | 0.00 | 2.40 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 0.90 | 0.00 | 0.90 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 82.50 | 0.00 | 82.50 |
| 0243 | IH | Iris Houston | 0.00 | 1.20 | 0.00 | 1.20 |
| 0251 | JO | Joan O'Brien | 0.00 | 2.20 | 0.00 | 2.20 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 41.10 | 0.00 | 41.10 |
| 0333 | MCG | Michael C Greene | 0.00 | 18,134.52 | 0.00 | 18,134.52 |
| 0334 | JPW | James P Wehner | 0.00 | 5.40 | 0.00 | 5.40 |
| 0337 | EGB | Erroll G Butts | 0.00 | 20,151.29 | 0.00 | 20,151.29 |
| 0351 | CJK | Connie J Kim | 0.00 | 205.24 | 0.00 | 205.24 |
| 0354 | JMR | Jeanna Rickards Koski | 0.00 | 886.60 | 0.00 | 886.60 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 17,834.88 | 0.00 | 17,834.88 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 6,540.14 | 0.00 | 6,540.14 |
| **Total Fees** | | | **0.00** | **99,890.22** | **0.00** | **99,890.22** |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2440995 | Photocopy | E | 10/01/2009 | 0255 | DAT | | 0.00 | $13.20 | | 0.00 | $13.20 | 13.20 |
| 2436258 | NYO Copy Svc, 9/1/09 (EI) | E | 10/01/2009 | 0120 | EI | | 0.00 | $3.40 | | 0.00 | $3.40 | 16.60 |
| 2436932 | IKON Office Solutions -Outside Copy Svc., 9/16/09 (EGB) | E | 10/01/2009 | 0337 | EGB | | 0.00 | $474.61 | | 0.00 | $474.61 | 491.21 |
| 2436933 | IKON Office Solutions -Outside Copy Svc., 9/15/09 (EGB) | E | 10/01/2009 | 0337 | EGB | | 0.00 | $512.89 | | 0.00 | $512.89 | 1,004.10 |
| 2436996 | Federal Express -Delivery to K.Hemming, 9/22/09 (EI) | E | 10/02/2009 | 0120 | EI | | 0.00 | $14.43 | | 0.00 | $14.43 | 1,018.53 |
| 2439541 | Equitrac - Long Distance to 14159624402 | E | 10/02/2009 | 0999 | C&D | | 0.00 | $0.88 | | 0.00 | $0.88 | 1,019.41 |
| 2441068 | Photocopy | E | 10/02/2009 | 0999 | C&D | | 0.00 | $91.00 | | 0.00 | $91.00 | 1,110.41 |
| 2441088 | Photocopy | E | 10/02/2009 | 0232 | LK | | 0.00 | $0.90 | | 0.00 | $0.90 | 1,111.31 |
| 2441095 | Photocopy | E | 10/02/2009 | 0367 | MAF | | 0.00 | $3.40 | | 0.00 | $3.40 | 1,114.71 |
| 2441141 | Photocopy | E | 10/05/2009 | 0222 | BH | | 0.00 | $1.00 | | 0.00 | $1.00 | 1,115.71 |
| 2441143 | Photocopy | E | 10/05/2009 | 0222 | BH | | 0.00 | $0.60 | | 0.00 | $0.60 | 1,116.31 |
| 2441145 | Photocopy | E | 10/05/2009 | 0222 | BH | | 0.00 | $0.80 | | 0.00 | $0.80 | 1,117.11 |
| 2441151 | Photocopy | E | 10/05/2009 | 0334 | JPW | | 0.00 | $5.40 | | 0.00 | $5.40 | 1,122.51 |

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2440613 | Equitrac - Long Distance to 12123199240 | E | 10/05/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,122.55 |
| 2441210 | Petty Cash -Travel Advance, re: Pittsburgh, PA, 9/1/09 - 9/9/09 (EGB) | E | 10/06/2009 | 0337 | EGB | 0.00 | $97.68 | 0.00 | $97.68 | 1,220.23 |
| 2446329 | Photocopy | E | 10/07/2009 | 0367 | MAF | 0.00 | $2.80 | 0.00 | $2.80 | 1,223.03 |
| 2446331 | Photocopy | E | 10/07/2009 | 0220 | SKL | 0.00 | $4.80 | 0.00 | $4.80 | 1,227.83 |
| 2446341 | Photocopy | E | 10/07/2009 | 0367 | MAF | 0.00 | $2.40 | 0.00 | $2.40 | 1,230.23 |
| 2446347 | Photocopy | E | 10/07/2009 | 0367 | MAF | 0.00 | $9.00 | 0.00 | $9.00 | 1,239.23 |
| 2446352 | Photocopy | E | 10/07/2009 | 0367 | MAF | 0.00 | $0.30 | 0.00 | $0.30 | 1,239.53 |
| 2446355 | Photocopy | E | 10/07/2009 | 0367 | MAF | 0.00 | $4.10 | 0.00 | $4.10 | 1,243.63 |
| 2446358 | Photocopy | E | 10/07/2009 | 0367 | MAF | 0.00 | $1.50 | 0.00 | $1.50 | 1,245.13 |
| 2446380 | Photocopy | E | 10/07/2009 | 0255 | DAT | 0.00 | $4.50 | 0.00 | $4.50 | 1,249.63 |
| 2446387 | Photocopy | E | 10/07/2009 | 0333 | MCG | 0.00 | $0.10 | 0.00 | $0.10 | 1,249.73 |
| 2446411 | Photocopy | E | 10/07/2009 | 0333 | MCG | 0.00 | $20.40 | 0.00 | $20.40 | 1,270.13 |
| 2446420 | Photocopy | E | 10/07/2009 | 0333 | MCG | 0.00 | $3.50 | 0.00 | $3.50 | 1,273.63 |
| 2446422 | Photocopy | E | 10/07/2009 | 0999 | C&D | 0.00 | $26.40 | 0.00 | $26.40 | 1,300.03 |
| 2446439 | Photocopy | E | 10/08/2009 | 0367 | MAF | 0.00 | $107.40 | 0.00 | $107.40 | 1,407.43 |
| 2446440 | Photocopy | E | 10/08/2009 | 0220 | SKL | 0.00 | $3.80 | 0.00 | $3.80 | 1,411.23 |
