IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **RE: Docket No. 23768** |

**NOTICE OF FILING OF AMENDED ATTACHMENTS TO
THIRTY-FOURTH QUARTERLY FEE APPLICATION REQUEST
OF FERRY, JOSEPH & PEARCE, P.A. FOR APPROVAL AND
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
FOR THE PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

   PLEASE TAKE NOTICE that on November 16, 2009, the aforementioned Thirty-Fourth Quarterly Fee Application Request of Ferry, Joseph & Pearce, P.A. (the "Application") was filed with the Court (Docket No. 23768).

   PLEASE TAKE FURTHER NOTICE that the Cumulative Compensation Summary by Project Category and the Cumulative Expense Summary to the Application have been revised and are attached hereto as Exhibit "A." Please note that the amount of fees and expenses requested in the Application remains unchanged.

Dated: December 3, 2009        FERRY, JOSEPH & PEARCE, P.A.

                    /s/ Lisa L. Coggins
                    Michael B. Joseph (No. 392)
                    Theodore J. Tacconelli (No. 2678)
                    Lisa L. Coggins (No. 4234)
                    824 Market Street, Suite 1000
                    P.O. Box 1351
                    Wilmington, DE. 19899
                    (302) 575-1555

                    *Counsel to the Official Committee of
                    Asbestos Property Damage Claimants*