# EXHIBIT "A"

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Quarterly Period | Total Hours from Petition Date - Prior Quarterly Period | Total Hours from Petition Date | Total Fees for the Quarterly Period | Total Fees from Petition Date - Prior Quarterly Period | Total Fees from Petition Date |
|---|---|---|---|---|---|---|
| Case Administration | 54.80 | 1,180.30 | 1,235.10 | $11,091.00 | $298,779.75 | $309,870.75 |
| Committee… | 3.80 | 352.80 | 356.60 | $1,110.00 | $81,061.00 | $82,171.00 |
| Fee Applications, Others | 13.80 | 719.30 | 733.10 | $2,021.50 | $90,989.50 | $93,011.00 |
| Asbestos: Claims Analysis | 6.90 | 686.10 | 693.00 | $2,020.00 | $175,943.00 | $177,963.00 |
| Fee Applications, Applicant | 28.70 | 619.90 | 648.60 | $4,553.50 | $80,882.50 | $85,436.00 |
| Non-Asbestos: Claims Analysis | 10.80 | 107.40 | 118.20 | $3,186.00 | $28,911.00 | $32,097.00 |
| Lit. and Lit. Consulting | 1.20 | 1,034.05 | 1,035.25 | $300.00 | $235,459.75 | $235,759.75 |
| ZAI Science Trial | 0.00 | 43.20 | 43.20 | $0.00 | $9,840.00 | $9,840.00 |
| Travel/Non-working | 0.00 | 61.30 | 61.30 | $0.00 | $6,635.00 | $6,635.00 |
| Plan and Disclosure Statement | 176.00 | 810.00 | 986.00 | $51,637.50 | $218,828.50 | $270,466.00 |
| Hearings | 84.00 | 650.50 | 734.50 | $24,780.00 | $166,204.00 | $190,984.00 |
| Employment App. Others | 0.20 | 91.20 | 91.40 | $59.00 | $18,402.50 | $18,461.50 |
| Relief from Stay Lit. | 2.70 | 21.90 | 24.60 | $796.50 | $5,968.00 | $6,764.50 |
| Other | 0.00 | 7.90 | 7.90 | $0.00 | $1,805.00 | $1,805.00 |
| Employment App. Applicant | 0.00 | 2.40 | 2.40 | $0.00 | $444.00 | $444.00 |
| Asset Disposition | 0.00 | 0.90 | 0.90 | $0.00 | $214.00 | $214.00 |
| Professional Retention Issues | 0.10 | 0.00 | 0.10 | $29.50 | $0.00 | $29.50 |
| **Total:** | **383.00** | **6,389.15** | **6,772.15** | **$101,584.50** | **$1,420,367.50** | **$1,521,952.00** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Total Expenses for the Quarterly Period | Total Expenses from Petition Date - Prior Quarterly Period | Total Expenses from Petition Date |
|---|---:|---:|---:|
| Computer Legal Research | $0.84 | $1,893.24 | $1,894.08 |
| Facsimile ($1.00 per page) | $0.00 | $3,228.00 | $3,228.00 |
| In-House Reproduction | $443.00 | $15,187.79 | $15,630.79 |
| Outside Reproduction | $593.40 | $75,610.26 | $76,203.66 |
| Document Scanning, Service or Retrieval | $0.00 | $2,353.58 | $2,353.58 |
| Filing/Court Fees | $0.00 | $3,062.50 | $3,062.50 |
| Out-of-Town Travel | $0.00 | $5,658.26 | $5,658.26 |
| Courier & Express Carriers | $1,161.74 | $37,886.89 | $39,048.63 |
| Postage | $4.99 | $3,154.51 | $3,159.50 |
| Web Pacer | $217.36 | $2,595.90 | $2,813.26 |
| Hearing Transcripts | $5,674.65 | $44,539.01 | $50,213.66 |
| Service Supplies | $0.00 | $1,615.68 | $1,615.68 |
| Other | $703.00 | $6,553.00 | $7,256.00 |
| **Total:** | **$8,798.98** | **$203,338.62** | **$212,137.60** |