## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Rel. to Docket Nos. 23826 & 23657 |

### NOTICE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 1st day of December, 2009, the hyperlinked version of the *Joint Reply Of The Official Committee Of Unsecured Creditors And Bank Lenders Group To W.R. Grace's Post Trial Brief Regarding Bank Lender Issues* dated November 20, 2009 (D.I. 23826) was transmitted to the Court on CD via overnight mail pursuant to the *Order Establishing Schedule of Post-Trial Briefing and Related Matters* (D.I. 23567).

Dated: December 3, 2009
Wilmington, Delaware

Respectfully Submitted,

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:         mlastowski@duanemorris.com

DM3\1218879.1

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:       wskatchen@duanemorris.com

and

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:       lkruger@stroock.com
              kpasquale@stroock.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*