IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors in the above-captioned action, and that on the 3rd day of December, 2009, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Monthly Fee Application of Baker Donelson Bearman Caldwell & Berkowitz, P.C. as a Professional Emplyed by the Estate for the Debtors for the Month of April, 2009.**

_____
Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 3rd day of December, 2009.

_____
Notary Public
My Commission Expires: _____

MONICA A. MOLITOR
Notary Public - State of Delaware
My Comm. Expires July 20, 2010

91100-001\DOCS_DE:155261.1

**Grace Fee Application Service List**
Case N. 01-1139 (JKF)
Doc. No. 45804v3
01 – Hand Delivery
02 – Federal Express
22 - E-Mail

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE  19801

*Federal Express and E-mail:*
*richard.finke@grace.com*
*john.port@grace.com*
(Debtors)
Richard C. Finke, Esquire
John Port, Esquire
W. R. Grace & Co.
5400 Broken Sound Boulevard NW
Boca Raton, FL 33487

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX  75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)

*E-mail: mlastowski@duanemorris.com*
(Counsel for the Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*E-mail: mhurford@camlev.com*
(Counsel to the Official Committee of Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to the Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE  19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*E-mail: tfreedman@kirkland.com*
(Co-Counsel for the Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

*E-mail: jbaer@jsbpc.com*
(Co-Counsel for the Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

***E-mail: arich@alanrichlaw.com***
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202