IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2009, THROUGH OCTOBER 31, 2009**

## WRG-0068
## VALVED COVER SYSTEM

| 10/10/09 | GHL | Review of office action of October 5, 2009, and newly identified reference, review of previous prosecution history and pending claims, consideration of claim scope and possible amendments to overcome the rejection; communication of the office action and reference, with comments, to Mr. Cross | 0.80 |
|---|---|---|---|

SERVICES $ 456.00

| | GHL | GARY H. LEVIN | 0.80 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **456.00**

## WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| 10/01/09 | DRB | Analysis of third-party patent on particulate conveyancing and review of draft opinion; strategy with Gary Levin concerning the same, and confirmation of non-infringement and invalidity positions | 1.50 |
| --- | --- | --- | --- |
| 10/01/09 | GHL | Discussion with Mr. Bailey regarding freedom-to-operate opinion on first of the two third-party patents (peer review);. | 0.5 |
| 10/01/09 | GHL | continued analysis of second of the third-party patents on particulate conveyancing | 1.2 |
| 10/06/09 | GHL | prepare final edits to opinion on the first of the two third-party patents on particulate conveyancing, and attend to dispatch to Mr. Cross; | 0.6 |
| 10/10/09 | GHL | Further drafting of freedom-to-operate opinion on second of third-party patents on particulate conveyancing. | 2.20 |
| 10/22/09 | GHL | Continue work on freedom-to-operate opinion | 1.50 |
| 10/23/09 | GHL | Continue work on freedom-to-operate opinion | 3.20 |
| 10/26/09 | GHL | Work on freedom-to-operate regarding second of the third-party patents on particulate conveyance. | 3.20 |
| 10/27/09 | GHL | Further work on freedom-to-operate opinion | 2.20 |
| 10/28/2009 | GHL | Continued drafting of freedom-to-operate opinion | 1.50 |
| 10/29/2009 | GHL | Further drafting of freedom-to-operate opinion | 1.20 |

SERVICES

|  | GHL | GARY H. LEVIN | 17.30 | hours @ | $570.00 |
| --- | --- | --- | --- | --- | --- |
|  | DRB | DAVID R. BAILEY | 1.50 | hours @ | $475.00 |

**INVOICE TOTAL** $10,581.64