# EXHIBIT C

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2009 - SEPTEMBER 30, 2009**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 100.3 | $ 995 | $ 99,798.50 |
| Pasquale, Kenneth | 404.0 | 825 | 333,300.00 |
| Ross, Daneil A. | 22.0 | 875 | 19,250.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 1.7 | 650 | 1,105.00 |
| Harris, Daniel J. | 22.8 | 325 | 7,410.00 |
| Jarashow, Mark S. | 83.6 | 345 | 28,842.00 |
| Keppler, Abbey L. | 1.3 | 675 | 877.50 |
| Krieger, Arlene G. | 601.3 | 675 | 405,877.50 |
| Strauss, Joseph E. | 9.1 | 610 | 5,551.00 |
| | | | |
| **Paraprofessionals** | | | |
| Bannister, Shawn A. | 10.9 | 275 | 2,997.50 |
| Cohen, Reuben H. | 0.4 | 240 | 96.00 |
| Cromwell, Marlon E. | 19.8 | 235 | 4,653.00 |
| Crooks, Harris | 1.5 | 230 | 345.00 |
| Garber, Russell D. | 18.7 | 210 | 3,927.00 |
| Holzberg, Ethel H. | 80.6 | 275 | 22,165.00 |
| Jones, Margaret | 1.6 | 205 | 328.00 |
| Krieger, Dmitriy | 0.4 | 205 | 82.00 |
| Magzamen, Michael S. | 2.8 | 295 | 826.00 |
| Mohamed, David | 187.9 | 180 | 33,822.00 |
| Szemelynec, Kristine A. | 1.6 | 275 | 440.00 |
| Wojcik, Mark R. | 0.2 | 295 | 59.00 |
| | | | |
| **Sub Total** | **1,572.5** | | **$ 971,752.00** |
| **Less 50% Travel** | **(34.2)** | | **(27,503.75)** |
| **Total** | **1,538.3** | | **$ 944,248.25** |

-4-