# EXHIBIT D

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**JULY 1, 2009 - SEPTEMBER 30, 2009**

| | |
|---|---:|
| Outside Messenger Service | $    405.18 |
| Meals | 228.30 |
| Local Transportation | 587.05 |
| Long Distance Telephone | 1,021.43 |
| Duplicating Costs-in House | 1,204.30 |
| Court Reporting Services | 13,053.66 |
| O/S Information Services | 1,589.72 |
| Word Processing | 132.00 |
| In House Messenger Service | 28.88 |
| Travel Expenses - Transportation | 7,201.21 |
| Travel Expenses - Lodging | 3,901.39 |
| Travel Expenses - Meals | 1,632.51 |
| Westlaw | 13,722.19 |
| | |
| **TOTAL** | **$44,707.82** |