**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., ET AL., | Case No. 01-01139 (JKF) |
|  | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that on December 4, 2009, I served a copy of the following upon the individuals on the attached Service List by first class mail.

1. Notice of the Thirty-Fourth Quarterly Fee Application Of Stroock & Stroock & Lavan LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2009 Through September 30, 2009;

2. Notice of the Twenty-Third Quarterly Interim Application Of Capstone Advisory Group, LLC, Financial Advisors To The Official Committee Of Unsecured Creditors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred (For The Period From July 1, 2009 Through September 30, 2009).

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 4, 2009
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
302.657-4900