IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139-JJF<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws its appearance on behalf of ORACLE USA, INC. (fka SIEBEL SYSTEMS, INC.) and requests that the undersigned be removed from the mailing matrix maintained by the Clerk of the above Court. Additionally, the undersigned requests that it be removed from the service lists of the Debtors' Counsel and all other interested parties as listed under the following firm name and mailing addresses:

> Oracle USA, Inc. (fka Siebel Systems, Inc.)
> c/o Robert L. Eisenbach III
> Cooley Godward Kronish LLP
> 101 California Street, 5th Floor
> San Francisco, CA 94111-5800

Dated: December 4, 2009　　　　　　　COOLEY GODWARD KRONISH LLP

　　　　　　　　　　　　　　　　　　　 /s/ Robert L. Eisenbach III
　　　　　　　　　　　　　　　　　　Robert L. Eisenbach III (CA State Bar #124896)
　　　　　　　　　　　　　　　　　　101 California Street, 5th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-5800
　　　　　　　　　　　　　　　　　　Telephone: (415) 693-2000
　　　　　　　　　　　　　　　　　　Facsimile: (415) 693-2222

　　　　　　　　　　　　　　　　　　Attorneys for Creditor
　　　　　　　　　　　　　　　　　　ORACLE USA, INC.
　　　　　　　　　　　　　　　　　　(fka SIEBEL SYSTEMS, INC.)

## CERTIFICATE OF SERVICE

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On December 4, 2009, I served the foregoing document(s) described as:

**Notice of Withdrawal and Request for Removal from Service Lists**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 4, 2009 at San Francisco, California.

                                                  /s/ Kris Tsao Cachia
                                                  Kris Tsao Cachia

**SERVICE LIST**

*Debtor*
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

*Debtor's Counsel*
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Debtor's Co-Counsel*
Janet S. Baer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*U.S. Trustee*
Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Creditors Committee Counsel*
Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*Creditors Committee Local Counsel*
Michael R. Lastowski
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Claims Agent*
Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
PO Box 1620
Faribault, MN 55021-1620

1155395 v1/SF