# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 23263

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Twenty-Second Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From April 1, 2009 through June 30, 2009* (the "Application") [Docket No. 23263] filed on September 16, 2009.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 25, 2009 at 4:00 p.m.

Dated: December 7, 2009
      Wilmington, Delaware

                                          */s/ Michael R. Lastowski*
                                          Michael R. Lastowski (DE 3892)
                                          Richard W. Riley (DE 4052)
                                          DUANE MORRIS LLP
                                          1100 N. Market Street, Suite 1200
                                          Wilmington, DE 19801-1246
                                          Telephone:    (302)-657-4900
                                          Facsimile:     (302)-657-4901
                                          Email:         mlastowski@duanemorris.com
                                                                   rwriley@duanemorris.com

                                          *Co-Counsel for the Official*
                                          *Committee of Unsecured Creditors*