IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 12/28/2009 |
| | § | Hearing Date: TBD (if needed) |

SUMMARY OF TENTH APPLICATION OF ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE PERIOD
FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2009 to November 30, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $5,292.00  [80% of $6,615.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour. In this Application period Judge Sanders performed 14.7 hours of services as PD FCR, for a total amount billed of $6,615.00, of which 80% is currently sought, in the amount of $5,292.00.

This is the Tenth Application for monthly fees and expenses.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 14.7 hours | $6,615.00 |

| | | |
|---|---|---|
| TOTAL | 14.7 hours | $6,615.00 |

Detail of the fees and expenses are attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

*[signature]*

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 7th day of December, 2009, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

*[signature]*

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address:*  *19 Water Street*
 *Charleston, SC 29401*

## INVOICE FOR PROFESSIONAL SERVICES 11/1/09 to 11/30/09

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 11/13/09 | Review and analysis of documents, including: | |
| | Arrowood's Phase II Post-Trial Brief | |
| | Joinder of Federal Insurance Company in the Phase II Post-Trial Briefs of the CNA Companies, Government Employees Insurance Company and Republic Insurance Company N/K/A Starr Indemnity & Liability Company | |
| | Phase II Post-Trial Brief of Government Employees Insurance Company and Republic Insurance Company | |
| | Post-Trial Brief of Morgan Stanley Senior Funding, Inc. | |
| | Libby Claimants' Post-Trial Brief in Support of Opposition to Confirmation | |
| | Post-Trial Brief of Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P. | |
| | Phase II Post-Trial Brief of *Creditors* OneBeacon American Insurance Company, etc. | |
| | Total Hours | 4.3 |

**INVOICE 11/1/09 to 11/30/09**
December 3, 2009
Page 2

| | | |
|---|---|---|
| 11/14/09 | Review and analysis of documents, including: | |
| | Phase II Post-Trial Brief for the CNA Companies | |
| | Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Phase II Post-Confirmation Hearing Opening Brief | |
| | Hartford's Post-Trial Brief in Support of Objections to Confirmation | |
| | The Official Committee of Asbestos Personal Injury Claimants' Joinder in Grace's Post-Trial Brief Regarding Bank Lender Issues | |
| | Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. to Post-Trial Brief for CNA Companies, etc. | |
| | Joinder of AXA Belgium in Certain Insurers' Phase II Post-Trial Briefs | |
| | Anderson Memorial Hospital's Post-Trial Brief Regarding Feasibility | |
| | Post-Trial Brief of BNSF Railway Company Regarding Confirmation | |
| | Plan Proponents' Phase II Post-Trial Brief in Response to Confirmation Objections of the Libby Claimants | |
| | Maryland Casualty Company's Opening Post-Trial Brief | |
| | Grace's Post-Trial Brief Regarding Bank Lender Issues | |
| | Phase II Post-Trial Brief of Garlock Sealing Technologies, LLC, in Opposition to Confirmation | |
| | Total Hours | 5.0 |
| 11/15/09 | Review and analysis of documents, including: | |
| | The State of Montana's Post-Trial Brief in Opposition to Confirmation | |
| | Plan Proponents' Main Post-Trial Brief in Support of Confirmation | |
| | Total Hours | 4.5 |

**INVOICE 11/1/09 to 11/30/09**
December 3, 2009
Page 3

| | |
|---|---|
| 11/23/09 | Review and analysis of documents, including |
| | Maryland Casualty's Post-trial Reply Brief |
| | Errata Sheet for Plan Proponents' Post-trial Brief in Response to Confirmation Objections of Libby Claimants |
| | BNSF Railway Company's Post-trial Reply Brief |

        Total Hours        0.9

14.7 @ $450/hour =     $ 6,615