IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 14, 2009, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., two (2) business days before the hearing.**

## CONTINUED MATTERS

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue **[Filed: 3/28/07] (Docket No. 15013)**

    Related Documents:

    a. [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

    Response Deadline: April 13, 2007, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

**Status: This matter is continued to January 25, 2010, at 10:30 a.m.**

2. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a. [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/24/09] (Docket No. 23120)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a. Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f. Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

**Status: This matter is continued to January 25, 2010, at 10:30 a.m., except for the Munoz matter which is continued to March 22, 2010 at 10:30 a.m.**

**QUARTERLY FEE APPLICATIONS**

3.    Thirty-Third Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2009 through June 30, 2009

Related Documents:

    a.    Certification of Counsel Regarding Thirty-Third Quarter Project Category Summary [Filed: TBD] (Docket No. TBD)

    b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Third Period [Filed: TBD] (Docket No. TBD)

Status: This matter will go forward.

**UNCONTESTED MATTERS**

4.    Motion of General Insurance Company of America (I) for Leave to File Proof of Claim Instanter and (II) to Deem Such Claim Timely Filed [Filed: 7/20/09] (Docket No. 22541)

Related Documents:

    a.    [Proposed] Order [Filed: 7/20/09] (Docket No. 22541, Exhibit C)

Response Deadline: August 7, 2009, at 4:00 p.m. *(extended until September 4, 2009, at 4:00 p.m.)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: This matter is continued to January 25, 2010, at 10:30 a.m.**

5.    Motion for Entry of an Order Approving an Asbestos Property Damage Claim Settlement Agreement [Filed: 11/9/09] (Docket No. 23725)

Related Documents:

    a.    [Proposed] Order Approving an Asbestos Property Damage Claim Settlement Agreement [Filed: 11/9/09] (Docket No. 23725, Exhibit A)

    b.    Certification of No Objection Regarding Motion for Entry of an Order Approving an Asbestos Property Damage Claim Settlement Agreement [Filed: 11/30/09] (Docket No. 23878)

Response Deadline: November 25, 2009, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

6. Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Zurich [Filed: 11/11/09] (Docket No. 23736)

   Related Documents:

   a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Zurich [Filed: 11/11/09] (Docket No. 23736)

   b. Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Zurich [Filed: 11/30/09] (Docket No. 23736)

   Response Deadline: November 25, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

7. Debtors' Motion for an Order Approving the Settlement By and Between W. R. Grace & Co. and the Edwards Plaintiffs [Filed: 11/9/09] (Docket No. 23723)

   Related Documents:

   a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and the Edwards Plaintiffs [Filed: 11/9/09] (Docket No. 23723)

   b. Certification of No Objection Regarding Debtors' Motion for an Order Approving the Settlement By and Between W. R. Grace & Co. and the Edwards Plaintiffs [Filed: 11/30/09] (Docket No. 23877)

   Response Deadline: November 25, 2009, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

**CONTESTED MATTERS:**

8. Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

   Related Documents:

   a. [Proposed] Order Granting Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

   b. Brief in Support of Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 8/25/09] (Docket No. 22962)

   c. [Signed] Modified Order Granting Fireman's Fund Insurance Company's Protective Motion to Shorten Time for Responses to, and Hearing on, Its Motion for Relief From the Automatic Stay to Allow Completion of Debtors' State Court Appeal From the Edwards Judgment and Related Relief [Filed: 9/8/09] (Docket No. 23199)

   Response Deadline: September 16, 2009, at 5:00 p.m.

   Responses Received:

   a. Debtors' Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23264)

   b. Limited Joinder of the Edwards Claimants in W. R. Grace & Co. et al.'s Brief in Opposition to Fireman's Fund Insurance Company's Motion for Relief From the Automatic Stay [Filed: 9/16/09] (Docket No. 23265)

   Status: This matter will go forward.

9. Debtor's Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and the Allianz Companies [Filed: 11/9/09] (Docket No. 23722)

   Related Documents:

   a. [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and the Allianz Companies [Filed: 11/9/09] (Docket No. 23722)

   Response Deadline: November 25, 2009, at 4:00 p.m.

Responses Received:

a.  Response of Wachovia Bank, National Association to the Motion of the Debtors for an Order, Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and the Allianz Companies [Filed: 11/25/09] (Docket No. 23861)

**Replies Received:**

a.  **[Signed] Order Granting Debtor's Motion for Leave to File a Reply to Wachovia Bank's Response to Debtors' Motion Requesting Approval of a Settlement Agreement with the Allianz Companies [Filed: 12/7/09] (Docket No. 23957)**

    (i)  **Debtors' Reply to Wachovia Bank's Response to Debtors' Motion Requesting Approval of a Settlement Agreement with the Allianz Companies [Filed: 12/4/09] (Docket No. 23948, Exhibit A)**

Status: This matter will go forward.

10. Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Two Time-Barred Canadian Asbestos Property Damage Claims [Filed: 11/9/09] (Docket No. 23724)

    Related Documents:

    a.  [Proposed] Order Disallowing and Expunging Two Time-Barred Canadian Asbestos PD Claims [Filed: 11/9/09] (Docket No. 23724)

    Response Deadline: November 25, 2009, at 4:00 p.m.

    Responses Received:

    a.  Response to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Two Time-Barred Canadian Asbestos Property Damage Claims [Filed: 11/25/09] (Docket No. 23866)

    Status: This matter will go forward.

Dated: December 7, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession