## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.      I am the Asbestos PI Future Claimants' Representative appointed by the Court in these cases.

2.      I personally performed the work as set forth in the attached Exhibit A.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                        */S/ DAVID T. AUSTERN*
                                        DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 7TH DAY OF DECEMBER, 2009

*/S/ DONITA F. SNOW*
Notary Public

My commission expires: 7-31-2010