## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for October, 2009**

| Date | Services | Hours |
|---|---|---|
| 10/18 | Telephone conference Frankel re settlement discussions. | .2 |
| 10/19 | Meeting with trustee designate Huge | 1.1 |
| 10/24 | Review of Libby Settlement and telephone conference re same | 1.3 |
| **Total Hours:** | | **2.6** |

**Total Fees ($500.00 per hour)**      **$1,300.00**

**Expenses:** There were no expenses for the month.

**Total Fees & Expenses**      **$1,300.00**