## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., a Delaware** | § | **Jointly Administered** |
| **Corporation, *et al.*,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| **Debtors.** | § | Objection Deadline: |
| | § | December 28, 2009 |
| | § | |

## NOTICE OF MONTHLY FEE AND EXPENSE INVOICE

**To: The Notice Parties Listed on Exhibit A hereto**

Name of Applicant:                          Warren H. Smith & Associates, P. C.

Authorized to Provide
Professional Services to:                    The United States Bankruptcy Court

Date of Retention:                           March 18, 2002

Period for which compensation and/or
reimbursement is sought:                     November 1, 2009 through November 30, 2009

WRGrace November Invoice.doc

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 05/08/2002 | March 1, 2002 – March 31, 2002 | $2,889.50 | -0- | $2,889.50 | -0- |
| 05/08/2002 | April 1, 2002 – April 30, 2002 | $18,448.00 | $100.73 | $18,448.00 | $100.73 |
| 6/11/2002 | May 1, 2002 – May 31, 2002 | $50,706.00 | $12.68 | $50,706.00 | $12.68 |
| 7/9/2002 | June 1, 2002 – June 30, 2002 | $42,317.00 | $249.48 | $42,317.00 | $249.48 |
| 8/8/2002 | July 1, 2002 – July 31, 2002 | $43,808.50 | $1,001.27 | $43,808.50 | $1,001.27 |
| 9/19/2002 | August 1, 2002 – August 30, 2002 | $36,301.02 | $526.69 | $36,301.02 | $526.69 |
| 10/16/2002 | September 1, 2002 – September 30, 2002 | $56,015.00 | $572.44 | $56,015.00 | $572.44 |
| 11/18/2002 | October 1, 2002 – October 31, 2002 | $47,896.50 | $1,314.90 | $47,896.50 | $1,314.90 |
| 12/13/02 | November 1, 2002 – November 30, 2002 | $41,540.00 | $1,286.94 | $41,540.00 | $1,286.94 |
| 1/21/03 | December 1, 2002 – December 31, 2002 | $38,614.50 | $0.00 | $38,614.50 | $0.00 |
| 2/17/03 | January 1, 2003 – January 31, 2003 | $44,241.50 | $623.83 | $44,241.50 | $623.83 |
| 3/20/03 | February 1, 2003 – February 28, 2003 | $39,703.50 | $930.68 | $39,703.50 | $930.68 |
| 4/18/03 | March 1, 2003 – March 31, 2003 | $18,866.00 | $76.67 | $18,866.00 | $76.67 |
| 05/27/03 | April 1, 2003 – April 30, 2003 | $22,519.00 | $951.12 | $22,519.00 | $951.12 |
| 06/05/03 | May 1, 2003 – May 31, 2003 | $11,912.50 | $79.98 | $11,912.50 | $79.98 |
| 07/08/03 | June 1, 2003 – June 30, 2003 | $17,623.50 | $119.11 | $17,623.50 | $119.11 |
| 08/13/03 | July 1, 2003 – July 31, 2003 | $12,802.50 | $642.74 | $12,802.50 | $642.74 |
| 09/15/03 | August 1, 2003 – August 31, 2003 | $15,136.00 | $157.28 | $15,136.00 | $157.28 |
| 10/08/03 | September 1, 2003– September 30, 2003 | $23,168.00 | $297.52 | $23,168.00 | $297.52 |
| 11/11/03 | October 1, 2003 – October 31, 2003 | $5,107.00 | $547.19 | $5,107.00 | $547.19 |
| 12/10/03 | November 1, 2003 – November 30, 2003 | $11,605.00 | $118.13 | $11,605.00 | $118.13 |
| 01/13/04 | December 1, 2003 – December 31, 2003 | $10,316.50 | $157.39 | $10,316.50 | $157.39 |

