IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2009 THROUGH OCTOBER 31,  2009

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 25, 2009
Client/Matter #  01246-011548
Invoice # 132471
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/09 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/02/09 | P. Marks | 1.70 | Telephone conference with P. Bucens re public hearing and community issues, and MDE institutional control (deed notice) comment; prepare comments re public meeting slides. |
| 10/07/09 | P. Marks | 0.50 | Telephone conference with E. Hammerberg (MDE) re State's comments to PRAP; email exchange and telephone conference with P. Bucens re meeting and conversation with State. |
| 10/08/09 | P. Marks | 0.20 | Review report re public meeting. |
| 10/15/09 | P. Marks | 0.90 | Evaluate Sledds Point data and report; email exchanges with client re same. |
| 10/16/09 | P. Marks | 0.40 | Email exchange with P. Bucens re MDE comments. |
| 10/29/09 | P. Marks | 2.40 | Evaluate Hazen memorandum and Sledds Point information; conduct telephone conference with client re same and next steps. |
| 10/30/09 | P. Marks | 1.90 | Evaluate issues and prepare communications to client re instructional controls at RWDA. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  132471
November 25, 2009
PAGE  2

Total Hours :            8.00

Total Fees :          $3,360.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  132471
November 25, 2009
PAGE  3

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 8.00 | $420.00 | $3,360.00 |

| | | |
|---|---|---|
| **Total Fees :** | | **$3,360.00** |
| **TOTAL DUE :** | | **$3,360.00** |

# EXHIBIT B

**(Curtis Bay RCRA 2)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 25, 2009
Client/Matter #  01246-013923
Invoice # 132472
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/09 in Connection With:

PLEASE REMIT PAYMENT TO :        **BEVERIDGE & DIAMOND, P.C.**
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| 10/01/09 | P. Marks | 1.30 | Evaluation and telephone conference with L. Duff re storage cylinders, BB rule, and related issues; preamble research re same. |
| 10/02/09 | P. Marks | 2.70 | Evaluate new facts re OMC plant and telephone conference with L. Duff re same and notice letter to EPA; follow-up telephone conference re same and factual assessment; evaluate same and prepare for client conference. |
| 10/05/09 | P. Marks | 6.50 | Prepare for and attend conference with L. Duff, R. Errera, and plant staff re OMC plant issues and preparing clarifications for EPA. |
| 10/06/09 | P. Marks | 1.00 | Evaluate Part BB issues. |
| 10/07/09 | P. Marks | 4.90 | Evaluate Part BB issues; telephone conference and conference with L. Duff re same; conference with L. Duff, B. Corcoran, and K. Ethier re same; follow-up research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  132472
November 25, 2009
PAGE  2

| 10/08/09 | P. Marks | 5.60 | Evaluate research; telephone conference with L. Duff re same; prepare revised correspondence to EPA; conference with Grace team at plant re same. |
| 10/09/09 | P. Marks | 2.70 | Evaluate RCRA AA, BB, and CC applicability issues; finalize correspondence to EPA; telephone conferences with client team re same. |
| 10/12/09 | P. Marks | 1.20 | Prepare for and conduct telephone conference with L. Duff and R. Errera re OMC plant and subpart CC evaluation. |
| 10/16/09 | P. Marks | 0.40 | Coordinate with client re EPA email and tasks. |
| 10/27/09 | P. Marks | 2.00 | Review and evaluate draft summary of subpart CC analysis; edit same; provide to L. Duff. |

Total Hours :                28.30

Total Fees :             $11,886.00

BEVERIDGE & DIAMOND, P.C.

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 28.30 | $420.00 | $11,886.00 |

|  |  |  |
|---|---|---|
| Total Fees : | | $11,886.00 |
| TOTAL DUE : | | $11,886.00 |

# EXHIBIT C

**(General Regulatory/Compliance Issues)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                          November 25, 2009
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012100
7500 Grace Drive                                  Invoice # 132473
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**

**General Regulatory/Compliance Issues**

Disbursements:

    Travel Expenses                        13.75

                        Total Disbursements :        $13.75

                              TOTAL DUE :            $13.75

# EXHIBIT D

**(Bankruptcy Fee Application)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 25, 2009
Client/Matter #  01246-012629
Invoice # 132474
Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/09 in Connection With:

PLEASE REMIT PAYMENT TO :          BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

Disbursements:

| | |
|---|---|
| Postage | 10.51 |
| Duplicating | 51.60 |

| | |
|---|---|
| Total Disbursements : | $62.11 |
| TOTAL DUE : | $62.11 |