# EXHIBIT 1

> **IMPORTANT INFORMATION AND NOTICE -- NOTICE OF POSSIBLE EXISTENCE OF ZONOLITE ATTIC INSULATION AND FURTHER OPPORTUNITY FOR THE FILING OF ZAI PROPERTY DAMAGE CLAIMS RESPECTING W. R. GRACE**

## TO: THE BAND CHIEFS OF VARIOUS BANDS IN CANADA

Please take notice that you have been identified as the Chief of one of the Bands of First Nations people located in Canada.

The purpose of this notice and the enclosed materials is to inform you that residential homes or other Band buildings on your reserve may have been insulated with Zonolite Attic Insulation or "ZAI," and the Band or its members may have property-related claims due to the existence of ZAI.

The enclosed claim information package contains important information concerning the claim process for identification and remediation of ZAI. The Band and/or its members who may have property-related claims for ZAI must file their claims by **DECEMBER 31, 2009** in order to seek compensation from a Canadian Fund established by W. R. Grace on account of any such Canadian ZAI property claims.

Please forward the enclosed materials to any member of your Band whom you believe may wish to make a claim or have such claimant contact the parties listed on the enclosed materials if they wish to obtain additional copies of such materials in order to make a claim or have any questions about this process.

THIS PAGE LEFT INTENTIONALLY BLANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

### NOTICE OF DEADLINE FOR FURTHER OPPORTUNITY TO FILE CANADIAN ZONOLITE ATTIC INSULATION ("ZAI") PD CLAIM[2]

> This is a notice of the deadline regarding a further opportunity to file proofs of claim respecting W. R. Grace & Co. and its related debtors for Zonolite Attic Insulation ("ZAI") property damage ("PD") claims for property located in Canada. ZAI is a loose-fill, non-roll vermiculite home attic insulation, which may contain naturally occurring asbestos. It was sold from the 1920/1930s to 1984, and it was sold or manufactured by Grace under the brand name of "Zonolite Attic Insulation" and by others under various other names including: Attic Fill, House Fill, Home Insulation, Zonolite Insulating Fill, Econofil, Quiselle Insulating Fill, Sears Micro Fill, Ward's Mineral Fill, Wickes Attic Insulation, Cashway Attic Insulation, Attic Plus, Unifil, and Mica Pellets Attic Insulation. ZAI may have a glittery granular appearance. The granules are shaped like a small nugget and expanded like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic, the granules may darken to black or grey. ZAI may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation. ZAI generally looks like this:
>
>  

PLEASE TAKE NOTICE THAT on October 20, 2008 the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of W. R. Grace & Co. and certain of its affiliates (collectively, the "Debtors" or "Grace"), entered a Canadian ("CDN") ZAI PD Bar Date Order in the above-referenced bankruptcy cases.

The Court established August 31, 2009 at 5:00 P.M. Eastern Time (the "CDN ZAI PD Bar Date") as the last date and time for all persons and entities including without limitation, each individual, partnership, joint venture, corporation, estate, trust and governmental unit who have

**CDN ZAI PD Claims (as defined herein)** against any of the Debtors or their predecessors-in-interest, to file a CDN ZAI PD Proof of Claim.

Pursuant to the Amended and Restated CDN ZAI Minutes of Settlement, dated November 16, 2009 ("Amended Minutes of Settlement"), the parties agreed that notwithstanding the CDN ZAI PD Claims Bar Date of August 31, 2009, all CDN ZAI PD Claimants who file proofs of claim by December 31, 2009, shall be entitled to seek compensation from the CDN ZAI PD Claims Fund, which entitlement shall be determined in accordance with the CDN ZAI PD Claims Procedure, as defined and outlined in the Amended Minutes of Settlement. The CDN ZAI PD Claims Fund shall be funded on the Effective Date of the Debtors' First Amended Joint Plan of Reorganization and as set forth more fully in the Amended Minutes of Settlement.

**As a result, you have a further opportunity to file your CDN ZAI PD Claim by December 31, 2009 at 5:00 P.M. Eastern Time.** Do not use this form for CDN ZAI PI Claims. CDN ZAI PI Claims will be channeled to the U.S. asbestos personal injury trust to be established pursuant to section 524(g) of the U.S. Bankruptcy Code as part of the Debtors' joint plan of reorganization.

