IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 23972 |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on December 8, 2009, true and correct copies of **ANDERSON MEMORIAL HOSPITAL'S POST-TRIAL BRIEF ON ITS OBJECTIONS TO CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT PLAN** were served on the parties listed on the service list attached as "Exhibit "1" and on December 9, 2009 on the service list attached as Exhibit "2" in the manner indicated thereon.

DATED: December 9, 2009

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com