**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | RE: DI 23972 AND _____ |

**ORDER GRANTING THE**
**MOTION TO EXCEED PAGE LIMITATION AND TO FILE HYPERLINKED**
**VERSION OF ANDERSON MEMORIAL HOSPITAL'S POST-TRIAL BRIEF**
**ON ITS OBJECTIONS TO CONFIRMATION**

Upon consideration of the above-referenced motion (the "Motion") and due and proper notice of the Motion having been provided; and the Court having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that leave is granted to Anderson from the 40-page limitation as to its post-trial brief on its objections to confirmation; and it is further

ORDERED that Anderson shall file its hyperlinked version of such brief on or before December 18, 2009.

Dated: December \_\_, 2009

_____
HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

.