# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> (Jointly Administered) <br><br> Re: Docket No. 23861 |

## NOTICE OF WITHDRAWAL OF RESPONSE

Wachovia Bank, National Association ("Wachovia"), by and through its undersigned counsel hereby withdraws its Response of Wachovia Bank, National Association to the Motion of the Debtors for an Order, Pursuant to Section 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure, Approving the Settlement Agreement Between W.R. Grace & Co. and the Allianz Companies, filed November 25, 2009 [Docket No. 23861].

Dated: December 10, 2009

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Francis A. Monaco, Jr. (No. 2078)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone:   302-252-4340
Facsimile:    302-661-7730

- and -

MOORE & VAN ALLEN, PLLC
Daniel G. Clodfelter
L. Caroline Hubbell Yingling
Stephen B. Gunn
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 21218
Telephone:   704-331-1000

*Attorneys for Wachovia Bank, National Association*

DELIB:3103251.1\029982-00364