IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: December 30, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# NINETY-SEVENTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/475376

# EXHIBIT A
(Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | $15,739.50 |
| --- | --- |
| FEE APPLICATION – APPLICANT | $804.00 |
| TOTAL FEES | $16,543.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 8, 2009
Bill Number 117270
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH OCTOBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/01/09 | ARA | Quality control indices re: 2001 EPA review. | 7.00 Hrs | 875.00 |
| 10/02/09 | ARA | Document control. | 1.20 Hrs | 96.00 |
| 10/05/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 10/05/09 | ARA | Quality control Attorney Review documents. | 6.30 Hrs | 787.50 |
| 10/06/09 | ARA | Quality control Attorney Review documents. | 5.70 Hrs | 712.50 |
| 10/07/09 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 167.50 |
| 10/07/09 | ARA | Quality control Attorney Review documents. | 6.70 Hrs | 837.50 |
| 10/08/09 | ARA | Quality control indices re: EPA review. | 7.50 Hrs | 937.50 |
| 10/09/09 | ARA | Quality control indices re: EPA review. | 8.00 Hrs | 1,000.00 |
| 10/13/09 | ARA | Quality control indices re: EPA review. | 4.00 Hrs | 500.00 |
| 10/14/09 | RAM | Read Orders from MDL Court re: dismissal of some cases and transfer of others to bankruptcy court. | 0.10 Hrs | 33.50 |
| 10/14/09 | ARA | Quality control indices re: EPA review. | 6.50 Hrs | 812.50 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/15/09 | RAM | Read additional Orders from MDL Court transferring cases to bankruptcy court. | 0.10 Hrs | 33.50 |
| 10/15/09 | ARA | Quality control indices re: EPA review. | 7.00 Hrs | 875.00 |
| 10/16/09 | RAM | Read motion and Order re: transfer of several Massachusetts cases to the bankruptcy docket. | 0.10 Hrs | 33.50 |
| 10/16/09 | ARA | Quality control indices re: EPA review. | 7.00 Hrs | 875.00 |
| 10/19/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.3). Draft letter to Clerk, ED of PA why C&E attorneys have not registered as ECF users (.4). | 0.70 Hrs | 234.50 |
| 10/19/09 | ARA | Document control. | 3.00 Hrs | 240.00 |
| 10/20/09 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | 335.00 |
| 10/20/09 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 10/21/09 | ARA | Quality control Attorney Review documents. | 3.50 Hrs | 437.50 |
| 10/22/09 | ARA | Quality control Attorney Review documents. | 6.50 Hrs | 812.50 |
| 10/23/09 | ARA | Quality control indices re: EPA review. | 7.00 Hrs | 875.00 |
| 10/26/09 | ARA | Quality control indices re: EPA review. | 7.00 Hrs | 875.00 |
| 10/27/09 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 10/27/09 | ARA | Quality control indices re: EPA Review (1.3). Quality control Attorney Review documents (2.0). | 3.30 Hrs | 412.50 |
| 10/28/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 10/28/09 | ARA | Quality control Attorney Review documents. | 6.00 Hrs | 750.00 |
| 10/29/09 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 134.00 |
| 10/29/09 | ARA | Quality control indices re: EPA review (3.0). Quality control indices re: O.M. Scott production (4.0). | 7.00 Hrs | 875.00 |
| 10/30/09 | ARA | Quality control indices re: O.M. Scott production. | 7.00 Hrs | 875.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  | TOTAL LEGAL SERVICES | $15,739.50 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 3.10 | 335.00 | 1,038.50 |
| Angela R. Anderson | 113.00 | 125.00 | 14,125.00 |
| Angela R. Anderson | 7.20 | 80.00 | 576.00 |
|  | 123.30 |  | $15,739.50 |

|  |  | TOTAL THIS BILL | $15,739.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 8, 2009
Bill Number 117271
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH OCTOBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/01/09 | RAM | Send as filed August fee application to fee auditor. | 0.10 Hrs | 33.50 |
| 10/23/09 | RAM | Work on September fee application. | 0.20 Hrs | 67.00 |
| 10/25/09 | RAM | Work on September fee application. | 0.40 Hrs | 134.00 |
| 10/26/09 | RAM | Work on September fee application. | 1.00 Hrs | 335.00 |
| 10/27/09 | RAM | Work on September fee application. | 0.50 Hrs | 167.50 |
| 10/28/09 | RAM | Work on September fee application; send it to in-house counsels to review. | 0.20 Hrs | 67.00 |
| 10/30/09 | RAM | Telephone call from one in-house counsel and email from another that fee application may be filed. | 0.05 Hrs | No Charge |

TOTAL LEGAL SERVICES         $804.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Fee Applications, Applicant

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 2.40 | 335.00 | 804.00 |
| Robert A. Murphy | 0.05 | 335.00 | No Charge |
| | 2.45 | | $804.00 |

| | |
|---|---:|
| TOTAL THIS BILL | $804.00 |

# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $12,875.16 |
|---|---|
| FEE APPLICATION – APPLICANT | $17.28 |
| TOTAL EXPENSES | $12,892.44 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 8, 2009
Bill Number 117272
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

**COSTS**

THROUGH OCTOBER 31, 2009

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 10/13/09 | MERRILL COMMUNICATIONS, LLC: Copy of Libby personnel file for in-house counsel (9/21/09) | 27.89 |
| | | $27.89 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/20/09 | 22 copies at $.10 per copy | 2.20 |
| | | $2.20 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 10/01/09 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - October 2009 | 12,442.02 |
| | | $12,442.02 |

MISCELLANEOUS

| | | |
|---|---|---|
| 10/13/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage 10/01/09 through 10/31/09 | 403.05 |
| | | $403.05 |
| | TOTAL COSTS | $12,875.16 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL THIS BILL | $12,875.16 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 8, 2009
Bill Number 117273
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:  Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2009

EXCESS POSTAGE
10/31/09    EXCESS POSTAGE                                                                  1.56
                                                                                                                         $1.56

FEDERAL EXPRESS
10/26/09   FEDERAL EXPRESS CORPORATION: To 919 N                    15.72
                  Market Street, Pachulski Stang Ziehl & Jones,
                  Patricia Cuniff from Casner and Edwards on
                  September 28, 2009 by R A Murphy.
                                                                                                                       $15.72

                                                      TOTAL COSTS                              $17.28


                                                     TOTAL THIS BILL                          $17.28

Page 1