# Exhibit A

91100-001\DOCS_DE:155484.1

W.R. Grace – 33rd Interim (April – June 2009)
Fee and Expense Chart with Recommendations
<u>Exhibit A</u>

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22829    TOTAL: | $986,833.00 | $11,359.81 | $986,833.00 | $11,359.81 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23729    TOTAL: | $32,800.00 | $1,166.43 | $32,800.00 | $1,166.43 |

| JANET S. BAER, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22816    TOTAL: | $383,812.50 | $18,946.28 | $383,187.50 | $18,946.28 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23394    TOTAL: | $172,459.70 | $2,682.67 | $172,459.70 | $2,682.67 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22810    TOTAL | $144,462.50 | $41,127.83 | $144,298.50 | $41,127.83 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23140    TOTAL: | $500,000.00 | $10,506.57 | $500,000.00 | $10,506.57 |

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23732   TOTAL: | $512,989.00 | $86,904.61 | $512,989.00 | $86,904.61 |

| BUCHANAN INGERSOLL & ROONEY PC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22767   TOTAL: | $47,075.00 | $187.50 | $46,884.98 | $187.50 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22833   TOTAL: | $148,695.50 | $16,218.71 | $148,695.50 | $16,218.71 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22830   TOTAL: | $1,428,760.50 | $216,903.42 | $1,428,568.50 | $216,159.35 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23263   TOTAL: | $195,700.00 | $593.58 | $195,700.00 | $593.58 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22708   TOTAL: | $35,963.50 | $41,303.79 | $35,963.50 | $41,303.79 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22831   TOTAL: | $44,357.50 | $0.00 | $44,357.50 | $0.00 |

| DAY PITNEY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23201    TOTAL: | $25,040.00 | $53.36 | $25,040.00 | $53.36 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22874    TOTAL: | $175,331.00 | $4,115.23 | $175,331.00 | $3,835.98 |

| FERRY JOSEPH & PEARCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22799    TOTAL: | $97,953.50 | $3,512.22 | $97,953.50 | $3,512.22 |

| FOLEY HOAG LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22980    TOTAL: | $147,015.75 | $3,142.61 | $147,015.75 | $3,142.61 |

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22811    TOTAL: | $1,562.50 | $0.00 | $1,562.50 | $0.00 |

| HOLME ROBERTS & OWEN, LLP (31st Interim Period)[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23511    TOTAL: | $2,379.50 | $4,685.54 | $2,379.50 | $4,685.54 |

| KIRKLAND & ELLIS, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23030    TOTAL: | $6,993,800.50 | $2,316,977.21 | $6,594,833.00 | $2,315,190.63 |

---

[1] The Thirty-First Interim Period covers October through December, 2008.

| KRAMER LEVIN NAFTALIS & FRANKEL LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22753 | TOTAL: | $215,996.50 | $5,645.60 | $215,996.50 | $5,645.60 |

| LEGAL ANALYSIS SYSTEMS, INC. |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22832 | TOTAL: | $154,137.50 | $0.00 | $154,137.50 | $0.00 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22828 | TOTAL: | $0.00 | $90.00 | $0.00 | $90.00[2] |

| OGILVY RENAULT LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22719 | TOTAL: | CDN$32,882.00 | CDN$211.78 | CDN$32,882.00 | CDN$211.78 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23243 | TOTAL: | $1,300,578.75 | $44,857.50 | $1,295,685.75 | $44,857.50 |

| PACHULSKI STANG ZIEHL & JONES LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23155 | TOTAL: | $153,716.75 | $137,556.03 | $153,544.75 | $137,556.03 |

---

[2] All expenses are for Committee Member, Motley Rice, LLC.

| PIPER JAFFREY & CO. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23244 | TOTAL: | $140,000.00 | $136.20 | $140,000.00 | $136.20 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22765 | TOTAL: | $444,099.25 | $4,520.51 | $444,099.25 | $4,520.51 |

| PRICEWATERHOUSECOOPERS LLP (Darex 2007 Puerto Rico Audit) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22523 | TOTAL: | $36,647.48 | $78.81 | $36,647.48 | $78.81 |

| PRICEWATERHOUSECOOPERS LLP (Darex 2008 Puerto Rico Audit) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23367 | TOTAL: | $51,264.56 | $40.00 | $51,264.56 | $40.00 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22716 | TOTAL: | $167,206.50 | $41,537.15 | $167,206.50 | $41,537.15 |

| ALAN B. RICH | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22759 | TOTAL: | $175,317.50 | $15,682.72 | $173,880.00 | $15,682.72 |

| HON. ALEXANDER M. SANDERS, JR. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22757 | TOTAL: | $25,020.00 | $747.20 | $25,020.00 | $747.20 |

| SAUL EWING LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23719 | TOTAL: | $68,383.00 | $8.10 | $67,440.00 | $8.10 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22751 | TOTAL: | $58,277.00 | $716.34 | $58,277.00 | $716.34 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23693 | TOTAL: | $12,366.50 | $69.00 | $12,366.50 | $69.00 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22869 | TOTAL: | $654,188.75 | $16,935.11 | $653,243.75 | $16,935.11 |

| TOWERS PERRIN TILLINGHAST | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23470 | TOTAL: | $1,322.50 | $0.00 | $1,322.50 | $0.00 |

| TRE ANGELI LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23471 | TOTAL: | $130,000.00 | $514.13 | $130,000.00 | $514.13 |

| VENABLE LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23698 | TOTAL: | $709,294.00[3] | $6,405.06 | $706,595.00 | $6,405.06 |

| WOODCOCK WASHBURN LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 22792 | TOTAL: | $7,611.00 | $950.00 | $7,611.00 | $950.00 |

---

[3] Of this amount, Venable has already been paid fees and expenses totaling $320,268.80 pursuant to the terms of the OCP Order. Venable's fees and expenses in excess of amounts authorized by the OCP Order total $395,430.26.