**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
October 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended October 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 11.0 | $ 6,406.40 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $ 990.60 | 1.0 | $ 990.60 |
| Thomas McGuiness | Audit Partner | 20+ | Integrated Audit | $ 990.60 | 0.5 | $ 495.30 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 40.0 | $ 27,940.00 |
| Robert R. Keehan | Audit Partner | 20+ | Integrated Audit | $ 698.50 | 1.0 | $ 698.50 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 3.2 | $ 2,072.64 |
| Jesse Reed Tracey | Director | 12 | Integrated Audit | $ 577.85 | 0.7 | $ 404.50 |
| Jennifer Hoiyee Mak | Director | 10+ | Integrated Audit | $ 793.75 | 1.5 | $ 1,190.63 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | $ 560.88 | 2.5 | $ 1,402.20 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 6.9 | $ 2,655.12 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 4.3 | $ 1,763.91 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 57.2 | $ 23,464.01 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 290.83 | 74.8 | $ 21,754.08 |
| Susan Seyfried | Audit Manager | 6 | Integrated Audit | $ 279.40 | 0.7 | $ 195.58 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 114.7 | $ 26,074.75 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $ 220.98 | 26.9 | $ 5,944.36 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 35.1 | $ 8,514.23 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 29.8 | $ 6,508.32 |
| Todd S. Chesla | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | | $ 6,115.20 |

| Name | Title | | | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | 169.9 | $ 209.55 | $ 35,602.55 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | 8.7 | $ 220.98 | $ 1,922.53 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | 3.8 | $ 351.12 | $ 1,334.26 |
| Elizabeth Sama | Audit Associate | 3 | Integrated Audit | 24.5 | $ 150.80 | $ 3,694.60 |
| George Edward Hannigan | Audit Associate | 2 | Integrated Audit | 46.0 | $ 170.18 | $ 7,828.28 |
| Shahin Rahmani | Audit Associate | 2 | Integrated Audit | 94.5 | $ 156.21 | $ 14,761.85 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | 75.2 | $ 156.21 | $ 11,746.99 |
| Jorge Santiago Ocasio | Audit Associate | 1 | Integrated Audit | 6.0 | $ 138.43 | $ 830.58 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | 86.7 | $ 156.21 | $ 13,543.41 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | 65.3 | $ 123.19 | $ 8,044.31 |
| Simon Painchaud-Ouellet | Audit Associate | 1 | Integrated Audit | 3.5 | $ 317.50 | $ 1,111.25 |
| Ryan P Boyle | Audit Associate | 1 | Integrated Audit | 1.9 | $ 153.67 | $ 291.97 |
| | | | TOTAL | 1,025.8 | | $ 245,302.91 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 26.0 | $4,537.99 |
|---|---|---|

Summary of PwC's Fees By Project Category:
October 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and | | |

| Category | Hours | Amount |
|---|---|---|
| Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 26.0 | $4,537.99 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1025.8 | $245,302.91 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1051.8 | $249,840.90 |

Expense Summary
October 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,492.26 |
| Lodging | N/A | $369.51 |
| Sundry | N/A | $88.97 |
| Business Meals | N/A | $191.16 |
| TOTAL: | | $4,141.90 |