# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended October 31, 2009

| Personnel | | Date | Transaction | Lodging | Sundry | Business Meals & Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Tom E. Smith | Integrated Audit | 10/15/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | Integrated Audit | 10/21/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | Integrated Audit | 10/26/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | Integrated Audit | 10/28/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | Integrated Audit | 10/29/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| | Integrated Audit | 10/30/09 | $ 38.50 | | | | Mileage in excess of daily commute (82 miles - 12 commute miles * rate) |
| Justin Brey | Integrated Audit | 10/6/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/8/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/13/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/14/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/15/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/16/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/22/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/27/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/29/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 10/30/09 | $ 14.85 | | | | Mileage to Curtis Bay roundtrip to/from Baltimore office (27 miles * $0.55) |
| Alison Garieb | Integrated Audit | 10/5/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/8/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/9/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/13/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/14/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/15/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/16/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/21/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/22/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/23/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/29/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 10/30/09 | $ 26.40 | | | | Mileage in excess of daily commute (80 miles - 32 normal commute miles * $.55 rate). Note - went to Curtis Bay. |
| Pavel Katusak | Integrated Audit | 10/1/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/2/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/5/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/6/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/7/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/8/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/9/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/13/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/14/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/15/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/16/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/20/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/21/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/22/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/23/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/26/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/27/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/28/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/29/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 10/30/09 | $ 29.06 | | | | Mileage in excess over regular commute of 28.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Jacqueline Calvo | Integrated Audit | 9/16/09 | $ 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 9/16/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 9/17/09 | $ 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 9/17/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 9/18/09 | $ 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 9/18/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 10/16/09 | $ 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 10/16/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 10/17/09 | $ 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 10/17/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 10/18/09 | $ 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 10/18/09 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| Todd Cheslа | Integrated Audit | 10/15/09 | $ 50.64 | | | | Travel from Miami to Boca (91.91 excess miles of normal commute * 0.55 per mile) |

| Name | Type | Date | Total | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|---|
| **Elizabeth Sama** | Integrated Audit | 10/16/09 | $ | 50.84 | | | | | Travel from Miami to Boca (91-91 excess miles of normal commute *0.55 per mile) |
| | Integrated Audit | 10/16/09 | $ | 55.00 | | | | | Rounding (100 miles) From Miami to Client (55miles less 16 regular office commute= 50 Miles) |
| | Integrated Audit | 10/21/09 | $ | 55.00 | | | | | Rounding (100 miles) From Miami to Client (55miles less 16 miles regular office commute= 50 Miles) |
| **Kristina Johnson** | | | | | | | | | |
| | Integrated Audit | | | | | | $ 13.05 | | Fee for overnighting the monthly fee application |
| | Integrated Audit | | | | | | $ 7.03 | | Postage for client mailings |
| | Integrated Audit | 10/5/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/6/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/7/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/8/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/9/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/12/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/13/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/14/09 | | 36.85 | | | | | 85 miles to the Tysons office and then to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$36.85 |
| | Integrated Audit | 10/15/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/16/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/19/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/20/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/21/09 | | 36.85 | | | | | 85 miles to the Tysons office and then to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$36.85 |
| | Integrated Audit | 10/22/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/23/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/26/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/27/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/28/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/29/09 | | 35.20 | | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=$35.20 |
| | Integrated Audit | 10/29/09 | | 260.05 | | | | | Roundtrip coach airfare for inventory observation testing at Lake Charles, LA. 10/29/09 Baltimore, MD to Lake Charles, LA and 10/30/09 Lake Charles, LA to Baltimore, MD. |
| **Shawn McNeilly** | Integrated Audit | 8/1/09 | | 11.55 | | | | | Travel from office to client: mileage in excess of daily commute. (91-60) * (.55) = $11.55. |
| | Integrated Audit | 8/1/09 | | 7.00 | | | | | Travel from office to client: Parking in excess of normal parking. ($12.00 - $5.00) = $7.00 |
| | Integrated Audit | 8/30/09-8/0/09 | | 399.04 | | | | | Coach class airfare for 604 Testing of Lake Charles, LA. 8/30/09 Baltimore, MD to Lake Charles, LA and 9/3/09 Lake Charles, LA to Chicago, IL. |
| | Integrated Audit | 8/28/09 | | 7.00 | | | | | Travel Service Fee assessed by AMEX |
| | Integrated Audit | 8/30/09 | | 12.10 | | | | | Mileage reimbursement for travel to BWI airport from Annapolis, MD (22 miles) * (.55) = $12.10. |
| | Integrated Audit | 8/30/09 | | | | | | | American Airlines Fee for baggage check. |
| | Integrated Audit | 8/30/09 | | 20.00 | | | | $ 19.00 | Dinner for one person. |
| | Integrated Audit | 8/31/09 | | | | | | $ 24.39 | Breakfast for one person the days of 8/31/09 - 9/2/09. |
| | Integrated Audit | 9/1/09 | | | | | | $ 47.24 | Breakfast for one person on 8/31/09. |
| | Integrated Audit | 9/2/09 | | | | | | $ 43.03 | Dinner for one person on 9/1/09. |
| | Integrated Audit | 9/2/09 | | 15.02 | | | | $ 29.07 | Dinner for one person on 9/2/09. |
| | Integrated Audit | | | | | | | | Fuel for rental car for trip. |
| | Integrated Audit | 9/2/09 | | | $ 327.00 | | | | Lodging for Hotel: L'Auberge Du Lac Hotel, Lake Charles, LA for one person for three nights (8/30/09 to 9/1/09) at a rate of $109 per night. |
| | Integrated Audit | 9/3/09 | | 42.51 | | | | | Taxes for Hotel: L'Auberge Du Lac Charles, LA ($14.17/night for 3 nights). |
| | Integrated Audit | 9/3/09 | | 119.47 | | | | $ 4.43 | Enterprise Rental Car for trip. |
| | Integrated Audit | 9/3/09 | | | | | | | Breakfast for one person on 9/3/09. |
| | Integrated Audit | 9/3/09 | | | | | | $ 24.00 | Dinner for one person 9/3/09. |
| | Integrated Audit | 9/3/09 | | 20.00 | | | | | American Airlines Fee for baggage check. |
| | Integrated Audit | 9/3/09 | | 36.00 | | | | | Bus fare to final destination, South Bend, Indiana. |
| | Integrated Audit | 10/30/09 | | 72.00 | | | | $ 66.89 | Parking at the airport during 604 trip to Lake Charles, LA. Stackload books required for safety requirements at physical inventory observation at Curtis Bay Plant. |
| **Kathleen Bradley** | Integrated Audit | 10/14/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/15/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/16/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/19/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/20/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/21/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/22/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/27/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/28/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| | Integrated Audit | 10/29/09 | | 8.80 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = $8.80 |
| **Summary** | | **Total** | $ 4,141.90 | **Transportation** $ 3,492.26 | **Lodging** $ 369.51 | **Sundry** $ 88.97 | **Business Meals** $ 191.16 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended October 31, 2009**

