THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objections Due: 1/4/10 @ 4:00pm*

**EIGHTIETH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2009 THROUGH JULY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. (formerly, Blackstone Advisory Services L.P.) |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2009 through July 31, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00     (Holdback @ 20%) ($35,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $10,766.12 |
| Amount of Cash Payment Sought: | $150,766.12 |

This is a _x_ monthly __ interim ___ final application

2597095.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

|            |                   | Requested    |           | Approved     |           | Unapproved  | Unpaid    |
| Date Filed | Period(s) Covered | Fees         | Expenses  | Fees         | Expenses  | Holdback(s) | Holdbacks |
|------------|-------------------|--------------|-----------|--------------|-----------|-------------|-----------|
| 04/10/07   | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84  | 100,000.00 | 5,412.84  | --          | --        |
| 06/29/07   | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82  | 100,000.00 | 1,260.82  | --          | --        |
| 06/29/07   | 03/01/07 – 03/31/07 | 100,000.00 | 535.30    | 100,000.00 | 535.30    | --          | --        |
| 09/20/07   | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97  | 100,000.00 | 3,145.97  | --          | --        |
| 09/20/07   | 05/01/07 – 05/31/07 | 125,000.00 | 148.40    | 125,000.00 | 148.40    | --          | --        |
| 09/20/07   | 06/01/07 – 06/30/07 | 125,000.00 | 584.53    | 125,000.00 | 584.53    | --          | --        |
| 11/19/07   | 07/01/07 – 07/31/07 | 125,000.00 | 786.94    | 125,000.00 | 786.94    | --          | --        |
| 11/19/07   | 08/01/07 – 08/31/07 | --           | 997.55    | --           | 997.55    | --          | --        |
| 11/19/07   | 09/01/07 – 09/30/07 | 75,000.00  | 585.59    | 75,000.00  | 585.59    | --          | --        |
| 03/13/08   | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85  | 100,000.00 | 1,518.85  | --          | --        |
| 03/13/08   | 11/01/07 – 11/30/07 | 75,000.00  | 241.73    | 75,000.00  | 241.73    | --          | --        |
| 03/13/08   | 12/01/07 – 12/31/07 | 50,000.00  | 270.44    | 50,000.00  | 270.44    | --          | --        |
| 05/22/08   | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39  | 100,000.00 | 2,618.39  | --          | --        |
| 05/22/08   | 02/01/08 – 02/29/08 | 150,000.00 | 377.34    | 150,000.00 | 377.34    | --          | --        |
| 05/22/08   | 03/01/08 – 03/31/08 | 75,000.00  | 1,468.54  | 75,000.00  | 1,468.54  | --          | --        |
| 10/16/08   | 04/01/08 – 04/30/08 | 150,000.00 | 370.04    | 150,000.00 | 370.04    | --          | --        |
| 10/16/08   | 05/01/08 – 05/31/08 | 125,000.00 | 868.61    | 125,000.00 | 868.61    | --          | --        |
| 10/16/08   | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80  | 175,000.00 | 7,178.80  | --          | --        |
| 01/09/09   | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33  | 175,000.00 | 1,507.33  | --          | --        |
| 01/09/09   | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81  | 175,000.00 | 3,482.81  | --          | --        |
| 01/09/09   | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74  | 175,000.00 | 7,491.74  | --          | --        |
| 01/09/09   | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54  | 120,000.00 | 3,166.54  | --          | --        |
| 04/20/09   | 11/01/08 – 11/30/08 | 75,000.00  | 3,762.45  | 75,000.00  | 3,762.45  | --          | --        |
| 04/20/09   | 12/01/08 – 12/31/08 | 75,000.00  | 4,251.05  | 75,000.00  | 4,251.05  | --          | --        |
| 07/06/09   | 01/01/09 – 01/31/09 | 75,000.00  | 407.84    | 75,000.00  | 407.84    | --          | --        |
| 07/06/09   | 02/01/09 – 02/28/09 | 175,000.00 | 840.67    | 175,000.00 | 840.67    | --          | --        |
| 07/06/09   | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13  | 120,000.00 | 1,515.13  | 30,000.00   | --        |
| N/A        | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02  | 120,000.00 | 1,757.02  | 30,000.00   | --        |
| N/A        | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06  | 140,000.00 | 1,515.13  | 35,000.00   | --        |
| N/A        | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49  | 140,000.00 | 4,246.49  | 35,000.00   | --        |
| N/A        | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | --           | --        | --          | --        |

2597095.DOC

# Blackstone Advisory Partners L.P.

December 12, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of July 1, 2009 through July 31, 2009: | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |

Out-of-pocket expenses processed for the period through July 31, 2009:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 975.25 | |
| Ground Transportation | | 2,428.63 | |
| Communications | | 71.48 | |
| Meals | | 894.68 | |
| Lodging | | 1,717.99 | |
| Document Production | | 103.20 | |
| External Photocopying | | 4,456.98 | |
| Research | | 72.41 | |
| Publishing Services | | 45.50 | 10,766.12 |
| **Total Amount Due** | | $ | **150,766.12** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 38196

