# THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | *Objections Due: 1/4/10 @ 4:00 pm* |

## EIGHTY-FIRST APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. (formerly, Blackstone Advisory Services L.P.) |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2009 though August 31, 2009 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,367.44 |
| Amount of Cash Payment Sought: | $142,367.44 |

This is a _x_ monthly __ interim ____ final application

2597096.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/08 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 120,000.00 | 1,515.13 | 30,000.00 | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 120,000.00 | 1,757.02 | 30,000.00 | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 140,000.00 | 1,515.13 | 35,000.00 | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | 35,000.00 | -- |
| N/A | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | -- | -- | -- | -- |
| N/A | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

December 12, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of August 1, 2009 through August 31, 2009: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through August 31, 2009:[1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 285.41 | |
| Communications | | 31.26 | |
| Meals | | 858.70 | |
| Lodging | | 1,127.97 | |
| Document Production | | 64.10 | 2,367.44 |
| **Total Amount Due** | $ | | **142,367.44** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 38620

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through August 31, 2009
Invoice No. 38620

|  | GL Detail Sep-09 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 242.65 | $ 242.65 |
| Ground Transportation - Local Travel | 42.76 | 42.76 |
| Communications - Federal Express | 31.26 | 31.26 |
| Meals with Clients | 574.47 | 574.47 |
| Employee Meals | 284.23 | 284.23 |
| Lodging | 1,127.97 | 1,127.97 |
| Document Production | 64.10 | 64.10 |
| **Total Expenses** | **$ 2,367.44** | **$ 2,367.44** |

| | |
|---|---|
| **Ground Transportation** | 285.41 |
| **Communications** | 31.26 |
| **Meals** | 858.70 |
| **Lodging** | 1,127.97 |
| **Document Production** | 64.10 |
| **Total Expenses** | **$ 2,367.44** |

W.R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2009
Invoice No. 38620

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Bonanno (car to JFK Airport in Queens, NY from home) | 08/09/09 | 84.48 | |
| O'Connell (car home from Blackstone after working late) | 08/17/09 | 87.31 | |
| Otero for Zilly (car to JFK Airport in Queens, NY from Blackstone) | 07/20/09 | 70.86 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | $    242.65 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Bonanno (weeknight taxi home from Blackstone after working late) | 07/22/09 | 11.28 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 07/23/09 | 11.16 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 07/24/09 | 10.12 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 07/30/09 | 10.20 | |
| | Subtotal - Ground Transportation - Local Travel | | 42.76 |

**Communications - Federal Express**

| | | | |
|---|---|---|---|
| Lysle for Bonanno | 07/24/09 | 7.83 | |
| Otero for Zilly | 07/20/09 | 23.43 | |
| | Subtotal - Communications - Federal Express | | 31.26 |

**Meals with Clients**

| | | | |
|---|---|---|---|
| Bonanno (catered breakfast meal for 10 people during client meeting held @ Blackstone) | 07/21/09 | 163.02 | |
| Bonanno (catered lunch meal for 9 people during client meeting held @ Blackstone) | 07/20/09 | 288.86 | |
| Bonanno (working dinner meal with Agresti & Pate of W.R. Grace in Frankfurt, Germany) | 08/11/09 | 122.59 | |
| | Subtotal - Meals with Clients | | 574.47 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 04/15/09 | 25.00 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/07/09 | 25.00 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/14/09 | 25.00 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/20/09 | 25.00 | |
| Bonanno (working lunch meal @ Blackstone) | 07/21/09 | 8.04 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/22/09 | 25.00 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/24/09 | 25.00 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late) | 07/28/09 | 21.57 | |
| Bonanno (working breakfast meal while Frankfurt, Germany) | 08/10/09 | 5.44 | |
| Bonanno (working lunch meal while Frankfurt, Germany) | 08/10/09 | 13.45 | |
| Bonanno (working breakfast meal while Frankfurt, Germany) | 08/11/09 | 10.73 | |
| Bonanno (working dinner meal while in Frankfurt, Germany) | 08/12/09 | 15.32 | |
| O'Connell (2 working dinner meals for M. Sperling & J. O'Connell @ Blackstone while working late) | 08/03/09 | 34.68 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 08/12/09 | 25.00 | |
| | Subtotal - Employee Meals | | 284.23 |

