## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

*Objections Due: 1/4/10 @ 4:00 pm*

**EIGHTY-SECOND APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. (formerly, Blackstone Advisory Services L.P.) |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2009 through September 30, 2009 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | <u>Total</u><br>$100,000.00 | (Holdback @ 20%)<br>($20,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,953.33 |
| Amount of Cash Payment Sought: | $83,953.33 |

This is a __x__ monthly ___ interim _____ final application

2597097.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/03 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 150,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 120,000.00 | 1,515.13 | 30,000.00 | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 120,000.00 | 1,757.02 | 30,000.00 | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 140,000.00 | 1,515.13 | 35,000.00 | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | 35,000.00 | -- |
| N/A | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | -- | -- | -- | -- |
| N/A | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | -- | -- | -- | -- |
| N/A | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

December 12, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of September 1, 2009 through September 30, 2009: | $ | | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (20,000.00) |

Out-of-pocket expenses processed for the period through September 30, 2009.[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 2,874.00 | |
| Ground Transportation | | 496.67 | |
| Meals | | 92.30 | |
| Lodging | | 377.86 | |
| Research | | 112.50 | 3,953.33 |
| **Total Amount Due** | | $ | **83,953.33** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 40555

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through September 30, 2009
Invoice No. 40555

|  | GL Detail Sep-09 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 2,874.00 | $ | 2,874.00 |
| Ground Transportation - Car Service - Elite | | 242.65 | | 242.65 |
| Ground Transportation -Out-of-Town Travel | | 254.02 | | 254.02 |
| Employee Meals | | 92.30 | | 92.30 |
| Lodging | | 377.86 | | 377.86 |
| Internal Research | | 112.50 | | 112.50 |
| **Total Expenses** | $ | 3,953.33 | $ | 3,953.33 |
| | | | | |
| **Airfare** | | | $ | 2,874.00 |
| **Ground Transportation** | | | | 496.67 |
| **Meals** | | | | 92.30 |
| **Lodging** | | | | 377.86 |
| **Research** | | | | 112.50 |
| | | | | |
| **Total Expenses** | | | $ | 3,953.33 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2009
Invoice No. 40555

**Airfare**

| | | | |
|---|---|---|---|
| Bonanno (one-way coach class flight to Frankfurt, Germany from Queens, NY) | 08/09/09 | 2,874.00 | |
| | Subtotal - Airfare | | $    2,874.00 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Bonanno (car to JFK Airport in Queens, NY from home) | 08/09/09 | 84.48 | |
| O'Connell (car home from Blackstone after working late) | 08/17/09 | 87.31 | |
| Otero for Pam Zilly (car to JFK Airport in Queens, NY from Blackstone) | 07/20/09 | 70.86 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 242.65 |

**Ground Transportation - Out-of-Town Travel**

| | | | |
|---|---|---|---|
| Bonanno (Hertz car rental during stay in Frankfurt, Germany for transportation purposes) | 08/10/09 - 08/11/09 | 254.02 | |
| | Subtotal - Ground Transportation - Out-of-Town Travel | | 254.02 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 08/04/09 | 18.07 | |
| Bonanno (1 working lunch meal @ Blackstone during lender conference call) | 08/06/09 | 12.11 | |
| O'Connell (1 weeknight working dinner meal @ Blackstone while working late) | 08/04/09 | 25.00 | |
| O'Connell (1 working lunch meal @ Blackstone during lender conference call) | 08/06/09 | 12.12 | |
| O'Connell (1 weeknight working dinner meal @ Blackstone while working late) | 08/12/09 | 25.00 | |
| | Subtotal - Employee Meals | | 92.30 |

**Lodging**

| | | | |
|---|---|---|---|
| Bonanno (1 day hotel stay in Worms, Germany) | 08/10/09 - 08/11/09 | 175.24 | |
| Bonanno (1 day hotel stay in Frankfurt, Germany) | 08/11/09 - 08/12/09 | 202.62 | |
| | Subtotal - Lodging | | 377.86 |

**Internal Research**

| | | | |
|---|---|---|---|
| Sperling (online data research) | 09/07/09 | 112.50 | |
| | Subtotal - Internal Research | | 112.50 |

| | | |
|---|---|---|
| Total Expenses | $ | 3,953.33 |

## BLACKSTONE ADVISORY PARTNERS L.P.
### SUMMARY OF HOURS FOR THE PERIOD
### SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 83.6 |
| Jamie O'Connell | Vice President | 19.8 |
| Matthew Bonnano | Associate | 13.2 |
| Michael Sperling | Analyst | 12.3 |
| | Total | 128.9 |

