THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objections Due 1/4/10 @ 4:00 pm*

EIGHTY-THIRD APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2009 through October 31, 2009 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $100,000.00 | ($20,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,354.62 | |
| Amount of Cash Payment Sought: | $81,354.62 | |

This is a _x_ monthly __ interim ___ final application

2597117.DOC

Summary of Monthly Applications:

|  |  | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 120,000.00 | 1,515.13 | 30,000.00 | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 120,000.00 | 1,757.02 | 30,000.00 | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 140,000.00 | 1,515.13 | 35,000.00 | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | 35,000.00 | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | -- | -- | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | -- | -- | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | -- | -- | -- | -- |
| N/A | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

December 15, 2009

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of October 1, 2009 through October 31, 2009: | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (20,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2009:[1]

| | | | | |
|---|---|---:|---|---:|
| Airfare | $ | 1,230.20 | | |
| Communications | | 124.42 | | 1,354.62 |
| **Total Amount Due** | | | $ | **81,354.62** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 40854

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Through October 31, 2009
Invoice No. 40854

|  | GL Detail Oct-09 | Total Expenses |
|---|---|---|
| Airfare | $ 1,230.20 | $ 1,230.20 |
| Communications - Teleconferencing | 124.42 | 124.42 |
| **Total Expenses** | $ 1,354.62 | $ 1,354.62 |
|  |  |  |
| **Airfare** |  | $ 1,230.20 |
| **Communications** |  | 124.42 |
|  |  |  |
| **Total Expenses** |  | $ 1,354.62 |

W.R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2009
Invoice No. 40854

<u>Airfare</u>

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Zilly (travel agency fee for booking of one-way flight to Queens, NY from Pittsburgh, PA on 09/13/09) | 09/11/09 | 20.00 | |
| Zilly (one-way coach class flight to Queens, NY from Pittsburgh, PA) | 09/13/09 | 329.60 | |
| Zilly (travel agency fee for booking of one-way flight to Queens, NY from Pittsburgh, PA on 09/17/09) | 09/17/09 | 20.00 | |
| Zilly (one-way coach class flight to Queens, NY from Pittsburgh, PA) | 09/17/09 | 860.60 | |
| Subtotal - Airfare | | | $ 1,230.20 |

