THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Re: Docket No. 18580;
Civil Action No. 08-863
11/23/09 Agenda #11

## CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER AUTHORIZING THE APPOINTMENT OF DIANE M. WELSH AS CLAIMS MEDIATOR

1. On April 21, 2008, the Court entered an Order authorizing the appointment of Diane M. Welsh as the Mediator ("Mediator") for certain Speights & Runyan Claims ( the "Order") (Docket No.18580).

2. On November 23, 2009, the Court held a status hearing with respect to certain California Claims that had been remanded by the District Court to the Bankruptcy Court for further proceedings (Case No. 08-863). At that time, the Court encouraged the parties to mediate the California Claims and indicated that it would enter an Order, if necessary, permitting the mediation of such claims before Judge Welsh, the Mediator previously appointed.

3. As a result, the Debtors hereby attach an Amended Order appointing Diane M. Welsh as the Mediator for claims in addition to those contemplated by the Order, under the same terms and conditions as those provided for in the Order.

4. The Debtors have provided a copy of the attached Order to California Claimants' counsel, which does not object to the form of the Order.

5. As a result, the Debtors request entry of the attached Order.

Dated: December 16, 2009

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*