# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 11, 2010 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF JANUARY 1, 2009 THROUGH
JANUARY 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1409337/1

Expenses

## Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 244.88 |
| Color Copies | $ - |
| Total | $ 244.88 |

Holme Roberts & Owen LLP

February 12, 2009

| W.R. Grace & Co. | | |
|---|---|---|
| | Page | 4 |
| | Invoice No.: | 833767 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/13/09 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: PE14285; Monthly Storage | $ | 244.88 |
| | | **Total Disbursements:** | $ | **244.88** |

### Disbursement Summary

| Other Expense | $ | 244.88 |
|---|---|---|
| **Total Disbursements:** | $ | **244.88** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ | *219.96* |
| 684108 | 11/01/04 | Bill | | 12,357.10 |
| | 01/04/05 | Cash Receipt | | -9,653.46 |
| | 04/22/05 | Cash Receipt | | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | $ | *271.48* |
| 804860 | 05/09/08 | Bill | | 429.07 |
| | 01/28/09 | Cash Receipt | | -429.07 |
| | 02/05/09 | Cash Receipt | | -429.07 |
| | 02/05/09 | Cash Receipt Cancellation | | 429.07 |
| | *Outstanding Balance on Invoice 804860:* | | $ | *0.00* |
| 810366 | 06/30/08 | Bill | | 884.57 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | January | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $420.00 | 1.0 | $420.00 |
| Haag, Susan | Paralegal | $185.00 | 2.8 | $ 518.00 |
|  |  |  |  |  |
| Total |  |  | 3.80 | $ 938.00 |

Holme Roberts & Owen LLP

February 12, 2009

W.R. Grace & Co.

Page 8
Invoice No.: 833767
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/14/09 | EKF | Review Monthly Fee Application for July, 2008 (.2); review Monthly Fee Application for August, 2008 (.2); review Monthly Fee Application for September, 2008 (.2). | 0.60 | $ 252.00 |
| 01/14/09 | SH | Draft July 2008 monthly fee application. | 0.60 | 111.00 |
| 01/14/09 | SH | Draft August 2008 monthly fee application. | 0.60 | 111.00 |
| 01/14/09 | SH | Draft September 2008 monthly fee application. | 0.60 | 111.00 |
| 01/29/09 | SH | Draft 30th interim fee application. | 1.00 | 185.00 |
| 01/30/09 | EKF | Review and revise 13th Quarterly Fee Application. | 0.40 | 168.00 |
| | | **Total Fees Through January 31, 2009:** | **3.80** | **$ 938.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $420.00 | 1.00 | $ 420.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.80 | 518.00 |
| | | **Total Fees:** | | **3.80** | **$ 938.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | 08/13/08 | Cash Receipt | -16.41 |
| | 01/16/09 | Cash Receipt Cancellation | 16.41 |