# EXHIBIT D

# Exhibit 5

## Schedule of Settled Asbestos Insurance Companies Entitled to 524(g) Protection

**Note: Exhibit 5 is referenced in the definition of settled Asbestos Insurance Company in the Plan. Exhibit 5 identifies those policies (or portions thereof) as to which the Plan Proponents intend to ask the Court to grant 524(g) protection, as set forth in the Plan's definition of Settled Asbestos Insurance Company.**

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| AG de 1830 Compagnie Belge d'Assurances Générales Incendie Accidents et Risques Divers S.A. (n/k/a AG Insurance) (conditional upon Approval Order becoming a Final Order) | 12/07/09 | Pursuant to the 12/07/09 Settlement Agreement and only as to the following policies:<br>06/30/77-06/30/78 AVB102<br>06/30/78-06/30/79 AVB124 |
| Admiral Insurance Company | 08/01/95 | 06/30/75 – 06/30/76 75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite. |
| The Aetna Casualty and Surety Company (n/k/a Travelers Casualty and Surety Company), its predecessors, successors and its past and present parents (including but not limited to, Aetna Life & Casualty Company) | 09/14/09 | Pursuant to the 09/14/09 Settlement Agreement and only as to the following policies:<br>06/30/71-06/30/74 01XN150WCA<br>07/17/74-06/30/77 01XN607WCA<br>07/17/74-06/30/77 01XN608WCA<br>06/30/77-06/30/78 01XN1400WCA<br>06/30/77-06/30/78 01XN1422WCA<br>06/30/78-06/30/79 01XN1846WCA<br>06/30/78-06/30/79 01XN1847WCA<br>06/30/79-06/30/80 01XN2306WCA<br>06/30/80-06/30/81 01XN2669WCA |
| Allianz Underwriters Insurance Company, Allianz Aktiengesellschaft (n/k/a Allianz SE), Fireman's Fund Insurance Company, and Riunione Adriatica di Sicurta S.p.A. (n/k/a Allianz S.p.A.) (conditional upon the Approval Order and the Confirmation Order becoming Final Orders and subject to receipt by the Trust of the Settlement Amount in accordance with the 11/09/09 Settlement Agreement) | 11/09/09 | Pursuant to the 11/09/09 Settlement Agreement and only as to the following policies:<br>06/30/77-06/30/78 H00011428<br>06/30/78-06/30/82 H0001428<br>06/30/82-06/30/85 C7300025<br>06/30/84-06/30/85 AUX5203042<br>01/27/65-10/20/65 XL76937<br>05/17/66-10/20/68 XL91085<br>10/20/68-06/30/71 XLX1026877<br>06/30/76-06/30/77 XLX1202930<br>06/30/77-06/30/78 XLX1299553<br>06/30/78-06/30/79 XLX1362955<br>06/30/79-06/30/80 XLX1370426 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/79-06/30/80 XLX1370427<br>06/30/80-06/30/81 XLX1437060<br>06/30/80-06/30/81 XLX1437061<br>06/30/81-06/30/82 XLX1481490<br>06/30/81-06/30/82 XLX1481491<br>06/30/81-06/30/82 XLX1481492<br>06/30/82-06/30/83 XLX1532474<br>06/30/82-06/30/83 XLX1532475<br>06/30/83-06/30/84 XLX1532227<br>06/30/83-06/30/84 XLX1532228<br>06/30/84-06/30/85 XLX1688067<br>06/30/77-06/30/78 EL2046<br>06/30/78-06/30/79 EL2787<br>06/30/79-06/30/80 EL794120<br>06/30/80-06/30/81 EL794416<br>and other Subject Policies as defined in the 11/09/09 Settlement Agreement |
| Allstate Insurance Company | 06/07/94 | Only the "Products" coverage portion of the following policies:<br>06/30/75 – 06/30/76 63001170<br>06/30/75 – 06/30/76 63001171<br>06/30/75 – 06/30/76 63001172<br>06/30/76 – 06/30/77 63002048<br>06/30/77 – 06/30/78 63002048<br>06/30/78 – 06/30/79 63002048<br>06/30/79 – 06/30/80 63005793<br>06/30/80 – 06/30/81 63005793<br>06/30/81 – 06/30/82 63005793<br>06/30/79 – 06/30/80 63005794<br>06/30/80 – 06/30/81 63006854<br>06/30/81 – 06/30/82 63008153 |
| Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company ~~(conditional upon Approval Order becoming a Final Order)~~ | 08/14/09 | Pursuant to the 8/14/09 Amended and Restated Settlement Agreement and only as to the following policies:<br>06/30/75 – 06/30/76 63001173<br>06/30/76 – 06/30/77 63002049<br>06/30/77 – 06/30/78 63003296<br>06/30/78 – 06/30/79 63007484<br>06/30/79 – 06/30/80 63005795<br>06/30/80 – 06/30/81 63006855 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/81 – 06/30/82 63008154 |
| American Centennial<br>(n/k/a OneBeacon) | 05/26/95 | 06/30/78 – 06/30/79 CC000304<br>06/30/78 – 06/30/79 CC000305<br>06/30/78 – 06/30/79 CC000306<br>06/30/81 – 06/30/82 CC002418<br>06/30/81 – 06/30/82 CC002419<br>06/30/82 – 06/30/83 CC005317<br>06/30/83 – 06/30/84 CC015780<br>06/30/83 – 06/30/84 CC015815 |
| The Chartis Insurance Companies as defined in the Amended Settlement and Mutual Release dated 09/11/09 | 09/11/09 | Pursuant to the 09/11/09 Amended Settlement and Mutual Release and only as to the following policies:<br>10/20/65-10/20/66 American Home CE351082<br>10/25/66-10/25/67 American Home CE351082<br>10/25/67-10/25/68 American Home CE351082<br>10/20/68-10/20/69 American Home WRG-1<br>10/29/69-10/20/70 American Home WRG-1<br>10/20/70-10/20/71 American Home WRG-1<br>06/30/71-06/30/72 American Home CE2691919<br>06/30/72-06/30/73 American Home CE2691919<br>06/30/73-06/30/74 American Home CE2691919<br>06/30/74-06/30/75 American Home 74DD662C<br>06/30/74-06/30/75 Lexington 74DD662C<br>06/30/74-06/30/75 American Home CE3436358<br>06/30/74-06/30/75 American Home 74DD663C<br>06/30/75-06/30/76 New Hampshire 51750444<br>06/30/75-06/30/76 New Hampshire 51750445<br>06/30/75-06/30/76 American Home 74DD662C<br>06/30/75-06/30/76 Lexington 74DD662C<br>06/30/75-06/30/76 American Home CE3436358<br>06/30/75-06/30/76 American Home 74DD663C<br>06/30/76-06/30/77 Lexington 76DD1595C<br>06/30/76-06/30/77 Granite State SCLD8093954<br>06/30/76-06/30/77 Lexington 74DD662C<br>06/30/76-06/30/77 Ins. Co. State of PA 4176-7052<br>06/30/76-06/30/77 American Home CE3436358<br>06/30/77-06/30/78 Lexington 76DD1595C<br>06/30/77-06/30/78 Lexington 77DD1631C<br>06/30/77-06/30/78 Ins. Co. State of PA 4177-7981<br>06/30/77-06/30/78 Granite State SCLD8093266 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/77-06/30/78 Lexington 77DD1632C<br>06/30/77-06/30/78 Nat'l Union Fire Pittsburgh 1228593<br>06/30/77-06/30/78 Ins. Co. State of PA 4177-7982<br>06/30/77-06/30/78 Nat'l Union Fire Pittsburgh 1228593<br>06/30/77-06/30/78 Nat'l Union Fire Pittsburgh 1228593<br>06/30/77-06/30/78 Granite State SCLD8093292<br>06/30/77-06/30/78 Ins. Co. State of PA SEP3963996<br>06/30/78-06/30/79 Lexington 76DD1595C<br>06/30/78-06/30/79 Granite State 61780491<br>06/30/78-06/30/79 Lexington 78DD1417C<br>06/30/78-06/30/79 American Int'l Underwriter 75100696<br>06/30/78-06/30/79 Lexington 78DD1418C<br>06/30/78-06/30/79 Granite State 61780492<br>06/30/78-06/30/79 Nat'l Union Fire Pittsburgh 1231895<br>06/30/78-06/30/79 Granite State 6178-0493<br>06/30/78-06/30/79 