# EXHIBIT A

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### DECLARATION OF DANIEL K. HOGAN AND DISCLOSURE STATEMENT SUBMITTED PURSUANT TO BANKRUPTCY CODE SECTION 327 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(3) AND 2016

Daniel K. Hogan, declares as follows:

1.      I am an attorney at law admitted to practice in the State of Delaware, as well as in the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit.  I am over 18 years of age and have personal knowledge of the facts set forth herein, which facts are true and correct.  An application to this Court will be filed in order for me to represent Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel") for the Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants").  I, along with my firm, The Hogan Firm, have agreed to represent the Canadian ZAI Claimants as local counsel in connection with the Chapter 11 cases.

2.      This Declaration is submitted in support of the "Application Pursuant to Sections 105, 327, 1102(a)(2), and 1109 of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Local Counsel to the Representative Counsel for the Canadian ZAI Claimants," and for the purpose of fulfilling the disclosure requirements of Section 329(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

3.      I do not represent any clients or interests that are adverse or potentially adverse to the Canadian ZAI Claimants.  Previously, in this case, I have acted as local counsel to a number of law firms in connection with the filing of Rule 2019 Verified Statements.

Additionally, I have acted as local counsel to Baron & Budd in connection with issues related to plan elements which impacted American personal injury claimants' rights.

4.    I do not and will not represent any person in connection with any matter adverse to the Canadian ZAI Claimants.   Furthermore, should I discover during the pendency of the Chapter 11 cases, or thereafter, for so long as I represent the Canadian ZAI Claimants, that I represent, in unrelated matters, any entity or person that has an interest adverse to the Canadian ZAI Claimants, I will promptly disclose to this Court and Representative Counsel the nature of such representation.

5.    I do not, to the best of my knowledge, have any connections with the United States Trustee or with any person employed in the Office of the United States Trustee.

6.    I do not hold any equity or debt security of the Debtors, and have never been a director, officer, or employee of the Debtor.   I am not a creditor of the Debtors.

7.    I have not provided legal advice to an investment banker in connection with the offer, sale, or issuance of a security of the Debtors.

8.    I generally charge an hourly rate for my services and seek reimbursement of direct charges incurred on behalf of my clients.   My hourly rate for matters of this nature is $350.00 per hour.   My rate is adjusted from time-to-time to reflect changes in inflation and other factors.   Any such adjustment will be disclosed to this Court as and when they occur.

9.    I have not agreed to share with any other person the compensation to be paid to me pursuant to the engagement to represent the Canadian ZAI Claimants in connection with the Chapter 11 cases.

10.    I believe that I am a "disinterested person" within the meaning of 11 U.S.C. §§ 101(14) and 327(a), as modified by 11 U.S.C. § 1107(b).   Should I discover any facts bearing on

this declaration or on my representation of the Canadian ZAI Claimants, this Declaration will be

supplemented and those facts will be fully disclosed to this Court.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wilmington, Delaware
Dated: December 21, 2009

_____

Daniel K. Hogan (DE Bar No. 2814)