# **<u>EXHIBIT A</u>**

| Matter 2 | | Asset Disposition | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 11/20/09 | Telephone conference with J. McFarland re obtaining certified copy of ART transaction sale order (.20); exchange correspondence with K. Makowski and others re same (.30). | 0.50 | $475 | $ 237.50 |
| Total | | | 0.50 | | $237.50 |

| | **Matter 3** | **Business Operation** | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 11/17/09 | Review draft Notice re Equity ownership and prepare correspondence re same (.30); review Grace responses re same (.20). | 0.50 | $625 | $ 312.50 |
| Total | | | 0.50 | $625 | $ 312.50 |

| | Matter 4 | | Case Administration | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 11/02/09 | Review and attend to numerous new matters and new pleadings (.90). | 0.90 | $625 | $ 562.50 |
| RJH | 11/2/09 | Exchange correspondence with G. Wang re OCP quarterly reporting issues (.40); attend to matters re quarterly asset disposition report (.30); exchange correspondence with M. Conlon and others re retention of OCP and related issues (.40). | 1.10 | $475 | $ 522.50 |
| JSB | 11/03/09 | Participate in Company call re status of all matters (.40); confer with Court re arrangements for confirmation closing and materials re same (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 11/04/09 | Follow up on Lincoln Partners matter (.20); follow up on FFIC and General Status for next Omnibus hearing (.30); review and attend to newly filed pleadings (.50) | 1.00 | $625 | $625.00 |
| JSB | 11/16/09 | Review newly filed pleadings and attend to matters re same (.70); confer with R. Higgins re status of numerous outstanding matters (.30). | 1.00 | $625 | $ 625.00 |
| JSB | 11/17/09 | Review critical dates list and provide comments re same (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 11/19/09 | Review newly filed pleadings and attend to same (.40); follow up re 25 Omni Status, Environmental issues, Munoz and other claims matter (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 11/24/09 | Confer with Company re status of all outstanding matters (.50); review newly filed pleadings and attend to same (.40). | 0.90 | $625 | $ 562.50 |
| JSB | 11/30/09 | Review newly filed pleadings and attend to same (.50); review correspondence from AON re Employee benefit work and prepare correspondence re same (.30). | 0.80 | $625 | $ 500.00 |
| Total | | | 7.50 | | $4,522.50 |

