# **EXHIBIT B**

## EXPENSES SUMMARY

| Service Description | Amount |
|---|---|
| Postage, Messenger Service, and Miscellaneous | $ 41.12 |
| Long Distance/Conference Telephone Charges | $ 703.18 |
| Total | $ 744.30 |

## ITEMIZED EXPENSES

### Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 11/08/09 | $ 16.58 | Federal Express/Kinkos –copy charges for color charts |
| 11/11/09 | $ 24.54 | Federal Express/Kinkos – copy charges for color charts |
| 11/30/09 | $185.08 | T-Mobile Cellular Telephone and International charges for November |
| 11/31/09 | $ 518.10 | Inter Call-Conference call services for November |
| Total | $ 744.30 | |

**Total October Expenses: $ 744.30**