**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO. et. al. ) | Case No. 01-01139 (JKF) |
| ) |  |
| Debtors. ) | Objection Deadline: March 5, 2010 at 4:00 p.m. |
| ) | Hearing: March 22, 2010 at 10:30 a.m. |

**COVER SHEET TO FINAL APPLICATION OF PIPER JAFFRAY & CO. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS FORMER FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
FOR THE PERIOD FEBRUARY 13, 2006 THROUGH OCTOBER 31, 2009**

Name of Applicant:                              Piper Jaffray & Co.

Authorized to Provide
Professional Services to:                       David T. Austern, Future Claimants Representative

Date of Retention:                              As of February 13, 2006 (pursuant to Order entered
                                                by this Court on May 8, 2006)

Period for which compensation and
reimbursement is sought:                        February 13, 2006 through October 31, 2009 (Final)

Amount of Final Compensation sought
as actual, reasonable and necessary:            $3,347,142.86

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:            $     15,254.52

This is an ___ interim    _X_ final application

**PREVIOUS FORTY-FOUR INTERIM APPLICATIONS**

| Monthly Fee Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 5/26/2006 | February 13, 2006 through February 28, 2006 | $57,142.86 | $1,572.96 | $57,142.86 | $1,572.96 |
| 5/26/2006 | March 1, 2006 through March 31, 2006 | $100,000.00 | $0.00 | $100,000.00 | $0.00 |
| 5/26/2006 | April 1, 2006 through April 30, 2006 | $100,000.00 | $825.95 | $100,000.00 | $825.95 |
| 7/14/2006 | May 1, 2006 through May 31, 2006 | $100,000.00 | $276.74 | $100,000.00 | $276.74 |
| 8/18/2006 | June 1, 2006 through June 30, 2006 | $100,000.00 | $914.14 | $100,000.00 | $914.14 |
| 11/13/2006 | July 1, 2006 through July 31, 2006 | $100,000.00 | $76.75 | $100,000.00 | $76.75 |
| 10/10/2006 | August 1, 2006 through August 31, 2006 | $100,000.00 | $2,168.70 | $100,000.00 | $2,168.70 |
| 11/13/2006 | September 1, 2006 through September 30, 2006 | $100,000.00 | $754.81 | $100,000.00 | $754.81 |
| 11/30/2006 | October 1, 2006 through October 31, 2006 | $100,000.00 | $202.79 | $100,000.00 | $202.79 |
| 1/4/2007 | November 1, 2006 through November 30, 2006 | $100,000.00 | $409.74 | $100,000.00 | $409.74 |
| 1/30/2007 | December 1, 2006 through December 31, 2006 | $100,000.00 | $567.62 | $100,000.00 | $567.62 |
| 3/26/2007 | January 1, 2007 through January 31, 2007 | $100,000.00 | $294.45 | $100,000.00 | $294.45 |

**PREVIOUS FORTY-FOUR INTERIM APPLICATIONS** [1]

| Monthly Fee Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 5/25/2007 | February 1, 2007 through February 28, 2007 | $100,000.00 | $1,015.72 | $100,000.00 | $1,015.72 |
| 5/25/2007 | March 1, 2007 through March 31, 2007 | $100,000.00 | $428.15 | $100,000.00 | $428.15 |
| 7/2/2007 | April 1, 2007 through April 30, 2007 | $100,000.00 | $123.70 | $100,000.00 | $123.70 |
| 7/2/2007 | May 1, 2007 through May 31, 2007 | $100,000.00 | $687.67 | $100,000.00 | $687.67 |
| 8/8/2007 | June 1, 2007 through June 30, 2007 | $100,000.00 | $0.00 | $100,000.00 | $0.00 |
| 9/7/2007 | July 1, 2007 through July 31, 2007 | $100,000.00 | $11.88 | $100,000.00 | $11.88 |
| 10/1/2007 | August 1, 2007 through August 31, 2007 | $100,000.00 | $423.32 | $100,000.00 | $423.32 |
| 11/5/2007 | September 1, 2007 through September 30, 2007 | $100,000.00 | $421.91 | $99,975.00 | $421.91 |
| 12/14/2007 | October 1, 2007 through October 31, 2007 | $100,000.00 | $523.39 | $100,000.00 | $523.39 |
| 1/23/2008 | November 1, 2007 through November 30, 2007 | $100,000.00 | $395.46 | $100,000.00 | $395.46 |
| 2/6/2008 | December 1, 2007 through December 31, 2007 | $100,000.00 | $53.63 | $100,000.00 | $53.63 |
| 3/7/2008 | January 1, 2008 through January 31, 2008 | $100,000.00 | $168.73 | $100,000.00 | $168.73 |

