IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO. et al. | ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) ) |  |

## **VERIFICATION**

1. I am a Principal at Piper Jaffray & Co. ("PJC").

2. I am familiar with the work performed on behalf of David T. Austern as Asbestos PI Future Claimants' Representative by the professionals of PJC.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.


                                                        */S/ JASON SOLGANICK*
                                                        Jason Solganick


Sworn to and subscribed before me

this 22nd day of December, 2009


*/S/ CORI A. LARUFFA*
Notary Public

My commission expires: 7/24/2010