IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO. <u>et al.</u> | ) | Case No. 01-01139 (JKF) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**ORDER APPROVING FINAL APPLICATION OF
PIPER JAFFRAY & CO. FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS FORMER FINANCIAL ADVISOR TO DAVID T. AUSTERN,
ASBESTOS PI FUTURE CLAIMANTS REPRESENTATIVE
FOR THE PERIOD FEBRUARY 13, 2006 THROUGH OCTOBER 31, 2009**

Piper Jaffray & Co. ("PJC"), as Former Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative, filed its Final Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period February 13, 2006 through October 31, 2009 (the "Final Fee Application"). The Court has reviewed the Final Fee Application and finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334;

(b) the notice of the Application, and any hearing on the Application, was adequate under the circumstances; and

(c) all persons with standing have been afforded the opportunity to be heard on the Application.

Accordingly, it is hereby

      ORDERED that the unpaid balance of the compensation allowed herein in the amount of $98,000.00 may be paid to PJC by the Debtors on behalf of the FCR; and it is further

      ORDERED that PJC is hereby awarded $3,347,142.86 as final compensation and $15,254.52 as final expenses incurred during the administration of this case.

                                                                                                   _____
                                                                               Judith K. Fitzgerald
                                                                               United States Bankruptcy Judge

Dated: _____