IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 4 AND 5, 2010[2] AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON DECEMBER 29, 2009 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

**CONFIRMATION HEARING CLOSING ARGUMENTS**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]  **The Court has indicated that this hearing shall continue on January 6, 2010, from 9:00 a.m. through 12:00 p.m., if necessary.**

## CLOSING ARGUMENTS

### Plan Documents

(located in 1/4/10 and 1/5/10 Binders unless otherwise indicated)

1.    First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of
W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury
Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee
of Equity Security Holders Dated February 27, 2009 [Filed: 2/27/09] (Docket No. 20872)
*[See 6/22/09 Binder 1, Agenda Item 1]*

Related Documents:

a.    Debtors' Disclosure Statement for the First Amended Joint Plan of
Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co.,
et al., The Official Committee of Asbestos Personal Injury Claimants, the
Asbestos PI Future Claimants' Representative, and the Official Committee of
Equity Security Holders Dated February 27, 2009 [Filed: 2/27/09] (Docket No.
20873) *[See 6/22/09 Binder 2, Agenda Item 1, Related Documents a.]*

b.    Exhibit Book to First Amended Joint Plan of Reorganization and Disclosure
Statement as of February 27, 2009 [Filed: 2/27/09] (Docket No. 20874) *[See
6/22/09 Binders 3, 4 and 5, Agenda Item 1, Related Documents b.]*

c.    Corrected Exhibit 25 to Exhibit Book to First Amended Joint Plan of
Reorganization [Filed: 2/28/09] (Docket No. 20877) *[See 6/22/09 Binder 5,
Agenda Item 1, Related Documents c.]*

d.    Second Corrected Exhibit 12 to Exhibit Book to First Amended Joint Plan of
Reorganization [Filed: 3/5/09] (Docket No. 20919) *[See 6/22/09 Binder 5,
Agenda Item 1, Related Documents d.]*

e.    Debtors' Plan Supplement to the First Amended Joint Plan of Reorganization
Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the
Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI
Future Claimants' Representative, and the Official Committee of Equity Security
Holders Dated February 27, 2009 [Filed: 5/8/09] (Docket No. 21594) *[See
6/22/09 Binder 6, Agenda Item 1, Related Documents e.]*

f.    Notice of Filing Amended Item 3 to Debtors' Plan Supplement to the First
Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code
of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury
Claimants, The Asbestos PI Future Claimants' Representative, and the Official
Committee of Equity Security Holders Dated February 27, 2009 [Filed: 5/15/09]
(Docket No. 21706) *[See 6/22/09 Binder 6, Agenda Item 1, Related Documents f.]*

g.    Amended Declaration of Kevin A. Martin Certifying Tabulation of Ballots
Regarding Vote on First Amended Joint Plan of Reorganization [Filed: 8/5/09]
(Docket No. 22706) *[See 9/8/09 Binder 14, Agenda Item 1, Related Documents j.]*

**h.    Notice of Filing and Service of Debtors' Final Amended Chart Summarizing
Confirmation Requirements and Final Objections to the First Amended
Joint Plan of Reorganization [Filed: 12/16/09] (Docket No. 24014)**

     i.      **Notice of Third Set of Modifications to Joint Plan of Reorganization**
           **[Filed: 12/16/09] (Docket No. 24016)**

**Deadline to File Post-Trial Briefs:** November 2, 2009, at 4:00 p.m.

**Deadline to File Post-Trial Reply Briefs:** November 20, 2009, at 4:00 p.m.

**PLAN PROPONENTS GENERAL POST TRIAL PLEADINGS:**

a.      **Plan Proponent's Main Post-Trial Brief in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 11/3/09] (Docket No. 23662)**

b.      **Plan Proponent's Main Post-Trial Response Brief in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 11/20/09] (Docket No. 23833)**

**LIBBY RELATED POST-TRIAL PLEADINGS:**

a.      **Plan Proponents' Phase II Post-Trial Brief in Response to Confirmation Objections of the Libby Claimants [Filed: 11/2/09] (Docket No. 23659)**

b.      **Plan Proponents' Response to Libby Claimants' Post-Trial Brief [Filed: 11/20/09] (Docket No. 23824)**

**Libby Claimants:**

a.      **Libby Claimants' Post-Trial Brief in Support of Opposition to Confirmation of First Amended Joint Plan of Reorganization [Filed: 11/2/09] (Docket No. 23649)**

b.      **Libby Claimants' Post-Trial Reply Brief in Support of Opposition to Confirmation of First Amended Joint Plan of Reorganization [Filed: 11/20/09] (Docket No. 23821)**

**TRADITIONAL INSURER POST-TRIAL PLEADINGS:**

**CNA Companies:**

a.      **Phase II Post-Trial Brief for the CNA Companies [Filed: 11/2/09] (Docket No. 23644)**

b.      **Phase II Post-Trial Reply Brief for the CNA Companies [Filed: 11/20/09] (Docket No. 23811)**

**Hartford:**

a.      **Hartford's Post-Trial Brief in Support of Objections to Confirmation of First Amended Joint Plan of Reorganization [Filed: 11/2/09] (Docket No. 23643)**

**Federal Insurance Company:**

a.     Joinder of Federal Insurance Company in the Phase II Post-Trial Briefs of the CNA
       Companies, Government Employees Insurance Company and Republic Insurance
       Company N/K/A Starr Indemnity & Liability Company [Filed: 11/3/09] (Docket No.
       23668)

**Government Employee Insurance Company:**

a.     Phase II Post-Trial Brief of Government Employees Insurance Company and
       Republic Insurance Company N/K/A Starr Indemnity & Liability Company in
       Opposition to Confirmation of Amended Joint Plan of Reorganization [Filed:
       11/2/09] (Docket No. 23651)

b.     Joinder of Government Employee Insurance Company and Republic Insurance
       Company N/K/A Starr Indemnity & Liability Company in Certain Phase II Post-
       Trial Reply Briefs Filed By Other Plan Objectors [Filed: 11/20/09] (Docket No.
       23827)

**GENERAL POST-TRIAL PLEADINGS:**

**Property Damage Future Claimants' Representative:**

a.     Post-Trial Brief of the Property Damage Future Claimants' Representative [Filed:
       11/1/09] (Docket No. 23634)

**OneBeacon America Insurance Company:**

a.     Phase II Post-Trial Brief of Creditors OneBeacon America Insurance Company and
       Seaton Insurance Company in Opposition to Confirmation of Amended Joint Plan
       of Reorganization [Filed: 11/2/09] (Docket No. 23637)

b.     Phase II Post-Trial Reply Brief of Creditors OneBeacon America Insurance
       Company and Seaton Insurance Company in Opposition to Confirmation of
       Amended Joint Plan of Reorganization [Filed: 11/20/09] (Docket No. 23825)

**Maryland Casualty Company:**

a.     Maryland Casualty Company's Opening Post-Trial Brief in Support of Its Phase II
       Objections to First Amended Joint Plan of Reorganization Under Chapter 11 of the
       Bankruptcy Code of W. R. Grace & Co., et al, the Official Committee of Asbestos
       Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and
       the Official Committee of Equity Security Holders Dated as of February 27, 2009
       [Filed: 11/2/09] (Docket No. 23645)

b.     Maryland Casualty Company's Post-Trial Reply Brief in Support of Its Positions
       Relating to First Amended Joint Plan of Reorganization Under Chapter 11 of the
       Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos

Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 11/20/09] (Docket No. 23816)

## Zurich Insurance Company:

a.    Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. To the Phase II Post-Trial Brief for CAN Companies and in Support of Their Phase II Objection to Confirmation of the First Amended Joint Plan of Reorganization [Filed: 11/2/09] (Docket No. 23646)

## Kaneb Pipe Line Operating Partnership, L.P.:

a.    Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Phase II Post-Confirmation Hearing Opening Brief [Filed: 11/2/09] (Docket No. 23647)

b.    Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Reply Brief to Plan Proponents' Main Post-Trial Brief in Support of Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 11/20/09] (Docket No. 23819)

## BNSF Railway Company:

a.    Post Trial Brief of BNSF Railway Company Regarding Confirmation of the First Amended Chapter 11 Plan of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 3, 209 [Filed: 11/2/09] (Docket No. 23648)

b.    Post-Trial Reply Brief of BNSF Railway Company Regarding Confirmation of the First Amended Chapter 11 Plan of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated February 3, 209 [Filed: 11/20/09] (Docket No. 23801)

## The State of Montana:

a.    The State of Montana's Post-Trial Brief in Opposition to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 11/2/09] (Docket No. 23654)

b.      The Sate of Montana's Post-Trial Reply Brief in Opposition to Confirmation of the
        First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy
        Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal
        Injury Claimants, The Asbestos PI Future Claimants' Representative, and the
        Official Committee of Equity Security Holders [Filed: 11/20/09] (Docket No. 23817)

Longacre Master Fund, LTD:

a.      Post-Trial Brief of Longacre Master Fund, LTD. And Longacre Capital Partners
        (QP), L.P., in Connection with Phase II Hearing to Consider Confirmation of the
        First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy
        Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal
        Injury Claimants, The Asbestos PI Future Claimants' Representative, and the
        Official Committee of Equity Security Holders Modified Through October 12, 2009
        [Filed: 11/2/09] (Docket No. 23655)

b.      Post-Trial Reply Brief of Longacre Master Fund, LTD. And Longacre Capital
        Partners (QP), L.P., In Connection with Phase II Hearing to Consider Confirmation
        of the First Amended Joint Plan of Reorganization Under Chapter 11 of the
        Bankruptcy Code of W. R. Grade & Co.., et al., The Official Committee of Asbestos
        Personal Injury Claimants' Representative, and the Official Committee of Equity
        Security Holders Modified Through October 12, 2009 [Filed: 11/20/09] (Docket No.
        23828)

Garlock Sealing Technologies, LLC:

a.      Phase II Post-Trial Brief of Garlock Sealing Technologies, LLC in Opposition to
        Confirmation of Plan Proponents' First Amended Joint Plan of Reorganization
        [Filed: 11/2/09] (Docket No. 23656)

b.      Reply Brief of Garlock Sealing Technologies, LLC in Opposition to Confirmation of
        Plan Proponents' First Amended Joint Plan of Reorganization [Filed: 11/20/09]
        (Docket No. 23822)

Arrowood:

a.      Arrowood's Phase II Post-Trial Brief in Support of the Relief to be Provided to it
        Under the Plan of Reorganization [Filed: 11/2/09] (Docket No. 23658)

b.      Arrowood's Phase II Post-Trial Reply Brief in Support of the Relief to be Provided
        to it Under the Plan of Reorganization [Filed: 11/20/09] (Docket No. 23830)

AXA Belgium:

a.      Joinder of AXA Belgium in Certain Insurers' Phase II Post-Trial Briefs and in
        Support of Their Phase II Objection to Confirmation of the First Amended Joint
        Plan of Reorganization [Filed: 11/2/09] (Docket No. 23660)

b.     Joinder of AXA Belgium in Certain Phase II Post-Trial Reply Briefs Filed By Other
       Plan Objectors [Filed: 11/20/09] (Docket No. 23832)

Anderson Memorial Hospital:

a.     Anderson Memorial Hospital's Post-Trial Brief Regarding Feasibility [Filed:
       11/2/09] (Docket No. 23650)

b.     Anderson Memorial Hospital's Post-Trial Reply Brief Regarding Feasibility [Filed:
       11/20/09] (Docket No. 23820)

c.     Anderson Memorial Hospital's Post-Trial Brief on Its Objections to Confirmation of
       Debtors' First Amended Joint Plan [Filed: 12/8/09] (Docket No. 23972)

Response Deadline: December 23, 2009, at 4:00 p.m.

a.     Debtors' Response [Filed: TBD] (Docket No. TBD)

BANK LENDER POST-TRIAL PLEADINGS:

a.     Grace's Post-Trial Brief Regarding Bank Lender Issues [Filed: 11/3/09] (Docket No.
       23664)

b.     Grace's Post-Trial Response Brief Regarding Bank Lender Issues in Support of
       Confirmation of Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy
       Code [Filed: 11/20/09] (Docket No. 23834)

Official Committee of Unsecured Creditors and Bank Lender Group:

a.     Joint Post-Trial Memorandum of the Official Committee of Unsecured Creditors
       and Bank Lender Group in Opposition of First Amended Joint Plan of
       Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 11/2/09] (Docket
       No. 23657)

b.     Joint Reply of the Official Committee of Unsecured Creditors and Bank Lender
       Group to Grace's Post-Trial Brief Regarding Bank Lender Issues [Filed: 11/20/09]
       (23826)

Morgan Stanley Senior Funding, Inc.:

a.     Post-Trial Brief of Morgan Stanley Senior Funding, Inc. in Opposition to
       Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11
       of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of
       Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'
       Representative, and the Official Committee of Equity Security Holders, Dated
       February 27, 2009 [Docket No. 11/2/09] (Docket No. 23636)

b.    **Reply of Morgan Stanley Senior Funding, Inc. to Debtors' Post-Trial Brief Regarding Bank Lender Issues [Filed: 11/20/09] (Docket No. 23803)**

**Status: This matter will go forward.**

2.    **Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and AG Insurance [Filed: 12/7/09] (Docket No. 23960)**

**Related Documents:**

a.    **[Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and AG Insurance [Filed: 12/7/09] (Docket No. 23960)**

b.    **[Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & AG Insurance [Filed: 12/8/09] (Docket No. 12/8/09)**

**Response Deadline: December 21, 2009, at 4:00 p.m.**

**Responses Received: None as of the date of this Notice of Agenda.**

**Status: This matter will go forward.**

Dated: December 22, 2009

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

-and–

PACHULSKI STANG ZIEHL & JONES LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession