## SIGN-IN-SHEET

**CASE NAME: W.R. Grace & Co.**
**CASE NO.: 01-1139(JKF)**

**COURTROOM LOCATION: Multi-Purpose Room** #2
**DATE: 10/26/09 @ 10:30 am**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard H. Wyron | Orrick | PI FCR |
| Ken Pasquale | Stroock | UCC |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Gasper V. Calcanes | Eckert Seamans | Maryland Casualty & Zurich |
| Alan Rich | | PDFCR. Ingersoll |
| Kelly Conlan | Connolly Bove Lodge & Hutz | Maryland Cas. + Trunchauser |
| Garvan McDaniel | Bifferato Gentilotti | Arrowood |
| Carl Pernicone | Wilson Elser | " " |
| James Ray | JSBPC | Grace |
| Richard C. Finke | W. R. Grace | W. R. Grace |
| Richard S Cobb | Landis Rath + Cobb | Bank lender Group |
| James S Green, Jr. | " | " |
| Elihu E. Allison, III | Sullivan Hazeltine Allison llc | Gloria Munoz |
| Anthony Petru | Hildebrand, McLeod + Nelson Inc. | " |
| Quynh L. Nguyen | " | " |

# SIGN-IN-SHEET

**CASE NAME: W.R. Grace & Co.**
**CASE NO.: 01-1139(JKF)**

**COURTROOM LOCATION: Multi-Purpose Room**
**DATE: 10/26/09 @ 10:30 am**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| David Klauder | U.S. Trustee | U.S. Trustee |
| Mark T. Hurford | Campbell Levine | ACC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 10/26/2009
Calendar Time: 10:30 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3141036 | Scott L. Baena | 305-350-2403 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3139163 | Janet Baer | (312) 641-2162 | Law Offices of Janet Baer | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2527755 | Ari Berman | 212-237-0228 | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3139171 | David M. Bernick | (312) 862-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3145224 | Thomas J. Brandi | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3141038 | Michael F. Brown | 215-988-2888 | Drinker Biddle & Reath LLP | Interested Party, One Beacon & Seaton Insurance, et al / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3141183 | Elizabeth J. Cabraser | 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3137967 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3142539 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Interested Party, Libby Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3142544 | Daniel C. Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Representing, Libby Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3140916 | George Coles | (212) 277-8107 | Lincoln International LLC | Other Prof., David T. Austern, Futre Claimants Representative / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 3139661 | Andrew K. Craig | (973) 734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LIVE |

Erika Orozco

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 3144222 | Leslie A. Davis | 202-624-2500 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2587552 | Michael S. Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138025 | Elizabeth DeCristofaro | (212) 269-4900 | Ford Marrin Esposito Witmeyer & Gleser, L.L.P. | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139469 | John D. Demmy | 302-425-3308 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141215 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139601 | Melanie Dritz | 212-230-8819 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Hartford Financial Service Group, Inc. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141046 | Terrance Edwards | (305) 374-7580 ext. 00 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141166 | Marion Fairey | 803-943-4444 | Speights & Runyan | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138542 | Nathan Finch | (202) 862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3140913 | Roger Frankel | 202-339-8513 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139177 | Theodore Freedman | (212) 446-4634 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139576 | Michael Giannotto | 202-346-4124 | Goodwin & Procter LLP (Washington | Creditor, CNA Insurance Companies / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139311 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | Creditor, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139191 | Christopher Greco | 212-446-4734 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139366 | James S. Green, Jr. | 302-467-4426 | Landis Rath & Cobb, LLP | Creditor, Bank Lender Group / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2587690 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139185 | Barbara Harding | (202) 879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 3097336 | Robert M. Horkovich | (212) 278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138014 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company, et al / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139433 | John W. Kozyak | (305) 372-1800 | Kozyak, Tropin & Throckmorton, PA | Creditor, Anderson Memorial Hospital / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141070 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Beena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141097 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141099 | Lewis Kruger | 212-806-5430 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141128 | Richard Levy | 212-326-0886 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hile, LLP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141206 | Alan Madian | 202-973-9878 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139093 | Steven Mandelsberg | 212-478-7360 | Hahn & Hessen | Creditor, State of California Dept. of General Services / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2554608 | Douglas H. Mannal | 212-715-9313 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Official Committee of Equity Security Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138017 | John D. Mattey | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company, et al / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139293 | Robert B. Millner | (312) 876-7994 | Sonnenschein Nath & Rosenthal | Interested Party, General Insurance / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138032 | James E. O'Neill | (302) 778-6407 | Pachulski Stang Ziehl & Jones | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3140914 | Kate Orr | 202-339-8561 | Orrick Herrington & Sutcliffe | Other Prof., David Austern, Future Claims Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3143831 | Merritt Pardini | 212-940-6742 | Katten Muchin Rosenman LLP New | Creditor, Morgan Stanley Senior Funding Inc. / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 3139017 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138407 | Carl Pernicone | 212-915-5656 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Indemnity Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3137117 | Anthony S. Petru | 510-451-6732 | Hildebrand, McLeod & Nelson, LLP | Creditor, Gloria Munoz / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138380 | Margaret A. Phillips | 212-373-3571 | Paul Weiss Rifkind Wharton & | Interested Party, The Bank Lender Group / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138088 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austern Future Claims Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138019 | Mark Plevin | 202-624-2801 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141103 | Franche Rabinovitz | 831-626-8152 | Hamilton, Rabinovitz & Alshuler | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139780 | Joseph Radecki | (212) 277-8117 | Lincoln International LLC | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141626 | Natalie D. Ramsey | 215-772-7354 | Montgomery, McCracken, Walker & | Creditor, Grace Certain Cancer Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3137965 | James J. Restivo | 412-288-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139354 | Andrew N. Rosenberg | 212-373-3158 | Paul Weiss Rifkind Wharton & | Creditor, Bank Lender Group / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139444 | David L. Rosendorf | 305-372-1800 | Kozyak, Tropin & Throckmorton, PA | Creditor, Anderson Memorial Hospital / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3137971 | Samuel J. Rubin | 212-455-3122 | Simpson Thacher & Bartlett | Interested Party, Travelers Casualty & Surety Co / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141162 | Alan Runyan | 803-943-4599 | Speights & Runyan | Claimant, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141033 | Jay Sakalo | (305) 375-6155 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141122 | Alexander Sanders Jr. | (843) 953-5755 | Alexander Sanders Jr. - In Pro Per/Pro | Interested Party, Alexander Sanders Jr. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141101 | Joe Schwartz | (305) 374-7580 ext. 00 | Bilzin, Sumberg, Baena, Price & | Creditor, - / LIVE |

Erika Orozco

| | | | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 3141177 | Darrel Scott | 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3142567 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3136255 | Michael Shiner | 412-594-5586 | Tucker Arensberg | Creditor, AXA Belgium / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139547 | Walter Slocombe | (202) 862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141168 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3138023 | Shayne Spencer | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141057 | Brandi Thomas | (305) 374-7580 ext. 00 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139309 | David M. Turetsky | (212) 735-3000 | Skadden Arps Slate Meagher & Flom | Creditor, Sealed Air Corp. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3141198 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook & | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3140911 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 3139393 | Rebecca Zubaty | (202) 641-6685 | Paul Weiss Rifkind Wharton & | Interested Party, The Bank Lender Group / LIVE |