IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 23rd day of December, 2009, I caused a copy of the following document to be served on the individual on the attached service list in the manner indicated:

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 4 AND 5, 2010 AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

James E. O'Neill (Bar No. 4042)

Grace Agenda Notice Service List for
1/4/10 & 1/5/10 Confirmation Hearing
Case No. 01-1139 (JKF)
December 23, 2009
Document 156054
87 – Facsimiles

***Facsimile 302-426-9947***
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

***Facsimile 302-651-7701***
Robert J. Stearns, Esquire
Cory D. Kandestin, Esquire
(Counsel for National Medical Care, Inc. and The Scotts Company)
(Special Request)

***Facsimile 614-464-6350***
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
(Counsel for The Scotts Company LLC, and certain of its related affiliates)
(Special Request)

***Facsimile 302-658-6548***
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

***Facsimile 302-658-0380***
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

***Facsimile 302-575-1714***
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

***Facsimile 302-651-3001***
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

***Facsimile 214-722-0081***
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

***Facsimile 302-658-6395***
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

***Facsimile 302-573-6497***
David Klauder, Esquire
(United States Trustee)
(Special Request)

***Facsimile 416-216-3930***
Derrick Tay, Esquire
(Canadian Counsel for Debtor)
(Special Request)

***Facsimile 410-531-4545***
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

***Facsimile 212-644-6755***
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

***Facsimile 212-806-6006***
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

***Facsimile 305-374-7593***
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

***Facsimile 212-715-8000***
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

***Facsimile 312-993-9767***
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

***Facsimile 843-216-9410***
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

***Facsimile 610-371-7390***
Joseph Grey, Esquire
(Special Request)

***Facsimile 302-657-4901***
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

***Facsimile 302-652-8405***
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

***Facsimile 302-658-1192***
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

***Facsimile 302-654-0245***
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

***Facsimile 212-583-5707***
Jamie O'Connell
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

***Facsimile 610-371-7390***
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

***Facsimile 610-371-7390***
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar Associates)
(Special Request)

***Facsimile 302-428-8195***
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow)
(Special Request)

***Facsimile 302-472-8135***
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of Lloyd's of London)
(Special Request)

***Facsimile 973-424-2001***
William S. Katchen, Esquire
(Special Request)

***Facsimile 302-577-8656***
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of Revenue)
(Special Request)

***Facsimile 302-425-4673***
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety Company)
(Special Request)

***Facsimile 302-421-6813***
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

***Facsimile 302-656-2769***
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

***Facsimile 302-429-8600***
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

***Facsimile 202-429-3301***
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

***Facsimile 509-455-3906***
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

***Facsimile 412-288-3063***
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

***Facsimile 843-216-6509***
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

***Facsimile 302-655-4210***
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

***Facsimile 202-339-8500***
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

***Facsimile 302-467-4554***
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company)
(Special Request)

***Facsimile 302-658-6537***
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company)
(Special Request)

***Facsimile 302-652-1111***
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

***Facsimile 302-573-6220***
Ellen W. Slights, Esquire
(United States Attorney)

***Facsimile 302-656-7599***
Daniel K. Hogan, Esquire
(Counsel for Various Firms Representing Asbestos Claimants)

***Facsimile 302-467-4450***
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Rebecca L. Butcher, Esquire
(Counsel for the Libby Claimants)

***Facsimile 617-951-0679***
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Nathan R. Soucy, Esquire
(Counsel for the Libby Claimants)

***Facsimile 803-943-4599***
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)

***Facsimile 302-654-0728***
Christopher D. Loizides, Esquire
(Counsel for Anderson Memorial Hospital)

***Facsimile 302-661-7728***
Francis A. Monaco, Jr., Esquire
(Counsel for the City of Cambridge, Massachusetts)

***Facsimile 617-621-6610***
Stephen D. Anderson, Esquire
(Counsel for the City of Cambridge, Massachusetts)

***Facsimile 212-757-3990***
Stephen J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
(Counsel for the Bank Lender Group)

***Facsimile 202-659-6699***
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
(Counsel for Maryland Casualty Company)

***Facsimile 302-421-8390***
Evelyn J. Meltzer, Esquire
(Counsel for BNSF Railway Company)

***Facsimile 617-742-9701***
David Pastor, Esquire
(Counsel for ERISA Plaintiffs)

***Facsimile 610-667-7056***
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
(Counsel for ERISA Plaintiffs)

***Facsimile 610-371-7376***
Leonard P. Goldberger, Esquire
(Counsel for Fireman's Fund Insurance Company and Riunione Adriatica Di Sicurta)

***Facsimile 302-467-4550***
Marc S. Casarino, Esquire
(Counsel for Century Indemnity Co.)

***Facsimile 215-864-7123***
Joseph G. Gibbons, Esquire
(Counsel for Century Indemnity Co.)

***Facsimile 202-719-7049***
Richard A. Ifft, Esquire
(Counsel for Zurich Insurance Company and Zurich International (Bermuda) Ltd.)

***Facsimile 212-455-2502***
Peter V. Pantaleo, Esquire
William T. Russell, Esquire
(Counsel for JPMorgan Chase, N.A.)

***Facsimile 212-894-5671***
Noah Heller, Esquire
Merritt A. Pardini, Esquire
(Counsel for Morgan Stanley Senior Fund)

***Facsimile 302-295-2013***
Jeffrey R. Waxman, Esquire
(Counsel for Federal Insurance Co.)

***Facsimile 215-665-2013***
William P. Shelley, Esquire
Jacob C. Cohn, Esquire
(Counsel for Federal Insurance Co.)

***Facsimile 302-429-8600***
Garvan F. McDaniel, Esquire
(Counsel for Arrowood Indemnity)

***Facsimile 302-421-8390***
David M. Fournier, Esquire
James C. Carignan, Esquire
(Counsel for Longacre Master Fund, Ltd.)

***Facsimile 313-259-7926***
Robert S. Hertzberg, Esquire
(Counsel for Longacre Master Fund, Ltd.)

***Facsimile 302-651-7701***
Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
(Counsel for the Scotts Company LLC)

***Facsimile 214-744-5101***
Alan B. Rich, Esquire
(Counsel for Alexander M. Sanders, Jr. and R. Karl Hill)

***Facsimile 212-490-3038***
Carl J. Pernicone, Esquire
(Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company)

***Facsimile 212-326-2061***
Paul R. Koepff, Esquire
Tancred V. Schiavoni, Esquire
Gary Svirsky, Esquire
(Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company)

***Facsimile 585-530-2017***
Elaine Z. Cole, Esquire
(Counsel for NY State Department)

***Facsimile 215-560-2202***
Christopher R. Momjian, Esquire
(Counsel for the PA Dept. of Revenue)

***Facsimile 573-751-7232***
Sheryl L. Moreau, Esquire
(Counsel for Missouri Dept. of Revenue)

***Facsimile 317-232-7979***
Brian D. Salwowski, Esquire
(Indiana Dept. of Revenue)

***Facsimile 510-465-7023***
Anthony S. Petru, Esquire
(Counsel for Gloria Munoz)

***Facsimile 302-467-4201***
(Counsel for OneBeacon America Insurance Company)
David P. Primack, Esquire
Warren T. Pratt, Esquire
Drinker Biddle & Reath LLP

***Facsimile 215-988-2757***
(Counsel for OneBeacon America Insurance Company)
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
Drinker Biddle & Reath LLP

***Facsimile 302-658-7567***
(Counsel for Continental Casualty Company)
Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess, P.A.

***Facsimile 617-523-1231***
(Counsel for Continental Casualty Company)
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Goodwin Proctor LLP

***Facsimile 212-344-4294***
(Counsel for Continental Casualty Company)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.

***Facsimile 302-652-8405***
(Counsel to Kaneb Pipe Line)
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire

***Facsimile 210-270-7205***
(Counsel for Kaneb Pipe Line)
Steve A. Pierce, Esquire

***Facsimile 214-855-8200***
(Counsel for Kaneb Pipe Line)
Toby L. Gerber, Esquire

***Facsimile 305-372-3508***
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez, Castro, Esquire
(Counsel for Anderson Memorial Hospital)

***Facsimile 813-229-1811***
Harley E. Riedel, Esquire
(Counsel for Anderson Memorial Hospital)

**W.R. Grace Email Service list of Objecting And Interested Parties**
Case No. 01-1139 (JKF)
Doc. No. 141636
174 – Electronic Delivery

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com
(Counsel to the Official Committee of Unsecured Creditors)

DUANE MORRIS LLP
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
mlastowski@duanemorris.com
rriley@duanemorris.com
(Delaware Counsel for the GUC's)

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Greg Horowitz, Esquire
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com
(Counsel to the PD Committee)

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com
(Delaware counsel for PD Committee)

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder, Esquire
david.klauder@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller, Esquire
Merritt A. Pardini, Esquire
Jeff Friedman, Esquire
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com
jeff.friedman@kattenlaw.com
(Counsel to Bank of America etc re RMQ Bond)

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esquire
Jason M. Madron, Esquire
Dana L. Reynolds, Esquire
Marcos Ramos, Esquire
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com
ramos@rlf.com
(Counsel to Bank of America etc.re RMQ Bond)

PEPPER HAMILTON LLP
David M. Fournier, Esquire
James C. Carignan , Esquire
Robert S. Hertzberg, Esquire
Linda J. Casey, Esquire
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com
(Counsel to Longacre Master Fund)

caseyl@pepperlaw.com
(Counsel to BNSF)

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Francis A. Monaco, Jr. Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com
(Counsel to State of Montana and The Crown)

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
metkin@lowenstein.com
ilevee@lowenstein.com
(Counsel to the ERISA Plaintiffs)

SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
Joseph H. Meltzer, Esquire
jmeltzer@sbtklaw.com
(Counsel to the ERISA Plaintiffs)

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esquire
Cory D. Kandestin, Esquire
stearn@rlf.com
kandestin@rlf.com
( Delaware counsel to Scotts)

VORYS, SATER, SEYMOUR and PEASE LLP
Robert J. Sidman Esquire
Tiffany Strelow Cobb, Esquire
rjsidman@vorys.com
tscobb@vorys.com
(Counsel to Scotts)

PEPPER HAMILTON LLP
Evelyn J. Meltzer, Esquire
Edward C. Toole Jr., Esquire
meltzere@pepperlaw.com
toolee@pepperlaw.com
( Counsel to BNSF)

LANDIS RATH & COBB LLP'
Adam G. Landis, Esquire
Rebecca L. Butcher, Esquire
Kerri K. Mumford, Esquire
James S. Green, Jr., Esquire
landis@lrclaw.com
butcher@lrclaw.com
mumford@lrclaw.com
green@lrclaw.com
(Delaware counsel to Libby Claimants and Pre Petition Lender Group)

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
cohn@cwg11.com
candon@cwg11.com
(Counsel to Libby Claimants)

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller, Esquire
Etta R. Wolfe, Esquire
kmiller@skfdelaware.com
ewolfe@skfdelaware.com
(Delaware Counsel for Kaneb)

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce, Esquire
Toby L. Gerber, Esquire
speirce@fulbright.com
tgerber@fulbright.com
(Counsel to Kaneb)

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey Wisler, Esquire
Marc J. Phillips, Esquire
jwisler@cblh.com
mphillips@cblh.com
(Counsel to Maryland Casualty and Zurich Insurance)

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Gabriella Cellarosi, Esquire
elongosz@eckertseamans.com
lstover@eckertseamans.com
gcellarosi@eckertseamans.com
( Counsel to Maryland Casualty and Zurich)

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esquire
erosenthal@rmgglaw.com
(Counsel to CNA)

GOODWIN PROCTER LLP
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Michael S. Giannotto, Esquire
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com
(Counsel to CNA)

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esquire
Shayne W. Spencer, Esquire
emdecristofaro@FMEW.com
swspencer@FMEW.com
(Counsel to CNA)

WILEY REIN LLP
Richard A. Ifft, Esquire
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino , Esquire
Joseph Gibbons, Esquire
Gregory T. LoCasale, Esquire
James S. Yoder, Esquire
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasaleg@whiteandwilliams.com
yoderj@whiteandwilliams.com
(Counsel to Century Indemnity Company)

DRINKER BIDDLE & REATH LLP
Warren T. Pratt, Esquire
David P. Primack, Esquire
Michael F. Brown, Esquire
Jeffrey Boerger, Esquire
warren.pratt@dbr.com
david.primack@dbr.com
michael.brown@dbr.com
jeffrey.boerger@dbr.com
(Counsel to Seaton, One Beacon, GEICO and Commercial Union)

STEVENS & LEE, P.C.
John D. Demmy , Esquire
Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com
(Counsel to Firemans' Fund)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephan J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com
(Counsel to the Pre Petition Lender Group)

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esquire
William T. Russell, Jr., Esquire
Elisa Alcabes, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
ealcabes@stblaw.com
(Counsel to Travelers Insurance)

COZEN O'CONNOR
William P. Shelley, Esquire
Jacob C. Cohen, Esquire
wshelley@cozen.com
jcohn@cozen.com
(Counsel to Federal Insurance)

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esquire
gmcdaniel@bglawde.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone, Esquire
Catherine Chen, Esquire
carl.pernicone@wilsonelser.com
Catherine.chen@wilsonelser.com
( Counsel to Royal Insurance and Arrowood Indemnity)

ALAN RICH LAW
Alan B. Rich, Esquire
arich@alanrichlaw.com
(Counsel to the PD FCR)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky, Esquire
Greg St. Clair, Esquire
david.turetsky@skadden.com
Greg.Stclair@skadden.com
(Counsel to Sealed Air)

KRAMER LEVIN NAFTALIS & FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Greg Horowitz, Esquire
David Blabey, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
ghorowitz@kramerlevin.com
dblabey@kramerlevin.com
(Counsel to the Equity Committee)

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Mary A. Wallace, Esquire
Richard H. Wyron, Esquire
Jonathan Guy, Esquire
Kathleen Orr, Esquire
Peri Mahaley, Esquire
Joshua Cutler, Esquire
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com
jguy@orrick.com
korr@orrick.com
pmahaley@orrick.com
jcutler@orrick.com
(Counsel to the PI FCR)

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
John McFarland
richard.finke@grace.com
mark.shelnitz@grace.com
john.mcfarland@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov
(Environmental Counsel re Libby)

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
Nathan Finch, Esquire
Elihu Inselbuch, Esquire
Jeffrey A. Liesemer, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
Walter Slocombe, Esquire
jal@capdale.com
pvnl@capdale.com
ndf@capdale.com
ei@capdale.com
jal@capdale.com
jpw@capdale.com
bsb@capdale.com
wbs@capdale.com
(Counsel to the ACC)

CROWELL & MORING
Mark A. Plevin
Leslie Epley Davis
mplevin@crowell.com
lepley@crowell.com
(Counsel to Firemans' Fund)

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION AGENCY
Andrea Madigan
Madigan.andrea@epa.gov
(Environmental Counsel re Libby)

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com
(Counsel to Fresenius)

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
Marla R. Eskin, Esquire
mhurford@camlev.com
meskin@camlev.com
(Delaware counsel to the ACC)

O'MELVENY & MYERS LLP
Brad Elias, Esquire
Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
Paul R. Koepff, Esquire
Allen Schwartz, Esquire
belias@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
pkoepff@omm.com
allenschwartz@omm.com
(Counsel to Royal Indemnity and Arrowood Indemnity)

KIRKLAND & ELLIS
David Bernick, Esquire
Lisa G. Esayian, Esquire
Christopher T. Greco, Esquire
Craig A. Bruens, Esquire
Theodore L. Freedman, Esquire
Kimberly Love, Esquire
Barbara Harding, Esquire
Justin S. Brooks, Esquire
Morgan E. Rohrhofer
dbernick@kirkland.com
lesayian@kirkland.com
cgreco@kirkland.com
cbruens@kirkland.com
tfreedman@kirkland.com
klove@kirkland.com
bharding@kirkland.com
justin.brooks@kirkland.com
mrohrhofer@kirkland.com

PACHULSKI STANG ZIEHL & JONES LLP
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Kathleen P. Makowski, Esquire
Patricia Cuniff, Paralegal
joneill@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com
pcuniff@pszjlaw.com

ZUCKERMAN SPAEDER LLP
Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
James Sottile, Esquire
tmacauley@zuckerman.com
vguldi@zuckerman.com
jsottile@zuckerman.com
(Counsel to Equitas)

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
Robert Guttmann, Esquire
rguttmann@zeklaw.com
mdavis@zeklaw.com
(Counsel to AIG and National Union)

JOHN SHEEHAN SPADARO, LLC
John S. Spadaro, Esquire
jspadaro@johnsheehanspadaro.com

MENDES & MOUNT LLP
Alexander Mueller, Esquire
Thomas J. Quinn, Esquire
Eileen McCabe, Esquire
Anna Newsom, Esquire
Carolina Acevedo, Esquire
alexander.mueller@mendes.com
thomas.quinn@mendes.com
eileen.mccabe@mendes.com
anna.newsom@mendes.com
carolina.acevedo@mendes.com
(Counsel to the London Market Companies)

DILWORTH PAXON LLP
Martin J. Weis, Esquire
Anne Marie P. Kelley, Esquire
Scott J. Freedman, Esquire
mweis@dilworthlaw.com
akelley@dilsorthlaw.com
sfreedman@dilworthlaw.com

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young, Esquire
young@wildman.com
(Counsel to CNA)

SPEIGHTS & RUNYAN LLP
Daniel Speights, Esquire
dspeights@speightsrunyan.com
(Counsel to Anderson Memorial and other PD Claimants)

RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook, Esquire
ewestbrook@rpwb.com
(Counsel to ZAI claimants)

ANDERSON KILL & OLICK P.C.
Robert M. Horkovick, Esquire
rhorkovich@andersonkill.com
(ACC Special Insurance Counsel)

MORRIS, NICHOLAS, ARSHT & TUNNELL LLP
Robert J. Dehney, Esquire
Ann C. Cordo, Esquire
rdehney@mnat.com
acordo@mnat.com

FULBRIGHT & JAWORSKI L.L.P.
Toby L. Gerber, Esquire
tgerber@fulbright.com
(Counsel to Kaneb)

SAUL EWING LLP
Teresa K.D. Currier, Esquire
TCurrier@saul.com

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato, Esquire
cbifferato@bglawde.com

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr.
jcp@pgslaw.com

THE LAW OFFICES OF
JANET S. BAER P. C.
Janet S. Baer, Esquire
jbaer@jsbpc.com

KOZYAK TROPIN &
THROCKMORTON, P.A.
David L. Rosendorf, Esquire
John Kozyak, Esquire
drosendorf@kttlaw.com
jk@kttlaw.com
(Counsel to Anderson Memorial)

STICHTER RIEDEL BLAIN & PROSSER, P.A.
Harley E. Riedel, Esquire
hriedel@srbp.com

MESSANA ROSNER & STERN LLP
Frederick B. Rosner, Esquire
(Counsel to General Insurance Co. of America)
frosner@mrs-law.com

SONNENSCHEIN NATH & ROSENTHAL
Robert B. Millner, Esquire
Christopher Prince, Esquire
rmillner@sonnenschein.com
cprince@sonnenschein.com
(Counsel to General Insurance Co. of America)

MORRIS JAMES LLP
Brett Fallon, Esquire
bfallon@morrisjames.com
(Counse to Garlock Sealing Tech)

ROBINSON BRADSHAW & HINSON
Garland S. Cassada, Esquire
Richard C. Worf, Esquire
gcassada@rbh.com
rworf@rbh.com
(Counsel to Garlock Sealing Tech)

NUTTER McCLENNEN & FISH
Peter Nils Baylor, Esquire
pbaylor@nutter.com
(Counsel to Tyco Healthcare)

WILMER HALE
Craig Goldblatt, Esquire
Nancy L. Manzer, Esquire
craig.goldblatt@wilmerhale.com
nancy.manzer@wilmerhale.com
(Counsel to Harford)

STATE OF MICHIGAN
Deborah Benedict Walmeir, Asst Att Gen
waldmeird@michigan.gov
(Counsel to Mich. Dept of Treasure)

Joseph and Helen Parry-Hill
theparryhills@gmail.com
(Claimant)