# Exhibit A

Duane Morris
December 7, 2009
Page 2

File # K0248-00001                                              INVOICE # 1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/2/2009 | 004 | AC MAHOLCHIC | REVIEW, FILE AND COORDINATE SERVICE OF POST TRIAL MEMORANDUM. | 1.20 | $366.00 |
| 11/2/2009 | 004 | SL WOLFENDEN | PREPARED COS AND SERVICE LIST RE JOINT POST-TRIAL MEMORANDUM RE CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION. | 0.20 | $44.00 |
| 11/2/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM K. PASQUALE RE JOINT POST TRIAL BRIEF. | 0.10 | $22.00 |
| 11/3/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/4/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/5/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM J. VILLANUEVA RE POST TRIAL BRIEFING. | 0.10 | $22.00 |
| 11/5/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO J. VILLANUEVA RE POST TRIAL BRIEFING. | 0.20 | $44.00 |
| 11/9/2009 | 004 | AC MAHOLCHIC | REVIEW DOCKET AND DRAFT NOTICE OF SERVICE OF HYPERLINKED JOINT POST-TRIAL MEMORANDUM. | 0.30 | $91.50 |
| 11/9/2009 | 004 | AC MAHOLCHIC | REVIEW AND COORDINATE FILING OF NOTICE OF SERVICE OF HYPERLINKED JOINT POST TRIAL MEMORANDUM. | 0.20 | $61.00 |
| 11/10/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/13/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/09/09 THROUGH 11/12/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 11/13/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/09/09 THROUGH 11/12/09. | 0.10 | $15.00 |
| 11/16/2009 | 004 | AC MAHOLCHIC | REVIEW DOCKET AND COORDINATE FILING OF CNO FOR 92ND MONTHLY FEE APPLICATION OF DUANE MORRIS. | 0.20 | $61.00 |
| 11/16/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/13/09 THROUGH 11/15/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |

Duane Morris
December 7, 2009
Page 3

File # K0248-00001                                          INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/16/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/13/09 THROUGH 11/15/09. | 0.10 | $15.00 |
| 11/17/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/16/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 11/17/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/16/09. | 0.10 | $15.00 |
| 11/18/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/17/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 11/18/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/17/09. | 0.10 | $15.00 |
| 11/20/2009 | 004 | AC MAHOLCHIC | REVIEW, FILE AND COORDINATE SERVICE OF CREDITORS' COMMITTEE AND BANK LENDER GROUP'S JOINT REPLY BRIEF. | 1.40 | $427.00 |
| 11/20/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/23/2009 | 004 | DS MARRA | CORRESPONDENCE TO J. VILLANUEVA AND W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED 11/20/09. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/20/09. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | RECEIVED AND REVIEWED CORRESPONDENCE FROM J. VILLANUEVA REGARDING REQUESTED DOCUMENTS FOR REVIEW. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | RETRIEVED VARIOUS ELECTRONICALLY FILED PLEADINGS FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| | | | Code Total | 5.70 | $1,464.50 |

Duane Morris
December 7, 2009
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1529720

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/11/2009 | 005 | MR LASTOWSKI | REVIEW SOLOW SETTLEMENT MOTION | 0.10 | $67.50 |
| 11/11/2009 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO EXPUNGE CANADIAN TIME-BARRED CLAIMS | 0.40 | $270.00 |
| 11/11/2009 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT WITH THE EDWARDS PLAINTIFFS | 0.20 | $135.00 |
| | | | Code Total | 0.70 | $472.50 |

Duane Morris
December 7, 2009
Page 5

File # K0248-00001                                    INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/9/2009 | 006 | MR LASTOWSKI | TELEPHONE CALL FROM R. MIRSKY RE: ACCESSING CLAIMS REGISTER | 0.10 | $67.50 |
| 11/11/2009 | 006 | MR LASTOWSKI | REVIEW ALLIANZ SETTLEMENT MOTION | 0.40 | $270.00 |
| 11/11/2009 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT WITH THE ZURICH | 0.20 | $135.00 |
| | | | Code Total | 0.70 | $472.50 |

Duane Morris
December 7, 2009
Page 6

File # K0248-00001                                    INVOICE #  1529720
         W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/4/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.40 | $302.00 |
| 11/23/2009 | 007 | WS KATCHEN | REVIEW STROOCK EMAIL TO COMMITTEE. | 0.10 | $75.50 |
| | | | Code Total | 0.50 | $377.50 |

Duane Morris
December 7, 2009
Page 7

File # K0248-00001                                                  INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/5/2009 | 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: DUANE MORRIS 33RD INTERIM FEE APPLICATION | 0.10 | $67.50 |
| 11/6/2009 | 012 | AC MAHOLCHIC | REVIEW 93RD MONTHLY APPLICATION OF DUANE MORRIS FOR COMPENSATION FOR OCTOBER 2009. | 0.30 | $91.50 |
| 11/6/2009 | 012 | SL WOLFENDEN | DRAFTED 93RD MONTHLY FEE APPLICATION FOR 10/09. | 1.50 | $330.00 |
| 11/13/2009 | 012 | DS MARRA | PREPARE ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.20 | $30.00 |
| 11/13/2009 | 012 | DS MARRA | ELECTRONICALLY FILE ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK. | 0.20 | $30.00 |
| 11/13/2009 | 012 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $15.00 |
| 11/13/2009 | 012 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMAD REGARDING ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $15.00 |
| 11/30/2009 | 012 | AC MAHOLCHIC | COORDINATE FINAL OF OCTOBER MONTHLY FEE APPLICATION WITH S. WOLFENDEN. | 0.10 | $30.50 |
| | | | Code Total | 2.60 | $609.50 |

Duane Morris
December 7, 2009
Page 8

File # K0248-00001                                          INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/27/2009 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS AND AGENDA FOR 11/30/09 HEARING | 1.20 | $810.00 |
| | | | Code Total | 1.20 | $810.00 |

Duane Morris
December 7, 2009
Page 9

File # K0248-00001                                                    INVOICE #  1529720
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/1/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF DISTRICT COURT APPEAL (LENDER INTEREST) | 0.20 | $135.00 |
| 11/2/2009 | 017 | MR LASTOWSKI | REVIEW MORGAN STANLEY POST TRIAL BRIEF | 1.40 | $945.00 |
| 11/2/2009 | 017 | MR LASTOWSKI | REVIEW MORGAN STANLEY POST TRIAL BRIEF | 0.80 | $540.00 |
| 11/2/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER (2D) RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER (3RD) RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 | 017 | MR LASTOWSKI | REVIEW KANEB PIPELIN POST TRIAL BRIEF | 0.30 | $202.50 |
| 11/2/2009 | 017 | MR LASTOWSKI | REVIEW BNSF POST TRIAL BRIEF | 0.20 | $135.00 |
| 11/2/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' POST TRIAL BRIEF | 0.70 | $472.50 |
| 11/2/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING OF THE CREDITORS' COMMITTEE'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/2/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 | 017 | RW RILEY | REVIEW JOINT POST-TRIAL MEMORANDUM OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK LENDER GROUP IN OPPOSITION TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE | 1.00 | $540.00 |
| 11/2/2009 | 017 | RW RILEY | REVIEW POST-TRIAL CONFIRMATION BRIEFS BY LONG ACRE MASTER FUND, STATE OF MONTANA, HARTFORD AND OTHERS | 1.30 | $702.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' MAIN POST TRIAL BRIEF | 2.20 | $1,485.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW ONE BEACON POST TRIAL BRIEF | 0.40 | $270.00 |

Duane Morris
December 7, 2009
Page 10

File # K0248-00001                                          INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S POST TRIAL BRIEF (FEASIBILITY) | 0.30 | $202.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW GEICO'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW THE HARTFORD'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW THE STATE OF MONTANA'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW THE CREDITORS' COMMITTEE'S POST TRIAL BRIEF | 0.80 | $540.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE'S POST TRIAL BRIEF | 0.30 | $202.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK'S POST TRIAL BRIEF | 0.40 | $270.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW ARROWOOD'S POST TRIAL BRIEF | 0.40 | $270.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' POST TRIAL BRIEF ADDRESSED TO LIBBY OBJECTIONS | 0.80 | $540.00 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' MOTION TO INCREASE PAGE LIMITATIONS | 0.10 | $67.50 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW GRACE'S POST TRIAL BRIEF RE: LENDER ISSUES | 0.50 | $337.50 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW FEDERAL INSURANCE COMPANY'S JOINDER IN POST TRIAL BRIEFING | 0.10 | $67.50 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF DISTRICT COURT APPEALS (POST PETITION INTEREST) | 0.20 | $135.00 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW ACC'S JOINDER IN GRACE'S BRIEF RE: LENDER ISSUES | 0.10 | $67.50 |
| 11/5/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: HYPERLINKING BRIEFS | 0.10 | $67.50 |
| 11/6/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: HYPERLINKED BRIEFS | 0.10 | $67.50 |
| 11/9/2009 | 017 | MR LASTOWSKI | REVIEW POST TRIAL BRIEFS | 1.20 | $810.00 |
| 11/9/2009 | 017 | RW RILEY | REVIEW COMMUNICATION RELATED TO HYPERLINK BRIEFS AND ADDRESS ISSUES RELATED TO NOTICE OF DELIVERY OF HYPERLINK BRIEFS | 0.30 | $162.00 |
| 11/9/2009 | 017 | RW RILEY | REVIEW POST TRIAL CONFIRMATION BRIEFS BY VARIOUS PARTIES | 1.80 | $972.00 |
| 11/10/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: NOTICE OF TRANSMITTAL TO JUDGE FITZGERALD | 0.10 | $67.50 |
| 11/17/2009 | 017 | RW RILEY | REVIEW POST-TRIAL CONFIRMATION BRIEF | 1.00 | $540.00 |
| 11/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING REPLY BRIEF IN OPPOSITION TO CONFIRMATION | 0.10 | $67.50 |
| 11/19/2009 | 017 | MR LASTOWSKI | REVIEW ERRATA SHEET FOR PLAN PROPONENTS BRIEF (LIBBY) | 0.10 | $67.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW AND SIGN COMMITTEE POST PHASE TWO TRIAL MEMORANDUM | 1.30 | $877.50 |

Duane Morris
December 7, 2009
Page 11

File # K0248-00001                                      INVOICE # 1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW ERRATA SHEET FOR ANDERSON MEMORIAL HOSPITAL'S POST TRIAL BRIEF RE: FEASIBILITY | 0.10 | $67.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW CNA'S REPLY BRIEF | 0.30 | $202.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW THE STATE OF MONTANA'S REPLY BRIEF | 0.20 | $135.00 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW SEALED AIR'S RESERVATION OF RIGHTS | 0.10 | $67.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW KANEB PIPELINE'S POST TRIAL REPLY | 0.20 | $135.00 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK'S POST TRIAL REPLY | 0.30 | $202.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL' POSTRIAL BRIEF RE: FEASIBILITY | 0.20 | $135.00 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' POST TRIAL REPLY | 0.30 | $202.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK'S POST TRIAL REPLY | 0.30 | $202.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW BNSF REPLY BRIEF | 0.20 | $135.00 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW MORGAN STANLEY POST CONFIRMATION REPLY BRIEF | 0.70 | $472.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW ONEBEACON'S POST TRIAL REPLY BRIEF | 0.30 | $202.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE'S POST TRIAL REPLY BRIEF | 0.10 | $67.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW ARROWWOOD'S POST TRIAL REPLY BRIEF | 0.20 | $135.00 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS POST TRIAL REPLY BRIEF | 1.20 | $810.00 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS POST TRIAL REPLY BRIEF (LENDER ISSUES) | 1.20 | $810.00 |
| | | | Code Total | 25.30 | $16,348.50 |

Duane Morris
December 7, 2009
Page 12

File # K0248-00001                                        INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/30/2009 | 025 | WS KATCHEN | REVIEW DRAFT POST-TRIAL BRIEF. | 1.00 | $755.00 |
| 10/30/2009 | 025 | WS KATCHEN | REVIEW FINAL CHARTS OF DEPOSITIONS AND PRIOR TESTIMONY DESIGNATIONS. | 0.50 | $377.50 |
| 11/4/2009 | 025 | WS KATCHEN | REVIEW DOCKET/EMAIL TO DM WILMINGTON OFFICE. | 0.20 | $151.00 |
| 11/4/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI. | 0.10 | $75.50 |
| 11/5/2009 | 025 | WS KATCHEN | REVIEW JOINT POST-TRIAL MEMO OF OCC AND BANK LENDERS IN OPPOSITION TO CONFIRMATION OF 1ST AMENDED PLAN. | 0.80 | $604.00 |
| 11/6/2009 | 025 | WS KATCHEN | REVIEW GRACE'S POST TRIAL BRIEF ON BANK LENDER ISSUES. | 0.90 | $679.50 |
| 11/6/2009 | 025 | WS KATCHEN | EMAIL STROOCK ON 1123(D) AND 1141(D). | 0.40 | $302.00 |
| 11/6/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MAIN POST-TRIAL BRIEF IN SUPPORT OF CONFIRMATION. | 1.10 | $830.50 |
| 11/6/2009 | 025 | WS KATCHEN | REVIEW BNSF RY POST TRIAL BRIEF. | 0.20 | $151.00 |
| 11/9/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEF BY PLAN PROPONENTS IN RESPONSE TO LIBBY CLAIMANTS OBJECTIONS TO CONFIRMATION. | 1.10 | $830.50 |
| 11/10/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW PLAN PROPONENTS POST-TRIAL BRIEF. | 1.70 | $1,283.50 |
| 11/12/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH EDWARDS PLAINTIFFS. | 0.20 | $151.00 |
| 11/12/2009 | 025 | WS KATCHEN | REVIEW MOTION RE CANADIAN P.D. CLAIMS. | 0.20 | $151.00 |
| 11/12/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT AGREEMENT WITH SHELDON H. SOLOW, ET AL - ($35 M). | 0.20 | $151.00 |
| 11/12/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ALLIANZ COS. | 0.20 | $151.00 |
| 11/17/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT ZURICH INSURANCE. | 0.20 | $151.00 |
| 11/17/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA AND DOCKET. | 0.20 | $151.00 |
| 11/21/2009 | 025 | WS KATCHEN | RESEARCH FOR PLAN ISSUE. | 0.50 | $377.50 |
| 11/21/2009 | 025 | WS KATCHEN | EMAILS TO A. KRIEGER. | 0.20 | $151.00 |
| 11/21/2009 | 025 | WS KATCHEN | ADDITIONAL ATTENTION TO ISSUE. | 0.40 | $302.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW FRESENIUS POST-TRIAL STATEMENT. | 0.50 | $377.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL JOINT REPLY OCC & BANK LENDERS. | 0.50 | $377.50 |

Duane Morris
December 7, 2009
Page 13

File # K0248-00001                                           INVOICE # 1529720
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/23/2009 | 025 | WS KATCHEN | REVIEW GRACE'S POST-TRIAL RESPONSE BRIEF ON PLAN CONFIRMATION ISSUES. | 0.50 | $377.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL STATEMENT AND RESERVATION OF RIGTHS OF SEALED AIR CORPORATION & CRYOVAC, INC.. | 0.10 | $75.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS RESPONSE TO LIBBY CLAIMANTS' POST-TRIAL BRIEF. | 0.40 | $302.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: LONGACRE MASTER FUND. | 0.20 | $151.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: REPLY BRIEF OF GARLOCK SEALING. | 0.20 | $151.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: REPLY OF MORGAN STANLEY SENIOR FUNDING. | 0.30 | $226.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: ANDERSON MEMORIAL HOSPITAL REPLY BRIEF. | 0.10 | $75.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' POST-TRIAL REPLY. | 0.40 | $302.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW STATE OF MONTANA POST-TRIAL REPLY BRIEF. | 0.20 | $151.00 |
| 11/24/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW GARLOCK BRIEF. | 0.40 | $302.00 |
| 11/24/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: GARLOCK. | 0.20 | $151.00 |
| 11/24/2009 | 025 | WS KATCHEN | REVIEW 792 F2D 1140 (DISCRIMINATION ISSUE RAISED BY LIBBY CLAIMANTS). | 0.30 | $226.50 |
| 11/24/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW PLAN PROPONENDS' POST-TRIAL RESPONSE. | 1.20 | $906.00 |
| 11/24/2009 | 025 | WS KATCHEN | REVIEW BNSF POST-TRIAL BRIEF. | 0.20 | $151.00 |
| 11/25/2009 | 025 | WS KATCHEN | ADDITIONAL ANALYSIS STATE OF MONTANA OBJECTION TO PLAN CONFIRMATION. | 0.40 | $302.00 |
| | | | Code Total | 16.40 | $12,382.00 |

Duane Morris
December 7, 2009
Page 14

File # K0248-00001                           INVOICE #  1529720
     W.R. GRACE & CO.

TOTAL SERVICES                          53.10    $32,937.00

Duane Morris
December 7, 2009
Page 15

File # K0248-00001                                    INVOICE # 1529720
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 11/30/2009 | DINNER - LOCAL | | 18.35 |
| | | Total: | $18.35 |
| 11/30/2009 | MEETING EXPENSE | | 65.41 |
| | | Total: | $65.41 |
| 11/30/2009 | COURT SEARCH SERVICE | | 18.06 |
| | | Total: | $18.06 |
| | TOTAL DISBURSEMENTS | | $101.82 |