# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# NOVEMBER 1-30, 2009



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

December 11, 2009
Client No. 17367
Invoice No. 1225209

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2009 in connection with the matters described on the attached pages: | $ | 345,791.50 |
| DISBURSEMENTS as per attached pages: | | 8,534.56 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **354,326.06** |

Matter(s): 17367/10, 11, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,486,155.99
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1225209*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
**ABA Number 0260-0959-3**
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1225209*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
**ABA Number 121-000358**
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1225209*
*E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

December 11, 2009
Client No. 17367
Invoice No. 1225209

Orrick Contact: Roger Frankel

For Legal Services Rendered Through November 30, 2009 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 11/02/09 | P. Mahaley | Draft insurance settlement documents. | 6.70 |
| 11/03/09 | P. Mahaley | Prepare for and attend OHS team meeting re insurance settlement strategy (1.3); confer with R. Wyron and D. Felder re insurance settlement terms (1.7); draft insurance settlement documents (6.0). | 9.00 |
| 11/04/09 | P. Mahaley | Review and revise third-party settlement agreement re insurance issues (1.0); conduct insurance settlement negotiations (5.7); draft insurance settlement documents (3.0). | 9.70 |
| 11/05/09 | P. Mahaley | Conduct settlement negotiations with insurers (2.9); draft insurance settlement documents (1.4). | 4.30 |
| 11/06/09 | P. Mahaley | Draft insurance settlement documents and communicate with insurers and Plan Proponents re same. | 9.00 |
| 11/07/09 | P. Mahaley | Conduct insurance settlement negotiations. | 1.50 |
| 11/09/09 | P. Mahaley | Finalize insurer settlement agreements and related documents for filing (3.5); analyze insurer objections and potential plan amendments addressing same (3.1); draft memorandum and table summarizing status of insurance settlement negotiations (.9). | 7.50 |
| 11/10/09 | P. Mahaley | Finalize insurance settlement agreements (1.3); analyze impact of proposed plan changes on insurance settlement agreements and draft memorandum re same (3.1). | 4.40 |
| 11/11/09 | P. Mahaley | Prepare for and attend OHS team meeting re insurance settlement strategy (2.0); draft insurance settlement documents (3.0). | 5.00 |
| 11/13/09 | P. Mahaley | Conduct insurer settlement negotiations (3.7); analyze proposed plan document changes re insurance issues (.5). | 4.20 |
| 11/16/09 | P. Mahaley | Analyze term sheets for settlements with third parties re insurance issues (1.8); confer with R. Wyron re insurance settlement strategy (1.8); analyze proposed Plan document changes re insurance issues and confer with P. Lockwood and R. Wyron re same (1.4). | 5.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    December 11, 2009
17367                                                                                                         Invoice No. 1225209
page 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/17/09 | P. Mahaley | Prepare for and attend OHS team meeting re insurance settlement strategy and follow up on action items (2.5); analyze impact of proposed third-party settlement on insurance settlement agreements and confer with R. Wyron re same (2.6); confer with R. Horkovich, J. Posner, F. Zaremby and L. Esayian re response to insurer position re insurance coverage defense (.5); analyze potential counter-demand to insurer re settlement (.5); draft memorandum analyzing insurance implications of changes to Plan filed September 4, 2009 (1.1). | 7.20 |
| 11/18/09 | P. Mahaley | Analyze and revise Plan Proponents' draft Reply brief re insurance issues. | 3.50 |
| 11/19/09 | P. Mahaley | Analyze potential resolution re objection re third-party claims against insurers (3.6); conduct insurance settlement negotiations (1.1); review and revise Plan Proponents' draft reply brief re insurance issues (1.8); revise draft approval order re potential objection (1.8). | 8.30 |
| 11/20/09 | P. Mahaley | Conduct settlement negotiations with insurers and follow up on action items re same. | 6.30 |
| 11/23/09 | L. Le | Review docket re post trial reply briefs and prepare index chart for S. Cruzado. | 4.30 |
| 11/23/09 | P. Mahaley | Analyze strategy re insurer settlement and draft memorandum re same (1.8); analyze past Plan changes re implication for insurance settlement issues and draft memorandum re same (2.3). | 4.10 |
| 11/24/09 | L. Le | Review docket re post trial reply brief. | 1.50 |
| 11/24/09 | P. Mahaley | Confer with counsel for objector re proposed order re approval of insurance settlement agreement (.5); draft insurance settlement documents (3.6). | 4.10 |
| 11/30/09 | P. Mahaley | Conduct insurance settlement negotiations (1.2); draft insurance settlement documents (3.3); confer with R. Wyron re insurance settlement strategy (1.4); draft summary re insurance settlement strategy (1.5). | 7.40 |

Total Hours          113.00
Total For Services                                                         $65,842.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Loc Q. Le | 5.80 | 170.00 | 986.00 |
| Peri N. Mahaley | 107.20 | 605.00 | 64,856.00 |
| Total All Timekeepers | 113.00 | $582.67 | $65,842.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

December 11, 2009
Invoice No. 1225209

Disbursements
    Document Reproduction               69.80
    Other Business Meals                11.25
    Outside Reproduction Services      1.65
    Outside Services                 176.56
    Telephone                      4.77
    Travel Expense, Local             288.00
    Westlaw Research               213.50

              Total  Disbursements         $765.53

**Total For This Matter**         **$66,607.53**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

December 11, 2009
Invoice No. 1225209

For Legal Services Rendered Through November 30, 2009 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/01/09 | J. Burke | Participate in telephone conference with counsel for other Plan Proponents regarding post-trial brief. | 1.50 |
| 11/01/09 | J. Guy | Review post-trial briefs and comment on same. | 1.40 |
| 11/01/09 | J. Guy | Telephone calls and e-mails with other Plan Proponents regarding post-trial briefs (separate occasions). | 0.80 |
| 11/01/09 | R. Frankel | Review draft master brief, series of e-mails re same. | 2.70 |
| 11/02/09 | D. Fullem | Review upcoming objection deadlines and hearings on various matters. | 0.10 |
| 11/02/09 | D. Felder | Review Allianz settlement agreement and related documents. | 2.10 |
| 11/02/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial briefs (.3); prepare agenda for internal meeting (.1); review and edit main post-trial brief (3.0). | 3.50 |
| 11/02/09 | J. Guy | Review objector briefs. | 2.50 |
| 11/02/09 | J. Guy | Work on various post-trial briefs. | 4.00 |
| 11/02/09 | R. Wyron | Review e-mails re Edwards/FFIC protocol and respond (.8); call with M. Plevin re FFIC deal and follow-up (.4); call with P. Mahaley re Edwards and FFIC and follow-up (.3); organize notes for 11/3 meeting (.2). | 1.70 |
| 11/03/09 | D. Fullem | Review recent docket updates. | 0.10 |
| 11/03/09 | J. Burke | Attend confirmation strategy meeting with internal team (1.0); review case law cited in post-trial brief and e-mail R. Frankel (1.7). | 2.70 |
| 11/03/09 | D. Felder | Conference with litigation team regarding strategy and next steps and follow-up with R. Wyron and P. Mahaley regarding same (1.2); review Edwards bond release protocol (1.5); telephone conference with D. Parsons, V. Hooker, and Orrick lawyers regarding Edwards bond release protocol and follow-up regarding same (.8); review, revise and consider Edwards bond release protocol, Edwards settlement agreement and motion to approve same (7.0); review and revise state court pleadings regarding release of Edwards bond and remand and dismissal of appeal (2.5); e-mail correspondence to/from R. Wyron and P. Mahaley regarding same (.7). | 13.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

December 11, 2009
Invoice No. 1225209

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/03/09 | K. Orr | Review and analyze docket entries (.1); prepare materials for internal meeting (.1); office conference with internal team regarding post-trial briefs and status of non-insurer and insurer settlements (1.0); e-mails to/from internal team and counsel for Plan Proponents regarding post-trial briefs (.2) | 1.40 |
| 11/03/09 | M. Wallace | Discuss term sheet issues with R. Wyron. | 0.10 |
| 11/03/09 | M. Wallace | Begin updating term sheet for comments of OHS team. | 1.80 |
| 11/03/09 | M. Wallace | Correspond with R. Wyron regarding timing of insurer settlement. | 0.10 |
| 11/03/09 | R. Wyron | Review agenda (.3); participate in strategy session with litigation and insurance team (1.0); review insurance settlements with P. Mahaley and follow-up (.8); call with Edwards plaintiffs and e-mail re same (.6); call with FFIC re open issues and follow-up (.4); review and revise protocol and settlement agreement language (.8); continue review of briefs (1.1); call with M. Giannotto re neutrality and settlement and follow-up (.4); review Libby issues and follow-up with M. Wallace (.8); review Wachovia language (.2); call with counsel for Wachovia and follow-up (.4). | 6.80 |
| 11/03/09 | R. Frankel | Review schedule of filed briefs (.3); review issues re settlements (.3). | 0.60 |
| 11/03/09 | R. Frankel | Confer with internal Grace team re strategy, briefs, settlement (1.0); notes re same (.3). | 1.30 |
| 11/03/09 | R. Frankel | Review Grace lender brief. | 2.30 |
| 11/03/09 | R. Frankel | Review various case law and notes re same. | 1.20 |
| 11/04/09 | S. Cruzado | Review recent filings (1.3); conference re same (.2). | 1.50 |
| 11/04/09 | J. Burke | Research regarding confirmation issues. | 0.80 |
| 11/04/09 | D. Felder | Attention to Edwards settlement issues. | 1.30 |
| 11/04/09 | M. Wallace | Review issues list presented to client for review regarding potential settlement. | 0.20 |
| 11/04/09 | M. Wallace | Continue drafting comments to term sheet. | 2.50 |
| 11/04/09 | J. Guy | Attention to post-trial briefs from all parties. | 0.50 |
| 11/04/09 | R. Wyron | Call with P. Lockwood re status and follow-up (1.5); call with D. Glosband re issues and follow-up (.4); review term sheet (.6); review Libby issues (.4); review FFIC, Edwards and protocol agreements and provide comments (.7); review draft 9019 pleadings (.8); review Zurich issues and call with P. Mahaley re same (.6); call with T. Freedman and follow-up (.7); review Lincoln issues and respond to e-mail from J. Baer re same (.4); work on Wachovia issues and follow-up e-mails (.4). | 6.50 |
| 11/04/09 | R. Frankel | Review main Plan Proponent Brief. | 1.70 |
| 11/04/09 | R. Frankel | Telephone conferences with CNA, BNSF issues; notes re same. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

December 11, 2009
Invoice No. 1225209

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/04/09 | R. Frankel | Review e-mail re BNSF, insurer issues. | 1.80 |
| 11/05/09 | J. Burke | Review internal memorandum by A. Jennings and cases cited (1.0); confer with R. Frankel regarding confirmation issue (.2). | 1.20 |
| 11/05/09 | D. Felder | Attention to Edwards settlement agreement and related issues and e-mail correspondence regarding same. | 4.50 |
| 11/05/09 | M. Wallace | Review correspondence regarding comments to term sheet. | 0.10 |
| 11/05/09 | R. Wyron | Review revised agreements with Allianz, Edwards and Zurich and provide comments (2.1); review draft 9019 motions and respond to comments (1.8); call with counsel for Wachovia and follow-up (.6); review research re letter of credit issues (.3); work on term sheet (.8); review and outline issues on term sheet (.8); follow-up with R. Frankel on issues and e-mail re same (.6); call with J. Cohn and follow-up (.3). | 7.30 |
| 11/05/09 | R. Frankel | Review, prepare notes re BNSF. | 0.90 |
| 11/05/09 | R. Frankel | Read case law (.3); telephone conference with J. Burke re same (.3). | 0.60 |
| 11/05/09 | R. Frankel | Review memo from K&E re issues for Reply Brief. | 1.30 |
| 11/05/09 | R. Frankel | Review memo re post-petition interest, case law. | 1.10 |
| 11/05/09 | R. Frankel | Review revised term sheet from M. Wallace. | 0.80 |
| 11/05/09 | R. Frankel | Telephone conference with R. Wyron re BNSF and Libby. | 0.60 |
| 11/06/09 | D. Fullem | Review e-mail from R. Frankel regarding 10-Q filed by Grace; research same for R. Frankel. | 0.50 |
| 11/06/09 | D. Felder | Begin review of post-trial briefs and prepare summary chart regarding same (4.5); review and revise Edwards bond release protocol and related issues regarding settlement agreement (4.0); conferences with R. Wyron and P. Mahaley regarding same and follow-up (1.5); review and revise Edwards settlement agreement and related documents and e-mail correspondence regarding same (4.0). | 14.00 |
| 11/06/09 | M. Wallace | Review comments to term sheet. | 0.10 |
| 11/06/09 | M. Wallace | Revise term sheet and circulate for internal review. | 0.50 |
| 11/06/09 | R. Wyron | Work on issues on Edwards/FFIC deal and e-mails re same (1.2); calls to M. Plevin on open issues and follow-up (.3); confer with D. Felder and P. Mahaley on status and open issues re Edwards, FFIC and Zurich deals, and follow-up e-mails re same (1.3); work on reply brief issues and follow-up (.9); review revised settlement agreements (.6); work on Libby issues and follow-up (.5); call with D. Glosband re issues and follow-up (.9). | 5.70 |
| 11/06/09 | R. Frankel | Review marked term sheet from R. Wyron. | 0.80 |
| 11/06/09 | R. Frankel | Review Plan Proponent Libby brief. | 1.20 |
| 11/06/09 | R. Frankel | Review chart from TP showing effect of settlement. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

December 11, 2009
Invoice No. 1225209

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/06/09 | R. Frankel | Conference call with D. Glosband re BNSF, CNA issues (.5); prepare notes re term sheet (.2). | 0.70 |
| 11/07/09 | R. Wyron | Review remaining Edwards/FFIC issues and respond to e-mails re same (.4); review current draft of settlement agreement (.3). | 0.70 |
| 11/08/09 | R. Frankel | Read post-trial briefs of Morgan Stanley Sr. Funding, One Beacon, et al., Hartford and CNA Companies. | 2.70 |
| 11/09/09 | S. Cruzado | Review post-trial briefs (1.3); conference with K. Orr re same (.2) | 1.50 |
| 11/09/09 | J. Burke | Research regarding confirmation issue. | 4.10 |
| 11/09/09 | D. Felder | Attention to Edwards settlement agreement and related issues (1.5); e-mail correspondence regarding same (1.0); review, revise and finalize same (2.6); review post-trial brief reply outline from Debtors and consider issues regarding same (.5); telephone conference with Plan Proponents and follow-up regarding same (2.4). | 8.00 |
| 11/09/09 | M. Wallace | Correspond with OHS team regarding delivery of term sheet comments and delivery of same to Caplan. | 0.10 |
| 11/09/09 | M. Wallace | Telephone call with R. Wyron regarding client review of term sheet and provide same to D. Austern. | 0.10 |
| 11/09/09 | R. Wyron | Review open Edwards/FFIC issues and e-mails re same (.8); calls with M. Plevin re open issues and follow-up (.4); call with D. Austern on settlements and follow-up (.4); review e-mails re final agreements and respond (.3); review objectors' briefs and organize notes (2.7); call with Plan Proponents re briefing and follow-up (.9); work on BNSF outline (.8); review brief allocation issues (.3); outline potential settlements in process (.7). | 7.30 |
| 11/09/09 | R. Frankel | Review revised term sheet from M. Wallace re settlement issues, e-mail re same. | 0.90 |
| 11/09/09 | R. Frankel | Review post-trial briefs of Maryland Casualty and Kaneb. | 1.10 |
| 11/10/09 | D. Felder | Attention to post-trial brief and related issues (3.5); review previously filed briefs and outline issues regarding same (3.0). | 6.50 |
| 11/10/09 | R. Wyron | Work on Libby issues (.8); review objectors' briefs and outline of responses (1.8); begin outline of BNSF response (1.2); review revised term sheet and follow-up (.4); review insurer term sheet issues and draft response (.8); review Hartford objection and respond to e-mails (.3); review insurance settlement status (.4). | 5.70 |
| 11/10/09 | R. Frankel | Read post-trial briefs of BNSF, Anderson Memorial, Geico, Montana, Longacre, Garlock, UCC and Lender Group and Libby. | 3.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

December 11, 2009
Invoice No. 1225209

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/11/09 | J. Burke | Attend confirmation strategy meeting with internal Grace team (1.6); review objector's post-trial brief (.8); research regarding confirmation issue (1.7); confer with D. Felder regarding research (.8); confer with R. Wyron and D. Felder regarding results of research of confirmation issue (.9); prepare e-mail to R. Wyron and D. Felder regarding same (.7). | 6.50 |
| 11/11/09 | D. Felder | Telephone conferences and e-mail correspondence with J. Burke and follow-up regarding reply to post-trial brief (1.8); telephone conference and e-mail correspondence with R. Wyron and J. Burke regarding same (1.0); review notes and e-mail correspondence from J. Burke regarding same (1.0). | 3.80 |
| 11/11/09 | K. Orr | Review various outlines of arguments for post-trial responses (.8); review various docket entries and update case calendar (.4); prepare materials for internal meeting (.1); office conference with internal team regarding post-trial brief responses and status of non-insurer and insurer settlements (1.5). | 2.80 |
| 11/11/09 | M. Wallace | Modify term sheet for ACC comments, proof and distribute for approval. | 0.40 |
| 11/11/09 | M. Wallace | Discuss changes to term sheet with R. Frankel and R. Wyron. | 0.20 |
| 11/11/09 | J. Guy | Attend Orrick team meeting. | 1.00 |
| 11/11/09 | J. Guy | Attention to reply brief issues. | 1.00 |
| 11/11/09 | J. Guy | Attention to reply brief. | 0.80 |
| 11/11/09 | R. Wyron | Review Kaneb issues and follow-up with T. Freedman (.8); participate in strategy discussion with OHS team and follow-up on reply briefs (1.7); review objectors' briefs (1.3); call with P. Lockwood re Kaneb, BNSF and Hartford objections (2.0); call with D. Felder and J. Burke on BNSF response, and follow-up (1.1); review revised term sheet (.4). | 7.30 |
| 11/11/09 | R. Frankel | Review series of e-mails re plan issues, possible settlements. | 0.50 |
| 11/11/09 | R. Frankel | Review various charts of post-trial objections, allocation for reply. | 0.60 |
| 11/11/09 | R. Frankel | Review series of e-mails re Sealed Air issues with plan objections. | 0.60 |
| 11/11/09 | R. Frankel | Confer with internal team re reply brief. | 1.50 |
| 11/11/09 | R. Frankel | Telephone conference with E. Inselbuch re CNA (.3); confer with M. Wallace, R. Wyron re changes to term sheet (.4). | 0.70 |
| 11/11/09 | R. Frankel | Review briefing issues re BNSF (.4); confer with R. Wyron re same (.2). | 0.60 |
| 11/11/09 | R. Frankel | Confer with R. Wyron re Libby, CNA issues. | 0.40 |
| 11/12/09 | J. Burke | Draft section of post-trial reply brief. | 1.90 |
| 11/12/09 | D. Felder | E-mail correspondence with J. Burke regarding reply to post-trial brief and follow-up regarding same. | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

December 11, 2009
Invoice No. 1225209

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/12/09 | M. Wallace | Respond to inquiries from the ACC regarding changes to the term sheet. | 0.30 |
| 11/12/09 | M. Wallace | Review correspondence with P. Lockwood about remaining issues. | 0.10 |
| 11/12/09 | R. Wyron | Work on response to group settlement term sheet (1.7); follow-up e-mails and respond on group settlement issues (.4); review issues on response to BNSF (.4); organize notes re Kaneb issues (.3); call with J. Radecki re financial issues (.2); work on Libby term sheet and follow-up (.8); review issues list for strategy meeting (.3); organize outline of issues for group settlement meeting (.8). | 4.90 |
| 11/12/09 | R. Frankel | Review letters to counsel re structured settlement (.5); telephone conference with R. Wyron re same (.3). | 0.80 |
| 11/12/09 | R. Frankel | Review various memos, charts in connection with Reply Briefs. | 0.90 |
| 11/13/09 | J. Burke | Research and draft section of post-trial reply brief. | 7.30 |
| 11/13/09 | D. Felder | Review and revise reply to post-trial brief regarding certain issues (3.5); conferences with J. Burke regarding same (.4); review Plan Proponents' post-trial brief and brief in support of confirmation (1.6); review objectors post-trial briefs (1.6). | 7.10 |
| 11/13/09 | M. Wallace | Review term sheet for additional comments from the ACC and distribute. | 0.20 |
| 11/13/09 | M. Wallace | Review and respond to correspondence regarding distribution of term sheet. | 0.10 |
| 11/13/09 | R. Wyron | Work on BNSF issues (.7); follow-up with D. Felder and J. Burke on reply brief and e-mails re same (.8); review CDN ZAI issues and follow-up (.6); draft, review and revise response to BNSF (2.6); calls to R. Frankel and P. Lockwood re response to BNSF and follow-up (.7); review revised term sheet (.4); review neutrality proposal and outline issues (1.1); calls re Grace financial update (.3). | 7.20 |
| 11/13/09 | R. Frankel | Review opinion in G-1 Holdings (1.4); discuss with R. Wyron (.2). | 1.60 |
| 11/13/09 | R. Frankel | Review further revisions to response re term sheet structure, e-mails re same. | 1.10 |
| 11/14/09 | R. Frankel | Review P. Mahaley memo re status with unsettled insurers (.7); notes re same (.2). | 0.90 |
| 11/15/09 | J. Burke | Revise draft section of post-trial brief. | 2.20 |
| 11/16/09 | J. Burke | Revise draft section of post-trial brief. | 5.90 |
| 11/16/09 | D. Felder | Review post-trial brief reply and comments regarding same (1.2); e-mail correspondence and telephone conference with J. Burke regarding same (1.0); review documents regarding BNSF issues and consider research issues regarding same (2.5). | 4.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

December 11, 2009
Invoice No. 1225209

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/16/09 | K. Orr | Review and analyze docket entries (.2); various e-mails to/from internal team regarding post-trial responses and plan amendments (.2); prepare agenda for internal meeting (.1); review post-trial response insert and office conference with J. Guy regarding same (.3). | 0.80 |
| 11/16/09 | M. Wallace | Review correspondence regarding objector. | 0.20 |
| 11/16/09 | M. Wallace | Review correspondence regarding term sheet comments delivery. | 0.10 |
| 11/16/09 | J. Guy | Review and edit reply brief. | 0.80 |
| 11/16/09 | R. Wyron | Review neutrality proposal (.4); work on CNA issues (.3); confer with P. Mahaley on neutrality, insurance settlements, Libby issues and follow-up (1.1); review and revise response to BNSF brief (.8); call with D. Glosband and follow-up (.3); call with P. Lockwood on neutrality and follow-up (1.1); review draft reply sections (1.8); work on Kaneb issues (.9); work on plan amendment and call to T. Freedman re same (.7); confer with J. Burke on BNSF brief and follow-up (.6). | 8.00 |
| 11/16/09 | R. Frankel | Review order confirming G-1 Holdings plan. | 0.60 |
| 11/16/09 | R. Frankel | Review neutrality language and proposed stipulation and Agreed Order (1.0); telephone conference with R. Wyron re insurance issues (.3). | 1.30 |
| 11/16/09 | R. Frankel | Review, edit BNSF portion (several versions) of draft response. | 2.10 |
| 11/16/09 | R. Frankel | Review draft insert to brief responding to Libby classification, discrimination issues. | 1.10 |
| 11/16/09 | R. Frankel | Review revised memo/letter re structure of BNSF settlement (.6); prepare notes re same (.3). | 0.90 |
| 11/17/09 | D. Fullem | Review, research and respond to e-mail from R. Frankel regarding Grace stock ratings. | 0.30 |
| 11/17/09 | D. Fullem | Review notice of matters scheduled for hearing on November 23. | 0.20 |
| 11/17/09 | J. Burke | Attend confirmation strategy meeting with internal Grace team. | 0.60 |
| 11/17/09 | D. Felder | Conference with litigation team regarding strategy and next steps (.5); review e-mail correspondence regarding research issues and follow-up regarding same (1.0); research regarding settlement issues (5.0); review draft reply to post-trial briefs from Debtors and ACC (1.5). | 8.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

| | | | December 11, 2009 Invoice No. 1225209 |
|---|---|---|---|

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/17/09 | K. Orr | Prepare materials for internal meeting and review docket (.2); various e-mails to/from internal team and counsel for Plan Proponents regarding post-trial responses, omnibus hearing, and oral argument (.3); office conference with internal team regarding post-trial responses, case status, and status of non-insurers and insurer settlements (.7); office conference with J. Guy regarding post-trial responses and case status (.2). | 1.40 |
| 11/17/09 | J. Guy | Attention to post-trial reply briefs. | 0.80 |
| 11/17/09 | J. Guy | Meet with Orrick team regarding pending matters. | 0.70 |
| 11/17/09 | R. Wyron | Prepare analysis for BNSF discussion (.8); call with D. Glosband re issues and follow-up (.4); review Kaneb arguments and issues (.7); call with T. Freedman and P. Mahaley re Kaneb objection and e-mails re same (1.1); confer with litigation team on strategy (.7); confer with R. Frankel and P. Mahaley on Kaneb strategy (.4); continue work on potential plan amendments (.9); continue review of draft briefs (1.3). | 6.30 |
| 11/17/09 | R. Frankel | Review Congoleum opinion from February 1, 2007 re use of 105 injunction. | 1.20 |
| 11/17/09 | R. Frankel | Consider possible settlement counteroffers to proposal, review NPV spreadsheets. | 0.60 |
| 11/17/09 | R. Frankel | Read draft of main brief from Kirkland and Ellis. | 2.10 |
| 11/17/09 | R. Frankel | Review agenda for 11/23 hearing. | 0.30 |
| 11/17/09 | R. Frankel | Review amended and restated CDN ZAI minutes of settlement. | 0.80 |
| 11/17/09 | R. Frankel | Telephone conference with R. Wyron, P. Mahaley re Kaneb issues (.5); prepare notes re same (.2). | 0.70 |
| 11/17/09 | R. Frankel | Telephone conference with team re Grace status, briefing, settlements. | 0.80 |
| 11/17/09 | R. Frankel | Review circulated draft of BNSF portion of brief, notes re same. | 1.10 |
| 11/18/09 | J. Burke | Revise post-trial brief. | 0.90 |
| 11/18/09 | D. Felder | Telephone conference with R. Frankel and R. Wyron regarding post-trial brief reply (.5); review and follow-up regarding same (4.8). | 5.30 |
| 11/18/09 | K. Orr | Review and analyze docket and e-mails to/from internal team and counsel for Plan Proponents regarding post-trial responses. | 0.20 |
| 11/18/09 | J. Guy | Attention to post-trial reply briefs. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

December 11, 2009
Invoice No. 1225209

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/18/09 | R. Wyron | Review draft briefs (1.6); call with R. Frankel and D. Felder re brief changes and follow-up (.9); review Libby issues (.6); call with D. Cohn re Libby issues and follow-up (1.3); confer with P. Mahaley re open issues and follow-up (.7); review Wachovia, CNA, BNSF and Garlock issues, and organize notes re same (1.1); review case law and organize notes for BNSF discussion (.8); review Kaneb pleadings (.7). | 7.70 |
| 11/18/09 | R. Frankel | Review revised brief from Kirkland and Ellis (1.3); review marked changes to brief (.6). | 1.90 |
| 11/18/09 | R. Frankel | Review assignment portion of brief. | 0.60 |
| 11/18/09 | R. Frankel | Telephone conference with D. Felder, R. Wyron re draft brief. | 0.70 |
| 11/18/09 | R. Frankel | Continue review of main draft reply brief. | 2.10 |
| 11/19/09 | J. Burke | Research for settlement negotiations with plan objector. | 5.60 |
| 11/19/09 | D. Felder | Review revised post-trial reply brief from Debtors and Libby brief from ACC and note issues regarding same (2.0); e-mail correspondence to/from Kirkland regarding same (.7) | 2.70 |
| 11/19/09 | J. Guy | Attention to reply briefs. | 0.80 |
| 11/19/09 | R. Wyron | Review and organize Libby comments (.8); confer with R. Frankel on strategy for Libby and BNSF, and follow-up e-mails re same (1.4); confer with insurer counsel regarding potential settlements and follow-up (.6); review Wachovia proposal and follow-up (.5); organize outline for meeting (.7); review draft briefs and organize comments (2.3); follow-up e-mails on comments on briefs (.4); review Kaneb pleadings for discussion (.8). | 7.50 |
| 11/19/09 | R. Frankel | Review revised Plan Proponents' response to Libby post-trial brief. | 1.30 |
| 11/19/09 | R. Frankel | Confer with R. Wyron re Libby issues, telephone conference with D. Cohn. | 0.60 |
| 11/19/09 | R. Frankel | Confer with R. Wyron re BNSF, CNA issues (.8); telephone conference with M. Giannatto, J. Aldock (.4); notes re same (.3). | 1.50 |
| 11/19/09 | R. Frankel | Review series of e-mails re Fireman Fund, Wachovia issues. | 0.60 |
| 11/19/09 | R. Frankel | Review series of term sheets, e-mails re structure for settlement. | 1.70 |
| 11/20/09 | J. Burke | Research for negotiations with plan objector. | 1.40 |
| 11/20/09 | D. Felder | Review revised drafts of main reply brief from Debtors (3.3); review revised drafts of reply to Libby from ACC (1.2); e-mail correspondence regarding same (.7); e-mail correspondence with J. Burke regarding BNSF issues (.4); review and consider same (1.0). | 6.60 |
| 11/20/09 | J. Guy | Attention to post-trial reply briefs. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

December 11, 2009
Invoice No. 1225209

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/20/09 | R. Wyron | Review drafts of briefs and follow-up (1.2); organize outline of follow-up items on insurance settlements (.6); conference with P. Lockwood on Wachovia, neutrality and objections, and follow-up (.8); meet with P. Lockwood on strategy (.9); meet with objectors re settlement (3.9); organize outline of open Libby issues (.6); begin review of incoming briefs (.9). | 8.90 |
| 11/20/09 | R. Frankel | Review file in preparation for settlement meeting. | 0.60 |
| 11/20/09 | R. Frankel | Confer with P. Lockwood, R. Wyron, P. Mahaley in preparation for settlement meeting. | 0.90 |
| 11/20/09 | R. Frankel | Confer with objectors, P. Lockwood, R. Wyron, P. Mahaley re settlement (3.4); notes re same (.4). | 3.80 |
| 11/20/09 | R. Frankel | Confer with P. Lockwood, R. Wyron re BNSF, CNA issues, Wachovia issues. | 1.20 |
| 11/20/09 | R. Frankel | Review final marked changes to main brief (.6); confer with R. Wyron, D. Felder re same (.3). | 0.90 |
| 11/20/09 | R. Frankel | Review revised version of main brief from K&E. | 0.80 |
| 11/21/09 | R. Frankel | Review outline of briefs filed. | 0.60 |
| 11/23/09 | K. Orr | Review and analyze docket (.1); e-mails to/from internal team regarding post-trial responses (.1). | 0.20 |
| 11/23/09 | M. Wallace | Review correspondence regarding discussions. | 0.10 |
| 11/23/09 | R. Wyron | Review settlement proposal and follow-up (.9); draft e-mail re Libby issues (.4); review Wachovia issues for 11/24 call (.7); continue review of briefs (1.9); organize open items list (.3); review neutrality issues for call (.5); call with M. Giannotto re neutrality and follow-up (.9). | 5.60 |
| 11/23/09 | R. Frankel | Review Plan Proponents as filed responsive briefs - Lender Brief, Libby Brief. | 2.60 |
| 11/23/09 | R. Frankel | Attend telephonic omnibus hearing. | 0.70 |
| 11/24/09 | S. Cruzado | Review reply post trial briefs. | 0.50 |
| 11/24/09 | D. Fullem | Prepare docket updates and circulate to parties. | 0.30 |
| 11/24/09 | M. Wallace | Review correspondence regarding documentation and next steps. | 0.10 |
| 11/24/09 | R. Wyron | Work on Wachovia issues (.4); call with P. Lockwood re Montana issues and follow-up e-mail (.6); call with T. Freedman on Wachovia and follow-up (.3); call with Wachovia counsel and follow-up (.6); review and revise language on approval order (.4); calls with M. Plevin and D. Parsons on Wachovia (.3); review insurance issues with P. Mahaley and follow-up (.5). | 3.10 |
| 11/24/09 | R. Frankel | Review bank lender response brief, begin review of main Plan Proponent response brief. | 2.20 |
| 11/25/09 | R. Frankel | Review main brief (1.0); prepare issues list for oral argument (.9). | 1.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

December 11, 2009
Invoice No. 1225209

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/27/09 | R. Frankel | Review various objector post-trial response briefs filed by BNSF, CNA, Anderson Memorial. | 2.60 |
| 11/30/09 | K. Orr | E-mails to/from internal team regarding post-trial responses and team meeting (.1); review and analyze docket (.1); prepare agenda for internal meeting (.1); review various post-trial responses (1.0). | 1.30 |
| 11/30/09 | M. Wallace | Review and respond to correspondence regarding Grace TDP. | 0.10 |
| 11/30/09 | R. Wyron | Organize notes on open settlement issues and outline strategy (1.4); review agenda for strategy conference and outline pending items (.6); review insurance and other settlement issues with P. Mahaley and follow-up (1.6); review neutrality stipulation (.3); review TDP changes and pending issues (.8); call with J. Radecki re status and follow-up (.3). | 5.00 |
| 11/30/09 | R. Frankel | Review various objector post-trial response briefs filed by Libby, CNA. | 2.20 |

Total Hours      371.30

Total For Services      $266,593.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 42.60 | 360.00 | 15,336.00 |
| Stephen C. Cruzado | 3.50 | 230.00 | 805.00 |
| Debra Felder | 89.80 | 590.00 | 52,982.00 |
| Roger Frankel | 84.50 | 945.00 | 79,852.50 |
| Debra O. Fullem | 1.50 | 255.00 | 382.50 |
| Jonathan P. Guy | 17.10 | 755.00 | 12,910.50 |
| Kathleen Orr | 11.60 | 620.00 | 7,192.00 |
| Mary A. Wallace | 7.50 | 650.00 | 4,875.00 |
| Richard H. Wyron | 113.20 | 815.00 | 92,258.00 |
| Total All Timekeepers | 371.30 | $718.00 | $266,593.50 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

December 11, 2009
Invoice No. 1225209

| | | |
|---|---|---|
| Document Reproduction | 560.60 | |
| Express Delivery | 18.72 | |
| Local Tolls | 17.00 | |
| Other Business Meals | 49.68 | |
| Outside Reproduction Services | 3.30 | |
| Outside Services | 437.42 | |
| Postage | 1.73 | |
| Telephone | 29.46 | |
| Westlaw Research | 3,390.00 | |
| Total Disbursements | | $4,507.91 |

**Total For This Matter**          **$271,101.41**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

December 11, 2009
Invoice No. 1225209

For Legal Services Rendered Through November 30, 2009 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 11/06/09 | D. Fullem | Review e-mail to J. Radecki regarding objection deadline to Lincoln employment application. | 0.20 |
| 11/06/09 | D. Fullem | Prepare CNO relating to Lincoln employment application; provide to D. Felder for review/comment/approval. | 0.30 |
| 11/06/09 | D. Fullem | Prepare e-mail regarding objection deadline on Lincoln employment application. | 0.10 |
| 11/09/09 | D. Fullem | Review docket; e-mail to D. Felder regarding no objections to Lincoln employment application; coordinate filing and serving of CNO as to Lincoln employment application. | 0.50 |
| 11/11/09 | D. Fullem | Review and respond to e-mails from J. Radecki and D. Felder regarding confirmation of filing CNO for Lincoln employment application. | 0.20 |
| 11/19/09 | D. Fullem | Review Order entered by Court on Lincoln employment. | 0.10 |

| | | |
|---|---|---|
| Total Hours | 1.40 | |
| Total For Services | | $357.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.40 | 255.00 | 357.00 |
| Total All Timekeepers | 1.40 | $255.00 | $357.00 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 310.80 | |
| Outside Services | 19.36 | |
| Postage | 811.45 | |
| Total Disbursements | | $1,141.61 |

**Total For This Matter**                                    **$1,498.61**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

December 11, 2009
Invoice No. 1225209

For Legal Services Rendered Through November 30, 2009 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 11/02/09 | D. Fullem | Organize fee application materials for files. | 0.10 |
| 11/02/09 | D. Fullem | Review and respond to e-mail from K. Boeger at Tillinghast regarding status and filing of their September 09 fee application. | 0.20 |
| 11/03/09 | D. Fullem | Prepare CNO for Tre Angeli June fee application; coordinate signature, filing and serving of same. | 0.50 |
| 11/03/09 | D. Fullem | Finalize, file, and serve FCR and Tillinghast September 09 fee applications. | 1.00 |
| 11/03/09 | D. Fullem | Review and respond to e-mail from K. Boeger regarding back-up detail on Sept 09 fee application. | 0.20 |
| 11/05/09 | D. Fullem | Review and respond to e-mail from D. Davis regarding Piper Jaffray Sept 09 fee application. | 0.20 |
| 11/06/09 | D. Fullem | Review and respond to e-mail from D. Davis regarding Piper's quarterly for the period Jul-Sep 09. | 0.20 |
| 11/09/09 | D. Fullem | Coordinate filing and serving of Piper Jaffray's September 09 fee application. | 0.50 |
| 11/10/09 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding status of D. Austern quarterly fee application. | 0.20 |
| 11/10/09 | D. Fullem | Prepare FCR's Twenty-First quarterly for the Apr-Jun 09 time period; forward to D. Austern for review/signature. | 1.20 |
| 11/11/09 | D. Fullem | Review e-mail from K. Boeger at Tillinghast regarding October 2009 fee application. | 0.10 |
| 11/11/09 | D. Fullem | E-mails to and from D. Austern (.2); finalize D. Austern's quarterly fee application for the April-June 09 time period (.6); e-mails to C. Hartman and D. Spicuzza to coordinate filing and serving of same (.2). | 1.00 |
| 11/12/09 | D. Fullem | Confer with D. Spicuzza regarding service of D. Austern's quarterly for Apr-Jun 09. | 0.10 |
| 11/12/09 | D. Fullem | Review e-mail from K. Boeger at Tillinghast and draft of October fee application; prepare e-mail to respond to same. | 0.30 |
| 11/16/09 | D. Fullem | Review and revise fifteenth quarterly fee application from Piper Jaffray for the Jul-Sep 09 time period. | 0.40 |
| 11/16/09 | D. Fullem | Review and calendar omnibus hearing dates regarding quarterly fee applications filed in 2010. | 0.10 |
| 11/17/09 | D. Fullem | Prepare D. Austern's 22nd quarterly fee application for the period July-Sept 09 (1.0); prepare e-mail to D. Austern for review/comment/approval (.1). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                December 11, 2009
17367                                                                              Invoice No. 1225209
page 18

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/19/09 | D. Fullem | Telephone call from D. Austern regarding edits to quarterly fee application for Jul-Sep 09 time period (.1); prepare edits and re-format same (.8); e-mail to D. Austern for review/signature/return (.1) | 1.00 |
| 11/20/09 | D. Fullem | Prepare final of Piper's 15th quarterly for July-Sept 09 time period; e-mail to C. Hartman for filing; coordinate service of same. | 0.50 |
| 11/20/09 | D. Fullem | Calendar objection deadlines relating to fee applications. | 0.20 |
| 11/20/09 | D. Felder | Review Piper Jaffray notice and conference with D. Fullem regarding same. | 0.10 |
| 11/23/09 | D. Fullem | Review packages from D. Austern and Lincoln regarding original signed fee applications to be filed. | 0.10 |
| 11/24/09 | D. Fullem | Prepare Tillinghast October fee application for filing/service. | 0.50 |
| 11/24/09 | D. Fullem | Prepare notices for Lincoln September and October fee applications (.4); review and re-format fee applications with current information (.5); prepare for filing/service (.4). | 1.30 |
| 11/25/09 | D. Fullem | Prepare e-mails to Grace service list group regarding filing of Tillinghast Oct fee application and Lincoln Sept and Oct fee applications. | 0.30 |
| 11/25/09 | D. Fullem | Prepare e-mail to C. Hartman regarding confirming filing of Tillinghast and Lincoln fee applications. | 0.10 |
| 11/30/09 | D. Fullem | Prepare CNOs for D. Austern and Tillinghast September 09 monthly fee applications; e-mail to D. Felder regarding same. | 0.60 |
| 11/30/09 | D. Fullem | Review status/timing of filing next round of FCR and other professionals' fee applications. | 0.20 |

|  |  |  |
|---|---|---|
| Total Hours | 12.30 | |
| Total For Services | | $3,170.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 590.00 | 59.00 |
| Debra O. Fullem | 12.20 | 255.00 | 3,111.00 |
| Total All Timekeepers | 12.30 | $257.72 | $3,170.00 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    December 11, 2009
17367                                                                                  Invoice No. 1225209
page 19

|  |  |  |
|---|---|---|
| Document Reproduction | 186.80 |  |
| Express Delivery | 97.89 |  |
| Outside Services | 7.04 |  |
| Postage | 546.45 |  |
| Total Disbursements |  | $838.18 |

**Total For This Matter**                    **$4,008.18**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

December 11, 2009
Invoice No. 1225209

For Legal Services Rendered Through November 30, 2009 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 11/02/09 | D. Fullem | Organize fee application materials for files. | 0.10 |
| 11/02/09 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expense detail for April-June time period; request same from accounting. | 0.30 |
| 11/05/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of next round of quarterly fee application filings. | 0.10 |
| 11/05/09 | D. Fullem | Prepare final Excel expense spreadsheet; confirm and reconcile amounts to fee apps; e-mail to B. Ruhlander as requested. | 0.80 |
| 11/05/09 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding certain expense code items. | 0.20 |
| 11/06/09 | D. Fullem | Review October prebill. | 1.50 |
| 11/06/09 | D. Fullem | Review e-mail from B. Ruhlander, fee auditor, regarding expense question during Apr-Jun 09 period. | 0.10 |
| 11/09/09 | D. Fullem | Review e-mail and initial report from B. Ruhlander, fee auditor, and certain meal expenses for time period April - June 09; discuss same with R. Wyron regarding response and timing. | 0.50 |
| 11/09/09 | D. Fullem | Confer with D. Felder regarding October prebill review and status. | 0.10 |
| 11/09/09 | D. Fullem | Review e-mail from J. Cutler regarding October prebill; forward to D. Felder for review. | 0.20 |
| 11/09/09 | D. Fullem | E-mail to D. Felder regarding additional revisions to October prebill. | 0.20 |
| 11/09/09 | D. Fullem | E-mail to P. Reyes regarding meal expenses. | 0.10 |
| 11/09/09 | D. Felder | Review October prebill. | 1.80 |
| 11/09/09 | R. Wyron | Review fee auditor's comments. | 0.30 |
| 11/10/09 | D. Fullem | Review e-mail from R. Wyron regarding litigation and insurance matters on October prebill. | 0.20 |
| 11/10/09 | D. Fullem | Prepare draft response to the fee auditor's initial report for the quarterly period of Apr-Jun 09; prepare chart of meal expenses; forward same to R. Wyron for review. | 1.40 |
| 11/12/09 | D. Fullem | Confer with J. Guy regarding insurance and litigation matters of prebill for review; follow-up with D. Spicuzza. | 0.20 |
| 11/12/09 | D. Fullem | Prepare quarterly fee application for the period July 1 - Sept 30. | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

December 11, 2009
Invoice No. 1225209

| | | | |
|---|---|---|---|
| 11/13/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding fee auditor's reports on quarterly fee applications. | 0.20 |
| 11/13/09 | D. Felder | Review quarterly fee application. | 0.60 |
| 11/13/09 | R. Wyron | Provide additional comments on October prebill. | 0.30 |
| 11/16/09 | D. Fullem | Prepare D. Felder edits to fifteenth quarterly for the period July-Sept 09 (.3); e-mail to D. Felder regarding status (.1); prepare final edits by R. Wyron (.2); follow-up on meal charges (.3); confer with R. Wyron regarding same (.2); review Forty-Fifth monthly for October 2009 (.7); confer with R. Wyron regarding same (.1). | 1.90 |
| 11/16/09 | D. Fullem | Update fee/expense charts; circulate to R. Frankel, R. Wyron and V. Crossley. | 0.50 |
| 11/16/09 | D. Fullem | E-mail to R. Wyron regarding status of Orrick response to fee auditor initial report for Jul-Sep fee application time period; review response. | 0.20 |
| 11/16/09 | D. Fullem | Review and calendar omnibus hearing dates regarding quarterly fee applications filed in 2010. | 0.10 |
| 11/16/09 | R. Wyron | Review quarterly fee application and provide comments. | 0.30 |
| 11/17/09 | D. Fullem | Review and revise Orrick quarterly for the July-Sept 09 time period. | 0.80 |
| 11/17/09 | D. Fullem | Prepare revised draft of Orrick response to fee auditor initial report for the April-June 09 time period. | 1.90 |
| 11/17/09 | D. Fullem | Follow-up regarding meal expenses; confer with R. Wyron regarding status of same. | 0.50 |
| 11/17/09 | D. Felder | Review October fee application. | 0.50 |
| 11/19/09 | D. Fullem | Confer with R. Wyron regarding status of response to fee auditor initial report. | 0.20 |
| 11/19/09 | D. Fullem | Confer with R. Wyron regarding Orrick fee applications status/filing/timing. | 0.20 |
| 11/19/09 | D. Fullem | Prepare edits to October monthly fee application. | 0.80 |
| 11/20/09 | D. Fullem | Prepare CNO regarding Orrick's September 09 fee application and e-mail to C. Hartman for filing, coordinate service of same. | 0.50 |
| 11/20/09 | D. Fullem | Prepare final version of Orrick's 15th quarterly fee application for the Jul-Sep 09 time period; e-mail to C. Hartman for filing; coordinate service of same. | 0.50 |
| 11/20/09 | D. Fullem | Calendar objection deadlines relating to fee applications. | 0.20 |
| 11/20/09 | D. Felder | Review CNO for Orrick fee application. | 0.10 |
| 11/20/09 | R. Wyron | Review fee application status and follow-up. | 0.20 |
| 11/23/09 | D. Fullem | Confer with R. Wyron (.1); review and prepare edits to our response to fee auditor initial report for Apr-Jun 09 time period (.5); e-mail new revised draft to R. Wyron for review (.1); e-mail to fee auditor regarding status of same (.1). | 0.80 |



ORRICK

December 11, 2009
Invoice No. 1225209

| | | | |
|---|---|---|---|
| 11/23/09 | D. Felder | Review draft response to fee auditor and provide comments regarding same. | 0.20 |
| 11/23/09 | R. Wyron | Review and revise response to fee auditor (.8); confer with R. Frankel and respond to e-mails re same (.4). | 1.20 |
| 11/24/09 | D. Fullem | Prepare Orrick October fee application for filing/service. | 0.50 |
| 11/24/09 | D. Fullem | Confer with R. Wyron regarding edits to reply letter to fee auditor initial report for April-June 09 time period (.2); prepare edits (.6); review final version (.1); obtain R. Wyron's signature (.1); prepare e-mail to B. Ruhlander regarding same (.2). | 1.20 |
| 11/24/09 | R. Wyron | Finalize response to fee auditor. | 0.20 |
| 11/25/09 | D. Fullem | Prepare e-mail regarding filing of Orrick October fee application. | 0.10 |
| 11/25/09 | D. Fullem | Prepare e-mail to C. Hartman regarding confirming filing of Orrick October fee application. | 0.10 |
| 11/30/09 | D. Fullem | Review recent payment information; update spreadsheets; circulate to R. Wyron, R. Frankel and V. Crossley. | 0.40 |
| 11/30/09 | D. Fullem | Review e-mail from B. Ruhlander regarding final report on Orrick's April-June 09 quarterly; review R. Wyron's e-mail regarding same. | 0.20 |
| 11/30/09 | D. Fullem | Review status/timing of filing next round of Orrick fee applications. | 0.20 |
| 11/30/09 | R. Wyron | Review response by Fee Auditor and consult re issues (.2); calls and e-mails re outstanding payments (.2). | 0.40 |

|  | | |
|---|---|---|
| Total Hours | 25.60 | |
| Total For Services | | $9,224.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.20 | 590.00 | 1,888.00 |
| Debra O. Fullem | 19.50 | 255.00 | 4,972.50 |
| Richard H. Wyron | 2.90 | 815.00 | 2,363.50 |
| Total All Timekeepers | 25.60 | $360.31 | $9,224.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

December 11, 2009
Invoice No. 1225209

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 913.00 | |
| Express Delivery | 42.63 | |
| Outside Services | 8.64 | |
| Postage | 317.06 | |
| Total  Disbursements | | $1,281.33 |

**Total For This Matter**            **$10,505.33**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 24

December 11, 2009
Invoice No. 1225209

For Legal Services Rendered Through November 30, 2009 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | | |
|---|---|---|---|---|
| 11/04/09 | P. Mahaley | Travel to New York City to attend insurance settlement negotiation. | | 2.00 |
| | | Total Hours | 2.00 | |
| | | Total For Services | | $605.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 2.00 | 302.50 | 605.00 |
| Total All Timekeepers | 2.00 | $302.50 | $605.00 |

**Total For This Matter**    **$605.00**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 525.60 | |
| Total Fees, all Matters | | $345,791.50 |
| Total Disbursements, all Matters | | $8,534.56 |
| Total Amount Due | | $354,326.06 |