**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: January 19, 2010 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**THIRD MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2009 – November 30, 2009 |
| 100% of Compensation sought as actual, reasonable and necessary: | $75,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $60,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $212.19 |

This is a    <u>x</u>  monthly          __ interim          ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 49.7 | $75,000.00 |
| George Coles | Associate | NA | 40.0 | |
| Claire Burke | Analyst | NA | 33.5 | |
| Grand Total: | | | | **$75,000.00** |
| Blended Rate: | | | 123.2 | $608.77 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**November 1-30, 2009**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | 123.2 | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Communication | $186.39 |
| Meals and Entertainment | $ 25.80 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 212.19** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

          Respectfully submitted,

          LINCOLN PARTNERS ADVISORS LLC

          By: */S/ JOSEPH J. RADECKI , JR.*
          Joseph J. Radecki, Jr.
          Managing Director
          400 Madison Ave # 21
          New York, NY 10017-8901
          Telephone: (212) 277-8100

Dated: December 18, 2009