# EXHIBIT A

**WR Grace**
**November 2009 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket filings | 0.5 |
| Tue 3 | Review post-trial briefs | 3.0 |
| Wed 4 | Review post-trial briefs | 3.5 |
| Thu 5 | Review post-trial briefs | 1.5 |
|  | Comm w/Blackstone (JO) re financial review | 0.7 |
| Fri 6 | Comm w/OHS (Dfu) re CNO | 0.2 |
| Mon 9 | Comm w/OHS (RW) re employ app | 0.2 |
| Tue 10 | Review docket filings | 1.6 |
|  | Grace 3Q financial review | 1.8 |
|  | Review docket filings | 1.0 |
| Wed 11 | Comm w/OHS (Dfe, Dfu) re CNO filing | 0.7 |
|  | Review docket filings | 0.6 |
| Thu 12 | Comm w/Blackstone (JO) re financial review | 0.2 |
|  | Review docket filings | 0.5 |
| Fri 13 | Comm w/OHS (RW) re Canadian settlement | 0.8 |
|  | Comm w/OHS (RW, RF) re review meeting | 0.3 |
|  | Review docket filings | 1.0 |
| Mon 16 | Comm w/OHS (DS) re meeting | 0.2 |
|  | Financial review: analysis/draft pres | 1.5 |
|  | Review docket filings | 0.7 |
| Tue 17 | Review docket filings | 0.4 |
|  | Financial review: analysis/draft pres | 2.1 |
| Wed 18 | Comm w/OHS (RW, DS) re emp app order | 0.3 |
|  | Financial review: analysis/draft pres | 1.6 |
|  | Comm w/OHS (RW) re omnibus | 0.1 |
|  | Review docket filings | 0.6 |
| Thu 19 | Financial review w/Grace mgmt, Blackstone | 1.0 |
|  | Financial review: analysis/draft pres | 2.7 |
|  | Review docket filings | 1.1 |
| Fri 20 | Review docket filings | 0.4 |
| Mon 23 | Comm w/OHS (Dfu) re fee apps | 0.4 |
|  | Financial review: analysis/draft pres | 1.8 |
|  | Review docket filings | 0.7 |
|  | Omnibus hearing and prep | 1.7 |
| Tue 24 | Review docket filings | 0.8 |
|  | Financial review: analysis/draft pres | 2.6 |
| Wed 25 | Comm w/OHS (RF) re review mtg topics | 1.1 |
|  | Financial review: analysis/draft pres | 1.7 |
|  | Warrant/share analysis | 2.0 |
|  | Review docket filings | 0.4 |
| Mon 30 | Financial review: analysis/draft pres | 1.0 |
|  | Warrant/share analysis | 2.0 |
|  | Review docket filings | 0.9 |
|  | TOTAL TIME (hrs) | 47.9 |

**WR Grace**
**November 2009 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 5 | Review docket | 1.0 |
| Tue 10 | Review docket | 1.0 |
| Fri 13 | Review docket | 0.5 |
| Mon 16 | Financial statement analysis | 1.5 |
| Tue 17 | Financial statement analysis | 3.0 |
| Wed 18 | Prepare financial presentation/analysis | 4.0 |
| Wed 18 | Prep for telephone call | 2.0 |
| Thu 19 | Telephone call with Debtor and Debtor's Advisor | 1.0 |
| Fri 20 | Prepare financial presentation/analysis | 4.5 |
| Fri 20 | Review docket | 1.0 |
| Sat 21 | Review docket | 1.0 |
| Sat 21 | Prepare financial presentation/analysis | 1.5 |
| Sun 22 | Prepare financial presentation/analysis | 2.0 |
| Mon 23 | Prepare financial presentation/analysis | 5.5 |
| Tues 24 | Prepare financial presentation/analysis | 5.0 |
| Mon 30 | Review docket | 0.5 |
| Mon 30 | Prepare financial presentation/analysis | 5.0 |
|  | TOTAL TIME (hrs) | 40.0 |

**WR Grace**
**November 2009 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 4 | Review docket | 1.0 |
| Wed 18 | Financial statement analysis | 2.5 |
| Thu 19 | Prep for telephone call | 2.0 |
|  | Financial statement analysis | 3.0 |
|  | Telephone call with Debtor | 1.0 |
|  | Fee application prep | 2.0 |
| Fri 20 | Fee application prep | 2.0 |
| Fri 20 | Prepare financial presentation/analysis | 4.0 |
| Mon 23 | Prepare financial presentation/analysis | 4.0 |
| Tue 24 | Prepare financial presentation/analysis | 4.0 |
| Wed 25 | Prepare financial presentation/analysis | 4.0 |
| Thu 26 | Prepare financial presentation/analysis | 1.0 |
| Mon 30 | Prepare financial presentation/analysis | 3.0 |
|  | TOTAL TIME (hrs) | 33.5 |