# EXHIBIT B

### W.R. Grace
### Detail of expenses (November 1, 2009 – November 30, 2009)

Communication
Telephone $160.26
Express Mail $26.13

**Total Communication:** **$ 186.39**

Meals and Entertainment
Late Night Meals $25.80

**Total Meals and Entertainment:** **$  25.80**

**TOTAL EXPENSES:** **$ 212.19**