IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | Re: Docket No. 23972 |

## ERRATA SHEET FOR ANDERSON MEMORIAL HOSPITAL'S POST-TRIAL BRIEF ON ITS OBJECTIONS TO CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT PLAN

Anderson Memorial Hospital hereby files this errata sheet identifying typographical errors to record citations referenced in its *Post-Trial Brief on its Objections to Confirmation of Debtors' First Amended Joint Plan* (D.I. 23972) filed December 8, 2009, and hereby states the correct record citations in bold as follows:

- Pg. 3, record citation to "at least four papers in which Grace stated that Anderson would be able to return to the tort system" is changed to **[DI 587 at pp. 47-48; DI 688 at pp. 1-5; DI 688 Ex. A at p. 3; DI 1665 at p. 12]** (from [DI 586 at pp. 47-48; DI 688 at pp. 1-5; DI 688 Ex. A at p. 3; DI 1665 at p. 12]).

- Pg. 3, case citation is corrected to In re Asbestos School Litigation, 104 F.R.D. 422, 425 (E.D. Pa. 1984), aff'd in part and vacated in part, 789 F.2d 996 (3d Cir. 1986), **cert. denied, 479 U.S. 852, 915 (1986)** (from In re Asbestos School Litigation, 104 F.R.D. 422, 425 (E.D. Pa. 1984), aff'd in part and vacated in part, 789 F.2d 996 (3d Cir. 1986)).

- Pg. 4, record citation to February 25, 2005 hearing transcript is changed to [DI 1793, **2/25/02** Hearing Tr., p. 98] (from [DI 1793, 2/25/05 Hearing Tr., p. 98]).

- Pg. 4, case citation is corrected to In re **First** Interregional Equity Corp., 227 B.R. 358 (D.N.J. 1998) (from In re Interregional Equity Corp., 227 B.R. 358 (D.N.J. 1998).

- Pg. 12, record citation to ACM in schools is changed to **49** C.F.R. 8450 (from 40 C.F.R. 8450).

- Pgs. 12-13, case citation is corrected to In re Asbestos School Litigation, 104 F.R.D. 422, 425 (E.D. Pa. 1984), aff'd in part and vacated in part, 789 F.2d 996 (3d Cir. 1986), **cert. denied, 479 U.S. 852, 915 (1986)** (from In re Asbestos School Litigation, 104 F.R.D. 422, 425 (E.D. Pa. 1984), aff'd in part and vacated in part, 789 F.2d 996 (3d Cir. 1986)).

- Pg. 16, record citation to "at least four papers in which Grace stated that Anderson would be able to return to the tort system" is changed to **[DI 587 at pp. 47-48; DI 688 at pp. 1-5; DI 688 Ex. A at p. 3; DI 1665 at p. 12]** (from [DI 586 at pp. 47-48; DI 688 at pp. 1-5; DI 688 Ex. A at p. 3; DI 1665 at p. 12]).

- Pg. 16, record citation to establishment of a property damage "Bar Date" is changed to [DI **1665**] (from [DI 1664]).

- Pg. 17, record citation regarding Revised CMO Motion is changed to [DI **1665**] (from [DI 1664]).

- Pg. 18, record citation regarding approval of Grace's proposed Bar Date Notice is changed to [DI **1665**] (from [DI 1664]).

- Pg. 24, record citation to the appeal was rejected as interlocutory is changed to [DI **2554**] (from [DI 2254]).

- Pg. 26, page citation to February 23, 2004 hearing transcript is corrected to [DI 5381, 2/23/04 Hearing Tr., p. **18**] (from [DI 5381, 2/23/04 Hearing Tr., p. ___]).

- Pg. 31, the discovery date quoted from Grace's Motion to Extend Exclusivity is corrected to "The schedule currently being discussed extends through at least February **15,** 2006." (from "The schedule currently being discussed extends through at least February 16, 2006.")

- Pg. 33, record citation relating to Grace's repeatedly representation that the ten claims had been selected "randomly" is changed to [DI 9207, **Ex. 1**; DI 9349, 8/29/05 Hearing Tr. at 17-19; DI 11025, 10/31/05 Hearing Tr. at 7] (from [DI 9207, 8/19/05 Hearing Tr. at 1; DI 9349, 8/29/05 Hearing Tr. at 17-19; DI 11025, 10/31/05 Hearing Tr. at 7].

- Pg. 39, record citation to Authority Stipulation is corrected to [DI 9002; DI 9141, **Ex. 2**] (from [DI 9002, Ex. 2, DI 9141]).

- Pg. 44, subheading is changed to **E.** The August 29, 2005 Hearing (from H. The August 29, 2005 Hearing).

- Pg. 44, typographical errors and omission of record citation are corrected to read as follows: On August 19, 2005, Grace moved for leave to file a Reply in support of the 12th Omnibus Objections, further carrying on its attack on S&R. **[DI 9206]** Grace also filed on **July 18, 2005** a motion for limited waiver of Local Rules in order to permit the filing of omnibus objections to 2,938 claims filed by S&R. **[DI 9008]** [NOTE: The pleadings for DI 9008 and DI 9206 were hyperlinked together as one document under DI 9186].

- Pg. 45, subheading is changed to **F.** The October 31, 2005 Hearing (from I. The October 31, 2005 Hearing).

- Pg. 49, omission of record citation to (Class 7A CMO Paragraph II.C.1.) is corrected to (Class 7A CMO Paragraph II.C.1.) **[DI 20668, Ex. 25].**

In addition, Anderson Memorial Hospital omitted to include the Table of Contents and Table of Authorities to its brief, a copy of which is attached hereto for reference purposes.

DATED: December 28, 2009

                                        Christopher D. Loizides (No. 3968)
                                        LOIZIDES, P.A.
                                        1225 King Street, Suite 800
                                        Wilmington, DE 19801
                                        Telephone:    (302) 654-0248
                                        Facsimile:     (302) 654-0728
                                        E-mail:         loizides@loizides.com

                                        Daniel A. Speights (SC Fed. ID No. 4252)
                                        C. Alan Runyan (SC Fed ID No.3683)
                                        SPEIGHTS & RUNYAN
                                        200 Jackson Avenue, East
                                        Post Office Box 685
                                        Hampton, SC 29924
                                        Telephone:    (803) 943-4444
                                        Facsimile:     (803) 943-4599

                                                          - and -

                                        John W. Kozyak
                                        David L. Rosendorf
                                        KOZYAK TROPIN & THROCKMORTON PA
                                        2525 Ponce de Leon, 9th Floor
                                        Coral Gables, FL 33134
                                        Telephone:    (305) 372-1800
                                        Facsimile:     (305) 372-3508

                                        *Counsel for Anderson Memorial Hospital*