IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 23972** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that that the hyperlinked version of **ANDERSON MEMORIAL HOSPITAL'S POST-TRIAL BRIEF ON ITS OBJECTIONS TO CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT PLAN (D.I. 23972)** was transmitted to the Court on a DVD via FedEx Overnight for delivery on December 18, 2009 pursuant to the Order Establishing Schedule of Post-Trial Briefing and Related Matters[1] (D.I. 23567).

DATED: December 28, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

– and –

---

[1] On December 10, 2009, Anderson Memorial Hospital filed a motion requesting a one-week extension to file its hyperlinked version of its brief up to and including December 18, 2009 (D.I. 23981), which is pending before this Court.

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:    (305) 372-1800
Facsimile:    (305) 372-3508

*Counsel for Anderson Memorial Hospital*