IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 23972** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2009, CD-ROMs containing the hyperlinked version of **ANDERSON MEMORIAL HOSPITAL'S POST-TRIAL BRIEF ON ITS OBJECTIONS TO CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT PLAN (D.I. 23972)** were served on all parties on the attached service list in the manner indicated thereon.

DATED: December 28, 2009

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No.3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

- and –

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:     (305) 372-1800
Facsimile:     (305) 372-3508

*Counsel for Anderson Memorial Hospital*

**SERVICE LIST**

**VIA FED EX OVERNIGHT DELIVERY**

Kimberly Love, Legal Assistant
KIRKLAND & ELLIS LLP
300 No. LaSalle Street
Chicago, IL 60654

Nathan Finch, Esquire
CAPLIN & DRYSDALE
One Thomas Circle NW, Suite 1100
Washington, DC 20005

Jonathan Guy, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

David Blabey, Esquire
KRAMER LEVIN NATFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036