# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 0.3 | $    175.50 |
| | | | | | |
| **TOTAL** | | | | **0.3** | **$    175.50** |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452550
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through November 30, 2009

|  |  |
|---|---|
| Fees | $175.50 |
| **Total Fees and Disbursements** | **$175.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 452550
December 28, 2009
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/30/09 | Jaffe | Review operation and maintenance plan (0.3). | 0.3 |
| | | **Total Hours** | **0.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 452550
December 28, 2009
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** | | **Rate** | | **Amount** |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.3 | at | 585.00 | = | 175.50 |
| **Total Fees** | | | | | **$175.50** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | | | | **$175.50** |
| **Total Fees and Disbursements** | | | | | **$175.50** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452550
Matter No.: 08743.00088

Re:    Acton Site OU3

**Total Fees and Disbursements**          <u>$175.50</u>

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 452550
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 93 – Concord Landfill Closure**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 0.5 | $    292.50 |
| | | | | | |
| **TOTAL** | | | | **0.5** | **$    292.50** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452551
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

For Professional Services rendered through November 30, 2009

|  |  |
|---|---|
| Fees | $292.50 |
| **Total Fees and Disbursements** | **$292.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/18/09 | Jaffe | Review wetlands closure documents; email with team regarding same (0.5). | 0.5 |
| | | **Total Hours** | **0.5** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.5 | at | 585.00 | = | 292.50 |
| **Total Fees** | | | | | **$292.50** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | | | | **$292.50** |
| **Total Fees and Disbursements** | | | | | **$292.50** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452551
Matter No.: 08743.00093

**Re:    Concord Landfill Closure**

**Total Fees and Disbursements**        $292.50

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 452551
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 0.6 | $ 351.00 |
| Adam P. Kahn | Partner | Environmental | $585.00 | 0.5 | $ 292.50 |
| | | | | | |
| TOTAL | | | | 1.1 | $ 643.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 40.80 |
| | |
| TOTAL | $ 40.80 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452552
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through November 30, 2009

| | |
|---|---|
| Fees | $643.50 |
| Disbursements | 40.80 |
| **Total Fees and Disbursements** | **$684.30** |

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| 11/02/09 | Kahn | Attention to quarterly filing (0.2). | 0.2 |
| 11/04/09 | Kahn | Attention to quarterly filing and auditor review (0.3). | 0.3 |
| 11/06/09 | Jaffe | Prepare quarterly fee application (0.6). | 0.6 |
| | | **Total Hours** | **1.1** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Adam P. Kahn | 0.5 | at | 585.00 | = | 292.50 |
| Seth D. Jaffe | 0.6 | at | 585.00 | = | 351.00 |
| **Total Fees** | | | | | **$643.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/30/09 | In-House Photocopying | 40.80 |
| **Total Disbursements** | | **$40.80** |

|  |  |
|---|---|
| **Total Fees** | **$643.50** |
| **Total Disbursements** | **40.80** |
| **Total Fees and Disbursements** | **$684.30** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452552
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

**Total Fees and Disbursements**                    **$684.30**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 452552
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 22.4 | $ 13,104.00 |
| Jacob N. Polatin | Partner | Real Estate | $585.00 | 2.4 | $  1,404.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **24.8** | **$ 14,508.00** |

**Expenses**

| Description | Total | |
|---|---|---|
| Telephone | $ | 6.37 |
| Photocopying | $ | 1.08 |
| Taxi Fare | $ | 21.00 |
|  |  |  |
| **TOTAL** | **$** | **28.45** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452553
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through November 30, 2009

| | |
|---|---:|
| Fees | $14,508.00 |
| Disbursements | 28.45 |
| **Total Fees and Disbursements** | **$14,536.45** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 11/05/09 | Jaffe | Meeting with EPA concerning settlement negotiations and team meeting and other preparation for same (7.3). | 7.3 |
| 11/06/09 | Jaffe | Review final revised draft SOW and emails with team regarding same (0.4). | 0.4 |
| 11/09/09 | Jaffe | Attention to special notice issues, including reviewing of NRD claims and telephone call with Ms. Duff regarding same, reviewing revised SOW figure and emails with team regarding same, and emails with Mr. Sabath at DOJ and J. Polatin regarding title issue (1.6). | 1.6 |
| 11/09/09 | Polatin | Research Federal Title Standards and email to S. Jaffe (2.4). | 2.4 |
| 11/10/09 | Jaffe | Attention to special notice issues, including email from Ms. Duff and team telephone conference regarding natural resource damage issues, and emails with team regarding finalizing statement of work (2.2). | 2.2 |
| 11/11/09 | Jaffe | Attention to special notice issues, including natural resource damages claim issues and statement of work issues (0.9). | 0.9 |
| 11/12/09 | Jaffe | Attention to special notice, including telephone call and emails with Mr. Sabath and emails with team regarding outstanding negotiation issues (1.4). | 1.4 |
| 11/13/09 | Jaffe | Attention to special notice process, including telephone conference with team regarding statement of work, consent decree, and participation agreement and reviewing all three documents (1.7). | 1.7 |
| 11/17/09 | Jaffe | Attention to special notice issues, including telephone call with team and EPA/DOJ, telephone call with Ms. Duff to prepare, telephone call with team to discuss building foundation issue, and revising draft statement of work language and emails with team regarding same (2.4). | 2.4 |
| 11/18/09 | Jaffe | Attention to special notice, including emails with team regarding natural resources damages issues, and letter and telephone call from Mr. Sabath and memo to team regarding same (0.8). | 0.8 |
| 11/19/09 | Jaffe | Attention to special notice, including telephone call with Mr. Sabath and emails with team regarding same, and reviewing, revising draft PRP agreement from Mr. Campbell and emails with team regarding same (1.4). | 1.4 |
| 11/20/09 | Jaffe | Attention to special notice issues, including PRP Group agreement and emails with team regarding same (1.1). | 1.1 |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/24/09 | Jaffe | Attention to special notice issues, including team telephone conference and emails with team regarding outstanding issues and telephone call with Mr. Sabath and Mr. Campbell regarding same (1.2). | 1.2 |
| | | **Total Hours** | **24.8** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 2.4 | at | 585.00 | = | 1,404.00 |
| Seth D. Jaffe | 22.4 | at | 585.00 | = | 13,104.00 |
| | **Total Fees** | | | | **$14,508.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/18/09 | Telephone | 6.37 |
| 11/18/09 | In-House Photocopying | 1.08 |
| 11/18/09 | Taxi Fare | 21.00 |
| | **Total Disbursements** | **$28.45** |

|  |  |
|---|---|
| **Total Fees** | **$14,508.00** |
| **Total Disbursements** | **28.45** |
| **Total Fees and Disbursements** | **$14,536.45** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452553
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$14,536.45**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 452553
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 1.3 | $    760.50 |
| | | | | | |
| TOTAL | | | | 1.3 | $    760.50 |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452554
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through November 30, 2009

|  |  |
|---|---|
| Fees | $760.50 |
| **Total Fees and Disbursements** | **$760.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/02/09 | Jaffe | Team telephone conference and prepare for same (0.9). | 0.9 |
| 11/10/09 | Jaffe | Emails with team regarding response to EPA (0.4). | 0.4 |
| | | **Total Hours** | **1.3** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.3 | at | 585.00 | = | 760.50 |
| **Total Fees** | | | | | **$760.50** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | | | | **$760.50** |
| **Total Fees and Disbursements** | | | | | **$760.50** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2009
Invoice No.: 452554
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

**Total Fees and Disbursements**              $760.50

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 452554
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company