# Notice Recipients

District/Off: 0311−1          User: Brandon               Date Created: 12/29/2009
Case: 01−01139−JKF           Form ID: ntcBK              Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust    united states trustee
aty    Lawrence A Kalina

                                                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust    Frank J. Perch III          frank.j.perch@usdoj.gov
aty    Daniel K. Hogan             dkhogan@dkhogan.com, keharvey@dkhogan.com
aty    Kathleen P. Makowski        kmakowski@pszjlaw.com
aty    Paul W. Turner              pturner@carlilelawfirm.com
aty    Richard Allen Keuler, Jr.   rkeuler@reedsmith.com
aty    Richard F. Rescho           rrescho2001@yahoo.com
aty    Rosalie L. Spelman          rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty    Stuart B. Drowos            stuart.drowos@state.de.us

                                                                                    TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     W.R. GRACE &CO.        7500 Grace Drive       Columbia, MD 21044
aty    Curtis A. Hehn      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th
       Floor       Wilmington, DE 19801
aty    Curtis A. Hehn      Pachulski Stang Ziehl Young Jones &Wein      919 N. Market Street      16th
       Floor       Wilmington, DE 19801
aty    David W. Carickhoff      Blank Rome LLP      1201 Market Street, Suite 800      Wilmington, DE 19801
aty    David W. Carickhoff      Blank Rome LLP      1201 Market Street, Suite 800      Wilmington, DE 19801
aty    David W. Carickhoff, Jr      Pachulski Ziehl Stang Ziehl Young Jones      919 N. Market St.      16th
       Floor       Wilmington, DE 19899
aty    James E. O'Neill      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      PO Box
       8705      Wilmington, DE 19899−8705
aty    James E. O'Neill      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O. Box
       8705      Wilmington, DE 19899−8705
aty    Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O.
       Box 8705      Wilmington, DE 19899
aty    Kathleen P. Makowski      Pachulski Stang Ziehl &Jones LLP      919 North Market Street, 17th Floor      P.O.
       Box 8705      Wilmington, DE 19899
aty    Laura Davis Jones      Pachulski Stang Ziehl &Jones LLP      919 North Market Street      17th
       Floor       Wilmington, DE 19899−8705
aty    Laura Davis Jones      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th
       Floor       Wilmington, DE 19899−8705
aty    Mark M. Billion      Pachulski Stang Ziehl &Jones LLP      919 N. Market Street      17th
       Floor       Wilmington, DE 19702
aty    Michael R. Lastowski      Duane Morris LLP      1100 North Market Street      Suite 1200      Wilmington,
       DE 19801−1246
aty    Paula Ann Galbraith      211 East Ohio # 2618      Chicago, IL 60611
aty    Robert J. Dehney      Morris, Nichols, Arsht &Tunnell      1105 N. Market Street      P. O. Box
       1347      Wilmington, DE 19899−1347
aty    Timothy P. Cairns      Pachulski Stang Young &Jones LLP      919 N. Market Street      17th
       Floor       Wilmington, DE 19801
aty    Timothy P. Cairns      Pachulski Stang Ziehl &Jones LLP      919 N. Market St., 17th Floor      Wilmington,
       DE 19801

                                                                                    TOTAL: 18