**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

December 21, 2009

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 534041
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $351.00 |
| DISBURSEMENTS | 384.00 |
| MATTER TOTAL | $735.00 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $2,883.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,883.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $27,419.50 |
| DISBURSEMENTS | 14.45 |
| MATTER TOTAL | $27,433.95 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $2,632.50 |
| DISBURSEMENTS | 17.46 |
| MATTER TOTAL | $2,649.96 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 534041 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2267753.1

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES. | $484.00 |
| DISBURSEMENTS | 95.00 |
| MATTER TOTAL | $579.00 |
| CLIENT GRAND TOTAL | $34,281.41 |

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                        December 21, 2009
056772-00001                                                                             Invoice No. 534041

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/12/09 | BLABEY, DAVID E | Review miscellaneous filings/motions. | 0.60 | 351.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$351.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MANUSCRIPT SERVICE | 0.00 |
| WESTLAW ON-LINE RESEARCH | 384.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$384.00** |
| **TOTAL FOR THIS MATTER** | **$735.00** |

Kramer Levin Naftalis & Frankel LLP

Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00002

December 21, 2009
Invoice No. 534041

### CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/09 | BLABEY, DAVID E | Prep for quarterly equity committee call. | 0.20 | 117.00 |
| 11/11/09 | BENTLEY, PHILIP | Prepare for tomorrow's committee call | 0.40 | 304.00 |
| 11/11/09 | BLABEY, DAVID E | Draft talking points for quarterly call (2.2); call with T. Weschler and P. Bentley in prep for quarterly call (.4). | 2.60 | 1,521.00 |
| 11/12/09 | BENTLEY, PHILIP | Committee conf call | 0.70 | 532.00 |
| 11/12/09 | BLABEY, DAVID E | Quarterly equity committee call (.6); follow up discs with P. Bentley and T. Weschler (.1). | 0.70 | 409.50 |

**TOTAL HOURS AND FEES**  **4.60**  **$2,883.50**

**TOTAL FOR THIS MATTER**  **$2,883.50**

KL4 2267753.1

Kramer Levin Naftalis & Frankel LLP                                                               Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                     December 21, 2009
056772-00007                                                                             Invoice No. 534041

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/09 | BLABEY, DAVID E | Call with plan proponents re post trial briefs (.6); review drafts of post trial briefs (1.5). | 2.10 | 1,228.50 |
| 11/02/09 | HOROWITZ, GREGORY A. | review post-trial brief edits, dw David B (1.5) | 1.50 | 1,072.50 |
| 11/02/09 | BLABEY, DAVID E | Review plan proponent brief draft on Libby issues (1.9); review and edit drafts of plan proponent main brief and exchange emails re same (4.5). | 6.40 | 3,744.00 |
| 11/03/09 | BLABEY, DAVID E | Review settlement agreements (1); review plan proponent brief on lender issues (.8); review plan objectors' post trial briefs (1.6). | 3.40 | 1,989.00 |
| 11/04/09 | BLABEY, DAVID E | Review plan objectors' post trial briefs and memo to T. Weschler re same (3). | 3.00 | 1,755.00 |
| 11/09/09 | BENTLEY, PHILIP | Confs David Blabey and Ken Eckstein re confirmation issues; review emails re recent confirmation developments and issues | 1.60 | 1,216.00 |
| 11/09/09 | BLABEY, DAVID E | Analyze successor liability issues relevant to plan (1); analyze potential plan amendment (.6); call with plan proponents re reply briefs (.9); discuss plan modifications and confirmation issues with P. Bentley (.5). | 3.00 | 1,755.00 |
| 11/10/09 | BENTLEY, PHILIP | Discs David Blabey re: plan changes. | 0.10 | 76.00 |
| 11/10/09 | BLABEY, DAVID E | Analyze proposed plan changes. | 1.00 | 585.00 |
| 11/11/09 | BENTLEY, PHILIP | TC Ted Weschler and discs David Blabey re recent confirmation developments | 0.60 | 456.00 |
| 11/12/09 | BENTLEY, PHILIP | Discs David Blabey and Ted Weschler re confirmation issues, and notes re same | 0.40 | 304.00 |
| 11/13/09 | BLABEY, DAVID E | Review revised Canadian ZAI settlement terms and call to T. Weschler re same (.4); review proposed settlements with Allianz and the Edwards Plaintiffs (1.3) and email to T. Weschler re same (.2). | 1.90 | 1,111.50 |
| 11/17/09 | BLABEY, DAVID E | Review drafts of plan proponent reply briefs. | 0.20 | 117.00 |
| 11/18/09 | BLABEY, DAVID E | Review plan proponent resply brief drafts. | 1.00 | 585.00 |
| 11/19/09 | BLABEY, DAVID E | Review drafts of plan proponent reply briefs. | 1.30 | 760.50 |
| 11/20/09 | BLABEY, DAVID E | Review drafts of plan proponent reply briefs. | 1.60 | 936.00 |

KL4 2267753.1

Kramer Levin Naftalis & Frankel LLP                                          Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                            December 21, 2009
056772-00007                                                                 Invoice No. 534041

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/20/09 | BENTLEY, PHILIP | Review emails re confirmation briefs | 0.10 | 76.00 |
| 11/23/09 | BLABEY, DAVID E | Email to T. Weschler re omnibus hearing (.2); review reply briefs (1.2). | 1.40 | 819.00 |
| 11/24/09 | BLABEY, DAVID E | Draft joinder to Grace lender brief (1); review reply briefs and memo to T. Weschler re same (2.5); background research on various appellate issues for client memo (6.1). | 9.60 | 5,616.00 |
| 11/25/09 | BLABEY, DAVID E | Research on defaults for appellate issues memo. | 2.50 | 1,462.50 |
| 11/28/09 | BLABEY, DAVID E | Review case law on post petition default. | 2.00 | 1,170.00 |
| 11/29/09 | BLABEY, DAVID E | Review cases on postpetition defaults. | 1.00 | 585.00 |

**TOTAL HOURS AND FEES**                                                     **45.70**     **$27,419.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MEALS/IN-HOUSE | 14.45 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                    **$14.45**

**TOTAL FOR THIS MATTER**                                                    **$27,433.95**

KL4 2267753.1

Kramer Levin Naftalis & Frankel LLP                                            Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                  December 21, 2009
056772-00008                                                       Invoice No. 534041

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/12/09 | BLABEY, DAVID E | Draft quarterly fee application. | 3.00 | 1,755.00 |
| 11/30/09 | BLABEY, DAVID E | Prepare fee application for October. | 1.50 | 877.50 |

**TOTAL HOURS AND FEES**                                           **4.50**   **$2,632.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 17.46 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                          **$17.46**

**TOTAL FOR THIS MATTER**                                          **$2,649.96**

KL4 2267753.1

Kramer Levin Naftalis & Frankel LLP                                      Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                        December 21, 2009
056772-00019                                                             Invoice No. 534041

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/23/09 | BARLEKAMP, JEFFREY | Prepare for and attend November 23 hearing telephonically (.8); drafting e-mail re: same (.3) | 1.10 | 484.00 |

**TOTAL HOURS AND FEES**                                                 **1.10**   **$484.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 95.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                **$95.00**

**TOTAL FOR THIS MATTER**                                                **$579.00**

KL4 2267753.1