# EXHIBIT B

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00001                                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status         : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
                UNBILLED TIME FROM:                                TO:
                UNBILLED DISB FROM:   11/13/2009                   TO:    11/30/2009
-------------------------------------------------------------------------------------------------------------------------------------
                                          FEES                              COSTS
                                          ----                              -----
         GROSS BILLABLE AMOUNT:            0.00                            384.00
           AMOUNT WRITTEN DOWN:   _____                 _____
                       PREMIUM:   _____                 _____
              ON ACCOUNT BILLED:  _____                 _____
       DEDUCTED FROM PAID RETAINER:_____                _____
                AMOUNT BILLED:    _____                 _____
                    THRU DATE:                                             11/30/2009
      CLOSE MATTER/FINAL BILLING?  YES   OR   NO
     EXPECTED DATE OF COLLECTION: _____

           BILLING PARTNER APPROVAL:
                                   _____                _____
                                   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:
                                   _____



                                  ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                  --------------------------                        --------------
                         FEES:             0.00
                 DISBURSEMENTS:           384.00       UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:            0.00       PAID FEE RETAINER:              0.00
                   DISB RETAINER:           0.00       PAID DISB RETAINER:             0.00
              TOTAL OUTSTANDING:          384.00       TOTAL AVAILABLE FUNDS:          0.00
                                                       TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
              DATE OF LAST BILL:       11/25/09          LAST PAYMENT DATE:      12/21/09
              LAST BILL NUMBER:         532504  ACTUAL FEES BILLED TO DATE:    357,219.50
                                                ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                   TOTAL FEES BILLED TO DATE:  357,219.50
           LAST BILL THRU DATE:         10/31/09  FEES WRITTEN OFF TO DATE:     84,019.00
                                                  COSTS WRITTEN OFF TO DATE:    22,890.06
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            ---------------------------
              (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
              (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
              (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding        (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  -------------- Total Unbilled ----------------
Code  Description                         Oldest      Latest       Total
                                          Entry       Entry        Amount
----  -----------------------------       ------      ------       -----------
0840  MANUSCRIPT SERVICE                  11/13/09    11/30/09            0.00
0917  WESTLAW ON-LINE RESEARCH            11/24/09    11/30/09          384.00

         Total                                                           384.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                 Employee             Date             Amount        Index#   Batch No   Batch Date
-----------------------------------------        --------             ------           -----------   ------   --------   ----------

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                           TAYLOR, P            11/13/09             0.00      8886302  816940     11/15/09
    MANUSCRIPT SERVICE                           TAYLOR, P            11/30/09             0.00      8900354  824703     12/02/09
                                                 0840 MANUSCRIPT SERVICE Total :           0.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                         BLABEY, D E          11/24/09           136.50      8901324  825512     12/01/09
    WESTLAW ON-LINE RESE                         BLABEY, D E          11/25/09           226.35      8901325  825512     12/01/09
    WESTLAW ON-LINE RESE                         BLABEY, D E          11/30/09            21.15      8901326  825512     12/01/09
                                                 0917 WESTLAW ON-LINE RESE Total :       384.00



         Costs Total :                                                                   384.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:   2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

BILLING    INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description            Amount         Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
-----------------------     -----------    --------   ------------    -----------------------  --------------

0840 MANUSCRIPT SERVICE          0.00      _____  _____   _____  _____

0917 WESTLAW ON-LINE RESEARCH  384.00      _____  _____   _____  _____


         Costs Total :        384.00       _____  _____   _____  _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status        : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                         TO:
            UNBILLED DISB FROM:      11/09/2009                         TO:      11/09/2009
-------------------------------------------------------------------------------------------------------------------------------------
                                              FEES                               COSTS
                                              ----                               -----
          GROSS BILLABLE AMOUNT:                           0.00                            14.45
            AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                                         11/09/2009
       CLOSE MATTER/FINAL BILLING?     YES    OR    NO
       EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                       BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------
                                          ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                          --------------------------                   --------------
                         FEES:                              0.00
                DISBURSEMENTS:                             14.45      UNIDENTIFIED RECEIPTS:       0.00
                  FEE RETAINER:                             0.00          PAID FEE RETAINER:       0.00
                 DISB RETAINER:                             0.00         PAID DISB RETAINER:       0.00
             TOTAL OUTSTANDING:                            14.45       TOTAL AVAILABLE FUNDS:      0.00
                                                                               TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
           DATE OF LAST BILL:                11/25/09           LAST PAYMENT DATE:    12/21/09
           LAST BILL NUMBER:                  532504  ACTUAL FEES BILLED TO DATE:   822,964.00
                                                     ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                         TOTAL FEES BILLED TO DATE:  822,964.00
           LAST BILL THRU DATE:              10/31/09    FEES WRITTEN OFF TO DATE:     -224.00
                                                        COSTS WRITTEN OFF TO DATE:    2,162.00
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          --------------------------
            (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
            (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
            (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  -------------- Total Unbilled ----------------
Code   Description                        Oldest       Latest        Total
                                           Entry        Entry        Amount
----   ------------------------------     ------       ------        -----------
0942   MEALS/IN-HOUSE                     11/09/09     11/09/09         14.45

           Total                                                        14.45


U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee               Date          Amount       Index#    Batch No   Batch Date
----------------------------------------   --------               ------        -----------  -------   ---------  ----------

MEALS/IN-HOUSE 0942
    MEALS/IN-HOUSE
    IN-HOUSE/MEALS                         BLABEY, D E            11/09/09          14.45    8896589   822275     11/25/09

                                           0942 MEALS/IN-HOUSE Total :             14.45




           Costs Total :                                                           14.45
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    6
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00007                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill         W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
------------------------      ------------     ----------   --------------   ------------------------  ---------------

0942 MEALS/IN-HOUSE                14.45       _____   _____   _____   _____


         Costs Total :             14.45       _____   _____   _____   _____
```

Case 01-01139-AMC   Doc 24065-2   Filed 12/29/09   Page 8 of 13

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    7
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
                    UNBILLED TIME FROM:                               TO:
                    UNBILLED DISB FROM:    11/13/2009                 TO:      11/30/2009
-------------------------------------------------------------------------------------------------------------------------------------
                                           FEES                            COSTS

               GROSS BILLABLE AMOUNT:       0.00                             17.46
                 AMOUNT WRITTEN DOWN:
                             PREMIUM:
                    ON ACCOUNT BILLED:
           DEDUCTED FROM PAID RETAINER:
                       AMOUNT BILLED:
                           THRU DATE:                                        11/30/2009
           CLOSE MATTER/FINAL BILLING?   YES   OR   NO
          EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                    BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------
                                        ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                              FEES:              0.00
                     DISBURSEMENTS:             17.46        UNIDENTIFIED RECEIPTS:       0.00
                       FEE RETAINER:             0.00           PAID FEE RETAINER:       0.00
                      DISB RETAINER:             0.00          PAID DISB RETAINER:       0.00
                 TOTAL OUTSTANDING:             17.46         TOTAL AVAILABLE FUNDS:     0.00
                                                                     TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
                DATE OF LAST BILL:       11/25/09         LAST PAYMENT DATE:      12/21/09
                  LAST BILL NUMBER:      532504  ACTUAL FEES BILLED TO DATE:    205,742.50
                                                 ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                 TOTAL FEES BILLED TO DATE:     205,742.50
              LAST BILL THRU DATE:       10/31/09  FEES WRITTEN OFF TO DATE:     19,208.00
                                                  COSTS WRITTEN OFF TO DATE:        624.26
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:

               (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
               (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
               (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    8
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status         : ACTIVE

UNBILLED   COSTS   SUMMARY -------------- Total Unbilled ----------------
Code  Description                   Oldest      Latest         Total
                                    Entry       Entry          Amount
----  ------------------------      ------      ------         -----------
0930  MESSENGER/COURIER             11/13/09    11/30/09            17.46

        Total                                                       17.46


UNBILLED   COSTS   DETAIL
Description/Code                              Employee            Date          Amount      Index#    Batch No   Batch Date
------------------------------                --------            ------        ---------   -------   --------   ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                  BLABEY, D E         11/13/09         8.73     8902825   825838     12/01/09
      Saul Ewing LLP
    FEDERAL EXPRESS CORPORAT                  BLABEY, D E         11/30/09         8.73     8913433   829607     12/10/09
      Saul Ewing LLP
                                              0930 MESSENGER/COURIER Total :      17.46



        Costs Total :                                                             17.46
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    9
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

BILLING    INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description          Amount          Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
------------------------  ------------    --------   -------------   ---------------------    -----------------

0930 MESSENGER/COURIER         17.46      _____  _____   _____   _____


           Costs Total :       17.46      _____  _____   _____   _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   10
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status       : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                    TO:
            UNBILLED DISB FROM:    11/25/2009                      TO:    11/25/2009

                                        FEES                                COSTS
          GROSS BILLABLE AMOUNT:        0.00                                95.00
           AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                            11/25/2009
      CLOSE MATTER/FINAL BILLING?    YES    OR    NO
      EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                         FEES:                  0.00
                 DISBURSEMENTS:                 95.00     UNIDENTIFIED RECEIPTS:      0.00
                   FEE RETAINER:                0.00         PAID FEE RETAINER:      0.00
                   DISB RETAINER:               0.00        PAID DISB RETAINER:      0.00
               TOTAL OUTSTANDING:               95.00       TOTAL AVAILABLE FUNDS:   0.00
                                                                     TRUST BALANCE:
                                               BILLING HISTORY

           DATE OF LAST BILL:        11/25/09             LAST PAYMENT DATE:     12/21/09
             LAST BILL NUMBER:        532504    ACTUAL FEES BILLED TO DATE:    429,983.50
                                                ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                    TOTAL FEES BILLED TO DATE: 429,983.50
          LAST BILL THRU DATE:         10/31/09   FEES WRITTEN OFF TO DATE:     11,388.18
                                                 COSTS WRITTEN OFF TO DATE:      1,772.20
     FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
             (2) Late Time & Costs Posted    (5) Business Development    (8) Premium
             (3) Pre-arranged Discount       (6) Summer Associate        (9) Rounding        (10) Client Arrangement

      BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   11
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status        : ACTIVE

UNBILLED   COSTS   SUMMARY -------------- Total Unbilled ----------------
Code  Description                         Oldest      Latest      Total
                                          Entry       Entry       Amount
----  -------------------------------     ------      ------      -----------
0990  OTHER FEES                          11/25/09    11/25/09          95.00

           Total                                                        95.00


UNBILLED   COSTS   DETAIL
Description/Code                                  Employee         Date          Amount        Index#   Batch No   Batch Date
----------------------------------------------    --------         ------        -----------   -------  ---------  -----------

OTHER FEES 0990
     PLATINUM PLUS FOR BUSINE                     BLABEY, D E      11/25/09          37.00     8897736   823941    11/30/09
     PLATINUM PLUS FOR BUSINESS 10/07/09 - COURT CALL
     - D. BLABEY - MHU
     PLATINUM PLUS FOR BUSINE                     BLABEY, D E      11/25/09          58.00     8897737   823941    11/30/09
     PLATINUM PLUS FOR BUSINESS 10/13/09 - COURT CALL
     - D. BLABEY - MHU
                                                  0990 OTHER FEES Total :            95.00


           Costs Total :                                                             95.00
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   12
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2009 13:51:39

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2986260
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status         : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description              Amount            Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
-----------------------    ----------------     ---------  -------------   ---------------------------  ----------------

0990 OTHER FEES                  95.00


         Costs Total :           95.00
```