# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 18, 2010 at 4:00 p.m.** |

## FIFTH MONTHLY APPLICATION OF
## SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | November 1, 2009 through November 30, 2009 |
| Amount of fees to be approved as actual, reasonable and necessary: | $27,112.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $64.77 |

This is a(n): ___ interim        ___ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40/ $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | **OD 12/21/09** |

## SUMMARY OF TIME FOR BILLING PERIOD
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---:|---:|---:|
| Teresa K.D. Currier | $600 | 38.2 | $22,920.00 |
| Melissa N. Flores | $195 | 21.5 | $4,192.50 |
| **TOTAL** | | **59.7** | **$27,112.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.2 | $720.00 |
| Business Operations | .3 | $180.00 |
| Case Administration | 12.9 | $5,634.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | .8 | $480.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | .1 | $60.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | .3 | $180.00 |
| Fee Applications, Applicant | 14.6 | $4,224.00 |
| Fee Applications, Others | 5.4 | $1,377.00 |
| Plan and Disclosure Statement | 24.1 | $14,257.50 |
| **TOTAL** | **59.7** | **$27,112.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Total Expenses |
|---|---|
| Document Retrieval | $31.20 |
| Federal Express | $33.57 |
| **TOTAL** | **$64.77** |

SAUL EWING LLP

By: _____
Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: December 29, 2009