# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2082950 |
| Invoice Date | 12/09/09 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/09 | TKDC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period September 2009 of W.R. Grace & Co., et al | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.3 at | $600.00 = | 180.00 |

CURRENT FEES                                                                                      180.00

**TOTAL AMOUNT OF THIS INVOICE**                                                                  180.00

**NET AMOUNT OF THIS INVOICE**                                                                    180.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2082951 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/09/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/02/09 | TKDC | Reviewed all ecf filings for case administration and case management | 0.4 | 240.00 |
| 11/02/09 | TKDC | Reviewed motion to exceed page limitation for aggregate briefs; communication to jamie oneill re same | 0.4 | 240.00 |
| 11/02/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/03/09 | TKDC | Reviewed all ecf filings in case | 0.4 | 240.00 |
| 11/03/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/04/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 11/05/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/06/09 | TKDC | Reviewed all overnight ecf filings | 0.4 | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| 359022 00004 | WR Grace - Official Committee of Equity Security Holders<br>Case Administration |
| 12/09/09 | |

Invoice Number 2082951
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/06/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/09/09 | TKDC | Reviewed all ecf filings in the case generally to manage local counsel function | 0.5 | 300.00 |
| 11/09/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 11/10/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/11/09 | TKDC | Reviewed all ecf filings as part of local counsel function | 0.5 | 300.00 |
| 11/12/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 11/13/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 11/13/09 | TKDC | Communication with david blabey re ecf filings; checked on same | 0.2 | 120.00 |
| 11/13/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/16/09 | TKDC | Reviewed all ecf filings; shared same with kramer levin and team paralegals. | 0.5 | 300.00 |
| 11/16/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/17/09 | TKDC | Reviewed all incoming ecf and distributed to team counsel and paralegals. | 0.6 | 360.00 |

359022
00004

12/09/09

WR Grace - Official Committee of Equity Security Holders
Case Administration

Invoice Number 2082951
Page 3

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/18/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 11/18/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/19/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 11/19/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 11/20/09 | TKDC | Reviewed all ecf filings and distributed to our team counsel and paralegals | 0.5 | 300.00 |
| 11/20/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/21/09 | TKDC | Reviewed all ecf filings (deadline for reply briefs) and forwarded to team counsel and paralegals. | 0.6 | 360.00 |
| 11/23/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 11/24/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 11/25/09 | TKDC | Reviewed all incoming ecf filings and distributed to ream counsel and paralegals | 0.3 | 180.00 |
| 11/30/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |

TOTAL HOURS    12.9

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number  2082951 |
| 00004 | | Page 4 |
| | Case Administration | |
| 12/09/09 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 5.2 | at | $195.00 | = | 1,014.00 |
| Teresa K.D. Currier | 7.7 | at | $600.00 | = | 4,620.00 |

|  |  |
|---|---|
| CURRENT FEES | 5,634.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 5,634.00 |
| **NET AMOUNT OF THIS INVOICE** | 5,634.00 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2082953 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/09/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00006 |
| Charlottesville, VA 22902 | |

Re:  Claim Analysis Objections & Resolutions (Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/09/09 | TKDC | Reviewed Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging Two Time-Barred Canadian Asbestos Property Damage Claims | 0.4 | 240.00 |
| 11/09/09 | TKDC | Reviewed Motion For Entry Of An Order Approving An Asbestos Property Damage Claim Settlement Agreement with Sheldon Solow and the Solow entities | 0.4 | 240.00 |

TOTAL HOURS  0.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.8 at | $600.00 | = | 480.00 |

CURRENT FEES                                                                     480.00

**TOTAL AMOUNT OF THIS INVOICE**                                                 480.00

**NET AMOUNT OF THIS INVOICE**                                                   480.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2082954 |
| Invoice Date | 12/09/09 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/09 | TKDC | Reviewed Debtors' Thirty-Third Quarterly Report of Settlements from July 1, 2009 through September 30, 2009 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding | 0.1 | 60.00 |

TOTAL HOURS 0.1

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.1 | at $600.00 | = | 60.00 |

CURRENT FEES 60.00

**TOTAL AMOUNT OF THIS INVOICE** 60.00

**NET AMOUNT OF THIS INVOICE** 60.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number   2082955
Invoice Date     12/09/09
Client Number    359022
Matter Number    00008

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/05/09 | TKDC | Reviewed materials for WRGrace Equity Committee meeting next week | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $600.00 | = | 180.00 |

CURRENT FEES                                                       180.00

**TOTAL AMOUNT OF THIS INVOICE**                                   180.00

**NET AMOUNT OF THIS INVOICE**                                     180.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2082957 |
| Invoice Date | 12/09/09 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/05/09 | MNF | Review/make edits to Oct. 2009 prebills | 0.5 | 97.50 |
| 11/06/09 | MNF | Review/finalize bills for October 2009 time | 0.3 | 58.50 |
| 11/09/09 | TKDC | Reviewed fee auditor report, prepared and revised and approved quarterly fee application for 33rd period (April 1-June 30) | 0.7 | 420.00 |
| 11/09/09 | MNF | Draft 1st quarterly fee request ; E-file and serve same | 2.0 | 390.00 |
| 11/11/09 | TKDC | Communication with melissa flores about quarterly fee application process and preparation | 0.3 | 180.00 |
| 11/13/09 | TKDC | Conf with melissa flores on fee management order and checked on dates for 34th quarterly. | 0.5 | 300.00 |
| 11/13/09 | TKDC | Work on quarterly fee app, met with melissa flores, reviewed order, reviewed draft fee app, approved same for filing | 0.7 | 420.00 |
| 11/13/09 | MNF | Draft; e-file and serve 2nd quarterly fee app of Saul Ewing | 3.0 | 585.00 |
| 11/16/09 | MNF | Draft and e-file AOS re: Notices of Quarterly fee apps | 1.0 | 195.00 |
| 11/16/09 | MNF | Draft 4th monthly fee app of Saul Ewing for October 2009 | 1.0 | 195.00 |
| 11/19/09 | TKDC | Reviewed our next draft fee app (0.5); reviewed and approved our cno (0.2) | 0.7 | 420.00 |
| 11/19/09 | MNF | Draft CNO re: 3rd monthly fee app of Saul Ewing | 0.5 | 97.50 |
| 11/20/09 | TKDC | Reviewed fee examiners' report on saul ewing | 0.2 | 120.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2082957 | |
| 00015 | | | Page 2 | |
| | | Fee Applications/Applicant | | |
| 12/09/09 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/20/09 | MNF | T/c with G. Bacon re: holdbacks | 0.3 | 58.50 |
| 11/20/09 | MNF | E-file and serve CNO re: 3rd monthly fee app of Saul Ewing | 0.8 | 156.00 |
| 11/30/09 | TKDC | Reviewed final monthly fee app, approved same for filing | 0.3 | 180.00 |
| 11/30/09 | MNF | E-file and serve 4th monthly fee app of Saul Ewing For Oct. 2009 | 0.8 | 156.00 |
| 11/30/09 | MNF | Draft; E-file and serve CNO re: 1st quarterly fee request of Saul | 1.0 | 195.00 |
| | | TOTAL HOURS | 14.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 11.2 | at | $195.00 | = | 2,184.00 |
| Teresa K.D. Currier | 3.4 | at | $600.00 | = | 2,040.00 |

CURRENT FEES                                                                 4,224.00

**TOTAL AMOUNT OF THIS INVOICE**                                             4,224.00

**NET AMOUNT OF THIS INVOICE**                                               4,224.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number  2082958
Invoice Date    12/09/09
Client Number   359022
Matter Number   00016

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/02/09 | TKDC | Communications with fee auditor about bir fee application | 0.2 | 120.00 |
| 11/13/09 | TKDC | Reviewed kramer levin quarterly fee application; approved notice for same | 0.2 | 120.00 |
| 11/13/09 | MNF | Draft notice re: 30th quarterly fee request of Kramer Levin; e-file and serve 30th quarterly fee app of kramer Levin | 1.5 | 292.50 |
| 11/16/09 | MNF | Draft and e-file AOS re: Quarterly fee apps | 1.0 | 195.00 |
| 11/19/09 | MNF | Draft CNO re: 97th monthly fee app of Kramer Levin | 0.5 | 97.50 |
| 11/20/09 | MNF | E-file and serve CNO re: 97th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 11/30/09 | TKDC | Brief overview of kramer levin new fee app, prior to filing | 0.2 | 120.00 |
| 11/30/09 | TKDC | Reviewed and approved cno; checked underlying documents re same | 0.2 | 120.00 |
| 11/30/09 | MNF | E-file and serve 98th monthly fee app of Kramer Levin for Oct. 2009 | 0.8 | 156.00 |

TOTAL HOURS    5.4

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
12/09/09

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2082958
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 4.6 | at | $195.00 | = | 897.00 |
| Teresa K.D. Currier | 0.8 | at | $600.00 | = | 480.00 |

CURRENT FEES                                                                 1,377.00

**TOTAL AMOUNT OF THIS INVOICE**                                             1,377.00

**NET AMOUNT OF THIS INVOICE**                                               1,377.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2082959 |
| Invoice Date | 12/09/09 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/02/09 | TKDC | Reviewed post trial brief of plan proponents on the libby issues; reviewed and commented and approved same with modifications | 1.1 | 660.00 |
| 11/02/09 | TKDC | Reviewed plan proponents main brief in grace | 2.8 | 1,680.00 |
| 11/02/09 | TKDC | Worked throughout night on three plan proponents briefs to be filed, communications with plan proponents, issues and approvals for filing | 1.6 | 960.00 |
| 11/03/09 | TKDC | Reviewed Brief (Post-Trial) of the PD FCR | 0.5 | 300.00 |
| 11/03/09 | TKDC | Reviewed Post-Trial Brief of Morgan Stanley Senior Funding, Inc. in Opposition to Confirmation of the First Amended Joint Plan of Reorganization | 0.6 | 360.00 |
| 11/03/09 | TKDC | Reviewed Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Phase II Post-confirmation Hearing Opening Brief | 0.7 | 420.00 |
| 11/05/09 | TKDC | Reviewed Post Trial Brief Of BNSF Railway Company Regarding Confirmation Of The First Amended Chapter 11 Plan Of W.R. Grace & Co., et al | 0.4 | 240.00 |
| 11/05/09 | TKDC | Reviewed Libby Claimants' Post-Trial Brief in Support of Opposition to Confirmation of First Amended Joint Plan of Reorganization | 0.6 | 360.00 |
| 11/05/09 | TKDC | Reviewed Phase II Post-Trial Brief of Creditors OneBeacon America Insurance Company and Seaton Insurance Company in Opposition to Confirmation of Amended Joint Plan of Reorganization | 0.6 | 360.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 359022 00020 12/09/09 | | WR Grace - Official Committee of Equity Security Holders Plan and Disclosure Statement | Invoice Number 2082959 Page 2 | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/05/09 | TKDC | Reviewed Phase II Post-Trial Brief of Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company in Opposition to Confirmation of Amended Joint Plan of Reorganization | 0.1 | 60.00 |
| 11/05/09 | TKDC | Reviewed Anderson Memorial Hospital's Post-Trial Brief re Feasibility | 0.4 | 240.00 |
| 11/05/09 | TKDC | Reviewed hartford post trial brief | 0.2 | 120.00 |
| 11/05/09 | TKDC | Reviewed Opening Post-Trial Brief in Support of Its Phase II Objections to First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants Representative, and the Official Committee of Equity Security Holders dated as of February 27, 2009 | 0.4 | 240.00 |
| 11/06/09 | TKDC | Reviewed The State of Montana's Post Trial Brief in Opposition to Confirmation of the First Amended Joints Plan of Reorganization | 0.4 | 240.00 |
| 11/06/09 | TKDC | Reviewed Post-Trial Brief of Longacre Master Fund, LTD, and Longacre Capital Partners L.P. Regarding Confirmation of the First Amended Chapter 11 Plan of W.R. Grace & Co. | 0.5 | 300.00 |
| 11/06/09 | TKDC | Reviewed Phase II Post-Trial Brief of Garlock Sealing Technologies, LLC in Opposition to Confirmation of Plan Proponents' First Amended Joint Plan of Reorganization | 0.8 | 480.00 |
| 11/06/09 | TKDC | Reviewed Joint Post-Trial Memorandum Of The Official Committee Of Unsecured Creditors And Bank Lender Group In Opposition To Confirmation Of First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 0.7 | 420.00 |
| 11/06/09 | TKDC | Reviewed Arrowood's Phase II Post-Trial Brief in Support of the Relief to be Provided to it Under the Plan of Reorganization | 0.5 | 300.00 |
| 11/19/09 | TKDC | Reviewed draft main brief to be filed tomorrow; communications with david blabey re same | 0.4 | 240.00 |

| | | | | |
|---|---|---|---|---|
| 359022 00020 12/09/09 | | WR Grace - Official Committee of Equity Security Holders<br>Plan and Disclosure Statement | Invoice Number 2082959<br>Page 3 | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/19/09 | TKDC | Reviewed libby reply brief | 0.5 | 300.00 |
| 11/20/09 | TKDC | Reviewed Post Trial Reply Brief Of BNSF Railway Company Regarding Confirmation Of The First Amended Chapter 11 Plan Of W.R. Grace & Co., et al | 0.3 | 180.00 |
| 11/20/09 | TKDC | Reviewed longacre/morgan stanley brief | 0.6 | 360.00 |
| 11/20/09 | TKDC | Reviewed main response brief, approved and signoff for filing | 0.7 | 420.00 |
| 11/20/09 | TKDC | Finished reviewing and approving main brief for filing today, along with comments of others | 0.6 | 360.00 |
| 11/20/09 | TKDC | Reviewed libby reply brief | 0.5 | 300.00 |
| 11/20/09 | TKDC | Reviewed motion to exceed page limitation; comments to same | 0.3 | 180.00 |
| 11/21/09 | TKDC | Reviewed Anderson Memorial reply brief regarding feasibility | 0.4 | 240.00 |
| 11/21/09 | TKDC | Reviewed Joint Reply of the Official Committee of Unsecured Creditors and Bank Lender Group to Grace's Post-Trial Brief regarding Bank Lender issues. | 0.8 | 480.00 |
| 11/21/09 | TKDC | Reviewed Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. Reply Brief | 0.3 | 180.00 |
| 11/21/09 | TKDC | Reviewed Arrowoods Phase II Post-Trial Reply Brief | 0.4 | 240.00 |
| 11/22/09 | TKDC | Reviewed Phase II Post-Trial Brief of Creditors OneBeacon America Insurance Company and Seaton Insurance Company in Opposition to Confirmation of Amended Joint Plan of Reorganization and Joinders thereto | 0.7 | 420.00 |
| 11/22/09 | TKDC | Reviewed Reply of Garlock Sealing Technologies, LLC in Opposition to Confirmation of Plan Proponents' First Amended Joint Plan of Reorganization | 0.5 | 300.00 |
| 11/22/09 | TKDC | Reviewed Libby Claimants' Post-Trial Reply Brief in Support of Opposition to Confirmation of First Amended Joint Plan of Reorganization | 0.6 | 360.00 |
| 11/22/09 | TKDC | Reviewed Reservation of Rights Sealed Air | 0.1 | 60.00 |

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2082959 |
| 00020 | | | Page 4 | |
| 12/09/09 | | Plan and Disclosure Statement | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/22/09 | TKDC | Reviewed Post-Trial Reply Brief in Support of Its Positions Relating to First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co.., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants Representatives, and the Official Committee of Equity Security Holders Dated as of February 27, 2009 | 0.5 | 300.00 |
| 11/22/09 | TKDC | Reviewed the State of Montana's Post-Trial Reply Brief in Opposition to Confirmation of the First Amended Joint Plan of Reorganization | 0.5 | 300.00 |
| 11/22/09 | TKDC | Reviewed CNA's Reply Brief on Phase II Confirmation Issues | 0.4 | 240.00 |
| 11/22/09 | TKDC | Reviewed Reply of Morgan Stanley Senior Funding, Inc. to Debtors Post-Trial Brief Regarding Bank Lender Issues | 0.5 | 300.00 |
| 11/24/09 | TKDC | Communications with David Blabey about Joinder in Lender Brief | 0.3 | 180.00 |
| 11/24/09 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 11/24/09 | TKDC | Reviewed Equity Joinder in Lender Reply Brief; arranged filing of same | 0.4 | 240.00 |
| 11/24/09 | MNF | E-file Joinder of Official Committee re: Brief of Bank Lenders Issues; emails to/from David B. re: same | 0.5 | 97.50 |
| | | TOTAL HOURS | 24.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 0.5 | at | $195.00 | = | 97.50 |
| Teresa K.D. Currier | 23.6 | at | $600.00 | = | 14,160.00 |
| CURRENT FEES | | | | | 14,257.50 |

359022
00020

12/09/09

WR Grace - Official Committee of Equity Security Holders
Plan and Disclosure Statement

Invoice Number 2082959
Page 5

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 14,257.50 |
| **NET AMOUNT OF THIS INVOICE** | 14,257.50 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2082949 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/09/09 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/09 | TKDC | Reviewed Debtors' Thirty-Third Quarterly Report of Asset Sales from July 1, 2009 through September 30, 2009 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | 0.1 | 60.00 |
| 11/09/09 | TKDC | Reviewed Debtors' Motion Pursuant To Sections 105, 363, 1107 And 1108 Of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure For An Order Approving The Settlement Agreement Between W. R. Grace & Co. And The Allianz Companies | 0.4 | 240.00 |
| 11/09/09 | TKDC | Reviewed Debtors' Motion For An Order Approving The Settlement Agreement By And Between W. R. Grace & Co. And The Edwards Plaintiffs | 0.4 | 240.00 |
| 11/17/09 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 Between W.R. Grace & Co. and Zurich Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| | | TOTAL HOURS | 1.2 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00001  

12/09/09

WR Grace - Official Committee of Equity Security Holders  
Asset Disposition

Invoice Number 2082949  
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 1.2 at | $600.00 = | 720.00 |

CURRENT FEES                                                             720.00

**TOTAL AMOUNT OF THIS INVOICE**                                         720.00

**NET AMOUNT OF THIS INVOICE**                                           720.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2082956 |
| Invoice Date | 12/09/09 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Federal Express | 33.57 |
| Doc. Retrieval/Case Monitoring | 31.20 |
| **CURRENT EXPENSES** | 64.77 |
| **TOTAL AMOUNT OF THIS INVOICE** | 64.77 |
| **NET AMOUNT OF THIS INVOICE** | 64.77 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP