IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 23762)**

On November 13, 2009, Saul Ewing LLP, ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Second Quarterly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Equity Security Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2009 through September 30, 2009 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 3, 2009. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court. The undersigned has received some general comments from the Fee Auditor regarding prior quarterly periods which the undersigned has incorporated going forward.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                **SAUL EWING LLP**

                /s/ Teresa K.D. Currier
                Teresa K.D. Currier (No. 3080)
                222 Delaware Avenue, Suite 1200
                P.O. Box 1266
                Wilmington, DE 19899
                (302) 421-6826
                (302) 421-5861 (Fax)

                Delaware Counsel to the Official
                Committee of Equity Security Holders

                -and-

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        Philip Bentley, Esq.
                                        Douglas H. Mannal, Esq.
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 715-9100

Dated: December 29, 2009          Co-Counsel to the Official Committee
                                        of Equity Security Holders