## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph: (302) 575-1555    Fax: (302) 575-1714

WR Grace PD Committee                                November 1, 2009 to November 30, 2009

Invoice No. 33586

**RE:** WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 13.80 | 2,979.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 88.50 |
| B18 | Fee Applications, Others - | 8.50 | 1,700.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 5.40 | 1,541.00 |
| B25 | Fee Applications, Applicant - | 6.80 | 1,176.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 3.60 | 1,062.00 |
| B36 | Plan and Disclosure Statement - | 46.90 | 13,745.50 |
| B37 | Hearings - | 3.40 | 1,003.00 |
| B45 | Professional Retention Issues - | 0.20 | 59.00 |
| | **Total** | **88.90** | **$23,355.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 250.00 | 4.90 | 1,225.00 |
| Steven G. Weiler | 230.00 | 1.80 | 414.00 |
| Theodore J. Tacconelli | 295.00 | 67.30 | 19,853.50 |
| Legal Assistant - MH | 125.00 | 9.30 | 1,162.50 |
| Regina Matozzo | 125.00 | 5.60 | 700.00 |
| **Total** | | **88.90** | **$23,355.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                 **$1,316.71**

Invoice No. 33586                                    Page 2 of 13                                    December 29, 2009

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' motion to approve settlement with Hyatt Corp. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing debtors' motion to approve settlement with Allegheny Center Associates | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's post-trial brief | 0.30 | TJT |
| Nov-02-09 | *Case Administration* - Review case status report for week ending 10/30/09 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspond with committee member re confirmation hearing transcripts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibits in virtual docket room | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review deposition designations for Rourke, Scott and Westbrook | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review Morgan Stanley post-trial brief with attachments | 0.80 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
| | *Case Administration* - Review docket re case status for week ending 10/30/09; memo to T. Tacconelli and L. Coggins re same | 0.80 | RM |
| Nov-03-09 | *Plan and Disclosure Statement* - E-mail from J. Boerger re OneBeacon and Seaton brief | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from J. Boerger re GEICO and Republic brief | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 10/30/09 | 0.10 | TJT |
| | *Case Administration* - Confer with law clerk re case status memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re PSZY&J 33rd interim period | 0.10 | TJT |
| | *Case Administration* - Review Hartford post-trial brief | 0.30 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Others* - Review e-mail from B. Ruhlander re Fee Auditor's Initial Report re W.D. Hilton's 3rd interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon/Seaton post-trial brief and review references to various documents | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's post-trial brief | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Zurich in CNA's post-trial brief | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
| Nov-04-09 | *Fee Applications, Others* - Confer with T. Tacconelli and co-counsel re W. D Hilton response to fee auditor | 0.40 | LLC |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Others* - Review fee auditor's initial report re W. D. | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Hilton 33rd interim period | | |
| | *Fee Applications, Others* - Confer with L. Coggins and paralegal re fee auditor's initial report re W. D. Hilton 33rd interim period | 0.20 | TJT |
| | *Fee Applications, Others* - Prepare correspondence to M. Kramer re fee auditor's initial report re W. D. Hilton 33rd interim period | 0.10 | TJT |
| | *Fee Applications, Others* - Teleconference with L. Flores re fee auditor's initial report re W. D. Hilton 33rd interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF post-trial brief | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review MMC's post-trial brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Kaneb's post-trial brief with voluminous attachments | 3.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re joinder by ACC in debtors' post-trial brief | 0.10 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re duplicate CourtCall bill with larger amount re 9/10/09 hearing; teleconference with CourtCall re same | 0.10 | MH |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
| Nov-05-09 | *Fee Applications, Others* - E-mail to B. Ruhlander re W. D. Hilton fee application | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from B. Ruhlander re W. D. Hilton fee application and confer with T. Tacconelli re same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail from and to co-counsel re W. D. Hilton fee application | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re Hilton fee issues and confer with paralegal re same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' post-trial brief | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review GEICO post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital feasibility post-trial brief | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's post-trial brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Garlock re post-trial briefing issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re post-trial briefing issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Longacre post-trial brief | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock post-trial brief | 0.90 | TJT |
| | *Fee Applications, Others* - E-mail to L. Flores re deadline to file Hilton quarterly fee application | 0.10 | MH |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-06-09 | *Case Administration* - Review daily memos re status of 3rd circuit, | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | district court and adversary proceedings | | |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for Garlock re post-trial briefing issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG/USCC joint post-trial brief with attachment | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's post-trial brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' post-trial brief re Libby issues | 1.50 | TJT |
| | *Plan and Disclosure Statement* - Review various correspondence from various parties re post-trial briefing issues | 0.20 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-07-09 | *Plan and Disclosure Statement* - Review plan proponents' motion to consolidate plan proponents' post-trial briefs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails re post-trial briefing issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' main post-trial brief and proposed findings of fact and conclusions of law | 2.20 | TJT |
| Nov-08-09 | *Plan and Disclosure Statement* - Review joinder by Federal Ins. Co. in CNA and GEICO's post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service by OneBeacon/Seaton of hyperlinked post-trial brief to court on CD | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing plan proponents' post-trial brief and proposed findings of fact and conclusions of law | 2.30 | TJT |
| Nov-09-09 | *Plan and Disclosure Statement* - E-mail from J. Boerger re notices of service and errata sheet | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from N. Manzer re notice of transmittal | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by AXA Belgium in CNA/GEICO's pre-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing plan proponents' main post-trial brief and proposed findings of fact and conclusions of law | 3.60 | TJT |
| | *Plan and Disclosure Statement* - Review order re plan proponents' motion to strike State of Montana and Anderson Memorial Hospital's deposition designations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by ACC in debtors' post-trial brief re bank lender issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from counsel for UCC to Judge Fitzgerald re post-trial brief on disk | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from debtors' counsel re court has now granted 3-day extension for hyperlinked post-trial briefs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review errata sheet by OneBeacon re post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of no objection re debtors' motion to approve settlement with Austin Quality Foods | 0.10 | TJT |
| | *Case Administration* - Download revised 10/14/09 hearing material | 0.10 | MH |

| | | | |
|---|---|---|---|
| Nov-10-09 | *Case Administration* - Review case status report for week ending 11/7/09 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from K. Pasquale re letter to court | 0.10 | LLC |
| | *Case Administration* - Review debtors' monthly operating report for Sept. 09 | 0.40 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/7/09 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with paralegal and confer with L. Coggins re W. D. Hilton fee issue | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with Town of Acton | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with State of NJDEP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order re plan proponents' motion in limine re Libby reliance materials | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from N. Manser to Judge Fitzgerald re Hartford post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of GEICO's post-trial brief on CD to court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of USCC/BLG's post-trial brief on CD to court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' post-trial brief re bank lender issues | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re executory contracts and unexpired leases | 0.10 | TJT |
| | *Hearings* - Review errata sheet for 10/14/09 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 11/7/09; memo to T. Tacconelli and L. Coggins re same | 0.80 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | RM |
| Nov-11-09 | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' memo in support to disallow 2 Canadian asbestos property damage claims with attachments and references to supporting documents previously filed in bankruptcy case | 2.60 | TJT |
| | *Plan and Disclosure Statement* - Review plan documents for executory contracts and unexpired leases | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspond with M. Kramer re executory contracts and unexpired leases | 0.20 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-12-09 | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Edwards plaintiffs with attachment | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Solow property damage claim with attachment | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to shorten notice re Zurich settlement motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of transmittal re CNA's post-trial brief on CD to court | 0.10 | TJT |
| | *Professional Retention Issues* - Review certificate of no objection re PIFCR's motion to retain Lincoln Partners | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-13-09 | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Allianz Ins. Co. with attachments | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review letter from M. Ginnotto to Judge Fitzgerald re CNA post-trial brief with hyperlinks | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' errata sheet re main post-trial brief | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-14-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Zurich with attachments | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Arrowood post-trial brief errors | 0.10 | TJT |
| Nov-16-09 | *Case Administration* - Review case status memo for week ending 11/13/09 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 34th quarterly fee application for filing and confer with M. Hedden re same | 0.20 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review Fee Auditor's Final Report re A. Rich 33rd interim period | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/13/09 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review one miscellaneous certificate of no objection filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order granting motion to shorten notice re debtors' motion to approve settlement with Zurich Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review errata sheet for debtors' post-trial brief re bank lender issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of various parties' hyperlinked post-trial briefs to court | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & | 3.00 | MH |

|  |  |  |  |
|---|---|---|---|
|  | Pearce's 34th quarterly period; draft Fee Application, Notice and Certificate of Service re same |  |  |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file Ferry, Joseph & Pearce's 34th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.90 | MH |
| Nov-17-09 | *Case Administration* - Review agenda re 11/23/09 hearing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review fee auditor's final report re Bilzin and forward to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review fee auditor's final report re J. Baer 33rd interim period | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review notice of equity holdings by Adage Capital with attachment | 0.20 | TJT |
|  | *Fee Applications, Others* - Review correspondence from B. Ruhlander re W. D. Hilton fee issue re 33rd interim period | 0.10 | TJT |
|  | *Fee Applications, Others* - Review correspondence from J. Sakalo re W. D. Hilton fee issue | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Baer re 11/23/09 hearing may be telephonic | 0.10 | TJT |
|  | *Hearings* - Review agenda for 11/19/09 hearing | 0.20 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 11/19/09 hearing | 0.10 | TJT |
|  | *Fee Applications, Others* - E-mail to L. Flores re fee auditor's final report re Bilzin's 33rd quarterly and status of Bilzin and Hilton quarterly fee applications | 0.10 | MH |
| Nov-18-09 | *Fee Applications, Others* - E-mails from T. Tacconelli re fee auditor's final report re W. D. Hilton and confer with T. Tacconelli re same | 0.30 | LLC |
|  | *Fee Applications, Others* - Telephone call to J. Sakalo re fee auditor's final report on W. D. Hilton and forward e-mails to same | 0.20 | LLC |
|  | *Fee Applications, Others* - Call from M. Hedden re Bilzin quarterly fee application | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin quarterly fee application for filing and e-mail to M. Hedden re same | 0.20 | LLC |
|  | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
|  | *Case Administration* - Review Fee Auditor's Final Report re Bilzin's 33rd interim period | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Fee Applications, Others* - Confer with L. Coggins re W. D. Hilton fee issue | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re Bilzin quarterly fee application | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review notice of transmittal of hyperlinked post-trial brief to Judge Fitzgerald by Longacre | 0.10 | TJT |
|  | *Hearings* - Review correspondence from J. Sakalo re 11/23/09 hearing coverage | 0.10 | TJT |
|  | *Hearings* - Prepare for 11/23/09 hearing | 0.10 | TJT |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's 34th | 0.50 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | | |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 34th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| Nov-19-09 | *Fee Applications, Others* - Confer with T. Tacconelli re status of W. D. Hilton quarterly fee application | 0.10 | LLC |
| | *Case Administration* - Advise paralegal re change of venue for 12/14/09 hearing | 0.10 | SGW |
| | *Case Administration* - Review Fee Auditor's Final Report re Stroock 33rd interim period | 0.10 | TJT |
| | *Case Administration* - Review 4th amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 11/23/09 hearing | 1.40 | TJT |
| | *Hearings* - Review notice of change of location for 12/14/09 hearing | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to J. Sakalo re change of location for 12/14/09 hearing | 0.10 | TJT |
| Nov-20-09 | *Fee Applications, Others* - Review certificate of no objection re Bilzin Sept. 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re Sept. 09 fee application for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review Fee Auditor's Final Report re Duane Morris 33rd interim period | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review amended 2019 statement by Lipsitz Ponterio | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with NJDEP | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with Town of Acton | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with Austin Quality Foods | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review errata sheet re plan proponents' post-trial Libby brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF reply post-trial brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review reservation of rights by Fresenius | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Morgan Stanley's reply post-trial brief | 0.50 | TJT |
| | *Professional Retention Issues* - Review order authorizing retention of Lincoln Partners for PIFCR | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's Sept. 09 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's Sept. 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Sept. 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Sept. 09 fee application | 0.30 | MH |
| Nov-21-09 | *Case Administration* - Review fee auditor's final report re Saul Ewing 33rd interim | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review errata sheet by Anderson Memorial Hospital re post-trial brief feasibility | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review CNA's reply post-trial brief | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's reply post-trial brief | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's reply post-trial brief | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Kaneb's reply post-trial brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Sealed Air reservation of rights | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's reply post-trial brief re feasibility | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock Sealing reply post-trial brief | 0.60 | TJT |
| Nov-22-09 | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion re State of California PD claims | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' reply post-trial brief | 1.20 | TJT |
| Nov-23-09 | *Case Administration* - Review case status memo for week ending 11/20/09 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from A. Newsom re AXA Belgium joinder | 0.10 | LLC |
| | *Plan and Disclosure Statement* - E-mail from J. Boerger re post-trial reply brief and joinder to same | 0.10 | LLC |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/20/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review USCC/BLG joint reply post-trial brief | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion to consolidate post-trial reply briefs and exceed page limitations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' reply post-trial brief re Libby issues | 0.80 | TJT |
| | *Hearings* - Review correspondence from paralegal re preparation for hearing today | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.80 | TJT |
| Nov-24-09 | *Fee Applications, Others* - E-mail from and to B. Ruhlander re status of Hilton quarterly fee application and confer with T. Tacconelli re same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to L. Flores and J. Sakalo re status of Hilton quarterly fee application | 0.10 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Others* - E-mail from L. Flores re status of Hilton quarterly fee application | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review fee auditor's final report re Venable 33rd interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting plan proponents' motion to consolidate post-trial reply briefs and exceed page limitations | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review OneBeacon/Seaton reply post-trial brief | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by GEICO in certain reply post-trial briefs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Longacre reply post-trial brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by AXA Belgium in certain reply post-trial briefs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re hyperlinks for post-trial briefs | 0.10 | TJT |
| | *Hearings* - Review 11/23/09 hearing notes | 0.20 | TJT |
| Nov-25-09 | *Fee Applications, Others* - E-mail from L. Flores re W. D. Hilton quarterly fee application and e-mail to M. Hedden re same | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re W. D. Hilton quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review W. D. Hilton quarterly fee application and confer with M. Hedden re revisions to same | 0.30 | LLC |
| | *Fee Applications, Others* - E-mail from L. Flores re revisions to Hilton quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Sakalo re revisions to Hilton quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden and review revised Hilton quarterly fee application for filing | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Conduct research re current PD CMO re PD claim objections re State of California claims | 0.80 | SGW |
| | *Case Administration* - Review fee auditor's final report re BIR 33rd interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood reply post-trial brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents reply post-trial brief re bank lender issues | 1.50 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Download, review and revise Hilton's quarterly fee application and prepare related documents; multiple conferences with L. Coggins re issues with the quarterly fee application; teleconference with L. Flores re discrepancy in invoice; confer with L. Coggins re same; e-mail to L. Flores re same | 1.00 | MH |
| | *Fee Applications, Others* - E-mail from and to L. Flores re authorization to make changes to invoice re W. D. Hilton's quarterly fee application; confer with L. Coggins re same; make changes to same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file W. D. Hilton's Quarterly Fee Application and Notice thereof; serve Fee Application; | 0.50 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | arrange for service of Notice on 2002 service list | | |
| Nov-26-09 | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing plan proponents consolidated reply post-trial brief | 1.40 | TJT |
| Nov-27-09 | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of service of proof of claim by M. Hankin | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing plan proponents consolidated main reply post-trial brief | 1.80 | TJT |
| Nov-28-09 | *Plan and Disclosure Statement* - Finish reviewing plan proponents consolidated main reply post-trial brief | 2.20 | TJT |
| Nov-29-09 | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Oct. prebill | 1.40 | TJT |
| Nov-30-09 | *Case Administration* - Review case status memo for week ending 11/27/09 | 0.10 | LLC |
| | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 11/27/09 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review entry of appearance for Wausau | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review claim settlement notice re Sutton Brook | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's Oct. prebill and confer with paralegal re same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Equity Committee in debtors' reply post-brief re bank lender issues | 0.10 | TJT |
| | *Fee Applications, Applicant* - Edit Oct. 09 prebill | 0.30 | MH |
| | Totals | 88.90 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-02-09 | Photocopy Cost | 1.90 |
| Nov-03-09 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 4.40 |
| | Photocopy Cost | 4.30 |
| Nov-04-09 | Photocopy Cost | 2.10 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 2.00 |
| Nov-05-09 | Photocopy Cost | 2.50 |
| | Photocopy Cost | 3.70 |
| | Photocopy Cost | 3.40 |
| | Photocopy Cost | 2.30 |
| | Photocopy Cost | 1.50 |
| | Cost Advance - Blue Marble - copies 5.60; service 12.32 (Inv #36586) | 17.92 |

**Invoice No. 33586**          **Page 12 of 13**          **December 29, 2009**

| Date | Description | Amount |
|---|---|---|
| Nov-06-09 | Photocopy Cost | 5.20 |
| | Photocopy Cost | 2.60 |
| | Photocopy Cost | 5.60 |
| | Cost Advance - Blue Marble - hand delivery (Inv #12502) | 4.00 |
| Nov-09-09 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 0.50 |
| Nov-10-09 | Cost Advance - First State Deliveries - hand delivery | 6.50 |
| Nov-11-09 | Photocopy Cost | 3.00 |
| | Photocopy Cost | 3.50 |
| | Photocopy Cost | 3.50 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 0.60 |
| Nov-16-09 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 14.60 |
| | Cost Advance - Court Call | 217.00 |
| Nov-17-09 | Cost Advance - J&J Court Transcribers | 110.40 |
| | Postage | 2.75 |
| Nov-18-09 | Photocopy Cost | 14.40 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.80 |
| | Postage | 1.90 |
| Nov-20-09 | Photocopy Cost | 1.60 |
| | Photocopy Cost | 0.50 |
| | Cost Advance - Parcel's, Inc. - photocopies | 16.20 |
| Nov-21-09 | Photocopy Cost | 1.90 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 2.30 |
| Nov-22-09 | Photocopy Cost | 3.20 |
| Nov-24-09 | Photocopy Cost | 2.60 |
| | Photocopy Cost | 2.90 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.70 |
| | Cost Advance -  First State Deliveries -  hand delivery | 6.50 |
| Nov-25-09 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 0.50 |

**Invoice No. 33586**　　　　　　　　　　**Page 13 of 13**　　　　　　　　　　**December 29, 2009**

|  |  |  |
|---|---|---|
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 1.30 |
|  | Cost Advance - First State Deliveries - hand delivery 11/18/09 | 6.50 |
| Nov-30-09 | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 0.50 |
|  | Cost Advance - Blue Marble - hand deliveries (Inv # 12684) | 368.00 |
|  | Cost Advance - Blue Marble - copies 58.60; service 362.74 (Inv # 37026) | 421.34 |
|  | Totals | $1,316.71 |

**Total Fees & Disbursements**　　　　　　　　　　**$24,671.71**