

November 16, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   164157

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2009

### CLIENT SUMMARY

**BALANCE AS OF- 10/31/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $1,793.00 | $24,645.91 | $26,438.91 |
| 03 - Creditors Committee - .15539 | $2,434.00 | $0.00 | $2,434.00 |
| 07 - Applicant's Fee Application - .15543 | $259.00 | $0.00 | $259.00 |
| 08 - Hearings - .15544 | $12,425.50 | $0.00 | $12,425.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,201.00 | $0.00 | $1,201.00 |
| 10 - Travel - .15546 | $2,419.00 | $0.00 | $2,419.00 |
| 18 - Plan & Disclosure Statement - .15554 | $3,199.00 | $0.00 | $3,199.00 |
| **Client Total** | **$23,730.50** | **$24,645.91** | **$48,376.41** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340   Tel 305.374.7580   Fax 305.374.7593                                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.30 | $675.00 | $877.50 |
| Kramer, Matthew I | 40.70 | $350.57 | $14,268.00 |
| Sakalo, Jay M | 10.70 | $485.00 | $5,189.50 |
| Botros, Paul M | 2.00 | $335.00 | $670.00 |
| Polit, Wendy | 1.90 | $225.00 | $427.50 |
| Snyder, Jeffrey I | 0.60 | $295.00 | $177.00 |
| Flores, Luisa M | 1.50 | $205.00 | $307.50 |
| Santorufo, Michael | 9.30 | $195.00 | $1,813.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$23,730.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $946.20 |
| Fares, Mileage, Parking | $195.01 |
| Internet Connection (Outside Services) | $52.75 |
| Long Distance Telephone | $37.53 |
| Long Distance Telephone-Outside Services | $8,836.00 |
| Lodging | $2,045.16 |
| Meals | $403.02 |
| Miscellaneous Costs | $11,800.00 |
| Pacer - Online Services | $168.08 |
| Parking | $114.00 |
| Westlaw-Online Legal Research | $42.06 |
| Copies | $6.10 |

*TOTAL COSTS ADVANCED THIS PERIOD* **$24,645.91**

*TOTAL BALANCE DUE THIS PERIOD* **$48,376.41**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE: 01- Case Administration

| 10/01/09 | MS | 0.30 | 58.50 | (9/29) Research and review CM/ECF Court docket for recently filed pleadings for attorney review and analysis; email correspondence to attorney regarding same; (.3). |
|---|---|---|---|---|
| 10/01/09 | MS | 0.60 | 117.00 | Research and review CM/ECF Court docket for recently filed pleadings for attorney review and analysis; (.4) research, identify materials for attorney review and analysis (.2) |
| 10/02/09 | MS | 0.30 | 58.50 | Research and review CM/ECF Court docket for recently filed pleadings for attorney review and analysis; (.2); email correspondence to with regard to same. (.1) |
| 10/05/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/07/09 | MS | 0.20 | 39.00 | Research and analyze material for attorney review and analysis. |
| 10/08/09 | MS | 1.60 | 312.00 | Research and analyze material for attorney review and analysis in preparation for hearing on Debtor's Motion for Entry of an Order Authorizing Settlement; Motion for Entry of an Order Approving the Agreement amending and restating the asbestos settlement; and Omnibus hearing. |
| 10/09/09 | MS | 0.20 | 39.00 | Research and analyze material for attorney review and analysis. |
| 10/12/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/13/09 | MS | 0.30 | 58.50 | Research and analyze material for attorney review and analysis. |
| 10/15/09 | MS | 0.30 | 58.50 | Research and analyze material for attorney review and analysis. |
| 10/16/09 | JMS | 0.40 | 194.00 | Review Anderson's submission regarding proposed post-trial briefing (.4). |
| 10/16/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/19/09 | MS | 0.40 | 78.00 | Research, and analyze material for attorney review and analysis. |
| 10/20/09 | MS | 0.40 | 78.00 | Research, and analyze material for attorney review and analysis. |
| 10/22/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/23/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/26/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/28/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/29/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |
| 10/30/09 | MS | 0.40 | 78.00 | Research and analyze material for attorney review and analysis. |

PROFESSIONAL SERVICES                                                                    $1,793.00

COSTS ADVANCED

| 08/19/09 | Fares, Mileage, Parking Cab fare - VENDOR: Matthew Kramer; INVOICE#: MIK-08/24/09A; DATE: 8/24/2009  -  Client - 15537 | 14.49 |
|---|---|---|
| 08/21/09 | Airfare Refund portion of original airfare to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | -295.60 |
| 08/24/09 | Fares, Mileage, Parking Cab fare - VENDOR: Matthew Kramer; INVOICE#: MIK-08/24/09A; DATE: 8/24/2009  -  Client - 15537 | 90.72 |
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |



| Date | Description | Amount |
|---|---|---|
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 65.00 |
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 72.00 |
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 86.00 |
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 163.00 |
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 212.00 |
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 212.00 |
| 08/31/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 219.00 |
| 09/03/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 819199693; DATE: 10/1/2009  -  Account# 5306-2200-2539-5504 | 15.29 |
| 09/04/09 | Parking Airport parking - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/04/09; DATE: 9/4/2009  -  Client - 15537 | 50.00 |
| 09/07/09 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 612.40 |
| 09/09/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 819199693; DATE: 10/1/2009  -  Account# 5306-2200-2539-5504 | 26.77 |
| 09/10/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 09/13/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009  -  Client - 15537 | 16.11 |
| 09/13/09 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 335.40 |
| 09/15/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009  -  Client - 15537 | 103.06 |

| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 107.00 |
| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 205.00 |
| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 219.00 |
| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 275.00 |
| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 282.00 |
| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 289.00 |
| 09/15/09 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 296.00 |
| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 296.00 |
| 09/15/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 296.00 |
| 09/16/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009  -  Client - 15537 | 99.21 |
| 09/16/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 09/16/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 177.00 |
| 09/16/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 226.00 |
| 09/16/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 247.00 |
| 09/16/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 254.00 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 09/16/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 268.00 |
| 09/17/09 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009 - Client - 15537 | 1,409.04 |
| 09/17/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009 - Client - 15537 | 55.02 |
| 09/17/09 | Internet Connection (Outside Services) Hotel internet Access - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009 - Client - 15537 | 29.85 |
| 09/17/09 | Parking Hotel internet Access - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009 - Client - 15537 | 64.00 |
| 09/17/09 | Fares, Mileage, Parking Cab fare - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-09/17/09; DATE: 9/17/2009 - Client - 15537 | 41.85 |
| 09/17/09 | Airfare Travel from Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 294.00 |
| 09/17/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 261.00 |
| 09/18/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 282.00 |
| 09/18/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 289.00 |
| 09/18/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 296.00 |
| 09/18/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 296.00 |
| 09/18/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 296.00 |
| 09/21/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 37.00 |
| 09/21/09 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009 - Acct. #5306-2200-2539-5504 | 100.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 09/21/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 240.00 |
| 09/21/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 254.00 |
| 09/21/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 261.00 |
| 09/21/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 261.00 |
| 09/21/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 268.00 |
| 09/24/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 09/24/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 44.00 |
| 09/24/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 198.00 |
| 09/24/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 289.00 |
| 09/24/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 289.00 |
| 09/24/09 | Long Distance Telephone-Outside Services COURT CALL, LLC<br>- VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09;<br>DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 289.00 |
| 09/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER;<br>INVOICE#: 07/01/09-09/30/09; DATE: 9/30/2009  -  Billing<br>Cycle: 07/01/09 - 09/30/09 | 27.68 |
| 09/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER;<br>INVOICE#: 07/01/09-09/30/09; DATE: 9/30/2009  -  Billing<br>Cycle: 07/01/09 - 09/30/09 | 139.60 |
| 09/30/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER;<br>INVOICE#: 07/01/09-09/30/09; DATE: 9/30/2009  -  Billing<br>Cycle: 07/01/09 - 09/30/09 | 0.80 |
| 10/12/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.;<br>INVOICE#: MIK-10/14/09; DATE: 10/14/2009  -  Client - 15537 | 9.09 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 10/12/09 | Internet Connection (Outside Services) Lodging internet access - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 12.95 |
| 10/13/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 105.46 |
| 10/13/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 4.17 |
| 10/14/09 | Long Distance Telephone 1(212)478-7360; 1 Mins. | 1.39 |
| 10/14/09 | Long Distance Telephone 1(212)478-7360; 8 Mins. | 11.12 |
| 10/14/09 | Fares, Mileage, Parking Taxi Fares - travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 47.95 |
| 10/14/09 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 636.12 |
| 10/14/09 | Internet Connection (Outside Services) Lodging internet access - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 9.95 |
| 10/14/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 4.17 |
| 10/14/09 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09; DATE: 10/14/2009 - Client - 15537 | 6.73 |
| 10/15/09 | Long Distance Telephone 1(214)532-4437; 9 Mins. | 12.51 |
| 10/23/09 | Long Distance Telephone 1(312)861-2026; 9 Mins. | 12.51 |
| 10/31/09 | Miscellaneous Costs - Professional/Expert fees related to PD Estimation for October 2009 $11,800.00. | 11,800.00 |
| 10/13/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 10/22/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/29/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 10/29/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/22/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/08/09 | Copies 6 pgs @ 0.10/pg | 0.60 |

**TOTAL COSTS ADVANCED**                                         **$24,645.91**

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $485.00 | $194.00 |
| Santorufo, Michael | 8.20 | $195.00 | $1,599.00 |
| *TOTAL* | *8.60* | | **$1,793.00** |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $946.20 |
| Fares, Mileage, Parking | $195.01 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---:|
| Internet Connection (Outside Services) | $52.75 |
| Long Distance Telephone | $37.53 |
| Long Distance Telephone-Outside Services | $8,836.00 |
| Lodging | $2,045.16 |
| Meals | $403.02 |
| Miscellaneous Costs | $11,800.00 |
| Pacer - Online Services | $168.08 |
| Parking | $114.00 |
| Westlaw-Online Legal Research | $42.06 |
| Copies | $6.10 |
| ***TOTAL*** | ***$24,645.91*** |

**CURRENT BALANCE DUE THIS MATTER**                                        $26,438.91

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| 09/24/09 | JMS | 0.20 | 97.00 | Email to Committee regarding committee call (.2). |
| 09/30/09 | JMS | 0.20 | 97.00 | Email to D. Speights and D. Scott regarding committee call (.2). |
| 10/08/09 | JMS | 1.30 | 630.50 | Emails with Committee regarding committee call and availability for a specially set call (.8); emails to D. Speights in response to inquiry (.5). |
| 10/15/09 | SLB | 0.50 | 337.50 | Participate in committee call, as well as discussion of materials sent prior to call (.5). |
| 10/15/09 | JMS | 1.20 | 582.00 | Prepare for and hold Committee call (.7); emails with A. Madian regarding same (.2); conference with M. Kramer regarding summary of hearing for committee (.3). |
| 10/15/09 | MIK | 0.50 | 205.00 | Attend committee call (.5). |
| 10/21/09 | JMS | 0.20 | 97.00 | Email to D. Scott and D. Speights regarding committee call (.2). |
| 10/22/09 | JMS | 0.30 | 145.50 | Emails to Committee regarding call (.3). |
| 10/28/09 | JMS | 0.30 | 145.50 | Email to D. Scott, D. Speights and M. Dies regarding committee call (.3). |
| 10/29/09 | JMS | 0.20 | 97.00 | Email to Committee regarding call (.2). |

**PROFESSIONAL SERVICES**                                                      **$2,434.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 0.50 | $675.00 | $337.50 |
| Kramer, Matthew I | 0.50 | $410.00 | $205.00 |
| Sakalo, Jay M | 3.90 | $485.00 | $1,891.50 |
| *TOTAL* | *4.90* | | *$2,434.00* |

**CURRENT BALANCE DUE THIS MATTER**                                       **$2,434.00**

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 10/09/09 | JIS | 0.60 | 177.00 | Review and revise September prebill. |
| 10/12/09 | LMF | 0.40 | 82.00 | Attend to professional fees for month of September. |

**PROFESSIONAL SERVICES**                                                                                           **$259.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.60 | $295.00 | $177.00 |
| Flores, Luisa M | 0.40 | $205.00 | $82.00 |
| *TOTAL* | *1.00* | | *$259.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                   **$259.00**

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 10/01/09 | MS | 0.40 | 78.00 | Make Court Call arrangements for hearing on discovery issues set for October 7, 2009 (.4) |
| 10/01/09 | MS | 0.70 | 136.50 | (9/30) Research and review CM/ECF Court docket for recently filed pleadings for attorney review and analysis and email correspondence to attorney regarding Court Call confirmations for hearing on discovery issues set for October 7, 2009. |
| 10/06/09 | SLB | 0.20 | 135.00 | Email to committee regarding hearing agenda (.2). |
| 10/06/09 | JMS | 0.20 | 97.00 | Email to Committee regarding hearing agenda (.2). |
| 10/07/09 | JMS | 0.90 | 436.50 | Attend hearing on motions in limine and motion to strike (.9). |
| 10/07/09 | MIK | 1.60 | 656.00 | Attend hearing telephonically (1.6). |
| 10/13/09 | JMS | 1.50 | 727.50 | Attend confirmation hearing in part and telephone conference with M. Kramer regarding summary of hearing (1.5). |
| 10/13/09 | MIK | 11.90 | 4,879.00 | Attend confirmation hearing (9.0); summarize hearing (2.9). |
| 10/14/09 | MIK | 9.50 | 3,895.00 | Attend confirmation hearing (8.0); summarize same (1.5). |
| 10/21/09 | LMF | 0.70 | 143.50 | Work with assistant on completing arrangements for all court call appearances at omnibus hearing and review confirmations to same. |
| 10/22/09 | LMF | 0.40 | 82.00 | Follow up for receipt of all court call confirmations. |
| 10/26/09 | JMS | 0.70 | 339.50 | Attend omnibus hearing by phone (in part) (.7). |
| 10/26/09 | MIK | 2.00 | 820.00 | Attend hearing telephonically (2.0). |

PROFESSIONAL SERVICES                                                                 $12,425.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 25.00 | $410.00 | $10,250.00 |
| Sakalo, Jay M | 3.30 | $485.00 | $1,600.50 |
| Flores, Luisa M | 1.10 | $205.00 | $225.50 |
| Santorufo, Michael | 1.10 | $195.00 | $214.50 |
| *TOTAL* | *30.70* | | *$12,425.50* |

CURRENT BALANCE DUE THIS MATTER                                                  $12,425.50



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 10/06/09 | SLB | 0.40 | 270.00 | Email from D. Speights regarding State of California communications and respond to same (.4). |
| 10/06/09 | JMS | 0.40 | 194.00 | Email from D. Speights regarding State of California communications and respond to same (.4). |
| 10/20/09 | JMS | 0.30 | 145.50 | Email from M. Kramer regarding State of California (.3). |
| 10/20/09 | MIK | 0.40 | 164.00 | Telephone call with counsel to State of California (.3); email S. Baena regarding same (.1). |
| 10/29/09 | WP | 0.90 | 202.50 | Review chart with PD Settlements. |
| 10/30/09 | WP | 1.00 | 225.00 | Update PD Settlement Chart |

**PROFESSIONAL SERVICES** $1,201.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Kramer, Matthew I | 0.40 | $410.00 | $164.00 |
| Sakalo, Jay M | 0.70 | $485.00 | $339.50 |
| Polit, Wendy | 1.90 | $225.00 | $427.50 |
| *TOTAL* | *3.40* | | *$1,201.00* |

**CURRENT BALANCE DUE THIS MATTER** $1,201.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 10/12/09 | MIK | 6.30 | 1,291.50 | Travel to confirmation hearing (6.3). |
| 10/14/09 | MIK | 5.50 | 1,127.50 | Travel from confirmation hearing (5.5). |

**PROFESSIONAL SERVICES** **$2,419.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 11.80 | $205.00 | $2,419.00 |
| *TOTAL* | *11.80* | | *$2,419.00* |

**CURRENT BALANCE DUE THIS MATTER** **$2,419.00**

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 10/01/09 | MIK | 2.50 | 1,025.00 | Email J. Baer regarding stipulation (.1); review Buchwalter decision and proposed CMO (1.9); attend committee call (.5). |
| 10/05/09 | PMB | 2.00 | 670.00 | Meet and confer regarding exhibit lists (1.6); prepare email memo regarding same (.4). |
| 10/08/09 | JMS | 0.30 | 145.50 | Telephone conference with M. Dies regarding Plan issues (.3). |
| 10/12/09 | JMS | 1.10 | 533.50 | Review draft proffer of R. Finke and email to M. Kramer thereon (.8); email to committee regarding transcripts (.3). |
| 10/14/09 | JMS | 1.00 | 485.00 | Telephone conference with C. Kang regarding Grace plan issues (.5); emails with M. Kramer and S. Baena regarding results of hearing (.5). |
| 10/15/09 | MIK | 0.50 | 205.00 | Telephone call with A. Rich regarding modification to plan  (.2); review plan modifications (.3). |
| 10/19/09 | SLB | 0.20 | 135.00 | Memo from S. Arnold regarding exit financing (.2). |

**PROFESSIONAL SERVICES**                                                                                 **$3,199.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 3.00 | $410.00 | $1,230.00 |
| Sakalo, Jay M | 2.40 | $485.00 | $1,164.00 |
| Botros, Paul M | 2.00 | $335.00 | $670.00 |
| *TOTAL* | *7.60* | | *$3,199.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                            **$3,199.00**