

December 22, 2009

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   165843

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2009

**CLIENT SUMMARY**

**BALANCE AS OF- 11/30/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $1,170.00 | $973.26 | $2,143.26 |
| 03 - Creditors Committee - .15539 | $194.00 | $0.00 | $194.00 |
| 07 - Applicant's Fee Application - .15543 | $1,945.50 | $0.00 | $1,945.50 |
| 08 - Hearings - .15544 | $214.50 | $0.00 | $214.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $97.00 | $0.00 | $97.00 |
| 18 - Plan & Disclosure Statement - .15554 | $12,789.50 | $0.00 | $12,789.50 |
| 30 - Fee Application of Others - .17781 | $1,004.50 | $0.00 | $1,004.50 |
| ***Client Total*** | ***$17,415.00*** | ***$973.26*** | ***$18,388.26*** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Kramer, Matthew I | 27.90 | $410.00 | $11,439.00 |
| Sakalo, Jay M | 3.30 | $485.00 | $1,600.50 |
| Snyder, Jeffrey I | 1.80 | $295.00 | $531.00 |
| Flores, Luisa M | 12.00 | $205.00 | $2,460.00 |
| Santorufo, Michael | 7.10 | $195.00 | $1,384.50 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | | ***$17,415.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $809.40 |
| Long Distance Telephone | $33.36 |
| Long Distance Telephone-Outside Services | $29.50 |
| Parking | $45.00 |
| Copies | $56.00 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$973.26*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | **$18,388.26** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/02/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/03/09 | MS | 0.80 | 156.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/04/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/05/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/06/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/10/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/11/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/12/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/13/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/16/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/17/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/18/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/19/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |
| 11/20/09 | MS | 0.40 | 78.00 | Review and analyze docket and emails to attorneys thereon. |

**PROFESSIONAL SERVICES** $1,170.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 10/01/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02685465; DATE: 10/31/2009 - Account#306300 | 17.15 |
| 10/12/09 | Airfare Travel to Atlanta - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 809.40 |
| 10/14/09 | Parking Airport parking - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-10/14/09-A; DATE: 10/14/2009 - Client - 15537 | 45.00 |
| 10/15/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02685465; DATE: 10/31/2009 - Account#306300 | 12.35 |
| 11/04/09 | Long Distance Telephone 1(302)575-1555; 6 Mins. | 9.73 |
| 11/05/09 | Long Distance Telephone 1(410)531-4355; 3 Mins. | 4.17 |
| 11/09/09 | Long Distance Telephone 1(212)446-4934; 1 Mins. | 2.78 |
| 11/09/09 | Long Distance Telephone 1(212)446-4934; 1 Mins. | 2.78 |
| 11/18/09 | Long Distance Telephone 1(803)943-8094; 8 Mins. | 11.12 |
| 11/18/09 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 1.39 |
| 11/20/09 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 1.39 |
| 11/12/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/23/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/02/09 | Copies 18 pgs @ 0.10/pg | 1.80 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 11/02/09 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/02/09 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 11/04/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/11/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/11/09 | Copies 150 pgs @ 0.10/pg | 15.00 |
| 11/11/09 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/11/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/12/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/12/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/12/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/12/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 11/12/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/16/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/16/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/16/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/16/09 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/17/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/18/09 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 11/18/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/09 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/18/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/18/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/18/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/18/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/18/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/18/09 | Copies 83 pgs @ 0.10/pg | 8.30 |
| 11/18/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/18/09 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/18/09 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/09 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/18/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/18/09 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/18/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/18/09 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 11/19/09 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/19/09 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/19/09 | Copies 5 pgs @ 0.10/pg | 0.50 |

**TOTAL COSTS ADVANCED** $973.26

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Santorufo, Michael | 6.00 | $195.00 | $1,170.00 |
| **TOTAL** | **6.00** | | **$1,170.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $809.40 |
| Long Distance Telephone | $33.36 |
| Long Distance Telephone-Outside Services | $29.50 |
| Parking | $45.00 |
| Copies | $56.00 |
| **TOTAL** | **$973.26** |

**CURRENT BALANCE DUE THIS MATTER** — **$2,143.26**

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 11/05/09 | JMS | 0.10 | 48.50 | Email to committee regarding call (.1). |
| 11/17/09 | JMS | 0.30 | 145.50 | Emails with Committee regarding telephonic hearing (.3). |

**PROFESSIONAL SERVICES** $194.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $485.00 | $194.00 |
| **TOTAL** | **0.40** | | **$194.00** |

**CURRENT BALANCE DUE THIS MATTER** $194.00

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 11/02/09 | LMF | 0.60 | 123.00 | Begin preparation of quarterly application of Bilzin Sumberg. |
| 11/05/09 | MIK | 0.20 | 82.00 | Review September fee statement and telephone call with R. Fink regarding expense question (.2). |
| 11/10/09 | LMF | 1.10 | 225.50 | Attend to draft of Bilzin Sumberg's quarterly fee application. |
| 11/11/09 | LMF | 0.90 | 184.50 | Complete description of services for Bilzin Sumberg quarterly fee application and meet with attorney regarding same. |
| 11/11/09 | JIS | 0.60 | 177.00 | Review and revise October prebill. |
| 11/12/09 | LMF | 0.40 | 82.00 | Attend to final edits to prebill for October fees and costs. |
| 11/12/09 | LMF | 0.60 | 123.00 | Begin drafting response to fee auditor's interim report. |
| 11/16/09 | LMF | 0.80 | 164.00 | Finalize response to fee auditor's interim report and submit same via email. |
| 11/16/09 | LMF | 0.80 | 164.00 | Prepare notice and summary for October fees for Bilzin Sumberg. |
| 11/17/09 | JIS | 0.60 | 177.00 | Review and revise 34th quarterly fee application and brief conference with L. Flores thereon and regarding W.D. Hilton interim fee application / fee auditor's comments thereon. |
| 11/18/09 | LMF | 1.30 | 266.50 | Finalize quarterly application for Bilzin Sumberg and submit with monthly statement, notice and summary to local counsel for filing and service. |
| 11/18/09 | JIS | 0.40 | 118.00 | Review W.D. Hilton retention order and fee auditor's report and review and revise W.D. Hilton quarterly fee application. |
| 11/19/09 | JIS | 0.20 | 59.00 | Confer with L. Flores regarding revisions to W.D. Hilton quarterly fee application and regarding requirements of retention order. |

**PROFESSIONAL SERVICES** $1,945.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $410.00 | $82.00 |
| Snyder, Jeffrey I | 1.80 | $295.00 | $531.00 |
| Flores, Luisa M | 6.50 | $205.00 | $1,332.50 |
| **TOTAL** | **8.50** | | **$1,945.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,945.50

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 11/17/09 | MS | 0.50 | 97.50 | Research and analyze material for attorney review and use in preparation for hearing on Omnibus Telephonic Hearing. |
| 11/18/09 | MS | 0.60 | 117.00 | Research and analyze material for attorney review and use in preparation for Omnibus Hearing. |

**PROFESSIONAL SERVICES** $214.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Santorufo, Michael | 1.10 | $195.00 | $214.50 |
| *TOTAL* | *1.10* | | *$214.50* |

**CURRENT BALANCE DUE THIS MATTER** $214.50

Atty – SLB  
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 11/18/09 | JMS | 0.20 | 97.00 | Telephone conference with D. Speights regarding references in Anderson decision (.2). |

**PROFESSIONAL SERVICES** $97.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $485.00 | $97.00 |
| *TOTAL* | *0.20* | | *$97.00* |

**CURRENT BALANCE DUE THIS MATTER** $97.00

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/02/09 | JMS | 1.50 | 727.50 | Grace/plan -- begin review of post-trial briefs filed by certain creditors (1.5); |
| 11/04/09 | MIK | 1.90 | 779.00 | Review post-trial briefs (1.9). |
| 11/05/09 | MIK | 1.10 | 451.00 | Review post-trial briefs (1.1). |
| 11/05/09 | MIK | 3.40 | 1,394.00 | Review post-trial briefs (3.4). |
| 11/06/09 | MIK | 6.60 | 2,706.00 | Review post-trial briefs (6.6). |
| 11/09/09 | JMS | 1.20 | 582.00 | Emails with M. Dies regarding post-trial briefs filed by certain parties (.4); review post-trial brief filed by PD FCR (.8). |
| 11/09/09 | MIK | 4.70 | 1,927.00 | Review confirmation briefs (4.7). |
| 11/10/09 | MIK | 0.60 | 246.00 | Review briefs (.6). |
| 11/11/09 | LMF | 0.60 | 123.00 | Research and compile all schedules and statements of financial affairs for M. Kramer's review. |
| 11/11/09 | MIK | 2.40 | 984.00 | Review briefs (2.4). |
| 11/12/09 | MIK | 1.00 | 410.00 | Review briefs (1.0). |
| 11/13/09 | MIK | 6.00 | 2,460.00 | Review briefs (6.0). |

**PROFESSIONAL SERVICES** $12,789.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 27.70 | $410.00 | $11,357.00 |
| Sakalo, Jay M | 2.70 | $485.00 | $1,309.50 |
| Flores, Luisa M | 0.60 | $205.00 | $123.00 |
| **TOTAL** | **31.00** | | **$12,789.50** |

**CURRENT BALANCE DUE THIS MATTER** $12,789.50

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/02/09 | LMF | 0.30 | 61.50 | Begin preparation of first quarterly application for W. D. Hilton. |
| 11/04/09 | LMF | 0.80 | 164.00 | Attend to fee auditor's interim report on application of W. D. Hilton and several telephone conferences with local counsel regarding same. |
| 11/05/09 | LMF | 0.80 | 164.00 | Attend to issues with respect to professional fees with local counsel. |
| 11/11/09 | LMF | 1.40 | 287.00 | Draft first quarterly application on behalf of W. D. Hilton. |
| 11/19/09 | LMF | 0.90 | 184.50 | Meet with attorney and prepare final revisions to quarterly application for W. D. Hilton. |
| 11/25/09 | LMF | 0.70 | 143.50 | Finalize W. D. HIlton quarterly appliction and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $1,004.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 4.90 | $205.00 | $1,004.50 |
| **TOTAL** | **4.90** | | **$1,004.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,004.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP