# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**NOVEMBER 1, 2009 – NOVEMBER 30, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 9.1 | $    6,206.50 |
| 0014 | Case Administration | 47.9 | 9,315.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.5 | 337.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 29.2 | 19,710.00 |
| 0018 | Fee Application, Applicant | 29.5 | 14,817.50 |
| 0020 | Fee Application, Others | 4.8 | 1,260.00 |
| 0036 | Plan and Disclosure Statement | 252.2 | 166,755.50 |
| 0037 | Hearings | 1.4 | 945.00 |
| | | | |
| | **Total** | **374.6** | **$ 219,347.00** |

# STROOCK

## INVOICE

| DATE | December 22, 2009 |
|---|---|
| INVOICE NO. | 492437 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2009, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/12/2009 | Attend to Debtors' motion re: settlement with Solow and prepare information request. | Krieger, A. | 2.2 |
| 11/13/2009 | Memorandum to R. Finke re information request on Solow claim settlement (.2); attend to motion re proposed settlement with Edwards' plaintiffs and related motion re proposed settlement with Allianz (including Fireman's Fund) (2.8); attend to Debtors' motion re disallowing and expunging Canadian property damage claims (.1). | Krieger, A. | 3.1 |
| 11/16/2009 | Memorandum to R. Finke re request for Solow proof of claim. | Krieger, A. | 0.1 |
| 11/17/2009 | Attend to Solow proof of claim (.8); attend to Debtors' motion for approval of settlement with Zurich Insurance (1.6). | Krieger, A. | 2.4 |
| 11/17/2009 | Review insurance settlements. | Kruger, L. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/18/2009 | Exchanged memoranda with Debtors' counsel re Solow information request. | Krieger, A. | 0.2 |
| 11/19/2009 | Memoranda to Capstone re Solow information. | Krieger, A. | 0.1 |
| 11/20/2009 | Exchanged memoranda and telephone conferences to R. Frezza re: Solow claim (.6); attend to Debtors' response to information request re: Solow Settlement (.1). | Krieger, A. | 0.7 |
| 11/22/2009 | Exchanged Memoranda with Capstone re: Solow Settlement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.9 | $ 675 | $ 6,007.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,206.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,206.50 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843  0014 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/02/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 08-2069 and 09-644 (.5); prepare documents for attorney review (.7). | Mohamed, D. | 2.3 |
| 11/03/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (2.5); obtain documents for attorney review (.5). | Mohamed, D. | 3.4 |
| 11/04/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); review case nos. 01-771, 08-2069, 09-644 and 09-807 (.6); prepare documents for review (.7). | Mohamed, D. | 2.2 |
| 11/05/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); research and obtain certain pleadings for attorney review (.9); review case file (2.2). | Mohamed, D. | 4.1 |
| 11/06/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.5); review adv. pro. case no. 01-771 (.2); obtain court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2). | Mohamed, D. | 1.4 |
| 11/09/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review adv. pro. case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 09-644 (.2); research and obtain documents for attorney review (.8). | Mohamed, D. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/10/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.2); obtain documents for review (.4); review case file documents (.9). | Mohamed, D. | 2.8 |
| 11/11/2009 | Attend to response to Fee Auditor re SSL's 33rd interim fee application and office conferences KP re same. | Krieger, A. | 0.6 |
| 11/11/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); review case file (2.3). | Mohamed, D. | 3.4 |
| 11/12/2009 | Attend to correspondence to B. Ruhlander re SSL reply to Fee Auditor's interim report on 33rd quarterly. | Krieger, A. | 0.2 |
| 11/12/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); prepare documents for review (.5). | Mohamed, D. | 1.9 |
| 11/13/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain documents for review (.3). | Mohamed, D. | 1.6 |
| 11/16/2009 | Review and update case docket no. 01-1139 (.3); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 1.3 |
| 11/17/2009 | Memorandum to MM re court call arrangements for 11/12/09 hearing. | Krieger, A. | 0.1 |
| 11/17/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.7); prepare documents for review (.4). | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/18/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.8 |
| 11/19/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case file documents (1.7); prepare documents for attorney review (.6). | Mohamed, D. | 3.4 |
| 11/20/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.1); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain documents for review (.4). | Mohamed, D. | 2.3 |
| 11/23/2009 | Exchanged memorandum and office conference with DM re: recently filed documents. | Krieger, A. | 0.5 |
| 11/23/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (2.1); prepare documents for review (.5); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 3.5 |
| 11/24/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case file documents (.9); research and obtain certain documents for attorney review (.6). | Mohamed, D. | 2.6 |
| 11/25/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain documents for attorney review (.4). | Mohamed, D. | 2.1 |
| 11/30/2009 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently docketed pleadings in main case (.7); review case file documents (1.1); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 2.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 675 | $ 945.00 |
| Mohamed, David | 46.5 | 180 | 8,370.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,315.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,315.00 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/04/2009 | Exchanged memoranda with KP re appeal of PPI Decision and memoranda with local counsel re same. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.5 | $ 675 | $ 337.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 337.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 337.50 |
| --- | --- |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/03/2009 | Attend to memoranda re pending motions. | Krieger, A. | 7.3 |
| 11/04/2009 | Attend to memorandum to the Committee re pending matters. | Krieger, A. | 2.1 |
| 11/11/2009 | Memorandum to the Committee re post-trial briefs. | Krieger, A. | 0.5 |
| 11/12/2009 | Attend to correspondence to the Committee re post-trial briefs. | Krieger, A. | 0.6 |
| 11/16/2009 | Memorandum for the Committee re pending motions. | Krieger, A. | 6.4 |
| 11/17/2009 | Prepare memorandum for the Committee re pending matters. | Krieger, A. | 3.6 |
| 11/18/2009 | Attend to Committee memorandum re pending matters. | Krieger, A. | 3.1 |
| 11/19/2009 | Attend to memorandum re pending motions. | Krieger, A. | 1.2 |
| 11/20/2009 | Attend to Committee memorandum. | Krieger, A. | 3.1 |
| 11/22/2009 | Attend to Memorandum re: pending motions. | Krieger, A. | 0.7 |
| 11/23/2009 | Memorandum for the Committee re: Grace Response Brief, Committee and Bank Lender Group Reply Brief (.3); memorandum to the Committee re: 1/23/09 omnibus hearing (.3). | Krieger, A. | 0.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 29.2 | $ 675 | $ 19,710.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,710.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 19,710.00 |
|---|---|

# STROOCK

| | RE | Fee Application, Applicant |
|---|---|---|
| | | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/03/2009 | Office conference M. Magzamen re September 2009 fee statement. | Krieger, A. | 0.2 |
| 11/03/2009 | Review/revise September bill. | Magzamen, M. | 0.5 |
| 11/04/2009 | Review/revise September bill. | Magzamen, M. | 0.4 |
| 11/06/2009 | Review/revise September monthly fee app (.5); begin review of October monthly bill (.2). | Magzamen, M. | 0.7 |
| 11/07/2009 | Attend to September 2009 fee statement. | Krieger, A. | 1.2 |
| 11/09/2009 | Attend to September 2009 fee statement. | Krieger, A. | 0.4 |
| 11/10/2009 | Review/revise October bill. | Magzamen, M. | 0.6 |
| 11/11/2009 | Attend to preparation of 34th quarterly fee application. | Krieger, A. | 1.6 |
| 11/12/2009 | Attend to 34th quarterly fee application (1.4); office conferences MM re September 2009 monthly (.2); memo and office conference DM re fee applications (.2). | Krieger, A. | 1.8 |
| 11/12/2009 | Oc w/ A. Krieger re: September Fee App, et al. (.2); review/revise October bill (.5); review/revise September monthly fee application (1.4). | Magzamen, M. | 2.1 |
| 11/13/2009 | Attend to September 2009 fee statement and office conference MM re final revisions. | Krieger, A. | 0.3 |
| 11/13/2009 | Revise September fee application and prepare for filing (.4); emails w/ Duane Morris re: upcoming quarterly fee application (.3). | Magzamen, M. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/13/2009 | Finalize Stroock's 102nd monthly fee statement for filing by local counsel (.7); prepare certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.9 |
| 11/23/2009 | Review October time entries and revise October fee application per M. Magzamen. | Cohen, R. | 2.3 |
| 11/23/2009 | Attend to quarterly fee application. | Krieger, A. | 3.7 |
| 11/24/2009 | Attend to October 2009 fee statement (1.6); office conference MM re same (.2); attend to 34th quarterly fee application (2.1). | Krieger, A. | 3.9 |
| 11/24/2009 | Review and revise October monthly fee application. | Magzamen, M. | 0.9 |
| 11/25/2009 | Attend to 34th quarterly application. | Krieger, A. | 0.8 |
| 11/30/2009 | Attend to 34th quarterly fee application (1.8); office conference MM re billing (.1); attend to October 2009 fee statement (1.2). | Krieger, A. | 3.1 |
| 11/30/2009 | Attend to October 2009 fee application. | Magzamen, M. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cohen, Reuben H. | 2.3 | $ 240 | $ 552.00 |
| Krieger, Arlene G. | 17.0 | 675 | 11,475.00 |
| Magzamen, Michael S. | 8.3 | 295 | 2,448.50 |
| Mohamed, David | 1.9 | 180 | 342.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,817.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,817.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/06/2009 | Prepare Capstone's 67th monthly fee statement for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.9 |
| 11/13/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |
| 11/18/2009 | Attend to fee applications of other professionals. | Krieger, A. | 0.2 |
| 11/19/2009 | Attend to fee applications of other professionals. | Krieger, A. | 0.1 |
| 11/20/2009 | Prepare Capstone's 68th monthly fee statement for filing (.8); prepare notice and affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 2.1 |
| 11/23/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |
| 11/30/2009 | Attend to other professionals fee applications. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 675 | $ 540.00 |
| Mohamed, David | 4.0 | 180 | 720.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,260.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,260.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 194.24 |
|---------------------------|----------|
| Meals | 51.99 |
| Local Transportation | 165.96 |
| Long Distance Telephone | 564.68 |
| Duplicating Costs-in House | 341.20 |
| Duplicating Costs-Outside | 2817.90 |
| Postage | 15.66 |
| O/S Information Services | 1217.52 |
| Travel Expenses - Transportation | 1494.11 |
| Westlaw | 3221.54 |

| TOTAL DISBURSEMENTS/CHARGES | $ 10,084.80 |
|-----------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,084.80 |
|-----------------------|-------------|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
|  | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2009 | Comments on post-trial brief. | Kruger, L. | 1.2 |
| 11/01/2009 | Assist attorneys re: prep of post trial brief. | Malpeli, G. | 0.8 |
| 11/01/2009 | Revisions to post-trial brief. | Pasquale, K. | 3.5 |
| 11/02/2009 | Attend to preparation of post-trial brief (8.2); exchanged memoranda with local counsel re filing and service of Committee's post-trial brief (.4). | Krieger, A. | 8.6 |
| 11/02/2009 | Review revisions to post-trial brief and e-mails with Paul Weiss re same (2.4); o/c with KP re same (.2). | Kruger, L. | 2.6 |
| 11/02/2009 | Assist attorneys re: prep of post trial brief (.5); attention to cite checking (2.1); prep table of authorities (.5); proof read and revisions to brief (.9); finalize brief for filing w/ Court (.5). | Malpeli, G. | 4.5 |
| 11/02/2009 | Revised and finalized post-hearing brief. | Pasquale, K. | 7.8 |
| 11/02/2009 | Fact check brief for A. Krieger. | Szemelynec, K. | 2.8 |
| 11/03/2009 | Obtain certain cited cases for brief. | Dhanraj, J. | 0.8 |
| 11/03/2009 | Attend to memoranda re Debtors' late filing of their post-trial brief re lender issues (.1); attend to memoranda re Grace's post-trial brief (.2); attend to exhibit and transcript designations and office conference KS re transcript citations (.8); office conference KP re Grace's post trial brief (.2); attend to post-trial briefs (.6). | Krieger, A. | 1.9 |
| 11/03/2009 | Review Grace post-trial brief on bank issues and bankruptcy issues. | Kruger, L. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/03/2009 | Oc w/ K. Pasquale and LIT Support re: post-trial e-brief (.2); further oc's w/ LIT Support re: same and communications w/ vendor re: same (.7); oc w/ D. Mohamed re: docketed exhibits (.2); prepare documents for vendor to prepare e-brief (2.6). | Magzamen, M. | 3.7 |
| 11/03/2009 | Prep of case binder for post trial brief. | Malpeli, G. | 0.8 |
| 11/03/2009 | Prepare documents for attorney review (.8); prepare schedule re post-trial briefs (.9). | Mohamed, D. | 1.7 |
| 11/03/2009 | Review Grace's post-trial briefs on lender and bankruptcy issues and outline reply (6.2); prepare for hyperlink brief (.6). | Pasquale, K. | 6.8 |
| 11/03/2009 | Meet w/ K. Pasquale and M. Magzamen re: preparation and filing of electronic brief w/ hyperlinking (.2); follow-up meeting with M. Magzamen and p/c w/ vendor re: same (.8); upload exhibits to vendor FTP site (.4). | Quartararo, M. | 1.4 |
| 11/03/2009 | Oc's w/ A. Krieger re: transcript cites (.6); correct cites in brief (.9). | Szemelynec, K. | 1.5 |
| 11/04/2009 | Attend to Grace's post-trial brief and related case law. | Krieger, A. | 4.3 |
| 11/04/2009 | Review Grace post-trial brief. | Kruger, L. | 0.6 |
| 11/04/2009 | Prepare exhibits and communicate with vendor on linked post-trial brief. | Magzamen, M. | 0.7 |
| 11/04/2009 | Review Grace post-trial briefs and attention to reply brief. | Pasquale, K. | 2.8 |
| 11/05/2009 | Attend to material for response to Plan Proponents' post-trial brief (1.6); attend to preparation of post-trial brief with links and extended office conference with KP, MM re same (6.9); memorandum to DM re information on transcript (.1); memoranda with M. Phillips re material for brief (.3). | Krieger, A. | 8.9 |
| 11/05/2009 | Continued review of post-trial briefs. | Kruger, L. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/05/2009 | Attn to reviewing e-brief and oc w/ K. Pasquale and A. Krieger re: same (.2); coordinate A. Krieger review of e-brief (1.2); prepare supplement to e-brief (4.8); conference w/ K. Pasquale and A. Krieger re: e-brief (1.1). | Magzamen, M. | 7.3 |
| 11/05/2009 | Attention to reply brief (6.0); attention to issues re hyperlinked post-trial brief (1.4). | Pasquale, K. | 7.4 |
| 11/05/2009 | Coordinate QC of brief from vendor (.6); loading to attorney and paralegal PCs for review (.2); meet w/ M. Magzamen re: same (.2). | Quartararo, M. | 1.0 |
| 11/06/2009 | Attend to preparation of hyperlinked form of post-trial brief and exchanged memoranda with KP, MM, bank lenders' counsel re same (.6); review Plan Proponents post-trial brief for preparation of CC/BLG post-trial reply brief (7.5); memoranda and office conference KP re same (.6). | Krieger, A. | 8.7 |
| 11/06/2009 | Review reply brief draft. | Kruger, L. | 1.2 |
| 11/06/2009 | Oc w/ K. Pasquale and A. Krieger re: e-brief (.2); supplement e-brief to vendor for linking (1.2). | Magzamen, M. | 1.4 |
| 11/06/2009 | Issues re hyperlink post-trial brief (.6); drafting reply brief and related issues (8.3). | Pasquale, K. | 8.9 |
| 11/08/2009 | Attend to post-trial brief in response to plan proponents. | Krieger, A. | 4.7 |
| 11/08/2009 | Review revised post-trial e-brief. | Magzamen, M. | 2.0 |
| 11/09/2009 | Attend to Grace's post-trial briefs and other materials re preparation of reply to Grace's post-trial brief. | Krieger, A. | 7.9 |
| 11/09/2009 | Review issues for reply brief. | Kruger, L. | 0.4 |
| 11/09/2009 | Finalize e-brief and coordinate service of same. | Magzamen, M. | 0.7 |
| 11/09/2009 | Attention to draft reply brief, debtors' briefs and related issues. | Pasquale, K. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/10/2009 | Attend to reply to Grace's post-trial brief and to Plan Proponents' other post-trial briefs re confirmation issues (8.2); exchanged memoranda with Capstone re financial information (.3). | Krieger, A. | 8.5 |
| 11/10/2009 | Revisions to draft reply brief and related issues. | Pasquale, K. | 2.7 |
| 11/11/2009 | Prepare additional copies of e-brief for distribution. | Carrion, C. | 0.5 |
| 11/11/2009 | Office conference KP re revisions to reply to Grace's post-trial brief (.2); attend to Plan Proponents' post-trial briefs re confirmation issues (6.1). | Krieger, A. | 6.3 |
| 11/11/2009 | Review post-trial briefs. | Kruger, L. | 0.6 |
| 11/11/2009 | Review DVD's of e-brief and arrange for additional copies of post-trial brief. | Magzamen, M. | 0.2 |
| 11/11/2009 | Revisions to reply brief and confer A. Krieger re same. | Pasquale, K. | 2.5 |
| 11/12/2009 | Attend to pre and post-trial briefs. | Krieger, A. | 3.6 |
| 11/13/2009 | Exchanged memoranda with Capstone re Zilly testimony and pending settlements (.3); attend to Plan Proponents' pre-trial main brief in support of confirmation (1.8). | Krieger, A. | 2.1 |
| 11/13/2009 | Review revised reply brief. | Kruger, L. | 0.6 |
| 11/13/2009 | Revisions to reply brief and related review of record. | Pasquale, K. | 2.0 |
| 11/16/2009 | Attend to post-trial briefs objecting to confirmation. | Krieger, A. | 1.6 |
| 11/16/2009 | Review reply draft brief. | Kruger, L. | 0.8 |
| 11/16/2009 | Revisions to draft reply brief, review case law and record. | Pasquale, K. | 1.8 |
| 11/17/2009 | Attend to post-trial briefs objecting to Plan confirmation. | Krieger, A. | 1.2 |
| 11/17/2009 | Review revised reply brief. | Kruger, L. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/17/2009 | Review case law and revise reply brief (2.2); review recent insurance settlement motions (.5). | Pasquale, K. | 2.7 |
| 11/18/2009 | Attend to bank lender group's comments to Post-Trial Reply Brief (1.2); attend to revised draft reply brief and further comments thereon (4.8). | Krieger, A. | 6.0 |
| 11/18/2009 | Review revised brief. | Kruger, L. | 0.8 |
| 11/18/2009 | Telephone conference A. Rosenberg re reply brief issues (.2); revised draft reply brief (6.3). | Pasquale, K. | 6.5 |
| 11/19/2009 | Attend to preparation re reply brief (7.1); telephone conference bank lender group's counsel re reply brief (.5). | Krieger, A. | 7.6 |
| 11/19/2009 | Review revised brief (2.4); o/c with KP, AK and t/c Rosenberg, Cobb re brief (.4). | Kruger, L. | 2.8 |
| 11/19/2009 | Communications w/ K. Pasquale re: brief (.5); cite check and blue book brief (4.2); obtain correct cite forms for brief (1.0). | Mariano, C. | 5.7 |
| 11/19/2009 | Revisions to draft reply brief, review cases re same (5.0); confer bank lenders' counsel re same (.4). | Pasquale, K. | 5.4 |
| 11/20/2009 | Attend to preparation of post-trial reply brief (3.2); exchanged memoranda with local counsel re: service of reply brief (.6); attend to other parties post-trial briefs (1.2). | Krieger, A. | 5.0 |
| 11/20/2009 | Review final drafts of reply. | Kruger, L. | 1.4 |
| 11/20/2009 | Review blackline brief (.2); review additional cases cited and cite check same (1.7); prepare TOA and TOC (.8) and oc w/ K. Pasquale re: same (.4). | Mariano, C. | 3.1 |
| 11/20/2009 | Revise and finalize reply brief (5.2); review Morgan Stanley reply brief (.4). | Pasquale, K. | 5.6 |
| 11/22/2009 | Attend to Debtors' reply brief. | Krieger, A. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/23/2009 | Office conference(s) KS re: material for closing argument (.6); office conference KP re: Grace's reply briefs (.1); attend to recent plan confirmation filings (1.2). | Krieger, A. | 1.9 |
| 11/23/2009 | Attn to hyperlinking UCC/BLG post-trial reply brief. | Magzamen, M. | 3.3 |
| 11/23/2009 | Review Grace reply briefs on lender and confirmation issues, respectively (2.3); review other parties' reply briefs (1.5); attention to hyperlink issues re reply brief (.8). | Pasquale, K. | 4.6 |
| 11/23/2009 | Cite & fact check post-confirmation reply brief. | Szemelynec, K. | 2.4 |
| 11/24/2009 | Obtain cases cited in reply brief for K. Szemelynec. | Crooks, H. | 0.3 |
| 11/24/2009 | Attend to preparation of hyperlinked form of Reply Brief. | Krieger, A. | 1.4 |
| 11/24/2009 | Attn to first draft of reply e-brief. | Magzamen, M. | 1.2 |
| 11/24/2009 | Telephone conference W. Katchen re: reply briefs (.2); review remaining reply briefs (1.5); began outlining issues for closing arguments (1.5). | Pasquale, K. | 3.2 |
| 11/24/2009 | Draft index and obtain cases cited in brief. | Szemelynec, K. | 1.8 |
| 11/25/2009 | Attend to hyperlinked form of Reply Brief (3.4) and office conference MM (.1) and KP re same (.4). | Krieger, A. | 3.9 |
| 11/25/2009 | Review and provide comments to reply e-brief (1.4); email w/ vendor re: revisions (.2). | Magzamen, M. | 1.6 |
| 11/25/2009 | Attention to issues re hyperlinking post-trial reply brief. | Pasquale, K. | 0.8 |
| 11/29/2009 | Attend to Plan Proponents Main Post-Trial Response Brief. | Krieger, A. | 2.6 |
| 11/30/2009 | Attend to Plan Proponents' main response brief. | Krieger, A. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/30/2009 | Emails w/ vendor re: reply e-brief (.2); review and comment on reply e-brief (.8). | Magzamen, M. | 1.0 |
| 11/30/2009 | Hyperlink brief issues (.5); review remaining reply briefs (2.0); continue outline of closing argument issues (2.0). | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Carrion, Carole | 0.5 | $ 235 | $ 117.50 |
| Crooks, Harris | 0.3 | 230 | 69.00 |
| Dhanraj, Judy N. | 0.8 | 205 | 164.00 |
| Krieger, Arlene G. | 100.9 | 675 | 68,107.50 |
| Kruger, Lewis | 16.6 | 995 | 16,517.00 |
| Magzamen, Michael S. | 23.1 | 295 | 6,814.50 |
| Malpeli, Gary | 6.1 | 240 | 1,464.00 |
| Mariano, Christine | 8.8 | 240 | 2,112.00 |
| Mohamed, David | 1.7 | 180 | 306.00 |
| Pasquale, Kenneth | 82.5 | 825 | 68,062.50 |
| Quartararo, Michael | 2.4 | 285 | 684.00 |
| Szemelynec, Kristine A. | 8.5 | 275 | 2,337.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 166,755.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 166,755.50 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/17/2009 | Attend to agenda notice for 11/23/09 hearings and memorandum to LK, KP re same. | Krieger, A. | 0.1 |
| 11/23/2009 | Attend omnibus hearing re: status conference on California's Dept. of General Services claims (.9); memorandum re: hearing (.5); office conference L. Kruger re: omnibus hearing (.1). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 675 | $ 945.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 945.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 945.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 219,347.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 10,084.80 |
| TOTAL BILL | $ 229,431.80 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.