# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**NOVEMBER 1, 2009 – NOVEMBER 30, 2009**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 16.8 | 995 | $ 16,716.00 |
| Pasquale, Kenneth | 82.5 | 825 | 68,062.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 160.1 | 675 | 108,067.50 |
| | | | |
| **Paraprofessionals** | | | |
| Carrion, Carole | 0.5 | 235 | 117.50 |
| Cohen, Reuben H. | 2.3 | 240 | 552.00 |
| Crooks, Harris | 0.3 | 230 | 69.00 |
| Dhanraj, Judy N. | 0.8 | 205 | 164.00 |
| Magzamen, Michael S. | 31.4 | 295 | 9,263.00 |
| Malpeli, Gary | 6.1 | 240 | 1,464.00 |
| Mariano, Christine | 8.8 | 240 | 2,112.00 |
| Mohamed, David | 54.1 | 180 | 9,738.00 |
| Quartararo, Michael | 2.4 | 285 | 684.00 |
| Szemelynec, Kristine A. | 8.5 | 275 | 2,337.50 |
| | | | |
| **Total** | **374.60** | | **$ 219,347.00** |