# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2009 – NOVEMBER 30, 2009**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 194.24 |
| Meals | | 51.99 |
| Local Transportation | | 321.16 |
| Long Distance Telephone | | 564.68 |
| Duplicating Costs-in House | | 341.20 |
| Duplicating Costs-Outside | | 2,817.90 |
| Postage | | 15.66 |
| O/S Information Services | | 1,217.52 |
| Travel Expenses - Transportation | | 1,338.91 |
| Westlaw | | 3,221.54 |
| | | |
| **TOTAL** | **$** | **10,084.80** |

# STROOCK

## **DISBURSEMENT REGISTER**

| | |
|---|---|
| DATE | December 22, 2009 |
| INVOICE NO. | 492437 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through November 30, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/09/2009 | Vendor: Federal Express Corporation Invoice #: 940008200 11.16.09 Tracking #: 791511102320 Shipment Date: 11/09/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Hon Judith K Fitzgerald, United States Bankruptcy Court, 600 Grant St, PITTSBURGH, PA 15219 | 15.15 |
| 11/09/2009 | Vendor: Federal Express Corporation Invoice #: 940008200 11.16.09 Tracking #: 791511103279 Shipment Date: 11/09/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Jonathan P Guy, Esq, Orrick, Herrington & Sutcliffe, 1152 15th St NW, WASHINGTON, DC 20005 | 12.38 |
| 11/09/2009 | Vendor: Federal Express Corporation Invoice #: 940008200 11.16.09 Tracking #: 792166575145 Shipment Date: 11/09/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: David Blabey, Esq, Kramer Levin Naftalis & Franke, 1177 Avenue Of The Americas, NEW YORK CITY, NY 10036 | 9.18 |
| 11/09/2009 | Vendor: Federal Express Corporation Invoice #: 940008200 11.16.09 Tracking #: 792166576564 Shipment Date: 11/09/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Kimberly Love Legal | 16.83 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | Assistant, Kirkland & Ellis LLP, 300 N La Salle Dr, CHICAGO, IL 60654 | |
| 11/09/2009 | Vendor: Federal Express Corporation Invoice #: 940008200 11.16.09 Tracking #: 792810236374 Shipment Date: 11/09/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Nathan Finch, Esq, Caplin & Drysdale, Chartered, 375 Park Ave, NEW YORK CITY, NY 10152 | 9.18 |
| 11/09/2009 | Vendor: Federal Express Corporation Invoice #: 940008200 11.16.09 Tracking #: 792810239763 Shipment Date: 11/09/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Margaret A Phillips, Esq, Paul, Weiss, Rifkind, Wharton, 1285 Avenue Of The Americas Rm, NEW YORK CITY, NY 10019 | 9.18 |
| 11/09/2009 | Vendor: Federal Express Corporation Invoice #: 940008200 11.16.09 Tracking #: 799433910210 Shipment Date: 11/09/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: James Green, Esq, Landis Rath & Cobb LLP, 919 N Market St Ste 600, WILMINGTON, DE 19801 | 9.18 |
| 11/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827459; DATE: 11/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190182084 on 10/30/2009 | 6.47 |
| 11/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827459; DATE: 11/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192815315 on 10/30/2009 | 9.18 |
| 11/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827459; DATE: 11/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194726104 on 10/30/2009 | 6.47 |
| 11/13/2009 | VENDOR: UPS; INVOICE#: 0000010X827459; DATE: 11/07/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite | 6.47 |

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194749698 on 10/30/2009 | |
| 11/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827469; DATE: 11/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195589681 on 11/06/2009 | 6.38 |
| 11/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827469; DATE: 11/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195971490 on 11/06/2009 | 6.38 |
| 11/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827469; DATE: 11/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197960471 on 11/06/2009 | 6.38 |
| 11/16/2009 | VENDOR: UPS; INVOICE#: 0000010X827469; DATE: 11/14/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199261900 on 11/06/2009 | 9.05 |
| 11/23/2009 | VENDOR: UPS; INVOICE#: 0000010X827479; DATE: 11/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190390902 on 11/13/2009 | 6.38 |
| 11/23/2009 | VENDOR: UPS; INVOICE#: 0000010X827479; DATE: 11/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191664114 on 11/13/2009 | 6.38 |
| 11/23/2009 | VENDOR: UPS; INVOICE#: 0000010X827479; DATE: 11/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193324933 on 11/13/2009 | 9.05 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23/2009 | VENDOR: UPS; INVOICE#: 0000010X827479; DATE: 11/21/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194794120 on 11/13/2009 | 6.38 |
| 11/30/2009 | VENDOR: UPS; INVOICE#: 0000010X827489; DATE: 11/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190408518 on 11/20/2009 | 6.38 |
| 11/30/2009 | VENDOR: UPS; INVOICE#: 0000010X827489; DATE: 11/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193090525 on 11/20/2009 | 9.05 |
| 11/30/2009 | VENDOR: UPS; INVOICE#: 0000010X827489; DATE: 11/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193270894 on 11/20/2009 | 6.38 |
| 11/30/2009 | VENDOR: UPS; INVOICE#: 0000010X827489; DATE: 11/28/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194943307 on 11/20/2009 | 6.38 |

**Outside Messenger Service Total**     **194.24**

**Meals**

| 11/24/2009 | VENDOR: Seamless Web; Invoice#: 594630; Kosher Delight; By Magzamen Michael; Order Date: 11/03/09 18:39:00 | 25.15 |
|---|---|---|
| 11/24/2009 | VENDOR: Seamless Web; Invoice#: 594630; Koodo Sushi; By Magzamen Michael; Order Date: 11/05/09 19:37:00 | 26.84 |

**Meals Total**     **51.99**

**Local Transportation**

| 11/10/2009 | VENDOR: NYC Taxi; Invoice#: 880228; Invoice Date: 11/06/2009; Voucher #: 367665; Kenneth Pasquale 11/02/2009 22:34 from 530 E 20 ST MANHATTAN NY to SUMMIT NJ | 86.97 |
|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/10/2009 | VENDOR: NYC Taxi; Invoice#: 880228; Invoice Date: 11/06/2009; Voucher #: 912749616; Arlene Krieger 10/28/2009 20:27 from 180 MAIDEN LA MANHATTAN NY to 10 EAST END AVE MANHATTAN NY | 40.05 |
| 11/18/2009 | VENDOR: NYC Taxi; Invoice#: 880864; Invoice Date: 11/13/2009; Voucher #: 101111; Michael Magzamen 11/05/2009 22:00 from 180 MAIDEN LANE MANHATTAN NY to 225 E 70 ST MANHATTAN NY | 38.94 |
| | **Local Transportation Total** | **165.96** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/26/2009 | EXTN.795562, TEL.9739026863, S.T.14:04, DUR.00:13:01 | 7.78 |
| 11/05/2009 | EXTN.795562, TEL.3128622819, S.T.18:54, DUR.00:01:22 | 1.11 |
| 11/09/2009 | EXTN.795475, TEL.3026574938, S.T.12:34, DUR.00:00:07 | 0.56 |
| 11/13/2009 | EXTN.795475, TEL.3026574938, S.T.10:31, DUR.00:00:04 | 0.56 |
| 11/13/2009 | EXTN.795475, TEL.3026574900, S.T.10:32, DUR.00:02:33 | 1.67 |
| 11/16/2009 | VENDOR: Chase Card Services; INVOICE#: 110209; DATE: 11/2/2009  -  visa charge 10/13/09 Court Call LLC | 65.00 |
| 11/16/2009 | VENDOR: Chase Card Services; INVOICE#: 110209; DATE: 11/2/2009  -  visa charge 10/15/09 Court Call LLC | 163.00 |
| 11/16/2009 | VENDOR: Chase Card Services; INVOICE#: 110209; DATE: 11/2/2009  -  visa charge 10/20/09 Court Call LLC | 107.00 |
| 11/16/2009 | VENDOR: Chase Card Services; INVOICE#: 110209; DATE: 11/2/2009  -  visa charge 10/28/09 Court Call LLC | 72.00 |
| 11/16/2009 | VENDOR: Chase Card Services; INVOICE#: 110209; DATE: 11/2/2009  -  visa charge 10/28/09 Court Call LLC | 72.00 |
| 11/16/2009 | VENDOR: Chase Card Services; INVOICE#: 110209; DATE: 11/2/2009  -  visa charge 10/07/09 Court Call LLC | 37.00 |
| 11/16/2009 | VENDOR: Chase Card Services; INVOICE#: 110209; DATE: 11/2/2009  -  visa charge 10/07/09 Court Call LLC | 37.00 |
| | **Long Distance Telephone Total** | **564.68** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 6 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |

**Duplicating Costs-in House**

| Date | | Amount |
|---|---|---|
| 11/03/2009 | | 20.80 |
| 11/03/2009 | | 38.30 |
| 11/03/2009 | | 5.10 |
| 11/03/2009 | | 42.80 |
| 11/09/2009 | | 2.20 |
| 11/12/2009 | | 2.20 |
| 11/23/2009 | | 12.80 |
| 11/23/2009 | | 24.80 |
| 11/23/2009 | | 27.10 |
| 11/23/2009 | | 45.30 |
| 11/23/2009 | | 5.40 |
| 11/23/2009 | | 5.70 |
| 11/23/2009 | | 6.40 |
| 11/23/2009 | | 7.50 |
| 11/24/2009 | | 0.10 |
| 11/24/2009 | | 12.40 |
| 11/24/2009 | | 20.50 |
| 11/24/2009 | | 4.00 |
| 11/24/2009 | | 6.10 |
| 11/24/2009 | | 45.40 |
| 11/24/2009 | | 0.10 |
| 11/25/2009 | | 6.20 |
| **Duplicating Costs-in House Total** | | **341.20** |

**Duplicating Costs-Outside**

| Date | Description | Amount |
|---|---|---|
| 11/09/2009 | VENDOR: ParaDocs; INVOICE#: 6357; CC/BLG Post-Confirmation e-brief, Hyperlinking | 2,817.90 |
| **Duplicating Costs-Outside Total** | | **2,817.90** |

**Postage**

| Date | Description | Amount |
|---|---|---|
| 11/12/2009 | Postage Charged | 15.66 |
| **Postage Total** | | **15.66** |

**O/S Information Services**

| Date | Description | Amount |
|---|---|---|
| 11/17/2009 | Pacer Search Service on 9/23/2009 | 0.24 |
| 11/17/2009 | Pacer Search Service on 8/4/2009 | 0.16 |
| 11/17/2009 | Pacer Search Service on 9/11/2009 | 0.32 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17/2009 | Pacer Search Service on 7/1/2009 | 11.20 |
| 11/17/2009 | Pacer Search Service on 7/2/2009 | 4.40 |
| 11/17/2009 | Pacer Search Service on 7/2/2009 | 0.32 |
| 11/17/2009 | Pacer Search Service on 7/6/2009 | 26.48 |
| 11/17/2009 | Pacer Search Service on 7/7/2009 | 3.44 |
| 11/17/2009 | Pacer Search Service on 7/8/2009 | 0.48 |
| 11/17/2009 | Pacer Search Service on 7/9/2009 | 5.20 |
| 11/17/2009 | Pacer Search Service on 7/10/2009 | 5.76 |
| 11/17/2009 | Pacer Search Service on 7/13/2009 | 30.72 |
| 11/17/2009 | Pacer Search Service on 7/14/2009 | 112.32 |
| 11/17/2009 | Pacer Search Service on 7/15/2009 | 1.92 |
| 11/17/2009 | Pacer Search Service on 7/16/2009 | 3.20 |
| 11/17/2009 | Pacer Search Service on 7/17/2009 | 20.56 |
| 11/17/2009 | Pacer Search Service on 7/20/2009 | 8.56 |
| 11/17/2009 | Pacer Search Service on 7/20/2009 | 0.24 |
| 11/17/2009 | Pacer Search Service on 7/21/2009 | 64.08 |
| 11/17/2009 | Pacer Search Service on 7/22/2009 | 1.92 |
| 11/17/2009 | Pacer Search Service on 7/23/2009 | 1.04 |
| 11/17/2009 | Pacer Search Service on 7/24/2009 | 9.76 |
| 11/17/2009 | Pacer Search Service on 7/27/2009 | 9.76 |
| 11/17/2009 | Pacer Search Service on 7/27/2009 | 2.24 |
| 11/17/2009 | Pacer Search Service on 7/28/2009 | 6.72 |
| 11/17/2009 | Pacer Search Service on 7/28/2009 | 2.56 |

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17/2009 | Pacer Search Service on 7/29/2009 | 4.00 |
| 11/17/2009 | Pacer Search Service on 7/30/2009 | 0.16 |
| 11/17/2009 | Pacer Search Service on 7/30/2009 | 2.40 |
| 11/17/2009 | Pacer Search Service on 7/31/2009 | 3.12 |
| 11/17/2009 | Pacer Search Service on 8/3/2009 | 5.04 |
| 11/17/2009 | Pacer Search Service on 8/4/2009 | 1.04 |
| 11/17/2009 | Pacer Search Service on 8/6/2009 | 6.80 |
| 11/17/2009 | Pacer Search Service on 8/7/2009 | 5.52 |
| 11/17/2009 | Pacer Search Service on 8/7/2009 | 1.52 |
| 11/17/2009 | Pacer Search Service on 8/10/2009 | 65.20 |
| 11/17/2009 | Pacer Search Service on 8/11/2009 | 6.08 |
| 11/17/2009 | Pacer Search Service on 8/13/2009 | 0.64 |
| 11/17/2009 | Pacer Search Service on 8/14/2009 | 22.16 |
| 11/17/2009 | Pacer Search Service on 8/16/2009 | 1.12 |
| 11/17/2009 | Pacer Search Service on 8/17/2009 | 139.68 |
| 11/17/2009 | Pacer Search Service on 8/17/2009 | 0.24 |
| 11/17/2009 | Pacer Search Service on 8/18/2009 | 4.72 |
| 11/17/2009 | Pacer Search Service on 8/19/2009 | 42.08 |
| 11/17/2009 | Pacer Search Service on 8/20/2009 | 9.52 |
| 11/17/2009 | Pacer Search Service on 8/21/2009 | 16.16 |
| 11/17/2009 | Pacer Search Service on 8/24/2009 | 22.16 |
| 11/17/2009 | Pacer Search Service on 8/25/2009 | 40.72 |

# STROOCK

| PAGE: 9 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 11/17/2009 | Pacer Search Service on 8/26/2009 | 28.08 |
| 11/17/2009 | Pacer Search Service on 8/27/2009 | 1.84 |
| 11/17/2009 | Pacer Search Service on 8/27/2009 | 0.16 |
| 11/17/2009 | Pacer Search Service on 8/28/2009 | 31.60 |
| 11/17/2009 | Pacer Search Service on 8/31/2009 | 94.08 |
| 11/17/2009 | Pacer Search Service on 9/1/2009 | 10.88 |
| 11/17/2009 | Pacer Search Service on 9/2/2009 | 39.04 |
| 11/17/2009 | Pacer Search Service on 9/3/2009 | 27.84 |
| 11/17/2009 | Pacer Search Service on 9/3/2009 | 1.28 |
| 11/17/2009 | Pacer Search Service on 9/4/2009 | 15.20 |
| 11/17/2009 | Pacer Search Service on 9/8/2009 | 49.04 |
| 11/17/2009 | Pacer Search Service on 9/10/2009 | 36.72 |
| 11/17/2009 | Pacer Search Service on 9/11/2009 | 10.72 |
| 11/17/2009 | Pacer Search Service on 9/14/2009 | 15.52 |
| 11/17/2009 | Pacer Search Service on 9/15/2009 | 14.24 |
| 11/17/2009 | Pacer Search Service on 9/16/2009 | 15.84 |
| 11/17/2009 | Pacer Search Service on 9/17/2009 | 5.44 |
| 11/17/2009 | Pacer Search Service on 9/18/2009 | 5.20 |
| 11/17/2009 | Pacer Search Service on 9/21/2009 | 4.40 |
| 11/17/2009 | Pacer Search Service on 9/22/2009 | 44.32 |
| 11/17/2009 | Pacer Search Service on 9/23/2009 | 0.72 |
| 11/17/2009 | Pacer Search Service on 9/23/2009 | 4.56 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/17/2009 | Pacer Search Service on 9/25/2009 | 11.44 |
| 11/17/2009 | Pacer Search Service on 9/28/2009 | 1.76 |
| 11/17/2009 | Pacer Search Service on 9/29/2009 | 1.36 |
| 11/17/2009 | Pacer Search Service on 9/30/2009 | 5.76 |
| 11/17/2009 | Pacer Search Service on 8/31/2009 | 6.48 |
| 11/17/2009 | Pacer Search Service on 9/1/2009 | 0.08 |
| 11/17/2009 | Pacer Search Service on 9/11/2009 | 0.08 |
| 11/17/2009 | Pacer Search Service on 9/23/2009 | 0.16 |
| | **O/S Information Services Total** | **1,217.52** |

**Travel Expenses - Transportation**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/02/2009 | VENDOR(EE): KPASQUALE: 10/26/09 - 10/26/09; DATE: 11-02-2009; Omnibus hearing in Wilmington, DE | 149.20 |
| 11/02/2009 | VENDOR(EE): KPASQUALE: 10/26/09 - 10/26/09; DATE: 11-02-2009; Omnibus hearing in Wilmington, DE | 6.00 |
| 11/02/2009 | VENDOR: AMEX; KRIEGER/ARLENE LGA PIT LGA (Round trip travel from NY to Pittsburgh and back re: October 14, 2009 confirmation hearing) | 234.20 |
| 11/02/2009 | VENDOR: AMEX; KRIEGER/ARLENE on 10/01/2009 (Service Fee) | 22.25 |
| 11/02/2009 | VENDOR: AMEX; KRIEGER/ARLENE LGA PIT LGA on 10/09/2009 (Change of flight time fee for travel on October 14, 2009) | 181.01 |
| 11/02/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 10/01/2009 (Round trip travel from NJ to Pittsburgh and back re: confirmation hearing) | 879.20 |
| 11/02/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 10/01/2009 (Service fee) | 22.25 |
| | **Travel Expenses - Transportation Total** | **1,494.11** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 11

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Westlaw** | | |
| 11/02/2009 | Transactional Search By Malpeli, Gary | 517.00 |
| 11/03/2009 | Duration 0:01:07; by Dhanraj, Judy N. | 726.79 |
| 11/05/2009 | Transactional Search By Pasquale, Kenneth | 55.00 |
| 11/05/2009 | Transactional Search By Magzamen, Michael S. | 27.50 |
| 11/06/2009 | Transactional Search By Krieger, Arlene G. | 163.00 |
| 11/06/2009 | Transactional Search By Pasquale, Kenneth | 31.25 |
| 11/10/2009 | Transactional Search By Krieger, Arlene G. | 27.50 |
| 11/11/2009 | Transactional Search By Krieger, Arlene G. | 285.00 |
| 11/18/2009 | Transactional Search By Mariano, Christine | 313.50 |
| 11/19/2009 | Transactional Search By Krieger, Arlene G. | 27.50 |
| 11/19/2009 | Transactional Search By Mariano, Christine | 332.50 |
| 11/20/2009 | Transactional Search By Krieger, Arlene G. | 27.50 |
| 11/20/2009 | Transactional Search By Pasquale, Kenneth | 55.00 |
| 11/24/2009 | Transactional Search By Crooks, Harris | 632.50 |
| | **Westlaw Total** | **3,221.54** |

# STROOCK

PAGE: 12

BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 194.24 |
| Meals | 51.99 |
| Local Transportation | 165.96 |
| Long Distance Telephone | 564.68 |
| Duplicating Costs-in House | 341.20 |
| Duplicating Costs-Outside | 2817.90 |
| Postage | 15.66 |
| O/S Information Services | 1217.52 |
| Travel Expenses - Transportation | 1494.11 |
| Westlaw | 3221.54 |

TOTAL DISBURSEMENTS/CHARGES          $ 10,084.80

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.