## EXHIBIT A

**Case Administration (2.50 Hours; $ 1,756.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.60 | $840 | 1,344.00 |
| Rita C. Tobin | .70 | $530 | 371.00 |
| Eugenia Benetos | .20 | $205 | 41.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/09 | PVL | 840.00 | 0.10 | Review 9 misc filings. |
| 11/04/09 | RCT | 530.00 | 0.50 | Review Initial Report/mark-up for analysis (0.5) |
| 11/11/09 | PVL | 840.00 | 0.10 | Review agenda and email Hurford. |
| 11/12/09 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 11/13/09 | PVL | 840.00 | 0.20 | Review 17 misc. filings. |
| 11/16/09 | PVL | 840.00 | 0.10 | Review 6 misc. filings. |
| 11/16/09 | EB | 205.00 | 0.20 | Perform review of fee exhibit schedule to ensure that we are up to date with payments requested. |
| 11/23/09 | PVL | 840.00 | 0.70 | Attend telephonic omni hearing (.6); review 6 misc. filings (.1). |
| 11/24/09 | PVL | 840.00 | 0.20 | Review 19 misc filings. |
| 11/28/09 | PVL | 840.00 | 0.10 | Review 3 misc filings. |
| 11/30/09 | PVL | 840.00 | 0.10 | Review 7 misc. filings. |

**Total Task Code .04    2.50**

**Claim Analysis Objection & Resolution (Asbestos) (.10 Hours; $ 84.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0167590.1 }

| Peter Van N. Lockwood | | | .10 | | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/11/09 | PVL | 840.00 | 0.10 | Review motion re Solow settlement. |

**Total Task Code .05    .10**

**Fee Applications, Applicant (18.70 Hours; $ 8,448.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 14.20 | $530 | 7,526.00 |
| Eugenia Benetos | 3.50 | $205 | 717.50 |
| Shirley D. Chisolm | 1.00 | $205 | 205.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/09/09 | RCT | 530.00 | 3.00 | Address fee auditors issues (1.5); review prebills (1.5) |
| 11/10/09 | EB | 205.00 | 1.00 | Work on interim fee application. Added language re: paralegal time billed cut-down for EI's review. |
| 11/11/09 | RCT | 530.00 | 1.50 | Address fee issues (.5); address fee auditor issues (1.0) |
| 11/12/09 | RCT | 530.00 | 1.00 | Review fee records re confirmation hearing fees/expenses (1.0) |
| 11/12/09 | EB | 205.00 | 1.00 | Review Grace fee application for interim filing and distribute to local counsel for filing. |
| 11/17/09 | RCT | 530.00 | 1.00 | Address fee/fee auditor issues (1.0) |
| 11/18/09 | RCT | 530.00 | 1.50 | Review prebills (1.5) |
| 11/19/09 | RCT | 530.00 | 0.40 | Address fee issues (0.4) |
| 11/20/09 | EB | 205.00 | 1.00 | Work on monthly fee application. |

| 11/20/09 | SDC | 205.00 | 1.00 | Work on Monthly fee application |
|---|---|---|---|---|
| 11/23/09 | RCT | 530.00 | 1.50 | Review fee applications (1.5) |
| 11/23/09 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 11/24/09 | RCT | 530.00 | 4.30 | Collect information for fee auditor (1.5); draft fee auditor response (2.5); emails PVNL re fee auditor response (0.3) |

**Total Task Code .12        18.70**


### Litigation and Litigation Consulting (421.90 Hours; $ 218,636.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.80 | $920 | 5,336.00 |
| Peter Van N. Lockwood | 59.10 | $840 | 49,644.00 |
| Bernard Bailor | 19.20 | $630 | 12,096.00 |
| Nathan D. Finch | 58.60 | $610 | 35,746.00 |
| Leslie M. Kelleher | 1.50 | $550 | 825.00 |
| Jeffrey A. Liesemer | 22.60 | $495 | 11,187.00 |
| Kevin C. Maclay | 45.30 | $495 | 22,423.50 |
| James P. Wehner | 123.20 | $495 | 60,984.00 |
| Jeanna Rickards Koski | 24.30 | $320 | 7,776.00 |
| Andrew J. Sackett | 1.10 | $295 | 324.50 |
| Erroll G. Butts | 9.00 | $235 | 2,115.00 |
| Marissa A. Fanone | 52.20 | $195 | 10,179.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/09 | PVL | 840.00 | 3.30 | Review email and reply (.6); review revised draft conf briefs (1.3); teleconference Bernick, Freedman, Harding, Boll, Guy, NDF, JAL, KCM et al (1.4). |
| 11/01/09 | JAL | 495.00 | 1.00 | Conf. call w/Plan Proponents' counsel on post-trial briefs. |
| 11/01/09 | JAL | 495.00 | 0.20 | Reviewed edits made to main post-trial brief. |

| | | | | |
|---|---|---|---|---|
| 11/01/09 | JAL | 495.00 | 0.50 | Second conf. call w/Plan Proponents re: post-trial briefs. |
| 11/01/09 | JAL | 495.00 | 2.90 | Reviewed and provided comments on draft post-trial briefs. |
| 11/01/09 | JPW | 495.00 | 8.80 | Revise and finalize Libby brief (7.3); draft insert for main brief (.8); telephone conference with Plan Proponents re briefs (.7) |
| 11/01/09 | EGB | 235.00 | 9.00 | Cite Check brief for N. Finch, review edits as needed. |
| 11/01/09 | KCM | 495.00 | 6.70 | Plan/prepare for and attend telephone conference re briefs with Plan Proponent (.8); plan/prepare for and attend second telephone conference re briefs with Plan Proponents (.6); draft/revise brief sections and review/analyze related materials (5.3) |
| 11/01/09 | JMR | 320.00 | 6.50 | Review, revise and finalize post-trial brief |
| 11/02/09 | BSB | 630.00 | 4.80 | Work on medical database (1.3), read briefs (3.5). |
| 11/02/09 | PVL | 840.00 | 0.90 | Review email and reply (.7); review revised draft Libby brief (.2). |
| 11/02/09 | EI | 920.00 | 0.30 | Memo Horkovich re: status (.1); memo Baron re: Texas law question (.1); memo Frankel re: CNA discussion status (.1). |
| 11/02/09 | NDF | 610.00 | 4.70 | Review of and final edits to post trial briefs. |
| 11/02/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and NDF re: post-trial briefing. |
| 11/02/09 | JAL | 495.00 | 0.90 | Drafted and revised insert for post-trial brief. |
| 11/02/09 | JAL | 495.00 | 0.10 | Tele. call w/E. Leibenstein re: insert to post-trial brief. |
| 11/02/09 | JPW | 495.00 | 13.00 | Revise, edit and finalize Libby post-trial brief (10.4); e-mails re brief (1.9); meet with NDF re edits (.5); telephone conference with M. Hurford re filing (x3) (.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/02/09 | KCM | 495.00 | 7.40 | Review/analyze and draft/revise post-trial brief and review/analyze related materials and correspondence (4.9); review/analyze filed briefs (2.5) |
| 11/02/09 | JMR | 320.00 | 11.60 | Review, revise and finalize post-trial brief |
| 11/02/09 | MAF | 195.00 | 12.50 | Cite check and edit Phase II Post Trial Brief re Libby Issues. |
| 11/03/09 | BSB | 630.00 | 4.70 | Read briefs (4.7). |
| 11/03/09 | PVL | 840.00 | 3.80 | Review objectors' post-trial briefs (1.4); review email and reply (.2); review Grace PT brief re Bank Lender issues (.8); review Libby cls PT brief (.9); review PDFCR PT brief (.2); review Arrowood PT brief (.3). |
| 11/03/09 | NDF | 610.00 | 4.00 | Read post trial briefs filed by plan objectors (3.5); outline response to Libby (0.5). |
| 11/03/09 | JAL | 495.00 | 0.40 | Brief review of post-trial briefs. |
| 11/03/09 | JAL | 495.00 | 0.10 | Drafted e-mail to NDF re: post-trial briefs. |
| 11/03/09 | JAL | 495.00 | 2.40 | Review and analysis of post-trial briefs. |
| 11/03/09 | JPW | 495.00 | 6.80 | E-mails re post-trial briefing (.7); meet with KCM and NDF re post-trial briefs (.9); review and read post-trial briefs (5.2) |
| 11/03/09 | KCM | 495.00 | 1.90 | Review/analyze post-trial brief and plan/prepare response |
| 11/04/09 | BSB | 630.00 | 5.10 | Read briefs. |
| 11/04/09 | PVL | 840.00 | 4.70 | Review MCC PT brief (.4); review Seaton PT brief (.6); teleconference Wyron (1.4); review email and reply (.4); review revised draft Edwards agmt and exhibits (.3); confer ACM (.2); review Kritzer memo (.2); review Hartford PT brief and Federal, Axa and Zurich joinders (.3); review Geico PT brief (.1); review Longacre PT brief (.3); review Montana PT brief (.2); review BNSF PT brief (.3). |
| 11/04/09 | EI | 920.00 | 0.30 | Texas law issue with PVNL. |
| 11/04/09 | JPW | 495.00 | 1.80 | Review Libby post-trial brief |

{D0167590.1 }5

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/04/09 | KCM | 495.00 | 1.40 | Review/analyze briefs, correspondence and related memo |
| 11/04/09 | MAF | 195.00 | 3.00 | Compile PDFs to be used as hyperlinks in the Phase II Post Trial Brief re Libby Issues. |
| 11/05/09 | PVL | 840.00 | 3.70 | Review Kaneb PT brief (.4); review CNA PT brief (.9); review Garlock PT brief (.2); confer NDF, LMK, KCM, JPW and JMR (2.0); teleconference EI (.2). |
| 11/05/09 | EI | 920.00 | 0.50 | Memos re: two insurance proposed settlements and t/c Horkovich (.5). |
| 11/05/09 | EI | 920.00 | 0.20 | T/c PVNL re: BNSF arguments (.2). |
| 11/05/09 | NDF | 610.00 | 3.80 | Confer with PVNL et al re responses to post trial briefs (2.1); review of record evidence re Libby claimants' brief (1.0); work on post trial brief (0.7). |
| 11/05/09 | LMK | 550.00 | 1.50 | Attend meeting re briefing. |
| 11/05/09 | JPW | 495.00 | 4.40 | Review post-trial briefs (2.3); telephone conference with PVNL, NDF, KCM, LMK, and JMR re post-trial briefs (1.8); e-mails re hyper linking (.3) |
| 11/05/09 | KCM | 495.00 | 3.40 | Plan/prepare for and attend meeting with PVNL, NDF, JMR and LMK re briefs (1.5); review/analyze correspondence and memo to Committee (.3); review/analyze briefs (1.6) |
| 11/05/09 | JMR | 320.00 | 1.40 | Meeting with PVNL, NDF, KCM, JPW, regarding responses to post-trial briefs |
| 11/05/09 | MAF | 195.00 | 1.00 | Compile and organize Post-Trial briefs. |
| 11/06/09 | PVL | 840.00 | 0.60 | Review email (.2); review revised Edwards agmt and motion (.1); review EI memo (.1); review Morgan Stanley PT brief (.2). |
| 11/06/09 | EI | 920.00 | 0.10 | Review insurance settlements (.1). |
| 11/06/09 | EI | 920.00 | 0.80 | Reading briefs (.5); memo re: BNSF/Garlock matters (.3). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/06/09 | JAL | 495.00 | 0.30 | Review emails from R. Horkovich and EI re proposed insurance settlement. |
| 11/06/09 | JPW | 495.00 | 2.80 | Review indirect claimant TDP arguments (2.2); e-mails re briefing (.6) |
| 11/06/09 | KCM | 495.00 | 1.00 | Review/analyze briefs and correspondence |
| 11/07/09 | PVL | 840.00 | 2.10 | Review Garlock PT brief (1.4); review UCC PT brief (.7). |
| 11/08/09 | PVL | 840.00 | 0.30 | Review revised Edwards agmt and exhibits and email comments re same. |
| 11/08/09 | JPW | 495.00 | 2.10 | Review Garlock and CNA post-trial briefs |
| 11/09/09 | PVL | 840.00 | 3.20 | Review email and reply (.9); review revised POR issue (.1); teleconference Wyron (.5); review revised Libby TS (.6); teleconference Shelnitz, Bernick, Freedman, Wyron, NDF et al (1.0); review draft POR revs and reply (.1). |
| 11/09/09 | EI | 920.00 | 0.60 | Forwarded Libby mark-up to PVNL (.1); looked at Frankel mark-up of Libby paper (on plane) (.5). |
| 11/09/09 | NDF | 610.00 | 6.00 | Teleconference re post trial briefing (0.8); work on post trial reply to Libby issues brief (5.2). |
| 11/09/09 | JAL | 495.00 | 1.70 | Review and analyze materials in preparation of reply briefs. |
| 11/09/09 | JAL | 495.00 | 0.90 | Teleconference with Plan Proponents re preparation of reply briefs. |
| 11/09/09 | JPW | 495.00 | 7.60 | E-mails re post-trial replies (1.1); telephone conference with Plan Proponents re briefing (1.0); review post-trial insurer briefs (2.0); meet with KCM re insurance briefs (.8); research and outline responsive arguments (2.7) |
| 11/09/09 | KCM | 495.00 | 1.70 | Plan/prepare for and attend telephone conference with Plan Proponents re briefs (.8); review/analyze briefs (.7); review/analyze correspondence (.2) |
| 11/10/09 | PVL | 840.00 | 1.80 | Review email and reply (.2); review draft BNSF/insurer TS (.4); review Turetsky email and |

|  |  |  |  | attached cases and reply (.4); email JPW re brief (.2); review Alexander memo and reply (.6) |
|---|---|---|---|---|
| 11/10/09 | NDF | 610.00 | 4.30 | Work on post trial brief in response to Libby issues. |
| 11/10/09 | JAL | 495.00 | 3.60 | Drafting and revisions to section of post-trial brief. |
| 11/10/09 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to post-trial briefing. |
| 11/10/09 | JPW | 495.00 | 6.60 | E-mails e post-trial brief issues (.3); draft post-trial brief sections (5.9); meet with KCM re post-trial brief sections (.4) |
| 11/10/09 | KCM | 495.00 | 0.40 | Review/analyze correspondence and related memo |
| 11/11/09 | PVL | 840.00 | 3.20 | Review email and reply (.4); review revised Alexander memo (.1); review Mehaley email and POR and reply (.4); teleconference Wyron (2.0); teleconference EI (.3). |
| 11/11/09 | EI | 920.00 | 0.60 | T/c PVNL re: Garlock, Libby and BNSF issues (.5); t/c Frankel re: Libby (.1). |
| 11/11/09 | JAL | 495.00 | 0.20 | Review and analyze materials relating to post-trial briefing. |
| 11/11/09 | JAL | 495.00 | 1.60 | Draft and revise inserts to post-trial briefs. |
| 11/11/09 | JAL | 495.00 | 0.10 | Review Grace settlement motions. |
| 11/11/09 | JPW | 495.00 | 7.50 | Meet with KCM re Grace issues (.3); draft post-trial brief (7.2) |
| 11/11/09 | KCM | 495.00 | 2.20 | Review/analyze briefs and plan/prepare responses (1.7); review/analyze correspondence (.5) |
| 11/11/09 | MAF | 195.00 | 2.00 | Review hyperlinked Plan Proponents' Post-Trial Brief re Libby Issues. |
| 11/12/09 | PVL | 840.00 | 0.70 | Review email and reply (.5); teleconference EI (2). |
| 11/12/09 | NDF | 610.00 | 9.50 | Work on post trial brief in response to Libby issues. |
| 11/12/09 | JAL | 495.00 | 0.20 | Email exchanges with PVNL and NDF re confirmation issues. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/12/09 | JPW | 495.00 | 7.30 | Draft post-trial brief (5.1); telephone conference with J. Guy and KCM re brief (.2); e-mails re post-trial brief (1.4); meet with KCM re post-trial brief (.6) |
| 11/12/09 | KCM | 495.00 | 7.80 | Review/analyze briefs, cases and materials and draft/revise responsive sections |
| 11/12/09 | MAF | 195.00 | 3.50 | Review hyperlinked Plan Proponents' Post-Trial Brief re Libby Issues. |
| 11/13/09 | PVL | 840.00 | 2.00 | Review email and reply (.5); teleconference Bernick (.3); review revised Libby TS (.2); confer JPW and KCM (.2); review revised ins neutrality stip (.6); review revised CDN ZAI settlement (.2). |
| 11/13/09 | EI | 920.00 | 0.60 | Memo D. Cohn re: term sheet (.2); memo ACM/AJS re: Libby term sheet (.2); memo PVNL/NDF re: Libby issues (.2). |
| 11/13/09 | NDF | 610.00 | 8.50 | Draft, revise and edit post trial brief in response to Libby issues. |
| 11/13/09 | JAL | 495.00 | 1.10 | Further drafting and revisions to post-trial brief inserts. |
| 11/13/09 | JPW | 495.00 | 7.90 | Revise post-trial brief inserts (5.7); e-mails re Libby brief (.2); revise Libby brief (1.1); meet with PVNL re standing issues (.3); meet with KCM re drafts (.4); telephone conference with D. Felder re inserts (.2) |
| 11/13/09 | KCM | 495.00 | 2.10 | Review/edit certain reply inserts and communicate with JPW re same (.7); review/analyze briefs, cases and materials (1.4) |
| 11/13/09 | AJS | 295.00 | 0.10 | Review of e-mail from EI regarding term sheet and preparation of mail to ACm regarding same. |
| 11/15/09 | PVL | 840.00 | 0.20 | Review draft resp to Libby cls. |
| 11/15/09 | JPW | 495.00 | 5.70 | Revise Libby Response brief (2.7); revise main brief inserts (3.0) |
| 11/16/09 | BSB | 630.00 | 1.20 | Read pleadings. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/16/09 | PVL | 840.00 | 2.80 | Review draft trial brief inserts (.5); review email and reply (.3); teleconference EI (.1); review draft resp to BNSF brief and email comments (.8); teleconference Wyron and Mehaley (1.1). |
| 11/16/09 | EI | 920.00 | 0.30 | Read BNSF term sheet and memo and t/c PVNL re: same (.3). |
| 11/16/09 | NDF | 610.00 | 1.20 | Revise and edit Libby post trial brief. |
| 11/16/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF commenting on draft post-trial brief. |
| 11/16/09 | JPW | 495.00 | 5.90 | Revise Libby post-trial response brief (2.3); e-mail's re Libby post-trial response brief (.3); revise TAC and Garlock inserts (2.7); telephone conference with EI re Libby brief (.2); review BNSF insert (.4) |
| 11/16/09 | KCM | 495.00 | 3.70 | Communicate with insurance counsel (.3); draft/revise and review/analyze various brief inserts (3.4) |
| 11/16/09 | MAF | 195.00 | 3.00 | Cite check Plan Proponents' Response to Libby Claimants' Post-Trial Brief. |
| 11/17/09 | PVL | 840.00 | 2.50 | Review email and reply (.9); confer KCM (.4); email Freedman et al re brief (.4); review Chung memo (.2); review revised resp to BNSF (.1); confer JPW (.5). |
| 11/17/09 | EI | 920.00 | 0.20 | Memo PVNL re: BNSF brief. |
| 11/17/09 | NDF | 610.00 | 1.50 | Post trial reply briefs. |
| 11/17/09 | JPW | 495.00 | 9.00 | Meet with NDF re post-trial briefing (.4); review drafts of post-trial brief inserts (1.9); telephone conference with PVNL re post-trial brief (.4); revise and edit post-trial brief inserts (5.4); e-mails re post-trial brief (.9) |
| 11/17/09 | KCM | 495.00 | 3.50 | Plan/prepare for and attend telephone conference with Debtor (.3); review/analyze brief and related materials and draft/revise insert and communicate with PVNL re same and review/analyze correspondence (3.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/17/09 | MAF | 195.00 | 4.00 | Cite check Plan Proponents' Response to Libby Claimants' Post-Trial Brief. |
| 11/18/09 | PVL | 840.00 | 4.90 | Review email and reply (.8); teleconference Freedman (.4); review inserts to draft trial brief and email comments (.4); review draft main post-trial reply brief and email comments (2.9); review draft Libby response brief and email comments (.4). |
| 11/18/09 | NDF | 610.00 | 1.20 | Post trial reply briefs. |
| 11/18/09 | JPW | 495.00 | 10.00 | Revise and edit Libby Response Brief (5.7); e-mails re same (1.0); revise and edit main brief inserts (2.9); e-mails re proof of claims (.4) |
| 11/18/09 | KCM | 495.00 | 0.90 | Review/analyze correspondence and brief drafts and communicate with Debtor and PVNL re same |
| 11/19/09 | PVL | 840.00 | 1.80 | Review email and reply (.5); review revised PT reply brief (.5); confer KCM (.1); review revised PT reply to Libby (.6); prep for 11/20 mtg. (.1). |
| 11/19/09 | NDF | 610.00 | 2.10 | Post trial reply briefs. |
| 11/19/09 | JAL | 495.00 | 0.60 | Review of draft post-trial response briefs. |
| 11/19/09 | JPW | 495.00 | 7.70 | Revise post-trial Libby brief (3.2); e-mails re same (.5); revise and edit main brief inserts; e-mails re same (3.8); meet with NDF re edits (.2) |
| 11/19/09 | KCM | 495.00 | 1.20 | Review/analyze brief sections and related materials and communicate with Debtor re same |
| 11/19/09 | AJS | 295.00 | 0.10 | Preparation of e-mail to ACM regarding TDP revision. |
| 11/19/09 | MAF | 195.00 | 8.20 | Cite check Plan Proponents' Response to Libby Claimants' Post Trial Brief (3); compile documents cited in brief to send to the vendor for use in the hyperlinked brief (3.5); create chart of hyperlinked documents (1.7). |
| 11/20/09 | PVL | 840.00 | 8.00 | Confer Frankel, Wyron and Mehaley (3.0); confer Giannotto, Glosband, Aldock, DeChristaforo, Ifft, Wisler, Longosz, Schiavoni, Toole, Casey, Frankel, Wyron and Mahaley (2.6); review email and reply |

| | | | | |
|---|---|---|---|---|
| | | | | (.6); review revised draft main PT reply brief and email comments (1.7); review draft motion re page limits (.1). |
| 11/20/09 | NDF | 610.00 | 2.00 | Review and edit post trial Libby brief. |
| 11/20/09 | JAL | 495.00 | 1.80 | Review of drafts of post-trial response briefs. |
| 11/20/09 | JAL | 495.00 | 0.80 | Review and analysis of plan objectors' post-trial response briefs. |
| 11/20/09 | JPW | 495.00 | 7.70 | Revise and finalize Libby response brief (4.7); e-mails re edits (1.5); revise inserts to main brief, e-mails re same (1.3); meet with NDF re edits to Libby brief (.2) |
| 11/20/09 | JMR | 320.00 | 4.80 | Review brief, incorporate edits, finalize for filing |
| 11/20/09 | AJS | 295.00 | 0.10 | Preparation and review of e-mails to and from ACM. |
| 11/20/09 | MAF | 195.00 | 9.50 | Review Plan Proponents' Response to Libby Claimants' Post Trial Brief (2); review citations in brief to edit chart of hyperlinked documents (7.5). |
| 11/21/09 | PVL | 840.00 | 2.30 | Review Libby cls PT reply (.4); review BNSF PT reply (.2); review MCC PT reply (.2); review Kaneb PT reply (.1); review AMH PT reply (.1); review Montana PT reply (.2); review Morgan Stanley PT reply (.3); review CNA PT reply (.4); review Garlock PT reply (.4). |
| 11/22/09 | NDF | 610.00 | 1.00 | Review Libby post trial response brief. |
| 11/23/09 | PVL | 840.00 | 2.30 | Teleconference Giannotto and Wyron (1.1); teleconference Monaco and Cockrell (.9); review email and reply (.1); teleconference EI (.2). |
| 11/23/09 | EI | 920.00 | 1.00 | Reading Garlock and other briefs and t/c PVNL re: same (all on plane on tarmac)(1.0). |
| 11/23/09 | NDF | 610.00 | 1.00 | Read post trial response briefs. |
| 11/23/09 | AJS | 295.00 | 0.80 | Meeting with EI and ACM regarding TDP modifications (0.3); meeting with ACM regarding TDP modifications (0.5). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/23/09 | MAF | 195.00 | 2.00 | Review and edit Hyperlink Chart for the Plan Proponents' Post Trial Brief re Libby Claimants. |
| 11/24/09 | BSB | 630.00 | 1.30 | Pleadings. |
| 11/24/09 | PVL | 840.00 | 0.70 | Teleconference Wyron (.3); review Longacre PT reply (.1); review Arrowood PT reply (.2); review email (.1). |
| 11/24/09 | EI | 920.00 | 0.20 | T/c Wyron re: Libby issues. |
| 11/24/09 | NDF | 610.00 | 4.50 | Read post trial briefs. |
| 11/24/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to RCT re: fee auditor inquiries. |
| 11/24/09 | JPW | 495.00 | 0.60 | E-mails re hyperlinked briefs (.3); telephone conference with RCT re billing issue (.3) |
| 11/24/09 | MAF | 195.00 | 1.00 | Update pleadings file with Post Trial Reply Briefs filed on 11/20/09. |
| 11/25/09 | BSB | 630.00 | 2.10 | Read pleadings. |
| 11/25/09 | PVL | 840.00 | 1.10 | Review email (.3); review One Beacon PT reply (.3); review UCC/Lender PT reply (.5). |
| 11/25/09 | EI | 920.00 | 0.10 | Memo ACM re: Libby docs. |
| 11/26/09 | PVL | 840.00 | 0.60 | Review Grace PT reply to UCC/Lumbermens. |
| 11/28/09 | PVL | 840.00 | 0.30 | Review Brown email re stip and reply. |
| 11/29/09 | PVL | 840.00 | 0.20 | Review Wachovia resp to FFIC settlement (.1); review email and reply (.1). |
| 11/30/09 | PVL | 840.00 | 1.10 | Review email and reply (.2); confer ACM (.3); confer NDF (.6). |
| 11/30/09 | NDF | 610.00 | 3.30 | Meet with PVNL re closing argument (1.3); review post trial briefs and outline re closing Libby issues (2.0). |
| 11/30/09 | MAF | 195.00 | 2.50 | Review hyperlinked Plan Proponents' Response to Libby Claimants' Post-Trial Brief. |

**Total Task Code.16        421.90**

**Plan & Disclosure Statement (10.20 Hours; $ 5,916.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ann C. McMillan | 10.20 | $580 | 5,916.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/09 | ACM | 580.00 | 0.90 | Teleconference claimant (.2); review Zurich settlement agreement and send e-mail to B. Horkovich re same (.7). |
| 11/04/09 | ACM | 580.00 | 0.90 | Review insurance settlement agreements and exchange e-mails with B. Horkovich re same (.5); teleconference PVNL re insurance settlement issues (.4). |
| 11/05/09 | ACM | 580.00 | 0.20 | Teleconference PVNL re insurance issue. |
| 11/06/09 | ACM | 580.00 | 0.20 | Teleconference Grace claimant. |
| 11/08/09 | ACM | 580.00 | 0.50 | Send e-mails to Trust counsel for existing Trusts re insurance issue. |
| 11/17/09 | ACM | 580.00 | 0.10 | Teleconference claimant. |
| 11/20/09 | ACM | 580.00 | 0.10 | Teleconference J. Cohen re insurance issues. |
| 11/23/09 | ACM | 580.00 | 4.50 | Review proposed Libby settlement terms (2.3); conference EI, AJS re same (.7); review Plan and TDP re changes required to incorporate Libby changes (1.5). |
| 11/24/09 | ACM | 580.00 | 0.80 | Review AG Belge Settlement Agreement and send e-mail to B. Horkovich re same. |
| 11/30/09 | ACM | 580.00 | 2.00 | Exchange e-mails with B. Horkovich re AG Belge Settlement Agreement (.3); conference PVNL re |

                                                            insurance issues (.2); conference PVNL re TDP (.3); review revisions to TDP and exchange e-mails with R. Weyron re same (1.2).

**Total Task Code .17**          **10.20**

**Travel – Non Working (.20 Hours; $ 84.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $420.00 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/20/09 | PVL | 420.00 | 0.20 | Travel to/from Orrick office. |

**Total Task Code .21**          **.20**