**EXHIBIT B**

**Case Administration (2.50 Hours; $ 1,756.00)**

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04       2.50**

**Claim Analysis Objections & Resolution (Asbestos) (.10 Hours; $ 84.00)**

       Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05       .10**

**Fee Applications, Applicant (18.70 Hours; $ 8,448.50)**

       Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12       18.70**

**Litigation and Litigation Consulting (421.90 Hours; $ 218,636.00)**

       Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16       421.90**

**Plan & Disclosure Statement (10.20 Hours; $ 5,916.00)**

       Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17       10.20**

**Travel – Non Working (.20 Hours; $ 84.00)**

- 2 -

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21         .20**

{D0167591.1 }