## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,091.60 |
| Air Freight & Express Mail | 14.71 |
| Charge of Cell and/or Home Phone Useage | 92.79 |
| Conference Meals | 154.04 |
| Database Research | 2,212.27 |
| Local Transportation - DC | 248.33 |
| Long Distance-Equitrac In-House | 9.44 |
| Meals Related to Travel | 96.95 |
| Outside Photocopying/Duplication Service | 3,394.25 |
| Professional Fees & Expert Witness Fees | 1,487.11 |
| Research Material | 52.80 |
| Xeroxing | 333.10 |
| **Total:** | **$ 9,187.39** |

{D0167592.1 }