| | | | | |
|---|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter     000** | **Disbursements** | | | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 11/30/2009

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 11/30/2009 | 13,655 |

Client Retainers Available       $4,759.14          Committed to Invoices:        $0.00       Remaining:        $4,759.14

Total Expenses Billed To Date        $3,813,315.74

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2.60 | 0.00 | 2.60 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 68.41 | 0.00 | 68.41 |
| 0187 | NDF | Nathan D Finch | 0.00 | 484.98 | 0.00 | 484.98 |
| 0210 | CJ | Charles  Joyner | 0.00 | 32.80 | 0.00 | 32.80 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 26.90 | 0.00 | 26.90 |
| 0222 | BH | Barbara  Holtz | 0.00 | 2.20 | 0.00 | 2.20 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 2.40 | 0.00 | 2.40 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 41.80 | 0.00 | 41.80 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 111.70 | 0.00 | 111.70 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 11.40 | 0.00 | 11.40 |
| 0333 | MCG | Michael C Greene | 0.00 | 3,394.25 | 0.00 | 3,394.25 |
| 0334 | JPW | James P Wehner | 0.00 | 7.50 | 0.00 | 7.50 |
| 0337 | EGB | Erroll G Butts | 0.00 | 1,487.11 | 0.00 | 1,487.11 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 173.33 | 0.00 | 173.33 |
| 0354 | JMR | Jeanna  Rickards Koski | 0.00 | 25.00 | 0.00 | 25.00 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 996.10 | 0.00 | 996.10 |
| 0380 | EB | Eugenia  Benetos | 0.00 | 7.00 | 0.00 | 7.00 |
| 0391 | SDC | Shirley D Chisolm | 0.00 | 0.60 | 0.00 | 0.60 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 2,311.31 | 0.00 | 2,311.31 |
| **Total Fees** | | | **0.00** | **9,187.39** | **0.00** | **9,187.39** |

{D0167593.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter 000 | Disbursements | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

Invoice #

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2450494 | Photocopy | E | 11/01/2009 | 0255 | DAT | | 0.00 | $11.10 | | 0.00 | $11.10 | 11.10 |
| 2450495 | Photocopy | E | 11/01/2009 | 0255 | DAT | | 0.00 | $2.00 | | 0.00 | $2.00 | 13.10 |
| 2450497 | Photocopy | E | 11/01/2009 | 0255 | DAT | | 0.00 | $30.70 | | 0.00 | $30.70 | 43.80 |
| 2451924 | Equitrac - Long Distance to 13128622422 | E | 11/02/2009 | 0999 | C&D | | 0.00 | $0.12 | | 0.00 | $0.12 | 43.92 |
| 2451933 | Equitrac - Long Distance to 12124464934 | E | 11/02/2009 | 0999 | C&D | | 0.00 | $0.12 | | 0.00 | $0.12 | 44.04 |
| 2451934 | Equitrac - Long Distance to 13024261900 | E | 11/02/2009 | 0999 | C&D | | 0.00 | $0.36 | | 0.00 | $0.36 | 44.40 |
| 2451936 | Equitrac - Long Distance to 12124464759 | E | 11/02/2009 | 0999 | C&D | | 0.00 | $0.64 | | 0.00 | $0.64 | 45.04 |
| 2451950 | Equitrac - Long Distance to 13024261900 | E | 11/02/2009 | 0999 | C&D | | 0.00 | $0.56 | | 0.00 | $0.56 | 45.60 |
| 2451952 | Equitrac - Long Distance to 13024269910 | E | 11/02/2009 | 0999 | C&D | | 0.00 | $0.16 | | 0.00 | $0.16 | 45.76 |
| 2451953 | Equitrac - Long Distance to 13024269910 | E | 11/02/2009 | 0999 | C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 45.80 |
| 2460842 | Photocopy | E | 11/02/2009 | 0317 | JAL | | 0.00 | $11.40 | | 0.00 | $11.40 | 57.20 |
| 2460864 | Photocopy | E | 11/02/2009 | 0367 | MAF | | 0.00 | $7.30 | | 0.00 | $7.30 | 64.50 |
| 2460869 | Photocopy | E | 11/02/2009 | 0220 | SKL | | 0.00 | $5.40 | | 0.00 | $5.40 | 69.90 |

{D0167593.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2460890 | Photocopy | | E | 11/02/2009 | 0220 | SKL | 0.00 | $2.20 | 0.00 | $2.20 | 72.10 |
| 2460902 | Photocopy | | E | 11/02/2009 | 0220 | SKL | 0.00 | $2.80 | 0.00 | $2.80 | 74.90 |
| 2460924 | Photocopy | | E | 11/02/2009 | 0255 | DAT | 0.00 | $11.20 | 0.00 | $11.20 | 86.10 |
| 2460925 | Photocopy | | E | 11/02/2009 | 0255 | DAT | 0.00 | $5.10 | 0.00 | $5.10 | 91.20 |
| 2460927 | Photocopy | | E | 11/02/2009 | 0367 | MAF | 0.00 | $0.20 | 0.00 | $0.20 | 91.40 |
| 2460929 | Photocopy | | E | 11/03/2009 | 0237 | SRB | 0.00 | $14.50 | 0.00 | $14.50 | 105.90 |
| 2460930 | Photocopy | | E | 11/03/2009 | 0237 | SRB | 0.00 | $10.00 | 0.00 | $10.00 | 115.90 |
| 2460931 | Photocopy | | E | 11/03/2009 | 0220 | SKL | 0.00 | $5.10 | 0.00 | $5.10 | 121.00 |
| 2460950 | Photocopy | | E | 11/03/2009 | 0220 | SKL | 0.00 | $2.60 | 0.00 | $2.60 | 123.60 |
| 2460951 | Photocopy | | E | 11/03/2009 | 0367 | MAF | 0.00 | $21.60 | 0.00 | $21.60 | 145.20 |
| 2460961 | Photocopy | | E | 11/03/2009 | 0237 | SRB | 0.00 | $2.60 | 0.00 | $2.60 | 147.80 |
| 2460980 | Photocopy | | E | 11/03/2009 | 0210 | CJ | 0.00 | $20.40 | 0.00 | $20.40 | 168.20 |
| 2460986 | Photocopy | | E | 11/03/2009 | 0210 | CJ | 0.00 | $12.40 | 0.00 | $12.40 | 180.60 |
| 2461082 | Photocopy | | E | 11/04/2009 | 0255 | DAT | 0.00 | $8.70 | 0.00 | $8.70 | 189.30 |
| 2454500 | Petty Cash -O/T Cab Fares, 10/5/09 - 10/15/09 (KCM; Split between clients 4642, 5091, 5334, & 7123) | | E | 11/04/2009 | 0338 | KCM | 0.00 | $13.33 | 0.00 | $13.33 | 202.63 |
| 2454507 | Petty Cash -O/T Cab Fare to Residence, 11/1/09 (DAT) | | E | 11/04/2009 | 0999 | C&D | 0.00 | $50.00 | 0.00 | $50.00 | 252.63 |
| 2455214 | Equitrac - Long Distance to 13024269910 | | E | 11/05/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 252.67 |
| | | | | | | SKL | | | | | |

{D0167593.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | | Disbursements | | | | | | | | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2461170 | Photocopy | | E | 11/05/2009 | 0220 | | 0.00 | $0.70 | 0.00 | $0.70 | 253.37 |
| 2461171 | Photocopy | | E | 11/05/2009 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 254.27 |
| 2461196 | Photocopy | | E | 11/05/2009 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 257.27 |
| 2461207 | Photocopy | | E | 11/05/2009 | 0999 | C&D | 0.00 | $11.60 | 0.00 | $11.60 | 268.87 |
| 2461217 | Photocopy | | E | 11/05/2009 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 269.17 |
| 2461230 | Photocopy | | E | 11/06/2009 | 0020 | PVL | 0.00 | $2.60 | 0.00 | $2.60 | 271.77 |
| 2461287 | Photocopy | | E | 11/06/2009 | 0334 | JPW | 0.00 | $5.30 | 0.00 | $5.30 | 277.07 |
| 2461372 | Photocopy | | E | 11/09/2009 | 0255 | DAT | 0.00 | $9.90 | 0.00 | $9.90 | 286.97 |
| 2461388 | Photocopy | | E | 11/09/2009 | 0334 | JPW | 0.00 | $2.20 | 0.00 | $2.20 | 289.17 |
| 2455717 | New York Office Xeroxing Fee, 10/2009  (EI) | | E | 11/09/2009 | 0120 | EI | 0.00 | $0.90 | 0.00 | $0.90 | 290.07 |
| 2456120 | Equitrac - Long Distance to 13035626527 | | E | 11/09/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 290.19 |
| 2456193 | Executive Travel Associates -Agent Fee, re: Airfare Departure Time Changes & Ground Transportation Reservations for Coach Travel to/from Pittsburgh, PA, 10/9/09 - 10/14/09  (NDF) | | E | 11/10/2009 | 0187 | NDF | 0.00 | $120.00 | 0.00 | $120.00 | 410.19 |
| 2456194 | Executive Travel Associates -Agent Fee, re: Airfare for Coach Travel to/from Pittsburgh, PA, 10/9/09 - 10/14  (MAF) | | E | 11/10/2009 | 0367 | MAF | 0.00 | $40.00 | 0.00 | $40.00 | 450.19 |
| 2456195 | Executive Travel Associates -Airfare for Coach Travel to/from Pittsburgh, PA, 10/9/09 - 10/14  (MAF) | | E | 11/10/2009 | 0367 | MAF | 0.00 | $1,783.20 | 0.00 | $1,783.20 | 2,233.39 |
| 2456196 | Executive Travel Associates -Airfare for Coach Travel from Pittsburgh, PA, 10/14/09  (NDF) | | E | 11/10/2009 | 0187 | NDF | 0.00 | $891.60 | 0.00 | $891.60 | 3,124.99 |
| 2456197 | Executive Travel Associates -Agent Fee, re: | | E | 11/10/2009 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 3,164.99 |

{D0167593.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Airfare for Coach Travel from Pittsburgh, PA, 10/14/09 (NDF) | | | | | | | | | |
| | | | | | NDF | | | | | |
| 2456198 | Executive Travel Associates -Credit Airfare for Coach Travel from Pittsburgh, PA, 10/14/09 (NDF) | E | 11/10/2009 | 0187 | | 0.00 | -$891.60 | 0.00 | -$891.60 | 2,273.39 |
| | | | | | MAF | | | | | |
| 2456199 | Executive Travel Associates -Credit Airfare for Coach Travel from Pittsburgh, PA, 10/14/09 (MAF) | E | 11/10/2009 | 0367 | | 0.00 | -$891.60 | 0.00 | -$891.60 | 1,381.79 |
| | | | | | DAT | | | | | |
| 2461431 | Photocopy | E | 11/10/2009 | 0255 | | 0.00 | $9.00 | 0.00 | $9.00 | 1,390.79 |
| | | | | | LK | | | | | |
| 2461435 | Photocopy | E | 11/10/2009 | 0232 | | 0.00 | $0.20 | 0.00 | $0.20 | 1,390.99 |
| | | | | | SKL | | | | | |
| 2461527 | Photocopy | E | 11/11/2009 | 0220 | | 0.00 | $0.20 | 0.00 | $0.20 | 1,391.19 |
| | | | | | C&D | | | | | |
| 2456430 | Premiere Global Services -Conference Call Svc., 9/2/09 | E | 11/11/2009 | 0999 | | 0.00 | $18.80 | 0.00 | $18.80 | 1,409.99 |
| | | | | | NDF | | | | | |
| 2456444 | Premiere Global Services -Conference Call Svc., 9/6/09 - 9/23/09 (NDF) | E | 11/11/2009 | 0187 | | 0.00 | $73.99 | 0.00 | $73.99 | 1,483.98 |
| | | | | | NDF | | | | | |
| 2456465 | Nathan D. Finch -Snack while on Travel to/from Pittsburgh, PA, 9/16/09 | E | 11/11/2009 | 0187 | | 0.00 | $3.37 | 0.00 | $3.37 | 1,487.35 |
| | | | | | NDF | | | | | |
| 2456466 | Nathan D. Finch -Lunch Meal while on Travel to/from Pittsburgh, PA, 9/16/09 | E | 11/11/2009 | 0187 | | 0.00 | $24.87 | 0.00 | $24.87 | 1,512.22 |
| | | | | | NDF | | | | | |
| 2456467 | Nathan D. Finch -Dinner Meal while on Travel to/from Pittsburgh, PA, 9/18/09 | E | 11/11/2009 | 0187 | | 0.00 | $68.71 | 0.00 | $68.71 | 1,580.93 |
| | | | | | NDF | | | | | |
| 2456468 | Nathan D. Finch -Working Lunch Meal w/ JPW, 11/1/09 | E | 11/11/2009 | 0187 | | 0.00 | $28.54 | 0.00 | $28.54 | 1,609.47 |
| | | | | | NDF | | | | | |
| 2456470 | Nathan D. Finch -Working Lunch Meal w/ JPW & KCM, 11/3/09 | E | 11/11/2009 | 0187 | | 0.00 | $125.50 | 0.00 | $125.50 | 1,734.97 |
| | | | | | KCM | | | | | |
| 2456554 | Kevin C. Maclay -O/T Cab Fares to Residence, 10/26/09 - 10/29/09 | E | 11/12/2009 | 0338 | | 0.00 | $160.00 | 0.00 | $160.00 | 1,894.97 |
| | | | | | SKL | | | | | |
| 2461623 | Photocopy | E | 11/12/2009 | 0220 | | 0.00 | $1.90 | 0.00 | $1.90 | 1,896.87 |

{D0167593.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2461645 | Photocopy | | E | 11/12/2009 | 0255 | DAT | 0.00 | $9.00 | 0.00 | $9.00 | 1,905.87 |
| 2461655 | Photocopy | | E | 11/12/2009 | 0367 | MAF | 0.00 | $9.80 | 0.00 | $9.80 | 1,915.67 |
| 2461682 | Photocopy | | E | 11/12/2009 | 0232 | LK | 0.00 | $0.40 | 0.00 | $0.40 | 1,916.07 |
| 2461695 | Photocopy | | E | 11/12/2009 | 0367 | MAF | 0.00 | $5.20 | 0.00 | $5.20 | 1,921.27 |
| 2461739 | Photocopy | | E | 11/12/2009 | 0367 | MAF | 0.00 | $0.10 | 0.00 | $0.10 | 1,921.37 |
| 2457013 | Federal Express -Delivery to K.Hemming, 10/26/09 (EI) | | E | 11/12/2009 | 0120 | EI | 0.00 | $14.71 | 0.00 | $14.71 | 1,936.08 |
| 2457029 | Pacer Service Center -Research Charges, 7/1/09 - 9/30/09 | | E | 11/13/2009 | 0120 | EI | 0.00 | $52.80 | 0.00 | $52.80 | 1,988.88 |
| 2461761 | Photocopy | | E | 11/13/2009 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 1,988.98 |
| 2461787 | Photocopy | | E | 11/13/2009 | 0367 | MAF | 0.00 | $5.20 | 0.00 | $5.20 | 1,994.18 |
| 2461793 | Photocopy | | E | 11/13/2009 | 0380 | EB | 0.00 | $7.00 | 0.00 | $7.00 | 2,001.18 |
| 2461816 | Photocopy | | E | 11/13/2009 | 0367 | MAF | 0.00 | $4.20 | 0.00 | $4.20 | 2,005.38 |
| 2461838 | Photocopy | | E | 11/13/2009 | 0367 | MAF | 0.00 | $0.40 | 0.00 | $0.40 | 2,005.78 |
| 2461843 | Photocopy | | E | 11/13/2009 | 0367 | MAF | 0.00 | $0.10 | 0.00 | $0.10 | 2,005.88 |
| 2461847 | Photocopy | | E | 11/13/2009 | 0367 | MAF | 0.00 | $0.80 | 0.00 | $0.80 | 2,006.68 |
| 2456754 | Equitrac - Long Distance to 13035626527 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 2,006.72 |
| 2456766 | Equitrac - Long Distance to 13126162819 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 2,006.96 |
| 2456769 | Equitrac - Long Distance to 13039958826 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 2,007.00 |
| 2456801 | Equitrac - Long Distance to 13035626527 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 2,007.44 |

{D0167593.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter     000 | | Disbursements | | | | | | | | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2456841 | Equitrac - Long Distance to 13035626527 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 2,007.56 |
| 2456852 | Equitrac - Long Distance to 12122781322 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,007.64 |
| 2456853 | Equitrac - Long Distance to 12122781322 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,007.72 |
| 2456854 | Equitrac - Long Distance to 13035626527 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,007.80 |
| 2456862 | Equitrac - Long Distance to 13035626527 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 2,007.84 |
| 2456866 | Equitrac - Long Distance to 13024269942 | | E | 11/15/2009 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 2,008.32 |
| 2461903 | Photocopy | | E | 11/16/2009 | 0222 | BH | 0.00 | $1.40 | 0.00 | $1.40 | 2,009.72 |
| 2457301 | Equitrac - Long Distance to 12123199240 | | E | 11/16/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 2,009.92 |
| 2457406 | Petty Cash -O/T Cab Fare to Residence, 11/1/09 (JMR) | | E | 11/17/2009 | 0354 | JMR | 0.00 | $25.00 | 0.00 | $25.00 | 2,034.92 |
| 2458665 | Equitrac - Long Distance to 14142649461 | | E | 11/17/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,035.00 |
| 2458731 | Equitrac - Long Distance to 12124464934 | | E | 11/17/2009 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 2,035.16 |
| 2458741 | Equitrac - Long Distance to 13128622226 | | E | 11/17/2009 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 2,035.92 |
| 2461983 | Photocopy | | E | 11/17/2009 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 2,036.22 |
| 2462032 | Photocopy | | E | 11/17/2009 | 0220 | SKL | 0.00 | $3.60 | 0.00 | $3.60 | 2,039.82 |
| 2462092 | Photocopy | | E | 11/18/2009 | 0237 | SRB | 0.00 | $2.90 | 0.00 | $2.90 | 2,042.72 |
| 2462148 | Photocopy | | E | 11/18/2009 | 0255 | DAT | 0.00 | $10.80 | 0.00 | $10.80 | 2,053.52 |
| 2458986 | Equitrac - Long Distance to 12124464934 | | E | 11/18/2009 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 2,054.88 |
| 2458988 | Equitrac - Long Distance to 12124464833 | | E | 11/18/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,054.96 |

C&D

{D0167593.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 12/21/2009 |

Attn:  Print Date/Time: 12/21/2009 11:33:47AM

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2458990 | Equitrac - Long Distance to 13128622226 | | E | 11/18/2009 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 2,055.00 |
| 2459490 | Capture Discovery -Outside Copy Svc., 9/3/09 (MCG) | | E | 11/19/2009 | 0333 | MCG | 0.00 | $3,203.48 | 0.00 | $3,203.48 | 5,258.48 |
| 2459491 | Capture Discovery -Outside Copy Svc., 9/2/09 (MCG) | | E | 11/19/2009 | 0333 | MCG | 0.00 | $190.77 | 0.00 | $190.77 | 5,449.25 |
| 2459805 | Modus, LLC -Gen. Tech. Svc., 11/6/09  (EGB) | | E | 11/19/2009 | 0337 | EGB | 0.00 | $1,487.11 | 0.00 | $1,487.11 | 6,936.36 |
| 2463168 | Equitrac - Long Distance to 13126162819 | | E | 11/19/2009 | 0999 | C&D | 0.00 | $0.96 | 0.00 | $0.96 | 6,937.32 |
| 2463184 | Equitrac - Long Distance to 13128622226 | | E | 11/19/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 6,937.36 |
| 2463186 | Equitrac - Long Distance to 12124464833 | | E | 11/19/2009 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 6,938.12 |
| 2463195 | Equitrac - Long Distance to 12124464833 | | E | 11/19/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 6,938.16 |
| 2463198 | Equitrac - Long Distance to 13126162819 | | E | 11/19/2009 | 0999 | C&D | 0.00 | $0.52 | 0.00 | $0.52 | 6,938.68 |
| 2463217 | Equitrac - Long Distance to 13035626527 | | E | 11/19/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 6,938.80 |
| 2463222 | Equitrac - Long Distance to 13096355535 | | E | 11/19/2009 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 6,939.04 |
| 2462864 | Equitrac - Long Distance to 13024269910 | | E | 11/20/2009 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 6,939.32 |
| 2462256 | Photocopy | | E | 11/20/2009 | 0237 | SRB | 0.00 | $11.60 | 0.00 | $11.60 | 6,950.92 |
| 2462259 | Photocopy | | E | 11/20/2009 | 0237 | SRB | 0.00 | $0.20 | 0.00 | $0.20 | 6,951.12 |
| 2462272 | Photocopy | | E | 11/20/2009 | 0255 | DAT | 0.00 | $4.20 | 0.00 | $4.20 | 6,955.32 |
| 2462355 | Photocopy | | E | 11/23/2009 | 0220 | SKL | 0.00 | $2.00 | 0.00 | $2.00 | 6,957.32 |
| 2462418 | Photocopy | | E | 11/23/2009 | 0999 | C&D | 0.00 | $4.90 | 0.00 | $4.90 | 6,962.22 |
| 2462434 | Photocopy | | E | 11/23/2009 | 0391 | SDC | 0.00 | $0.60 | 0.00 | $0.60 | 6,962.82 |

{D0167593.1 }

**Client Number:   4642**                               Grace Asbestos Personal Injury Claimants                                                         Page: 1
**Matter      000**                                     **Disbursements**                                                                                12/21/2009

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

Invoice #

| ID | Description | | Date | Code | Init | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2462459 | Photocopy | E | 11/24/2009 | 0367 | MAF | 0.00 | $0.10 | 0.00 | $0.10 | 6,962.92 |
| 2463277 | Photocopy | E | 11/25/2009 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 6,963.52 |
| 2463287 | Photocopy | E | 11/25/2009 | 0222 | BH | 0.00 | $0.80 | 0.00 | $0.80 | 6,964.32 |
| 2463391 | Photocopy | E | 11/30/2009 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 6,965.62 |
| 2463430 | Photocopy | E | 11/30/2009 | 0367 | MAF | 0.00 | $9.50 | 0.00 | $9.50 | 6,975.12 |
| 2465983 | Database Research - Westlaw by NDF on 11/3-9 | E | 11/30/2009 | 0999 | C&D | 0.00 | $180.47 | 0.00 | $180.47 | 7,155.59 |
| 2465984 | Database Research - Westlaw by JMR on 11/4 | E | 11/30/2009 | 0999 | C&D | 0.00 | $7.12 | 0.00 | $7.12 | 7,162.71 |
| 2465985 | Database Research - Westlaw by JPW on 11/11-19 | E | 11/30/2009 | 0999 | C&D | 0.00 | $638.01 | 0.00 | $638.01 | 7,800.72 |
| 2465986 | Database Research - Westlaw by MAF on 11/17-20 | E | 11/30/2009 | 0999 | C&D | 0.00 | $93.94 | 0.00 | $93.94 | 7,894.66 |
| 2465987 | Database Research - Westlaw by EGB on 11/4 | E | 11/30/2009 | 0999 | C&D | 0.00 | $13.73 | 0.00 | $13.73 | 7,908.39 |
| 2465988 | Database Research - Westlaw by KCM on 11/17 | E | 11/30/2009 | 0999 | C&D | 0.00 | $87.76 | 0.00 | $87.76 | 7,996.15 |
| 2465989 | Database Research - Westlaw by MAF/MLR on 11/4 | E | 11/30/2009 | 0999 | C&D | 0.00 | $1,163.34 | 0.00 | $1,163.34 | 9,159.49 |
| 2465990 | Database Research - Westlaw by NDF/MLR on 11/24 | E | 11/30/2009 | 0999 | C&D | 0.00 | $27.90 | 0.00 | $27.90 | 9,187.39 |

**Total Expenses**                                                                                           $9,187.39                                   $9,187.39
                                                                                              0.00                              0.00
                    Matter Total Fees                                                                        0.00                                       0.00
                    Matter Total Expenses                                                                    9,187.39                                   9,187.39
                    Matter Total                                                              0.00           9,187.39           0.00                    9,187.39

                    Prebill Total Fees
                    Prebill Total Expenses                                                                   $9,187.39                                  $9,187.39
                    Prebill Total                                                             0.00           $9,187.39           0.00                   $9,187.39

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|

{D0167593.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 12/21/2009 |

Print Date/Time: 12/21/2009 11:33:47AM

Attn:

| Invoice # | | | |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 66,545 | 01/26/2009 | 364,903.00 | 1,633.83 |
| 67,847 | 04/23/2009 | 404,063.50 | 3,331.00 |
| 68,337 | 05/26/2009 | 357,760.25 | 71,552.05 |
| 68,948 | 06/22/2009 | 452,029.25 | 90,405.83 |
| 69,435 | 07/28/2009 | 618,971.00 | 123,794.20 |
| 69,835 | 08/26/2009 | 605,649.50 | 121,129.90 |
| 70,265 | 09/23/2009 | 694,896.00 | 138,979.20 |
| 70,735 | 10/27/2009 | 844,931.97 | 844,931.97 |
| 71,431 | 11/30/2009 | 444,575.97 | 444,575.97 |
| | | 6,574,930.19 | 1,889,983.25 |

{D0167593.1 }