IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: January 19, 2010 @ 4:00 p.m.** |

**MONTHLY FEE APPLICATION OF ANDERSON, KILL, & OLICK, P.C. FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | Anderson, Kill, & Olick, P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 14, 2005, *nunc pro tunc* to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | November 1, 2009 through November 30, 2009 |
| Amount of compensation sought as actual, reasonable and necessary: | $194,502.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,882.51 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Anderson, Kill, & Olick, P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the Eighteenth application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/1/05 | 7/1/05 through 7/31/05 | $8,954.00 (80% of $11,192.50) | $0.00 | $8,954.00 | $0.00 |

{D0167600.1}

| | | | | | |
|---|---|---|---|---|---|
| 9/29/05 | 8/1/05 through 8/31/05 | $4,028.40 (80% of $5,035.50) | $169.64 | $4,028.40 | $169.64 |
| 12/1/05 | 10/1/05 through 10/31/05 | $1,596.00 (80% of $1,995.00) | $20.31 | $1,596.00 | $20.31 |
| 12/28/05 | 11/1/05 through 11/20/05 | $3,594.80 (80% of $4,493.50) | $59.25 | $3,594.80 | $59.25 |
| 5/3/06 | 1/1/06 through 3/31/06 | $13,811.60 (80% of $17,264.50) | $46.48 | $13,811.60 | $46.48 |
| 5/31/06 | 4/1/06 through 4/30/06 | $36,205.60 (80% of $45,257.00) | $705.77 | $36,205.60 | $705.77 |
| 6/30/06 | 5/1/06 through 5/31/06 | $95,277.60 (80% of $119,097.00) | $41.00 | $95,277.60 | $41.00 |
| 8/1/06 | 6/1/06 through 6/30/06 | $39,952.80 (80% of $49,941.00) | $98.03 | $39,952.80 | $98.03 |
| 8/29/06 | 7/1/06 through 7/31/06 | $34,140.80 (80% of $42,676.00) | $154.30 | $34,140.80 | $154.30 |
| 9/29/06 | 8/1/06 through 8/31/06 | $18,866.40 (80% of $23,583.00) | $173.25 | $18,866.40 | $173.25 |
| 10/30/06 | 9/1/06 through 9/30/06 | $14,832.80 (80% of $18,541.00) | $269.36 | $14,832.80 | $269.36 |
| 11/29/06 | 10/1/06 through 10/31/06 | $14,376.00 (80% of $17,971.00) | $223.25 | $14,376.00 | $223.25 |
| 12/27/06 | 11/1/06 through 11/30/06 | $34,092.00 (80% of $42,615.00) | $244.03 | $34,092.00 | $244.03 |
| 2/1/07 | 12/1/06 through 12/31/06 | $11,360.00 (80% of $14,200.00) | $58.60 | $11,360.00 | $58.60 |
| 3/2/07 | 1/1/07 through 1/31/07 | $4,665.20 (80% of $5,831.50) | $0.00 | $4,665.20 | $0.00 |
| 3/29/07 | 2/1/07 through 2/28/07 | $8,496.00 (80% of $10,620.00) | $4.50 | $8,496.00 | $4.50 |
| 4/30/07 | 3/1/07 through 3/31/07 | $4,065.20 (80% of $5,081.50) | -$156.70 | $4,056.20 | -$156.70 |
| 6/4/07 | 4/1/07 through 4/30/07 | $14,111.20 (80% of $17,639.00) | $1,215.28 | $14,111.20 | $1,215.28 |
| 6/29/07 | 5/1/07 through 5/31/07 | $5,440.40 (80% of $6,800.50) | $1,351.73 | $5,440.40 | $1,351.73 |

| | | | | | |
|---|---|---|---|---|---|
| 8/1/07 | 6/1/07 through 6/30/07 | $23,765.60 (80% of $29,707.00) | $98.62 | $23,765.60 | $98.62 |
| 8/31/07 | 7/1/07 through 7/31/07 | $69,389.20 (80% of $86,736.50) | $394.57 | $69,389.20 | $394.57 |
| 10/3/07 | 8/1/07 through 8/31/07 | $76,542.40 (80% of $95,678.00) | $665.70 | $76,542.40 | $665.70 |
| 11/1/07 | 9/1/07 through 9/30/07 | $118,733.20 (80% of $148,416.50) | $1,582.95 | $118,733.20 | $1,582.95 |
| 11/30/07 | 10/1/07 through 10/31/07 | $24,769.60 (80% of $30,962.00) | $63.16 | $24,769.60 | $63.16 |
| 12/28/07 | 11/1/07 through 11/30/07 | $44,240.00 (80% of $55,300.00) | $6.72 | $44,240.00 | $6.72 |
| 1/31/08 | 12/1/07 through 12/31/07 | $38,406.00 (80% of $48,007.50) | $0.00 | $38,406.00 | $0.00 |
| 3/5/08 | 1/1/08 through 1/31/08 | $47,728.40 (80% of $59,660.50) | $975.03 | $47,728.40 | $975/03 |
| 3/31/08 | 2/1/08 through 2/29/08 | $41,315.60 (80% of $51,644.50) | $1,111.94 | $41,315.60 | $1,111.94 |
| 4/30/08 | 3/1/08 through 3/31/08 | $111,292.40 (80% of $139,115.50) | $1,112.47 | $111,292.40 | $1,112.47 |
| 7/1/08 | 4/1/08 through 4/30/08 | $161,779.60 (80% of $202,224.50) | $2,558.60 | $161,779.60 | $2,558.60 |
| 7/1/08 | 5/1/08 through 5/31/08 | $94,622.80 (80% of $118,278.50) | $3,035.45 | $94,622.80 | $3,035.45 |
| 8/5/08 | 6/1/08 through 6/30/08 | $161,457.60 (80% of $201,822.00) | $284.96 | $161,457.60 | $284.96 |
| 8/28/08 | 7/1/08 through 7/31/08 | $149,923.20 (80% of $187,404.00) | $2,093.56 | $149,923.20 | $2,093.56 |
| 10/2/08 | 8/1/08 through 8/31/08 | $109,541.60 (80% of $136,927.00) | $629.40 | $109,541.60 | $629.40 |
| 10/31/08 | 9/1/08 through 9/30/08 | $99,828.00 (80% of $124,785.00) | $174.36 | $99,828.00 | $174.36 |
| 12/3/08 | 10/1/08 through 10/31/08 | $146,409.20 (80% of $183,011.50) | $837.84 | $146,409.20 | $837.84 |
| 1/6/09 | 11/1/08 through 11/30/08 | $150,773.20 (80% of $188,466.50) | $2,073.83 | $150,773.20 | $2,073.83 |

| | | | | | |
|---|---|---|---|---|---|
| 2/3/09 | 12/1/08 through 12/31/08 | $165,389.20 (80% of $206,736.50) | $1,747.49 | $165,389.20 | $1,747.49 |
| 3/4/09 | 1/1/09 through 1/31/09 | $189,578.80 (80% of $236,973.50) | $2,299.80 | $189,578.80 | $2,299.80 |
| 4/2/09 | 2/1/09 through 2/28/09 | $191,789.60 (80% of $239,737.00) | $3,627.15 | $191,789.60 | $3,627.15 |
| 5/6/09 | 3/1/09 through 3/31/09 | $219,035.60 (80% of $273,794.50) | $2,060.39 | $219,035.60 | $2,060.39 |
| 5/29/09 | 4/1/09 through 4/30/09 | $229,368.00 (80% of $286,710.00) | $2,925.05 | $229,368.00 | $2,925.05 |
| 7/1/09 | 5/1/09 through 5/31/09 | $221,862.80 (80% of $277,328.50) | $5,865.82 | $221,862.80 | $5,865.82 |
| 8/4/09 | 6/1/09 through 6/30/09 | $338,235.60 (80% of $422,794.50) | $2,568.94 | $338,235.60 | $2,568.94 |
| 9/1/09 | 7/1/09 through 7/31/09 | $343,386.00 (80% of $429,232.50) | $9,429.56 | $343,386.00 | $9,429.56 |
| 10/2/09 | 8/1/09 through 8/31/09 | $326,855.20 (80% of $408,569.00) | $6,785.73 | Pending | Pending |
| 11/2/09 | 9/1/09 through 9/30/09 | $289,048.40 (80% of $361,310.50) | $6,456.29 | Pending | Pending |
| 12/2/09 | 10/1/09 through 10/31/09 | $183,256.80 (80% of $229,071.00) | $2,944.08 | Pending | Pending |
| **12/30/09** | **11/1/09 through 11/30/09** | **$155,602.00 (80% of $194,502.50)** | **$3,882.51** | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**
**ANDERSON, KILL, & OLICK P.C.**

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---:|---:|---:|
| Phillip C. England, Esq. | 0 | $865.00 | $0.00 |
| Robert M. Horkovich, Esq. | 57.7 | $845.00 | $48,756.50 |
| Mark D. Silverschotz, Esq. | 0 | $625.00 | $0.00 |
| Ann V. Kramer, Esq. | 0 | $625.00 | $0.00 |
| Gloria J. Frank, Esq. | 0 | $570.00 | $0.00 |
| Edward J. Stein, Esq. | 0 | $585.00 | $0.00 |

| | | | |
|---|---|---|---|
| Robert Y. Chung, Esq. | 139.5 | $555.00 | $77,422.50 |
| Mark Garbowski, Esq. | 64.1 | $545.00 | $34,934.50 |
| Todd E. Duffy, Esq. | 0 | $525.00 | $0.00 |
| Diana R. Gliedman, Esq. | 0 | $500.00 | $0.00 |
| Kenneth E. Sharperson | 0 | $460.00 | $0.00 |
| Lawrence J. Bartelemucci, Esq. | 0 | $455.00 | $0.00 |
| Bridget M. Healy | 0 | $445.00 | $0.00 |
| Anna Piazza | 19.3 | $415.00 | $8,009.50 |
| Joseph G. Balice | 0 | $345.00 | $0.00 |
| Dennis J. Nolan | 0 | $345.00 | $0.00 |
| Glenn F. Fields, Insurance Specialist | 0 | $315.00 | $0.00 |
| Mark T. Ladd, Paralegal | 0 | $280.00 | $0.00 |
| Michael Chung, Paralegal | 8.5 | $280.00 | $2,380.00 |
| A. Marcello Antonucci, Paralegal | 0 | $280.00 | $0.00 |
| Izak Feldgreber, Paralegal | 37.9 | $275.00 | $10,422.50 |
| Donald Flynn, Paralegal | 0 | $250.00 | $0.00 |
| Harris E. Gershman, Paralegal | 19.3 | $255.00 | $4,921.50 |
| Victoria Talabacu, Paralegal | 0 | $255.00 | $0.00 |
| Daryl Lyew, Paralegal | 0 | $230.00 | $0.00 |
| Arline Pelton, Paralegal | 20.9 | $230.00 | $4,807.00 |
| Karen G. Rozinski, Paralegal | 0 | $220.00 | $0.00 |
| Corina K Nastu, Paralegal | 1.8 | $210.00 | $378.00 |
| Claudia A. Llie, Paralegal | 2.9 | $210.00 | $609.00 |
| Nicholas J. Baldson, Paralegal | 8.2 | $195.00 | $1,599.00 |
| Kathleen Samet, Paralegal | 0 | $160.00 | $0.00 |

| | | | |
|---|---|---|---|
| Esther Quiles, Paralegal | 2.5 | $105.00 | $262.50 |
| Michaela C. Nitoi, Paralegal | 0 | $100.00 | $0.00 |
| William D. Katz, Paralegal | 0 | $100.00 | $0.00 |
| Channell Mellish, Paralegal | 0 | $100.00 | $0.00 |
| **Totals:** | **382.6** | | **$194,502.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 11/1/09 through 11/30/09 | Total Fees for the Period 11/01/09 through 11/30/09 |
|---|---|---|
| Asset Analysis and Recovery | 371 | $191,574.50 |
| Asset Disposition | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 0.00 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0.00 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0.00 | $0.00 |
| Committee Administration | 0.00 | $0.00 |
| Employee Benefits/Pension | 0.00 | $0.00 |
| Employment Applications (applicant) | 0.00 | $0.00 |
| Employment Applications (others) | 0.00 | $0.00 |
| Fee Applications (applicant) | 11.6 | $2,928.00 |
| Fee Applications (others) | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Hearings | 0.00 | $0.00 |
| Litigation | 0.00 | $0.00 |
| Plan and Disclosure Statement | 0.00 | $0.00 |
| Relief from Stay Proceedings | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Tax Litigation | 0.00 | $0.00 |
| Travel (non-working) | 0.00 | $0.00 |

| | | |
|---|---:|---:|
| Valuation | 0.00 | $0.00 |
| ZAI Science Trial | 0.00 | $0.00 |
| Retention Issues | 0.00 | $0.00 |
| **Grand totals** | **382.6** | **$194,502.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Monthly Period |
|---|---|---:|
| In-House Reproduction ($.10 per copy) | | $764.30 |
| Outside Reproduction & Courier Service | | $0 |
| Facsimile ($0.50 per page) | | $13.50 |
| Travel | | $610.94 |
| Long Distance Telephone Calls | | $391.00 |
| On-line Computer Service | | $0 |
| Working Meals | | $0 |
| Postage | | $0.44 |
| Research | | $748.13 |
| Overnight Courier | Federal Express | $100.33 |
| Transcript/Deposition Services | | $1,253.87 |
| **Total:** | | **$3,882.51** |

ANDERSON KILL & OLICK, P.C

*/s/ Robert Y. Chung*
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1039

Special Insurance Coverage Counsel for the Official Committee of Asbestos Claimants

Dated: December 30, 2009