# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

December 15, 2009                                  INVOICE:            235430

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 11/30/09**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/02/09 | Research and review files and transcript of recent deposition from court reporter for attorney review. | W001 | NJB | 1.20 |
| 11/02/09 | Edit insurance sections of final briefs. | W001 | RMH | 1.80 |
| 11/02/09 | Attention to insurance coverage issues related to confirmation hearing and briefing (2.80). Research and analysis regarding newly raised insurance coverage defenses raised during settlement discussions (3.60). | W001 | RYC | 6.40 |
| 11/03/09 | Review new Relles data. | W001 | MG | 2.40 |
| 11/03/09 | Attention to settlement offer from foreign insurance company. | W001 | RMH | 1.20 |
| 11/03/09 | Work on insurance coverage settlement research and issues (1.70).  Work on insolvent insurance coverage issues (1.90).  Review and analysis of post-bankruptcy related Trust matters pertaining to insurance coverage issues (2.80). | W001 | RYC | 6.40 |
| 11/04/09 | Begin reviewing and revising time and expense entries (last hour done while traveling). | W011 | AHP | 2.20 |
| 11/04/09 | Reviewed information re: settlement agreement exhibits. | W001 | IF | 1.80 |
| 11/04/09 | Perform analysis of Turegum for settlement meeting and conference B Horkovich and P Mahaley re: same (1.00); work with new Relles data (1.80). | W001 | MG | 2.80 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                       EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

December 15, 2009                                  INVOICE:           235430

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/04/09 | Attention to settlements, motion for approval, order for two significant insurance companies (3.60); Draft analysis and recommendation for ACC (1.20); Settlement meeting with a foreign insurance company (3.20); Prepare for same (1.60). | W001 | RMH | 9.60 |
| 11/04/09 | Follow-up regarding insolvent insurance coverage related recoveries (2.20). Review and analysis of bankruptcy related documents impacting insurance coverage obligations (2.10). Prepare response and follow-up to insurance settlement inquiries (2.20). | W001 | RYC | 6.50 |
| 11/05/09 | Continue reviewing and revising time and expense entries. | W011 | AHP | 3.30 |
| 11/05/09 | Reviewed proposed agreement attachments (3.20); second agreement attachment reviewed (.40). | W001 | HEG | 3.60 |
| 11/05/09 | Reviewed subsidiaries re: settlement "liability insurance companies" selling "general insurance policies" and attachments A and D. | W001 | IF | 2.90 |
| 11/05/09 | Reviewed insolvent insurance company information. | W001 | IF | 0.90 |
| 11/05/09 | Work with new Relles data. | W001 | MG | 1.70 |
| 11/05/09 | Attention to settlement negotiations (2.30). Extensive discussions with insurance company counsel (2.40). Confer with client (.60). | W001 | RMH | 5.70 |
| 11/05/09 | Research and analysis regarding insurance company history and claims background in connection with settlement matters (2.90). Prepare response regarding post-bankruptcy insurance coverage defenses (2.60). Review and analysis of issues related to insurance insolvencies (1.70). | W001 | RYC | 7.20 |
| 11/06/09 | Continued to review and update information re: insolvent insurance companies. | W001 | IF | 0.90 |
| 11/06/09 | Attention to settlement negotiations. | W001 | RMH | 3.20 |
| 11/06/09 | Follow-up research and analysis in connection with responses regarding prior insurance coverage settlement issues. | W001 | RYC | 4.90 |
| 11/09/09 | Review cases involving consent-to-settle defense (4.70). Begin to draft memorandum re: same (6.20). | W001 | AP | 10.90 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

December 15, 2009                              INVOICE:      235430

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/09/09 | Review new Relles data and prepare and revise allocation re: same. | W001 | MG | 4.20 |
| 11/09/09 | Review and update regarding post-trial insurance coverage issues (1.60). Research and analysis of specific insurance coverage issues relating to settlement discussions (2.50). Review and follow-up regarding insolvent coverage recoveries (1.70). | W001 | RYC | 5.80 |
| 11/10/09 | Begin proofing revisions (.40); continue proofing revisions (1.00). | W001 | AHP | 1.40 |
| 11/10/09 | Review charts, prior submissions and respond to M. Santiago request for information. | W001 | AHP | 0.60 |
| 11/10/09 | Continue to draft memorandum re: consent-to-settle cases involving specific insurance companies (5.20). Revise same (2.20). | W001 | AP | 7.40 |
| 11/10/09 | Review new Relles data and prepare and revise allocation re: same. | W001 | MG | 3.90 |
| 11/10/09 | Attention to settlement. | W001 | RMH | 2.20 |
| 11/10/09 | Research and analysis in connection with defenses to coverage relating to bankruptcy asbestos settlement (3.50). Research and analysis in connection with defenses to coverage post-bankruptcy in relation to trust (2.70). | W001 | RYC | 6.20 |
| 11/11/09 | Review additional information (.70); proof changes and forward to attorney for review (1.20). | W011 | AHP | 1.90 |
| 11/11/09 | Complete draft of memorandum. | W001 | AP | 1.00 |
| 11/11/09 | Searched files and in-house resources re: history of asbestos claims. | W001 | IF | 1.60 |
| 11/11/09 | Prepare to send new Relles data and revise allocation re: same. | W001 | MG | 4.30 |
| 11/11/09 | Attention to settlement. | W001 | RMH | 2.30 |
| 11/11/09 | Research and analysis regarding historical claim recovery background and issues (1.90). Research and investigate insolvent coverage matters (.80). Review and analysis regarding settlement agreement matters (2.20). Prepare follow-up demand letters addressing specific issues (2.80). | W001 | RYC | 7.70 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 15, 2009 | | INVOICE: | | 235430 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/12/09 | Review most recent responses re: domestic insolvencies (1.10); analyze and assist with responses to brief (2.10). | W001 | HEG | 3.20 |
| 11/12/09 | Reviewed Phase II Trial Brief re: settlement agreements and confirmation of plan. | W001 | IF | 2.10 |
| 11/12/09 | Prepare to present new Relles data and revise allocation re: same. | W001 | MG | 3.60 |
| 11/12/09 | Attention to settlement discussions with specific insurance company. | W001 | RMH | 2.70 |
| 11/12/09 | Prepare reply to post-trial brief regarding insurance settlements and 524(g) protection issues (5.70). Follow-up review of post-bankruptcy Trust related issues (1.20). | W001 | RYC | 6.90 |
| 11/12/09 | Review and comment upon fee application. | W011 | RYC | 0.80 |
| 11/13/09 | Search for specific type of cases using Mealey's databases per M. Chung request. | W001 | EQ | 1.20 |
| 11/13/09 | Completion and submission of claim notification. | W001 | HEG | 0.30 |
| 11/13/09 | Searched files re: insurance related correspondence. (.80). Searched files and in-house resources re: settlement agreement. (.70). | W001 | IF | 1.50 |
| 11/13/09 | Research re: bankruptcy code and agreements. | W001 | MC | 5.70 |
| 11/13/09 | Prepare to share new Relles data and revise allocation re: same. | W001 | MG | 3.70 |
| 11/13/09 | Retrieve materials from court website at attorney request. | W001 | NJB | 1.20 |
| 11/13/09 | Conference call with potentially settling insurance company (1.00).  Confer with Lisa Esayian regarding same (.60).  Transmit material to insurance company (1.00). | W001 | RMH | 2.60 |
| 11/13/09 | Finalize and attention to follow-up settlement demand letters (1.30).  Attention to coverage issues in connection with motions to approve settlement (1.40).  Research and prepare reply to post-trial brief regarding insurance settlements and 524(g) protection issues (5.90). | W001 | RYC | 8.60 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 15, 2009 | | INVOICE: | | 235430 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/15/09 | Research and analysis of coverage issues regarding potential pre-bankruptcy settlements and 524(g) protection issues (0.60). Draft post-trial reply brief regarding (3.60). | W001 | RYC | 4.20 |
| 11/16/09 | Begin to review new documents. | W011 | AHP | 0.60 |
| 11/16/09 | Review all changes, finalize and release time/expense entries to local counsel. | W011 | AHP | 1.30 |
| 11/16/09 | Retrieval of Mealey's newsletters per M. Chung request. | W001 | EQ | 0.30 |
| 11/16/09 | Assist R. Chung with policy and settlement agreement research re: brief responses. | W001 | HEG | 2.20 |
| 11/16/09 | Reviewed settlement agreements and insurance policies re: "products/completed operations hazards." | W001 | IF | 2.80 |
| 11/16/09 | Continued research into bankruptcy code and agreements. | W001 | MC | 2.80 |
| 11/16/09 | Attention to settlement language. | W001 | MG | 0.30 |
| 11/16/09 | Work with shifted claims data for allocation. | W001 | MG | 4.70 |
| 11/16/09 | Prepare materials to respond to information request. | W001 | MG | 1.80 |
| 11/16/09 | Attention to post-trial brief (2.20). Settlement negotiation with a foreign insurance company (.40). | W001 | RMH | 2.60 |
| 11/16/09 | Research and resolve insurance issues in connection with post trial brief (3.30). Draft post-trial brief insert for team distribution (5.00). | W001 | RYC | 8.30 |
| 11/17/09 | Continue reviewing new documents and update monitoring chart. | W011 | AHP | 0.90 |
| 11/17/09 | Review, identify, and prepare specific policy provisions in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.90 |
| 11/17/09 | Policy and settlement agreement research (3.70); prepare for and attend phone conference re: broker notice records (1.10). | W001 | HEG | 4.80 |
| 11/17/09 | Reviewed new settlement and reimbursement agreements. | W001 | IF | 1.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 15, 2009 | | INVOICE: | | 235430 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/17/09 | Attention to historical insurance correspondence and primary policy. | W001 | IF | 1.10 |
| 11/17/09 | Reviewed information re: request for policy erosion information. | W001 | IF | 0.60 |
| 11/17/09 | Reviewed primary policies issued with same policy number. | W001 | IF | 2.90 |
| 11/17/09 | Prepare materials to respond to information request and draft cover email re: same. | W001 | MG | 1.40 |
| 11/17/09 | Work with shifted claims data for allocation. | W001 | MG | 4.80 |
| 11/17/09 | Research and attempt to retrieve documents from record and off court docket for attorney review. | W001 | NJB | 2.20 |
| 11/17/09 | Conference regarding binder notice letters (1.20). Attention to closing brief (2.20). Settlement negotiations with specific insurance company (1.30). | W001 | RMH | 4.70 |
| 11/17/09 | Research and revisions in connection with post-trial brief (3.80).  Research and analysis regarding settlement discussion issues for certain remaining insurance companies (2.60). | W001 | RYC | 6.40 |
| 11/18/09 | Finish reviewing new documents and update monitoring chart. | W011 | AHP | 0.60 |
| 11/18/09 | Attention to historical correspondence with Jeff Posner and Fred Zaremby. | W001 | IF | 1.10 |
| 11/18/09 | Reviewed and updated information re: new reimbursement agreements. | W001 | IF | 2.20 |
| 11/18/09 | Work with shifted claims data for allocation. | W001 | MG | 4.30 |
| 11/18/09 | Attention to closing brief. | W001 | RMH | 2.20 |
| 11/18/09 | Review and comment upon post-trial briefing response in connection with coverage issues (3.80). Research and follow-up regarding settlement discussion inquiries (2.90). | W001 | RYC | 6.70 |
| 11/19/09 | Searched files and in-house resources re: insurance company limits and policy year information. | W001 | IF | 0.90 |
| 11/19/09 | Reviewed notice database information re: insurance companies. | W001 | IF | 1.60 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 15, 2009 | | INVOICE: | | 235430 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/19/09 | Work with shifted claims data for allocation. | W001 | MG | 4.60 |
| 11/19/09 | Emails re: insolvent insurance company issues. | W001 | MG | 0.40 |
| 11/19/09 | Settlement negotiations with numerous separate insurance companies (2.80). Conference with FCR counsel (Mahaley) and Debtors' counsel (Esayian) regarding same (1.30). Attention to closing briefing (1.70). | W001 | RMH | 5.80 |
| 11/19/09 | Review and comment upon settlement discussion issues (3.80). Research and analysis regarding Trust issues post-bankruptcy as pertaining to non-settling insurance companies (2.40). | W001 | RYC | 6.20 |
| 11/20/09 | Multiple e-mails and retrieval of prior research materials (.30); review of instructions for new research project (.10). | W001 | AHP | 0.40 |
| 11/20/09 | Additional research assistance (1.80); trigger issues researched (.70); insolvency queries reviewed for response (.40). | W001 | HEG | 2.90 |
| 11/20/09 | Reviewed agreements and Exhibits 5 and 524g protection issues. | W001 | IF | 2.80 |
| 11/20/09 | Reviewed insurance company erosion. | W001 | IF | 1.30 |
| 11/20/09 | Review pre-bankruptcy allocation data. | W001 | MG | 2.50 |
| 11/20/09 | Follow-up regarding historical claims handling relating to remaining insurance companies (1.60). Attention to issues pertaining to insolvent insurance carriers (1.30). Analysis of settlement discussion impediments, defenses, and related issues (2.40). | W001 | RYC | 5.30 |
| 11/22/09 | Research and draft analysis in connection with settlement discussion points regarding valuation and claims. | W001 | RYC | 2.40 |
| 11/23/09 | Research project using PACER per attorney request. | W001 | AHP | 1.30 |
| 11/23/09 | Reviewed cash receipts. | W001 | IF | 2.40 |
| 11/23/09 | Emails re: confidentiality issues (.40); review data re: insolvent insurance in connection with erosion data cash receipts (.60); work on cost data adjustments (4.20). | W001 | MG | 5.20 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

December 15, 2009                                          INVOICE:               235430

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/23/09 | Settlement discussion correspondence in connection with negotiations regarding valuation and documentation issues (3.30). Analysis regarding insurance transfer issues in connection with settlement discussions (1.30). Attention to issues in connection with insurance insolvencies (0.90). | W001 | RYC | 5.50 |
| 11/24/09 | Continue research project using PACER and begin documenting. | W001 | AHP | 2.80 |
| 11/24/09 | Review, identify, and prepare specific policy provisions in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.90 |
| 11/24/09 | Searched files and in-house and online resources re: CIP 9019 Motions. | W001 | IF | 1.40 |
| 11/24/09 | Reviewed notice of claim information. | W001 | IF | 0.70 |
| 11/24/09 | Work on cost data adjustments. | W001 | MG | 3.70 |
| 11/24/09 | Attention to settlements with various insurance companies. | W001 | RMH | 4.20 |
| 11/24/09 | Finalize settlement discussion correspondence in connection with negotiations regarding valuation and documentation issues (4.80). Follow-up analysis regarding insurance transfer issues in connection with settlement discussions (0.80). Attention to inquiries regarding insolvent available coverage (0.80). | W001 | RYC | 6.40 |
| 11/25/09 | Assist N. Balsdon with searching PACER and reviewing materials obtained. | W001 | CAI | 2.90 |
| 11/25/09 | Reviewed revised cash receipts and settlement agreement. | W001 | IF | 1.30 |
| 11/25/09 | Organization and analysis of case materials for attorney review. | W001 | NJB | 3.60 |
| 11/25/09 | Attention to reply briefs by insurance company objections (1.30). Attention to settlement discussions with numerous insurance companies (2.00). | W001 | RMH | 3.30 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 15, 2009 | | INVOICE: | | 235430 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/25/09 | Prepare and research post-trial briefing reply analysis in connection with insurance coverage issues (3.40).  Follow-up regarding remaining outstanding issues in connection with settlement discussions (1.90). | W001 | RYC | 5.30 |
| 11/27/09 | Post-trial briefing reply research and analysis in connection with insurance coverage issues. | W001 | RYC | 4.80 |
| 11/29/09 | Post-trial briefing reply analysis in connection with insurance coverage issues. | W001 | RYC | 4.50 |
| 11/30/09 | Continue research project using PACER and continue documenting. | W001 | AHP | 3.60 |
| 11/30/09 | Search for pending bankruptcy filings. | W001 | EQ | 1.00 |
| 11/30/09 | Review and processing of newly received cash receipts data. | W001 | HEG | 2.30 |
| 11/30/09 | Reviewed information re: settlement demand correspondence letters. | W001 | IF | 0.60 |
| 11/30/09 | Reviewed revised cash receipts from insurance companies re: asbestos claims. | W001 | IF | 1.30 |
| 11/30/09 | Work on cost data adjustments. | W001 | MG | 3.80 |
| 11/30/09 | Attention to numerous settlement agreement negotiations (3.50).  Attention to CNO regarding motion for approval of settlement (.10). | W001 | RMH | 3.60 |
| 11/30/09 | Work on responding to outstanding settlement discussion issues (2.50). Respond to inquiries regarding settlement matters (.50). Prepare insurance analysis in anticipation of oral argument for confirmation hearing (3.10). | W001 | RYC | 6.10 |

**TOTAL FEES:**                                                                                           **$194,502.50**

{D0167587.1 }

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

December 15, 2009 INVOICE: 235430

MATTER: CLAIMANTS COMMITTEE ROBERT M. HORKOVICH

**FEE SUMMARY**

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anna Piazza | 415.00 | 19.30 | 8,009.50 |
| Arline H Pelton | 230.00 | 20.90 | 4,807.00 |
| Claudia A Ilie | 210.00 | 2.90 | 609.00 |
| Corina K Nastu | 210.00 | 1.80 | 378.00 |
| Esther Quiles | 105.00 | 2.50 | 262.50 |
| Harris E Gershman | 255.00 | 19.30 | 4,921.50 |
| Izak Feldgreber | 275.00 | 37.90 | 10,422.50 |
| Mark Garbowski | 545.00 | 64.10 | 34,934.50 |
| Michael Chung | 280.00 | 8.50 | 2,380.00 |
| Nicholas J Balsdon | 195.00 | 8.20 | 1,599.00 |
| Robert M Horkovich | 845.00 | 57.70 | 48,756.50 |
| Robert Y Chung | 555.00 | 139.50 | 77,422.50 |
| **TOTAL FEES:** | | | **$194,502.50** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

December 15, 2009                                       INVOICE:           235430

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001       Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 10.10 | 2,323.00 |
| Anna Piazza | 19.30 | 8,009.50 |
| Claudia A Ilie | 2.90 | 609.00 |
| Corina K Nastu | 1.80 | 378.00 |
| Esther Quiles | 2.50 | 262.50 |
| Harris E Gershman | 19.30 | 4,921.50 |
| Izak Feldgreber | 37.90 | 10,422.50 |
| Michael Chung | 8.50 | 2,380.00 |
| Mark Garbowski | 64.10 | 34,934.50 |
| Nicholas J Balsdon | 8.20 | 1,599.00 |
| Robert M Horkovich | 57.70 | 48,756.50 |
| Robert Y Chung | 138.70 | 76,978.50 |
| **TOTAL:** | **371.00** | **$191,574.50** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 10.80 | 2,484.00 |
| Robert Y Chung | 0.80 | 444.00 |
| **TOTAL:** | **11.60** | **$2,928.00** |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| December 15, 2009 | | INVOICE: | 235430 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

**COSTS through 11/30/09**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges October 1, 2009 - October 31, 2009 | E106 | 337.65 |
| 11/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges October 1, 2009 - October 31, 2009 | E106 | 3.82 |
| 11/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges October 1, 2009 - October 31, 2009 | E106 | 69.41 |
| 11/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Charges October 1, 2009 - October 31, 2009 | E106 | 337.25 |
| 11/02/09 | DI - FAX CHARGES | E104 | 7.50 |
| 11/02/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 11/02/09 | DI - PHOTOCOPYING | E101 | 0.70 |
| 11/02/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 11/03/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 11/03/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 11/03/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 11/04/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 11/05/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 11/06/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 11/09/09 | AP - TELEPHONE- VENDOR: HORKOVICH, ROBERT M. CourtCall telephonic hearing charges incurred while participating on court hearings 9/10 | E125 | 44.00 |
| 11/09/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. CourtCall telephonic hearing charges incurred while participating on court hearings 10/13 | E125 | 205.00 |
| 11/09/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. CourtCall telephonic hearing charges incurred while participating on court hearings 10/14 | E125 | 142.00 |
| 11/09/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 11/10/09 | DI - POSTAGE | E108 | 0.44 |
| 11/10/09 | DI - PHOTOCOPYING | E101 | 7.00 |
| 11/10/09 | DI - PHOTOCOPYING | E101 | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE         MATTER:    100055.WRG01

December 15, 2009                      INVOICE:        235430

MATTER:  CLAIMANTS COMMITTEE           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/10/09 | DI - PHOTOCOPYING | E101 | 21.60 |
| 11/10/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 11/12/09 | DI - PHOTOCOPYING | E101 | 8.80 |
| 11/12/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 11/12/09 | DI - PHOTOCOPYING | E101 | 11.60 |
| 11/13/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 568051335 Tracking Number: 857800176916 Reference: Billing Note: From: H GERSHMAN, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 43, NEW YORK, NY, 100201103, US To: IAN LEIGHTON, HIGHLANDS INS CO (UK) LTD, CO PRO INS SOLUTIONS LTD BRUTON COURT BRUTON WAY, GLOUCESTER, GL11DA, GB | E107 | 26.55 |
| 11/13/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 940627177 Tracking Number: 869323113670 Reference: 100055 WRG01 Billing Note: From: ROBERT M HORKOVICH, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 43, NEW YORK, NY, 100201182, US To: WILLIAM P SHELLEY, COZEN & O CONNOR, 1900 MARKET ST, PHILADELPHIA, PA, 19103, US | E107 | 7.34 |
| 11/13/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 940627177 Tracking Number: 791511649701 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Patrick Feeley, Dorsey & Whitney LLP, 250 Park Ave Fl 15, NEW YORK, NY, 10177, US | E107 | 9.90 |
| 11/13/09 | DI - PHOTOCOPYING | E101 | 108.50 |
| 11/13/09 | DI - PHOTOCOPYING | E101 | 1.50 |
| 11/13/09 | DI - PHOTOCOPYING | E101 | 8.90 |
| 11/13/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 11/13/09 | DI - PHOTOCOPYING | E101 | 1.50 |
| 11/13/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 11/16/09 | DI - PHOTOCOPYING | E101 | 2.00 |
| 11/17/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 11/17/09 | DI - PHOTOCOPYING | E101 | 6.00 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:    100055.WRG01

December 15, 2009                       INVOICE:    235430

MATTER:  CLAIMANTS COMMITTEE            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/18/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 11/19/09 | TRAVEL AND/OR HOTEL EXPS - VENDOR: THE DUQUESNE CLUB Hotel stay during second week of trial hearing in Pittsburgh 9/14/09 through 9/16/09 | E110 | 610.94 |
| 11/20/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 11/23/09 | DI - PHOTOCOPYING | E101 | 2.20 |
| 11/23/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 11/23/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 11/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 941437958 Tracking Number: 791512570321 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Gary  Greenman, Esq, Nicoletti Gonson Spinner & Owe, 555 Fifth Avenue, 8th FLoor, NEW YORK CITY, NY, 10017, US | E107 | 7.34 |
| 11/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 941437958 Tracking Number: 791512586066 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Patrick J  Feeley, Esq, Dorsey & Whitney LLP, 250 Park Avenue, NEW YORK, NY, 10177, US | E107 | 9.59 |
| 11/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 941437958 Tracking Number: 792168053974 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M. Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Amy R  Paulus, Esq, Clausen Miller P C, 10 South La Salle Street, CHICAGO, IL, 60603, US | E107 | 22.68 |
| 11/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 941437958 Tracking Number: 799501879136 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M. Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Brandon Smith Reporting Servic, INFORMATION NOT SUP PLIED, 44 Capitol Avenue, Suite 203, HARTFORD, CT, 06106, US | E107 | 7.34 |

{D0167587.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:    100055.WRG01

December 15, 2009                                   INVOICE:       235430

MATTER: CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 11/24/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 941437958 Tracking Number: 799501898473 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Robert P. Siegel, Esq, Traub Lieberman Straus & Shrew, Mid Westchester Executive Park, HAWTHORNE, NY, 10532, US | E107 | 9.59 |
| 11/24/09 | DI - FAX CHARGES | E104 | 6.00 |
| 11/24/09 | TRANSCRIPTS & DEPOSITIONS - VENDOR: BRANDON SMITH REPORTING SERVICE LLC Deposition transcripts for George L Priest taken on 11/9/09 | E125 | 1,253.87 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 1.80 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 1.80 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 4.00 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 22.00 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 2.00 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 36.30 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 9.00 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 8.70 |
| 11/24/09 | DI - PHOTOCOPYING | E101 | 442.60 |
| 11/25/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 11/25/09 | DI - PHOTOCOPYING | E101 | 30.30 |
| 11/25/09 | DI - PHOTOCOPYING | E101 | 8.90 |
| 11/30/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 11/30/09 | DI - PHOTOCOPYING | E101 | 2.30 |

**TOTAL COSTS:**                                                **$3,882.51**

{D0167587.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

December 15, 2009                                 INVOICE:         235430

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 100.33 |
| FX | DI - FAX CHARGES - | 13.50 |
| LB | LIBRARY & LEGAL RESEARCH | 748.13 |
| PG | DI - POSTAGE - | 0.44 |
| TD | TRANSCRIPTS & DEPOSITIONS | 1,253.87 |
| TE | AP - TELEPHONE - | 391.00 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 610.94 |
| XE | DI - PHOTOCOPYING - | 764.30 |
| | **TOTAL COSTS:** | **$3,882.51** |
| | **TOTAL DUE:** | **$198,385.01** |

{D0167587.1 }