Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2009 through November 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 03-Nov-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 06-Nov-09 | BR | Review of Grace operating and financial reports for September 2009. | 2.50 | $ 595.00 | $ 1,487.50 |
| 10-Nov-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 11-Nov-09 | BR | Review of market multiples valuation of W.R. Grace and comparison to current market value of W.R. Grace. | 2.10 | $ 595.00 | $ 1,249.50 |
| 20-Nov-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 27-Nov-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Bradley Rapp | 5.10 | | $ 3,034.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-Nov-09 | JS | Review terms of the Deferred Payment Obligation for valuation for Asbestos PI Trust. | 1.20 | $ 595.00 | $ 714.00 |
| 02-Nov-09 | JS | Review, revise value of components of package to Asbestos PI Trust for valuation (preliminary). | 0.80 | $ 595.00 | $ 476.00 |
| 02-Nov-09 | JS | Review enterprise values and market multiples of comparable specialty chemical companies, compare to indicated market enterprise value of Grace as structured per POR for monitoring and valuation (preliminary). | 0.60 | $ 595.00 | $ 357.00 |
| 10-Nov-09 | JS | Commence review of pricing and valuation information for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 10-Nov-09 | JS | Commence review and analysis of 3rd Quarter 2009 10-Q for monitoring and valuation. | 2.90 | $ 595.00 | $ 1,725.50 |
| 10-Nov-09 | JS | Review, revise P Cramp's preliminary comparable companies market multiple valuation for valuation and for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| 11-Nov-09 | JS | Continue review and analysis of 3rd Quarter 2009 10-Q for monitoring and valuation. | 1.20 | $ 595.00 | $ 714.00 |
| 11-Nov-09 | JS | Develop enterprise value, estimated market value of reorganized restructured Grace capitalization for valuation and for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 12-Nov-09 | JS | Review, analyze Financial Briefing - 3rd Quarter 2009 from Company/Blackstone in preparation for conference call on 11/19/09 with Company for monitoring and valuation. | 2.30 | $ 595.00 | $ 1,368.50 |
| 12-Nov-09 | JS | Review, analyze Operating Outlook for 4th Quarter and Year 2009 from Company/Blackstone in preparation for conference call on 11/19/09 with Company for monitoring and valuation. | 1.30 | $ 595.00 | $ 773.50 |
| 18-Nov-09 | JS | Review, analyze Sealed Air 3rd Quarter 2009 10-Q Report for monitoring and for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 19-Nov-09 | JS | Write update report to ACC counsel for purposes of advising same. | 1.20 | $ 595.00 | $ 714.00 |
| 19-Nov-09 | JS | Review Financial Briefing - 3rd Quarter 2009 and Operating Outlook for 4th Quarter and Year 2009, draft questions in preparation for conference call with Company on 11/19/09 for monitoring and valuation. | 1.40 | $ 595.00 | $ 833.00 |
| 19-Nov-09 | JS | Conference call with Company (La Force) and Blackstone regarding 3rd Quarter 2009 results and 4th Quarter outlook and estimates for year 2009. | 0.70 | $ 595.00 | $ 416.50 |
| 20-Nov-09 | JS | Write follow-up memorandum to report of 11/19/09 to ACC counsel for purposes of advising same. | 0.60 | $ 595.00 | $ 357.00 |
| 25-Nov-09 | JS | Review terms of Seale Air financing, fund availability, further review of Sealed Air 3rd Quarter 2009 10-Q, for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 25-Nov-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 25-Nov-09 | JS | Write memorandum to ACC counsel regarding Sealed Air financing and funding, Grace pricing and valuation, for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total James Sinclair | 26.60 | | $ 15,827.00 |
| Robert Lindsay - Managing Director | | | | | |
| 27-Nov-09 | RL | Reviewed and forwarded October invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| Peter Cramp - Senior Analyst | | | | | |
| 02-Nov-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 2.80 | $ 275.00 | $ 770.00 |
| 02-Nov-09 | PC | Prepare comparable company market multiple valuation for due diligence and valuation monitoring. | 4.60 | $ 275.00 | $ 1,265.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2009 through November 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 03-Nov-09 | PC | Continue preparation of comparable company market multiple valuation for due diligence and valuation monitoring. | 3.80 | $ 275.00 | $ 1,045.00 |
| 03-Nov-09 | PC | Review of comparable company SEC filings and financial data for use in market multiple valuation. | 4.40 | $ 275.00 | $ 1,210.00 |
| 04-Nov-09 | PC | Review and analyze Debtor's debt capacity for due diligence. | 2.10 | $ 275.00 | $ 577.50 |
| 04-Nov-09 | PC | Complete market multiple valuation and discuss with J. Sinclair for due diligence and valuation monitoring. | 3.60 | $ 275.00 | $ 990.00 |
| 09-Nov-09 | PC | Review Debtor's Q3 10-Q filing for due diligence and monitoring. | 2.40 | $ 275.00 | $ 660.00 |
| 09-Nov-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 10-Nov-09 | PC | Review warrant pricing model for monitoring of settlement package value. | 2.90 | $ 275.00 | $ 797.50 |
| 10-Nov-09 | PC | Revise comparable company market multiple valuation at request of J. Sinclair and discuss with same. | 2.20 | $ 275.00 | $ 605.00 |
| 10-Nov-09 | PC | Review Sealed Air's Q3 10-Q filing for due diligence and monitoring. | 0.50 | $ 275.00 | $ 137.50 |
| 12-Nov-09 | PC | Review SEC filings for potential additions to comparable company market multiple analysis. | 3.30 | $ 275.00 | $ 907.50 |
| 13-Nov-09 | PC | Review Q3 materials sent by Blackstone in preparation for conference call to discuss operating results. | 1.80 | $ 275.00 | $ 495.00 |
| 13-Nov-09 | PC | Review 10-Q filings for guideline companies to be added to comparable company market multiple valuation. | 3.40 | $ 275.00 | $ 935.00 |
| 17-Nov-09 | PC | Further revisions to comparable company market multiple valuation and update share price information. | 1.10 | $ 275.00 | $ 302.50 |
| 17-Nov-09 | PC | Review weekly share price and settlement package value update prepared by G. Sinclair for due diligence. | 0.40 | $ 275.00 | $ 110.00 |
| 17-Nov-09 | PC | Further review and analysis of Debtor's Q3 10-Q filing for due diligence and monitoring. | 4.60 | $ 275.00 | $ 1,265.00 |
| 19-Nov-09 | PC | Review materials in preparation for conference call with Blackstone and Debtor (Hudson La Force). | 1.20 | $ 275.00 | $ 330.00 |
| 19-Nov-09 | PC | Conference call with financial advisors, Blackstone and Debtor (Hudson La Force) to discuss Q3 results and financial forecasts. | 0.70 | $ 275.00 | $ 192.50 |
| 23-Nov-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $ 275.00 | $ 522.50 |
| | | Total Peter Cramp | 49.30 | | $ 13,557.50 |

Gibbons Sinclair - Analyst

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 16-Nov-09 | GS | Update weekly share price update and settlement package for due diligence. | 1.80 | $ 220.00 | $ 396.00 |
| 16-Nov-09 | GS | Review and distribute Sealed Air 3rd Quarter 10-Q. | 0.30 | $ 220.00 | $ 66.00 |
| 25-Nov-09 | GS | Draft October 09 Invoice. | 1.20 | $ 220.00 | $ 264.00 |
| 30-Nov-09 | GS | Update weekly share price update and settlement package for due diligence. | 2.30 | $ 220.00 | $ 506.00 |
| | | Total Gibbons Sinclair | 5.60 | | $ 1,232.00 |
| | | **TOTAL** | 86.80 | | $ 33,761.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2009 through November 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 10-Nov-09 | PC | Review warrant pricing model for monitoring of settlement package value. | 2.90 | $ 275.00 | $ 797.50 |
| | | Asset Analysis and Recovery | 2.90 | | $ 797.50 |
| Business Operations/Due Diligence | | | | | |
| 02-Nov-09 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 2.80 | $ 275.00 | $ 770.00 |
| 04-Nov-09 | PC | Review and analyze Debtor's debt capacity for due diligence. | 2.10 | $ 275.00 | $ 577.50 |
| 09-Nov-09 | PC | Review Debtor's Q3 10-Q filing for due diligence and monitoring. | 2.40 | $ 275.00 | $ 660.00 |
| 09-Nov-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 10-Nov-09 | PC | Review Sealed Air's Q3 10-Q filing for due diligence and monitoring. | 0.50 | $ 275.00 | $ 137.50 |
| 13-Nov-09 | PC | Review Q3 materials sent by Blackstone in preparation for conference call to discuss operating results. | 1.80 | $ 275.00 | $ 495.00 |
| 16-Nov-09 | GS | Update weekly share price update and settlement package for due diligence. | 1.80 | $ 220.00 | $ 396.00 |
| 16-Nov-09 | GS | Review and distribute Sealed Air 3rd Quarter 10-Q. | 0.30 | $ 220.00 | $ 66.00 |
| 17-Nov-09 | PC | Review weekly share price and settlement package value update prepared by G. Sinclair for due diligence. | 0.40 | $ 275.00 | $ 110.00 |
| 17-Nov-09 | PC | Further review and analysis of Debtor's Q3 10-Q filing for due diligence and monitoring. | 4.60 | $ 275.00 | $ 1,265.00 |
| 19-Nov-09 | JS | Write update report to ACC counsel for purposes of advising same. | 1.20 | $ 595.00 | $ 714.00 |
| 19-Nov-09 | JS | Conference call with Company (La Force) and Blackstone regarding 3rd Quarter 2009 results and 4th Quarter outlook and estimates for year 2009. | 0.70 | $ 595.00 | $ 416.50 |
| 19-Nov-09 | PC | Review materials in preparation for conference call with Blackstone and Debtor (Hudson La Force). | 1.20 | $ 275.00 | $ 330.00 |
| 19-Nov-09 | PC | Conference call with financial advisors, Blackstone and Debtor (Hudson La Force) to discuss Q3 results and financial forecasts. | 0.70 | $ 275.00 | $ 192.50 |
| 20-Nov-09 | JS | Write follow-up memorandum to report of 11/19/09 to ACC counsel for purposes of advising same. | 0.60 | $ 595.00 | $ 357.00 |
| 23-Nov-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $ 275.00 | $ 522.50 |
| 25-Nov-09 | JS | Review terms of Seale Air financing, fund availability, further review of Sealed Air 3rd Quarter 2009 10-Q, for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 30-Nov-09 | GS | Update weekly share price update and settlement package for due diligence. | 2.30 | $ 220.00 | $ 506.00 |
| | | Total Business Operations/Due Diligence | 29.10 | | $ 9,264.50 |
| Fee Applications (Applicant) | | | | | |
| 25-Nov-09 | GS | Draft October 09 Invoice. | 1.20 | $ 220.00 | $ 264.00 |
| 27-Nov-09 | RL | Reviewed and forwarded October invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Fee Applications (Applicant) | 1.40 | | $ 374.00 |
| Valuation | | | | | |
| 02-Nov-09 | JS | Review terms of the Deferred Payment Obligation for valuation for Asbestos PI Trust. | 1.20 | $ 595.00 | $ 714.00 |
| 02-Nov-09 | JS | Review, revise value of components of package to Asbestos PI Trust for valuation (preliminary). | 0.80 | $ 595.00 | $ 476.00 |
| 02-Nov-09 | JS | Review enterprise values and market multiples of comparable specialty chemical companies, compare to indicated market enterprise value of Grace as structured per POR for monitoring and valuation (preliminary). | 0.60 | $ 595.00 | $ 357.00 |
| 02-Nov-09 | PC | Prepare comparable company market multiple valuation for due diligence and valuation monitoring. | 4.60 | $ 275.00 | $ 1,265.00 |
| 03-Nov-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 03-Nov-09 | PC | Continue preparation of comparable company market multiple valuation for due diligence and valuation monitoring. | 3.80 | $ 275.00 | $ 1,045.00 |
| 03-Nov-09 | PC | Review of comparable company SEC filings and financial data for use in market multiple valuation. | 4.40 | $ 275.00 | $ 1,210.00 |
| 04-Nov-09 | PC | Complete market multiple valuation and discuss with J. Sinclair for due diligence and valuation monitoring. | 3.60 | $ 275.00 | $ 990.00 |
| 06-Nov-09 | BR | Review of Grace operating and financial reports for September 2009. | 2.50 | $ 595.00 | $ 1,487.50 |
| 10-Nov-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2009 through November 30, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| 10-Nov-09 | JS | Commence review of pricing and valuation information for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 10-Nov-09 | JS | Commence review and analysis of 3rd Quarter 2009 10-Q for monitoring and valuation. | 2.90 | $ 595.00 | $ 1,725.50 |
| 10-Nov-09 | JS | Review, revise P Cramp's preliminary comparable companies market multiple valuation for valuation and for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| 10-Nov-09 | PC | Revise comparable company market multiple valuation at request of J. Sinclair and discuss with same. | 2.20 | $ 275.00 | $ 605.00 |
| 11-Nov-09 | BR | Review of market multiples valuation of W.R. Grace and comparison to current market value of W.R. Grace. | 2.10 | $ 595.00 | $ 1,249.50 |
| 11-Nov-09 | JS | Continue review and analysis of 3rd Quarter 2009 10-Q for monitoring and valuation. | 1.20 | $ 595.00 | $ 714.00 |
| 11-Nov-09 | JS | Develop enterprise value, estimated market value of reorganized restructured Grace capitalization for valuation and for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 12-Nov-09 | JS | Review, analyze Financial Briefing - 3rd Quarter 2009 from Company/Blackstone in preparation for conference call on 11/19/09 with Company for monitoring and valuation. | 2.30 | $ 595.00 | $ 1,368.50 |
| 12-Nov-09 | JS | Review, analyze Operating Outlook for 4th Quarter and Year 2009 from Company/Blackstone in preparation for conference call on 11/19/09 with Company for monitoring and valuation. | 1.30 | $ 595.00 | $ 773.50 |
| 12-Nov-09 | PC | Review SEC filings for potential additions to comparable company market multiple analysis. | 3.30 | $ 275.00 | $ 907.50 |
| 13-Nov-09 | PC | Review 10-Q filings for guideline companies to be added to comparable company market multiple valuation. | 3.40 | $ 275.00 | $ 935.00 |
| 17-Nov-09 | PC | Further revisions to comparable company market multiple valuation and update share price information. | 1.10 | $ 275.00 | $ 302.50 |
| 18-Nov-09 | JS | Review, analyze Sealed Air 3rd Quarter 2009 10-Q Report for monitoring and for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 19-Nov-09 | JS | Review Financial Briefing - 3rd Quarter 2009 and Operating Outlook for 4th Quarter and Year 2009, draft questions in preparation for conference call with Company on 11/19/09 for monitoring and valuation. | 1.40 | $ 595.00 | $ 833.00 |
| 20-Nov-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 25-Nov-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 25-Nov-09 | JS | Write memorandum to ACC counsel regarding Sealed Air financing and funding, Grace pricing and valuation, for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| 27-Nov-09 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Valuation | 53.40 | | $ 23,325.00 |
| | | **TOTAL** | 86.80 | | $ 33,761.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2009 through November 30, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 5.10 | $ 595.00 | $ 3,034.50 |
| James Sinclair - Senior Managing Director | 26.60 | $ 595.00 | $ 15,827.00 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 49.30 | $ 275.00 | $ 13,557.50 |
| Gibbons Sinclair - Analyst | 5.60 | $ 220.00 | $ 1,232.00 |
| Total Professional Hours and Fees | 86.80 | | $ 33,761.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - November 1, 2009 through November 30, 2009

| Date | Description of Item | Amount |
|---|---|---|
| 03-Nov-09 | Online Research - Alacra | $72.00 |
| 13-Nov-09 | Online Research - Alacra | $24.00 |
| | Total Expenses November 1, 2009 through November 30, 2009 | $96.00 |