# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: January 19, 2010 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## NINETY-NINTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83243020A01123009

# EXHIBIT A

83239779A01123009

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/01/09 3 | Follow up on call from Judge Bongiovanni and review information on settlement documents<br>A. Marchetta | 0.3 | 192.00 |
| 10/01/09 3 | Telephone call from Magistrate Judge Bongiovanni and follow up re same<br>B. Moffitt | 0.8 | 320.00 |
| 10/02/09 3 | Telephone call to Judge Bongiovanni and follow up with B. Moffitt regarding information to client<br>A. Marchetta | 0.5 | 320.00 |
| 10/02/09 3 | Follow up re telephone call from Magistrate Judge Bongiovanni<br>B. Moffitt | 0.3 | 120.00 |
| 10/02/09 3 | Finalize draft of settlement papers and forward to all counsel<br>B. Moffitt | 0.8 | 320.00 |
| 10/07/09 14 | E-mails and follow-up with B. Moffitt regarding revisions to settlement agreement<br>A. Marchetta | 0.8 | 512.00 |
| 10/07/09 3 | Telephone call with DAGs Dickinson and Engel re NJDEP's comments on settlement papers and follow up with A. Marchetta re same<br>B. Moffitt | 0.6 | 240.00 |
| 10/07/09 3 | Draft e-mail re telephone call with DAGs Dickinson and Engel re NJDEP's comments on settlement papers and follow up with A. Marchetta re same<br>B. Moffitt | 0.5 | 200.00 |
| 10/08/09 14 | Telephone conferences and e-mails regarding the communications concerning the form of the settlement agreement and the issues as to the client and counsel regarding same<br>A. Marchetta | 0.7 | 448.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/08/09 3 | Review e-mails and work with A. Marchetta re follow up to telephone call with DAGs Dickinson and Engel re NJDEP's comments on settlement papers<br>B. Moffitt | 0.3 | 120.00 |
| 10/09/09 14 | E-mails and follow-up regarding revisions to form of motion on settlement<br>A. Marchetta | 0.6 | 384.00 |
| 10/09/09 3 | Continued preparation of settlement papers and e-mail to NJDEP counsel re same; work with A. Marchetta re same<br>B. Moffitt | 2.4 | 960.00 |
| 10/10/09 14 | E-mails with mediator regarding status and follow-up with B. Moffitt on same<br>A. Marchetta | 0.4 | 256.00 |
| 10/12/09 14 | Telephone calls, e-mails and conference calls with co-counsel and follow-up with client regarding release issues<br>A. Marchetta | 2.0 | 1,280.00 |
| 10/12/09 14 | Address correspondence and issues related to proposed release and scope of language concerning NJ and NJDEP<br>W. Hatfield | 0.4 | 166.00 |
| 10/12/09 3 | Work with A. Marchetta and W. Hatfield re continued preparation of settlement papers and e-mails and telephone calls to client and co-defendants' counsel re same<br>B. Moffitt | 2.5 | 1,000.00 |
| 10/13/09 14 | Work with B. Moffitt on changes to motion papers and co-counsel issues<br>A. Marchetta | 1.0 | 640.00 |
| 10/13/09 14 | Prepare memo to case team on state entities and release scope issues<br>W. Hatfield | 0.4 | 166.00 |
| 10/13/09 3 | Work with A. Marchetta re continued preparation of settlement papers and e-mails re same<br>B. Moffitt | 1.0 | 400.00 |
| 10/14/09 14 | Review stipulation and numerous e-mails on settlement of same<br>A. Marchetta | 1.0 | 640.00 |
| 10/14/09 3 | Work with A. Marchetta re continued preparation of settlement papers and drafting of proposed e-mail to NJDEP counsel<br>B. Moffitt | 0.9 | 360.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/15/09 14 | Emails regarding stipulation<br>A. Marchetta | 0.3 | 192.00 |
| 10/16/09 14 | Telephone conferences and e-mails regarding final court hearing action regarding stipulation; telephone conference with client regarding same<br>A. Marchetta | 1.0 | 640.00 |
| 10/17/09 14 | Follow-up with B. Moffitt regarding filing of stipulation<br>A. Marchetta | 0.3 | 192.00 |
| 10/19/09 14 | Work on stipulation and settlement papers with B. Moffitt<br>A. Marchetta | 0.8 | 512.00 |
| 10/19/09 3 | Work with A. Marchetta and co-counsel re continued preparation of settlement papers and communicate with all counsel re same<br>B. Moffitt | 1.2 | 480.00 |
| 10/20/09 3 | Follow up regarding stipulation filing and telephone call to mediator<br>A. Marchetta | 0.6 | 384.00 |
| 10/21/09 3 | E-mails and follow up regarding settlement and requirements regarding bankruptcy filings and e-mail with mediator; review regarding information for same<br>A. Marchetta | 1.2 | 768.00 |
| 10/21/09 3 | Follow up re motion re settlement and proof of claim issues and communicate with co-counsel and DAG Dickinson re same<br>B. Moffitt | 0.4 | 160.00 |
| 10/22/09 3 | E-mails and follow up with B. Moffitt regarding information for DEP regarding filing claim<br>A. Marchetta | 0.6 | 384.00 |
| 10/22/09 3 | Follow up re motion re settlement and proof of claim issues and communicate with co-counsel and DAG Dickinson re same<br>B. Moffitt | 0.1 | 40.00 |
| 10/23/09 3 | E-mails and follow up regarding State's claim and with mediator<br>A. Marchetta | 0.7 | 448.00 |
| 10/23/09 3 | Review e-mail and proof of claim from DAG Dickinson<br>B. Moffitt | 0.1 | 40.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.80 | 415.00 | 332.00 |
| A. Marchetta | 12.80 | 640.00 | 8,192.00 |
| B. Moffitt | 11.90 | 400.00 | 4,760.00 |
| TOTAL: | 25.50 | | 13,284.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 8.9 | | |
| | 3 | 3.9 | 640.00 | 8,192.00 |
| W. Hatfield | 14 | 0.8 | 415.00 | 332.00 |
| B. Moffitt | 3 | 11.9 | 400.00 | 4,760.00 |
| TOTAL: | | 25.5 | | 13,284.00 |

5

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/27/09  14 | Review, revise and discuss with K. Begley DP's August 2009 Fee Application  S. Zuber | 0.3 | 148.50 |
| 10/27/09  18 | Draft August 2009 Fee Application Documents; review and respond to e-mails with S. Zuber regarding same  K. Begley | 1.3 | 325.00 |
| 10/28/09  14 | Review fee application and revise  A. Marchetta | 0.4 | 256.00 |
| 10/28/09  18 | Revise and finalize August 2009 Fee Application Documents; discuss same with A. Marchetta; draft e-mail to local counsel regarding filing of same  K. Begley | 0.6 | 150.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.40 | 640.00 | 256.00 |
| S. Zuber | 0.30 | 495.00 | 148.50 |
| K. Begley | 1.90 | 250.00 | 475.00 |
| TOTAL: | 2.60 | | 879.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | <u>TASK CODE</u> | <u>HOURS</u> | <u>RATE</u> | <u>FEE</u> |
|---|---|---|---|---|
| K. Begley | 18 | 1.9 | 250.00 | 475.00 |
| A. Marchetta | 14 | 0.4 | 640.00 | 256.00 |
| S. Zuber | 14 | 0.3 | 495.00 | 148.50 |
| TOTAL: | | 2.6 | | 879.50 |

6

# EXHIBIT B

83239779A01123009

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

None.

7