```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number      1944150
    One Town Center Road                    Invoice Date        12/24/09
    Boca Raton, FL   33486                  Client Number        172573




==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                    560.00
    Expenses                                  0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $560.00
                                                        =============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      1944150
   One Town Center Road                     Invoice Date        12/24/09
   Boca Raton, FL   33486                   Client Number        172573
                                            Matter Number         60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2009

| Date | Name | | Hours |
|------|------|---|------|
| 11/06/09 | Ament | E-mails re: 11/23/09 hearing. | .20 |
| 11/09/09 | Ament | Various e-mails re: agenda for 11/23/09 hearing (.20); update hearing binders per J. O'Neill request (.20); hand deliver same to Judge Fitzgerald (.10). | .50 |
| 11/10/09 | Ament | Various e-mails and telephone calls re: Sept. hearings and 11/23/09 hearing. | .50 |
| 11/17/09 | Ament | Various e-mails and telephone calls re: 11/23/09 hearing (.30); telephone call from Pachulski re: final agenda for said hearing (.10); provide agenda to Judge Fitzgerald per J. O'Neill request (.10); circulate agenda to team (.10). | .60 |
| 11/18/09 | Ament | Various e-mails and meetings re: Jan. hearings. | .30 |
| 11/19/09 | Ament | E-mails re: 12/14/09 omnibus hearing. | .20 |
| 11/23/09 | Ament | Assist K&E with hearing deadline (.10); various e-mails with K. Love re: same (.10); hand deliver brief to Judge Fitzgerald (.10); e-mail to R. Baker re: 12/13/09 hearing (.10); e-mails with P. Cuniff of Pachulski re: hearing | .50 |

```
172573 W. R. Grace & Co.                         Invoice Number   1944150
 60026 Litigation and Litigation Consulting      Page      2
       December 24, 2009


   Date    Name                                                       Hours
 -------- -----------                                                 -----
                        binders due 11/30/09 (.10).

 11/24/09 Ament         E-mails re: 12/14/09 hearing.                   .10

 11/30/09 Ament         Update hearing binders re:                      .30
                        12/14/09 hearing (.20); hand
                        deliver same to Judge Fitzgerald
                        per J. O'Neill request (.10).

                                                                     ------
                                                      TOTAL HOURS      3.20


 TIME SUMMARY                   Hours         Rate         Value
 ------------------------       -----------------------    -------
 Sharon A. Ament                 3.20 at $  175.00    =     560.00

                        CURRENT FEES                                  560.00


                                                                ------------
                        TOTAL BALANCE DUE UPON RECEIPT             $560.00
                                                                ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W. R. Grace                                Invoice Number     1944151
   5400 Broken Sound Blvd., N.W.              Invoice Date      12/24/09
   Boca Raton, FL 33487                       Client Number      172573




==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                                 2,396.50
      Expenses                                 0.00

                      TOTAL BALANCE DUE UPON RECEIPT          $2,396.50
                                                           =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



  W. R. Grace                              Invoice Number      1944151
  5400 Broken Sound Blvd., N.W.            Invoice Date       12/24/09
  Boca Raton, FL 33487                     Client Number       172573
                                           Matter Number         60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 11/03/09 | Ament | E-mails re: quarterly fee application. | .10 |
| 11/05/09 | Ament | Begin calculating fees and expenses re: quarterly fee application (.20); continue drafting narrative and summary re: same (.20); e-mail to A. Muha re: quarterly fee application (.10). | .50 |
| 11/05/09 | Lord | E-mail to S. Ament re: Grace quarterly (.1); prepare exhibits for same (.2). | .20 |
| 11/06/09 | Ament | Continue calculating fees and expenses re: quarterly fee application (1.10); continue drafting narrative and summary re: same (.40); various e-mails re: quarterly fee application (.10); provide same to A. Muha for review (.10). | 1.70 |
| 11/06/09 | Muha | Review and revise materials for Quarterly Fee Application (July-September 2009). | .40 |
| 11/09/09 | Ament | Finalize quarterly fee application (.30); e-mail same to J. Lord for DE filing (.10). | .40 |
| 11/09/09 | Lord | Research docket and update 2002 Service List. | .30 |

```
172573 W. R. Grace & Co.                          Invoice Number   1944151
60029  Fee Applications-Applicant                 Page     2
       December 24, 2009


   Date    Name                                                    Hours
 --------  -----------                                              -----

 11/09/09  Lord           Revise and prepare Reed Smith              1.50
                          quarterly fee application for
                          e-filing and service.

 11/10/09  Lord           Revise, e-file and service Reed             .70
                          Smith quarterly fee application.

 11/12/09  Ament          Attend to billing matters.                  .10

 11/19/09  Ament          Attend to billing matters.                  .10

 11/19/09  Muha           Review and revise October 2009 fee          .80
                          and expense invoices for monthly
                          fee application.

 11/23/09  Ament          E-mails re: Oct. monthly fee                .10
                          application.

 11/23/09  Lord           Research docket and draft CNO to            .40
                          RS September monthly fee
                          application.

 11/24/09  Ament          Begin calculating fees and                 1.30
                          expenses for Oct. monthly fee
                          application (.50); prepare
                          spreadsheet re: same (.40); draft
                          fee application (.40).

 11/25/09  Ament          Complete calculating fees and               .50
                          expenses relating to Oct. monthly
                          fee application (.20); continue
                          drafting Oct. monthly fee
                          application (.20); provide same to
                          A. Muha for review (.10).

 11/25/09  Muha           Review and revise October 2009              .70
                          monthly fee application.

 11/30/09  Ament          E-mails re: Oct. monthly fee                .30
                          application (.10); finalize same
                          (.10); e-mail same to J. Lord for
                          DE filing (.10).
                                                                    ------
                                                   TOTAL HOURS       10.10
```

```
172573 W. R. Grace & Co.                          Invoice Number   1944151
 60029   Fee Applications-Applicant               Page    3
         December 24, 2009


         TIME SUMMARY              Hours         Rate         Value
         -----------------------   --------------------       -------
         Andrew J. Muha            1.90  at  $  400.00  =      760.00
         John B. Lord              3.10  at  $  240.00  =      744.00
         Sharon A. Ament           5.10  at  $  175.00  =      892.50

                                   CURRENT FEES                              2,396.50


                                                                         ------------
                                   TOTAL BALANCE DUE UPON RECEIPT          $2,396.50
                                                                         ============
```

```
```

```
                             REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



  W.R. Grace & Co.                              Invoice Number      1944152
  One Town Center Road                          Invoice Date       12/24/09
  Boca Raton, FL   33486                        Client Number       172573




==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                  23,260.50
    Expenses                                   0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $23,260.50
                                                              =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number       1944152
   One Town Center Road                      Invoice Date         12/24/09
   Boca Raton, FL    33486                   Client Number         172573
                                             Matter Number          60033


===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2009

  Date    Name                                                      Hours
--------  -----------                                                -----


11/02/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/02/09 Cameron        Review materials relating to DGS             .60
                        claims.

11/03/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/04/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/05/09 Rea            Revisions to Solow motion.                   .50

11/06/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/06/09 Rea            Multiple e-mails and revision to            1.60
                        motion to approve Solow settlement.

11/08/09 Cameron        Review draft Motion for Summary              .90
                        Judgment and e-mails re:   same.

11/09/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/09/09 Cameron        Review draft motion for summary              .40
                        judgment and e-mails regarding
                        same.

11/09/09 Rea            Multiple e-mails and revisions to           1.00
                        summary judgment motion.
```

172573 W. R. Grace & Co.                                    Invoice Number   1944152
60033  Claim Analysis Objection Resolution & Estimation Page    2
       (Asbestos)
       December 24, 2009

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/10/09 | Ament | Assist team with various issues relating to PD claims (.20); various e-mails and telephone calls with team re: same (.30). | .50 |
| 11/10/09 | Cameron | Attention to DGS claim. | .50 |
| 11/10/09 | Flatley | Emails re: status. | .20 |
| 11/10/09 | Rea | E-mails re: DGS conference. | .10 |
| 11/11/09 | Ament | Assist team with various issues relating to PD claims (.50); e-mails with T. Rea re: same (.10). | .60 |
| 11/11/09 | Blake | Meet with T. Rea re: review of claim files and assistance on discovery for statue of limitations issues. | .70 |
| 11/11/09 | Rea | Conference with K. Blake re: DGS material (.7); analysis of DGS claims (.5). | 1.20 |
| 11/12/09 | Ament | Assist team with various issues relating to PD claims (.40); e-mails with T. Rea re: same (.10). | .50 |
| 11/12/09 | Cameron | Meet with J. Restivo and T. Rea regarding DGS claim and upcoming status conference (0.3); review Speights claims issues (0.6). | .90 |
| 11/12/09 | Flatley | With T. Rea re: status conference on November 16. | .30 |
| 11/12/09 | Rea | E-mails and internal conferences re: status conference with the court. | .20 |
| 11/12/09 | Restivo | Emails, pleadings, meeting with T. Rea and meeting with D. Cameron. | .70 |
| 11/13/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/14/09 | Cameron | Review DGS claim materials. | .40 |

```
172573 W. R. Grace & Co.                              Invoice Number   1944152
60033  Claim Analysis Objection Resolution & Estimation Page    3
       (Asbestos)
       December 24, 2009


   Date    Name                                                      Hours
 -------- -----------                                                 -----

 11/16/09 Ament           Assist team with various issues              .20
                          relating to PD claims.

 11/16/09 Flatley         Emails from/to T. Rea.                       .20

 11/17/09 Ament           Assist team with various issues              .20
                          relating to PD claims.

 11/17/09 Blake           Review materials to prepare for              .70
                          discovery needed for statute of
                          limitations.

 11/17/09 Rea             Preparation for DGS status                  3.80
                          conference.

 11/18/09 Ament           Assist team with various issues              .20
                          relating to PD claims.

 11/18/09 Blake           Review file information to prepare           .50
                          to draft discovery on statute of
                          limitations issues.

 11/18/09 Flatley         Organizing mail and file.                    .20

 11/18/09 Rea             Preparation for DGS hearing (.8);            .90
                          e-mail to ACC re: Solow settlement
                          (.1).

 11/19/09 Ament           Assist T. Rea with various issues           1.20
                          relating to PD claims (1.0);
                          various e-mails and telephone
                          calls re: same (.20).

 11/19/09 Blake           Review background documents and            2.80
                          claims files to prepare for
                          discovery needed on statute of
                          limitations issues.

 11/19/09 Cameron         Review discovery issues for DGS              .90
                          claims (0.6); meet with T. Rea and
                          e-mails regarding same (0.3).

 11/19/09 Flatley         Meeting with T. Rea (0.8); emails           1.10
                          and replies (0.3).

 11/19/09 Rea             Preparation for DGS conference.             3.90

 11/19/09 Restivo         Telephone calls and emails with              .60
                          Cameron, Finke, and Speights.
```

```
172573 W. R. Grace & Co.                                Invoice Number   1944152
 60033  Claim Analysis Objection Resolution & Estimation Page    4
        (Asbestos)
        December 24, 2009


   Date    Name                                                   Hours
 -------- -----------                                              -----

 11/20/09 Ament           Assist team with various issues            .10
                          relating to PD claims.

 11/20/09 Blake           Review and draft summary of               5.50
                          sixteen claims files.

 11/20/09 Cameron         Review materials for discovery             .60
                          regarding DGS claim.

 11/20/09 Rea             E-mails re: hearing.                       .20

 11/21/09 Cameron         Review materials for hearing on            .50
                          DGS status.

 11/22/09 Cameron         Review T. Rea outline for status           .50
                          conference.

 11/22/09 Rea             Preparation for DGS conference.           1.50

 11/23/09 Ament           Assist T. Rea with various issues          .40
                          relating to PD claims (.30);
                          e-mails with T. Rea re: same (.10).

 11/23/09 Blake           Conference with T. Rea re: status          .30
                          conference and claim file review.

 11/23/09 Flatley         Review T. Rea draft and email             1.90
                          comments on it to her (1.0); with
                          T. Rea re: status conference and
                          mediation plans (0.7); emails from
                          T. Rea and R. Finke. (0.2).

 11/23/09 Rea             Preparation for DGS status                5.10
                          conference (2.5); Omnibus hearing
                          (1.0); follow-up re: mediation of
                          DGS claims (1.6).

 11/23/09 Restivo         Various PD matters including Solow         .60
                          and DSG communications.

 11/24/09 Ament           Assist team with various issues            .10
                          relating to PD claims.

 11/24/09 Rea             E-mails re: Canadian summary               .10
                          judgment motion.

 11/25/09 Ament           Assist team with various issues            .10
                          relating to PD claims.
```

```
172573 W. R. Grace & Co.                            Invoice Number   1944152
60033  Claim Analysis Objection Resolution & Estimation Page    5
       (Asbestos)
       December 24, 2009


   Date    Name                                                        Hours
 --------  -----------                                                  -----

 11/25/09 Atkinson      Review files re information                     .20
                        concerning Dr. Brody per L.
                        Flatley request.

 11/25/09 Cameron       Attention to DGS claim discovery                .70
                        issues.

 11/27/09 Blake         Review sixteen claims files and                1.00
                        draft memo summary.

 11/30/09 Ament         Assist team with various issues                 .10
                        relating to PD claims.

 11/30/09 Blake         Work on review and summary of                  1.00
                        sixteen asbestos claim files.

 11/30/09 Cameron       Attention to DGS claim issues.                  .60
                                                                     ------
                                                     TOTAL HOURS      51.50


 TIME SUMMARY                  Hours          Rate          Value
 ------------------------      ---------------------        -------
 Lawrence E. Flatley            3.90  at  $  635.00  =     2,476.50
 Douglas E. Cameron             7.50  at  $  630.00  =     4,725.00
 James J. Restivo Jr.           1.90  at  $  685.00  =     1,301.50
 Traci Sands Rea               20.10  at  $  455.00  =     9,145.50
 Kathleen M.K. Blake           12.50  at  $  370.00  =     4,625.00
 Maureen L. Atkinson            0.20  at  $  210.00  =        42.00
 Sharon A. Ament                5.40  at  $  175.00  =       945.00

                         CURRENT FEES                                23,260.50

                                                                   ------------
                         TOTAL BALANCE DUE UPON RECEIPT             $23,260.50
                                                                   ============
```