```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number      1944153
   One Town Center Road                      Invoice Date        12/24/09
   Boca Raton, FL    33486                   Client Number        172573
```

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
      Fees                                     0.00
      Expenses                             6,516.94

                  TOTAL BALANCE DUE UPON RECEIPT         $6,516.94
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W.R. Grace & Co.                          Invoice Number      1944153
  One Town Center Road                      Invoice Date       12/24/09
  Boca Raton, FL    33486                   Client Number       172573
                                            Matter Number        60026



==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Duplicating/Printing/Scanning                110.70
     Courier Service - Outside                    243.25
     Outside Duplicating                        2,214.32
     Secretarial Overtime                       1,117.50
     Taxi Expense                                  34.65
     Meal Expense                              2,796.52

                   CURRENT EXPENSES                                 6,516.94
                                                                -------------

                   TOTAL BALANCE DUE UPON RECEIPT                  $6,516.94
                                                                =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1944153
One Town Center Road                          Invoice Date        12/24/09
Boca Raton, FL    33486                       Client Number        172573
                                              Matter Number         60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/12/09    Secretarial Overtime: WR Grace: confirmation          457.50
            hearing preparation - secretarial assistance

10/13/09    Secretarial Overtime: WR Grace: secretarial           285.00
            support for confirmation hearing

10/14/09    Secretarial Overtime: WR Grace: confirmation          277.50
            hearing preparation - secretarial assistance

10/15/09    Secretarial Overtime: WR Grace: confirmation           45.00
            hearing preparation - secretarial assistance

10/16/09    Secretarial Overtime: WR Grace: confirmation           37.50
            hearing preparation - secretarial assistance

10/23/09    Secretarial Overtime: WR Grace: secretarial            15.00
            support for upcoming confirmation hearings

10/26/09    Outside Duplicating 8.5x11 Laser                     1393.14
            Paper(case)/B&W Copies A - - Copying for trial
            by K&E and cost of paper required for use in
            printers at court.

10/29/09    Outside Duplicating                                    32.30
            Mail out - Bankruptcy Mail-outs/Mail out - Envelope

11/05/09    Courier Service - Outside -- VENDOR: AMERICAN         233.00
            EXPEDITING: Messenger Trips - to  Bankruptcy
            Court during W.R. Grace hearings.

11/05/09    Duplicating/Printing/Scanning                           1.05
            ATTY # 000559: 7 COPIES

11/05/09    Duplicating/Printing/Scanning                            .70
            ATTY # 000559: 7 COPIES
```

```
172573  W. R. Grace & Co.                              Invoice Number   1944153
 60026  Litigation and Litigation Consulting           Page     2
        December 24, 2009


 11/06/09   Duplicating/Printing/Scanning                                   .70
            ATTY # 000559: 7 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .80
            ATTY # 000559: 8 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .10
            ATTY # 000559: 1 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .10
            ATTY # 000559: 1 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .10
            ATTY # 000559: 1 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .30
            ATTY # 000559: 3 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .30
            ATTY # 000559: 3 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .40
            ATTY # 000559: 4 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .50
            ATTY # 000559: 5 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .50
            ATTY # 000559: 5 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .50
            ATTY # 000559: 5 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .50
            ATTY # 000559: 5 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .60
            ATTY # 000559: 6 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .60
            ATTY # 000559: 6 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .70
            ATTY # 000559: 7 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .70
            ATTY # 000559: 7 COPIES

 11/06/09   Duplicating/Printing/Scanning                                   .70
            ATTY # 000559: 7 COPIES
```

```
172573  W. R. Grace & Co.                           Invoice Number   1944153
60026   Litigation and Litigation Consulting        Page     3
        December 24, 2009


11/06/09   Duplicating/Printing/Scanning                              .70
           ATTY # 000559: 7 COPIES

11/06/09   Duplicating/Printing/Scanning                              .70
           ATTY # 000559: 7 COPIES

11/06/09   Duplicating/Printing/Scanning                              .70
           ATTY # 000559: 7 COPIES

11/06/09   Duplicating/Printing/Scanning                              .70
           ATTY # 000559: 7 COPIES

11/06/09   Duplicating/Printing/Scanning                             2.60
           ATTY # 000559: 26 COPIES

11/06/09   Duplicating/Printing/Scanning                             2.60
           ATTY # 000559: 26 COPIES

11/06/09   Duplicating/Printing/Scanning                             2.60
           ATTY # 000559: 26 COPIES

11/06/09   Duplicating/Printing/Scanning                             2.60
           ATTY # 000559: 26 COPIES

11/06/09   Duplicating/Printing/Scanning                             2.60
           ATTY # 000559: 26 COPIES

11/06/09   Duplicating/Printing/Scanning                             3.10
           ATTY # 000559: 31 COPIES

11/06/09   Duplicating/Printing/Scanning                             3.10
           ATTY # 000559: 31 COPIES

11/06/09   Duplicating/Printing/Scanning                              .10
           ATTY # 000559: 1 COPIES

11/09/09   Meal Expense -- VENDOR: PARKHURST DINING                291.69
           SERVICES: Lunch in the Lion's Den for multiple
           people on following dates - 10/12 - 10/15/09  -
           - Lunches for 15 (8 attorneys, 3 paralegals, 4
           secretaries) during confirmation hearings on
           10/15/09.

11/09/09   Duplicating/Printing/Scanning                              .70
           ATTY # 000559: 7 COPIES

11/09/09   Duplicating/Printing/Scanning                              .70
           ATTY # 000559: 7 COPIES

11/09/09   Duplicating/Printing/Scanning                              .70
           ATTY # 000559: 7 COPIES
```

```
172573 W. R. Grace & Co.                              Invoice Number   1944153
 60026 Litigation and Litigation Consulting           Page      4
       December 24, 2009


 11/09/09    Duplicating/Printing/Scanning                         .70
             ATTY # 000559: 7 COPIES

 11/09/09    Duplicating/Printing/Scanning                         .10
             ATTY # 000559: 1 COPIES

 11/09/09    Duplicating/Printing/Scanning                         .10
             ATTY # 000559: 1 COPIES

 11/09/09    Duplicating/Printing/Scanning                         .70
             ATTY # 000559: 7 COPIES

 11/09/09    Duplicating/Printing/Scanning                         .70
             ATTY # 000559: 7 COPIES

 11/09/09    Duplicating/Printing/Scanning                        2.50
             ATTY # 000559: 25 COPIES

 11/09/09    Duplicating/Printing/Scanning                        2.50
             ATTY # 000559: 25 COPIES

 11/09/09    Duplicating/Printing/Scanning                        2.50
             ATTY # 000559: 25 COPIES

 11/10/09    Duplicating/Printing/Scanning                       33.50
             ATTY # 0718; 335 COPIES

 11/11/09    Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/08/09      5.39
             - REED SMITH 225 FIFTH AVE TO WESTIN HOTEL
             (late hours travel of K&E attorney from office
             to hotel during confirmation hearing.)

 11/11/09    Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/06/09     10.10
             - REED SMITH 225 FIFTH AVE TO RENAISSANCE  (late
             hours travel of K&E attorney from office to
             hotel during confirmation hearing.)

 11/11/09    Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/06/09      9.16
             - REED SMITH 225 FIFTH AVE TO WESTIN HOTEL
             (late hours travel of K&E attorney from office
             to hotel during confirmation hearing.)

 11/11/09    Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/04/09     10.00
             - REED SMITH 225 FIFTH AVE TO WESTIN 1000 PENN
             AVE  (late hours travel of K&E attorney from
             office to hotel during confirmation hearing.)

 11/11/09    Outside Duplicating Mail out - - Envelopes,        441.48
             copying for service of quarterly fee
             application.
```

```
172573 W. R. Grace & Co.                         Invoice Number   1944153
60026  Litigation and Litigation Consulting      Page     5
       December 24, 2009
```

| Date | Description | Amount |
|---|---|---:|
| 11/11/09 | Outside Duplicating Mail out - - Envelopes, copying for service of quarterly fee application. | 347.40 |
| 11/12/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/12/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/17/09 | Duplicating/Printing/Scanning ATTY # 4810; 274 COPIES | 27.40 |
| 11/19/09 | Duplicating/Printing/Scanning ATTY # 000559: | 1.15 |
| 11/19/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/23/09 | Meal Expense -- VENDOR: PARKHURST DINING SERVICES: Lunches and Dinners for 15 (8 attorneys, 3 paralegals, 4 secretaries) during confirmation hearings on 10/12, 10/13, and 10/14/09 | 1601.55 |
| 11/23/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 11/24/09 | Meal Expense -- VENDOR: PARKHURST DINING SERVICES: Cafe Charges from 9/08/09 - 9/14/09 - - Meals for K&E attorneys, paraprofessionals and support staff that was not in court during confirmation hearings.  9/18/09: 18 meals($155.94); 9/19/09: 11 meals ($135.13); 9/10/09: 25 meals ($221.43); 9/11/09: 27 meals ($215.51); 9/14/09: 16 meals ($175.27). | 903.28 |
| 11/25/09 | Courier Service - Outside -- VENDOR: FEDEX: Envelope to D.Rosendorf, Kozyak Tropin & Throckmorton, Miami, FL | 10.25 |

```
                          CURRENT EXPENSES                    6,516.94
                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $6,516.94
                                                            ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                            Invoice Number      1944154
   One Town Center Road                        Invoice Date        12/24/09
   Boca Raton, FL    33486                     Client Number         172573




==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

      Fees                                        0.00
      Expenses                                   82.20

                      TOTAL BALANCE DUE UPON RECEIPT             $82.20
                                                            =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630

    W.R. Grace & Co.                        Invoice Number        1944154
    One Town Center Road                    Invoice Date         12/24/09
    Boca Raton, FL   33486                  Client Number          172573
                                            Matter Number           60033

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                              0.10
    Duplicating/Printing/Scanning                 82.10

                   CURRENT EXPENSES                                  82.20
                                                               -------------

                   TOTAL BALANCE DUE UPON RECEIPT                   $82.20
                                                               =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



    W.R. Grace & Co.                          Invoice Number    1944154
    One Town Center Road                      Invoice Date      12/24/09
    Boca Raton, FL    33486                   Client Number      172573
                                              Matter Number       60033



==============================================================================

    Re: (60033)  Claim Analysis Objection Resolution & Estimation
                 (Asbestos)



    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    11/02/09   Duplicating/Printing/Scanning                      66.70
               ATTY # 0559; 667 COPIES

    11/05/09   Duplicating/Printing/Scanning                       1.30
               ATTY # 000559: 13 COPIES

    11/05/09   Duplicating/Printing/Scanning                       1.30
               ATTY # 000559: 13 COPIES

    11/06/09   Duplicating/Printing/Scanning                       1.30
               ATTY # 000559: 13 COPIES

    11/06/09   Duplicating/Printing/Scanning                       1.30
               ATTY # 000559: 13 COPIES

    11/06/09   Duplicating/Printing/Scanning                       1.30
               ATTY # 000559: 13 COPIES

    11/09/09   Duplicating/Printing/Scanning                        .50
               ATTY # 000559: 5 COPIES

    11/09/09   Duplicating/Printing/Scanning                        .50
               ATTY # 000559: 5 COPIES

    11/12/09   Telephone Expense                                    .10
               12124464759/NEW YORK, NY/1

    11/16/09   Duplicating/Printing/Scanning                       2.00
               ATTY # 0559; 20 COPIES

    11/17/09   Duplicating/Printing/Scanning                        .40
               ATTY # 000559: 4 COPIES
```

```
172573 W. R. Grace & Co.                                 Invoice Number   1944154
 60033  Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        December 24, 2009



 11/19/09    Duplicating/Printing/Scanning                                     .30
             ATTY # 000559: 3 COPIES

 11/19/09    Duplicating/Printing/Scanning                                     .30
             ATTY # 000559: 3 COPIES

 11/19/09    Duplicating/Printing/Scanning                                     .30
             ATTY # 000559: 3 COPIES

 11/23/09    Duplicating/Printing/Scanning                                     .40
             ATTY # 000559: 4 COPIES

 11/23/09    Duplicating/Printing/Scanning                                     .40
             ATTY # 000559: 4 COPIES

 11/23/09    Duplicating/Printing/Scanning                                     .40
             ATTY # 000559: 4 COPIES

 11/23/09    Duplicating/Printing/Scanning                                     .40
             ATTY # 000559: 4 COPIES

 11/23/09    Duplicating/Printing/Scanning                                     .40
             ATTY # 000559: 4 COPIES

 11/23/09    Duplicating/Printing/Scanning                                     .40
             ATTY # 000559: 4 COPIES

 11/24/09    Duplicating/Printing/Scanning                                     .10
             ATTY # 000559: 1 COPIES

 11/24/09    Duplicating/Printing/Scanning                                     .90
             ATTY # 000559: 9 COPIES

 11/25/09    Duplicating/Printing/Scanning                                     .10
             ATTY # 000559: 1 COPIES

 11/25/09    Duplicating/Printing/Scanning                                     .10
             ATTY # 000559: 1 COPIES

 11/25/09    Duplicating/Printing/Scanning                                     .10
             ATTY # 000559: 1 COPIES

 11/25/09    Duplicating/Printing/Scanning                                     .90
             ATTY # 000559: 9 COPIES

                              CURRENT EXPENSES                               82.20
                                                                       ------------
                              TOTAL BALANCE DUE UPON RECEIPT                $82.20
                                                                       ============
```