IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 1/25/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SIXTEENTH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2009 through December 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $7,200.00   [80% of $9,000.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $194.00 |

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| | | | | | |
| | | | | | |

---

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 15.0 hours,[2] for a total amount billed of $9,000.00 of which 80% is currently sought, in the amount of $7,200.00.

As stated above, this is the Sixteenth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $900.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 11.4 | $6,840.00 |
| Fee Application Matters (Incl. FCR & Local Counsel) | 3.6 | $2,160.00 |
| TOTAL | 15.0 | $9,000.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Airline Penalty<br>Court Call | $150.00<br>$44.00 |
| TOTAL | $194.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 3rd of January, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2009)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 12/1/2009 | Review CNO re Munoz Lift Stay Motion | 0.1 |
| 12/1/2009 | Prepare 15th monthly Fee Application | 2.0 |
| 12/1/2009 | Review correspondence to Court from UCC counsel | 0.1 |
| 12/1/2009 | Review Correspondence and transmittal notices from various parties re briefs/DVDs | 0.1 |
| 12/2/2009 | Review correspondence to court from Plan Proponents regarding delivery of hyperlinked disks and transmittal notices of various parties | 0.1 |
| 12/3/2009 | Review Monthly Operating Report for October | 0.3 |
| 12/3/2009 | Review Fee Auditor's report of no issues (including PD FCR) | 0.1 |
| 12/3/2009 | Review Notice of Transmittal of Reply Briefs on DVD by Plan Proponents to Court | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 12/5/2009 | Review Wahovia Objection to Allianz Settlement and Debtos' Reply | 0.5 |
| 12/7/2009 | Draft CNO for Local Counsel fee application and attend to filing same | 0.2 |
| 12/7/2009 | Prepare 10th Monthly Fee Application papers for the PD FCR and filing and service of same | 0.7 |
| 12/7/2009 | Review AG Settlement Motion | 0.3 |
| 12/8/2009 | Review Agenda for December Omnibus hearing | 0.1 |
| 12/8/2009 | Email to client re status | 0.3 |
| 12/8/2009 | Review revisions to proposed technical amendments to PD CMO and PD Trust Agreement and email to debtors' counsel re same | 0.5 |
| 12/8/2009 | Review Order shortening Notice re AG settlement motion | 0.1 |
| 12/8/2009 | Review Certifications of Counsel regarding Order Approving 33rd Quarterly Fee Applications and Project Categories | 0.2 |
| 12/9/2009 | Telephone conference with client re status | 0.1 |
| 12/9/2009 | Email from Richard Finke re payment issues | 0.1 |
| 12/9/2009 | Review Anderson Memorial's Post-Trial Brief | 1.0 |
| 12/9/2009 | Review Notice to Canadian ZAI claimants of new bar date | 0.4 |
| 12/10/2009 | Email from Debtors' counsel re omnibus hearing | 0.1 |
| 12/10/2009 | Review Certification of Counsel re Allianz settlement and Wachovia objection | 0.1 |
| 12/10/2009 | Email to client re December Omnibus | 0.1 |
| 12/10/2009 | Review Anderson Memorial's Motion to Exceed Pages Limits for Post-Trial Brief and extention of time to file Hyperlinked version | 0.1 |
| 12/10/2009 | Review revised Certification of Counsel re Allianz settlement | 0.1 |

| | | |
|---|---|---|
| 12/10/2009 | Review amended December Omnibus hearing agenda | 0.1 |
| 12/14/2009 | December Omnibus Telephonic Hearing | 0.9 |
| 12/17/2009 | Review Certification of Counsel and Amended Order regarding appointment of Mediator on California PD Claims and email to debtors' counsel re same | 0.2 |
| 12/17/2009 | Review Order approving the Solow PD settlement | 0.1 |
| 12/17/2009 | Review Order approving the settlement with the Edwards plaintiffs | 0.1 |
| 12/17/2009 | Review Order approving the Zurich Settlement | 0.1 |
| 12/17/2009 | Review Plan Proponents' Final Chart and Analysis/Summary of Confirmation Objections and Responses | 1.0 |
| 12/17/2009 | Review Third Set of Plan Modifications | 0.7 |
| 12/21/2009 | Review CNO regarding claim settlement notice | 0.1 |
| 12/22/2009 | Review draft of Reply Brief re AMH | 1.0 |
| 12/22/2009 | Prepare and file CNO for 15th Monthly Fee Application | 0.2 |
| 12/23/2009 | Review Agenda for January closing arguments | 0.2 |
| 12/23/2009 | Review Application of Canadian ZAI Claimants to Appoint Special Counsel | 0.5 |
| 12/29/2009 | Review Anderson Memorial Errata Sheets | 0.2 |
| 12/29/2009 | Draft and file CNO for PD FCR | 0.2 |
| 12/29/2009 | Review CNO re AG Settlement | 0.1 |
| 12/29/2009 | Review Amended Agenda for closing arguments and hearing on 1/4-5/2010 | 0.1 |

| | | |
|---|---|---:|
| 12/29/2009 | Review Application of Canadian ZAI Claimants to Appoint Local Bankruptcy Counsel | 0.2 |
| 12/29/2009 | Email from Debtors' counsel re Graphics for Closing Arguments | 0.1 |
| 12/30/2009 | Conference with client re closing arguments | 0.1 |
| 12/31/2009 | Review stipulation resolving Kaneb plan objections | 0.2 |
| 12/31/2009 | Review stipulation regarding insurance neutrality and insurer objections to plan | 0.5 |
| 12/31/2009 | Emails to and from various counsel regarding closing argument issues/outline | 0.2 |

Total: 15 hours @ $600.00/hour = $9,000.00

Expenses:   Detail on Exhibit 1– $194.00

**Total Fees and Expenses Due:   $9,194.00**

EXPENSES FOR DECEMBER 2009                                                                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 12/13/2009 | Airline Ticket Cancellation Penalty (Omnibus changed to Telephone only) | $150.00 |
| 12/14/2009 | Court Call (December Omnibus hearing) | $44.00 |
| | TOTAL EXPENSES | $194.00 |