**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to D.I. Nos.: 20420, 21764, 21939,** |
| Debtors. | ) | **22413, 23646** |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Zurich Insurance Company and Zurich International (Bermuda) Ltd. (together, "Zurich"), by their undersigned counsel, hereby withdraw, without prejudice, the following pleadings:

(1) *Preliminary Objection of Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders* (D.I. 20420), **only as it relates to Zurich**;

(2) *Zurich Insurance Company and Zurich International (Bermuda) Ltd.'s Objections to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February 27, 2009* (D.I. 21764);

(3) *Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. to the Phase I Trial Brief for CNA Companies and in Support of Their Phase I Objection to Confirmation of the First Amended Joint Plan of Reorganization* (D.I. 21939);

(4)     *Zurich Insurance Company and Zurich International (Bermuda) Ltd.'s Brief in Support of Its Phase II Objections to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February 27, 2009* (D.I. 22413); and

(5)     *Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. to the Phase II Post-Trial Brief for CNA Companies and in Support of Their Phase II Objection to Confirmation of the First Amended Joint Plan of Reorganization* (D.I. 23646).

| | |
|---|---|
| Dated: January 4, 2010 | CONNOLLY BOVE LODGE & HUTZ LLP |
| | **/s/ Kelly M. Conlan** |
| | Jeffrey C. Wisler (#2795) |
| | Marc J. Phillips (#4445) |
| | Kelly M. Conlan (#4786) |
| | The Nemours Building |
| | 1007 N. Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE  19899 |
| | (302) 658-9141 Telephone |
| | (302) 658-0380 Facsimile |
| | |
| | Richard A. Ifft |
| | Karalee C. Morell |
| | WILEY REIN LLP |
| | 1776 K Street, N.W. |
| | Washington, D.C.  20006 |
| | (202) 719-7170 Telephone |
| | (202) 719-7049 Facsimile |
| | |
| | *Attorneys for Zurich Insurance Company* |
| #744731 | *and Zurich International (Bermuda) Ltd.* |