IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                         December 18, 2009
Attn: Lydia B. Duff, Esq.                        Client/Matter #   01246-011548
7500 Grace Drive                                 Invoice # 132828
Columbia, MD   21044                             Federal ID# 52-1247549


For Legal Services Rendered Through 11/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**       BEVERIDGE & DIAMOND, P.C.
                                    SUITE 700
                                    1350 I STREET, N.W.
                                    WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/04/09 | P. Marks | 1.30 | Evaluate Hazen and Geotrans reports re Sledds Point; prepare and provide comments to P. Bucens re same. |
| 11/11/09 | P. Marks | 0.80 | Prepare for and conduct telephone conference with P. Bucens re RWDA institutional controls. |
| 11/18/09 | P. Marks | 2.00 | Telephone conference with team re RWDA and institutional controls; telephone conference with E. Hammerberg (State) re same; email team re same. |
| 11/23/09 | P. Marks | 1.30 | Telephone conference with B. Dye and E. Hammerberg (MDE) and P. Bucens re institutional controls; follow-up emails and telephone conferences re same; evaluate same. |
| 11/24/09 | P. Marks | 0.20 | Coordinate with MDE re institutional control evaluation for RWDA. |
| 11/25/09 | P. Marks | 0.30 | Review Hazen revised report and transmit same. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  132828
                                                               December 18, 2009
                                                               PAGE   2


                        Total Hours :                    5.90

                        Total Fees :              $2,478.00

BEVERIDGE & DIAMOND, P.C.                                       INVOICE #  132828
                                                                December 18, 2009
                                                                PAGE   3

**Disbursements:**

    Long Distance Telephone                              0.10

                                       **Total Disbursements :**                    $0.10

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|-------------:|----------------:|------------:|
| P. Marks   | 5.90         | $420.00         | $2,478.00   |

                                       **Total Fees :**                     $2,478.00

                            **Total Disbursements :**                    $0.10

                                          **TOTAL DUE :**                     $2,478.10

# EXHIBIT B

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 18, 2009
Client/Matter #   01246-013923
Invoice # 132830
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay RCRA 2**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/04/09 | P. Marks | 0.90 | Telephone conference with L. Duff re filter cake landfill and MDE groundwater contamination allegations; begin review of issues re same. |
| 11/06/09 | P. Marks | 4.00 | Review background materials; conduct telephone conference with team re state cleanup requirement (filter cake landfill plume); follow-up evaluation. |
| 11/09/09 | P. Marks | 3.80 | Conference with R. Errera at Curtis Bay Plant re groundwater contamination and landfill records; review same. |
| 11/09/09 | P. Marks | 0.40 | Conference with R. Errera re OMC plant issue. |
| 11/10/09 | K. Bourdeau | 0.30 | Telephone conference with P. Marks and H. Price re legal strategy. |
| 11/10/09 | P. Marks | 1.20 | Evaluate legal and factual issues; telephone conference with K. Bourdeau and H. Price re background and possible strategies; direct H. Price re targeted research; review additional information from R. Errera. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  132830
                                                             December 18, 2009
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/10/09 | H. Price | 2.50 | Conference with P. Marks and K. Bourdeau re interplay of RCRA Corrective Action with State enforcement and research re same. |
| 11/11/09 | P. Marks | 2.50 | Evaluate M. Shupe analysis of differences in technical approach with MDE; telephone conference with team re same. |
| 11/11/09 | H. Price | 1.50 | Continue research and draft email correspondence with P. Marks re interplay of RCRA Corrective Action and State enforcement, and Alternative Concentration Limit policy and application. |
| 11/12/09 | P. Marks | 0.70 | Review and evaluate H. Price research re RCRA corrective action and state landfill law interface. |
| 11/12/09 | P. Marks | 0.20 | Coordinate re RCRA BB issues. |
| 11/12/09 | H. Price | 2.50 | Continue research and email correspondence with P. Marks re interplay of RCRA Corrective Action and State enforcement, Alternative Concentration Limit policy and application, and EPA's One Cleanup Program. |
| 11/13/09 | P. Marks | 1.70 | Prepare for and participate in telephone conference re filter cake landfill issues evaluation. |
| 11/18/09 | P. Marks | 0.90 | Telephone conference with E. Dexter; telephone conference with L. Duff re same; contact State re meeting times. |
| 11/19/09 | P. Marks | 1.70 | Prepare for and conduct telephone conference with team re BB rule application. |
| 11/19/09 | P. Marks | 0.40 | Attempt to contact M. Hynson re meeting; coordinate with P. Bucens re same. |
| 11/20/09 | P. Marks | 0.20 | Attempt to reach MDE; coordinate with team re preparation. |
| 11/23/09 | P. Marks | 1.40 | Telephone conference with M. Hynson re meeting; coordinate with team re same; prepare for same. |
| 11/24/09 | P. Marks | 1.80 | Review Shupe proposal and prepare for MDE filter cake meeting; telephone conference with Grace team re same; follow-up re scheduling; evaluate tasks. |

Case 01-01139-AMC    Doc 24102-1    Filed 01/04/10    Page 9 of 13

BEVERIDGE & DIAMOND, P.C.                                                       INVOICE #  132830
                                                                                December 18, 2009
                                                                                PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/25/09 | P. Marks | 0.70 | Evaluate tasks and strategy; email L. Duff re same. |
| 11/30/09 | P. Marks | 1.10 | REview LDAR log for OMC plant; provide comments to R. Errera re same and wrap-up of related issues. |
| 11/30/09 | P. Marks | 1.50 | Evaluate landfill data and technical issues to support strategy development. |

                                      **Total Hours :**          31.90

                                      **Total Fees :**           $12,224.50

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  132830
                                                               December 18, 2009
                                                               PAGE   4

**Disbursements:**

    Travel Expenses                              46.75

                                          **Total Disbursements :**                       $46.75

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------:|----------------:|------------:|
| K. Bourdeau  | 0.30         | $625.00         | $187.50     |
| P. Marks     | 25.10        | $420.00         | $10,542.00  |
| H. Price     | 6.50         | $230.00         | $1,495.00   |

                              **Total Fees :**                       $12,224.50

                    **Total Disbursements :**                  $46.75

                             **TOTAL DUE :**                       $12,271.25

# EXHIBIT C

**(Bankruptcy Fee Application)**

```
                          LAW OFFICES
                   BEVERIDGE & DIAMOND, P.C.
                          SUITE 2210
                   201 NORTH CHARLES STREET
                    BALTIMORE, MD 21201-4150
                        (410) 230-3850
```

W. R. Grace & Co. - Conn                           December 18, 2009
Attn: Lydia B. Duff, Esq.                          Client/Matter #   01246-012629
7500 Grace Drive                                   Invoice # 132829
Columbia, MD  21044                                Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
                                SUITE 700
                                1350 I STREET, N.W.
                                WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 11/03/09 | P. Marks | 0.30 | Review petitions and backup materials. |

                                        Total Hours :          0.30

                                        Total Fees  :        $126.00

BEVERIDGE & DIAMOND, P.C.
INVOICE #  132829
December 18, 2009
PAGE  2

**Disbursements:**

| | |
|---|---:|
| Postage | 1.83 |
| Duplicating | 7.40 |
| **Total Disbursements :** | **$9.23** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 0.30 | $420.00 | $126.00 |
| **Total Fees :** | | | **$126.00** |
| **Total Disbursements :** | | | **$9.23** |
| **TOTAL DUE :** | | | **$135.23** |