IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline:** 1/25/10 @ 4:00 pm
**Hearing Date:** TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# NINETY-EIGHTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/476529

**EXHIBIT A**
(Fee Detail)

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING**<br><br>• asbestos matters (52000.43)     $9,668.50<br><br>• non-asbestos matters (2725.40)     $3,046.50<br><br>**TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,715.00 |
| **FEE APPLICATION – APPLICANT** | $469.00 |
| **TOTAL FEES** | $13,184.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 28, 2009
Bill Number 117617
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

## FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH NOVEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/03/09 | RAM | Check background information on Judge Inge who will hear summary judgment argument next week. | 0.10 Hrs | 33.50 |
| 11/06/09 | RAM | Conference with MLL re: hearing; telephone call to J. Hughes re: what position to take re: settlement. | 0.10 Hrs | 33.50 |
| 11/06/09 | MLL | Brief review of file; confer with RAM; call client. | 0.40 Hrs | 104.00 |
| 11/09/09 | RAM | Email from J. Hughes re: settlement authority; conference with MLL re: same. | 0.10 Hrs | 33.50 |
| 11/09/09 | MLL | Prepare for (.8) Travel to and from (.7) and attend summary judgment hearing (1.6) (travel at half time). | 3.10 Hrs | 806.00 |
| 11/11/09 | RAM | Read MLL's report of hearing on summary judgment motion. | 0.05 Hrs | No Charge |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

THROUGH NOVEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/11/09 | MLL | Review hearing notes and determine research needs re: claim re: warranty (.4). Confer with paralegal re: case background, claims and defenses to research (.3). Draft short status email to client (.2). | 0.90 Hrs | 234.00 |
| 11/19/09 | MLL | Consider warranty defenses for trial and confer with paralegal re: research needed re: applicable warranty and damage limitations. | 0.50 Hrs | 130.00 |
| 11/20/09 | RAM | Read memo and Order denying plaintiff's motion for partial summary judgment. | 0.10 Hrs | 33.50 |
| 11/20/09 | MLL | Receipt and review of summary judgment decision. | 0.10 Hrs | 26.00 |
| 11/20/09 | ATI | Examined the warranty materials, summary of depositions, and statement of undisputed facts for purposes of determining which warranty would apply. | 0.60 Hrs | 75.00 |
| 11/23/09 | ATI | Legal research re: the consequences of a buyer failing to exercise its rights under an express warranty before filing suit for breach of warranty. | 3.60 Hrs | 450.00 |
| 11/24/09 | ATI | Legal research re: effect of a repair/replace clause in an express warranty on the plaintiff's possible remedies (2.0). Memorializing research in a memo (1.0). Formulating an argument as to why 241's breach of warranty claim should be barred (.8), and also, an argument that the warranty might not have covered this incident in the first place (.9). | 4.70 Hrs | 587.50 |
| 11/25/09 | ATI | Continuing memo (1.5), and researching whether Grace's disclaimer of liability, absent a request for Warranty by the Contractor, has any legal merit (5). | 2.00 Hrs | 250.00 |
| 11/30/09 | ATI | Completed memo regarding express warranty. | 2.00 Hrs | 250.00 |

TOTAL LEGAL SERVICES    $3,046.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 0.40 | 335.00 | 134.00 |
| Matthew L. Lunenfeld | 5.00 | 260.00 | 1,300.00 |
| Andrew T. Imbriglio | 12.90 | 125.00 | 1,612.50 |
| Robert A. Murphy | 0.05 | 335.00 | No Charge |
| | 18.35 | | $3,046.50 |

|  |  |
|---|---:|
| TOTAL THIS BILL | $3,046.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 28, 2009
Bill Number 117618
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH NOVEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/02/09 | ARA | Document control. | 2.00 Hrs | 160.00 |
| 11/03/09 | ARA | Document control. | 2.00 Hrs | 160.00 |
| 11/03/09 | ARA | Quality control Attorney Review documents. | 1.50 Hrs | 187.50 |
| 11/04/09 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 11/04/09 | ARA | Quality control Attorney Review documents. | 1.00 Hrs | 125.00 |
| 11/05/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 67.00 |
| 11/05/09 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 11/06/09 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | 335.00 |
| 11/06/09 | ARA | Document control. | 5.30 Hrs | 424.00 |
| 11/06/09 | ARA | Quality control property damage ledgers. | 1.50 Hrs | 187.50 |
| 11/10/09 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 134.00 |
| 11/10/09 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 750.00 |

Page 1

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/11/09 | MTM | Receipt and review of email from Holme Roberts paralegal re: response to my September 30 letter re: documents in Colorado. | 0.30 Hrs | 85.50 |
| 11/11/09 | ARA | Quality control property damage ledgers. | 5.70 Hrs | 712.50 |
| 11/12/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 11/12/09 | ARA | Quality control property damage ledgers. | 5.70 Hrs | 712.50 |
| 11/13/09 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 750.00 |
| 11/16/09 | ARA | Quality control property damage ledgers. | 6.50 Hrs | 812.50 |
| 11/17/09 | ARA | Document control. | 2.00 Hrs | 160.00 |
| 11/17/09 | ARA | Continue to prepare inventory of documents at Cambridge. | 0.50 Hrs | 62.50 |
| 11/18/09 | MTM | Telephone call from in-house counsel re: documents potentially responsive to recent EPA request in California (.3). Review files re: same (.5); telephone call to Holme Roberts paralegal re: same and my September 30 letter (.4); telephone call to in-house counsel re: same (.2). | 1.40 Hrs | 399.00 |
| 11/18/09 | ARA | Quality control property damage ledgers. | 4.90 Hrs | 612.50 |
| 11/19/09 | ARA | Quality control property damage ledgers (4.0). Continue to prepare inventory of documents at Cambridge (2.5). | 6.50 Hrs | 812.50 |
| 11/20/09 | ARA | Document control. | 3.00 Hrs | 240.00 |
| 11/20/09 | ARA | Update Winthrop Square information binders. | 2.80 Hrs | 350.00 |
| 11/24/09 | RAM | Read letter re: real estate tax due on W. Square. | 0.10 Hrs | 33.50 |
| 11/25/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 67.00 |
| 11/30/09 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | 335.00 |

TOTAL LEGAL SERVICES $9,668.50

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 3.00 | 335.00 | 1,005.00 |
| Matthew T. Murphy | 1.70 | 285.00 | 484.50 |
| Angela R. Anderson | 48.60 | 125.00 | 6,075.00 |
| Angela R. Anderson | 26.30 | 80.00 | 2,104.00 |
| | 79.60 | | $9,668.50 |

TOTAL THIS BILL          $9,668.50



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 28, 2009
Bill Number 117619
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH NOVEMBER 30, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/03/09 | RAM | Finalize September fee application (.2) and send it to Delaware counsel to file (.1). | 0.30 Hrs | 100.50 |
| 11/05/09 | RAM | Send "as filed" September fee application to Fee Auditor. | 0.10 Hrs | 33.50 |
| 11/10/09 | RAM | Draft quarterly fee application and send it to Delaware counsel to file. | 0.30 Hrs | 100.50 |
| 11/25/09 | RAM | Work on October fee application. | 0.20 Hrs | 67.00 |
| 11/28/09 | RAM | Work on October fee application. | 0.50 Hrs | 167.50 |

TOTAL LEGAL SERVICES                $469.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.40 | 335.00 | 469.00 |
| | 1.40 | | $469.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| TOTAL THIS BILL | $469.00 |

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| **LITIGATION AND LITIGATION CONSULTING** | |
|---|---|
| • asbestos matters (52000.43)    $12,878.09 | |
| • non-asbestos matters (2725.40)   $   29.00 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,907.09 |
| **FEE APPLICATION – APPLICANT** | $40.18 |
| **TOTAL EXPENSES** | $12,947.27 |



# CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 28, 2009
Bill Number  117623
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2009

TRAVEL

| | | |
|---|---|---|
| 11/11/09 | MATTHEW LUNENFELD: Roundtrip travel to Woburn for 11-9-09 hearing; 30 x .55 = $16.50; Parking = $10.00, $2.00 meters | 28.50 |
| | | $28.50 |

PHOTOCOPYING

| | | |
|---|---|---|
| 11/20/09 | 1 copies at $.10 per copy | 0.10 |
| 11/20/09 | 2 copies at $.10 per copy | 0.20 |
| 11/20/09 | 2 copies at $.10 per copy | 0.20 |
| | | $0.50 |
| | TOTAL COSTS | $29.00 |
| | TOTAL THIS BILL | $29.00 |



# CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 28, 2009
Bill Number 117624
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2009

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 11/02/09 | Delaware Bankruptcy Court - 07/02/2009 - 09/30/2009 | 120.80 | |
| | | | $120.80 |

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 11/19/09 | 45 copies at $.10 per copy | 4.50 | |
| | | | $4.50 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 11/02/09 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - November 2009. | 12,349.74 | |
| | | | $12,349.74 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 11/09/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage 11/01/09 through 11/30/09. | 403.05 | |
| | | | $403.05 |

|  |  |
|---|---|
| TOTAL COSTS | $12,878.09 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

                              TOTAL THIS BILL      $12,878.09

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 28, 2009
Bill Number 117625
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:  Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2009

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 11/30/09 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 11/23/09 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on November 3, 2009 by R A Murphy. | 15.79 | |
| 11/23/09 | FEDERAL EXPRESS CORPORATION: To 919 North Market St, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on November 11, 2009 by R A Murphy. | 22.83 | |
| | | | $38.62 |
| | TOTAL COSTS | | $40.18 |
| | TOTAL THIS BILL | | $40.18 |

Page 1