# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: March 22, 2010 at 10:30 a.m. |
| | | Re: Docket No. 22844 |

## STIPULATION ~~AND [PROPOSED] ORDER~~ TO CONTINUE HEARING PENDING MEDIATION

On April 16, 1999, Ms. Gloria Munoz ("Munoz") filed a complaint in California state court against W.R.Grace &Co.-Conn. ("Grace -- Conn."), a debtor in these chapter 11 cases, alleging sexual harassment and other personal injury claims arising from Munoz' employment at Grace -- Conn.'s San Leandro facility between 1993 and 1998 (the "Complaint").[2] On April 2, 2001, Grace – Conn., along with the above-captioned debtors and debtors in possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] *See* Motion of Gloria Munoz for Relief From The Automatic Stay and Related Relief, August 18, 2009. [Dkt. 22844], ¶¶ 10, 11.

SF1 2836045v1

(collectively, the "Debtors") commenced these chapter 11 cases, and the Complaint has been stayed since that time pursuant to section 362 of the Bankruptcy Code.

IT IS HEREBY STIPULATED by and between movant Gloria Munoz, on the one hand, and Debtor W.R.Grace &Co.-Conn... on the other hand, by and through their attorneys of record (collectively, the "Parties"), as follows:

1. WHEREAS, the motion to lift the automatic stay to allow Munoz's Complaint to proceed has been set for hearing on March 22, 2010 at 10:30 a.m. pursuant to the Modified Order Granting in Part and Continuing Hearing With Regard to the Motion of Gloria Munoz for Relief from the Automatic Stay/Plan Injunctions ("Modified Order") which was filed in this matter on or about December 15, 2009 at Docket No. 24004;

2. WHEREAS, this Modified Order lifted the automatic stay of 11 U.S.C. § 362 solely to permit movant Gloria Munoz and Debtor W.R.Grace &Co.-Conn. to mediate in the jurisdiction in which Ms. Munoz's employment discrimination case is filed;

3. WHEREAS, pursuant to this Modified Order, the Court instructed that mediation commence no sooner than February 1, 2010 ;

4. WHEREAS, due to scheduling conflicts between the Parties, the earliest date available for Munoz and Debtor to mediate is March 30, 2010;

5. WHEREAS, the Parties agree to continue the hearing date for Munoz's motion to lift the automatic stay in this matter from March 22, 2010 to April 12, 2010, or on a date thereafter convenient to the Court and the Parties. The Parties request this short continuance to allow the Parties to attempt to resolve this matter to preserve the Parties' and judicial resources;

6. WHEREAS, this is the first request by either party for a continuation of the hearing date for Munoz's motion to lift the automatic stay to allow her Complaint to proceed ;

IT IS THEREFORE STIPULATED by and between the Parties through their respective counsel that the hearing date in this matter, currently scheduled for March 22, 2010 before this

2

Court, be continued to April 12, 2010, or a date thereafter that is convenient to the Court and the Parties.

*IT IS SO STIPULATED.*

Dated: ~~December ___, 2009~~ January 5, 2010    Respectfully submitted,

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Theodore Freedman
Christopher T. Greco
Citigroup Center
601 Lexington Ave.
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
Telephone:  (312) 641-2162
Facsimile:  (312) 641-2165

and

3

SFI 28380458.1

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
joneill@pszjlaw.com
kmakowski@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

Dated: ~~December~~ ~~2009~~
January 4, 2010

SULLIVAN HAZELTINE ALLINSON LLC

Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

John Firstenthal, Esq.
Anthony S. Petru, Esq.
Quynh L. Nguyen, Esq.
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

*Attorneys for Gloria Munoz*

4