IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) | Case No. 01-1139 (JKF) |
| Debtors. | ) ) ) | Objection Deadline: December 28, 2009 at 4:00 pm<br>Ref. No. 23967 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 23967
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Sixtieth Monthly Interim Application (the "Application") of David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") for the period from October 1, 2009 through October 31, 2009 (the "Period") filed with the Court on December 8, 2009 and entered on the Court's docket as Docket No. 23967. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than November 23, 2009.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001, the Debtors are authorized to pay the FCR $1,040.00 (80% of $1,300.00) and no expenses for a total of $1,040.00 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                               ORRICK, HERRINGTON & SUTCLIFFE LLP

                               By:<u>/S/ DEBRA L. FELDER</u>
                                  Roger Frankel, admitted *pro hac vice*
                                  Richard H. Wyron, admitted *pro hac vice*
                                  Debra L. Felder, admitted *pro hac vice*
                                  Columbia Center
                                  1152 15th Street, NW
                                  Washington, DC  20005
                                  (202) 339-8400
                                  (202) 339-8500 (fax)

                            —and—

                                PHILLIPS, GOLDMAN & SPENCE, P.A.
                                John C. Phillips, Jr. (#110)
                               1200 North Broom Street
                               Wilmington, DE 19806
                               (302) 655-4200
                               (302) 655-4210 (fax)

                             *Counsel to David T. Austern, Asbestos PI*
                             *Future Claimants' Representative*

Dated: January 7, 2010