**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
November 2009

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended November 30, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 3.0 | $ 1,747.20 |
| John Bishop | Audit Partner | 10+ | Integrated Audit | $ 935.99 | 1.0 | $ 935.99 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 42.0 | $ 29,337.00 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 3.1 | $ 2,007.87 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 10.3 | $ 3,963.44 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 5.7 | $ 2,338.20 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 54.3 | $ 22,274.40 |
| Brian C Wiegmann | Audit Manager | 6 | Integrated Audit | $ 477.52 | 7.6 | $ 3,629.15 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 290.83 | 76.6 | $ 22,277.58 |
| Damien Hughes | Audit Manager | 6 | Integrated Audit | $ 428.64 | 3.7 | $ 1,585.97 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 78.1 | $ 17,754.47 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $ 220.98 | 28.2 | $ 6,231.64 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 1.6 | $ 349.44 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 209.55 | 125.0 | $ 26,193.75 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 220.98 | 34.6 | $ 7,645.91 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | $ 351.12 | 15.6 | $ 5,477.47 |
| Elizabeth Sama | Audit Associate | 3 | Integrated Audit | $ 150.80 | 8.0 | $ 1,206.40 |
| Shahin Rahmani | Audit Associate | 2 | Integrated Audit | $ 156.21 | 82.6 | $ 12,902.95 |
| Pailin Chaiprasertsiti | Audit Associate | 1 | Integrated Audit | $ 175.26 | 68.9 | $ 12,075.41 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 156.21 | 85.6 | $ 13,371.58 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $ 156.21 | 118.0 | $ 18,432.78 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | $ 123.19 | 124.1 | $ 15,287.88 |
| Ryan P Boyle | Audit Associate | 1 | Integrated Audit | $ 153.67 | 92.2 | $ 14,168.37 |
| Totals | | | | | 1,069.8 | $ 241,194.90 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals   16.2   $ 2,879.10

Summary of PwC's Fees By Project Category:
November 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 16.2 | $ 2,879.10 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1069.8 | $ 241,194.90 |
| 26-Business Analysis | | |

| | | |
|---|---|---|
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1086.0 | $ 244,074.00 |

Expense Summary
November 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 9,709.13 |
| Lodging | N/A | $ 1,300.68 |
| Sundry | N/A | $ 79.13 |
| Business Meals | N/A | $ 218.65 |
| TOTAL: | | $ 11,307.59 |