# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended November 30, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas E. Smith | Integrated Audit | 11/4/09 | $ 38.50 | | | | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | Integrated Audit | 11/6/09 | $ 38.50 | | | | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | Integrated Audit | 11/24/09 | $ 38.50 | | | | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | Integrated Audit | 11/30/09 | $ 38.50 | | | | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | Integrated Audit | 11/5/09 | $ 15.00 | | | | Parking at hotel for audit committee meeting |
| | Integrated Audit | 11/16/09 | $ 20.90 | | | | Mileage to/from airport for transportation to airport for trip to Germany |
| | Integrated Audit | 11/20/09 | $ 20.90 | | | | Mileage to/from airport for transportation from airport after trip to Germany |
| | Integrated Audit | 11/17-20/09 | | $ 502.45 | | | Hotel in Worms, Germany for 4 nights at a Daily Rate - 59.67 Euros/night, taxes - 11.34 Euros/night, Exchange Rate of 1 Euro = $1.53, plus $72.20 for internet usage. |
| | Integrated Audit | 11/19/09 | | | | 41.70 | Dinner out of town - TSmith and AGarteb |
| | Integrated Audit | 11/16-20/09 | $ 5,861.30 | | | | Roundtrip airfare from Washington DC to Germany |
| | Integrated Audit | 11/16/09 | $ 7.00 | | | | Travel service fee for Germany airfare |
| Justin Bray | Integrated Audit | 11/2/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 11/4/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | | | | | | | Mileage to Washington, DC for Audit Committee meeting, then to Grace, then returning home (less 68 mile normal commute)(87 |
| | Integrated Audit | 11/5/09 | $ 47.85 | | | | miles * $0.55) |
| | Integrated Audit | 11/5/09 | $ 10.00 | | | | Parking at Hay Adams Hotel in Washington, DC for Audit Committee meeting |
| | Integrated Audit | 11/16/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 11/30/09 | $ 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Brian Weigmann | Integrated Audit | 11/24/09 | $ 10.06 | | | | Transportation home while working on Project Surf transaction |
| | Integrated Audit | 11/24/09 | | | | 4.54 | Overtime meal for self while working late on Project Surf transaction |
| Alison Garteb | Integrated Audit | 11/2/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 11/3/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 11/6/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 11/24/09 | $ 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 11/9/09 | | | | 25.36 | Team planning lunch with T. Smith, A. Garteb, and L. Keoflet (PwC) |
| | Integrated Audit | 11/10/09 | $ 887.30 | | | | Coach airfare from Washington Dulles to Frankfurt, Germany |
| | Integrated Audit | 11/10/09 | $ 73.00 | | | | Taxi from home (Silver Spring, MD) to Washington Dulles airport |
| | Integrated Audit | 11/11/09 | | | $ 72.20 | | Internet usage at hotels to work on Grace audit while in Europe |
| | Integrated Audit | 11/16/09 | $ 5.98 | | | | Taxi from train station to hotel in Worms, Germany |
| | Integrated Audit | 11/18/09 | $ 14.86 | | | | Taxi from hotel to client site in Worms, Germany |
| | Integrated Audit | 11/20/09 | | $ 433.61 | | | Hotel in Worms, Germany for 4 nights at a Daily Rate - 59.67 Euros/night, taxes - 11.34 Euros/night, Exchange Rate of 1 Euro = $1.53 |
| | Integrated Audit | 11/20/09 | $ 87.50 | | | | Taxi from Washington Dulles airport to home (Silver Spring, MD) |
| Brett Czajkowski | Integrated Audit | 11/5/09 | $ 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 11/9/09 | $ 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 11/11/09 | $ 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 11/19/09 | $ 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| Pavel Katsiak | Integrated Audit | 11/2/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/3/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/4/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/5/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/6/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/12/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/13/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/16/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/17/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/18/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/19/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/20/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/23/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/24/09 | $ 29.06 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 11/9/09 | $ 236.20 | | | | Flight from DCA to Boca, FL for Controls testing over the tax process |
| | Integrated Audit | 11/9/09 | | | | $ 11.68 | Breakfast while in Boca, FL for Controls testing over the tax process for one person |
| | Integrated Audit | 11/10/09 | | | | $ 12.29 | Breakfast while in Boca, FL for Controls testing over the tax process for one person |
| | Integrated Audit | 11/11/09 | | | | $ 18.46 | Group breakfast for 2 people while in Boca, FL for Controls testing over the tax process. Present: G. Arnold (Grace) & P. Katsiak (PwC) |
| | Integrated Audit | 11/10/09 | | | | 100.00 | Group dinner for 2 people while in Boca, FL for Controls testing over the tax process. Present: G. Arnold (Grace) & P. Katsiak (PwC) |
| | Integrated Audit | 11/11/09 | $ 228.51 | | | | Rental Car while in Boca, FL for Controls testing over the tax process |
| | Integrated Audit | 11/9/09 | | $ 364.62 | | | Hotel while in Boca, FL for Controls testing over the tax process (3 nights @ Daily Rate - $109/night, taxes - $12.54/night) |
| | Integrated Audit | 11/8/09 | $ 25.00 | | | | Taxi to Reagan Airport when travelling to Boca, FL for controls testing over the tax process |
| | Integrated Audit | 11/11/09 | $ 25.00 | | | | Taxi from Reagan Airport when travelling to Boca, FL for controls testing over the tax process |

| Name | Matter | Date | Amount | Description |
|---|---|---|---|---|
| Phillip Crosby | Integrated Audit | 11/2/09 | $ 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 11/5/09 | $ 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 11/11/09 | $ 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 11/12/09 | $ 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 11/16/09 | $ 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 11/18/09 | $ 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 11/20/09 | $ 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| Pailin Chaiprasertsiti | Integrated Audit | 11/2/09 | $ 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | Integrated Audit | 11/5/09 | $ 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | Integrated Audit | 11/9/09 | $ 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | Integrated Audit | 11/11/09 | $ 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | Integrated Audit | 11/12/09 | $ 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| Kristina N. Johnson | Integrated Audit | 11/2/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/3/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/4/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/5/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/6/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/9/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/10/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/12/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/13/09 | $ 35.20 | 83 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/17/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/19/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/23/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/24/09 | $ 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/25/09 | $ 51.70 | 112 miles to and from Elkridge warehouse - 18 miles normal commute to the office = 94 miles every day excess * .55=51.70 |
| | Integrated Audit | 11/25/09 | | Breakfast for myself (1 person) on the way to inventory observation $ 4.62 |
| | Integrated Audit | 11/14/09 | | Postage to mail bankruptcy reports $ 6.93 |
| Kathleen Bradley | Integrated Audit | 11/2/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/3/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/4/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/5/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/6/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/9/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/10/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/11/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/12/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/13/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/16/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/17/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/18/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/19/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/20/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/23/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 11/24/09 | $ 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| Ryan Boyle | Integrated Audit | 11/9/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/9/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/10/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/10/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/12/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/12/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/16/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/16/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/17/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/17/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/19/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 11/19/09 | $ 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 11,307.59 | $ 9,709.13 | $ 1,300.68 | $ 79.13 | $ 218.65 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended November 30, 2009**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom E. Smith | 11/4/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | 11/6/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | 11/24/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | 11/30/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 10 miles normal commute to the office = 72 miles every day excess * .55= 22.00 |
| | 11/5/09 | Audit Partner | $ 15.00 | Parking at hotel for audit committee meeting |
| | 11/16/09 | Audit Partner | $ 20.90 | Mileage to/from airport for transporation to airport for trip to Germany |
| | 11/20/09 | Audit Partner | $ 20.90 | Mileage to/from airport for transporation from airport after trip to Germany |
| | 11/17-20/09 | Audit Partner | $ 502.45 | Hotel in Worms, Germany for 4 nights at a Daily Rate - 59.67 Euros/night, taxes - 11.34 Euros/night, Exchange Rate of 1Euro = $1.53, plus $72.20 for internet usage. |
| | 11/19/09 | Audit Partner | $ 41.70 | Dinner out of town - TSmith and AGarleb |
| | 11/16-20/09 | Audit Partner | $ 5,861.30 | Roundtrip airfare from Washington DC to Germany |
| | 11/16/09 | Audit Partner | $ 7.00 | Travel service fee for Germany airfare |
| | | | **$ 6,623.25** | |
| Justin Bray | 11/2/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 11/4/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 11/5/09 | Audit Senior Manager | $ 47.85 | Mileage to Washington, DC for Audit Committee meeting, then to Grace, then returning home (less 68 mile normal commute)(87 miles * $0.55) |
| | 11/5/09 | Audit Senior Manager | $ 10.00 | Parking at Hay Adams Hotel in Washington, DC for Audit Committee meeting |
| | 11/16/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 11/30/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | | | **$ 150.25** | |
| Brian Weigmann | 11/24/09 | Audit Manager | $ 10.06 | Transportation home while working on Project Surf transaction |
| | 11/24/09 | Audit Manager | $ 4.54 | Overtime meal for self while working late on Project Surf transaction |
| | | | **$ 14.60** | |
| Alison Garleb | 11/2/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 11/3/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 11/6/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 11/24/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 11/9/09 | Audit Manager | $ 25.36 | Team planning lunch with T. Smith, A. Garleb, and L. Keorlet (PwC) |
| | 11/10/09 | Audit Manager | $ 887.30 | Coach airfare from Washington Dulles to Frankfurt, Germany |
| | 11/10/09 | Audit Manager | $ 73.00 | Taxi from home (Silver Spring, MD) to Washington Dulles airport |
| | 11/11/09 | Audit Manager | $ 72.20 | Internet usage at hotels to work on Grace audit while in Europe |
| | 11/16/09 | Audit Manager | $ 5.98 | Taxi from train station to hotel in Worms, Germany |
| | 11/18/09 | Audit Manager | $ 14.86 | Taxi from hotel to client site in Worms, Germany |
| | 11/20/09 | Audit Manager | $ 433.61 | Hotel in Worms, Germany for 4 nights at a Daily Rate - 59.67 Euros/night, taxes - 11.34 Euros/night, Exchange Rate of 1 Euro = $1.53 |
| | 11/20/09 | Audit Manager | $ 87.50 | Taxi from Washington Dulles airport to home (Silver Spring, MD) |
| | | | **$ 1,617.41** | |
| Brett Czajkowski | 11/5/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 11/9/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 11/11/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 11/19/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | | | **$ 83.60** | |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| Pavel Katsiak | 11/2/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/3/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/4/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/5/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/6/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/12/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/13/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/16/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/17/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/18/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/19/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/20/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/23/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/24/09 | Audit Senior Associate | $ | 29.06 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 11/9/09 | Audit Senior Associate | $ | 236.20 | Flight from DCA to Boca, FL for Controls testing over the tax process |
| | 11/9/09 | Audit Senior Associate | $ | 11.68 | Breakfast while in Boca, FL for Controls testing over the tax process for one person |
| | 11/10/09 | Audit Senior Associate | $ | 12.29 | Breakfast while in Boca, FL for Controls testing over the tax process for one person |
| | 11/11/09 | Audit Senior Associate | $ | 18.46 | Group breakfast for 2 people while in Boca, FL for Controls testing over the tax process. Present: G. Arnold (Grace) & P. Katsiak (PwC) |
| | 11/10/09 | Audit Senior Associate | $ | 100.00 | Group dinner for 2 people while in Boca, FL for Controls testing over the tax process. Present: G. Arnold (Grace) & P. Katsiak (PwC) |
| | 11/11/09 | Audit Senior Associate | $ | 228.51 | Rental Car while in Boca, FL for Controls testing over the tax process |
| | 11/9/09 | Audit Senior Associate | $ | 364.62 | Hotel while in Boca, FL for Controls testing over the tax process (3 nights @ Daily Rate - $109/night, taxes - $12.54/night) |
| | 11/8/09 | Audit Senior Associate | $ | 25.00 | Taxi to Reagan Airport when travelling to Boca, FL for controls testing over the tax process |
| | 11/11/09 | Audit Senior Associate | $ | 25.00 | Taxi from Reagan Airport when travelling to Boca, FL for controls testing over the tax process |
| | | | $ | 1,428.63 | |
| Phillip Crosby | 11/2/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 11/5/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 11/11/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 11/12/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 11/16/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 11/18/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 11/20/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | | | $ | 284.90 | |
| Pailin Chaiprasertsiti | 11/2/09 | Audit Associate | $ | 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | 11/5/09 | Audit Associate | $ | 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | 11/9/09 | Audit Associate | $ | 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | 11/11/09 | Audit Associate | $ | 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | 11/12/09 | Audit Associate | $ | 40.70 | Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.55]. |
| | | | $ | 203.50 | |
| Kristina Johnson | 11/2/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/3/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/4/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/5/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/6/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/9/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/10/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/12/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/13/09 | Audit Associate | $ | 35.20 | 83 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/17/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/19/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/23/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 11/24/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/25/09 | Audit Associate | $ | 51.70 | 112 miles to and from Elkridge warehouse - 18 miles normal commute to the office = 94 miles every day excess * .55=51.70 |
| | 11/25/09 | Audit Associate | $ | 4.62 | Breakfast for myself (1 person) on the way to inventory observation |
| | 11/14/09 | Audit Associate | $ | 6.93 | Postage to mail bankruptcy reports |
| | | | $ | 520.85 | |
| Kathleen Bradley | 11/2/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/3/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/4/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/5/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/6/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/9/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/10/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/11/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/12/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/13/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/16/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/17/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/18/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/19/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/20/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/23/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 11/24/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | | | $ | 149.60 | |
| Ryan Boyle | 11/9/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/9/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/10/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/10/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/12/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/12/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/16/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/16/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/17/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/17/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/19/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 11/19/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | | | $ | 231.00 | |

Summary

Total  $ 11,307.59