# EXHIBIT "4" TO OBJECTION

Court File No.: 01-CL-4081

## SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

### IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36 AS AMENDED

### AND IN THE MATTER OF GRACE CANADA INC.

Applicant

## SUPPLEMENTARY AFFIDAVIT OF HILDA MOZAFFAR
### Sworn December 7, 2009

1.          I, HILDA MOZAFFAR, Legal Assistant with the Department of Justice Canada, of the City of Thornhill, in the Province of Ontario, MAKE OATH AND SAY:

2.          I am the assistant to Jacqueline Dais-Visca, counsel with carriage of this file on behalf of the Attorney General of Canada. As such I have knowledge of the matters to which I hereinafter depose except where my knowledge is said to be based on information from others in which case I have identified the source of the information and verily believe the information to be true.

3.          This Supplementary Affidavit is sworn in response to the Affidavit of Michel Bélanger delivered on behalf of the CCAA Representative Counsel in support of Grace's Motion to Approve the Amended Restated Settlement Minutes sworn December 4, 2009.

4.          I am advised by Jacqueline Dais-Visca and Nathalie Drouin, co-counsel with carriage of this litigation, and verily believe that the following facts and correspondence.

- 2 -

5.          The firm Lauzon Bélanger commenced, on behalf of the CDN ZAI Claimants, two class actions in the Quebec Superior Court: *Association des consommateurs pour la qualité dans la construction et Vivianne Brosseau et Léontine Roberge-Turgeon c. Procureur général du Canada*, 500-06-000286-050 and *Association des consommateurs pour la qualité dans la construction et Jean-Charles Dextras c. Grace Canada inc  et le Procureur général du Canada*, 500 06-000258-042 ("Quebec Class actions").

6.          André Lespérance, counsel at the Department of Justice in Montreal, Quebec, who had carriage of the Quebec Class actions on behalf of the Crown and was co-counsel in these CCAA proceedings on behalf of the Crown left the Department and joined the firm Lauzon Bélanger.

7.          Attached hereto and marked as **Exhibit "A"** is a true copy of November 18, 2008 letter from Nathalie Drouin, counsel with the Montreal office of the Department Justice now having carriage of the Quebec class actions on behalf of the Crown, to Michel Bélanger of the firm Lauzon Bélanger.

8.          Attached hereto and marked as **Exhibit "B"** is a true copy of December 16, 2008 letter from Ms. Drouin Michel Bélanger.

9.          Attached hereto and marked as **Exhibit "C"** is a true copy of December 23, 2008 letter from Michel Belanger in reply to Ms. Drouin's letters.

10.     On January 20th, 2009, Ms. Drouin wrote to Michel Bélanger indicating that the Department of Justice could not accept that the firm continue representing the CDN ZAI Claimants before this Court and more particularly in relation to the proceedings against the Crown, be it in the amendment of the claims by virtue of the 2008 Settlement or in any motion seeking to lift the stay. A true copy of Ms. Drouin's letter is attached hereto and marked as **Exhibit "D"**.

11.     On January 21, 2009, Michel Bélanger wrote to Ms. Drouin indicating that :

   (a)   He had received on January 19, 2009 Merchant Law Group's confirmation that Merchant Law Group would be substituted as Counsel in the Quebec class actions ;

   (b)   The firm Scarfone Hawkins would advise the CCAA Court that the firm Lauzon Bélanger would cease to act as Representative Counsel in any further proceedings against the Crown; and

   (c)   The firm Lauzon Bélanger's involvement was to be limited to the administration of the settlement fund with Grace.

A true copy of Mr. Belanger's letter is attached hereto and marked as **Exhibit "E"**.

12.     On January 30, 2009, two Avis *de substitution de procureurs de la requérante et des members désignés* (notice of change of solicitors) from Merchant Law Group were served on the Crown. True copies of the *Avis de substitution* are attached hereto and marked as **Exhibit "F"**.

13.     On February 27 2009, Ms. Drouin wrote to Michel Bélanger confirming a telephone conversation of February 25th, 2009 to the effect that:

(a)     Lauzon Bélanger firm would take all the necessary measures to inform the CCAA Court and all counsel involved in the file of W.R. Grace in Canada that it would not act in any further proceedings against the Crown;

(b)     A substitution of lawyers in the Quebec class actions took place;

(c)     Lauzon Bélanger firm will not intervene before the Court at the hearing scheduled on April 1st, 2009; and

(d)     All the court documents would be served solely on the firm of Scarfone Hawkins.

A true copy of the said letter is attached hereto and marked as **Exhibit "G"**.

14.        On March 9th, 2009, Cindy Yates of the firm Scarfone Hawkins sent an e-

mail to Careen Hannouche of the firm Lauzon Belanger in which she wrote :

> I confirm that the position set out in your email regarding your firm no longer being involved in this matter vis-à-vis the Crown is consistent with our understanding.
>
> As discussed, I expect that we will notify the Court on April 1, 2009 at the return of the Ferber's motion that Lauzon Bélanger is no longer involved in this matter as Representative Counsel in respect of all matters relating to the Crown.

A true copy of the said letter is attached hereto and marked as **Exhibit "H"**.

15.        On June 1, 2009, Ms. Hanouche wrote to all counsel involved in the present

proceedings before the CCAA:

> In light of Keith's letter today, we would appreciate it if all would refrain from copying Lauzon Bélanger on matter that are in respect of Canada ZAI PI Claims in light of the alleged conflict of interests. We do not act as representative Counsel with regard to Canadian ZAI PI claims.

A true copy of the said letter is attached hereto and marked as **Exhibit "I"**.

- 5 -

16.          I make this affidavit in support of the Crown's objection to approval by this

Court of the Restated CDN ZAI Settlement entered into between the Grace Parties and the

Canadian Representative Counsel on November 16, 2009.

Sworn before me at the City of Toronto,
in Province of Ontario, on
December 7, 2009.

_____
Commissioner for Taking Affidavits

_____
HILDA MOZAFFAR

This is Exhibit   "A"   mentioned and
referred to in the affidavit of

*HILDA MOZAFFAR*

Sworn before me this   7th   day of

*December* A.D. 2009

A Commissioner for taking affidavits

 Ministère de la Justice    Department of Justice
Canada                     Canada

Bureau régional du Québec
Complexe Guy-Favreau
200, boul. René-Levesque Ouest
Tour Est, 9ième étage
Montréal (Québec)  H2Z 1X4

Téléphone :  (514) 283-8117
Télécopieur : (514) 283-3856

## SOUS TOUTES RÉSERVES

## PAR TÉLÉCOPIEUR                                     Le 18 novembre 2008

Me Michel Bélanger
Lauzon, Bélanger
511, Place d'Armes
Bureau 2002
Montréal
H2Y 2W7

**OBJET :** *Association des consommateurs pour la qualité dans la construction /*
*Dextras, Jean-Charles*
**Notre dossier: 2-211059**

*Association des consommateurs pour la qualité dans la construction /*
*Brosseau, Viviane / Roberge-Turgeon, Léontine*
**Notre dossier: 2-213615**

Cher Confrère,

La présente fait suite à notre conversation téléphonique en date du 7 novembre 2008 concernant votre implication dans les divers dossiers de litige portant sur le produit « Zonolite », incluant le dossier devant la Cour supérieure de l'Ontario sous la *Loi sur les arrangements des créanciers des compagnies*.

En effet, étant donné que Me André Lespérance s'est joint à votre cabinet depuis le mois de juin dernier et l'échec des négociations entre les demandeurs et le Procureur général du Canada, il a été convenu qu'il y aurait une substitution de procureurs dans les plus brefs délais.

Nous comprenons que vous faites actuellement des démarches afin que votre cabinet cesse d'agir comme procureurs des requérants, des membres du groupe et des réclamants dans le cadre de l'entente intervenue avec Grace.

Nous comptons sur votre collaboration pour que le tout s'exécute avec diligence.

Dans l'attente de vos nouvelles, veuillez agréer l'expression de nos sentiments distingués.

Copy

Nathalie Drouin
Avocate

/lc

This is Exhibit ~~O~~ mentioned and
referred to in the affidavit of
HILDA MOZAFFAR
Sworn before me this  7th  day of
DECEMBER A.D. 2009
A Commissioner for taking affidavits



Ministère de la Justice          Department of Justice
Canada                           Canada

Bureau régional du Québec
Complexe Guy-Favreau
200, boul. René-Lévesque Ouest
Tour Est, 9ième étage
Montréal (Québec)  H2Z 1X4

Téléphone :  (514) 283-8117
Télécopieur :  (514) 283-3856

## SOUS TOUTES RÉSERVES

### PAR TÉLÉCOPIEUR

Le 16 décembre 2008

Me Michel Bélanger
Lauzon, Bélanger
511, Place d'Armes
Bureau 2002
Montréal
H2Y 2W7

OBJET :   *Association des consommateurs pour la qualité dans la construction /*
*Dextras, Jean-Charles*
**Notre dossier: 2-211059**

*Association des consommateurs pour la qualité dans la construction /*
*Brosseau, Viviane / Roberge-Turgeon, Léontine*
**Notre dossier: 2-213615**

Cher Confrère,

La présente fait suite à notre lettre datée du 18 novembre 2008 ainsi que nos conversations téléphoniques subséquentes concernant le transfert à un autre cabinet des dossiers relatifs au produit « Zonolite »,

Nous réitérons notre demande afin que la substitution de procureurs s'exécute avec diligence. Par conséquent, auriez-vous l'obligeance de nous faire part par écrit de votre position à cet égard le plus rapidement possible.

Vous remerciant à l'avance de votre collaboration, veuillez recevoir l'expression de nos sincères salutations.

Nathalie Drouin
Avocate

ND/fy

This is Exhibit   "C"    mentioned and
referred to in the affidavit of

*HILDA MOZAFFAR*

Sworn before me this    7th    day of

*December*   A.D. 20 09

A Commissioner for taking affidavits



# LAUZON BÉLANGER

AVOCATS · ATTORNEYS

Michel Bélanger
Ligne directe : (514) 844-3037
Courriel : mbelanger@lauzonbelanger.qc.ca

Le 23 décembre 2008

- Par télécopieur

Me Nathalie Drouin
**Ministère de la justice - Canada**
200, boul. René-Lévesque Ouest
Tour Est, 9ᵉ étage
Montréal (Québec)  H2Z 1X4

OBJET :      ACQC & Dextras c. Grace Canada & al.
             Votre dossier : 2-211059
             Notre dossier : 216

             ACQC & Brosseau, Roberge-Turgeon c. Procureure général du Canada
             Votre dossier : 2-213615
             Notre dossier : 222

Chère consoeur,

Suite à votre lettre du 16 décembre 2008, nous vous confirmons que nous n'entendons plus agir dans la suite des dossiers mentionnés en titre en ce qui a trait aux procédures à venir contre le Procureur général du Canada.

Nous poursuivrons toutefois notre implication dans le cadre du règlement avec la compagnie Grace.

Bien que les démarches se poursuivent pour assurer un transfert du dossier sans préjudice aux droits des membres des recours, nous n'entendons pas procéder tant et aussi longtemps que la suspension des procédures n'est pas levée par la Cour de faillite.

Espérant le tout conforme, nous vous prions d'agréer, chère consoeur, l'expression de nos sentiments distingués.

LAUZON BÉLANGER inc.

Michel Bélanger

MB/db

Lauzon Bélanger inc. 286, rue St-Paul Ouest, Bureau 100, Montréal (Québec) H2Y 2A3
Téléphone : 514 844-4646 – Télécopieur : 514 844-7009 – www.lauzonbelanger.qc.ca

HEURE DE RECEPTION DEC. 23. 11:51AM

This is Exhibit ‌‌ ͺ O ͺ ‌‌ mentioned and
referred to in the affidavit of

HILDA MOZAFFAR

Sworn before me this ‌ 7th ‌ day of
December A.D. 2009

A Commissioner for taking affidavits



Ministère de la Justice     Department of Justice
Canada                      Canada

Bureau régional du Québec
Complexe Guy-Favreau
200, boul. René-Lévesque Ouest
Tour Est, 9ième étage
Montréal (Québec)  H2Z 1X4

Téléphone :  (514) 283-8117
Télécopieur : (514) 283-3856

## SOUS TOUTES RÉSERVES

### PAR TÉLÉCOPIEUR                              Le 20 janvier 2009

Me Michel Bélanger
Lauzon, Bélanger
511, Place d'Armes
Bureau 2002
Montréal
H2Y 2W7

OBJET :   *Association des consommateurs pour la qualité dans la construction /*
          *Dextras, Jean-Charles*
          **Notre dossier: 2-211059**

          *Association des consommateurs pour la qualité dans la construction /*
          *Brosseau, Viviane / Roberge-Turgeon, Léontine*
          **Notre dossier: 2-213615**

Cher confrère,

Nous faisons suite à votre lettre datée du 23 décembre 2008 ainsi qu'à notre conversation téléphonique le 9 janvier 2009.

Tel que mentionné, nous ne pouvons accepter que votre retrait des dossiers soit conditionnel à la levée de la suspension des procédures par la Cour de faillite en Ontario. En effet, la suspension des procédures ne vous empêche pas de procéder à une substitution de procureurs. De même, nous ne pouvons accepter que vous conserviez votre statut de procureur représentant les réclamants dans le cadre de la faillite de Grace en vertu de la LCAA, plus particulièrement en ce qui concerne votre implication quant à toutes démarches entourant la suite des procédures contre la Couronne, que ce soit au niveau de la modification aux procédures introductives d'instance en vertu de l'entente ou relativement à toute demande visant à lever la suspension des procédures.

Vous comprendrez que nous devons rendre des comptes à nos clients et que nous devons agir de manière à mettre fin à la situation conflictuelle qui découle du fait que Me Lespérance se soit joint à votre cabinet.

- 2 -

Dans les circonstances, veuillez prendre note que des mesures seront entreprises par la direction de notre bureau afin de remédier à la situation, sans autre délai.

Veuillez recevoir, cher confrère, nos sincères salutations.

Nathalie Drouin
Avocate

ND/fy

This is Exhibit ___ mentioned and
referred to in the affidavit of
HILDA MOZAFFARIC
Sworn before me this 7th day of
December A.D. 20 09
A Commissioner for taking affidavits



# LAUZON BÉLANGER

AVOCATS · ATTORNEYS

Michel Bélanger
Ligne directe : (514) 844-3037
Courriel : mbelanger@lauzonbelanger.qc.ca

Le 21 janvier 2009

Par télécopieur

Me Nathalie Drouin
**Ministère de la justice - Canada**
200, boul. René-Lévesque Ouest
Tour Est, 9° étage
Montréal (Québec) H2Z 1X4

OBJET :    ACQC & Dextras c. Grace Canada & al.
· Votre dossier : 2-211059
Notre dossier : 216

ACQC & Brosseau, Roberge-Turgeon c. Procureure général du Canada
Votre dossier : 2-213615
Notre dossier : 222

Chère consoeur,

Suite à la vôtre du 20 janvier 2009, nous tenons à vous aviser que nous n'avons reçu confirmation que le 19 janvier dernier à 18h30 de l'acceptation de la firme Merchant Law Group de nous substituer dans les recours collectifs mentionnés en titre.

Nous déposerons donc, dans les prochain jours, deux avis de substitution de procureurs.

En ce qui a trait aux procédures pendantes au terme de la LCAA, des représentants de la firme Scarfone Hawkins aviseront la Cour de faillite, à la première occasion, du fait que nous n'agirons plus au dossier à titre de procureurs représentant à l'égard de toute procédure ultérieure contre le Procureur général du Canada.

Pour votre information, nous nous sommes abstenus, de facto, d'intervenir dans toute question relative à ce volet des procédures et avons avisé nos collègues de s'abstenir de nous faire parvenir quelque correspondance à ce propos.

Tel que mentionné dans notre correspondance antérieure, nous continuerons à assurer un suivi de la mise en œuvre de l'entente conclue avec la compagnie Grace.

Lauzon Bélanger inc. 286, rue St-Paul Ouest, Bureau 100, Montréal (Québec) H2Y 2A3
Téléphone : 514 844-4646 – Télécopieur : 514 844-7009 – www.lauzonbelanger.qc.ca

MER/21/JAN/2009 15:19     Lauzon Belanger inc.      N° FAX:514 844 7009          P. 003

## LAUZON BÉLANGER
AVOCATS · ATTORNEYS

/2

Espérant le tout conforme, nous vous prions d'agréer, chère consoeur, l'expression de nos sentiments distingués.

LAUZON BÉLANGER INC.

Michel Bélanger

MB/db

This is Exhibit          mentioned and
referred to in the affidavit of
HILDA MOZAFFAR
Sworn before me this       7TH      day of
December  A.D. 2009
A Commissioner for taking affidavits

CANADA

PROVINCE DE QUÉBEC
DISTRICT DE MONTRÉAL

No. : 500-06-000258-042

COUR SUPÉRIEURE
(Recours collectif)

ASSOCIATION DES CONSOMMATEURS
POUR LA QUALITÉ DANS LA
CONSTRUCTION,

Requérante

-et-
JEAN-CHARLES DEXTRAS

Membre désigné

c.

GRACE CANADA INC.
-et-
PROCUREUR GÉNÉRAL DU CANADA,

Intimés

## AVIS DE SUBSTITUTION DES PROCUREURS DE LA REQUÉRANTE ET DES MEMBRES DÉSIGNÉS (selon l'article 253 C.p.c.)

Destinataires :

Me Christine Carron
**Ogilvy Renault**
1981, avenue McGill College
Bureau 1100
Montréal (Québec)  H3A 3C1

Procureurs de l'intimée Grace Canada
Inc.

Me Nathalie Drouin
**Ministère de la justice - Canada**
200, boul. René-Lévesque Ouest
Tour Est, 9ª étage
Montréal (Québec)  H2Z 1X4

Procureurs de l'intimé Procureur général du
Canada

PRENEZ AVIS que MERCHANT LAW GROUP est substitué à LAUZON BÉLANGER
inc., à titre de procureurs de la requérante et du membre désigné.

Veuillez agir en conséquence.

Montréal, le 30 janvier 2009

*Merchant Law Group LLP*

MERCHANT LAW GROUP
Nouveau procureurs de la requérante et des
membres désignés.

No. 500-06-000258-042

COUR SUPÉRIEURE
(RECOURS COLLECTIF)

PROVINCE DE QUÉBEC
DISTRICT DE MONTRÉAL

ASSOCIATION DES CONSOMMATEURS POUR
LA QUALITÉ DANS LA CONSTRUCTION, et al

vs

GRACE CANADA INC
et
PROCUREUR GÉNÉRAL DU CANADA

**AVIS DE SUBSTITUTION DES
PROCUREURS DE LA REQUÉRANTE
ET DES MEMBRES DESIGNÉS**

BC3841

Me. Owen Falquero
Merchant Law Group LLP
83 St-Paul Ouest
Montréal, Québec, H2Y-1Z1
Tel : (514) 842-7776
Fax : (514)842-8055

02/13/08    VEN 15:31 FAX 514 542 5055        BUREAU DES AVOCATS                              ☒002

CANADA

PROVINCE DE QUÉBEC
DISTRICT DE MONTRÉAL

No. : 500-06-000258-042

COUR SUPÉRIEURE
(Recours collectif)

ASSOCIATION DES CONSOMMATEURS
POUR LA QUALITÉ DANS LA
CONSTRUCTION,

Requérante

-et-
JEAN-CHARLES DEXTRAS

Membre désigné

c.

GRACE CANADA INC.
-et-
PROCUREUR GÉNÉRAL DU CANADA,

Intimés

## AVIS DE SUBSTITUTION DES PROCUREURS DE LA REQUÉRANTE ET DES MEMBRES DÉSIGNÉS (selon l'article 253 C.p.c.)

Destinataires :

Me Christine Carron
**Ogilvy Renault**
1981, avenue McGill College
Bureau 1100
Montréal (Québec)  H3A 3C1

Procureurs de l'intimée Grace Canada
Inc.

Me Nathalie Drouin
**Ministère de la justice - Canada**
200, boul. René-Lévesque Ouest
Tour Est, 9ᵉ étage
Montréal (Québec)  H2Z 1X4

Procureurs de l'intimé Procureur général du
Canada

PRENEZ AVIS que MERCHANT LAW GROUP est substitué à LAUZON BÉLANGER
inc., à titre de procureurs de la requérante et du membre désigné.

Veuillez agir en conséquence.

Montréal, le 30 janvier 2009

_Merchant Law Group LLP_
MERCHANT LAW GROUP
Nouveau procureurs de la requérante et des
membres désignés.

02/13/09   VEN 15:25 FAX 514 842 8055        BUREAU DES AVOCATS                                    ☒001

CANADA

PROVINCE DE QUÉBEC
DISTRICT DE MONTRÉAL

No: 500-06-000286-050

*RECOURS COLLECTIF*
COUR SUPÉRIEURE

_____

ASSOCIATION DES CONSOMMATEURS POUR LA QUALITÉ DANS LA CONSTRUCTION

Requérante

et

VIVIANE BROSSEAU

et

LÉONTINE ROBERGE-TURGEON

Membres désignés

c.

PROCUREUR GÉNÉRAL DU CANADA

Intimé

_____

## BORDEREAU DE TRANSMISSION PAR TÉLÉCOPIEUR
### (Art. 146.0.2 et règle 6 R.P.C.S.)

_____

### EXPÉDITEUR

NOM:        Me OWEN FALQUERO
            Nouveau Procureur de la Requérante et Membre désigné
ADRESSE:    83 St-Paul Ouest, Montréal, Québec, H2Y-1Z1
TÉLÉPHONE:        (514) 842-7776
TÉLÉCOPIEUR:      (514) 842-8055

### DESTINATAIRES

NOM:        Me NATHALIE DROUIN
            Procureur du Ministère de la justice Canada

TÉLÉCOPIEUR:      (514) 283-3856
DATE DE LA TRANSMISSION::   le 13 février 2009 à 9H30   15 h 30
Nombre de pages transmises incluant le présent bordereau: 2
Nature du document: Avis de Substitution des Procureurs de la Requérante et des Membres
Désignés

1

CANADA

PROVINCE DE QUÉBEC
DISTRICT DE MONTRÉAL

No. : 500-06-000286-050

COUR SUPÉRIEURE
(Recours collectif)

ASSOCIATION DES CONSOMMATEURS POUR LA QUALITÉ DANS LA CONSTRUCTION,

Requérante

-et-

VIVIANE BROSSEAU,
-et-
LÉONTINE ROBERGE-TURGEON,

Membres désignés

c.

PROCUREUR GÉNÉRAL DU CANADA,

Intimé

## AVIS DE SUBSTITUTION DES PROCUREURS DE LA REQUÉRANTE ET DES MEMBRES DÉSIGNÉS (selon l'article 253 C.p.c.)

Destinataire :        Me Nathalie Drouin
                      Ministère de la justice - Canada
                      200, boul. René-Lévesque Ouest - Tour Est, 9ᵉ étage
                      Montréal (Québec) H2Z 1X4

                      Procureurs de l'intimé

PRENEZ AVIS que MERCHANT LAW GROUP est substitué à LAUZON BÉLANGER inc., à titre de procureurs de la requérante et des membres désignés.

Veuillez agir en conséquence.

Montréal, le 30 janvier 2009

*Merchant Law Group LLP*

MERCHANT LAW GROUP
Nouveau procureurs de la requérante et des membres désignés.

02/13/08  VEN 16:29 FAX 514 842 8055        BUREAU DES AVOCATS                     ☒003

No. 500-06-000286-050

COUR SUPÉRIEURE
(RECOURS COLLECTIF)

PROVINCE DE QUÉBEC
DISTRICT DE MONTRÉAL

ASSOCIATION DES CONSOMMATEURS POUR
LA QUALITÉ DANS LA CONSTRUCTION, et al

vs

PROCUREUR GÉNÉRAL DU CANADA

AVIS DE SUBSTITUTION DES
PROCUREURS DE LA REQUÉRANTE
ET DES MEMBRES DESIGNÉS

BC3841

Me. Owen Falquero
Merchant Law Group LLP
83 St-Paul Ouest
Montréal, Québec, H2Y-1Z1
Tel : (514) 842-7776
Fax : (514)842-8055

HEURE DE RECEPTION  FEV. 13.   3:26PM

This is Exhibit ⁸ 6 ⁸ mentioned and
referred to in the affidavit of
HILDA MOZAFFARE
Sworn before me this 7th day of
December A.D. 2009
A Commissioner for taking affidavits



Ministère de la Justice     Department of Justice
Canada                      Canada

Bureau régional du Québec
Complexe Guy-Favreau
200, boul. René-Lévesque Ouest
Tour Est, 9ième étage
Montréal (Quebec)  H2Z 1X4

Téléphone :  (514) 283-8117
Télécopieur  (514) 283-3856


PAR TÉLÉCOPIEUR                               Le 27 février 2009


Me Michel Bélanger
LAUZON, BÉLANGER, Avocats
286, rue St-Paul Ouest, #100
Montréal (Québec)
H2Y 2A3


OBJET :   **Association des consommateurs pour la qualité dans la construction /
          Brosseau, Viviane / Roberge-Turgeon, Léontine
          CSQ: 500-06-000286-050
          Notre dossier: 2-213615**
_____

Cher confrère,

La présente fait suite à votre lettre du 21 janvier dernier.

Tel que convenu lors de notre conversation téléphonique du 25 février dernier, nous
comprenons que vous entreprendrez les démarches nécessaires afin d'aviser la Cour
supérieure de l'Ontario ainsi que tous les procureurs impliqués dans le dossier de faillite
de W.R. Grace au Canada que vous n'agirez plus à l'égard de toute procédure ultérieure
contre le Procureur général du Canada et qu'il y a eu une substitution des procureurs
dans les dossiers Brosseau et Dextras, au Québec. De plus, vous les aviserez que vous
n'interviendrez pas dans le cadre de l'audition du 1er avril 2009 et que les procédures
pourront dorénavant être signifiées seulement au bureau de Scarfone Hawkins LLP à titre
de « CCAA Representative Counsel ».

En attente de vos nouvelles à cet égard, veuillez recevoir, cher confrère, nos meilleures
salutations.

                                          copy

                                          **NATHALIE DROUIN**
                                          Avocate

CM/sdh



Ministère de la Justice     Department of Justice
Canada                      Canada

Bureau régional du Québec
Complexe Guy-Favreau
200, boul. René-Lévesque Ouest
Tour Est, 9ième étage
Montréal (Québec)  H2Z 1X4

Téléphone :  (514) 283-8117
Télécopieur : (514) 283-3856


**PAR MESSAGER**                              Le 27 février 2009


L'Honorable André Prévost, j.c.s.
Palais de justice de Montréal
1, rue Notre-Dame Est, #12.23
Montréal (Québec)
H2Y 1B6


OBJET :    **Association des consommateurs & Dextras**
           **c. Grace Canada & al.**
           **N° : 500-06-000258-042**
           **Association des consommateurs & Brosseau, Roberge-Turgeon**
           **c. Procureur général du Canada**
           **N° : 500-06-000286-050**
           **Nordick et al. c. W.R. Grace & Co et al.**
           **Notre dossier: 2-213615**
           **N° : 500-06-000020-058**
           **N/D : 2-213615**


Monsieur le juge,

La présente fait suite à votre lettre du 20 février 2009 dans les dossiers cités en rubrique.

Avec le consentement de Me Bélanger, nous vous transmettons copie d'une lettre qu'il nous a fait parvenir le 21 janvier 2009 relativement aux dossiers Dextras et Brosseau, laquelle découle du fait que Me André Lespérance s'est joint au bureau de Lauzon Bélanger. Veuillez prendre note que nous avons reçu signification des avis de substitution de procureurs le 13 février dernier, dont copie ci-jointe.

Le 2 septembre dernier, une entente a été conclue entre W.R. Grace et les avocats agissant comme représentants des réclamants dans la faillite de W. R. Grace. Le 17 octobre dernier, l'honorable juge Morawetz de la Cour Supérieure de l'Ontario a approuvé cette entente. Vous trouverez ci-jointe une copie de l'ordonnance d'approbation, laquelle prévoit entre autres la suspension des procédures contre Grace et le Procureur général du Canada jusqu'au 1er avril 2009.

Veuillez prendre note que la demanderesse dans l'affaire *Thundersky et al. c. W.R. Grace et le Procureur général du Canada* au Manitoba a récemment déposé une requête devant la Cour Supérieure de l'Ontario demandant la levée de la suspension des procédures contre la Couronne. L'audition de cette requête aura lieu le 1er avril prochain

Lettre à l'Honorable André Prévost, j.c.s.
Le 27 février 2009
Page 2

et portera sur l'opportunité de prolonger la suspension des procédures à une date
ultérieure.
Il nous fera plaisir de vous tenir informé de la décision qui sera rendue par la Cour
supérieure de l'Ontario.

Nous vous prions d'agréer, monsieur le juge, l'expression de nos salutations distinguées.


                **NATHALIE DROUIN**
                Avocate

ND/sdh

p.j.    Lettre du 21 janvier 2009 de Me Michel Bélanger
       Entente du 2 septembre 2008
       Ordonnance du 17 octobre 2008

c.c.    Me Michel Bélanger
       LAUZON BÉLANGER, s.e.n.c.

       Me Owen Falquero
       MERCHANT LAW GROUP LLP

This is Exhibit "A" mentioned and
referred to in the affidavit of
HILDA MOZAFFAR
Sworn before me this    7th    day of
December A.D. 2009
A Commissioner for taking affidavits

Dais-Visca, Jacqueline

From:        Careen Hannouche [careen.hannouche@lauzonbelanger.qc.ca]
Sent:        March 10, 2009 9:55 AM
To:          Drouin, Nathalie
Subject:     TR: Zonolite Class Action - 05L121
Importance: High
Sensitivity: Confidential


LAUZON BÉLANGER


Bonjour Nathalie

Voir, ci-dessous, le courriel de Me Thompson.

Salutations,

Careen Hannouche  Avocate
Lauzon Bélanger inc.
286 rue St-Paul Ouest bureau 100
Montreal (Québec) H2Y 2A3
514 844 1812

Ce courriel est destiné exclusivement au(x) destinataire(s)
mentionné(s) ci-dessus et peut contenir de l'information privilégiée.
confidentielle ou dispensée de divulgation aux termes des lois
applicables. Si vous avez reçu ce message par erreur, ou s'il ne vous est
pas destiné, veuillez le mentionner immédiatement à l'expéditeur et effacer
ce courriel.

NOTE: This e-mail message is intended only for the named recipient(s) above
and may contain information that is privileged, confidential and/or exempt
from disclosure under applicable law. If you have received this message in
error, or are not the named recipient(s), please immediately notify the
sender and delete this e-mail message.

De : Cindy Yates [mailto:cyates@shlaw.ca]

03 12 2009

Envoyé : 9 mars 2009 11:32
À : Careen Hannouche; Michel Belanger
Cc : Matt Moloci
Objet : Zonolite Class Action - 05L121
Importance : Haute
Critère de diffusion : Confidentiel

Careen  I write as a follow-up to your email of March 5th.

I confirm that the position set out in your email regarding your firm no longer being involved in this matter vis-a-vis me Crown is consistent with our understanding.

As discussed  I expect that we will notify the Court on April 1, 2009 at the return of the Ferbers' motion that Lauzon Belanger is no longer involved in this matter as Representative Counsel in respect of all matters relating to the Crown

I trust this is satisfactory.

cyates@shlaw.ca  www.shlaw.ca

thompson@shlaw.ca

Confidentiality Notice: The information contained in this message is confidential and subject to solicitor-client privilege. It is intended only for the use of the individual or entity as named above. If the reader is not the intended recipient, or the authorized agent thereof, you are hereby notified that any disclosure, use, distribution or copying is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and delete all copies of the original message. Long distance collect calls should be directed to 905-523-1333. Thank you.

This is Exhibit "_I_" mentioned and
referred to in the affidavit of
HILDA MOZAFFAR
Sworn before me this  7th  day of
December A.D. 20 09
A Commissioner for taking affidavits

Dais-Visca, Jacqueline

From:    Dais-Visca, Jacqueline

Sent:    June 2, 2009 12 49 PM

To:      Lozinska-Legault, Monika; Drouin, Nathalie; Gagné, Sébastien; Kaminski, Brenda; Maiorino,
         Carmela, Monssette, Claude; Shaw, Jim

Subject: Lauzon - conflict of interest letter.


From: Careen Hannouche [mailto:careen.hannouche@lauzonbelanger.qc.ca]
Sent: June 1, 2009 3:25 PM
To: amarchant@merchantlaw.com; dtay@ogilvyrenault.com; opasparakis@ogilvyrenault.com; Matt Moloci; David
Thompson; Dais-Visca, Jacqueline; Dais-Visca, Jacqueline
Cc: Michel Belanger
Subject:


# LAUZON BÉLANGER


Dear colleagues

In light of Keith's letter of this day, we would appreciate it if all would refrain from copying Lauzon
Bélanger on matters that are in respect of Canadian ZAI PI claims in light of the alleged conflict of
interest. We do not act as Representative Counsel with regard to Canadian ZAI PI claims.


Regards

*David et al your fils  Avocate*
Lauzon Belanger inc.
... ... ... ... ... ... est. bureau 100
... ... ... ... H0Y 0A3
... ... ... ... ...

... ... ... ... et destiné exclusivement au(x) destinataire(s)
... ... ... ... confidentielle et/ou contenir de l'information privilégiée.
... ... ... ... de divulgation aux termes des lois
... ... ... ... vous avez reçu ce message par erreur, ou s'il ne vous est
... ... ... ... veuillez le mentionner immédiatement à l'expéditeur et effacer
... ... ...

E-TE: This e-mail message is intended only for the named recipient(s) above
... ... ... ... information that is privileged, confidential and/or exempt

... ... ...

from disclosure under applicable law. If you have received this message in
error, or are not the named recipient(s), please immediately notify the
sender and delete this e-mail message.

FORM 4C – BACKSHEET – Rules of Civil Procedure, Rule 4.02(3)

Court File No.: 01-CL-4081

IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36 AS AMENDED AND IN THE MATTER OF GRACE CANADA INC

ONTARIO
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding Commenced at Toronto

SUPPLEMENTARY AFFIDAVIT OF HILDA
MOZAFFAR (SWORN DECEMBER 7, 2009)

**Department of Justice Canada**
Ontario Regional Office
130 King Street West
Suite 3400, Box 36
Toronto, ON M5X 1K6

Per:    **Jacqueline Dais-Visca**
Tel:    (416) 952-6010
Fax:    (416) 973-0809
Law Society No.: 358341

**Department of Justice Canada**
Québec Regional Office
200, Bvd René-Lévesque Ouest
Tour est, 5e étage
Montréal, Québec  H2Z 1X4

Per:    **Nathalie Drouin**
Tel:    (514) 283-8117
Fax:    (514) 283-3856
Law Society No.: 184774-1

Lawyers for the Attorney General of Canada