# EXHIBITS IN SUPPORT OF CROWN OBJECTION
# TO SPECIAL COUNSEL APPLICATIONS

## INDEX

| Tab | Description | Page |
|---|---|---|
| **Exhibit #1** | **Responding Record of AG Canada to Grace's Motion to Approve 20009 Restated Settlement** | |
| 1. | Affidavit of Hilda Mozaffar sworn December 4, 2009 | 1 – 4 |
| A. | Exhibit A – Order of Justice Farley dated February 8, 2006 | 5 – 10 |
| B. | Exhibit B – Objection to the Disclosure Statement filed on behalf of Her Majesty the Queen in right of Canada in US Bankruptcy Proceedings, dated October 17, 2009 | 11 – 29 |
| C. | Exhibit C – US Bankruptcy Court's Notice of Agenda of Matters scheduled for hearing on October 27, 2008 and October 28, 2008 | 30 – 35 |
| D. | Exhibit D – Settlement Approval Endorsement dated October 23, 2008 | 36 – 46 |
| F. | Exhibit F – Excerpts from the Crown's PD claim filed on behalf of the Department of National Defence | 54 – 57 |
| N. | Exhibit N – Letter from Orestes Pasparakis, dated December 3, 2009 to Keith Ferbers | 275 – 278 |
| **Exhibit #2** | **Grace Motion Record for Approval of 2009 Restated Settlement dated December 1, 2009** | |
| 1 | Notice of Motion returnable December 8, 2009 | 1-15 |
| 2. | 32nd Information Officer's Report Dated December 1, 2009 | 16-25 |
| 3. | The Amended Settlement | 26-44 |
| 4. | Blackline of the Amended Settlement to the Original Settlement | 45-70 |
| 5. | Draft Order, without Schedule "A" | 71-74 |
| 6. | The Order approving original settlement dated Oct. 17, 2008 | 75-102 |
| **Exhibit #3** | **Transcript Excerpt from Hearing October 27, 2008 and Crown Objection to Disclosure Statement** | |

**Exhibit #4   Supplementary Affidavit of Hilda Mozaffar sworn Dec. 7, 2009**

A   November 18, 2008 letter from Nathalie Drouin to Michel Bélanger

B   December 16, 2008 letter from Ms. Drouin Michel Bélanger

C   December 23, 2008 letter from Michel Belanger in Ms. Drouin

D   January 20th, 2009 letter from Ms. Drouin to Michel Bélanger

E   January 21, 2009 letter from Michel Bélanger to Ms. Drouin

F   Two Avis *de substitution de procureurs de la requérante et des members désignés* (notice of change of solicitors) from Merchant Law Group were served on the Crown dated January 30, 2009

G   February 27 2009 letter from Ms. Drouin to Michel Bélanger

H   March 9th, 2009 email from Cindy Yates of the firm Scarfone Hawkins to Careen Hannouche of the firm Lauzon Belanger

I   June 1, 2009 letter from Ms. Hanouche to all counsel involved in the present proceedings before the CCAA


**Exhibit #5   31st Report of Richard C. Finke, Information Officer October 6, 2009**

**Exhibit #6   Affidavit of Allison Kuntz sworn December 8, 2009**

A.   Exhibit A – Email correspondence between O. Pasparakis to J. Dais-Visca, October 16, 2009

B.   Exhibit B – Email correspondence from O. Pasparakis and J. Dais-Visca dated October 23, 2009

C.   Exhibit C – Letter from K. Febers to O. Pasparakis dated Dec. 4, 2009

D.   Exhibit D – Letter from O. Pasparkis to K. Ferbers dated Dec. 7, 2009

**Exhibit #7   Responding Record of CCAA Rep Counsel**

1.   Affidavit of Michel Belanger and Exhibits sworn Dec. 4, 2009

**Exhibit #8   Issued and Entered Restated Settlement Approval Order, dated December 13, 2009**

Exhibit #9   Attorney General of Canada Notice of Motion for Leave to Appeal Dated December 22, 2009 from the Decision of Justice Morawetz dated December 13, 2009