# EXHIBIT A

**WR Grace – Seaton Ins. Co. Service List**
Case No. 01-1139 (JKF)
Doc. No. 156495
02 – E-mail
01 – Hand Delivery
01 – First Class Mail


*Via E-Mail: David.Primack@dbr.com*
*and Hand Delivery*
(Counsel to Seaton Ins. Co.)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801-1254

*Via E-Mail: Michael.Brown@dbr.com*
*and First Class Mail*
(Counsel to Seaton Ins. Co.)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996