THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF SERVICE REGARDING DEBTORS' INTERROGATORIES
TO SEATON INSURANCE COMPANY**

PLEASE TAKE NOTICE that on the 8th day of January, 2010, true and correct copies of *Debtors' Interrogatories to Seaton Insurance Company* were served on the individuals listed on Exhibit A attached hereto in the manner indicated therein.

Dated: January 8, 2010

Respectfully submitted,

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Theodore Freedman
Lisa G. Esayian
Nathaniel Kritzer
Citigroup Center
601 Lexington Ave.
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

and

PACHULSKI STANG ZIEHL & JONES LLP

*James O'Neill* (signature)

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*