EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
JUNE 1, 2009 THROUGH
JUNE 30, 2009

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

January 11, 2010

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number   90314

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 06/30/09    $15,040.00
           Subtotal for COSTS only: 06/30/09    $1,771.89
                                                ---------
   CURRENT PERIOD FEES AND COSTS: 06/30/09     $16,811.89
                                                ---------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page 2

January 11, 2010

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 90314

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 8.1 | 1,655.00 |
| LITIGATION | 22.0 | 9,350.00 |
| CASE ADMINISTRATION | 1.1 | 165.00 |
| PLAN AND DISCLOSURE STATEMENT | 9.3 | 3,870.00 |
| Subtotal for FEES only: 06/30/09 | 40.5 | $15,040.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 425.00 | JCP | 32.60 | 32.60 | 13,855.00 | 0.00 | 0.00 |
| 150.00 | CAH | 7.90 | 7.90 | 1,185.00 | 0.00 | 0.00 |
| Totals | | 40.50 | 40.50 | 15,040.00 | 0.00 | 0.00 |

```
                    Sort Fields:
                        Grouping code                      (Paginate)
                        Actual employee code               (Subtotals)

                    Range Fields:
                        Transaction date               I 06/01/09 - 06/30/09
                        Client code                    I WRG - WRG
                        Case suffix                    I     AUS -     AUS


              Act                                   Trans                                                        Billable      Billable  Grp
Cl Code  Ca sfx Emp  Grouping code description      Date    Transaction description                                Hours       Dollars  Cd

WRG      AUS CAH    CASE ADMINISTRATION             06/04/09 Update docket to system.                               0.20         30.00  Ca

WRG      AUS CAH    CASE ADMINISTRATION             06/05/09 E-mail to D. Fullem re: scheduling filings for Monday (2x).  0.20   30.00

WRG      AUS CAH    CASE ADMINISTRATION             06/18/09 Update docket to system.                               0.20         30.00

WRG      AUS CAH    CASE ADMINISTRATION             06/23/09 Download Pro Hac Vice Motions; e-mail and send to Court.    0.50    75.00
                                                                                                                   -------      -------
                                                                                                                     1.10        165.00
                                                                                                                   -------      -------
                                                                                                                     1.10        165.00
                                                                                                                   -------      -------
```

| Cl Code | Ca | sfx | Act Emp | Grouping code description   | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|---|
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/01/09 | Print and save April Fee Application for Phillips, Goldman & Spence. | 0.10 | 15.00 | fa |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/04/09 | Draft Certificate of No Objection for Phillips, Goldman & Spence February and March Fee Applications. | 0.50 | 75.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/04/09 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence March and April Fee Applications. | 0.40 | 60.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file Certificate of No Objection for Orrick's March Fee Application. | 0.20 | 30.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file Certificate of No Objection for Austern's February and March Fee Applications. | 0.20 | 30.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file Certificate of No Objection for Piper Jaffray's March Fee Application. | 0.20 | 30.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file Certificate of No Objection for Tre Angeli's March Fee Application. | 0.20 | 30.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file Certificate of No Objection for Tower Perrin's March Fee Application. | 0.20 | 30.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file April Fee Application for Piper Jaffray. | 0.30 | 45.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file April Fee Application for Tre Angeli. | 0.30 | 45.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/09/09 | Download and file April Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/12/09 | Download and file Towers Perrin's April Fee Application. | 0.30 | 45.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/15/09 | Draft, scan and file Certificate of No Objection for Phillips, Goldman & Spence 19th Quarterly Fee Application. | 0.50 | 75.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/23/09 | Reconcile payments to Fee Application invoices. | 0.30 | 45.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/24/09 | Draft Certificate of No Objection for Phillips, Goldman & Spence April Fee Application. | 0.30 | 45.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/24/09 | Draft May Fee Application for Phillips, Goldman & Spence. | 0.70 | 105.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/24/09 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence Fee Application and May Fee Application for Phillips, Goldman & Spence. | 0.50 | 75.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/25/09 | Print, scan and file Quarterly Fee Application for Orrick Herrington; e-mail to D. Fullem (3x). | 0.40 | 60.00 | |
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/25/09 | Download and file 13th Quarterly Fee Application for Piper Jaffray. | 0.30 | 45.00 | |

| Cl Code | Ca | sfx | Act Emp | Grouping code description | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|---|
| WRG | | AUS | CAH | FEE/EMPLOYMENT APPLICATIONS | 06/25/09 | Download and file 17th Quarterly Fee Application for Towers Perrin. | 0.30 | 45.00 | fa |
| | | | | | | | 6.50 | 975.00 | |
| WRG | | AUS | JCP | FEE/EMPLOYMENT APPLICATIONS | 06/01/09 | Review of, revise and execute Phillips, Goldman & Spence 59th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 127.50 | |
| WRG | | AUS | JCP | FEE/EMPLOYMENT APPLICATIONS | 06/04/09 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 57th Monthly Fee Application (.2); review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 58th Monthly Fee Application (.1); conference with Celeste A. Hartman re: same (.2); review of and revise May 2009 pre-bill (.1). | 0.60 | 255.00 | |
| WRG | | AUS | JCP | FEE/EMPLOYMENT APPLICATIONS | 06/24/09 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 59th Monthly Fee Application(.2); review of, revise and execute Phillips, Goldman & Spence 60th Monthly Fee Application (.2); conference with Celeste A. Hartman re: same; e-mail from counsel for Debtors re: Fee Auditor's Report with enclosure (.2); review of same (.1). | 0.70 | 297.50 | |
| | | | | | | | 1.60 | 680.00 | |
| | | | | | | | 8.10 | 1,655.00 | |

| Cl Code | Ca sfx | Act Emp | Grouping code description | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|
| WRG | AUS | JCP | LITIGATION | 06/01/09 | Review of Notice of Appeal of Bank Lender Group to Memorandum Opinion of 5/19/09 (.1); review of Notice of Appeal of Creditors' Committee to Memorandum Opinion of 5/19/09 (.1); review of Amended Notice of Agenda for 6/1/09 Hearing (.1); review of Final Witness Designation of Axa Belgium as Successor to Royal Belge SA for the Phase I Confirmation Hearing (.1); review of Amended Notice of Deposition of Dr. Thomas Florence (.1); review of Notice of Deposition of Jay Hughes, Esquire (.1); review of Notice of Deposition of Mark Shelnitz, Esquire (.1). | 0.70 | 297.50 | Li |
| WRG | AUS | JCP | LITIGATION | 06/03/09 | Review of Creditors' Committee's Motion for Leave from the Court's Scheduling Order and Request to Shorten Notice Period re: Creditors' Committee's Motion to Modify Third Amended Case Management Order Related to the First Amended Joint Plan or Reorganization (.1); review of Debtors' Renewed Motion for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims filed by Macerich Fresno Limited Partnership (.2); review of Creditors' Committee's Motion to Modify Third Amended Case Management Order Related to the First Amended Joint Plan of Reorganization (.2). | 0.50 | 212.50 | |
| WRG | AUS | JCP | LITIGATION | 06/05/09 | Review of Order Granting Plan Proponents Leave From Scheduling Order to Shorten Notice Period on Joint Motion in Limine to Strike the Expert Reports and Testimony of George L. Priest and James B. Shein. | 0.20 | 85.00 | |
| WRG | AUS | JCP | LITIGATION | 06/08/09 | Review of Notice of Deposition of Pamela D. Zilly. | 0.10 | 42.50 | |
| WRG | AUS | JCP | LITIGATION | 06/09/09 | Review of Bank Lender Group's Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented on Appeal (.2); review of Notice of Deposition of Jay Hughes, Esquire (.1); review of Update to Rebuttal Report of B. Thomas Florence, Ph.D. to the Expert Report of Dr. Alan Whitehouse of April 6, 2009 (.1); review of Joinder of the Official Committee of Asbestos Personal Injury Claimants to Notice of Deposition of Dr. Alan C. Whitehouse (.1). | 0.50 | 212.50 | |
| WRG | AUS | JCP | LITIGATION | 06/11/09 | Review of Agenda for 6/18/09 Hearing; review of Joinder of BNSF Railway Company to Notice of Deposition of W.R. Grace & Co., et al. | 0.20 | 85.00 | |
| WRG | AUS | JCP | LITIGATION | 06/12/09 | Review of Objecting Insurers' Objection to Motion in Limine by Plan Proponents to Strike the Expert Reports and Testimony of Professors George L. Priest and James B. Shein (voluminous). | 0.50 | 212.50 | |
| WRG | AUS | JCP | LITIGATION | 06/18/09 | Attendance at Hearing with Judge Fitzgerald and all counsel (5.0); review of Debtors' Notice and Motion for an Order Approving Settlement Agreement and Mutual Release with the Royal Parties (.1); review of Final Witness Designation of | 5.30 | 2,252.50 | |

WRG-AUS   LEGALMASTER MIRC For Transactions   01/11/10 Page 3
Case 01-01139-AMC    Doc 24137-3    Filed 01/11/10    Page 8 of 11
-Fees-

Unused

| Cl Code | Ca | Act sfx | Emp | Grouping code description | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AXA Belgium as Successor to Royal Belge SA for the Phase II Confirmation Hearing (.1); review of Final Witness Designation of Certain London Market Insurance Companies (.1). | | | |
| WRG | | AUS | JCP | LITIGATION | 06/22/09 | Phone conference with Judge Fitzgerald and all counsel (9:00-12:30; 1:15-5:45) (8.0). | 8.00 | 3,400.00 | |
| WRG | | AUS | JCP | LITIGATION | 06/22/09 | Review of Third Amended Notice of Agenda for Hearings on June 22, 23 and 24, 2009 (.1); review of Phase I Order Regarding Standing of the Non-Settling Insurers (.1); review of Pretrial Narrative Regarding Issues to be Raised by CNA Companies at the Phase I Confirmation Hearing and Evidence Expected to be Introduced (.1). | 0.30 | 127.50 | |
| WRG | | AUS | JCP | LITIGATION | 06/23/09 | Phone conference with Judge Fitzgerald and all counsel (9:00-12:45 and 1:15-1:45)(4.3); review of Agenda for 6/29/09 Hearing (.1); e-mail from and e-mail to Kate Orr re: Pro Hac Motions (.1); conference with Celeste A. Hartman re: same (.2). | 4.70 | 1,997.50 | |
| WRG | | AUS | JCP | LITIGATION | 06/23/09 | Review of Debtors' Notice and Objections to Certain Claims Filed by Neutocrete Products, Inc., Neutocrete Systems, Inc. and FTF Crawlspace Specialists, Inc. (.2); review of Certification of Counsel Regarding Order Approving Stipulation Between Debtors and Fireman's Fund Insurance Company for Temporary Allowance of Proof of Claim; review of Agenda for 6/29/09 Hearing (.1); review of Certification of Counsel of No Objection re: Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Venable LLP as Special Litigation Counsel to the Debtors (.1); review of Certification of Counsel re: Entry of an Order Authorizing the Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering the Debtors' Employees (.1). | 0.50 | 212.50 | |
| WRG | | AUS | JCP | LITIGATION | 06/26/09 | Review of Exhibits A Through D to Affidavit of Charles O. Freedgood of JP Morgan Chase Bank, N.A. in its Capacity as Administrative Agent Under the Pre-Petition Bank Credit Facilities, in Support of the Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999. | 0.50 | 212.50 | |
| | | | | | | | -------------- | -------------- | |
| | | | | | | | 22.00 | 9,350.00 | |
| | | | | | | | -------------- | -------------- | |
| | | | | | | | 22.00 | 9,350.00 | |
| | | | | | | | -------------- | -------------- | |

```
                Act                                 Trans                                                          Billable    Billable  Grp
Cl Code  Ca sfx Emp  Grouping code description      Date    Transaction description                                Hours       Dollars   Cd

WRG          AUS CAH PLAN AND DISCLOSURE STATEMENT  06/15/09 Phone conference with Mark Hurford and Jeffrey Leissmer re:   0.30       45.00 ps
                                                             final witness list; have Brian E. Farnan execute for John
                                                             C. Phillips, Jr.; e-mail back.
                                                                                                                   --------  ----------
                                                                                                                       0.30       45.00
                                                                                                                   --------  ----------

WRG          AUS JCP PLAN AND DISCLOSURE STATEMENT  06/02/09 Review of Phase I Trial Brief for CNA Companies (very     0.80      340.00
                                                             voluminous)(.4); review of Phase I Trial Brief of
                                                             Government Employees Insurance Co., Republic Insurance
                                                             Company n/k/a Starr Indemnity & Liability Company, and
                                                             Seaton Insurance Company in Opposition to Confirmation of
                                                             Amended Joint Plan of Reorganization (very voluminous)(.4).

WRG          AUS JCP PLAN AND DISCLOSURE STATEMENT  06/08/09 Review of e-mail from counsel for Debtor; review of draft   2.30      977.50
                                                             Confirmation Brief (.5); e-mail from and e-mail to J. Baer
                                                             re: providing exhibits for Plan Proponents Brief (.1);
                                                             e-mail from Kirkland re: deposition of Jay Hughes (.1);
                                                             e-mail from N. Finch re: deposition of Dr. Whitehouse (.1);
                                                             e-mail from Plan Proponents re: Motion for Leave to Exceed
                                                             Page Limitations for Confirmation Brief (.1); review of
                                                             same (.2); e-mail from counsel for Debtors re: filing of
                                                             Update to Rebuttal Report of B. Thomas Florence and
                                                             Whitehouse deposition (.1); review of both documents (.6);
                                                             e-mail concerning approval to sign Confirmation Brief (.1);
                                                             e-mail from counsel for Bank Lenders re: Bank Lender
                                                             Groups' Designation of Items to be included in Record on
                                                             Appeal and Statement of Issues (.1); review of same (.3).

WRG          AUS JCP PLAN AND DISCLOSURE STATEMENT  06/08/09 E-mail from counsel for Zurich Insurance Company re: Phase  0.80      340.00
                                                             I exhibits (.1); review of same (.2); e-mail from Drinker
                                                             Biddle re: letter from M. Brown on behalf of GEICO and
                                                             Seaton Insurance Company (.2); review of same (.1); e-mail
                                                             from Committee of Unsecured Creditors re: State of Issues to
                                                             be presented on Appeal and Designation of Items for Record
                                                             (.1); review of same (.2).

WRG          AUS JCP PLAN AND DISCLOSURE STATEMENT  06/10/09 Review of Joinder of BNSF Railway Company to Notice of      1.40      595.00
                                                             Deposition of W.R. Grace & Co., et al. (.1); review of
                                                             Libby Claimants' Motion to Reconsider Modified Order
                                                             Granting in Part Motion of Arrowood Indemnity Company,
                                                             f/k/a Royal Indemnity Company to Strike Whitehouse Expert
                                                             Report or, Alternatively, Compel the Production of
                                                             Documents and Databases on Which He Relies and for Entry of
                                                             a Confidentiality Order (voluminous) (.5); review of Plan
                                                             Proponents' Motion for Leave to Exceed Brief Page
                                                             Limitation with Respect to Their Consolidated Phase I Brief
                                                             in Support of Confirmation of Joint Plan of Reorganization
                                                             Under Chapter 11 of the Bankruptcy Code (.1); review of
                                                             Declaration of Kevin A. Martin Certifying Tabulation of
                                                             Ballots Regarding Vote on First Amended Joint Plan of
                                                             Reorganization (.2); review of Plan Proponents'
                                                             Consolidated Phase I Brief in Support of Confirmation of
```

| Cl Code | Ca | Act sfx | Emp | Grouping code description | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (voluminous)(.5). | | | |
| WRG | | AUS | JCP | PLAN AND DISCLOSURE STATEMENT | 06/15/09 | Review of Phase II Witness Designation of Maryland Casualty Company (.1); review of Motion of BNSF Railway Company to Quash Notice of Deposition of BNSF Phase II Witnesses Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company (.1); review of the Creditors' Committee's Witness Disclosure for Phase II Matters (.1); review of Anderson Memorial Hospital's Phase II Witness List (.1); review of BNSF Railway Company's Final Witness List in Connection with the Confirmation Hearing (.1); review of Protective Phase II Witness Designation of Zurich Insurance Company and Zurich International (Bermuda) Ltd. (.1); review of Anderson's Requests to Produce to Plan Proponents Regarding Plan Feasibility Issues (.1). | 0.70 | 297.50 | |
| WRG | | AUS | JCP | PLAN AND DISCLOSURE STATEMENT | 06/16/09 | Review of Travelers Casualty and Surety Company's Phase II Final Witness List (.1); review of Final Witness List of Garlock Sealing Technologies, LLC for Phase II of the Confirmation Hearing; review of Debtors' Final List of Witnesses that They May Call During Phase II of the Confirmation Hearing (.1); review of General Insurance Company of America's Submission of Trial Exhibits Binder and Letter to the Court (.3); review of Plan Proponents' Substantive Objections to Phase I Trial Exhibits (.1). | 0.60 | 255.00 | |
| WRG | | AUS | JCP | PLAN AND DISCLOSURE STATEMENT | 06/17/09 | Review of Debtors' Objection to Certain Motions for Temporary Allowance of Claims for Voting Purposes (.1); review of One Beacon America Insurance Company's Final Witness List for Phase II of the Confirmation Hearing (.1); review of Seaton Insurance Company's Final Witness List for Phase II of the Confirmation Hearing (.1); review of Republic Insurance Company's Final Witness List for Phase II of the Confirmation Hearing (.1); review of Government Employees Insurance Company's Final Witness List for Phase II of the Confirmation Hearing (.2); review of Canada Claimants' Phase II Witness List (.1); review of Anderson Memorial Hospital's Phase II Witness List (.1); review of the Official Committee of Property Damage Claimants' Witness Disclosure for Phase II Matters (.1); review of the Official Committee of Asbestos Personal Injury Claimants' and the Asbestos PI Future Claimants Representative's Final List of Witnesses They Intend to Call at the Phase II Confirmation Hearing (.1); review of Phase II Witness Designation of Maryland Casualty Company (.1); review of Amended Agenda for 6/18/09 Hearing (.1). | 1.20 | 510.00 | |
| WRG | | AUS | JCP | PLAN AND DISCLOSURE STATEMENT | 06/26/09 | Review of Debtors' Amended Final List of Witnesses that They May Call During Phase II of the Confirmation Hearing. | 0.20 | 85.00 | |

```
                      Act                                    Trans                                                       Billable      Billable  Grp
Cl Code  Ca sfx Emp   Grouping code description              Date    Transaction description                               Hours       Dollars   Cd

WRG         AUS JCP   PLAN AND DISCLOSURE STATEMENT          06/29/09 Phone conference with Judge Fitzgerald and all counsel.    1.00    425.00  ps
                                                                                                                         -------------  ---------------
                                                                                                                                 9.00     3,825.00
                                                                                                                         -------------  ---------------
                                                                                                                                 9.30     3,870.00
                                                                                                                         -------------  ---------------
                                                                                                                                40.50    15,040.00
                                                                                                                         =============  ===============
```

50 records printed.