# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JUNE 1, 2009 THROUGH
# JUNE 30, 2009

Phillips, Goldman & Spence, P.A.

January 11, 2010

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   90314

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 06/01/09 | Federal Express | 120.91 |
| 06/02/09 | Postage | 4.85 |
| 06/02/09 | Photocopies | 138.40 |
| 06/04/09 | Facsimile | 5.00 |
| 06/10/09 | Check No.: 40561 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 749.85 |
| 06/26/09 | Check No.: 40685 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 06/26/09 | Check No.: 40685 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 597.88 |
| 06/29/09 | Check No.: 40696 - John C. Phillips, Jr. - expense reimbursement for Court Hearings. | 145.00 |

Subtotal for COSTS only: 06/30/09    $1,771.89