**SIXTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 10/1/09 through 10/31/09

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 10.20 | $7,242.00 |
| S. Cunningham | Member | $710 | 4.40 | $3,124.00 |
| R. Frezza | Member | $625 | 25.70 | $16,062.50 |
| J. Dolan | Consultant | $420 | 73.30 | $30,786.00 |
| M. DeSalvio | Research | $170 | 1.50 | $255.00 |
| N. Backer | Paraprofessional | $110 | 5.40 | $594.00 |
| **For the Period 10/1/09 through 10/31/09** | | | **120.50** | **$58,063.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 10/1/09 through 10/31/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motions and related documents and exhibits regarding the sale of ART LLC Interest, performed various analyses and prepared report to Committee thereon. | 9.80 | $4,606.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various accrued interest scenarios in relation to the POR and Disclosure Statement. | 2.40 | $1,182.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and prepared workplan. | 7.10 | $2,982.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motions and exhibits related to the new defined contribution plan and prepared a report to the Committee thereon. | 17.20 | $7,845.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the July, August and September monthly statements. | 10.70 | $3,023.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the August monthly results, read and analyzed SEC filings and analyses related to 3Q09 Quarterly results and prepared a report to the Committee thereon. | 22.20 | $10,267.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant analyzed depositions, memos and testimony regarding use of expert, reviewed Plan modifications and post-trial briefs. | 26.80 | $15,169.50 |
| 17. Preparation and Attendance at Hearings | During the Fee Application period, the Applicant attended confirmation hearings. | 22.80 | $12,733.00 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 1.50 | $255.00 |
| **For the Period 10/1/09 through 10/31/09** | | **120.50** | **$58,063.50** |

**Capstone Advisory Group, LLC**  
**Invoice for the October 2009 Fee Application**

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 10/1/09 through 10/31/09

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Acquisitions/Divestitures** | | | |
| 10/1/2009 | J. Dolan | 2.70 | Continued preparation of report on ART LLC Interest sale including transaction summary and review of related agreements. |
| 10/1/2009 | J. Dolan | 3.10 | Prepared report to the Committee regarding ART LLC Interest sale including business overview and transaction rationale. |
| 10/2/2009 | E. Ordway | 0.70 | Prepared and edited report on ART JV motion. |
| 10/2/2009 | R. Frezza | 1.40 | Completed analyses and drafted/reviewed report on ART JV motion. |
| 10/3/2009 | J. Dolan | 1.50 | Revisions to report to the Committee regarding ART LLC Interest sale based on internal review. |
| 10/5/2009 | J. Dolan | 0.40 | Review of report on ART LLC interests and distributed to counsel for review. |
| Subtotal | | 9.80 | |
| **03. Claims Analysis & Valuation** | | | |
| 10/5/2009 | E. Ordway | 0.60 | Read counsel's report re: reversal of PD claim ruling. |
| 10/6/2009 | J. Dolan | 0.70 | Read and analyzed counsels' memo on reversal decision related to property damage claims. |
| 10/30/2009 | J. Dolan | 1.10 | Prepared interest scenarios for counsel. |
| Subtotal | | 2.40 | |
| **04. Creditor Committee Matters** | | | |
| 10/7/2009 | J. Dolan | 1.20 | Prepared work plan for case and discussed internally. |
| 10/8/2009 | J. Dolan | 1.50 | Read and analyzed recent docket submissions. |
| 10/9/2009 | J. Dolan | 0.30 | Arranged hearing participation by telephone. |
| 10/14/2009 | J. Dolan | 1.40 | Read and analyzed recent docket submissions. |
| 10/15/2009 | J. Dolan | 1.10 | Discussed work plan with team and upcoming hearing issues, etc. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/26/2009 | J. Dolan | 1.30 | Read and analyzed recent docket submissions. |
| 10/29/2009 | J. Dolan | 0.30 | Read and analyzed recent docket submissions. |
| Subtotal | | 7.10 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/5/2009 | J. Dolan | 2.30 | Prepared analyses for report to the Committee regarding new defined contribution plan. |
| 10/5/2009 | R. Frezza | 1.10 | Reviewed final report to the Committee regarding New Employee DC Plan. |
| 10/5/2009 | J. Dolan | 1.90 | Prepared peer analysis offering comparable retirement benefits for report to the Committee on new defined contribution plan. |
| 10/5/2009 | J. Dolan | 3.10 | Prepared report to the Committee regarding new defined contribution plan including comparison of DB plans to DC plans and related analysis. |
| 10/6/2009 | J. Dolan | 1.40 | Made final revisions to the report to the Committee regarding defined contribution plan and distributed to the Committee. |
| 10/6/2009 | J. Dolan | 3.40 | Prepared report to the Committee related to defined contribution plan. |
| 10/6/2009 | R. Frezza | 0.80 | Final review and distribution to counsel re: DC Plan report and made revisions as requested by counsel. |
| 10/6/2009 | J. Dolan | 0.80 | Finalized report to the Committee related to new defined contribution plan and distributed to counsel. |
| 10/6/2009 | J. Dolan | 1.60 | Discussed report to the Committee internally and revised report based on RF changes. |
| 10/7/2009 | E. Ordway | 0.80 | Prepared and edited report to the Committee regarding defined contribution plan. |
| Subtotal | | 17.20 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/8/2009 | J. Dolan | 0.50 | Revisions to July fee application. |
| 10/8/2009 | E. Ordway | 0.40 | Prepared fee application. |
| 10/8/2009 | J. Dolan | 1.00 | Prepared August fee application. |
| 10/13/2009 | J. Dolan | 0.80 | Prepared July fee application. |
| 10/13/2009 | N. Backer | 2.00 | Prepared September fee statement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/13/2009 | E. Ordway | 0.30 | Prepared fee application. |
| 10/13/2009 | N. Backer | 0.30 | Prepared July fee statement. |
| 10/22/2009 | N. Backer | 0.50 | Prepared August fee statement. |
| 10/23/2009 | J. Dolan | 0.90 | Finalized July fee app. |
| 10/23/2009 | N. Backer | 0.50 | Prepared July 2009 fee statement. |
| 10/23/2009 | J. Dolan | 1.10 | Prepared September fee app. |
| 10/27/2009 | N. Backer | 0.60 | Prepared July Fee statement. |
| 10/28/2009 | J. Dolan | 0.30 | Filed fee app. |
| 10/30/2009 | N. Backer | 1.50 | Prepared August and September fee statements. |
| Subtotal | | 10.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2009 | R. Frezza | 0.50 | Reviewed counsel comments on Q2 09 report and distributed to the Committee. |
| 10/1/2009 | J. Dolan | 1.80 | Revised report to the Committee on 2Q09 results based on counsel comments and distributed to the Committee. |
| 10/2/2009 | J. Dolan | 1.90 | Read and analyzed August monthly operating reports and financial information. |
| 10/8/2009 | E. Ordway | 1.10 | Read and analyzed Debtors' most current monthly operating report. |
| 10/15/2009 | J. Dolan | 1.30 | Prepared tables and report outline for 3Q09 results report to the Committee. |
| 10/22/2009 | S. Cunningham | 1.30 | Read and analyzed Q3 results. |
| 10/23/2009 | J. Dolan | 1.30 | Read and analyzed 3Q09 press release and related financial data. |
| 10/26/2009 | J. Dolan | 1.10 | Prepared 3Q09 results analysis for inclusion in report to the Committee. |
| 10/26/2009 | J. Dolan | 1.50 | Prepared snapshot analysis of 3Q09 results including sales, EBITDA actual compared to plan and prior year. |
| 10/26/2009 | E. Ordway | 0.50 | Prepared/edited 3rd Q operating report analysis for Committee. |
| 10/27/2009 | J. Dolan | 3.20 | Prepared report for 3Q09 results to the Committee including tables and analyses as compared to prior year. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/27/2009 | J. Dolan | 3.00 | Prepared report for 3Q09 results to the Committee including tables and analyses as compared to Plan. |
| 10/29/2009 | J. Dolan | 2.00 | Reviewed chemical industry analyst reports to analyze achievability of 4Q plan results. |
| 10/29/2009 | J. Dolan | 1.70 | Prepared 3rd quarter results report to the Committee. |
| Subtotal | | 22.20 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2009 | R. Frezza | 1.10 | Discussed with Committee members regarding 524(g) trust mechanics; reviewed such mechanics with counsel. |
| 10/7/2009 | R. Frezza | 0.90 | Followed up with counsel regarding upcoming arguments re: solvency issues. |
| 10/8/2009 | J. Dolan | 1.30 | Read and analyzed stipulation related to Ordway testimony for Phase II hearing and discussed internally. |
| 10/8/2009 | E. Ordway | 0.30 | Read stipulation related to Ordway deposition. |
| 10/8/2009 | J. Dolan | 0.90 | Discussed upcoming hearing issues. |
| 10/12/2009 | E. Ordway | 0.20 | Communications regarding telephonic hearing about feasibility, etc. |
| 10/13/2009 | E. Ordway | 0.70 | Discussed progress/status of confirmation hearing with colleague. |
| 10/15/2009 | E. Ordway | 0.50 | Read and analyzed counsel's report re: confirmation hearings. |
| 10/15/2009 | E. Ordway | 0.40 | Read and analyzed notice of modification to POR/disclosure statement and related exhibits. |
| 10/15/2009 | J. Dolan | 0.80 | Discussed and reviewed counsel's brief regarding exclusion of RF expert testimony. |
| 10/15/2009 | J. Dolan | 2.20 | Read and analyzed counsel's memo including notice and amendments to the Plan. |
| 10/16/2009 | R. Frezza | 1.50 | Reviewed counsel's brief regarding exclusion of RF expert testimony and discussed with counsel and others. |
| 10/16/2009 | J. Dolan | 1.70 | Read and analyzed response to motion to exclude testimony. |
| 10/19/2009 | E. Ordway | 0.50 | Continued to read and analyze notice of modification to POR/disclosure statement and related exhibits. |
| 10/19/2009 | R. Frezza | 1.40 | Assisted counsel with latest brief re: exclusion of R Frezza objection. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/20/2009 | R. Frezza | 0.70 | Reviewed final version of Stroock brief re: solvency and R Frezza expert status. |
| 10/21/2009 | S. Cunningham | 1.80 | Read and analyzed solvency brief. |
| 10/21/2009 | E. Ordway | 0.60 | Continued to read and analyze notice of modification to POR/disclosure statement and related exhibits. |
| 10/22/2009 | J. Dolan | 1.60 | Reviewed final version of Stroock brief regarding solvency and expert status. |
| 10/22/2009 | E. Ordway | 0.40 | Continued to read and analyze notice of modification to POR/disclosure statement and related exhibits. |
| 10/26/2009 | E. Ordway | 0.40 | Read counsel's report regarding motion to strike R. Frezza's testimony. |
| 10/26/2009 | J. Dolan | 0.90 | Read and analyzed counsels memo regarding testimony and related order. |
| 10/28/2009 | E. Ordway | 0.70 | Read motion regarding Debtors' request to exclude R. Frezza's testimony. |
| 10/30/2009 | J. Dolan | 2.00 | Read and analyzed post-trial brief prepared by counsel. |
| 10/30/2009 | R. Frezza | 0.90 | Update interest calculation and populate memo from counsel on brief regarding solvency. |
| 10/30/2009 | S. Cunningham | 1.30 | Read and analyzed recovery analyses. |
| 10/30/2009 | E. Ordway | 1.10 | Read and analyzed counsels' trial brief re: Creditor Committee objection to confirmation. |
| Subtotal | | 26.80 | |

17. Preparation and Attendance at Hearings

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/8/2009 | R. Frezza | 0.90 | Discussed upcoming hearings with counsel. |
| 10/12/2009 | R. Frezza | 3.80 | Prepare for telephonic hearing specifically re: liquidation analysis; solvency and feasibility. |
| 10/13/2009 | J. Dolan | 4.70 | Participated telephonically to hearing regarding P. Zilly testimony and R. Frezza issues. |
| 10/13/2009 | R. Frezza | 8.20 | Attended Confirmation Hearing by telephone. |
| 10/13/2009 | J. Dolan | 1.10 | Attended Confirmation Hearing by telephone. |
| 10/13/2009 | J. Dolan | 1.60 | Participated in court hearing. |
| 10/14/2009 | R. Frezza | 2.50 | Attended Confirmation Hearing by telephone. |
| Subtotal | | 22.80 | |

**Capstone Advisory Group, LLC**  Page 5 of 6
**Invoice for the October 2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **21. Research** | | | |
| 10/29/2009 | M. DeSalvio | 0.60 | Retrieved Grace Peer data to assist in multiple valuation. |
| 10/29/2009 | M. DeSalvio | 0.90 | Researched analyst reports for the Chemical Industry to assist in multiple valuation. |
| Subtotal | | 1.50 | |
| **Total Hours** | | **120.50** | |

**Capstone Advisory Group, LLC**  Page 6 of 6
**Invoice for the October 2009 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 10/1/09 through 10/31/09

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 10/15/2009 | Capstone Expense | 135 copies @ .10 each | $13.50 |
| Subtotal - Copies | | | $13.50 |
| **Research** | | | |
| 10/14/2009 | Capstone Expense | Pacer Research tool | $11.60 |
| Subtotal - Research | | | $11.60 |
| **Telecom** | | | |
| 10/2/2009 | Capstone Expense | September telecom - Saddle Brook office | $101.46 |
| 10/13/2009 | J. Dolan | Court hearing telecom expense. | $240.00 |
| Subtotal - Telecom | | | $341.46 |
| **For the Period 10/1/09 through 10/31/09** | | | $366.56 |

**Capstone Advisory Group, LLC**  **Page 1 of 1**
**Invoice for the October 2009 Fee Application**