# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 05, 2010

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10212

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2009 LMH | receive, review, and respond to e-mail from B. Ruhlander re: additional files for category spreadsheet for the thirty-third interim period applications. | | 0.10 | 15.00 |
| | AL | Update database with CNO for Tillinghast's September Fee Application | 0.10 | 4.50 |
| | AL | Update database with Alan Rich's November Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Foley's October Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Kirkland's Response to 33Q IR | 0.10 | 4.50 |
| | AL | Update database with Kirkland's 33rd Interim FR | 0.10 | 4.50 |
| | AL | Update database with Kramer's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Ewing's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Stroock's October Fee Application (electronic version) | 0.10 | 4.50 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/1/2009 | AL | Update database with Stroock's March through August Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Update database with Foley's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with CNO for Austern's September Fee Application | 0.10 | 4.50 |
| | BSR | Draft omnibus final report for the 33rd interim period | 0.20 | 52.00 |
| | BSR | telephone conference with Lisa Hamm re status of Dwek final reports | 0.10 | 26.00 |
| | BSR | Draft fee and expense recommendation exhibit for 33rd interim period | 3.20 | 832.00 |
| | BSR | research docket for objections to any of our final reports | 0.30 | 78.00 |
| | BSR | Draft final report re W.D. Hilton for the 33rd interim period | 1.00 | 260.00 |
| | BSR | detailed review of quarterly fee application (filed 11/24/09) of W.D. Hilton | 0.30 | 78.00 |
| | BSR | Draft final report re K&E for the 33rd interim period (1.3); draft email to Warren Smith re same (.1) | 1.40 | 364.00 |
| 12/2/2009 | AL | Update database with Omnibus for the 33Q FR | 0.10 | 4.50 |
| | AL | Update database with Stroock's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Ogilvy's October Fee Application (electronic version) | 0.10 | 4.50 |
| | WHS | detailed review of, and revisions to, FR KE 33Q 4-6.09 | 0.30 | 88.50 |

W.R. Grace & Co. Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/2/2009 | LMH | Additions to draft category spreadsheet for the thirty-third interim period. | 1.20 | 180.00 |
| | AL | Update database with Deloitte's (tax) March and August Fee Applications (Hard Copies) | 0.20 | 9.00 |
| | AL | Update database with BMC's Response to Fee Auditor's 33Q IR | 0.10 | 4.50 |
| | BSR | Receive and review BMC's response to initial report | 0.10 | 26.00 |
| | BSR | Draft revision to final report re Kirkland & Ellis for the 33rd interim period | 0.30 | 78.00 |
| | BSR | Draft omnibus final report for the 33rd interim period | 0.30 | 78.00 |
| 12/3/2009 | AL | Update database with Ogilvy's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: requested revisions to category spreadsheet for the 33rd interim period. | 0.20 | 30.00 |
| | LMH | Additions to draft category spreadsheet for the thirty-third interim period. | 1.80 | 270.00 |
| | WHS | detailed review of, and revisions to, omnibus final report 33Q 4-6.09. | 0.30 | 88.50 |
| | LMH | Receive and review multiple e-mails from L. Oberholzer, Pachulski, re: category spreadsheet for the thirty-third interim period. | 0.20 | 30.00 |
| | JAW | Proofread W.H. Smith & Assoc. November 2009 Fee Application and Notice (0.3); e-mail to M. White regarding any revisions needed to same (0.1). | 0.40 | 60.00 |
| | AL | Update database with Woodcock's October Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Update database with Baker's April through September Fee Application (electronic version) | 0.10 | 4.50 |

W.R. Grace & Co.                      Page 4

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/3/2009 | LMH | telephone conference with B. Ruhlander re: multiple Darex applications for posting in category spreadsheet. | 0.10 | 15.00 |
| | AL | Electronic filing with court of Omnibus for the 33Q FR | 0.20 | 9.00 |
| | AL | Electronic filing with court of Kirkland's 33Q FR | 0.30 | 13.50 |
| | BSR | telephone conference with Lisa Hamm re project category spreadsheet for the 33rd interim period | 0.10 | 26.00 |
| | BSR | Receive and review draft project category spreadsheet for the 33rd interim period | 0.50 | 130.00 |
| | BSR | Draft e-mails to applicants concerning omnibus final report (.3) and final report re K&E (.1) for the 33rd interim period | 0.40 | 104.00 |
| 12/4/2009 | AL | Update database with Woodcock's October Fee Application (hard copy) | 0.10 | 4.50 |
| | AL | Update database with Stroock's 34th Interim Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Update database with Capstone's 34th Interim Fee Application (electronic version) | 0.10 | 4.50 |
| 12/7/2009 | AL | Update database with Legal Analysis' October Fee Application (Hard Copy) | 0.10 | 4.50 |
| | LMH | Receive and review multiple e-mails from L. Oberholzer, Pachulski, re: category spreadsheet and professionals' agreement with final reports for the thirty-third interim period. | 0.20 | 30.00 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| | WHS | detailed review of, and revisions to, FR Hilton 33Q 8 05-1 09 | 0.30 | 88.50 |
| | BSR | receive, review, and respond to email from debtor's counsel regarding next Monday's hearing (.2); draft emails to various applicants inquiring as to whether they intend to object to final reports (.3) | 0.50 | 130.00 |

W.R. Grace & Co. Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/7/2009 | BSR | telephone conference with Warren Smith re non-working travel issue in W.D. Hilton final report | 0.10 | 26.00 |
| | AL | Update database with Reed's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ferry's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Morris' October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Caplin's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Campbell's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Anderson's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Charter Oak's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Stroock's 34th Interim Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Capstone's 34th Interim Fee Application ( Hard Copy) | 0.10 | 4.50 |
| 12/8/2009 | AL | Update database with Beveridge's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Beveridge's October Fee Application ( Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Sander's October Fee Application (Electronic Version) | 0.10 | 4.50 |
| | AL | Update database with Snyder's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |


W.R. Grace & Co.                                                                                                    Page    6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/8/2009 | AL | Efiling with the Court of WHSA's November Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Austern's October Fee Application (Electronic Copy) | 0.10 | 4.50 |
| 12/9/2009 | BSR | Receive and review agenda for 12.14.09 fee application hearing and draft email to Anthony Lopez re same | 0.10 | 26.00 |
|  | AL | Update database with Baker's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Austern's October Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Woodcock's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Kirkland's July through September Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Kirkland's 34th Interim Fee Application (electronic copy) | 0.10 | 4.50 |
| 12/10/2009 | AL | Update database with Kirkland's summary for the 34th Interim | 0.10 | 4.50 |
|  | WHS | Receive and review amended notice of hearing | 0.10 | 29.50 |
| 12/11/2009 | AL | Update database with Order Approving 33rd Interim Fee Application's | 0.10 | 4.50 |
|  | MW | detailed review of Proposed Order regarding 33rd interim fee applications in preparation for hearing (1.5); research PACER re same (.3); confer with B. Ruhlander re same (.1); prepare hearing binder for same (1.0). | 2.90 | 377.00 |
|  | BSR | receive, review, and respond to email from Melanie White re signed fee order (33rd) | 0.10 | 26.00 |
|  | AL | Update database with Kirkland's October Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/11/2009 | AL | Update database with Casner's Ocotober Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Casner's October Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Kirkland's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| 12/13/2009 | AL | Review Final Reports & Draft Final Paragraphs for the 5th, 6th, and 7th Interim's | 7.00 | 875.00 |
| 12/14/2009 | AL | Update database with Blackstone's July, August, and September Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with PWC's Ocotober Fee Application (electronic version) | 0.10 | 4.50 |
| 12/15/2009 | AL | Update database with Blackstone's October Fee Application (electronic copy) | 0.10 | 4.50 |
| 12/16/2009 | AL | Update database with Casner's October Fee Application ( electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Holme's June Fee Application ( hard copy) | 0.10 | 4.50 |
| 12/17/2009 | BSR | telephone conference with Warren Smith re message from Ed Westbrook at Richardson about project category spreadsheet (.1); review same and telephone conference witih Ed Westbrook (.1) | 0.20 | 52.00 |
| | AL | Update database with Ogilvey's November Fee Application ( electronic copy) | 0.10 | 4.50 |
| | AL | Update database with HRO's February Fee Application ( electronic copy) | 0.10 | 4.50 |
| 12/18/2009 | AL | Update database with Ogilvy's November Fee Application ( hard copy) | 0.10 | 4.50 |
| 12/21/2009 | AL | Update database with HRO's March Fee Application ( electronic copy) | 0.10 | 4.50 |

W.R. Grace & Co.  Page   8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/21/2009 | AL | Update database with HRO's March Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with HRO's February Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Blackstone's 33rd Interim Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with PWC's October Fee Application ( hard copy) | 0.10 | 4.50 |
| 12/22/2009 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
|  | AL | Update database with Piper's Final Interim Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Baer's November Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Baer's November Fee Application (electronic version) | 0.10 | 4.50 |
| 12/23/2009 | BSR | Receive and review agenda for 1/4/10 hearing and respond to Melanie White re same | 0.10 | 26.00 |
| 12/24/2009 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
|  | AL | Research 9th, 10th, and 11th interim final reports, docket numbers, and entered orders. Draft 9th, 10th, and 11th Interim prior period paragraphs. | 6.00 | 750.00 |
| 12/28/2009 | AL | Draft CNO re November Fee Application of WHSA | 0.40 | 18.00 |
|  | AL | Research 12th interim final reports, docket numbers, and entered orders. Draft 12th Interim prior period paragraphs. | 4.00 | 500.00 |
|  | AL | Update database with Piper's Final Interim Fee Application (hard copy) | 0.10 | 4.50 |

W.R. Grace & Co.      Page 9

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/29/2009 | AL | Update database with Orrick's November Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Orrick's November Fee Application (hard copy) | 0.10 | 4.50 |
| | AL | Update database with Austern's November Fee Application (hard copy) | 0.10 | 4.50 |
| | AL | Update database with Foley's November Fee Application (hard copy) | 0.10 | 4.50 |
| | AL | Update database with Ewing's November Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Austern's November Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Morris' November Fee Application (hard copy) | 0.10 | 4.50 |
| | AL | Update database with Kramer's November Fee Application (electronic copy) | 0.10 | 4.50 |
| 12/30/2009 | AL | Update database with FJP's November Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Morris' November Fee Application ( electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Campbell's November Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Charter's November Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Anderson's November Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Caplin's November Fee Application (electronic copy) | 0.10 | 4.50 |

W.R. Grace & Co.     Page 10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/30/2009 | AL | Update database with Bilzin's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Bilzin's October Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | E-filing of WHSA's November CNO | 0.20 | 9.00 |

**For professional services rendered**    **44.30 $6,365.50**

Additional Charges :

| 12/31/2009 | Pacer Charges | 56.96 |
|---|---|---:|
|  | Third party copies & document prep/setup. | 216.80 |
|  | Copying cost | 7.50 |

**Total additional charges**    **$281.26**

**Total amount of this bill**    **$6,646.76**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 17.00 | 125.00 | $2,125.00 |
| Anthony Lopez | 9.60 | 45.00 | $432.00 |
| Bobbi S. Ruhlander | 9.30 | 260.00 | $2,418.00 |
| James A. Wehrmann | 0.40 | 150.00 | $60.00 |
| Lisa M Hamm | 3.80 | 150.00 | $570.00 |
| Melanie White | 2.90 | 130.00 | $377.00 |
| Warren H Smith | 1.30 | 295.00 | $383.50 |