# EXHIBIT A

**Libby, Montana Asbestos Litigation - 00300**

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 244.88 | $ 524.40 | $ 207.20 | $ 976.48 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| TOTAL | $ 244.88 | $ 524.40 | $ 207.20 | $ 976.48 |

Holme Roberts & Owen LLP

February 12, 2009

W.R. Grace & Co.

| | | |
|---|---|---|
| Page | 4 |
| Invoice No.: | 833767 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/13/09 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: PE14285; Monthly Storage | $ | 244.88 |
| | | **Total Disbursements:** | $ | **244.88** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 244.88 |
| **Total Disbursements:** | $ | **244.88** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | | *Outstanding Balance on Invoice 684108:* | *$ 271.48* |
| 804860 | 05/09/08 | Bill | 429.07 |
| | 01/28/09 | Cash Receipt | -429.07 |
| | 02/05/09 | Cash Receipt | -429.07 |
| | 02/05/09 | Cash Receipt Cancellation | 429.07 |
| | | *Outstanding Balance on Invoice 804860:* | *$ 0.00* |
| 810366 | 06/30/08 | Bill | 884.57 |

Holme Roberts & Owen LLP

March 12, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 836800 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/31/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: PP08455; DATE: 1/31/2009 - Monthly Storage | $ | 524.40 |
| | | **Total Disbursements:** | $ | **524.40** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 524.40 |
| **Total Disbursements:** | $ | **524.40** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 02/25/09 | Cash Receipt | | -219.96 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *0.00* |
| 684108 | 11/01/04 | Bill | | 12,357.10 |
| | 02/25/09 | Cash Receipt | | -271.48 |
| | *Outstanding Balance on Invoice 684108:* | | *$* | *0.00* |
| 810366 | 06/30/08 | Bill | | 884.57 |
| | 02/25/09 | Cash Receipt | | -172.50 |
| | *Outstanding Balance on Invoice 810366:* | | *$* | *0.00* |
| 812333 | 07/17/08 | Bill | | 297.51 |
| | 02/25/09 | Cash Receipt | | -15.00 |
| | *Outstanding Balance on Invoice 812333:* | | *$* | *0.00* |
| 814574 | 08/12/08 | Bill | | 219.76 |
| | 02/25/09 | Cash Receipt | | -219.76 |

Holme Roberts & Owen LLP

April 14, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 840204 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/12/09 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: PW83915; Monthly Storage | $ | 207.20 |
| | | **Total Disbursements:** | $ | **207.20** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 207.20 |
| **Total Disbursements:** | $ | **207.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$    219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | | *Outstanding Balance on Invoice 684108:* | *$    271.48* |
| 810366 | 06/30/08 | Bill | 884.57 |
| | 02/05/09 | Cash Receipt | -712.07 |
| | | *Outstanding Balance on Invoice 810366:* | *$    172.50* |
| 812333 | 07/17/08 | Bill | 297.51 |
| | 01/28/09 | Cash Receipt | -282.51 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED January | February | March | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| Flaagan, Elizabeth | Partner | $ 420.00 | 1 | | | $ 420.00 |
| Haag, Susan | Paralegal | $ 185.00 | 2.8 | | | $ 518.00 |
| Sherman, Joan | Paralegal | $ 185.00 | | | | $ - |
| Latuda, Carla | Paralegal | $ 175.00 | 0 | 0 | | $ - |
| | | | | | | |
| TOTAL | | | 3.8 | 0 | 0 | $ 938.00 |

## Bankruptcy Matters - 00390

| Description | January | February | March | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $        - |  | $        - | $        - |
| Facsimilies | $        - | $        - | $        - | $        - |
| Long Distance Telephone | $ | $ | $ | $ |
| Outside Courier | $        - | $        - | $ | $ |
| Travel Expenses | $        - | $        - | $        - | $        - |
| Lexis | $        - | $        - | $        - | $        - |
| Federal Express | $        - | $        - |  | $        - |
| Meal Expenses | $        - | $        - | $        - | $        - |
| Research Services | $        - | $        - | $        - | $        - |
| Professional Services | $ | $ | $ | $ |
| Postage | $        - | $        - | $        - | $        - |
| Consulting Fee | $ | $     854.56 | $   1,095.69 | $ 1,950.25 |
| TOTAL | $        - | $     854.56 | $   1,095.69 | $ 1,950.25 |

Holme Roberts & Owen LLP

February 12, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 833767 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/14/09 | EKF | Review Monthly Fee Application for July, 2008 (.2); review Monthly Fee Application for August, 2008 (.2); review Monthly Fee Application for September, 2008 (.2). | 0.60 | $ | 252.00 |
| 01/14/09 | SH | Draft July 2008 monthly fee application. | 0.60 | | 111.00 |
| 01/14/09 | SH | Draft August 2008 monthly fee application. | 0.60 | | 111.00 |
| 01/14/09 | SH | Draft September 2008 monthly fee application. | 0.60 | | 111.00 |
| 01/29/09 | SH | Draft 30th interim fee application. | 1.00 | | 185.00 |
| 01/30/09 | EKF | Review and revise 13th Quarterly Fee Application. | 0.40 | | 168.00 |

|  | | **Total Fees Through January 31, 2009:** | **3.80** | **$** | **938.00** |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $420.00 | 1.00 | $ | 420.00 |
| SH | Susan Haag | Paralegal | 185.00 | 2.80 | | 518.00 |
| | | **Total Fees:** | | **3.80** | **$** | **938.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | 08/13/08 | Cash Receipt | -16.41 |
| | 01/16/09 | Cash Receipt Cancellation | 16.41 |

Holme Roberts & Owen LLP

March 12, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 836800 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/22/09 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 322854; DATE: 1/22/2009 - Professional Services through December 31, 2008 | $ | 854.56 |
| | | **Total Disbursements:** | $ | **854.56** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 854.56 |
| **Total Disbursements:** | $ | **854.56** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 02/25/09 | Cash Receipt | | -16.41 |
| | | *Outstanding Balance on Invoice 658429:* | $ | *0.00* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 02/25/09 | Cash Receipt | | -67.09 |
| | | *Outstanding Balance on Invoice 661254:* | $ | *0.00* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 02/25/09 | Cash Receipt | | -2.66 |
| | | *Outstanding Balance on Invoice 679369:* | $ | *0.00* |
| 684108 | 11/01/04 | Bill | | 1,924.09 |
| | 02/25/09 | Cash Receipt | | -41.90 |

Holme Roberts & Owen LLP

April 14, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 840204 |
| Client  No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/27/09 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 324047; DATE: 2/27/2009  -  Professional Services through January 31, 2009 | $ | 1,095.69 |
| | | **Total Disbursements:** | $ | **1,095.69** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,095.69 |
| **Total Disbursements:** | $ | **1,095.69** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$    16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$    67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$    2.66* |
| 684108 | 11/01/04 | Bill | 1,924.09 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $420.00 | 1.0 | $420.00 |
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 2.8 | $518.00 |
| **TOTAL** | | | | **3.8** | **$938.00** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---|
| Photocopies | $0.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $976.48 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $1,950.25 |
| Velo Binding | $0.00 |
| **TOTALS** | **$2,926.73** |