# EXHIBIT A

## April Fee Application

   Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 21947 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# May Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 22233 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# June Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 24137 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.