# EXHIBITS IN SUPPORT OF CROWN OBJECTION TO MODIFIED PLAN

## INDEX

| Tab | Description | Page |
|---|---|---|
| **Exhibit #1** | **Responding Record of AG Canada to Grace's Motion to Approve 2009 Restated Settlement** | |
| 1. | Affidavit of Hilda Mozaffar sworn December 4, 2009 | 1 – 4 |
| A. | Exhibit A – Order of Justice Farley dated February 8, 2006 | 5 – 10 |
| B. | Exhibit B – Objection to the Disclosure Statement filed on behalf of Her Majesty the Queen in right of Canada in US Bankruptcy Proceedings, dated October 17, 2009 | 11 – 29 |
| C. | NOT ATTACHED | |
| D. | Exhibit D – Settlement Approval Endorsement dated October 23, 2008 | 36 – 46 |
| E. | NOT ATTACHED | 47 – 53 |
| F. | Exhibit F – Excerpts from the Crown's PD claim filed on behalf of the Department of National Defence | 54 – 57 |
| G. | NOT ATTACHED | |
| H. | NOT ATTACHED | |
| I. | NOT ATTACHED | |
| J. | NOT ATTACHED | |
| K. | NOT ATTACHED | |
| L. | NOT ATTACHED | |
| M. | NOT ATTACHED | |
| N. | Exhibit N – Letter from Orestes Pasparakis, dated December 3, 2009 to Keith Ferbers | 275 – 278 |
| 2. | Affidavit of Lilianne David sworn October 2, 2008 | 279 – 281 |
| A. | Exhibit A – Order of Justice Chaput, Quebec Superior Court, dated November 76, 2005 | 282 – 290 |
| B. | Exhibit B – Order and Endorsement of Justice Farley dated November 14, 2008 | 291 – 298 |

| | | |
|---|---|---:|
| C. | Exhibit C – W.R. Grace & Co. Asbestos Property Damage Proof of Claim Form | 299 – 314 |
| D. | Exhibit D – Grace Non-Asbestos Proof of Claim Form | 315 – 320 |
| E. | Exhibit E – Order of Justice Farley dated February 8, 2006 | 321 – 324 |
| 3. | Responding Record, 30th Information Officer Report, dated June 18, 2009 | 325 – 355 |

**Exhibit #2 – Order Approving 2009 ZAI Settlement dated December 13, 2009 and Endorsement dated January 8, 2010 of Justice Morawetz of the CCAA Court.**

**Exhibit #3 - Grace Motion Record for Approval of 2009 Restated Settlement dated December 1, 2009**

| | | |
|---|---|---:|
| 1 | Notice of Motion returnable December 8, 2009 | 1-15 |
| 2. | 32nd Information Officer's Report Dated December 1, 2009 | 16-25 |
| 3. | The Amended Settlement | 26-44 |
| 4. | Blackline of the Amended Settlement to the Original Settlement | 45-70 |
| 5. | Draft Order, without Schedule "A" | 71-74 |
| 6. | The Order approving original settlement dated Oct. 17, 2008 | 75-102 |

**Exhibit #4    Transcript Excerpt from October 27, 2008 Hearing and Crown Objection to Disclosure Statement**

**Exhibit #5    31st Report of Richard C. Finke, Information Officer October 6, 2009**

**Exhibit #6    Affidavit of Allison Kuntz sworn December 8, 2009**

A.    Exhibit A – Email correspondence between O. Pasparakis to J. Dais-Visca, October 16, 2009

B.    Exhibit B – Email correspondence from O. Pasparakis and J. Dais-Visca dated October 23, 2009

C.    Exhibit C – Letter from K. Febers to O. Pasparakis dated Dec. 4, 2009

D.    Exhibit D – Letter from O. Pasparkis to K. Ferbers dated Dec. 7, 2009

**Exhibit #7    Responding Record of CCAA Rep Counsel**

1.    Affidavit of Michel Belanger and Exhibits sworn Dec. 4, 2009

**Exhibit #8**     **Attorney General of Canada Notice of Motion for Leave to Appeal Dated December 22, 2009 from the Decision of Justice Morawetz dated December 13, 2009**

**Exhibit #9**     **Transcript Excerpt from October 14, 2009 Hearing**

**Exhibit #10**    **Transcript Excerpt from September 17, 2009 Hearing**

**Exhibit #11**    **Transcript Excerpt from September 14, 2009 Hearing**