```
                 UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF DELAWARE

IN RE:                       .    Case No.  01-1139 (JKF)
                             .
W.R. GRACE & CO.,            .
et al.,                      .    USX Tower - 54th Floor
                             .    600 Grant Street
                             .    Pittsburgh, PA 15219
            Debtors.         .
                             .    October 14, 2009
. . . . . . . . . . . . . .  .    9:08 a.m.

           TRANSCRIPT OF PLAN CONFIRMATION HEARING
            BEFORE HONORABLE JUDITH K. FITZGERALD
             UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:         Kirkland & Ellis, LLP
                         By:  DAVID BERNICK, ESQ.
                              JANET BAER, ESQ.
                              LISA G. ESAYIAN, ESQ.
                              ELLI LEIBENSTEIN, ESQ.
                         200 East Randolph Drive
                         Chicago, IL  60601

For the Asbestos         Caplin & Drysdale, Chartered
Creditors Committee:     By:  NATHAN FINCH, ESQ.
                              PETER LOCKWOOD, ESQ.
                         One Thomas Circle, NW
                         Washington, D.C. 20005

For the Future           Orrick, Herrington & Sutcliffe, LLP
Claimants                By:  JONATHAN GUY, ESQ.
Representatives:         Washington Harbour
                         3050 K Street, N.W.
                         Washington, D.C.  20007

Audio Operator:          Cathy Younker

Proceedings recorded by electronic sound recording, transcript
          produced by transcription service.
```
_____

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  [jjcourt@optonline.net](mailto:jjcourt@optonline.net)

(609)586-2311     Fax No. (609) 587-3599

APPEARANCES (Cont'd.):

| | |
|---|---|
| For W.R. Grace: | W.R. Grace<br>By: MARK SHELNITZ, ESQ.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| For Allstate Insurance: | Cuyler Burk, LLP<br>By: ANDREW K. CRAIG, ESQ.<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ  07054 |
| For the Property<br>Damage Committee: | Bilzin Sumberg Baena Price &<br>  Axelrod LLP<br>By: MATTHEW KRAMER, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131 |
| For OneBeacon Ins. Co.,<br>Geico, Seaton Ins. Co.,<br>& Republic Ins. Co.: | Drinker Biddle & Reath LLP<br>By: MICHAEL F. BROWN, ESQ.<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA  19103 |
| For State of Montana<br>Dept. of Environmental<br>Quality: | Womble Carlyle Sandridge & Rice<br>By: KEVIN MANGAN, ESQ.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 |
| For the Libby Claimants: | Lewis, Slovak & Kovacich, P.C.<br>By: MARK KOVACICH, ESQ.<br>725 Third Avenue North<br>Great Falls, MT 59401<br><br>McGarvey, Heberling, Sullivan and<br> McGarvey, P.C.<br>By: JON HEBERLING, ESQ.<br>725 Third Avenue North<br>Great Falls, MT  59401<br><br>Cohn Whitesell & Goldberg, LLP<br>By: DANIEL C. COHN, ESQ.<br>101 Arch Street<br>Boston, MA  02110 |

**J&J COURT TRANSCRIBERS, INC.**

```
APPEARANCES (Cont'd.):

For Arrowood:              Wilson, Elser, Moskowitz, Edelman,
                             & Dicker, LLP
                           By:  CARL J. PERNICONE, ESQ.
                           150 East 42nd Street
                           New York, NY 10017


For BNSF Railway:          Pepper Hamilton, LLP
                           By:  LINDA CASEY, ESQ.
                           3000 Two Logan Square
                           Philadelphia, PA  19103


For CNA:                   Goodwin Procter, LLP
                           By:  MICHAEL GIANNOTTO, ESQ.
                           Exchange Place
                           Boston, MA  02109-2881


For Maryland Casualty:     Connelly Bove Lodge & Hutz, LLP
                           By:  JEFFREY WISLER, ESQ.
                           The Nemours Building
                           1007 North Orange Street
                           Wilmington, DE  19899


For MCC & Zurich:          Eckert Seamans
                           By:  EDWARD D. LONGOSZ, ESQ.
                           1747 Pennsylvania Avenue, NW
                           Suite 1200
                           Washington, DC 20006

                           Wiley Rein, LLP
                           By:  RICHARD A. IFFT, ESQ.
                           1776 K Street NW
                           Washington, DC 20006


For Ford, Marrin,          Ford, Marrin, Esposito, Witmeyer &
Esposito, Witmeyer           Gleser
& Gleser:                  By:  ELIZABETH DeCRISTOFARO, ESQ.
                           Wall Street Plaza
                           New York, NY  10005


For Kaneb Pipe Line        Fulbright & Jaworski
Operating Partnership,     By:  STEVE PEIRCE, ESQ.
LP:                        300 Convent Street, Suite 2200
                           San Antonio, TX 78205-3792
```

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (Cont'd.):

| | |
|---|---|
| For Kaneb Pipe Line Operating Partnership, LP: | Gilbert & Renton, LLC<br>By:   ROBERT GILBERT, ESQ.<br>344 North Main Street<br>Andover, MA 01810 |
| For AXA Belgium: | Tucker Arensberg, P.C.<br>By:   MICHAEL A. SHINER, ESQ.<br>1500 One PPG Place<br>Pittsburgh, PA  15222 |
| For Committee of Asbestos Personal Injury Claimants: | Campbell & Levine<br>By:   MARK T. HURFORD, ESQ.<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19701 |
| For Garlock Sealing Technologies: | Robinson, Bradshaw & Hinson, P.A.<br>By:   RICHARD WORF, ESQ.<br>101 North Tryon Street<br>Suite 1900<br>Charlotte, NC  28246 |
| For Sealed Air: | Skadden, Arps, Slate, Meagher & Flom, LLP<br>By:   DAVID TURETSKY, ESQ.<br>One Rodney Square<br>Wilmington, DE  19801<br><br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>By:   J. GREGORY St. CLAIR, ESQ.<br>Four Times Square<br>New York, NY 10036 |
| For the Unsecured Creditors' Committee: | Strook & Strook & Lavan<br>By:   ARLENE KRIEGER, ESQ.<br>        KENNETH PASQUALE, ESQ.<br>180 Maiden Lane<br>New York, NY 10038 |
| For Continental Casualty Co.: | Goodwin Procter, LLP<br>By:   DANIEL GLOSBAND, ESQ.<br>Exchange Place<br>Boston, MA  02109-2881 |

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (Cont'd.):

| | |
|---|---|
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  THEODORE FREEDMAN, ESQ.<br>Citigroup Center, 153 East 53rd St.<br>New York, NY  10022 |
| For the PD Committee: | Speights & Runyan<br>By:  DANIEL SPEIGHTS, ESQ.<br>     ALAN RUNYAN, ESQ.<br>200 Jackson Avenue, East<br>Hampton, SC  29924 |
| For Anderson Memorial Hospital: | Kozyak, Tropin & Throckmorton, PA<br>By:  JOHN W. KOZYAK, ESQ.<br>     DAVID ROSENDORF, ESQ.<br>2525 Ponce de Leon, 9th Floor<br>Miami, Florida 33134 |
| For the Equity Committee: | Kramer Levin Naftalis & Frankel<br>By:  DAVID E. BLABEY, JR., ESQ.<br>919 Third Avenue<br>New York, NY  10022 |
| For the Bank Lenders: | Landis, Rath & Cobb, LLP<br>By:  RICHARD COBB, ESQ.<br>919 Market Street, Suite 1800<br>Wilmington, DE  19899 |
| For PD/FCR: | Law Office of Alan B. Rich<br>By: ALAN B. RICH, ESQ.<br>1201 Main Street<br>Suite 1910, LB 201<br>Dallas, TX<br><br>ALEX SANDERS, ESQ. |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  SAM BLATNICK, ESQ.<br>     BARBARA HARDING, ESQ.<br>200 East Randolph Drive<br>Chicago, IL  60601 |

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (Cont'd.):

| | |
|---|---|
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  KRISTINA ALEXANDER, ESQ.<br>     DEANNA BOLL, ESQ.<br>     CHRISTOPHER GRECO, ESQ.<br>     CLEMENT YEE, ESQ.<br>Citigroup Center, 153 East 53rd St.<br>New York, NY  10022 |
| For the Debtors: | Pachulski, Stang, Ziehl &Jones<br>By:  KATHLEEN P. MAKOWSKI, ESQ.<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19899-8705 |
| For the Debtors: | Onex Credit Partners<br>By:  LEWIS KRUGER, ESQ. |
| For the Equity Committee: | Kramer Levin Naftalis & Frankel<br>By:  PHILIP BENTLEY, ESQ.<br>919 Third Avenue<br>New York, NY  10022 |
| For National Casualty Co.: | Dorsey & Whitney, LLP<br>By:  JOSE L. HERNANDEZ, ESQ.<br>250 Park Avenue<br>New York, NY  10177-1500 |
| For Various Claimant Firms: | Stutzman, Bromberg, Esserman & Plifka<br>By:  DAVID J. PARSONS, ESQ.<br>2323 Bryan Street,  Suite 2200<br>Dallas, TX  75201 |
| For Morgan Stanley Senior Funding, Inc.: | Katten Muchin Roseenman, LLP<br>By:  JEFF FRIEDMAN, ESQ.<br>     MERRITT PARDINI, ESQ.<br>575 Madison Avenue<br>New York, NY  10022-2585 |
| For Fireman's Fund Insurance Co.: | Crowell & Moring LLP<br>By:  LESLIE A. DAVIS, ESQ.<br>     MARK PLEVIN, ESQ.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br><br>Stevens & Lee<br>By:  JOHN D. DEMMY, ESQ.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (Cont'd.):

| | |
|---|---|
| For Serengeti: | Vinson & Elkins, LLP<br>By:  ARI BERMAN, ESQ.<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX  75201 |
| For Scott Company: | Vorys, Sater, Seymour & Pease, LLP<br>By:  TIFFANY COBB, ESQ.<br>52 East Gay Street<br>Columbus, OH  43216 |
| For Official Committee of Asbestos Property Damage Claimants: | Dies & Hile, LLP<br>By:  MARTIN DIES, ESQ.<br>1601 Rio Grande, Suite 330<br>Austin, TX  78701<br><br>LECG<br>By:  ELIZABETH DEVINE, ESQ.<br>1725 Eye Street NW, Ste 800<br>Washington, DC,  20006<br><br>Riker Danzig Scherer Hyland & Perretti<br>By:  CURTIS PLAZA, ESQ.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 |
| For the Property Damage Committee: | Bilzin Sumberg Baena Price &<br>  Axelrod LLP<br>By:  SCOTT BAENA, ESQ.<br>     JAY SAKALO, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131 |
| For the Bank Lenders: | Paul Weiss Rifkind Wharton &<br>  Garrison, LLP<br>By:  MARGARET PHILLIPS, ESQ.<br>     REBECCA ZUBATY, ESQ.<br>     ANDREW N. ROSENBERG, ESQ.<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| For Asbestos Property Damage Claimants: | Scott Law Group<br>By:  DARRELL SCOTT, ESQ.<br>1001 East Main Street, Suite 500<br>Sevierville, TN  37864 |

**J&J COURT TRANSCRIBERS, INC.**

```
TELEPHONIC APPEARANCES (Cont'd.):

For National Union Fire    Zeichner Ellman & Krause, LLP
Insurance Co.:             By:  ROBERT GUTTMANN, ESQ.
                           575 Lexington Avenue
                           New York, NY  10022

For the Future             Orrick, Herrington & Sutcliffe,
Claimants                    LLP
Representatives:           By:  DEBRA FELDER, ESQ.
                                KATE ORR, ESQ.
                           Washington Harbour
                           3050 K Street, N.W.
                           Washington, D.C.  20007

For Federal Insurance      Cozen O'Connor
Company:                   By:  ILAN ROSENBERG, ESQ.
                           1900 Market Street
                           Philadelphia, PA  19103

For Official Committee     Anderson Kill & Olick
of Asbestos Personal       By:  ROBERT M. HORKOVICH, ESQ.
Injury Claimants:          1251 Avenue of the Americas
                           New York, NY  10020-1186

For David T. Austern,      Phillips, Goldman & Spence, P.A.
the Future Claimants'      By:  JOHN C. PHILLIPS, ESQ.
Representative:            1200 North Broom Street
                           Wilmington, DE  19806

For the Asbestos           Ferry Joseph & Pearce, P.A.
Creditors Committee:       By:  THEODORE TACCONELLI, ESQ.
                           824 Market Street, Suite 19899
                           Wilmington, DE  19899

For Ford, Marrin,          Ford, Marrin, Esposito, Witmeyer &
Esposito, Witmeyer           Gleser
& Gleser:                  By:  SHAYNE SPENCER, ESQ.
                           Wall Street Plaza
                           New York, NY  10005

For Official Committee     Duane Morris, LLP
of Unsecured Creditors:    By:  MICHAEL LASTOWSKI, ESQ.
                           1100 North Market Street, Suite 1200
                           Wilmington, DE  19801-1246
```

TELEPHONIC APPEARANCES (Cont'd.):

```
For Official Committee      Brandi Law Firm
of Asbestos Property        By:   THOMAS J. BRANDI, ESQ.
Damage Claimants:                 TERENCE D. EDWARDS, ESQ.
                            44 Montgomery St., Suite 1050
                            San Francisco, CA  94104

                            Lieff, Cabraser, Heimann & Bernstein
                            By:   ELIZABETH J. CABRASER, ESQ.
                            Embarcadero Center West
                            275 Battery Street, Suite 3000
                            San Francisco, CA  94111

For the Libby Claimants:    Cohn, Whitesell & Goldberg, LLP
                            By:   CHRISTOPHER M. CANDON, ESQ.
                            101 Arch Street
                            Boston, MA  02110

For the Libby Claimants:    Landis, Rath & Cobb, LLP
                            By:   KERRI K. MUMFORD, ESQ.
                                  JAMES S. GREEN, JR., ESQ.
                            919 Market Street, Suite 1800
                            Wilmington, DE  19899

For the PD Committee:       Speights & Runyan
                            By:   MARION FAIREY, ESQ.
                            200 Jackson Avenue, East
                            Hampton, SC  29924

For Everest Reinsurance     Marks, O'Neill, O'Brien & Courtney LLP
Company, et al.:            By:   BRIAN L. KASPRZAK, ESQ.
                                  JOHN D. MATTEY, ESQ.
                            913 North Market Street
                            Suite 800
                            Wilmington, DE  19801

For Arrowwood               Bifferato Gentilotti LLC
Indemnity Co.:              By:   GARVAN McDANIEL, ESQ.
                            800 North King Street
                            Wilmington, DE  19801

For Official Committee      Richardson Patrick Westbrook &
of Asbestos Property          Brickman, P.C.
Claimants:                  By:   EDWARD J. WESTBROOK, ESQ.
                            174 East Bay Street
                            Charleston, SC  29401
```

TELEPHONIC APPEARANCES (Cont'd.):

| | |
|---|---|
| For Hartford Financial Service Group: | Wilmer Wilmer Cutler Pickering Hale & Dorr, LLP<br>By:  MELANIE R. DRITZ, ESQ.<br>399 Park Avenue<br>New York, NY  10022 |
| For Asbestos Property Damage Claimants: | Pryor Cashman, LLP<br>By:  RICHARD LEVY, ESQ.<br>410 Park Avenue<br>New York, NY  10022 |
| For David T. Austern, Future Claimants' Representative: | Lincoln International, LLC<br>By:  JOSEPH RADECKI |
| For Travelers: | Simpson Thacher<br>By:  ELISA ALCABES, ESQ.<br>     MARY BETH FORSHAW, ESQ.<br>425 Lexington Avenue<br>New York, NY  10017<br><br>Morris Nichols Arsht & Tunnell, LLP<br>By:  ANN C. CORDO, ESQ.<br>     ERIN FAY, ESQ.<br>1201 N. Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347 |
| For State of Montana Dept. of Environmental Quality: | Womble Carlyle Sandridge & Rice<br>By:  FRANCIS MONACO, ESQ.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 |
| For Garlock Sealing Technologies: | Robinson, Bradshaw & Hinson, P.A.<br>By:  GARLAND CASSADA, ESQ.<br>101 North Tryon Street<br>Suite 1900<br>Charlotte, NC  28246<br><br>Morris, James, Hitchens & Williams, LLP<br>By:  BRETT D. FALLON, ESQ.<br>PNC Bank Center<br>222 Delaware Avenue<br>10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899 |

TELEPHONIC APPEARANCES (Cont'd.):

| | |
|---|---|
| For Federal Insurance Company: | Cozen O'Connor<br>By:  JACOB C. COHN, ESQ.<br>1900 Market Street<br>Philadelphia, PA  19103 |
| For National Union Fire Insurance Co.: | Zeichner Ellman & Krause, LLP<br>By:  MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY  10022 |
| For Deborah Pace: | DebtWire<br>By:  DEBORAH PACE |
| For the State of California: | Hahn & Hessen<br>By:  ALISON SCHRAG, ESQ.<br>488 Madison Avenue<br>New York, NY  10022 |
| For Party Siegel: | Traub, Lieberman, Straus & Shrewsberry<br>By:  ROBERT SIEGEL, ESQ.<br>Seven Skyline Drive<br>Hawthorne, NY 10532 |

**I N D E X**

| EXHIBITS | | I.D. | EVD. |
|---|---|---|---|
| AMH-63 | Letter from Dr. Rourke | 239 | -- |
| PP-361 | Marked copy of LC-10 | -- | 188 |
| Prouty Deposition | Designation 118 | -- | 188 |
| Prouty 1006 | Summary slide | -- | 188 |

J&J COURT TRANSCRIBERS, INC.

1  settle.  There's no way to know that any particular jury would
2  award, to pick a number, 1.1 million as opposed to 1.0 million
3  as opposed to $60,000.  There's just no way to know that.
4           MR. KOVACICH:  I agree there's no way to know what a
5  jury would award, but there are many factors that parties on
6  both sides of the settlement take into account --
7           THE COURT:  Sure.
8           MR. KOVACICH:  -- in deciding how to value the
9  claims, and those factors go far beyond what is the disease
10 that the claimant has.  I think Mr. Finch circulated a 1006
11 summary for Mr. Prouty.  I'll be corrected if I'm wrong, but I
12 believe it indicated he settled for something like $3.7
13 million.
14          THE COURT:  Sure.  I mean, there can be -- I agree.
15 There can be all kinds of factors that can be your age, your
16 other medical condition, how many children you have, how long
17 an employee you've been, whether you've had other exposure.
18 The list goes on and on.
19          MR. KOVACICH:  And the TDP does not adequately
20 account for those factors, and it does not account for those
21 factors with respect to the situation in Libby because the
22 strength of the exposure evidence, the lack of a causation
23 defense, and the aggravated liability do not allow these
24 claimants to get anywhere near the values that similar claims
25 were getting prior to the bankruptcy.

1          THE COURT:  If the debtor tried to classify Libby
2   claimants in a different class simply to pay them more through
3   this plan than they paid other claimants with the same disease
4   the plan would not be confirmable.  The debtor could not do
5   that.  It would be gerrymandering.  That plan simply wouldn't
6   work.
7          MR. KOVACICH:  Well, Your Honor, I respectfully
8   disagree that the only factor that should be used to classify
9   and determine the value that these claims receive under the
10  bankruptcy is the medical condition.  I think that --
11         THE COURT:  I don't think that's what's --
12         MR. KOVACICH:  -- other factors do need to be taken
13  into account.
14         THE COURT:  Yes.
15         MR. KOVACICH:  And the plan does not adequately
16  account for those factors in order to pay these claims
17  according to the value that they --
18         THE COURT:  I think that's --
19         MR. KOVACICH:  -- that similar claims received prior
20  to the bankruptcy.
21         THE COURT:  I think that's a misapprehension of the
22  plan.  The plan has based what it can pay through the TDP on
23  preexisting settlement criteria -- settlement numbers and
24  criteria which took into account all of those factors.  If the
25  TDP attempted to do it again it would be duplicating the


1  settlement factors that were already considered before the TDP
2  was written.  That's the purpose --
3              MR. KOVACICH:  But, the --
4              THE COURT:  -- for which you categorize particular
5  claims at payment levels in the TDP because all of those
6  factors have been considered, and this is what the debtor and
7  the parties who negotiate feel they can pay to particular
8  claimants with particular diseases in those categories.  Those
9  factors had to have been considered beforehand because they
10 were considered in the settlements, and that's the basis for
11 the TDP values.
12             MR. KOVACICH:  There is some discretion in the
13 individual review process --
14             THE COURT:  Sure.
15             MR. KOVACICH:  -- for other factors to be taken into
16 account, but there is a cap for every disease level --
17             THE COURT:  Absolutely.
18             MR. KOVACICH:  -- that prevents a claimant with a
19 certain disease level from having a claim valued in excess of
20 that cap.  And the problem with respect to --
21             THE COURT:  Absolutely, because if there were no cap
22 we'd back in the non-bankruptcy world where the debtor could
23 never propose a feasible plan.  There has to be a cap.
24 Otherwise, the debtor may as well go litigate and the first
25 people who get their verdicts will bankrupt the company and