```
              UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF DELAWARE

IN RE:                      .  Case No.  01-1139 (JKF)
                            .
W.R. GRACE & CO.,           .
et al.,                     .  USX Tower - 54th Floor
                            .  600 Grant Street
                            .  Pittsburgh, PA 15219
              Debtors.      .
                            .  September 17, 2009
. . . . . . . . . . . . . ..   8:36 a.m.


         TRANSCRIPT OF PLAN CONFIRMATION HEARING
         BEFORE HONORABLE JUDITH K. FITZGERALD
            UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:           Kirkland & Ellis, LLP
                           By:  DAVID BERNICK, ESQ.
                                LISA G. ESAYIAN, ESQ.
                                JANET BAER, ESQ.
                           200 East Randolph Drive
                           Chicago, IL  60601

For the Asbestos           Caplin & Drysdale, Chartered
Creditors Committee:       By:  PETER LOCKWOOD, ESQ.
                           One Thomas Circle, NW
                           Washington, D.C.  20005

For the Future             Orrick, Herrington & Sutcliffe, LLP
Claimants                  By:  ROGER FRANKEL, ESQ.
Representatives:                JONATHAN GUY, ESQ.
                           Washington Harbour
                           3050 K Street, N.W.
                           Washington, D.C.  20007

Audio Operator:            Cathy Younker

Proceedings recorded by electronic sound recording, transcript
           produced by transcription service.
```

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail: jjcourt@optonline.net

(609) 586-2311      Fax No. (609) 587-3599

APPEARANCES (CONT'D):

| | |
|---|---|
| For W.R. Grace: | W.R. Grace & Co.<br>By: RICHARD C. FINKE, ESQ.<br>5400 Broken Sound Boulevard NW<br>Boca Raton, FL  33487 |
| For W.R. Grace: | W.R. Grace & Co.<br>By: MARK SHELNITZ, ESQ.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| For the Libby Claimants: | Lewis, Slovak & Kovacich, P.C.<br>By: MARK KOVACICH, ESQ.<br>725 Third Avenue North<br>Great Falls, MT 59401 |
| For Fireman's Fund/<br>Allianz: | Stevens & Lee<br>By: JOHN D. DEMMY, ESQ.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| For CNA: | Goodwin Procter, LLP<br>By: MICHAEL GIANNOTTO, ESQ.<br>Exchange Place<br>Boston, MA 02109-2881 |
| | Cohn Whitesell & Goldberg, LLP<br>By: DANIEL C. COHN, ESQ.<br>101 Arch Street<br>Boston, MA 02110 |
| For Arrowwood: | Wilson, Elser, Moskowitz, Edelman,<br>  & Dicker, LLP<br>By: CARL J. PERNICONE, ESQ.<br>150 East 42nd Street<br>New York, NY 10017 |
| For BNSF Railway: | Pepper Hamilton, LLP<br>By: LINDA CASEY, ESQ.<br>3000 Two Logan Square<br>Philadelphia, PA 19103 |
| For Maryland Casualty: | Connelly Bove Lodge & Hutz, LLP<br>By: JEFFREY WISLER, ESQ.<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899 |

**J&J COURT TRANSCRIBERS, INC.**

Return

APPEARANCES (Cont'd):

| | |
|---|---|
| For Anderson Memorial Hospital: | Kozyak, Tropin & Throckmorton, PA<br>By:  JOHN W. KOZYAK, ESQ.<br>2525 Ponce de Leon, 9th Floor<br>Miami, Florida 33134 |
| For MCC & Zurich: | Eckert Seamans<br>By:  EDWARD D. LONGOSZ, ESQ.<br>1747 Pennsylvania Avenue, NW<br>Suite 1200<br>Washington, DC 20006<br><br>Wiley Rein, LLP<br>By:  RICHARD A. IFFT, ESQ.<br>1776 K Street NW<br>Washington, DC 20006 |
| For Ford, Marrin, Esposito, Witmeyer & Gleser, LLP: | Ford, Marrin, Esposito, Witmeyer & Gleser, LLP<br>By:  ELIZABETH M. DeCRISTOFARO, ESQ.<br>Wall Street Plaza, 23rd Floor<br>New York, NY  10005-1875 |
| For Kaneb Pipe Line Operating Partnership, LP: | Fulbright & Jaworski<br>By:  STEVE PEIRCE, ESQ.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792 |
| For Travelers: | Simpson Thacher & Bartlett LLP<br>By: MINDY LOK, ESQ.<br>425 Lexington Avenue<br>New York, NY  10017 |
| For State of Montana Dept. of Environmental Quality: | Womble Carlyle Sandridge & Rice<br>By:  FRANCIS MONACO, ESQ.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 |
| For AXA Belgium: | Tucker Arensberg, P.C.<br>By:  MICHAEL A. SHINER, ESQ.<br>1500 One PPG Place<br>Pittsburgh, PA  15222 |
| For Kaneb Pipe Line Operating Partnership, LP: | Gilbert & Renton, LLC<br>By:  ROBERT GILBERT, ESQ.<br>344 North Main Street<br>Andover, MA 01810 |

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (Cont'd):

| | |
|---|---|
| For Garlock Sealing Technologies: | Robinson, Bradshaw & Hinson, P.A.<br>By: GARLAND CASSADA, ESQ.<br>    RICHARD WORF, ESQ.<br>101 North Tryon Street<br>Suite 1900<br>Charlotte, NC  28246 |
| For Sealed Air: | Skadden, Arps, Slate, Meagher & Flom, LLP<br>By: DAVID TURETSKY, ESQ.<br>    J. GREGORY ST. CLAIR, ESQ.<br>One Rodney Square<br>Wilmington, DE  19801 |
| For the Unsecured Creditors' Committee: | Strook & Strook & Lavan<br>By: ARLENE KRIEGER, ESQ.<br>    KENNETH PASQUALE, ESQ.<br>180 Maiden Lane<br>New York, NY  10038 |
| For Continental Casualty Co.: | Goodwin Procter, LLP<br>By: DANIEL GLOSBAND, ESQ.<br>Exchange Place<br>Boston, MA  02109-2881 |
| For Arrowwood: | Wilson Elser Moskowitz Edelman & Dicker, LLP<br>By: CARL PERNICONE, ESQ.<br>150 East 42nd Street<br>New York, NY  10017 |
| For One Beacon Ins. Co., Geico, Seaton Ins. Co. & Republic Ins. Co: | Drinker Biddle & Reath LLP<br>By: MICHAEL F. BROWN, ESQ.<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA  19103 |
| For the PD Committee: | Speights & Runyan<br>By: DANIEL SPEIGHTS, ESQ.<br>    ALAN RUNYAN, ESQ.<br>    DAVID ROSENDORF, ESQ.<br>200 Jackson Avenue, East<br>Hampton, SC  29924 |

APPEARANCES (Cont'd):

| | |
|---|---|
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  THEODORE FREEDMAN, ESQ.<br>      DEANNA D. BOLL, ESQ.<br>Citigroup Center, 153 East 53rd St.<br>New York, NY  10022 |
| For Fresenius: | McDermott, Will & Emery<br>By:  NATHAN F. COCO, ESQ.<br>227 West Monroe Street<br>Chicago, IL  60606 |
| For the Future<br>Claimants<br>Representatives: | Orrick, Herrington & Sutcliffe,<br>  LLP<br>By:  PERI N. MAHALEY, ESQ.<br>      RICHARD WYRON, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C.  20007 |
| For Asbestos Property<br>Damage Claimants: | Scott Law Group<br>By:  DARRELL SCOTT, ESQ.<br>1001 East Main Street, Suite 500<br>Sevierville, TN  37864 |
| For Allstate Insurance: | Cuyler Burk, LLP<br>By:  ANDREW K. CRAIG, ESQ.<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ  07054 |
| For the Libby Claimants: | Landis, Rath & Cobb, LLP<br>By:  JAMES S. GREEN, JR., ESQ.<br>919 Market Street, Suite 1800<br>Wilmington, DE  19899 |
| For the Equity<br>Committee: | Kramer Levin Naftalis & Frankel<br>By:  DAVID E. BLABEY, JR., ESQ.<br>919 Third Avenue<br>New York, NY  10022 |
| For the Bank Lenders: | Landis, Rath & Cobb, LLP<br>By:  RICHARD COBB, ESQ.<br>919 Market Street, Suite 1800<br>Wilmington, DE  19899 |

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (Cont'd):

| | |
|---|---|
| For Official Committee of Asbestos Property Claimants: | Richardson Patrick Westbrook & Brickman, P.C.<br>By:  EDWARD J. WESTBROOK, ESQ.<br>     KATIE McELVEEN, ESQ.<br>174 East Bay Street<br>Charleston, SC  29401 |
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  ELLI LEIBENSTEIN, ESQ.<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  CHRISTOPHER GRECO, ESQ.<br>     CLEMENT YEE, ESQ.<br>Citigroup Center, 153 East 53rd St.<br>New York, NY  10022 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Committee of Asbestos Personal Injury Claimants: | Campbell & Levine<br>By:  MARK T. HURFORD, ESQ.<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19701 |
| For the Debtors: | Pachulski, Stang, Ziehl &Jones<br>By:  JAMES O'NEILL, ESQ.<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19899-8705 |
| For Fireman's Fund Insurance Co.: | Crowell & Moring LLP<br>By:  LESLIE A. DAVIS, ESQ.<br>     MARK PLEVIN, ESQ.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 |
| For Federal Insurance Company: | Cozen O'Connor<br>By:  JACOB C. COHN, ESQ.<br>1900 Market Street<br>Philadelphia, PA  19103 |
| For National Union Fire Insurance Co.: | Zeichner Ellman & Krause, LLP<br>By:  MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY  10022 |

J&J COURT TRANSCRIBERS, INC.

TELEPHONIC APPEARANCES (Cont'd):

| | |
|---|---|
| For Fireman's Fund: | Stevens & Lee<br>By: MARNIE SIMON, ESQ.<br>600 College Road East, Suite 4400<br>Princeton, NJ 08540 |
| For Various Claimant Firms: | Stutzman, Bromberg, Esserman & Plifka<br>By: DAVID J. PARSONS, ESQ.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 |
| For Morgan Stanley Senior Funding, Inc.: | Katten Muchin Roseenman, LLP<br>By: JEFF FRIEDMAN, ESQ.<br>    MERRITT PARDINI, ESQ.<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| For Morgan Stanley Senior Funding, Inc.: | Edwards Angell Palmer Dodge, LLP<br>By: ROBERT CRAIG MARTIN, ESQ.<br>919 N Market St.<br>Wilmington, DE 19801-3023 |
| For Serengeti: | Vinson & Elkins, LLP<br>By: ARI BERMAN, ESQ.<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201 |
| For Scott Company: | Vorys, Sater, Seymour & Pease, LLP<br>By: TIFFANY COBB, ESQ.<br>52 East Gay Street<br>Columbus, OH 43216 |
| For Official Committee of Asbestos Property Damage Claimants: | Dies & Hile, LLP<br>By: MARTIN DIES, ESQ.<br>1601 Rio Grande, Suite 330<br>Austin, TX 78701<br><br>LECG<br>By: ELIZABETH DEVINE, ESQ.<br>1725 Eye Street NW, Ste 800<br>Washington, DC, 20006 |

**J&J COURT TRANSCRIBERS, INC.**

Return

TELEPHONIC APPEARANCES (Cont'd):

| | |
|---|---|
| For the Property Damage Committee: | Bilzin Sumberg Baena Price & Axelrod LLP<br>By: MATTHEW KRAMER, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131 |
| For the Property Damage Committee: | Bilzin Sumberg Baena Price & Axelrod LLP<br>By: SCOTT BAENA, ESQ.<br>    JAY SAKALO, ESQ.<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131 |
| For the Bank Lenders: | Paul Weiss Rifkind Wharton & Garrison, LLP<br>By: MARGARET PHILLIPS, ESQ.<br>    REBECCA ZUBATY, ESQ.<br>    ANDREW N. ROSENBERG, ESQ.<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| For the Bank Lenders: | Crowell & Moring LLP<br>By: TACIE YOON, ESQ.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 |
| For National Union Fire Insurance Co.: | Zeichner Ellman & Krause, LLP<br>By: ROBERT GUTTMANN, ESQ.<br>575 Lexington Avenue<br>New York, NY  10022 |
| For the Future Claimants Representatives: | Orrick, Herrington & Sutcliffe, LLP<br>By: DEBRA FELDER, ESQ.<br>    JOSHUA CUTLER, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C.  20007 |
| For Federal Insurance Company: | Cozen O'Connor<br>By: ILAN ROSENBERG, ESQ.<br>1900 Market Street<br>Philadelphia, PA  19103 |

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (Cont'd):

| | |
|---|---|
| For Official Committee of Asbestos Personal Injury Claimants: | Anderson Kill & Olick<br>By: ROBERT M. HORKOVICH, ESQ.<br>1251 Avenue of the Americas<br>New York, NY 10020-1186 |
| For Grace Certain Cancer Claimants: | Montgomery, McCracken, Walker & Rhoads, LLP<br>By: NATALIE D. RAMSEY, ESQ.<br>300 Delaware Avenue, Ste. 750<br>Wilmington, DE 19801 |
| For David T. Austern, the Future Claimants' Representative: | Phillips, Goldman & Spence, P.A.<br>By: JOHN C. PHILLIPS, ESQ.<br>1200 North Broom Street<br>Wilmington, DE 19806<br><br>By: DAVID T. AUSTERN |
| For Allstate Insurance: | Cuyler Burk, LLP<br>By: STEFANO CALOGERO, ESQ.<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ 07054 |
| For the Asbestos Creditors Committee: | Ferry Joseph & Pearce, P.A.<br>By: THEODORE TACCONELLI, ESQ.<br>824 Market Street, Suite 19899<br>Wilmington, DE 19899 |
| For Ford, Marrin, Esposito, Witmeyer & Gleser: | Ford, Marrin, Esposito, Witmeyer & Gleser<br>By: SHAYNE SPENCER, ESQ.<br>Wall Street Plaza<br>New York, NY 10005 |
| For Official Committee of Unsecured Creditors: | Duane Morris, LLP<br>By: MICHAEL LASTOWSKI, ESQ.<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |

TELEPHONIC APPEARANCES (Cont'd):

| | |
|---|---|
| For Official Committee of Asbestos Property Damage Claimants: | Brandi Law Firm<br>By:  THOMAS J. BRANDI, ESQ.<br>         TERENCE D. EDWARDS, ESQ.<br>44 Montgomery St., Suite 1050<br>San Francisco, CA  94104<br><br>Lieff, Cabraser, Heimann & Bernstein<br>By:  ELIZABETH J. CABRASER, ESQ.<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA  94111 |
| For Official Committee of Asbestos Property Damage Claimants: | Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>By:  TARA MONDELLI, ESQ.<br>         CURTIS PLAZA, ESQ.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962 |
| For the Libby Claimants: | Cohn, Whitesell & Goldberg, LLP<br>By:  CHRISTOPHER M. CANDON, ESQ.<br>101 Arch Street<br>Boston, MA  02110 |
| For the Libby Claimants: | Landis, Rath & Cobb, LLP<br>By:  KERRI K. MUMFORD, ESQ.<br>919 Market Street, Suite 1800<br>Wilmington, DE  19899 |
| For Everest Reinsurance Company, et al.: | Marks, O'Neill, O'Brien & Courtney LLP<br>By:  BRIAN L. KASPRZAK, ESQ.<br>         JOHN D. MATTEY, ESQ.<br>913 North Market Street<br>Suite 800<br>Wilmington, DE  19801 |
| For Murray Capital Management | Murray Capital Management, Inc.<br>By:  MARTI MURRAY |
| For Normandy Hill Capital, LLP: | Normandy Hill Capital, LLP<br>By:  MATTHEW CANTOR |
| For ZAI Claimants & various law firms: | Hogan Firm Attorneys at Law<br>By:  DANIEL K. HOGAN, ESQ.<br>1311 Delaware Avenue<br>Wilmington, DE  19801 |

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (Cont'd):

| | |
|---|---|
| For the U.S. Trustee: | Office of the U.S. Trustee<br>By: DAVID KLAUDER, ESQ.<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 |
| For Arrowwood Indemnity Co.: | Bifferato Gentilotti LLC<br>By: GARVAN McDANIEL, ESQ.<br>800 North King Street<br>Wilmington, DE 19801 |
| For AXA Belgium: | Mendes & Mount<br>By: ANNA NEWSOM, ESQ.<br>750 Seventh Avenue<br>New York, NY 10019 |
| For Dow Jones News Wires: | Dow Jones News Wires<br>By: PEG BRICKLEY |
| For Hartford Financial Service Group: | Wilmer Wilmer Cutler Pickering Hale & Dorr, LLP<br>By: MELANIE R. DRITZ, ESQ.<br>399 Park Avenue<br>New York, NY 10022 |
| For Travelers Casualty Surety Company: | Morris Nichols Arsht & Tunnell, LLP<br>By: MATTHEW B. HARVEY<br>1201 N. Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347 |
| For Asbestos Property Damage Claimants: | Pryor Cashman, LLP<br>By: RICHARD LEVY, ESQ.<br>410 Park Avenue<br>New York, NY 10022 |
| For David T. Austern, Future Claimants' Representative: | Lincoln International, LLC<br>By: JOSEPH RADECKI |
| For Travelers Casualty: | Morris Nichols Arsht & Tunnell, LLP<br>By: ANN C. CORDO, ESQ.<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899 |

TELEPHONIC APPEARANCES (Cont'd):

| | |
|---|---|
| For the PD Committee: | Speights & Runyan<br>By: MARION FAIREY, ESQ.<br>200 Jackson Avenue, East<br>Hampton, SC  29924 |
| For Garlock Sealing Technologies: | Morris James LLP<br>By: BRETT FALLON, ESQ.<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801 |
| For Halcyon Asset Management: | Halcyon Asset Management<br>By: JOHN GREENE |
| For W.R. Grace: | Onex Credit Partners<br>By: STUART KOVENSKY |
| For The Hartford: | Wilmer Cutler Pickering Hale & Dorr LLP<br>By: NANCY MANZER, ESQ.<br>1875 Pennsylvania Avenue NW<br>Washington, DC  20006 |
| For the Debtors: | Kirkland & Ellis, LLP<br>By: RAFAEL VALDES, ESQ.<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| For the Asbestos Creditors Committee: | Caplin & Drysdale, Chartered<br>By: JAMES WEHNER, ESQ.<br>One Thomas Circle, NW<br>Washington, D.C. 20005 |

# I N D E X

**WITNESS FOR THE PLAN PROPONENTS**                                            **PAGE**

DAVID AUSTERN
- Direct Examination by Mr. Guy — 46
- Cross Examination by Mr. Monaco — 69
- Cross Examination by Mr. Kovacich — 71
- Cross Examination by Mr. Brown — 76
- Cross Examination by Mr. Speights — 77
- Further Cross Examination by Mr. Monaco — 82
- Redirect Examination by Mr. Guy — 83
- Recross Examination by Mr. Bernick — 84

JUDGE ALEXANDER SANDERS
- Direct Examination by Mr. Rich — 97
- Cross Examination by Mr. Speights — 100
- Cross Examination by Mr. Brown — 119
- Cross Examination by Mr. Bernick — 121
- Redirect Examination by Mr. Rich — 121

PAMELA ZILLY
- Direct Examination by Mr. Bernick — 122

**EXHIBITS**                                        **ID.**    **EVD.**
PP-633  Document (also denominated as PDFCR-1)        91         97

1  MR. GUY: Thank you, Your Honor. Nothing further,
2  Your Honor.
3  THE COURT: Anyone else on the Plan Proponents' side?
4  Mr. Monaco?
5              CROSS EXAMINATION
6  BY MR. MONACO:
7  Q    Good morning, Mr. Austern.
8  A    Good morning.
9  Q    My name is Frank Monaco, I represent the State of Montana.
10 I have a couple questions for you. You stated in your
11 testimony that you're familiar with the TDP and that it's in
12 the position to pay all present and future asbestos claimants,
13 correct?
14 A    Yes.
15 Q    Now, the TDP operates on a first in, first out basis,
16 correct?
17 A    It does.
18 Q    And payments are made in that manner as well, correct?
19 A    There are some exceptions to that, but generally, yes.
20 Q    Now, you're aware that there are a number of indirect
21 asbestos claimants -- let me rephrase that. There are a number
22 of claimants who have been put in the subclass of indirect
23 asbestos personal injury claimants, correct?
24 A    Yes.
25 Q    Okay, and that would include my client?

**J&J COURT TRANSCRIBERS, INC.**

Return

1  A    Yes.
2  Q    And as you're aware, my client has claims for contribution
3  indemnification.
4  A    Okay.
5  Q    Now, the TDP acknowledges, I think, and I'll just to speed
6  things along, under Sections 4.1 and 4.3 of the TDP that there
7  is uncertainty in connection with the value of the assets, the
8  amount of liabilities?
9  A    Yes.
10 Q    Now, in light of all this, first in, first out and
11 uncertainty, is it possible that the trust could run out of
12 funds before it is positioned to pay contribution
13 indemnification claims?
14 A    I don't believe that's likely.
15 Q    Why is that, sir?
16 A    Because from the very first, the trustees, and I daresay
17 the trustees' constituents, are going to look very closely at
18 the rate at which claims are filed, the valuation of the claims
19 that are being paid, and I might say the future queue of those
20 claims, which is to say there's always a backlog and that
21 backlog are filed claims, and there are methods to very quickly
22 evaluate what those claims are even though they are not in FIFO
23 queue for payment.
24 Q    Okay.  But aren't you really talking about direct asbestos
25 personal injury claims?

**J&J COURT TRANSCRIBERS, INC.**

Return

1  A    Well, I'm talking about all claims.
2  Q    But the way the trust is set up, isn't it more likely that
3  direct asbestos claimants are going to get paid first just
4  given the nature of their claims?
5  A    I don't know that to be true.  I think prepetition claims
6  will get paid first, but I don't believe that subsequent
7  personal injury claims will be.
8  Q    Okay.  So the fact that prepetition direct asbestos claims
9  more likely would get paid first and given the uncertainty, is
10 it possible, sir, that the Trust may not have sufficient funds
11 to pay contribution indemnifications claims which are
12 established later?
13 A    At the risk of future liability to me, I'm not doing my
14 job if that happens.
15 Q    So your testimony is there is no possibility of that
16 happening?
17 A    Well, of course there is a possibility, but I don't
18 believe it is likely to happen.
19 Q    Okay.  Thank you, sir.
20                       CROSS EXAMINATION
21 BY MR. KOVACICH:
22 Q    Good morning, Mr. Austern.  Mark Kovacich on behalf of
23 Libby Claimants.  I have just a couple of quick questions for
24 you.  You testified that Grace is contributing funds to the
25 plan on behalf of prepetition settled insurers, right?

**J&J COURT TRANSCRIBERS, INC.**

Return

Austern - Cross/Kovacich                          72

1  A    Yes.
2  Q    There's nothing in the plan that says that, is there?
3           MR. LOCKWOOD:  Objection.
4           THE COURT:  Your microphone's not on, Mr. Lockwood.
5  On what basis?
6           MR. LOCKWOOD:  Objection, Your Honor.  He's asking
7  the witness in effect to tell him every particular provision in
8  the plan.  I don't know that he's established a foundation that
9  the witness has that much detailed knowledge of the plan.
10          THE COURT:  Well, the witness can answer if he knows.
11 If he doesn't, he knows to say he doesn't know, I'm sure.  You
12 may answer, Mr. Austern.
13 A    I don't know where in the plan that would be contained.
14 Q    You're not aware of any language in the plan that says
15 Grace's contribution is on behalf of the prepetition settled
16 insurers, are you, sir?
17 A    Not in that exact language, no.
18 Q    Under the terms of the settlement that was reached, if the
19 plan were modified to remove 524(g) protection for the
20 prepetition settled insurers, would Grace be entitled to pay
21 less money into the plan?
22          MR. GUY:  Objection, Your Honor.  Calls for
23 speculation.
24          MR. LOCKWOOD:  I join the objection.
25          MR. KOVACICH:  I can try to ask a better question.

**J&J COURT TRANSCRIBERS, INC.**

Return