UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              .     Case No.   01-1139 (JKF)
                                    .
W.R. GRACE & CO.,                   .
et al.,                             .     USX Tower – 54th Floor
                                    .     600 Grant Street
                                    .     Pittsburgh, PA 15219
                    Debtors.        .
                                    .     September 14, 2009
. . . . . . . . . . . . . ..        8:42 a.m.


          TRANSCRIPT OF PLAN CONFIRMATION HEARING
           BEFORE HONORABLE JUDITH K. FITZGERALD
            UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:            Kirkland & Ellis, LLP
                            By:  DAVID BERNICK, ESQ.
                                 LISA G. ESAYIAN, ESQ.
                            200 East Randolph Drive
                            Chicago, IL  60601

For the Asbestos            Caplin & Drysdale, Chartered
Creditors Committee:        By:  NATHAN FINCH, ESQ.
                            One Thomas Circle, NW
                            Washington, D.C. 20005

For the Future             Orrick, Herrington & Sutcliffe, LLP
Claimants                  By:  ROGER FRANKEL, ESQ.
Representatives:                JONATHAN GUY, ESQ.
                           Washington Harbour
                           3050 K Street, N.W.
                           Washington, D.C.  20007


Audio Operator:            Janet Heller

Proceedings recorded by electronic sound recording, transcript
           produced by transcription service.

_____

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609)586-2311     Fax No. (609) 587-3599

Return

APPEARANCES (CONT'D):

For the Libby Claimants: Lewis, Slovak & Kovacich, P.C.
By:   TOM L. LEWIS, ESQ.
725 Third Avenue North
Great Falls, MT 59401

McGarvey, Heberling, Sullivan and
  McGarvey, P.C.
By:   JON HEBERLING, ESQ.
      JOHN LACEY, ESQ.
725 Third Avenue North
Great Falls, MT   59401

Cohn Whitesell & Goldberg, LLP
By:   DANIEL C. COHN, ESQ.
101 Arch Street
Boston, MA   02110

For Arrowwood:          Wilson, Elser, Moskowitz, Edelman,
                          & Dicker, LLP
                        By:   CARL J. PERNICONE, ESQ.
                        150 East 42nd Street
                        New York, NY 10017

                        O'Melveny & Myers, LLP
                        By:   TANCRED SCHIAVONI, ESQ.
                        Times Square Tower
                        Seven Times Square
                        New York, NY 10036

For BNSF Railway:       Pepper Hamilton, LLP
                        By:   LINDA CASEY, ESQ.
                              BOB PHILLIPS, ESQ.
                              JAMES CARIGNAN, ESQ.
                        3000 Two Logan Square
                        Philadelphia, PA   19103

For CNA:                Goodwin Procter, LLP
                        By:   MICHAEL GIANNOTTO, ESQ.
                        Exchange Place
                        Boston, MA   02109-2881

For Fireman's Fund:     Stevens & Lee
                        By:   MARNIE SIMON, ESQ.
                        600 College Road East, Suite 4400
                        Princeton, NJ 08540

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

For Maryland Casualty:        Connelly Bove Lodge & Hutz, LLP
                              By:  JEFFREY WISLER, ESQ.
                              The Nemours Building
                              1007 North Orange Street
                              Wilmington, DE  19899

For MCC & Zurich:             Eckert Seamans
                              By:  EDWARD D. LONGOSZ, ESQ.
                              1747 Pennsylvania Avenue, NW
                              Suite 1200
                              Washington, DC 20006

                              Wiley Rein, LLP
                              By:  RICHARD A. IFFT, ESQ.
                              1776 K Street NW
                              Washington, DC 20006

For Ford, Marrin,            Ford, Marrin, Esposito, Witmeyer &
Esposito, Witmeyer             Gleser, LLP
& Gleser, LLP:               By:  ELIZABETH M. DeCRISTOFARO, ESQ.
                              Wall Street Plaza, 23rd Floor
                              New York, NY  10005-1875

For Kaneb Pipe Line          Fulbright & Jaworski
Operating Partnership,        By:  STEVE PIERCE, ESQ.
LP:                          300 Convent Street, Suite 2200
                              San Antonio, TX 78205-3792

For Travelers:               Simpson Thacher
                              By:  ELISA ALCABES, ESQ.
                              425 Lexington Avenue
                              New York, NY  10017

For State of Montana         Womble Carlyle Sandridge & Rice
Dept. of Environmental       By:  FRANCIS MONACO, ESQ.
Quality:                     222 Delaware Avenue, Suite 1501
                              Wilmington, DE 19801

For AXA Belgium:             Tucker Arensberg, P.C.
                              By:  MICHAEL A. SHINER, ESQ.
                              1500 One PPG Place
                              Pittsburgh, PA  15222

                              Mendes & Mount
                              By:  EILEEN McCABE, ESQ.
                              750 Seventh Avenue
                              New York, NY  10019

Return

4

APPEARANCES (CONT'D):

For Committee of            Campbell & Levine
Asbestos Personal           By:  MARK T. HURFORD, ESQ.
Injury Claimants:           800 North King Street
                            Suite 300
                            Wilmington, DE  19701

For Kaneb Pipe Line         Gilbert & Renton, LLC
Operating Partnership,      By:  ROBERT GILBERT, ESQ.
LP:                         344 North Main Street
                            Andover, MA 01810

For Garlock Sealing         Robinson, Bradshaw & Hinson, P.A.
Technologies:               By:  GARLAND CASSADA, ESQ.
                                 RICHARD WORF, ESQ.
                            101 North Tryon Street
                            Suite 1900
                            Charlotte, NC  28246

For Federal Insurance       Cozen O'Connor
Company:                    By:  JACOB C. COHN, ESQ.
                            1900 Market Street
                            Philadelphia, PA  19103

For Sealed Air:             Skadden, Arps, Slate, Meagher & Flom,
                               LLP
                            By:  DAVID TURETSKY, ESQ.
                                 J. GREGORY ST. CLAIR, ESQ.
                            One Rodney Square
                            Wilmington, DE  19801

For National Union Fire     Zeichner Ellman & Krause, LLP
Insurance Co.:              By:  MICHAEL DAVIS, ESQ.
                            575 Lexington Avenue
                            New York, NY  10022

For the Unsecured           Strook & Strook & Lavan
Creditors' Committee:       By:  ARLENE KRIEGER, ESQ.
                                 KENNETH PASQUALE, ESQ.
                            180 Maiden Lane
                            New York, NY 10038

For Continental             Goodwin Procter, LLP
Casualty Co.:               By:  DANIEL GLOSBAND, ESQ.
                            Exchange Place
                            Boston, MA  02109-2881

**J&J COURT TRANSCRIBERS, INC.**

Return

5

APPEARANCES (CONT'D):

For Fireman's Fund         Crowell & Moring LLP
Insurance Co.:             By:  LESLIE A. DAVIS, ESQ.
                                MARK PLEVIN, ESQ.
                           1001 Pennsylvania Avenue, N.W.
                           Washington, DC  20004


For One Beacon             Drinker Biddle & Reath LLP
Ins. Co., Geico,           By:  MICHAEL F. BROWN, ESQ.
Seaton Ins. Co.                 JEFFREY M. BOERGER, ESQ.
& Republic Ins. Co:        One Logan Square
                           18th and Cherry Streets
                           Philadelphia, PA  19103

                           Drinker Biddle
                           By:  WARREN PRATT, ESQ.
                           1100 N. Market Street
                           Wilmington, DE 19801-1254

TELEPHONIC APPEARANCES:

For the Debtors:           Kirkland & Ellis, LLP
                           By:  JANET BAER, ESQ.
                                ELLI LEIBENSTEIN, ESQ.
                           200 East Randolph Drive
                           Chicago, IL  60601


For the Debtors:           Kirkland & Ellis, LLP
                           By:  THEODORE FREEDMAN, ESQ.
                                CHRISTOPHER GRECO, ESQ.
                                CLEMENT YEE, ESQ.
                           Citigroup Center, 153 East 53rd St.
                           New York, NY  10022


For the Debtors:           Pachulski, Stang, Ziehl &Jones
                           By:  JAMES O'NEILL, ESQ.
                           919 North Market Street, 17th Floor
                           Wilmington, DE  19899-8705


For Various Claimant       Stutzman, Bromberg, Esserman & Plifka
Firms:                     By:  DAVID J. PARSONS, ESQ.
                           2323 Bryan Street,  Suite 2200
                           Dallas, TX  75201


For Morgan Stanley         Katten Muchin Roseenman, LLP
Senior Funding, Inc.:      By:  JEFF FRIEDMAN, ESQ.
                                MERRITT PARDINI, ESQ.
                           575 Madison Avenue
                           New York, NY  10022-2585


**J&J COURT TRANSCRIBERS, INC.**

Return

TELEPHONIC APPEARANCES (CONT'D):

For Morgan Stanley            Edwards Angell Palmer Dodge, LLP
Senior Funding, Inc.:         By:  ROBERT CRAIG MARTIN, ESQ.
                              919 N Market St.
                              Wilmington, DE 19801-3023

For Serengeti:                Vinson & Elkins, LLP
                              By:  ARI BERMAN, ESQ.
                              Trammell Crow Center
                              2001 Ross Avenue, Suite 3700
                              Dallas, TX  75201

For Scott Company:            Vorys, Sater, Seymour & Pease, LLP
                              By:  TIFFANY COBB, ESQ.
                              52 East Gay Street
                              Columbus, OH  43216

For Official Committee        Dies & Hile, LLP
of Asbestos Property          By:  MARTIN DIES, ESQ.
Damage Claimants:             1601 Rio Grande, Suite 330
                              Austin, TX  78701

                              LECG
                              By:  ELIZABETH DEVINE, ESQ.
                              1725 Eye Street NW, Ste 800
                              Washington, DC,  20006

For the Property             Bilzin Sumberg Baena Price &
Damage Committee:               Axelrod LLP
                              By:  MATTHEW KRAMER, ESQ.
                              200 South Biscayne Boulevard
                              Suite 2500
                              Miami, FL  33131

For the Property             Bilzin Sumberg Baena Price &
Damage Committee:               Axelrod LLP
                              By:  SCOTT BAENA, ESQ.
                                   JAY SAKALO, ESQ.
                              200 South Biscayne Boulevard
                              Suite 2500
                              Miami, FL  33131

**J&J COURT TRANSCRIBERS, INC.**

Return

TELEPHONIC APPEARANCES (CONT'D):

For the Bank Lenders:        Paul Weiss Rifkind Wharton &
                                Garrison, LLP
                             By:  MARGARET PHILLIPS, ESQ.
                                  REBECCA ZUBATY, ESQ.
                                  ANDREW N. ROSENBERG, ESQ.
                             1285 Avenue of the Americas
                             New York, NY   10019

For the Bank Lenders:        Crowell & Moring LLP
                             By:  TACIE YOON, ESQ.
                             1001 Pennsylvania Avenue, N.W.
                             Washington, DC   20004

For Asbestos Property        Scott Law Group
Damage Claimants:            By:  DARRELL SCOTT, ESQ.
                             1001 East Main Street, Suite 500
                             Sevierville, TN   37864

For National Union Fire      Zeichner Ellman & Krause, LLP
Insurance Co.:               By:  ROBERT GUTTMANN, ESQ.
                             575 Lexington Avenue
                             New York, NY   10022

For the Future              Orrick, Herrington & Sutcliffe,
Claimants                      LLP
Representatives:             By:  DEBRA FELDER, ESQ.
                                  JOSHUA CUTLER, ESQ.
                             Washington Harbour
                             3050 K Street, N.W.
                             Washington, D.C.   20007

For Federal Insurance        Cozen O'Connor
Company:                     By:  ILAN ROSENBERG, ESQ.
                             1900 Market Street
                             Philadelphia, PA   19103

For Official Committee       Anderson Kill & Olick
of Asbestos Personal         By:  ROBERT M. HORKOVICH, ESQ.
Injury Claimants:            1251 Avenue of the Americas
                             New York, NY   10020-1186

For Grace Certain            Montgomery, McCracken, Walker &
Cancer Claimants:              Rhoads, LLP
                             By:  NATALIE D. RAMSEY, ESQ.
                             300 Delaware Avenue, Ste. 750
                             Wilmington, DE   19801

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (CONT'D):

For David T. Austern,          Phillips, Goldman & Spence, P.A.
the Future Claimants'          By:   JOHN C. PHILLIPS, ESQ.
Representative:                1200 North Broom Street
                               Wilmington, DE  19806

                               By:   DAVID T. AUSTERN

For Allstate Insurance:        Cuyler Burk, LLP
                               By:   STEFANO CALOGERO, ESQ.
                                     ANDREW K. CRAIG, ESQ.
                               Parsippany Corporate Center
                               Four Century Drive
                               Parsippany, NJ  07054

For the Asbestos               Ferry Joseph & Pearce, P.A.
Creditors Committee:           By:   THEODORE TACCONELLI, ESQ.
                               824 Market Street, Suite 19899
                               Wilmington, DE  19899

For Ford, Marrin,              Ford, Marrin, Esposito, Witmeyer &
Esposito, Witmeyer               Gleser
& Gleser:                      By:   SHAYNE SPENCER, ESQ.
                                     ELIZABETH DeCRISTAFANO, ESQ.
                               Wall Street Plaza
                               New York, NY  10005

For Official Committee         Duane Morris, LLP
of Unsecured Creditors:        By:   MICHAEL LASTOWSKI, ESQ.
                               1100 North Market Street, Suite 1200
                               Wilmington, DE  19801-1246

For Official Committee         Brandi Law Firm
of Asbestos Property           By:   THOMAS J. BRANDI, ESQ.
Damage Claimants:                    TERENCE D. EDWARDS, ESQ.
                               44 Montgomery St., Suite 1050
                               San Francisco, CA  94104

                               Lieff, Cabraser, Heimann & Bernstein
                               By:   ELIZABETH J. CABRASER, ESQ.
                               Embarcadero Center West
                               275 Battery Street, Suite 3000
                               San Francisco, CA  94111

**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (CONT'D):

For Official Committee:    Riker, Danzig, Scherer, Hyland &
of Asbestos Property          Perretti, LLP
Damage Claimants:          By:   TARA MONDELLI, ESQ.
                                 CURTIS PLAZA, ESQ.
                           Headquarters Plaza
                           One Speedwell Avenue
                           Morristown, NJ   07962


For the Libby Claimants:   Cohn, Whitesell & Goldberg, LLP
                           By:   CHRISTOPHER M. CANDON, ESQ.
                           101 Arch Street
                           Boston, MA   02110


For the Libby Claimants:   Landis, Rath & Cobb, LLP
                           By:   KERRI K. MUMFORD, ESQ.
                                 JAMES S. GREEN, JR., ESQ.
                           919 Market Street, Suite 1800
                           Wilmington, DE   19899


For the Bank Lenders:      Landis, Rath & Cobb, LLP
                           By:   RICHARD COBB, ESQ.
                           919 Market Street, Suite 1800
                           Wilmington, DE   19899


For the PD Committee:      Speights & Runyan
                           By:   DANIEL SPEIGHTS, ESQ.
                                 MARION FAIREY, ESQ.
                                 ALAN RUNYAN, ESQ.
                           200 Jackson Avenue, East
                           Hampton, SC   29924


For Everest Reinsurance    Marks, O'Neill, O'Brien & Courtney LLP
Company, et al.:           By:   BRIAN L. KASPRZAK, ESQ.
                                 JOHN D. MATTEY, ESQ.
                           913 North Market Street
                           Suite 800
                           Wilmington, DE   19801


For Murray Capital         Murray Capital Management, Inc.
Management                 By:   MARTI MURRAY


For Normandy Hill          Normandy Hill Capital, LLP
Capital, LLP:              By:   MATTHEW CANTOR


**J&J COURT TRANSCRIBERS, INC.**

TELEPHONIC APPEARANCES (CONT'D):

For Anderson Memorial          Kozyak, Tropin & Throckmorton, PA
Hospital:                      By:  JOHN W. KOZYAK, ESQ.
                               2525 Ponce de Leon, 9th Floor
                               Miami, Florida 33134

For ZAI Claimants             Hogan Firm Attorneys at Law
& various law firms:          By:  DANIEL K. HOGAN, ESQ.
                               1311 Delaware Avenue
                               Wilmington, DE  19801

For the U.S. Trustee:          Office of the U.S. Trustee
                               By:  DAVID KLAUDER, ESQ.
                               844 King Street, Suite 2313
                               Wilmington, DE  19801

For Arrowwood                  Bifferato Gentilotti LLC
Indemnity Co.:                 By:  GARVAN McDANIEL, ESQ.
                               800 North King Street
                               Wilmington, DE  19801

For AXA Belgium:               Mendes & Mount
                               By:  ANNA NEWSOM, ESQ.
                               750 Seventh Avenue
                               New York, NY  10019

For Royal Insurance:           Wilson Elser Moskowitz Edelman
                                  & Dicker, LLP
                               By:  CARL PERNICONE, ESQ.
                               150 East 42nd Street
                               New York, NY  10017

For Official Committee         Richardson Patrick Westbrook &
of Asbestos Property              Brickman, P.C.
Claimants:                     By:  EDWARD J. WESTBROOK, ESQ.
                               174 East Bay Street
                               Charleston, SC  29401

For Dow Jones                  Dow Jones News Wires
News Wires:                    By:  PEG BRICKLEY

For the Equity                 Kramer Levin Naftalis & Frankel
Committee:                     By:  DAVID E. BLABEY, JR., ESQ.
                               919 Third Avenue
                               New York, NY  10022

**J&J COURT TRANSCRIBERS, INC.**

Return

11

TELEPHONIC APPEARANCES (CONT'D):

| | |
|---|---|
| For Hartford Financial<br>Service Group: | Wilmer Wilmer Cutler Pickering Hale &<br> Dorr, LLP<br>By:  MELANIE R. DRITZ, ESQ.<br>399 Park Avenue<br>New York, NY  10022 |
| For Travelers Casualty<br>Surety Company: | Morris Nichols Arsht & Tunnell, LLP<br>By:  MATTHEW B. HARVEY<br>1201 N. Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347 |
| For Asbestos Property<br>Damage Claimants: | Pryor Cashman, LLP<br>By:  RICHARD LEVY, ESQ.<br>410 Park Avenue<br>New York, NY  10022 |
| For David T. Austern,<br>Future Claimants'<br>Representative: | Lincoln International, LLC<br>By:  JOSEPH RADECKI |

Return

12

# I N D E X

**WITNESSES:**                                                  **PAGE**

ELIHU INSELBUCH
  Direct Examination by Mr. Lockwood                    31
  Cross Examination by Mr. Giannotto                    46
  Cross Examination by Mr. Cassada                      78
  Cross Examination by Mr. Monaco                      107
  Cross Examination by Ms. Casey                       112
  Cross Examination by Mr. Davis                       132
  Cross Examination by Mr. Speights                    139
  Redirect Examination by Mr. Lockwood                 164
  Recross Examination by Mr. Giannotto                 167

RICHARD C. FINKE
  Direct Examination by Ms. Esayian                    169
  Cross Examination by Mr. Plevin                      185
  Cross Examination by Mr. Brown                       186
  Cross Examination by Mr. Cohn                        229
  Redirect Examination by Ms. Esayian                  235

JAY HUGHES
  Direct Examination by Mr. Bernick                    237
  Direct Examination by Mr. Finch                      268
  Cross Examination by Mr. Lewis                       281
  Cross Examination by Mr. Phillips                    290
  Cross Examination by Mr. Monaco                      295


**EXHIBITS**                                        **I.D.**    **EVD**.
CNA-13 Order/Armstrong World Industries               --          55
CNA-26 annual report                                  62          64
CNA-10 annual report                                  64          65
PP-505-1, 505-2, 505-3 505-4                          --         183
PP-1 Settlement agreement                             --         239
FCR-1 to 13 Documents                                 --         290
State of Montana 149 Proof of claim                   --         304

**J&J COURT TRANSCRIBERS, INC.**

Return

Inselbuch - Cross/Monaco                               110

1   amount of an indirect personal injury trust claim to the amount

2   paid to the underlying asbestos plaintiff, correct?

3   A    Yes.

4   Q    Okay.  Would you also agree that there is no specific

5   provision within the TDP that provides for payment of

6   attorneys' fees or other defense costs for indirect claims?

7   A    Neither for direct claims or indirect claims.  However, if

8   you look at -- it's a little different when you get to 5.12 and

9   5.13.  We're revealing about indemnification responsibilities,

10  but generally speaking under 5.6, that's correct.

11  Q    Okay.  Now, the attorney for Garlock asked you a series of

12  questions regarding the maximum allowable amount in a

13  hypothetical if a co-defendant obtains a judgment in excess of

14  that maximum allowable amount, and would you agree that because

15  of the assignment of a maximum value for asbestos -- direct

16  asbestos personal injury claims, that that could negatively

17  impact a holder of an indirect trust claim if they receive a

18  judgment in an amount excess of the maximum value?

19  A    Sorry, I couldn't follow that.

20  Q    Going through the line of questioning that Garlock's

21  attorney went through with you obtaining a judgment in excess

22  of a maximum value -- there's a maximum value assigned to --

23  A    The four fifty he was talking about.

24  Q    Right.  Right.  So, if a co-defendant obtains a judgment

25  for a million dollars against Grace or --

**J&J COURT TRANSCRIBERS, INC.**

Inselbuch - Cross/Monaco                          111

1  A     Against the trust.

2  Q     Right.   Trust, or there is a judgment rendered against it

3  for a million dollars, against the co-defendant, would that

4  impact negatively their ability to -- the maximum amount affect

5  their ability to obtain monies in excess of the maximum

6  allowable amount?

7  A     Well, I think you've mixed up some apples and oranges.  I

8  think I testified to Garlock's counsel that if you -- in a

9  litigation against the trust after you've exited through the

10 ADR process in which the co-defendant or the indirect claimant

11 gets a recovery in excess of the maximum value, the recovery is

12 limited to the maximum value.  Just because the co-defendant

13 suffers a verdict in the tort system against it, that's in

14 excess of the maximum value, is not relevant to this question

15 because what this -- what the TDP is trying to evaluate is the

16 contribution claim which will not be as much as whatever the

17 verdict might be against the co-defendant in the tort system

18 in the litigation with the plaintiff.

19 Q     Okay.  But, under my scenario that I've put to you where a

20 judgment is rendered against a co-defendant and now has a

21 contribution indemnification claim that exceeds the maximum

22 allowed amount, could it have a negative impact based on how

23 the TDP is set up currently?

24 A     It can only recover up to the maximum value at the payment

25 percentage.

**J&J COURT TRANSCRIBERS, INC.**

1 Q    Okay.

2 A    If that is a negative impact, it is a negative impact.

3        MR. MONACO:   Thank you.  No further questions, Your

4 Honor.

5                CROSS EXAMINATION

6 BY MS. CASEY:

7 Q    Linda Casey on behalf of BNSF Railway Company.  Good

8 morning, Mr. Inselbuch.

9 A    Good morning.

10 Q    The TDP treats indirect PI trust claimants as standing in

11 the shoes of the direct claimant and restricts the indirect PI

12 trust claimant to an amount no greater than what the direct

13 claimant could have received under the TDP, correct?

14 A    Under 5.6, yes.

15 Q    And this restriction on the right of the indirect PI trust

16 claimant to receive more than what the direct claimant would

17 have been able to receive under the TDP would prevent an award

18 to an indirect PI trust claimant who can establish a

19 contractual indemnification agreement that obligates one or

20 more of the debtors to indemnify the indirect PI trust claimant

21 for attorneys' fees and defense costs, correct?

22 A    I don't think so.

23 Q    Where in the TDP would the indirect PI trust claimant be

24 entitled to an award for their contractual right to get

25 indemnified for attorneys' fees and defense costs?

**J&J COURT TRANSCRIBERS, INC.**

Return

Inselbuch - Cross/Monaco                           113

1  A    Your hypothetical is, a co-defendant with a contractual

2  indemnity right?

3  Q    Either a co-defendant or an entity who is sued on their

4  own and has a right back to a contractual indemnity to one or

5  more of the debtors?

6  A    Where would that come from?

7  Q    You are aware that BNSF has asserted that it has a

8  contractual agreement between BNSF Railway and W.R. Grace and

9  its predecessors concerning the operations of the side

10  agreement and the conveyor belt at the Zonolite mine, correct?

11  A    Yeah.

12  Q    And you are aware that W -- that BNSF has asserted that it

13  has a contractual right for full indemnification for any claims

14  related to that, including claims that arise out of BNSF's own

15  negligence?

16  A    I'm sorry?

17  Q    That the -- that BNSF asserts that the contractual

18  indemnity protects BNSF or obligates Grace to indemnify BNSF

19  for claims asserting that BNSF itself were negligent, and

20  therefore BNSF could be the sole named party in the lawsuit?

21  A    That would not necessarily give rise to an indirect trust

22  claim.

23  Q    That would not be channeled to the trust?

24  A    It may not give rise to an indirect trust claim.

25  Q    So, is it your testimony that if BNSF has a claim under a

J&J COURT TRANSCRIBERS, INC.

Return

Inselbuch - Cross/Monaco                           130

1  questioner seems to be assuming that the PI trust claim,

2  indirect trust claim, definitions do not include indemnity

3  claims for asbestos PI trust claims.  The witness has now

4  testified, I think four times, maybe five, that they do.

5              MS. CASEY:  Your Honor, that's a complete

6  mischaracterization of what I'm saying.  What I'm saying is

7  that it is, in fact, an indirect PI trust claim and enjoined

8  and channeled to the Trust.  But then the TDP does not permit

9  the allowance of an award equal to what the contractual

10 indemnity agreement provides.

11             THE COURT:  And the witness has said that, to the

12 extent that it's an asbestos indirect PI trust claim, it's

13 going to be treated under Section 5.6.  Period.  End of story.

14 So, whatever the maximums are under 5.6 -- if your client

15 sustains this horrible judgment that exceeds all those maximums

16 and, in addition to that, has attorneys' fees, it's going to be

17 capped at the maximums.  Do I understand that correctly?

18             THE WITNESS:  Yes, ma'am.

19 G    And that that maximum is designed to be Grace's several

20 share of the liability, the rough justice several share of the

21 liability?

22 A    No.  No.  The scheduled value is designed to be Grace's

23 rough justice share of several liability.  The maximum is

24 something beyond that.

25 Q    Well, let's explore whether BNSF will be able to get the

**J&J COURT TRANSCRIBERS, INC.**

Return

Inselbuch - Cross/Monaco                          131

1  maximum value.  The maximum value is only available to direct

2  claimants who establish a right to an extraordinary claim,

3  correct?

4  A    Wrong.

5  Q    Where else is a claimant entitled to go up to the maximum

6  value?

7  A    In individual review.

8  Q    But in the individual review, they have to establish a

9  right to an extraordinary claim?

10 A    Wrong.  If they establish the right to be treated as an

11 extraordinary claimant, the maximum value is multiplied by

12 either five or eight percent times.

13 Q    I apologize.  I'm wrong.  The eight times multiplier which

14 was designed to deal with the situation where a claimant can

15 establish that 95 percent of its exposure was to Grace asbestos

16 --

17 A    And they can't collect from you.

18 Q    And they can't collect from me.

19 A    Right.

20 Q    So, as soon as they collect from me and I come in and I'm

21 restricted to what the direct claimant could have recovered,

22 I'm never entitled to that eight times multiplier, am I?

23 A    That's correct.  I would assume not.

24 Q    So, I would, in fact, be limited to the scheduled value?

25 A    Wrong.  You would be limited by the maximum values.

**J&J COURT TRANSCRIBERS, INC.**

1  Q     The maximum value which does not include the eight times

2  multiplier?

3  A     Correct.

4  Q     And the maximum value is still intended to be the rough

5  justice several share under certain circumstances?

6  A     Wrong.

7  Q     What is it intended to be?

8  A     It's -- the rough justice several share is what the

9  schedule value provides. The maximum value provides room when

10 cases are different for one reason or another and can prove

11 under the indirect -- under the provisions here for individual

12 review, the various criteria can prove up a greater value,

13 which would be more than the rough justice several liability of

14 Grace.

15 Q     But it would be potentially less than the actual liability

16 in the tort system?

17 A     Everything is potentially less than something.

18 Q     And when a party has entered into a contractual indemnity

19 in which Grace has agreed to the full indemnification of all

20 claims, BNSF is nevertheless not entitled to assert -- to an

21 award equal to what it's contractual rights are?  It is limited

22 by the TDP?

23 A     There's no way to know that.  If you do a good job at

24 trial, you might come in well below the maximum.  I don't know.

25 Q     The question is, though, since the TDP limits BNSF to the

**J&J COURT TRANSCRIBERS, INC.**

Return