IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | January 25, 2010 Agenda Item 4 |
| | ) | Related to Docket No. 22541 |

### CERTIFICATE OF COUNSEL REGARDING ORDER GRANTING MOTION OF GENERAL INSURANCE COMPANY FOR LEAVE TO FILE PROOF OF CLAIM AND OTHER RELIEF

1.  On July 20, 2009 General Insurance Company of America ("General") filed a motion (i) for leave to file proof of claim instanter and (ii) to deem such claim timely filed (the "Motion")(Docket No. 22541).

2.  Subsequent to the filing of the Motion, the Debtors, General and other interested parties have had numerous discussions regarding the merits of the Motion.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, G C Limited Partners I, Inc. (0k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f7kIa Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holding!;, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, I, B Realty, Inc., Litigation Management, Inc. (f7kIa GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (0k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (0k/a British Nursing Association, Inc.), Remedium Group, Inc. (0k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.  As a result of those discussions, the Debtors and General have agreed that the relief requested in the Motion should be granted and the proof of claim be deemed timely filed but that all position and defenses other than timeliness of filing of the proof of claim should be reserved by all parties.

4.  Attached hereto as Exhibit A is an Order agreed to between the Debtors and General granting the Motion under the conditions agreed to by the parties.

5.  The Debtors respectfully request entry of the attached Order providing the agreed to relief.

>KIRKLAND & ELLIS LLP
>Theodore L. Freedman
>Deanna D. Boll
>Citigroup Center
>153 East 53rd Street
>New York, NY 10022
>Telephone: (212) 446-4800
>Facsimile: (212) 446-4900

>THE LAW OFFICES OF JANET S. BAER, P.C.
>Janet S. Baer, P.C.
>70 W. Madison Street
>Suite 2100
>Chicago, IL 60602
>Telephone: (312) 641-2162

>And

                                               */s/ Kathleen P. Makowski*

PACHULSKI, STANG, ZIEHL & JONES LLP
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*

3