IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **US Office Products Company** <br> Debtor(s) | **Chapter 11** <br> **Case No.:** 01-646 |
| **Federal-Mogul Global, Inc.** <br> Debtor(s) | **Chapter 11** <br> **Case No.:** 01-10578 |
| **The Flintkote Company** <br> Debtor(s) | **Chapter 11** <br> **Case No.:** 04-11300 |
| **W.R. Grace & Co.** <br> Debtor(s) | **Chapter 11** <br> **Case No.:** 01-1139 |

## NOTICE OF DATE CHANGE FOR FEBRUARY 22, 2010

All hearings scheduled for Monday February 22, 2010 in Wilmington, Delaware will now take place on February 16, 2010.

1/13/10
Date

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald

SJS