IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2009, THROUGH NOVEMBER 30, 2009**

## WRG-0092
## STUDY OF THIRD-PARTY PATENTS AND APPLICATIONS RELATING TO PARTICULATE CONVEYANCING

| 11/02/2009 | GHL | Continued drafting of freedom-to-operate opinion | 4.80 |
|---|---|---|---|
| 11/03/2009 | GHL | Continued drafting of opinion | 4.20 |
| 11/04/2009 | GHL | Continued work on opinion | 3.20 |
| 11/05/2009 | GHL | Final review/editing of opinion, and transmittal of final opinion to Mr. Cross | 0.80 |

SERVICES

| | GHL | GARY H. LEVIN | 13.00 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                        $ 7,410.00

## WRG-0001
## GENERAL

| 11/30/2009 | GHL | Fee application – preparation of quarterly summary (July-September 2009) | .80 |

SERVICES

| | GHL | GARY H. LEVIN | .80 | hours @ | $570.00 |

**INVOICE TOTAL**    $ 456.00