IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

Related to Doc. Nos. 22541, 24145

## ORDER

The Court having considered the Motion of General Insurance Company of America for (i) Leave to File Proof of Claim *Instanter* and (ii) To Deem Such Claim Timely Filed (the "Motion"), and good cause having been shown, it is hereby ordered that the Motion is granted and that General Insurance Company of America is granted leave to file its Proof of Claim in the form attached to the Motion, and such Claim is deemed timely filed. All positions and defenses, other than timeliness of filing of the Proof of Claim, are reserved.

Dated: January 14, 2010
Wilmington, Delaware

*Judith K. Fitzgerald*
United States Bankruptcy Judge

14809802