IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  Chapter 11

W.R. Grace & Co., et al.,  Case No. 01-01139 (JKF)
(Jointly Administered)

Debtors

FIFTH AMENDED VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENATION OF CREDITORS AS REQUIRED
BY F.R.B.P. RULE 2019

Stephen L. Shackelford, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney, sole practitioner, 3010 Lakeland Cove, Suite P, Flowood, Mississippi 39232. I am a member in good standing of the Bar of the State of Mississippi, Mississippi Bar No. 6718.

2. This Fifth Amended Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Stephen L. Shackelford has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a Power of Attorney or Contract authorizing Stephen L. Shackelford to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to exposure to asbestos-containing products manufactured or distributed by W. R.

Grace & Co. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits, which have not been scanned, but available upon motion and order of the Court.

7. The Law Office of Stephen L. Shackelford does not hold any claims or interest in Debtor.

8. The Law Office of Stephen L. Shackelford will file an amended and supplemental statement setting forth any material changes in the facts contained in this Fifth Amended Verified Statement, should any such changes occur.

/s/ STEPHEN L. SHACKELFORD

Sworn to before me this 13th day of January, 2010.

/s/ Jill S. Bailey
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, JILL S. BAILEY, ID No 18271, NOTARY PUBLIC, Comm Expires February 23, 2012]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _____ day of _____, 2010, a true and accurate copy of the foregoing Fifth Amended Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 was served by facsimile or electronically or via U.S. Postal Service, pursuant to the Federal Rules of Bankruptcy Procedure on the interested parties.

_____
STEPHEN L. SHACKELFORD