# **EXHIBITS B-1 and B-2**

The Engagement Letters (Filed Under Seal)

# **DOCUMENT FILED UNDER SEAL**

# **PURSUANT TO AND IN ACCORDANCE WITH SECTION 107(B) OF THE BANKRUPTCY CODE**

DOCS_DE:156665.1