**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 24031, 24032, 24130 & 24132 |
| | ) | Hearing Date: January 25, 2010 @ 10:30 a.m. |

**NOTICE OF THE CCAA REPRESENTATIVE COUNSEL'S MOTION FOR LEAVE TO FILE REPLY TO THE OBJECTION OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA [DOCKET NOS. 24132 & 24144] AND RESPONSE OF THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE [DOCKET NO. 24130]**

To:  THE NOTICE PARTIES

Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel") to Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") filed and served its *Motion for Leave to File Reply to the Objection of Her Majesty the Queen in Right of Canada [Docket No. 24132] and the Response of The Asbestos PI Future Claimants' Representative [Docket No. 24130]*.

**HEARING ON THE EXPEDITED MOTION WILL BE HELD AT THE COURT'S CONVENIENCE.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1-(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorney:

> Daniel K. Hogan, Esquire
> THE HOGAN FIRM
> 1311 Delaware Avenue
> Wilmington, DE 19806
> (302) 656-7540

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motin in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: January 15, 2010            */s/Daniel K. Hogan*
                                   Daniel K. Hogan (DE Bar #2814)

**Local Form 106A**