# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |

## ORDER GRANTING
## THE CCAA REPRESENTATIVE COUNSEL'S MOTION FOR LEAVE
## TO FILE REPLY TO THE OBJECTIONS OF HER MAJESTY THE QUEEN IN
## RIGHT OF CANADA [DOCKET NO. 24132] AND THE RESPONSE OF THE
## ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE [DOCKET NO. 24130]

**UPON** the Motion of the CCAA Representative Counsel for Leave to File Reply to the Objections of Her Majesty the Queen in Right of Canada and the Asbestos PI Future Claimants' Representative (the "Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that leave is granted for the CCAA Representative Counsel to file a Reply with this Court.

Dated: _____, 2010          _____
      Wilmington, Delaware                       The Honorable Judith K. Fitzgerald
                                                      United States Bankruptcy Court Judge