# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 24156 |

## DECLARATION OF SERVICE REGARDING:

1. **NOTICE OF MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO LETTER OF CREDIT AND HEDGING AGREEMENTS AND TERMINATE CURRENT DIP FACILITIES**

2. **MOTION OF DEBTORS FOR AUTHORITY TO ENTER INTO LETTER OF CREDIT AND HEDGING AGREEMENTS AND TERMINATE CURRENT DIP FACILITIES**

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 444 North Nash Street, El Segundo, California 90245.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc , CB Biomedical, Inc (f/k/a Circe Biomedical, Inc.), CCHP, Inc , Coalgrace, Inc , Coalgrace II, Inc., Creative Food [N Fun Company, Darex Puerto Rico, Inc , Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc ), G C Management, Inc (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc , Grace Chemical Company of Cuba, Grace Culinary Systems, Inc , Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc , Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. On January 15, 2010, at the direction of the Law Offices of Janet S. Baer, P.C., co-counsel to the debtors and debtors in possession in the above-captioned cases, I caused the documents referenced above as Docket No. 24156 to be served on the Affected Parties listed in Exhibit 1.

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 19, 2010
El Segundo, California

*James H. Myers*

State of California )
)
County of Los Angeles )

On January 19, 2010 before me, Myrtle H. John, a Notary Public, personally appeared James H. Myers, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MYRTLE H. JOHN
Commission # 1830617
Notary Public - California
Los Angeles County
My Comm. Expires Jan 12, 2013

# EXHIBIT 1

# WR Grace & Co. et al

Total number of parties: 54

### Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 35345 | BMW CONSTRUCTORS INC, ATTN KEVIN KOHART, 1740 W MICHIGAN ST, INDIANAPOLIS, IN, 46222 | US Mail (1st Class) |
| 35345 | BROWARD COUNTY DEP OF FINANCE, REVENUE COLLECTION DIVISION, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 35345 | CARROLLTON-FARMERS BRANCH IND SCHOOL DIS, C/O SHERREL K KNIGHTON, LAW OFFICES OF ROBERT E LUNA PC, 4411 N CENTRAL EXPRESSWAY, DALLAS, TX, 75205 | US Mail (1st Class) |
| 35345 | CATERPILLAR FINANCIAL SERVICES CORP, LEGAL DEPT, 2120 WEST END AVE, NASHVILLE, TN, 37203 | US Mail (1st Class) |
| 35345 | CITY OF CARROLLTON, C/O ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 2323 BRYAN ST 1720 UNIVISION CTR, DALLAS, TX, 75201-2644 | US Mail (1st Class) |
| 35345 | CITY OF EL PASO, LINEBARGER GOGGAN BLAIR & SAMP, 711 NAVARRO STE 300, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 35345 | CITY OF EL PASO, C/O DAVID G AELVOET, LINEBARGER HEARD GOGGAN ET AL, 711 NAVARRO STE 300, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 35345 | CITY OF PRESQUE ISLE, ATTN: SHARON L WILLETTE, TAX COLLECTOR, 12 SECOND ST, PRESQUE ISLE, ME, 04769 | US Mail (1st Class) |
| 35345 | CLOUD, TROY E, 5560 SW 69TH PL, MIAMI, FL, 33155 | US Mail (1st Class) |
| 35345 | CNA COMPANIES, WILDMAN, HARROLD, ALLEN & DIXO, JEFFREY L GANSBERG, 225 W WACKER DR, STE 3000, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 35345 | CYPRESS FAIRBANKS ISD, C/O JOHN P DILLMAN, LINEBARGER HEARD GOGGAN BLAIR, GRAHAM PENA AND SAMPSON LLP, PO BOX 3064, HOUSTON, TX, 77253-3064 | US Mail (1st Class) |
| 35345 | DALLAS COUNTY, 2323 BRYAN STREET, STE 1600, DALLAS, TX, 75201 | US Mail (1st Class) |
| 35345 | DAVIESS COUNTY KENTUCKY, ATTN: ROBERT M KIRTLEY, DAVIESS COUNTY ATTORNEY, PO BOX 158, OWENSBORO, KY, 42302 | US Mail (1st Class) |
| 35345 | DEKALB COUNTY GEORGIA, TREASURY & ACCOUNTING DIVISION, ATTN CLAUDETTE GLAUDE, PO BOX 1088, DECATUR, GA, 30031 | US Mail (1st Class) |
| 35345 | DEPT OF THE TREASURY INTERNAL REVENUE SERVICE, ROOM 1150, 31 HOPKINS PLAZA, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 35345 | DOUGAL, DONALD R, APARTADO 2039-4050, ALAJUELA, COSTA RICA | US Mail (1st Class) |
| 35345 | DOUGAL, INGRID C, APARTADO 2039-4050, ALAJUELA, COSTA RICA | US Mail (1st Class) |
| 35345 | DUKES, AUSTIN, 3716 N MCINTOSH RD, DOVER, FL, 33527 | US Mail (1st Class) |
| 35345 | EISENHAUER, ERIC R, 17 BEREWEEKE RD, WINCHESTER HAMPSHIRE, S0226AJ UNITED KINGDOM | US Mail (1st Class) |
| 35345 | FIREMANS FUND INSURANCE COMPANY, ATTN THELMA THOMPSON CORP CREDIT SM1, 777 SAN MARIN DR, NOVATO, CA, 94998-1000 | US Mail (1st Class) |
| 35345 | FLESHER, RICHARD M, PO BOX 1062, LIBBY, MT, 59923 | US Mail (1st Class) |
| 35345 | FLORESVILLE ISD, C/O DAVID G AELVOET, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 711 NAVARRO STE 300, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 35345 | HARRIS COUNTY/CITY OF HOUSTON, JOHN P DILLMAN, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, PO BOX 3064, HOUSTON, TX, 77253-3064 | US Mail (1st Class) |
| 35345 | HIDALGO COUNTY, C/O LORI ROBERTSON, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 1949 S IH 35 PO BOX 17428, AUSTIN, TX, 78760-7428 | US Mail (1st Class) |
| 35345 | HOHMANN, LARRY W, 1368 21 AVE SW, CEDAR RAPIDS, IA, 52404 | US Mail (1st Class) |
| 35345 | HOUSTON ISD, JOHN P DILLMAN, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, PO BOX 3064, HOUSTON, TX, 77253-3064 | US Mail (1st Class) |
| 35345 | HOWARD COUNTY, C/O BARBARA M COOK/KATHERINE L TAYLOR, HOWARD COUNTY OFFICE OF LAW, 3430 COURTHOUSE DRIVE, ELLICOTT CITY, MD, 21043 | US Mail (1st Class) |
| 35345 | JP MORGAN BANK, ATTN NAOMI C HUNG, INVESTMENT BANK, 277 PARK AVE 8TH FLOOR, NEW YORK, NY, 10172 | US Mail (1st Class) |
| 35345 | LINCOLN COUNTY TREASURER, 512 CALIFORNIA AVE, LIBBY, MT, 59923 | US Mail (1st Class) |
| 35345 | LONGACRE MASTER FUND LTD, (TRANSFEROR: H L BLAIR & ASSOCIATES INC), ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 33, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 35345 | LONGACRE MASTER FUND LTD, (TRANSFEROR: WARD ELECTRICAL INC), ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 33, NEW YORK, NY, 10019 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 35345 | LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 54018, ATTN CAROLYNE HEAROD, LOS ANGELES, CA, 90054-0018 | US Mail (1st Class) |
| 35345 | LOVELACE, WILLIAM P, 10315 S GRANITE AVE, TULSA, OK, 74137-6071 | US Mail (1st Class) |
| 35345 | MAYO, HUGH, 14630 ST CLOUD DR, HOUSTON, TX, 77062 | US Mail (1st Class) |
| 35345 | MCGEHEE, PATRICK W, 2526 TROJAN DR, GREEN BAY, WI, 54304 | US Mail (1st Class) |
| 35345 | MURTAUGH, DANIEL M, 296 SW 29TH AVE, DELRAY BEACH, FL, 33445 | US Mail (1st Class) |
| 35345 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, MICHAEL S DAVIS, ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 35345 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 35345 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 35345 | RICKET, WILLIAM N, C/O WILLIAM J RICKET, 218 BALDWIN CIR, MAULDIN, SC, 29662 | US Mail (1st Class) |
| 35345 | SEALED AIR CORPORATION, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, 200 RIVERFRONT BLVD, ELMWOOD PARK, NJ, 07407-1033 | US Mail (1st Class) |
| 35345 | SHEA, BONNIE J, 28002 VIA MORENO, LAGUNA NIGUEL, CA, 92677 | US Mail (1st Class) |
| 35345 | SPARTANBURG COUNTY TAX COLLECTOR, ATTN JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC, 29304 | US Mail (1st Class) |
| 35345 | STIVERSON, DUANE R, 802 S COMANCHE LN, WAUKESHA, WI, 53188 | US Mail (1st Class) |
| 35345 | SUCHOW, SANFORD M, 60 FIRST AVE APT 16D, NEW YORK, NY, 10009 | US Mail (1st Class) |
| 35345 | TAMARKIN, FRANCES, 426 HAWTHORNE AVE, STATEN ISLAND, NY, 10314 | US Mail (1st Class) |
| 35345 | TARRANT COUNTY, C/O ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 2323 BRYAN ST 1720 UNIVISION CTR, DALLAS, TX, 75201-2644 | US Mail (1st Class) |
| 35345 | TEXAS COMPTROLLER OF PUBLIC ACCTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 35345 | US BANK NATIONAL ASSOCIATES, (RE: LONGACRE MASTER FUND LTD), CORPORATE TRUST SERVICES, ATTN KYLE J LUNDE, 1420 FIFTH AVE 7TH FL, SEATTLE, WA, 98101 | US Mail (1st Class) |
| 35345 | WESTMORELAND, T L, 126 HART RD, WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 35345 | WHALEN, JOHN P, PO BOX 373, BRIDGER, MT, 59014-0373 | US Mail (1st Class) |
| 35345 | WILSON COUNTY, C/O DAVID G AELVOET, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 711 NAVARRO STE 300, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 35345 | WORTHAM, JOSEPH S, C/O J S WORTHAM, 2607 TANGLEWOOD DR, SARASOTA, FL, 34239 | US Mail (1st Class) |
| 35345 | WYBIERALLA, GEORGE A, 16 DANA RD, BELMONT, MA, 02478 | US Mail (1st Class) |

**Subtotal for this group: 54**