**CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 20th day of January, 2010, I caused one copy of the foregoing *Certification of No Objection Regarding Docket No. 24076* to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

  /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)