**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re Docket No. 24057 |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 24057**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Ninety-Fourth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2009 through November 30, 2009** (the "Application") [Docket No. 24057] filed on December 28, 2009.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Ninety-Fourth Monthly Fee Application, objections to the Application were to be filed and served no later than January 19, 2010 at 4:00 p.m.

Dated: January 22, 2010
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302)-657-4942
Facsimile: (302)-657-4901
Email: mlastowski@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\1258696.1