# EXHIBIT A

| | | Matter 4 | | Case Administration | | |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/03/09 | Review newly filed pleadings and attend to same (.60). | 0.60 | $625 | $ 375.00 |
| JSB | 12/04/09 | Confer with T. Freedman re 2010 fee budget (.30); prepare correspondence re same (.30); confer with M. Mc Carthy re fee budget issues (.30). | 0.90 | $625 | $ 562.50 |
| JSB | 12/09/09 | Review draft 2010 fee budget and confer with T. Freedman re same (.30); review and respond to numerous case inquires (.50). | 0.80 | $625 | $ 500.00 |
| JSB | 12/11/09 | Review newly filed pleadings and case inquiries and attend to same (.70). | 0.70 | $625 | $ 437.50 |
| JSB | 12/14/09 | Review newly filed pleadings and follow up re same (.50); review and respond to correspondence re mediator retention issues (.30). | 0.80 | $625 | $ 500.00 |
| JSB | 12/15/09 | Confer with Company re status of all pending matters (.50); review correspondence re numerous case issues and respond to same (.50). | 1.00 | $625 | $ 625.00 |
| JSB | 12/17/09 | Review and respond to numerous case issues (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 12/22/09 | Review correspondence and follow up re notice lists with BMC (.30). | 0.30 | $625 | $ 187.50 |
| Total | | | 5.60 | | $3,500.00 |

9

| Matter 5 | | Claim Analysis Objection & Resolution (Asbestos) | | | |

| Attorney | Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| JSB | 12/03/09 | Confer with D. Boll re Rust ZAI issues and Concordance data base (.30); confer with K. Davis and D. Boll re ZAI claim issues (.50). | 0.80 | $625 | $ 500.00 |
| JSB | 12/22/09 | Review Alltech correspondence re claims inquiries (.30). | 0.30 | $625 | $ 187.50 |
| Total | | | 1.10 | | $ 687.50 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/01/09 | Revise Munoz COC and prepare same and transmittal for filing (.30); review and respond to correspondence re outstanding tax claim issues (.30); review memo re employee outstanding tax claim issues (.30); confer with R. Higgins re tax claim issues (.20); confer with R. Higgins and Grace representatives re employee claim issues (.80); confer with D. Boll re Concordance data base and prepare correspondence re same (.40); confer with R. Higgins re Hammar Lease rejection issues/claim (.30); prepare correspondence re same (.20). | 2.80 | $625 | $1,750.00 |
| RJH | 12/01/09 | Prepare for and participate in telephone conference call with client and J. Baer re summary judgment motion fact development (1.20); draft and revise legal analysis re same (1.30); draft and revise factual background re same (1.10); prepare for and participate in telephone conference with client re employee claims (1.10); prepare for and participate in telephone conference with client re Hanmar proof of claim (.80); analyze 11/25/09 claims reports from BMC (.70). | 6.20 | $475 | $2,945.00 |
| RJH | 12/02/09 | Draft and revise factual background re summary judgment motion (3.60); analyze 11/25/09 claims reports from BMC and exchange correspondence with various parties re same (1.60); legal analysis of client documents re tax claims (.50); exchange correspondence with client re tax claims (.30); attend to matters and exchange correspondence with various parties re Sutton Brook settlement notice (.70). | 6.70 | $475 | $3,182.50 |
| JSB | 12/04/09 | Review correspondence re Mass claims and status re same (.40). | .40 | $625 | $ 250.00 |
| RJH | 12/07/09 | Draft and revise factual background re summary judgment motion (2.90); draft and revise legal analysis re same (3.70); legal analysis of client documents re tax claims (1.30); attend to matters and exchange correspondence with various parties re Sutton Brook settlement notice (.10); analyze issues re Hatfield lease rejection claim (.20). | 8.20 | $475 | $3,895.00 |

11

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/08/09 | Draft and revise summary judgment motion (3.50); legal analysis of client documents re tax claims and telephone conference with client re same (2.30); attend to matters and exchange correspondence with various parties re Sutton Brook settlement notice (.50); analyze issues re Hatfield lease rejection claim (.40). | 6.70 | $475 | $3,182.50 |
| RJH | 12/09/09 | Analyze additional client materials re summary judgment motion (1.40); analyze issues re Hatfield lease rejection claim, exchange correspondence and telephone conference with client re same (1.20). | 2.60 | $475 | $1,235.00 |
| RJH | 12/10/09 | Analyze additional client materials re summary judgment motion (1.60); revise draft summary judgment motion (2.40); legal research re same (2.10); exchange correspondence with counsel for Hatfield re claim (.20); exchange correspondence with D. Lennon re North Carolina claim (.50). | 6.80 | $475 | $3,230.00 |
| RJH | 12/11/09 | Revise draft summary judgment motion (2.40); legal research re same (2.10); telephone conference with D. Lennon re North Carolina tax claim (.90); revise stipulation re same (.80); legal research re same (.90); exchange correspondence with client and other parties re same (.30). | 7.40 | $475 | $3,515.00 |
| RJH | 12/14/09 | Exchange correspondence with client and other parties re North Carolina tax stipulation and revise same (.70); analyze employee claims issues and exchange correspondence with various parties re same (1.80); attend to issues re Wright and other claims (.60). | 3.30 | $475 | $1,567.50 |
| RJH | 12/16/09 | Revise draft summary judgment motion and exchange correspondence with various parties re same (1.50); telephone conference with client re same (.40); exchange correspondence with client and others re North Carolina tax stipulation and analyze issues re same (1.10); prepare for and participate in telephone conference with D. Sherrer re employee claims issues (.60); legal analysis re employee claims issues (2.30); legal analysis re various tax claims and exchange correspondence re same (1.40); review and analyze Zhagrus claim (.30). | 7.60 | $475 | $3,610.00 |
| JSB | 12/17/09 | Review and respond to numerous inquiries re status of several claim objections and follow up re same (.50). | .50 | $625 | $ 312.50 |

12

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/17/09 | Prepare for and participate in telephone conference with D. Sherrer and others re employee claims issues (1.70); legal analysis re employee claims issues (4.60); prepare for and participate in telephone conference with F. Zaremby re same (1.90); legal analysis re various tax claims and exchange correspondence re same (.50); review and analyze Norfolk Southern claim issues and exchange correspondence with various parties re same (.20); exchange correspondence with S. Tetro re various claim and L/C facility matters (.40); legal analysis re Shaffer claim and exchange correspondence with various parties re same (.50). | 9.80 | $475 | $4,655.00 |
| JSB | 12/18/09 | Confer with R. Higgins re employee claims status, data base and related issues (1.20); confer with R. Higgins re summary judgment issues (.30); further confer with R. Higgins re employee claims (.30); review summary re employee claims status (.30); confer with F. Zaremby, R. Finke and R. Higgins re employee claims matter (.40). | 2.50 | $625 | $1,562.50 |
| RJH | 12/18/09 | Legal analysis and draft motion re employee claims issues (6.10); prepare for and participate in telephone conference with J. Baer re same (1.20); telephone conference with J. Hughes re summary judgment motion (.30); analyze client materials sent 12/18 re same (.50); confer with F. Zaremby, R. Finke and J. Baer re employee claims matter (.40). | 8.80 | $475 | $4,180.00 |
| RJH | 12/21/09 | Legal analysis and draft motion re employee claims issues (7.10); telephone conference with J. Baer re summary judgment motion (.20). | 7.30 | $475 | $3,467.50 |
| JSB | 12/22/09 | Further review summary judgment motion and memorandum and revise same (.70); review and respond to inquiries re employee claims issues/objection (.40); confer with R. Higgins re employee claims motion approach and issues (.30). | 1.40 | $625 | $ 875.00 |
| RJH | 12/22/09 | Legal analysis and draft motion re employee claims issues (6.10); revise summary judgment motion (1.10); confer with J. Baer re same (.30). | 7.50 | $475 | $3,562.50 |
| RJH | 12/23/09 | Legal analysis and draft motion re employee claims issues (8.10). | 8.10 | $475 | $3,847.50 |
| RJH | 12/28/09 | Revise summary judgment motion (4.50); legal research re same (3.30). | 7.80 | $475 | $3,705.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/29/09 | Confer with J. Baer re employee claims issues and other issues (.60); revise summary judgment motion (8.10). | 8.70 | $475 | $4,132.50 |
| RJH | 12/30/09 | Legal research re employee claims issues (1.90); draft motion and related papers re same (.70); revise summary judgment motion and legal research re same (3.50). | 6.10 | $475 | $2,897.50 |
| Total | | | 127.20 | | $61,560.00 |

**Matter 8**                                    **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/07/09 | Confer with M. Shelnitz re potential amendments re Pension Plan Obligations | 0.30 | $625 | $ 187.50 |
| Total | | | 0.300.30 | | $ 187.50 |

**Matter 11**                          **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/08/09 | Prepare November fee detail (1.40). | 1.40 | $475 | $ 665.00 |
| JSB | 12/09/09 | Review time billed for November fee application (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 12/09/09 | Prepare November fee detail (3.50). | 3.50 | $475 | $1,662.50 |
| JSB | 12/10/09 | Review revised November fee detail (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 12/10/09 | Revise November fee detail (.80). | 0.80 | $475 | $ 380.00 |
| JSB | 12/11/09 | Prepare November fee application and expense request (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 12/21/09 | Review/revise and finalize November fee application fees and expenses (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 12/21/09 | Prepare November fee application for filing and exchange correspondence with various parties re same (1.20). | 1.20 | $475 | $ 570.00 |
| Total | | | 8.80 | | $4,465.00 |

**Matter 12**                                      **Fees, Applications, 0thers**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/01/09 | Review and respond to correspondence re year end fee application and payment issues (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 12/08/09 | Analyze Grace fees for 2010 Budget analysis and response (.80); confer with T. Freedman re same (.40). | 1.20 | $625 | $ 750.00 |
| Total | | | 1.501.50 | $625 | $ 937.50 |

**Matter 13**                                        **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/01/09 | Confer re DIP/COC amendments (.30); review draft revised LC Facility Agreement (1.00); confer further with R. Higgins re same (.40); review and respond to correspondence re status of DIP and related financial issues (.30). | 2.00 | $625 | $1,250.00 |
| RJH | 12/01/09 | Review and analyze letter of credit facility and related documentation and draft memorandum re same (.80); meet with J. Baer re same and other issues (.50); telephone conference with J. McFarland and follow up re same (.40). | 1.70 | $475 | $ 807.50 |
| JSB | 12/02/09 | Confer with R. Higgins re DIP/Margin agreement issues (.40); confer with J. McFarland re same (.30). | 0.70 | $625 | $ 437.50$ 437.50 |
| RJH | 12/02/09 | Review and analyze letter of credit facility and related documentation and exchange correspondence with client re same (1.30); telephone conferences with client and legal analysis re same (1.10). | 2.40 | $475 | $1,140.00 |
| RJH | 12/07/09 | Review and analyze letter of credit facility and related documentation and exchange correspondence with client re same (.10). | 0.10 | $475 | $ 47.50 |
| JSB | 12/08/09 | Confer with Grace representatives re DIP, LC agreement and other financing transactions (.60); participate in call with R. Higgins and C. Finke re tax claim issues (.80). | 1.40 | $625 | $ 875.00 |
| RJH | 12/08/09 | Review and analyze letter of credit facility and related documentation and exchange correspondence with client re same (.30). | .30 | $475 | $ 142.50 |
| RJH | 12/08/09 | Prepare for and participate in telephone conference with company and advisors re various issues (.90). | 0.90 | $475 | $427.50 |
| RJH | 12/09/09 | Review and analyze revised Latham draft of letter of credit facility and related documentation and exchange correspondence with client re same (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 12/10/09 | Review and analyze revised Latham draft of letter of credit facility and related documentation and exchange correspondence with client re same (1.90). | 1.90 | $475 | $ 902.50 |
| RJH | 12/11/09 | Review and analyze revised Latham draft of letter of credit facility and related documentation and exchange correspondence with client re same (1.10); telephone conference with client re same (1.20). | 3.30 | $475 | $1,567.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/15/09 | Confer with M. Shelnitz and P. Hanlon re UK sale issues (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 12/16/09 | Telephone conference with J. McFarland re exit facility engagement letters (.70); analyze issues re same (.20). | .90 | $475 | $ 427.50 |
| JSB | 12/21/09 | Review and comment on draft L/C motion and current draft of new LOC agreement (1.90). | 1.90 | $625 | $1,187.50 |
| JSB | 12/21/09 | Review correspondence re status of DIP agreement (.30); review newly filed pleadings and attend to same (.60); Confer with C. Finke re tax issues on employee Benefit Plans (.30); confer with J. O'Connell re Project Surf questions (.30); follow up re employee benefit issues/documents (.30); review and respond to inquiries re confirmation exhibits and evidence issues (.30). | 2.10 | $625 | $1,312.50 |
| JSB | 12/22/09 | Review follow-up and respond re inquiries on Trust Tax issues (.30); review Project Surf information from Blackstone and follow up re same (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 12/30/09 | Review revised LOC agreement (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 12/30/09 | Review and analyze L/C Facility documents and draft L/C motion (1.80). | 1.80 | $475 | $ 855.00 |
| Total | | | 25.40 | | $13,505.00 |

19

**Matter 14**                                              **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/07/09 | Review 12/14 agenda and provide comments re same (.30); prepare correspondence re contested issues for hearing (.30). | .60 | $625 | $ 375.00 |
| JSB | 12/09/09 | Review status of 12/14 hearing matters (.30); confer re same   (.20); confer with T. Freedman and D. Bernick re status re Omnibus hearing and closing arguments (.40); prepare correspondence re same (.20). | 1.10 | $625 | $ 687.50 |
| JSB | 12/10/09 | Prepare and respond to correspondence re hearing on 12/14 (.30); review and further revise 12/14 hearing agenda (.30). | .60 | $625 | $ 375.00 |
| JSB | 12/14/09 | Confer with T. Freedman and D. Bernick 12/14 Omnibus hearing issues (.30); prepare for and conduct 12/14 Omnibus hearing (.90); follow up re issues from same (.30). | 1.50 | $625 | $ 937.50 |
| JSB | 12/22/09 | Review revised 1/4 hearing agenda and further revise same (.30). | .30 | $625 | $ 187.50 |
| Total |  |  | 4.10 |  | $2,562.50 |

**Matter 15**                                              **Litigation**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/01/09 | Confer with E. Mueller, J. Hughes and R. Higgins re summary judgment facts and issues (.90); complete review of Wachovia objection on FFIC settlement and respond to correspondence re issues and potential reply (.40); confer with T. Freedman re Wachovia, General, and One Beacon/Seaton and other contested matters (.40); review correspondence from Canada re Canadian claimant inquiries and response to same (.40); confer with R. Spence and G. Lowry re Samson/Kaneb agreements (.80); confer with N. Kritzer re Wachovia Reply (.30); confer with D. Boll re Canadian inquiry (.20). | 3.40 | $625 | $2,125.00 |
| JSB | 12/02/09 | Review correspondence and Order re mediation re California claims and respond re same (.30); review revised response letter on Canadian claimants inquiries and supporting documents and further revise same (1.50); review and respond to suggested revisions to Samson/Kaneb agreement (.40); review court transcript re employee claims issues (.40); prepare correspondence re same (.20); prepare revised mediation order (.70); revise same and prepare COC for entry of same (.70); review and respond to further comments re Canadian letter (.40); review and respond to further comments on Samson Claim (.40); review correspondence and order re summary judgment collection action (.20). | 5.20 | $625 | $3,250.003,250.00 |
| JSB | 12/03/09 | Review Wachovia, FFIC, Edwards pleadings and settlement agreements re Wachovia objection issues and Reply (1.20); review draft Wachovia reply and Motion for Leave and confer with N. Kritzer re same (.50); review draft Factum for Canadian hearing on amended settlement (.50); review correspondence re status of Canadian issues (.40); prepare comments on revised Canadian Factum (.40); prepare comments on revised Wachovia reply (.40); revise Motion for Leave to file Wachovia Reply (.50); participate in correspondence re issues on Canadian Factor (.40); review draft Olden documents as sent to EPA (.30). | 4.60 | $625 | $2,875.002,875.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/04/09 | Confer re issues on Canadian Factum for hearing (.50); confer with D. Boll and C2 Legal re the employee Claims Concordance Data Base (.30); confer with T. Freedman re Plan Amendment and affect (.20); prepare correspondence re same (.20); review revised Reply re Wachovia and prepare comments re same (.30); prepare correspondence Concordance Data bases (.30); final review of Canadian Factum and revisions to same (.20); final review of Wachovia Reply (.30); review and respond re issues on Concordance data for employee claims objections (.40); review correspondence re Canadian issues (.20);.confer with J. Donley re Alltech inquiry and prepare correspondence re same (.30); review General Insurance Bar Date materials and prepare memo re same (1.20); review correspondence from C. Landeau re Anderson appeal and prepare response re same (.30); review information re Canadian voting issues and confer with T. Freedman re same (.30); review correspondence on Hammar lease claim (.20); review new Canadian letter re potential issues and prepare revisions to response re same (.40). | 5.90 | $625 | $3,687.50 |
| JSB | 12/07/09 | Review correspondence re comments on further Canadian inquiry and respond re same (.30); review comments and questions on General Insurance claim issues and further respond to same (.30); review questions for Canadian hearing re US process and respond to same (.30); review correspondence re status of Olden negotiations with EPA (.10); review Crown Factum re revised Canadian settlement (.50); prepare comments re same (.30); confer with T. Freedman re same (.20); review documents re Mass. Revenue claim (.30). | 2.30 | $625 | $1,437.50 |
| JSB | 12/08/09 | Review further revised Samson/Kaneb Settlement Agreement (.30); prepare correspondence re revisions for same (.30); review Crown materials re Canadian settlement and Plan issues and prepare correspondence re same (.80). | 1.40 | $625 | $ 875.00 |
| JSB | 12/09/09 | Review correspondence and revisions re FFIC/ Wachovia settlement (.20); confer re same (.20); review correspondence re Kaneb/Grace/Samson matters and prepare correspondence re same (.40). | .80 | $625 | $ 500.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/10/09 | Review materials re Samson/Kaneb and successor claims injunction (.40); prepare correspondence re same (.30); confer with T. Freedman re same (.20); respond to further correspondence re same (.30). | 1.20 | $625 | $ 750.00 |
| JSB | 12/11/09 | Confer with F. Monaco re Canadian Settlement and affect on the Plan process (.30); confer with T. Freedman re same (.30); prepare correspondence re same (.50); review correspondence re Samson status and revised documents re same (.30); confer with R. Higgins re employee claims (.30); confer with J. Wisler re MCC objection (.20); prepare further correspondence re Canadian issues (.30). | 2.20 | $625 | $1,375.00 |
| JSB | 12/14/09 | Review Samson/Kaneb Private Parties Agreement and Consent Decree (.50); confer with T. Freedman, F. Monaco and D. Bernick re Canadian opinion, appeal and Plan implications (.50); review Third Circuit opinion re Speights class action appeal and correspondence re same (.40); review further correspondence re Samson issues (.30); review correspondence on numerous claims issue (.40). | 2.10 | $625 | $1,312.50 |
| JSB | 12/15/09 | Review correspondence re Canadian issues and respond re same (numerous matters) (.60). | .60 | $625 | $ 375.00 |
| JSB | 12/16/09 | Review and make final revision to amended order re Judge Welch and COC and prepare same for filing (.50); review revised stipulation on North Carolina claims and prepare correspondence re same (.40); further correspondence re NC claims (.20). | 1.10 | $625 | $ 687.50 |
| JSB | 12/18/09 | Confer with Canadian counsel re status of Amended Settlement appeal and related matters (.50); prepare follow up correspondence re same (.30); review and respond to inquiries re various contested claims (.40). | 1.20 | $625 | $ 750.00 |
| JSB | 12/21/09 | Review correspondence re Anderson appeal status (.20); review draft summary judgment motion and revise same (3.0); confer with R. Higgins re same (.20). | 3.40 | $625 | $2,125.00 |
| JSB | 12/28/09 | Review comments/questions re summary judgment matter (.30); review draft motion/notice re employee claims (1.30). | 1.60 | $625 | $1,000.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/29/09 | Review correspondence re summary judgment matters (.30); confer with R. Higgins re same (.50); confer with R. Higgins re employee claims issues/motion (.60); review pleadings /POC re Macon issues (.80); prepare correspondence re same (.40); prepare suggested revisions to Kaneb Stipulation (.30); review materials re most current draft of MCC matters (.50); confer with T. Freedman on Macon, Kaneb and MCC (.30); review materials filed by CCAA counsel re retention (.30). | 4.00 | $625 | $2,500.00 |
| JSB | 12/30/09 | Review pleadings re Canadian appeal and CCAA counsel application (.50). | .50 | $625 | $ 312.50 |
| JSB | 12/31/09 | Review 3rd Circuit opinion re Montana Injunction (.30); prepare correspondence re same (.30). | .60 | $625 | $ 375.00 |
| Total | | | 42.10 | | $26,312.50 |

Matter 16                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/02/09 | Confer with Plan team re preparation for closing arguments and status of revised objection chart (.80); confer with various associates.re Plan Objection chart (.40); confer with J. Brooks re Libby objection issues (.20). | 1.40 | $625 | $ 875.00 |
| JSB | 12/04/09 | Confer with K. Alexander re Claim Objection Chart issues (.30); review and respond to correspondence re outstanding plan objections (.30); review portions of current objection chart (.30); review correspondence re Canadian note and follow up on Plan amendment issue re same (.30). | 1.20 | $625 | $ 750.00 |
| JSB | 12/07/09 | Review draft chart re appendix of resolved objections (.30); prepare comments re same (.30); review portions of updated and reorganized objection chart (.80); confer with K. Alexander, J. Brooks and N. Kritzer re same (.40); confer with M. Shelnitz re status and closing preparations (.30); confer with K. Love re same (.30); review and respond to numerous inquiries re objection chart (.40); review draft notice re 3rd Plan amendments, (.30); review and respond to further correspondence re Canadian issues (.20). | 3.30 | $625 | $2,062.50 |
| JSB | 12/08/09 | Revise notice re Plan Amendments and prepare correspondence re same (.40); confer with T. Freedman re Plan Objection chart (.30); review and revise Plan Objection Chart (3.0). | 3.70 | $625 | $2,312.50 |
| JSB | 12/09/09 | Further revise Plan Objection Chart and confer with K. Alexander re same (1.50); prepare cover pleading re same (.50); review and respond to numerous inquiries re Confirmation hearing closing preparation, objections and related issues (.40); revise cover pleading for Objection chart (.30); prepare correspondence re objection chart issues (.20); review Anderson Memorial's Post-Trial Brief (.50); Review and respond to numerous inquiries re objection chart and further confer re same (1.20). | 4.60 | $625 | $2,875.00 |

25

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/10/09 | Review revised objection chart entries re Anderson (.30); review Anderson post trial brief (2.0); confer with T. Freedman re objection chart and related issues (.30); further review and revise objection chart (1.0); revise notice of filing of objection chart (.30); confer with K. Alexander re further revisions to objection chart and related matters (.30); review Anderson motion re brief (.20);participate in conference call with Plan Proponents re closing arguments (1.20). | 5.60 | $625 | $3,500.00 |
| JSB | 12/11/09 | Confer with R. Alexander re Objection chart issues (several conferences)(.60); revise same (2.80); numerous conferences re objection chart issues and review and respond to correspondence re same (.90); further review objection chart (.50). | 4.80 | $625 | $3,000.00 |
| JSB | 12/14/09 | Review more current version of Plan objection chart (1.0); review and respond to issues re same (.40); confer with J. Brooks re issues on objection chart and follow up re same (.30); review suggestions for amendments to objection chart (.50); review and respond to correspondence on numerous issues re objection chart (.40). | 2.60 | $625 | $1,625.00 |
| JSB | 12/15/09 | Review plan amendments and related matters and respond re same (.40); prepare correspondence re closing arguments and related matters (.60). | .70 | $625 | $ 437.50 |
| JSB | 12/16/09 | Review revised Plan objection chart (1.10); review correspondence re Plan Insurance neutrality and other related issues and respond to same (.30); review and respond to numerous inquiries re Plan amendments and closing statement preparation (.50). | 1.90 | $625 | $1,187.50 |
| JSB | 12/17/09 | Participate in call with Plan team re preparation for closing statements (.50); confer with T. Freedman re 2010 Trust demands on Grace and related issues (.30); confer with Ted Freedman re closing argument issues and preparation (.30). | 1.10 | $625 | $ 687.50 |
| JSB | 12/18/09 | Review and respond to numerous discussions re preparation for closing arguments (.50). | .50 | $625 | $ 312.50 |
| JSB | 12/21/09 | Review materials for preparation for oral argument on Plan Confirmation closing (.40); review agenda for oral argument and confer re same (.30); further revise agenda (.30). | 1.00 | $625 | $ 625.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/22/09 | Review cooperation Agreement and draft response to Grace inquiry re same (1.20); review Sealed Air and Fresnius comments re Objection Chart and outstanding issues and correspondence re same (.40). | 1.60 | $625 | $1,000.00 |
| JSB | 12/23/09 | Review/revise memo on 2010 expectations for Grace personnel needs in light of Plan Status (.80); review correspondence re Fresenius comments of Plan issues (.40); confer re same (.30). | 1.50 | $625 | $ 937.50 |
| JSB | 12/28/09 | Review draft stipulations re CAN and correspondence re Libby (.30); confer with T. Freedman re Fresenius Tax issues and One Beacon objection (.30); review documents re same (.80); further confer with t. Freedman and review correspondence on Fresenius issues (.40). | 1.60 | $625 | $1,000.00 |
| JSB | 12/29/09 | Participate in team call re closing argument preparations (.60); review materials and assemble for Pittsburgh hearings/closing (1.50); review correspondence re Fresenius continued issues (.30); review draft motion re Insurance Neutrality (.30); prepare correspondence re Closing Argument matters (.40); review correspondence/draft language re Kaneb/Successor Claims issues (.40); participate in call re Successor claims issues (.50). | 4.00 | $625 | $2,500.00 |
| JSB | 12/30/09 | Review correspondence/comments re Kaneb Stipulation (.40); revise same (.80); confer with T. Freedman re same (.20); prepare further correspondence re same (.30); prepare correspondence re Closing argument preparation (.30); review comments on Insurance Neutrality motion (.30); confer with B. Harding re status (.30); review most recent draft of MCC documents in light of related issues (.30); follow up re Kaneb Stipulation (.30); prepare correspondence re same (.30); review certain post trial briefs in preparation for closing arguments (.50); review and respond to various inquiries re closing argument hearing and related matters (.40). | 4.40 | $625 | $2,750.00 |

27

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/31/09 | Finalize Kaneb Stipulation (.30); prepare correspondence re same (.30); confer re coordination of filing and service of same (.30); review drafts revised re Insurance Neutrality Stipulation and Motion (.30); Participate in Plan Proponents's call re coordination of closing arguments (.60); review correspondence re closing arguments (.40); participate in second call with Plan Proponents on closing issues (.50); coordinate re meetings on 1/3 re closing preparation (.30); review comments re oral argument proceedings and revise outline re same (.80); prepare correspondence re same (.30); confer further re same (.30); confer with K. Alexandar re National Union/Morgan Stanley/Longacre Objections materials (.70). | 5.10 | $625 | $3,187.50 |
| Total | | | 50.60 | | $31,625.00 |

| Category | | Total |
|---|---|---|
| Total hours for all matters | | 266.70 |
| Total amount billed for all matters | | $145,342.50 |

| Attorney | Hours | | Amount |
|---|---|---|---|
| JSB Total | 87.90 | | $77,750.00 |
| RJH Total | 141.70 | | $77,750.00 |
| Total Billed for all matters | 229.60 | | $145,342.50 |