# EXHIBIT B

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
|  |  |
| Airfare, travel service fees | $471.20 |
| Long Distance/Conference Telephone Charges | $898.05 |
| Computerized Legal Research | $225.50 |
| Postage, Messenger, Service, and Miscellaneous | $112.89 |
| **Total**: | **$1,707.64** |

## ITEMIZED EXPENSES

### Travel

| Date | Amount | Service Description |
|---|---|---|
| 12/08/09 | $ 413.20 | United Airlines- Roundtrip airfare to Pittsburgh and travel fee for closing argument hearings. |
| 12/08/09 | $ 58.00 | Best Travel – travel fee re cancelled flight for December Omnibus hearing. |
| Total | $471.20 |  |

### Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 12/21/09 | $ 225.50 | Lexis/Nexis Charges for November |
| 12/31/09 | $ 112.89 | Federal Express/Kinkos – shipping charges for materials for Closing Argument hearings. |
| 12/31/09 | $ 139.03 | Long Distance Telephone services for Grace for November and December |
| 12/31/09 | $ 759.02 | InterCall - Conference call services for December for Grace conferences |
| Total | $1,236.44 |  |

**Total October Expenses: $1,236.44**

2