**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**December 2009**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended December 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 5.6 | $ 3,261.44 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 19.0 | $ 13,271.50 |
| John Bishop | Audit Partner | 10+ | Integrated Audit | $ 936.00 | 0.5 | $ 468.00 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 5.5 | $ 3,562.35 |
| Jennifer A James | Director | 17 | Integrated Audit | $ 698.50 | 4.8 | $ 3,352.80 |
| James E Donelson | Director | 9 | Integrated Audit | $ 551.20 | 1.0 | $ 551.20 |
| Timothy C Dreyer | Director | 36 | Integrated Audit | $ 551.20 | 1.0 | $ 551.20 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | $ 560.88 | 2.0 | $ 1,121.76 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 11.0 | $ 4,232.80 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 17.8 | $ 7,301.74 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 38.1 | $ 15,629.00 |
| Brian C Wiegmann | Audit Manager | 6 | Integrated Audit | $ 477.52 | 4.0 | $ 1,910.08 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 290.83 | 75.8 | $ 22,044.91 |
| Keith William Palmer | Audit Manager | 7 | Integrated Audit | $ 463.55 | 6.0 | $ 2,781.30 |
| Damien Hughes | Audit Manager | 9 | Integrated Audit | $ 428.64 | 1.9 | $ 814.42 |
| James C Horvath | Audit Senior Associate | 6 | Integrated Audit | $ 368.30 | 9.6 | $ 3,535.68 |
| Nathan Roller | Audit Senior Associate | 5 | Integrated Audit | $ 368.30 | 15.0 | $ 5,524.50 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 70.5 | $ 16,026.77 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $ 220.98 | 32.8 | $ 7,248.14 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 1.5 | $ 363.86 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 22.2 | $ 4,848.48 |
| Todd S. Chesla | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 9.0 | $ 1,965.60 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 209.55 | 119.7 | $ 25,083.14 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 220.98 | 36.2 | $ 7,999.48 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | $ 351.10 | 0.5 | $ 175.55 |
| Katherine Leenhouts | Audit Associate | 3 | Integrated Audit | $ 260.35 | 6.0 | $ 1,562.10 |
| Elizabeth Sama | Audit Associate | 3 | Integrated Audit | $ 150.80 | 18.0 | $ 2,714.40 |
| Shahin Rahmani | Audit Associate | 2 | Integrated Audit | $ 156.21 | 28.9 | $ 4,514.47 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 156.21 | 30.5 | $ 4,764.41 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $ 156.21 | 58.8 | $ 9,185.15 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | $ 123.19 | 104.8 | $ 12,910.31 |
| Brian J Selden | Audit Associate | <1 | Integrated Audit | $ 153.67 | 110.1 | $ 16,919.07 |
| Ryan P Boyle | Audit Associate | 1 | Integrated Audit | $ 153.67 | 96.7 | $ 14,859.89 |
| Amber Lahde | Audit Associate | 1 | Integrated Audit | $ 109.22 | 7.0 | $ 764.54 |

{02411}

| Totals | | 971.8 | | $ 221,820.00 |
|---|---|---|---|---|

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 23.3 | | $ 3,817.53 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category: December 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 23.3 | $ 3,817.53 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure | | |

{02411}

| Statement | | |
|---|---|---|
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 971.8 | $ 221,820.00 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 995.1 | $ 225,637.53 |

Expense Summary
December 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 4,561.38 |
| Lodging | N/A | $ 1,098.19 |
| Sundry | N/A | $ 31.04 |
| Business Meals | N/A | $ 585.38 |
| TOTAL: | | $ 6,275.99 |

{02411}