# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended December 31, 2009

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas E. Smith | Integrated Audit | 12/9/09 | $ 38.50 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55= 22.00 |
| | Integrated Audit | 12/10/09 | 38.50 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55= 22.00 |
| | Integrated Audit | 12/14/09 | 38.50 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55= 22.00 |
| | Integrated Audit | 12/17/09 | 38.50 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55= 22.00 |
| | Integrated Audit | 12/18/09 | 38.50 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55= 22.00 |
| David C Sands | Integrated Audit | 12/10/09 | $ 38.50 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .55 = $38.50 |
| Justin Bray | Integrated Audit | 12/3/09 | 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 12/7/09 | 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 12/8/09 | 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 12/15/09 | 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | Integrated Audit | 12/16/09 | 23.10 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| Allison Garleb | Integrated Audit | 12/4/09 | 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 12/7/09 | 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 12/9/09 | 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 12/11/09 | 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 12/16/09 | 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | Integrated Audit | 12/18/09 | 4.40 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| Brett Czajkowski | Integrated Audit | 12/8/09 | 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 12/11/09 | 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 12/15/09 | 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 12/17/09 | 20.90 | | | | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| Jacqueline Calvo | Integrated Audit | 12/3/10 | 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 12/3/10 | 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 12/4/10 | 58.30 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 12/4/10 | 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| Pavel Katsiak | Integrated Audit | 12/1/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/2/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/3/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/4/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/7/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/8/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/9/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/14/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/15/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/16/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/17/09 | 29.05 | | | | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 12/7/09 | 434.20 | | | | Roundtrip coach flight from DCA to Chicago for Physical Inventory Observation |
| | Integrated Audit | 12/7/09 | | | | $ 17.51 | Dinner for one while travelling to Chicago for Physical Inventory Observation |
| | Integrated Audit | 12/8/09 | | | | $ 42.79 | Dinner for one while in Chicago for Physical Inventory Observation |
| | Integrated Audit | 12/8/09 | | | | $ 4.52 | Breakfast for one while in Chicago for Physical Inventory Observation |
| | Integrated Audit | 12/9/09 | | | | $ 26.00 | Dinner for one while returning from Chicago Physical Inventory Observation |
| | Integrated Audit | 12/9/09 | 286.58 | | | | Rental Car while in Chicago for Physical Inventory Observation |
| | Integrated Audit | 12/9/09 | | $ 460.98 | | | Hotel while in Chicago for Physical Inventory Observation (2 nights @ Daily Rate - $159/night, parking - $40/night, taxes - $31.5/night) |
| | Integrated Audit | 12/9/09 | $ 45.00 | | | | Parking at DCA while in Chicago for Physical Inventory Observation |
| Phillip Crosby | Integrated Audit | 12/7/09 | $ 40.70 | | | | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 12/8/09 | 40.70 | | | | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 12/11/09 | 40.70 | | | | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 12/14/09 | 40.70 | | | | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 12/16/09 | 40.70 | | | | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | Integrated Audit | 12/17/09 | 40.70 | | | | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| Shahin Rahmani | Integrated Audit | 12/4/09 | $ 310.20 | | | | Round trip coach flight from BWI to Chicago for an inventory observation |
| | Integrated Audit | 12/3/09 | | | | $ 59.01 | Dinner for two while in Chicago (myself and J. McElhenney (Grace)). |
| | Integrated Audit | 12/4/09 | $ 105.35 | | | | Rental car during Chicago 65th inventory |

| Name | Category | Date | Total | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|---|
| | Integrated Audit | 12/4/09 | | | | | 44.00 | Parking at BWI airport |
| | Integrated Audit | 12/4/09 | | | | | 8.89 | Breakfast for two while in Chicago (myself and J. McElhenney (Grace)). |
| | Integrated Audit | 12/4/09 | | | | | | Hotel during the stay in Chicago (one night 12/3) |
| | Integrated Audit | 12/4/09 | | | | | 230.49 | Dinner for two while in Chicago (myself and J. McElhenney (Grace)). |
| | Integrated Audit | 12/4/09 | | 28.26 | | | | Miles from Home to Tysons is 20 miles; Home to BWI is 51 miles (26 excess miles * $.55 = $14.30) Round trip cost = $28.60 |
| Kristina N. Johnson | Integrated Audit | 12/15/09 | | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 12/16/09 | | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 12/17/09 | | 35.20 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | Integrated Audit | 11/29/09 | | 35.20 | | | | Mileage to and from the Norfolk Airport = 64 miles * .55=35.20 |
| | Integrated Audit | 11/29/09 | | 918.95 | | | | Roundtrip coach airfare from Norfolk, VA to Lake Charles, LA for inventory observation. |
| | Integrated Audit | 11/29/09 | | | | | 7.00 | American Express Travel Service Fee |
| | Integrated Audit | 11/29/09 | | | | | 14.97 | Breakfast for 1 (myself) before the flight |
| | Integrated Audit | 11/29/09 | | | | | 89.76 | Dinner for 2 in Lake Charles, LA (G. Bode - Grace and myself) |
| | Integrated Audit | 11/30/09 | | | | | 11.81 | Breakfast for 2 in Lake Charles, LA (G. Bode - Grace and myself) |
| | Integrated Audit | 11/30/09 | | | | | 49.71 | Dinner for 2 in Lake Charles, LA (G. Bode - Grace and myself) |
| | Integrated Audit | 11/29/09 | | 160.81 | | | | Rental car while in Lake Charles, LA (3 days) |
| | Integrated Audit | 11/30/09 | | | | | 9.99 | Breakfast for 1 (myself) at the Dallas airport |
| | Integrated Audit | 12/1/09 | | 7.70 | | | | Gas for the rental car in Lake Charles, LA |
| | Integrated Audit | 11/29/09 | | | | 10.99 | | Internet at the hotel in Lake Charles, LA |
| | Integrated Audit | 11/29/09 | | | 98.10 | | | Room charge for 1 night in Lake Charles, LA |
| | Integrated Audit | 11/30/09 | | | 12.75 | | | Taxes on hotel room for 1 night |
| | Integrated Audit | 11/30/09 | | | 98.10 | | | Room charge for 1 night in Lake Charles, LA |
| | Integrated Audit | 11/30/09 | | | 12.75 | | | Taxes on hotel room for 1 night |
| Shawn McNeilly | Integrated Audit | 12/9/2009 - 12/11/2009 | | 349.20 | | | | Roundtrip coach airfare from BWI to Nashville, TN for Controls Testing and Physical Inventory Observation of Mt. Pleasant, TN |
| | Integrated Audit | 12/9/09 | | 7.00 | | | | American Express Travel Service Fee |
| | Integrated Audit | 12/9/09 | | 13.20 | | | | Mileage reimbursement for travel to airport: from Annapolis, MD, to Baltimore Washington Airport. (24 miles * $.55) = $13.20 |
| | Integrated Audit | 12/9/09 | | | | | 19.87 | Dinner for myself while on inventory in Mt. Pleasant |
| | Integrated Audit | 12/10/09 | | | | | 13.87 | Breakfast for myself while on inventory in Mt. Pleasant |
| | Integrated Audit | 12/10/09 | | | | | 34.14 | Lunch for two people: M. Morgan (Grace) & S. McNeilly (PwC) while on inventory in Mt. Pleasant |
| | Integrated Audit | 12/10/09 | | | | | 102.15 | Dinner for four people: M. Morgan, K. McLemore, & F. Arevalo (Grace) & S. McNeilly (PwC) while on inventory in Mt. Pleasant |
| | Integrated Audit | 12/11/09 | | 39.00 | | | | Fuel for rental car while on inventory in Mt. Pleasant |
| | Integrated Audit | 12/11/09 | | | 160.20 | | | Hotel room rate at $80.10/night for two nights in Mt. Pleasant |
| | Integrated Audit | 12/11/09 | | | 24.82 | | | Taxes on hotel at $12.41/night for two nights |
| | Integrated Audit | 12/11/09 | | | | | 8.93 | Breakfast for myself while on inventory in Mt. Pleasant |
| | Integrated Audit | 12/11/09 | | | | | 23.49 | Dinner for myself while on inventory in Mt. Pleasant |
| | Integrated Audit | 12/12/09 | | 22.00 | | | | Parking for car at airport during trip to Mt. Pleasant, TN. |
| | Integrated Audit | 12/11/09 | | 202.34 | | | | Rental car charges for Mt Pleasant |
| | Integrated Audit | 12/11/09 | | 13.20 | | | | Mileage reimbursement for travel from airport: to Annapolis, MD, from Baltimore Washington Airport. (24 miles * $.55) = $13.20 |
| Kathleen Bradley | Integrated Audit | 12/3/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/4/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/7/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/8/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/9/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/10/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/11/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/11/09 | | | | 13.05 | | Overnight postage for bankruptcy submission |
| | Integrated Audit | 12/14/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/15/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/16/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/17/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | Integrated Audit | 12/18/09 | | 8.80 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| Ryan Boyle | Integrated Audit | 12/10/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/10/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/11/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/11/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/14/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/14/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/15/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/15/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/21/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | Integrated Audit | 12/21/09 | | 19.25 | | | | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| **Summary** | | | **$ 6,275.99** | **$ 4,561.38** | **$ 1,098.19** | **$ 31.04** | **$ 585.38** | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended December 31, 2009

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas E. Smith | 12/9/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55 = 22.00 |
| | 12/10/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55 = 22.00 |
| | 12/14/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55 = 22.00 |
| | 12/17/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55 = 22.00 |
| | 12/18/09 | Audit Partner | $ 38.50 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .55 = 22.00 |
| | | | $ 192.50 | |
| David C Sands | 12/10/09 | Audit Senior Manager | $ 38.50 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .55 = $38.50 |
| | | | $ 38.50 | |
| Justin Bray | 12/3/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 12/7/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 12/8/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 12/15/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | 12/16/09 | Audit Senior Manager | $ 23.10 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.55) |
| | | | $ 115.50 | |
| Alison Garleb | 12/4/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 12/7/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 12/9/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 12/11/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 12/16/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | 12/18/09 | Audit Manager | $ 4.40 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.55 rate) |
| | | | $ 26.40 | |
| Brett Czajkowski | 12/8/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 12/11/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 12/15/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 12/17/09 | Audit Senior Associate | $ 20.90 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.55/mile) in addition to standard commute to PwC office in McLean, VA. |
| | | | $ 83.60 | |
| Jacqueline Calvo | 12/3/10 | Tax Senior Associate | $ 58.30 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | 12/3/10 | Tax Senior Associate | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 12/4/10 | Tax Senior Associate | $ 58.30 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | 12/4/10 | Tax Senior Associate | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | | | $ 134.60 | |
| Pavel Katsiak | 12/1/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/2/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/3/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/4/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/7/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/8/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/9/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/14/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/15/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/16/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 12/17/09 | Audit Senior Associate | $ 29.05 | Mileage in excess over regular commute of 26.42 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 12/7/09 | Audit Senior Associate | $ | 434.20 | Roundtrip coach flight from DCA to Chicago for Physical Inventory Observation |
| | 12/7/09 | Audit Senior Associate | $ | 17.51 | Dinner for one while travelling to Chicago for Physical Inventory Observation |
| | 12/8/09 | Audit Senior Associate | $ | 42.79 | Dinner for one while in Chicago for Physical Inventory Observation |
| | 12/8/09 | Audit Senior Associate | $ | 4.52 | Breakfast for one while in Chicago for Physical Inventory Observation |
| | 12/9/09 | Audit Senior Associate | $ | 26.00 | Dinner for one while returning from Chicago Physical Inventory Observation |
| | 12/9/09 | Audit Senior Associate | $ | 286.58 | Rental Car while in Chicago for Physical Inventory Observation |
| | 12/9/09 | Audit Senior Associate | $ | 460.98 | Hotel while in Chicago for Physical Inventory Observation (2 nights @ Daily Rate - $159/night, parking - $40/night, taxes - $31.5/night) |
| | 12/9/09 | Audit Senior Associate | $ | 45.00 | Parking at DCA while in Chicago for Physical Inventory Observation |
| | | | $ | 1,637.14 | |
| Phillip Crosby | 12/7/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 12/8/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 12/11/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 12/14/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 12/14/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 12/16/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | 12/17/09 | Audit Senior Associate | $ | 40.70 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .55= 40.70 |
| | | | $ | 244.20 | |
| Shahin Rahmani | 12/4/09 | Audit Associate | $ | 310.20 | Round trip coach flight from BWI to Chicago for an inventory observation |
| | 12/3/09 | Audit Associate | $ | 59.01 | Dinner for two while in Chicago (myself and J. McElhenney (Grace)). |
| | 12/4/09 | Audit Associate | $ | 105.35 | Rental car during Chicago 65th inventory |
| | 12/4/09 | Audit Associate | $ | 44.00 | Parking at BWI airport |
| | 12/4/09 | Audit Associate | $ | 8.89 | Breakfast for two while in Chicago (myself and J. McElhenney (Grace)). |
| | 12/4/09 | Audit Associate | $ | 230.49 | Hotel during the stay in Chicago (one night 12/3) |
| | 12/4/09 | Audit Associate | $ | 28.26 | Dinner for two while in Chicago (myself and J. McElhenney (Grace)). |
| | 12/4/09 | Audit Associate | $ | 28.60 | Miles from Home to Tysons is 20 miles; Home to BWI is 51 miles (26 excess miles * $.55 = $14.30) Round trip cost = $28.60 |
| | | | $ | 814.80 | |
| Kristina Johnson | 12/15/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 12/16/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 12/17/09 | Audit Associate | $ | 35.20 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .55=35.20 |
| | 11/29/09 | Audit Associate | $ | 918.95 | Roundtrip coach airfare from Norfolk, VA to Lake Charles, LA for inventory observation. |
| | 11/29/09 | Audit Associate | $ | 7.00 | American Express Travel Service Fee |
| | 11/29/09 | Audit Associate | $ | 14.97 | Breakfast for 1 (myself) before the flight |
| | 11/29/09 | Audit Associate | $ | 89.76 | Dinner for 2 in Lake Charles, LA (G. Bode - Grace and myself) |
| | 11/30/09 | Audit Associate | $ | 11.81 | Breakfast for 2 in Lake Charles, LA (G. Bode - Grace and myself) |
| | 11/30/09 | Audit Associate | $ | 49.71 | Dinner for 2 in Lake Charles, LA (G. Bode - Grace and myself) |
| | 11/29/09 | Audit Associate | $ | 160.81 | Rental car while in Lake Charles (3 days) |
| | 11/30/09 | Audit Associate | $ | 9.99 | Breakfast for 1 (myself) at the Dallas airport |
| | 12/1/09 | Audit Associate | $ | 7.70 | Gas for the rental car in Lake Charles, LA |
| | 11/29/09 | Audit Associate | $ | 10.99 | Internet at the hotel in Lake Charles, LA |
| | 11/29/09 | Audit Associate | $ | 98.10 | Room charge for 1 night in Lake Charles, LA |
| | 11/29/09 | Audit Associate | $ | 12.75 | Taxes on hotel room for 1 night |
| | 11/29/09 | Audit Associate | $ | 98.10 | Room charge for 1 night in Lake Charles, LA |
| | 11/30/09 | Audit Associate | $ | 12.75 | Taxes on hotel room for 1 night |
| | | | $ | 1,644.19 | |
| Shawn McNeilly | 12/9/09 | Audit Associate | $ | 349.20 | Roundtrip coach airfare from BWI to Nashville, TN for Controls Testing and Physical Inventory Observation of Mt. Pleasant, TN |
| | 12/9/09 | Audit Associate | $ | 7.00 | American Express Travel Service Fee |
| | 12/9/09 | Audit Associate | $ | 13.20 | Mileage reimbursement for travel to airport: from Annapolis, MD, to Baltimore Washington Airport. (24 miles * $.55) = $13.20 |

| | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 12/9/09 | Audit Associate | $ | 19.87 | Dinner for myself while on inventory in Mt. Pleasant |
| | 12/10/09 | Audit Associate | $ | 13.87 | Breakfast for myself while on inventory in Mt. Pleasant |
| | 12/10/09 | Audit Associate | $ | 34.14 | Lunch for two people: M. Morgan (Grace) & S. McNeilly (PwC) while on inventory in Mt. Pleasant |
| | 12/10/09 | Audit Associate | $ | 102.15 | Dinner for four people: M. Morgan, K. McLemore, & F. Arevalo (Grace) & S. McNeilly (PwC) while on inventory in Mt. Pleasant |
| | 12/11/09 | Audit Associate | $ | 39.00 | Fuel for rental car while on inventory in Mt. Pleasant |
| | 12/11/09 | Audit Associate | $ | 160.20 | Hotel room rate at $80.10/night for two nights in Mt. Pleasant |
| | 12/11/09 | Audit Associate | $ | 24.82 | Taxes on hotel at $12.41/night for two nights |
| | 12/11/09 | Audit Associate | $ | 8.93 | Breakfast for myself while on inventory in Mt. Pleasant |
| | 12/11/09 | Audit Associate | $ | 23.49 | Dinner for myself while on inventory in Mt. Pleasant |
| | 12/12/09 | Audit Associate | $ | 22.00 | Parking for car at airport during trip to Mt. Pleasant, TN |
| | 12/12/09 | Audit Associate | $ | 202.34 | Rental car charges for Mt Pleasant |
| | 12/11/09 | Audit Associate | $ | 13.20 | Mileage reimbursement for travel from airport: to Annapolis, MD, from Baltimore Washington Airport. (24 miles * $.55) = $13.20 |
| | | | $ | 1,033.41 | |
| Kathleen Bradley | 12/3/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/4/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/7/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/8/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/9/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/10/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/11/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/14/09 | Audit Associate | $ | 13.05 | Overnight postage for bankruptcy submission |
| | 12/14/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/15/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/16/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/17/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | 12/18/09 | Audit Associate | $ | 8.80 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .55 = 8.80 |
| | | | $ | 118.65 | |
| Ryan Boyle | 12/10/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/10/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/11/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/11/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/14/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/14/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/15/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/15/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/21/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | 12/21/09 | Audit Associate | $ | 19.25 | Mileage in excess of daily commute (42 miles - 7 normal commute miles * .55) |
| | | | $ | 192.50 | |

| Summary | Total | |
|---|---|---|
| | $ | 6,275.99 |