IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Hearing Date: To be determined<br>Objection Date: February 17, 2010 at 4:00 p.m. |

**NINETY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **December 1, 2009 through<br>December 31, 2009** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$15,975.00 (80% $12,780.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$1,870.07** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the ninety-fifth monthly fee application of Duane Morris LLP.

DM3\1255720.1

# PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

DM3\1255720.1

|                    |                     | Requested   |           | Approved for Payment |           |
| ------------------ | ------------------- | ----------- | --------- | -------------------- | --------- |
| Date Filed         | Period Covered      | Fees        | Expenses  | Fees                 | Expenses  |
| September 18, 2003 | 6/1/03 – 6/30/03    | $7,691.50   | $756.70   | $6,153.20            | $756.70   |
| September 18, 2003 | 7/1/03 – 7/31/03    | $14,784.00  | $87.89    | $11,827.20           | $87.89    |
| September 18, 2003 | 8/1/03 – 8/31/03    | $10,760.00  | $1.50     | $8,608.00            | $1.50     |
| October 20, 2003   | 9/1/03 – 9/30/03    | $14,496.50  | $262.21   | $11,597.20           | $262.21   |
| January 29, 2004   | 10/1/03 – 10/31/03  | $31,068.50  | $342.06   | $24,854.80           | $342.06   |
| January 29, 2004   | 11/1/03 – 11/30/03  | $13,101.50  | $193.46   | $10,481.20           | $193.46   |
| January 29, 2004   | 12/1/03 – 12/30/03  | $20,454.50  | $221.26   | $16,363.60           | $221.26   |
| June 22, 2004      | 1/1/04 – 1/31/04    | $22,612.50  | $872.84   | $18,090.00           | $872.84   |
| June 22, 2004      | 2/1/04 – 2/29/04    | $11,260.50  | $489.46   | $9,008.40            | $489.46   |
| June 22, 2004      | 3/1/04 – 3/31/04    | $11,766.00  | $16.05    | $9,412.80            | $16.05    |
| June 28, 2004      | 4/1/04 – 4/30/04    | $16,984.50  | $980.26   | $13,587.60           | $980.26   |
| June 30, 2004      | 5/1/04 – 5/31/04    | $32,817.00  | $2,190.53 | $26,253.60           | $2,190.53 |
| July 30, 2004      | 6/1/04 – 6/30/04    | $27,416.50  | $738.78   | $21,933.20           | $738.78   |
| August 25, 2004    | 7/1/04 - 7/31/04    | $19,040.00  | $201.17   | $15,232.00           | $201.17   |
| September 23, 2004 | 8/1/04- 8/31/04     | $18,098.50  | $383.56   | $14,478.80           | $383.56   |
| October 20, 2004   | 9/1/04 – 9/30/04    | $18,370.50  | $198.58   | $14,696.40           | $198.58   |

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21, 2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |

|                   |                      | Requested    |            | Approved for Payment |            |
|-------------------|----------------------|--------------|------------|----------------------|------------|
| Date Filed        | Period Covered       | Fees         | Expenses   | Fees                 | Expenses   |
| March 2, 2006     | 1/1/06 – 1/28/06     | $21,157.40   | $517.90    | $16,930.00           | $517.90    |
| March 13, 2006    | 2/1/06 – 2/28/06     | $11,268.50   | $0.00      | $9,014.80            | $0.00      |
| April 28, 2006    | 3/1/06 – 3/31/06     | $15,309.50   | $424.79    | $12,247.60           | $424.79    |
| May 30, 2006      | 4/1/06 – 4/30/06     | $14,241.50   | $1,014.93  | $11,393.20           | $1,014.93  |
| June 16, 2006     | 5/1/06 – 5/31/06     | $15,350.50   | $38.60     | $12,280.40           | $38.60     |
| August 10, 2006   | 6/1/06 – 6/30/06     | $25,877.00   | $1,968.78  | $20,701.60           | $1,968.78  |
| August 30, 2006   | 7/1/06 – 7/31/06     | $27,754.00   | $260.05    | $27,754.00           | $260.05    |
| October 6, 2006   | 8/1/06 – 8/31/06     | $32,699.50   | $235.27    | $32,699.50           | $235.27    |
| October 30, 2006  | 9/1/06 – 9/30/06     | $29,511.50   | $1,537.45  | $26,511.50           | $1,537.45  |
| November 30, 2006 | 10/1/06 – 10/31/06   | $22,550.50   | $360.17    | $22,550.50           | $360.17    |
| January 8, 2007   | 11/1/06 – 11/30/06   | $52,715.50   | $462.28    | $52,715.50           | $462.28    |
| February 1, 2007  | 12/1/06 – 12/31/06   | $36,411.00   | $628.30    | $36,411.00           | $208.95    |
| February 28, 2007 | 1/1/07 – 1/31/07     | $39,970.50   | $770.49    | $39,970.50           | $770.49    |
| April 13, 2007    | 2/1/07 – 2/28/07     | $23,416.00   | $81.51     | $23,416.00           | $81.51     |
| May 1, 2007       | 3/1/07 – 3/31/07     | $20,408.50   | $110.79    | $20,408.50           | $110.79    |

DM3\1255720.1

|              |                  | Requested    |            | Approved for Payment |            |
| ------------ | ---------------- | ------------ | ---------- | -------------------- | ---------- |
| Date Filed   | Period Covered   | Fees         | Expenses   | Fees                 | Expenses   |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

6

DM3\1255720.1

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |

DM3\1255720.1

|                   |                      | Requested    |            | Approved for Payment |            |
|-------------------|----------------------|--------------|------------|----------------------|------------|
| Date Filed        | Period Covered       | Fees         | Expenses   | Fees                 | Expenses   |
| December 1, 2009  | 10/1/09 – 10/31/09   | $33,986.50   | $2,425.29  | $27,189.20           | $2,425.29  |
| December 28, 2009 | 11/1/09- 11/30/09    | $32,937.00   | $101.82    | $26,349.60           | $101.82    |

8

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $755.00 | 8.90 | $6,719.50 |
| Michael R. Lastowski | Partner/27 years | $675.00 | 5.00 | $3,375.00 |
| Richard W. Riley | Partner/10 years | $540.00 | 5.80 | $3,132.00 |
| Adrian C. Maholchic | Associate/1 year | $305.00 | 1.10 | $335.50 |
| Beth A. Gruppo | Paralegal | $290.00 | 1.00 | $290.00 |
| Stacie L. Wolfenden | Paralegal | $220.00 | 7.70 | $1,694.00 |
| CM Dooley | Paralegal | $230.00 | 0.30 | $69.00 |
| Dawn S. Marra | Legal Assistant | $150.00 | 2.40 | $360.00 |
| **Total** | | | **32.20** | **$15,975.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 5.20 | $1,147.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 1.20 | $906.00 |
| Employment Applications – Applicant (09) | 0.40 | $122.00 |
| Fee Applications, Applicant (12) | 4.30 | $1,086.00 |
| Fee Applications, Others (13) | 2.70 | $594.00 |
| Hearings (15) | 2.20 | $1,188.00 |
| Plan and Disclosure Statement (17) | 8.20 | $5,049.00 |
| Other (25) | 8.00 | $5,882.50 |
| **TOTAL** | **32.20** | **$15,975.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Printing & Duplicating – External | N/A | $91.98 |
| Printing & Duplicating – Internal | | $12.15 |
| Dinner – Local | N/A | $33.05 |
| Travel | N/A | $60.37 |
| Court Costs | | $1,388.00 |
| Hearing Transcript | | $248.40 |
| Court Search Service | | $36.12 |
| **TOTAL** | | **$1,870.07** |

DM3\1255720.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period December 1, 2009 through December 31, 2009, an interim allowance be made to Duane Morris LLP for compensation in the amount of $12,780.00 (80% of allowed fees) and $1,870.07 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: January 28, 2010
      Wilmington, Delaware

/s/Richard W. Riley
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
      rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*