# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

January 14, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

FILE # K0248-00001          INVOICE # 1538475          IRS # 23-1392502

CURRENT INVOICE                                        $17,845.07

PRIOR BALANCE DUE

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 8/11/09 | 1497855 | $74,888.11 | $60,295.39 | $14,592.72 |
| 9/8/09 | 1506110 | $69,039.21 | $55,655.01 | $13,384.20 |
| 10/8/09 | 1514211 | $70,789.20 | $56,693.20 | $14,096.00 |
| 11/5/09 | 1521729 | $36,411.79 | $29,614.49 | $6,797.30 |
| 12/7/09 | 1529720 | $33,038.82 | $0.00 | $33,038.82 |
| | | | | $81,909.04 |

TOTAL BALANCE DUE                                      $99,754.11

Wire payments to:
Bank Name: Wachovia Bank, NA
Swift Code: PNBPUS33
Account No. 2000650585614
ABA Number 031201467

Please reference the File Number
and Invoice Number in the
REMARK section.

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

DUANE MORRIS LLP
30 SOUTH 17TH STREET  PHILADELPHIA, PA 19103-4196          PHONE: 215.979.1000  FAX: 215.979.1020

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

January 14, 2010


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1538475                          IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2009 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.00 hrs. at | $675.00 /hr. = | | $3,375.00 |
| RW RILEY | PARTNER | 5.80 hrs. at | $540.00 /hr. = | | $3,132.00 |
| WS KATCHEN | OF COUNSEL | 8.90 hrs. at | $755.00 /hr. = | | $6,719.50 |
| AC MAHOLCHIC | ASSOCIATE | 1.10 hrs. at | $305.00 /hr. = | | $335.50 |
| BA GRUPPO | PARALEGAL | 1.00 hrs. at | $290.00 /hr. = | | $290.00 |
| SL WOLFENDEN | PARALEGAL | 7.70 hrs. at | $220.00 /hr. = | | $1,694.00 |
| CM DOOLEY | PARALEGAL | 0.30 hrs. at | $230.00 /hr. = | | $69.00 |
| DS MARRA | LEGAL ASSISTANT | 2.40 hrs. at | $150.00 /hr. = | | $360.00 |
| | | | | | $15,975.00 |


| | |
|---|---|
| DISBURSEMENTS | |
| COURT COSTS | 1388.00 |
| COURT SEARCH SERVICE | 36.12 |
| DINNER - LOCAL | 33.05 |
| MISCELLANEOUS | 248.40 |
| PRINTING & DUPLICATING | 12.15 |
| PRINTING & DUPLICATING - EXTERNAL | 91.98 |
| TRAVEL AWAY FROM HOME | 60.37 |
| TOTAL DISBURSEMENTS | $1,870.07 |

BALANCE DUE THIS INVOICE                                      $17,845.07

PREVIOUS BALANCE                                               $81,909.04

TOTAL BALANCE DUE                                             $99,754.11

Duane Morris
January 14, 2010
Page 2

File # K0248-00001                                                    INVOICE #  1538475
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/3/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 12/3/2009 | 004 | SL WOLFENDEN | PREPARED NOTICE OF SERVICE RE HYPER-LINKED REPLY BRIEFING TO COURT. | 0.20 | $44.00 |
| 12/3/2009 | 004 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SAME. | 0.20 | $44.00 |
| 12/4/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 12/7/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 12/8/2009 | 004 | AC MAHOLCHIC | REVIEW DOCKET AND REPORT TO W. KATCHEN CONCERNING DUANE MORRIS APPLICATIONS AND STATUS. | 0.70 | $213.50 |
| 12/8/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 12/8/2009 | 004 | SL WOLFENDEN | SCHEDULED COURTCALL APPEARANCE FOR M. LASTOWSKI FOR HEARING SCHEDULED FOR DECEMBER 14, 2009. | 0.20 | $44.00 |
| 12/10/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.20 | $58.00 |
| 12/11/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 12/11/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| 12/11/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 12/14/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |

Duane Morris
January 14, 2010
Page 3

File # K0248-00001                                    INVOICE #  1538475
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/14/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 12/11/09 FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| 12/14/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 12/15/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 12/16/2009 | 004 | SL WOLFENDEN | UPDATED PLEADING'S FILES (HARD COPY AND ELECTRONIC). | 0.50 | $110.00 |
| 12/17/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W. KATCHEN | 0.10 | $29.00 |
| 12/24/2009 | 004 | SL WOLFENDEN | UPDATED CASE FILED (HARD COPY AND ELECTRONIC). | 0.60 | $132.00 |
| 12/28/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| 12/28/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 12/28/2009 | 004 | DS MARRA | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN REGARDING REQUESTED DOCUMENT FOR REVIEW. | 0.10 | $15.00 |
| 12/28/2009 | 004 | DS MARRA | RETRIEVED REQUESTED ELECTRONICALLY FILED PLEADING FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 12/28/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 12/29/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| 12/29/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 12/31/2009 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED DECEMBER 1 THROUGH DECEMBER 31, 2009 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 12/31/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 12/31/2009 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| | | | Code Total | 5.20 | $1,147.50 |

Duane Morris
January 14, 2010
Page 4

File # K0248-00001                                    INVOICE #  1538475
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 12/8/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO ON SETTLEMENT SUTTON BROOK DISPOSAL SITE. | 0.20 | $151.00 |
| 12/9/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.20 | $151.00 |
| 12/10/2009 | 007 | WS KATCHEN | RESEARCH ON PLAN ISSUE. | 0.60 | $453.00 |
| 12/10/2009 | 007 | WS KATCHEN | RESEARCH ON PLAN ISSUE - EMAILS TO STROOCK. | 0.20 | $151.00 |
| | | | Code Total | 1.20 | $906.00 |

Duane Morris
January 14, 2010
Page 5

File # K0248-00001                                    INVOICE #  1538475
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/28/2009 | 009 | AC MAHOLCHIC | REVIEW DUANE MORRIS MONTHLY APPLICATION FOR NOVEMBER 2009 AND COORDINATE FILING AND SERVICE OF THE SAME. | 0.40 | $122.00 |
| | | | Code Total | 0.40 | $122.00 |

Duane Morris
January 14, 2010
Page 6

File # K0248-00001                                      INVOICE #  1538475
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 12/1/2009 | 012 | SL WOLFENDEN | REVISED AND FINALIZED NINETY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS. | 0.30 | $66.00 |
| 12/1/2009 | 012 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 23544. | 0.20 | $44.00 |
| 12/1/2009 | 012 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED DUANE MORRIS' 93RD MONTHLY APPLICATION FOR COMPENSATION. | 0.30 | $66.00 |
| 12/15/2009 | 012 | SL WOLFENDEN | DRAFTED 94TH MONTHLY APPLICATION FOR COMPENSATION. | 1.10 | $242.00 |
| 12/21/2009 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS NOVEMBER 2009 FEE APPLICATION | 0.20 | $135.00 |
| 12/23/2009 | 012 | MR LASTOWSKI | REVIEW STATUS OF OUTSTANDING FEE APPLICATIONS | 0.20 | $135.00 |
| 12/23/2009 | 012 | SL WOLFENDEN | REVIEW OF REPORT REGARDING 33RD QUARTERLY FEE APPLICATION AND ORDER APPROVING SAME. DETERMINATION OF FEES TO BE PAID FOR 33RD QUARTERLY. CORRESPONDENCE TO M. LASOTWSKI RE SAME. | 0.60 | $132.00 |
| 12/23/2009 | 012 | SL WOLFENDEN | PREPARATION OF DUANE MORRIS 34TH QUARTERLY FEE APPLICATION. | 0.80 | $176.00 |
| 12/30/2009 | 012 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $15.00 |
| 12/30/2009 | 012 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING THE ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $15.00 |
| 12/30/2009 | 012 | DS MARRA | PREPARE STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.20 | $30.00 |
| 12/30/2009 | 012 | DS MARRA | ELECTRONICALLY FILE STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.20 | $30.00 |
| | | | Code Total | 4.30 | $1,086.00 |

Duane Morris
January 14, 2010
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1538475

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/1/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED 103RD MONTHLY FEE APPLICATION OF STROOCK. | 0.30 | $66.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED CNO RE DI 22869. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED CNO RE DI 23700. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED CNO RE DI 23759. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO RE DI 23628. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO RE DI 22869. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO RE DI 23263. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO RE DI 23700. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO RE DI 23759. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED CNO RE DI 23628. | 0.20 | $44.00 |
| 12/7/2009 | 013 | SL WOLFENDEN | PREPARED CNO RE DI 23263. | 0.20 | $44.00 |
| 12/18/2009 | 013 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM D. MOHAMMED RE CNO FOR CAPSTONE'S 68TH MONTHLY APPLICATION FOR COMPENSATION. | 0.10 | $22.00 |
| 12/18/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO FOR CAPSTONE'S 68TH MONTHLY APPLICATION FOR COMPENSATION. | 0.20 | $44.00 |
| 12/18/2009 | 013 | SL WOLFENDEN | CORRESPONDENCE TO D. MOHAMMED RE CONFIRMATION OF FILING. | 0.10 | $22.00 |
| | | | Code Total | 2.70 | $594.00 |

Duane Morris
January 14, 2010
Page 8

File # K0248-00001                                    INVOICE #  1538475
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/14/2009 | 015 | RW RILEY | REVIEW AGENDA AND MATTERS SCHEDULED FOR 12/14 OMNIBUS HEARING | 0.80 | $432.00 |
| 12/14/2009 | 015 | RW RILEY | ATTEND (TELEPHONIC) OMNIBUS HEARING | 1.40 | $756.00 |
| | | | Code Total | 2.20 | $1,188.00 |

Duane Morris
January 14, 2010
Page 9

File # K0248-00001                                         INVOICE #  1538475
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 12/1/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: TRANSMISSION OF POST TRIAL BRIEF | 0.10 | $67.50 |
| 12/2/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: NOTICE OF FILING OF CONFIRMATION BRIEF | 0.10 | $67.50 |
| 12/8/2009 | 017 | RW RILEY | REVIEW DOCKET AND RECENT FILINGS RELATED TO PLAN CONFIRMATION | 0.70 | $378.00 |
| 12/16/2009 | 017 | RW RILEY | REVIEW THIRD SET OF MODIFICATIONS TO JOINT PLAN | 0.70 | $378.00 |
| 12/23/2009 | 017 | RW RILEY | REVIEW AGENDA AND MATTERS SCHEDULED FOR 1/4 AND 1/5 HEARINGS | 0.80 | $432.00 |
| 12/27/2009 | 017 | RW RILEY | REVIEW MULTIPLE COMMUNICATIONS RELATED TO CONFIRMATION ORAL ARGUMENT | 0.20 | $108.00 |
| 12/28/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S POST TRIAL BRIEF ERRATA SHEET | 0.10 | $67.50 |
| 12/29/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: CLOSING ARGUMENTS | 0.10 | $67.50 |
| 12/31/2009 | 017 | MR LASTOWSKI | REVIEW POST CONFIRMATION BRIEFS IN PREPARATION FOR CLOSING ARGUMENTS ON PLAN CONFIRMATION | 4.20 | $2,835.00 |
| 12/31/2009 | 017 | RW RILEY | REVIEW BRIEFS AND FILINGS BY PLAN PROPONENTS AND OBJECTORS REGARDING 1/4 AND 1/5 ORAL ARGUMENT RELATED TO PLAN CONFIRMATION | 1.20 | $648.00 |
| | | | Code Total | 8.20 | $5,049.00 |

Duane Morris
January 14, 2010
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1538475

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/30/2009 | 025 | WS KATCHEN | RESEARCH PLAN ISSUE 400 BR 429. | 0.20 | $151.00 |
| 11/30/2009 | 025 | WS KATCHEN | RESEARCH PLAN ISSUE 356 BR 329. | 0.40 | $302.00 |
| 11/30/2009 | 025 | WS KATCHEN | RESEARCH PLAN ISSUE 432 F3D 507. | 0.30 | $226.50 |
| 12/1/2009 | 025 | WS KATCHEN | ADDITIONAL ATTENTION PLAN ISSUE - TRANSFER BY SENIOR CLASS OVER DISSENTING CLASS OBJECTION VIOLATIONS SECTION 1129(B)(2)(B). | 0.60 | $453.00 |
| 12/8/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.40 | $302.00 |
| 12/8/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' PROPOSED REPLY TO OBJECTION BY WACHOVIA BANK TO ALLIANZ SETTLEMENT. | 0.20 | $151.00 |
| 12/11/2009 | 025 | WS KATCHEN | UPDATE PROPERTY DAMAGE ISSUE RAISED BY CLAIMANTS. | 0.20 | $151.00 |
| 12/14/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT AG INSURANCE. | 0.20 | $151.00 |
| 12/21/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 12/21/2009 | 025 | WS KATCHEN | REVIEW FINAL AMENDED CLIENT CONFIRMATION REQUIREMENTS AND OBJECTIONS. | 1.20 | $906.00 |
| 12/21/2009 | 025 | WS KATCHEN | REVIEW PLAN AMENDMENTS THROUGH DEC. 16, 2009. | 1.10 | $830.50 |
| 12/21/2009 | 025 | WS KATCHEN | LOGISTICS - PITTSBURGH OFFICE FOR STROOCK. | 0.10 | $75.50 |
| 12/23/2009 | 025 | WS KATCHEN | REVIEW LATEST 3D CIR. OPINION IN RE: 15375 MEM. COMP., ET AL. | 0.30 | $226.50 |
| 12/28/2009 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING WR GRACE OPINIONS ONLINE FOR WKATCHEN | 0.30 | $69.00 |
| 12/28/2009 | 025 | WS KATCHEN | REVIEW 2009 WL 648561 (3RD CIR. 2009) (MISSION TOWERS - WR GRACE); 2007 WL 4333817 - MISSION TOWER; 2009 3D CIR. NO. 08-4829 WR GRACE (ANDERSON MEMORIAL HOSPITAL) DEC. 14, 2009. | 0.60 | $453.00 |
| 12/28/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 12/28/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE TO ANDERSON MEMORIAL HOSPITAL POST-TRIAL OBJECTIONS TO CONFIRMATION. | 0.80 | $604.00 |
| 12/29/2009 | 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF AGENCY JAN. 4 & 5, 2010. | 0.20 | $151.00 |
| 12/29/2009 | 025 | WS KATCHEN | REVIEW STATUS CANADIAN - ZAI SETTLEMENT - MOTION TO APPOINT SPECIAL COUNSEL. | 0.30 | $226.50 |
| 12/30/2009 | 025 | WS KATCHEN | REVIEW STATUS MEMO FROM STROOCK. | 0.20 | $151.00 |
| | | | Code Total | 8.00 | $5,882.50 |

|  |  | TOTAL SERVICES | 32.20 | $15,975.00 |
|--|--|---------------|-------|-----------|

Duane Morris
January 14, 2010
Page 11

File # K0248-00001                                    INVOICE #  1538475
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 12/31/2009 | PRINTING & DUPLICATING - EXTERNAL | | 91.98 |
| | | Total: | $91.98 |
| 12/31/2009 | DINNER - LOCAL | | 33.05 |
| | | Total: | $33.05 |
| 12/31/2009 | TRAVEL AWAY FROM HOME | | 60.37 |
| | | Total: | $60.37 |
| 12/31/2009 | COURT COSTS | | 1,388.00 |
| | | Total: | $1,388.00 |
| 12/21/2009 | MISCELLANEOUS HEARING HELD ON 8/24/09-276 PAGES | | 248.40 |
| | | Total: | $248.40 |
| 12/31/2009 | COURT SEARCH SERVICE | | 36.12 |
| | | Total: | $36.12 |
| 12/31/2009 | PRINTING & DUPLICATING | | 12.15 |
| | | Total: | $12.15 |
| | TOTAL DISBURSEMENTS | | $1,870.07 |

Duane Morris
January 14, 2010
Page 12

File # K0248-00001

INVOICE # 1538475

W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.00 | 675.00 | 3,375.00 |
| 02585 | RW RILEY | PARTNER | 5.80 | 540.00 | 3,132.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 8.90 | 755.00 | 6,719.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 1.10 | 305.00 | 335.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.00 | 290.00 | 290.00 |
| 05596 | SL WOLFENDEN | PARALEGAL | 7.70 | 220.00 | 1,694.00 |
| 00815 | CM DOOLEY | PARALEGAL | 0.30 | 230.00 | 69.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 2.40 | 150.00 | 360.00 |
| | | | 32.20 | | $15,975.00 |