# EXHIBIT A

## W. R. Grace & Co., et al.,
## District of Delaware, Bankruptcy Case No. 01-1139
## Report on Settlements of Certain Claims and Causes of Action
## October 1, 2009 through December 31, 2009

| Claimants | Debtor | Description |
|---|---|---|
| Sutton Brook Disposal Area Superfund Site PRP Group | W. R. Grace & Co. and certain of its affiliates and subsidiaries | The Debtors and the Claimants have entered into the Sutton Brook Disposal Area Superfund Site Participation Agreement ("Agrement") effective as of August 31, 2009. The purpose of the Agreement is to provide a common response by the members of the PRP group to: (i) defend against and respond efficiently to claims that have been and may be asserted by the US, the Commonwealth of Massachusetts ("MDEP") or others in connection with the Sutton Brook Disposal Area Superfund Site ( the "Site"); (ii) allocate among themselves common expenses; (iii) memorialize certain terms they have agreed to resolve claims among some of them; and (iv) cooperate among themselves in these efforts. The Agreement fixes the Debtors' obligations there under as to the Site in the amount of approximately $89,707, which shall become an allowed claim once the consent decree with the EPA and MDEP has become effective. The claim shall be classified as an allowed, unsecured, pre-petition, non-priority claim payable pursuant to the terms of a confirmed chapter 11 plan of reorganization. |