## EXHIBIT A

### W. R. Grace & Co., et al.
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on *De Minimis* Asset Sales October 1, 2009 through December 31, 2009

**Part I – Sales in excess of $25,000, but less than $250,000**

| Purchaser | Seller | Description of Assets Sold |
|---|---|---|
| Chase Corporation | W.R. Grace & Co.- Conn | In conjunction with the sale by Grace Construction Products, Ltd., a non debtor affiliate of the Debtors in the United Kingdom of its Pipewrap and Private Label Tape business, a relatively small level of trademark assets held by Grace-Conn was included in the transaction. Grace-Conn had no recorded book value for the trademarks. Management estimated the value of the trademarks at $70,000. |

**Part II – Sales equal to or less than $25,000**

NONE