```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                       Invoice Number     1955367
One Town Center Road                   Invoice Date       01/28/10
Boca Raton, FL   33486                 Client Number       172573
```

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                          3,021.50
    Expenses                                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $3,021.50
                                                              =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1955367
One Town Center Road                    Invoice Date       01/28/10
Boca Raton, FL    33486                 Client Number       172573
                                        Matter Number         60026
```

==============================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2009

| Date     | Name  |                                                                                                                                  | Hours |
|----------|-------|----------------------------------------------------------------------------------------------------------------------------------|-------|
| 12/01/09 | Ament | E-mails re: 12/14/09 hearing.                                                                                                    | .20   |
| 12/02/09 | Ament | E-mails re: Jan. hearings.                                                                                                       | .20   |
| 12/03/09 | Ament | Various e-mails and meetings re: Jan. confirmation hearing.                                                                      | .20   |
| 12/04/09 | Ament | Various e-mails and meetings to assist K&E with coordination of hearing preparation for Dec. 14 hearing and Jan. confirmation hearings. | .50   |
| 12/07/09 | Ament | Continue coordinating logistics for hearing preparation for K&E relating to Grace hearings in Jan. (.20); e-mails re: same (.10). | .30   |
| 12/08/09 | Ament | Circulate agenda for 12/14/09 hearing to team.                                                                                   | .10   |
| 12/09/09 | Ament | Telephone call from K. Love re: 12/14/09 hearing and Jan. confirmation hearings (.20); follow-up e-mails re: same (.10).         | .30   |
| 12/10/09 | Ament | Various e-mails and telephone calls to coordinate logistics for K&E hearing preparation for Jan. confirmation hearings.          | .50   |

```
172573 W. R. Grace & Co.                          Invoice Number  1955367
60026  Litigation and Litigation Consulting       Page     2
       January 28, 2010
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/10/09 | Husar | Telephone conference call with R. Finke to discuss ADA access complaint filed against Grace in LASC (0.4); telecom with Plaintiffs's counsel's office regarding request for dismissal (0.4). | .80 |
| 12/11/09 | Ament | E-mails re: 12/14/09 hearing (.10); continue coordinating logistics for Jan. confirmation hearings (.10); circulate amended agenda to team re: 12/14/09 hearing (.10). | .30 |
| 12/11/09 | Husar | Telephone call with Plaintiff's counsel's office regarding ADA complaint (0.2); prepare email demanding dismissal (0.2); communicate with Plaintiff's counsel and R. Finke regarding the same (0.2); review conformed copy of the dismissal and message for R. Finke regarding the successful dismissal of complaint and case closure (0.2). | .80 |
| 12/14/09 | Ament | Various meetings, conference calls and e-mails to coordinate logistics for Jan. hearing preparation for K&E (1.0); e-mails re: 12/14/09 hearing (.20). | 1.20 |
| 12/15/09 | Ament | Continue coordinating logistics for hearing preparation for K&E re: Jan. confirmation hearings. | .40 |
| 12/16/09 | Ament | Continue coordinating logistics for hearing preparation for K&E re: Jan. confirmation hearing. | .50 |
| 12/17/09 | Ament | Continue coordinating logistics for hearing preparation for K&E relating to confirmation hearings (.80); various e-mails and conference calls re: same (.50). | 1.30 |

```
172573  W. R. Grace & Co.                            Invoice Number  1955367
60026   Litigation and Litigation Consulting         Page    3
        January 28, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/18/09 | Ament | Continue assisting K&E with logistics for hearing preparation relating to Jan. confirmation hearings (.50); various e-mails to coordinate same (.20); e-mails with Pachulski re: agenda and hearing binders for 1/4 and 1/5 confirmation hearings (.20). | .90 |
| 12/21/09 | Ament | Continue coordinating logistics for K&E hearing preparation relating to Jan. confirmation hearings (.80); various e-mails and meetings re: same (.30); continue coordinating logistics regarding filing and service of agenda and hearing binders for Pachulski re: said hearings (.30); e-mails with P. Cuniff re: same (.10). | 1.50 |
| 12/22/09 | Ament | Assist D. Bremer with courtroom technology for Jan. confirmation hearings (.20); various e-mails re: same (.10); request transcript of 12/14/09 per J. Restivo request (.10); continue coordinating logistics for hearing preparation for Jan. confirmation hearings (.30); various e-mails and meetings re: same (.20). | .90 |
| 12/29/09 | Ament | Continue coordinating logistics for hearing preparation to assist K&E (.70); various e-mails, conference calls and meetings re: same (.50); e-mails re: 12/14/09 hearing transcript (.10); circulate 12/14/09 hearing transcript to client and team (.10). | 1.40 |
| 12/30/09 | Ament | Various e-mails, conference calls and meetings to coordinate logistics for hearing preparation for K&E (1.0); circulate agenda for confirmation hearings to team (.10); meet with D. Cameron re: same (.10). | 1.20 |

```
172573  W. R. Grace & Co.                              Invoice Number  1955367
60026   Litigation and Litigation Consulting           Page    4
        January 28, 2010
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/31/09 | Ament | Various e-mails to assist K&E with hearing preparation for confirmation hearings (.10); e-mail to Pachulski re: hearing binders (.10). | .20 |

```
                                                TOTAL HOURS    13.70


TIME SUMMARY                   Hours          Rate           Value

Linda S. Husar                  1.60  at  $  565.00  =       904.00
Sharon A. Ament                12.10  at  $  175.00  =     2,117.50

                CURRENT FEES                               3,021.50


                TOTAL BALANCE DUE UPON RECEIPT            $3,021.50
                                                       ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



W. R. Grace                              Invoice Number    1955368
5400 Broken Sound Blvd., N.W.            Invoice Date      01/28/10
Boca Raton, FL 33487                     Client Number      172573




===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                                2,024.50
    Expenses                                0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $2,024.50
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number       1955368
5400 Broken Sound Blvd., N.W.              Invoice Date        01/28/10
Boca Raton, FL 33487                       Client Number        172573
                                           Matter Number         60029
```

================================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/01/09 | Lord | Revise, e-file and serve Reed Smith October monthly fee application. | 1.20 |
| 12/02/09 | Ament | E-mails re: Oct. monthly fee application. | .10 |
| 12/03/09 | Ament | Various e-mails, meetings and telephone calls to attend to issues relating to quarterly fee application. | .20 |
| 12/03/09 | Lord | Communicate with UST re: reduction in expenses in recent quarterly (.2); e-mail to A. Muha re: same (.1). | .30 |
| 12/14/09 | Ament | Attend to fee application matters (.30); various e-mails, telephone calls and meetings re: same (.20). | .50 |
| 12/14/09 | Muha | Revisions to fee and expense detail for November 2009 monthly fee application, and meeting with S. Ament re: expense entry details. | .60 |
| 12/18/09 | Ament | E-mails and meet with A. Muha re: fee application/filing. | .20 |
| 12/18/09 | Muha | Make additional revisions to fee and expense detail for November 2009 monthly fee application. | .60 |

```
172573  W. R. Grace & Co.                          Invoice Number  1955368
 60029  Fee Applications-Applicant                 Page       2
        January 28, 2010
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/21/09 | Ament | Address issues re: preparation of Nov. monthly fee application. | .10 |
| 12/22/09 | Ament | Attend to matters relating to Nov. monthly fee application (.10); meet with A. Muha re: same (.10); e-mails with A. Muha and J. Lord re: monthly fee application (.10). | .30 |
| 12/23/09 | Ament | Respond to e-mail from P. Dotterer re: Nov. monthly fee application. | .10 |
| 12/24/09 | Lord | E-file and serve CNO to Reed Smith October monthly fee application (.3); correspondence to R. Finke re: same (.1). | .40 |
| 12/29/09 | Ament | Calculate fees and expenses for Nov. monthly fee application (1.0); prepare spreadsheets re: same (.50); draft monthly fee application (.40); provide same to A. Muha for review (.10); meet with A. Muha re: same (.10). | 2.10 |
| 12/30/09 | Ament | Finalize Nov. monthly fee application (.10): e-mail same to J. Lord for DE filing (.10); attend to fee application matters (.10); e-mails re: same (.10); meet with D. Cameron re: same (.10). | .50 |
| 12/31/09 | Ament | Attend to fee application matters (.10); e-mails re: same (.10). | .20 |
| 12/31/09 | Lord | Revise, efile and serve Reed Smith November monthly fee application. | 1.40 |

```
                                                   TOTAL HOURS    8.80
```

```
172573 W. R. Grace & Co.                        Invoice Number   1955368
60029  Fee Applications-Applicant               Page    3
       January 28, 2010


       TIME SUMMARY             Hours          Rate           Value
       -----------------        ---------------------         -------

       Andrew J. Muha           1.20  at  $  400.00   =       480.00
       John B. Lord             3.30  at  $  240.00   =       792.00
       Sharon A. Ament          4.30  at  $  175.00   =       752.50

                                CURRENT FEES                              2,024.50

                                                                       ------------
                                TOTAL BALANCE DUE UPON RECEIPT            $2,024.50
                                                                       ============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number        1955369
One Town Center Road                     Invoice Date          01/28/10
Boca Raton, FL   33486                   Client Number          172573
```

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
    Fees                              13,356.00
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $13,356.00
                                                        ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1955369<br>Invoice Date      01/28/10<br>Client Number     172573<br>Matter Number      60033 |

================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2009

| Date | Name | | Hours |
|---|---|---|---|
| 12/01/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/01/09 | Flatley | Emails re: scheduling of DGS mediation. | .10 |
| 12/01/09 | Rea | Multiple e-mails re: DGS mediation. | .50 |
| 12/02/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/02/09 | Rea | E-mails re: mediation. | .10 |
| 12/03/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/04/09 | Ament | Assist T. Rea with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 12/04/09 | Rea | Analysis of opposition to summary judgment motion. | .40 |
| 12/07/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/07/09 | Rea | E-mails re: revised order for J. Welsh mediation. | .10 |
| 12/08/09 | Ament | Assist team with various issues relating to PD claims. | .10 |

```
172573 W. R. Grace & Co.                        Invoice Number   1955369
60033  Claim Analysis Objection Resolution & Estimation Page    2
       (Asbestos)
       January 28, 2010
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/08/09 | Rea | Calls and e-mails re: mediation order. | .70 |
| 12/09/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/09/09 | Rea | Preparation for Speights argument. | .20 |
| 12/10/09 | Ament | Assist T. Rea with various issues relating to PD claims. | .20 |
| 12/11/09 | Blake | Additional research and summary on 16 claims files. | 3.90 |
| 12/11/09 | Rea | E-mails re: December 14 hearing. | .20 |
| 12/13/09 | Cameron | Attention to Speights' claims and related summary judgment issues (.60); review materials relating to potential discovery issues with DSC claims (.50). | 1.10 |
| 12/14/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/14/09 | Blake | Continue research, review and summary of sixteen claim files including review of information for potential duplicate claims. | 4.50 |
| 12/14/09 | Cameron | Participate in call regarding Motion for Summary Judgment. | .50 |
| 12/14/09 | Rea | Preparation for omnibus hearing (.3); attend omnibus hearing (.6); multiple e-mails and calls re: order for DGS mediation (.3). | 1.20 |
| 12/14/09 | Restivo | Prepare for and argue two Speights' Canadian claims at omnibus hearing. | 1.50 |
| 12/15/09 | Ament | Attend to various issues relating to PD claims. | .10 |
| 12/15/09 | Blake | Continue research, review and summary of sixteen claim files including review of information for potential duplicate claims. | 2.60 |

```
172573 W. R. Grace & Co.                          Invoice Number  1955369
60033  Claim Analysis Objection Resolution & Estimation Page  3
       (Asbestos)
       January 28, 2010
```

| Date | Name | | Hours |
|------|------|---|------|
| 12/15/09 | Cameron | Review Speights and DSG claims materials. | .80 |
| 12/16/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/16/09 | Blake | Continue research, review and summary of sixteen claim files including review of information for potential duplicate claims. | 3.90 |
| 12/16/09 | Young-Jones | Research re: surveys of ACMs in public buildings. | 1.00 |
| 12/17/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/17/09 | Blake | Attention to status of 16 claim file review (0.1) and conference with T. Rea regarding same (0.2). | .30 |
| 12/17/09 | Rea | Conference with K. Matthews re: DGS claims. | .30 |
| 12/17/09 | Restivo | File review and emails. | .50 |
| 12/18/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/21/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/21/09 | Cameron | Review materials relating to DGS claim. | .60 |
| 12/21/09 | Restivo | Correspondence with R. Finke re: Medicare reporting. | .40 |
| 12/22/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/22/09 | Restivo | Year-end review of claims. | .50 |
| 12/28/09 | Cameron | Review discovery materials for DSG claims. | .90 |
| 12/29/09 | Cameron | Attention to DGS claims. | .70 |

```
172573  W. R. Grace & Co.                          Invoice Number   1955369
60033   Claim Analysis Objection Resolution & Estimation Page   4
        (Asbestos)
        January 28, 2010


   Date    Name                                                  Hours
   ----    ----                                                  -----

12/30/09  Ament           Assist team with various issues         .20
                          relating to PD claims.

12/30/09  Cameron         Review materials for upcoming           .70
                          Grace hearing.

12/30/09  Restivo         Review Transcript of 12/14 Omnibus      .20
                          Hearing re: Speights' Canadian
                          claims.
                                                                 ------
                                                   TOTAL HOURS    30.30


TIME SUMMARY                    Hours          Rate           Value
------------                    -----          ----           -----
Lawrence E. Flatley             0.10  at  $  635.00  =         63.50
Douglas E. Cameron              5.30  at  $  630.00  =      3,339.00
James J. Restivo Jr.            3.10  at  $  685.00  =      2,123.50
Traci Sands Rea                 3.70  at  $  455.00  =      1,683.50
Kathleen M.K. Blake            15.20  at  $  370.00  =      5,624.00
Sharon A. Ament                 1.90  at  $  175.00  =        332.50
Marguerita T. Young-Jones       1.00  at  $  190.00  =        190.00

                          CURRENT FEES                            13,356.00

                                                             ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $13,356.00
                                                             ============
```