REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number     1955385
One Town Center Road                     Invoice Date      01/28/10
Boca Raton, FL    33486                  Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                        149.06

                    TOTAL BALANCE DUE UPON RECEIPT        $149.06
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 1955385 |
|---|---|---|
| One Town Center Road | Invoice Date | 01/28/10 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.40 |
| PACER | 5.92 |
| Duplicating/Printing/Scanning | 79.00 |
| Postage Expense | 3.69 |
| Courier Service - Outside | 25.00 |
| Outside Duplicating | 27.20 |
| Taxi Expense | 7.85 |

CURRENT EXPENSES                    149.06
                                -------------

TOTAL BALANCE DUE UPON RECEIPT      $149.06
                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1955385
One Town Center Road                      Invoice Date    01/28/10
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/05/09 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING - Deliveries to US Bankruptcy Court during hearings. | 5.00 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/08/09 - K&E travel from REED SMITH 225 FIFTH AVE TO COURTHOUSE DURING HEARINGS. | 7.85 |
| 11/30/09 | PACER | 5.92 |
| 11/30/09 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope | 27.20 |
| 12/01/09 | Duplicating/Printing/Scanning ATTY # 0718; 50 COPIES | 5.00 |
| 12/01/09 | Duplicating/Printing/Scanning ATTY # 0718; 255 COPIES | 25.50 |
| 12/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 12/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 12/01/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 12/03/09 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 12/03/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1955385
60026  Litigation and Litigation Consulting       Page   2
       January 28, 2010

| Date | Description | Amount |
|---|---|---|
| 12/14/09 | Telephone Expense<br>13128622819/CHICAGO, IL/8 | .40 |
| 12/16/09 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: - Deliveries to US Bankruptcy Court<br>during hearings. | 7.50 |
| 12/16/09 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING - Deliveries to US Bankruptcy Court<br>during hearings. | 7.50 |
| 12/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 12/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 12/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 12/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 12/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 9 COPIES | .90 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                         Invoice Number  1955385
60026  Litigation and Litigation Consulting      Page   3
       January 28, 2010


12/29/09   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

12/29/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                   1.50
           ATTY # 000559: 15 COPIES

12/29/09   Duplicating/Printing/Scanning                   1.50
           ATTY # 000559: 15 COPIES

12/29/09   Duplicating/Printing/Scanning                   1.50
           ATTY # 000559: 15 COPIES

12/30/09   Duplicating/Printing/Scanning                    .40
           ATTY # 000559: 4 COPIES

12/30/09   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

12/30/09   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

12/30/09   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

12/30/09   Duplicating/Printing/Scanning                    .30
           ATTY # 000559: 3 COPIES

12/30/09   Duplicating/Printing/Scanning                    .30
           ATTY # 000559: 3 COPIES

12/30/09   Duplicating/Printing/Scanning                   1.50
           ATTY # 000559: 15 COPIES

12/31/09   Duplicating/Printing/Scanning                  19.50
           ATTY # 0718; 195 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1955385
60026  Litigation and Litigation Consulting        Page    4
       January 28, 2010

| 12/31/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
|---|---|---|
| 12/31/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 12/31/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 12/31/09 | Postage Expense<br>Postage Expense: ATTY # 004810 User: Charneicki, | 3.69 |

                              CURRENT EXPENSES              149.06
                                                       ------------
                       TOTAL BALANCE DUE UPON RECEIPT      $149.06
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1955386
One Town Center Road                      Invoice Date      01/28/10
Boca Raton, FL    33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        201.20

                    TOTAL BALANCE DUE UPON RECEIPT        $201.20
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | | Invoice Number | 1955386 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 01/28/10 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60033 |

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.50 |
| PACER | 33.60 |
| Duplicating/Printing/Scanning | 137.10 |
| General Expense | 30.00 |

CURRENT EXPENSES                   201.20
                            -------------

TOTAL BALANCE DUE UPON RECEIPT     $201.20
                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1955386
One Town Center Road                      Invoice Date     01/28/10
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/30/09 | PACER | 15.44 |
| 11/30/09 | PACER | 18.16 |
| 11/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                              Invoice Number   1955386
 60033  Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        January 28, 2010


| | | |
|---|---|---:|
| 12/08/09 | Telephone Expense<br>12152469494/PHILA, PA/3 | .15 |
| 12/14/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1280 COPIES | 128.00 |
| 12/14/09 | Telephone Expense<br>12152469494/PHILA, PA/7 | .35 |
| 12/14/09 | General Expense<br>Other - VENDOR: James J. Restivo Jr., Dec 14, 20<br>Court Conference Call with CourtCall for W.R.<br>Grace Omnibus Hearing | 30.00 |
| 12/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

                              CURRENT EXPENSES                      201.20
                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT              $201.20
                                                              ============