# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: February 18, 2010 at 4:00 p.m. |

## SIXTH MONTHLY APPLICATION OF
## SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 1, 2009 through December 31, 2009 |
| Amount of fees to be approved as actual, reasonable and necessary: | $20,043.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $842.45 |

This is a(n): ___ interim       ___ final application.       _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40/ $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---:|---:|---:|
| Teresa K.D. Currier | $600 | 28.4 | $17,040.00 |
| Melissa N. Flores | $195 | 15.4 | $3,003.00 |
| **TOTAL** | | **43.8** | **$20,043.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.4 | $840.00 |
| Business Operations | .4 | $240.00 |
| Case Administration | 17.0 | $8,458.50 |
| Claims Analysis Obj. & Resolution (Asbestos) | .3 | $180.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | .1 | $60.00 |
| Fee Applications, Applicant | 8.8 | $3,376.50 |
| Fee Applications, Others | 4.6 | $1,383.00 |
| Hearings | 1.5 | $900.00 |
| Litigation and Litigation Consulting | 5.0 | $1,785.00 |
| Plan and Disclosure Statement | 4.7 | $2,820.00 |
| **TOTAL** | **43.8** | **$20,043.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Expense Category | Total Expenses |
|---|---|
| Docket Entries | $153.20 |
| Federal Express | $33.09 |
| Messenger Service | $303.40 |
| Outsourced Document Reproduction (Digital Legal LLC) | $352.76 |
| **TOTAL** | **$842.45** |

SAUL EWING LLP

By: _____
Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: January 29, 2010