**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street.
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2084616 |
| Invoice Date | 01/13/10 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/10/09 | TKDC | Reviewed Response to Debtors' Motion Pursuant To Sections 105, 363, 1107 And 1108 Of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure For An Order Approving The Settlement Agreement Between W.R. Grace & Co. And The Allianz Companies Filed by Wachovia Bank National Association | 0.4 | 240.00 |
| 12/15/09 | TKDC | Reviewed Debtors Motion Pursuant To Sections 105, 363, 1107 And 1108 Of The Bankruptcy Code And Rules 2002, 6004, 9014 And 9019 Of The Federal Rules Of Bankruptcy Procedure For An Order Approving The Settlement Agreement Between W.R. Grace & Co. And AG Insurance | 0.5 | 300.00 |
| 12/15/09 | TKDC | Reviewed Reply of Debtors to Wachovia Bank's Response to Debtors' Motion Requesting Approval of a Settlement Agreement with the Allianz Companies | 0.3 | 180.00 |
| 12/21/09 | TKDC | Reviewed orders approving settlements | 0.2 | 120.00 |
| | | TOTAL HOURS | 1.4 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2084616 |
| 00001 | Holders | Page 2 |
| | Asset Disposition | |
| 01/13/10 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.4 | at | $600.00 | = | 840.00 |

CURRENT FEES  840.00

**TOTAL AMOUNT OF THIS INVOICE**  840.00

**NET AMOUNT OF THIS INVOICE**  840.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| Invoice Number | 2084617 |
| --- | --- |
| Invoice Date | 01/13/10 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 12/10/09 | TKDC | Reviewed Debtor-In-Possession Monthly Operating Report | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |

CURRENT FEES                                                                                      240.00

**TOTAL AMOUNT OF THIS INVOICE**                                                      240.00

**NET AMOUNT OF THIS INVOICE**                                                         240.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2084618 |
| Invoice Date | 01/13/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 12/01/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 12/02/09 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 12/03/09 | TKDC | Reviewed all ecf filings and forwarded to team counsel and paralegals as appropriate | 0.7 | 420.00 |
| 12/04/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.7 | 420.00 |
| 12/07/09 | TKDC | Reviewed all ecf filings and forwarded to team counsel and paralegals, as appropriate | 0.5 | 300.00 |
| 12/07/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 12/08/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to counsel and paralegals | 0.5 | 300.00 |
| 12/08/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

01/13/10

WR Grace - Official Committee of Equity Security Holders
Case Administration

Invoice Number 2084618
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/09/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 12/09/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 12/10/09 | TKDC | Reviewed all ecf filings and distributed to group | 0.6 | 360.00 |
| 12/10/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 12/11/09 | TKDC | Reviewed all ecf filings and distributed to all team counsel and paralegals | 0.4 | 240.00 |
| 12/11/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 12/14/09 | TKDC | Reviewed all ecf filings and distributed to team | 0.3 | 180.00 |
| 12/14/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.5 | 97.50 |
| 12/15/09 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 12/16/09 | TKDC | Reviewed all ecf filings and distributed same | 0.3 | 180.00 |
| 12/17/09 | TKDC | Reviewed all ecf filings and forwarded as appropriate to team counsel and paralegals | 0.6 | 360.00 |
| 12/17/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 12/18/09 | TKDC | Reviewed all ecf filings and distributed same to team counsel and paralegals | 0.6 | 360.00 |

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2084618 | |
| 00004 | | | Page 3 | |
| | | Case Administration | | |

01/13/10

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/18/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 12/21/09 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 12/22/09 | TKDC | Reviewed all ecf filings and distributed to team | 0.4 | 240.00 |
| 12/22/09 | TKDC | Reviewed application to employ hogan as special counsel for canadian representative counsel for zai group | 0.4 | 240.00 |
| 12/22/09 | TKDC | Reviewed Application For Appointment of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins, LLP as Special Counsel Filed by Canadian ZAI Claimants | 0.4 | 240.00 |
| 12/22/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 12/23/09 | TKDC | Reviewed all ecf filings and distributed to team members | 0.5 | 300.00 |
| 12/23/09 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 12/24/09 | TKDC | Reviewed all ecf filings and distributed to team | 0.5 | 300.00 |
| 12/28/09 | TKDC | Reviewed all ecfs and shared with team | 0.6 | 360.00 |
| 12/29/09 | TKDC | Reviewed all ecf filings and delivered to team | 0.6 | 360.00 |
| 12/30/09 | TKDC | Reviewed all ecf filings and distributed to team | 0.7 | 420.00 |
| 12/31/09 | TKDC | Reviewed all ecf filings and distributed to equity team | 0.7 | 420.00 |
| | | TOTAL HOURS | 17.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 4.3 | at | $195.00 | = | 838.50 |
| Teresa K.D. Currier | 12.7 | at | $600.00 | = | 7,620.00 |

359022  
00004  
01/13/10  

WR Grace - Official Committee of Equity Security Holders  
Case Administration  

Invoice Number 2084618  
Page 4  

| | |
|---|---:|
| CURRENT FEES | 8,458.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 8,458.50 |
| **NET AMOUNT OF THIS INVOICE** | 8,458.50 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number 2084619<br>Invoice Date 01/13/10<br>Client Number 359022<br>Matter Number 00006 |

Re: Claim Analysis Objections & Resolutions (Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/10/09 | TKDC | Reviewed Notice of Settlement (Claims) Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $600.00 | = | 180.00 |

CURRENT FEES                                                                 180.00

**TOTAL AMOUNT OF THIS INVOICE**                                             180.00

**NET AMOUNT OF THIS INVOICE**                                               180.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2084620 |
| Invoice Date | 01/13/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/10/09 | TKDC | Reviewed Response to Debtors' Motion and Memorandum for Order Disallowing and Expunging Two Time-Barred Canadian Asbestos Property Damage Claims | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.1 at | $600.00 = | 60.00 |

CURRENT FEES                                                              60.00

**TOTAL AMOUNT OF THIS INVOICE**                                          60.00

**NET AMOUNT OF THIS INVOICE**                                            60.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders<br>c/o R. Ted. Wechsler, Chairman<br>Peninsula Capital Advisors LLC<br>404B East Main Street<br>Charlottesville, VA 22902 | Invoice Number 2084622<br>Invoice Date 01/13/10<br>Client Number 359022<br>Matter Number 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/04/09 | MNF | Review docket re: 2nd quarterly fee request of Saul Ewing; discuss same with TKDC | 0.3 | 58.50 |
| 12/07/09 | MNF | Review/make edits to pre-bills for November 2009 | 0.6 | 117.00 |
| 12/10/09 | MNF | Draft 5th monthly fee app of Saul Ewing for November 2009 | 1.0 | 195.00 |
| 12/22/09 | TKDC | Reviewed cno for saul ewing | 0.2 | 120.00 |
| 12/22/09 | TKDC | Reviewed saul ewing monthly fee application | 0.6 | 360.00 |
| 12/22/09 | MNF | Review docket re: obj to 4th monthly fee app of Saul Ewing; Draft CNO re: same | 0.5 | 97.50 |
| 12/23/09 | MNF | E-file and serve CNO re: 4th monthly fee app of Saul Ewing | 0.8 | 156.00 |
| 12/28/09 | TKDC | Reviewed monthly payments pursuant to quarterly order | 0.5 | 300.00 |
| 12/29/09 | TKDC | Reviewed, revised our monthly fee application and approved same for filing | 0.6 | 360.00 |
| 12/29/09 | TKDC | Reviewed all quarterly fee orders, our monthlies, and all court orders approving professional fees | 0.8 | 480.00 |
| 12/29/09 | TKDC | Reviewed, revised and approved cno for sept 30 quarterly period; filed same | 0.5 | 300.00 |
| 12/29/09 | TKDC | Worked thru all our fee applications to determine fee holdback | 0.6 | 360.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security | Invoice Number | 2084622 |
| 00015 | | Holders | Page 2 | |
| | | Fee Applications/Applicant | | |
| 01/13/10 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/29/09 | MNF | E-file and serve 5th monthly fee app of Saul Ewing; Edit, E-file and serve CNO re: 2nd quarterly fee app of Saul Ewing | 1.5 | 292.50 |
| 12/30/09 | TKDC | Sorted out holdback and fees | 0.3 | 180.00 |
| | | TOTAL HOURS | 8.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 4.7 | at | $195.00 | = | 916.50 |
| Teresa K.D. Currier | 4.1 | at | $600.00 | = | 2,460.00 |

| | |
|---|---|
| CURRENT FEES | 3,376.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 3,376.50 |
| **NET AMOUNT OF THIS INVOICE** | 3,376.50 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2084623 |
| Invoice Date | 01/13/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/09 | TKDC | Reviewed, revised CNOs for Equity Committee | 0.4 | 240.00 |
| 12/04/09 | TKDC | Reviewed Kramer Levin CNO and our CNO for filing monday; feedback on our CNO | 0.3 | 180.00 |
| 12/04/09 | MNF | Review docket re: obj. to 30th quarterly fee app of Kramer Levin; Draft CNO re: same | 0.5 | 97.50 |
| 12/07/09 | MNF | E-file and serve CNO re: 30th quarterly fee app of Kramer Levin | 0.6 | 117.00 |
| 12/22/09 | TKDC | Reviewed draft CNO to be filed for Kramer Levin fees | 0.2 | 120.00 |
| 12/22/09 | TKDC | Briefly reviewed Kramer Levin monthly fee application before filing | 0.3 | 180.00 |
| 12/22/09 | MNF | Review docket re: obj. to 98th monthly fee app of Kramer Levin; Draft CNO re: same | 0.5 | 97.50 |
| 12/23/09 | MNF | E-file and serve CNO re: 98th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 12/29/09 | MNF | E-file and serve 99th monthly fee app of Kramer Levin | 1.0 | 195.00 |
| | | TOTAL HOURS | 4.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 3.4 | at | $195.00 | = | 663.00 |
| Teresa K.D. Currier | 1.2 | at | $600.00 | = | 720.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

01/13/10

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2084623
Page 2

| | |
|---|---:|
| CURRENT FEES | 1,383.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,383.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,383.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2084624 |
| Invoice Date | 01/13/10 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/15/09 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| 12/24/09 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing and amended agenda | 0.4 | 240.00 |
| 12/30/09 | TKDC | Reviewed communications among plan proponents; reviewed communications among all key parties regarding details and arrangements for the confirmation hearings | 0.8 | 480.00 |
| | | TOTAL HOURS | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $600.00 | = | 900.00 |

CURRENT FEES                                                                                      900.00

**TOTAL AMOUNT OF THIS INVOICE**                                                                  900.00

**NET AMOUNT OF THIS INVOICE**                                                                    900.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2084625 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/13/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00019 |
| Charlottesville, VA 22902 | |

Re: Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/09 | TKDC | Checked on lenders appeal on default interest issues, at the request of david blabey | 0.5 | 300.00 |
| 12/02/09 | TKDC | Confs with paralegal on bank lender appeal | 0.3 | 180.00 |
| 12/02/09 | TKDC | Reviewed sections of lender briefs (phase I and II) to find appeal of default interest issues | 0.5 | 300.00 |
| 12/02/09 | MNF | Review docket re: Notice of Appeal of lenders | 3.0 | 585.00 |
| 12/03/09 | TKDC | Conf with paralegal about lenders appeal on default interest | 0.5 | 300.00 |
| 12/10/09 | TKDC | Reviewed Joinder of the Official Committee of Equity Security Holders in Grace's Brief Regarding Bank Lender Issues Filed by Official Committee of Equity Security Holders | 0.2 | 120.00 |
| | | TOTAL HOURS | 5.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 3.0 | at | $195.00 | = | 585.00 |
| Teresa K.D. Currier | 2.0 | at | $600.00 | = | 1,200.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00019

01/13/10

WR Grace - Official Committee of Equity Security Holders
Litigation and Litigation Consulting

Invoice Number 2084625
Page 2

| | |
|---|---:|
| CURRENT FEES | 1,785.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,785.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,785.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2084626 |
| Invoice Date | 01/13/10 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/09:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/16/09 | TKDC | Reviewed chart of confirmation requirements and objections | 0.9 | 540.00 |
| 12/17/09 | TKDC | Reviewed communications about arguments and objections to confirmation; process | 0.2 | 120.00 |
| 12/17/09 | TKDC | Reviewed third set of plan modifications | 1.5 | 900.00 |
| 12/24/09 | TKDC | Reviewed Response To Anderson Memorial Hospital's Post-Trial Brief On Its Objections To Confirmation Of Debtors' First Amended Joint Plan | 0.8 | 480.00 |
| 12/30/09 | TKDC | Communications with debtor, reviewed form of insurance neutrality stipulation; communications with equity committee counsel; approved stipulation; reviewed same as filed | 0.8 | 480.00 |
| 12/31/09 | TKDC | Communications with debtors counsel about Kaneb Stipulation; communicated with David Blabey re same; reviewed Kaneb Stipulation; approved and finalized same | 0.5 | 300.00 |
| | | TOTAL HOURS | 4.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
01/13/10

WR Grace - Official Committee of Equity Security Holders
Plan and Disclosure Statement

Invoice Number 2084626
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 4.7 | at | $600.00 | = | 2,820.00 |

CURRENT FEES — 2,820.00

**TOTAL AMOUNT OF THIS INVOICE** — 2,820.00

**NET AMOUNT OF THIS INVOICE** — 2,820.00

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2084621 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/13/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Docket Entries | 153.20 |
| Messenger Service | 303.40 |
| Federal Express | 33.09 |
| Copies | 352.76 |
| **CURRENT EXPENSES** | 842.45 |
| **TOTAL AMOUNT OF THIS INVOICE** | 842.45 |
| **NET AMOUNT OF THIS INVOICE** | 842.45 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP