# EXHIBIT A

WR GRACE & CO
COMPENSATION BY PROJECT CATEGORY
DECEMBER 1, 2009 – DECEMBER 31, 2009

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 1.5 | $ 1,012.50 |
| 0014 | Case Administration | 37.9 | 7,136.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 24.5 | 17,301.50 |
| 0018 | Fee Application, Applicant | 20.9 | 8,650.00 |
| 0019 | Creditor Inquiries | 1.3 | 1,106.50 |
| 0020 | Fee Application, Others | 3.3 | 1,386.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 4.2 | 2,827.50 |
| 0036 | Plan and Disclosure Statement | 112.5 | 74,030.50 |
| 0037 | Hearings | 4.7 | 3,686.50 |
|  |  |  |  |
|  | TOTAL | 210.8 | $ 117,137.00 |

# STROOCK

## INVOICE

| DATE | January 27, 2010 |
|---|---|
| INVOICE NO. | 495300 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2009, including:

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/10/2009 | Exchange memoranda with J. Dolan re: third quarter operating performance. | Krieger, A. | 0.1 |
| 12/11/2009 | Attend to Capstone report on Grace's 3rd quarter operations (1.1); t/c J. Dolan re: same (.3). | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,012.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,012.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | RE | Case Administration 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6). | Mohamed, D. | 0.8 |
| 12/02/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.3 |
| 12/03/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.6). | Mohamed, D. | 1.6 |
| 12/04/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.4 |
| 12/07/2009 | Review AK memo re: fees. | Kruger, L. | 0.2 |
| 12/07/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain documents for review (.4); review case file documents (.7). | Mohamed, D. | 2.6 |
| 12/07/2009 | Circulated WR Grace docket updates to working group. | Szemelynec, K. | 0.1 |
| 12/08/2009 | Memorandum to MM re: court call arrangements for 12/14/09 hearing. | Krieger, A. | 0.1 |
| 12/08/2009 | Arrange K. Pasquale and A. Krieger telephonic appearances at 12/14 hearing. | Magzamen, M. | 0.4 |
| 12/08/2009 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | (.4); obtain and circulate recently docketed pleadings in main case (1.3); prepare documents for attorney review (.5). | | |
| 12/09/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain pleadings for attorney review (.2). | Mohamed, D. | 1.6 |
| 12/10/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); review case file documents (1.1). | Mohamed, D. | 2.3 |
| 12/11/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.3 |
| 12/14/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); prepare documents for review (.6). | Mohamed, D. | 1.7 |
| 12/15/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 12/16/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); prepare documents for review (.4). | Mohamed, D. | 1.9 |
| 12/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.4); prepare documents for review (.6). | Mohamed, D. | 2.3 |
| 12/18/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); review case file documents (.8); obtain documents for review (.4). | Mohamed, D. | 2.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/21/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.1 |
| 12/22/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review case file documents (.5). | Mohamed, D. | 1.5 |
| 12/23/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); prepare documents for attorney review (.7). | Mohamed, D. | 2.3 |
| 12/24/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.3 |
| 12/28/2009 | Set up telephonic appearances for L. Kruger at closing arguments hearings. | Magzamen, M. | 0.4 |
| 12/28/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case file documents (.8); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 2.1 |
| 12/29/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); prepare documents for review (1.1). | Mohamed, D. | 2.0 |
| 12/30/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4); obtain pleading re court of appeals case no. 08-2069 for attorney review (.2). | Mohamed, D. | 1.3 |
| 12/31/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 675 | $ 67.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Magzamen, Michael S. | 0.8 | 295 | 236.00 |
| Mohamed, David | 36.7 | 180 | 6,606.00 |
| Szemelynec, Kristine A. | 0.1 | 275 | 27.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 7,136.00 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 7,136.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/07/2009 | Memoranda to the Committee re: pending matters, including Wachovia's objection to Allianz settlement and Debtors' reply. | Krieger, A. | 5.8 |
| 12/07/2009 | Review memo to Committee re: Allianz settlements, Wachovia objection and debtor reply. | Kruger, L. | 0.6 |
| 12/08/2009 | Attend to memoranda for the Committee re: revised to reflect information from Debtors' counsel and additional memorandum re: Debtors' motion for settlement with AG Insurance (3.7); memorandum for the Committee re: Sutton Brook Site settlement (.3). | Krieger, A. | 4.0 |
| 12/08/2009 | Review draft memo to Committee re: environmental settlement. | Kruger, L. | 0.2 |
| 12/08/2009 | Attention to draft memo to Committee re: environmental settlement. | Pasquale, K. | 0.2 |
| 12/09/2009 | Finalize memorandum to the Committee re: pending motions. | Krieger, A. | 2.3 |
| 12/09/2009 | Attention to draft memo to Committee re: pending settlements. | Pasquale, K. | 0.2 |
| 12/14/2009 | Attend to memorandum to the Committee re: 12/14/09 hearing and plan modifications and selected plan provisions. | Krieger, A. | 2.8 |
| 12/14/2009 | Review memo re: court hearing. | Kruger, L. | 0.2 |
| 12/29/2009 | Attend to Plan modifications and related Canadian ZAI Claim motions and prepare memorandum to the Committee re: same. | Krieger, A. | 4.2 |
| 12/30/2009 | Prepare memorandum for the Committee re: plan modifications, revised Canadian | Krieger, A. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | agreement and other matters. | | |
| 12/30/2009 | Review memo to Committee re: plan modifications, Canadian Agreement. | Kruger, L. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 21.9 | $ 675 | $ 14,782.50 |
| Kruger, Lewis | 2.2 | 995 | 2,189.00 |
| Pasquale, Kenneth | 0.4 | 825 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,301.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 17,301.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant 699843 0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | Attend to preparation of 34th quarterly fee application (2.3); office conference MM re: same (.1). | Krieger, A. | 2.4 |
| 12/01/2009 | Work on and finalize SSL October monthly fee application. | Magzamen, M. | 1.6 |
| 12/01/2009 | Prepare and serve Stroock's 103rd monthly fee statement. | Mohamed, D. | 1.1 |
| 12/02/2009 | Finalize 34th quarterly fee application. | Krieger, A. | 2.1 |
| 12/02/2009 | Review SSL 34th quarterly fee application. | Magzamen, M. | 0.9 |
| 12/03/2009 | Prepare Stroock's 34th quarterly fee application for filing. | Mohamed, D. | 0.7 |
| 12/04/2009 | Effectuate service re: Stroock's 34th quarterly fee application. | Mohamed, D. | 0.8 |
| 12/04/2009 | Review fee application. | Pasquale, K. | 0.4 |
| 12/07/2009 | Exchanged memoranda with MM re: status of fee applications (.1); memorandum to LK re: above (.3). | Krieger, A. | 0.4 |
| 12/08/2009 | Review and revise November bill. | Magzamen, M. | 1.3 |
| 12/09/2009 | Review and revise November bill. | Magzamen, M. | 1.0 |
| 12/10/2009 | Review and revise November bill. | Magzamen, M. | 0.8 |
| 12/16/2009 | Review and revise November bill. | Magzamen, M. | 1.6 |
| 12/17/2009 | Finalize November bill for A. Krieger review. | Magzamen, M. | 0.8 |
| 12/18/2009 | O/c MM re: November 2009 fee statement. | Krieger, A. | 0.1 |
| 12/19/2009 | Attend to preparation of November 2009 fee | Krieger, A. | 1.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | statement. | | |
| 12/21/2009 | Emails w/ A. Krieger re: comments to SSL November fee app (.2); review comments (.3). | Magzamen, M. | 0.5 |
| 12/28/2009 | Memorandum to LK re: October 2009 fee statement (.1); exchanged memoranda with MM re: above and November 2009 fee statement (.1). | Krieger, A. | 0.2 |
| 12/28/2009 | Prepare November bill for filing and A. Krieger review. | Magzamen, M. | 1.2 |
| 12/29/2009 | Attend to November 2009 fee statement. | Krieger, A. | 0.7 |
| 12/30/2009 | Prepare and serve Stroock's 104th monthly fee application. | Mohamed, D. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.1 | $ 675 | $ 4,792.50 |
| Magzamen, Michael S. | 9.7 | 295 | 2,861.50 |
| Mohamed, David | 3.7 | 180 | 666.00 |
| Pasquale, Kenneth | 0.4 | 825 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,650.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,650.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries | |
| | 699843 0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | T/c bank debtholder re: status. | Kruger, L. | 0.2 |
| 12/01/2009 | Telephone conference creditor re: case status. | Pasquale, K. | 0.3 |
| 12/02/2009 | Telephone conference bank debt holder re: status and brief issues. | Pasquale, K. | 0.3 |
| 12/22/2009 | Telephone conference bank debt holder re: status. | Pasquale, K. | 0.3 |
| 12/23/2009 | Telephone conference bank debt holder re: status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.2 | $ 995 | $ 199.00 |
| Pasquale, Kenneth | 1.1 | 825 | 907.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,106.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,106.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843 0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2009 | Prepare Capstone's 23rd quarterly fee application. | Mohamed, D. | 0.9 |
| 12/04/2009 | Attend to other professionals' fee application. | Krieger, A. | 0.1 |
| 12/04/2009 | Effectuate service re: Capstone's 23rd quarterly fee application. | Mohamed, D. | 0.8 |
| 12/09/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 12/10/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 12/15/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 12/29/2009 | Attend to other professionals' fee applications, and related notices, certifications. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 675 | $ 1,080.00 |
| Mohamed, David | 1.7 | 180 | 306.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,386.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,386.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation 699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2009 | Attend to notice of settlement re: Sutton Brook Disposal Superfund Site and request for agreement. | Krieger, A. | 0.1 |
| 12/03/2009 | Attend to Sutton Brook Disposal Site Participation Agreement (1.4); memoranda to R. Higgins re: same (.2). | Krieger, A. | 1.6 |
| 12/04/2009 | Exchanged memoranda with R. Higgins, R. Emmett re: additional information with respect to Sutton Brook Superfund Site Agreement. | Krieger, A. | 0.6 |
| 12/07/2009 | Attend to further response from R. Emmett re: Sutton Brook Participation Agreement and review of related materials. | Krieger, A. | 0.6 |
| 12/08/2009 | Review email correspondence re: Sutton Brook Site settlement and email w/ A. Krieger. | Berg, M. | 0.3 |
| 12/08/2009 | Memorandum to M. Berg re: Sutton Brook PRP Group Agreement (.6); memoranda with R. Higgins re: additional information (.2); telephone call R. Emmette re: Sutton Brook information (.2). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.3 | $ 650 | $ 195.00 |
| Krieger, Arlene G. | 3.9 | 675 | 2,632.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,827.50 |
| TOTAL FOR THIS MATTER | | | $ 2,827.50 |

# STROOCK

| | | |
|---|---|---|
| RE | Expenses  699843 0024 | |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 150.26 |
| Long Distance Telephone | 52.14 |
| Duplicating Costs-in House | 120.40 |
| Postage | 15.66 |
| Outside Professional Services | 1647.05 |
| Miscellaneous | 49.95 |
| Travel Expenses - Transportation | 1234.90 |
| Westlaw | 262.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,532.36 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,532.36 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | Perform data transfer from vendor burn, duplicate and label media re: e-briefs. | Huang, H. | 1.9 |
| 12/01/2009 | Review/finalize reply e-brief and service of same. | Magzamen, M. | 2.7 |
| 12/01/2009 | Hyper-link brief issues (.3); review briefs for closing argument (1.2). | Pasquale, K. | 1.5 |
| 12/02/2009 | Attend to Wachovia's response to the Edwards Plaintiffs' settlement (.6); attend to post-trial reply brief (3.3). | Krieger, A. | 3.9 |
| 12/02/2009 | Attn to CC/BLG Reply e-brief issues. | Magzamen, M. | 0.3 |
| 12/03/2009 | Attend to post-trial reply briefs. | Krieger, A. | 4.3 |
| 12/04/2009 | Attend to reply briefs (2.1); attend to Wachovia Response to Debtors' proposed settlement with the Allianz companies (.8). | Krieger, A. | 2.9 |
| 12/04/2009 | Outline closing argument and review certain case law re: same. | Pasquale, K. | 2.8 |
| 12/08/2009 | Office conference KP re: closing argument (.2); attend to Debtors motion for settlement with AG Insurance (.8); preparation for closing arguments (.4). | Krieger, A. | 1.4 |
| 12/08/2009 | Review omnibus hearing agenda. | Kruger, L. | 0.2 |
| 12/09/2009 | Prepare all e-briefs for attorney access at closing arguments (.3); confs. w/M. Magzamen re: same (.2). | Carrion, C. | 0.5 |
| 12/09/2009 | Attend to briefs for closing arguments. | Krieger, A. | 5.4 |
| 12/09/2009 | Oc's w/ A. Krieger re: Plan Porponents' | Magzamen, M. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | (.5). | | |
| 12/15/2009 | Attention to J. Baer email re: scheduling (.2); prep for closing arguments (1.4). | Pasquale, K. | 1.6 |
| 12/16/2009 | Prepare duplicate e-brief for M. Magzamen (.4); prepare for additional e-brief usage at closing arguments (.3). | Carrion, C. | 0.7 |
| 12/16/2009 | Review materials in preparation for closing arguments (7.7); exchanged memoranda with KP re: revised oral argument schedule (.2). | Krieger, A. | 7.9 |
| 12/16/2009 | Preparation for closing argument and review of cases. | Kruger, L. | 0.6 |
| 12/16/2009 | Follow up correspondence w/ Kirkland and attn to receipt of corrected e-brief. | Magzamen, M. | 0.2 |
| 12/16/2009 | E-mails re: scheduling issues (.3); prep for closing arguments (1.8). | Pasquale, K. | 2.1 |
| 12/17/2009 | Prepare and organize e-briefs on network. | Carrion, C. | 0.5 |
| 12/17/2009 | Attend to pleadings for closing arguments (5.8); attend to memoranda re: revised closing argument schedule (.1). | Krieger, A. | 5.9 |
| 12/17/2009 | Preparation for and conference call with Rosenberg, Cobb, KP, AK preparing for oral argument. | Kruger, L. | 1.0 |
| 12/17/2009 | Attn to closing argument preparations and e-brief issues. | Magzamen, M. | 1.8 |
| 12/17/2009 | Review Grace plan objection chart, modifications, filed with court (1.6); prepare for and conference call with Lenders' counsel re: closing arguments (1.0); prepare for closing arguments (1.5). | Pasquale, K. | 4.1 |
| 12/17/2009 | Prepare linked e-briefs and exhibits to network location and attorney laptops in preparation for court hearing. | Quartararo, M. | 2.0 |
| 12/18/2009 | Attend to Debtors' 3rd Set of Plan Modifications and chart of confirmation requirements and objections (2.8); attend to | Krieger, A. | 6.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | materials for closing arguments (2.6); conf/c KP, R. Cobb, A. Rosenberg re: closing argument (.8). | | |
| 12/18/2009 | Review debtor third set of plan modifications and objection chart. | Kruger, L. | 0.8 |
| 12/18/2009 | Finalize trial e-briefs from all parties (1.8); e-mails w/ A. Krieger re: same (.3). | Magzamen, M. | 2.1 |
| 12/18/2009 | Closing arguments preparation, review of cases. | Pasquale, K. | 2.1 |
| 12/18/2009 | Coordinate w/ M. Magzamen re: e-brief issues. | Quartararo, M. | 1.0 |
| 12/21/2009 | Review debtors amended chart re: confirmation requirements and final objections to amended POR (1.6); review of cases for closing argument (.2). | Kruger, L. | 1.8 |
| 12/21/2009 | Closing argument preparation. | Pasquale, K. | 1.6 |
| 12/22/2009 | Closing argument preparation and issues. | Pasquale, K. | 2.8 |
| 12/28/2009 | Attend to recent court decision for potential applicability to Grace. | Krieger, A. | 2.3 |
| 12/29/2009 | Attend to Debtors' response to Anderson's post-trial brief (.6); attend to materials for closing arguments on confirmation (1.8). | Krieger, A. | 2.4 |
| 12/29/2009 | Trial prep conference w/ A. Krieger re: e-briefs. | Magzamen, M. | 0.3 |
| 12/30/2009 | Prepare e-briefs for client and related party distribution. | Carrion, C. | 0.3 |
| 12/30/2009 | Attend to pleadings for confirmation hearing. | Krieger, A. | 2.9 |
| 12/30/2009 | Review pleadings re: confirmation. | Kruger, L. | 0.4 |
| 12/30/2009 | Arrange for addt'l copy of reply e-brief and forward to K&E. | Magzamen, M. | 0.3 |
| 12/31/2009 | Attend to materials for confirmation hearing. | Krieger, A. | 4.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Carrion, Carole | 2.2 | $ 235 | $ 517.00 |
| Huang, Hang Qi | 1.9 | 185 | 351.50 |
| Krieger, Arlene G. | 67.7 | 675 | 45,697.50 |
| Kruger, Lewis | 5.7 | 995 | 5,671.50 |
| Magzamen, Michael S. | 10.0 | 295 | 2,950.00 |
| Pasquale, Kenneth | 21.7 | 825 | 17,902.50 |
| Quartararo, Michael | 3.3 | 285 | 940.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 74,030.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 74,030.50 |
|---|---|

# STROOCK

| RE | Hearings |
| --- | --- |
|    | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 12/08/2009 | Office conference LK re: 12/14/09 hearing and agenda (.2); exchange emails with KP re: same (.1); memorandum to LK re: 12/14/09 hearing (.1). | Krieger, A. | 0.4 |
| 12/08/2009 | Review agenda for omnibus hearing. | Pasquale, K. | 0.2 |
| 12/10/2009 | Attend to amended agenda for 12/14/09 hearing. | Krieger, A. | 0.1 |
| 12/11/2009 | Review amended agenda for 12/14 hearing. | Pasquale, K. | 0.2 |
| 12/14/2009 | Attend telephonic omnibus hearing re: addressing modification of plan and Canadian Crown's opposition (.9); office conference KP re: hearing (.1). | Krieger, A. | 1.0 |
| 12/14/2009 | Prep for and participated telephonically in omnibus hearing. | Pasquale, K. | 1.0 |
| 12/23/2009 | Review hearing agenda. | Kruger, L. | 0.2 |
| 12/23/2009 | Review agenda for closing arguments (.2); revise closing argument outline and prepare same (1.4). | Pasquale, K. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 3.0 | 825 | 2,475.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 3,686.50 |

| TOTAL FOR THIS MATTER | $ 3,686.50 |
| --- | --- |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.