# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**DECEMBER 1, 2009 – DECEMBER 31, 2009**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 8.5 | $ 995 | $ 8,457.50 |
| Pasquale, Kenneth | 26.6 | 825 | 21,945.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.3 | 650 | 195.00 |
| Krieger, Arlene G. | 105.3 | 675 | 71,077.50 |
| | | | |
| **Paraprofessionals** | | | |
| Carrion, Carole | 2.2 | 235 | 517.00 |
| Huang, Hang Qi | 1.9 | 185 | 351.50 |
| Magzamen, Michael S. | 20.5 | 295 | 6,047.50 |
| Mohamed, David | 42.1 | 180 | 7,578.00 |
| Quartararo, Michael | 3.3 | 285 | 940.50 |
| Szemelynec, Kristine A. | 0.1 | 275 | 27.50 |
| | | | |
| **TOTAL** | **210.8** | | **$ 117,137.00** |