# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
### DECEMBER 1, 2009 – DECEMBER 31, 2009

| Category | | Amount |
|---|---|---:|
| Outside Messenger Service | $ | 150.26 |
| Long Distance Telephone | | 52.14 |
| Duplicating Costs-in House | | 120.40 |
| Postage | | 15.66 |
| Outside Professional Services | | 1,647.05 |
| Miscellaneous | | 49.95 |
| Travel Expenses - Transportation | | 1,234.90 |
| Westlaw | | 262.00 |
| **TOTAL** | **$** | **3,532.36** |

# STROOCK

## **DISBURSEMENT REGISTER**

| DATE | January 27, 2010 |
|---|---|
| INVOICE NO. | 495300 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 790687686876 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Margaret A. Phillips, Esq., Paul, Weiss, Rifkind, Wharton, 1285 Avenue Of The Americas Rm, NEW YORK CITY, NY 10019 | 9.18 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 791512959431 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Kimberly Love Legal Assistant, Kirkland & Ellis LLP, 300 N La Salle Dr, CHICAGO, IL 60654 | 11.05 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 792812096572 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Jonathan P. Guy, Esq., Orrick, Herrington & Sutcliffe, 1152 15th St NW, WASHINGTON, DC 20005 | 12.38 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799435763806 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Nathan Finch, Esq., Caplin & Drysdale, Chartered, 375 Park Ave, NEW YORK CITY, NY 10152 | 9.18 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799435763817 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: David Blabey, Esq., Kramer Levin Naftalis & Frankel, 1177 Avenue Of The Americas, NEW YORK CITY, NY 10036 | 9.18 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799502312963 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Hon Judith K. Fitzgerald, United States Bankruptcy Court, 600 Grant St, PITTSBURGH, PA 15219 | 15.15 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799502312985 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: James Green, Esq., Landis Rath & Cobb LLP, 919 N Market St Ste 600, WILMINGTON, DE 19801 | 9.18 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195765061 on 12/01/2009 | 6.38 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196669673 on 12/01/2009 | 9.05 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197601644 on 12/01/2009 | 6.38 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States Trustee, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198701052 on 12/01/2009 | 6.38 |

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190939221 on 12/04/2009 | 10.20 |
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States Trustee, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191078034 on 12/04/2009 | 10.20 |
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and General Counsel, COLUMBIA, MD 21044 Tracking #:1Z10X8270192321643 on 12/04/2009 | 10.20 |
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193054056 on 12/04/2009 | 16.17 |
| **Outside Messenger Service Total** | | **150.26** |
| **Long Distance Telephone** | | |
| 11/22/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400 Teleconference 11-19-09 | 6.24 |
| 12/01/2009 | EXTN.795562, TEL.3109969646, S.T.11:37, DUR.00:01:04 | 1.11 |
| 12/07/2009 | EXTN.795544, TEL.4105314751, S.T.18:29, DUR.00:00:42 | 0.56 |
| 12/07/2009 | EXTN.795475, TEL.3026574900, S.T.12:46, DUR.00:06:22 | 3.89 |
| 12/11/2009 | VENDOR: Chase Card Services; INVOICE#: 120209; DATE: 12/2/2009 - visa charge 11/30/09 Court Call LLC | 37.00 |
| 12/15/2009 | EXTN.796689, TEL.3128622819, S.T.14:19, DUR.00:00:45 | 0.56 |
| 12/16/2009 | EXTN.796689, TEL.3128622819, S.T.12:18, DUR.00:01:08 | 1.11 |
| 12/21/2009 | EXTN.795562, TEL.9734678282, S.T.14:33, DUR.00:02:35 | 1.67 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Long Distance Telephone Total** | **52.14** |
| **Duplicating Costs-in House** | | |
| 12/01/2009 | | 1.40 |
| 12/01/2009 | | 0.60 |
| 12/04/2009 | | 96.90 |
| 12/22/2009 | | 0.10 |
| 12/22/2009 | | 0.10 |
| 12/28/2009 | | 0.10 |
| 12/29/2009 | | 0.10 |
| 12/30/2009 | | 14.00 |
| 12/31/2009 | | 7.10 |
| | **Duplicating Costs-in House Total** | **120.40** |
| **Postage** | | |
| 12/02/2009 | Postage Charged on 12/02/2009 18:00 | 15.66 |
| | **Postage Total** | **15.66** |
| **Outside Professional Services** | | |
| 12/02/2009 | VENDOR: ParaDocs; INVOICE#: 6373; DATE: 12/2/2009 – CC/BLG – Post Confirmation Reply e-brief hyperlinking | 1,647.05 |
| | **Outside Professional Services Total** | **1,647.05** |
| **Miscellaneous** | | |
| 12/22/2009 | VENDOR(EE): MQUARTARARO: 12/09/09 - 12/17/09; flash drives to store and transport post trial e-briefs. | 49.95 |
| | **Miscellaneous Total** | **49.95** |
| **Travel Expenses - Transportation** | | |
| 12/01/2009 | VENDOR: AMEX; KRIEGER MAER/ARLENE LGA PIT LGA on 11/25/2009 | 249.20 |
| 12/01/2009 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 11/25/2009 (Service Fee) | 32.25 |
| 12/01/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 11/24/2009 | 921.20 |
| 12/01/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 11/24/2009 (Service Fee) | 32.25 |

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Travel Expenses - Transportation Total** | **1,234.90** |
| **Westlaw** | | |
| 12/04/2009 | Transactional Search by Pasquale, Kenneth | 164.25 |
| 12/10/2009 | Transactional Search by Krieger, Arlene G. | 27.50 |
| 12/16/2009 | Transactional Search by Krieger, Arlene G. | 27.50 |
| 12/17/2009 | Transactional Search by Pasquale, Kenneth | 42.75 |
| | **Westlaw Total** | **262.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 150.26 |
| Long Distance Telephone | 52.14 |
| Duplicating Costs-in House | 120.40 |
| Postage | 15.66 |
| Outside Professional Services | 1647.05 |
| Miscellaneous | 49.95 |
| Travel Expenses - Transportation | 1234.90 |
| Westlaw | 262.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,532.36 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.