# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

January 14, 2010                                      INVOICE:            235750

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 12/31/09**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/01/09 | Finish researching and documenting project using PACER. | W001 | AHP | 0.80 |
| 12/01/09 | Continued to review and revise newly received insurance company "cash receipts" information. | W001 | HEG | 1.80 |
| 12/01/09 | Work on cost data adjustments (4.20); calculate NPV for insurance company (1.20). | W001 | MG | 5.40 |
| 12/01/09 | Attention to settlement negotiations with different insurance companies (.80).  Draft and send analysis to the ACC regarding a settlement with A.G. Belge  (2.40). | W001 | RMH | 3.20 |
| 12/01/09 | Review and analysis of recent pleadings for insurance related matters (1.20). Research and analysis regarding remaining insurance coverage portfolio (2.60). Prepare analysis of post-trial briefs regarding insurance issues (1.70). | W001 | RYC | 5.50 |
| 12/02/09 | Begin reviewing and revising time and expense entries. | W011 | AHP | 0.80 |
| 12/02/09 | Continued revision of insurance company paid "cash receipts" spreads based on updated figures. | W001 | HEG | 2.20 |
| 12/02/09 | Work on cost data adjustments. | W001 | MG | 2.80 |
| 12/02/09 | Research and review of insurance insolvency issues (2.20).  Research and draft analysis regarding settlement discussion issues (1.60). | W001 | RYC | 3.80 |
| 12/03/09 | Continue reviewing and revising time and expense entries (1.60) request and review additional backup for expenses (.30). | W011 | AHP | 1.90 |
| 12/03/09 | Reviewed settlement agreements re: status of payments. | W001 | IF | 1.10 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                       EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | | 235750 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/03/09 | Attention to AG Belge settlement (1.80). Attention to other settlement negotiations (.60). | W001 | RMH | 2.40 |
| 12/03/09 | Analysis regarding potential unrecoverable insurance (4.40). Research regarding insurance coverage issues for post-trial confirmation closing arguments (2.20). | W001 | RYC | 6.60 |
| 12/04/09 | Revise list of all policies currently in effect written by non-settled companies (.70); analysis of selected umbrella and excess policies re: follow form, limits, exclusions and other coverage issues (4.40). | W001 | GFF | 5.10 |
| 12/04/09 | Proof of claim queries researched per R. Chung request (1.20); continued to revise and update insolvency amounts paid as part of "cash receipts" data received (.40); began research into potential new proof of claim submissions and notice of default appeals project per R. Horkovich request (2.20). | W001 | HEG | 3.80 |
| 12/04/09 | Reviewed insolvent insurance company status and update information. | W001 | IF | 1.60 |
| 12/04/09 | Reviewed and updated unsettled available coverage. | W001 | IF | 1.30 |
| 12/04/09 | Work on cost data adjustments. | W001 | MG | 2.70 |
| 12/04/09 | Attention to AG Belge settlement (1.80). Attention to new report to the ACC regarding the insurance asset (1.80). Attention to other settlement negotiations (1.60). | W001 | RMH | 5.20 |
| 12/04/09 | Analysis regarding potential recovery of insolvent insurance coverage (1.80). Review and update memorandum regarding available products liability insurance coverage (1.90). Attention to post-confirmation insurance coverage issues (1.70). | W001 | RYC | 5.40 |
| 12/06/09 | Research and analysis of post-confirmation closing issues related to insurance. | W001 | RYC | 1.50 |
| 12/07/09 | Proof and make additional changes and revisions (2.20); continue reviewing time and expense entries (2.40). | W011 | AHP | 4.60 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | | 235750 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/07/09 | Analysis of selected reimbursement agreements re: scope of coverage, method of payment, indemnification and other coverage issues. | W001 | GFF | 4.80 |
| 12/07/09 | Additional dissemination of newly received insurance company payment data (1.80); continued research, discussion and communications related to determining status of various historically insolvent insurers (2.60). | W001 | HEG | 4.40 |
| 12/07/09 | Reviewed status re: insolvent insurance companies and proofs of claims. | W001 | IF | 2.20 |
| 12/07/09 | Updated information re: new settlement agreements. | W001 | IF | 1.30 |
| 12/07/09 | Work with revised claims data for allocation. | W001 | MG | 4.30 |
| 12/07/09 | Update insurance valuation report. | W001 | RMH | 2.00 |
| 12/07/09 | Research and analysis involving insolvent insurance company recoveries (1.90). Prepare insurance settlement demand response (2.80). Review post-confirmation closing issues related to insurance (1.30). | W001 | RYC | 6.00 |
| 12/08/09 | Analysis of selected reimbursement agreements re: method of payment, scope of coverage and other coverage issues (2.90); review and revise settlement and reimbursement agreement spreadsheets (1.20). | W001 | GFF | 4.10 |
| 12/08/09 | Continued research, discussion and communication regarding status of various historic insolvent insurance companies and remaining response options available per R. Horkovich request. | W001 | HEG | 3.60 |
| 12/08/09 | Reviewed information re: insolvents. | W001 | IF | 1.10 |
| 12/08/09 | Continued to review new settlement agreements. | W001 | IF | 1.80 |
| 12/08/09 | Reviewed information re: insurance company payment. | W001 | IF | 0.90 |
| 12/08/09 | Work with revised claims data for allocation. | W001 | MG | 3.40 |
| 12/08/09 | Attention to settlement discussions. | W001 | RMH | 1.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | 235750 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/08/09 | Attention to pending settlements with certain insurance companies (1.20). Research and analysis of remaining insolvent coverage (2.10). | W001 | RYC | 3.30 |
| 12/09/09 | Analysis of selected insurance policies re: follow form, aggregates, attachment points and other coverage issues (2.70); revise insurance policy data spreadsheets (1.20). | W001 | GFF | 3.90 |
| 12/09/09 | Continued research and communications re: insolvent insurance companies' status and potential response options. | W001 | HEG | 3.80 |
| 12/09/09 | Reviewed information re: insolvents and solvent schemes status. | W001 | IF | 5.10 |
| 12/09/09 | Reviewed settlement agreement status. | W001 | IF | 1.20 |
| 12/09/09 | Work with revised claims data for allocation. | W001 | MG | 4.40 |
| 12/09/09 | Attention to proof of claim (.50). Individual settlement negotiations (.80). | W001 | RMH | 1.30 |
| 12/09/09 | Attention to plan objections in connection with insurance coverage issues (2.20). Research and review issues relating to historical recovery in connection with impaired insurance coverage (3.10). | W001 | RYC | 5.30 |
| 12/09/09 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 12/10/09 | Analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (2.40); revise insurance policy summary spreadsheets (.80). | W001 | GFF | 3.20 |
| 12/10/09 | Additional insolvent insurance company status research and response options explored. | W001 | HEG | 0.90 |
| 12/10/09 | Reviewed insolvent insurance company status. | W001 | IF | 2.90 |
| 12/10/09 | Analysis of coverage-in-place agreements in connection with settlement matters (1.90). Review documentation and status of insolvent insurance companies with unresolved status issues (2.30). Attention to allocation issues relating to settlement discussions (.60). | W001 | RYC | 4.80 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                                MATTER:        100055.WRG01

January 14, 2010                                              INVOICE:       235750

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/11/09 | Review, identify, and prepare specific policy provisions in Grace's Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 2.90 |
| 12/11/09 | Review and revise spreadsheets re: reimbursement agreements. | W001 | GFF | 0.70 |
| 12/11/09 | Continued insolvency status research, discussion and communications (1.30); working set of potential response options created for R. Chung (1.60). | W001 | HEG | 2.90 |
| 12/11/09 | Reviewed information re: insolvent insurance companies that require urgent action. | W001 | IF | 0.80 |
| 12/11/09 | Searched files and in-house resources re: insurance company demand letters and responses. | W001 | IF | 0.60 |
| 12/11/09 | Reviewed demand letter and reimbursement agreement. | W001 | IF | 1.10 |
| 12/11/09 | Updated and revised information re: cash receipts. | W001 | IF | 1.30 |
| 12/11/09 | Review allocation model and email exchange re: same. | W001 | MG | 1.30 |
| 12/11/09 | Work with revised claims data for allocation. | W001 | MG | 4.40 |
| 12/11/09 | Attention to exposure and analyze same. | W001 | RMH | 1.60 |
| 12/11/09 | Review documentation and status of insolvent insurance companies with unresolved recovery status issues (2.40).  Update and digest recent correspondence and pleadings (1.40). | W001 | RYC | 3.80 |
| 12/14/09 | Review revisions (.80); review and respond to multiple e-mails requesting information (.60). | W011 | AHP | 1.40 |
| 12/14/09 | Review and revise Plan Exhibit 5 (1.60); analysis of selected insurance policies re: limits, follow form, exclusions and other asbestos coverage issues (1.80). | W001 | GFF | 3.40 |
| 12/14/09 | Assisted with revisions to disclosure statement Exhibit 5 (2.70); research insolvency issues (1.60). | W001 | HEG | 4.30 |
| 12/14/09 | Reviewed confirmation plan Exhibit 5 for updating. | W001 | IF | 2.30 |
| 12/14/09 | Reviewed information re: insolvents. | W001 | IF | 1.40 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

January 14, 2010                              INVOICE:   235750

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/14/09 | Work on insolvency issues and review of emails re: insurance company. | W001 | MG | 1.20 |
| 12/14/09 | Work on revised Libby allocation. | W001 | MG | 5.10 |
| 12/14/09 | Hearing with Judge Fitzgerald (1.00). Conference call regarding upcoming settlement meeting (.90). Prepare for presentation at settlement negotiation (1.80). | W001 | RMH | 3.70 |
| 12/14/09 | Draft analysis in connection with insolvent/impaired Grace insurance companies (3.40). Research and review insurance issues related to post-confirmation hearings (1.30). Attention to potential settlement related matters (1.50). | W001 | RYC | 6.20 |
| 12/14/09 | Follow-up regarding fee application matters. | W011 | RYC | 0.10 |
| 12/15/09 | Proof revisions, finalize fee application and time/expense entries and release. | W011 | AHP | 1.60 |
| 12/15/09 | Continued assistance with revisions to disclosure statement Ex. 5. | W001 | HEG | 3.10 |
| 12/15/09 | Reviewed and updated Exhibit 5. | W001 | IF | 1.10 |
| 12/15/09 | Obtained agreement briefs and approval order. | W001 | IF | 0.80 |
| 12/15/09 | Reviewed status with insolvents for request. | W001 | IF | 0.60 |
| 12/15/09 | Work on revised allocation with new dollar figure. | W001 | MG | 2.40 |
| 12/15/09 | Attention to modification of plan and draft mediation of Exhibit 5. | W001 | RMH | 4.60 |
| 12/15/09 | Prepare insolvent/impaired analysis (2.20). Work on post-confirmation preparation for insurance recovery (2.40). Research and analysis regarding insurance settlement related issues (1.70). | W001 | RYC | 6.30 |
| 12/16/09 | Review, identify, and prepare binders and specific policy provisions in Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.60 |
| 12/16/09 | Analysis of selected insurance policies re: follow form, exclusions, limits, aggregates and other coverage issues (2.40); review and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 3.60 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | | 235750 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/16/09 | Potentially settling insurance company participation research (.60); additional Ex. 5 revisions (.60); preparation assistance for presentation (1.10). | W001 | HEG | 2.30 |
| 12/16/09 | Reviewed status of proof of claim submission and response. | W001 | IF | 0.60 |
| 12/16/09 | Reviewed and prepared summary of settlements during bankruptcy. | W001 | IF | 0.60 |
| 12/16/09 | Work on revised allocation with limited policies. | W001 | MG | 2.30 |
| 12/16/09 | Analysis of exposure (7.30). Settlement negotiation with foreign insurance company (2.30). | W001 | RMH | 9.60 |
| 12/16/09 | Review and analysis of revised claims data and information (1.30). Continue research and analysis regarding Libby insurance settlement related issues (4.80). Attention to insurance settlement matters with specific insurance company (.70). | W001 | RYC | 6.80 |
| 12/17/09 | Review and prepare documents in connection with 2009 analysis (1.20); update monitoring chart (.60). | W011 | AHP | 1.80 |
| 12/17/09 | Review, identify, and prepare specific policy provisions in Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.80 |
| 12/17/09 | Additional research and revisions of presentation materials. | W001 | HEG | 1.90 |
| 12/17/09 | Reviewed and updated policy chart reflecting insurance companies. | W001 | IF | 0.90 |
| 12/17/09 | Work on revised allocation with limited policies. | W001 | MG | 2.60 |
| 12/17/09 | Analysis of claims liability exposure (2.30). Settlement negotiations with foreign insurance company (.90). | W001 | RMH | 3.20 |
| 12/17/09 | Prepare issue summaries for settlement discussions (5.20). Attention to settlement agreement negotiations (.90). Attention to issues pertaining to insolvent/impaired insurance recoveries (.30). | W001 | RYC | 6.40 |
| 12/18/09 | Performed research re: standards for coverage issues raised in settlement discussions. | W001 | AMA | 4.20 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | | 235750 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/18/09 | Insurance policy analysis re: follow form, limits and other coverage issues. | W001 | GFF | 2.30 |
| 12/18/09 | Assisted R. Horkovich with insurance company status research. | W001 | HEG | 2.10 |
| 12/18/09 | Searched files and in-house resources re: proof of claim status and settlement agreement. | W001 | IF | 1.10 |
| 12/18/09 | Searched files and in-house resources re: comparison of new settlement agreements with draft settlement agreement. | W001 | IF | 1.20 |
| 12/18/09 | Work on revised allocation. | W001 | MG | 2.20 |
| 12/18/09 | Work on insolvent claim issues. | W001 | MG | 2.30 |
| 12/18/09 | Meeting with liquidators and Missouri Insurance Commissioners (5.20). Prepare for same (1.20). Conference with David Geronomous regarding settlement negotiations (.40). Prepare for presentation in settlement negotiation (1.60). | W001 | RMH | 8.40 |
| 12/18/09 | Prepare for settlement discussions with insurance carrier including drafting issue summaries (4.50). Prepare settlement agreement with special negotiated provisions (1.80). | W001 | RYC | 6.30 |
| 12/19/09 | Draft settlement agreement (1.50). Research regarding settlement discussion insurance coverage issues (1.40). | W001 | RYC | 2.90 |
| 12/21/09 | Finalize end-of-year review of documents and setting up for 2010. | W011 | AHP | 1.20 |
| 12/21/09 | Digest research re: settlement issues. | W001 | AMA | 0.30 |
| 12/21/09 | Analysis of selected settlement agreements re: amounts, method of payment, releases and other issues (.90); analysis of selected insurance policies re: limits, exclusions and other asbestos coverage issues (1.20). | W001 | GFF | 2.10 |
| 12/21/09 | Research and assistance re: proposed settlement. | W001 | HEG | 1.30 |
| 12/21/09 | Reviewed and updated available products limits information. | W001 | IF | 1.70 |
| 12/21/09 | Reviewed new settlement agreement information. | W001 | IF | 1.40 |
| 12/21/09 | Work on insolvent claim issues | W001 | MG | 2.30 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | | 235750 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/21/09 | Settlement meeting in D.C. (4.30). Preparation for same (1.70). Follow-up (1.60). Analyze separate settlement agreement (.60). | W001 | RMH | 8.20 |
| 12/21/09 | One half time charge for travel to and from Washington D.C. for settlement meeting. | W019 | RMH | 2.00 |
| 12/21/09 | Research and analysis regarding settlement related insurance coverage defenses (3.40). Research regarding deductible issues (1.30). Prepare response to settlement letter (1.30). Draft settlement agreement (2.20). | W001 | RYC | 8.20 |
| 12/22/09 | Analysis of selected insurance policies re: follow form, deductibles, exclusions, aggregates and other asbestos coverage issues (2.90); draft/revise memo re: deductibles (.80). | W001 | GFF | 3.70 |
| 12/22/09 | Researched primary layer retro and deductible issues. | W001 | HEG | 2.20 |
| 12/22/09 | Reviewed settlement agreements re: deductibles and retro plans. | W001 | IF | 1.90 |
| 12/22/09 | Reviewed updated available "products limits." | W001 | IF | 0.80 |
| 12/22/09 | Work on insolvent claim issues. | W001 | MG | 3.20 |
| 12/22/09 | Attention to deadline for primary layer. | W001 | RMH | 3.10 |
| 12/22/09 | Update and analysis of insurance settlement status (.80). Research and analysis of insurance coverage defenses raised during insurance settlement discussions (4.50). Prepare settlement agreement (2.40). | W001 | RYC | 7.70 |
| 12/23/09 | Analysis of selected settlement agreements re: amounts, method of payment, deductible issues and other issues (3.10); draft memo re: settlements and deductible issues (1.20); analysis of selected insurance policies re: limits, exclusions, deductibles and other asbestos coverage issues (2.90). | W001 | GFF | 7.20 |
| 12/23/09 | Continued deductible retro policy and agreement review. | W001 | HEG | 3.10 |
| 12/23/09 | Reviewed settlement agreements re: application of deductible. | W001 | IF | 5.10 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | | 235750 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/23/09 | Continue review of settlement agreements re: application of deductible. | W001 | MG | 2.70 |
| 12/23/09 | Attention to application of deductible (2.20). Conference call with Debtor regarding same (.80). Settlement negotiations with other insurance companies (2.30). | W001 | RMH | 5.30 |
| 12/23/09 | Follow-up analysis of insurance settlement status (.70). Finalize settlement agreement for review (4.60). Finalize settlement discussion legal arguments for review (2.80). | W001 | RYC | 8.10 |
| 12/24/09 | Analysis of selected insurance policies re: limits, exclusions, follow form and other coverage issues. | W001 | GFF | 2.20 |
| 12/24/09 | Reviewed products coverage (.80) Reviewed settlement agreements. (1.20) Reviewed additional settlement agreement (.40) | W001 | IF | 2.40 |
| 12/24/09 | Attention to settlement negotiations with 2 different insurance companies. | W001 | RMH | 1.70 |
| 12/26/09 | Attention to settlement related matters and follow-up research and analysis regarding same. | W001 | RYC | 2.20 |
| 12/28/09 | Research re: post-bankruptcy insurance recovery. | W001 | AMA | 0.70 |
| 12/28/09 | Analysis of selected insurance policies regarding follow form, limits, exclusions and other coverage issues (1.40); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.20 |
| 12/28/09 | Proposed settlement assistance. | W001 | HEG | 2.40 |
| 12/28/09 | Reviewed settlement agreement Exhibit A. | W001 | IF | 0.90 |
| 12/28/09 | Work on settlement agreement. | W001 | RMH | 0.80 |
| 12/28/09 | Revise settlement agreement with insurance company for plan proponent review (2.40). Prepare post-bankruptcy insurance coverage recovery efforts by anticipated Trust (2.90). | W001 | RYC | 5.30 |
| 12/29/09 | Research re: upcoming proof of claim submission. | W001 | HEG | 3.70 |
| 12/29/09 | Helped to review status of submission. | W001 | IF | 0.80 |
| 12/29/09 | Work on NPV calculation. | W001 | MG | 0.90 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 14, 2010                               INVOICE:          235750

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/29/09 | Work on settlement agreement (.60).  Assist with closing argument (.60). | W001 | RMH | 1.20 |
| 12/29/09 | Revise settlement agreement consistent with comments and follow-up research (3.20). Attention to issues relating to completed operations insurance coverage under New York law (1.00). | W001 | RYC | 4.20 |
| 12/30/09 | Continued research re: status of proof of claim submission. | W001 | HEG | 3.10 |
| 12/30/09 | Search files and in-house database resources re: complaints. | W001 | IF | 0.80 |
| 12/30/09 | Helped to review status of submission. | W001 | IF | 0.60 |
| 12/30/09 | Continue work on settlement agreement (.40). continue to assist with closing argument (.40). | W001 | RMH | 0.80 |
| 12/30/09 | Prepare further revisions to settlement agreement (2.80).  Review and analysis regarding confirmation related insurance coverage issues (2.60). | W001 | RYC | 5.40 |
| 12/31/09 | Searched files and in-house database resources re: pursuit of coverage against non-settling insurance companies. | W001 | IF | 1.10 |
| 12/31/09 | Attention to settlement negotiations. | W001 | RMH | 2.40 |

**TOTAL FEES:**                                                   **$208,970.00**

{D0169259.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

January 14, 2010                                         INVOICE:         235750

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| A. Marcello Antonucci | 280.00 | 5.20 | 1,456.00 |
| Arline H Pelton | 230.00 | 14.10 | 3,243.00 |
| Corina K Nastu | 210.00 | 6.30 | 1,323.00 |
| Glenn F Fields | 315.00 | 48.50 | 15,277.50 |
| Harris E Gershman | 255.00 | 52.90 | 13,489.50 |
| Izak Feldgreber | 275.00 | 52.40 | 14,410.00 |
| Mark Garbowski | 545.00 | 55.90 | 30,465.50 |
| Robert M Horkovich | 845.00 | 72.50 | 61,262.50 |
| Robert Y Chung | 555.00 | 122.60 | 68,043.00 |
| **TOTAL FEES:** |  |  | **$208,970.00** |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                       MATTER:      100055.WRG01

January 14, 2010                                     INVOICE:           235750

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                     | HOURS  | TOTALS      |
|---------------------|-------:|------------:|
| Arline H Pelton     | 0.80   | 184.00      |
| A. Marcello Antonucci | 5.20 | 1,456.00    |
| Corina K Nastu      | 6.30   | 1,323.00    |
| Glenn F Fields      | 48.50  | 15,277.50   |
| Harris E Gershman   | 52.90  | 13,489.50   |
| Izak Feldgreber     | 52.40  | 14,410.00   |
| Mark Garbowski      | 55.90  | 30,465.50   |
| Robert M Horkovich  | 70.50  | 59,572.50   |
| Robert Y Chung      | 122.00 | 67,710.00   |
| **TOTAL:**          | **414.50** | **$203,888.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                     | HOURS  | TOTALS    |
|---------------------|-------:|----------:|
| Arline H Pelton     | 13.30  | 3,059.00  |
| Robert Y Chung      | 0.60   | 333.00    |
| **TOTAL:**          | **13.90** | **$3,392.00** |

ACTIVITY CODE: W019        Travel (non-working)

|                     | HOURS  | TOTALS    |
|---------------------|-------:|----------:|
| Robert M Horkovich  | 2.00   | 1,690.00  |
| **TOTAL:**          | **2.00** | **$1,690.00** |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

January 14, 2010                                        INVOICE:           235750

MATTER:  CLAIMANTS COMMITTEE                                     ROBERT M. HORKOVICH

**COSTS through 12/31/09**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 12/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges for the Period November 1, 2009 - November 30, 2009 | E106 | 590.79 |
| 12/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges for the Period November 1, 2009 - November 30, 2009 | E106 | 6.82 |
| 12/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges for the Period November 1, 2009 - November 30, 2009 | E106 | 30.64 |
| 12/01/09 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges for the Period November 1, 2009 - November 30, 2009 | E106 | 2.41 |
| 12/01/09 | DI - PHOTOCOPYING | E101 | 0.40 |
| 12/01/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 12/02/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 12/02/09 | DI - PHOTOCOPYING | E101 | 1.30 |
| 12/03/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 12/03/09 | DI - PHOTOCOPYING | E101 | 6.40 |
| 12/04/09 | DI - PHOTOCOPYING | E101 | 3.20 |
| 12/04/09 | DI - PHOTOCOPYING | E101 | 0.90 |
| 12/04/09 | DI - PHOTOCOPYING | E101 | 0.20 |
| 12/04/09 | DI - PHOTOCOPYING | E101 | 1.90 |
| 12/04/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 12/04/09 | DI - PHOTOCOPYING | E101 | 2.00 |
| 12/07/09 | AP - TELEPHONE - VENDOR: COURT CALL LLC Telephonic hearing appearances | E125 | 30.00 |
| 12/07/09 | Reversal from Void Check Number: 8599 Bank ID: WACHOVNY Voucher ID: 82106 Vendor: COURT CALL LLC | E125 | (30.00) |
| 12/07/09 | DI - PHOTOCOPYING | E101 | 3.00 |
| 12/08/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 12/08/09 | DI - PHOTOCOPYING | E101 | 23.40 |
| 12/08/09 | DI - PHOTOCOPYING | E101 | 0.50 |

{D0169259.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 15

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| January 14, 2010 | | INVOICE: | 235750 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 12/09/09 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 943717264 Tracking Number: 791249709511 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Kevin Kelly, The Home Ins Co in Liquidati, 59 MAIDEN LN 5, NEW YORK CITY, NY, 10038, US | E107 | 17.51 |
| 12/09/09 | DI - PHOTOCOPYING | E101 | 1.20 |
| 12/09/09 | DI - PHOTOCOPYING | E101 | 141.50 |
| 12/09/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 12/09/09 | DI - PHOTOCOPYING | E101 | 3.20 |
| 12/09/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 12/10/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 0.50 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 1.40 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 1.10 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 3.00 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 2.80 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 12/11/09 | DI - PHOTOCOPYING | E101 | 1.00 |
| 12/14/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 12/14/09 | DI - PHOTOCOPYING | E101 | 21.60 |
| 12/15/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. CourtCall telephonic appearance in front of Judge Fitzgerald 10/26/09 | E125 | 65.00 |
| 12/15/09 | DI - PHOTOCOPYING | E101 | 0.80 |
| 12/15/09 | DI - PHOTOCOPYING | E101 | 7.20 |
| 12/15/09 | DI - PHOTOCOPYING | E101 | 2.80 |
| 12/15/09 | DI - PHOTOCOPYING | E101 | 9.90 |
| 12/15/09 | DI - PHOTOCOPYING | E101 | 62.60 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                                MATTER:    100055.WRG01

January 14, 2010                                                                 INVOICE:         235750

MATTER:  CLAIMANTS COMMITTEE                                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 12/16/09 | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS  ACCT # 118FDM 11/09 services | E125 | 380.52 |
| 12/16/09 | DI - PHOTOCOPYING | E101 | 0.30 |
| 12/16/09 | DI - PHOTOCOPYING | E101 | 0.10 |
| 12/18/09 | DI - PHOTOCOPYING | E101 | 16.20 |
| 12/18/09 | DI - PHOTOCOPYING | E101 | 29.00 |
| 12/18/09 | DI - PHOTOCOPYING | E101 | 111.00 |
| 12/22/09 | DI - PHOTOCOPYING | E101 | 9.30 |
| 12/22/09 | DI - PHOTOCOPYING | E101 | 11.50 |
| 12/22/09 | DI - PHOTOCOPYING | E101 | 0.60 |
| 12/22/09 | DI - PHOTOCOPYING | E101 | 0.70 |
| 12/23/09 | DI - PHOTOCOPYING | E101 | 13.40 |
| 12/23/09 | DI - PHOTOCOPYING | E101 | 92.50 |
| 12/24/09 | AIRFREIGHT  FedEx#: 0100-3528-7  Invoice: 945244822  Tracking Number: 791515564873  Reference: 100055 WRG01 02 594           Billing Note:    From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US  To: Elizabeth M  DeCristofaro, Esq, Ford Marrin Esposito Witmeyer, Wall Street Plaza, 23rd Floor , NEW YORK CITY, NY, 10005, US | E107 | 7.51 |
| 12/24/09 | DI - PHOTOCOPYING | E101 | 5.20 |
| 12/28/09 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Cell phone charges | E125 | 106.61 |
| 12/28/09 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Taxi charges to/from DC airport for settlement discussions | E110 | 38.00 |
| 12/28/09 | DI - PHOTOCOPYING | E101 | 10.60 |
| 12/30/09 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 12/22/09 - CARFARE - HAD TO GO TO USDC/SDNY TO GT AND ACCESSSION    NUMBER & LOCATION NUMBER FOR R. CHUNG | E109 | 4.50 |
| 12/30/09 | DI - PHOTOCOPYING - | E101 | 0.30 |

**TOTAL COSTS:**                                                                                     **$1,862.01**

{D0169259.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:    100055.WRG01

January 14, 2010                                          INVOICE:        235750

MATTER:  CLAIMANTS COMMITTEE                                   ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 25.02 |
| LB | LIBRARY & LEGAL RESEARCH | 630.66 |
| LT | LOCAL TRAVEL | 4.50 |
| MY | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS | 380.52 |
| TE | AP - TELEPHONE - | 171.61 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 38.00 |
| XE | DI - PHOTOCOPYING - | 611.70 |
|  | **TOTAL COSTS:** | **$1,862.01** |
|  | **TOTAL DUE:** | **$210,832.01** |

{D0169259.1 }