Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2009 through December 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Dec-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 03-Dec-09 | BR | Review of text portion of Grace 10-Q for the 3Q09. | 1.40 | $ 595.00 | $ 833.00 |
| 03-Dec-09 | BR | Review of financial statements set forth in Grace 10-Q for the 3Q09. | 2.30 | $ 595.00 | $ 1,368.50 |
| 03-Dec-09 | BR | Comparison of operating results for the 3Q09 with results from the year-earlier quarter and with 1Q09 and 2Q09. | 2.60 | $ 595.00 | $ 1,547.00 |
| 04-Dec-09 | BR | Review of Grace operating and financial reports for October 2009. | 2.60 | $ 595.00 | $ 1,547.00 |
| 07-Dec-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 15-Dec-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 21-Dec-09 | BR | Review of memorandum regarding Project Surf. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total Bradley Rapp | 10.00 | | $ 5,950.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-Dec-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 07-Dec-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 09-Dec-09 | JS | Review, analyze Sealed Air comparable company market multiple valuation from P Cramp and selected materials on comparable companies for valuation and monitoring for purposes of advising ACC counsel. | 2.90 | $ 595.00 | $ 1,725.50 |
| 10-Dec-09 | JS | Review, analyze Grace Monthly Operating Report for October 2009 and YTD for monitoring. | 2.20 | $ 595.00 | $ 1,309.00 |
| 11-Dec-09 | JS | Review, analyze selected materials on additional companies for comparable company market multiple valuation of Grace for valuation and monitoring for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 11-Dec-09 | JS | Review, analyze Grace comparable company market multiple valuation from P. Cramp for valuation and monitoring for purposes of advising ACC counsel. | 1.70 | $ 595.00 | $ 1,011.50 |
| 15-Dec-09 | JS | Review information on expansion of polypropylene catalyst capacity and pricing and settlement package valuation materials for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 21-Dec-09 | JS | Review analyze Project Surf transaction materials for due diligence and for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| 30-Dec-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total James Sinclair | 13.70 | | $ 8,151.50 |
| Robert Lindsay - Managing Director | | | | | |
| 23-Dec-09 | RL | Reviewed and forwarded updated November invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| Peter Cramp - Senior Analyst | | | | | |
| 02-Dec-09 | PC | Review weekly share price and settlement package value update prepared by G. Sinclair for due diligence. | 0.30 | $ 275.00 | $ 82.50 |
| 03-Dec-09 | PC | Revise comparable company market multiple valuation at request of J. Sinclair. Review SEC filings of additional comparable companies and include in valuation. | 5.40 | $ 275.00 | $ 1,485.00 |
| 03-Dec-09 | PC | Review and analyze October Monthly Operation Report for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 07-Dec-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 275.00 | $ 577.50 |
| 07-Dec-09 | PC | Prepare comparable company market multiple valuation for Sealed Air for due diligence and valuation monitoring. | 3.40 | $ 275.00 | $ 935.00 |
| 09-Dec-09 | PC | Revise Sealed Air comparable company market multiple valuation at request of J. Sinclair and discuss with same. | 3.80 | $ 275.00 | $ 1,045.00 |
| 15-Dec-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| | | Total Peter Cramp | 17.50 | | $ 4,812.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2009 through December 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Gibbons Sinclair - Analyst | | | | | |
| 23-Dec-10 | GS | Draft November 09 Invoice. | 1.60 | $ 220.00 | $ 352.00 |
| 29-Dec-10 | GS | Update weekly share price update and settlement package for week of December 18th, 2009 for due diligence. | 1.90 | $ 220.00 | $ 418.00 |
| 30-Dec-09 | GS | Update weekly share price update and settlement package for the week of December 24, 2009 for due diligence. | 1.80 | $ 220.00 | $ 396.00 |
| | | Total Gibbons Sinclair | 5.30 | | $ 1,166.00 |
| | | **TOTAL** | 46.70 | | $ 20,190.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2009 through December 31, 2009

| Date | Staff | Description | Hours | 2009 Rate | Amount |
|---|---|---|---|---|---|
| Business Operations/Due Diligence | | | | | |
| 02-Dec-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 02-Dec-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 02-Dec-09 | PC | Review weekly share price and settlement package value update prepared by G. Sinclair for due diligence. | 0.30 | $ 275.00 | $ 82.50 |
| 03-Dec-09 | PC | Review and analyze October Monthly Operation Report for due diligence. | 1.20 | $ 275.00 | $ 330.00 |
| 07-Dec-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 07-Dec-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 07-Dec-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 275.00 | $ 577.50 |
| 15-Dec-09 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 15-Dec-09 | JS | Review information on expansion of polypopylene catalyst capacity and pricing and settlement package valuyation materials for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 15-Dec-09 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 21-Dec-09 | JS | Review analyze Project Surf transaction materials for due diligence and for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| 30-Dec-09 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 30-Dec-09 | GS | Update weekly share price update and settlement package for the week of December 24, 2009 for due diligence. | 1.80 | $ 220.00 | $ 396.00 |
| 29-Dec-10 | GS | Update weekly share price update and settlement package for week of December 18th, 2009 for due diligence. | 1.90 | $ 220.00 | $ 418.00 |
| | | Total Business Operations/Due Diligence | 13.40 | | $ 5,017.50 |
| Fee Applications (Applicant) | | | | | |
| 23-Dec-09 | RL | Reviewed and forwarded November invoice to counsel. | 0.20 | $ 550.00 | $ 110.00 |
| 23-Dec-10 | GS | Draft November 09 Invoice. | 1.60 | $ 220.00 | $ 352.00 |
| | | Total Fee Applications (Applicant) | 1.80 | | $ 462.00 |
| Valuation | | | | | |
| 03-Dec-09 | BR | Review of text portion of Grace 10-Q for the 3Q09. | 1.40 | $ 595.00 | $ 833.00 |
| 03-Dec-09 | BR | Review of financial statements set forth in Grace 10-Q for the 3Q09. | 2.30 | $ 595.00 | $ 1,368.50 |
| 03-Dec-09 | BR | Comparison of operating results for the 3Q09 with results from the year-earlier quarter and with 1Q09 and 2Q09. | 2.60 | $ 595.00 | $ 1,547.00 |
| 03-Dec-09 | PC | Revise comparable company market multiple valuation at request of J. Sinclair.  Review SEC filings of additional comparable companies and include in valuation. | 5.40 | $ 275.00 | $ 1,485.00 |
| 04-Dec-09 | BR | Review of Grace operating and financial reports for October 2009. | 2.60 | $ 595.00 | $ 1,547.00 |
| 07-Dec-09 | PC | Prepare comparable company market multiple valuation for Sealed Air for due diligence and valuation monitoring. | 3.40 | $ 275.00 | $ 935.00 |
| 09-Dec-09 | JS | Review, analyze Sealed Air comparable company market multiple valuation from P Cramp and selected materials on comparable companies for valuation and monitoring for purposes of advising ACC counsel. | 2.90 | $ 595.00 | $ 1,725.50 |
| 09-Dec-09 | PC | Revise Sealed Air comparable company market multiple valuation at request of J. Sinclair and discuss with same. | 3.80 | $ 275.00 | $ 1,045.00 |
| 10-Dec-09 | JS | Review, analyze Grace Monthly Operating Report for October 2009 and YTD for monitoring. | 2.20 | $ 595.00 | $ 1,309.00 |
| 11-Dec-09 | JS | Review, analyze selected materials on additional companies for comparable company market multiple vaulation of Grace for valuation and monitoring for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 11-Dec-09 | JS | Review, analyze Grace comparable company market multiple valuation from P. Cramp for valuation and monitoring for purposes of acvising ACC counsel. | 1.70 | $ 595.00 | $ 1,011.50 |
| 21-Dec-09 | BR | Review of memorandum regarding Project Surf. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total Valuation | 31.50 | | $ 14,710.50 |
| | | **TOTAL** | 46.70 | | $ 20,190.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2009 through December 31, 2009
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 10.00 | $ 595.00 | $ 5,950.00 |
| James Sinclair - Senior Managing Director | 13.70 | $ 595.00 | $ 8,151.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 17.50 | $ 275.00 | $ 4,812.50 |
| Gibbons Sinclair - Analyst | 5.30 | $ 220.00 | $ 1,166.00 |
| Total Professional Hours and Fees | 46.70 | | $ 20,190.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - December 1, 2009 through December 31, 2009

| Date | Description of Item | Amount |
|---|---|---|
| 04-Dec-09 | Online Research - Alacra | $60.00 |
| | Total Expenses December 1, 2009 through December 31, 2009 | $60.00 |