## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                          December 1, 2009 to December 31, 2009

Invoice No. 33876

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 24.70 | 4,859.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 88.50 |
| B18 | Fee Applications, Others - | 4.20 | 784.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) - | 2.00 | 590.00 |
| B25 | Fee Applications, Applicant - | 4.90 | 866.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 4.10 | 1,209.50 |
| B36 | Plan and Disclosure Statement - | 21.70 | 6,345.00 |
| B37 | Hearings - | 6.50 | 1,904.00 |
| B41 | Relief from Stay Litigation - | 0.20 | 59.00 |
| B45 | Professional Retention Issues - | 1.50 | 442.50 |
| | **Total** | **70.10** | **$17,148.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 250.00 | 3.50 | 875.00 |
| Regina Matozzo | 125.00 | 11.50 | 1,437.50 |
| Steven G. Weiler | 230.00 | 0.90 | 207.00 |
| Theodore J. Tacconelli | 295.00 | 46.20 | 13,629.00 |
| Legal Assistant - MH | 125.00 | 6.40 | 800.00 |
| Legal Assistant - SEK | 125.00 | 1.60 | 200.00 |
| **Total** | | **70.10** | **$17,148.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                   **$1,090.01**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-16-09 | *Case Administration* - Review docket re status of case for week ending 11/15/09; memos to T. Tacconelli and L. Coggins re same | 0.40 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-17-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-18-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-19-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-20-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-23-09 | *Case Administration* - Review docket re status of case for week ending 11/22/09; memos to T. Tacconelli and L. Coggins re same | 0.70 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - 11/23/09 hearing follow-up | 0.50 | SEK |
| Nov-24-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Nov-25-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| Dec-01-09 | *Fee Applications, Others* - E-mail from B. Ruhlander re Hilton quarterly fee application and confer with T. Tacconelli re same | 0.20 | LLC |
| | *Fee Applications, Others* - Trade e-mails with B. Ruhlander re Hilton quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to T. Tacconelli re Hilton quarterly fee application status | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Oct. 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review fee auditor's final report re Orrick 33rd interim period with attachments | 0.20 | TJT |
| | *Fee Applications, Others* - Review correspondence from B. Ruhlander re W. D. Hilton fee application issues and confer with L. Coggins re status | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with Zurich | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Wachovia to debtors' motion to approve settlement with Allianz with attachments | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by PI Committee in debtors' reply post-trial brief re bank lender issues | 0.10 | TJT |
| | *Case Administration* - Update 2002 service lists and labels documents | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify Oct. 09 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Oct. 09 fee application | 0.40 | MH |
| Dec-02-09 | *Plan and Disclosure Statement* - E-mail from J. Boerger re correspondence to court | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review e-mail from D. Pastor re removal from e-mail service list | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by City of Vancouver, et al. to debtors' motion for summary judgment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Edwards plaintiffs | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from counsel for UCC to Judge Fitzgerald re BLG/USCC reply post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from counsel for OneBeacon/Seaton to Judge Fitzgerald re reply post-trial brief | 0.10 | TJT |
| Dec-03-09 | *Fee Applications, Others* - Review fee auditor's final report re fee applications without issues and forward to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from B. Ruhlander re fee auditor's final report re fee application with no issues | 0.10 | LLC |
| | *Case Administration* - Review 2019 statement by Cascino Vaughn | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Wall Street Journal article on asbestos trusts | 0.30 | TJT |
| | *Case Administration* - Review e-mail from B. Ruhlander re fee auditor's final report re 33rd interim period re no objections | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from counsel for GEICO to Judge Fitzgerald re reply post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of transmittal filed by CNA re reply post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of transmittal filed by Longacre re reply post-trial brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from counsel for CNA to Judge Fitzgerald re CNA hyperlinked reply post-trial brief | 0.10 | TJT |
| Dec-04-09 | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement of PD claim | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service re OneBeacon/Seaton reply post-trial brief hyperlinked version to court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from debtors to Judge Fitzgerald re certain hyperlinked reply post-trial briefs | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review certificate of counsel re Munoz motion for relief from stay | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-05-09 | *Case Administration* - Review fee auditor's final report re no objections for 33rd interim period | 0.30 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Detail review of debtors' monthly operating report for Oct. 09 re financial condition of debtor | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service filed by debtors re transmittal of certain reply post-trial hyperlinked briefs to court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of transmittal by GEICO re reply hyperlinked post-trial brief to court | 0.10 | TJT |
| Dec-06-09 | *Case Administration* - Review 2019 statement filed by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re K&E 33rd interim period with attachments | 0.80 | TJT |
| | *Case Administration* - Review notice of withdrawal by Oracle | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion for leave to file reply re Wachovia objection to debtors' motion to approve settlement with Allianz | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service by USCC/BLG re reply hyperlinked post-trial brief to court | 0.10 | TJT |
| Dec-07-09 | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 12/4/09 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review docket re status of case for week ending 12/4/09; memos to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review case status memo for week ending 12/4/09 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order granting debtors' motion for leave to file reply re Wachovia objection to Allianz settlement motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to shorten notice re debtors' motion to approve settlement with AG Insurance Co. | 0.20 | TJT |
| | *Hearings* - Review agenda for 12/14/09 hearing | 0.20 | TJT |
| Dec-08-09 | *Fee Applications, Others* - Review fee auditor report re Hilton quarterly and confer with T. Tacconelli re same | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re 34th quarterly fee application | 0.10 | LLC |
| | *Hearings* - Review 12/14 hearing agenda | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | circuit, district court and adversary proceedings | | |
| | *Case Administration* - Review fee auditor's final report re W. D. Hilton 33rd interim period and confer with L. Coggins re same | 0.20 | TJT |
| | *Case Administration* - Review certificate of counsel re order approving 33rd interim period quarterly fee application with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with AG Insurance with attachments | 1.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order granting debtors' motion to shorten notice re debtors' motion to approve settlement with AG Insurance | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re 34th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re 34th quarterly fee application | 0.30 | MH |
| Dec-09-09 | *Fee Applications, Others* - Confer with M. Hedden re Hilton quarterly and fee auditor report | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin 34th quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review certificate of counsel re 33rd quarterly cumulative payment chart and review same, confer with paralegal re same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital post-trial brief (non-feasibility) | 2.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/14/09 hearing coverage | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's 34th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's 34th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Oct. 09 fee application for filing on 12/22/09 | 0.30 | MH |
| Dec-10-09 | *Hearings* - Review amended 12/14 hearing agenda | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' response to Wachovia's response to motion to approve settlement with Allianz | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel re debtors' motion to approve settlement with Allianz | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Continue reviewing Anderson Memorial Hospital's post-trial brief re non-feasibility | 1.90 | TJT |
| | *Hearings* - Prepare for 12/14/09 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. O'Neill re 12/14/09 hearing now telephonic only | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/14/09 hearing coverage | 0.10 | TJT |
| Dec-11-09 | *Case Administration* - Review order approving 32nd quarterly fee applications and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review affidavit by BMC re CNDZAI claims with attachments | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of response by Wachovia re debtors' motion to approve settlement with Allianz | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review amended certificate of counsel re debtors' motion to approve settlement with Allianz | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's motion to exceed page limitation and extend time to file hyperlink post-trial brief | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 12/14/09 hearing | 0.20 | TJT |
| | *Hearings* - Start reviewing matters on agenda for 12/14/09 hearing | 1.30 | TJT |
| Dec-12-09 | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Hearings* - Continue reviewing matters on agenda for 12/14/09 hearing | 1.40 | TJT |
| Dec-13-09 | *Case Administration* - Review order re 33rd interim quarterly fee applications with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with Allianz | 0.20 | TJT |
| Dec-14-09 | *Case Administration* - Review case status memo for week ending 12/11/09 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review docket re status of case for week ending 12/11/09; memos to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Correspond with committee member re 2010 omnibus hearing dates | 0.20 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 12/11/09 | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 1.00 | TJT |
| | *Case Administration* - 12/14/09 hearing follow-up | 0.20 | SEK |
| Dec-15-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |

| Invoice No. 33876 | Page 7 of 11 | | January 29, 2010 |
|---|---|---|---|
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re closing argument and proposed procedures | 0.20 | TJT |
| | *Hearings* - Review 12/14/09 hearing notes | 0.30 | TJT |
| | *Relief from Stay Litigation* - Review order re G. Munoz' motion for relief from stay | 0.10 | TJT |
| Dec-16-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights; advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of counsel re amended order re appointment of Welsh as mediator | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of debtors' final chart re objections to confirmation, etc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Anderson Memorial Hospital re closing arguments | 0.10 | TJT |
| Dec-17-09 | *Case Administration* - Confer with T. Tacconelli re status and case issues | 0.30 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended chart re confirmation objections, etc. | 3.80 | TJT |
| Dec-18-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review order granting motion to withdraw reference of BNSF appeal to mediation | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement of solo PD claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opinion by 3rd circuit in Anderson Memorial Hospital appeal 08-4829 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' notice of 3rd set of modifications to plan and start reviewing modified plan exhibits | 3.60 | TJT |
| Dec-19-09 | *Case Administration* - Review amended order re appointment of D. Walsh as mediator | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Edwards claimants with attachments | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion re settlement with Zurich with attachments | 0.20 | TJT |
| Dec-20-09 | *Plan and Disclosure Statement* - Continue reviewing modified plan | 2.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | exhibits | | |
| Dec-21-09 | *Case Administration* - Review case status memo for week ending 12/18/09 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review docket re status of case for week ending 12/18/09; memos to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Confer with law clerk re daily status memos | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 12/18/09 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to J. Sakalo re opinion issued by 3rd circuit in Anderson Memorial Hospital appeal 08-4829 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re claims settlement notice dated 11/24/09 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of modified plan document exhibits | 0.90 | TJT |
| Dec-22-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/14/09 hearing follow up | 0.10 | TJT |
| | *Professional Retention Issues* - Review motion to retain Belanger and Hawkins as special counsel in bankruptcy case with attachments | 0.90 | TJT |
| | *Case Administration* - 12/14/09 hearing follow-up | 0.30 | SEK |
| Dec-23-09 | *Hearings* - Review agenda for 1/4 and 1/5 hearings | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Trade e-mails with legal assistant re 1/4/10 hearing in Pittsburgh | 0.10 | SGW |
| | *Case Administration* - Review docket in NJDEP appeal 08-2069 | 0.20 | TJT |
| | *Case Administration* - Review 7 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 12/14/09 hearing transcript re plan issues re the Crown and CNDZAI claims | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re plan closing arguments | 0.10 | TJT |
| | *Hearings* - Review agenda for 1/4/2010 and 1/5/2010 hearings | 0.60 | TJT |
| | *Professional Retention Issues* - Review motion to retain Hogan Firm as local counsel for Canadian ZAI claimants with attachments | 0.60 | TJT |
| Dec-24-09 | *Plan and Disclosure Statement* - Review debtors' response to Anderson Memorial Hospital post-trial brief | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review transcript references in debtors' response to Anderson Memorial Hospital's post-trial brief | 0.80 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-26-09 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with AG Ins. Co. | 0.10 | TJT |
| | *Hearings* - Review agenda for confirmation hearing closing arguments | 0.40 | TJT |
| Dec-28-09 | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review 11th amended 2019 statement by Cohn Whitesell | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Nov. prebill | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from committee member re closing arguments | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from co-counsel re closing arguments | 0.10 | TJT |
| | *Hearings* - Review errata sheet 12/14/09 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Download 12/14/09 hearing material | 0.10 | MH |
| | *Case Administration* - Download revised 12/14/09 hearing materials | 0.10 | MH |
| | *Case Administration* - Receive, review and distribute revised 12/14 hearing transcript and errata sheet | 0.40 | SEK |
| Dec-29-09 | *Case Administration* - Review case status memo for week ending 12/25/09 | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from L. Flores re Bilzin fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Trade e-mails with M. Hedden re Bilzin Oct. fee application and review same for filing | 0.40 | LLC |
| | *Fee Applications, Others* - Review Bilzin's Nov. fee application for filing and e-mail to M. Hedden re same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Nov. 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status of case for week ending 12/25/09; memos to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 12/25/09 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's Nov. prebill and confer with paralegal re filing and service | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service filed by Anderson Memorial Hospital re service of hyperlinked post-trial brief to court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with paralegal re closing argument transcripts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital's errata sheet re post-trial brief | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re graphics re closing arguments | 0.10 | TJT |
| | *Case Administration* - determine allocation of 12/29/09 payment received by debtor, update payments received chart, submit chart with respective invoice to T. Tacconelli and accounts receivable | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |

|  |  | | |
|---|---|---|---|
| | *Fee Applications, Others* - Download, review and revise Bilzin's Oct. Fee Application and related documents, prepare certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Oct. fee application | 0.40 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's Nov. Fee Application and related documents, prepare certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Nov. fee application | 0.40 | MH |
| | *Fee Applications, Applicant* - Modify Nov. 09 invoice; prepare fee application, notice and certificate of service | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Nov. fee application | 0.40 | MH |
| Dec-30-09 | *Fee Applications, Applicant* - E-mail to M. Hedden re certificate of no objection re Oct. 09 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | SGW |
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare for possible 1/6/2010 hearing | 0.20 | TJT |
| | *Case Administration* - determine allocation of 12/30/09 payment received by debtor, update payments received chart, submit chart with respective invoices to T. Tacconelli | 0.10 | MH |
| Dec-31-09 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and Kaneb | 0.20 | TJT |
| | *Hearings* - Prepare for confirmation hearing closing arguments on 1/4 and 1/5 | 0.20 | TJT |
| | *Case Administration* - 1/4 and 1/5 hearings follow-up | 0.20 | SEK |
| | Totals | 70.10 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Dec-01-09 | Photocopy Cost | 4.40 |
| Dec-07-09 | Veritext - transcript | 275.00 |
| | Blue Marble - hand deliveries (Inv #12714) | 172.00 |
| Dec-08-09 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |

**Invoice No. 33876**                                      **Page 11 of 11**                                      **January 29, 2010**

|            |                                                                         |         |
|------------|-------------------------------------------------------------------------|---------|
|            | Lexis Nexis (research) - Account # 1402RF; Inv # 0911411225             | 69.91   |
| Dec-09-09  | Photocopy Cost                                                          | 6.20    |
|            | Photocopy Cost                                                          | 1.20    |
|            | Photocopy Cost                                                          | 1.00    |
| Dec-10-09  | Court Call                                                              | 37.00   |
| Dec-15-09  | Blue Marble - copies 117.20; service 349.58 (Inv #37504)                | 466.78  |
|            | Blue Marble - copies 8.40; service 12.32 (Inv #37498)                   | 20.72   |
| Dec-17-09  | Photocopy Cost                                                          | 8.90    |
| Dec-24-09  | Photocopy Cost                                                          | 4.30    |
| Dec-28-09  | Photocopy Cost                                                          | 1.40    |
|            | Photocopy Cost                                                          | 1.40    |
| Dec-29-09  | Photocopy Cost                                                          | 12.40   |
|            | Photocopy Cost                                                          | 1.30    |
|            | Photocopy Cost                                                          | 0.50    |
|            | Photocopy Cost                                                          | 1.50    |
|            | Photocopy Cost                                                          | 1.50    |
|            | Totals                                                                  | $1,090.01 |

**Total Fees & Disbursements**                                                         **$18,238.51**