# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| W.R. GRACE & CO., *et al.,* | ) Case No. 01-01139 (JKF) ) Jointly Administered |
| Debtors. | ) Related to Dkt. Nos. 20425, 20872, ) 21781, 21791, 22412, 22418, and ) 22962 |

## ALLIANZ COMPANIES' (i) WITHDRAWAL OF ALL PLAN OBJECTIONS AND MOTIONS, AND (ii) CONSENT TO INSURANCE ASSIGNMENT

Pursuant to their Bankruptcy Court-approved Settlement Agreement with Debtors (Dkt. Nos. 23722, 23995), and subject in all respects to the terms and conditions of that Settlement Agreement, and because the Approval Order has become a Final Order, Allianz Underwriters Insurance Company, Allianz SE (formerly known as Allianz Aktiengesellschaft), Allianz S.p.A. (formerly known as Riunione Adriatica di Sicurta S.p.A.), and Fireman's Fund Insurance Company (collectively, the "Allianz Companies") hereby: (i) withdraw all of their objections to confirmation of the Joint Plan of Reorganization and all plan-related documents (Dkt. Nos. 20425, 21781, 21791, 22412, 22418) and to the Debtors' or Grace PI Committees' motions or applications pending in the Bankruptcy Case (including any appeals of decisions in the Bankruptcy Case);[1] (ii) withdraw Fireman's Fund Insurance Company's Motion for Relief from the Automatic Stay to Allow Completion of Debtors' State Court Appeal From The <u>Edwards</u> Judgment

---

[1] Capitalized terms not defined herein have the meaning ascribed to such terms in the Settlement Agreement or the Joint Plan of Reorganization, as applicable.

And Related Relief (Dkt. No. 22962); and (iii) consent to the assignment of Asbestos Insurance Rights as provided in the Asbestos Insurance Transfer Agreement, Exhibit 6 to the Joint Plan of Reorganization (Dkt. No. 20872).

Dated:  January 29, 2010  Respectfully submitted,

/s/ John D. Demmy
John D. Demmy (DE Bar No. 2802)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone:  (302) 425-3308
Telecopier:  (610) 371-8515
Email:  jdd@stevenslee.com

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Telecopier:  (202) 628-5116
Email:  mplevin@crowell.com
Email:  ldavis@crowell.com
Email:  tyoon@crowell.com

Leonard P. Goldberger
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702
Telephone:  (215) 751-2864
Telecopier:  (610) 371-7376
Email:  lpg@stevenslee.com

Attorneys for the Allianz Companies