# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

January 28, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 536450
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES................................................................................................................ | $58.50 |
| DISBURSEMENTS .......................................................................................... | 595.83 |
| MATTER TOTAL............................................................................................. | $654.33 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES................................................................................................................ | $10,383.50 |
| DISBURSEMENTS .......................................................................................... | 0.00 |
| MATTER TOTAL............................................................................................. | $10,383.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES................................................................................................................ | $702.00 |
| DISBURSEMENTS .......................................................................................... | 8.94 |
| MATTER TOTAL............................................................................................. | $710.94 |

### 056772-00019/HEARINGS

| | |
|---|---|
| FEES................................................................................................................ | $1,303.50 |
| DISBURSEMENTS .......................................................................................... | 51.00 |
| MATTER TOTAL............................................................................................. | $1,354.50 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 536450 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2270202.1

Kramer Levin Naftalis & Frankel LLP                                Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                  January 28, 2010
056772                                                             Invoice No. 536450

CLIENT GRAND TOTAL............................................................................... $13,103.27

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772

Page No. 2

January 28, 2010
Invoice No. 536450

KL4 2270202.1

Kramer Levin Naftalis & Frankel LLP                                           Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                             January 28, 2010
056772-00001                                                                  Invoice No. 536450

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/22/09 | BLABEY, DAVID E | Attend to travel arrangements for Jan confirmation hearing. | 0.10 | 58.50 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$58.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 329.59 |
| DOCUMENT RETRIEVAL FEES | 266.24 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$595.83** |
| **TOTAL FOR THIS MATTER** | **$654.33** |

KL4 2270202.1

Kramer Levin Naftalis & Frankel LLP                                               Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                January 28, 2010
056772-00007                                                                    Invoice No. 536450

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 12/02/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 12/02/09 | BLABEY, DAVID E | Review Wachovia objection to settlement. | 0.10 | 58.50 |
| 12/03/09 | BENTLEY, PHILIP | Discs David Blabey re plan issues | 0.10 | 76.00 |
| 12/03/09 | BLABEY, DAVID E | Discuss appellate issues with P. Bentley (.1) and draft memo re same (2.6). | 2.70 | 1,579.50 |
| 12/04/09 | BLABEY, DAVID E | Draft memo re appellate issues and considerations re lender issues (6.7); review debtor draft response to Wachovia objection (.2). | 6.90 | 4,036.50 |
| 12/06/09 | BLABEY, DAVID E | Continue drafting memo on appellate considerations. | 3.00 | 1,755.00 |
| 12/07/09 | BLABEY, DAVID E | Edit appellate issues memo. | 1.20 | 702.00 |
| 12/08/09 | BLABEY, DAVID E | Review proposed settlement. | 0.60 | 351.00 |
| 12/09/09 | BENTLEY, PHILIP | Review emails | 0.10 | 76.00 |
| 12/09/09 | BLABEY, DAVID E | Review recent docket entries (.2); review Anderson Memorial Hospital brief (.9). | 1.10 | 643.50 |
| 12/10/09 | BLABEY, DAVID E | Review recent case filings (.3); memo to client re Anderson Memorial Hospital brief (.5); call with Plan Proponents re arguments (.5). | 1.30 | 760.50 |
| 12/14/09 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.10 | 76.00 |
| 12/15/09 | BLABEY, DAVID E | Review proposed plan modifications. | 0.20 | 117.00 |
| **TOTAL HOURS AND FEES** | | | **17.60** | **$10,383.50** |

**TOTAL FOR THIS MATTER**                                                        **$10,383.50**

KL4 2270202.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                    January 28, 2010
056772-00008                                                         Invoice No. 536450

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/19/09 | BLABEY, DAVID E | Review and edit November bills. | 0.30 | 175.50 |
| 12/22/09 | BLABEY, DAVID E | Prepare November fee app. | 0.90 | 526.50 |
| **TOTAL HOURS AND FEES** | | | **1.20** | **$702.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 8.94 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$8.94** |

**TOTAL FOR THIS MATTER**                                            **$710.94**

Kramer Levin Naftalis & Frankel LLP                                   Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                     January 28, 2010
056772-00019                                                          Invoice No. 536450

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/14/09 | BLABEY, DAVID E | Attend hearing telephonically (.8) and email to client re same (.3). | 1.10 | 643.50 |
| 12/22/09 | WIERMAN, LAUREN E | Corresponded with court call to set up D. Blabey for all 2010 omnibus hearings. | 2.40 | 660.00 |

**TOTAL HOURS AND FEES**                                              **3.50**    **$1,303.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 51.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                             **$51.00**

**TOTAL FOR THIS MATTER**                                             **$1,354.50**

KL4 2270202.1