# EXHIBIT B

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:
              UNBILLED DISB FROM:        12/03/2009                    TO:
                                                                       TO:       12/31/2009
-------------------------------------------------------------------------------------------------------------------------------
                                              FEES                             COSTS
                                              ----                             -----
                    GROSS BILLABLE AMOUNT:            0.00                              595.83
                    AMOUNT WRITTEN DOWN:    _____                 _____
                                 PREMIUM:   _____                 _____
                       ON ACCOUNT BILLED:   _____                 _____
              DEDUCTED FROM PAID RETAINER:  _____                 _____
                           AMOUNT BILLED:   _____                 _____
                               THRU DATE:                                         12/31/2009
              CLOSE MATTER/FINAL BILLING?   YES    OR    NO
              EXPECTED DATE OF COLLECTION:  _____

                   BILLING PARTNER APPROVAL:  _____       _____
                                              BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                        BILLING COMMENTS:
              _____

              _____
                                        ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                        --------------------------                         --------------
                            FEES:                    0.00
                   DISBURSEMENTS:                  595.83      UNIDENTIFIED RECEIPTS:         0.00
                    FEE RETAINER:                    0.00         PAID FEE RETAINER:         0.00
                   DISB RETAINER:                    0.00        PAID DISB RETAINER:         0.00
                TOTAL OUTSTANDING:                 595.83      TOTAL AVAILABLE FUNDS:         0.00
                                                                      TRUST BALANCE:
                                                               BILLING HISTORY
                                                               ---------------
               DATE OF LAST BILL:         12/21/09           LAST PAYMENT DATE:     01/04/10
                LAST BILL NUMBER:         534041 ACTUAL FEES BILLED TO DATE:      357,570.50
                                                    ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                      TOTAL FEES BILLED TO DATE:  357,570.50
            LAST BILL THRU DATE:          11/30/09  FEES WRITTEN OFF TO DATE:      84,019.00
                                                    COSTS WRITTEN OFF TO DATE:     22,957.56
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            --------------------------
              (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
              (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
              (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding           (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:    2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  -------------- Total Unbilled ----------------
Code  Description                           Oldest     Latest       Total
                                            Entry      Entry        Amount
----  ---------------------------           ------     ------       -----------
0840  MANUSCRIPT SERVICE                    12/22/09   12/22/09            0.00
0917  WESTLAW ON-LINE RESEARCH              12/03/09   12/07/09          329.59
0972  DOCUMENT RETRIEVAL FEES               12/31/09   12/31/09          266.24

          Total                                                          595.83


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee            Date          Amount      Index#    Batch No  Batch Date
------------------------------------------    --------            ------        ----------- -------   --------- ----------

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                        TAYLOR, P           12/22/09           0.00   8925199   837137    12/24/09
                                              0840 MANUSCRIPT SERVICE Total :       0.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                      BLABEY, D E         12/03/09         161.94   8932442   840817    01/04/10
    WESTLAW ON-LINE RESE                      BLABEY, D E         12/04/09         132.69   8932443   840817    01/04/10
    WESTLAW ON-LINE RESE                      BLABEY, D E         12/06/09           6.47   8932444   840817    01/04/10
    WESTLAW ON-LINE RESE                      BLABEY, D E         12/07/09          28.49   8932445   840817    01/04/10
                                              0917 WESTLAW ON-LINE RESE Total :    329.59

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                      PIZZARELLO, C       12/31/09          35.44   8935587   844159    01/11/10
    Document Retrieval Fees
    DOCUMENT RETRIEVAL F                      PIZZARELLO, C       12/31/09         230.80   8935588   844159    01/11/10
    Document Retrieval Fees
                                              0972 DOCUMENT RETRIEVAL F Total :    266.24



          Costs Total :                                                            595.83
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    3
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

BILLING    INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description           Amount          Bill        W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
----------------------    -----------------  ---------- ---------------  ------------------------------- -----------------

0840 MANUSCRIPT SERVICE              0.00    _____ _____  _____ _____

0917 WESTLAW ON-LINE RESEARCH      329.59    _____ _____  _____ _____

0972 DOCUMENT RETRIEVAL FEES       266.24    _____ _____  _____ _____


         Costs Total :            595.83    _____ _____  _____ _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16
```

```
Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status         : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                  TO:
            UNBILLED DISB FROM:    12/22/2009                    TO:      12/22/2009
-------------------------------------------------------------------------------------------------------------------------------
                                         FEES                          COSTS
                                         ----                          -----
        GROSS BILLABLE AMOUNT:            0.00                          8.94
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                          12/22/2009
    CLOSE MATTER/FINAL BILLING?   YES  OR  NO
    EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:
```

```
                                    ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                    --------------------------                   --------------
                        FEES:              0.00
               DISBURSEMENTS:              8.94    UNIDENTIFIED RECEIPTS:         0.00
                FEE RETAINER:              0.00        PAID FEE RETAINER:         0.00
               DISB RETAINER:              0.00       PAID DISB RETAINER:         0.00
            TOTAL OUTSTANDING:             8.94      TOTAL AVAILABLE FUNDS:       0.00
                                                          TRUST BALANCE:
                                         BILLING HISTORY
                                         ---------------
           DATE OF LAST BILL:           12/21/09       LAST PAYMENT DATE:     01/04/10
            LAST BILL NUMBER:             534041 ACTUAL FEES BILLED TO DATE: 208,375.00
                                                   ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                      TOTAL FEES BILLED TO DATE: 208,375.00
         LAST BILL THRU DATE:           11/30/09    FEES WRITTEN OFF TO DATE:  19,208.00
                                                    COSTS WRITTEN OFF TO DATE:    624.26
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            --------------------------
        (1) Exceeded Fixed Fee              (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted        (5) Business Development      (8) Premium
        (3) Pre-arranged Discount           (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                       Oldest       Latest          Total
                                        Entry        Entry           Amount
----  ----------------------------      ------       ------          ----------
0930  MESSENGER/COURIER                  12/22/09     12/22/09           8.94

         Total                                                           8.94


U N B I L L E D    C O S T S    D E T A I L
Description/Code                         Employee            Date            Amount      Index#  Batch No   Batch Date
----------------------------------       --------            ------          ----------  ------  ---------  ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT             BLABEY, D E         12/22/09            8.94    8930611  838926    12/30/09
    Saul Ewing LLP
                                         0930 MESSENGER/COURIER Total :          8.94



         Costs Total :                                                           8.94
```

```
alp_132r: Matter Detail                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                       PAGE    6
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

B I L L I N G    I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount             Bill        W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
------------------------    ------------------ ----------- --------------- ------------------------- ----------------

0930 MESSENGER/COURIER            8.94         _____  _____   _____ _____



        Costs Total :             8.94         _____  _____   _____ _____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    7
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00019                                                  Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:    2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status         : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                 TO:
              UNBILLED DISB FROM:   12/21/2009                    TO:     12/21/2009
-------------------------------------------------------------------------------------------------------------------------------------------
                                          FEES                              COSTS
                                          ----                              -----
           GROSS BILLABLE AMOUNT:               0.00                                51.00
              AMOUNT WRITTEN DOWN:  _____            _____
                          PREMIUM:  _____            _____
                 ON ACCOUNT BILLED:  _____            _____
         DEDUCTED FROM PAID RETAINER: _____            _____
                    AMOUNT BILLED:  _____            _____
                        THRU DATE:                                          12/21/2009
         CLOSE MATTER/FINAL BILLING?  YES   OR   NO
         EXPECTED DATE OF COLLECTION:           _____

             BILLING PARTNER APPROVAL:
                                      BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                   BILLING COMMENTS:
             _____

-------------------------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                                  ---------------------------                         --------------
                            FEES:           0.00
                   DISBURSEMENTS:          51.00    UNIDENTIFIED RECEIPTS:     0.00
                     FEE RETAINER:          0.00         PAID FEE RETAINER:    0.00
                    DISB RETAINER:          0.00        PAID DISB RETAINER:    0.00
                 TOTAL OUTSTANDING:        51.00        TOTAL AVAILABLE FUNDS: 0.00
                                                          TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
               DATE OF LAST BILL:        12/21/09     LAST PAYMENT DATE:    01/04/10
                LAST BILL NUMBER:          534041 ACTUAL FEES BILLED TO DATE:  430,467.50
                                                    ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                          TOTAL FEES BILLED TO DATE:  430,467.50
             LAST BILL THRU DATE:        11/30/09   FEES WRITTEN OFF TO DATE:    11,388.18
                                                    COSTS WRITTEN OFF TO DATE:    1,772.20
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            ---------------------------
             (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
             (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
             (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding           (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE     8
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00019                                     Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                       Oldest      Latest         Total
                                        Entry       Entry          Amount
----  ----------------------------      ------      ------         -----------
0990  OTHER FEES                        12/21/09    12/21/09            51.00

          Total                                                         51.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                  Employee            Date             Amount          Index#   Batch No   Batch Date
---------------------------------------------     ---------           ------           -----------     -------  ---------  ----------

OTHER FEES 0990
    PLATINUM PLUS FOR BUSINE                      BLABEY, D E         12/21/09             51.00       8925677  837431     12/28/09
    PLATINUM PLUS FOR BUSINESS 10/20/09 - COURTCALL
    - MHU
                                                  0990 OTHER FEES Total :                  51.00



          Costs Total :                                                                    51.00
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2010 13:57:16

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2995390
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount              Bill        W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
---------------------    --------------------    ----------   ----------------  ------------------------------  ---------------

0990 OTHER FEES                  51.00           _____   _____   _____   _____


          Costs Total :          51.00           _____   _____   _____   _____
```