## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 2/21/2010 |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SEVENTEENTH MONTHLY INTERIM PERIOD FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2010 through January 31, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $29,088.00   [80% of $36,360.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $2,415.28 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 60.6 hours,[2] for a total amount billed of $36,360.00 of which 80% is currently sought, in the amount of $29,088.00, plus 100% of the expenses incurred during this period, in the amount of $2,415.28, for a total currently sought of $31,503.28.

As stated above, this is the Seventeenth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $900.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 46.4 | $27,840.00 |
| Travel | 23.2   (100%) | $6,960   (50%) |
| Fee Application Matters (Incl. FCR & Local Counsel) | 2.6 | $1,560.00 |
| TOTAL | 72.2 | $36,360.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $2,415.28 |
| TOTAL | $2,415.28 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

### **CERTIFICATE OF SERVICE**

I certify that on the 1st day of February, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## NOTE NEW MAILING ADDRESS!

## INVOICE FOR PROFESSIONAL SERVICES (January, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 1/2/2010 | Review emails re format of final arguments | 0.1 |
| 1/3/2010 | Prepare and file Sixteenth Fee Application | 1.5 |
| 1/3/2010 | Review emails re format of final arguments | 0.1 |
| 1/3/2010 | Review Libby Claimants' Demonstrative for Closing Argument | 0.1 |
| 1/3/2010 | Attend telephonic meet and confer re closing argument format issues | 0.5 |
| 1/3/2010 | Emails to and from Plan Proponents' counsel re Intercreditor Agreement and Review of Intercreditor Agreement | 0.5 |
| 1/3/2010 | Travel (non-productive) from Dallas to Pittsburgh (3.6 hrs.@ 50%) | 1.8 |
| 1/3/2010 | Review Plan Proponents' Demonstratives | 0.4 |

| | | |
|---|---|---|
| 1/4/2010 | Closing Arguments (Day 1) | 9.3 |
| 1/4/2010 | Review Garlock demonstratives | 0.3 |
| 1/4/2010 | Preparation for closing argument | 0.5 |
| 1/5/2010 | Closing Arguments (Day 2) | 10.3 |
| 1/5/2010 | Review Lenders' Demonstratives | 0.2 |
| 1/6/2010 | Closing Arguments (Day 3) | 5.3 |
| 1/6/2010 | Travel (non-productive) from Pittsburgh to Dallas (7.4 hrs. @50%) | 3.7 |
| 1/7/2010 | Review Zurich's notice of withdrawal of objections and filings | 0.1 |
| 1/7/2010 | Review Certification of Counsel re continuance of Munoz matter to April Omnibus | 0.1 |
| 1/7/2010 | Review Monthly Operating Report (Nov. 09) | 0.3 |
| 1/7/2010 | Review Order appoving AG Settlement | 0.1 |
| 1/7/2010 | Prepare and file Judge Sanders' 11th Fee Application | 0.7 |
| 1/8/2010 | Review Response of PI FCR to Canadian ZAI Special Counsel Application | 0.1 |
| 1/8/2010 | Review Response of the Crown to the Canadian ZAI Special Counsel Application | 2.0 |
| 1/11/2010 | Conference with client re January Omnibus | 0.1 |
| 1/13/2010 | Review Certification of Counsel re General Insurance POC | 0.1 |
| 1/13/2010 | Review Deposition Notice to Seaton Insurance | 0.1 |
| 1/13/2010 | Review Order resetting February Omnibus hearing | 0.1 |
| 1/13/2010 | Review of Debtors' exit financing documents | 1.3 |

| | | |
|---|---|---|
| 1/13/2010 | Review Objection of Canada to Plan | 2.0 |
| 1/13/2010 | Email to client re Canadian ZAI | 0.1 |
| 1/14/2010 | Conference with client re Canadian ZAI issue | 0.1 |
| 1/15/2010 | Review Order re Anderson Memorial Brief | 0.1 |
| 1/15/2010 | Review Motion to Amend ART Credit Agreement | 0.2 |
| 1/15/2010 | Review Motion to Approve Claims Resolution Protocol for Employee Claims | 0.2 |
| 1/15/2010 | Email to client re exit financing engagement letters and review of filed motion re same | 0.3 |
| 1/15/2010 | Review Reply brief and motion for leave to file of the CCAA representative counsel re the motion to retain CCAA as special counsel | 0.5 |
| 1/16/2010 | Email to client re rescheduling of February Omnibus | 0.1 |
| 1/18/2010 | Review Motion to Terminate DIP facility and enter Hedging and LOC agreements | 2.5 |
| 1/19/2010 | Review Order granting CCAA counsel leave to reply | 0.1 |
| 1/20/2010 | Review agenda for January 25 Omnibus hearing | 0.2 |
| 1/20/2010 | Review Plan Proponents' Response to Canada's objections to Plan | 1.0 |
| 1/20/2010 | Email from debtors' counsel re omnibus hearing | 0.1 |
| 1/23/2010 | Review Ordinary Course Professional Payments 4Q09 | 0.2 |
| 1/24/2010 | Travel (non-productive) from Dallas to Wilmington (5.6 hrs.@ 50%) | 2.8 |
| 1/25/2010 | Attend Omnibus hearing/conclusion of closing arguments and conference with client | 6.0 |
| 1/25/2010 | Travel (non-productive) from Wilmington to Dallas (6.6 hrs.@ 50%) | 3.3 |

| 1/26/2010 | Prepare and file Certificate of No Objection re 16th Monthly Fee Application | 0.2 |
| 1/26/2010 | Review Stipulation extending briefing schedule in BNSF appeal | 0.1 |
| 1/28/2010 | Prepare and file Certificate of No Objection re 11th Monthly Fee Application of PD FCR | 0.2 |
| 1/29/2010 | Review Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2010 | 0.3 |
| 1/29/2010 | Debtors' Report of di minimus asset sales for 34th Quarter | 0.1 |
| 1/29/2010 | Debtors' Report of di minimus settlements for 34th Quarter | 0.1 |
| 1/29/2010 | Review withdrawal by Allianz of objections and motions | 0.1 |

Total: 60.6 hours @ $600.00/hour = $36,360.00

Expenses:   Detail on Exhibit 1– $2,415.28

**Total Fees and Expenses Due:   $38,775.28**

EXPENSES FOR JANUARY 2010                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 1/3/2010 | Round Trip Coach Airfare DFW-PIT (closing arguments) | $715.90 |
| 1/3-6/2010 | Hotel in Pittsburgh (3 nights) | $875.52 |
| 1/3/2010 | Taxi | $45.40 |
| 1/3/2010 | Dinner | $27.08 |
| 1/4/2010 | Lunch  (with PDFCR and Counsel for PD Committee) | $64.10 |
| 1/4/2010 | Dinner | $44.86 |
| 1/6/2010 | Dinner | $11.53 |
| 1/6/2010 | Taxi | $42.00 |
| 1/6/2010 | Parking at DFW Airport | $53.00 |
| 1/24/2010 | Round Trip Coach Airfare DFW-PHL  (omnibus & closing arguments) | $299.40 |
| 1/24/2010 | Rental Car, Gas and Parking | $36.02 |
| 1/25/2010 | Hotel | $131.92 |
| 1/25/2010 | Lunch (with PDFCR) | $26.55 |
| 1/25/2010 | Parking at DFW Airport | $42.00 |
| | **TOTAL** | **$2,415.28** |