# EXHIBIT A

## Case Administration (8.20 Hours; $ 2,977.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $920 | 92.00 |
| Peter Van N. Lockwood | .50 | $840 | 420.00 |
| Rita C. Tobin | 2.10 | $530 | 1,113.00 |
| Andrew J. Sackett | 2.70 | $295 | 796.50 |
| Eugenia Benetos | 1.00 | $205 | 205.00 |
| Alan J. Payne | 1.80 | $195 | 351.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/03/09 | AJS | 295.00 | 0.10 | Prep of email to ACM regarding settlement. |
| 12/03/09 | AJS | 295.00 | 2.60 | Review of Plan. |
| 12/07/09 | PVL | 840.00 | 0.10 | Review agenda and email Hurford. |
| 12/08/09 | PVL | 840.00 | 0.10 | Review 7 misc. filings. |
| 12/08/09 | RCT | 530.00 | 0.20 | Rev. local counsel and dockets re EI update (0.2) |
| 12/10/09 | EB | 205.00 | 0.50 | Emails with Katie Hemming re: payment requests. |
| 12/15/09 | PVL | 840.00 | 0.10 | Review 8 misc filings. |
| 12/15/09 | RCT | 530.00 | 0.20 | Rev. local counsel and dockets re EI update (0.2) |
| 12/17/09 | RCT | 530.00 | 1.50 | Review Exhibits (1.5) |
| 12/18/09 | EB | 205.00 | 0.50 | Emails with Katie Hemming re: payment schedule. Email EI re: payment schedule. |
| 12/22/09 | PVL | 840.00 | 0.10 | Review five miscellaneous filings. |
| 12/22/09 | RCT | 530.00 | 0.20 | Review local counsel and dockets re EI update (0.2) |
| 12/29/09 | PVL | 840.00 | 0.10 | Review nine miscellaneous filings. |
| 12/30/09 | AJP | 195.00 | 1.80 | Rename Westlaw files. |
| 12/31/09 | EI | 920.00 | 0.10 | Read Sinclair materials. |

**Total Task Code .04 8.20**

**Fee Applications, Applicant (8.40 Hours; $ 3,639.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.90 | $530 | 3,127.00 |
| Eugenia Benetos | 1.00 | $205 | 205.00 |
| Shirley D. Chisolm | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/09 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 12/04/09 | RCT | 530.00 | 1.00 | Address fee matters (1.0) |
| 12/08/09 | RCT | 530.00 | 0.20 | Address fee issues (0.2) |
| 12/10/09 | RCT | 530.00 | 1.00 | Address fee and payment issues (1.0) |
| 12/11/09 | RCT | 530.00 | 0.50 | Rev. fee app. schedules for 2010 (0.5) |
| 12/16/09 | RCT | 530.00 | 1.20 | Review prebills (1.2) |
| 12/18/09 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 12/21/09 | RCT | 530.00 | 1.00 | Rev. fee apps, payment records 2009 (1.0) |
| 12/21/09 | SDC | 205.00 | 1.00 | Work on Monthly Fee Application |
| 12/21/09 | SDC | 205.00 | 0.50 | Prepared fee and expense report for fee application exhibit |

**Total Task Code .12 8.40**

**Litigation and Litigation Consulting (278.30 Hours; $ 106,096.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 15.50 | $920 | 14,260.00 |
| James P. Wehner | 48.10 | $495 | 23,809.50 |
| Kevin C. Maclay | 70.70 | $495 | 34,996.50 |
| Andrew J.Sackett | 49.50 | $295 | 14,602.50 |
| Marissa A. Fanone | 53.50 | $195 | 10,432.50 |

| | | | |
|---|---|---|---|
| Sara Joy DelSavio | 41.00 | $195 | 7,995.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/09 | EI | 920.00 | 0.20 | Insurance status inquiry to Horkovich (.1); inquiry to Frankel re: CNA status (.1). |
| 12/02/09 | EI | 920.00 | 2.00 | Conf. Frankel re: status of all open issues (1.0); t/c PVNL re: open issues to prepare for Frankel (.5); insurance settlement proposal (.5). |
| 12/02/09 | JPW | 495.00 | 0.80 | Review closing argument outline; e- mail re same |
| 12/03/09 | EI | 920.00 | 1.00 | Committee report: t/c JPW and t/c PVNL re: same (1.0). |
| 12/03/09 | JPW | 495.00 | 1.80 | Telephone conference with EI re insurer arguments (x2) (.3); review post-trial insurer briefs (1.5) |
| 12/04/09 | EI | 920.00 | 0.40 | Libby TDP and meeting issues (.3); insurance settlement (.1). |
| 12/04/09 | KCM | 495.00 | 0.30 | Review/analyze correspondence |
| 12/04/09 | AJS | 295.00 | 1.70 | Review of e-mail from ACM regarding TDP (2X) (0.2); review of TDP and plan (1.0); review of e-mail from PVNL regarding plan (0.1); meeting with ACM regarding revision of TDP and plan (0.3); review of e-mail from EI regarding TDP (0.1). |
| 12/05/09 | AJS | 295.00 | 0.10 | Review of e-mail from EI regarding TDP. |
| 12/06/09 | EI | 920.00 | 0.30 | Libby TDP issues with ACM and PVNL (.3). |
| 12/07/09 | EI | 920.00 | 1.30 | Libby matters with Frankel, ACM, PVNL (.4); memo and Canadian motion with ACM and PVNL (.4); hearing memo review (.1); Rice inquiry (.1); Horkovich inquiry re: insurer status (.3). |
| 12/07/09 | JPW | 495.00 | 0.40 | E-mails re confirmation issues |
| 12/07/09 | KCM | 495.00 | 2.20 | Review/analyze post-trial briefs and correspondence |
| 12/07/09 | AJS | 295.00 | 2.10 | Review of e-mails from ACM regarding TDP modifications (0.3); meeting with ACM and PVNL regarding TDP and plan modifications (1.6); phone call with EI, PVNL and ACM regarding same (0.2). |
| 12/08/09 | EI | 920.00 | 0.70 | Memos re: Libby (.5); t/c ACM, etc. re: Libby (.2). |

| | | | | |
|---|---|---|---|---|
| 12/08/09 | AJS | 295.00 | 0.10 | Review of e-mail from ACM regarding TDP revisions and preparation of e-mail to ACM regarding same. |
| 12/09/09 | EI | 920.00 | 0.40 | Prep for Libby meeting (.2); t/c Frankel/Wyron re: Libby issues (.2). |
| 12/09/09 | KCM | 495.00 | 3.50 | Review/analyze objection chart, correspondence, and various filings for oral argument (2.3); organize files (1.2) |
| 12/09/09 | AJS | 295.00 | 5.60 | Review of e-mail from ACM regarding Libby settlement (0.1); travel to New York (2.5); review of TDP, plan documents, e-mails from Cohn and suggested changes to TDP (3.0). |
| 12/10/09 | EI | 920.00 | 4.00 | Libby meetings, with D. Cohn, J. Heberling, R. Frankel, R. Wyron and AJS. |
| 12/10/09 | KCM | 495.00 | 0.60 | Review/analyze correspondence (.1); organize files (.5) |
| 12/10/09 | AJS | 295.00 | 9.70 | Preparation for meeting regarding TDP revision and phone call with ACM regarding same (1.0); meeting regarding TDP revision with EI, Franckel, Wyron, Cohn and Heberling (3.7); meetings with EI regarding TDP revision (0.4); travel to Washington (4.5); preparation of e-mails to ACM regarding meeting and review of e-mails from ACM regarding same (0.1). |
| 12/11/09 | EI | 920.00 | 0.40 | BNSF term sheet matters (.2); CNA meeting matters (.2). |
| 12/11/09 | JPW | 495.00 | 1.70 | Meet with PVNL re oral argument preparation (.5); e-mails re closing arguments; review outline (1.2) |
| 12/11/09 | KCM | 495.00 | 3.40 | Plan/prepare for and attend meeting with PVNL and JPW re case status and tasks (.6); organize files (.6); review/analyze filings and materials re confirmation issues (1.4); review/analyze correspondence and associated memos (.8) |
| 12/11/09 | AJS | 295.00 | 1.10 | Phone call with ACM regarding ACM regarding revision of TDP (0.1); meeting with ACM regarding revision of TDP (0.7); preparation of e-mail to NDF regarding revision of TDP (0.2); review of e-mails |

| | | | | |
|---|---|---|---|---|
| | | | | from NDF and PVNL regarding revision of TDP (0.1). |
| 12/13/09 | JPW | 495.00 | 2.10 | Review briefs for closing arguments (1.8); review responsibilities chart (.3) |
| 12/14/09 | JPW | 495.00 | 0.80 | Meet with KCM re argument outline (.3); review outline (.5) |
| 12/14/09 | KCM | 495.00 | 1.10 | Review/analyze documents re oral argument preparation and discuss with JPW |
| 12/14/09 | AJS | 295.00 | 3.30 | Revision of TDP (2.7); meeting with ACM regarding revision of TDP (0.1); phone call with ACM regarding revision of TDP (0.1); phone call with EI regarding revision of TDP (0.2); preparation of e-mail to Frankel and Wyron regarding revision of TDP (0.1); preparation of e-mail to ACM and EI regarding revision of TDP (0.1). |
| 12/14/09 | MAF | 195.00 | 2.50 | Upload and organize all parties' hyperlinked Post Trial Briefs filed on 12/02/09. |
| 12/15/09 | JPW | 495.00 | 2.90 | Review Garlock pleadings (1.4); draft outline (1.5) |
| 12/15/09 | KCM | 495.00 | 0.20 | Review/analyze correspondence |
| 12/15/09 | MAF | 195.00 | 2.00 | Upload and organize all parties' hyperlinked Post Trial Briefs filed on 11/12/09. |
| 12/15/09 | SJD | 195.00 | 6.00 | Indexed and organized cases pulled form Libby briefs per TEP |
| 12/16/09 | JPW | 495.00 | 2.70 | Review objector briefing for argument outline (2.2); e-mails re argument agenda (.5) |
| 12/16/09 | KCM | 495.00 | 2.70 | Organize files (.5); plan/prepare for oral argument and review/analyze briefs and related materials (2.2) |
| 12/16/09 | AJS | 295.00 | 0.10 | Review of email from ACM regarding TDP revisions. |
| 12/16/09 | MAF | 195.00 | 0.50 | Compile and organize Libby Post Trial Briefs' cited documents to send to co-counsel. |
| 12/16/09 | SJD | 195.00 | 5.00 | Created index of cases for Grace closing argument and began case pull per TEP |

| | | | | |
|---|---|---|---|---|
| 12/17/09 | EI | 920.00 | 0.80 | Status question to PVNL re: BNSF (.1); Cohen materials and memo to ACM/AJS (.5); settlement cover sheet review and memo (.2). |
| 12/17/09 | JPW | 495.00 | 1.10 | Review Grace argument chart (.6); e-mails re argument outline (.2); meet KCM re argument issues (.3) |
| 12/17/09 | KCM | 495.00 | 2.70 | Review/analyze objection chart and related memos and correspondence (.9); review/analyze briefs and materials re confirmation issues (1.2); organize files (.6) |
| 12/17/09 | AJS | 295.00 | 3.40 | Voice mail from ACM re TDP (0.1); preparation of email to EI and ACM regarding TDP (0.1); review of email from EI regarding same (0.2); review of email from ACM regarding changes to TDP cover sheet and review of TDP cover sheet (1.5); review of memo regarding TDP changes (1.5). |
| 12/17/09 | MAF | 195.00 | 2.00 | Compile and organize cases cited in memo from D. Cohn to EI for attorney review. |
| 12/18/09 | EI | 920.00 | 0.20 | T/c Frankel re: Libby status (.1); memo Horkovich re: CNA memo (.1). |
| 12/18/09 | JPW | 495.00 | 1.90 | Review briefs for oral argument outline |
| 12/18/09 | KCM | 495.00 | 2.00 | Review/analyze memo re oral objections and responsibilities and related briefs and materials |
| 12/18/09 | AJS | 295.00 | 2.60 | Phone call with ACM regarding TDP (0.1); legal research regarding causes of action and insurance claims (2.5). |
| 12/20/09 | JPW | 495.00 | 2.70 | Review K&E argument outline; e-mail re same |
| 12/20/09 | AJS | 295.00 | 2.00 | Review of memo regarding MCC and legal research regarding same. |
| 12/21/09 | EI | 920.00 | 0.80 | T/c PVNL re: Libby/CNA/other insurer issues (.8). |
| 12/21/09 | JPW | 495.00 | 6.30 | Telephone conference with KCM re oral argument issues (.3); e-mails re oral argument outlines (.3); draft oral argument outlines (5.7) |
| 12/21/09 | KCM | 495.00 | 2.80 | Plan/prepare for and communicate with JPW re oral argument preparation (.3); review/analyze outline re |

| | | | | |
|---|---|---|---|---|
| | | | | oral argument and send e-mail re same (1.9); review/analyze correspondence (.3); confer with AJS re Libby issue (.3) |
| 12/21/09 | AJS | 295.00 | 6.00 | Review of memo regarding MCC and legal research regarding same; preparation and review of emails to and from SJD and MAF regarding docket. |
| 12/21/09 | MAF | 195.00 | 6.50 | Compile and organize trial materials for closing arguments. |
| 12/22/09 | EI | 920.00 | 0.70 | T/cs AJS re: Libby issues on MCC. |
| 12/22/09 | JPW | 495.00 | 7.20 | Revise and edit oral argument outline (5.9); e-mails re oral argument; review Orrick chart (.9); meet with KCM re argument (.4) |
| 12/22/09 | KCM | 495.00 | 6.90 | Draft/revise oral argument outlines and review/analyze related briefs and materials (6.4); review/analyze correspondence (.5) |
| 12/22/09 | AJS | 295.00 | 5.80 | Analysis of and preparation of memo regarding MCC claims (4.4); phone call with EI regarding MCC claims (0.3); phone call with ACM regarding TDP (0.1); phone call with EI regarding MCC claims (0.1); voice mail for Wyron regarding MCC claims (0.1); preparation and review of emails to and from Wyron regarding same (0.2); phone call with Wyron regarding same (0.3); phone call with Wyron regarding same (0.1); voice mail for EI regarding same (0.1); phone call with EI regarding same (0.1). |
| 12/22/09 | MAF | 195.00 | 6.50 | Compile and organize trial materials for closing arguments. |
| 12/23/09 | EI | 920.00 | 1.10 | T/c Frankel re: Libby demand (.3); t/c Frankel/Cohn to respond to Libby demand (.5); t/c AJS re: Libby issues (.2); memo NDF re: status (.1). |
| 12/23/09 | KCM | 495.00 | 5.50 | Draft/revise oral argument outline and review/analyze related briefs and materials (5.1); review/analyze correspondence re oral argument and related issues and review/analyze related materials (.4) |
| 12/23/09 | KCM | 495.00 | 0.40 | Review/analyze correspondence re oral argument and related issues and review/analyze related materials |

| | | | | |
|---|---|---|---|---|
| 12/23/09 | AJS | 295.00 | 5.00 | Preparation and review of emails to and from Wyron regarding MCC claims (0.1); review of email from ACM regarding settlement agreement (0.1); preparation of email to Wyron regarding settlement agreement (0.1); analysis and preparation of memo regarding MCC claims (4.7). |
| 12/23/09 | SJD | 195.00 | 6.00 | Organized and pulled select/important cases for Grace closing argument per JAL and NDF |
| 12/24/09 | EI | 920.00 | 0.50 | Read AJS Libby memo (.2); t/c PVNL re: Libby status (.3). |
| 12/24/09 | AJS | 295.00 | 0.80 | Preparation of memo regarding MCC claims and preparation of email to EI regarding same. |
| 12/24/09 | SJD | 195.00 | 4.00 | Organized and pulled select/important cases for Grace closing argument per JAL and NDF |
| 12/27/09 | KCM | 495.00 | 6.20 | Draft/revise oral argument outline and review/analyze related materials |
| 12/28/09 | JPW | 495.00 | 5.30 | Meet with KCM re argument outline (.4); revise argument outline (4.9) |
| 12/28/09 | KCM | 495.00 | 6.80 | Review/analyze correspondence (.1); draft/revise and consolidate oral argument outline and review/analyze related briefs and materials re same (6.2); organize files (.5) |
| 12/28/09 | MAF | 195.00 | 12.00 | Compile and organize trial materials for closing arguments. |
| 12/28/09 | SJD | 195.00 | 8.00 | Assisted with closing argument preparation tasks and created PowerPoint for closing argument demonstratives per NDF |
| 12/29/09 | EI | 920.00 | 0.20 | T/c PVNL re: Libby issue. |
| 12/29/09 | JPW | 495.00 | 3.90 | Meet with KCM re outline for oral argument (.8); revise oral argument outline (2.8); review Libby oral argument (.3) |
| 12/29/09 | KCM | 495.00 | 5.40 | Draft/revise oral argument outline, review/analyze related materials and send out outline (5.1); review/analyze correspondence and communication with PVNL re oral argument (.3) |

| | | | | |
|---|---|---|---|---|
| 12/29/09 | KCM | 495.00 | 0.30 | Review/analyze correspondence and communicate with PVNL re oral argument |
| 12/29/09 | AJS | 295.00 | 0.10 | Review of email from NDF regarding trial preparation. |
| 12/29/09 | MAF | 195.00 | 9.50 | Compile and organize trial materials for closing arguments. |
| 12/29/09 | SJD | 195.00 | 9.00 | Assisted with closing argument preparation tasks and created PowerPoints for closing argument demonstratives per NDF |
| 12/30/09 | EI | 920.00 | 0.50 | T/c PVNL re: Libby status. |
| 12/30/09 | KCM | 495.00 | 5.40 | Draft/revise oral argument outline and review/analyze related cases and materials (4.9); communicate with PVNL, MAF, JPW re oral argument preparation, and review/analyze correspondence (.5) |
| 12/30/09 | MAF | 195.00 | 12.00 | Compile and organize trial materials for closing arguments. |
| 12/30/09 | SJD | 195.00 | 3.00 | Assisted with shipping and organization of closing argument materials and edit of demonstratives per NDF |
| 12/31/09 | JPW | 495.00 | 6.50 | Telephone conference re oral arguments with Plan Proponents (.7); telephone conference with KCM re outline (.8); review GEICO briefs (4.5); e-mails re same (.5) |
| 12/31/09 | KCM | 495.00 | 12.30 | Draft/revise consolidated oral argument outline and review/analyze related briefs and materials (11.9); review/analyze correspondence re oral argument issues and communicate with JPW (.4) |

**Total Task Code.16** **278.30**

**Plan & Disclosure Statement (312.60 Hours; $ 175,920.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Elihu Inselbuch | .10 | $920 | 92.00 |
| Peter Van N. Lockwood | 60.90 | $840 | 51,156.00 |
| Nathan D. Finch | 92.00 | $610 | 56,120.00 |
| Ann C. McMillan | 29.80 | $580 | 17,284.00 |
| Jeffrey A. Liesemer | 72.10 | $495 | 35,689.50 |
| Todd E. Phillips | 57.70 | $270 | 15,579.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/09 | PVL | 840.00 | 0.20 | Review email. |
| 12/01/09 | NDF | 610.00 | 0.50 | Planning re closing arguments. |
| 12/01/09 | ACM | 580.00 | 1.50 | Exchange e-mails with D. Boll re TDP (.2); revise TDP (1.3). |
| 12/02/09 | PVL | 840.00 | 1.20 | Review email and reply (.2); teleconference EI (.2); review ltr from Ferbers and draft reply (.3); email ACM re draft reply to Ferbers (.2); teleconference Phillips (.3). |
| 12/02/09 | EI | 920.00 | 0.10 | T/C ACM and AJS re: Libby issues (.1). |
| 12/02/09 | NDF | 610.00 | 1.50 | Begin preparation for closing argument - outline same. |
| 12/02/09 | ACM | 580.00 | 0.50 | Teleconference EI, AJS re Libby (.1); review Thundersky counsel's letter and exchange e-mails with PVNL, D. Boll re same (.4). |
| 12/03/09 | PVL | 840.00 | 0.20 | Review EI memo and reply. |
| 12/03/09 | ACM | 580.00 | 5.70 | Revise TDP (4.2); teleconference EI re same (.2); teleconference D. Boll re Thundersky letter (.1); review Thundersky letter and proposed response (.8); teleconference EI re same (.2); exchange e-mails with J. Cohen re insurer issue (.2). |
| 12/04/09 | PVL | 840.00 | 1.80 | Review email and reply (.6); review draft reply to Wachovia (.1); teleconference Wyron (.5); review Horkovich memo (.1); review Debtors ltr and draft reply (.1); review draft TDP revs and email EI and ACM re same (.4). |
| 12/04/09 | ACM | 580.00 | 3.10 | Revise TDP (1.1); teleconference EI re same (.2); conference AJS re Libby/CNA issues (.4); exchange e-mails with AJS re insurance issues (.2); review plan re Libby issues (1.2). |

| | | | | |
|---|---|---|---|---|
| 12/04/09 | JAL | 495.00 | 0.10 | Reviewed memo from EI re: plan issues. |
| 12/05/09 | ACM | 580.00 | 0.80 | Review TDP and exchange e-mails with PVNL re same. |
| 12/06/09 | PVL | 840.00 | 0.30 | Review email and reply. |
| 12/06/09 | NDF | 610.00 | 1.20 | Work on plan confirmation closing argument (Libby issues). |
| 12/06/09 | ACM | 580.00 | 1.30 | Review TDP and exchange e-mails with PVNL, EI re same (.9); review Trust Agreement (.4). |
| 12/07/09 | PVL | 840.00 | 2.50 | Review email and reply (.4); review PP reply to Wachovia (.1); confer ACM and AJS (1.2); teleconference EI, ACM and AJS (.4); review revised TDP and confer ACM re same (.4). |
| 12/07/09 | NDF | 610.00 | 0.50 | Planning for closing argument (Libby issues). |
| 12/07/09 | ACM | 580.00 | 3.80 | Revise TDP (1.3); meeting with PVNL, AJS re TDP and Plan (1.7); research re indirect claims (.8). |
| 12/08/09 | PVL | 840.00 | 2.90 | Review email and reply (.7); teleconference Wyron (1.3); teleconference EI (.3); review revised Libby TS and memo (.4); review revised Horkovich memo (.1); teleconference Roberts (.1). |
| 12/08/09 | ACM | 580.00 | 3.40 | Teleconference EI re TDP (.3); review D. Cohn e-mails and term sheets (1.3); teleconference AJS re same (.2); revise TDP (1.6). |
| 12/09/09 | PVL | 840.00 | 2.20 | Review email and reply (.1); review revised draft BNSF/insurer TS (.4); review Canada oppo. to CDN ZAI settlement (.5); review AMH PT brief (1.2). |
| 12/09/09 | ACM | 580.00 | 0.80 | Review D. Cohn e-mails re Libby issues. |
| 12/10/09 | PVL | 840.00 | 3.20 | Review email and reply (.9); draft argument assignments (.5); teleconference Bernick, Freedman, Frankel, NDF et al (1.6); confer NDF (.2). |
| 12/10/09 | ACM | 580.00 | 0.20 | Teleconference AJS re Libby issues. |
| 12/10/09 | JAL | 495.00 | 0.10 | Reviewed and analysis of memo re: plan objections |
| 12/10/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: planning for closing arguments in January. |

| | | | | |
|---|---|---|---|---|
| 12/11/09 | PVL | 840.00 | 3.40 | Review email and reply (.7); review ins neutrality revs (.2); confer KCM and JPW (.5); review draft TDP revs and reply (.1); review Brooks memo re arg assignments and reply (.7); confer ACM (.3); review revised ins neutrality provs (.2); teleconference Frankel, Wyron and Mehaley (.7). |
| 12/11/09 | NDF | 610.00 | 2.50 | Emails/begin drafting closing argument (2.1); meet with JAL re case law needed (0.4). |
| 12/11/09 | ACM | 580.00 | 1.40 | Conference AJS re Libby meeting (.6); review AJS notes re same (.5); conference PVNL re Libby issues (.3). |
| 12/11/09 | JAL | 495.00 | 0.40 | Office conf. w/NDF re: prep. for closing argument. |
| 12/11/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL re: prep. for confirmation closing arguments. |
| 12/11/09 | JAL | 495.00 | 0.50 | Review and analysis of materials in prep. for confirmation closing arguments. |
| 12/12/09 | PVL | 840.00 | 0.20 | Review objection chart. |
| 12/14/09 | PVL | 840.00 | 2.10 | Attend telephonic hearing (.8); teleconference Frankel, Wyron, Mehaley and Horkovich (.9); review email and reply (.3); teleconference NDF (.1). |
| 12/14/09 | ACM | 580.00 | 2.80 | Review revised TDP (1.2); conference AJS re same (.3); exchange e-mails with AJS re TDP (.3); draft settlement cover sheet (.7); review Plan (.3). |
| 12/14/09 | JAL | 495.00 | 0.30 | Office conf. w/TEP re: prep. for confirmation closing arguments. |
| 12/14/09 | JAL | 495.00 | 0.20 | Review and analysis of materials in prep. for confirmation closing arguments. |
| 12/14/09 | JAL | 495.00 | 0.20 | Second office conf. w/TEP re: closing argument prep. |
| 12/14/09 | TEP | 270.00 | 5.50 | Legal research re: substantive legal issue re hearing. |
| 12/15/09 | PVL | 840.00 | 1.30 | Review email and reply (.6); review revised ins. neutrality stip (.2); teleconference Brown and Wyron re stip (.3); review draft notice of POR amends and reply (.1); review revised obj chart (.1). |
| 12/15/09 | ACM | 580.00 | 0.50 | Review notes and term sheet re Libby issues. |

| | | | | |
|---|---|---|---|---|
| 12/15/09 | JAL | 495.00 | 0.10 | Reviewed e-mail from Debtors' counsel re: confirmation issue. |
| 12/15/09 | JAL | 495.00 | 0.10 | Office conf. w/TEP re: closing argument prep. |
| 12/15/09 | JAL | 495.00 | 2.90 | Review and analysis of research in connection with preparing closing arguments. |
| 12/15/09 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and NDF re: confirmation issue. |
| 12/15/09 | TEP | 270.00 | 7.70 | Legal research re: substantive legal issue re hearing. |
| 12/16/09 | PVL | 840.00 | 1.00 | Review email and reply (.6); review draft ins. neutrality revs. and email comments (.2); teleconference Wyron (.2). |
| 12/16/09 | NDF | 610.00 | 3.50 | Read Horkovich slide show re CNA settlement proposal (0.5); emails to Horkovich re CNA settlement proposal (0.5); prepare for closing argument (2.5). |
| 12/16/09 | ACM | 580.00 | 1.50 | Draft Libby Settlement Agreement. |
| 12/16/09 | JAL | 495.00 | 0.20 | Office conf. w/TEP re: prep. for closing argument. |
| 12/16/09 | JAL | 495.00 | 3.90 | Research and analysis of confirmation issues for closing arguments. |
| 12/16/09 | TEP | 270.00 | 6.10 | Legal research re substantive legal issues re trial. |
| 12/17/09 | NDF | 610.00 | 6.60 | Prepare for confirmation hearing closing argument (Libby issues) (4.5); confer with PVNL and JAL re same (2.1). |
| 12/17/09 | JAL | 495.00 | 0.60 | Review of materials relating to plan modifications. |
| 12/17/09 | JAL | 495.00 | 6.70 | Review and analysis of research in prep for confirmation closing arguments. |
| 12/17/09 | JAL | 495.00 | 0.90 | Drafted and revised memo in prep. for closing arguments. |
| 12/17/09 | TEP | 270.00 | 9.00 | Legal research re substantive legal issues re trial. |
| 12/18/09 | PVL | 840.00 | 3.00 | Review email and reply (.4); review revised obj chart and Felder memo re same (.3); review Horkovich memos and reply (.2); review notice of plan mods |

| | | | | |
|---|---|---|---|---|
| | | | | (.1); review JAL memo (.3); confer NDF and JAL (1.7). |
| 12/18/09 | NDF | 610.00 | 5.30 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/18/09 | ACM | 580.00 | 0.20 | Exchange e-mails with R. Wyron re Medicare reporting issues. |
| 12/18/09 | JAL | 495.00 | 1.50 | Further drafting and revisions to memo on confirmation objections. |
| 12/18/09 | JAL | 495.00 | 1.70 | Office conf. w/PVNL and NDF re: prep. for closing arguments. |
| 12/18/09 | JAL | 495.00 | 2.60 | Review and analysis of materials relating to preparation for closing arguments. |
| 12/18/09 | TEP | 270.00 | 6.20 | Legal research re substantive legal issues re trial. |
| 12/19/09 | JAL | 495.00 | 1.90 | Legal research and analysis in connection w/closing argument. |
| 12/19/09 | TEP | 270.00 | 7.20 | Legal research re substantive legal issues re trial. |
| 12/20/09 | PVL | 840.00 | 0.50 | Review arg. assignments. |
| 12/20/09 | NDF | 610.00 | 2.00 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/20/09 | TEP | 270.00 | 8.80 | Legal research re substantive legal issues re trial. |
| 12/21/09 | PVL | 840.00 | 4.90 | Confer Aldock, Giannotto, DeChristoforo, Frankel, Wyron, Mehaley and Horkovich (3.5); teleconference EI (1.0): review email and reply (.4). |
| 12/21/09 | NDF | 610.00 | 8.80 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/21/09 | JAL | 495.00 | 0.30 | Reviewed e-mails from NDF re: closing arguments and confirmation issues. |
| 12/21/09 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: confirmation issue. |
| 12/21/09 | JAL | 495.00 | 0.10 | Drafted e-mail to AJS re: confirmation issue. |
| 12/21/09 | JAL | 495.00 | 0.20 | Drafted e-mails (2x) to TEP re: research for closing argument. |

| | | | | |
|---|---|---|---|---|
| 12/21/09 | JAL | 495.00 | 0.10 | Tele. call w/TEP re: confirmation research. |
| 12/21/09 | JAL | 495.00 | 3.40 | Review and analysis of materials in prep. for oral argument. |
| 12/21/09 | JAL | 495.00 | 0.20 | Reviewed e-mails from NDF re: prep. for closing arguments. |
| 12/21/09 | JAL | 495.00 | 2.70 | Drafted and revised memo for NDF re: prep. for closing arguments. |
| 12/21/09 | TEP | 270.00 | 7.20 | Legal research re substantive legal issues re trial. |
| 12/22/09 | PVL | 840.00 | 0.50 | Review emails and reply (.3); teleconference with Felder (.2). |
| 12/22/09 | NDF | 610.00 | 4.20 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/22/09 | ACM | 580.00 | 1.40 | Revise Settlement Agreement. |
| 12/22/09 | JAL | 495.00 | 0.20 | Office conf. w/SJD re: prep. of materials for closing argument. |
| 12/22/09 | JAL | 495.00 | 0.20 | Review and analysis of materials in prep. for closing arguments. |
| 12/23/09 | PVL | 840.00 | 3.90 | Review emails and reply (.8); review Grace response to AMH PT brief (.6); review draft ins. neutrality stip. and POR revs and email comments (.5); telephone Wyron (1.3); telephone Freedman (.2); review Cohen memo and Grace obj. to MCC claims (.5). |
| 12/23/09 | ACM | 580.00 | 0.20 | Exchange e-mails with EI, AJS re Libby Settlement Agreement. |
| 12/23/09 | JAL | 495.00 | 6.10 | Drafting and revisions to NDF in connection with upcoming closing arguments. |
| 12/24/09 | PVL | 840.00 | 1.90 | Teleconference with EI (.6); review emails and reply (.1); teleconference with Freedman (.8); review Horkovich letter (.1); review two draft stips. re POR revs. (.3). |
| 12/24/09 | JAL | 495.00 | 6.60 | Further drafting and revision of memo to NDF re: confirmation issues for closing arguments. |

| | | | | |
|---|---|---|---|---|
| 12/26/09 | JAL | 495.00 | 7.00 | Further drafting and revision to memo to NDF re: confirmation issues for closing arguments. |
| 12/27/09 | NDF | 610.00 | 4.50 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/27/09 | JAL | 495.00 | 6.70 | Further drafting and revisions to NDF re: confirmation issues for closing arguments. |
| 12/28/09 | PVL | 840.00 | 4.60 | Review emails and reply (.8); review AMH PT brief errata (.1); teleconference with Wyron (.6); teleconference with Freedman and Wyron (.8); conference with CR (.1); conference with NDF (.1); review TDP revs. (.2); conference with KCM (.2); review draft motion re neutrality stip. (.2); review JAL memo and reply (.2); review GI opinion (1.3). |
| 12/28/09 | NDF | 610.00 | 15.30 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/28/09 | JAL | 495.00 | 0.40 | Revised and finalized memo to NDF re: prep. for oral argument. |
| 12/28/09 | JAL | 495.00 | 7.30 | Drafted and revised set of talking points for NDF for confirmation closing argument. |
| 12/29/09 | PVL | 840.00 | 4.30 | Review emails and reply (.4); teleconference with Freedman (.1); teleconference with EI (.1); review NDF arg. outlines and reply (.4); conference with NDF (1.9); teleconference with Bernick, Freedman, Frankel and Wyron (.8); teleconference with Wyron (.3); review draft Kaneb stip. and related emails and reply (.2); review revised draft motion re ins. neutrality stip. and reply (.1). |
| 12/29/09 | NDF | 610.00 | 15.10 | Meet with PVNL to go over Libby issues (2.1); meet with staff re logistics (0.3); review closing argument graphics (0.5); read cases and outline argument (12.2). |
| 12/29/09 | ACM | 580.00 | 0.70 | Review proposed TDP change and exchange e-mails with PVNL re same. |
| 12/29/09 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to closing argument prep. |
| 12/29/09 | JAL | 495.00 | 0.10 | Tele. call w/KCM re: plan confirmation issue. |

| | | | | |
|---|---|---|---|---|
| 12/30/09 | PVL | 840.00 | 6.00 | Review emails and reply (.2); review Kaneb stip. and reply (.1), review NDF slides (.1); review revised ins. neutrality motion and email comments (.2); teleconference with Frankel and Wyron (.7); teleconference with EI (.7); teleconference with Freedman (.4); pre for Jan 4 hearing (3.6). |
| 12/30/09 | NDF | 610.00 | 14.80 | Prepare for confirmation hearing closing argument (Libby issues) (13.7); emails re same (1.1). |
| 12/30/09 | JAL | 495.00 | 2.90 | Review and analysis of materials in connection with preparing for oral argument. |
| 12/30/09 | JAL | 495.00 | 0.60 | Reviewed and commented on NDF's draft closing argument outline. |
| 12/30/09 | JAL | 495.00 | 0.80 | Drafted and revised memo to NDF re: plan confirmation issue. |
| 12/30/09 | JAL | 495.00 | 0.20 | Reviewed memo from PVNL re: confirmation issue for closing argument. |
| 12/31/09 | PVL | 840.00 | 8.80 | Review emails and reply (.1); telephone conferences with Bernick, Freedman, Baer, NDF et al. (.9); prepare for 1/4 hearing (7.2); review revised ins. neutrality step and smart comments (.3); confereces with KCM (.3). |
| 12/31/09 | NDF | 610.00 | 5.70 | Prepare for closing argument (4.5); teleconference with Bernick et al re same (1.0); draft slide for closing (0.2). |

**Total Task Code .17** **312.60**

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 298.00 |
| Air Freight & Express Mail | 62.04 |
| Charge of Cell and/or Home Phone Useage | 16.19 |
| Conference Meals | 138.95 |
| Court Reporting/Transcript Service | 7,811.18 |
| Database Research | 13,667.37 |
| Local Transporation - NY | 93.69 |
| Local Transportation - DC | 166.50 |
| Long Distance-Equitrac In-House | 5.24 |
| Meals Related to Travel | 80.31 |
| Outside Photocopying/Duplication Service | 6,308.71 |
| Postage & Air Freight | 0.44 |
| Research Material | 37.01 |
| Travel Expenses - Ground Transportation | 4,864.13 |
| Travel Expenses - Hotel Charges | 4,074.55 |
| Xeroxing | 640.00 |
| **Total:** | **$38,264.31** |