**EXHIBIT B**

**Case Administration (8.20 Hours; $ 2,977.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        8.20**

**Fee Applications, Applicant (8.40 Hours; $ 3,639.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        8.40**

**Litigation and Litigation Consulting (278.30 Hours; $ 106,096.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        278.30**

**Plan & Disclosure Statement (312.60 Hours; $ 175,920.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        312.60**

{D0169397.1 }
DOC#151898