**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 298.00 |
| Air Freight & Express Mail | 62.04 |
| Charge of Cell and/or Home Phone Useage | 16.19 |
| Conference Meals | 138.95 |
| Court Reporting/Transcript Service | 7,811.18 |
| Database Research | 13,667.37 |
| Local Transporation - NY | 93.69 |
| Local Transportation - DC | 166.50 |
| Long Distance-Equitrac In-House | 5.24 |
| Meals Related to Travel | 80.31 |
| Outside Photocopying/Duplication Service | 6,308.71 |
| Postage & Air Freight | 0.44 |
| Research Material | 37.01 |
| Travel Expenses - Ground Transportation | 4,864.13 |
| Travel Expenses - Hotel Charges | 4,074.55 |
| Xeroxing | 640.00 |
| **Total:** | **$38,264.31** |

{D0169398.1 }