PREBILL / CONTROL REPORT

| | | |
|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 1/22/2010 |
| Attn: | | Print Date/Time: 01/22/2010  3:29:19PM |
| | | Invoice # |

Trans Date Range:  1/1/1950  to: 12/31/2009

**Matter      000**

**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 1/10/2010 |
|---|---|---|---|---|---|---|---|

| Client Retainers Available | $4,849.14 | Committed to Invoices: | $0.00 | Remaining: | $4,849.14 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Total Expenses Billed To Date | $3,822,593.13 | Billing Empl: | 0120 | Elihu  Inselbuch |
| | | Responsible Empl: | 0120 | Elihu  Inselbuch |
| | | Alternate Empl: | 0120 | Elihu  Inselbuch |
| | | Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 562.82 | 0.00 | 562.82 |
| 0073 | RCT | Rita C Tobin | 0.00 | 19.93 | 0.00 | 19.93 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 42.55 | 0.00 | 42.55 |
| 0187 | NDF | Nathan D Finch | 0.00 | 5,220.16 | 0.00 | 5,220.16 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 50.20 | 0.00 | 50.20 |
| 0222 | BH | Barbara  Holtz | 0.00 | 1.30 | 0.00 | 1.30 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 4.50 | 0.00 | 4.50 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 37.60 | 0.00 | 37.60 |
| 0243 | IH | Iris  Houston | 0.00 | 22.40 | 0.00 | 22.40 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 6.90 | 0.00 | 6.90 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 12.30 | 0.00 | 12.30 |
| 0334 | JPW | James P Wehner | 0.00 | 6.70 | 0.00 | 6.70 |
| 0337 | EGB | Erroll G Butts | 0.00 | 1,007.87 | 0.00 | 1,007.87 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 43.00 | 0.00 | 43.00 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 810.02 | 0.00 | 810.02 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 15,333.88 | 0.00 | 15,333.88 |
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 7.00 | 0.00 | 7.00 |
| 0391 | SDC | Shirley D Chisolm | 0.00 | 0.20 | 0.00 | 0.20 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 15,074.98 | 0.00 | 15,074.98 |
| **Total Fees** | | | **0.00** | **38,264.31** | **0.00** | **38,264.31** |

**Client Number: 4642**　　　　　　　Grace Asbestos Personal Injury Claimants　　　　　　　Page: 2

**Matter      000**　　　　　　　**Disbursements**　　　　　　　1/22/2010

Attn:　　　　　　　Print Date/Time: 01/22/2010  3:29:19PM

Invoice #

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2474980 | Photocopy | E | 12/02/2009 | 0367 | MAF |  | 0.00 | $0.40 |  | 0.00 | $0.40 | 0.40 |
| 2475031 | Photocopy | E | 12/02/2009 | 0999 | C&D |  | 0.00 | $4.90 |  | 0.00 | $4.90 | 5.30 |
| 2475036 | Photocopy | E | 12/02/2009 | 0232 | LK |  | 0.00 | $0.90 |  | 0.00 | $0.90 | 6.20 |
| 2464668 | Petty Cash -O/T Cab Fare to Residence, 11/4/09 (MAF) | E | 12/02/2009 | 0367 | MAF |  | 0.00 | $10.00 |  | 0.00 | $10.00 | 16.20 |
| 2464669 | Petty Cash -O/T Cab Fare to Residence, 11/19/09 (MAF) | E | 12/02/2009 | 0367 | MAF |  | 0.00 | $10.00 |  | 0.00 | $10.00 | 26.20 |
| 2465938 | Equitrac - Long Distance to 13035626527 | E | 12/02/2009 | 0999 | C&D |  | 0.00 | $0.08 |  | 0.00 | $0.08 | 26.28 |
| 2466986 | Equitrac - Long Distance to 12124464759 | E | 12/03/2009 | 0999 | C&D |  | 0.00 | $0.12 |  | 0.00 | $0.12 | 26.40 |
| 2475130 | Photocopy | E | 12/03/2009 | 0363 | AJS |  | 0.00 | $2.10 |  | 0.00 | $2.10 | 28.50 |
| 2475142 | Photocopy | E | 12/04/2009 | 0232 | LK |  | 0.00 | $1.20 |  | 0.00 | $1.20 | 29.70 |
| 2475286 | Photocopy | E | 12/07/2009 | 0232 | LK |  | 0.00 | $2.40 |  | 0.00 | $2.40 | 32.10 |
| 2475291 | Photocopy | E | 12/07/2009 | 0220 | SKL |  | 0.00 | $0.30 |  | 0.00 | $0.30 | 32.40 |
| 2467489 | NYO Postage, 11/5/09 (EI) | E | 12/07/2009 | 0120 | EI |  | 0.00 | $0.44 |  | 0.00 | $0.44 | 32.84 |
| 2467497 | Nathan D. Finch -Working Lunches, re: Brief Preparations, 11/9/09 - 11/12/09 | E | 12/07/2009 | 0187 | NDF |  | 0.00 | $84.20 |  | 0.00 | $84.20 | 117.04 |
| 2467555 | Equitrac - Long Distance to 12123199240 | E | 12/07/2009 | 0999 | C&D |  | 0.00 | $1.80 |  | 0.00 | $1.80 | 118.84 |
| 2467558 | Equitrac - Long Distance to 12127531066 | E | 12/07/2009 | 0999 | C&D |  | 0.00 | $0.08 |  | 0.00 | $0.08 | 118.92 |
| 2467574 | Equitrac - Long Distance to 12127531066 | E | 12/07/2009 | 0999 | C&D |  | 0.00 | $0.16 |  | 0.00 | $0.16 | 119.08 |
| 2467716 | Equitrac - Long Distance to 13126162819 | E | 12/08/2009 | 0999 | C&D |  | 0.00 | $0.44 |  | 0.00 | $0.44 | 119.52 |
| 2467742 | Equitrac - Long Distance to 13035626527 | E | 12/08/2009 | 0999 | C&D |  | 0.00 | $0.08 |  | 0.00 | $0.08 | 119.60 |
| 2475354 | Photocopy | E | 12/08/2009 | 0243 | IH |  | 0.00 | $3.80 |  | 0.00 | $3.80 | 123.40 |
| 2468481 | Equitrac - Long Distance to 16095862311 | E | 12/09/2009 | 0999 | C&D |  | 0.00 | $0.16 |  | 0.00 | $0.16 | 123.56 |
| 2467824 | Business Card -BOA Purchases, re: Am. J Surgical Pathology, 10/19/09 (NR) | E | 12/10/2009 | 0999 | C&D |  | 0.00 | $37.01 |  | 0.00 | $37.01 | 160.57 |
| 2467829 | Business Card -BOA Purchases, re: Westin Convention Center 3-Night Lodging Expense for EAG, 10/12/09 - 10/15/09 (JR) | E | 12/10/2009 | 0337 | EGB |  | 0.00 | $870.26 |  | 0.00 | $870.26 | 1,030.83 |
| 2467830 | Business Card -BOA Purchases, re: Westin Convention Center 3-Night Lodging Expense for MAF, 10/12/09 - 10/15/09 (JR) | E | 12/10/2009 | 0367 | MAF |  | 0.00 | $793.19 |  | 0.00 | $793.19 | 1,824.02 |
| 2467831 | Business Card -BOA Purchases, re: Westin Convention Center 3-Night Lodging Expense for NDF, 10/12/09 - 10/15/09 (JR) | E | 12/10/2009 | 0187 | NDF |  | 0.00 | $632.99 |  | 0.00 | $632.99 | 2,457.01 |
| 2467832 | Business Card -BOA Purchases, re: Westin Convention Center 3-Night Lodging Expense for M.Hurtford, 10/12/09 - 10/15/09 (JR) | E | 12/10/2009 | 0999 | C&D |  | 0.00 | $776.88 |  | 0.00 | $776.88 | 3,233.89 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 1/22/2010 |

Attn:                                                                                                                Print Date/Time: 01/22/2010 3:29:19PM

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2467833 | Business Card -BOA Purchases, re: Westin Convention Center 3-Night Lodging Expense for PVNL, 10/12/09 - 10/15/09 (JR) | E | 12/10/2009 | 0020 | PVL | 0.00 | $562.82 | 0.00 | $562.82 | 3,796.71 |
| 2467834 | Business Card -BOA Purchases, re: Gas for Travel to Philadelphia, PA, 10/19/09 - 10/27/09 (EGB) | E | 12/10/2009 | 0337 | EGB | 0.00 | $128.81 | 0.00 | $128.81 | 3,925.52 |
| 2467835 | Business Card -BOA Purchases, re: Meal for Travel to Philadelphia, PA, 10/26/09 (EGB) | E | 12/10/2009 | 0337 | EGB | 0.00 | $8.80 | 0.00 | $8.80 | 3,934.32 |
| 2475643 | Photocopy | E | 12/10/2009 | 0237 | SRB | 0.00 | $5.00 | 0.00 | $5.00 | 3,939.32 |
| 2475655 | Photocopy | E | 12/10/2009 | 0222 | BH | 0.00 | $1.30 | 0.00 | $1.30 | 3,940.62 |
| 2475762 | Photocopy | E | 12/11/2009 | 0255 | DAT | 0.00 | $2.40 | 0.00 | $2.40 | 3,943.02 |
| 2468363 | Equitrac - Long Distance to 12123199240 | E | 12/13/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,943.10 |
| 2468401 | Equitrac - Long Distance to 15183929410 | E | 12/13/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 3,943.14 |
| 2468522 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/1/09 (DAT) | E | 12/14/2009 | 0999 | C&D | 0.00 | $46.00 | 0.00 | $46.00 | 3,989.14 |
| 2468523 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/2/09 (DAT) | E | 12/14/2009 | 0999 | C&D | 0.00 | $57.50 | 0.00 | $57.50 | 4,046.64 |
| 2468577 | BostonCoach Corporation -Car Svc. from Westin Convention Center in PA to Bethesda, MD, 10/14/09 (NDF) | E | 12/14/2009 | 0187 | NDF | 0.00 | $1,069.30 | 0.00 | $1,069.30 | 5,115.94 |
| 2475965 | Photocopy | E | 12/14/2009 | 0334 | JPW | 0.00 | $4.20 | 0.00 | $4.20 | 5,120.14 |
| 2476006 | Photocopy | E | 12/15/2009 | 0243 | IH | 0.00 | $0.10 | 0.00 | $0.10 | 5,120.24 |
| 2476044 | Photocopy | E | 12/15/2009 | 0243 | IH | 0.00 | $0.60 | 0.00 | $0.60 | 5,120.84 |
| 2476053 | Photocopy | E | 12/15/2009 | 0317 | JAL | 0.00 | $5.20 | 0.00 | $5.20 | 5,126.04 |
| 2468627 | Premiere Global Services -Teleconference, 10/8/09 - 10/9/09 (NDF) | E | 12/15/2009 | 0187 | NDF | 0.00 | $16.19 | 0.00 | $16.19 | 5,142.23 |
| 2468640 | BostonCoach Corporation -Car Svc. to/from Westin Convention Center in Pittsburgh, PA, 9/11/09 - 10/12/09 (NDF) | E | 12/15/2009 | 0187 | NDF | 0.00 | $3,299.16 | 0.00 | $3,299.16 | 8,441.39 |
| 2468641 | BostonCoach Corporation -Car Svc. from Price Waterhouse Coopers to Pittsburgh, PA, 9/15/09 (M.Peterson) | E | 12/15/2009 | 0999 | C&D | 0.00 | $248.54 | 0.00 | $248.54 | 8,689.93 |
| 2468642 | BostonCoach Corporation -Car Svc. from DFW Airport to Hotel Zaza in Dallas, TX, 9/30/09 (NDF) | E | 12/15/2009 | 0187 | NDF | 0.00 | $118.32 | 0.00 | $118.32 | 8,808.25 |
| 2468847 | Andrew J. Sackett -Dinner at the Muse Hotel while on Travel to/from New York, NY, 12/9/09 | E | 12/15/2009 | 0363 | AJS | 0.00 | $46.67 | 0.00 | $46.67 | 8,854.92 |
| 2468848 | Andrew J. Sackett -Breakfast at the Muse Hotel while on Travel to/from New York, NY, 12/10/09 | E | 12/15/2009 | 0363 | AJS | 0.00 | $24.84 | 0.00 | $24.84 | 8,879.76 |
| 2468849 | Andrew J. Sackett -The Muse Hotel 1-Night Lodging Expense while on Travel to/from New York, NY, 12/9/09 - 12/10/09 | E | 12/15/2009 | 0363 | AJS | 0.00 | $438.41 | 0.00 | $438.41 | 9,318.17 |
| 2468865 | Kevin C. Maclay -O/T Cab Fare, 11/3/09 | E | 12/15/2009 | 0338 | KCM | 0.00 | $8.00 | 0.00 | $8.00 | 9,326.17 |
| 2468871 | Kevin C. Maclay -O/T Cab Fare, 11/16/09 | E | 12/15/2009 | 0338 | KCM | 0.00 | $15.00 | 0.00 | $15.00 | 9,341.17 |
| 2468872 | Kevin C. Maclay -O/T Cab Fare, 11/17/09 | E | 12/15/2009 | 0338 | KCM | 0.00 | $20.00 | 0.00 | $20.00 | 9,361.17 |
| 2468939 | Equitrac - Long Distance to 13126162819 | E | 12/15/2009 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 9,361.53 |
| 2468949 | Equitrac - Long Distance to 13035626527 | E | 12/15/2009 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 9,361.65 |
| 2469074 | eTrial Communications Inc. -eBrief Creation using Brief-Lynx, 12/10/09 | E | 12/16/2009 | 0367 | MAF | 0.00 | $5,290.00 | 0.00 | $5,290.00 | 14,651.65 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 4 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | 1/22/2010 |

Print Date/Time: 01/22/2010  3:29:19PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2469075 | eTrial Communications Inc. -eBrief creation using Brief-Lynx, 12/10/09  (MAF) | E | 12/16/2009 | 0367 | MAF | 0.00 | $2,521.18 | 0.00 | $2,521.18 | 17,172.83 |
| 2469076 | Federal Express -Delivery to K.Hemming, 11/13/09 (EI) | E | 12/16/2009 | 0120 | EI | 0.00 | $20.36 | 0.00 | $20.36 | 17,193.19 |
| 2469079 | Federal Express -Delivery to K.Hemming, 11/23/09 (EI; Split between clients 4642 & 5334) | E | 12/16/2009 | 0120 | EI | 0.00 | $7.25 | 0.00 | $7.25 | 17,200.44 |
| 2469084 | Federal Express -Delivery to W.Smith, 11/25/09 (RCT) | E | 12/16/2009 | 0073 | RCT | 0.00 | $19.93 | 0.00 | $19.93 | 17,220.37 |
| 2469086 | Federal Express -(2) Deliveries to K.Hemming, 12/2/09  (EI) | E | 12/16/2009 | 0120 | EI | 0.00 | $14.50 | 0.00 | $14.50 | 17,234.87 |
| 2469093 | Andrew J. Sackett -Agent Fee for One-Way Amtrak Train Business Fare Travel from Philadelphia, PA to New York, NY, re: Mtg. w/ Client & Document Review, 12/8/09  (Coach $278) | E | 12/16/2009 | 0363 | AJS | 0.00 | $20.00 | 0.00 | $20.00 | 17,254.87 |
| 2469094 | Andrew J. Sackett -Agent Fee for One-Way Amtrak Train Business Fare Travel from Philadelphia, PA to New York, NY, re: Mtg. w/ Client & Document Review, 12/8/09  (Coach $278) | E | 12/16/2009 | 0363 | AJS | 0.00 | $278.00 | 0.00 | $278.00 | 17,532.87 |
| 2476205 | Photocopy | E | 12/17/2009 | 0237 | SRB | 0.00 | $4.60 | 0.00 | $4.60 | 17,537.47 |
| 2476236 | Photocopy | E | 12/17/2009 | 0237 | SRB | 0.00 | $4.70 | 0.00 | $4.70 | 17,542.17 |
| 2476240 | Photocopy | E | 12/17/2009 | 0237 | SRB | 0.00 | $8.00 | 0.00 | $8.00 | 17,550.17 |
| 2476242 | Photocopy | E | 12/17/2009 | 0237 | SRB | 0.00 | $7.60 | 0.00 | $7.60 | 17,557.77 |
| 2476249 | Photocopy | E | 12/17/2009 | 0237 | SRB | 0.00 | $7.70 | 0.00 | $7.70 | 17,565.47 |
| 2476253 | Photocopy | E | 12/17/2009 | 0243 | IH | 0.00 | $12.60 | 0.00 | $12.60 | 17,578.07 |
| 2476281 | Photocopy | E | 12/17/2009 | 0220 | SKL | 0.00 | $8.90 | 0.00 | $8.90 | 17,586.97 |
| 2476302 | Photocopy | E | 12/17/2009 | 0255 | DAT | 0.00 | $4.50 | 0.00 | $4.50 | 17,591.47 |
| 2476310 | Photocopy | E | 12/17/2009 | 0367 | MAF | 0.00 | $14.90 | 0.00 | $14.90 | 17,606.37 |
| 2476319 | Photocopy | E | 12/17/2009 | 0367 | MAF | 0.00 | $0.80 | 0.00 | $0.80 | 17,607.17 |
| 2476417 | Photocopy | E | 12/18/2009 | 0317 | JAL | 0.00 | $7.10 | 0.00 | $7.10 | 17,614.27 |
| 2476424 | Photocopy | E | 12/21/2009 | 0999 | C&D | 0.00 | $8.90 | 0.00 | $8.90 | 17,623.17 |
| 2476452 | Photocopy | E | 12/21/2009 | 0367 | MAF | 0.00 | $18.00 | 0.00 | $18.00 | 17,641.17 |
| 2476461 | Photocopy | E | 12/21/2009 | 0367 | MAF | 0.00 | $2.90 | 0.00 | $2.90 | 17,644.07 |
| 2476466 | Photocopy | E | 12/21/2009 | 0367 | MAF | 0.00 | $18.20 | 0.00 | $18.20 | 17,662.27 |
| 2472550 | Equitrac - Long Distance to 12129977499 | E | 12/21/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 17,662.35 |
| 2476507 | Photocopy | E | 12/22/2009 | 0367 | MAF | 0.00 | $3.80 | 0.00 | $3.80 | 17,666.15 |
| 2476508 | Photocopy | E | 12/22/2009 | 0999 | C&D | 0.00 | $3.90 | 0.00 | $3.90 | 17,670.05 |
| 2476515 | Photocopy | E | 12/22/2009 | 0999 | C&D | 0.00 | $9.30 | 0.00 | $9.30 | 17,679.35 |
| 2476519 | Photocopy | E | 12/22/2009 | 0999 | C&D | 0.00 | $11.70 | 0.00 | $11.70 | 17,691.05 |
| 2476522 | Photocopy | E | 12/22/2009 | 0367 | MAF | 0.00 | $19.30 | 0.00 | $19.30 | 17,710.35 |
| 2476533 | Photocopy | E | 12/22/2009 | 0367 | MAF | 0.00 | $3.40 | 0.00 | $3.40 | 17,713.75 |
| 2476534 | Photocopy | E | 12/22/2009 | 0367 | MAF | 0.00 | $3.40 | 0.00 | $3.40 | 17,717.15 |
| 2476561 | Photocopy | E | 12/22/2009 | 0243 | IH | 0.00 | $1.90 | 0.00 | $1.90 | 17,719.05 |
| 2476571 | Photocopy | E | 12/22/2009 | 0367 | MAF | 0.00 | $6.80 | 0.00 | $6.80 | 17,725.85 |
| 2476585 | Photocopy | E | 12/22/2009 | 0367 | MAF | 0.00 | $26.00 | 0.00 | $26.00 | 17,751.85 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 1/22/2010 |

Print Date/Time: 01/22/2010 3:29:19PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2476675 | Photocopy | | E | 12/23/2009 | 0999 | C&D | 0.00 | $7.30 | 0.00 | $7.30 | 17,759.15 |
| 2476697 | Photocopy | | E | 12/23/2009 | 0391 | SDC | 0.00 | $0.20 | 0.00 | $0.20 | 17,759.35 |
| 2473101 | Equitrac - Long Distance to 12124464934 | | E | 12/23/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 17,759.39 |
| 2473104 | Equitrac - Long Distance to 12123199240 | | E | 12/23/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 17,759.47 |
| 2473417 | Conference Meals - Working lunch on 12/10 attended by Cohn, Heberling, Frankel, Wyron, EI and AJS | | E | 12/24/2009 | 0999 | C&D | 0.00 | $54.75 | 0.00 | $54.75 | 17,814.22 |
| 2476721 | Photocopy | | E | 12/24/2009 | 0243 | IH | 0.00 | $3.40 | 0.00 | $3.40 | 17,817.62 |
| 2476748 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $10.20 | 0.00 | $10.20 | 17,827.82 |
| 2476757 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $12.90 | 0.00 | $12.90 | 17,840.72 |
| 2476758 | Photocopy | | E | 12/28/2009 | 0999 | C&D | 0.00 | $42.00 | 0.00 | $42.00 | 17,882.72 |
| 2476761 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $4.20 | 0.00 | $4.20 | 17,886.92 |
| 2476763 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $2.10 | 0.00 | $2.10 | 17,889.02 |
| 2476764 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $3.30 | 0.00 | $3.30 | 17,892.32 |
| 2476766 | Photocopy | | E | 12/28/2009 | 0220 | SKL | 0.00 | $4.70 | 0.00 | $4.70 | 17,897.02 |
| 2476769 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $66.90 | 0.00 | $66.90 | 17,963.92 |
| 2476775 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $0.20 | 0.00 | $0.20 | 17,964.12 |
| 2476776 | Photocopy | | E | 12/28/2009 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 17,964.32 |
| 2476777 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $5.60 | 0.00 | $5.60 | 17,969.92 |
| 2476778 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $5.20 | 0.00 | $5.20 | 17,975.12 |
| 2476780 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $0.80 | 0.00 | $0.80 | 17,975.92 |
| 2476801 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $43.20 | 0.00 | $43.20 | 18,019.12 |
| 2476803 | Photocopy | | E | 12/28/2009 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 18,020.52 |
| 2476806 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $1.50 | 0.00 | $1.50 | 18,022.02 |
| 2476807 | Photocopy | | E | 12/28/2009 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 18,023.62 |
| 2476809 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $0.30 | 0.00 | $0.30 | 18,023.92 |
| 2476818 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $13.90 | 0.00 | $13.90 | 18,037.82 |
| 2476819 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $10.10 | 0.00 | $10.10 | 18,047.92 |
| 2476820 | Photocopy | | E | 12/28/2009 | 0367 | MAF | 0.00 | $48.10 | 0.00 | $48.10 | 18,096.02 |
| 2476822 | Photocopy | | E | 12/29/2009 | 0220 | SKL | 0.00 | $2.80 | 0.00 | $2.80 | 18,098.82 |
| 2476829 | Photocopy | | E | 12/29/2009 | 0334 | JPW | 0.00 | $2.50 | 0.00 | $2.50 | 18,101.32 |
| 2476837 | Photocopy | | E | 12/29/2009 | 0390 | SJD | 0.00 | $0.10 | 0.00 | $0.10 | 18,101.42 |
| 2476857 | Photocopy | | E | 12/29/2009 | 0367 | MAF | 0.00 | $8.60 | 0.00 | $8.60 | 18,110.02 |
| 2476870 | Photocopy | | E | 12/29/2009 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 18,110.32 |
| 2476880 | Photocopy | | E | 12/29/2009 | 0367 | MAF | 0.00 | $3.60 | 0.00 | $3.60 | 18,113.92 |
| 2476884 | Photocopy | | E | 12/29/2009 | 0220 | SKL | 0.00 | $13.50 | 0.00 | $13.50 | 18,127.42 |
| 2476892 | Photocopy | | E | 12/29/2009 | 0367 | MAF | 0.00 | $2.40 | 0.00 | $2.40 | 18,129.82 |
| 2476893 | Photocopy | | E | 12/29/2009 | 0367 | MAF | 0.00 | $2.80 | 0.00 | $2.80 | 18,132.62 |
| 2476894 | Photocopy | | E | 12/29/2009 | 0367 | MAF | 0.00 | $15.40 | 0.00 | $15.40 | 18,148.02 |
| 2473890 | Elite Limousine Plus Inc. -Car Svc. for J.Heberling to LGA Airport, 12/10/09 | | E | 12/29/2009 | 0999 | C&D | 0.00 | $93.69 | 0.00 | $93.69 | 18,241.71 |

**Client Number:** 4642    **Grace Asbestos Personal Injury Claimants**    Page: 6

**Matter** 000    **Disbursements**    1/22/2010

Attn:    Print Date/Time: 01/22/2010 3:29:19PM

Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Amount | Inv # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2473933 | Equitrac - Long Distance to 12123199240 | E | 12/29/2009 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 18,242.11 |
| 2473959 | Equitrac - Long Distance to 13126162819 | E | 12/29/2009 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 18,242.51 |
| 2474069 | Equitrac - Long Distance to 13033551048 | E | 12/30/2009 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 18,242.71 |
| 2474070 | Equitrac - Long Distance to 12124464800 | E | 12/30/2009 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 18,242.75 |
| 2474094 | Equitrac - Long Distance to 16179512505 | E | 12/30/2009 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 18,242.83 |
| 2474096 | Equitrac - Long Distance to 19173401387 | E | 12/30/2009 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 18,243.23 |
| 2476899 | Photocopy | E | 12/30/2009 | 0220 | SKL | 0.00 | $1.80 | 0.00 | $1.80 | 18,245.03 |
| 2476900 | Photocopy | E | 12/30/2009 | 0367 | MAF | 0.00 | $0.10 | 0.00 | $0.10 | 18,245.13 |
| 2476916 | Photocopy | E | 12/30/2009 | 0220 | SKL | 0.00 | $11.40 | 0.00 | $11.40 | 18,256.53 |
| 2476919 | Photocopy | E | 12/30/2009 | 0367 | MAF | 0.00 | $6.00 | 0.00 | $6.00 | 18,262.53 |
| 2476920 | Photocopy | E | 12/30/2009 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 18,263.13 |
| 2476929 | Photocopy | E | 12/30/2009 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 18,263.93 |
| 2476932 | Photocopy | E | 12/30/2009 | 0220 | SKL | 0.00 | $1.90 | 0.00 | $1.90 | 18,265.83 |
| 2476934 | Photocopy | E | 12/30/2009 | 0367 | MAF | 0.00 | $15.50 | 0.00 | $15.50 | 18,281.33 |
| 2476970 | Photocopy | E | 12/30/2009 | 0390 | SJD | 0.00 | $4.80 | 0.00 | $4.80 | 18,286.13 |
| 2476973 | Photocopy | E | 12/30/2009 | 0390 | SJD | 0.00 | $0.50 | 0.00 | $0.50 | 18,286.63 |
| 2476976 | Photocopy | E | 12/30/2009 | 0390 | SJD | 0.00 | $1.60 | 0.00 | $1.60 | 18,288.23 |
| 2477405 | Database Research - Westlaw by NDF on 12/28 | E | 12/31/2009 | 0999 | C&D | 0.00 | $45.33 | 0.00 | $45.33 | 18,333.56 |
| 2477406 | Database Research - Westlaw by TEP on 12/14-21 | E | 12/31/2009 | 0999 | C&D | 0.00 | $2,979.45 | 0.00 | $2,979.45 | 21,313.01 |
| 2477407 | Database Research - Westlaw by MAF on 12/17-30 | E | 12/31/2009 | 0999 | C&D | 0.00 | $3,838.39 | 0.00 | $3,838.39 | 25,151.40 |
| 2477408 | Database Research - Westlaw by AJS on 12/21 | E | 12/31/2009 | 0999 | C&D | 0.00 | $238.36 | 0.00 | $238.36 | 25,389.76 |
| 2477409 | Database Research - Westlaw by JAL on 12/15-30 | E | 12/31/2009 | 0999 | C&D | 0.00 | $3,804.07 | 0.00 | $3,804.07 | 29,193.83 |
| 2477410 | Database Research - Westlaw by JAL/SJD on 12/28 | E | 12/31/2009 | 0999 | C&D | 0.00 | $203.92 | 0.00 | $203.92 | 29,397.75 |
| 2477411 | Database Research - Westlaw by SJD/TEP on 12/16-24 | E | 12/31/2009 | 0999 | C&D | 0.00 | $2,557.85 | 0.00 | $2,557.85 | 31,955.60 |
| 2474106 | Capture Discovery -Outside Copy Svc., 12/30/09 (MAF) | E | 12/31/2009 | 0367 | MAF | 0.00 | $903.44 | 0.00 | $903.44 | 32,859.04 |
| 2474107 | Capture Discovery -Outside Copy Svc., 12/30/09 (MAF) | E | 12/31/2009 | 0367 | MAF | 0.00 | $943.57 | 0.00 | $943.57 | 33,802.61 |
| 2474108 | Capture Discovery -Outside Copy/Binding Svc., 12/23/09 (MAF) | E | 12/31/2009 | 0367 | MAF | 0.00 | $1,377.16 | 0.00 | $1,377.16 | 35,179.77 |
| 2474109 | Capture Discovery -Outside Copy Svc., 12/22/09 (MAF) | E | 12/31/2009 | 0367 | MAF | 0.00 | $3,084.54 | 0.00 | $3,084.54 | 38,264.31 |

**Total Expenses**    0.00    $38,264.31    0.00    $38,264.31

Matter Total Fees    0.00    0.00

Matter Total Expenses    38,264.31    38,264.31

Matter Total    0.00    38,264.31    0.00    38,264.31

Prebill Total Fees

Prebill Total Expenses    $38,264.31    $38,264.31

Prebill Total    0.00    $38,264.31    0.00    $38,264.31

**Client Number:** 4642

**Matter** 000

Grace Asbestos Personal Injury Claimants

Disbursements

Page: 7

1/22/2010

Attn:

Print Date/Time: 01/22/2010 3:29:19PM

Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 66,545 | 01/26/2009 | 364,903.00 | 1,633.83 |
| 67,847 | 04/23/2009 | 404,063.50 | 3,331.00 |
| 69,435 | 07/28/2009 | 618,971.00 | 936.07 |
| 69,835 | 08/26/2009 | 605,649.50 | 121,129.90 |
| 70,265 | 09/23/2009 | 694,896.00 | 138,979.20 |
| 70,735 | 10/27/2009 | 717,612.25 | 143,522.43 |
| 71,431 | 11/30/2009 | 444,575.97 | 444,575.97 |
| 72,159 | 12/18/2009 | 244,111.89 | 244,111.89 |
| 72,335 | 01/10/2010 | 90.00 | 90.00 |
|  |  | 5,882,022.86 | 1,147,959.59 |