# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# DECEMBER 1-31, 2009



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

*tel* +1-202-339-8400
*fax* +1-202-339-8500
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

January 21, 2010
Client No. 17367
Invoice No. 1231295

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2009 in connection with the matters described on the attached pages: | $ | 330,915.00 |
| DISBURSEMENTS as per attached pages: | | 17,941.47 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | 348,856.47 |

Matter(s): 17367/11, 13, 15, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$767,855.46
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1231295*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
***ABA Number 0260-0959-3***
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1231295*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
***ABA Number 121-000358***
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1231295*
*E.I.N. 94-2952627*



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

January 21, 2010
Client No. 17367
Invoice No. 1231295

Orrick Contact: Roger Frankel

For Legal Services Rendered Through December 31, 2009 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 12/01/09 | P. Mahaley | Prepare for and attend OHS team meeting re insurance settlement strategy (2.1); draft insurance settlement documents (.8); draft memorandum analyzing settlement strategy re remaining insurers (3.0). | 5.90 |
| 12/02/09 | P. Mahaley | Analyze settlement options with remaining insurers. | 1.00 |
| 12/03/09 | P. Mahaley | Confer with L. Esayian re potential impact of resolution of third-party objection on insurance settlement strategy. | 0.80 |
| 12/04/09 | P. Mahaley | Confer with counsel for Debtors and R. Wyron re addressing third-party objection to plan in light of insurance settlement strategy. | 1.80 |
| 12/07/09 | P. Mahaley | Finalize insurance settlement agreement and motion papers for filing with court (3.8); analyze potential wording of stipulation with third-party objector re insurance settlement strategy implications and propose alternative wordings (1.6); update summary analysis re insurance settlement status and strategy (.4). | 5.80 |
| 12/08/09 | P. Mahaley | Prepare for and participate in OHS team meeting re insurance settlement strategy (1.0); confer with R. Wyron re proposed Plan document changes re insurance issues (.8); draft proposed Plan document changes re insurance settlements (4.5). | 6.30 |
| 12/09/09 | K. Suomela | Prepare present value calculation of potential insurance settlement. | 1.00 |
| 12/09/09 | P. Mahaley | Draft revised approval order for Allianz settlement in response to objection by Wachovia and prepare papers for filing same with court. | 1.00 |
| 12/10/09 | P. Mahaley | Analyze settlement strategy for upcoming meeting with insurer representatives (2.3); finalize revised order re Allianz settlement (.8); draft insurance settlement agreement (3.4). | 6.50 |
| 12/11/09 | P. Mahaley | Develop settlement strategy and prepare for settlement meeting with insurer (1.9); confer with P. Lockwood re settlement of insurance issues (2.0); draft insurance | 8.30 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

January 21, 2010
Invoice No. 1231295

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 12/14/09 | P. Mahaley | Prepare for and attend telephonic court hearing re approval of insurance settlements (1.2); confer with counsel for Plan Proponents re terms of potential insurance settlement (1.1); draft insurance settlement agreement (1.0); draft proposed changes to Plan exhibit re insurance settlements (1.0). | 4.30 |
| 12/14/09 | R. Wyron | Call with R. Horkovich and P. Lockwood on insurance settlement issues (.8); prepare for insurer meeting on 12/21 (1.1). | 1.90 |
| 12/16/09 | P. Mahaley | Conduct settlement negotiations with insurer (1.0); analyze proposed changes to Plan documents re insurance settlement issues (.8); confer with R. Wyron re strategy for dealing with third-party objections (1.0); draft insurance settlement agreement (1.9). | 4.70 |
| 12/17/09 | P. Mahaley | Develop settlement strategy for settlement meeting with insurer (3.7); prepare for and conduct conference with T. Freedman and R. Wyron re approach to responding to third-party objection (1.0). | 4.70 |
| 12/21/09 | P. Mahaley | Prepare for and conduct settlement negotiations with insurer, along with ACC counsel (6.0); analyze case law re response to insurer position re coverage (2.7). | 8.70 |
| 12/22/09 | P. Mahaley | Analyze arguments from third-party objector re impact of settlement on insurance recovery (2.5); confer with counsel for ACC re analysis of proposals of third-party objector on insurance recovery (.5); analyze impact of deductibles on insurance recovery from primary insurer and confer with L. Esayian re same (4.1). | 7.10 |
| 12/23/09 | P. Mahaley | Analyze documentation re deductible applicable to primary insurance coverage (1.3); confer with counsel for Plan Proponents re implications of documentation re insurance deductible (.5); analyze memorandum re indemnification obligation re primary insurer (.5). | 2.30 |
| 12/24/09 | P. Mahaley | Review and analyze materials sent by insurer relevant to settlement terms. | 0.50 |
| 12/30/09 | P. Mahaley | Analyze proposed changes to stipulation with third-party objector re insurance issues and communicate with R. Wyron re same. | 0.50 |
| 12/31/09 | P. Mahaley | Analyze and revise draft insurance settlement agreement. | 4.40 |

Total Hours 77.50
Total For Services $46,971.50



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

January 21, 2010
Invoice No. 1231295

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 74.60 | 605.00 | 45,133.00 |
| Kirt D. Suomela | 1.00 | 290.00 | 290.00 |
| Richard H. Wyron | 1.90 | 815.00 | 1,548.50 |
| Total All Timekeepers | 77.50 | $606.08 | $46,971.50 |

Disbursements
    Document Reproduction         21.00
    Express Delivery              8.89
    Telephone                   3.33
    Westlaw Research          27.50

                      Total Disbursements         $60.72

**Total For This Matter**         $47,032.22



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

January 21, 2010
Invoice No. 1231295

For Legal Services Rendered Through December 31, 2009 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 12/01/09 | S. Cruzado | Review post-trial reply briefs. | 1.00 |
| 12/01/09 | J. Burke | Attend confirmation strategy meeting with Orrick team. | 1.40 |
| 12/01/09 | D. Felder | Conference with Orrick team regarding strategy and next steps (1.0); follow-up conference with J. Burke (.2); begin review of post-trial reply briefs (2.5). | 3.70 |
| 12/01/09 | K. Orr | Prepare materials for internal meeting (.2); review and analyze docket entries (.1); office conference with internal team regarding post-trial responses, closing argument, and status of settlements with insurers and non-insurers (1.5). | 1.80 |
| 12/01/09 | J. Guy | Meet with Grace team. | 1.50 |
| 12/01/09 | R. Wyron | Review Wachovia language and follow-up (.8); meet with litigation team on confirmation issues and follow-up (1.1); confer with R. Frankel on strategy and follow-up e-mails re same (.3); review issues on potential insurance settlement and follow-up with P. Mahaley (.4); review and respond to e-mails re BNSF objections (.6). | 3.20 |
| 12/01/09 | R. Frankel | Review materials in preparation for litigation team. | 0.70 |
| 12/01/09 | R. Frankel | Confer with Grace Team re status (.5), oral argument (.5), settlements (.4), notes re same (.3). | 1.70 |
| 12/01/09 | R. Frankel | Review P. Mahaley memo re insurer issues. | 0.60 |
| 12/01/09 | R. Frankel | Review series of e-mails re Wachovia. | 0.50 |
| 12/01/09 | R. Frankel | Confer with R. Wyron re Wachovia, insurer, Libby issues. | 0.40 |
| 12/01/09 | R. Frankel | Review memo re best interest test. | 0.90 |
| 12/02/09 | D. Felder | Telephone conference with R. Frankel regarding Garlock's post-trial reply brief (.2); review post-trial brief and reply brief filed by Garlock and consider issues regarding same (1.5); telephone conference with N. Kritzer regarding reply to Wachovia response (.1); consider issues regarding same (.8); review Allianz settlement agreement, 9019 motion, Wachovia response and TDP issues (2.0); draft section of reply regarding Wachovia's response on TDP issues (3.0). | 7.60 |
| 12/02/09 | J. Guy | Attention to pending settlements, upcoming oral argument and Plan changes. | 1.20 |

# ◯
## O R R I C K

| David Austern, Futures Claims Representative for W.R. Grace & Co. -<br>17367<br>page 5 | | | January 21, 2010<br>Invoice No. 1231295 |
|---|---|---|---|
| 12/02/09 | R. Wyron | Call with Wachovia regarding issues and follow-up (.8); call with D. Cohn on Libby issues and follow-up (2.3); call with T. Freedman on open issues for confirmation hearing and follow-up e-mails re same (1.2); follow-up on TDP issues re Libby (.3); review language issues in Wachovia reply and follow-up (.7). | 5.30 |
| 12/02/09 | R. Frankel | Review Post-Trial Reply Briefs - Garlock, Kaneb, Md. Casualty Co., Montana. | 2.80 |
| 12/02/09 | R. Frankel | Telephone conversations with D. Felder, R. Wyron re issues in Reply Briefs. | 0.50 |
| 12/02/09 | R. Frankel | Telephone conference with R. Wyron, meeting with E. Inselbuch (.4); review Libby status in preparation for meeting (.5). | 0.90 |
| 12/02/09 | R. Frankel | Review potential group settlement status in preparation for meeting with E. Inselbuch. | 0.70 |
| 12/02/09 | R. Frankel | Confer with E. Inselbuch re various confirmation issues, settlements. | 1.10 |
| 12/03/09 | D. Felder | Attention to reply to Wachovia's response and e-mail correspondence regarding same (1.5); e-mail correspondence with P. Lockwood, D. Parsons, R. Wyron and P. Mahaley regarding Edwards settlement agreement (.5). | 2.00 |
| 12/03/09 | R. Wyron | Work on Wachovia issues and follow-up (.3); review draft response to Wachovia and provide comments (.4); review and respond to e-mails re Fireman's, Wachovia and 12/14 hearing (.6); confer with R. Frankel re strategy issues and follow-up (.3). | 1.60 |
| 12/03/09 | R. Frankel | Prepare notes re meeting with E. Inselbuch, next steps. | 0.80 |
| 12/03/09 | R. Frankel | Confer with R. Wyron re meeting with E. Inselbuch and next steps. | 0.40 |
| 12/03/09 | R. Frankel | Review several drafts of response to Wachovia objection to Fireman's settlement. | 0.90 |
| 12/04/09 | D. Felder | Review and revise various drafts of reply to Wachovia's response and e-mail correspondence regarding same (2.5); telephone conferences with T. Freedman, N. Kritzer and R. Wyron regarding same (.5); review final reply regarding same (.4). | 3.40 |

## ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

January 21, 2010
Invoice No. 1231295

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/04/09 | R. Wyron | Calls re Wachovia issues and follow-up (.8); call to C. Yingling re language for approval order (.3); review draft response to Wachovia and follow-up (.4); confer with P. Mahaley re Kaneb (.3); call with T. Freedman and L. Esayian re Kaneb and follow-up (.9); continue review of trial briefs (1.3); work on group settlement issues and respond to e-mails re same (1.2); call with D. Glosband and follow-up (.4); work on Montana issues (.2); call to P. Lockwood re Montana, Wachovia, Libby and related issues, and e-mails re same (.8); follow-up with FFIC on Wachovia issues (.3). | 6.90 |
| 12/04/09 | R. Frankel | Review revised draft TDP. | 2.20 |
| 12/05/09 | R. Frankel | Review post-trial briefs related to FCR issues (1.1); consider oral argument issues (.4). | 1.50 |
| 12/06/09 | D. Felder | Review various hearing transcripts regarding response to Garlock post-trial reply brief. | 3.50 |
| 12/07/09 | J. Burke | Review objectors' post-trial reply briefs in preparation for closing arguments. | 1.70 |
| 12/07/09 | D. Felder | Attention to issues regarding Garlock's post-trial reply brief. | 2.50 |
| 12/07/09 | K. Orr | Review docket entries (.1); prepare and circulate agenda for internal meeting (.1). | 0.20 |
| 12/07/09 | M. Wallace | Review revised TDP to incorporate Libby settlement, including against term sheet, and consider issues in same. | 2.50 |
| 12/07/09 | M. Wallace | Review correspondence regarding legal issues in Libby settlement provisions in TDP. | 0.10 |
| 12/07/09 | M. Wallace | Review correspondence regarding revisions to TDP re Libby. | 0.10 |
| 12/07/09 | R. Wyron | Review Libby TDP and follow-up (.9); review Kaneb language and follow-up (.6); review Wachovia issues and e-mails re same (.4); confer with R. Frankel on strategy and e-mails re same (.4); outline issues for 12/14 hearing and review agenda (.8). | 3.10 |
| 12/07/09 | R. Frankel | Series of e-mails re Garlock in connection with FCR appointment, position. | 0.80 |
| 12/07/09 | R. Frankel | Review settlement status re group settlement. | 2.30 |
| 12/07/09 | R. Frankel | Review revised draft TDP (1.2); consider issues re Libby settlement (.4). | 1.60 |
| 12/07/09 | R. Frankel | Confer with R. Wyron re possible settlement (.6); notes re same (.3). | 0.90 |
| 12/07/09 | R. Frankel | Telephone conference with J. Aldock; confer with R. Wyron re same. | 0.60 |
| 12/08/09 | J. Burke | Review objectors' post-trial reply briefs in preparation for closing arguments (.8); attend confirmation strategy meeting with Orrick team (1.1). | 1.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

January 21, 2010
Invoice No. 1231295

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/08/09 | D. Felder | Conference with internal team regarding strategy and next steps (.7); follow-up regarding same (.3); conference with R. Frankel regarding Libby issues and consider same (1.0). | 2.00 |
| 12/08/09 | K. Orr | Prepare materials for internal meeting (.1); review docket, omnibus hearing agenda, and chart of settlement status (.2); office conference with internal team regarding closing arguments, upcoming deadlines, and status of potential settlements (.8). | 1.10 |
| 12/08/09 | M. Wallace | Review correspondence from Libby counsel regarding revised term sheet. | 0.20 |
| 12/08/09 | M. Wallace | Review revised TDP. | 0.50 |
| 12/08/09 | M. Wallace | Review revised Libby settlement term sheet. | 0.30 |
| 12/08/09 | J. Guy | Attention to post-trial briefs and upcoming oral argument. | 0.50 |
| 12/08/09 | R. Wyron | Meet with litigation team re strategy and follow-up (1.1); confer with P. Mahaley on Kaneb, Wachovia and AG Belge, and follow-up (.3); draft language re Wachovia settlement (.3); calls with M. Plevin and C. Yingling re settlement (.6); respond to e-mails re Wachovia (.2); draft Kaneb language and follow-up (.4); respond to e-mails re Kaneb (.3); call with P. Lockwood on pending settlements and plan changes and follow-up (1.5); confer with R. Frankel re strategy (several times) (.6); call with M. Giannotto re neutrality settlement, and follow-up (.6); review Libby draft term sheet and TDP (1.1); work on plan changes (.8). | 7.80 |
| 12/08/09 | R. Frankel | Confer with R. Wyron re BNSF, Montana, Libby, CNA; notes re same. | 0.70 |
| 12/08/09 | R. Frankel | Prepare for internal meeting. | 0.70 |
| 12/08/09 | R. Frankel | Confer with Grace Team re settlements, strategy. | 1.20 |
| 12/08/09 | R. Frankel | Review insurance settlement chart, plan amendment memo. | 1.10 |
| 12/08/09 | R. Frankel | Confer with D. Felder re Libby, related issues. | 0.40 |
| 12/08/09 | R. Frankel | Review redlined TDP re Libby settlement (1.3); prepare notes re Libby settlement issues (.4). | 1.70 |
| 12/08/09 | R. Frankel | Review with D. Felder issues re Libby, Montana and BNSF. | 0.40 |
| 12/09/09 | D. Felder | Research regarding confirmation issue in response to objector (3.5); continue drafting outline regarding same (1.0). | 4.50 |
| 12/09/09 | K. Orr | Review and analyze docket (.1); various e-mails to/from internal counsel regarding post-trial briefs (.1). | 0.20 |
| 12/09/09 | M. Wallace | Review and provided comments to TDP from Caplin to R. Wyron. | 0.30 |
| 12/09/09 | J. Guy | Attention to oral argument. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

January 21, 2010
Invoice No. 1231295

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/09/09 | R. Wyron | Review BNSF correspondence and organize notes (.9); review Libby term sheet, TDP and notes to prepare for Libby meeting (2.1); review outline of argument issues for 12/10 call (.8); organize open items list and strategy for each (1.3); calls re settlement of Wachovia objections and e-mails re same (.8); review CoC and follow-up (.3); prepare memo on potential plan changes (1.1). | 7.30 |
| 12/09/09 | R. Frankel | Review Anderson Memorial post-trial brief re AMH issues. | 1.60 |
| 12/09/09 | R. Frankel | Telephone conference with R. Wyron and E. Inselbuch re Libby issues (.4); telephone conference with R. Wyron re same (.3). | 0.70 |
| 12/09/09 | R. Frankel | Review group settlement Term Sheet. | 0.80 |
| 12/09/09 | R. Frankel | Review issues in preparation for meeting with Libby counsel. | 0.90 |
| 12/09/09 | R. Frankel | Review portions of FedMo plan re 524(g) plan issues. | 0.40 |
| 12/09/09 | R. Frankel | Review brief of Canadian AG in opposition to Restated Canadian ZAI settlement. | 1.30 |
| 12/09/09 | R. Frankel | Review revised term sheets re Libby issues, review e-mail memo re same. | 1.80 |
| 12/10/09 | S. Cruzado | Review recently filed documents. | 1.50 |
| 12/10/09 | D. Fullem | Review amended notice of matters scheduled for hearing on December 14; calendar items. | 0.50 |
| 12/10/09 | D. Felder | Telephone conference with J. Guy regarding Garlock issues (.1); review and revise outline regarding same (1.5); continue researching regarding same (2.5). | 4.10 |
| 12/10/09 | K. Orr | Office conference with J. Guy regarding post-trial replies and closing argument (.2); review and analyze docket (.1); various e-mails to/from internal team and opposing counsel regarding closing arguments and post-trial replies (.2). | 0.50 |
| 12/10/09 | J. Guy | Telephone call with Plan Proponents regarding oral argument. | 0.50 |
| 12/10/09 | J. Guy | Review reply briefs. | 1.50 |
| 12/10/09 | R. Wyron | Confer with R. Frankel re strategy and open items (.6); participate in meeting with Libby counsel and follow-up (3.8); review information re BNSF objection (.6); organize notes re oral argument (.4); participate in call on oral argument issues with Debtors and ACC (1.1); review Anderson pleading and follow-up (.7). | 7.20 |
| 12/10/09 | R. Frankel | Review J. Burke memo with excerpts of briefs. | 0.80 |
| 12/10/09 | R. Frankel | Confer with R. Wyron in preparation for Libby meeting. | 1.00 |
| 12/10/09 | R. Frankel | Confer with E. Inselbuch, R. Wyron, D. Cohn, J. Heberling re possible Libby settlement (4.3); notes re same (.4). | 4.70 |
| 12/10/09 | R. Frankel | Review chart/memo re confirmation requirements and objections. | 1.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

January 21, 2010
Invoice No. 1231295

| | | | |
|---|---|---|---|
| 12/10/09 | R. Frankel | Prepare for conference call re closing argument. | 0.60 |
| 12/10/09 | R. Frankel | Review spreadsheet re insurer settlement, present value scenarios. | 0.30 |
| 12/10/09 | R. Frankel | Telephone conference with Kirkland, Caplin, Orrick re closing argument issues. | 1.10 |
| 12/11/09 | D. Felder | Review issues regarding Garlock and update closing argument outline regarding same. | 0.50 |
| 12/11/09 | J. Guy | Review reply briefs. | 1.50 |
| 12/11/09 | J. Guy | Attention to oral argument. | 0.80 |
| 12/11/09 | R. Wyron | Review new strategy proposal and follow-up e-mails re same (.8); calls with M. Giannotto on neutrality (.6); revise neutrality stip and circulate (.4); call with P. Lockwood re neutrality, closing argument and BNSF issues (1.8); calls with P. Mahaley re settlement issues and follow-up (.3); call with P. Mahaley and B. Horkovich re settlement issues, and follow-up (.5). | 4.40 |
| 12/11/09 | R. Frankel | Review revised stipulation and agreed order re insurance neutrality (.7); series of e-mails re same (.3); telephone conference with R. Wyron, P. Mahaley re potential settlement (.5). | 1.50 |
| 12/11/09 | R. Frankel | Review memo re response to Garlock issues (.7); e-mails re same (.2). | 0.90 |
| 12/11/09 | R. Frankel | Review chart of closing arguments division of labor (.8); prepare memo/e-mail re oral argument (.5). | 1.30 |
| 12/11/09 | R. Frankel | Telephone conference call with P. Lockwood, R. Wyron, P. Mahaley re insurance neutrality, closing argument allocation and group settlement Term Sheet (1.8); notes re same (.4). | 2.20 |
| 12/13/09 | R. Wyron | Review draft of argument outline and provide comments. | 0.70 |
| 12/13/09 | R. Frankel | Review, prepare notes re closing argument. | 0.80 |
| 12/13/09 | R. Frankel | Review various memos re insurer coverage, settlement issues. | 1.30 |
| 12/14/09 | D. Felder | Attention to e-mail correspondence regarding plan and confirmation issues. | 0.50 |
| 12/14/09 | K. Orr | Review docket (.1); various e-mails to/from internal team regarding internal meeting and prepare agenda for internal meeting (.1). | 0.20 |
| 12/14/09 | M. Wallace | Respond to inquiry regarding TDP changes. | 0.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

January 21, 2010
Invoice No. 1231295

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/14/09 | R. Wyron | Participate telephonically in Grace omnibus hearing on Edwards, Fireman's and Zurich settlements and follow-up (.4); review fee application order and follow-up (.3); review draft documents re Libby and organize notes (1.2); continue work on neutrality stipulation (.8); e-mails to and from settled insurers re neutrality and follow-up (.9); review Plan changes (1.1); prepare for strategy meeting (.6); review CDN Crown pleading and follow-up (.4). | 5.70 |
| 12/14/09 | R. Frankel | Attend telephonic omnibus hearing, notes and e-mails re Canadian ZAI issues. | 0.90 |
| 12/14/09 | R. Frankel | Telephone conference with P. Lockwood, R. Horkovich, P. Mahaley, R. Wyron re insurer settlement issues (.9); notes re same (.3). | 1.20 |
| 12/14/09 | R. Frankel | Review revised language to successor claims injunction (.3); review revised exhibit of settled insurance companies (.4). | 0.70 |
| 12/14/09 | R. Frankel | Review agenda in preparation for internal meeting. | 0.60 |
| 12/15/09 | J. Burke | Review case filings by plan objectors in preparation for oral argument. | 0.40 |
| 12/15/09 | D. Felder | Review recently filed pleadings (1.0); conference with Orrick team regarding strategy and next steps (.5); telephone conference with M. Hurford regarding status and update (.7); attention to trial briefs and preparation for closing argument (5.0); review plan modifications and notice regarding same (.4). | 7.60 |
| 12/15/09 | K. Orr | Prepare materials for internal team (.1); brief review of post-trial objection chart (.3); office conference with internal team regarding closing arguments, preparation for same, and status of non-insurer settlements (.6). | 1.00 |
| 12/15/09 | J. Guy | Grace team meeting. | 0.40 |
| 12/15/09 | J. Guy | Follow up regarding oral argument. | 0.30 |
| 12/15/09 | R. Wyron | Review neutrality issue and follow-up with M. Giannotto (.6); review Seaton briefs and follow-up on neutrality stip (.8); call with litigation team re strategy and follow-up (.6); organize notes on oral argument issues (.4); call with M. Brown on Seaton issue on neutrality and follow-up (.6); review change to Successor Claims injunction and respond to e-mails re same (.4); review proposed plan modifications and respond to e-mails re same (1.3); review open items outline and follow-up on status (.4). | 5.30 |
| 12/15/09 | R. Frankel | Review revised TDP. | 1.50 |
| 12/15/09 | R. Frankel | Review matrix re oral argument in preparation for team meeting (.6); telephone conference with Grace team re settlement issues, closing argument (.8). | 1.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                January 21, 2010
17367                                                                                              Invoice No. 1231295
page 11

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/15/09 | R. Frankel | Review changes to successor claims injunction, e-mails re same. | 0.40 |
| 12/15/09 | R. Frankel | Review modified PD Trust Agreement. | 0.70 |
| 12/15/09 | R. Frankel | Review draft notice of third set of plan modifications. | 0.70 |
| 12/16/09 | J. Burke | Review case filings by plan objector in preparation for oral argument (3.9); confer with R. Wyron and D. Felder regarding preparations for oral argument (.8). | 4.70 |
| 12/16/09 | D. Felder | Telephone conference with R. Wyron and J. Burke regarding preparation for closing arguments (.7); follow-up regarding same (.5); review briefs and related pleadings filed by Montana and BNSF (2.6). | 3.80 |
| 12/16/09 | J. Guy | Attention to oral argument - FCR issues. | 0.80 |
| 12/16/09 | R. Wyron | Review neutrality issues and e-mails re same (.7); calls with M. Giannotto and P. Lockwood re open issues on neutrality and follow-up (.8); revise neutrality language (.4); confer with P. Mahaley re Kaneb and e-mails re same (.8); call to T. Freedman re Kaneb and follow-up (.6); call with D. Glosband re open issues and follow-up (.3); confer with D. Felder and J. Burke on briefing, and follow-up (.9); call with R. Frankel re strategy and follow-up (.4); review plan modifications and follow-up (1.3); review e-mails on oral argument agenda and respond (.4). | 6.60 |
| 12/16/09 | R. Frankel | Review revised TDP. | 0.60 |
| 12/16/09 | R. Frankel | Telephone conference with R. Wyron re TDP issues, plan changes, oral argument, CNA and BNSF objections. | 0.70 |
| 12/16/09 | R. Frankel | Review chart from K&E of confirmation issues, objections and responses. | 1.20 |
| 12/16/09 | R. Frankel | Review, edit draft term sheet re group settlement. | 1.30 |
| 12/17/09 | K. Orr | Review docket and attention to preparation of plan modification materials. | 0.20 |
| 12/17/09 | R. Wyron | Calls with D. Glosband and follow-up (1.6); confer with R. Frankel re strategy (.3); confer with P. Mahaley re Kaneb and BNSF, and e-mails re same (.4); calls with objector counsel re settlement and follow-up (1.2); review Kaneb stipulation (.3); call with T. Freedman re Kaneb (.4); review Libby documents (1.1); organize notes on potential settlements and discuss with R. Frankel (.9). | 6.20 |
| 12/17/09 | R. Frankel | Review e-mails, memos, documents re Libby settlement issues. | 1.70 |
| 12/17/09 | R. Frankel | Review draft presentation from R. Horkovich for insurer meeting (.9); e-mail R. Horkovich re same (.3). | 1.20 |
| 12/17/09 | R. Frankel | Review series of e-mails re closing argument. | 0.50 |
| 12/17/09 | R. Frankel | Review e-mail memo re MCC objections to confirmation, notes re same. | 0.70 |

# ○
# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    January 21, 2010
17367                                                                                        Invoice No. 1231295
page 12

| | | | |
|---|---|---|---|
| 12/17/09 | R. Frankel | Review mark-up allocation of closing arguments allocation of responsibility. | 0.80 |
| 12/17/09 | R. Frankel | Review revised insurer presentation from R. Horkovich. | 0.40 |
| 12/17/09 | R. Frankel | Confer with R. Wyron re settlement issues. | 0.70 |
| 12/18/09 | J. Burke | Review case filings by plan objector in preparation for oral argument. | 0.40 |
| 12/18/09 | D. Felder | Conference with R. Frankel and R. Wyron regarding closing arguments and preparation regarding same (1.0); follow-up regarding same (2.0); conference with J. Burke regarding same (.7); review BNSF, Montana, Garlock and MCC issues and follow-up with J. Burke regarding same (.4); attention to closing argument preparation and chart from Debtors (4.0). | 8.10 |
| 12/18/09 | R. Wyron | Review Debtors' objection chart (1.3); confer with R. Frankel and D. Felder on objection and strategy (.8); review open items and organize notes on plan changes (1.1); draft group settlement plan section (.6); e-mail to objector counsel re follow-up (.3). | 4.10 |
| 12/18/09 | R. Frankel | Review issues in connection with Libby settlement (.8); telephone conference with E. Inselbuch re same (.3); exchange of e-mails with D. Cohn (.4). | 1.50 |
| 12/18/09 | R. Frankel | Review amended order re Diane Welsh, mediator (.3); review of files (.9). | 1.20 |
| 12/18/09 | R. Frankel | Review revised insurer presentation, e-mails re same. | 0.70 |
| 12/18/09 | R. Frankel | Confer with D. Felder, R. Wyron in preparation for closing argument. | 1.10 |
| 12/18/09 | R. Frankel | Mark-up allocation chart from Kirkland. | 0.80 |
| 12/18/09 | R. Frankel | Review issues in preparation for oral argument. | 0.70 |
| 12/19/09 | R. Frankel | Review Libby-CNA related e-mails, memos. | 0.70 |
| 12/19/09 | R. Frankel | Review proposed language for group settlement plan modification. | 0.60 |
| 12/19/09 | R. Frankel | Review revised plan with modifications in preparation for closing argument. | 1.20 |
| 12/20/09 | D. Felder | Attention to closing argument preparation. | 2.50 |
| 12/21/09 | D. Fullem | Review docket update. | 0.20 |
| 12/21/09 | J. Burke | Review case filings by plan objector in preparation for oral argument (5.2); review plan objectors' exhibits in connection with settlement negotiations (2.1). | 7.30 |
| 12/21/09 | D. Felder | Telephone conference with J. Burke regarding closing argument preparation (.2); review materials regarding same (.5); e-mail correspondence regarding CNA's proof of claim and review same (.5). | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

January 21, 2010
Invoice No. 1231295

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/21/09 | K. Orr | Review and analyze memorandum, arguments, and supporting documents in connection with potential settlement with objecting party (4.0); e-mails to/from R. Wyron and J. Burke regarding same (.2); phone conference with J. Burke regarding support for arguments (.1). | 4.30 |
| 12/21/09 | R. Wyron | Prepare for meeting with insurer (.4); confer with R. Horovich re insurer (.6); meet with insurer (2.8); call with D. Glosband re objection (.6); follow-up e-mails on settlement status (.3); review potential plan changes to resolve objections and provide comments (.6); work on outline of pending settlements (.5); review MCC issues (.4); review Libby memo and organize response (.4). | 6.60 |
| 12/21/09 | R. Frankel | Review presentation from R. Horkovich, file in preparation for insurer settlement meeting. | 1.20 |
| 12/21/09 | R. Frankel | Confer with R. Horkovich, P. Lockwood, insurer attorneys, R. Wyron, P. Mahaley re settlement issues. | 3.80 |
| 12/21/09 | R. Frankel | Review issues, e-mails to follow up on insurer issues. | 1.20 |
| 12/22/09 | D. Felder | Continue drafting closing argument outlines and review pleadings regarding same (6.5); telephone conference with P. Lockwood regarding closing arguments (.4); follow-up correspondence and review chart from Kirkland regarding division of labor for closing arguments and revise same (1.8). | 8.70 |
| 12/22/09 | K. Orr | Analyze terms of potential settlement with objecting party and review memorandum and various documents relating to same (1.7); various phone conferences with and e-mails to/from R. Wyron, P. Mahaley, and ACC counsel regarding same (.9); prepare analysis of settlement issue (3.4). | 6.00 |
| 12/22/09 | R. Wyron | Review and respond to e-mails re pending settlements (.4); confer with P. Mahaley on MCC issues and follow-up (.3); calls with Caplin re MCC (.7); respond to MCC inquiry (.2); continue review of Libby issues and e-mails re same (.9); organize notes on neutrality issues for response to insurers (.6). | 3.10 |
| 12/22/09 | R. Frankel | Review updated insurance settlement chart from P. Mahaley. | 0.60 |
| 12/22/09 | R. Frankel | Review memos re MCC claims (.8); telephone conference with R. Wyron re same (.4); e-mails re same (.3). | 1.50 |
| 12/22/09 | R. Frankel | Series of e-mails re insurer issues, closing argument, Libby settlement. | 0.80 |
| 12/22/09 | R. Frankel | Review allocation of argument chart sent to Caplin & Drysdale (.4); e-mails re same (.3). | 0.70 |
| 12/22/09 | R. Frankel | Review proof of claim (amended) filed by CNA. | 0.70 |

# ○
# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

January 21, 2010
Invoice No. 1231295

| | | | |
|---|---|---|---|
| 12/23/09 | D. Felder | Review and finalize closing argument outline and materials regarding same (3.5); e-mail correspondence regarding same and review docket regarding objectors (1.0). | 4.50 |
| 12/23/09 | K. Orr | Edit and circulate internal analysis relating to potential settlement with objecting party. | 0.80 |
| 12/23/09 | M. Wallace | Review revised TDP, including against prior comments. | 1.40 |
| 12/23/09 | R. Wyron | Review neutrality drafts from insurers and e-mails re same (.7); review MCC issues (.4); call with R. Frankel re strategy and Libby issues, and follow up (.4); call with P. Lockwood re MCC, Libby and neutrality, and follow up e-mails re same (1.4). | 2.90 |
| 12/23/09 | R. Frankel | Telephone conference with E. Inselbuch re Libby (.3); telephone conference with E. Inselbuch, D. Cohn re same (.4); call with R. Wyron re same (.4); notes re same (.2). | 1.30 |
| 12/23/09 | R. Frankel | Review e-mails, memos re CNA issues. | 1.20 |
| 12/23/09 | R. Frankel | Review agenda for January 4th and 5th hearings. | 0.40 |
| 12/23/09 | R. Frankel | Review K. Orr memo re indemnification claims (1.1); notes re same (.3). | 1.40 |
| 12/24/09 | R. Wyron | Review neutrality stipulation final comments (.4); review Libby settlement issues (.6); organize notes for oral argument discussions (.7); review argument outlines (.8). | 2.50 |
| 12/24/09 | R. Frankel | Review notebook from D. Felder in preparation for closing argument. | 2.40 |
| 12/24/09 | R. Frankel | Review outline of objections and responses for Orrick portion of closing argument. | 0.70 |
| 12/24/09 | R. Frankel | Review mark up draft settlement agreement between Plan Proponents and Libby. | 0.80 |
| 12/27/09 | D. Felder | Review insurance neutrality stipulation (.4); draft motion to approve same (3.0). | 3.40 |
| 12/28/09 | J. Burke | Conference call regarding confirmation strategy with Orrick Team. | 0.30 |
| 12/28/09 | D. Felder | Telephone conference with Orrick team regarding strategy and next steps (.3); follow-up e-mail to P. Mahaley regarding same (.1); review comments from R. Wyron regarding motion to approve insurance neutrality stipulation and conference regarding same (.2); e-mail correspondence with P. Lockwood regarding same (.1); review and revise same (1.0); review correspondence and attachments from R. Wyron regarding stipulations (.4). | 2.10 |

# O
# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

January 21, 2010
Invoice No. 1231295

| | | | |
|---|---|---|---|
| 12/28/09 | K. Orr | Telephone conference with and e-mails to/from S. Cruzado regarding preparation of materials for closing arguments (.3); e-mails to/from internal team regarding closing arguments and materials for same (.1); review and analyze various docket entries (.1); phone conference with internal team regarding closing arguments and status of potential settlements (.4). | 0.90 |
| 12/28/09 | J. Guy | Telephone call with Orrick team regarding oral argument. | 0.30 |
| 12/28/09 | J. Guy | Telephone calls and e-mails with plan proponents regarding oral argument (separate occasions). | 1.50 |
| 12/28/09 | R. Wyron | Review CNA and insurers stipulations (.4); call with P. Lockwood on stipulations (.5); call with T. Freedman on stipulations, Libby and MCC, and follow-up (.9); organize additional notes on oral argument (.8); call with R. Frankel re oral argument and pending settlements, and follow-up (.7); review motion to approve neutrality stipulation and follow-up (.7); confer with D. Felder on open issues and follow-up (.3); review language of Kaneb stipulation and comment (.3); review agenda for confirmation hearing and respond to e-mails re same (.4). | 5.00 |
| 12/28/09 | R. Frankel | Telephone conference with internal team meeting re closing argument, status of settlement (.6); notes re same (.3). | 0.90 |
| 12/28/09 | R. Frankel | Prepare for closing argument, review briefs. | 1.30 |
| 12/29/09 | A. Thorp | Prepare and update electronic materials for closing arguments (1.0); communications and correspondence with D. Felder re same (.2). | 1.20 |
| 12/29/09 | D. Felder | Prepare materials for J. Guy regarding closing arguments and review various correspondence in preparation for same (2.5); e-mail to insurers and Plan Proponents regarding insurance neutrality stipulation and motion to approve same (.3); review correspondence and attachments from R. Wyron regarding stipulations (.5); review e-mail correspondence and agenda in preparation for closing arguments (.6). | 3.90 |
| 12/29/09 | R. Wyron | Review e-mails re potential settlements and respond (.6); call with plan proponents regarding potential settlements (1.0); follow-up call with P. Lockwood re open issues and follow up e-mails re same (.6). | 2.20 |
| 12/29/09 | R. Frankel | Telephone conference with R. Wyron, others re MCC, Libby issues. | 0.70 |
| 12/29/09 | R. Frankel | Preparation for closing argument. | 1.10 |
| 12/30/09 | D. Felder | Review and revise motion to approve insurance neutrality stipulation, stipulation, proposed order and notice (3.5); review e-mail correspondence to/from Plan Proponents and insurers regarding same (1.0). | 4.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

January 21, 2010
Invoice No. 1231295

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/30/09 | R. Wyron | Review e-mails on Libby, Neutrality, Kaneb and related issues, and respond (.8); call with P. Lockwood and R. Frankel re strategy on Libby, MCC, Kaneb and closing argument, and follow up (.9); review multiple versions of Kaneb stip and follow up (.7); respond to e-mails from Debtors on Kaneb stip and related issues (.6). | 3.00 |
| 12/30/09 | R. Frankel | Telephone conference with R. Wyron, P. Lockwood re closing argument, MCC and Libby. | 0.60 |
| 12/30/09 | R. Frankel | Series of e-mails re pending settlement, closing argument. | 0.50 |
| 12/30/09 | R. Frankel | Preparation for closing argument. | 1.40 |
| 12/31/09 | D. Felder | Review and finalize insurance neutrality stipulation and motion (3.5); review BNSF issues and e-mail to L. Casey (.5). | 4.00 |
| 12/31/09 | R. Wyron | Review e-mails on agenda, hearing, stip with Kaneb, neutrality and potential Libby deal (.9); follow-up calls re same (.7); work on oral argument issues (1.1). | 2.70 |
| 12/31/09 | R. Frankel | Prepare further notes re closing argument. | 1.20 |
| 12/31/09 | R. Frankel | Telephone conference with Plan Proponents re issues list for closing argument. | 0.50 |
| 12/31/09 | R. Frankel | Review series of e-mails among Plan Proponents with closing arguments issues list. | 0.70 |
| 12/31/09 | R. Frankel | Prepare for conference call among Plan Proponents re closing argument (.7); telephone conference call among Plan Proponents re closing argument (.7). | 1.40 |

Total Hours                 358.40
Total For Services                            $270,704.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 18.10 | 360.00 | 6,516.00 |
| Stephen C. Cruzado | 2.50 | 230.00 | 575.00 |
| Debra Felder | 88.60 | 590.00 | 52,274.00 |
| Roger Frankel | 109.90 | 945.00 | 103,855.50 |
| Debra O. Fullem | 0.70 | 255.00 | 178.50 |
| Jonathan P. Guy | 11.30 | 755.00 | 8,531.50 |
| Kathleen Orr | 17.20 | 620.00 | 10,664.00 |
| Aaron R. Thorp | 1.20 | 220.00 | 264.00 |
| Mary A. Wallace | 5.50 | 650.00 | 3,575.00 |
| Richard H. Wyron | 103.40 | 815.00 | 84,271.00 |
| Total All Timekeepers | 358.40 | $755.31 | $270,704.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

January 21, 2010
Invoice No. 1231295

Disbursements
| | | |
|---|---|---|
| Deposition/Transcript Expenses | 300.00 | |
| Document Reproduction | 282.50 | |
| Express Delivery | 10.08 | |
| Lexis Research | 25.00 | |
| Local Taxi Expense | 303.21 | |
| Other Business Meals | 221.40 | |
| Out of Town Business Meals | 399.58 | |
| Outside Reproduction Services | 3.30 | |
| Outside Services | 8,791.36 | |
| Parking Expense | 202.00 | |
| Telephone | 31.05 | |
| Travel Expense, Air Fare | 3,058.00 | |
| Travel Expense, Local | 852.00 | |
| Travel Expense, Out of Town | 2,584.92 | |
| Westlaw Research | 73.00 | |
| Total Disbursements | | $17,137.40 |

**Total For This Matter**          **$287,841.90**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

January 21, 2010
Invoice No. 1231295

For Legal Services Rendered Through December 31, 2009 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/07/09 | R. Wyron | Meet with D. Austern and J. Radecki on financial update on Grace 3rd Quarter results, financing needs and status. | 1.40 |
| 12/07/09 | R. Frankel | Review file, latest 10-Q in preparation for meeting with D. Austern and J. Radecki. | 0.70 |
| 12/07/09 | R. Frankel | Confer with D. Austern, J. Radecki re Grace financial issues, plan issues. | 1.80 |

Total Hours 3.90
Total For Services $3,503.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 2.50 | 945.00 | 2,362.50 |
| Richard H. Wyron | 1.40 | 815.00 | 1,141.00 |
| Total All Timekeepers | 3.90 | $898.33 | $3,503.50 |

**Total For This Matter**          $3,503.50



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 19

January 21, 2010
Invoice No. 1231295

For Legal Services Rendered Through December 31, 2009 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 12/01/09 | D. Fullem | Prepare CNOs for D. Austern and Tillinghast Sept 09 monthly fee applications; coordinate signature by D. Felder; filing with C. Hartman and service with D. Spicuzza. | 0.80 |
| 12/01/09 | D. Fullem | Review upcoming fee application filings and hearings. | 0.20 |
| 12/01/09 | D. Felder | Review CNOs for Austern and Tillinghast fee applications. | 0.10 |
| 12/02/09 | D. Fullem | Review e-mail from D. Davis at Piper regarding draft of final fee application for review and file in Grace. | 0.10 |
| 12/04/09 | D. Fullem | Review/consider other October monthly fee apps not yet filed; e-mail to D. Austern and J. Radecki re same. | 0.50 |
| 12/07/09 | D. Fullem | Review October invoice from D. Austern; prepare October 09 monthly fee application; coordinate review/signature on same. | 1.00 |
| 12/07/09 | D. Fullem | Review and respond to e-mail from G. Coles regarding status of Lincoln fee applications. | 0.10 |
| 12/14/09 | D. Fullem | Confer with D. Spicuzza regarding November fee application. | 0.10 |
| 12/15/09 | D. Fullem | Prepare three CNOs, one for Tillinghast October fee application and two for Lincoln for September and October fee applications. | 0.50 |
| 12/15/09 | D. Fullem | E-mail to D. Felder for CNOs to be reviewed re Tillinghast and Lincoln. | 0.10 |
| 12/15/09 | D. Fullem | Review draft of final fee application from Piper Jaffray; e-mail comments to D. Davis. | 0.50 |
| 12/16/09 | D. Fullem | E-mail to C. Hartman regarding filing of CNOs for Tillinghast and Lincoln fee applications. | 0.10 |
| 12/17/09 | D. Fullem | Telephone call from D. Davis at Piper regarding revisions to final fee application. | 0.10 |
| 12/18/09 | D. Fullem | Prepare e-mail to C. Hartman regarding status of filing November fee applications next week. | 0.40 |
| 12/18/09 | D. Fullem | Prepare e-mails to D. Austern and J. Biggs regarding status of November invoices. | 0.40 |
| 12/21/09 | D. Fullem | Review and respond to e-mail from D. Davis at Piper regarding final fee application. | 0.20 |
| 12/21/09 | D. Fullem | Review and respond to e-mails from D. Austern and K. Boeger regarding status of November invoices. | 0.20 |
| 12/22/09 | D. Fullem | Review and finalize Piper final fee application (prepared by Piper) (.8); coordinate service and filing of same (.4). | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

January 21, 2010
Invoice No. 1231295

| | | | |
|---|---|---|---|
| 12/22/09 | D. Fullem | Review and finalize Lincoln Partners November fee application. | 0.50 |
| 12/28/09 | D. Fullem | Coordinate filing and serving of Lincoln Partners November fee application. | 0.40 |

|  | | |
|---|---|---|
| Total Hours | 7.50 | |
| Total For Services | | $1,946.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 590.00 | 59.00 |
| Debra O. Fullem | 7.40 | 255.00 | 1,887.00 |
| Total All Timekeepers | 7.50 | $259.47 | $1,946.00 |

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 283.20 | |
| Express Delivery | 176.11 | |
| Postage | 271.87 | |
| Total  Disbursements | | $731.18 |

| | |
|---|---|
| **Total For This Matter** | **$2,677.18** |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

January 21, 2010
Invoice No. 1231295

For Legal Services Rendered Through December 31, 2009 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 12/01/09 | D. Fullem | Review e-mail from R. Wyron and fee auditor final report regarding Apr-Jun 09 time period; update fee/expense spreadsheets with reduction to fees. | 0.50 |
| 12/01/09 | D. Fullem | Confer with V. Crossley regarding receivables; research unapplied cash; discuss with R. Wyron; prepare summary of same. | 0.90 |
| 12/01/09 | D. Fullem | Review upcoming fee application filings/hearings/timing for payment. | 0.20 |
| 12/02/09 | D. Fullem | Review e-mail from R. Wyron regarding status of fillings, timing of payments from debtors; prepare response of status of same and follow-up with others. | 0.20 |
| 12/03/09 | D. Fullem | Review November prebill (1.8); e-mail to R. Wyron and D. Felder regarding status of same (.1). | 1.90 |
| 12/04/09 | D. Fullem | Follow up on Grace November prebill edits and information; e-mail to D. Felder and R. Wyron regarding status. | 1.00 |
| 12/04/09 | D. Fullem | Review and respond to e-mail regarding fee auditors' final report on K&E fee application during Apr-Jun 09 time period. | 0.20 |
| 12/05/09 | D. Felder | Review November prebill. | 1.30 |
| 12/07/09 | D. Fullem | Review e-mail from B. Ruhlander regarding comments/approval to final report for Apr-Jun time; e-mail to R. Wyron regarding same; review response. | 0.30 |
| 12/07/09 | D. Fullem | Review and respond to e-mail from R. Wyron regarding approximate amount of fee auditor requested reduction to fees for April-June time period. | 0.20 |
| 12/08/09 | D. Fullem | Review fee auditor's final report on K&E April-June fee application; prepare summary of same for R. Wyron. | 1.00 |
| 12/08/09 | D. Fullem | Review e-mails from D. Felder and R. Mullady regarding invoices for Grace equipment vendor; respond to same. | 0.30 |
| 12/08/09 | D. Fullem | Organize fee applications. | 1.00 |
| 12/14/09 | D. Fullem | Confer with R. Wyron regarding timing/filing of November fee application. | 0.20 |
| 12/15/09 | D. Fullem | Prepare CNO for Orrick October fee application. | 0.20 |
| 12/15/09 | D. Fullem | E-mail to D. Felder regarding CNO to be reviewed for Orrick October fee application. | 0.10 |
| 12/15/09 | D. Fullem | Review e-mail from P. Reyes along with November invoice. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

January 21, 2010
Invoice No. 1231295

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/16/09 | D. Fullem | Review and respond to e-mail from D. Spicuzza regarding draft of Orrick's November fee application. | 0.10 |
| 12/16/09 | D. Fullem | E-mail to C. Hartman regarding filing of CNO for Orrick October fee application. | 0.10 |
| 12/17/09 | D. Fullem | Review draft of Orrick November fee application; discuss storage fee expense item with D. Spicuzza; confer with R. Wyron regarding same; update fee application to deduct this amount from expenses. | 1.00 |
| 12/17/09 | D. Fullem | Update fee/expense charts. | 0.50 |
| 12/18/09 | D. Fullem | Confer with D. Felder regarding status of Orrick November fee application and edits thereto; discuss same with D. Spicuzza; update internal charts. | 0.50 |
| 12/18/09 | D. Felder | Review Orrick fee application. | 0.50 |
| 12/22/09 | D. Fullem | Review and finalize Orrick November fee application. | 0.80 |
| 12/22/09 | D. Fullem | Update fee/expense spreadsheets. | 0.30 |
| 12/22/09 | D. Fullem | Review recent payment information; e-mails to and from R. Wyron regarding same. | 0.20 |
| 12/22/09 | R. Wyron | Review draft November fee application. | 0.30 |
| 12/28/09 | D. Fullem | Coordinate filing and serving of Orrick November fee application (.6); update spreadsheets with current invoices and payments (.4); review and respond to e-mail from R. Wyron regarding status of amounts due (.2). | 1.20 |

Total Hours  15.10

Total For Services  $4,621.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.80 | 590.00 | 1,062.00 |
| Debra O. Fullem | 13.00 | 255.00 | 3,315.00 |
| Richard H. Wyron | 0.30 | 815.00 | 244.50 |
| Total All Timekeepers | 15.10 | $306.06 | $4,621.50 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 5.00 | |
| Express Delivery | 7.17 | |
| Total Disbursements | | $12.17 |

Total For This Matter  $4,633.67



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

January 21, 2010
Invoice No. 1231295

For Legal Services Rendered Through December 31, 2009 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 12/02/09 | R. Frankel | Travel to NY. | 0.60 |
| 12/04/09 | R. Frankel | Travel to DC from NY. | 1.40 |
| 12/09/09 | R. Wyron | Travel to NY for Libby meeting. | 2.20 |
| 12/09/09 | R. Frankel | Travel to NY. | 1.60 |
| 12/10/09 | R. Wyron | Return to DC from NY Libby meeting. | 1.40 |

|  |  |  |
|---|---|---|
| Total Hours | 7.20 |  |
| Total For Services | | $3,168.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.60 | 472.50 | 1,701.00 |
| Richard H. Wyron | 3.60 | 407.50 | 1,467.00 |
| Total All Timekeepers | 7.20 | $440.00 | $3,168.00 |

**Total For This Matter**                    **$3,168.00**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 469.60 | |
| Total Fees, all Matters | | $330,915.00 |
| Total Disbursements, all Matters | | $17,941.47 |
| Total Amount Due | | $348,856.47 |