

January 19, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   166851

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2009

**CLIENT SUMMARY**

**BALANCE AS OF- 12/31/09**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $0.00 | $8,107.99 | $8,107.99 |
| 03 - Creditors Committee - .15539 | $388.00 | $0.00 | $388.00 |
| 07 - Applicant's Fee Application - .15543 | $332.00 | $0.00 | $332.00 |
| 08 - Hearings - .15544 | $1,467.00 | $0.00 | $1,467.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $2,641.50 | $0.00 | $2,641.50 |
| 18 - Plan & Disclosure Statement - .15554 | $8,777.50 | $0.00 | $8,777.50 |
| ***Client Total*** | ***$13,606.00*** | ***$8,107.99*** | ***$21,713.99*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593                www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Kramer, Matthew I | 8.10 | $410.00 | $3,321.00 |
| Sakalo, Jay M | 11.80 | $485.00 | $5,723.00 |
| Polit, Wendy | 10.40 | $225.00 | $2,340.00 |
| Snyder, Jeffrey I | 0.70 | $295.00 | $206.50 |
| Flores, Luisa M | 4.60 | $205.00 | $943.00 |
| Santorufo, Michael | 5.50 | $195.00 | $1,072.50 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$13,606.00** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Archival/Retrieval Services | $29.40 |
| Long Distance Telephone | $62.55 |
| Long Distance Telephone-Outside Services | $7,202.83 |
| Miscellaneous Costs | $735.00 |
| Westlaw-Online Legal Research | $7.51 |
| Copies | $70.70 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$8,107.99** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$21,713.99** |

Atty – SLB
Client No.: 74817/15537

**RE:  01- Case Administration**

| | | |
|---|---|---:|
| **PROFESSIONAL SERVICES** | | **$0.00** |

<b><u>COSTS ADVANCED</u></b>

| | | |
|---|---|---:|
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 121.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 128.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 128.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 128.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 135.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 219.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 289.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 289.00 |
| 09/25/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 289.00 |
| 10/07/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 30.00 |
| 10/07/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 37.00 |



| Date | Description | Amount |
|---|---|---|
| 10/07/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 37.00 |
| 10/07/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 37.00 |
| 10/07/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 37.00 |
| 10/07/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 37.00 |
| 10/07/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 37.00 |
| 10/12/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 233.00 |
| 10/12/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 275.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 30.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 30.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 30.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 51.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 58.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 58.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 58.00 |

| Date | Description | Amount |
|---|---|---:|
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 58.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 58.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 58.00 |
| 10/13/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 65.00 |
| 10/14/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 37.00 |
| 10/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 58.00 |
| 10/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 212.00 |
| 10/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 247.00 |
| 10/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 247.00 |
| 10/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 247.00 |
| 10/15/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 254.00 |
| 10/16/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 30.00 |
| 10/16/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 30.00 |
| 10/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 163.00 |

| Date | Description | Amount |
|---|---|---|
| 10/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 219.00 |
| 10/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 226.00 |
| 10/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 226.00 |
| 10/20/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 233.00 |
| 10/21/09 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02685465; DATE: 10/31/2009 - Account#306300 | 8.83 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 30.00 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 156.00 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 233.00 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 240.00 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 247.00 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 247.00 |
| 10/26/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009 - Acct. #5306220025395504 | 198.00 |
| 10/28/09 | Long Distance Telephone-Outside Services Court Calls - VENDOR: DINERS CLUB; INVOICE#: 10-27-09-11/25/09-A; DATE: 11/25/2009 - Acct. #5306-2200-2539-5504 | 72.00 |
| 10/28/09 | Long Distance Telephone-Outside Services Court Calls - VENDOR: DINERS CLUB; INVOICE#: 10-27-09-11/25/09-A; DATE: 11/25/2009 - Acct. #5306-2200-2539-5504 | 72.00 |

| Date | Description | Amount |
|---|---|---|
| 10/28/09 | Long Distance Telephone-Outside Services Court Calls - VENDOR: DINERS CLUB; INVOICE#: 10-27-09-11/25/09-A; DATE: 11/25/2009 - Acct. #5306-2200-2539-5504 | 72.00 |
| 10/28/09 | Long Distance Telephone-Outside Services Court Calls - VENDOR: DINERS CLUB; INVOICE#: 10-27-09-11/25/09-A; DATE: 11/25/2009 - Acct. #5306-2200-2539-5504 | 79.00 |
| 10/28/09 | Long Distance Telephone-Outside Services Court Calls - VENDOR: DINERS CLUB; INVOICE#: 10-27-09-11/25/09-A; DATE: 11/25/2009 - Acct. #5306-2200-2539-5504 | 79.00 |
| 11/09/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 819587770; DATE: 12/1/2009 - Account#5306-2200-2539-5504 | 7.51 |
| 11/11/09 | Archival/Retrieval Services | 29.40 |
| 12/01/09 | Long Distance Telephone 1(843)987-3805; 14 Mins. | 19.46 |
| 12/14/09 | Long Distance Telephone 1(202)339-8567; 1 Mins. | 1.39 |
| 12/14/09 | Long Distance Telephone 1(302)426-1900; 24 Mins. | 34.75 |
| 12/28/09 | Long Distance Telephone 1(312)641-2162; 1 Mins. | 1.39 |
| 12/29/09 | Long Distance Telephone 1(202)907-9000; 1 Mins. | 1.39 |
| 12/29/09 | Long Distance Telephone 1(703)241-7585; 2 Mins. | 2.78 |
| 12/30/09 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.39 |
| 12/31/09 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for December 2009 -  $735.00 | 735.00 |
| 12/14/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 12/30/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/15/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/18/09 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 12/18/09 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 12/18/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 12/18/09 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/18/09 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 12/18/09 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 12/18/09 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 12/18/09 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 12/18/09 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/18/09 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 12/28/09 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 12/29/09 | Copies 214 pgs @ 0.10/pg | 21.40 |

**TOTAL COSTS ADVANCED** $8,107.99

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Archival/Retrieval Services | $29.40 |
| Long Distance Telephone | $62.55 |
| Long Distance Telephone-Outside Services | $7,202.83 |
| Miscellaneous Costs | $735.00 |
| Westlaw-Online Legal Research | $7.51 |
| Copies | $70.70 |
| ***TOTAL*** | ***$8,107.99*** |

**CURRENT BALANCE DUE THIS MATTER** $8,107.99

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/03/09 | JMS | 0.30 | 145.50 | Emails with D. Speights regarding committee call (.2); email to Committee regarding same (.1). |
| 12/17/09 | JMS | 0.20 | 97.00 | Email to Committee regarding call (.2). |
| 12/22/09 | JMS | 0.30 | 145.50 | Email to committee regarding transcript and particular references therein (.3). |

**PROFESSIONAL SERVICES** $388.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $485.00 | $388.00 |
| **TOTAL** | **0.80** | | **$388.00** |

**CURRENT BALANCE DUE THIS MATTER** $388.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| 12/14/09 | JIS | 0.10 | 29.50 | Review fee auditor's report re: W.D. Hilton quarterly fee app. |
|---|---|---|---|---|
| 12/21/09 | JIS | 0.40 | 118.00 | Review and revise November prebill. |
| 12/29/09 | LMF | 0.90 | 184.50 | Finalize edits to November fees and costs and prepare notice and summary and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $332.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $295.00 | $147.50 |
| Flores, Luisa M | 0.90 | $205.00 | $184.50 |
| **TOTAL** | **1.40** | | **$332.00** |

**CURRENT BALANCE DUE THIS MATTER** $332.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 12/09/09 | LMF | 0.60 | 123.00 | Coordinate court call appearances with assistant for omnibus hearing. |
| 12/09/09 | JMS | 0.20 | 97.00 | Email to committee regarding December 14, hearing agenda (.2). |
| 12/10/09 | JMS | 0.10 | 48.50 | Email to committee regarding telephonic only hearing (.1). |
| 12/14/09 | JMS | 0.40 | 194.00 | Attend hearing by phone (.4). |
| 12/14/09 | MIK | 0.90 | 369.00 | Attend hearing telephonically (.5); telephone call with M. Hurford regarding same (.4). |
| 12/28/09 | LMF | 0.80 | 164.00 | Arrange for court call appearances for all attorneys and committee members for Confirmation Hearings. |
| 12/29/09 | LMF | 0.50 | 102.50 | Follow up with respect to all court call confirmations. |
| 12/30/09 | LMF | 1.80 | 369.00 | Email and distribute all court call confirmations. |

**PROFESSIONAL SERVICES** $1,467.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.90 | $410.00 | $369.00 |
| Sakalo, Jay M | 0.70 | $485.00 | $339.50 |
| Flores, Luisa M | 3.70 | $205.00 | $758.50 |
| **TOTAL** | **5.30** | | **$1,467.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,467.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 12/14/09 | WP | 5.20 | 1,170.00 | Update Settlement Chart. |
| 12/14/09 | JIS | 0.20 | 59.00 | Conference with W. Polit regarding settlements of PD claims. |
| 12/21/09 | JMS | 0.20 | 97.00 | Review 3rd Circuit order dismissing Anderson appeal (.2). |
| 12/24/09 | JMS | 0.30 | 145.50 | Review 3rd circuit opinion dismissing Anderson appeal (.3). |
| 12/28/09 | WP | 5.20 | 1,170.00 | Review entire case docket and update settlement chart. |

**PROFESSIONAL SERVICES** $2,641.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $485.00 | $242.50 |
| Polit, Wendy | 10.40 | $225.00 | $2,340.00 |
| Snyder, Jeffrey I | 0.20 | $295.00 | $59.00 |
| **TOTAL** | **11.10** | | **$2,641.50** |

**CURRENT BALANCE DUE THIS MATTER** $2,641.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/09 | JMS | 2.20 | 1,067.00 | Review of post-trial briefs (2.2). |
| 12/02/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/03/09 | MIK | 4.00 | 1,640.00 | Review post-trial briefs (4.0). |
| 12/03/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/07/09 | JMS | 0.20 | 97.00 | Emails with D. Speights regarding Grace questions about timing on plan (.2). |
| 12/07/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/08/09 | JMS | 0.70 | 339.50 | Review PD Trust agreement modifications (.7). |
| 12/08/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/09/09 | JMS | 2.50 | 1,212.50 | Review Anderson post-trial brief and 3 insurer post-trial briefs (2.5). |
| 12/09/09 | MIK | 0.70 | 287.00 | Review post-trial briefs (.7). |
| 12/09/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/10/09 | MS | 0.70 | 136.50 | Research and analyze material for attorney review and use in preparation for hearing on various motions. |
| 12/10/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/11/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/14/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/15/09 | JMS | 0.40 | 194.00 | Email from and to M. Kramer regarding Grace hearing and modifications to plan (.4). |
| 12/16/09 | MIK | 0.60 | 246.00 | Review post-trial briefs (.6). |
| 12/16/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/18/09 | MS | 0.80 | 156.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/21/09 | MIK | 1.20 | 492.00 | Review plan modifications (1.2). |
| 12/21/09 | MS | 0.40 | 78.00 | Review and analysis of docket and filed papers and assist attorneys with same. |
| 12/23/09 | JMS | 0.40 | 194.00 | Email exchange with M. Dies regarding closing arguments on plan confirmation (.4). |
| 12/28/09 | JMS | 0.20 | 97.00 | Emails with R. Levy regarding Debtors' response to Anderson post-trial brief (.2). |
| 12/28/09 | MIK | 0.50 | 205.00 | Prepare for hearing (.5). |
| 12/29/09 | JMS | 1.80 | 873.00 | Review Debtors' reply to Anderson's post-trial brief (1.3); emails with A. Madian regarding attendance at hearing (.3); email from J. Baer regarding graphics at hearing (.2). |
| 12/30/09 | JMS | 0.30 | 145.50 | Email from D. Speights regarding confirmation agenda (.3). |
| 12/30/09 | MIK | 0.20 | 82.00 | Prepare for hearing (.2). |
| 12/31/09 | JMS | 1.10 | 533.50 | Review joint motion to approve neutrality settlement (.6); review email exchange regarding oral argument issues and agenda for same (.5). |

**PROFESSIONAL SERVICES** $8,777.50


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 7.20 | $410.00 | $2,952.00 |
| Sakalo, Jay M | 9.80 | $485.00 | $4,753.00 |
| Santorufo, Michael | 5.50 | $195.00 | $1,072.50 |
| **TOTAL** | **22.50** | | **$8,777.50** |

**CURRENT BALANCE DUE THIS MATTER** $8,777.50