IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: February 22, 2010 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S THIRY-SIXTH MONTHLY FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION
**FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1851527\1



Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

January 22, 2010
INVOICE: 962330

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2009

| | |
|---|---:|
| FEES | $78,902.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 464.63 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $79,367.13 |

Canadian Funds



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                               01016442-0006

RE: Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 20.9 | $11,704.00 |
| D.C. Tay | 16.9 | $16,900.00 |
| O. Pasparakis | 46.6 | $33,785.00 |
| A. Kuntz | 44.3 | $16,391.00 |
| V. Sinha | 0.5 | $122.50 |
| Total | 129.20 | $78,902.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/09 | Allison Kuntz | Drafting factum in support of motion to approve amended settlement (4.5); updating case law for factum (1.5); discussing same with O. Pasparakis and T. Walsh (.30); finalizing Motion Record (1.0); serving Motion Record (.10). | 7.40 | $2,738.00 |
| 1/12/09 | Teresa Walsh | Reviewing First Amended Joint Plan and Personal Injury Trust Distribution Procedures (1.2); revising letter to K. Ferbers in response to his of November 30, 2009 (0.6); following-up with client and U.S. Counsel (0.3); reviewing and making suggested revisions to motion materials for approval of Amended Settlement (1.2); researching apportionment of fault to non-party in a proceeding (0.2). | 3.50 | $1,960.00 |
| 1/12/09 | Orestes Pasparakis | Reviewing and revising Factum (6.8); reviewing correspondence (0.4). | 7.20 | $5,220.00 |
| 2/12/09 | Allison Kuntz | Revising factum in support of motion to approve amended settlement in accordance with the comments of O. Pasparakis (3.0); reviewing emails from the Crown in respect of the U.S. Confirmation Hearing (.30). | 3.30 | $1,221.00 |
| 2/12/09 | Vasuda Sinha | Reviewing 2009 amendments to the Companies' Creditors Arrangement Act. | 0.50 | $122.50 |

INVOICE: 962330



**OGILVY RENAULT**

W.R. GRACE & CO.                                                    01016442-0006

RE: Litigation and litigation consulting
_____

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 2/12/09 | Teresa Walsh | Further reviewing, researching and making suggested revisions to factum for approval of Amended Settlement (3.8); researching issues and revising response to November 30, 2009 letter from K. Ferbers (1.9); following-up with client and U.S. Counsel on various issues (0.8). | 6.50 | $3,640.00 |
| 2/12/09 | Orestes Pasparakis | Finalizing materials for Court. | 1.20 | $870.00 |
| 3/12/09 | Derrick C. Tay | Reviewing factum and revising same (0.8); reviewing comments from U.S. counsel (0.3). | 1.10 | $1,100.00 |
| 3/12/09 | Orestes Pasparakis | Revising factum (2.8); discussions and emails with opposing counsel (1.2); discussions and emails with U.S. counsel (0.6); discussions and emails with Crown counsel (0.4). | 5.00 | $3,625.00 |
| 3/12/09 | Teresa Walsh | Reviewing and making further revisions to factum in support of approval of Amended Settlement (3.8); attending office conferences with O. Pasparakis and A. Kuntz (0.4); following-up with U.S. Counsel regarding various issues (0.4); revising letter to K. Ferbers (0.2); reviewing additional information for inclusion in factum for approval of Amended Settlement (0.6). | 5.40 | $3,024.00 |
| 3/12/09 | Allison Kuntz | Revising factum in support of motion to amended settlement in accordance with the comments of T. Walsh and O. Pasparakis (2.0); reviewing and responding to email from J. Baer regarding comments on factum (.20); meeting with D. Tay, O. Pasparakis and T. Walsh in respect of the factum (.30); updating Manitoba case law regarding ultimate limitation period (1.5). | 4.00 | $1,480.00 |
| 4/12/09 | Orestes Pasparakis | Finalizing factum (3.3); responding to Mr. Ferber's issues (0.6). | 3.90 | $2,827.50 |

INVOICE: 962330

Case 01-01139-AMC    Doc 24226-1    Filed 02/02/10    Page 5 of 11



**W.R. GRACE & CO.**                                                                                           01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 4/12/09 | Allison Kuntz | Participating in conference call with R. Finke, J. Baer, T. Freedman, O. Pasparakis and T. Walsh in respect of factum for approval motion (.40); revising factum in accordance with comments on the conference call (.30); drafting Supplemental Information Officer's Report (1.0); exchanging emails with R. Finke in respect of same (.20); finalizing and serving Factum and Supplemental Information Officer's Report (1.0); meeting with O. Pasparakis and T. Walsh in respect of correspondence from K. Ferbers (.20). | 3.10 | $1,147.00 |
| 4/12/09 | Teresa Walsh | Participating in telephone conference with O. Pasparakis, A. Kuntz, client and U.S. Counsel regarding next week's motion for approval of Amended Settlement (0.5); making further suggested revisions to factum for motion (0.3); reviewing letter from K. Ferbers (0.1); attending office conference with A. Kuntz and O. Pasparakis regarding response (0.2); preparing proposed responses to K. Ferbers' letter (0.3). | 1.40 | $784.00 |
| 7/12/09 | Allison Kuntz | Speaking with T. Walsh in respect of response to R. Finke's letter (.30); revising response to R. Finke's letter as per the comments of R. Finke (.50); following up with D. Felder and P. Lockwood regarding response to R. Finke's letter (.30); revising response as per their comments (.30); serving letter on service list (.30); exchanging emails with Crown in respect of Brief of Authorities (.30); reviewing factum of the Crown (1.30); reading case law relied on by the Crown (2.50); pulling case law in Crown's factum (2.50); exchanging emails with J. Baer and T. Freedman in respect of date of Crown's notice to U.S. Court (.30); reviewing transcript of U.S. hearing for Crown's submissions (.50); participating in conference call with Representative Counsel (.50). | 9.60 | $3,552.00 |

INVOICE: 962330



**W.R. GRACE & CO.**                                                                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/09 | Teresa Walsh | Reviewing Crown's factum, affidavit and case brief relied on in opposition to Grace's motion for approval of Amended Settlement (2.9); reviewing and responding to email exchanges with U.S. Counsel and O. Pasparakis regarding motion (0.6). | 3.50 | $1,960.00 |
| 7/12/09 | Orestes Pasparakis | Preparing oral submissions for Court (4.6); reviewing Crown factum (1.2); reviewing Crown law (2.2); reviewing Crown Motion Record (1.1); reviewing Responding Affidavit (1.0); conference call with Representative Counsel (0.4); liaising with client on numerous issues (0.7); preparing for Court (3.0). | 14.20 | $10,295.00 |
| 7/12/09 | Derrick C. Tay | Reviewing materials served by the Crown for December 8th motion (3.5); preparing rebuttal of Crown position (2.7). | 6.20 | $6,200.00 |
| 8/12/09 | Teresa Walsh | Emailing O. Pasparakis with notes for today's motion seeking approval of Amended Minutes of Settlement. | 0.60 | $336.00 |
| 8/12/09 | Derrick C. Tay | Preparing for court (2.8); attending court (6.8). | 9.60 | $9,600.00 |
| 8/12/09 | Allison Kuntz | Reviewing Crown's case law (1.0); revising draft Order (.50); drafting affidavit attaching emails and correspondence in support of approval motion (.80); discussing same with O. Pasparakis (.30); attending approval motion (6.80). | 9.40 | $3,478.00 |
| 8/12/09 | Orestes Pasparakis | Preparing for Court (2.6); attending at Court (6.8); reporting to client (0.3); drafting email to court (0.3). | 10.00 | $7,250.00 |
| 9/12/09 | Orestes Pasparakis | Drafting letter to Judge (0.4); emailing correspondence to opposing counsel regarding same (0.3). | 0.70 | $507.50 |
| 11/12/09 | Orestes Pasparakis | Following-up with opposing counsel (0.2); following-up with the Judge (0.2). | 0.40 | $290.00 |
| 14/12/09 | Orestes Pasparakis | Following-up with U.S. process and U.S. counsel. | 0.40 | $290.00 |

INVOICE: 962330



W.R. GRACE & CO.                                                                01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 15/12/09 | Allison Kuntz | Emailing Service List in respect of Justice Morawetz' decision on the Approval Motion. | 0.50 | $185.00 |
| 15/12/09 | Orestes Pasparakis | Following-up on developments (0.2); considering expedition of appeal (0.4). | 0.60 | $435.00 |
| 16/12/09 | Orestes Pasparakis | Following-up on appeal issues. | 0.70 | $507.50 |
| 18/12/09 | Allison Kuntz | Participating in conference call with Representative Counsel regarding Crown's potential appeal of the approval order (.50); emailing Crown in respect of same (.50). | 1.00 | $370.00 |
| 18/12/09 | Orestes Pasparakis | Discussions regarding appeal issues (0.5); following-up with Crown counsel (0.4). | 0.90 | $652.50 |
| 21/12/09 | Orestes Pasparakis | Case conferences regarding next steps. | 0.60 | $435.00 |
| 21/12/09 | Allison Kuntz | Following up with the Crown in respect of their intention to appeal the decision of Justice Morawetz approving the Amended and Restated Minutes. | 0.50 | $185.00 |
| 22/12/09 | Allison Kuntz | Corresponding with court office in respect of 9:30 attendance before Justice Morawetz (.50); reviewing draft order from Crown (.50); emailing O. Pasparakis in respect of same (.50); corresponding with Crown regarding revisions to order (.50); revising order (.50); corresponding with Crown and Representative Counsel in respect of revisions to Order (.50). | 3.00 | $1,110.00 |
| 22/12/09 | Orestes Pasparakis | Conference call with Crown counsel. | 0.80 | $580.00 |
| 23/12/09 | Allison Kuntz | Emailing service list regarding 9:30 attendance before Justice Morawetz (.50); attending before Justice Morawetz to advise of the Crown's appeal of the Approval Order and to request that he release his Reasons for Decision as soon as possible (1.50); emailing counsel in respect of attendance before Justice Morawetz (.50). | 2.50 | $925.00 |
| | | **TOTAL FEES** | | $78,902.50 |

INVOICE: 962330



W.R. GRACE & CO.                                                               01016442-0006

RE:  Litigation and litigation consulting
_____

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 350.80 |
| Facsimile | 2.00 |
| Long distance calls | 1.44 |
| External DB Search/Quicklaw | 49.24 |
| Process server fee | 40.00 |
| Taxis | 21.15 |
| | $464.63 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 1/12/09 | Allison Kuntz | Copies | 79.60 |
| 1/12/09 | Karen Ostrom | Copies | 0.20 |
| 1/12/09 | Karen Ostrom | Copies | 0.10 |
| 1/12/09 | Karen Ostrom | Copies | 0.10 |
| 1/12/09 | Karen Ostrom | Copies | 0.20 |
| 1/12/09 | Allison Kuntz | External DB Search/Quicklaw | 19.51 |
| 1/12/09 | Allison Kuntz | Copies | 159.90 |
| 2/12/09 | Allison Kuntz | External DB Search/Quicklaw | 3.39 |
| 3/12/09 | Allison Kuntz | External DB Search/Quicklaw | 16.57 |
| 4/12/09 | Allison Kuntz | Copies | 0.70 |
| 4/12/09 | Allison Kuntz | Copies | 71.90 |
| 4/12/09 | Allison Kuntz | Copies | 23.80 |
| 7/12/09 | Allison Kuntz | External DB Search/Quicklaw | 9.77 |
| 7/12/09 | Karen Ostrom | Copies | 0.50 |
| 7/12/09 | Orestes Pasparakis | Copies | 1.60 |
| 8/12/09 | Karen Ostrom | Copies | 12.00 |
| 8/12/09 | Orestes Pasparakis | Taxis | 21.15 |
| 9/12/09 | Orestes Pasparakis | Facsimile 4163276228 | 2.00 |
| 11/12/09 | Allison Kuntz | Copies | 0.20 |
| 16/12/09 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 40.00 |
| 22/12/09 | Allison Kuntz | Long distance calls 19055231333 | 0.48 |
| 23/12/09 | Allison Kuntz | Long distance calls 19055231333 | 0.96 |
| | | TOTAL | $464.63 |

INVOICE: 962330



Client:    W.R. GRACE & CO.
RE:        Fee Applications, Applicant
Matter No.:  01016442-0008

January 22, 2010
INVOICE: 962329

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2009

| | |
|---|---:|
| FEES | $1,256.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 70.96 |
| GST | 0.00 |
| **TOTAL FOR THIS INVOICE** | **$1,326.96** |



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003; Transit 00002; Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**W.R. GRACE & CO.**                                                                                  01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.7 | $392.00 |
| P. Adams | 4.8 | $864.00 |
| Total | 5.50 | $1,256.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/09 | Penny Adams | Finalizing 34th Monthly Fee Application. | 0.20 | $36.00 |
| 1/12/09 | Teresa Walsh | Reviewing and revising 34th Monthly Fee Application. | 0.40 | $224.00 |
| 2/12/09 | Penny Adams | Arranging for service and filing of 34th Monthly Fee Application. | 0.50 | $90.00 |
| 10/12/09 | Penny Adams | Reviewing November invoices (0.30); drafting 35th Monthly Fee Application (0.70). | 1.00 | $180.00 |
| 15/12/09 | Penny Adams | Dealing with issues relating to recent fee payments. | 0.50 | $90.00 |
| 16/12/09 | Penny Adams | Receiving and reviewing November final invoices (0.20); finalizing 35th Monthly Fee Application (0.50); correspondence with R. Finke regarding same (0.20). | 0.90 | $162.00 |
| 17/12/09 | Penny Adams | Corresponding with fee auditor and L. Oberholzer with respect to 35th Monthly Fee Application (0.50); arranging for service and filing of 35th Monthly Fee Application (0.20). | 0.70 | $126.00 |
| 17/12/09 | Teresa Walsh | Reviewing and signing 35th Monthly Fee Application. | 0.30 | $168.00 |
| 21/12/09 | Penny Adams | Reviewing and revising 12th Quarterly Fee Application. | 1.00 | $180.00 |
| | | TOTAL FEES | | $1,256.00 |

INVOICE: 962329



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                       01016442-0008

RE:  Fee Applications, Applicant
_____

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Courier service | 70.96 |
| | **$70.96** |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 2/12/09 | Derrick C. Tay | Courier service FedEx shipment #689588793569 FROM TORONTO, ON, CA. To: LYNNZY OBERHOLZER,OGILVY RENAULT, WILMINGTON, DE, US. ON 02-12-2009, GST: 0.00, QST: 0.00 | 41.83 |
| 17/12/09 | Derrick C. Tay | Courier service FedEx shipment #435904182373 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 17-12-2009, GST: 0.00, QST: 0.00 | 29.13 |
| | | **TOTAL** | **$70.96** |

INVOICE: 962329