IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2009, THROUGH DECEMBER 31, 2009**

## WRG-0068 (W9644-00)
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| | | | |
|---|---|---|---|
| 12/03/2009 | GHL | Further work on prosecution of this application, including review of office action of October 5, 2009, telephone conference with Mr. Cross regarding examiner's withdrawal of allowance of claims and new rejection, study of the newly cited art, consideration of pattern of examiner rejections through prosecution history to determine scope of subject matter that examiner would consider allowable, review of pending specification to determine support for proposed amendments. | 2.30 |
| 12/04/2009 | GHL | Continued review of pending specification, draft of proposed claim amendments, and email communication with Mr. Cross regarding same; | 1.70 |
| 12/08/2009 | GHL | Further review of pending rejection and reference in preparation for scheduled telephone conference, and participation in telephone conference with Messrs. Cross and Jordan relating to distinctions from the cited references and strategy for prosecution of the application; further review of the pending claims and work on further amendments; | 1.80 |
| 12/09/2009 | GHL | Review of prior art references cited by examiner during prosecution of this case, including copy of latest-cited reference, to determine examiner's view | .70 |
| 12/11/2009 | GHL | Preparation for scheduled interview with examiner: preparation of draft representative claims for discussion, and attend to dispatch to examiner in advance of the interview; conduct interview and discuss patentability of claims over references cited in pending action; and communication with Mr. Cross regarding results of interview; | 1.20 |
| 12/14/2009 | GHL | Re-write claims and draft new claim sets covering further embodiments of the invention in accordance with indications from interview with examiner on allowable subject matter; | 4.20 |
| 12/17/2009 | GHL | Continued preparation of response to Office Action of October 5, including finalize claim amendments, draft arguments in support of patentability of the claims, telephone conference with Mr. Cross regarding the proposed response, and attending to filing the response. | 2.00 |

SERVICES                                                                    $   7,923.00

| | GHL | GARY H. LEVIN | 13.9 | hours @ | $570.00 |

**DISBURSEMENTS:**

| | | |
|---|---|---:|
| PATENT OFFICE FEES | $ | 1,388.00 |
| DISBURSEMENT TOTAL | $ | 1,388.00 |
| SERVICE TOTAL | $ | 7,923.00 |
| **INVOICE TOTAL** | $ | **9,311.00** |