## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 22, 2010 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### ONE-HUNDREDTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD**
**NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009[2]**

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 11/09/09 3 | E-mail from co-counsel and e-mail to mediator regarding status A. Marchetta | 0.3 | 192.00 |
| 11/09/09 3 | Review e-mails re settlement motion status B. Moffitt | 0.1 | 40.00 |
| 11/18/09 3 | Telephone calls, e-mails and follow up regarding Order approving settlement; telephone call from mediator regarding same; telephone call with B. Moffitt and follow up regarding apology letter issue and stipulation dismissing appeal A. Marchetta | 0.7 | 448.00 |
| 11/18/09 3 | Review, respond and draft e-mails re entry of Order re settlement motion B. Moffitt | 0.3 | 120.00 |
| 11/19/09 3 | Telephone calls and e-mails regarding order and approval of settlement; telephone calls and follow up with mediator and NJDEP regarding same A. Marchetta | 0.9 | 576.00 |
| 11/19/09 3 | Review, respond and draft e-mails re entry of Order re settlement motion; work with A. Marchetta re same B. Moffitt | 0.8 | 320.00 |
| 11/20/09 3 | Telephone calls and conference with B. Moffitt regarding call with mediator and stipulation A. Marchetta | 0.4 | 256.00 |
| 11/20/09 3 | Work with A. Marchetta re call from Third Circuit Mediator and follow up re same B. Moffitt | 0.3 | 120.00 |
| 11/23/09 3 | Conference with B. Moffitt and revise e-mail to DEP regarding closing documents A. Marchetta | 0.5 | 320.00 |

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| 11/23/09 | Follow up with DAG Dickinson re apology letter and work with A. Marchetta re same | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| | | | |
| 11/24/09 | Follow up with B. Moffitt regarding e-mails to DEP | | |
| 3 | A. Marchetta | 0.2 | 128.00 |
| | | | |
| 11/30/09 | E-mails with mediator and conference with B. Moffitt regarding same; work with B. Moffitt regarding apology letter and information to mediation | | |
| 3 | A. Marchetta | 1.1 | 704.00 |
| | | | |
| 11/30/09 | Address issues on draft document related to settlement with B. Moffit | | |
| 3 | W. Hatfield | 0.2 | 83.00 |
| | | | |
| 11/30/09 | Follow up re settlement Order and various e-mails with client, co-counsel, co-defendants' counsel and the Third Circuit Mediator re same | | |
| 3 | B. Moffitt | 0.9 | 360.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.20 | 415.00 | 83.00 |
| A. Marchetta | 4.10 | 640.00 | 2,624.00 |
| B. Moffitt | 2.70 | 400.00 | 1,080.00 |
| TOTALS: | 7.00 | | 3,787.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 4.1 | 640.00 | 2,624.00 |
| W. Hatfield | 3 | 0.2 | 415.00 | 83.00 |
| B. Moffitt | 3 | 2.7 | 400.00 | 1,080.00 |
| TOTALS: | | 7.0 | | 3,787.00 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 11/03/09 | Review and respond to e-mails regarding September 2009 Fee Application | | |
| 18 | K. Begley | 0.2 | 50.00 |

| 11/07/09 | Review and organize docket entries in preparation for drafting September 2009 Fee Application Documents | | |
| 18 | K. Begley | 0.2 | 50.00 |

| 11/15/09 | Draft September 2009 Fee Application documents; organize and compile docket entries in preparation for drafting same; review and respond to e-mails with S. Rosenberger regarding same | | |
| 18 | K. Begley | 1.4 | 350.00 |

| 11/19/09 | Review, revise and discuss with K. Begley DP's September 2009 Fee Application | | |
| 18 | S. Zuber | 0.3 | 148.50 |

| 11/19/09 | Revise September 2009 Fee Application documents; review and respond to e-mails with S. Zuber regarding same | | |
| 18 | K. Begley | 0.8 | 200.00 |

| 11/23/09 | Reviewed US Bankruptcy Court - District of Delaware docket in order to confirm date of entry of Order approving stipulation settling claims asserted by NJDEP | | |
| 18 | S. Parker | 0.3 | 46.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 495.00 | 148.50 |
| K. Begley | 2.60 | 250.00 | 650.00 |
| S. Parker | 0.30 | 155.00 | 46.50 |
| TOTALS: | 3.20 | | 845.00 |

4

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 2.6 | 250.00 | 650.00 |
| S. Zuber | 18 | 0.3 | 495.00 | 148.50 |
| S. Parker | 18 | 0.3 | 155.00 | 46.50 |
| TOTALS: | | 3.2 | | 845.00 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

None.