IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 24, 2010 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2009 THROUGH JUNE 30, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1453412/1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 390.00 | 3.00 | $ 1,170.00 |
| Stacey, Paula | Paralegal | $ 195.00 | 1.50 | $ 292.50 |
| | | | | |
| Total | | | 4.50 | 1,462.50 |

Holme Roberts & Owen LLP

July 14, 2009

W.R. Grace & Co.

Page 4
Invoice No.: 848245
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/26/09 | KJC | Research and email re export plant cleanup. | 2.00 | $ 780.00 |
| 06/26/09 | PRS | Database research for documents re closing and removing building at Export Plant. | 1.50 | 292.50 |
| 06/29/09 | KJC | Research and email re export plant inquiry. | 0.50 | 195.00 |
| 06/30/09 | KJC | Email exchange and telephone conference with R. Emmett re export plant inquiry (.2); leave message for D.C. Orr re position (.1); review settlement agreement for protection (.2). | 0.50 | 195.00 |
| | | **Total Fees Through June 30, 2009:** | **4.50** | **$ 1,462.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 3.00 | $ 1,170.00 |
| PRS | Paula R. Stacey | Paralegal | 195.00 | 1.50 | 292.50 |
| | | **Total Fees:** | | **4.50** | **$ 1,462.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/22/09 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: AGR7105; Monthly Storage Services | $ 256.69 |
| | | **Total Disbursements:** | **$ 256.69** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 256.69 |
| **Total Disbursements:** | **$** | **256.69** |

### Matter 00390 - Bankruptcy Matters

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Friedman, Stanley | Paralegal | $ 155.00 | 6.5 | $1,007.50 |
| | | | | |
| Total | | | 6.50 | $ 1,007.50 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 256.69 |
| Color Copies | $ - |
| Total | $ 256.69 |

Holme Roberts & Owen LLP

July 14, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 848245 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/09 | SF | Generate spreadsheets and pleadings for fee app motions for October 2008 (.8), November 2008 (.8), December 2008 (.8) and January 2009 (.9). | 3.30 | $ 511.50 |
| 06/19/09 | SF | Begin generating 31st quarterly documents. | 0.50 | 77.50 |
| 06/24/09 | SF | Complete generating 31st interim quarterly application documents (1.2); generate 32nd interim quarterly application documents (1.5). | 2.70 | 418.50 |
| | | **Total Fees Through June 30, 2009:** | **6.50** | **$ 1,007.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| SF | Stanley Friedman | Paralegal | $155.00 | 6.50 | $ 1,007.50 |
| | | **Total Fees:** | | **6.50** | **$ 1,007.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |