# EXHIBIT A

A-1

### Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2009 | Jeanne T Cohn-Connor | 0.30 | Confer with P. Tanaka re research re environmental issues. |
| 12/1/2009 | Paul D Tanaka | 1.10 | Confer with J. Cohn-Connor re environmental liabilities at additional sites (.2); review materials re treatment of environmental claims in bankruptcy (.9). |
| 12/2/2009 | Deborah L Bibbs | 3.40 | Review hearing transcripts re employee claim information and prepare chart and summary re same. |
| 12/7/2009 | Paul D Tanaka | 0.60 | Review draft precedent environmental settlement agreement language re additional site treatment for environmental liabilities (.4); correspond with T. McAllister re same (.2). |
| 12/8/2009 | Paul D Tanaka | 2.20 | Research and analyze case law re environmental claims. |
|  | Total: | 7.60 |  |

A-2

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2009 | Deborah L Bibbs | 6.50 | Review and cross-check active dockets, pleadings and correspondence to update databases and file information (2.8); review applicable case indices re transcripts, pleadings and precedent information to incorporate into applicable case document databases and files (3.7). |
| 12/2/2009 | Deborah L Bibbs | 3.10 | Review and cross-check active dockets, pleadings and correspondence to update applicable case databases and file information. |
| 12/3/2009 | Deborah L Bibbs | 0.50 | Review indices re pleadings to incorporate into applicable case document databases and files. |
| 12/4/2009 | Anton I Stoyanov | 1.50 | Review and cross-reference historical records on DMS and cross-check against docket. |
| 12/4/2009 | Maureen McCarthy | 1.80 | Review and distribute materials re professional fees in connection with preparation of budget (1.0); correspond and confer with J. O'Neill re same (.1); correspond and confer with J. Baer re same (.3); confer with T. Wallace re same (.4). |
| 12/7/2009 | Anton I Stoyanov | 4.50 | Review and cross-reference historical records on DMS and cross-check against docket and database materials. |
| 12/7/2009 | Deborah L Bibbs | 2.80 | Review and cross-check active dockets, pleadings and correspondence to update case databases and file information. |
| 12/8/2009 | Deborah L Bibbs | 3.10 | Review and cross-check active dockets, pleadings and correspondence to update case databases and file information. |
| 12/9/2009 | Deborah L Bibbs | 5.00 | Review and cross-check active dockets, pleadings and correspondence to update case databases and file information (3.9); review key indices containing memos, research and precedent information to incorporate into applicable case databases (1.1). |
| 12/10/2009 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
| 12/11/2009 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
| 12/21/2009 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
| 12/22/2009 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
| 12/23/2009 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
| 12/28/2009 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
|  | Total: | 31.80 |  |

A-3

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/2/2009 | David M Bernick, P.C. | 0.30 | Correspond with L. Esayian re Anderson Memorial brief. |
| 12/2/2009 | Lisa G Esayian | 0.40 | Correspond with D. Bernick re Anderson Memorial issues (.3); review file re same (.1). |
| 12/3/2009 | Deborah L Bibbs | 4.70 | Review dockets and correspondence for status of pending adversary, district and appeal cases (2.3); update database and files re same (2.4). |
| 12/4/2009 | Lisa G Esayian | 1.40 | Correspond with C. Landau re Anderson Third Circuit class appeal (.4); work on Anderson Memorial discrimination issues (1.0). |
| 12/4/2009 | Christopher Landau, P.C. | 0.50 | Correspond with team re status of pending cases. |
| 12/4/2009 | Deborah L Bibbs | 6.50 | Review and categorize adversary and district courts case pleading information to incorporate into applicable case document databases. |
| 12/7/2009 | Deborah L Bibbs | 3.70 | Review and categorize adversary and district court case pleading information to incorporate into applicable document databases. |
| 12/8/2009 | Deborah L Bibbs | 3.10 | Review and categorize adversary and district court case pleading information to incorporate into applicable case document databases. |
| 12/11/2009 | Gregory L Skidmore | 0.20 | Confer with C. Landau re research re California appeal. |
| 12/14/2009 | Gregory L Skidmore | 1.00 | Review 3d Circuit order granting motion to dismiss for lack of appellate jurisdiction in Anderson Memorial (.2); analyze implications for pending District Court appeals (.8). |
| 12/14/2009 | Christopher Landau, P.C. | 0.50 | Review Third Circuit decision re Anderson Memorial Appeal (.3); confer with team re same (.2). |
| 12/15/2009 | Christopher Landau, P.C. | 0.50 | Correspond with team re impact of Third Circuit order dismissing class certification appeal re Anderson Memorial appeal on other pending Speights appeals. |
| 12/31/2009 | Nate Kritzer | 0.70 | Review Third Circuit opinion re jurisdiction to extend preliminary injunction to claims v. Montana. |
| 12/31/2009 | Gregory L Skidmore | 0.60 | Read and analyze Third Circuit opinion in Montana appeal (.4); summarize thoughts re same for team (.2). |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/31/2009 | Christopher Landau, P.C. | 2.50 | Review Third Circuit opinion re Montana appeal (2.1); correspond with team re same (.4). |
| | Total: | 26.60 | |

A-5

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 12/3/2009 | Kimberly K Love | 1.00 | Review files for information re upcoming hearings. |
| 12/3/2009 | Travis J Langenkamp | 0.50 | Confer with S. Ament re hearing preparation and courtroom issues. |
| 12/8/2009 | Deborah L Bibbs | 0.30 | Arrange court conference telephonic numbers for 12/14/09 hearing. |
| 12/9/2009 | Kimberly K Love | 4.00 | Make arrangements for upcoming closing arguments and prepare materials for same. |
| 12/9/2009 | Maria D Gaytan | 4.00 | Prepare various materials for upcoming hearings. |
| 12/14/2009 | Deanna D Boll | 0.80 | Participate in omnibus hearing re confirmation considerations. |
| 12/14/2009 | Lisa G Esayian | 0.80 | Participate in portions of omnibus hearing re ZAI claims and Canadian PD claims. |
| 12/22/2009 | Derek J Bremer | 8.00 | Setup technology in bankruptcy court for upcoming confirmation hearing. |
| 12/23/2009 | Deborah L Bibbs | 0.50 | Arrange court call confirmations for 1/4-6/2010 hearing. |
| 12/30/2009 | Elli Leibenstein | 1.00 | Prepare for hearing. |
| | Total: | 20.90 | |

A-6

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2009 | Deanna D Boll | 0.10 | Confer with B. Ruhlander re 33rd interim application and correspond with B. Harding re same. |
| 12/3/2009 | Deanna D Boll | 0.20 | Confer with B. Ruhlander and review fee auditor letter and final recommendations re 33rd interim application. |
| 12/4/2009 | Deanna D Boll | 1.10 | Finalize September fee application and confer with T. Wallace and T. Freedman re same. |
| 12/4/2009 | Holly Bull | 2.10 | Review final fee auditor report and update/revise fee auditor chart re same. |
| 12/4/2009 | Maureen McCarthy | 3.20 | Prepare totals re attorneys, paraprofessionals and matter categories (1.6); draft 34th quarterly fee application summary (1.6). |
| 12/5/2009 | Holly Bull | 2.20 | Review and edit first-round November invoices. |
| 12/5/2009 | Holly Bull | 1.10 | Review and edit first-round November invoices. |
| 12/6/2009 | Holly Bull | 2.80 | Review and edit first-round November invoices. |
| 12/6/2009 | Maureen McCarthy | 1.20 | Prepare expense category totals re 34th quarterly fee application (.4); review and revise 34th quarterly fee application (.8). |
| 12/7/2009 | Deanna D Boll | 0.80 | Confer with H. Bull re fee issues (.1); confer with T. Wallace re expenses (.2); review issues re same (.2); confer with B. Ruhlander re 33rd interim application and correspond with B. Harding re same (.3). |
| 12/7/2009 | Holly Bull | 3.50 | Review and edit first-round November invoices and follow up on several outstanding expense issues (3.4); confer with D. Boll re same (.1). |
| 12/7/2009 | Maureen McCarthy | 1.60 | Draft 34th quarterly fee application. |
| 12/8/2009 | Maureen McCarthy | 2.30 | Review and revise 34th quarterly fee application (1.5); review and cross check totals re same (.8). |
| 12/9/2009 | Deanna D Boll | 1.20 | Review issues re October fee application (.4); confer with M. McCarthy re same (.2); confer with M. McCarthy re 34th interim fee application and review same (.3); confer with T. Wallace re expenses (.3). |
| 12/9/2009 | Maureen McCarthy | 3.40 | Review revise and finalize 34th quarterly fee application (1.1); prepare same for filing and service (.4); draft October fee application and confer with D. Boll re same (1.9). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/2009 | Holly Bull | 2.20 | Review materials re repeated billing issues and prepare sample billing and correspondence to particular billers re same. |
| 12/10/2009 | Maureen McCarthy | 1.10 | Review, revise and finalize October fee application (.7); prepare same for filing and service (.4). |
| 12/11/2009 | Holly Bull | 4.60 | Review and edit second-round November invoices (2.7); review final fee auditor report and update fee issues chart re same (1.9). |
| 12/12/2009 | Holly Bull | 5.80 | Review and edit second round November invoices (2.5); review and update/revise fee issues and fee auditor spreadsheets (3.3). |
| 12/13/2009 | Holly Bull | 2.80 | Review and edit second-round November invoices and confer/correspond with various case billers re issues on same. |
| 12/14/2009 | Holly Bull | 3.20 | Review and edit second-round November invoices, correspond with several billers re billing issues and update/revise billers chart. |
| 12/15/2009 | Holly Bull | 1.90 | Review and edit second-round November invoices and update billers' issues chart. |
| 12/23/2009 | Maureen McCarthy | 0.20 | Review and distribute certification of no objection re September fee application and order re thirty-third quarterly fee period. |
| 12/28/2009 | Holly Bull | 2.40 | Review fee-related correspondence and follow up on same (.6); review fee auditor reports and update related charts (1.8). |
| 12/29/2009 | Maureen McCarthy | 1.80 | Draft November fee application. |
| 12/30/2009 | Maureen McCarthy | 0.90 | Review and finalize November fee application (.6); prepare same for filing and service (.3). |
| 12/31/2009 | Holly Bull | 1.10 | Confer internally re December fee application schedule and review correspondence re November expenses (.6); review list of outstanding fee issues (.5). |
| | Total: | 54.80 | |

K&E 16210454.2

## Matter 35 - Fee Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2009 | Deanna D Boll | 0.80 | Confer with J. Baer and R. Wyron re Orrick fee application (.2); audit BMC's 85th, 86th and 87th applications (.6). |
| | Total: | 0.80 | |

K&E 16210454.2

## Matter 37 - Plan and Disclosure Statement - Fees

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/1/2009 | Nate Kritzer | 3.40 | Review Wachovia objection to FFIC settlement (.4); confer with J. Baer and T. Freedman re same (.5); confer with J. Baer re final objection chart (.2); confer with K. Alexander and J. Brooks re same (.2); outline response to Wachovia objection to FFIC settlement (.8); prepare final objection chart (1.3). |
| 12/1/2009 | Anton I Stoyanov | 1.00 | Review and update deposition-related materials. |
| 12/1/2009 | Kimberly K Love | 16.50 | Review and edit drafts of hyperlinked response brief re lender issues (6.1); review and edit drafts of hyperlinked main response brief (8.7); prepare materials for use with hyperlinked briefs (1.5); confer with D. Boll re same (.2). |
| 12/1/2009 | Maria D Gaytan | 14.30 | Review hyperlinked plan proponents' lender response brief and post-trial response brief for accuracy. |
| 12/1/2009 | Deanna D Boll | 10.00 | Confer with A. McMillan and D. Felder re PI TDP (.4); review issues re same (.5); analyze issues re Canadian claims and settlement and confer with T. Walsh, R. Finke, J. Baer and others re same (2.5); analyze issues re plan objections and prepare materials for possible settlement and litigation at closing (6.4); confer with K. Love re hyperlinked trial briefs (.2). |
| 12/1/2009 | Meghan M Haynes | 0.50 | Prepare materials for attorney review for post-trial reply briefs. |
| 12/1/2009 | Justin S Brooks | 4.20 | Review hyperlinked lender response brief and correct errors (1.7); confer with J. Baer re final objection chart (.2); confer with N. Kritzer and K. Alexander re same (.2); prepare final objection chart (2.1). |
| 12/1/2009 | David M Bernick, P.C. | 1.20 | Prepare for hearing. |
| 12/1/2009 | Lisa G Esayian | 4.00 | Correspond with P. Mahaley re various insurance settlements (.5); confer with L. Casey re potential settlement and 524(g) issues (.5); review prior BNSF pleadings relevant to same (1.4); confer with T. Freedman re same (.5); further confer with L. Casey re same (.4); correspond with R. Finke re AG Belge insurance settlement (.3); correspond with J. Posner and R. Finke re potential additional insurance settlements (.4). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2009 | Theodore L Freedman | 4.00 | Prepare for oral arguments (3.0); correspond with J. Baer and N. Kritzer re Wachovia (.5); confer with L. Esayian re BNSF (.5). |
| 12/1/2009 | Elli Leibenstein | 1.00 | Review pleadings in preparation for oral arguments. |
| 12/2/2009 | Kristina Alexander | 5.90 | Confer with team re preparation for oral argument and confirmation chart (.7); confer with J. Brooks and N. Kritzer re chart (.4); confer with J. Brooks and T. Freedman re charts and continue preparing chart (3.0); compile list of existing briefs and draft allocation to team for review of briefs (1.8). |
| 12/2/2009 | Nate Kritzer | 4.90 | Draft response to Wachovia objection to FFIC settlement (2.3); prepare final objection chart (1.3); confer with team re closing argument preparation (.7); confer with D. Felder re same (.2); confer with K. Alexander and J. Brooks re chart (.4). |
| 12/2/2009 | Kimberly K Love | 5.00 | Review final version of hyperlinked main response brief for delivery to Judge (1.0); prepare cover letter re hyperlinked DVD (.4); prepare notice of service re hyperlinked DVD for Judge (.6); prepare and organize various confirmation hearing materials (3.0). |
| 12/2/2009 | Maria D Gaytan | 8.80 | Review hyperlinked plan proponents' post-trial response brief for accuracy (7.0); upload post-trial response briefs to DMS (.8); upload various hyperlinked response briefs (1.0). |
| 12/2/2009 | Deanna D Boll | 9.10 | Prepare materials for confirmation closing, including preparation of factual findings and review of evidence re same (6.6); confer with A. McMillan re TDP (.4); confer with T. Walsh, J. Baer, P. Lockwood and A. McMillan re Canadian settlement and letter re Thundersky issues (2.1). |
| 12/2/2009 | Justin S Brooks | 5.00 | Prepare final objection chart (2.3); confer with team re closing argument preparation (.7); review settlement orders to identify moot issues and parties (1.6); confer with K. Alexander and N. Kritzer re objection chart (.4). |

A-11

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/2/2009 | Lisa G Esayian | 3.60 | Review injunction issues raised by BNSF (.8); confer with L. Casey re same (.8); review certain provisions in draft Kaneb settlement (.3); confer with T. Freedman and R. Wyron re various insurance and injunction issues (1.0); correspond with R. Finke and J. Posner re various insurance settlements (.5); correspond with J. O'Neill re timing of filing insurance settlement motions (.2). |
| 12/2/2009 | Theodore L Freedman | 7.00 | Prepare for closing arguments (4.6); confer with N. Kritzer re Wachovia (.5); confer with L. Esayian and R. Wyron re insurance matters (1.0); confer with client re various restructuring issues (.9). |
| 12/2/2009 | Elli Leibenstein | 1.00 | Review pleadings re feasibility issues (.5); analyze hearing transcripts (.5). |
| 12/2/2009 | Barbara M Harding | 2.00 | Prepare for conference re closing oral argument preparation and confer with team re same (1.6); review and respond to correspondence re same (.4). |
| 12/3/2009 | Kristina Alexander | 3.50 | Edit assignment list for reviewing briefs and confer with team re same (.4); continue drafting confirmation chart (3.1). |
| 12/3/2009 | Nate Kritzer | 10.40 | Confer with T. Freedman re response to Wachovia objection to FFIC settlement (.6); revise same (5.6); prepare final objection chart (4.2). |
| 12/3/2009 | Kimberly K Love | 6.00 | Prepare and organize confirmation and plan hearing material. |
| 12/3/2009 | Maria D Gaytan | 7.00 | Prepare and organize confirmation hearing materials. |
| 12/3/2009 | Deanna D Boll | 9.60 | Confer with J. Baer and Rust re Canadian claims and additional time for filing of Canadian claims and consider questionnaire and website issues re same (1.8); confer with O. Pasparakis, T. Walsh and others re Canadian settlement and consider issues re same (2.3); confer with D. Sherrer re C2 legal database (.3); prepare factual findings and review evidence re same (5.2). |
| 12/3/2009 | Justin S Brooks | 7.70 | Prepare final objection chart. |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/3/2009 | Lisa G Esayian | 2.80 | Provide additional revisions to P. Mahaley for approval motion for AG Belge insurance settlement (.2); correspond with J. Posner and P. Mahaley re TIG insurance (.4); confer with P. Mahaley re Kaneb insurance issues (1.0); confer with T. Freedman re same (.5); review N. Kritzer's draft response to Wachovia objections to Fireman's Fund settlement (.3); provide input to N. Kritzer re J. Hughes testimony relevant to same (.4). |
| 12/3/2009 | Theodore L Freedman | 8.50 | Prepare for closing arguments (3.0); edit chart re same (1.7); confer with client re settlement issues (.8); draft Kaneb stipulation (2.2); confer with co-proponents re Kaneb stipulation (.3); confer with L. Esayian re same (.5). |
| 12/3/2009 | Elli Leibenstein | 1.00 | Review pleadings in preparation for oral argument. |
| 12/3/2009 | Deborah L Bibbs | 0.80 | Review pleadings for precedent re motion for leave to reply to briefs. |
| 12/4/2009 | Kristina Alexander | 3.10 | Draft summary of dismissed or withdrawn objections for appendix to confirmation chart (2.7); review correspondence re chart and confer with team re same (.4). |
| 12/4/2009 | Nate Kritzer | 5.20 | Revise, finalize and file response to Wachovia objection to FFIC settlement (4.7); confer with D. Boll and J. Brooks re closing issues (.5). |
| 12/4/2009 | Kimberly K Love | 7.00 | Review and update various confirmation and plan materials (5.4); prepare and organize various insurance policies requested by L. Esayian (1.6). |
| 12/4/2009 | Deanna D Boll | 10.60 | Participate in team conference re closing issues (.8); confer with BMC and J. Baer re Crown claims and voting issues (.4); confer with T. Freedman and others re Canadian settlement issues (2.5); confer with P. Lockwood and O. Pasparakis re Canadian settlement and plan implications (.7); prepare closing materials and confer with J. Brooks, N. Kritzer and others re same (6.2). |
| 12/4/2009 | Meghan M Haynes | 2.00 | Research and respond to inquiry from K. Alexander re settlement agreements. |
| 12/4/2009 | Justin S Brooks | 7.00 | Prepare final objection chart. |
| 12/4/2009 | John Donley | 0.20 | Confer with M. Cascino re informal discovery request and follow-up with J. Baer and client re same. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/4/2009 | Lisa G Esayian | 2.60 | Correspond with P. Mahaley re AG Belge insurance settlement (.4); draft motion to shorten notice re same (.8); confer with R. Wyron, P. Mahaley and T. Freedman re Kaneb insurance and injunction issues and other injunction issues (1.0); correspond with R. Finke re same (.4). |
| 12/4/2009 | Theodore L Freedman | 8.00 | Prepare for closing arguments (4.2); revise slides and outlines re closing arguments (2.8); confer with FCR's counsel, R. Wyron and L. Esayian re Kaneb (1.0). |
| 12/4/2009 | Travis J Langenkamp | 2.00 | Conduct research re liability issues. |
| 12/5/2009 | Kristina Alexander | 5.80 | Continue drafting confirmation chart and appendix of settled or withdrawn objections and confer with team re same. |
| 12/5/2009 | Nate Kritzer | 3.10 | Prepare final objection chart. |
| 12/5/2009 | Justin S Brooks | 2.10 | Review lenders' arguments re absolute priority rule. |
| 12/5/2009 | Theodore L Freedman | 2.00 | Prepare for closing arguments and address issues related to successive claims injunction and Kaneb stipulation. |
| 12/6/2009 | Kristina Alexander | 5.80 | Draft and revise confirmation chart and appendix document. |
| 12/6/2009 | Theodore L Freedman | 3.00 | Prepare for closing arguments and address issues related to successive claims injunction and Kaneb stipulation (2.4); confer with D. Bernick re plan issues (.6). |
| 12/7/2009 | Kristina Alexander | 6.10 | Confer with J. Brooks and N. Kritzer to review chart and further confer with J. Baer and T. Freedman re same (2.5); revise objection chart and email to team (3.6). |
| 12/7/2009 | Nate Kritzer | 8.40 | Prepare final objection chart (7.5); confer with K. Alexander and J. Brooks re same (.9). |
| 12/7/2009 | Kimberly K Love | 7.00 | Prepare and organize various materials from previous hearings for use in upcoming closing arguments. |
| 12/7/2009 | Maria D Gaytan | 7.00 | Prepare and organize materials from previous hearings for upcoming hearings. |
| 12/7/2009 | Morgan Rohrhofer | 3.00 | Create binders of briefs to be reviewed for H. Bloom. |

A-14

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/7/2009 | Deanna D Boll | 5.10 | Consider issues and edit Febers letter and review client comments re same (.5); review and edit plan documents (1.9); confer with J. Baer, O. Pasparakis and others re Canadian settlement issues and review October transcript re issues re same (2.0); confer with A. Rich re PD trust revisions (.2); confer with T. Freedman and J. Baer re PI TDP issues (.5). |
| 12/7/2009 | Brian T Stansbury | 0.50 | Prepare D. Bernick for closing argument on Libby issues. |
| 12/7/2009 | Ashley S Gregory | 3.50 | Review and revise DB and GS engagement letters. |
| 12/7/2009 | Meghan M Haynes | 0.50 | Correspond with K. Love to obtain trial materials for K. Alexander. |
| 12/7/2009 | Justin S Brooks | 8.70 | Prepare final objection chart (7.8); confer with N. Kritzer and K. Alexander re same (.9). |
| 12/7/2009 | David M Bernick, P.C. | 0.50 | Confer with T. Freedman re plan. |
| 12/7/2009 | Lisa G Esayian | 2.00 | Correspond with T. Freedman re potential Kaneb insurance stipulation (.5); confer with R. Finke re Kaneb insurance issues (.5); revise motion for shortened notice re AG Insurance settlement (.5); correspond with R. Finke re issues re potential insurance settlement (.5). |
| 12/7/2009 | Theodore L Freedman | 9.00 | Prepare for closing arguments and address issues related to successor claims injunction and Kaneb stipulation (7.9); confer with J. Baer and D. Boll re PI TDP issues (.5); confer with J. Baer and K. Alexander re objection chart (.6). |
| 12/8/2009 | Christopher T Greco | 0.80 | Correspond with T. Freedman and A. Gregory re financing issues and review same (.6); review correspondence re confirmation hearing preparation (.2). |
| 12/8/2009 | Nate Kritzer | 5.30 | Prepare materials for D. Bernick re oral argument on FFIC settlement (4.1); confer with T. Freedman re same (.3); revise final objection chart (.9). |
| 12/8/2009 | Kimberly K Love | 7.00 | Review transcripts for information re UST's approval of plan language (1.1); review files for information re Edwards settlement (1.0); prepare and organize materials for upcoming closing arguments (1.4); prepare and organize confirmation hearing and plan-related materials (3.0); correspond with M. Haynes re trial preparation (.5). |

A-15

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/8/2009 | Maria D Gaytan | 7.00 | Prepare and organize materials from previous hearings for upcoming hearings. |
| 12/8/2009 | Deanna D Boll | 8.10 | Prepare materials for confirmation closing including factual findings and review evidence re same (4.3); confer with P. Lockwood and R. Wyron re PI TDP issues (.3); edit plan documents and draft notice of plan modifications (1.3); analyze issues re Crown claims and voting with M. Araki and J. Baer (1.2); confer with C. Greco re UST sign-off on plan (.2); confer with T. Freedman and others re Kaneb (.8). |
| 12/8/2009 | Scott J Gordon | 1.00 | Review swap documents. |
| 12/8/2009 | Christian O Nagler | 1.00 | Review comments to engagement letters and attend conference re same. |
| 12/8/2009 | Ashley S Gregory | 2.00 | Confer with E. Filon, J. McFarland, Blackstone and C. Nagler re engagement letters (1.0); revise and distribute mark up of financing engagement letters (1.0). |
| 12/8/2009 | Justin S Brooks | 6.20 | Review materials for D. Bernick re FFIC settlement (1.1); revise final objection chart (1.4); review plan amendments and determine impact on chart (1.0); draft memoranda on novel issues raised by plan objectors in post-trial response briefs (2.7). |
| 12/8/2009 | Lisa G Esayian | 2.50 | Correspond with FCR's counsel and T. Freedman re proposed stipulation with Kaneb re successor claims injunction (.5); confer with FCR's counsel P. Mahaley re various insurance settlements (.5); analyze issues re indemnities that may be triggered by Kaneb insurance claims (1.5). |
| 12/8/2009 | Theodore L Freedman | 7.00 | Prepare for closing arguments and address issues related to successive claims injunction (3.2); confer with client re post emergence business issues (1.1); confer with N. Kritzer re FFIC (.3); confer with team members re Kaneb (.9); confer with team members re Kaneb issues (1.0); correspond with FCR and L. Esayian re same (.5). |
| 12/8/2009 | Elli Leibenstein | 0.50 | Analyze hearing issues for closing argument concerns re Zilly testimony. |
| 12/9/2009 | Christopher T Greco | 0.90 | Correspond with J. McFarland re financing precedent and review same (.7); correspond with J. Brooks re CNA issue (.2). |

A-16

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/9/2009 | Kristina Alexander | 8.50 | Confer with J. Baer re chart and appendix updates and review re same (1.1); review chart for substantive changes, confer with J. Baer re same and revise chart (3.8); further revise chart and distribute to plan proponents (3.2); confer with J. Baer re appendix and revise same (.4). |
| 12/9/2009 | Nate Kritzer | 8.40 | Review Anderson Memorial post-trial brief (1.1); confer with T. Freedman re response to Anderson Memorial brief, memorandum re successor claims injunction and proposed amendment to successor claims injunction (1.2); research 524(e) issues (4.3); review and outline Seaton/OneBeacon arguments in post-trial response brief (1.8). |
| 12/9/2009 | Kimberly K Love | 9.30 | Prepare and organize materials cited in AMH post-trial brief as requested by L. Esayian. |
| 12/9/2009 | Maria D Gaytan | 7.30 | Review/obtain documents cited in Anderson's post-trial brief requested by L. Esayian. |
| 12/9/2009 | Morgan Rohrhofer | 5.50 | Destroy medical records and x-rays per protective order. |
| 12/9/2009 | Deanna D Boll | 8.70 | Prepare materials for confirmation closing, including preparation of factual findings and review evidence re same. |
| 12/9/2009 | Heather Bloom | 0.20 | Review edited version of pending objections chart. |
| 12/9/2009 | Justin S Brooks | 8.50 | Review Anderson Memorial post-trial brief (1.0); confer with T. Freedman re response to Anderson Memorial brief and approach to same in objection chart (.5); incorporate Anderson Memorial objections in post-trial brief into chart and respond to same (2.9); review Phase I pleadings re anti-assignment and insurance neutrality (2); revise objection chart (2.1). |
| 12/9/2009 | Lisa G Esayian | 6.50 | Review Anderson Memorial's post-trial brief (2.0); confer with T. Freedman re same (.4); confer with D. Bernick re same (.5); draft responses (2.0); revise certification of counsel for approval order for Allianz settlement (.3); correspond with Wachovia and Fireman's Fund counsel re same (.6); revise draft objection chart re Anderson Memorial issues (.7). |

A-17

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/9/2009 | Theodore L Freedman | 9.00 | Prepare for closing arguments (3.0); draft chart re closing issues (1.2); review and address issues related to successive claims injunction and Kaneb stipulation (3.8); confer with J. Brooks re Anderson Memorial brief (.5); confer with L. Esayian re issues re same (.5). |
| 12/9/2009 | Elli Leibenstein | 1.00 | Review and analyze Anderson brief. |
| 12/10/2009 | Christopher T Greco | 1.20 | Correspond with J. McFarland re financing motion and issues related to same (.4); review same and correspond with K. Alexander re same (.8). |
| 12/10/2009 | Kristina Alexander | 2.20 | Follow-up with H. Bloom and others re revisions to chart (.4); review correspondence re changes to chart (.2); confer with team re preparation for oral arguments (1.1); confer with N. Kritzer and J. Brooks re preparation of schedule and other chart-related items (.3); confer with C. Greco re exit financing pleadings (.2). |
| 12/10/2009 | Nate Kritzer | 5.30 | Confer with team member re closing arguments (1.2); confer with J. Brooks and K. Alexander re division of responsibility for closing arguments (.3); research issues relating to Anderson Memorial post-trial brief (1.4); draft memo re successor claims injunction (2.4). |
| 12/10/2009 | Kimberly K Love | 8.50 | Prepare and organize materials cited in AMH post-trial brief as requested by L. Esayian. |
| 12/10/2009 | Maria D Gaytan | 6.80 | Review/obtain documents cited in Anderson's post-trial brief requested by L. Esayian. |
| 12/10/2009 | Deanna D Boll | 4.50 | Confer with L. Esayian re plan modifications (.1); review issues re same (.2); prepare closing materials (4.2). |
| 12/10/2009 | Heather Bloom | 4.60 | Review and cross-check pending objections and citations with briefs per K. Alexander's instructions (4.5); confer with K. Alexander re edits to pending objection chart (.1). |
| 12/10/2009 | Justin S Brooks | 6.10 | Confer with team members re closing arguments (1.2); confer with N. Kritzer and K. Alexander re closing arguments tasks (.2); research issues relating to Morgan Stanley post-trial response brief (1.3); assist in compiling record evidence and responding to fact section of Anderson Memorial post-trial brief (3.4). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/2009 | Lisa G Esayian | 4.80 | Correspond with C. Yingling re withdrawal of objections to Fireman's Fund settlement (.3); revise Certification of Counsel re Fireman's Fund settlement approval order per Court's comments (.3); revise K. Alexander's draft chart of remaining plan objections and appendix of resolved objections (1.5); draft responses to certain factual portions of Anderson Memorial's brief (2.7). |
| 12/10/2009 | Theodore L Freedman | 7.00 | Prepare for closing arguments (2.8); draft chart re closing issues (.7); address issues related to successive claims injunction and Kaneb stipulation (3.5). |
| 12/10/2009 | Elli Leibenstein | 1.00 | Review pleadings. |
| 12/10/2009 | Eric F Leon | 0.50 | Confer with team re closing arguments re lender issues. |
| 12/11/2009 | Kristina Alexander | 4.80 | Revise chart (2.6); pull briefs for brief review (.3); review briefs for additions to objection chart (1.9). |
| 12/11/2009 | Nate Kritzer | 4.80 | Prepare correspondence to L. Esayian re response to Anderson Memorial post-trial brief (.9); draft memorandum re successor claims injunction (3.9). |
| 12/11/2009 | Kimberly K Love | 8.30 | Review various transcripts and obtain portions re PD as requested by L. Esayian. |
| 12/11/2009 | Maria D Gaytan | 6.80 | Review/obtain documents cited in Anderson's post-trial brief requested by L. Esayian. |
| 12/11/2009 | Deanna D Boll | 8.20 | Prepare materials for confirmation closing, including preparation of factual findings and review evidence re same. |
| 12/11/2009 | Brian T Stansbury | 1.80 | Analyze briefing and transcripts relevant to Libby and outline Libby issues for closing arguments (1.5); prepare for conference with D. Bernick (.3). |
| 12/11/2009 | Meghan M Haynes | 2.50 | Prepare electronic materials containing previous filings for K. Alexander. |
| 12/11/2009 | Heather Bloom | 5.90 | Finish reviewing and cross-checking pending objections and citations with briefs per K. Alexander's instructions. |
| 12/11/2009 | Justin S Brooks | 4.80 | Confer with L. Esayian re Anderson Memorial brief (.5); review Finke demonstratives re good faith negotiations prepared for trial (1.3); revise final objection chart (3.0). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/2009 | Lisa G Esayian | 4.80 | Correspond with counsel for Turegum/Harper re potential insurance settlement (.3); correspond with K. Alexander re revisions to objections chart (.7); draft factual portions of response to Anderson's post-trial brief (3.8). |
| 12/11/2009 | Theodore L Freedman | 8.00 | Prepare for closing arguments and discuss possible additional settlement with ACC and FCR. |
| 12/12/2009 | Kristina Alexander | 4.20 | Revise chart, update with edits from H. Bloom, edit appendix per L. Esayian's instructions and continue review of brief. |
| 12/12/2009 | David M Bernick, P.C. | 2.00 | Work on AMH brief. |
| 12/13/2009 | Kristina Alexander | 4.20 | Confer with team re edits to chart and revise chart (1.0); review J. Baer's edits, confer with J. Baer re same and further revise chart (.2); further confer with J. Baer re chart, revise chart per J. Baer's instructions and prepare correspondence to team re pending questions (3.0). |
| 12/13/2009 | Nate Kritzer | 7.80 | Review filings by Kaneb, CNA and MCC and compare with final chart of objections for omissions (2.5); revise final chart of objections (2.9); proofread same and forward edits to K. Alexander (2.4). |
| 12/13/2009 | Justin S Brooks | 7.30 | Review all pleadings by lenders, Morgan Stanley, Longacre, Libby, Committee and insurers re assignment and compare with final chart of objections for omissions (2.4); revise final chart of objections (2.3); review and proofread chart, conforming citations and other text and provide K. Alexander with edits (2.6). |
| 12/14/2009 | Christopher T Greco | 0.20 | Review correspondence re successor claims injunction. |
| 12/14/2009 | Kristina Alexander | 6.10 | Finalize all revisions to chart, complete review of Seaton/OneBeacon briefs and send updated chart to team (5.0); confer with N. Kritzer re chart, good faith objections and BNSF edits (.4); confer with N. Kritzer and J. Brooks re edits to chart and procedure for circulation to plan proponents and edits from other parties (.4); confer with J. Brooks re chart and create blackline (.3). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/2009 | Nate Kritzer | 11.80 | Outline arguments by Anderson Memorial in post-trial brief (.7); research same (1.8); proofread, edit and revise final chart of objections (8.7); confer with D. Bernick, B. Stansbury, J. Brooks and T. Freedman re preparation for closing arguments (.4); circulate draft edits to proposed plan amendment to plan proponents (.2). |
| 12/14/2009 | Kimberly K Love | 9.00 | Review and obtain information from various hearing transcripts as requested by L. Esayian (4.5); prepare and organize various versions of documents requested by L. Esayian (1.2); review files for information requested by K. Vanderport (.8); prepare and organize materials re Frezza requested by J. Brooks (2.5). |
| 12/14/2009 | Maria D Gaytan | 7.80 | Prepare and organize binders re admitted exhibits and to-be admitted exhibits for upcoming hearing. |
| 12/14/2009 | Morgan Rohrhofer | 7.50 | Prepare closing preparation materials for B. Stansbury, H. Bloom and D. Bernick. |
| 12/14/2009 | Deanna D Boll | 8.40 | Prepare materials for confirmation closing including factual findings and review evidence re same (4.8); prepare plan modifications and confer with co-proponents re same (2.2); confer with R. Wyron re Canadian settlement (.2); confer with O. Pasparakis and J. Baer re Canadian same (1.2). |
| 12/14/2009 | Brian T Stansbury | 2.30 | Analyze documents relevant to Libby issues and prepare materials for closing arguments (1.9); confer with D. Bernick re preparing for closing arguments (.4). |
| 12/14/2009 | Meghan M Haynes | 1.50 | Prepare materials cited in plan proponents' main briefs for D. Bernick review. |
| 12/14/2009 | Heather Bloom | 0.40 | Review updated version of chart re pending objections. |
| 12/14/2009 | Justin S Brooks | 9.60 | Revise, edit and proofread final chart of objections (8.5); confer with D. Bernick, B. Stansbury and others re preparation for closing arguments (.4); draft memoranda and outline on approach to lender arguments (.7). |
| 12/14/2009 | David M Bernick, P.C. | 4.30 | Prepare for and participate in omnibus hearing (1.3); work on AMH brief and conference with L. Esayian (1.2); prepare for closing and confer with team re same (1.8). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/14/2009 | Lisa G Esayian | 4.20 | Revise objection chart (1.0); review Austern confirmation hearing testimony re negotiations (.4); confer with D. Bernick re negotiation history and other facts for response to Anderson's post-trial brief (.5); correspond with FCR's counsel re modifications to plan exhibit 5 (.3); confer with T. Freedman re same (.2); draft facts in response to Anderson's brief (1.8). |
| 12/14/2009 | Theodore L Freedman | 8.00 | Prepare for closing arguments (6.2); analyze issues re AMH post-trial brief (1.8). |
| 12/14/2009 | Barbara M Harding | 0.30 | Confer with client re expert request and oral argument preparation. |
| 12/15/2009 | Christopher T Greco | 1.80 | Correspond with team members re financing negotiations and issues re same (.6); review pleadings in connection with same and confer with K. Alexander re same (1.2). |
| 12/15/2009 | Kristina Alexander | 5.20 | Review correspondence and confer with N. Kritzer re edits to chart (.3); revise appendix and provide to L. Esayian for review (.7); revise chart to reflect N. Kritzer's and L. Esayian's edits (2.4); confer with C. Greco re exit financing motion (.7); finalize edits to chart (.7); review docket for new settlement orders (.2); review correspondence for plan proponent comments and confer with T. Freedman and J. Brooks re filing (.2). |
| 12/15/2009 | Nate Kritzer | 9.30 | Review changes to final chart of objections and confer re same with K. Alexander (.3); confer with T. Freedman re memo re successor claims (.2); review order re Munoz lift-stay motion (.1); review correspondence re edits to successor claims injunction from N. Coco and other plan proponents (.2); outline issues raised in Anderson brief (2.3); research issues relating to Anderson brief (4.1); draft response to Anderson brief (2.1). |
| 12/15/2009 | Kimberly K Love | 12.50 | Assist with organization of admitted and to-be admitted exhibits for use at upcoming closing arguments (5.2); assist with review and collection of materials requested by N. Kritzer re post-trial briefs (5.5); make arrangements for upcoming closing arguments and prepare materials for same (1.8). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/2009 | Maria D Gaytan | 9.50 | Prepare and organize binders re admitted exhibits and to-be admitted exhibits for upcoming hearing (4.0); prepare documents cited in various post-trial briefs requested by N. Kritzer (5.5). |
| 12/15/2009 | Morgan Rohrhofer | 6.30 | Prepare closing preparation materials for B. Stansbury, H. Bloom and D. Bernick. |
| 12/15/2009 | Deanna D Boll | 7.30 | Edit and revise plan modification notice and confer with plan proponents re same (2.3); confer with SA counsel re successor claims issues (.5); analyze issues re Canadian claims and settlement (2.1); prepare closing materials (2.4). |
| 12/15/2009 | Christian O Nagler | 0.80 | Attend conference re commitment letters. |
| 12/15/2009 | Ashley S Gregory | 3.00 | Draft correspondence re engagement letter open points (.5); confer with Goldman, Latham, E. Filon and J. McFarland re financing letters (.9); review engagement letters and further confer with Latham re same (1.6). |
| 12/15/2009 | Meghan M Haynes | 6.50 | Prepare materials cited in plan proponents' lender briefs for D. Bernick review. |
| 12/15/2009 | Heather Bloom | 0.30 | Review plan proponents' brief on Libby in response to question from M. Jantzen. |
| 12/15/2009 | Justin S Brooks | 6.30 | Outline fact section of Anderson Memorial brief (1.6); research issues re same (1.4); confer with T. Freedman re particular Libby arguments (.8); confer with ACC re Libby arguments re right to jury trial (.5); revise chart re Libby issues (.7); review correspondence re edits to successor claims injunction for R. Wyron, N. Coco and others (.2); review and provide input on additional plan modifications (.5); revise chart (.6). |
| 12/15/2009 | David M Bernick, P.C. | 0.50 | Confer with T. Freedman re closing. |
| 12/15/2009 | Lisa G Esayian | 4.50 | Correspond with B. Horkovich re revisions to plan exhibit 5 (.5); revise draft notice of plan modifications (.5); review revised appendix to objection chart (.5); correspond with K. Alexander re same (.3); draft response to Anderson Memorial's post-trial brief (2.7). |
| 12/15/2009 | Theodore L Freedman | 8.00 | Prepare for closing arguments and confer with D. Bernick and others re same. |
| 12/15/2009 | Elli Leibenstein | 0.50 | Analyze hearing issues re best interests test. |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/16/2009 | Kristina Alexander | 7.50 | Review confirmation chart and appendix for filing (4.2); confer with T. Freedman re same and file chart (.7); coordinate preparation of oral argument materials (.6); revise draft of motion to approve exit financing engagement letters (2.0). |
| 12/16/2009 | Nate Kritzer | 7.50 | Review index of objecting parties in final chart of objections (.1); confer with K. Alexander re same (.1); review correspondence from D. Turetsky re successor claims injunction (.2); coordinate assembly of materials for D. Bernick re topics for closing arguments (.3); research issues re Anderson post-trial brief (1.2); draft response to Anderson post-trial brief (4.3); revise memorandum re successor claims injunction (1.3). |
| 12/16/2009 | Kimberly K Love | 12.80 | Prepare and organize materials requested by N. Kritzer re specific topics and backup to cites in various post-trial briefs (9.0); make arrangements for upcoming closing arguments and prepare materials for same (3.8). |
| 12/16/2009 | Maria D Gaytan | 10.80 | Prepare and organize documents cited in various post-trial briefs requested by N. Kritzer. |
| 12/16/2009 | Morgan Rohrhofer | 10.80 | Create binder of materials re medical discrimination from Libby claimants' post-trial briefs, plan proponents' post-trial briefs, crosses, exhibits, cases and transcripts in preparation for closing arguments for B. Stansbury, H. Bloom and D. Bernick. |
| 12/16/2009 | Deanna D Boll | 8.80 | Prepare materials for confirmation closing including factual findings and review evidence re same (5.6); finalize and file third set of plan modifications and confer with plan proponents re same (3.2). |
| 12/16/2009 | Brian T Stansbury | 1.50 | Prepare Libby materials for closing arguments. |
| 12/16/2009 | Meghan M Haynes | 7.50 | Prepare materials cited in plan proponents' lender briefs for D. Bernick review. |
| 12/16/2009 | Heather Bloom | 2.60 | Confer with B. Stansbury re folders for D. Bernick re Libby closing (.2); work with M. Rohrhofer to prepare folders for D. Bernick re same (2.4). |
| 12/16/2009 | Justin S Brooks | 8.30 | Draft memorandum on fraudulent conveyance issues (2.2); organize and prepare trial material for D. Bernick and draft memoranda on closing argument issues (6.1). |
| 12/16/2009 | David M Bernick, P.C. | 1.00 | Work on closing issues and confer with T. Freedman re same. |

A-24

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/16/2009 | Lisa G Esayian | 6.00 | Confer with R. Horkovich, P. Mahaley and Turegum/Harper's counsel re potential settlement (.7); provide comments to P. Mahaley re draft Gerling settlement (.5); review current version of insurance neutrality stipulation (.4); provide comments to R. Wyron re same (.3); correspond with P. Lockwood and R. Wyron re same (.3); continue drafting response to Anderson's post-trial brief (3.8). |
| 12/16/2009 | Theodore L Freedman | 8.00 | Analyze issues re AMH (2.3); confer with D. Bernick re closing (.5); work on closing preparation (5.2). |
| 12/16/2009 | Elli Leibenstein | 1.00 | Analyze hearing issues re best interests test. |
| 12/16/2009 | Barbara M Harding | 1.30 | Review correspondence and documents re oral argument issues. |
| 12/17/2009 | Christopher T Greco | 1.40 | Correspond with K. Alexander re exit financing motion and review same. |
| 12/17/2009 | Kristina Alexander | 7.50 | Confer with team re preparation for oral arguments (.5); continue to revise draft of motion to approve exit financing engagement letters and send to C. Greco (6.1); coordinate compilation of files for oral argument preparation (.7); review stipulation between client and insurers (.2). |
| 12/17/2009 | Nate Kritzer | 10.90 | Confer with T. Freedman, D. Boll, J. Baer, J. Brooks and K. Alexander re preparation for closing arguments (.5); call with L. Esayian re response to Anderson post-trial brief (.6); revise memorandum re successor claims injunction (2.6); draft response to Anderson brief (5.1); review and organize evidence for D. Bernick review (2.1). |
| 12/17/2009 | Kimberly K Love | 8.00 | Review files and information re flip charts and graphics previously used during confirmation hearings (2.0); prepare and organize various approval orders requested by L. Esayian (1.0); prepare various materials requested by E. Leibenstein (.9); prepare and organize backup materials re specific topics of post-trial briefs as requested by N. Kritzer (4.1). |
| 12/17/2009 | Maria D Gaytan | 5.00 | Prepare documents cited in various post-trial briefs requested by N. Kritzer. |
| 12/17/2009 | Morgan Rohrhofer | 8.80 | Quality-check closing preparation materials for H. Bloom and B. Stansbury (4.0); gather cites for closing objections and responses for T. Freedman (4.8). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/2009 | Deanna D Boll | 8.20 | Prepare materials for confirmation closing, including preparation of factual findings and review evidence re same. |
| 12/17/2009 | Brian T Stansbury | 3.40 | Analyze parties' post trial briefs, exhibits and other related documents to prepare for closing arguments. |
| 12/17/2009 | Meghan M Haynes | 11.50 | Confer with team re preparation of oral argument materials (1.4); compile materials cited in plan proponent's main briefs for D. Bernick review (1.6); compile materials cited in objection chart by opposing parties in preparation for oral arguments per T. Freedman (8.5). |
| 12/17/2009 | Heather Bloom | 1.90 | Organize folder for Libby closing for D. Bernick. |
| 12/17/2009 | Justin S Brooks | 9.60 | Confer with T. Freedman, D. Boll et. al. re preparation for closing arguments (.5); prepare and organize closing materials for D. Bernick (4.1); draft and review Anderson Memorial brief (2.4); confer with plan proponents re responsibilities at closing (.5); prepare chart allocating responsibility for each issue in objection chart (2.1). |
| 12/17/2009 | Lisa G Esayian | 4.00 | Confer with N. Kritzer re issues re Anderson post-trial brief (.4); correspond with J. Posner and F. Zaremby re B. Horkovich's questions re certain insolvent insurers (.3); review proposed successor claims injunction language re Kaneb (.3); confer with T. Freedman re same (.2); continue drafting response to Anderson's post-trial brief (2.8). |
| 12/17/2009 | Theodore L Freedman | 8.00 | Prepare for closing arguments (6.5); confer with L. Esayian re Kaneb and analyze same (1.5). |
| 12/17/2009 | Elli Leibenstein | 4.00 | Analyze best interests and feasibility pleadings and documents re same. |
| 12/18/2009 | Christopher T Greco | 0.60 | Correspond with J. McFarland and K. Alexander re exit financing motion and supporting declaration and review same. |
| 12/18/2009 | Kristina Alexander | 4.90 | Draft Zilly declaration to accompany exit financing motion (2.2); confer with team, draft list of diligence documents in DMS and provide to team and conduct follow-up correspondence re dataroom access (2.3); correspond with C. Greco and client re exit financing motion (.4). |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/2009 | Nate Kritzer | 8.20 | Draft reply to Anderson post-trial brief (2.1); prepare and organize materials for D. Bernick review (5.2); revise memorandum re successor claims injunction (.5); confer with K. Love, M. Haynes and J. Brooks re preparation for closing arguments (.4). |
| 12/18/2009 | Kimberly K Love | 11.80 | Prepare arrangements for upcoming hearings (1.0); prepare and organize materials and backup materials cited in plan objection chart as requested by T. Freedman (10.8). |
| 12/18/2009 | Maria D Gaytan | 5.30 | Pull documents cited in confirmation requirements and objections chart requested by T. Freedman. |
| 12/18/2009 | Morgan Rohrhofer | 7.30 | Gather cites that correspond with closing objections and responses for T. Freedman. |
| 12/18/2009 | Deanna D Boll | 7.60 | Prepare materials for confirmation closing. |
| 12/18/2009 | Meghan M Haynes | 12.70 | Compile materials cited in objection chart by opposing parties in preparation for oral arguments per T. Freedman. |
| 12/18/2009 | Justin S Brooks | 7.20 | Prepare and organize materials for D. Bernick (4.1); confer re with K. Love, M. Haynes and N. Kritzer re preparation for closing argument (.4); research and draft memorandum re Solvency issues (2.7). |
| 12/18/2009 | David M Bernick, P.C. | 2.50 | Prepare for closing. |
| 12/18/2009 | Lisa G Esayian | 8.00 | Provide comments re N. Kritzer's draft legal argument for Anderson response brief (1.0); continue drafting factual portions of Anderson response brief (7.0). |
| 12/18/2009 | Theodore L Freedman | 8.00 | Prepare for closing and analyze issues related to potential settlements of various plan objections. |
| 12/19/2009 | Christopher T Greco | 1.60 | Review exit financing motion and provide comments to K. Alexander re same. |
| 12/19/2009 | Kimberly K Love | 5.30 | Prepare and organize materials and backup materials cited in plan objection chart as requested by T. Freedman. |
| 12/19/2009 | Maria D Gaytan | 5.30 | Pull documents cited in confirmation requirements and objections chart requested by T. Freedman. |
| 12/19/2009 | Meghan M Haynes | 10.00 | Compile materials cited in objection chart by opposing parties in preparation for oral arguments per T. Freedman. |

A-27

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/2009 | Lisa G Esayian | 4.00 | Continue drafting Anderson response brief (3.8); prepare correspondence to D. Bernick re same (.2). |
| 12/20/2009 | Christopher T Greco | 2.20 | Review and revise exit financing motion and correspond with K. Alexander re same. |
| 12/20/2009 | Kristina Alexander | 6.50 | Revise and review exit financing motion per C. Greco's edits. |
| 12/20/2009 | Kimberly K Love | 8.50 | Prepare and organize materials and backup materials cited in plan objection chart as requested by T. Freedman (3.5); review and cite-check response to Anderson's post-trial brief (5.0). |
| 12/20/2009 | Maria D Gaytan | 7.00 | Pull documents cited in confirmation requirements and objections chart requested by T. Freedman. |
| 12/20/2009 | Meghan M Haynes | 8.70 | Compile materials cited in objection chart by opposing parties in preparation for oral arguments per T. Freedman. |
| 12/20/2009 | Lisa G Esayian | 2.80 | Revise and add to Anderson response brief (2.5); correspond with D. Bernick re same (.3). |
| 12/21/2009 | Christopher T Greco | 2.20 | Confer with T. Freedman re exit financing motion (.4); correspond with E. Leibenstein and K. Alexander re same (.7); correspond with J. O'Connell re declaration in support of motion (.3); revise motion and prepare for internal conference re same (.8). |
| 12/21/2009 | Kristina Alexander | 4.00 | Review chart against stipulation and note affected objections (.5); revise declaration for exit financing motion (.3); revise exit financing motion per T. Freedman and compile current exit financing motion documents (1.4); revise exit financing motion and review exculpation objection section of chart (.5); confer with T. Freedman, N. Kritzer and J. Brooks re oral argument preparation and follow-up with M. Haynes re same (1.3). |
| 12/21/2009 | Nate Kritzer | 11.80 | Confer with T. Freedman re brief in response to Anderson post-trial brief (.5); revise same per T. Freedman comments (4.6); confer with T. Freedman, K. Alexander and J. Brooks re preparation for closing argument (.6); confer with J. Brooks, K. Alexander and M. Haynes re same (.3); confer with K. Love re same (.2); prepare binders and folders for closing argument (5.6). |

A-28

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/2009 | Kimberly K Love | 12.30 | Review, edit and cite-check response to Anderson post-trial brief (5.0); prepare and obtain materials to be hyperlinked to response to Anderson post-trial brief (7.3). |
| 12/21/2009 | Maria D Gaytan | 11.00 | Pull documents cited in confirmation requirements and objections chart requested by T. Freedman. |
| 12/21/2009 | Deanna D Boll | 9.60 | Prepare materials for confirmation closing and confer with N. Kritzer, J. Brooks and others re same. |
| 12/21/2009 | Anna V Patela-Eisen | 6.50 | Assist M. Haynes with pulling briefs cited in objection chart in preparation for upcoming trial. |
| 12/21/2009 | Brian T Stansbury | 2.80 | Analyze evidentiary record re Libby discrimination claim to prepare for closing arguments. |
| 12/21/2009 | Meghan M Haynes | 12.20 | Prepare materials for attorney review re closing arguments per T. Freedman. |
| 12/21/2009 | Justin S Brooks | 11.80 | Prepare electronic files for binders and folders for closing arguments (7.1); confer with L. Esayian re Anderson Memorial brief (.5); revise brief re Anderson Memorial (2.1); confer with T. Freedman, N. Kritzer and K. Alexander re preparation for closing arguments (.6); confer with N. Kritzer, K. Alexander, M. Haynes re same (.3); confer with K. Love re same (.2); confer with D. Felder re CNA proofs of claim (1.0). |
| 12/21/2009 | Lisa G Esayian | 6.00 | Correspond with B. Horkovich re CNA issues (1.0); revise and Anderson brief (4.2); confer with T. Freedman and N. Kritzer re same (.5); correspond with R. Finke re same (.3). |
| 12/21/2009 | Theodore L Freedman | 8.00 | Prepare for confirmation hearing, including conducting various client and K&E conferences. |
| 12/21/2009 | Elli Leibenstein | 2.00 | Review brief re exit financing. |
| 12/22/2009 | Christopher T Greco | 3.10 | Confer with client, Blackstone and K&E team re exit financing letters and motion (1.2); confer with J. O'Connell and others re same (.7); review and revise same and distribute to internal team for review (.8); review correspondence from E. Filon re update and status (.4). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/22/2009 | Kristina Alexander | 4.50 | Review exculpation files pulled for T. Freedman and confer with M. Haynes and S. Noor re access to electronic files (.5); review objection files for evidence not yet admitted and key cases in preparation for oral arguments (1.2); confer with T. Freedman re oral argument preparation and identify cases relevant to exculpation (2.0); confer with C. Greco and Blackstone re exit financing (.6); confer with J. Brooks re C&D and Orrick's changes and review chart (.2). |
| 12/22/2009 | Nate Kritzer | 11.50 | Revise post-trial brief re Anderson Memorial issues (5.6); confer with T. Freedman re same (.7); prepare electronic files for binders and folders for closing argument (5.2). |
| 12/22/2009 | Kimberly K Love | 15.30 | Review, edit and cite-check plan proponents' response to AMH's post-trial brief (7.0); prepare and organize materials to be hyperlinked to plan proponents' response to AMH's post-trial brief (8.3). |
| 12/22/2009 | Maria D Gaytan | 14.00 | Cite-check and fact-check plan proponents' response to AMH's post-trial brief (7.0); pull documents cited for hyperlinking (7.0). |
| 12/22/2009 | Morgan Rohrhofer | 5.00 | Prepare case law material for K. Alexander (1.0); gather plan proponents' cites from post-trial briefs and Libby claimants' cites from post-trial briefs and add to network drives for H. Bloom and J. Brooks (4.0). |
| 12/22/2009 | Deanna D Boll | 8.90 | Prepare materials for confirmation closing and confer with K&E team re same. |
| 12/22/2009 | Ashley S Gregory | 1.00 | Confer with E. Filon and J. McFarlane re engagement letters. |
| 12/22/2009 | Meghan M Haynes | 7.00 | Prepare materials for attorney review re closing arguments per T. Freedman. |
| 12/22/2009 | Justin S Brooks | 7.60 | Prepare electronic files for binders and folders for closing argument (6.6); confer with T. Freedman re closing argument (1.0). |
| 12/22/2009 | Lisa G Esayian | 8.30 | Revise Anderson brief (6.5); correspond with T. Freedman and N. Kritzer re same (.5); confer with E. Leibenstein re Anderson brief (.3); confer with P. Mahaley re CNA issues (.5); confer with J. Posner re same (.5). |
| 12/22/2009 | Theodore L Freedman | 7.80 | Prepare for confirmation hearing, including numerous conferences re multiple hearing issues. |

A-30

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/22/2009 | Travis J Langenkamp | 0.50 | Confer with K. Love re hearing. |
| 12/22/2009 | Elli Leibenstein | 2.50 | Review and revise Anderson reply (1.5); analyze exit financing issues (1.0). |
| 12/23/2009 | Christopher T Greco | 1.20 | Correspond with Blackstone re revisions to O'Connell declaration and incorporate same (.6); distribute motion and declaration for review in anticipation of December 29 conference and review correspondence re same (.6). |
| 12/23/2009 | Kristina Alexander | 3.10 | Confer with T. Freedman re exculpation cases and revise exit financing motion (2.7); confer with D. Boll re exculpation orders and compile for T. Freedman (.4). |
| 12/23/2009 | Nate Kritzer | 10.50 | Confer with T. Freedman re post-trial brief re Anderson Memorial issues (.2); revise same (2.1); prepare electronic files for binders and folders for closing argument (8.2). |
| 12/23/2009 | Kimberly K Love | 10.50 | Prepare and organize materials to be hyperlinked to plan proponents' response to AMH's post-trial brief. |
| 12/23/2009 | Maria D Gaytan | 10.00 | Pull documents cited in plan proponents' response to AMH's post-trial brief for hyperlinking. |
| 12/23/2009 | Morgan Rohrhofer | 4.00 | Gather cites from plan proponents' post-trial briefs and Libby claimants' post-trial briefs and add to network drives for H. Bloom and J. Brooks. |
| 12/23/2009 | Deanna D Boll | 10.20 | Prepare materials for confirmation closing and confer with internal team re same (9.2); review and analyze AMH reply brief (1.0). |
| 12/23/2009 | Meghan M Haynes | 1.00 | Prepare materials for attorney review re closing arguments per T. Freedman. |
| 12/23/2009 | Heather Bloom | 3.40 | Review documents and transcript pages re Libby and prepare folders based on plan objections re same. |
| 12/23/2009 | Justin S Brooks | 7.40 | Prepare electronic files for binders and folders for closing argument. |
| 12/23/2009 | Lisa G Esayian | 7.00 | Confer with B. Horkovich and P. Mahaley re CNA issues (.8); correspond with J. Posner re same (.7); revise and finalize Anderson brief (5.2); correspond with J. O'Neill re filing (.3). |
| 12/23/2009 | Theodore L Freedman | 7.80 | Prepare for confirmation hearing, including conferences re same. |
| 12/23/2009 | Elli Leibenstein | 1.00 | Analyze hearing issues. |

A-31

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/24/2009 | Elli Leibenstein | 2.50 | Revise exit financing briefs (2.0); review confirmation pleadings (.5). |
| 12/26/2009 | Christopher T Greco | 0.50 | Review E. Leibenstein comments to exit financing declaration and motion and correspond re same. |
| 12/26/2009 | Kristina Alexander | 3.80 | Compile and review documents in preparation for oral arguments. |
| 12/26/2009 | Kimberly K Love | 3.00 | Review hyperlinks to plan proponents' response to AMH's post-trial brief for accuracy. |
| 12/27/2009 | Kristina Alexander | 3.80 | Compile and review documents in preparation for oral argument. |
| 12/27/2009 | Kimberly K Love | 2.00 | Finalize hyperlinks to plan proponents' response to AMH's post-trial brief. |
| 12/27/2009 | Justin S Brooks | 12.30 | Prepare electronic files for binders and folders for closing argument. |
| 12/28/2009 | Christopher T Greco | 1.10 | Correspond with E. Filon, T. Freedman, E. Leibenstein, J. O'Connell and K. Alexander re exit financing motion and declaration and attention to same. |
| 12/28/2009 | Kristina Alexander | 1.70 | Revise exit financing motion and declaration (.7); compile and review documents in preparation for oral arguments (1.0). |
| 12/28/2009 | Nate Kritzer | 5.20 | Prepare and review binders and folders for closing argument. |
| 12/28/2009 | Maria D Gaytan | 6.30 | Prepare and organize various materials for upcoming hearings. |
| 12/28/2009 | Morgan Rohrhofer | 5.50 | Edit impairment section of closing preparation materials for J. Brooks and M. Haynes (2.5); pull and organize cases for K. Alexander, M. Haynes and D. Boll (3.0). |
| 12/28/2009 | Deanna D Boll | 9.80 | Strategize objection settlement issues with plan proponents (2.3); prepare and review closing binders and confer with plan proponents re same (7.5). |
| 12/28/2009 | Meghan M Haynes | 3.50 | Prepare materials for attorney review re closing arguments per T. Freedman. |
| 12/28/2009 | Justin S Brooks | 8.10 | Prepare electronic files for binders and folders for closing argument (5.0); review materials from 10/26 Daubert hearing and prepare presentation for D. Bernick (3.1). |
| 12/28/2009 | Theodore L Freedman | 8.00 | Review closing materials for upcoming arguments and confer with ACC and FCR re same. |

A-32

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/28/2009 | Elli Leibenstein | 2.00 | Analyze exit financing issues (1.5); analyze hearing issues (.5). |
| 12/28/2009 | Deborah L Bibbs | 0.50 | Review pleadings re IRS settlements. |
| 12/29/2009 | Christopher T Greco | 4.10 | Confer with E. Filon and J. O'Connell re exit financing letters, motion and declaration (1.1); prepare for same (.6); review, revise and correspond re motion and declaration (2.4). |
| 12/29/2009 | Kristina Alexander | 1.50 | Confer with team re trial preparation (.3); confer re successor claims injunction (.8); prepare documents for Bernick (.4). |
| 12/29/2009 | Nate Kritzer | 5.80 | Confer with D. Bernick, T. Freedman and K. Alexander re closing arguments (.8); prepare and review binders and folders for closing argument (5.0). |
| 12/29/2009 | Kimberly K Love | 7.30 | Prepare and organize materials to be forwarded to trial site for closing arguments. |
| 12/29/2009 | Maria D Gaytan | 7.00 | Prepare and organize various materials for upcoming hearings. |
| 12/29/2009 | Deanna D Boll | 8.70 | Prepare materials for confirmation closing and confer with T. Freedman, J. Baer, N. Kritzer, J. Brooks and others re same. |
| 12/29/2009 | Anna V Patela-Eisen | 10.50 | Prepare key case pleading documents on flash drive for T. Freedman review (1.5); confer with team re blowback project (.5); compress and load additional documents up to vendor ftp site to get blownback (5.0); review, compile and prepare for shipment case documents for upcoming trial (3.5). |
| 12/29/2009 | Meghan M Haynes | 3.00 | Prepare materials for attorney review re closing arguments per T. Freedman. |
| 12/29/2009 | Justin S Brooks | 7.70 | Prepare electronic files for binders and folders for closing argument (6.9); confer with D. Bernick et. all re closing arguments (.8). |
| 12/29/2009 | David M Bernick, P.C. | 7.00 | Confer with T. Freedman and plan proponents re Libby (2.5); prepare for successor claims issue (4.5). |
| 12/29/2009 | Lisa G Esayian | 0.50 | Review draft Kaneb stipulation (.3); provide comments re same (.2). |
| 12/29/2009 | Theodore L Freedman | 7.60 | Prepare for confirmation hearing, including team conferences on same. |
| 12/29/2009 | Elli Leibenstein | 2.00 | Review pleadings and documents in preparation for hearing. |

A-33

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/30/2009 | Christopher T Greco | 1.60 | Correspond internally re exit financing motion and declaration and distribute same to Latham for review (.6); review Latham comments to motion and declaration and correspondence re same (.6); correspond internally with J. O'Connell re confidentiality and aggregate fees (.2); confer with K. Alexander re exculpation (.2). |
| 12/30/2009 | Kristina Alexander | 3.80 | Prepare for oral argument and confer with C. Greco re exculpation provisions of plan. |
| 12/30/2009 | Nate Kritzer | 6.40 | Prepare and review binders and folders for closing argument and confer with D. Boll and J. Brooks re same. |
| 12/30/2009 | Kimberly K Love | 7.30 | Prepare and organize materials to be forwarded to trial site for closing arguments. |
| 12/30/2009 | Maria D Gaytan | 7.80 | Prepare and organize various materials for upcoming hearings. |
| 12/30/2009 | Deanna D Boll | 9.30 | Prepare materials for confirmation closing and confer with N. Kritzer, J. Brooks and others re same. |
| 12/30/2009 | Anna V Patela-Eisen | 8.00 | Review and compile materials in preparation for upcoming hearing. |
| 12/30/2009 | Robert Orren | 1.60 | Retrieve and distribute case law re confirmation issues to K. Alexander. |
| 12/30/2009 | Justin S Brooks | 7.10 | Prepare electronic files for binders and folders for closing argument and confer with N. Kritzer and D. Boll re same (6.8); draft correspondence re same (.3). |
| 12/30/2009 | David M Bernick, P.C. | 8.50 | Confer with client re Libby (1.0); prepare for confirmation closing (7.5). |
| 12/30/2009 | Lisa G Esayian | 7.00 | Review insurance neutrality motion and stipulation (.5); revise motion (.5); correspond with R. Finke re same (.3); begin drafting outline of Anderson issues for closing (3.0); draft Anderson slides for closing (1.7); revise B. Horkovich's draft settlement agreement for Turegum (1.0). |
| 12/30/2009 | Theodore L Freedman | 8.00 | Prepare for confirmation hearing and confer and correspond with various team members re same. |
| 12/30/2009 | Elli Leibenstein | 0.50 | Review exit financing documents. |
| 12/31/2009 | Kristina Alexander | 3.00 | Confer with team to prepare for oral arguments (.6); review successor claims injunction materials (2.3); prepare exculpation provision materials (.1). |

A-34

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/31/2009 | Nate Kritzer | 7.50 | Draft outline re share issuance issues (2.1); prepare outline and exhibits showing timeline of Fresenius settlement (2.1); prepare outline and exhibits re Fresenius and Sealed Air settlements (1.9); prepare correspondence to D. Bernick re research on 524(g) (.2); prepare correspondence to T. Freedman re classification issues (.6); confer with team members re closing argument structure (.6). |
| 12/31/2009 | Kimberly K Love | 8.50 | Prepare and organize materials requested by D. Bernick for use at upcoming closing arguments (7.0); prepare and organize materials to be forwarded to Pittsburgh for upcoming closing arguments (1.5). |
| 12/31/2009 | Maria D Gaytan | 8.00 | Review and obtain various documents/materials requested by D. Bernick for upcoming hearings. |
| 12/31/2009 | Deanna D Boll | 6.00 | Prepare for confirmation closing. |
| 12/31/2009 | Brian T Stansbury | 1.80 | Gather, analyze and summarize additional materials to prepare D. Bernick for Libby closing arguments. |
| 12/31/2009 | Robert Orren | 1.80 | Retrieve and distribute to K. Alexander case law re confirmation issues. |
| 12/31/2009 | Heather Bloom | 1.80 | Gather and highlight Libby-related documents in preparation for closing per B. Stansbury's instructions. |
| 12/31/2009 | Justin S Brooks | 10.60 | Confer with plan proponents re closing Arguments (.6); prepare slides, demonstratives, exhibits and closing outlines for D. Bernick (10.0). |
| 12/31/2009 | David M Bernick, P.C. | 8.50 | Prepare for confirmation closing and confer with team and J. Baer re same. |
| 12/31/2009 | Lisa G Esayian | 7.00 | Confer with plan proponents re closings (.5); confer with D. Bernick re Anderson issues (.5); prepare Anderson Memorial materials for closing (2.0); work on Anderson slides and outline for closing (3.5); review final version of insurance neutrality motion and stipulation (.5). |
| 12/31/2009 | Theodore L Freedman | 8.40 | Prepare for closing and review closing materials. |
| 12/31/2009 | Elli Leibenstein | 6.00 | Review exit financing documents (.5); review documents and research re best interests issues (5.5). |
| 12/31/2009 | Eric F Leon | 0.50 | Prepare materials for closing arguments. |
| 12/31/2009 | Douglas G Smith | 1.00 | Assist in preparation for closing arguments. |
|  | Total: | 1,642.60 |  |

A-35

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/4/2009 | Todd F Maynes, P.C. | 0.50 | Confer with team members re Fresenius. |
| 12/16/2009 | Todd F Maynes, P.C. | 0.50 | Confer with team members re Fresenius. |
| 12/18/2009 | Stephen H Butler | 1.50 | Research section 368(a)(1)(G) issues (1.2); draft correspondence to T. Maynes and T. Davis with results of research (.3). |
| 12/21/2009 | Stephen H Butler | 2.50 | Research reorganization tax issues. |
| 12/21/2009 | Thad Davis | 1.00 | Research issues in connection with "G" reorganization. |
| 12/21/2009 | Todd F Maynes, P.C. | 0.50 | Confer with C. Finke re end-of-year tax issues. |
| 12/22/2009 | Stephen H Butler | 1.80 | Confer with T. Davis re research on consolidated return regulations (.3); conduct additional research re IRS rulings to determine what returns must be filed after "G" reorganization (.8); draft correspondence to T. Maynes re results of research and forward to T. Davis for review (.7). |
| 12/22/2009 | Thad Davis | 3.70 | Research implications of possible "G" reorganization. |
| | Total: | 12.00 | |

A-36

### Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/2009 | Derek J Bremer | 2.20 | Travel from Chicago, IL to Pittsburgh, PA to set up technology in bankruptcy court for upcoming confirmation hearing closing arguments (billed at half time). |
| 12/22/2009 | Derek J Bremer | 3.40 | Return travel to Chicago, IL from Pittsburgh, PA after set up of technology in bankruptcy court for confirmation hearing closing arguments (billed at half time). |
| | Total: | 5.60 | |

A-37

## Matter 59 - Lyondell Reclamation Claims - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2009 | Christopher T Greco | 0.90 | Review and revise proposed stipulation from CWT allowing Grace 503(b)(9) claims and distribute comments and stipulation to R. Finke and T. Freedman for review. |
| 12/2/2009 | Christopher T Greco | 0.80 | Correspond with R. Finke and N. Kritzer re comments to Lyondell stipulation and review same (.6); correspond with CWT re revised stipulation (.2). |
| 12/2/2009 | Nate Kritzer | 0.30 | Revise stipulation with Lyondell per comments from R. Finke and C. Greco. |
| 12/10/2009 | Christopher T Greco | 0.50 | Correspond with R. Finke re proposed final stipulation allowing Grace 503(b)(9) claims and review same. |
| 12/11/2009 | Christopher T Greco | 0.40 | Correspond with D. Forsch re final Lyondell stipulation and execution of same. |
| 12/15/2009 | Christopher T Greco | 0.40 | Review and correspond re withdrawal of Grace motion for allowance re Lyondell. |
| 12/15/2009 | Nate Kritzer | 0.40 | Draft withdrawal of motion to allow administrative expense claims re Lyondell. |
| 12/15/2009 | Jacob Goldfinger | 3.30 | Review precedent re withdrawal and settlement of administrative claims for Lyondell. |
| 12/16/2009 | Christopher T Greco | 0.50 | Draft and revise notice of withdrawal re Lyondell and correspond with T. Freedman and R. Finke re same. |
| 12/16/2009 | Jacob Goldfinger | 1.80 | Review precedent re withdrawal and settlement of administrative claims Lyondell. |
| 12/18/2009 | Christopher T Greco | 0.50 | Coordinate filing of notice of withdrawal re Lyondell and correspond with CWT re same. |
| 12/18/2009 | Beth Friedman | 0.80 | Prepare and file motion re claim withdrawal in Lyondell chapter 11 and arrange for service of same. |
| | Total: | 10.60 | |

A-38