# EXHIBIT B

K&E 16210454.2

### Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
| --- | --- |
| Local Transportation | $23.20 |
| Travel Expense | $13,860.70 |
| Airfare | $1,782.68 |
| Transportation to/from airport | $95.00 |
| Travel Meals | $116.99 |
| **Total:** | **$15,878.57** |

K&E 16210454.2

**Matter 42 – Travel non-working – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 10/14/2009 | 4.00 | Sandra Fiore, Cabfare, Pittsburgh PA, 10/14/09, (Hearing) |
| 10/22/2009 | 156.00 | David Bernick, Trainfare, Wilmington - New York, 10/22/09 to 10/28/09, (Court Hearing) |
| 10/26/2009 | 7.80 | Justin Brooks, Cabfare, New York, NY, 10/26/09, (Court hearing), Cab to train station |
| 10/26/2009 | 11.40 | Justin Brooks, Cabfare, New York, NY, 10/26/09, (Court hearing), From train station to office |
| 10/26/2009 | 204.00 | Justin Brooks, Trainfare, Wilmington, DE, 10/26/09 to 12/26/09, (Court hearing) |
| 10/26/2009 | 21.24 | Justin Brooks, Travel Meal, Wilmington, DE 10/26/09, (Court hearing), Lunch |
| 10/26/2009 | 15.75 | Justin Brooks, Travel Meal, Wilmington, DE 10/26/09, (Court hearing), Breakfast |
| 12/10/2009 | 616.39 | Elli Leibenstein, Airfare, Pittsburgh, PA, 01/03/10 to 01/05/10, (Hearing) |
| 12/16/2009 | 4,753.80 | RENAISSANCE PITTSBURGH HOTEL - Travel Expense, Hotel Rooms for 1/2/10 to 1/6/10 (6 rooms, 30 total nights) for hearings |
| 12/17/2009 | 8,823.04 | WESTIN CONVENTION CENTER PITTSBURGH - Travel Expense, Hotel Rooms for 1/2/10 to 1/6/10 (14 rooms, 49 total nights) for hearings |
| 12/21/2009 | 283.86 | Derek Bremer, Hotel, Renaissance Pittsburgh, Pittsburgh, PA, 12/21/09, (Hearing) |
| 12/21/2009 | 249.95 | Derek Bremer, Airfare, Pittsburgh, PA, 12/21/09 to 12/22/09, (Hearing) |
| 12/21/2009 | 45.00 | Derek Bremer, Transportation To/From Airport, Pittsburgh, PA, 12/21/09, (Hearing) |
| 12/21/2009 | 37.00 | Derek Bremer, Travel Meal, Pittsburgh, PA, 12/21/09, (Hearing), Dinner |
| 12/22/2009 | 50.00 | Derek Bremer, Transportation To/From Airport, Pittsburgh, PA, 12/22/09, (Hearing) |
| 12/22/2009 | 18.00 | Derek Bremer, Travel Meal, Pittsburgh, PA, 12/22/09, (Hearing), Breakfast |
| 12/22/2009 | 25.00 | Derek Bremer, Travel Meal, Pittsburgh, PA, 12/22/09, (Hearing), Lunch |
| 12/23/2009 | 191.14 | Derek Bremer, Airfare, Pittsburgh, PA, 01/01/10 to 01/07/10, (Hearing) |
| 12/30/2009 | 365.20 | Lisa Esayian, Airfare, Pittsburgh, PA, 01/02/10 to 01/06/10, (Trial) |
| Total: | 15,878.57 | |

B-3

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
| --- | --- |
| Third Party Telephone Charges | $159.17 |
| Standard Copies or Prints | $12,292.80 |
| Binding | $36.40 |
| Tabs/Indexes/Dividers | $147.00 |
| Color Copies or Prints | $2,480.00 |
| Bates Labels/Print | $9.51 |
| Scanned Images | $848.40 |
| CD-ROM Duplicates | $70.00 |
| DVD Duplicates | $60.00 |
| 4 Binders" | $64.00 |
| Overnight Delivery | $1,671.37 |
| Outside Messenger Services | $169.43 |
| Appearance Fees | $366.00 |
| Professional Fees | $73,616.01 |
| Outside Computer Services | $1,179.92 |
| Outside Copy/Binding Services | $2,616.79 |
| Catering Expenses | $40.00 |
| Information Broker Doc/Svcs | $10.00 |
| Library Document Retrieval | $25.00 |
| Computer Database Research | $15,817.56 |
| Overtime Transportation | $1,375.07 |
| Overtime Meals | $100.88 |
| Overtime Meals - Attorney | $793.27 |
| Secretarial Overtime | $436.56 |
| Word Processing Overtime | $229.80 |
| Overtime Meals - Legal Assistant | $48.17 |
| Electronic Data Storage | $1,875.00 |
| Miscellaneous Office Expenses | $63.00 |
| **Total:** | **$116,601.11** |

B-4

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 9/30/2009 | 3.37 | INTERCALL - Third Party Telephone Charges, Conference call, C. Greco |
| 10/5/2009 | 16.00 | FLASH CAB COMPANY, Overtime Transportation, M. JANTZEN, 10/5/09 |
| 10/6/2009 | 55.20 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 10/6/09 |
| 10/6/2009 | 17.65 | FLASH CAB COMPANY, Overtime Transportation, M. GAYTAN, 10/6/09 |
| 10/6/2009 | 32.40 | FLASH CAB COMPANY, Overtime Transportation, V. IBARRA, 10/6/09 |
| 10/7/2009 | 55.20 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 10/7/09 |
| 10/7/2009 | 32.20 | FLASH CAB COMPANY, Overtime Transportation, V. IBARRA, 10/7/09 |
| 10/7/2009 | 16.50 | FLASH CAB COMPANY, Overtime Transportation, M. JANTZEN, 10/7/09 |
| 10/26/2009 | 29.82 | FLASH CAB COMPANY, Overtime Transportation, V. IBARRA, 10/26/2009 |
| 10/27/2009 | 55.20 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 10/27/2009 |
| 10/31/2009 | 12.98 | INTERCALL - Third Party Telephone Charges, Conference call, C. Greco, 10/31/2009 |
| 10/31/2009 | 17.87 | INTERCALL - Third Party Telephone Charges, Conference call, D Boll, 10/31/2009 |
| 11/1/2009 | 132.83 | WEST, Computer Database Research, STOYANOV, ANTON, NOVEMBER 2009 |
| 11/2/2009 | 5.75 | FLASH CAB COMPANY, Overtime Transportation, E. HUTCHINS, 11/2/2009 |
| 11/2/2009 | 11.75 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 11/2/2009 |
| 11/2/2009 | 20.55 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 11/2/2009 |
| 11/2/2009 | 16.15 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 11/2/2009 |
| 11/3/2009 | 4.68 | WEST, Computer Database Research, DES JARDINS, KEN 11/3/2009 |
| 11/6/2009 | 8.89 | Secretarial Overtime, Celeste L. Sullivan |
| 11/9/2009 | 16.19 | WEST, Computer Database Research, ORREN, ROBERT, NOVEMBER 2009 |
| 11/10/2009 | 878.39 | WEST, Computer Database Research, YEE, CLEMENT, NOVEMBER 2009 |

B-5

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
| --- | --- | --- |
| 11/11/2009 | 18.44 | WEST, Computer Database Research, GRECO, CHRISTOPHER T., NOVEMBER 2009 |
| 11/11/2009 | 7.55 | FLASH CAB COMPANY, Overtime Transportation, E. HUTCHINS, 11/11/2009 |
| 11/11/2009 | 55.20 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 11/11/2009 |
| 11/11/2009 | 18.95 | FLASH CAB COMPANY, Overtime Transportation, M. GAYTAN, 11/11/2009 |
| 11/11/2009 | 32.40 | FLASH CAB COMPANY, Overtime Transportation, V. IBARRA, 11/11/2009 |
| 11/12/2009 | 18.55 | FLASH CAB COMPANY, Overtime Transportation, M. GAYTAN, 11/12/2009 |
| 11/12/2009 | 38.40 | FLASH CAB COMPANY, Overtime Transportation, V. IBARRA, 11/12/2009 |
| 11/13/2009 | 6.16 | Barbara Harding, Cellular Service, Verizon, 10/14/09-11/13/09, 11/13/09, (Telephone Charges) |
| 11/13/2009 | 169.32 | WEST, Computer Database Research, STANSBURY, BRIAN, NOVEMBER 2009 |
| 11/13/2009 | 906.75 | WEST, Computer Database Research, JANTZEN, MARGARET, NOVEMBER 2009 |
| 11/16/2009 | 1.70 | WEST, Computer Database Research, LAYTIN, DANIEL E., NOVEMBER 2009 |
| 11/16/2009 | 10.67 | WEST, Computer Database Research, BLOOM, HEATHER, NOVEMBER 2009 |
| 11/16/2009 | 49.78 | VITAL TRANSPORTATION INC, Passenger: BOLL, DEANNA D., Overtime Transportation, Date: 11/10/2009 |
| 11/16/2009 | 8.30 | Justin Brooks, Cabfare, New York, NY, 11/16/09, (Overtime Transportation) |
| 11/16/2009 | 27.02 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 11/16/2009 |
| 11/17/2009 | 18,246.15 | NERA - Professional Fees, Services rendered through October 2009, Fees and Expenses |
| 11/17/2009 | 419.89 | WEST, Computer Database Research, LEON, ERIC F., NOVEMBER 2009 |
| 11/17/2009 | 35.08 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Eric F. Leon, Overtime Meals - Attorney, 11/17/2009 |
| 11/17/2009 | 16.81 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 11/17/2009 |
| 11/17/2009 | 23.58 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 11/17/2009 |
| 11/18/2009 | 23.54 | WEST, Computer Database Research, SHULTZ, GAYLEA G., NOVEMBER 2009 |

| Date | Amount | Description |
|------|-------:|-------------|
| 11/18/2009 | 1,013.35 | WEST, Computer Database Research, HAYNES, MEGHAN, NOVEMBER 2009 |
| 11/18/2009 | 515.62 | WEST, Computer Database Research, WEST, NATE, NOVEMBER 2009 |
| 11/18/2009 | 3,009.19 | WEST, Computer Database Research, HUTCHINS, ELIZABETH, NOVEMBER 2009 |
| 11/18/2009 | 58.65 | DIALCAR, INC. - Local Transportation, Limousine transportation, B. Cavanaugh, 11/10 |
| 11/18/2009 | 55.20 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 11/18/09 |
| 11/18/2009 | 5.35 | FLASH CAB COMPANY, Overtime Transportation, M. MCCARTHY, 11/18/2009 |
| 11/18/2009 | 8.30 | Justin Brooks, Cabfare, New York, NY, 11/18/09, (Overtime Transportation) |
| 11/18/2009 | 19.25 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 11/18/2009 |
| 11/18/2009 | 31.52 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Deanna D. Boll, Overtime Meals - Attorney, 11/18/2009 |
| 11/18/2009 | 27.00 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 11/18/2009 |
| 11/19/2009 | 159.13 | WEST, Computer Database Research, ESAYIAN, LISA G., NOVEMBER 2009 |
| 11/19/2009 | 658.24 | WEST, Computer Database Research, ROHRHOFER, MORGAN, NOVEMBER 2009 |
| 11/19/2009 | 149.59 | WEST, Computer Database Research, JOHNSON, AYESHA, NOVEMBER 2009 |
| 11/19/2009 | 18.35 | FLASH CAB COMPANY, Overtime Transportation, M. GAYTAN, 11/19/2009 |
| 11/19/2009 | 33.12 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Eric F. Leon, Overtime Meals - Attorney, 11/19/2009 |
| 11/19/2009 | 34.26 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Deanna D. Boll, Overtime Meals - Attorney, 11/19/2009 |
| 11/19/2009 | 33.12 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 11/19/2009 |
| 11/20/2009 | 607.53 | WEST, Computer Database Research, BOLL, DEANNA D., NOVEMBER 2009 |
| 11/20/2009 | 2.58 | WEST, Computer Database Research, BURTON, BRENDA, 11/20/2009 |
| 11/20/2009 | 2,693.48 | WEST, Computer Database Research, BROOKS, JUSTIN S., NOVEMBER 2009 |
| 11/20/2009 | 567.34 | WEST, Computer Database Research, KRITZER, NATHANIEL, NOVEMBER 2009 |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 11/20/2009 | 29.79 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Melissa Nazario, Overtime Meals, 11/20/2009 |
| 11/20/2009 | 21.02 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 11/20/2009 |
| 11/20/2009 | 31.52 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Deanna D. Boll, Overtime Meals - Attorney, 11/20/2009 |
| 11/20/2009 | 29.77 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 11/20/2009 |
| 11/22/2009 | 261.71 | WEST, Computer Database Research, LANGENKAMP, TRAVIS, NOVEMBER 2009 |
| 11/22/2009 | 55.20 | FLASH CAB COMPANY, Overtime Transportation, K. LOVE, 11/22/2009 |
| 11/22/2009 | 8.89 | Secretarial Overtime, Joanne Harms |
| 11/23/2009 | 17.30 | WEST, Computer Database Research, HENSLER, MICHAEL, NOVEMBER 2009 |
| 11/23/2009 | 23.28 | VITAL TRANSPORTATION INC, Passenger: KRITZER, NATE Overtime Transportation, Date: 11/3/2009 |
| 11/23/2009 | 18.35 | FLASH CAB COMPANY, Overtime Transportation, M. GAYTAN, 11/23/2009 |
| 11/23/2009 | 17.78 | Secretarial Overtime, Daley E. Hamilton |
| 11/23/2009 | 53.33 | Secretarial Overtime, Joanne Harms |
| 11/24/2009 | 45.24 | VITAL TRANSPORTATION INC, Passenger: NAZARIO, MELISSA, Overtime Transportation, Date: 11/20/2009 |
| 11/24/2009 | 49.78 | VITAL TRANSPORTATION INC, Passenger: BOLL, DEANNA D., Overtime Transportation, Date: 11/16/2009 |
| 11/24/2009 | 49.78 | VITAL TRANSPORTATION INC, Passenger: BOLL, DEANNA D., Overtime Transportation, Date: 11/17/2009 |
| 11/24/2009 | 49.78 | VITAL TRANSPORTATION INC, Passenger: BOLL, DEANNA D., Overtime Transportation, Date: 11/18/2009 |
| 11/24/2009 | 49.78 | VITAL TRANSPORTATION INC, Passenger: BOLL, DEANNA D., Overtime Transportation, Date: 11/19/2009 |
| 11/24/2009 | 44.24 | VITAL TRANSPORTATION INC, Passenger: BROOKS, JUSTIN, Overtime Transportation, Date: 11/20/2009 |
| 11/27/2009 | 16.50 | Kimberly Love, Personal Car Mileage, Roundtrip from Morton Grove to K&E, 11/27/09, (Overtime Transportation) |
| 11/27/2009 | 25.00 | Kimberly Love, Parking, Chicago, IL, 11/27/09, (Overtime Transportation) |
| 11/30/2009 | 20.36 | INTERCALL - Third Party Telephone Charges, Conference calls, T. Freedman |
| 11/30/2009 | 2.51 | INTERCALL - Third Party Telephone Charges, Conference call, C. Greco |
| 11/30/2009 | 43.34 | INTERCALL - Third Party Telephone Charges, Conference call, D Boll, 11/30/2009 |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 11/30/2009 | 40.79 | INTERCALL - Third Party Telephone Charges, Conference calls, J. Brooks |
| 11/30/2009 | 37.00 | COURTCALL, LLC - Appearance Fees - 11/23/09 Hearing - J. Baer, U.S. Bankruptcy Court - Delaware |
| 11/30/2009 | 30.00 | COURTCALL, LLC - Appearance Fees - 11/23/09 Hearing - D. Bernick, U.S. Bankruptcy Court - Delaware |
| 11/30/2009 | 37.00 | COURTCALL, LLC - Appearance Fees - 11/23/09 Hearing - T. Freedman, U.S. Bankruptcy Court - Delaware |
| 11/30/2009 | 10.00 | LOS ANGELES COUNTY LAW LIBRARY - Information Broker Doc/Svcs - LA County Law Library book/article request |
| 11/30/2009 | 3,544.80 | WEST, Computer Database Research, LOVE, KIMBERLY, NOVEMBER 2009 |
| 11/30/2009 | 15.30 | WEST, Computer Database Research, TURANO, EMILY, NOVEMBER 2009 |
| 12/1/2009 | 26.80 | Standard Copies or Prints |
| 12/1/2009 | 0.30 | Standard Prints |
| 12/1/2009 | 0.80 | Standard Prints |
| 12/1/2009 | 3.60 | Scanned Images |
| 12/1/2009 | 3.40 | Standard Prints |
| 12/1/2009 | 0.50 | Standard Prints |
| 12/1/2009 | 5.10 | Standard Prints |
| 12/1/2009 | 12.30 | Standard Prints |
| 12/1/2009 | 36,085.00 | ARPC - Professional Fees, Analysis of Libby Issues for Confirmation Hearing |
| 12/1/2009 | 49.78 | VITAL TRANSPORTATION INC, Passenger: BOLL, DEANNA D., Overtime Transportation, Date: 11/24/2009 |
| 12/1/2009 | 29.53 | Kimberly Love, Overtime Meal-Legal Assistant, Chicago, IL, 12/01/09 |
| 12/2/2009 | 12.30 | Standard Prints |
| 12/2/2009 | 0.50 | Standard Prints |
| 12/2/2009 | 2.80 | Standard Prints |
| 12/2/2009 | 9.00 | Color Prints |
| 12/2/2009 | 0.90 | Scanned Images |
| 12/2/2009 | 16.20 | Standard Prints |
| 12/2/2009 | 2.90 | Standard Prints |
| 12/2/2009 | 20.20 | Standard Prints |
| 12/2/2009 | 142.50 | DRIVEN INC - Outside Copy/Binding Services-09/11/09 B/W OVERSIZE COPIES; OVERSIZE COLOR COPIES |
| 12/2/2009 | 20.00 | RESTRUCTURING CONCEPTS LLC - Computer Database Research, NetDockets Usage for November 2009, J. Goldfinger |
| 12/2/2009 | 25.53 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/2/2009 |
| 12/3/2009 | 0.10 | Standard Prints |

B-9

| Date | Amount | Description |
|------|--------|-------------|
| 12/3/2009 | 0.30 | Standard Prints |
| 12/3/2009 | 0.70 | Scanned Images |
| 12/3/2009 | 3.20 | Standard Prints |
| 12/3/2009 | 10.10 | Standard Prints |
| 12/3/2009 | 4.40 | Standard Prints |
| 12/3/2009 | 2.60 | Standard Prints |
| 12/3/2009 | 7.10 | Standard Prints |
| 12/3/2009 | 0.50 | Standard Prints |
| 12/3/2009 | 27.88 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/3/2009 |
| 12/4/2009 | 1.30 | Standard Prints |
| 12/4/2009 | 35.70 | Standard Prints |
| 12/4/2009 | 6.30 | Standard Prints |
| 12/4/2009 | 7.50 | Standard Prints |
| 12/4/2009 | 0.60 | Standard Prints |
| 12/4/2009 | 15.00 | Standard Prints |
| 12/4/2009 | 2.70 | Standard Prints |
| 12/4/2009 | 0.50 | Standard Prints |
| 12/4/2009 | 8.80 | Standard Copies or Prints |
| 12/4/2009 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 12/4/2009 |
| 12/5/2009 | 9.89 | Kristina Alexander, Cabfare, New York, NY, 12/05/09, (Overtime Transportation) |
| 12/6/2009 | 12.19 | Kristina Alexander, Cabfare, New York, NY, 12/06/09, (Overtime Transportation) |
| 12/6/2009 | 8.97 | Kristina Alexander, Cabfare, New York, NY, 12/06/09, (Overtime Transportation) |
| 12/7/2009 | 0.30 | Standard Prints |
| 12/7/2009 | 1,562.10 | Standard Copies or Prints |
| 12/7/2009 | 13.70 | Standard Prints |
| 12/7/2009 | 0.70 | Standard Prints |
| 12/7/2009 | 0.30 | Standard Prints |
| 12/7/2009 | 1.40 | Binding |
| 12/7/2009 | 23.50 | Tabs/Indexes/Dividers |
| 12/7/2009 | 13.60 | Tabs/Indexes/Dividers |
| 12/7/2009 | 0.10 | Standard Prints |
| 12/7/2009 | 16.10 | Standard Prints |
| 12/7/2009 | 11.20 | Standard Prints |
| 12/7/2009 | 64.00 | 4" Binders |
| 12/7/2009 | 14.33 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Kristina Alexander, Overtime Meals - Attorney, 12/7/2009 |

B-10

| Date | Amount | Description |
|------|--------|-------------|
| 12/7/2009 | 28.14 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/7/2009 |
| 12/7/2009 | 22.98 | Word Processing Overtime, Delia Boyle - Reformat chart |
| 12/8/2009 | 2.30 | Standard Prints |
| 12/8/2009 | 0.10 | Standard Prints |
| 12/8/2009 | 0.10 | Standard Prints |
| 12/8/2009 | 3.00 | Standard Prints |
| 12/8/2009 | 5.00 | Standard Prints |
| 12/8/2009 | 0.50 | Scanned Images |
| 12/8/2009 | 1.80 | Scanned Images |
| 12/8/2009 | 8.90 | Standard Prints |
| 12/8/2009 | 31.50 | Standard Prints |
| 12/8/2009 | 6.20 | Standard Prints |
| 12/8/2009 | 4.30 | Standard Prints |
| 12/8/2009 | 0.60 | Standard Copies or Prints |
| 12/8/2009 | 3.00 | Standard Prints |
| 12/8/2009 | 6.10 | Standard Prints |
| 12/9/2009 | 24.40 | Standard Copies or Prints |
| 12/9/2009 | 3.20 | Standard Prints |
| 12/9/2009 | 14.90 | Standard Prints |
| 12/9/2009 | 150.10 | Standard Copies or Prints |
| 12/9/2009 | 255.80 | Standard Prints |
| 12/9/2009 | 6.80 | Standard Prints |
| 12/9/2009 | 20.60 | Standard Prints |
| 12/9/2009 | 15.20 | Standard Prints |
| 12/9/2009 | 0.10 | Standard Prints |
| 12/9/2009 | 2.00 | Standard Prints |
| 12/9/2009 | 14.00 | Standard Prints |
| 12/9/2009 | 3.30 | Tabs/Indexes/Dividers |
| 12/9/2009 | 4.50 | Color Prints |
| 12/9/2009 | 5.30 | Scanned Images |
| 12/9/2009 | 0.90 | Scanned Images |
| 12/9/2009 | 10.20 | Scanned Images |
| 12/9/2009 | 0.30 | Scanned Images |
| 12/9/2009 | 4.70 | Scanned Images |
| 12/9/2009 | 8.00 | Standard Prints |
| 12/9/2009 | 9.90 | Standard Prints |
| 12/9/2009 | 0.60 | Standard Prints |
| 12/9/2009 | 9.30 | Standard Prints |
| 12/9/2009 | 6.90 | Standard Prints |
| 12/9/2009 | 4.10 | Standard Prints |

B-11

| Date | Amount | Description |
|------|--------|-------------|
| 12/9/2009 | 1.30 | Standard Prints |
| 12/9/2009 | 18.40 | Standard Prints |
| 12/9/2009 | 13.77 | UPS Dlvry to: Stroock & Stroock & Lavan, Ken Pasquale, NEW YORK, NY from: Kimberly K. Love |
| 12/9/2009 | 13.05 | UPS Dlvry to: Goodwin Procter LLP, Frederick C. Schafri, WASHINGTON, DC from: Kimberly K. Love |
| 12/9/2009 | 11.30 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Kimberly K. Love, 12/9/2009 |
| 12/9/2009 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 12/9/2009 |
| 12/9/2009 | 9.80 | Kristina Alexander, Cabfare, New York, NY, 12/09/09, (Overtime Transportation) |
| 12/9/2009 | 23.10 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/9/2009 |
| 12/9/2009 | 19.71 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/9/2009 |
| 12/10/2009 | 13.05 | UPS Dlvry to: Goodwin Procter LLP, Frederick C. Schafri, WASHINGTON, DC from: Kimberly K. Love |
| 12/10/2009 | 20.48 | COSMIC COURIER LLC - Outside Messenger Services, B. Stansbury, 11/18/09 |
| 12/10/2009 | 38.68 | AMERICAN BULB CORPORATION - Professional Fees, Work on hyperlinking of Post trial briefs |
| 12/10/2009 | 19,246.18 | ETRIAL COMMUNICATIONS - Professional Fees, Work on hyperlinking of post-trial briefs |
| 12/11/2009 | 26.10 | Standard Copies or Prints |
| 12/11/2009 | 105.60 | Standard Prints |
| 12/11/2009 | 2.80 | Standard Prints |
| 12/11/2009 | 1.20 | Standard Copies or Prints |
| 12/11/2009 | 0.30 | Standard Copies or Prints |
| 12/11/2009 | 0.30 | Standard Copies or Prints |
| 12/11/2009 | 15.50 | Standard Prints |
| 12/11/2009 | 1.50 | Tabs/Indexes/Dividers |
| 12/11/2009 | 50.00 | Color Prints |
| 12/11/2009 | 65.50 | Color Prints |
| 12/11/2009 | 0.50 | Scanned Images |
| 12/11/2009 | 2.60 | Scanned Images |
| 12/11/2009 | 0.30 | Scanned Images |
| 12/11/2009 | 28.00 | CD-ROM Duplicates |
| 12/11/2009 | 7.10 | Standard Prints |
| 12/11/2009 | 0.50 | Standard Prints |
| 12/11/2009 | 6.10 | Standard Prints |
| 12/11/2009 | 5.90 | Standard Prints |

B-12

| Date | Amount | Description |
|---|---|---|
| 12/11/2009 | 0.20 | Standard Prints |
| 12/11/2009 | 20.60 | Standard Prints |
| 12/11/2009 | 1,065.24 | 24 SEVEN DISCOVERE LLC - Outside Copy/Binding Services, Litigation Copies, Litigation Color Copies, 12/11/09 |
| 12/11/2009 | 63.00 | SHRED-IT DC METRO AREA, Miscellaneous Office Expenses, SHRED CONSOLE PICK UP |
| 12/13/2009 | 7.50 | Justin Brooks, Cabfare, New York, NY, 12/13/09, (Overtime Transportation) |
| 12/13/2009 | 19.25 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/13/2009 |
| 12/13/2009 | 18.53 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/13/2009 |
| 12/14/2009 | 23.60 | Standard Prints |
| 12/14/2009 | 97.30 | Standard Copies or Prints |
| 12/14/2009 | 4.70 | Standard Prints |
| 12/14/2009 | 0.60 | Standard Prints |
| 12/14/2009 | 0.10 | Standard Prints |
| 12/14/2009 | 2.00 | Standard Prints |
| 12/14/2009 | 0.80 | Standard Prints |
| 12/14/2009 | 2.70 | Scanned Images |
| 12/14/2009 | 1.60 | Scanned Images |
| 12/14/2009 | 0.50 | Scanned Images |
| 12/14/2009 | 0.20 | Scanned Images |
| 12/14/2009 | 9.50 | Standard Prints |
| 12/14/2009 | 1.30 | Standard Prints |
| 12/14/2009 | 0.50 | Standard Prints |
| 12/14/2009 | 11.00 | Standard Prints |
| 12/14/2009 | 7.90 | Justin Brooks, Cabfare, New York, NY, 12/14/09, (Overtime Transportation) |
| 12/14/2009 | 27.88 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/14/2009 |
| 12/14/2009 | 49.38 | Secretarial Overtime, Carol Walmsley - Blackline charts. |
| 12/14/2009 | 22.98 | Word Processing Overtime, Robert J. Fugini - Blackline chart of confirmation requirements and objections |
| 12/15/2009 | 4.50 | Standard Prints |
| 12/15/2009 | 35.20 | Standard Prints |
| 12/15/2009 | 152.70 | Standard Prints |
| 12/15/2009 | 0.10 | Standard Prints |
| 12/15/2009 | 28.80 | Standard Prints |
| 12/15/2009 | 0.10 | Standard Prints |
| 12/15/2009 | 40.00 | Color Prints |
| 12/15/2009 | 10.00 | Color Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/15/2009 | 0.40 | Scanned Images |
| 12/15/2009 | 27.80 | Scanned Images |
| 12/15/2009 | 16.30 | Standard Prints |
| 12/15/2009 | 1.60 | Standard Copies or Prints |
| 12/15/2009 | 7.10 | Standard Prints |
| 12/15/2009 | 5.20 | Standard Prints |
| 12/15/2009 | 0.20 | Standard Prints |
| 12/15/2009 | 4.40 | Standard Prints |
| 12/15/2009 | 0.30 | Standard Prints |
| 12/15/2009 | 8.00 | Standard Prints |
| 12/15/2009 | 21.62 | UPS Dlvry to: Stroock & Stroock & Lavan, Michael Magzamen, NEW YORK, NY from: Kimberly K. Love |
| 12/15/2009 | 43.73 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 12/15/2009 |
| 12/15/2009 | 22.55 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/15/2009 |
| 12/16/2009 | 0.90 | INTERCALL INC - Third Party Telephone Charges -11/17/09, Conference Call, H. Bloom |
| 12/16/2009 | 7.00 | Standard Prints |
| 12/16/2009 | 76.80 | Standard Prints |
| 12/16/2009 | 20.70 | Standard Copies or Prints |
| 12/16/2009 | 276.10 | Standard Copies or Prints |
| 12/16/2009 | 24.90 | Standard Copies or Prints |
| 12/16/2009 | 7.70 | Standard Prints |
| 12/16/2009 | 2.50 | Standard Prints |
| 12/16/2009 | 156.90 | Standard Prints |
| 12/16/2009 | 1.10 | Standard Prints |
| 12/16/2009 | 0.60 | Standard Prints |
| 12/16/2009 | 1.00 | Tabs/Indexes/Dividers |
| 12/16/2009 | 10.00 | Tabs/Indexes/Dividers |
| 12/16/2009 | 0.80 | Tabs/Indexes/Dividers |
| 12/16/2009 | 4.50 | Color Prints |
| 12/16/2009 | 331.00 | Color Copies or Prints |
| 12/16/2009 | 10.50 | Color Prints |
| 12/16/2009 | 141.00 | Color Prints |
| 12/16/2009 | 123.50 | Color Prints |
| 12/16/2009 | 0.50 | Scanned Images |
| 12/16/2009 | 68.20 | Scanned Images |
| 12/16/2009 | 0.80 | Scanned Images |
| 12/16/2009 | 0.40 | Standard Prints |
| 12/16/2009 | 9.10 | Standard Prints |
| 12/16/2009 | 0.50 | Standard Prints |

B-14

| Date | Amount | Description |
|------|--------|-------------|
| 12/16/2009 | 15.70 | Standard Prints |
| 12/16/2009 | 2.70 | Standard Prints |
| 12/16/2009 | 0.10 | Standard Prints |
| 12/16/2009 | 31.00 | Standard Prints |
| 12/16/2009 | 100.70 | Standard Prints |
| 12/16/2009 | 3.90 | Standard Prints |
| 12/16/2009 | 487.65 | Fed Exp: Multiple Package Shipment to: HOUSTON, TX from: Brian T. Stansbury |
| 12/16/2009 | 14.85 | RED TOP CAB COMPANY, Overtime Transportation, 12/16/2009, MORGAN ROHRHOFER |
| 12/16/2009 | 25.58 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/16/2009 |
| 12/16/2009 | 61.50 | Secretarial Overtime, Deborah D. Simms - Print and organize materials for M. Rohrhofer |
| 12/17/2009 | 2.20 | Standard Prints |
| 12/17/2009 | 497.90 | Standard Prints |
| 12/17/2009 | 1,664.80 | Standard Prints |
| 12/17/2009 | 0.50 | Standard Prints |
| 12/17/2009 | 48.20 | Standard Prints |
| 12/17/2009 | 18.90 | Standard Copies or Prints |
| 12/17/2009 | 8.40 | Tabs/Indexes/Dividers |
| 12/17/2009 | 1.50 | Color Prints |
| 12/17/2009 | 1,137.50 | Color Prints |
| 12/17/2009 | 1.00 | Color Prints |
| 12/17/2009 | 2.52 | Bates Labels/Print |
| 12/17/2009 | 65.00 | Scanned Images |
| 12/17/2009 | 0.10 | Scanned Images |
| 12/17/2009 | 95.50 | Scanned Images |
| 12/17/2009 | 17.80 | Scanned Images |
| 12/17/2009 | 0.50 | Standard Prints |
| 12/17/2009 | 33.10 | Standard Prints |
| 12/17/2009 | 8.80 | Standard Prints |
| 12/17/2009 | 0.10 | Standard Prints |
| 12/17/2009 | 2.80 | Standard Prints |
| 12/17/2009 | 0.20 | Standard Prints |
| 12/17/2009 | 3.70 | Standard Copies or Prints |
| 12/17/2009 | 263.80 | Standard Prints |
| 12/17/2009 | 27.60 | Standard Copies or Prints |
| 12/17/2009 | 70.15 | Fed Exp to: David Bernick, CHICAGO, IL from: Morgan Rohrhofer |
| 12/17/2009 | 1,179.92 | DRIVEN INC - Outside Computer Services -08/31/09 SCANNING;OCR; COMPUTER TIME |

B-15

| Date | Amount | Description |
|------|-------:|-------------|
| 12/17/2009 | 1,409.05 | DRIVEN INC - Outside Copy/Binding Services -BLOWBACK-PRINT HARDCOPY OF ELECTRONIC DATA W/SLIPSHEETS; TABS; BINDERS |
| 12/17/2009 | 10.30 | Kristina Alexander, Cabfare, New York, NY, 12/17/09, (Overtime Transportation) |
| 12/17/2009 | 14.65 | RED TOP CAB COMPANY, Overtime Transportation, 12/17/2009, HEATHER BLOOM |
| 12/17/2009 | 7.90 | Justin Brooks, Cabfare, New York, NY, 12/17/09, (Overtime Transportation) |
| 12/17/2009 | 35.60 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/17/2009 |
| 12/17/2009 | 17.66 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/17/2009 |
| 12/18/2009 | 19.50 | Standard Prints |
| 12/18/2009 | 179.90 | Standard Prints |
| 12/18/2009 | 1,351.00 | Standard Copies or Prints |
| 12/18/2009 | 6.60 | Standard Prints |
| 12/18/2009 | 3.10 | Standard Prints |
| 12/18/2009 | 0.70 | Standard Prints |
| 12/18/2009 | 9.50 | Standard Prints |
| 12/18/2009 | 0.10 | Standard Prints |
| 12/18/2009 | 5.60 | Tabs/Indexes/Dividers |
| 12/18/2009 | 17.60 | Tabs/Indexes/Dividers |
| 12/18/2009 | 6.20 | Tabs/Indexes/Dividers |
| 12/18/2009 | 10.50 | Tabs/Indexes/Dividers |
| 12/18/2009 | 2.00 | Color Prints |
| 12/18/2009 | 3.50 | Color Prints |
| 12/18/2009 | 69.50 | Color Prints |
| 12/18/2009 | 13.50 | Color Prints |
| 12/18/2009 | 1.68 | Bates Labels/Print |
| 12/18/2009 | 1.86 | Bates Labels/Print |
| 12/18/2009 | 3.15 | Bates Labels/Print |
| 12/18/2009 | 0.10 | Scanned Images |
| 12/18/2009 | 74.10 | Scanned Images |
| 12/18/2009 | 2.70 | Scanned Images |
| 12/18/2009 | 246.20 | Scanned Images |
| 12/18/2009 | 1.00 | Standard Prints |
| 12/18/2009 | 21.80 | Standard Prints |
| 12/18/2009 | 2.80 | Standard Prints |
| 12/18/2009 | 4.90 | Standard Prints |
| 12/18/2009 | 37.10 | Standard Copies or Prints |
| 12/18/2009 | 0.10 | Standard Prints |

B-16

| Date | Amount | Description |
|------|--------|-------------|
| 12/18/2009 | 1.60 | Standard Prints |
| 12/18/2009 | 1.50 | Standard Prints |
| 12/18/2009 | 15.60 | Standard Copies or Prints |
| 12/18/2009 | 40.00 | DVD Duplicates |
| 12/18/2009 | 6.51 | Fed Exp to: John F. Dickinson, Esq., TRENTON, NJ from: Christopher Landau |
| 12/18/2009 | 59.99 | Fed Exp to: David Bernick, CHICAGO, IL from: Morgan Rohrhofer |
| 12/18/2009 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 12/18/2009 |
| 12/18/2009 | 57.45 | Word Processing Overtime, Richard S. Preshong - Duplicate and revise motion |
| 12/18/2009 | 126.39 | Word Processing Overtime, Delia Boyle - Format financing motion |
| 12/19/2009 | 7.00 | Lisa Esayian, Cabfare, Chicago, IL, 12/19/09, (Overtime Transportation) |
| 12/20/2009 | 12.60 | Kristina Alexander, Cabfare, New York, NY, 12/20/09, (Overtime Transportation) |
| 12/21/2009 | 10.00 | Standard Prints |
| 12/21/2009 | 3.60 | Standard Prints |
| 12/21/2009 | 66.20 | Standard Prints |
| 12/21/2009 | 3.40 | Standard Prints |
| 12/21/2009 | 14.90 | Standard Prints |
| 12/21/2009 | 35.00 | Binding |
| 12/21/2009 | 39.00 | Tabs/Indexes/Dividers |
| 12/21/2009 | 9.00 | Scanned Images |
| 12/21/2009 | 60.70 | Scanned Images |
| 12/21/2009 | 824.80 | Standard Copies or Prints |
| 12/21/2009 | 0.40 | Standard Prints |
| 12/21/2009 | 7.50 | Standard Prints |
| 12/21/2009 | 0.10 | Standard Prints |
| 12/21/2009 | 28.30 | Standard Prints |
| 12/21/2009 | 0.10 | Standard Prints |
| 12/21/2009 | 6.50 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Kimberly K. Love, 12/21/2009 |
| 12/21/2009 | 35.43 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Sean A. Clouden, Overtime Meals, 12/21/2009 |
| 12/21/2009 | 35.66 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Muqaddas Ali, Overtime Meals, 12/21/2009 |
| 12/21/2009 | 19.33 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/21/2009 |
| 12/21/2009 | 22.28 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/21/2009 |

B-17

| Date | Amount | Description |
|---|---|---|
| 12/21/2009 | 87.70 | Secretarial Overtime, Sean A. Clouden - Complete work for T. Torres Sanchez. |
| 12/21/2009 | 149.09 | Secretarial Overtime, Muqaddas Ali - Stayed late to fininsh the request. |
| 12/21/2009 | 18.64 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Anna V. Patela, Overtime Meals - Legal Assistant, 12/21/2009 |
| 12/22/2009 | 5.70 | Standard Prints |
| 12/22/2009 | 70.70 | Standard Prints |
| 12/22/2009 | 24.00 | Standard Prints |
| 12/22/2009 | 20.90 | Standard Prints |
| 12/22/2009 | 140.90 | Standard Prints |
| 12/22/2009 | 0.20 | Standard Prints |
| 12/22/2009 | 2.50 | Tabs/Indexes/Dividers |
| 12/22/2009 | 2.50 | Tabs/Indexes/Dividers |
| 12/22/2009 | 1.00 | Tabs/Indexes/Dividers |
| 12/22/2009 | 0.30 | Bates Labels/Print |
| 12/22/2009 | 1.20 | Scanned Images |
| 12/22/2009 | 0.30 | Scanned Images |
| 12/22/2009 | 14.30 | Scanned Images |
| 12/22/2009 | 4.20 | Scanned Images |
| 12/22/2009 | 46.10 | Scanned Images |
| 12/22/2009 | 9.00 | Scanned Images |
| 12/22/2009 | 7.00 | CD-ROM Duplicates |
| 12/22/2009 | 7.00 | CD-ROM Duplicates |
| 12/22/2009 | 1,216.40 | Standard Prints |
| 12/22/2009 | 0.90 | Standard Prints |
| 12/22/2009 | 9.50 | Standard Prints |
| 12/22/2009 | 0.30 | Standard Prints |
| 12/22/2009 | 0.10 | Standard Prints |
| 12/22/2009 | 7.80 | Standard Prints |
| 12/22/2009 | 64.40 | Standard Prints |
| 12/22/2009 | 24.20 | Standard Prints |
| 12/22/2009 | 28.62 | Fed Exp to:Adrienne Colburn, WELLESLEY,MA from:Morgan Rohrhofer |
| 12/22/2009 | 25.00 | Library Document Procurement |
| 12/22/2009 | 7.90 | Justin Brooks, Cabfare, New York, NY, 12/22/09, (Overtime Transportation) |
| 12/22/2009 | 27.03 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 12/22/2009 |
| 12/22/2009 | 35.88 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/22/2009 |
| 12/23/2009 | 15.80 | Standard Copies or Prints |
| 12/23/2009 | 331.40 | Standard Copies or Prints |

B-18

| Date | Amount | Description |
|------|-------:|-------------|
| 12/23/2009 | 23.90 | Standard Prints |
| 12/23/2009 | 25.20 | Standard Prints |
| 12/23/2009 | 6.50 | Standard Prints |
| 12/23/2009 | 1.70 | Standard Prints |
| 12/23/2009 | 7.60 | Scanned Images |
| 12/23/2009 | 0.10 | Scanned Images |
| 12/23/2009 | 8.00 | Scanned Images |
| 12/23/2009 | 34.10 | Scanned Images |
| 12/23/2009 | 7.30 | Standard Prints |
| 12/23/2009 | 4.80 | Standard Prints |
| 12/23/2009 | 3.40 | Standard Prints |
| 12/23/2009 | 28.50 | Standard Prints |
| 12/23/2009 | 31.10 | Standard Copies or Prints |
| 12/23/2009 | 10.23 | Fed Exp to: Barbara Harding, PITTSBURGH, PA from: Deborah Scarcella |
| 12/26/2009 | 9.36 | Kristina Alexander, Cabfare, New York, NY, 12/26/09, (Overtime Transportation) |
| 12/27/2009 | 10.70 | Kristina Alexander, Cabfare, New York, NY, 12/27/09, (Overtime Transportation) |
| 12/27/2009 | 7.50 | Justin Brooks, Cabfare, New York, NY, 12/27/09, (Overtime Transportation) |
| 12/27/2009 | 19.94 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 12/27/2009 |
| 12/28/2009 | 3.20 | Standard Copies or Prints |
| 12/28/2009 | 19.50 | Standard Prints |
| 12/28/2009 | 1.60 | Standard Prints |
| 12/28/2009 | 0.70 | Standard Prints |
| 12/28/2009 | 5.00 | Color Prints |
| 12/28/2009 | 0.10 | Scanned Images |
| 12/28/2009 | 2.60 | Scanned Images |
| 12/28/2009 | 37.60 | Fed Exp to: Teresa Martin, PITTSBURGH, PA from: Morgan Rohrhofer |
| 12/29/2009 | 1.70 | Standard Prints |
| 12/29/2009 | 26.70 | Standard Copies or Prints |
| 12/29/2009 | 14.30 | Standard Prints |
| 12/29/2009 | 1.90 | Standard Prints |
| 12/29/2009 | 5.30 | Standard Prints |
| 12/29/2009 | 0.30 | Standard Prints |
| 12/29/2009 | 0.40 | Scanned Images |
| 12/29/2009 | 28.00 | CD-ROM Duplicates |
| 12/29/2009 | 3.50 | Standard Prints |
| 12/29/2009 | 2.30 | Standard Prints |

B-19

| Date | Amount | Description |
|------|--------|-------------|
| 12/29/2009 | 24.00 | Standard Prints |
| 12/29/2009 | 2.00 | Standard Prints |
| 12/29/2009 | 20.00 | Standard Prints |
| 12/29/2009 | 20.00 | DVD Duplicates |
| 12/29/2009 | 13.77 | UPS Dlvry to: Drinker Biddle & Reath LLP, Jeffrey M. Boerger, PHILADELPHIA, PA from: Kimberly K. Love |
| 12/29/2009 | 65.49 | Fed Exp to: WASHINGTON, DC from: Brian T. Stansbury |
| 12/30/2009 | 1.60 | Standard Prints |
| 12/30/2009 | 22.10 | Standard Prints |
| 12/30/2009 | 183.30 | Standard Copies or Prints |
| 12/30/2009 | 3.30 | Standard Prints |
| 12/30/2009 | 0.10 | Standard Prints |
| 12/30/2009 | 81.40 | Standard Copies or Prints |
| 12/30/2009 | 16.60 | Standard Prints |
| 12/30/2009 | 10.50 | Standard Prints |
| 12/30/2009 | 0.40 | Standard Prints |
| 12/30/2009 | 7.40 | Standard Prints |
| 12/30/2009 | 7.50 | Color Prints |
| 12/30/2009 | 281.00 | Color Prints |
| 12/30/2009 | 55.00 | Color Prints |
| 12/30/2009 | 91.50 | Color Prints |
| 12/30/2009 | 2.00 | Color Prints |
| 12/30/2009 | 20.00 | Color Prints |
| 12/30/2009 | 1.90 | Scanned Images |
| 12/30/2009 | 1.50 | Scanned Images |
| 12/30/2009 | 3.10 | Scanned Images |
| 12/30/2009 | 1.00 | Scanned Images |
| 12/30/2009 | 0.40 | Scanned Images |
| 12/30/2009 | 0.60 | Scanned Images |
| 12/30/2009 | 5.70 | Scanned Images |
| 12/30/2009 | 1.00 | Standard Prints |
| 12/30/2009 | 41.80 | Standard Prints |
| 12/30/2009 | 13.60 | Standard Prints |
| 12/30/2009 | 0.30 | Standard Prints |
| 12/30/2009 | 1.50 | Standard Prints |
| 12/30/2009 | 664.80 | Standard Prints |
| 12/30/2009 | 62.80 | Standard Prints |
| 12/30/2009 | 79.70 | Fed Exp to: Sharon Ament, PITTSBURGH, PA from: Theodore Freedman |
| 12/30/2009 | 27.77 | Fed Exp to: Sharon Ament, PITTSBURGH, PA from: Kathleen Cawley |
| 12/30/2009 | 26.02 | Fed Exp to: Teresa Martin, PITTSBURGH, PA from: Sandra Fiore |

B-20

| Date | Amount | Description |
|------|--------|-------------|
| 12/30/2009 | 24.67 | Fed Exp to: PITTSBURGH, PA from: Sandra Fiore |
| 12/30/2009 | 208.75 | Fed Exp: Multiple Package Shipment to: SHARON AMENT, PITTSBURGH, PA from: KIMBERLY K. LOVE |
| 12/30/2009 | 40.00 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Anna Patela, 12/30/09 |
| 12/31/2009 | 3.98 | INTERCALL - Third Party Telephone Charges, Conference calls, L. Esayian, 12/2009 |
| 12/31/2009 | 6.91 | INTERCALL - Third Party Telephone Charges, Conference call, D Boll, 10/31/2009 |
| 12/31/2009 | 462.96 | UPS Dlvry: Multiple Package Shipment to: Kimberly Love, PITTSBURGH, PA from: CHICAGO, IL |
| 12/31/2009 | 137.00 | COURTCALL, LLC - Appearance Fees - 12/14/09 Hearing - D. Bernick, U.S. Bankruptcy Court - Delaware |
| 12/31/2009 | 37.00 | COURTCALL, LLC - Appearance Fees - 12/14/09 Hearing - L. Esayian, U.S. Bankruptcy Court - Delaware |
| 12/31/2009 | 44.00 | COURTCALL, LLC - Appearance Fees - 12/14/09 Hearing - T. Freedman, U.S. Bankruptcy Court - Delaware |
| 12/31/2009 | 44.00 | COURTCALL, LLC - Appearance Fees - 12/14/09 Hearing - J. Baer, U.S. Bankruptcy Court - Delaware |
| 12/31/2009 | 1,875.00 | Electronic Data Storage |
| Total: | 116,601.11 | |

B-21