# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Federal-Mogul Global** | **Chapter 11** |
| Debtor(s) | Case No.: 01-10578 |
| | |
| **The Flintkote Company** | **Chapter 11** |
| Debtor(s) | Case No.: 04-11300 |
| | |
| **W.R. Grace & Co.** | **Chapter 11** |
| Debtor(s) | Case No.: 01-1139 |

## NOTICE OF DATE CHANGE

All hearings that were scheduled for April 12, 2010, in Wilmington, Delaware have been moved to April 19, 2010.

2/4/10
Date

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald

SJS