## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Objection Date: February 24, 2010 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FOURTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | December 1, 2009 – December 31, 2009 |
| 100% of Compensation sought as actual, reasonable and necessary: | $75,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $60,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $2,379.68 |

This is a    <u>x</u> monthly         __ interim              ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 56.3 | $75,000.00 |
| George Coles | Associate | NA | 33.0 | |
| Claire Burke | Analyst | NA | 32.3 | |
| Grand Total: | | | | **$75,000.00** |
| Blended Rate: | | | 121.6 | $616.78 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**December 1-31, 2009**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | 121.6 | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Travel Expenses | $2,099.12 |
| Communication | $211.99 |
| Meals and Entertainment | $ 68.57 |
| **TOTAL Out-of-Pocket Expenses:** | **$2,379.68** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

        Respectfully submitted,

        LINCOLN PARTNERS ADVISORS LLC


        By: */S/ JOSEPH J. RADECKI, JR.*
        Joseph J. Radecki, Jr.
        Managing Director
        400 Madison Ave # 21
        New York, NY 10017-8901
        Telephone: (212) 277-8100


Dated: January 22, 2010