# EXHIBIT A

**WR Grace**
**December 2009 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Work on financial presentation for FCR | 5.0 |
| | Review docket filings | 0.9 |
| Wed 2 | Work on financial presentation for FCR | 4.5 |
| | Review docket filings | 0.7 |
| Thu 3 | Work on financial presentation for FCR | 6.0 |
| | Review docket filings | 1.2 |
| Fri 4 | Work on financial presentation for FCR | 4.0 |
| | Comm w/OHS (Dfu) re fee apps | 0.9 |
| | Review docket filings | 0.4 |
| Mon 7 | Travel to Wash DC | 4.5 |
| | Meeting w/FCR, OHS re financial presentation | 2.0 |
| | Comm w/OHS (Dfu) re fee apps | 0.3 |
| Tue 8 | Travel from Wash DC | 3.5 |
| | Review docket filings | 0.7 |
| | Follow on matters re financial presentation | 4.0 |
| Wed 9 | Review docket filings | 1.4 |
| Thu 10 | Review docket filings | 1.1 |
| | Fee app work | 2.0 |
| Fri 11 | Review docket filings | 0.8 |
| Mon 14 | Review docket filings | 0.2 |
| Tue 15 | Review docket filings | 0.6 |
| Wed 16 | Review docket filings | 0.8 |
| Thu 17 | Review docket filings | 0.3 |
| Fri 18 | Comm w/OHS (Dfu) re fee apps | 0.2 |
| | Review docket filings | 1.0 |
| | Research re sale motion | 1.5 |
| Mon 21 | Comm w/Blackstone (JOC) re Project Surf | 0.4 |
| | Analysis Project Surf | 2.0 |
| | Review docket filings | 0.3 |
| Tue 22 | Review docket filings | 0.5 |
| Wed 23 | Review docket filings | 0.6 |
| Thu 24 | Review docket filings | 0.4 |
| Mon 28 | Review docket filings | 0.7 |
| Tue 29 | Review docket filings | 1.6 |
| Wed 30 | Review docket filings | 0.3 |
| Thu 31 | Review docket filings | 1.0 |
| | TOTAL TIME (hrs) | 56.3 |

**WR Grace**
**December 2009 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Prepare financial presentation/analysis | 2.0 |
| Thu 3 | Review docket | 1.5 |
| Thu 3 | Prepare financial presentation/analysis | 4.0 |
| Fri 4 | Review docket | 1.0 |
| Fri 4 | Prepare financial presentation/analysis | 5.5 |
| Sat 5 | Prepare financial presentation/analysis | 2.0 |
| Sun 5 | Prepare financial presentation/analysis | 5.0 |
| Sun 6 | Prep for meeting | 1.5 |
| Mon 7 | Travel to Washington, DC | 2.5 |
| Mon 7 | Meeting with Orrick | 1.5 |
| Mon 7 | Travel from Washington, DC | 2.5 |
| Fri 11 | Review docket | 0.5 |
| Wed 16 | Review docket | 0.5 |
| Mon 28 | Prep for confirmation hearings | 1.5 |
| Tue 29 | Prep for confirmation hearings | 1.5 |
|  | TOTAL TIME (hrs) | 33.0 |

**WR Grace**
**December 2009 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Prepare financial presentation/analysis | 3.0 |
| Thu 3 | Prepare financial presentation/analysis | 3.0 |
| Fri 4 | Prepare financial presentation/analysis | 4.0 |
| Sat 5 | Prepare financial presentation/analysis | 3.0 |
| Sun 5 | Prepare financial presentation/analysis | 4.0 |
| Sun 6 | Prep for meeting | 3.0 |
| Mon 7 | Travel to Washington, DC | 3.0 |
| Mon 7 | Meeting with Orrick | 2.0 |
| Mon 7 | Travel from Washington, DC | 3.0 |
| Tue 8 | Review docket | 0.5 |
| Fri 18 | Prepare W-9 form | 0.5 |
| Fri 18 | Prepare November Fee App | 1.5 |
| Mon 21 | Review Project Surf document | 0.8 |
| Tue 22 | Review docket | 0.5 |
| Wed 16 | Review docket | 0.5 |
|  | TOTAL TIME (hrs) | 32.3 |