# EXHIBIT B

**W.R. Grace**
**Detail of expenses (December 1, 2009 – December 31, 2009)**

| | | |
|---|---:|---:|
| Travel Expenses | | |
| Airfare | $1,278.60 | |
| Hotel | $325.00 | |
| Transportation | $451.62 | |
| Meals | $28.90 | |
| Miscellaneous | $15.00 | |
| **Total Travel Expenses:** | | **$2,099.12** |
| | | |
| Communication | | |
| Telephone | $188.03 | |
| Express Mail | $23.96 | |
| **Total Communication:** | | **$ 211.99** |
| | | |
| Meals and Entertainment | | |
| Late Night Meals | $68.57 | |
| **Total Meals and Entertainment:** | | **$   68.57** |
| | | |
| **TOTAL EXPENSES:** | | $2,379.68 |