IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.* | Civil Action No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), notice is hereby given of the entry of the undersigned as counsel for Claimants Neutocrete Products, Inc. ("Neutocrete"), Neutocrete Systems, Inc. ("NSI") and FTF Crawlspace Specialists, Inc. ("FTF," and collectively with Neutocrete and NSI, the "Claimants") in the above-entitled action and that all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Richard C. Weinblatt
> Stamoulis & Weinblatt LLC
> Two Fox Point Centre
> 6 Denny Road, Suite 307
> Wilmington, DE 19809
> weinblatt@swdelaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and Section 1109(b) of Title 11, United States Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of the Claimants with

respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or claims or other property or proceeds thereof in the possession, custody or control of the Debtors; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Claimants; or (3) which may otherwise affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance and request for notice is without prejudice to Claimants' rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of Claimants' rights: (i) to have final orders and non-core matters entered only after de novo review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which Claimants are or may be entitled in law or in equity, all of which Claimants expressly reserve.

Dated: February 4, 2010

/s/ Richard C. Weinblatt
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Neutocrete, NSI and FTF*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al*. | Civil Action No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2010, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by e-mail:

    The Law Offices of Janet S. Baer P.C.,
    Janet S. Baer, P.C.
    70 W. Madison St., Suite 2100,
    Chicago, IL 60602.
    Phone: 312-641-2162.
    Fax: 312-641-2165

    PACHULSKI STANG ZIEHL & JONES LLP
    Laura Davis Jones (Bar. No. 2436)
    James E. O'Neill (Bar No. 4042)
    Kathleen P. Makowski (Bar No. 3648)
    Timothy P. Cairns (Bar No. 4228)
    919 North Market St, 16th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)

                          */s/ Richard C. Weinblatt*
                          Richard C. Weinblatt