IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 25, 2010 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# NINETY-NINTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty,Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/478757

## EXHIBIT A
### (Fee Detail)

## **FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)  $12,149.50 <br> • non-asbestos matters (2725.40)  $   204.50 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,354.00 |
| **FEE APPLICATION – APPLICANT** | $770.50 |
| **TOTAL FEES** | $13,124.50 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2010
Bill Number  119061
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

### FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

### LEGAL SERVICES

THROUGH DECEMBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/01/09 | DMB | Conference call with in-house counsel, MTM and Grace industrial hygienist re: search for plant documents; find field search information. | 0.30 Hrs | 87.00 |
| 12/01/09 | MTM | Conference call with Holme Roberts counsel, in-house counsel and others re: document requests (.4); telephone call to ARA re: same (.2); telephone call from in-house counsel and others at Grace re: same (.3). | 0.90 Hrs | 256.50 |
| 12/01/09 | ARA | Update Winthrop Square information binders (2.0). Per MTM's request, search for target sheets for Grace industrial hygienist; produce target sheets to MTM (1.0). | 3.00 Hrs | 375.00 |
| 12/02/09 | ARA | Update Winthrop Square information binders. | 3.30 Hrs | 412.50 |
| 12/02/09 | ARA | Document control. | 2.40 Hrs | 192.00 |
| 12/03/09 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 12/04/09 | ARA | Quality control property damage ledgers. | 3.20 Hrs | 400.00 |
| 12/04/09 | ARA | Document control. | 3.40 Hrs | 272.00 |
| 12/07/09 | ARA | Quality control property damage ledgers. | 6.50 Hrs | 812.50 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/08/09 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 750.00 |
| 12/09/09 | ARA | Quality control property damage ledgers. | 6.50 Hrs | 812.50 |
| 12/10/09 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.4). | 0.60 Hrs | 201.00 |
| 12/10/09 | ARA | Quality control property damage ledgers. | 5.50 Hrs | 687.50 |
| 12/11/09 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | 201.00 |
| 12/11/09 | ARA | Quality control property damage ledgers. | 1.50 Hrs | 187.50 |
| 12/14/09 | ARA | Quality control property damage ledgers. | 4.00 Hrs | 500.00 |
| 12/15/09 | ARA | Quality control property damage ledgers. | 5.70 Hrs | 712.50 |
| 12/16/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 12/16/09 | RAM | Emails with PM and two in-house counsels re: renewing lease at Winthrop Square. | 0.05 Hrs | No Charge |
| 12/16/09 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 750.00 |
| 12/17/09 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 167.50 |
| 12/17/09 | ARA | Quality control property damage ledgers. | 5.00 Hrs | 625.00 |
| 12/18/09 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 750.00 |
| 12/22/09 | RAM | Email from in-house counsel to renew lease at W. Square. | 0.05 Hrs | No Charge |
| 12/28/09 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 12/28/09 | ARA | Quality control property damage ledgers. | 5.30 Hrs | 662.50 |
| 12/29/09 | RAM | Read selected documents filed in bankruptcy court. | 0.70 Hrs | 234.50 |
| 12/29/09 | ARA | Quality control property damage ledgers. | 6.30 Hrs | 787.50 |
| 12/30/09 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 750.00 |

TOTAL LEGAL SERVICES    $12,149.50

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.60 | 335.00 | 871.00 |
| Donna M. Brewer | 0.30 | 290.00 | 87.00 |
| Matthew T. Murphy | 0.90 | 285.00 | 256.50 |
| Angela R. Anderson | 79.80 | 125.00 | 9,975.00 |
| Angela R. Anderson | 12.00 | 80.00 | 960.00 |
| Robert A. Murphy | 0.10 | 335.00 | No Charge |
| | 95.70 | | $12,149.50 |

TOTAL THIS BILL                $12,149.50

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2010
Bill Number 119062
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH DECEMBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/10/09 | MLL | Review research re: warranties and consider defenses to plaintiff's clams and cross-claims | 0.40 Hrs | 104.00 |
| 12/11/09 | RAM | Read legal memorandum re: Express Warranty; conference with MLL re: same. | 0.30 Hrs | 100.50 |

TOTAL LEGAL SERVICES  $204.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.30 | 335.00 | 100.50 |
| Matthew L. Lunenfeld | 0.40 | 260.00 | 104.00 |
|  | 0.70 |  | $204.50 |

TOTAL THIS BILL  $204.50

Page 1

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2010
Bill Number 119063
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH DECEMBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/01/09 | RAM | Work on October fee application and send it to in-house counsels to review. | 0.30 Hrs | 100.50 |
| 12/02/09 | RAM | Email from in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 12/04/09 | RAM | Telephone conference with in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 12/07/09 | RAM | Read report of fee auditor. | 0.05 Hrs | No Charge |
| 12/08/09 | RAM | Finalize October fee application. | 0.20 Hrs | 67.00 |
| 12/09/09 | RAM | Send October fee application to Delaware counsel to file. | 0.10 Hrs | 33.50 |
| 12/14/09 | RAM | Work on November fee application. | 0.40 Hrs | 134.00 |
| 12/15/09 | RAM | Work on November fee application. | 0.10 Hrs | 33.50 |
| 12/16/09 | RAM | Send as filed October fee application to Fee Auditor. | 0.10 Hrs | 33.50 |
| 12/21/09 | RAM | Work on November fee application (.6); send it to in-house counsels to review (.1). | 0.70 Hrs | 234.50 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

THROUGH DECEMBER 31, 2009

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/22/09 | RAM | Email from in-house counsel and telephone call from another in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 12/28/09 | RAM | Finalize November fee application. | 0.30 Hrs | 100.50 |
| 12/29/09 | RAM | Send November fee application to Delaware counsel to file. | 0.10 Hrs | 33.50 |

|  |  | TOTAL LEGAL SERVICES | $770.50 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.30 | 335.00 | 770.50 |
| Robert A. Murphy | 0.20 | 335.00 | No Charge |
|  | 2.50 |  | $770.50 |

|  | TOTAL THIS BILL | $770.50 |
|---|---|---|

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $15,831.38 |
|---|---:|
| FEE APPLICATION – APPLICANT | $0.00 |
| TOTAL EXPENSES | $15,831.38 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

February 1, 2010
Bill Number 119067
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH DECEMBER 31, 2009

**EXCESS POSTAGE**
| | | | |
|---|---|---|---|
| 12/31/09 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

**PHOTOCOPYING**
| | | | |
|---|---|---|---|
| 12/01/09 | 18 copies at $.10 per copy | 1.80 | |
| | | | $1.80 |

**RENT REIMBURSEMENT**
| | | | |
|---|---|---|---|
| 12/01/09 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square -December 2009. | 15,424.97 | |
| | | | $15,424.97 |

**MISCELLANEOUS**
| | | | |
|---|---|---|---|
| 12/10/09 | RECORDKEEPER ARCHIVE CENTERS,: Storage 12/01/09 through 12/31/09. | 403.05 | |
| | | | $403.05 |

| | | |
|---|---|---|
| | TOTAL COSTS | $15,831.38 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

                                                TOTAL THIS BILL        $15,831.38