| 2446445 | Photocopy | E | 10/08/2009 | 0237 | SRB | 0.00 | $16.10 | 0.00 | $16.10 | 1,427.33 |
| 2446447 | Photocopy | E | 10/08/2009 | 0237 | SRB | 0.00 | $16.30 | 0.00 | $16.30 | 1,443.63 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2446449 | Photocopy | E | 10/08/2009 | 0237 | SRB | 0.00 | $17.70 | 0.00 | $17.70 | 1,461.33 |
| 2446459 | Photocopy | E | 10/08/2009 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 1,463.73 |
| 2446477 | Photocopy | E | 10/08/2009 | 0367 | MAF | 0.00 | $4.90 | 0.00 | $4.90 | 1,468.63 |
| 2446483 | Photocopy | E | 10/08/2009 | 0333 | MCG | 0.00 | $10.10 | 0.00 | $10.10 | 1,478.73 |
| 2446490 | Photocopy | E | 10/08/2009 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 1,479.13 |
| 2446500 | Photocopy | E | 10/08/2009 | 0333 | MCG | 0.00 | $15.80 | 0.00 | $15.80 | 1,494.93 |
| 2446514 | Photocopy | E | 10/08/2009 | 0333 | MCG | 0.00 | $9.50 | 0.00 | $9.50 | 1,504.43 |
| 2446520 | Photocopy | E | 10/08/2009 | 0333 | MCG | 0.00 | $13.40 | 0.00 | $13.40 | 1,517.83 |
| 2446528 | Photocopy | E | 10/08/2009 | 0333 | MCG | 0.00 | $11.90 | 0.00 | $11.90 | 1,529.73 |
| 2441569 | Business Card -BOA Corporate Card, Dinner Meal, 8/25/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $39.33 | 0.00 | $39.33 | 1,569.06 |
| 2441570 | Business Card -BOA Corporate Card, Dinner Meal, 8/26/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $37.40 | 0.00 | $37.40 | 1,606.46 |
| 2441571 | Business Card -BOA Corporate Card, Dinner Meal, 8/29/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $66.93 | 0.00 | $66.93 | 1,673.39 |
| 2441572 | Business Card -BOA Corporate Card, Gas for Rental Truck for travel to/from Pittsburgh, PA, 9/2/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $48.01 | 0.00 | $48.01 | 1,721.40 |
| 2441573 | Business Card -BOA Corporate Card, Hertz Rental Car Fee for travel to/from Pittsburgh, PA, 9/2/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $608.10 | 0.00 | $608.10 | 2,329.50 |
| 2441574 | Business Card -BOA Corporate Card, Omni Hotel 2-Night Lodging Expense for travel to/from Pittsburgh, PA, 9/1/09 - 9/3/09 | E | 10/08/2009 | 0337 | EGB | 0.00 | $379.26 | 0.00 | $379.26 | 2,708.76 |
| 2441575 | Business Card -BOA Corporate Card, Dinner Meal, 9/5/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $84.18 | 0.00 | $84.18 | 2,792.94 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2441576 | Business Card -BOA Corporate Card, External & Thumb Drive & Mouse for Client's Trial, 9/6/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $204.72 | 0.00 | $204.72 | 2,997.66 |
| 2441577 | Business Card -BOA Corporate Card, Snack Meal for travel to Pittsburgh, PA, 9/7/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $6.38 | 0.00 | $6.38 | 3,004.04 |
| 2441579 | Business Card -BOA Corporate Card, Audio Transcript, 9/8/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 3,030.04 |
| 2441580 | Business Card -BOA Corporate Card, Outside Copy Svc., 9/8/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $16.59 | 0.00 | $16.59 | 3,046.63 |
| 2441582 | Business Card -BOA Corporate Card, Lunch w/ NDF while on travel to Pittsburgh, PA, 9/9/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $16.23 | 0.00 | $16.23 | 3,062.86 |
| 2441583 | Business Card -BOA Corporate Card, Cab Fare to Caplin & Drysdale Washington, DC, 9/10/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $50.00 | 0.00 | $50.00 | 3,112.86 |
| 2441584 | Business Card -BOA Corporate Card, Audio Scripts, 9/10/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 3,138.86 |
| 2441587 | Business Card -BOA Corporate Card, Audio Transcripts, 9/11/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 3,164.86 |
| 2441588 | Business Card -BOA Corporate Card, Supplies for NDF regarding trial, 9/11/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $10.43 | 0.00 | $10.43 | 3,175.29 |
| 2441590 | Business Card -BOA Corporate Card, Audio Transcript, 9/14/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 3,201.29 |
| 2441591 | Business Card -BOA Corporate Card, Snack for travel to Pittsburgh, PA, 9/13/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $6.78 | 0.00 | $6.78 | 3,208.07 |
| 2441592 | Business Card -BOA Corporate Card, Lunch for NDF while on travel to Pittsburgh, PA, 9/14/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $19.67 | 0.00 | $19.67 | 3,227.74 |
| 2441593 | Business Card -BOA Corporate Card, Outside Copy Svc., 9/15/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $740.71 | 0.00 | $740.71 | 3,968.45 |

EGB

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2441594 | Business Card -BOA Corporate Card, Dinner Meal, 9/15/09 (EGB) | E | 10/08/2009 | 0337 | | 0.00 | $283.08 | 0.00 | $283.08 | 4,251.53 |
| 2441595 | Business Card -BOA Corporate Card, Lunch Meal for NDF while on travel to Pittsburgh, PA, 9/15/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $9.28 | 0.00 | $9.28 | 4,260.81 |
| 2441596 | Business Card -BOA Corporate Card, Cab Fare from Airport to Residence regarding travel from Pittsburgh, PA, 9/16/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $39.45 | 0.00 | $39.45 | 4,300.26 |
| 2441597 | Business Card -BOA Corporate Card, Audio Transcripts, 9/16/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 4,326.26 |
| 2441598 | Business Card -BOA Corporate Card, Dinner Meal, 9/16/09 (EGB) | E | 10/08/2009 | 0337 | EGB | 0.00 | $172.61 | 0.00 | $172.61 | 4,498.87 |
| 2446568 | Photocopy | E | 10/09/2009 | 0220 | SKL | 0.00 | $2.00 | 0.00 | $2.00 | 4,500.87 |
| 2446570 | Photocopy | E | 10/09/2009 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 4,502.57 |
| 2446573 | Photocopy | E | 10/09/2009 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 4,503.07 |
| 2446658 | Photocopy | E | 10/09/2009 | 0220 | SKL | 0.00 | $23.20 | 0.00 | $23.20 | 4,526.27 |
| 2441947 | Equitrac - Long Distance to 18054993572 | E | 10/12/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 4,526.31 |
| 2442103 | Equitrac - Long Distance to 14125625959 | E | 10/13/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 4,526.35 |
| 2442154 | Equitrac - Long Distance to 14125625959 | E | 10/13/2009 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 4,526.67 |
| 2446757 | Photocopy | E | 10/13/2009 | 0237 | SRB | 0.00 | $11.90 | 0.00 | $11.90 | 4,538.57 |
| 2446789 | Photocopy | E | 10/13/2009 | 0255 | DAT | 0.00 | $9.00 | 0.00 | $9.00 | 4,547.57 |
| 2446790 | Photocopy | E | 10/13/2009 | 0237 | SRB | 0.00 | $2.70 | 0.00 | $2.70 | 4,550.27 |
| 2446839 | Photocopy | E | 10/14/2009 | 0237 | SRB | 0.00 | $6.90 | 0.00 | $6.90 | 4,557.17 |
| 2446862 | Photocopy | E | 10/14/2009 | 0237 | SRB | 0.00 | $3.20 | 0.00 | $3.20 | 4,560.37 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2442041 | Elihu Inselbuch -Baggage Fee for Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 9/7/09 - 9/11/09 | E | 10/14/2009 | 0120 | EI | 0.00 | $45.00 | 0.00 | $45.00 | 4,605.37 |
| 2442064 | Executive Travel Associates -Coach Airfare for Travel to/from Pittsburgh, PA, 9/13/09 - 9/17/09 (PVNL; Exchange Ticket Rate/Fare Difference) | E | 10/14/2009 | 0020 | PVL | 0.00 | $10.00 | 0.00 | $10.00 | 4,615.37 |
| 2442065 | Executive Travel Associates -Agent Fee, re: Coach Airfare for Travel to/from Pittsburgh, PA, 9/13/09 - 9/17/09 (PVNL; Exchange Ticket Rate/Fare Difference) | E | 10/14/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 4,655.37 |
| 2442066 | Executive Travel Associates -Agent Fee, re: Coach One-Way Airfare for Travel to Pittsburgh, PA, 9/20/09 (MAF) | E | 10/14/2009 | 0367 | MAF | 0.00 | $40.00 | 0.00 | $40.00 | 4,695.37 |
| 2442067 | Executive Travel Associates -Coach One-Way Airfare for Travel to Pittsburgh, PA, 9/20/09 (MAF) | E | 10/14/2009 | 0367 | MAF | 0.00 | $891.60 | 0.00 | $891.60 | 5,586.97 |
| 2442068 | Executive Travel Associates -Agent Fee, re: Coach One-Way Airfare for Travel to Pittsburgh, PA, 9/13/09 (NDF) | E | 10/14/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 5,626.97 |
| 2442069 | Executive Travel Associates -Coach One-Way Airfare for Travel to Pittsburgh, PA, 9/13/09 (NDF) | E | 10/14/2009 | 0187 | NDF | 0.00 | $891.60 | 0.00 | $891.60 | 6,518.57 |
| 2442070 | Executive Travel Associates -Coach One-Way Airfare for Travel to Pittsburgh, PA, 9/13/09 (JMR) | E | 10/14/2009 | 0354 | JMR | 0.00 | $846.60 | 0.00 | $846.60 | 7,365.17 |
| 2442071 | Executive Travel Associates -Agent Fee, re: Coach One-Way Airfare for Travel to Pittsburgh, PA, 9/13/09 (JMR) | E | 10/14/2009 | 0354 | JMR | 0.00 | $40.00 | 0.00 | $40.00 | 7,405.17 |
| 2442072 | Executive Travel Associates -Agent Fee, re: Car Rental Svc. for Travel from Pittsburgh, PA, 9/16/09 (NDF) | E | 10/14/2009 | 0187 | NDF | 0.00 | $5.00 | 0.00 | $5.00 | 7,410.17 |
| 2442386 | Nathan D. Finch -O/T Cab Fares to Residence, re: Post-Confirmation Hearing Tasks/Briefs, 9/21/09 & 9/28/09 | E | 10/15/2009 | 0187 | NDF | 0.00 | $50.00 | 0.00 | $50.00 | 7,460.17 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** 

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2442387 | Yellow Cab Company of D.C., Inc. -O/T Cab Svc. to Residence for Temp., N.Alston, 9/3/09 (EGB) | E | 10/15/2009 | 0337 | EGB | 0.00 | $13.80 | 0.00 | $13.80 | 7,473.97 |
| 2446915 | Photocopy | E | 10/15/2009 | 0237 | SRB | 0.00 | $5.70 | 0.00 | $5.70 | 7,479.67 |
| 2446974 | Photocopy | E | 10/15/2009 | 0243 | IH | 0.00 | $1.20 | 0.00 | $1.20 | 7,480.87 |
| 2446976 | Photocopy | E | 10/15/2009 | 0367 | MAF | 0.00 | $0.20 | 0.00 | $0.20 | 7,481.07 |
| 2446978 | Photocopy | E | 10/15/2009 | 0367 | MAF | 0.00 | $1.00 | 0.00 | $1.00 | 7,482.07 |
| 2446987 | Photocopy | E | 10/15/2009 | 0367 | MAF | 0.00 | $1.80 | 0.00 | $1.80 | 7,483.87 |
| 2446992 | Photocopy | E | 10/15/2009 | 0367 | MAF | 0.00 | $2.00 | 0.00 | $2.00 | 7,485.87 |
| 2447022 | Photocopy | E | 10/16/2009 | 0255 | DAT | 0.00 | $5.20 | 0.00 | $5.20 | 7,491.07 |
| 2447027 | Photocopy | E | 10/16/2009 | 0220 | SKL | 0.00 | $5.80 | 0.00 | $5.80 | 7,496.87 |
| 2447034 | Photocopy | E | 10/16/2009 | 0367 | MAF | 0.00 | $20.40 | 0.00 | $20.40 | 7,517.27 |
| 2447035 | Photocopy | E | 10/16/2009 | 0367 | MAF | 0.00 | $12.40 | 0.00 | $12.40 | 7,529.67 |
| 2447036 | Photocopy | E | 10/16/2009 | 0367 | MAF | 0.00 | $2.50 | 0.00 | $2.50 | 7,532.17 |
| 2447041 | Photocopy | E | 10/16/2009 | 0999 | C&D | 0.00 | $6.20 | 0.00 | $6.20 | 7,538.37 |
| 2447099 | Photocopy | E | 10/19/2009 | 0220 | SKL | 0.00 | $9.90 | 0.00 | $9.90 | 7,548.27 |
| 2447104 | Photocopy | E | 10/19/2009 | 0999 | C&D | 0.00 | $5.80 | 0.00 | $5.80 | 7,554.07 |
| 2447126 | Photocopy | E | 10/19/2009 | 0220 | SKL | 0.00 | $4.60 | 0.00 | $4.60 | 7,558.67 |
| 2447147 | Photocopy | E | 10/19/2009 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 7,558.97 |
| 2447151 | Photocopy | E | 10/19/2009 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 7,559.77 |

PVL

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2443364 | Peter Van N. Lockwood -Snack for Travel to/from Pittsburgh, PA, re: Trial, 10/12/09 - 10/14/09 | E | 10/19/2009 | 0020 | | 0.00 | $12.00 | 0.00 | $12.00 | 7,571.77 |
| 2443365 | Peter Van N. Lockwood -Cab Fares & Parking at DCA Airport for Travel to/from Pittsburgh, PA, re: Trial, 10/12/09 - 10/14/09 | E | 10/19/2009 | 0020 | PVL | 0.00 | $140.00 | 0.00 | $140.00 | 7,711.77 |
| 2443366 | Nathan D. Finch -Dinner w/ PVNL & M.Hurford while on Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 10/13/09 | E | 10/19/2009 | 0187 | NDF | 0.00 | $380.72 | 0.00 | $380.72 | 8,092.49 |
| 2443378 | Barrister Digital Solutions, LLC -Outside Copy Svc., 10/4/09 (MCG) | E | 10/19/2009 | 0333 | MCG | 0.00 | $2,555.98 | 0.00 | $2,555.98 | 10,648.47 |
| 2443384 | Capture Discovery -Outside Copy Svc., 9/25/09 (MCG) | E | 10/19/2009 | 0333 | MCG | 0.00 | $419.00 | 0.00 | $419.00 | 11,067.47 |
| 2443385 | Capture Discovery -Outside Copy Svc., 8/31/09 (MCG) | E | 10/19/2009 | 0333 | MCG | 0.00 | $132.19 | 0.00 | $132.19 | 11,199.66 |
| 2443386 | Capture Discovery -Outside Copy Svc., 8/31/09 (MCG) | E | 10/19/2009 | 0333 | MCG | 0.00 | $13,028.15 | 0.00 | $13,028.15 | 24,227.81 |
| 2443387 | Capture Discovery -Outside Copy Svc., 8/31/09 (MCG) | E | 10/19/2009 | 0333 | MCG | 0.00 | $176.18 | 0.00 | $176.18 | 24,403.99 |
| 2443388 | Capture Discovery -Outside Copy Svc., 9/30/09 (MAF) | E | 10/19/2009 | 0367 | MAF | 0.00 | $828.55 | 0.00 | $828.55 | 25,232.54 |
| 2443389 | Capture Discovery -Outside Copy Svc., 8/31/09 (MCG) | E | 10/19/2009 | 0333 | MCG | 0.00 | $1,644.10 | 0.00 | $1,644.10 | 26,876.64 |
| 2443407 | Capture Discovery -Outside Copy Svc., 9/2/09 (MAF) | E | 10/20/2009 | 0367 | MAF | 0.00 | $2,826.27 | 0.00 | $2,826.27 | 29,702.91 |
| 2443408 | Capture Discovery -Outside Copy Svc., 9/6/09 (MAF) | E | 10/20/2009 | 0367 | MAF | 0.00 | $1,223.65 | 0.00 | $1,223.65 | 30,926.56 |
| 2443409 | Capture Discovery -Outside Copy Svc., 9/3/09 (MAF) | E | 10/20/2009 | 0367 | MAF | 0.00 | $650.26 | 0.00 | $650.26 | 31,576.82 |
| 2443410 | Capture Discovery -Outside Copy Svc., 9/3/09 | E | 10/20/2009 | 0367 | MAF | 0.00 | $3,807.85 | 0.00 | $3,807.85 | 35,384.67 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1
**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

(MAF)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2443411 | Capture Discovery -Outside Copy Svc., 9/2/09 (MCG) | E | 10/20/2009 | 0333 | MCG | 0.00 | $94.22 | 0.00 | $94.22 | 35,478.89 |
| 2443412 | Capture Discovery -Outside Copy Svc., 9/4/09 (MAF) | E | 10/20/2009 | 0367 | MAF | 0.00 | $685.47 | 0.00 | $685.47 | 36,164.36 |
| 2443413 | Capture Discovery -Outside Copy Svc., 9/5/09 (MAF) | E | 10/20/2009 | 0367 | MAF | 0.00 | $1,250.28 | 0.00 | $1,250.28 | 37,414.64 |
| 2443414 | Capture Discovery -Outside Copy Svc., 9/3/09 (MAF) | E | 10/20/2009 | 0367 | MAF | 0.00 | $283.83 | 0.00 | $283.83 | 37,698.47 |
| 2443415 | Capture Discovery -Outside Copy Svc., 9/3/09 (MAF) | E | 10/20/2009 | 0367 | MAF | 0.00 | $681.08 | 0.00 | $681.08 | 38,379.55 |
| 2445651 | Equitrac - Long Distance to 13122446700 | E | 10/20/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 38,379.63 |
| 2445677 | Equitrac - Long Distance to 12485571155 | E | 10/20/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 38,379.75 |
| 2447183 | Photocopy | E | 10/20/2009 | 0999 | C&D | 0.00 | $62.10 | 0.00 | $62.10 | 38,441.85 |
| 2447190 | Photocopy | E | 10/20/2009 | 0220 | SKL | 0.00 | $7.30 | 0.00 | $7.30 | 38,449.15 |
| 2447191 | Photocopy | E | 10/20/2009 | 0999 | C&D | 0.00 | $39.00 | 0.00 | $39.00 | 38,488.15 |
| 2447211 | Photocopy | E | 10/20/2009 | 0999 | C&D | 0.00 | $25.30 | 0.00 | $25.30 | 38,513.45 |
| 2447224 | Photocopy | E | 10/20/2009 | 0220 | SKL | 0.00 | $5.60 | 0.00 | $5.60 | 38,519.05 |
| 2447230 | Photocopy | E | 10/20/2009 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 38,519.25 |
| 2447245 | Photocopy | E | 10/20/2009 | 0367 | MAF | 0.00 | $1.50 | 0.00 | $1.50 | 38,520.75 |
| 2447262 | Photocopy | E | 10/20/2009 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 38,521.15 |
| 2447748 | Capture Discovery -Outside Copy Svc., 10/9/09 (MAF) | E | 10/22/2009 | 0367 | MAF | 0.00 | $4,025.65 | 0.00 | $4,025.65 | 42,546.80 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2447749 | Outside Photocopying/Duplication Service | E | 10/22/2009 | 0367 | MAF | 0.00 | $308.83 | 0.00 | $308.83 | 42,855.63 |
| 2447751 | Magna Legal Services LLC -Transcript, re: Deposition of M.Peterson, 6/9/09 (NDF) | E | 10/22/2009 | 0187 | NDF | 0.00 | $2,119.30 | 0.00 | $2,119.30 | 44,974.93 |
| 2447753 | Erroll G. Butts -Misc Gratuities for Travel to/from Pittsburgh, PA, re: Trial, 10/12/09 - 10/15/09 | E | 10/22/2009 | 0337 | EGB | 0.00 | $25.00 | 0.00 | $25.00 | 44,999.93 |
| 2447754 | Erroll G. Butts -Mileage to/from The Westin-Pittsburgh Convention Hotel & Residence for Travel to/from Pittsburgh, PA, re: Trial, 10/12/09 - 10/15/09 | E | 10/22/2009 | 0337 | EGB | 0.00 | $288.75 | 0.00 | $288.75 | 45,288.68 |
| 2447775 | Federal Express -Delivery to C.Hazelman, 9/3/09 (JD) | E | 10/22/2009 | 0999 | C&D | 0.00 | $21.09 | 0.00 | $21.09 | 45,309.77 |
| 2447776 | Federal Express -Delivery to R.Horkovich, 8/31/09 (MAF) | E | 10/22/2009 | 0367 | MAF | 0.00 | $15.25 | 0.00 | $15.25 | 45,325.02 |
| 2447777 | Federal Express -Delivery to EI, 8/31/09 (MAF) | E | 10/22/2009 | 0367 | MAF | 0.00 | $28.71 | 0.00 | $28.71 | 45,353.73 |
| 2449777 | Photocopy | E | 10/22/2009 | 0237 | SRB | 0.00 | $2.00 | 0.00 | $2.00 | 45,355.73 |
| 2449784 | Photocopy | E | 10/22/2009 | 0220 | SKL | 0.00 | $1.80 | 0.00 | $1.80 | 45,357.53 |
| 2450007 | Photocopy | E | 10/24/2009 | 0251 | JO | 0.00 | $2.20 | 0.00 | $2.20 | 45,359.73 |
| 2447915 | Equitrac - Long Distance to 14122610310 | E | 10/25/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 45,360.01 |
| 2448109 | Petty Cash -Lunch Meal while on Travel to/from Pittsburgh, PA, for Continuation of Confirmation Hearing, 10/11/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $7.00 | 0.00 | $7.00 | 45,367.01 |
| 2448110 | Petty Cash -Lunch Meal while on Travel to/from Pittsburgh, PA, for Continuation of Confirmation Hearing, 10/14/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $7.00 | 0.00 | $7.00 | 45,374.01 |
| 2448111 | Petty Cash -Misc. Gratuities while on Travel to/from Pittsburgh, PA, for Continuation of | E | 10/26/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 45,414.01 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

Confirmation Hearing, 10/11/09 - 10/14/09 (NDF)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2448362 | Equitrac - Long Distance to 12124464934 | E | 10/26/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 45,414.21 |
| 2448375 | Laura S. Welch -Professional Fees, re: Testifying at Confirmation Hearing, 9/7/09 - 9/10/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $27,200.00 | 0.00 | $27,200.00 | 72,614.21 |
| 2448376 | Laura S. Welch -Lunch Meal, re: Testifying at Confirmation Hearing, 9/7/09 - 9/10/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $25.00 | 0.00 | $25.00 | 72,639.21 |
| 2448377 | Laura S. Welch -Coach Airfare, re: Testifying at Confirmation Hearing, 9/7/09 - 9/10/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $495.00 | 0.00 | $495.00 | 73,134.21 |
| 2448378 | Laura S. Welch -Cab Fares, re: Testifying at Confirmation Hearing, 9/7/09 - 9/10/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $89.00 | 0.00 | $89.00 | 73,223.21 |
| 2448394 | Pacer Service Center -Database Research, 7/1/09 - 9/30/09 | E | 10/26/2009 | 0337 | EGB | 0.00 | $362.40 | 0.00 | $362.40 | 73,585.61 |
| 2448414 | Tallen Technology Rentals -Computer Equipment & Supplies, 10/2/09 (EGB) | E | 10/26/2009 | 0337 | EGB | 0.00 | $5,781.01 | 0.00 | $5,781.01 | 79,366.62 |
| 2448424 | Marissa A. Fanone -Lunch while on Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 10/13/09 | E | 10/26/2009 | 0367 | MAF | 0.00 | $10.50 | 0.00 | $10.50 | 79,377.12 |
| 2448425 | Marissa A. Fanone -Baggage Fee for Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 10/9/09 - 10/13/09 | E | 10/26/2009 | 0367 | MAF | 0.00 | $25.00 | 0.00 | $25.00 | 79,402.12 |
| 2448426 | Marissa A. Fanone -Cab Fare to DCA Airport for Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 10/9/09 | E | 10/26/2009 | 0367 | MAF | 0.00 | $18.00 | 0.00 | $18.00 | 79,420.12 |
| 2448437 | Capture Discovery -Outside Copy Svc., 10/14/09 (CJK) | E | 10/26/2009 | 0351 | CJK | 0.00 | $205.24 | 0.00 | $205.24 | 79,625.36 |
| 2448442 | Executive Travel Associates -Coach Airfare for Travel to/from Dallas, TX, 9/30/09 - 10/1/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $2,403.20 | 0.00 | $2,403.20 | 82,028.56 |
| 2448443 | Executive Travel Associates -Agent Fee, re: Coach Airfare for Travel to/from Dallas, TX, 9/30/09 - 10/1/09 (NDF) | E | 10/26/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 82,068.56 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2448449 | Executive Travel Associates -Svc. Fee, re: Travel to/from Pittsburgh, PA, 10/7/2/09 (PVNL) | E | 10/26/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 82,108.56 |
| 2448450 | Executive Travel Associates -Svc. Fee, re: Travel to/from Pittsburgh, PA, 10/12/2/09 - 10/14/09 (PVNL) | E | 10/26/2009 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 82,148.56 |
| 2448451 | Executive Travel Associates -Coach Airfare for Travel to/from Pittsburgh, PA, 10/12/2/09 - 10/14/09 (PVNL) | E | 10/26/2009 | 0020 | PVL | 0.00 | $1,783.20 | 0.00 | $1,783.20 | 83,931.76 |
| 2450027 | Photocopy | E | 10/26/2009 | 0999 | C&D | 0.00 | $9.00 | 0.00 | $9.00 | 83,940.76 |
| 2450187 | Photocopy | E | 10/27/2009 | 0367 | MAF | 0.00 | $11.20 | 0.00 | $11.20 | 83,951.96 |
| 2449429 | Equitrac - Long Distance to 12124464806 | E | 10/27/2009 | 0999 | C&D | 0.00 | $0.72 | 0.00 | $0.72 | 83,952.68 |
| 2449462 | Equitrac - Long Distance to 13024269910 | E | 10/28/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 83,952.72 |
| 2449469 | Equitrac - Long Distance to 12124464934 | E | 10/28/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 83,952.96 |
| 2450218 | Photocopy | E | 10/28/2009 | 0367 | MAF | 0.00 | $20.70 | 0.00 | $20.70 | 83,973.66 |
| 2450226 | Photocopy | E | 10/28/2009 | 0367 | MAF | 0.00 | $12.00 | 0.00 | $12.00 | 83,985.66 |
| 2450227 | Photocopy | E | 10/28/2009 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 83,987.16 |
| 2450249 | Photocopy | E | 10/28/2009 | 0367 | MAF | 0.00 | $4.40 | 0.00 | $4.40 | 83,991.56 |
| 2450267 | Photocopy | E | 10/28/2009 | 0367 | MAF | 0.00 | $8.20 | 0.00 | $8.20 | 83,999.76 |
| 2450271 | Photocopy | E | 10/28/2009 | 0255 | DAT | 0.00 | $9.20 | 0.00 | $9.20 | 84,008.96 |
| 2450332 | Photocopy | E | 10/29/2009 | 0999 | C&D | 0.00 | $30.20 | 0.00 | $30.20 | 84,039.16 |
| 2450334 | Photocopy | E | 10/29/2009 | 0220 | SKL | 0.00 | $3.40 | 0.00 | $3.40 | 84,042.56 |

C&D

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2450336 | Photocopy | E | 10/29/2009 | 0999 | | 0.00 | $38.30 | 0.00 | $38.30 | 84,080.86 |
| 2450343 | Photocopy | E | 10/29/2009 | 0220 | SKL | 0.00 | $4.50 | 0.00 | $4.50 | 84,085.36 |
| 2448476 | Erroll G. Butts -Tolls, re: Travel to/from Pittsburgh, PA, 10/12/09 - 10/15/09 | E | 10/29/2009 | 0337 | EGB | 0.00 | $16.26 | 0.00 | $16.26 | 84,101.62 |
| 2449268 | Capture Discovery -Outside Copy Svc., 10/20/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $36.85 | 0.00 | $36.85 | 84,138.47 |
| 2449283 | Business Card- BOA Corporate Card Purchase, re: Gasoline for Car Rental while on Travel to/from Pittsburgh, PA, 9/17/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $55.50 | 0.00 | $55.50 | 84,193.97 |
| 2449284 | Business Card- BOA Corporate Card Purchase, re: Lunch w/ MCG while on Travel to/from Pittsburgh, PA, 9/17/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $26.03 | 0.00 | $26.03 | 84,220.00 |
| 2449285 | Business Card- BOA Corporate Card Purchase, re: Snacks while on Travel to/from Pittsburgh, PA, 9/17/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $4.87 | 0.00 | $4.87 | 84,224.87 |
| 2449286 | Business Card- BOA Corporate Card Purchase, re: Hertz Car Rental Fee to deliver boxes while on Travel to/from Pittsburgh, PA, 9/19/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $3,284.95 | 0.00 | $3,284.95 | 87,509.82 |
| 2449287 | Business Card- BOA Corporate Card Purchase, re: Cab Fares from IAD Airport to Residence while on Travel to/from Pittsburgh, PA, 9/20/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $46.00 | 0.00 | $46.00 | 87,555.82 |
| 2449288 | Business Card- BOA Corporate Card Purchase, re: Duquesne Club Hotel 5-Night Lodging Expense for EI, PVNL, EGB, MCG, JMR, NDF, & MAF while on Travel to/from Pittsburgh, PA, 9/17/09 - 10/14/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $5,774.00 | 0.00 | $5,774.00 | 93,329.82 |
| 2449289 | Business Card- BOA Corporate Card Purchase, re: Valet Parking at the Duquesne Club Hotel while on Travel to/from Pittsburgh, PA, 9/14/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $26.50 | 0.00 | $26.50 | 93,356.32 |
| 2449290 | Business Card- BOA Corporate Card Purchase, re: Add'l Misc. Hotel Expenses while on Travel to/from Pittsburgh, PA, 9/22/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $75.00 | 0.00 | $75.00 | 93,431.32 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2449291 | Business Card- BOA Corporate Card Purchase, re: Lunch at Rest Stop while on Travel to/from Pittsburgh, PA, 10/12/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $7.50 | 0.00 | $7.50 | 93,438.82 |
| 2449292 | Business Card- BOA Corporate Card Purchase, re: Hert Car Rental E-Z Pass for Tolls while on Travel to/from Pittsburgh, PA, 9/25/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $36.30 | 0.00 | $36.30 | 93,475.12 |
| 2449293 | Business Card- BOA Corporate Card Purchase, re: Daily Audio Transcripts while on Travel to/from Pittsburgh, PA, 10/13/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 93,501.12 |
| 2449294 | Business Card- BOA Corporate Card Purchase, re: Snacks while on Travel to/from Pittsburgh, PA, 10/13/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $7.15 | 0.00 | $7.15 | 93,508.27 |
| 2449295 | Business Card- BOA Corporate Card Purchase, re: Gas for Vehicle while on Travel to/from Pittsburgh, PA, 10/12/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $34.88 | 0.00 | $34.88 | 93,543.15 |
| 2449296 | Business Card- BOA Corporate Card Purchase, re: Dinner w/ Admin Trail Team while on Travel to/from Pittsburgh, PA, 10/13/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $122.54 | 0.00 | $122.54 | 93,665.69 |
| 2449297 | Business Card- BOA Corporate Card Purchase, re: Snacks & Beverages for Trail Team while on Travel to/from Pittsburgh, PA, 10/13/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $10.68 | 0.00 | $10.68 | 93,676.37 |
| 2449298 | Business Card- BOA Corporate Card Purchase, re: Snacks & Beverages for Trail Team while on Travel to/from Pittsburgh, PA, 10/14/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $9.00 | 0.00 | $9.00 | 93,685.37 |
| 2449299 | Business Card- BOA Corporate Card Purchase, re: Daily Audio Transcripts while on Travel to/from Pittsburgh, PA, 10/14/09 (EGB) | E | 10/29/2009 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 93,711.37 |
| 2452536 | Database Research - Westlaw by TEP on 10/1-29 | E | 10/30/2009 | 0999 | C&D | 0.00 | $2,245.10 | 0.00 | $2,245.10 | 95,956.47 |
| 2452537 | Database Research - Westlaw by JMR on 10/8-20 | E | 10/30/2009 | 0999 | C&D | 0.00 | $1,352.01 | 0.00 | $1,352.01 | 97,308.48 |
| 2452538 | Database Research - Westlaw by JPW on 10/28 | E | 10/30/2009 | 0999 | C&D | 0.00 | $265.74 | 0.00 | $265.74 | 97,574.22 |
| 2452539 | Database Research - Westlaw by MAF on 10/29 | E | 10/30/2009 | 0999 | C&D | 0.00 | $203.42 | 0.00 | $203.42 | 97,777.64 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 12/2/2009

Print Date/Time: 12/02/2009 2:42:26PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2452540 | Database Research - Westlaw by SAT/KCM on 10/30 | E | 10/30/2009 | 0999 | C&D | 0.00 | $165.28 | 0.00 | $165.28 | 97,942.92 |
| 2452541 | Database Research - Westlaw by MCG/MAF on 10/8 | E | 10/30/2009 | 0999 | C&D | 0.00 | $1,014.58 | 0.00 | $1,014.58 | 98,957.50 |
| 2453231 | Database Research - Lexis by MAF/TEP/JMR on Oct 1-29 | E | 10/30/2009 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 98,957.50 |
| 2453250 | NYO Long Distance Telephone - Conference call on 9/4 re Libby with Cohn, Rice, Baron & Weitz | E | 10/30/2009 | 0999 | C&D | 0.00 | $931.84 | 0.00 | $931.84 | 99,889.34 |
| 2449640 | Postage | E | 10/31/2009 | 0999 | C&D | 0.00 | $0.88 | 0.00 | $0.88 | 99,890.22 |
| **Total Expenses** | | | | | | 0.00 | $99,890.22 | 0.00 | $99,890.22 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 99,890.22 | | 99,890.22 | |
| | Matter Total | | | | | 0.00 | 99,890.22 | 0.00 | 99,890.22 | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $99,890.22 | | $99,890.22 | |
| | Prebill Total | | | | | 0.00 | $99,890.22 | 0.00 | $99,890.22 | |

**Previous Billings**

| **InvoiceNo** | **InvoiceDate** | **InvoiceTotal** | **OpenTotal** |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 66,545 | 01/26/2009 | 364,903.00 | 1,633.83 |
| 67,847 | 04/23/2009 | 404,063.50 | 3,331.00 |
| 68,337 | 05/26/2009 | 357,760.25 | 71,552.05 |
| 68,948 | 06/22/2009 | 452,029.25 | 90,405.83 |
| 69,435 | 07/28/2009 | 618,971.00 | 123,794.20 |
| 69,835 | 08/26/2009 | 605,649.50 | 121,129.90 |
| 70,265 | 09/23/2009 | 694,896.00 | 138,979.20 |
| 70,735 | 10/27/2009 | 844,931.97 | 844,931.97 |
| | | 6,130,354.22 | 1,445,407.28 |