WRGrace November Invoice.doc

| 02/12/04 | January 1, 2004-January 31, 2004 | $10,599.00 | $56.54 | $10,599.00 | $56.54 |
|---|---|---|---|---|---|
| 03/08/04 | February 1, 2004-February 29, 2004 | $12,038.50 | $369.90 | $12,038.50 | $369.90 |
| 04/08/04 | March 1, 2004-March 31, 2004 | $7,875.50 | $216.00 | $7,875.50 | $216.00 |
| 05/07/04 | April 1, 2004-April 30, 2004 | $9,795.00 | $972.93 | $9,795.00 | $972.93 |
| 06/07/04 | May 1, 2004-May 31, 2004 | $22,386.00 | $91.40 | $22,386.00 | $91.40 |
| 07/07/04 | June 1, 2004-June 30, 2004 | $17,039.00 | $486.07 | $17,039.00 | $486.07 |
| 08/09/04 | July 1, 2004-July 31, 2004 | $24,443.00 | $47.38 | $24,443.00 | $47.38 |
| 09/09/04 | August 1, 2004-August 31, 2004 | $14,092.50 | $262.91 | $14,092.50 | $262.91 |
| 10/07/04 | September 1, 2004-September 30, 2004 | $2,201.00 | $259.75 | $2,201.00 | $259.75 |
| 11/08/04 | October 1, 2004-October 31, 2004 | $28,560.00 | $30.75 | $28,560.00 | $30.75 |
| 12/09/04 | November 1, 2004-November 30, 2004 | $11,232.50 | $70.70 | $11,232.50 | $70.70 |
| 01/12/05 | December 1, 2004-December 31, 2004 | $10,131.00 | $475.46 | $10,131.00 | $475.46 |
| 02/09/05 | January 1, 2005-January 31, 2005 | $16,727.00 | $105.75 | $16,727.00 | $105.75 |
| 03/09/05 | February 1, 2005-February 28, 2005 | $26,860.00 | $32.33 | $26,860.00 | $32.33 |
| 04/08/05 | March 1, 2005-March 31, 2005 | $13,638.50 | $538.66 | $13,638.50 | $538.66 |
| 05/06/05 | April 1, 2005-April 30, 2005 | $5,078.00 | $129.68 | $5,078.00 | $129.68 |
| 06/09/05 | May 1, 2005-May 31, 2005 | $24,677.50 | $32.04 | $24,677.50 | $32.04 |
| 07/08/05 | June 1, 2005-June 30, 2005 | $12,057.50 | $156.81 | $12,057.50 | $156.81 |
| 08/08/05 | July 1, 2005-July 31, 2005 | $13,649.00 | $665.39 | $13,649.00 | $665.39 |
| 09/08/05 | August 1, 2005-August 31, 2005 | $19,686.00 | $0.00 | $19,686.00 | $0.00 |
| 10/13/05 | September 1, 2005-September 30, 2005 | $19,931.00 | $0.00 | $19,931.00 | $0.00 |
| 11/10/05 | October 1, 2005-October 31, 2005 | $21,781.00 | $334.60 | $21,781.00 | $334.60 |
| 12/12/05 | November 1, 2005-November 30, 2005 | $22,727.50 | $427.55 | $22,727.50 | $427.55 |
| 1/9/06 | December 1, 2005-December 31, 2005 | $10,335.00 | $0.00 | $10,335.00 | $0.00 |

WRGrace November Invoice.doc

| 02/10/06 | January 1, 2006-January 31, 2006 | $12,401.00 | $827.44 | $12,401.00 | $827.44 |
|---|---|---|---|---|---|
| 03/08/06 | February 1, 2006-February 28, 2006 | $25,605.50 | $19.64 | $25,605.50 | $19.64 |
| 04/06/06 | March 1, 2006-March 31, 2006 | $32,419.00 | $264.14 | $32,419.00 | $264.14 |
| 05/08/06 | April 1, 2006-April 30, 2006 | $26,496.00 | $789.83 | $26,496.00 | $789.83 |
| 06/21/06 | May 1, 2006-May 31, 2006 | $22,996.00 | $43.82 | $22,996.00 | $43.82 |
| 12/8/06 | June 1, 2006-June 30, 2006 | $9,674.50 | $0.00 | $9,674.50 | $0.00 |
| 12/28/06 | July 1, 2006-July 31, 2006 | $13,967.00 | $648.60 | $13,967.00 | $648.60 |
| 11/10/06 | August 1, 2006-August 31, 2006 | $22,714.90 | $53.90 | $22,714.90 | $53.90 |
| 11/16/06 | September 1, 2006-September 30, 2006 | $22,629.00 | $31.52 | $22,628.10 | $31.52 |
| 11/28/06 | October 1, 2006-October 31, 2006 | $15,636.50 | $472.43 | $15,636.50 | $472.43 |
| 01/04/07 | November 1, 2006-November 30, 2006 | $10,158.00 | $4.80 | $10,158.00 | $4.80 |
| 01/15/07 | December 1, 2006-December 31, 2006 | $10,567.00 | $14.80 | $10,567.00 | $14.80 |
| 05/03/07 | January 1, 2007-January 31, 2007 | $28,915.00 | $632.64 | $28,915.00 | $632.64 |
| 05/03/07 | February 1, 2007-February 28, 2007 | $38,358.00 | $35.88 | $38,358.00 | $35.88 |
| 05/03/07 | March 1, 2007-March 31, 2007 | $22,023.00 | $70.48 | $22,023.00 | $70.48 |
| 05/10/07 | April 1, 2007- April 30, 2007 | $10,877.00 | $78.40 | $10,877.00 | $78.40 |
| 6/19/07 | May 1, 2007- May 31, 2007 | $24,573.00 | $39.52 | $24,573.00 | $39.52 |
| 7/17/07 | June 1, 2007- June 30, 2007 | $30,217.00 | $601.56 | $30,217.00 | $601.56 |
| 3/7/08 | July 1, 2007- July 31, 2007 | $32,004.00 | $31.44 | $32,004.00 | $31.44 |
| 3/7/08 | August 1, 2007-August 31, 2007 | $36,986.50 | $39.68 | $36,986.50 | $39.68 |
| 3/7/08 | September 1, 2007-September 30, 2007 | $23,018.00 | $1,108.59 | $23,018.00 | $1,108.59 |
| 6/6/08 | October 1, 2007-October 31, 2007 | $22,493.50 | $1.76 | $22,493.50 | $1.76 |
| 6/6/08 | November 1, 2007-November 30, 2007 | $23,889.50 | $0.00 | $23,889.50 | $0.00 |
| 6/6/08 | December 1, 2007-December 31, 2007 | $8,786.50 | $0.00 | $8,786.50 | $0.00 |

WRGrace November Invoice.doc

| 8/6//08 | January 1, 2008-January 31, 2008 | $24,338.00 | $0.00 | $24,338.00 | $0.00 |
|---|---|---|---|---|---|
| 8/6//08 | February 1, 2008-February 29, 2008 | $20,847.50 | $0.00 | $20,847.50 | $0.00 |
| 4/17/08 | March 1, 2008-March 31, 2008 | $7,306.50 | $0.00 | $7,306.50 | $0.00 |
| 5/7/08 | April 1, 2008-April 31, 2008 | $16,163.00 | $0.00 | $16,163.00 | $0.00 |
| 6/10/08 | May 1, 2008-May 31, 2008 | $11,542.50 | $0.00 | $11,542.50 | $0.00 |
| 7/7/08 | June 1, 2008-June 31, 2008 | $37,931.50 | $790.69 | $37,931.50 | $790.69 |
| 8/5/08 | July 1, 2008-July 31, 2008 | $26,055.00 | $0.00 | $26,055.00 | $0.00 |
| 8/5/08 | August 1, 2008-August 31, 2008 | $14,180.83 | $1,332.28 | $14,180.83 | $1,332.28 |
| 10/30/08 | September 1, 2008-September 30, 2008 | $32,363.00 | $44.24 | $32,363.00 | $44.24 |
| 11/10/08 | October 1, 2008-October 31, 2008 | $19,026.00 | $0.00 | $19,026.00 | $0.00 |
| 1/14/09 | November 1, 2008-November 30, 2008 | $23,606.50 | $468.42 | $23,606.50 | $468.42 |
| 1/15/09 | December 1, 2008-December 31, 2008 | $22,850.00 | $64.32 | $22,850.00 | $64.32 |
| 4/23/09 | January 1, 2009-January 31, 2009 | $10,853.00 | $ 63.52 | $10,853.00 | $ 63.52 |
| 4/16/09 | February 1, 2009-February 28, 2009 | $13,109.00 | $198.01 | $13,109.00 | $198.01 |
| 4/28/09 | March 1, 2009-March 31, 2009 | $19,604.00 | $33.28 | $19,604.00 | $33.28 |
| 5/7/09 | April 1, 2009-April 30, 2009 | $23,475.00 | $68.56 | $18,780.00 | $68.56 |
| 6/4/09 | May 1, 2009-May 31, 2009 | $15,414.50 | $157.28 | $12,331.60 | $157.28 |
| 7/7/09 | June 1, 2009-June 30, 2009 | $19,387.50 | $490.50 | $15,510.00 | $490.50 |
| 8/7/09 | July 1,2009-July 31, 2009 | $13,041.00 | $310.53 | $10,432.80 | $310.53 |
| 9/10/09 | August 1, 2009-August 31, 2009 | $20,399.50 | $260.21 | $17,573.83 | $260.21 |
| 10/6/09 | September 1, 2009-September 30, 2009 | $15,066.00 | $361.29 | $12,052.80 | $ 361.29 |
| 11/6/09 | October 1, 2009-October 31, 2009 | $18,756.50 | $176.34 | $0.00 | $0.00 |
| **12/8/09** | **November 1, 2009-November 30, 2009** | **$20,911.00** | **$366.95** | **$0.00** | **$0.00** |

WRGrace November Invoice.doc

PLEASE TAKE NOTICE that Warren H. Smith and Associates, P. C. (the "Applicant") has today filed this Notice of Monthly Fee and Expense Invoice for November 1, 2009 through November 30, 2009 (this "Monthly Fee Statement") pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration of Fee Applications (the "Fee Auditor Order).

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before December 28, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the Debtors and Counsel to the Debtors that no objection, or an objection, has been filed with the Court relative to this Notice, whichever is applicable, after which the Debtors shall pay to the Professional an amount equal to the lesser of (i) 80 per cent of the fees and 100 percent of the expenses requested in this Monthly Fee Statement or (ii) 80 per cent of the fees and 100 percent of the expenses not subject to an objection.  All fees and expenses in this Monthly Fee Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objection at such time.

Dated: December 8, 2009

WRGrace November Invoice.doc

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P. C.**

By:_____
       Warren H. Smith
       State Bar No. 18757050
325 N. Saint Paul
Suite 1250
Dallas, Texas 75201
(214) 698-3868
(214) 722-0081 (FAX)

**FEE AUDITOR**

WRGrace November Invoice.doc

## CERTIFICATE OF SERVICE

I, Warren H. Smith, certify that I am not less than 18 years if age, and that service of a copy of the attached *Notice of Monthly Fee and Expense Invoice* (for Warren H. Smith & Associates, P. C. for November, 2009) was made December 8, 2009, upon the Notice Parties identified as "Exhibit A" in the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (as modified) via email, or by hand delivery to those Parties located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

Warren H. Smith

WRGrace November Invoice.doc

# Exhibit A

## Notice of Parties

### The Debtors

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044
william.sparks@grace.com

### Co-Counsel for the Debtors

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
james_kapp@chicago.kirkland.com

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 Market Street, Suite 1600
Wilmington, DE  19801
dcarickhoff@pszyj.com

### Co-Counsel to the Debtor-in-Possession

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
syoder@bayardfirm.com

### Counsel to the Official Committee of Unsecured Creditors

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982
rserrette@stroock.com

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246
mlastowski@duanemorris.com

### Counsel to the Official Committee of Asbestos Property Damage Claimants

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131
jsakalo@bilzin.com
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

WRGrace November  Invoice.doc

**Counsel to the Official Committee of**
**Personal Injury Claimants**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152
pvnl@capdale.com

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 N. King St #301
Wilmington, DE  19801
mgz@del.camlev.com

**The Official Committee of Equity Holders**

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
pbentley@kramerlevin.com

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
currier@klettrooney.com
jwaxman@klettrooney.com

**The Office of the United States Trustee**

Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

WRGrace November  Invoice.doc

# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 02, 2009

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10177

Professional Services

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/2/2009 | BSR | detailed review of Ferry Joseph & Pearce's 33rd interim fee application and monthly fee applications | 0.80 | 208.00 |
| | BSR | detailed review of Capstone's 33rd interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Beveridge & Diamond's 33rd interim fee application and monthly fee applications | 0.60 | 156.00 |
| | BSR | detailed review of David Austern's April 2009 monthly fee application | 0.10 | 26.00 |
| | BSR | Draft e-mails to various applicants regarding initial reports for the 33rd interim | 0.30 | 78.00 |
| | BSR | Draft e-mail (2) inquiries to Teresa Currier re issue on BIR's April 2009 monthly fee application | 0.20 | 52.00 |
| | BSR | detailed review of Casner & Edwards' 33rd interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Foley Hoag's  33rd interim fee application and monthly fee applications (.5); draft email to Adam Kahn with question re same (.1) | 0.60 | 156.00 |
| | BSR | detailed review of Charter Oak's 33rd interim fee application and monthly fee applications | 0.20 | 52.00 |

214 698-3868

W.R. Grace & Co.                                                                                         Page      2

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/2/2009 | BSR | detailed review of Day Pitney's 33rd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | WHS | detailed review of FR Pachulski 33Q 4-6.09 | 0.20 | 59.00 |
| | BSR | detailed review of W.D. Hilton's fee application for Aug. 2005 through Jan. 2009 (.3); review of W.D. Hilton's retention application and order (.2) | 0.50 | 130.00 |
| | BSR | Draft initial report re W.D. Hilton's application covering August 2005 through Jan. 2009 | 0.50 | 130.00 |
| | BSR | detailed review of Tre Angeli's April and May 2009 monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Towers Perrin's April 2009 monthly fee application | 0.10 | 26.00 |
| | BSR | detailed review of Nelson Mullins April and June 2009 monthly fee applications | 0.10 | 26.00 |
| | DTW | Review and revise Baer , Stroock and Saul Ewing initial reports for 33rd interim and emails to and from B. Ruhlander re Baer initial report (.3). | 0.30 | 49.50 |
| | BSR | detailed review of Hamilton's 33rd interim fee application and monthly fee applications | 0.10 | 26.00 |
| 11/3/2009 | MW | Work with A. Lopez to draft monthly application for compensation (.2); detailed review of same (.2). | 0.40 | 52.00 |
| | BSR | research server for applications not in file (33rd) | 0.70 | 182.00 |
| | BSR | Draft e-mail to counsel for W.D. Hilton re initial report | 0.10 | 26.00 |
| | AL | Work With M. White on drafting monthly application of compensation of Warren H. Smith & Associates (.6); detailed review re same (.4); send same to J. Wehrmann for review (.1); e-filing re same (.1) | 1.20 | 150.00 |
| 11/4/2009 | BSR | Draft e-mail to James Wehrmann re K&E June 2009 summary; telephone conference with James re same; | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                      Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/4/2009 | BSR | detailed review of K&E June 2009 monthly fee application (expense portion) including review and edit fee summary re same for inclusion in initial report | 1.70 | 442.00 |
| | BSR | Receive and review response of Foley Hoag to email concerning expense issues | 0.10 | 26.00 |
| | BSR | Receive and review fee summaries of K&E's April and May 2009 monthly fee applications | 0.30 | 78.00 |
| | JAW | Proofread WHSmith & Assoc. October 2009 fee detail and Notice (0.3); e-mail to M. White regarding any necessary revisions to same (0.1) | 0.40 | 60.00 |
| | JAW | Proofread WHSmith & Assoc. 34th Interim fee application (July 1, 2009 - Sept. 30, 2009) (0.3); e-mail to M. White regarding any necessary revisions to same (0.2) | 0.50 | 75.00 |
| | BSR | Draft initial report re K&E's 33rd interim fee application | 5.80 | 1,508.00 |
| | BSR | research docket for applications not yet received (33Q) (1.4); organize same (.7) | 2.10 | 546.00 |
| | MW | detailed review of 34th interim fees and expenses in preparation for drafting interim application (1.2); draft interim fee application of WHSA (1.0); send same to J. Wehrmann and W. Smith for review (.1). | 2.30 | 299.00 |
| | AL | Update database with Tower's September Fee Application (hard copy) | 0.20 | 9.00 |
| | AL | Update database with K & E's June 2009 Exhibits | 0.10 | 4.50 |
| | AL | Update database with Casner & Edwards Fee Detail | 0.10 | 4.50 |
| 11/5/2009 | BSR | detailed review of Alan Rich's quarterly fee application for the 33rd interim period and monthly fee applications (.8); draft email to Alan Rich re same (.1) | 0.90 | 234.00 |
| | BSR | research docket for case status and additional fee applications filed but not yet received for the 33rd interim period | 0.30 | 78.00 |
| | AL | receive, review, and finalize K&E's 3Q IR | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                       Page      4

|           |      |                                                                                      | Hours | Amount |
|-----------|------|--------------------------------------------------------------------------------------|-------|--------|
| 11/5/2009 | AL   | Update database with Casner's September Fee Application ( Hard Copy)                  | 0.10  | 4.50   |
|           | AL   | Update database with Baer's August Summary                                           | 0.10  | 4.50   |
|           | AL   | Update database with Anderson's August Summary                                       | 0.10  | 4.50   |
|           | AL   | Update database with Kirkland's July Summary & Exhibits                              | 0.10  | 4.50   |
|           | AL   | Update database with Stroock's August Summary                                        | 0.10  | 4.50   |
|           | AL   | Update database with Caplin's August Summary & Exhibits                              | 0.10  | 4.50   |
|           | AL   | Update database with Orrick's August Summary                                         | 0.10  | 4.50   |
|           | AL   | Update database with Baer's 33rd Interim Response                                    | 0.10  | 4.50   |
|           | BSR  | Draft initial report re Orrick for the 33rd interim period                           | 0.60  | 156.00 |
|           | DTW  | Review and revise 33rd interim initial report for K&E (.1).                          | 0.10  | 16.50  |
|           | BSR  | detailed review of Judge Alexander Sanders' 33rd interim fee application and monthly fee applications | 0.20  | 52.00  |
|           | BSR  | detailed review of expense detail provided by Orrick for its 33rd interim fee application | 0.30  | 78.00  |
|           | BSR  | Draft e-mail to Kirkland & Ellis re initial report (33rd)                            | 0.10  | 26.00  |
|           | BSR  | detailed review of David Austern's May and June 2009 monthly fee applications        | 0.10  | 26.00  |

W.R. Grace & Co.                                                                                                    Page      5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/5/2009 | BSR | Draft initial report re Kirkland & Ellis for the 33rd interim period | 1.50 | 390.00 |
| | BSR | detailed review of Towers' 33rd interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Tre Angeli's June 2009 monthly fee application and 33rd interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Holme's quarterly interim fee application for the 31st interim period and monthly fee applications for Oct. - Dec. 2008 | 0.30 | 78.00 |
| | BSR | detailed review of Duane Morris' 33rd interim fee application and monthly fee applications (.7); draft email to Mike Lastowski re same (.2) | 0.90 | 234.00 |
| 11/6/2009 | AL | Update database with Venable's July  Fee Application ( electronic) | 0.10 | 4.50 |
| | AL | Update database with Snyder's October Fee Detail (electronic) | 0.10 | 4.50 |
| | BSR | Draft initial report re Orrick for the 33rd interim period | 0.20 | 52.00 |
| | AL | Update database with Capstone's August Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Electronic filing with court of October Monthly Fee Application of WHSA | 0.30 | 13.50 |
| | AL | Update database with Venable's July Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ogilvy's 34th Interim Fee Application ( electronic) (.1); emailed B. Ruhlander re same (.1) | 0.10 | 4.50 |
| 11/9/2009 | BSR | Draft e-mail to Orrick re initial report for the 33rd interim period | 0.10 | 26.00 |
| | MW | Update database with Venable's 33rd interim fee application (.2); Saul Ewing's 33rd interim fee application (.1); Piper's September e-detail (.1); research PACER for Venable's missing application (.5); confer with A. Parnell re same (.1). | 1.00 | 45.00 |

W.R. Grace & Co.                                                                                            Page      6

|            |     |                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 11/9/2009  | AL  | Receive & Finalize Orrick's 33Q IR                                                                   | 0.20  | 9.00   |
|            | AL  | Update database with Capstone's August Fee Application ( Hard Copy)                                  | 0.10  | 4.50   |
|            | DTW | Review and revise Orrick 33rd interim initial report (.1).                                           | 0.10  | 16.50  |
| 11/10/2009 | AL  | Update database with Anderson's September Fee Application ( Hard Copy)                               | 0.10  | 4.50   |
|            | AL  | Update database with Piper's September  Fee Application ( Hard Copy)                                 | 0.10  | 4.50   |
|            | AL  | Update database with Ogilvy's July thru September Fee Application ( Hard Copy)                       | 0.10  | 4.50   |
|            | AL  | Update database with Venable's November thru June Interim Fee Application (Hard Copy)                | 0.10  | 4.50   |
|            | AL  | Update database with Campbell's September Fee Application ( Hard Copy)                               | 0.10  | 4.50   |
|            | BSR | detailed review of final applications of PwC for Darex 2008 audit                                   | 0.30  | 78.00  |
|            | AL  | Update database with Steptoe's 33rd Q  Fee Application ( Hard Copy)                                  | 0.10  | 4.50   |
|            | JAW | detailed review of PwC August 2009 fee application (1.6); draft summary of same (0.2)                | 1.80  | 270.00 |
|            | BSR | research docket for applications not yet received and pertinent pleadings (.3); draft email to Debra Fullem re David Austern's quarterly fee application (.1) | 0.40  | 104.00 |
|            | BSR | detailed review of Steptoe's 33rd interim fee application                                           | 0.10  | 26.00  |
|            | BSR | detailed review of Deloitte Tax's Feb. 2009 monthly fee application                                 | 0.20  | 52.00  |

W.R. Grace & Co.                                                                                    Page     7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/11/2009 | AL | Update database with Ewing's April thru June  Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Woodcock's September Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | BSR | Draft e-mail to Anthony Lopez re Venable quarterly fee application | 0.10 | 26.00 |
| 11/12/2009 | JAW | detailed review of Janet S. Baer September 2009 fee application (2.3); draft summary of same (0.1) | 2.40 | 360.00 |
|  | AL | Update database with BMC's May Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with BMC's June Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with BMC's April Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with BMC's June Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with BMC's May Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Austern's 22nd Interim Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with BMC's April Fee Application (electronic version) | 0.10 | 4.50 |
| 11/13/2009 | AL | Update database with Kramer's 34th Interim Fee Application (electronic version) | 0.10 | 4.50 |
|  | JAW | detailed review of K&E August 2009 fee application (7.1) | 7.10 | 1,065.00 |
|  | MW | Work with A. Lopez to draft final final paragraphs for the 1st, 2nd and 3rd interims (.3). | 0.30 | 39.00 |

W.R. Grace & Co.                                                                                          Page     8

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/13/2009 | BSR | Receive and review Venable's retention application and order | 0.30 | 78.00 |
| | BSR | detailed review of Venable's 31st, 32nd and 33rd interim fee applications and monthly fee applications for same | 2.00 | 520.00 |
| | AL | Update database with Foley's 34th Interim Fee Application ( electronic version) | 0.10 | 4.50 |
| | AL | Update database with Seitz's 1st Interim Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Update database with Alan's 34th Interim Fee Application (electronic version) | 0.10 | 4.50 |
| 11/14/2009 | BSR | Draft initial report re Venable for the 31st, 32nd and 33rd interim period | 1.20 | 312.00 |
| | AL | Draft Final period paragraphs for all applicants for first interim through fourth interim(2.0); research PACER and database for final reports and entered orders re same (2.0) | 4.00 | 500.00 |
| 11/15/2009 | BSR | detailed review of David Austern's 33rd interim fee application | 0.20 | 52.00 |
| | BSR | Draft final report re Alan B Rich for the 33rd interim period | 0.40 | 104.00 |
| | BSR | Draft final report re Janet Baer PC for the 33rd interim period | 0.40 | 104.00 |
| | BSR | Receive and review response of Janet Baer to initial report and draft email to Janet Baer re same | 0.20 | 52.00 |
| | AL | continue draft of final period paragraphs for all applicants for first interim through fourth interim (2.0); research PACER and database for final reports and entered orders re same (2.0) | 4.00 | 500.00 |
| 11/16/2009 | BSR | Receive and review Bilzin Sumberg's response to initial report | 0.10 | 26.00 |
| | DTW | Review and revise Venable 33rd initial report and email to B. Ruhlander re same (.1) | 0.10 | 16.50 |

W.R. Grace & Co.                                                                     Page      9

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/16/2009 | BSR | Draft final report re Bilzin Sumberg for the 33rd interim period | 0.30 | 78.00 |
| | BSR | Draft e-mail to Venable LLP re initial report for the 33rd interim period | 0.10 | 26.00 |
| | WHS | detailed review of FR Baer 33Q 4-6 09. | 0.20 | 59.00 |
| | WHS | detailed review of, and revisions to, FR Rich 33Q 4-6.09 | 0.30 | 88.50 |
| | JAW | detailed review of K&E August 2009 fee application (10.2) | 10.20 | 1,530.00 |
| | AL | Update database with Stroock's September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with K&E's September Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Bilzin's Response to 33Q IR | 0.10 | 4.50 |
| | AL | Update database with Notice of filing exhibit B for Janet S. Baer | 0.10 | 4.50 |
| | AL | Electronic filing with court of Janet Baer's 33Q FR | 0.20 | 9.00 |
| | AL | Update database with PWC's September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Foley's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Casner's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Alan's 33rd Interim FR | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page    10

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/17/2009 | BSR | Draft final report re Bilzin Sumberg (cont'd) for the 33rd interim period | 0.30 | 78.00 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| | WHS | detailed review of FR Bilzin 33Q 1-3.09 | 0.20 | 59.00 |
| | BSR | Draft e-mails to various applicants inquiring as to status of responses to initial reports | 0.30 | 78.00 |
| | BSR | Draft final report re Duane Morris for the 33rd interim period | 0.30 | 78.00 |
| | BSR | Receive and review Stroock's response to initial report for the 33rd interim period | 0.10 | 26.00 |
| | BSR | Draft final report re Stroock & Stroock & Lavan for the 33rd interim period | 0.30 | 78.00 |
| | JAW | Draft summary of K&E August 2009 fee application (0.7) | 0.70 | 105.00 |
| | AL | Update database with Bilzin's 33Q FR | 0.10 | 4.50 |
| | AL | Update database with Kirkland's September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Electronic filing with court of Bilzin's 33Q FR | 0.20 | 9.00 |
| | AL | Update database with Reed's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with BMC's April through June Fee Application (Hard Copy) | 0.10 | 4.50 |
| 11/18/2009 | AL | Update database with Baer's 34th Interim Fee Application (electronic) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                  Page    11

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/18/2009 | AL | Electronic filing with court of Stroock's 33Q FR | 0.20 | 9.00 |
| | AL | Update database with Caplin's September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | WHS | detailed review of FR Duane Morris 33Q 4-6.09. | 0.20 | 59.00 |
| 11/19/2009 | AL | Update database with Ferry's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's August Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's August Fee Application (electronic) | 0.10 | 4.50 |
| | BSR | Draft final report re Saul Ewing for the 33rd interim period | 0.50 | 130.00 |
| 11/20/2009 | WHS | detailed review of, and revisions to, FR Saul Ewing 33Q 4-6 09 | 0.20 | 59.00 |
| 11/21/2009 | LMH | Draft e-mail to B. Ruhlander re: category spreadsheet for the 33rd period. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: category spreadsheet for the thirty-third interim period. | 0.10 | 15.00 |
| 11/23/2009 | AL | Update database with Capstone's September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Orrick's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Piper's 24th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Baer's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.

Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/23/2009 | AL | Update database with Anderson's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Campbell's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Bilzin's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | Draft omnibus final report for the 33rd interim period | 2.20 | 572.00 |
| | AL | Update database with Caplin's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | detailed review of BMC's April 2009 monthly fee application | 1.90 | 494.00 |
| | BSR | Draft omnibus final report for the 33rd interim period | 1.40 | 364.00 |
| | BSR | Draft final report re Buchanan Ingersoll & Rooney for the 33rd interim period | 0.70 | 182.00 |
| 11/24/2009 | BSR | Receive and review response of Venable to initial report (.2); draft final report re Venable's 31st, 32nd and 33rd quarterly fee applications (.7) | 0.90 | 234.00 |
| | BSR | detailed review of BMC's May 2009 monthly fee application | 2.70 | 702.00 |
| | BSR | detailed review of BMC's June 2009 monthly fee application | 0.70 | 182.00 |
| | BSR | Draft initial report re BMC for the 33rd interim period | 0.60 | 156.00 |
| | WHS | detailed review of FR Buchanan 33Q 4-6.09. | 0.20 | 59.00 |
| | AL | Electronic filing with court of Buchanan's 33rd Interim FR | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                     Page    13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/24/2009 | AL | Electronic filing with court of Venable's 33rd Interim FR | 0.20 | 9.00 |
|  | AL | Update database with Venable's Response to Fee Auditor's 33rd Interim IR | 0.10 | 4.50 |
|  | WHS | detailed review of FR Venable 33Q 11.08-6.09 | 0.20 | 59.00 |
| 11/25/2009 | BSR | Receive and review response of Orrick to initial report (33rd) | 0.10 | 26.00 |
|  | BSR | Receive and review response of K&E to initial report (33rd) | 0.10 | 26.00 |
|  | BSR | Draft e-mail to BMC re initial report for the 33rd interim period | 0.10 | 26.00 |
|  | BSR | Draft final report re Caplin & Drysdale for the 33rd interim period | 0.40 | 104.00 |
|  | AL | Update database with Caplin's response to the 33rd interim FR | 0.10 | 4.50 |
|  | AL | Update database with Hilton's 31st Interim  Fee Application (electronic) | 0.10 | 4.50 |
|  | DTW | Review and revise 33rd interim initial report for BMC (.1). | 0.10 | 16.50 |
|  | AL | Update database with Orrick's 33rd Interim Response | 0.10 | 4.50 |
|  | AL | Receive and review and finalize IR for BMC's 33rd Interim (.1); update database with same (.1); prepare for service (.1) | 0.30 | 13.50 |
|  | AL | Update database with Venable's September Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Venable's September Fee Application (Electronic Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                          Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/25/2009 | AL | Update database with Baer's October Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Lincoln's September Fee Application (electronic) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's October Fee Application (electronic) | 0.10 | 4.50 |
|  | AL | Update database with Tillinghast's October Fee Application (electronic) | 0.10 | 4.50 |
|  | AL | Update database with Lincoln's October Fee Application (electronic) | 0.10 | 4.50 |
| 11/27/2009 | LMH | Draft category spreadsheet for thirty-third interim period. | 3.10 | 465.00 |
| 11/29/2009 | BSR | Draft final report re Caplin & Drysdale for the 33rd interim period | 1.90 | 494.00 |
|  | BSR | Draft final report re Orrick for the 33rd interim period | 2.40 | 624.00 |
|  | BSR | Draft final report re Kirkland & Ellis for the 33rd interim period | 2.00 | 520.00 |
| 11/30/2009 | AL | Update database with Caplin's 33rd Interim FR | 0.10 | 4.50 |
|  | AL | Update database with Orrick's 33rd Interim FR | 0.10 | 4.50 |
|  | AL | Update database with Ewing's October Fee Application (electronic) | 0.10 | 4.50 |
|  | AL | Electronic filing with court of Caplin's 33Q FR | 0.20 | 9.00 |
|  | AL | Update database with Saul Ewing's CNO for the 1st Q | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/30/2009 | AL | Update database with Kramer's October Fee Application (electronic) | 0.10 | 4.50 |
|  | AL | Update database with Venable's 34th Interim Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | WHS | detailed review of, and revisions to, FR Orrick 33Q 4-6.09 | 0.20 | 59.00 |
|  | AL | Draft CNO Re October Monthly Application (.4); e-filing of re same (.3) | 0.70 | 31.50 |
|  | BSR | Draft final report re Orrick for the 33rd interim period (.3); draft emails to Warren Smith re same (.1) | 0.40 | 104.00 |
|  | BSR | Draft final report re Kirkland & Ellis for the 33rd interim period | 5.80 | 1,508.00 |
|  | BSR | Draft e-mails Orrick and Caplin & Drysdale regarding their final reports for the 33rd interim period | 0.20 | 52.00 |

**For professional services rendered**                                         **107.70 $20,911.00**

Additional Charges :

| 11/30/2009 | Pacer charges | 0.72 |
|---|---|---|
|  | Copying cost at ten cents per page | 16.40 |
|  | Third party copies & document prep/setup. | 21.70 |
|  | Third party copies & document prep/setup. | 328.13 |

**Total additional charges**                                                                       **$366.95**

**Total amount of this bill**                                                                      **$21,277.95**

W.R. Grace & Co.                                                                    Page    16


Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 9.20 | 125.00 | $1,150.00 |
| Anthony Lopez | 10.90 | 45.00 | $490.50 |
| Bobbi S. Ruhlander | 54.50 | 260.00 | $14,170.00 |
| Doreen Williams | 0.70 | 165.00 | $115.50 |
| James A. Wehrmann | 23.10 | 150.00 | $3,465.00 |
| Lisa M Hamm | 3.30 | 150.00 | $495.00 |
| Melanie White | 3.00 | 130.00 | $390.00 |
| Melanie White | 1.00 | 45.00 | $45.00 |
| Warren H Smith | 2.00 | 295.00 | $590.00 |