1.  WHO MUST FILE A CDN ZAI PD PROOF OF CLAIM:

**You MUST file a CDN ZAI PD Proof of Claim Form if you have a CDN ZAI PD Claim. CDN ZAI PD Claims are defined as follows:**

CDN ZAI PD Claims are claims as defined under section 101(5) of the Bankruptcy Code and include past, present, and future claims cognizable under Canadian law that relate to the cost of abatement or removal, diminution of property value or other economic loss allegedly caused by Zonolite Attic Insulation manufactured by the Debtors and installed in buildings that are located in Canada. CDN ZAI PD Claims are those past, present, and future claims cognizable under Canadian law against, or any debt, obligation or liability of, one or more of the Debtors, creating a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, and whether such claim, debt, obligation or liability is in the nature of or sounding in tort, contract, warranty or any other theory of law or equity, relating to or arising by reason of, directly or indirectly, property damage, including, but not limited to, diminution in the value thereof, or environmental damage or economic loss caused or allegedly caused, directly or indirectly, by the Zonolite Attic Insulation sold, supplied, produced, specified, selected, distributed or in any way marketed by one of the Debtors or their predecessors or former subsidiaries and affiliates-- and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors or their predecessors or former subsidiaries and affiliates, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages. **CDN ZAI PD Claims related only to property located in Canada, and do not include any claims relating to personal injury.**

A settlement has been approved that creates a fund to pay valid CDN ZAI PD Claims. In order to have your CDN ZAI PD Claim considered for payment by the Canadian fund (the "CDN ZAI PD Claims Fund"), you MUST file your CDN ZAI PD Proof of Claim, on or before **December 31, 2009.**

In the event that prior to the December 31, 2009 deadline you filed a proof of claim for any claim in these cases that you may have **other than** your CDN ZAI PD Claim, you do **not** need to re-file those other claims. You also do not need to re-file a CDN ZAI PD Claim if you previously filed such claim as instructed using the court-approved claim form that was distributed in connection with the CDN ZAI PD Bar Date of August 31, 2009. The December 31, 2009 deadline simply provides a further opportunity to file a CDN ZAI PD Claim if you have not already done so.

Under Section 101(5) of the U.S. Bankruptcy Code and as used in this notice, the word "claim" means, among other things, (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2. WHO DOES <u>NOT</u> NEED TO FILE A PROOF OF CLAIM

   (a) The December 31, 2009 deadline and the need to file a CDN ZAI PD Proof of Claim, applies only to holders of CDN ZAI PD Claims. You should only file this claim if it relates to property located in Canada. Another bar date was set for property located in the United States, and those ZAI claims were required to be filed by October 31, 2008.

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT NECESSARILY MEAN THAT YOU HAVE A CDN ZAI PD CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE YOU HAVE SUCH A CLAIM.**

3. WHEN AND WHERE TO FILE

   To file a claim, do the following:

   (a) File your claim by completing a CDN ZAI PD Proof of Claim, a copy of which is attached hereto.

   (b) For additional copies of the CDN ZAI PD Proof of Claim:

   - Contact Rust Consulting, Inc., the Claims Processing Agent, toll-free at 1-877-465-4817, 9:00 a.m. - 5:00 p.m., Eastern Time, Monday through Friday. Claimants will not be charged for this call.

   - Visit the Grace chapter 11 website at: http://www.graceclaims.com to obtain a CDN ZAI PD Proof of Claim for CDN ZAI PD Claims and/or General Instructions for Completing the W. R. Grace & Co. CDN ZAI PD Proof of Claim for CDN ZAI PD Claims.

   (c) CDN ZAI PD Proofs of Claim must be mailed or hand-delivered so as to be received on or before the December 31, 2009 deadline at the following address:

3

If mailed, to:

>  Rust Consulting, Inc.
>  Claims Processing Agent
>  Re: W. R. Grace & Co. Bankruptcy
>  P.O. Box 1620
>  Faribault, MN 55021-1620

If hand delivered, to:

>  Rust Consulting, Inc.
>  Claims Processing Agent
>  Re: W. R. Grace & Co. Bankruptcy
>  201 S. Lyndale Ave.
>  Faribault, MN 55021

(between the hours of 9:00 a.m. and 5:00 p.m., Eastern Time, on business days).

CDN ZAI PD Proofs of Claim will be deemed filed only when they have been actually received by the Claims Processing Agent. CDN ZAI PD Proofs of Claim that are submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed. If you are returning your CDN ZAI PD Proof of Claim by mail, allow sufficient mailing time so that the document is received on or before the December 31, 2009 deadline. CDN ZAI PD Proofs of Claim that are postmarked before that date, but are received thereafter, will be considered late.

(d)     CDN ZAI PD Proofs of Claim <u>must</u> be signed by the claimant or the party submitting the document on behalf of the claimant.

(e)     Do not file or send copies of the CDN ZAI PD Proof of Claim to the Debtors, counsel for the Debtors, the CCAA Representative Counsel, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel.

(f)     Upon receipt of your claim, the Claims Processing Agent will send an acknowledgment card with the appropriate claim number noted thereon.

4.     **WHAT TO FILE**

(a)     To file a CDN ZAI PD Claim, you must use the CDN ZAI PD Proof of Claim Form for CDN ZAI PD Claims, which is supplied with this notice. Attach any supporting or backup documents that relate to the questions asked on the CDN ZAI PD Proof of Claim Form for CDN ZAI PD Claims.

(b)     Your CDN ZAI PD Proof of Claim must be written in English or French.

4

5.  CLAIMS AGAINST MULTIPLE DEBTORS/OTHER NAMES

If you assert claims against more than one Debtor, you do not need to file a separate CDN ZAI PD Proof of Claim against each applicable Debtor. The Debtors' First Amended Joint Plan of Reorganization currently contemplates a consolidation of the Debtors for Plan purposes whereby claims will be paid by the consolidated Debtors' estates. If consolidation for Plan purposes is not ultimately allowed by the Court, you will have the opportunity to assert your claim against the applicable Debtor or Debtors.

6.  EFFECT OF NOT PROPERLY FILING A CDN ZAI PD PROOF OF CLAIM

ANY HOLDER OF A CDN ZAI PD CLAIM WHO HAS NOT PREVIOUSLY FILED HIS OR HER CLAIM IS REQUIRED TO FILE A PROOF OF CLAIM ON THE CDN ZAI PD PROOF OF CLAIM FORM FOR CDN ZAI PD CLAIMS THAT IS ENCLOSED IN THIS PACKAGE. **ANY SUCH HOLDER WHO FAILS TO FILE HIS OR HER PROOF OF CLAIM ON OR BEFORE THE DECEMBER 31, 2009 DEADLINE, SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING ANY SUCH CLAIMS (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIMS)** AGAINST ANY OF THE DEBTORS OR THEIR PREDECESSORS-IN-INTEREST, THE CDN ZAI PD CLAIMS FUND, INSURANCE CARRIERS OR THEIR PROPERTY OR ESTATES. IF ANY SUCH CLAIMS ARE SO BARRED, EACH OF THE DEBTORS AND ITS PROPERTY SHALL BE FOREVER DISCHARGED FROM ALL INDEBTEDNESS AND LIABILITIES WITH RESPECT TO SUCH CLAIMS AND THE HOLDERS OF SUCH CLAIMS SHALL NOT BE ENTITLED TO RECEIVE ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIMS FROM THE CDN ZAI PD CLAIMS FUND, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIMS OR REGARDING THE DEBTORS' CHAPTER 11 CASES.

7. **QUESTIONS REGARDING COMPLETION OF PROOF OF CLAIM FORM**

If you have any questions concerning whether or not you need to file a CDN ZAI PD Proof of Claim Form for CDN ZAI PD Claims, then you should consult your attorney if you have one.

In addition, Representative Counsel has been appointed by the Canadian Court to represent the interests of holders of CDN ZAI Claims, and you can contact them or visit their websites if you have questions. These counsel are:

    Michel Bélanger
    Lauzon Belanger, Inc.
    286 Saint-Paul West
    Montreal (Quebec) H2Y 2A3
    Telephone: (514) 844-4646
    Facsimile: (514) 844-7009
    Website: http://www.lauzonbelanger.qc.ca
    Email: info@lauzonbelanger.qc.ca

    <u>and</u>

    David Thompson
    Matthew Moloci
    Scarfone Hawkins LLP
    One James Street South, 14th Floor
    P.O. Box 926, Depot 1
    Hamilton Ontario, Canada L8N 3P9
    Telephone: (905) 523-1333
    Facsimile: (905) 523-5878
    Websites: http://www.shlaw.ca or http://www.classactionlaw.ca
    Email: thompson@shlaw.ca or moloci@shlaw.ca

You can also contact U.S. counsel for the Representative Counsel if you have questions:

    Daniel K. Hogan
    The Hogan Firm
    1311 Delaware Avenue
    Wilmington, DE 19806
    Telephone: (302) 656-7540
    Facsimile: (302) 656-7599
    Website: http://www.thehoganfirm.com
    Email: dkhogan@dkhogan.com

For additional information regarding this notice or to obtain a CDN ZAI PD Proof of Claim Form for CDN ZAI PD Claims, contact the Claims Processing Agent toll-free at **1-877-465-4817** between 9:00 a.m. and 5:00 p.m. (Eastern Time), Monday through Friday, or write to the Claims Processing Agent at the address outlined herein. You may also request a CDN ZAI PD Proof of Claim via Grace's chapter 11 website, at http://www.graceclaims.com.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined herein are described in the General Instructions for Completing the W. R. Grace & Co. ZAI PD Proof of Claim Form for CDN ZAI PD Claims.

7

**THIS PAGE LEFT INTENTIONALLY BLANK**