| Personnel | Date | Title | Expense |
|---|---|---|---|
| **Tom E. Smith** | 10/15/09 | Audit Partner | $ 38.50 |
| | 10/21/09 | Audit Partner | $ 38.50 |
| | 10/26/09 | Audit Partner | $ 38.50 |
| | 10/28/09 | Audit Partner | $ 38.50 |
| | 10/29/09 | Audit Partner | $ 38.50 |
| | 10/30/09 | Audit Partner | $ 38.50 |
| | | | $ 231.00 |
| **Justin Bray** | 10/6/09 | Audit Senior Manager | $ 23.10 |
| | 10/8/09 | Audit Senior Manager | $ 23.10 |
| | 10/13/09 | Audit Senior Manager | $ 23.10 |
| | 10/14/09 | Audit Senior Manager | $ 23.10 |
| | 10/15/09 | Audit Senior Manager | $ 23.10 |
| | 10/19/09 | Audit Senior Manager | $ 23.10 |
| | 10/22/09 | Audit Senior Manager | $ 23.10 |
| | 10/27/09 | Audit Senior Manager | $ 23.10 |
| | 10/29/09 | Audit Senior Manager | $ 23.10 |
| | 10/30/09 | Audit Senior Manager | $ 14.85 |
| | | | $ 222.75 |
| **Alison Garleb** | 10/5/09 | Audit Manager | $ 4.40 |
| | 10/8/09 | Audit Manager | $ 4.40 |
| | 10/9/09 | Audit Manager | $ 4.40 |
| | 10/12/09 | Audit Manager | $ 4.40 |
| | 10/13/09 | Audit Manager | $ 4.40 |
| | 10/14/09 | Audit Manager | $ 4.40 |
| | 10/15/09 | Audit Manager | $ 4.40 |
| | 10/19/09 | Audit Manager | $ 4.40 |
| | 10/21/09 | Audit Manager | $ 4.40 |
| | 10/22/09 | Audit Manager | $ 4.40 |
| | 10/23/09 | Audit Manager | $ 4.40 |
| | 10/27/09 | Audit Manager | $ 4.40 |
| | 10/29/09 | Audit Manager | $ 4.40 |
| | 10/30/09 | Audit Manager | $ 26.40 |
| | | | $ 83.60 |
| **Pavel Katsiak** | 10/1/09 | Audit Senior Associate | $ 29.06 |
| | 10/2/09 | Audit Senior Associate | $ 29.06 |
| | 10/5/09 | Audit Senior Associate | $ 29.06 |
| | 10/6/09 | Audit Senior Associate | $ 29.06 |
| | 10/7/09 | Audit Senior Associate | $ 29.06 |
| | 10/8/09 | Audit Senior Associate | $ 29.06 |
| | 10/9/09 | Audit Senior Associate | $ 29.06 |
| | 10/13/09 | Audit Senior Associate | $ 29.06 |
| | 10/14/09 | Audit Senior Associate | $ 29.06 |
| | 10/15/09 | Audit Senior Associate | $ 29.06 |
| | 10/16/09 | Audit Senior Associate | $ 29.06 |
| | 10/19/09 | Audit Senior Associate | $ 29.06 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 10/20/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/21/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/22/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/23/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/26/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/27/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/28/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/29/09 | Audit Senior Associate | $ | 29.06 |
|  | 10/30/09 | Audit Senior Associate | $ | 29.06 |
|  |  |  | **$** | **610.30** |
| **Jacqueline Calvo** | 9/16/09 | Audit Associate | $ | 58.30 |
|  | 9/16/09 | Audit Associate | $ | 9.00 |
|  | 9/17/09 | Audit Associate | $ | 58.30 |
|  | 9/17/09 | Audit Associate | $ | 9.00 |
|  | 9/17/09 | Audit Associate | $ | 58.30 |
|  | 9/18/09 | Audit Associate | $ | 9.00 |
|  | 10/16/09 | Audit Associate | $ | 58.30 |
|  | 10/16/09 | Audit Associate | $ | 9.00 |
|  | 10/17/09 | Audit Associate | $ | 58.30 |
|  | 10/17/09 | Audit Associate | $ | 9.00 |
|  | 10/17/09 | Audit Associate | $ | 58.30 |
|  | 10/18/09 | Audit Associate | $ | 9.00 |
|  |  |  | **$** | **403.80** |
| **Todd Chesla** | 10/15/09 | Audit Associate | $ | 50.64 |
|  | 10/16/09 | Audit Associate | $ | 50.64 |
|  |  |  | **$** | **101.28** |
| **Elizabeth Sama** | 10/16/09 | Audit Associate | $ | 55.00 |
|  | 10/21/09 | Audit Associate | $ | 55.00 |
|  |  |  | **$** | **110.00** |
| **Kristina Johnson** |  | Audit Associate | $ | 13.05 |
|  |  | Audit Associate | $ | 7.03 |
|  | 10/6/09 | Audit Associate | $ | 35.20 |
|  | 10/7/09 | Audit Associate | $ | 35.20 |
|  | 10/8/09 | Audit Associate | $ | 35.20 |
|  | 10/9/09 | Audit Associate | $ | 35.20 |
|  | 10/12/09 | Audit Associate | $ | 35.20 |
|  | 10/13/09 | Audit Associate | $ | 35.20 |
|  | 10/14/09 | Audit Associate | $ | 36.85 |
|  | 10/15/09 | Audit Associate | $ | 35.20 |
|  | 10/16/09 | Audit Associate | $ | 35.20 |
|  | 10/19/09 | Audit Associate | $ | 35.20 |
|  | 10/20/09 | Audit Associate | $ | 35.20 |
|  | 10/21/09 | Audit Associate | $ | 36.85 |
|  | 10/22/09 | Audit Associate | $ | 35.20 |
|  | 10/23/09 | Audit Associate | $ | 35.20 |
|  | 10/26/09 | Audit Associate | $ | 35.20 |
|  | 10/27/09 | Audit Associate | $ | 35.20 |
|  | 10/28/09 | Audit Associate | $ | 35.20 |
|  | 10/29/09 | Audit Associate | $ | 35.20 |

|  |  |  |  |  |
|---|---|---|---|---:|
|  | 10/30/09 | Audit Associate | $ | 35.20 |
|  | 10/29/09 | Audit Associate | $ | 260.05 |
|  |  |  | $ | **952.23** |
| Shawn McNeilly | 8/19/09 | Audit Associate | $ | 11.55 |
|  | 8/19/09 |  | $ | 7.00 |
|  | 8/30/09-9/3/09 | Audit Associate | $ | 398.04 |
|  | 8/28/09 | Audit Associate | $ | 7.00 |
|  | 8/30/09 | Audit Associate | $ | 12.10 |
|  | 8/30/09 | Audit Associate | $ | 20.00 |
|  | 8/30/09 | Audit Associate | $ | 19.00 |
|  | 8/30/09 | Audit Associate | $ | 24.39 |
|  | 8/31/09 | Audit Associate | $ | 47.24 |
|  | 9/1/09 | Audit Associate | $ | 43.03 |
|  | 9/2/09 | Audit Associate | $ | 29.07 |
|  | 9/2/09 | Audit Associate | $ | 15.02 |
|  | 9/2/09 | Audit Associate | $ | 327.00 |
|  |  |  | $ | 42.51 |
|  | 9/3/09 | Audit Associate | $ | 119.47 |
|  | 9/3/09 | Audit Associate | $ | 4.43 |
|  | 9/3/09 | Audit Associate | $ | 24.00 |
|  | 9/3/09 | Audit Associate | $ | 20.00 |
|  | 9/3/09 | Audit Associate | $ | 36.00 |
|  | 9/8/09 | Audit Associate | $ | 72.00 |
|  | 10/30/09 | Audit Associate | $ | 68.89 |
|  |  |  | $ | **1,347.74** |
| Kathleen Bradley | 10/14/09 | Audit Associate | $ | 8.80 |
|  | 10/15/09 | Audit Associate | $ | 8.80 |
|  | 10/19/09 | Audit Associate | $ | 8.80 |
|  | 10/20/09 | Audit Associate | $ | 8.80 |
|  | 10/21/09 | Audit Associate | $ | 8.80 |
|  | 10/22/09 | Audit Associate | $ | 8.80 |
|  | 10/27/09 | Audit Associate | $ | 8.80 |
|  | 10/28/09 | Audit Associate | $ | 8.80 |
|  | 10/29/09 | Audit Associate | $ | 8.80 |
|  |  |  | $ | **79.20** |
| **Summary** |  |  | **Total** |  |
|  |  |  | $ | 4,141.90 |

## Description

Mileage in excess of daily commute (82 miles - 12 commute miles * rate)
Mileage in excess of daily commute (82 miles - 12 commute miles * rate)
Mileage in excess of daily commute (82 miles - 12 commute miles * rate)
Mileage in excess of daily commute (82 miles - 12 commute miles * rate)
Mileage in excess of daily commute (82 miles - 12 commute miles * rate)
Mileage in excess of daily commute (82 miles - 12 commute miles * rate)


Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55)
Mileage to Curtis Bay roundtrip to/from Baltimore office (27 miles * $0.55)


Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate)
Mileage in excess of daily commute (80 miles - 32 normal commute miles * $.55 rate).  Note - went to Curtis Bay.


Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD

Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD


70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles
 4.50 tolls each way x 2 -= 9.00
70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles
 4.50 tolls each way x 2 -= 9.00
70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles
 4.50 tolls each way x 2 -= 9.00
70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles
 4.50 tolls each way x 2 -= 9.00
70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles
 4.50 tolls each way x 2 -= 9.00
70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles
 4.50 tolls each way x 2 -= 9.00


Travel from Miami to Boca (91.91 excess miles of normal commute * 0.55 per mile)
Travel from Miami to Boca (91.91 excess miles of normal commute * 0.55 per mile)


Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles)
Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles)


Fee for overnighting the monthly fee application
Postage for client mailings
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
85 miles to the Tysons office and then to and from client - 18 miles normal commute to the office = 64 miles every day
excess * .55=36.85
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
85 miles to the Tysons office and then to and from client - 18 miles normal commute to the office = 64 miles every day
excess * .55=36.85
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20
Roundtrip coach class airfare for Inventory observation testing at Lake Charles, LA. 10/29/09 Baltimore, MD to Lake
Charles, LA and 10/30/09 Lake Charles, LA to Baltimore, MD.


Travel from office to client: mileage in excess of daily commute: (81-60) * (.55) = $11.55.
Travel from office to client: Parking in excess of normal parking: ($12.00 - $5.00) = $7.00
Coach class airfare for 404 Testing of Lake Charles, LA. 8/30/09 Baltimore, MD to Lake Charles, LA and 9/3/09 Lake
Charles, LA to Chicago, IL
Travel Service Fee assessed by AMEX
Mileage reimbursement for travel to BWI airport from Annapolis, MD (22 miles) * (.55) = $12.10.
American Airlines Fee for baggage check.
Dinner for one person.
Breakfast for one person the days of 8/31/09 - 9/2/09.
Dinner for one person on 8/31/09.
Dinner for one person on 9/1/09.
Dinner for one person on 9/2/09.
Fuel for rental car for trip.
Lodging for Hotel: L'Auberge Du Lac Hotel, Lake Charles, LA for one person for three nights (8/30/09 to 9/1/09) at a rate of
$109 per night.
Taxes for hotel in Lake Charles, LA ($14.17/night for 3 nights).
Enterprise Rental Car for trip.
Breakfast for one person on 9/3/09.
Dinner for one person 9/3/09.
American Airlines Fee for baggage check.
Bus fare to final destination, South Bend, Indiana.
Parking for car at airport during 404 trip to Lake Charles, LA.
Steel-toed boots required for safety requirements at physical inventory observation at Curtis Bay Plant.


44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80
44 miles to and from client - 28 miles normal commute to the office =  16 miles every day excess * .55 = 8.80