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through July 31, 2009
Invoice No. 38196

|  | GL Detail Jul-09 | Total Expenses |
|---|---:|---:|
| Airfare | $ 975.25 | $ 975.25 |
| Ground Transportation - Local Travel | 343.82 | 343.82 |
| Ground Transportation - Out-of-Town Travel | 1,113.81 | 1,113.81 |
| Ground Transportation - Railroad | 971.00 | 971.00 |
| Communications - Teleconferencing | 61.64 | 61.64 |
| Communications - Federal Express | 9.84 | 9.84 |
| Meals with Clients | 491.36 | 491.36 |
| Employee Meals | 403.32 | 403.32 |
| Lodging | 1,717.99 | 1,717.99 |
| Document Production | 103.20 | 103.20 |
| External Photocopying | 4,456.98 | 4,456.98 |
| External Research - Online Database | 1.52 | 1.52 |
| External Research - Publications | 6.95 | 6.95 |
| External Research - Reuters | 63.94 | 63.94 |
| Publishing Services | 45.50 | 45.50 |
| **Total Expenses** | $ 10,766.12 | $ 10,766.12 |

| | |
|---|---:|
| **Airfare** | $ 975.25 |
| **Ground Transportation** | 2,428.63 |
| **Communications** | 71.48 |
| **Meals** | 894.68 |
| **Lodging** | 1,717.99 |
| **Document Production** | 103.20 |
| **External Photocopying** | 4,456.98 |
| **Research** | 72.41 |
| **Publishing Services** | 45.50 |
| **Total Expenses** | $ 10,766.12 |


W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2009
Invoice No. 38196

### Airfare

| Description | Date | Amount | |
|---|---|---:|---:|
| Bonanno (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 05/26/09) | 05/26/09 | 20.00 | |
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 05/26/09 | 224.45 | |
| Bonanno (travel agency fee for booking of one-way flight to Queens, NY from Baltimore, MD on 05/26/09) | 05/26/09 | 20.00 | |
| Bonanno (one-way coach class flight to Queens, NY from Baltimore, MD) | 05/26/09 | 171.60 | |
| Bresnahan (one-way coach class flight to Washington, DC from Queens, NY) | 05/25/09 | 179.60 | |
| Zilly (travel agency fee for booking of one-way flight to Pittsburgh, PA from Boston, MA on 06/21/09) | 06/04/09 | 40.00 | |
| Zilly (one-way coach class flight to Pittsburgh, PA from Boston, MA) | 06/21/09 | 319.60 | |
| Subtotal - Airfare | | $ | 975.25 |

### Ground Transportation - Local Travel

| Description | Date | Amount | |
|---|---|---:|---:|
| Bonanno (weeknight taxi home from Blackstone after working late) | 05/21/09 | 14.20 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 05/22/09 | 9.24 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 05/27/09 | 12.12 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 06/15/09 | 11.60 | |
| Bonanno (taxi to client meeting in New York, NY from Blackstone) | 06/15/09 | 8.75 | |
| Bonanno (taxi to Blackstone from client meeting in New York, NY) | 06/15/09 | 6.84 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 06/16/09 | 12.50 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 05/18/09 | 8.80 | |
| Bresnahan (taxi to Blackstone from home) | 05/19/09 | 11.30 | |
| Bresnahan (taxi to New York Penn Station from Blackstone en route to Baltimore, MD) | 05/19/09 | 7.25 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 05/21/09 | 9.90 | |
| Bresnahan (weekend taxi to Blackstone from home) | 05/23/09 | 9.90 | |
| Bresnahan (weekend taxi to Blackstone from home) | 05/25/09 | 9.10 | |
| Bresnahan (taxi to airport in Queens, NY from Blackstone) | 05/25/09 | 36.85 | |
| Bresnahan (weekend taxi to Blackstone from home) | 06/14/09 | 23.53 | |
| Bresnahan (weekend taxi home from Blackstone) | 06/14/09 | 13.62 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 06/15/09 | 14.12 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 06/16/09 | 13.25 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 06/17/09 | 18.75 | |
| Bresnahan (weeknight taxi home from Blackstone after working late) | 06/23/09 | 12.40 | |
| O'Connell (taxi to New York Penn Station from Blackstone en route to Baltimore, MD) | 05/26/09 | 16.30 | |
| O'Connell (weekend train travel to New York, NY from home en route to Blackstone) | 06/14/09 | 6.50 | |
| Zilly (taxi to JFK Airport in Queens, NY from home) | 06/22/09 | 57.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 343.82 |

### Ground Transportation - Out-Of-Town Travel

| Description | Date | Amount | |
|---|---|---:|---:|
| Bonanno (Thrifty Car Rental for transportation to/from Columbia, MD from/to Baltimore, MD) | 05/18/09 - 05/21/09 | 544.03 | |
| Bonanno (taxi to airport in Baltimore, MD from client offices in Columbia, MD) | 05/26/09 | 53.00 | |
| Bresnahan (Hertz Car Rental for transportation to/from Columbia, MD from/to Baltimore, MD) | 05/25/09 - 05/28/09 | 227.78 | |
| O'Connell (taxi to client offices in Columbia, MD from airport in Baltimore, MD) | 05/26/09 | 60.00 | |
| O'Connell (taxi to BWI train in Baltimore, MD from client offices in Columbia, MD) | 05/27/09 | 50.00 | |
| Zilly (taxi to client offices in Columbia, MD from BWI station in Baltimore, MD) | 04/15/09 | 45.00 | |
| Zilly (taxi to BWI station in Baltimore, MD from client offices in Columbia, MD) | 04/15/09 | 45.00 | |
| Zilly (taxi to client meeting from airport in Pittsburgh, PA) | 06/21/09 | 44.00 | |
| Zilly (taxi to airport from client meeting in Pittsburgh, PA) | 06/22/09 | 45.00 | |
| Subtotal - Ground Transportation - Out-Of-Town Travel | | | 1,113.81 |

### Ground Transportation - Railroad

| Description | Date | Amount | |
|---|---|---:|---:|
| Bonanno (travel agency fee for booking on one-way train travel to New York, NY from Baltimore, MD on 05/21/09) | 05/21/09 | 20.00 | |
| Bonanno (one-way train travel to New York, NY from Baltimore, MD) | 05/21/09 | 212.00 | |
| Bonanno (travel agency fee for booking of one-way train travel to New York, NY from Baltimore, MD on 05/22/09) | 05/22/09 | 20.00 | |
| Bonanno (one-way train travel to New York, NY from Baltimore, MD) | 05/22/09 | 96.00 | |
| Bresnahan (one-way train travel to Baltimore, MD from New York, NY) | 05/19/09 | 127.00 | |
| Bresnahan (travel agency fee for booking one-way train travel to New York, NY from Baltimore, MD on 05/21/09) | 05/21/09 | 20.00 | |
| Bresnahan (one-way train travel to New York, NY from Baltimore, MD) | 05/21/09 | 212.00 | |
| O'Connell (travel agency fee for booking of one-way train travel to Baltimore, MD from New York, NY on 05/26/09) | 05/22/09 | 20.00 | |
| O'Connell (one-way train travel to Baltimore, MD from New York, NY) | 05/26/09 | 244.00 | |
| Subtotal - Ground Transportation - Railroad | | | 971.00 |

### Communications - Teleconferencing

| Description | Date | Amount | |
|---|---|---:|---:|
| O'Connell | 04/29/09 | 3.92 | |
| Zilly | 04/29/09 | 6.15 | |
| Zilly | 07/28/09 | 51.57 | |
| Subtotal - Communications - Teleconferencing | | | 61.64 |

### Communications - Federal Express

| Description | Date | Amount | |
|---|---|---:|---:|
| Zilly | 06/15/09 | 9.84 | |
| Subtotal - Communications - Federal Express | | | 9.84 |

### Meals with Clients

| Description | Date | Amount | |
|---|---|---:|---:|
| Zilly (catered lunch meal for 7 people during client meeting held @ Blackstone) | 06/15/09 | 163.02 | |
| Zilly (catered breakfast meal for 10 people during client meeting held @ Blackstone) | 06/16/09 | 165.32 | |
| Zilly (catered lunch meal for 10 people during client meeting held @ Blackstone) | 06/16/09 | 163.02 | |
| Subtotal - Meals with Clients | | | 491.36 |

### Employee Meals

| Description | Date | Amount |
|---|---|---:|
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 04/22/09 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 05/13/09 | 25.00 |
| Bonanno (1 working meal while Baltimore, MD) | 05/20/09 | 50.00 |
| Bonanno (1 working meal while Baltimore, MD) | 05/20/09 | 11.35 |
| Bonanno (1 working breakfast meal while in Columbia, MD) | 05/26/09 | 4.13 |
| Bonanno (1 working lunch meal while in Washington, DC) | 05/26/09 | 11.58 |
| Bonanno (1 weeknight working meal @ Blackstone while working late) | 05/26/09 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 06/15/09 | 25.00 |
| Bresnahan (1 working meal while in Baltimore, MD) | 05/20/09 | 50.00 |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2009
Invoice No. 38196

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bresnahan (1 working meal while in Baltimore, MD) | 05/21/09 | 6.10 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 05/21/09 | 25.00 | |
| Bresnahan (1 working meal @ airport in Queens, NY) | 05/25/09 | 15.76 | |
| Bresnahan (1 working dinner meal in Columbia, MD) | 05/26/09 | 25.31 | |
| Bresnahan (1 working breakfast meal in Columbia, MD) | 05/27/09 | 6.00 | |
| Bresnahan (1 working meal while in McClean, VA) | 05/27/09 | 1.74 | |
| Bresnahan (1 working breakfast meal while in Washington, DC) | 05/28/09 | 4.33 | |
| Bresnahan (1 working lunch meal while in Washington, DC) | 05/28/09 | 3.59 | |
| Bresnahan (1 weekend breakfast working meal @ Blackstone) | 06/14/09 | 6.04 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 06/15/09 | 9.23 | |
| Bresnahan (1 working lunch meal during client meeting held @ Blackstone) | 06/16/09 | 13.11 | |
| Bresnahan (1 weeknight working dinner meal @ Blackstone while working late) | 06/16/09 | 25.00 | |
| O'Connell (1 working dinner meal while in Columbia, MD) | 05/26/09 | 25.30 | |
| O'Connell (1 working lunch meal @ Amtrak train station in Washington, DC) | 05/27/09 | 9.75 | |
| **Subtotal - Employee Meals** | | | 403.32 |
| **Lodging** | | | |
| Bonanno (3 day hotel stay in Baltimore, MD) | 05/18/09 - 05/21/09 | 839.88 | |
| Bresnahan (2 day hotel stay in Baltimore MD) | 05/19/09 - 05/21/09 | 476.60 | |
| Bresnahan (1 day hotel stay in Columbia, MD) | 05/26/09 - 05/27/09 | 188.82 | |
| O'Connell (1 day hotel stay in Columbia, MD) | 05/26/09 - 05/27/09 | 212.69 | |
| **Subtotal - Lodging** | | | 1,717.99 |
| **Document Production** | | | |
| Sperling (1,032 black & white photocopies calculated @ a rate of $0.10 per page) | 07/20/09 | 103.20 | |
| **Subtotal - Document Production** | | | 103.20 |
| **External Photocopying** | | | |
| Sperling (color printing, binding & shipping of 90 books by B Squared Printing) | 06/15/09 | 4,456.98 | |
| **Subtotal - External Photocopying** | | | 4,456.98 |
| **External Research - Online Database** | | | |
| de Almeida (retrieved document from Court docket via P.A.C.E.R.) | 06/18/09 | 1.52 | |
| **Subtotal - External Research - Online Database** | | | 1.52 |
| **External Research - Publications** | | | |
| Sperling (purchase of Harvard business publication for research purposes) | 06/16/09 | 6.95 | |
| **Subtotal - External Research - Publications** | | | 6.95 |
| **External Research - Reuters** | | | |
| Sperling (online data research) | 06/28/09 - 07/04/09 | 63.94 | |
| **Subtotal - External Research - Reuters** | | | 63.94 |
| **Publishing Services** | | | |
| Bonanno (preparation of presentation materials for meetings) | 07/06/09 | 45.50 | |
| **Subtotal - Publishing Services** | | | 45.50 |
| **Total Expenses** | | | **$ 10,766.12** |

## BLACKSTONE ADVISORY PARTNERS L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 105.5 |
| Jamie O'Connell | Vice President | 47.5 |
| Matthew Bonnano | Associate | 68.7 |
| Michael Sperling | Analyst | 68.7 |
| | Total | 290.4 |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/02/09 | 0.2 | Business Analysis | Correspondence with E. Filon, J. Baer re: DIP and divestitures |
| Pamela Zilly | 07/07/09 | 0.5 | Business Analysis | Review "Pegasus" presentation |
| Jamie O'Connell | 07/08/09 | 0.3 | Business Analysis | Call with M. Sperling and management regarding new business development |
| Jamie O'Connell | 07/08/09 | 0.1 | Business Analysis | Correspondence regarding new business development |
| Jamie O'Connell | 07/08/09 | 0.5 | Business Analysis | Call with M. Bonanno and management regarding new business development |
| Matt Bonanno | 07/08/09 | 0.5 | Business Analysis | Call with J. O'Connell and management regarding new business development |
| Michael Sperling | 07/08/09 | 0.3 | Business Analysis | Call with J. O'Connell and management regarding new business development |
| Jamie O'Connell | 07/09/09 | 0.1 | Business Analysis | Call with M Bonanno and management regarding new business development |
| Matt Bonanno | 07/09/09 | 0.1 | Business Analysis | Call with J. O'Connell and management regarding new business development |
| Jamie O'Connell | 07/10/09 | 0.1 | Business Analysis | Correspondence to G. Young regarding new business development |
| Jamie O'Connell | 07/13/09 | 0.1 | Business Analysis | Correspondence to G. Young and B. Gatte regarding new business development |
| Jamie O'Connell | 07/15/09 | 0.2 | Business Analysis | Correspondence with B. Gatte regarding Project Pegasus |
| Pamela Zilly | 07/16/09 | 0.5 | Business Analysis | Call with management re: divestitures |
| Jamie O'Connell | 07/26/09 | 0.1 | Business Analysis | Correspondence regarding Project Pegasus |
| Jamie O'Connell | 07/27/09 | 0.1 | Business Analysis | Call with E. Leibenstein regarding Project Pegasus |
| Jamie O'Connell | 07/27/09 | 0.3 | Business Analysis | Correspondence regarding Project Pegasus |
| Pamela Zilly | 07/27/09 | 0.7 | Business Analysis | Business Development call with management |
| Jamie O'Connell | 07/28/09 | 0.2 | Business Analysis | Correspondence regarding Project Pegasus |
| | | 4.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/01/09 | 0.3 | Committee | Correspondence with E. Filon, J. Baer re: divestures and committees |
| Jamie O'Connell | 07/16/09 | 0.5 | Committee | Call with committee advisors re: Project Pegasus |
| Matt Bonanno | 07/16/09 | 0.5 | Committee | Call with committee advisors re: Project Pegasus |
| Jamie O'Connell | 07/17/09 | 0.3 | Committee | Call with Capstone and management regarding property sale |
| Matt Bonanno | 07/17/09 | 0.3 | Committee | Call with Capstone and management regarding property sale |
| Jamie O'Connell | 07/29/09 | 0.7 | Committee | Conference call with management, counsel and GUC professionals regarding Project Pegasus |
| Matt Bonanno | 07/29/09 | 0.7 | Committee | Conference call with management, counsel and GUC professionals regarding Project Pegasus |
| Pamela Zilly | 07/31/09 | 0.5 | Committee | Call with B. Frezza |
| | | 3.8 | | |


## BLACKSTONE ADVISORY PARTNERS L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/01/09 | 0.4 | Financing | Financial analysis |
| Jamie O'Connell | 07/01/09 | 0.2 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 07/01/09 | 0.2 | Financing | Status meeting with P. Zilly and M. Bonanno |
| Jamie O'Connell | 07/01/09 | 0.3 | Financing | Review summary of exit financing proposals |
| Matt Bonanno | 07/01/09 | 0.2 | Financing | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 07/01/09 | 0.7 | Financing | Call with potential exit lender |
| Pamela Zilly | 07/01/09 | 0.2 | Financing | Status meeting with J. O'Connell, M. Bonanno |
| Pamela Zilly | 07/01/09 | 0.5 | Financing | Call with potential exit lender |
| Pamela Zilly | 07/01/09 | 0.2 | Financing | Status meeting with J. O'Connell |
| Pamela Zilly | 07/01/09 | 0.7 | Financing | Call with/correspondence with E. Filon re: timing of potential exit lender discussions |
| Jamie O'Connell | 07/06/09 | 0.4 | Financing | Call with P. Zilly regarding various matters |
| Jamie O'Connell | 07/06/09 | 0.2 | Financing | Call with P. Zilly regarding exit financing |
| Matt Bonanno | 07/06/09 | 0.8 | Financing | Calls with various lenders regarding exit financing proposals |
| Pamela Zilly | 07/06/09 | 0.4 | Financing | Call with potential exit lender |
| Pamela Zilly | 07/06/09 | 0.6 | Financing | Two calls with J. O'Connell |
| Jamie O'Connell | 07/07/09 | 0.7 | Financing | Call with P. Zilly, M. Sperling and management regarding exit financing |
| Jamie O'Connell | 07/07/09 | 0.4 | Financing | Meeting with M. Bonanno regarding various matters |
| Jamie O'Connell | 07/07/09 | 1.3 | Financing | Call with management, counsel and internal team regarding exit financing |
| Jamie O'Connell | 07/07/09 | 0.4 | Financing | Follow-up with internal team |
| Jamie O'Connell | 07/07/09 | 0.4 | Financing | Draft proposed correspondence regarding exit financing |
| Matt Bonanno | 07/07/09 | 0.4 | Financing | Meeting with J. O'Connell regarding various matters |
| Matt Bonanno | 07/07/09 | 1.3 | Financing | Call with management, counsel and internal team regarding exit financing |
| Matt Bonanno | 07/07/09 | 0.4 | Financing | Follow-up with internal team |
| Michael Sperling | 07/07/09 | 0.7 | Financing | Call with P. Zilly, J. O'Connell and management regarding exit financing |
| Michael Sperling | 07/07/09 | 1.3 | Financing | Call with management, counsel and internal team regarding exit financing |
| Michael Sperling | 07/07/09 | 0.4 | Financing | Follow-up with internal team |
| Pamela Zilly | 07/07/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 07/07/09 | 0.7 | Financing | Call with J. O'Connell, M. Sperling, management re: exit financing |
| Pamela Zilly | 07/07/09 | 1.3 | Financing | Call with internal team. A. Gregory. E. Filon |
| Pamela Zilly | 07/07/09 | 0.4 | Financing | Follow-up call with internal team |
| Pamela Zilly | 07/07/09 | 0.2 | Financing | Correspondence with E. Filon re: potential exit lender due diligence |
| Jamie O'Connell | 07/08/09 | 0.1 | Financing | Correspondence to E. Leibenstein |
| Jamie O'Connell | 07/08/09 | 0.3 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 07/08/09 | 0.4 | Financing | Correspondence to E. Filon regarding exit financing |
| Jamie O'Connell | 07/08/09 | 0.5 | Financing | Call with management, counsel and internal team regarding exit financing |
| Matt Bonanno | 07/08/09 | 0.5 | Financing | Call with management, counsel and internal team regarding exit financing |
| Michael Sperling | 07/08/09 | 0.5 | Financing | Call with management, counsel and internal team regarding exit financing |
| Pamela Zilly | 07/08/09 | 0.2 | Financing | Call with E. Filon re: exit financing |
| Pamela Zilly | 07/08/09 | 0.5 | Financing | Call with A. Gregory, E. Filon re: exit financing documents |
| Jamie O'Connell | 07/09/09 | 0.8 | Financing | Call with prospective lender to discuss exit financing |
| Jamie O'Connell | 07/09/09 | 0.3 | Financing | Status call with P. Zilly and M. Bonanno |
| Matt Bonanno | 07/09/09 | 0.8 | Financing | Call with prospective lender to discuss exit financing |
| Matt Bonanno | 07/09/09 | 0.3 | Financing | Status call with P. Zilly and J. O'Connell |
| Pamela Zilly | 07/09/09 | 0.3 | Financing | Status call with J. O'Connell, M. Bonanno |
| Pamela Zilly | 07/09/09 | 0.8 | Financing | Call with potential exit lender |

Page 4 of 10

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/09/09 | 0.7 | Financing | Call with potential exit lender |
| Pamela Zilly | 07/09/09 | 0.3 | Financing | Call with potential exit lender |
| Pamela Zilly | 07/09/09 | 0.3 | Financing | Call with E. Filon re: exit financing |
| Jamie O'Connell | 07/10/09 | 0.3 | Financing | Call with P. Zilly and counsel regarding exit financing and expert report |
| Pamela Zilly | 07/10/09 | 0.2 | Financing | Call with E. Filon re: exit financing |
| Pamela Zilly | 07/10/09 | 0.3 | Financing | Call with potential exit lender |
| Matt Bonanno | 07/13/09 | 0.9 | Financing | Calls with various lenders regarding exit financing diligence |
| Pamela Zilly | 07/13/09 | 1.0 | Financing | Correspondence on potential exit lender due diligence |
| Pamela Zilly | 07/13/09 | 0.2 | Financing | Call with E. Filon re: exit financing |
| Jamie O'Connell | 07/14/09 | 1.0 | Financing | Call with management and internal team regarding exit financing diligence |
| Jamie O'Connell | 07/14/09 | 2.2 | Financing | Various external and internal calls regarding exit financing |
| Jamie O'Connell | 07/14/09 | 0.2 | Financing | Review correspondence regarding exit financing |
| Matt Bonanno | 07/14/09 | 1.0 | Financing | Call with management and internal team regarding exit financing diligence |
| Matt Bonanno | 07/14/09 | 2.2 | Financing | Various external and internal calls regarding exit financing |
| Pamela Zilly | 07/14/09 | 0.2 | Financing | Call with E. Filon |
| Pamela Zilly | 07/14/09 | 1.0 | Financing | Call with E. Filon and management, internal team re: due diligence |
| Pamela Zilly | 07/14/09 | 1.0 | Financing | Call with management on lender due diligence |
| Pamela Zilly | 07/14/09 | 0.4 | Financing | Call with E. Filon re: exit financing |
| Pamela Zilly | 07/14/09 | 0.6 | Financing | Call with M. Shelnitz, F. Festa, H. La Force |
| Pamela Zilly | 07/14/09 | 0.5 | Financing | Review lender process memo |
| Jamie O'Connell | 07/15/09 | 0.4 | Financing | Various external and internal calls regarding exit financing |
| Matt Bonanno | 07/15/09 | 5.5 | Financing | Various external and internal calls regarding exit financing |
| Michael Sperling | 07/15/09 | 0.5 | Financing | Financing call with lenders |
| Michael Sperling | 07/15/09 | 2.7 | Financing | Summarized term sheets for exit financing |
| Pamela Zilly | 07/15/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 07/15/09 | 0.5 | Financing | Call with H. La Force |
| Pamela Zilly | 07/15/09 | 2.0 | Financing | Review second round term sheets |
| Jamie O'Connell | 07/16/09 | 0.2 | Financing | Call with M. Brown regarding financial forecast |
| Jamie O'Connell | 07/16/09 | 0.2 | Financing | Call with D. Nakashige regarding financial forecast |
| Matt Bonanno | 07/16/09 | 4.0 | Financing | Various external and internal calls regarding exit financing |
| Pamela Zilly | 07/16/09 | 0.5 | Financing | Call with potential exit lender |
| Pamela Zilly | 07/16/09 | 0.6 | Financing | Call with prospective lender to discuss insurance |
| Pamela Zilly | 07/16/09 | 1.0 | Financing | Various external and internal calls regarding exit financing |
| Jamie O'Connell | 07/17/09 | 2.7 | Financing | Review summary of terms sheets |
| Jamie O'Connell | 07/17/09 | 1.5 | Financing | Calls and meetings regarding exit financing |
| Jamie O'Connell | 07/17/09 | 0.4 | Financing | Hudson La Force exit financing lender diligence call |
| Matt Bonanno | 07/17/09 | 0.5 | Financing | Follow up call with Hudson La Force and Elyse Filon |
| Matt Bonanno | 07/17/09 | 3.5 | Financing | Various external and internal calls regarding exit financing |
| Matt Bonanno | 07/17/09 | 1.5 | Financing | Hudson La Force exit financing lender diligence call |
| Matt Bonanno | 07/17/09 | 0.4 | Financing | Follow up call with Hudson La Force and Elyse Filon |
| Michael Sperling | 07/17/09 | 1.5 | Financing | Hudson La Force exit financing lender diligence call |
| Michael Sperling | 07/17/09 | 0.4 | Financing | Follow up call with Hudson La Force and Elyse Filon |
| Pamela Zilly | 07/17/09 | 0.5 | Financing | Meeting with E. Filon |
| Pamela Zilly | 07/17/09 | 1.5 | Financing | H. La Force due diligence call with potential exit lenders |

## BLACKSTONE ADVISORY PARTNERS L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 07/18/09 | 1.5 | Financing | Answered potential lender diligence and model questions |
| Matt Bonanno | 07/20/09 | 0.4 | Financing | Organize lender diligence materials |
| Matt Bonanno | 07/20/09 | 0.2 | Financing | Call with prospective lender to discuss diligence requests |
| Matt Bonanno | 07/20/09 | 3.5 | Financing | Diligence sessions with prospective lenders and Grace management |
| Matt Bonanno | 07/20/09 | 0.5 | Financing | GCP diligence prep call |
| Michael Sperling | 07/20/09 | 3.0 | Financing | Exit financing meetings with G. Poling |
| Pamela Zilly | 07/20/09 | 1.0 | Financing | Meeting with G. Poling in advance of due diligence sessions |
| Pamela Zilly | 07/20/09 | 3.0 | Financing | Attend due diligence meetings with potential exit lenders and G. Poling |
| Matt Bonanno | 07/21/09 | 5.5 | Financing | Diligence sessions with prospective lenders and Grace management |
| Matt Bonanno | 07/21/09 | 0.9 | Financing | Organize additional lender diligence materials |
| Michael Sperling | 07/21/09 | 1.5 | Financing | Exit financing meetings with G. Poling |
| Pamela Zilly | 07/21/09 | 3.0 | Financing | Attend meetings with potential exit lenders and G. Poling |
| Pamela Zilly | 07/21/09 | 0.5 | Financing | Due diligence call with potential exit lender, management |
| Matt Bonanno | 07/22/09 | 4.0 | Financing | Diligence sessions with prospective lenders and Grace management |
| Matt Bonanno | 07/22/09 | 1.8 | Financing | Organize additional lender diligence materials |
| Michael Sperling | 07/22/09 | 1.2 | Financing | Updated model |
| Pamela Zilly | 07/22/09 | 0.6 | Financing | Due diligence call with potential exit lender, management |
| Matt Bonanno | 07/23/09 | 3.0 | Financing | Diligence sessions with prospective lenders and Grace management |
| Pamela Zilly | 07/23/09 | 0.9 | Financing | Call with management and internal team regarding exit financing |
| Matt Bonanno | 07/23/09 | 1.0 | Financing | Due diligence calls with potential exit lenders, management |
| Matt Bonanno | 07/24/09 | 1.5 | Financing | Diligence sessions with prospective lenders and Grace management |
| Michael Sperling | 07/24/09 | 0.9 | Financing | Prepared diligence items for potential exit lenders |
| Jamie O'Connell | 07/26/09 | 0.2 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 07/27/09 | 0.1 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 07/27/09 | 0.2 | Financing | Status meeting with M. Bonanno regarding exit financing |
| Matt Bonanno | 07/27/09 | 2.3 | Financing | Organize additional lender diligence materials |
| Matt Bonanno | 07/27/09 | 0.2 | Financing | Status meeting with J. O'Connell regarding exit financing |
| Michael Sperling | 07/27/09 | 0.6 | Financing | Spoke with potential exit lender re: diligence questions |
| Jamie O'Connell | 07/28/09 | 0.3 | Financing | Status meeting with M. Bonanno regarding exit financing |
| Matt Bonanno | 07/28/09 | 4.3 | Financing | Diligence sessions with prospective lenders and Grace management |
| Matt Bonanno | 07/28/09 | 0.3 | Financing | Status meeting with J. O'Connell regarding exit financing |
| Michael Sperling | 07/28/09 | 4.9 | Financing | Review and summarize exit financing commitment papers |
| Pamela Zilly | 07/28/09 | 2.0 | Financing | Read potential exit lender term sheets |
| Jamie O'Connell | 07/29/09 | 1.9 | Financing | Review exit financing commitment papers |
| Jamie O'Connell | 07/29/09 | 1.1 | Financing | Meeting with P. Zilly regarding exit financing and default interest |
| Jamie O'Connell | 07/29/09 | 0.3 | Financing | Correspondence to M. Sperling regarding default interest |
| Matt Bonanno | 07/29/09 | 2.1 | Financing | Review exit financing commitment papers |
| Michael Sperling | 07/29/09 | 1.3 | Financing | Review and summarize exit financing commitment papers |
| Pamela Zilly | 07/29/09 | 1.1 | Financing | Meeting with J. O'Connell re: exit financing and interest rate analyses |
| Pamela Zilly | 07/29/09 | 3.0 | Financing | Read potential exit lender term sheets |
| Jamie O'Connell | 07/30/09 | 0.6 | Financing | Review exit financing commitment papers |
| Jamie O'Connell | 07/30/09 | 4.5 | Financing | Meeting with management and counsel to review draft commitment papers |
| Jamie O'Connell | 07/30/09 | 0.9 | Financing | Meeting with P. Zilly, M. Bonanno, M. Sperling to discuss exit financing |
| Matt Bonanno | 07/30/09 | 6.0 | Financing | Meeting with management and counsel to review draft commitment papers |
| Matt Bonanno | 07/30/09 | 0.4 | Financing | Call with prospective lender to discuss term sheet |

## BLACKSTONE ADVISORY PARTNERS L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 07/30/09 | 0.9 | Financing | Meeting with P. Zilly, J. O'Connell and M. Sperling to discuss exit financing |
| Michael Sperling | 07/30/09 | 0.9 | Financing | Meeting with P. Zilly, J. O'Connell and M. Bonanno to discuss exit financing |
| Pamela Zilly | 07/30/09 | 6.0 | Financing | Meeting at K&E re: exit financing |
| Pamela Zilly | 07/30/09 | 1.2 | Financing | Call with H. La Force |
| Pamela Zilly | 07/30/09 | 0.3 | Financing | Call with E. Filon |
| Pamela Zilly | 07/30/09 | 1.0 | Financing | Review potential exit lender term sheets |
| Pamela Zilly | 07/30/09 | 0.9 | Financing | Meeting with internal team re: exit financing |
| Matt Bonanno | 07/31/09 | 1.2 | Financing | Calls with various lenders regarding exit financing proposals |
| Pamela Zilly | 07/31/09 | 0.4 | Financing | Call with potential exit lender |
| | | 161.4 | | |

## BLACKSTONE ADVISORY PARTNERS L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/01/09 | 0.4 | Plan and Disclosure Statement | Call with P. Zilly regarding deposition prep |
| Michael Sperling | 07/01/09 | 4.5 | Plan and Disclosure Statement | Comparables trading analysis, diligence tasks for feasibility report |
| Pamela Zilly | 07/01/09 | 3.0 | Plan and Disclosure Statement | Meeting with counsel |
| Pamela Zilly | 07/01/09 | 0.4 | Plan and Disclosure Statement | Call with J. O'Connell re: deposition prep |
| Michael Sperling | 07/02/09 | 2.3 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Pamela Zilly | 07/02/09 | 5.0 | Plan and Disclosure Statement | Sit for deposition |
| Pamela Zilly | 07/02/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 07/03/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 07/06/09 | 3.9 | Plan and Disclosure Statement | Feasibility analysis |
| Matt Bonanno | 07/06/09 | 1.0 | Plan and Disclosure Statement | Feasibility analysis |
| Michael Sperling | 07/06/09 | 5.5 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Jamie O'Connell | 07/07/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno and M. Sperling regarding various matters |
| Jamie O'Connell | 07/07/09 | 0.4 | Plan and Disclosure Statement | Follow-up meeting with M. Bonanno and M. Sperling regarding various matters |
| Jamie O'Connell | 07/07/09 | 1.4 | Plan and Disclosure Statement | Feasibility analysis |
| Matt Bonanno | 07/07/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and M. Sperling regarding various matters |
| Matt Bonanno | 07/07/09 | 0.4 | Plan and Disclosure Statement | Follow-up meeting with J. O'Connell and M. Sperling regarding various matters |
| Michael Sperling | 07/07/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno and J. O'Connell regarding various matters |
| Michael Sperling | 07/07/09 | 0.4 | Plan and Disclosure Statement | Follow-up meeting with M. Bonanno and J. O'Connell regarding various matters |
| Michael Sperling | 07/07/09 | 7.6 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Pamela Zilly | 07/07/09 | 2.0 | Plan and Disclosure Statement | Review and rewrite of draft feasibility expert report |
| Pamela Zilly | 07/07/09 | 0.3 | Plan and Disclosure Statement | Internal team call on draft feasibility expert report |
| Pamela Zilly | 07/07/09 | 1.0 | Plan and Disclosure Statement | Review draft feasibility expert report |
| Jamie O'Connell | 07/08/09 | 0.3 | Plan and Disclosure Statement | Feasibility analysis |
| Jamie O'Connell | 07/08/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly and M. Bonanno regarding various matters |
| Matt Bonanno | 07/08/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly and J. O'Connell regarding various matters |
| Michael Sperling | 07/08/09 | 0.2 | Plan and Disclosure Statement | Spoke to D. Grebow re: financial information for feasibility report |
| Pamela Zilly | 07/08/09 | 1.0 | Plan and Disclosure Statement | Review draft feasibility expert report |
| Pamela Zilly | 07/08/09 | 0.3 | Plan and Disclosure Statement | Internal team call |
| Jamie O'Connell | 07/09/09 | 0.2 | Plan and Disclosure Statement | Status call with P. Zilly, M. Bonanno |
| Matt Bonanno | 07/09/09 | 0.2 | Plan and Disclosure Statement | Status call with P. Zilly and J. O'Connell |
| Pamela Zilly | 07/09/09 | 0.2 | Plan and Disclosure Statement | Call with internal team |
| Pamela Zilly | 07/10/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 07/10/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein and T. Freedman, J. O'Connell |
| Pamela Zilly | 07/10/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 07/10/09 | 0.4 | Plan and Disclosure Statement | Read discovery responses |
| Jamie O'Connell | 07/13/09 | 0.4 | Plan and Disclosure Statement | Analysis related to plan objection |
| Jamie O'Connell | 07/13/09 | 0.4 | Plan and Disclosure Statement | Meeting with M. Sperling regarding plan objection analysis |
| Michael Sperling | 07/13/09 | 0.4 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding plan objection analysis |
| Michael Sperling | 07/13/09 | 2.4 | Plan and Disclosure Statement | L/C interest calculation analysis |
| Jamie O'Connell | 07/14/09 | 0.9 | Plan and Disclosure Statement | Analysis related to plan objection |
| Jamie O'Connell | 07/14/09 | 0.3 | Plan and Disclosure Statement | Analysis related to plan objection |
| Michael Sperling | 07/14/09 | 1.1 | Plan and Disclosure Statement | L/C interest calculation analysis |
| Pamela Zilly | 07/14/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 07/14/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 07/15/09 | 0.4 | Plan and Disclosure Statement | Status update call with P. Zilly |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JULY 1, 2009 THROUGH JULY 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/15/09 | 0.3 | Plan and Disclosure Statement | Calls with E. Leibenstein, T. Freedman |
| Pamela Zilly | 07/15/09 | 1.5 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report |
| Pamela Zilly | 07/15/09 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 07/15/09 | 2.5 | Plan and Disclosure Statement | Work on discovery requests, draft feasibility expert report |
| Pamela Zilly | 07/15/09 | 0.4 | Plan and Disclosure Statement | Call with J. O'Connell |
| Pamela Zilly | 07/15/09 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman |
| Jamie O'Connell | 07/16/09 | 5.3 | Plan and Disclosure Statement | Feasibility analysis |
| Jamie O'Connell | 07/16/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and E. Leibenstein regarding feasibility analysis |
| Pamela Zilly | 07/16/09 | 0.4 | Plan and Disclosure Statement | Calls with E. Leibenstein |
| Pamela Zilly | 07/16/09 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell and E. Leibenstein |
| Pamela Zilly | 07/16/09 | 1.5 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 07/16/09 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman. |
| Pamela Zilly | 07/17/09 | 0.4 | Plan and Disclosure Statement | Calls with E. Leibenstein |
| Pamela Zilly | 07/17/09 | 1.0 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report |
| Matt Bonanno | 07/18/09 | 0.3 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 07/18/09 | 1.5 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report |
| Michael Sperling | 07/19/09 | 2.2 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Jamie O'Connell | 07/20/09 | 0.3 | Plan and Disclosure Statement | Correspondence regarding liquidation analysis |
| Michael Sperling | 07/20/09 | 2.3 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Pamela Zilly | 07/20/09 | 0.7 | Plan and Disclosure Statement | Read pleadings |
| Pamela Zilly | 07/20/09 | 0.4 | Plan and Disclosure Statement | Calls with E. Leibenstein |
| Pamela Zilly | 07/20/09 | 2.0 | Plan and Disclosure Statement | Review backup to draft feasibility expert report |
| Pamela Zilly | 07/20/09 | 1.5 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report |
| Michael Sperling | 07/21/09 | 4.7 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Pamela Zilly | 07/21/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 07/21/09 | 0.3 | Plan and Disclosure Statement | Call with H. La Force |
| Pamela Zilly | 07/21/09 | 3.0 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report |
| Pamela Zilly | 07/21/09 | 1.0 | Plan and Disclosure Statement | Call management, counsel re: discovery requests |
| Pamela Zilly | 07/21/09 | 1.0 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report |
| Pamela Zilly | 07/21/09 | 0.8 | Plan and Disclosure Statement | Read pleadings |
| Michael Sperling | 07/22/09 | 2.8 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Pamela Zilly | 07/22/09 | 2.5 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report |
| Pamela Zilly | 07/22/09 | 0.4 | Plan and Disclosure Statement | Call with H. La Force |
| Pamela Zilly | 07/22/09 | 0.5 | Plan and Disclosure Statement | Attend to discovery requests |
| Pamela Zilly | 07/22/09 | 2.5 | Plan and Disclosure Statement | Review backup to draft feasibility expert report |
| Jamie O'Connell | 07/23/09 | 0.3 | Plan and Disclosure Statement | Correspondence regarding feasibility report |
| Michael Sperling | 07/23/09 | 4.1 | Plan and Disclosure Statement | Interest calculations on prepetition bank debt |
| Michael Sperling | 07/23/09 | 3.8 | Plan and Disclosure Statement | Feasibility Report and supporting analysis |
| Pamela Zilly | 07/23/09 | 4.0 | Plan and Disclosure Statement | Review and rewrite draft feasibility expert report; review backup |
| Pamela Zilly | 07/23/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 07/24/09 | 1.2 | Plan and Disclosure Statement | Feasibility analysis |
| Pamela Zilly | 07/24/09 | 3.0 | Plan and Disclosure Statement | Finalize feasibility expert report |
| Pamela Zilly | 07/24/09 | 0.5 | Plan and Disclosure Statement | Read pleadings |
| Jamie O'Connell | 07/27/09 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 07/27/09 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell |

Page 9 of 10

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/27/09 | 0.8 | Plan and Disclosure Statement | Emails/calls with E. Filon, counsel re: confirmation hearing |
| Pamela Zilly | 07/28/09 | 1.3 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings, pleadings |
| Pamela Zilly | 07/29/09 | 0.9 | Plan and Disclosure Statement | Call with M. Shelnitz, T. Freedman, E. Filon, A. Gregory, E. Leibenstein re: confirmation hearing |
| Pamela Zilly | 07/30/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 07/30/09 | 0.8 | Plan and Disclosure Statement | Review and provide comments on interest rate analyses |
| Pamela Zilly | 07/31/09 | 0.3 | Plan and Disclosure Statement | Distribute interest rate analysis |
| Pamela Zilly | 07/31/09 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman |
| | | **120.3** | | |