**Lodging**

| | | | |
|---|---|---|---|
| Zilly (4 day hotel stay in Pittsburgh, PA) | 06/21/09 - 06/25/09 | 1,127.97 | |
| | Subtotal - Lodging | | 1,127.97 |

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell (45 black & white photocopies calculated @ a rate of $0.10 per page) | 08/09/09 | 4.50 | |
| Sperling (396 black & white photocopies calculated @ a rate of $0.10 per page) | 08/11/09 | 39.60 | |
| Zilly (100 black & white photocopies calculated @ a rate of $0.10 per page) | 08/13/09 | 10.00 | |
| Zilly (100 black & white photocopies calculated @ a rate of $0.10 per page) | 08/18/09 | 10.00 | |
| | Subtotal - Document Production | | 64.10 |
| | **Total Expenses** | | $    2,367.44 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 125.9 |
| Jamie O'Connell | Vice President | 61.4 |
| Matthew Bonnano | Associate | 65.1 |
| Michael Sperling | Analyst | 46.8 |
| | Total | 299.2 |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/06/09 | 0.2 | Business Analysis | Correspondence with J. Petru regarding new business development |
| Jamie O'Connell | 08/11/09 | 0.3 | Business Analysis | Call with J. Petru regarding new business development |
| Jamie O'Connell | 08/12/09 | 0.2 | Business Analysis | Correspondence with J. Petru regarding new business development |
| Jamie O'Connell | 08/25/09 | 0.2 | Business Analysis | Correspondence to J. Petru regarding new business development |
| Jamie O'Connell | 08/26/09 | 0.3 | Business Analysis | Review of ART presentation and related correspondence |
| Jamie O'Connell | 08/31/09 | 0.1 | Business Analysis | Call with P. Hanlon regarding new business development |
| | | 1.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/04/09 | 0.5 | Committee | Call with B. Frezza re: same |
| Jamie O'Connell | 08/14/09 | 0.4 | Committee | Conference call with financial advisors regarding new business development |
| Matt Bonanno | 08/20/09 | 0.3 | Committee | Manage committee information requests |
| Matt Bonanno | 08/24/09 | 0.4 | Committee | Manage committee information requests |
| Jamie O'Connell | 08/26/09 | 0.3 | Committee | Correspondence to committee advisor regarding new business development |
| | | 1.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 08/14/09 | 2.5 | Corporate Finance | Cost of equity analysis for H. La Force |
| Michael Sperling | 08/15/09 | 2.8 | Corporate Finance | Cost of equity analysis for H. La Force |
| Michael Sperling | 08/19/09 | 1.4 | Corporate Finance | Debt / total cap analysis for H. La Force |
| | | 6.7 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/02/09 | 1.3 | Financing | Exit financing analysis |
| Matt Bonanno | 08/02/09 | 1.1 | Financing | Exit financing analysis |
| Michael Sperling | 08/02/09 | 1.5 | Financing | Fee summary for exit financing |
| Pamela Zilly | 08/02/09 | 2.0 | Financing | Review potential exit lender draft term sheets, other correspondence re: same |
| Jamie O'Connell | 08/03/09 | 4.3 | Financing | Meetings, calls and analysis related to exit financing |
| Matt Bonanno | 08/03/09 | 4.3 | Financing | Meetings, calls and analysis related to exit financing |
| Michael Sperling | 08/03/09 | 4.3 | Financing | Meetings, calls and analysis related to exit financing |
| Michael Sperling | 08/03/09 | 1.2 | Financing | Summary of flex analysis for exit financing |
| Michael Sperling | 08/03/09 | 1.7 | Financing | Covenant analysis for exit financing |
| Pamela Zilly | 08/03/09 | 1.0 | Financing | Review summaries of terms sheets |
| Pamela Zilly | 08/03/09 | 0.4 | Financing | Call with T. Freedman, E. Filon re: exit financing |
| Pamela Zilly | 08/03/09 | 0.7 | Financing | Call with E. Filon, internal team re: exit financing |
| Pamela Zilly | 08/03/09 | 2.0 | Financing | Call with H. La Force, E. Filon, A. Gregory re: term sheets |
| Pamela Zilly | 08/03/09 | 3.0 | Financing | Review summaries of terms sheets, terms sheets |
| Jamie O'Connell | 08/04/09 | 0.8 | Financing | Review draft exit financing term sheet |
| Jamie O'Connell | 08/04/09 | 0.4 | Financing | Analysis of interest on pre-petition bank debt claims |
| Jamie O'Connell | 08/04/09 | 3.6 | Financing | Meetings, calls and analysis related to exit financing |
| Matt Bonanno | 08/04/09 | 1.2 | Financing | Call with prospective exit financing lender to review commitment papers |
| Michael Sperling | 08/04/09 | 0.6 | Financing | Update fee summary |
| Michael Sperling | 08/04/09 | 0.7 | Financing | Revise / update covenant analysis for exit financing |
| Pamela Zilly | 08/04/09 | 0.5 | Financing | Call with potential exit lender |
| Pamela Zilly | 08/04/09 | 1.0 | Financing | Call with E. Filon, A. Gregory re: terms sheets |
| Jamie O'Connell | 08/05/09 | 4.8 | Financing | Conference calls related to exit financing |
| Jamie O'Connell | 08/05/09 | 1.3 | Financing | Meeting to review and comment on draft commitment papers |
| Matt Bonanno | 08/05/09 | 2.8 | Financing | Conference calls related to exit financing |
| Matt Bonanno | 08/05/09 | 1.3 | Financing | Meeting to review and comment on draft commitment papers |
| Matt Bonanno | 08/05/09 | 1.2 | Financing | Financial analysis related to exit financing |
| Pamela Zilly | 08/05/09 | 1.0 | Financing | Call with E. Filon |
| Pamela Zilly | 08/05/09 | 0.7 | Financing | Review analyses of terms sheets provisions |
| Pamela Zilly | 08/05/09 | 1.0 | Financing | Call with H. La Force, E. Filon, A. Gregory re: terms sheets |
| Pamela Zilly | 08/05/09 | 1.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 08/05/09 | 2.0 | Financing | Call with H. La Force, E. Filon, A. Gregory re: term sheets |
| Pamela Zilly | 08/05/09 | 1.0 | Financing | Various calls with E. Filon |
| Pamela Zilly | 08/05/09 | 1.0 | Financing | Call on potential lender due diligence items |
| Pamela Zilly | 08/05/09 | 1.3 | Financing | Meeting with J O'Connell, M. Bonanno re: comments to terms sheets |
| Pamela Zilly | 08/05/09 | 1.5 | Financing | Review term sheet comments |
| Jamie O'Connell | 08/06/09 | 0.4 | Financing | Internal status update meeting |
| Jamie O'Connell | 08/06/09 | 0.3 | Financing | Call with prospective exit financing lender |
| Matt Bonanno | 08/06/09 | 0.5 | Financing | Financial analysis related to exit financing |
| Matt Bonanno | 08/06/09 | 0.4 | Financing | Internal status update meeting |
| Matt Bonanno | 08/06/09 | 0.3 | Financing | Call with prospective exit financing lender |
| Matt Bonanno | 08/06/09 | 1.2 | Financing | Review draft commitment papers |
| Michael Sperling | 08/06/09 | 0.4 | Financing | Internal status update meeting |
| Pamela Zilly | 08/06/09 | 1.2 | Financing | Calls to potential exit lenders |
| Pamela Zilly | 08/06/09 | 1.0 | Financing | Review marked documents |
| Pamela Zilly | 08/06/09 | 0.4 | Financing | Call with M. Bonanno, J. O'Connell |
| Pamela Zilly | 08/06/09 | 0.2 | Financing | Review pricing analysis |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/07/09 | 0.5 | Financing | Review covenant proposal for draft exit financing term sheet |
| Jamie O'Connell | 08/07/09 | 0.3 | Financing | Review draft commitment letter |
| Matt Bonanno | 08/07/09 | 0.5 | Financing | Review covenant proposal for draft exit financing term sheet |
| Matt Bonanno | 08/07/09 | 0.6 | Financing | Call with Hudson La Force |
| Matt Bonanno | 08/07/09 | 1.2 | Financing | Legal due diligence call |
| Matt Bonanno | 08/07/09 | 0.4 | Financing | Review draft commitment papers |
| Michael Sperling | 08/07/09 | 0.5 | Financing | Review covenant proposal for draft exit financing term sheet |
| Pamela Zilly | 08/07/09 | 1.0 | Financing | Review marked documents |
| Pamela Zilly | 08/07/09 | 0.5 | Financing | Correspondence with E. Filon re document issues |
| Pamela Zilly | 08/07/09 | 0.5 | Financing | Review further documents |
| Michael Sperling | 08/08/09 | 1.2 | Financing | Revise / update covenant analysis for exit financing |
| Pamela Zilly | 08/08/09 | 0.4 | Financing | Call with potential exit lender |
| Pamela Zilly | 08/08/09 | 1.5 | Financing | Review exit lender marked documents |
| Jamie O'Connell | 08/09/09 | 0.5 | Financing | Exit financing analysis |
| Matt Bonanno | 08/09/09 | 8.0 | Financing | Travel to Grace Davison facility in Worms Germany |
| Michael Sperling | 08/09/09 | 0.5 | Financing | Revise / update covenant analysis for exit financing |
| Jamie O'Connell | 08/10/09 | 0.3 | Financing | Exit financing analysis |
| Jamie O'Connell | 08/10/09 | 1.5 | Financing | Meeting with prospective exit financing lender, management and counsel |
| Jamie O'Connell | 08/10/09 | 0.3 | Financing | Meeting with management and counsel |
| Matt Bonanno | 08/10/09 | 4.3 | Financing | Management meetings in Worms Germany |
| Michael Sperling | 08/10/09 | 1.4 | Financing | Review model changes with M. Brown |
| Pamela Zilly | 08/10/09 | 1.5 | Financing | Meeting with management, counsel, potential exit lender and counsel |
| Pamela Zilly | 08/10/09 | 2.0 | Financing | Meeting with E. Filon, A. Gregory re  meeting |
| Pamela Zilly | 08/10/09 | 1.0 | Financing | Call with H. La Force, E. Filon, A. Gregory re meeting |
| Jamie O'Connell | 08/11/09 | 0.2 | Financing | Call with M. Brown regarding exit financing |
| Jamie O'Connell | 08/11/09 | 0.4 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 08/11/09 | 1.0 | Financing | Call with prospective exit financing lender and management |
| Jamie O'Connell | 08/11/09 | 0.5 | Financing | Status meeting with internal team |
| Matt Bonanno | 08/11/09 | 7.5 | Financing | Management/lender diligence meetings in Worms Germany |
| Michael Sperling | 08/11/09 | 0.8 | Financing | Review Ashland covenants for E. Filon |
| Michael Sperling | 08/11/09 | 0.5 | Financing | Status meeting with internal team |
| Pamela Zilly | 08/11/09 | 0.5 | Financing | Correspondence with E. Filon re document issues |
| Pamela Zilly | 08/11/09 | 0.4 | Financing | Correspondence with potential exit lender re terms |
| Pamela Zilly | 08/11/09 | 1.0 | Financing | Call with potential exit lender |
| Pamela Zilly | 08/11/09 | 0.5 | Financing | Internal team meeting |
| Jamie O'Connell | 08/12/09 | 0.3 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 08/12/09 | 2.7 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 08/12/09 | 0.3 | Financing | Correspondence with committee advisors regarding new business development |
| Matt Bonanno | 08/12/09 | 8.0 | Financing | Travel from Grace Davison facility in Worms Germany |
| Michael Sperling | 08/12/09 | 2.2 | Financing | Revise / update covenant analysis and EBITDA definition for exit financing |
| Michael Sperling | 08/12/09 | 1.6 | Financing | Update exit financing structure summary |
| Michael Sperling | 08/12/09 | 1.8 | Financing | Revise / update covenant analysis and EBITDA definition for exit financing |
| Pamela Zilly | 08/12/09 | 0.3 | Financing | Meeting with J. O'Connell |
| Pamela Zilly | 08/12/09 | 2.7 | Financing | Call with management, counsel re  exit financing documents |
| Pamela Zilly | 08/12/09 | 1.0 | Financing | Review marked exit financing documents |
| Pamela Zilly | 08/12/09 | 0.2 | Financing | Call with E. Leibenstein |
| Jamie O'Connell | 08/13/09 | 0.3 | Financing | Status meeting with P. Zilly |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/13/09 | 0.5 | Financing | Exit financing analysis |
| Jamie O'Connell | 08/13/09 | 1.1 | Financing | Call with management regarding exit financing |
| Michael Sperling | 08/13/09 | 0.9 | Financing | Fee summary for GS alternative structure |
| Michael Sperling | 08/13/09 | 1.5 | Financing | Flex provision analysis for E. Filon |
| Pamela Zilly | 08/13/09 | 0.3 | Financing | Meeting with J. O'Connell |
| Pamela Zilly | 08/13/09 | 1.1 | Financing | Call with E. Filon re: exit financing |
| Pamela Zilly | 08/13/09 | 0.5 | Financing | Review key points memo |
| Pamela Zilly | 08/13/09 | 0.5 | Financing | Review covenant and pricing analysis |
| Pamela Zilly | 08/13/09 | 1.0 | Financing | Review fee summary |
| Jamie O'Connell | 08/14/09 | 0.9 | Financing | Exit financing analysis |
| Jamie O'Connell | 08/14/09 | 4.8 | Financing | Exit financing analyses and calls |
| Matt Bonanno | 08/14/09 | 2.9 | Financing | Exit financing analyses and calls |
| Michael Sperling | 08/14/09 | 3.5 | Financing | Updated fee analysis for exit financing |
| Michael Sperling | 08/14/09 | 5.9 | Financing | Exit financing analyses and calls |
| Pamela Zilly | 08/14/09 | 1.0 | Financing | Call with E. Filon, J. Connell re: terms sheets |
| Pamela Zilly | 08/14/09 | 1.5 | Financing | Call with E. Filon, H. La Force re: term sheets |
| Pamela Zilly | 08/14/09 | 0.7 | Financing | Call with E. Filon |
| Jamie O'Connell | 08/15/09 | 0.9 | Financing | Exit financing analysis and other financial analysis |
| Pamela Zilly | 08/15/09 | 1.0 | Financing | Call with E. Filon, A. Gregory |
| Pamela Zilly | 08/15/09 | 0.5 | Financing | Review document comments list |
| Jamie O'Connell | 08/16/09 | 2.3 | Financing | Exit financing analysis |
| Matt Bonanno | 08/16/09 | 0.8 | Financing | Financial analysis related to exit financing |
| Jamie O'Connell | 08/17/09 | 0.8 | Financing | Meetings with internal team regarding exit financing analysis |
| Jamie O'Connell | 08/17/09 | 0.9 | Financing | Call with management, counsel and prospective exit financing lender (did not attend entire call) |
| Jamie O'Connell | 08/17/09 | 1.5 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 08/17/09 | 1.4 | Financing | Exit financing analysis |
| Matt Bonanno | 08/17/09 | 1.4 | Financing | Call with management, counsel and prospective exit financing lender |
| Matt Bonanno | 08/17/09 | 0.8 | Financing | Meetings with internal team regarding exit financing analysis |
| Matt Bonanno | 08/17/09 | 0.6 | Financing | Financial analysis related to exit financing |
| Michael Sperling | 08/17/09 | 0.8 | Financing | Meetings with internal team regarding exit financing analysis |
| Pamela Zilly | 08/17/09 | 1.0 | Financing | Call with E. Filon, potential exit lender, counsel |
| Pamela Zilly | 08/17/09 | 0.5 | Financing | Prepare MAC thoughts |
| Pamela Zilly | 08/17/09 | 0.8 | Financing | Meetings with internal team re: exit financing |
| Pamela Zilly | 08/17/09 | 0.6 | Financing | Review fee calculations |
| Jamie O'Connell | 08/18/09 | 0.8 | Financing | Call with management and prospective exit financing lender |
| Jamie O'Connell | 08/18/09 | 0.3 | Financing | Internal status update meeting |
| Matt Bonanno | 08/18/09 | 0.3 | Financing | Internal status update meeting |
| Matt Bonanno | 08/18/09 | 0.8 | Financing | Call with management and prospective exit financing lender |
| Matt Bonanno | 08/18/09 | 1.2 | Financing | Financial analysis related to exit financing |
| Michael Sperling | 08/18/09 | 2.0 | Financing | Debt parameter analysis |
| Pamela Zilly | 08/18/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 08/18/09 | 1.0 | Financing | Review marked documents |
| Pamela Zilly | 08/18/09 | 0.5 | Financing | Comment on exit lender business issue list |
| Pamela Zilly | 08/18/09 | 0.3 | Financing | Meeting with internal team re exit financing |
| Jamie O'Connell | 08/19/09 | 1.0 | Financing | Calls with management and counsel regarding exit financing |
| Jamie O'Connell | 08/19/09 | 0.5 | Financing | Call with management and prospective exit financing lender (did not attend entire call) |
| Jamie O'Connell | 08/19/09 | 2.6 | Financing | Follow-up call with management and counsel regarding exit financing |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/19/09 | 0.3 | Financing | Internal status update meeting |
| Matt Bonanno | 08/19/09 | 2.6 | Financing | Follow-up call with management and counsel regarding exit financing |
| Matt Bonanno | 08/19/09 | 0.3 | Financing | Internal status update meeting |
| Matt Bonanno | 08/19/09 | 1.2 | Financing | Financial analysis related to exit financing |
| Pamela Zilly | 08/19/09 | 1.0 | Financing | Call with management, counsel re: exit lender documents |
| Jamie O'Connell | 08/20/09 | 0.5 | Financing | Financial analysis |
| Jamie O'Connell | 08/20/09 | 0.4 | Financing | Calls regarding exit financing |
| Matt Bonanno | 08/20/09 | 0.5 | Financing | Financial analysis related to exit financing |
| Michael Sperling | 08/20/09 | 0.4 | Financing | Rockwood analysis |
| Jamie O'Connell | 08/21/09 | 0.4 | Financing | Financial analysis |
| Jamie O'Connell | 08/24/09 | 0.4 | Financing | Call with management and prospective exit financing lender |
| Matt Bonanno | 08/24/09 | 0.4 | Financing | Call with management and prospective exit financing lender |
| Matt Bonanno | 08/24/09 | 1.5 | Financing | Call with management and prospective exit financing institutions re: status update |
| Pamela Zilly | 08/24/09 | 0.3 | Financing | Call with H. La Force |
| Pamela Zilly | 08/24/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 08/24/09 | 2.0 | Financing | Calls with potential exit lenders |
| Pamela Zilly | 08/24/09 | 0.5 | Financing | Calls with E. Filon |
| Jamie O'Connell | 08/25/09 | 1.4 | Financing | Call with management and prospective exit financing lender |
| Matt Bonanno | 08/25/09 | 1.3 | Financing | Financial analysis |
| Matt Bonanno | 08/25/09 | 1.4 | Financing | Call with management and prospective exit financing lender |
| Pamela Zilly | 08/25/09 | 1.5 | Financing | Call with potential exit lender, managementment re: rating agency |
| Matt Bonanno | 08/26/09 | 0.7 | Financing | Financial analysis |
| Jamie O'Connell | 08/27/09 | 0.3 | Financing | Correspondence and call regarding exit financing analysis |
| Jamie O'Connell | 08/28/09 | 0.1 | Financing | Call with E. Filon |
| Jamie O'Connell | 08/28/09 | 2.1 | Financing | Financial analysis |
| Matt Bonanno | 08/28/09 | 0.1 | Financing | Call with E. Filon |
| Michael Sperling | 08/31/09 | 1.7 | Financing | Lead Bank analysis for exit financing |
| | | 211.7 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 08/03/09 | 0.8 | Plan and Disclosure Statement | Analysis of interest on pre-petition bank debt claims |
| Jamie O'Connell | 08/04/09 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Michael Sperling | 08/04/09 | 0.3 | Plan and Disclosure Statement | Revise analysis of interest on pre-petition bank debt claims |
| Pamela Zilly | 08/04/09 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: pleadings and confirmation hearing |
| Pamela Zilly | 08/04/09 | 1.0 | Plan and Disclosure Statement | Review interest rate calculations |
| Jamie O'Connell | 08/05/09 | 0.5 | Plan and Disclosure Statement | Analysis of interest on pre-petition bank debt claims |
| Pamela Zilly | 08/05/09 | 2.0 | Plan and Disclosure Statement | Review and provide comments re: Best Interests - Plan Proponents Brief |
| Pamela Zilly | 08/05/09 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 08/05/09 | 0.3 | Plan and Disclosure Statement | Call with D. Bohl re: comments to Plan Proponents Brief |
| Jamie O'Connell | 08/06/09 | 0.2 | Plan and Disclosure Statement | Analysis of interest on pre-petition bank debt claims |
| Pamela Zilly | 08/06/09 | 2.0 | Plan and Disclosure Statement | Prepare draft of Frezza Rebuttal Report |
| Pamela Zilly | 08/06/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 08/06/09 | 1.0 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Pamela Zilly | 08/07/09 | 0.7 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 08/08/09 | 2.5 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Pamela Zilly | 08/09/09 | 2.0 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Pamela Zilly | 08/10/09 | 1.0 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Pamela Zilly | 08/10/09 | 2.0 | Plan and Disclosure Statement | Meeting with E. Leibenstein |
| Pamela Zilly | 08/11/09 | 3.0 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Pamela Zilly | 08/11/09 | 1.5 | Plan and Disclosure Statement | Meeting with counsel |
| Pamela Zilly | 08/11/09 | 1.0 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Pamela Zilly | 08/11/09 | 3.0 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Jamie O'Connell | 08/12/09 | 0.9 | Plan and Disclosure Statement | Read pleadings |
| Michael Sperling | 08/12/09 | 1.1 | Plan and Disclosure Statement | Analysis of confirmation issue |
| Pamela Zilly | 08/12/09 | 2.0 | Plan and Disclosure Statement | Interest rate data for K&E |
| Pamela Zilly | 08/13/09 | 1.0 | Plan and Disclosure Statement | Draft Frezza Rebuttal Report |
| Pamela Zilly | 08/13/09 | 0.2 | Plan and Disclosure Statement | Research for Frezza deposition |
| Pamela Zilly | 08/13/09 | 1.5 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 08/13/09 | 3.0 | Plan and Disclosure Statement | Research for Frezza deposition |
| Pamela Zilly | 08/17/09 | 3.0 | Plan and Disclosure Statement | Draft Frezza rebuttal |
| Jamie O'Connell | 08/18/09 | 0.7 | Plan and Disclosure Statement | Prepare for deposition |
| Pamela Zilly | 08/18/09 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/18/09 | 2.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and confirmation hearing |
| Pamela Zilly | 08/18/09 | 4.0 | Plan and Disclosure Statement | Review backup materials for deposition |
| Michael Sperling | 08/19/09 | 0.3 | Plan and Disclosure Statement | Prepare for deposition |
| Pamela Zilly | 08/19/09 | 3.5 | Plan and Disclosure Statement | Internal status update meeting |
| Pamela Zilly | 08/19/09 | 2.5 | Plan and Disclosure Statement | Meeting with counsel |
| Pamela Zilly | 08/20/09 | 7.0 | Plan and Disclosure Statement | Prepare for deposition |
| Pamela Zilly | 08/21/09 | 0.4 | Plan and Disclosure Statement | Sit for deposition |
| Pamela Zilly | 08/23/09 | 1.0 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 08/24/09 | 1.2 | Plan and Disclosure Statement | Provide comments on draft feasibility brief |
| Pamela Zilly | 08/24/09 | 1.0 | Plan and Disclosure Statement | Analysis of feasibility point and call with management |
| Pamela Zilly | 08/24/09 | 0.3 | Plan and Disclosure Statement | Call with counsel re: brief and pleadings |
| Jamie O'Connell | 08/25/09 | 1.1 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 08/25/09 | 1.1 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/26/09 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: confirmation hearing, pleadings |
| Jamie O'Connell | 08/26/09 | 0.5 | Plan and Disclosure Statement | Analysis of plan of reorganization issue and related correspondence |
| | | | | Financial analysis related to pre-petition bank debt claims |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 08/26/09 | 0.5 | Plan and Disclosure Statement | Financial analysis related to pre-petition bank debt claims |
| Pamela Zilly | 08/27/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 08/27/09 | 3.0 | Plan and Disclosure Statement | Draft best interest report |
| Jamie O'Connell | 08/28/09 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly regarding expert report |
| Pamela Zilly | 08/28/09 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell |
| Pamela Zilly | 08/30/09 | 2.0 | Plan and Disclosure Statement | Draft best interest report |
| Jamie O'Connell | 08/31/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly and M. Bonanno |
| Matt Bonanno | 08/31/09 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 08/31/09 | 3.0 | Plan and Disclosure Statement | Finalize best interest report |
| Pamela Zilly | 08/31/09 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell, M. Bonanno |
| | | 77.6 | | |