BLACKSTONE ADVISOR PARTNERS L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/02/09 | 0.1 | Business Analysis | Correspondence regarding new business development |
| Jamie O'Connell | 09/02/09 | 0.5 | Business Analysis | Call with management regarding new business development |
| Jamie O'Connell | 09/15/09 | 0.2 | Business Analysis | Review correspondence regarding new business development |
| Jamie O'Connell | 09/17/09 | 0.4 | Business Analysis | Review presentation regarding new business development and call with management regarding comments |
| Jamie O'Connell | 09/23/09 | 0.2 | Business Analysis | Review new business development materials |
| Jamie O'Connell | 09/23/09 | 0.8 | Business Analysis | Conference call with management and committee advisors regarding new business development |
| | | 2.2 | | |

BLACKSTONE ADVISOR PARTNERS L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 09/01/09 | 0.2 | Committee | Manage committee information request |
| Jamie O'Connell | 09/14/09 | 0.2 | Committee | Correspondence regarding committee information request |
| Michael Sperling | 09/14/09 | 0.4 | Committee | Q2 finance briefing data request for J. Dolan |
| Matt Bonanno | 09/17/09 | 0.4 | Committee | Handle committee information request |
| Jamie O'Connell | 09/18/09 | 0.3 | Committee | Correspondence to committee professionals regarding defined contribution motion |
| Jamie O'Connell | 09/18/09 | 0.6 | Committee | Correspondence to committee professionals regarding business transaction |
| Jamie O'Connell | 09/22/09 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 09/23/09 | 0.6 | Committee | Manage committee information requests |
| Jamie O'Connell | 09/24/09 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 09/30/09 | 0.4 | Committee | Manage committee information requests |
| | | **3.5** | | |

Page 3 of 8

BLACKSTONE ADVISOR PARTNERS L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 09/02/09 | 1.4 | Employee Benefits/Pension | Review draft DC Plan motion |
| Jamie O'Connell | 09/17/09 | 0.8 | Employee Benefits/Pension | Review draft motion and provide commentary |
| Jamie O'Connell | 09/17/09 | 0.1 | Employee Benefits/Pension | Correspondence regarding draft defined contribution motion |
| | | 2.3 | | |

BLACKSTONE ADVISOR PARTNERS L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 09/01/09 | 0.3 | Financing | Lender presentation research |
| Pamela Zilly | 09/02/09 | 1.5 | Financing | Call with E. Filon, J. O'Connell, V. Sawhney |
| Jamie O'Connell | 09/02/09 | 1.0 | Financing | Call with management and Blackstone team regarding exit financing (did not attend entire call) |
| Matt Bonanno | 09/02/09 | 1.2 | Financing | Call with management and Blackstone team regarding exit financing |
| Pamela Zilly | 09/08/09 | 0.9 | Financing | Call with E. Filon, H. La Force, A. Gregory, potential exit lender |
| Pamela Zilly | 09/08/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 09/08/09 | 0.8 | Financing | Call with E. Filon |
| Jamie O'Connell | 09/08/09 | 0.9 | Financing | Call with management and prospective lender regarding exit financing |
| Matt Bonanno | 09/08/09 | 0.9 | Financing | Call with management and prospective lender regarding exit financing |
| Michael Sperling | 09/08/09 | 0.9 | Financing | Call with management and prospective lender regarding exit financing |
| Pamela Zilly | 09/09/09 | 0.5 | Financing | Call with potential exit lender |
| Pamela Zilly | 09/09/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 09/09/09 | 0.2 | Financing | Call with potential exit lender |
| Pamela Zilly | 09/09/09 | 0.3 | Financing | Call with E. Filon |
| Pamela Zilly | 09/09/09 | 0.2 | Financing | Call with T. Freedman |
| Jamie O'Connell | 09/09/09 | 0.5 | Financing | Financial analysis |
| Jamie O'Connell | 09/09/09 | 1.2 | Financing | Calls and meetings regarding exit financing |
| Michael Sperling | 09/09/09 | 1.2 | Financing | Lead bank analysis for E. Filon |
| Pamela Zilly | 09/10/09 | 0.2 | Financing | Review exit lender analysis |
| Pamela Zilly | 09/10/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 09/10/09 | 0.5 | Financing | Meeting with J. O'Connell |
| Jamie O'Connell | 09/10/09 | 0.4 | Financing | Financial analysis |
| Jamie O'Connell | 09/10/09 | 0.5 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 09/10/09 | 0.3 | Financing | Status meeting with M. Bonanno |
| Matt Bonanno | 09/10/09 | 0.3 | Financing | Status meeting with J. O'Connell |
| Michael Sperling | 09/10/09 | 1.6 | Financing | Lead bank and fee comparable analyses for E. Filon |
| Pamela Zilly | 09/11/09 | 1.1 | Financing | Calls with potential exit lenders |
| Pamela Zilly | 09/11/09 | 0.5 | Financing | Correspondence re: status of potential exit lenders |
| Jamie O'Connell | 09/11/09 | 0.9 | Financing | Call with management and prospective lender regarding exit financing (did not attend entire call) |
| Matt Bonanno | 09/11/09 | 1.2 | Financing | Call with management and prospective lender regarding exit financing |
| Jamie O'Connell | 09/16/09 | 1.1 | Financing | Calls and correspondence regarding exit financing |
| Jamie O'Connell | 09/17/09 | 1.2 | Financing | Exit financing analysis and correspondence |
| Michael Sperling | 09/17/09 | 1.2 | Financing | Revised lead bank analysis for E. Filon |
| Pamela Zilly | 09/18/09 | 0.5 | Financing | Correspondence re: motions and status of potential exit lenders |
| Jamie O'Connell | 09/18/09 | 0.2 | Financing | Call regarding exit financing |
| Jamie O'Connell | 09/18/09 | 0.2 | Financing | Correspondence regarding exit financing |
| Michael Sperling | 09/18/09 | 0.5 | Financing | Follow-up on lead bank analysis |
| Pamela Zilly | 09/21/09 | 1.0 | Financing | Call with E. Filon, J. O'Connell |
| Pamela Zilly | 09/21/09 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 09/21/09 | 0.3 | Financing | Correspondence with E. Filon re: syndication strategy |
| Pamela Zilly | 09/21/09 | 0.5 | Financing | Review syndication proposal |
| Jamie O'Connell | 09/21/09 | 0.2 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 09/21/09 | 1.0 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 09/21/09 | 0.9 | Financing | Follow-up call with management regarding exit financing |
| Matt Bonanno | 09/21/09 | 0.6 | Financing | Research credit ratings request from E. Filon |
| Matt Bonanno | 09/21/09 | 1.0 | Financing | Call with management regarding exit financing |

BLACKSTONE ADVISOR PARTNERS L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 09/21/09 | 1.2 | Financing | Financial analysis related to exit financing |
| Pamela Zilly | 09/22/09 | 0.8 | Financing | Call with E. Filon, internal team |
| Pamela Zilly | 09/22/09 | 0.5 | Financing | Review syndication proposal |
| Pamela Zilly | 09/22/09 | 0.2 | Financing | Correspondence with M. Bonanno re. changes to syndication proposal |
| Pamela Zilly | 09/22/09 | 0.3 | Financing | Call with E. Filon |
| Jamie O'Connell | 09/22/09 | 0.1 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 09/22/09 | 0.8 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 09/22/09 | 0.2 | Financing | Exit financing analysis |
| Matt Bonanno | 09/22/09 | 0.8 | Financing | Call with management regarding exit financing |
| Matt Bonanno | 09/22/09 | 0.9 | Financing | Financial analysis related to exit financing |
| Pamela Zilly | 09/24/09 | 0.2 | Financing | Status meeting with J. O'Connell |
| Jamie O'Connell | 09/24/09 | 0.2 | Financing | Status meeting with P. Zilly |
| Michael Sperling | 09/24/09 | 1.1 | Financing | Lead bank proposed structure presentation |
| Pamela Zilly | 09/25/09 | 2.0 | Financing | Read deposition transcript |
| Matt Bonanno | 09/26/09 | 0.1 | Financing | Correspondence regarding financial analysis |
| Jamie O'Connell | 09/29/09 | 0.1 | Financing | Correspondence regarding financial analysis |
| Michael Sperling | 09/29/09 | 3.7 | Financing | Financial analysis |
| Jamie O'Connell | 09/30/09 | 0.2 | Financing | Calls regarding exit financing |
| Jamie O'Connell | 09/30/09 | 0.5 | Financing | Financial analysis |
| Michael Sperling | 09/30/09 | 1.4 | Financing | Financial analysis |
| | | 47.7 | | |

BLACKSTONE ADVISOR PARTNERS L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/17/09 | 3.0 | Non-Working Travel Time | Travel to NY |
| | | 3.0 | | |

BLACKSTONE ADVISOR PARTNERS L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/01/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: confirmation hearing. |
| Pamela Zilly | 09/01/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 09/01/09 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz re: discovery requests |
| Jamie O'Connell | 09/01/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 09/01/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/02/09 | 0.2 | Plan and Disclosure Statement | Materials for confirmation hearing |
| Pamela Zilly | 09/03/09 | 2.0 | Plan and Disclosure Statement | Work on various items for confirmation hearing |
| Pamela Zilly | 09/03/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 09/04/09 | 2.0 | Plan and Disclosure Statement | Work on various items for confirmation hearing |
| Matt Bonanno | 09/04/09 | 0.2 | Plan and Disclosure Statement | Correspondence with B. Dockman regarding accounting issue |
| Pamela Zilly | 09/08/09 | 3.0 | Plan and Disclosure Statement | Meeting with counsel |
| Pamela Zilly | 09/08/09 | 2.0 | Plan and Disclosure Statement | Prepare analysis re: Frezza report |
| Pamela Zilly | 09/08/09 | 3.0 | Plan and Disclosure Statement | Prepare for deposition and confirmation hearing testimony |
| Matt Bonanno | 09/08/09 | 0.4 | Plan and Disclosure Statement | Correspondence with B. Dockman regarding accounting issue |
| Pamela Zilly | 09/09/09 | 0.4 | Plan and Disclosure Statement | Read pleadings |
| Pamela Zilly | 09/09/09 | 1.0 | Plan and Disclosure Statement | Analysis re: Frezza report |
| Pamela Zilly | 09/09/09 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 09/09/09 | 2.0 | Plan and Disclosure Statement | Prepare for deposition and confirmation hearing testimony |
| Pamela Zilly | 09/10/09 | 3.0 | Plan and Disclosure Statement | Work on various items for confirmation hearing |
| Pamela Zilly | 09/10/09 | 0.4 | Plan and Disclosure Statement | Calls with E. Leibenstein |
| Pamela Zilly | 09/10/09 | 2.0 | Plan and Disclosure Statement | Prepare for deposition and confirmation hearing testimony |
| Pamela Zilly | 09/11/09 | 3.0 | Plan and Disclosure Statement | Work on various items for confirmation hearing |
| Matt Bonanno | 09/11/09 | 1.5 | Plan and Disclosure Statement | Review La Force deposition |
| Pamela Zilly | 09/12/09 | 1.5 | Plan and Disclosure Statement | Work on various items for confirmation hearing |
| Pamela Zilly | 09/12/09 | 2.0 | Plan and Disclosure Statement | Prepare for deposition and confirmation hearing testimony |
| Pamela Zilly | 09/13/09 | 3.0 | Plan and Disclosure Statement | Travel to Pittsburgh; review pleadings |
| Pamela Zilly | 09/13/09 | 4.0 | Plan and Disclosure Statement | Prepare fro testimony |
| Pamela Zilly | 09/14/09 | 2.5 | Plan and Disclosure Statement | Deposition |
| Pamela Zilly | 09/14/09 | 7.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 09/15/09 | 7.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 09/16/09 | 1.3 | Plan and Disclosure Statement | Testify |
| Pamela Zilly | 09/16/09 | 6.7 | Plan and Disclosure Statement | Attend confirmation hearing g |
| Pamela Zilly | 09/16/09 | 3.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 09/17/09 | 1.0 | Plan and Disclosure Statement | Testimony |
| Pamela Zilly | 09/18/09 | 0.8 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 09/18/09 | 0.8 | Plan and Disclosure Statement | Status meetings with P. Zilly |
| Matt Bonanno | 09/22/09 | 0.5 | Plan and Disclosure Statement | Weekly status update call |
| Jamie O'Connell | 09/30/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | **70.2** | | |