<u>Communications - Teleconferencing</u>

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell | 08/24/09 | 19.32 | |
| O'Connell | 09/24/09 | 11.08 | |
| Zilly | 08/24/09 | 94.02 | |
| Subtotal - Communications - Teleconferencing | | | 124.42 |
| **Total Expenses** | | | $ 1,354.62 |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 47.9 |
| John J. O'Connell | Vice President | 19.8 |
| Matthew Bonnano | Associate | 11.4 |
| Michael Sperling | Analyst | 38.3 |
| | Total | 117.4 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| John J. O'Connell | 10/01/09 | 0.6 | Business Analysis | Financial analysis and call related to analysis |
| Matthew Bonnano | 10/01/09 | 0.6 | Business Analysis | Financial analysis and call related to analysis |
| Michael Sperling | 10/01/09 | 0.6 | Business Analysis | Financial analysis and call related to analysis |
| John J. O'Connell | 10/06/09 | 0.3 | Business Analysis | Correspondence regarding financial analysis |
| Matthew Bonnano | 10/06/09 | 0.4 | Business Analysis | Financial analysis |
| John J. O'Connell | 10/07/09 | 4.6 | Business Analysis | Financial analysis related to pre-petition claims |
| John J. O'Connell | 10/07/09 | 0.2 | Business Analysis | Call with B. Dockman regarding financial analysis |
| Matthew Bonnano | 10/12/09 | 0.3 | Business Analysis | Financial analysis and calls related to pre-petition bank debt claim analysis |
| Matthew Bonnano | 10/20/09 | 1.5 | Business Analysis | Review and prepare financial analysis related to Q3'09 results |
| Michael Sperling | 10/20/09 | 3.7 | Business Analysis | Financial analysis related to Q3'09 results |
| John J. O'Connell | 10/21/09 | 0.1 | Business Analysis | Review correspondence regarding financial analysis |
| Pamela Zilly | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| Pamela Zilly | 10/23/09 | 0.6 | Business Analysis | Status meeting with J.O'Connell, M. Bonanno |
| John J. O'Connell | 10/23/09 | 0.6 | Business Analysis | Status meeting with P. Zilly, M. Bonanno |
| Matthew Bonnano | 10/23/09 | 0.6 | Business Analysis | Status meeting with J.O'Connell, P. Zilly |
| John J. O'Connell | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| Matthew Bonnano | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| Michael Sperling | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| John J. O'Connell | 10/26/09 | 0.5 | Business Analysis | Financial analysis and related correspondence |
| Matthew Bonnano | 10/26/09 | 1.1 | Business Analysis | Financial analysis |
| John J. O'Connell | 10/27/09 | 0.4 | Business Analysis | Financial analysis |
| Michael Sperling | 10/27/09 | 0.7 | Business Analysis | Financial analysis for K&E |
| Matthew Bonnano | 10/27/09 | 0.9 | Business Analysis | Financial analysis |
| Matthew Bonnano | 10/28/09 | 0.6 | Business Analysis | Review financial analysis related to Q3'09 results |
| Matthew Bonnano | 10/30/09 | 0.4 | Business Analysis | Review financial analysis related to Q3'09 results |
| Michael Sperling | 10/30/09 | 0.8 | Business Analysis | Financial analysis for K&E |
| Michael Sperling | 10/30/09 | 4.8 | Business Analysis | Updated financial analysis related to Q3'09 results |
| | | **26.9** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 10/06/09 | 3.4 | Claims Analysis Objection/Resolution | LC claim interest rate sensitivity analysis |
| Michael Sperling | 10/07/09 | 1.4 | Claims Analysis Objection/Resolution | LC claim interest rate sensitivity analysis |
| Michael Sperling | 10/08/09 | 2.7 | Claims Analysis Objection/Resolution | Interest analysis on claim amount |
| John J. O'Connell | 10/19/09 | 0.3 | Claims Analysis Objection/Resolution | Correspondence regarding claims |
| John J. O'Connell | 10/23/09 | 0.1 | Claims Analysis Objection/Resolution | Review correspondence regarding claims |
| Matthew Bonnano | 10/23/09 | 0.1 | Claims Analysis Objection/Resolution | Review correspondence regarding claims |
| Matthew Bonnano | 10/29/09 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel to discuss interest related analysis |
| Michael Sperling | 10/29/09 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel to discuss interest related analysis |
| | | **8.6** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/15/09 | 0.2 | Committee | Call with J. Radecki re: 3rdQ results |
| | | 0.2 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 10/01/09 | 2.3 | Corporate Finance | WACC analysis for B. Dockman |
| Michael Sperling | 10/02/09 | 1.5 | Corporate Finance | WACC analysis for B. Dockman |
| Matthew Bonnano | 10/05/09 | 0.3 | Corporate Finance | Call with management regarding financial model |
| Michael Sperling | 10/12/09 | 0.7 | Corporate Finance | WACC analysis for E. Filon |
| Pamela Zilly | 10/23/09 | 0.3 | Corporate Finance | Meeting with M. Bonanno re: status, financial analysis |
| Matthew Bonnano | 10/23/09 | 0.3 | Corporate Finance | Meeting with P. Zilly re: status, financial analysis |
| Michael Sperling | 10/26/09 | 5.7 | Corporate Finance | Deferred payment and warrant pricing analysis for H. La Force |
| Michael Sperling | 10/27/09 | 1.7 | Corporate Finance | Comparables analysis for L. Grandieri |
| Michael Sperling | 10/27/09 | 2.1 | Corporate Finance | Foreign vs. domestic cash flow breakdown analysis |
| Michael Sperling | 10/28/09 | 0.8 | Corporate Finance | Comparables analysis for L. Grandieri |
| Michael Sperling | 10/28/09 | 1.4 | Corporate Finance | Foreign vs. domestic cash flow breakdown analysis |
| Pamela Zilly | 10/29/09 | 0.6 | Corporate Finance | Review analyses |
| Matthew Bonnano | 10/29/09 | 0.4 | Corporate Finance | Call with M. Brown to discuss cash flow analysis |
| Michael Sperling | 10/29/09 | 1.7 | Corporate Finance | Foreign vs. domestic cash flow breakdown analysis |
| Michael Sperling | 10/29/09 | 0.4 | Corporate Finance | Call with M. Brown to discuss cash flow analysis |
| | | **20.2** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| John J. O'Connell | 10/01/09 | 0.1 | Financing | Correspondence regarding exit financing |
| John J. O'Connell | 10/05/09 | 0.2 | Financing | Call with management regarding exit financing |
| Matthew Bonnano | 10/05/09 | 0.2 | Financing | Call with management regarding exit financing |
| Pamela Zilly | 10/08/09 | 0.5 | Financing | Call with E. Filon, counsel re: potential exit lenders |
| John J. O'Connell | 10/08/09 | 0.3 | Financing | Call with E. Filon, counsel re: potential exit lenders |
| John J. O'Connell | 10/08/09 | 0.7 | Financing | Call with management and exit financing lender |
| John J. O'Connell | 10/08/09 | 0.9 | Financing | Exit financing analysis |
| Pamela Zilly | 10/09/09 | 0.8 | Financing | Call regarding exit financing |
| Pamela Zilly | 10/09/09 | 0.5 | Financing | Review documents re: potential exit lenders |
| John J. O'Connell | 10/09/09 | 0.2 | Financing | Call with E. Filon, counsel re: potential exit lenders |
| John J. O'Connell | 10/09/09 | 0.3 | Financing | Review correspondence regarding exit financing |
| John J. O'Connell | 10/12/09 | 0.1 | Financing | Review of comparable company notes offering and correspondence related to offering |
| John J. O'Connell | 10/13/09 | 0.2 | Financing | Review correspondence regarding exit financing |
| John J. O'Connell | 10/14/09 | 0.6 | Financing | Call with E. Filon regarding various matters |
| John J. O'Connell | 10/14/09 | 0.3 | Financing | Exit financing analysis |
| John J. O'Connell | 10/14/09 | 1.1 | Financing | Call with E. Filon regarding exit financing |
| John J. O'Connell | 10/15/09 | 1.8 | Financing | Call with management and counsel regarding exit financing |
| John J. O'Connell | 10/15/09 | 0.2 | Financing | Exit financing analysis |
| John J. O'Connell | 10/15/09 | 0.2 | Financing | Call with J. McFarland regarding exit financing |
| John J. O'Connell | 10/19/09 | 0.5 | Financing | Correspondence regarding exit financing |
| Matthew Bonnano | 10/19/09 | 0.5 | Financing | Call with management regarding exit financing |
| Pamela Zilly | 10/20/09 | 1.2 | Financing | Call with E. Filon, counsel re: potential exit lenders |
| John J. O'Connell | 10/20/09 | 1.2 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonnano | 10/20/09 | 1.2 | Financing | Call with management and counsel regarding exit financing |
| Pamela Zilly | 10/29/09 | 0.4 | Financing | Call with E. Filon re: bank meetings |
| John J. O'Connell | 10/29/09 | 0.4 | Financing | Call with management and counsel regarding exit financing |
| | | 14.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/12/09 | 3.0 | Non-Working Travel Time | Travel to Pittsburgh |
| Pamela Zilly | 10/13/09 | 3.5 | Non-Working Travel Time | Travel to NY |
| | | 6.5 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/07/09 | 0.2 | Other | Call with J.O'Connell |
| Pamela Zilly | 10/07/09 | 0.3 | Other | Call with E. Filon |
| John J. O'Connell | 10/07/09 | 0.2 | Other | Status call with P. Zilly |
| Michael Sperling | 10/07/09 | 0.6 | Other | Prime rate information and historical data |
| Michael Sperling | 10/12/09 | 0.5 | Other | Bank debt pricing for M. Averza |
| Pamela Zilly | 10/14/09 | 0.3 | Other | Status meeting with J.O'Connell, M. Bonanno |
| John J. O'Connell | 10/14/09 | 0.3 | Other | Status meeting with P. Zilly |
| Matthew Bonanno | 10/14/09 | 0.3 | Other | Status update with P. Zilly |
| John J. O'Connell | 10/23/09 | 0.6 | Other | Status update with P. Zilly and M. Bonanno |
| Pamela Zilly | 10/23/09 | 0.6 | Other | Status update with J. O'Connell and M. Bonanno |
| Matthew Bonanno | 10/23/09 | 0.6 | Other | Status update with P. Zilly and J. O'Connell |
| Matthew Bonanno | 10/23/09 | 0.3 | Other | Status update with P. Zilly |
| Pamela Zilly | 10/23/09 | 0.3 | Other | Status update with M. Bonanno |
| Pamela Zilly | 10/29/09 | 0.4 | Other | Call with E. Filon |
| | | 5.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/07/09 | 0.2 | Plan and Disclosure Statement | Call with J.O'Connell re: status |
| John J. O'Connell | 10/07/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly re: status |
| Pamela Zilly | 10/08/09 | 3.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/08/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 10/09/09 | 3.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/10/09 | 4.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/11/09 | 4.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/12/09 | 10.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/13/09 | 6.0 | Plan and Disclosure Statement | Provide testimony at confirmation hearing |
| Pamela Zilly | 10/13/09 | 1.0 | Plan and Disclosure Statement | Attend confirmation hearing |
| Pamela Zilly | 10/15/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 10/20/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: confirmation hearing and motions |
| John J. O'Connell | 10/20/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 10/28/09 | 1.0 | Plan and Disclosure Statement | Review draft post trial briefs |
| John J. O'Connell | 10/28/09 | 0.6 | Plan and Disclosure Statement | Review draft post-trial briefs |
| Pamela Zilly | 10/29/09 | 0.5 | Plan and Disclosure Statement | Call with counsel re: post trial briefs |
| | | **34.9** | | |