Nat'l Union Fire Pittsburgh 1231895<br>06/30/78-06/30/79 Birmingham Fire SE6073371<br>06/30/78-06/30/79 American Int'l Underwriter 75100695<br>06/30/78-06/30/79 Nat'l Union Fire Pittsburgh 1231895<br>06/30/79-06/30/80 Lexington 79DD1634C<br>06/30/79-06/30/80 Granite State 61791383<br>06/30/79-06/30/80 American Int'l Underwriter 75101107<br>06/30/79-06/30/80 Lexington 79DD1635C<br>06/30/79-06/30/80 Granite State 61791384<br>06/30/79-06/30/80 American Int'l Underwriter 75101108<br>06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319<br>06/30/79-06/30/80 Granite State 61791385<br>06/30/79-06/30/80 Granite State 61791386<br>06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319<br>06/30/79-06/30/80 American Int'l Underwriter 75101109<br>06/30/79-06/30/80 Birmingham Fire SEC6073508<br>06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319<br>06/30/79-06/30/80 Lexington 79DD1638C<br>06/30/79-06/30/80 Nat'l Union Fire Pittsburgh 9782319<br>06/30/80-06/30/81 Granite State 6480-5013<br>06/30/80-06/30/81 Lexington 80DD1643C<br>06/30/80-06/30/81 Lexington 80DD1644C<br>06/30/80-06/30/81 American Int'l Underwriter 75102424<br>06/30/80-06/30/81 Granite State 6480-5014 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/80-06/30/81 American Int'l Underwriter 75102422 |
| | | 06/30/80-06/30/81 Granite State 6480-5015 |
| | | 06/30/80-06/30/81 Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81 Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81 Granite State 6480-5016 |
| | | 06/30/80-06/30/81 Birmingham Fire SE6073646 |
| | | 06/30/80-06/30/81 American Int'l Underwriter 75102423 |
| | | 06/30/80-06/30/81 Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81 Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81 Lexington 80DD1647C |
| | | 06/30/81-06/30/82 Granite State 6481-5220 |
| | | 06/30/81-06/30/82 Lexington 80DD1643C |
| | | 06/30/81-06/30/82 Lexington PY030181 |
| | | 06/30/81-06/30/82 Granite State 6481-5221 |
| | | 06/30/81-06/30/82 American Int'l Underwriter 75102641 |
| | | 06/30/81-06/30/82 Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82 Granite State 6481-5222 |
| | | 06/30/81-06/30/82 American Int'l Underwriter 75102642 |
| | | 06/30/81-06/30/82 Granite State 6481-5223 |
| | | 06/30/81-06/30/82 Nat'l Union Fire Pittsburgh 9602391 |
| | | 11/01/81-06/30/82 Lexington KY003382 |
| | | 06/30/81-06/30/82 Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82 Birmingham Fire SE6073657 |
| | | 06/30/81-06/30/82 Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82 American Int'l Underwriter 75102643 |
| | | 06/30/82-06/30/83 Lexington KY017782 |
| | | 06/30/82-06/30/83 Granite State 6482-5442 |
| | | 06/30/82-06/30/83 American Int'l Underwriter 75102158 |
| | | 06/30/82-06/30/83 Lexington KY017882 |
| | | 06/30/82-06/30/83 Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82-06/30/83 Granite State 6482-5443 |
| | | 06/30/82-06/30/83 Granite State 6482-5444 |
| | | 06/30/82-06/30/83 Birmingham Fire SE6073957 |
| | | 06/30/82-06/30/83 Lexington KY017982 |
| | | 06/30/82-06/30/83 Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82-06/30/83 Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82-06/30/83 American Int'l Underwriter 75102159 |
| | | 06/30/83-06/30/84 Granite State 6483-5666 |
| | | 06/30/83-06/30/84 Lexington KY017782 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | ~~06/30/83-06/30/84 American Int'l Underwriter 75103044~~<br>~~06/30/83-06/30/84 Lexington KY048183~~<br>~~06/30/83-06/30/84 Nat'l Union Fire Pittsburgh 9607141~~<br>~~06/30/83-06/30/84 Birmingham Fire SE6074145~~<br>~~06/30/83-06/30/84 Granite State 6483-5667~~<br>~~06/30/83-06/30/84 Granite State 6483-5668~~<br>~~06/30/83-06/30/84 Nat'l Union Fire Pittsburgh 9607141~~<br>~~06/30/83-06/30/84 Lexington KY048283~~<br>~~06/30/83-06/30/84 Birmingham Fire SE6074146~~<br>~~06/30/83-06/30/84 Birmingham Fire SE6074116~~<br>~~06/30/83-06/30/84 Nat'l Union Fire Pittsburgh 9607141~~<br>~~06/30/83-06/30/84 Illinois National 886-7134~~<br>~~06/30/83-06/30/84 American Int'l Underwriter 75103045~~<br>~~06/30/84-06/30/85 Granite State 6484-5867~~<br>~~06/30/84-06/30/85 Lexington KY017782~~<br>~~06/30/84-06/30/85 American Int'l Underwriter 75103845~~<br>~~06/30/84-06/30/85 Granite State 6484-5866~~<br>~~06/30/84-06/30/85 Granite State 6484-5890~~<br>~~06/30/84-06/30/85 American Int'l Underwriter 75103864~~<br>~~06/30/84-06/30/85 Birmingham Fire SE6074318~~ |
| CIGNA (PEIC/INA)<br>(nka Century Indemnity) | 03/04/94 | 06/30/75 – 06/30/76 ZCX001391/75DD1065<br>06/30/83 – 06/30/84 CIZ426249<br>10/20/65 – 10/20/66 XBC1834<br>10/20/66 – 10/20/67 XBC1834<br>10/20/67 – 10/20/68 XBC1834<br>10/20/68 – 10/20/69 XBC1834<br>10/20/69 – 10/20/70 XBC1834<br>10/20/70 – 06/30/71 XBC1834<br>06/30/77 – 06/30/78 XCP12378<br>06/30/78 – 06/30/79 XCP14341<br>06/30/83 – 06/30/84 XCP145667<br>06/30/71 – 06/30/72 XCP3745<br>06/30/72 – 06/30/73 XCP3745<br>06/30/73 – 08/09/73 XCP3745<br>06/30/75 – 06/30/76 CNU 12-33-83<br>06/30/84 – 06/30/85 XCC012283<br>06/30/84 – 06/30/85 XM0017204<br>UNKNOWN ZCV 006025 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Commercial Union Insurance Company<br>(n/k/a OneBeacon) | 05/14/93 | 10/20/62 – 10/20/63 A-15-2127-51<br>10/20/63 – 10/20/64 A-15-2127-51<br>10/20/64 – 10/20/65 A-15-2127-51<br>01/27/65 – 10/20/65 A-15-8138-001<br>10/20/65 – 10/20/66 A-16-8220-001<br>10/20/66 – 10/20/67 A-16-8220-001<br>10/20/67 – 10/20/68 A-16-8220-001<br>10/20/65 – 10/20/66 A-16-8220-002<br>10/20/66 – 10/20/67 A-16-8220-002<br>10/20/67 – 10/20/68 A-16-8220-002<br>10/20/68 – 10/20/69 A-16-8220-003<br>10/20/69 – 10/20/70 A-16-8220-003<br>10/20/70 – 06/30/71 A-16-8220-003<br>10/20/68 – 10/20/69 A-16-8220-004<br>10/20/69 – 10/20/70 A-16-8220-004<br>10/20/70 – 06/30/71 A-16-8220-004<br>06/30/71 – 06/30/72 EY8220005<br>06/30/72 – 06/30/73 EY8220005<br>06/30/73 – 06/30/74 EY8220005<br>06/30/71 – 06/30/72 EY8220006<br>06/30/72 – 06/30/73 EY8220006<br>06/30/73 – 06/30/74 EY8220006 |
| Continental Casualty Company | 08/01/90 | Only the "Products" coverage portion of the following policies:<br>06/30/76 – 06/30/83 CCP2483440<br>06/30/83 – 06/30/85 CCP2483440<br>06/30/73 – 06/30/76 CCP9023670 |
| Federal Insurance Company | 11/18/97 | Only the portion of the following policy in a policy amount of $500,000, part of $50 million, excess of $25 million:<br>06/30/84 – 06/30/85 7928-26-20 |
| Fireman's Fund Insurance Company | 12/26/96 | 01/27/65 – 10/20/65 XL76937<br>05/17/66 – 10/20/66 XL91085<br>10/20/66 – 10/20/67 XL91085<br>10/20/67 – 10/20/68 XL91085<br>10/20/68 – 10/20/69 XLX1026877<br>10/20/69 – 10/20/70 XLX1026877<br>10/20/70 – 06/30/71 XLX1026877 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| General Insurance Company of America | 03/03/94 | 06/01/61 – 06/01/62 BLP186027<br>06/01/62 – 06/01/63 BLP205359<br>06/01/63 – 06/01/64 BLP221289<br>06/01/64 – 06/01/65 BLP245115<br>06/01/65 – 06/01/66 BLP260071<br>06/01/66 – 06/01/67 BLP270815<br>and all known and unknown "disputed" primary policies generally described in the settlement. |
| Gibraltar Casualty Co./Prudential Reinsurance Co. (n/k/a Mt. McKinley/Everest) | 10/08/93 | **Gibraltar Casualty:**<br>06/30/80 – 06/30/81 GMX00656<br>06/30/81 – 11/01/81 GMX01275<br>11/01/81 – 06/30/82 GMX01407<br>06/30/82 – 06/30/83 GMX01784<br>06/30/83 – 06/30/84 GMX02269<br>06/30/84 – 06/30/85 GMX02683<br>**Prudential Re. Co.:**<br>06/30/76 – 06/30/77 DXC901145<br>06/30/76 – 06/30/77 DXC901146<br>06/30/76 – 06/30/77 DXC901147<br>06/30/77 – 06/30/78 DXCDX0250<br>06/30/77 – 06/30/78 DXCDX0251<br>06/30/77 – 06/30/78 DXCDX0252 |
| Guarantee Insurance Company | 06/03/98 | 06/30/82 – 06/30/83 SL0950030<br>06/30/82 – 06/30/83 SL0950031 |
| Home Insurance Company (INSOLVENT) | 09/24/93 | 10/20/68 – 10/20/69 HEC9304605<br>10/20/69 – 10/20/70 HEC9304605<br>10/20/70 – 06/30/71 HEC9304605<br>10/20/62 – 10/20/63 HEC9543206<br>10/20/63 – 10/20/64 HEC9543206<br>10/20/64 – 10/20/65 HEC9543206<br>10/20/65 – 10/20/66 HEC9544498<br>10/20/66 – 10/20/67 HEC9544498<br>10/20/67 – 10/20/68 HEC9544498<br>06/30/71 – 06/30/72 HEC9919945<br>06/30/72 – 06/30/73 HEC9919945<br>06/30/73 – 06/30/74 HEC9919945 |
| Home Insurance Company (INSOLVENT) | 11/14/97 | 02/27/73 – 06/30/73 HEC4356740 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Lloyd's Underwriters and Underwriter Third Party Beneficiaries, all as defined in the Amended and Restated Settlement Agreement and Mutual Release dated July 17, 2009 ~~(conditional upon Approval Order becoming a Final Order)~~* | 07/17/09 | Pursuant to the 07/17/09 Amended and Restated Settlement Agreement and Mutual Release and only the Lloyd's Underwriters portion of the following policies:<br>05/17/66 – 10/20/66 66/180390<br>10/20/66 – 10/20/67 66/180390<br>10/20/67 – 10/20/68 66/180390<br>06/30/74 – 06/30/75 74DD662C<br>06/30/75 – 06/30/76 74DD662C<br>06/30/76 – 06/30/77 74DD662C<br>07/17/74 – 06/30/75 74DD663C<br>06/30/75 – 06/30/76 74DD663C<br>06/30/76 – 06/30/77 74DD663C<br>06/30/76 – 06/30/77 76DD1595C<br>06/30/77 – 06/30/78 76DD1595C<br>06/30/78 – 06/30/79 76DD1595C<br>06/30/77 – 06/30/78 77DD1631C<br>06/30/77 – 06/30/78 77DD1632C<br>06/30/77 – 06/30/78 77DD1826C<br>06/30/78 – 06/30/79 78DD1417C<br>06/30/78 – 06/30/79 78DD1418C<br>06/30/78 – 06/30/79 78DD1419C<br>06/30/78 – 06/30/79 78DD1420C<br>06/30/79 – 06/30/80 79DD1634C<br>06/30/79 – 06/30/80 79DD1635C<br>06/30/79 – 06/30/80 79DD1636C<br>06/30/79 – 06/30/80 79DD1637C<br>06/30/79 – 06/30/80 79DD1638C<br>06/30/80 – 06/30/81 80DD1643C<br>06/30/81 – 06/30/82 80DD1643C<br>06/30/80 – 06/30/81 80DD1644C<br>06/30/80 – 06/30/81 80DD1645C<br>06/30/80 – 06/30/81 80DD1646C<br>06/30/80 – 06/30/81 80DD1647C<br>11/14/69 – 10/20/70 914/1/4116<br>10/20/70 – 06/30/71 914/1/4116 |

* Void if Lloyd's Underwriters exercise the termination clause in the settlement agreement.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 10/20/68 – 10/20/69 914-102502<br>10/20/69 – 10/20/70 914-102502<br>10/20/70 – 06/30/71 914-102502<br>06/30/71 – 06/30/72 914105953<br>06/30/72 – 06/30/73 914105953<br>06/30/73 – 06/30/74 914105953<br>06/30/82 – 06/30/83 KY017782<br>06/30/83 – 06/30/84 KY017782<br>06/30/84 – 06/30/85 KY017782<br>06/30/82 – 06/30/83 KY017882<br>06/30/82 – 06/30/83 KY017982<br>06/30/83 – 06/30/84 KY048183<br>06/30/84 – 06/30/85 KY048183<br>06/30/83 – 06/30/84 KY048283<br>06/30/84 – 06/30/85 KY048283<br>06/30/81 – 06/30/82 PY030181<br>06/30/81 – 06/30/82 PY030281<br>06/30/81 – 06/30/82 PY030381<br>and all known or unknown policies subscribed to by Certain Underwriters' at Lloyd's London incepting before 01/01/98 issued to W.R. Grace. |
| London Market Insurance Companies ~~(conditional upon Approval Order becoming a Final Order)~~:<br><br>Accident & Casualty Insurance Company of Winterthur (2 A/C)<br>American Home Insurance per Tower X<br>Argonaut Northwest Insurance Co. Ltd.<br>Bishopsgate Insurance Company, Ltd.<br>CNA Reinsurance of London, Ltd.<br>Compagnie D'Assurances Maritimes Aeriennes & Terrestres Societe Anonyme<br>Dominion Insurance Company, Ltd.<br>Harper Insurance Ltd., formerly known as Turegum Ins. Co.<br>London & Edinburgh General Insurance Co., Ltd.<br>London & Edinburgh General Insurance Co., Ltd (per Tower Underwriting Management, Ltd.)<br>London & Edinburgh General Insurance Co., Ltd. ("WM" "A/C")<br>National Casualty Company of America Ltd.<br>Sphere Drake Insurance Company | 08/10/09 | Pursuant to the 08/10/09 Amended and Restated Settlement Agreement and only the Certain London Market Insurance Companies portions of the following policies:<br>05/17/66 – 10/20/66 66/180390<br>06/30/74 – 06/30/75 74DD662C<br>06/30/75 – 06/30/76 74DD662C<br>06/30/76 – 06/30/77 74DD662C<br>07/17/74 – 06/30/75 74DD663C<br>06/30/75 – 06/30/76 74DD663C<br>06/30/76 – 06/30/77 74DD663C<br>06/30/77 – 06/30/78 77DD1631C<br>06/30/77 – 06/30/78 77DD1632C<br>06/30/77 – 06/30/78 77DD1826C<br>06/30/78 – 06/30/79 78DD1417C<br>06/30/78 – 06/30/79 78DD1418C<br>06/30/78 – 06/30/79 78DD1420C<br>06/30/79 – 06/30/80 79DD1635C/PY0107979<br>06/30/79 – 06/30/80 79DD1636C/PY108079 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Stronghold Insurance Company, Ltd.<br>Tenecom Insurance Company, Ltd.. as Part VII Transferee from Winterthur Swiss Insurance Company<br>Tenecom Insurance Company, Ltd., formerly known as Yasuda Fire & Marine Insurance Company of Europe Ltd.<br>Terra Nova Insurance Co., Ltd.<br>Unionamerica Insurance Company, Ltd., as Part VII Transferee from St. Katherine Insurance Co., Ltd.<br>Unionamerica Insurance Company, Ltd., as Part VII Transferee from St. Katherine Insurance Co., Ltd. (X A/C)<br>World Auxiliary Insurance Corp. Ltd.<br>("Certain London Market Insurance Companies") | | 06/30/79 – 06/30/80 79DD1638C/PY011879<br>06/30/80 – 06/30/81 80DD1643C/PY107880<br>06/30/81 – 06/30/82 80DD1643C/PY107880<br>06/30/80 – 06/30/81 80DD1644C/PY107980<br>06/30/80 – 06/30/81 80DD1645C/PY108080<br>06/30/80 – 06/30/81 80DD1647C/PY111880<br>06/30/82 – 06/30/83 KY017782<br>06/30/83 – 06/30/84 KY017782<br>06/30/84 – 06/30/85 KY017782<br>06/30/82 – 06/30/83 KY017882<br>06/30/83 – 06/30/84 KY048183<br>06/30/84 – 06/30/85 KY048183<br>06/30/81 – 06/30/82 PY030181<br>06/30/81 – 06/30/82 PY030281<br>11/01/81 – 06/30/82 KY003382 |
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68 31-278301<br>06/30/68 – 06/30/69 31-278301<br>06/30/69 – 06/30/70 31-278301<br>06/30/70 – 06/30/71 31-R-911051<br>06/30/71 – 06/30/72 31-R-911051<br>06/30/72 – 06/30/73 31-R-911051<br>06/30/62 – 06/30/63 96-205800<br>06/30/63 – 06/30/64 96-224900<br>06/30/64 – 06/30/65 96-243400<br>06/30/65 – 06/30/66 96-257400<br>06/30/66 – 06/30/67 96-269500<br>and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973. |
| Maryland Casualty Company | 03/18/96 | 10/20/68 – 10/20/69 WRG-1<br>10/20/69 – 10/20/70 WRG-1<br>10/20/70 – 06/30/71 WRG-1<br>06/30/71 – 06/30/72 WRG-2<br>06/30/72 – 06/30/73 WRG-2<br>06/30/73 – 06/30/74 WRG-2<br>and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace. |
| Royal Indemnity Company | 01/05/95 | 04/01/60 – 04/01/61 RLG021620<br>04/01/61 – 04/01/62 RLG021621<br>04/01/62 – 04/01/63 RLG021622 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 04/01/59 – 04/01/60 RLG021629<br>04/01/55 – 04/01/56 RLG035805<br>04/01/56 – 04/01/57 RLG045762<br>04/01/57 – 04/01/58 RLG045836<br>04/01/58 – 04/01/59 RLG053959<br>03/31/53 – 03/31/54 RLG27635<br>03/31/54 – 04/01/55 RLG31840 |
| Royal Indemnity Company, Arrowood Capital Corp., and Arrowood Indemnity Company, individually, and as corporate successor-in-interest to Royal Indemnity Company ~~(conditional upon Approval Order becoming a Final Order)~~ | 06/17/09 | Pursuant to the 06/17/09 Settlement Agreement and only as to the following policies:<br>04/01/60 – 04/01/61 RLG021620<br>04/01/61 – 04/01/62 RLG021621<br>04/01/62 – 04/01/63 RLG021622<br>04/01/59 – 04/01/60 RLG021629<br>04/01/55 – 04/01/56 RLG035805<br>04/01/56 – 04/01/57 RLG045762<br>04/01/57 – 04/01/58 RLG045836<br>04/01/58 – 04/01/59 RLG053959<br>03/31/53 – 03/31/54 RLG27635<br>03/31/54 – 04/01/55 RLG31840<br>03/31/50 – 03/31/53 RLG017235<br>06/30/83 – 06/30/84 ED102071<br>06/30/84 – 06/30/85 ED102834<br>00/00/00 – 05/26/68 LU273162 |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policy:<br>06/30/74 – 06/30/75 1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | 02/27/73 – 06/30/73 1-0589<br>06/30/73 – 06/30/74 1-0589<br>06/30/74 – 06/30/75 1-0589 |
| U.S. Fire Insurance Company | 09/11/95 | Pursuant to the 09/11/95 Settlement Agreement and only the "Products" coverage portion of the following policies:<br>10/20/68 – 10/20/69 XS2108<br>10/20/69 – 10/20/70 XS2108<br>10/20/70 – 06/30/71 XS2108 |
| Zurich Insurance Company Ltd. and Zurich International (Bermuda) Ltd. (conditional upon Approval Order becoming a Final Order) | 11/11/09 | Pursuant to the 11/11/09 Settlement Agreement and only as to the following policies:<br>06/30/76-06/30/77 IRDSR4010<br>06/30/77-06/30/78 IRDSR401072 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/78-06/30/79 Z17052/3<br>06/30/79-06/30/80 Z17052/4<br>06/30/80-06/30/81 ZIB7434/5<br>06/30/81-06/30/82 ZIB763181C<br>06/30/81-06/30/82 ZIB763281C<br>06/30/82-06/30/83 ZIB763182C<br>06/30/83-06/30/84 ZIB7063183C<br>06/30/84-06/30/85 ZIB7096484C<br>06/30/84-06/30/85 ZIB7063184C |