**Matter 6**  **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/02/09 | Review correspondence re remaining claims (.30); review and respond to correspondence re Acton issues (.30); review correspondence re various environmental claims (.30). | 0.90 | $625 | $ 562.50 |
| RJH | 11/02/09 | Review and analyze BMC claims reports (1.20); exchange correspondence with various parties re same (.50); telephone conference with M. Araki re same (.50); legal analysis re Norfolk Southern claim (.90); legal analysis re contested claim (.80); exchange correspondence with various parties re Big Tex stipulation (.50); exchange correspondence with M. Araki, J. Baer, V. Finkelstein and A. Krieger re Town of Acton settlement (.60); legal analysis re Town of Acton POC (.30). | 5.30 | $475 | $2,517.50 |
| JSB | 11/03/09 | Confer with R. Higgins re status on numerous outstanding claims including Neutocrete, Norfolk Southern, Employee claims and Wright (1.20); review and respond to correspondence re Hatfield site (.20). | 1.40 | $625 | $ 875.00 |
| RJH | 11/03/09 | Telephone conference with J. Forgach re Wright claim (0.80); legal analysis re same (0.90); telephone conference with J. Baer re Norfolk Southern and other issues (0.70); legal research re Norfolk Southern claim (1.20); exchange correspondence with F. Zaremby and others re employee claims (0.40); legal analysis re employee claims (0.50); prepare for 11/4 conference call with client re summary judgment motion (1.20). | 5.70 | $475 | $2,707.50 |
| JSB | 11/04/09 | Confer with R. Higgins re Employee and other non-asbestos claims (.30). | .30 | $625 | $ 187.50 |
| RJH | 11/04/09 | Exchange correspondence with A. Wright re J. Wright employment claim (0.30); telephone conference with C. Greco re same (0.60); prepare for client call re summary judgment motion (1.60); draft and revise factual background re same (1.30); exchange correspondence with S. Whittier re same (0.30); exchange correspondence with D. Bibbs re environmental claims issue (0.40); exchange correspondence with D. Lennon and C. Finke re North Carolina tax claim issue (0.40); telephone conference with J. Baer re employee claims and other issues (0.50); telephone conference with M. Araki re claims analysis issues (0.80); review and analyze claims reports (0.70). | 6.90 | $475 | $3,277.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/05/09 | Review and respond to correspondence re status of all non-asbestos claims (.30). | .30 | $625 | $ 187.50 |
| RJH | 11/05/09 | Analyze employee claims (4.50); analyze updated claims reports (1.20); draft correspondence to J. Baer re same (0.40); telephone conference with M. Araki re same (0.70); telephone conference with S. Whittier re Norfolk Southern claim (1.10); legal analysis re Norfolk Southern claim (0.90). | 8.80 | $475 | $4,180.00 |
| JSB | 11/06/09 | Review materials from BMC re all outstanding claims (.40); review correspondence/summary from R. Higgins re Employee claims (.30); confer with R. Higgins re status of all pending claims (1.50); confer with M. Arake re Environmental claims issues (.30); prepare correspondence re same (.40). | 2.90 | $625 | $1,812.50 |
| RJH | 11/06/09 | Meet with J. Baer re claims reports and employee claims issues (1.50); analyze updated claims reports (0.90); telephone conference with M. Araki re same (0.40); revise background section for summary judgment motion (3.30); revise legal analysis re same (0.30); draft affidavit re same (0.50). | 6.90 | $475 | $3,277.50 |
| RJH | 11/09/09 | Analyze claims reports (1.10); telephone conference with M. Araki re same (0.90); revise background section for summary judgment motion (2.90); revise legal analysis re same (0.30); draft Summary judgment affidavit re same (0.90); attend to matters re certificates of no objection for pending motions and exchange correspondence with various parties re same (1.30). | 7.4 | $475 | $3,515.00 |
| RJH | 11/10/09 | Revise background section for summary judgment motion (5.50); revise legal analysis re same (0.20); draft Summary judgment affidavit re same (0.50); exchange correspondence with J. Hughes re same (0.20); telephone conference with R. Mercer re same (0.50). | 6.9 | $475 | $3,277.50 |
| JSB | 11/11/09 | Confer with C. Greco re Workers Compensation claims issues (.40). | .40 | $625 | $ 250.00 |

5

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/11/09 | Revise background section for summary judgment motion (1.10); revise legal analysis re same (0.50); draft Summary judgment affidavit re same (0.20); telephone conference with J. Hughes re same (0.60); prepare for and lead telephone conference with H. Fishel, M. Burkhardt and S. Whittier re Norfolk Southern (1.40); legal research and consider issues re same (0.90); follow-on telephone conference with S. Whittier re same (0.30); analyze trial transcripts (2.70). | 7.7 | $475 | $3,657.50 |
| RJH | 11/12/09 | Legal analysis re Norfolk Southern claim (4.30); legal analysis re environmental claims issues (0.80). | 5.10 | $475 | $2,422.50 |
| RJH | 11/13/09 | Analyze claims reports and outstanding claims (3.50). | 3.50 | $475 | $1,662.50 |
| RJH | 11/16/09 | Analyze claims reports and outstanding claims and exchange correspondence with various parties re same (2.50); legal analysis re environmental claims issues and other issues (.60); telephone conference with J. Baer re same (.20); legal analysis re Norfolk Southern claims (.30); attend to issues re Wright claim (.20). | 3.80 | $475 | $1,805.00 |
| JSB | 11/17/09 | Review correspondence re 25th Omni Objection (.30). | .30 | $625 | $ 187.50 |
| RJH | 11/17/09 | Analyze claims reports and outstanding claims and exchange correspondence with various parties re same (1.80); multiple telephone conferences with M. Araki re same (0.50); legal analysis re Grau claims (.90); prepare for and participate in telephone conference with J. Baer and J. Cohn-Connor re environmental claims issues (1.30); telephone conferences with J. Baer on Norfolk Southern claim and other issues (.50); draft correspondence re Norfolk Southern claims (0.30); legal research re Norfolk Southern claim (1.70); telephone conference with D. Baldwin re Norfolk Southern claim (.40). | 7.40 | $475 | $3,515.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/18/09 | Analyze claims reports and outstanding claims and exchange correspondence with various parties re same (3.50); multiple telephone conferences with M. Araki re same (1.10); legal analysis re Grau claims (.70); prepare for and participate in telephone conference with L. Gardner and R. Merriam re Grau claims and other environmental claims (1.0); exchange correspondence with client re Norfolk Southern, Wright and Neutocrete claims (.90); exchange correspondence with J. O'Neill re Weatherford claims (.40); attend to matters re entry of order approving NJDEP settlement (.30); attend to issues re employee claims (.10). | 8.00 | $475 | $3,800.00 |
| JSB | 11/19/09 | Review correspondence re Sutton Brook and confer re same (.30); review correspondence re AOC on Easthampton and confer re same (.30); review correspondence and pleadings re 25th Omni re One Beacon (.20); review Chart re Environmental claims and EPA new activities (.30). | 1.10 | $625 | $ 687.50 |
| RJH | 11/19/09 | Analyze claims reports and outstanding claims and exchange correspondence with various parties re same (2.50); exchange correspondence and multiple telephone conferences with M. Araki re same (.50); legal analysis re Grau claims (3.20); exchange correspondence with client re summary judgment motion (.30); exchange correspondence with J. O'Neill and L. Gardner re Weatherford claims (.20); telephone conference with R. Emmett re notice of Sutton Brook settlement (.30); draft notice of same (1.10); telephone conference with J. Baer re same and other issues (.20). | 8.30 | $475 | $3,942.50 |
| JSB | 11/20/09 | Review Easthampton correspondence and AOC (.40); prepare memo re same on Additional site issues (1.10); confer with R. Higgins re Sutton Brooke, Easthampton and Seaton claims (.30); review, respond and comment on various issues re Easthampton AOC and Bankruptcy issues (.40); review draft Sutton Brook notice(.20); prepare comments re same (.20). | 2.60 | $625 | $1,625.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/20/09 | Analyze claims reports and outstanding claims and exchange correspondence with various parties re same (2.70); exchange correspondence and telephone conference with M. Araki re same (1.10); exchange correspondence with client re summary judgment motion issues (.20); prepare for and participate in telephone conference re same (1.20); draft notice of Sutton Brook settlement agreement (1.20); telephone conference with J. Baer re same and other issues (.40). | 6.80 | $475 | $3,230.00 |
| RJH | 11/23/09 | Revise summary judgment motion exhibit list (.70); revise summary judgment motion background section (1.80); analyze client documents re same (1.70); revise Sutton Brook claims settlement notice and exchange correspondence with various parties re same (.90); meet with J. Baer re environmental and other claims (.20); prepare for and participate in telephone conference with client re environmental claims (.80). | 6.10 | $475 | $2,897.50 |
| RJH | 11/24/09 | Revise summary judgment motion exhibit list (.70); revise summary judgment motion background section (4.90); review and analyze client documents re same (1.10); revise Sutton Brook claims settlement notice and prepare same for filing (.40). | 7.10 | $475 | $3,372.50 |
| RJH | 11/25/09 | Attend to matters re exhibits list (.50); legal analysis re client documents re summary judgment motion (1.30); revise background section re same (.60); exchange e-mail correspondence with various parties re same (.80); revise Rowe/Indmar stipulation (.60). | 3.80 | $475 | $1,805.00 |
| JSB | 11/30/09 | Review summary judgment materials for meeting with clients (.30); review revised Samson PPA and Consent Decree (.50); review revised Munoz order, confer with R. Finke re same and status and prepare correspondence re same (.40); prepare correspondence re Samson comments on settlement documents (.30). | 1.50 | $625 | $ 937.50 |
| RJH | 11/30/090 | Exchange correspondence with S. Tetro re Rowe/Indmar stipulation (.30); legal analysis re Hanmar claim (Hatfield lease rejection) and exchange correspondence with various parties re same (.90). | 1.20 | $475 | $ 570.00 |
| Total | | | 128.40 | | $62,745.00 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 11/02/09 | Review and analyze September timesheets (.40). | 0.40 | $475 | $ 190.00 |
| JSB | 11/04/09 | Review fee auditor letter and back-up documentation re same (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 11/12/09 | Prepare third quarterly fee application for the period July 1, 2009, through September 30, 2009 (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 11/13/09 | Prepare third quarterly fee application for the period July 1, 2009, through September 30, 2009 (.90); prepare October fee detail (3.90). | 4.80 | $475 | $2,280.00 |
| JSB | 11/16/09 | Confer with R. Higgins re fee application issues (.30); respond to fee auditor further inquiry re May expense issue (.30); review 3rd quarterly fee application (1.0). | 1.60 | $625 | $1,000.00 |
| RJH | 11/16/09 | Prepare October fee detail and exchange internal correspondence re same (3.10). | 3.10 | $475 | $1,472.50 |
| JSB | 11/17/09 | Further review /revise October fee application and quarterly application (1.0); confer with R. Higgins re same (.30). | 1.30 | $625 | $ 812.50 |
| RJH | 11/20/09 | Prepare October fee detail (1.30). | 1.30 | $475 | $ 617.50 |
| JSB | 11/23/09 | Prepare pleading and expense report for October fee application (1.0). | 1.00 | $625 | $ 625.00 |
| RJH | 11/24/09 | Prepare October fee application for filing and file same (.50). | 0.50 | $475 | $ 237.50 |
| Total | | | 16.90 | | $8,672.50 |

| Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 11/02/09 | Review Venable fee application and daft correspondence re same (.40); telephone conference with L. Bouyier re same (.50). | 0.90 | $475 | $ 427.50 |
| RJH | 11/16/09 | Review fee auditor report re Venable quarterly fee application and exchange correspondence with various parties re same (.30). | 0.30 | $475 | $ 142.50 |
| Total | | | 1.20 | | $ 570.00 |

| | Matter 13 | | Financing | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 11/11/09 | Review correspondence re revising DIP agreement and respond to same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 11/24/09 | Review correspondence re DIP and related issues (.30); confer with various parties re same (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 11/24/09 | Prepare for and participate in telephone conference with J. McFarland re DIP and related issues (.40); draft correspondence to J. Baer re same (.20). | 0.60 | $475 | $ 285.00 |
| RJH | 11/24/09 | Prepare for and participate in telephone conference with J. McFarland re proposed L/C and swaps facilities (.70); exchange correspondence with J. Baer re same (.20); legal analysis re draft documentation (.50). | 1.40 | $475 | $ 665.00 |
| RJH | 11/25/09 | Review and analyze letter of credit facility and related documentation (.80); telephone conference with S. Tetro re same and other issues (.60). | 1.40 | $475 | $ 665.00 |
| JSB | 11/30/09 | Review memo re DIP/LOC documents and issues (.20). | 0.20 | $625 | $125.00 |
| RJH | 11/30/09 | Review and analyze letter of credit facility and related documentation and draft memorandum re same (5.80); exchange correspondence with S. Tetro re same (.10). | 5.90 | $475 | $2,802.50 |
| Total | | | 10.40 | | $5,105.00 |

| | Matter 14 | Hearings | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 11/16/09 | Review 11/23 Agenda and prepare correspondence re same (.30); prepare correspondence to Court re 11/23 hearing and potential change to telephonic hearing (.20). | .50 | $625 | $ 312.50 |
| JSB | 11/23/09 | Review agenda re November Omnibus hearing (.30); participate in and conduct November Omnibus hearing (.60); follow up re same (.20). | 1.10 | $625 | $ 687.50 |
| JSB | 11/30/09 | Review draft 12/14 Agenda and confer re same (.30). | .30 | $625 | $ 187.50 |
| Total | | | 1.90 | | $1,187.50 |

**Matter 15**                                                   **Litigation**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/02/09 | Review draft revisions re Canadian brief (.30); review correspondence re same (.20); review materials from Sealed Air litigation re background information requested (.40). | 0.90 | $625 | $ 562.50 |
| JSB | 11/03/09 | Review draft stipulation, Motion, Consent Decree, Stipulation re claim and status of Court Pleadings re Kaneb (2.0). | 2.00 | $625 | $1,250.00 |
| JSB | 11/04/09 | Confer with D. Boll re Post Trial brief and Canada issues (.30); review and revise Kaneb Consent Decree, Motion and Settlement agreement (3.50); confer with T. Freedman re status of all outstanding issues (.40); confer with T. Freedman and D. Boll re Canadian issues (.40); further revise Kaneb motion and order re Samson POC issue (.50); confer re same (.30); confer with J. Cohn-Conner re Environmental discharge issues (.30); confer with R. Higgins re Environmental issues (.30); review correspondence re FFIC Wachovia issues and respond re same (.30); review Canadian materials re settlement agreement and further changes re same (.70). | 7.00 | $625 | $4,375.00 |
| JSB | 11/05/09 | Confer with Canadian counsel and Grace representatives re Canadian Settlement Amendments (.50); Confer with T. Freedman and R. Finke re successor claims injunction issues (.60); review revised Kaneb agreement and further revise same (.50); confer with T. Freedman re Canadian minutes and further revision re same (.40); prepare comments re Kaneb settlement (.30); review correspondence re General Bar date issue, prepare follow-up and confer with F. Zaremby re same (.50); revise Canadian Minutes of Settlement (.80); review Chapter11 plan re revisions to Canadian provisions (.40); prepare correspondence re same (.30); review and further respond re General Bar Date issues (.30). | 4.60 | $625 | $2,875.00 |
| JSB | 11/06/09 | Review settlement motion and provide comments re same (.50); review correspondence from BMC re environmental notice/bar date/ discharge issues (.40); review and further respond re questions on Settlement matter (.30). | 1.20 | $625 | $ 750.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/11/09 | Confer with R. Finke and R. Spence re Samson/Kaneb settlement issues (.50); review correspondence re same (.30); review correspondence re status of numerous claims matters and respond re same (.50). | 1.30 | $625 | $ 812.50 |
| JSB | 11/16/09 | Review and respond to correspondence re Munoz mediation (.30); review and respond to correspondence re Corporate clean-up and DIP (.30); confer with D. Boll re Canadian Band notice letter (.30); review and respond to inquiries re Samson settlement issues (.30); confer with R. Milner re General Insurance Bar Date issues (.30);confer with R. Spence re Samson issues (.30); review correspondence and memo from R. Emmett re multi site settlement Agreement and Additional Site issues (.40); review chart re Reply Brief matters (.30). | 2.50 | $625 | $1,562.50 |
| JSB | 11/17/09 | Review correspondence on Canadian Settlement Agreement and prepare transmittal re same (.30); review Canadian Agreement for final changes (.40); confer with J. Cohn-Conner and R. Higgins re Environmental issues re additional sites (.40); confer with R. Higgins re Norfolk Southern and Neutocrete issues (.40); review various pleadings and transcript re issues on General Insurance Bar Date (.80); review correspondence re reply brief issues and hyperlink matters (.40); review draft Reply main brief (.80); prepare correspondence re telephonic hearing (.30). | 3.80 | $625 | $2,375.00 |
| JSB | 11/18/09 | Review draft post-trial response brief (2.50); confer with Canadian counsel re approval of amended agreement (.20); review materials re Band bar date matters (.50); revise same (1.50); review entered orders on NJDEP, Austin and Acton and forward to client with correspondence re same (.30); review and respond to numerous inquiries from R. Higgins and other counsel re status of certain unresolved claims (.40); review Longacre portion of trial brief and provide comments re same (.80); review and respond to correspondence re Munoz claim (.30); prepare comments on Post Trial brief (.40); confer with T. Freedman re Plan Objection chart updates (.30); prepare follow up correspondence re same (.30); review draft Munoz order and follow up re same (.30). | 7.80 | $625 | $4,875.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/19/09 | Review and respond to several inquires re Environmental matters (.40); review and respond to questions re further claims matters (.30); review pleadings on bar date issues for General Insurance matter (.50); follow up re same (.30). | 1.50 | $625 | $ 937.50 |
| JSB | 11/20/09 | Review revised Canadian bar date materials and prepare comments re same (.50); review further bar date materials/motions re General Insurance issue (.30); follow up re service issues re same (.30); review and provide further comments on Canadian issues (.40); review One Beacon/Seaton 25th Omni Objection and response (.30); prepare correspondence re same (.30); review claims objection chart for update (.30). | 2.40 | $625 | $1,500.00 |
| JSB | 11/23/09 | Confer with R. Finke re Munoz matter and mediation (.30); review Easthampton correspondence and confer with R. Emmet re same (.20); prepare revisions to language for Easthampton agreement (.20); participate in conference with Grace re EPA issues, additional sites and related issues (.80); review further correspondence re Easthampton (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 11/24/09 | Review revised Olden draft ACO and prepare comments re same (.40); review final comments on Olden ACO for EPA (.40);review Sutton Brook notice and confer with R. Higgins re same (.30); confer with R. Emmett re same (.30); prepare final comments re same (.30); review Olden correspondence with AOC for Easthampton (.20); review and respond to correspondence re Canadian notice and matters re approval in Canada (.30). | 2.20 | $625 | $1,375.00 |
| JSB | 11/30/09 | Review draft Canadian notice, officer's report and order re amendment to Canadian settlement (.50); prepare comments re same (.30); confer with R. Milner re General Insurance company bar date issues (.30); prepare correspondence re confirmation closing issues (.30); confer with T. Freedman re General Insurance and Seaton claim issues (.20); prepare CoC re Munoz order (.40); review Wachovia objection re FFIC settlement on Edwards (.40); review draft summary judgment materials (.80). | 3.20 | $625 | $2,000.00 |
| Total | | | 42.20 | | $26,375.00 |

**Matter 16**  **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/02/09 | Confer with D. Boll re Post Trial brief (.30); prepare correspondence re same (.40); review and respond to various inquires re post trial briefs (.40); prepare motion and order re leave to the Post Trial briefs (1.50); respond to questions re evidentiary issues re Trial brief matters (.40); review comments and revise motion for leave to file Trial briefs (.80); review and respond to numerous correspondence re Post trial briefs and trial exhibit issues (.70); confer with J. O'Neill re Post Trial Brief issues (.30). | 4.80 | $625 | $3,000.00 |
| JSB | 11/03/09 | Confer with Grace and lenders re status of plan, confirmation and exit financing (.60); review and respond to various inquiries re Post-Trial Briefing issues (.60). | 1.20 | $625 | $ 750.00 |
| JSB | 11/05/09 | Review correspondence re Post-Trial briefs and prepare instructions re same (.40); review plan in light of amendments to Canadian minutes of Settlement (1.0). | 1.40 | $625 | $ 875.00 |
| JSB | 11/06/09 | Review Plan and prepare amendment re Canadian matter (1.20); prepare correspondence re same (.30); review reservation of rights provision re successor claims injunction (.30); confer with K. Love and K. Vanderport re hyperlinked briefs and other related matters (several conferences) (.70); prepare correspondence re same (.40); review and respond to follow up re same (.40). | 3.30 | $625 | $2,062.50 |
| JSB | 11/09/09 | Review and respond to inquiries re Post Trial briefing issues (.50); participate in team call re same (.50); review MCC briefing re document /evidence issues (.50); confer with T. Freedman re same (.30), confer with N. Kirtzer re same (.50). | 2.30 | $625 | $1,437.50 |
| JSB | 11/19/09 | Confer with N. Kritzer re status of post-trial response briefs, Longacre Issues and leave to file briefs (.30); prepare motion/order for leave to file briefs (1.50); review certain post trial briefs re outstanding issues (.50);review and respond to correspondence re revising Plan Objection chart (.30). | 2.60 | $625 | $1,625.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/20/09 | Confer with K. Love re Post Trial briefs and related issues (.30); review draft Post trial response brief as revised (1.0); confer with N. Kritzer re same (.30); final review of Motion for Leave to file Post-Trial briefs (.40); review and respond to inquiries re the Post trial response briefs (.40). | 2.40 | $625 | $1,500.00 |
| JSB | 11/23/09 | Review correspondence re Plan Objection chart (.50); confer with R. Higgins re status of Plan issues (.30); confer with Plan team re objection chart (.70). | 1.50 | $625 | $ 937.50 |
| RJH | 11/23/09 | Confer with J. Baer re status of Plan issues (.30). | .30 | $475 | $ 142.50 |
| JSB | 11/24/09 | Confer re Objection chart issues and review correspondence re same (.30). | .30 | $625 | $ 187.50 |
| Total | | | 20.10 | | $12,517.50 |

| Category | Total |
|---|---|
| Total hours for all matters | 229.60 |
| Total amount billed for all matters | $122,245.00 |

| Attorney | Hours | | Amount |
|---|---|---|---|
| JSB Total | 87.90 | | $54,937.50 |
| RJH Total | 141.70 | | $67,307.50 |
| **Total Billed for all matters** | **229.60** | | **$122,245.00** |