---

[1] Payment was received and accepted at $25.00 less than application for period covered September 1, 2007 through September 30, 2007.

**PREVIOUS FORTY-FOUR INTERIM APPLICATIONS**

| Monthly Fee Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 5/29/2008 | February 1, 2008 through February 28, 2008 | $100,000.00 | $164.51 | $100,000.00 | $164.51 |
| 8/8/2008 | March 1, 2008 through March 31, 2008 | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| 8/8/2008 | April 1, 2008 through April 30, 2008 | $50,000.00 | $315.67 | $50,000.00 | $315.67 |
| 8/8/2008 | May 1, 2008 through May 31, 2008 | $50,000.00 | $76.34 | $50,000.00 | $76.34 |
| 8/28/2008 | June 1, 2008 through June 30, 2008 | $50,000.00 | $135.46 | $50,000.00 | $135.46 |
| 9/4/2008 | July 1, 2008 through July 31, 2008 | $50,000.00 | $1,243.89 | $50,000.00 | $1,243.89 |
| 10/13/2008 | August 1, 2008 through August 31, 2008 | $50,000.00 | $187.82 | $50,000.00 | $187.82 |
| 10/30/2008 | September 1, 2008 through September 30, 2008 | $50,000.00 | $144.25 | $50,000.00 | $144.25 |
| 12/2/2008 | October 1, 2008 through October 31, 2008 | $50,000.00 | $204.84 | $50,000.00 | $204.84 |
| 12/29/2008 | November 1, 2008 through November 30, 2008 | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| 1/29/2009 | December 1, 2008 through December 31, 2008 | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| 3/3/2009 | January 1, 2009 through January 31, 2009 | $20,000.00 | $144.48 | $20,000.00 | $144.48 |

## PREVIOUS FORTY-FOUR INTERIM APPLICATIONS

| Monthly Fee Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 4/6/2009 | February 1, 2009 through February 28, 2009 | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| 5/8/2009 | March 1, 2009 through March 31, 2009 | $50,000.00 | $0.00 | $50,000.00 | $0.00 |

**PREVIOUS FORTY-FOUR INTERIM APPLICATIONS**

| Monthly Fee Applications | | Requested | | Paid (Not Approved) | |
|---|---|---|---|---|---|
| 6/9/2009 | April 1, 2009 through April 30, 2009 | $40,000.00 | $136.20 | $32,000.00 | $136.20 |
| 7/9/2009 | May 1, 2009 through May 31, 2009 | $50,000.00 | $0.00 | $40,000.00 | $0.00 |
| 8/4/2009 | June 1, 2009 through June 30, 2009 | $50,000.00 | $0.00 | $40,000.00 | $0.00 |
| 8/31/2009 | July 1, 2009 through July 31, 2009 | $50,000.00 | $182.85 | $40,000.00 | $182.85 |
| 10/2/2009 | August 1, 2009 through August 31, 2009 | $50,000.00 | $0.00 | $40,000.00 | $0.00 |
| 11/9/2009 | September 1, 2009 through September 30, 2009 | $50,000.00 | $0.00 | Pending | Pending |
| | Total | **$3,347,142.86** | **$15,254.52** | **$3,249,117.86** | **$15,254.52** |

Dated: December 22, 2009

Respectfully submitted,

PIPER JAFFRAY & CO.

By: /S/ JASON SOLGANICK
   Jason Solganick
   150 East 42nd Street, 35th Floor
   New York, New York 10017
   (212) 284-9586

Former Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative