# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 02, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10268

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 1/4/2010 | AL | Update database with Bilzin's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Reed's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Beveridge's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Casner's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with FTI's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Caplin's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Pitney's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Kirkland's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Ferry's November Fee Application ( Hard Copy) | 0.10 | 4.50 |

214 698-3868

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 1/4/2010 | AL | Update database with Bilzin's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | BSR | detailed review of Anderson Kill & Olick's July and August 2009 monthly fee applications (expenses only) | 0.20 | 52.00 |
| | BSR | detailed review of Anderson Kill & Olick's Sept. 2009 monthly fee application and 34th quarterly fee application | 0.70 | 182.00 |
| | LMH | Draft e-mail to B. Ruhlander re: revised calculations for Richardson Patrick's cumulative category figures. | 0.10 | 15.00 |
| | LMH | detailed review of category spreadsheet and revise formula references for Richardson Patrick's cumulative figures. | 0.20 | 30.00 |
| | BSR | detailed review of Caplin & Drysdale's July and August 2009 monthly fee applications (expenses only) and fee summaries re same, as well as Sept. 2009 monthly fee application | 2.40 | 624.00 |
| | BSR | detailed review of JS Baer PC's quarterly fee application for the 34th interim period, as well as expenses for the monthly fee applications (.5); draft email to Janet Baer with questions re same (.2) | 0.70 | 182.00 |
| 1/5/2010 | AL | Update database with Casner's November Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Beveridge's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Casner's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's September Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | BSR | Draft initial report re Caplin & Drysdale for the 34th interim period | 5.30 | 1,378.00 |
| 1/6/2010 | AL | receive, review, finalize, and serve IR for Caplin's 34th Interim | 0.20 | 9.00 |

W.R. Grace & Co. Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/6/2010 | MW | Draft monthly fee application for December 2009 (.6); detailed review of fees and expenses re same (.4); send same to J. Wehrmann and W. Smith for final approval (.1) | 1.10 | 143.00 |
| | BSR | telephone conference with Doreen Williams re initial report for Caplin & Drysdale (34Q); draft email to Rita Tobin re initial report | 0.10 | 26.00 |
| | DTW | Review Caplin initial report and draft email to B. Ruhlander re same (.2), telephone call with B. Ruhlander (.1) and revising Caplin initial report (.1). | 0.40 | 66.00 |
| | BSR | detailed review of Bilzin Sumberg's 34th interim fee application and monthly fee applications | 0.80 | 208.00 |
| | BSR | Draft initial report re Bilzin Sumberg for the 34th interim period | 0.50 | 130.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: revised calculations for Richardson Patrick. | 0.10 | 15.00 |
| 1/7/2010 | AL | Update database with Austern's October CNO | 0.10 | 4.50 |
| | AL | Update database with Reed's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | JAW | Proofread WHSmith fee December 2009 fee notice and fee statement (0.2); e-mail to M. White regarding any needed revisions (0.1) | 0.30 | 45.00 |
| | DTW | Review and revise 34th interim initial report for Bilzin (.1). | 0.10 | 16.50 |
| | AL | Update database with  Baker's October and November Fee Application's (hard copies) | 0.20 | 9.00 |
| | AL | Update database with Baker's October and November Fee Application's (electronic version) | 0.20 | 9.00 |
| 1/8/2010 | AL | Update database with Stroock's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | receive, review, finalize, and serve IR for Bilzin's 34th interim | 0.20 | 9.00 |

W.R. Grace & Co.                                                   Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/8/2010 | AL | Update database with Beveridge's July Fee Application ( Hard Copy) | 0.10 | 4.50 |
| 1/10/2010 | AL | Draft 13th Interim prior period paragraph for all applicants, for final final reports | 2.00 | 250.00 |
| 1/11/2010 | AL | E-filing with the Court of WHSA's December Invoice | 0.40 | 18.00 |
| | AL | Update database with Capstone's October Fee Application ( electronic copy) | 0.10 | 4.50 |
| | AL | Update database with Pitney's 34th Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with HRO's 32nd Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| 1/12/2010 | AL | Update database with Protiviti's December Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with HRO's 32 Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Capstone's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Philip's 21st Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with PWC's November Fee Application ( hard copy) | 0.10 | 4.50 |
| | JAW | detailed review of Kirkland & Ellis September 2009 fee application (9.6) | 9.60 | 1,440.00 |
| 1/13/2010 | JAW | detailed review of Kirkland & Ellis September 2009 fee application (8.8) | 8.80 | 1,320.00 |
| | AL | Update database with Woodcock's November fee detail | 0.10 | 4.50 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 1/13/2010 | BSR | Draft e-mail to Holly Bull re K&E Sept. 2009 monthly fee application; telephone conference with Maureen McCarthy re same | 0.10 | 26.00 |
| | AL | Update database with Philip's 33rd Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| 1/14/2010 | BSR | Receive and review fee summaries for K&E for July, August and Sept. 2009 monthly fee applications and edit same for inclusion in initial report | 1.80 | 468.00 |
| | BSR | Conference with James Wehrmann re K&E Sept. 2009 monthly fee application and fee summary | 0.10 | 26.00 |
| | AL | Update database with Woodcock's November Fee Application ( hard copy) | 0.10 | 4.50 |
| | JAW | Draft summary of Kirkland & Ellis September 2009 fee application (4.8) | 4.80 | 720.00 |
| | AL | Update database with K&E's September Summary | 0.10 | 4.50 |
| 1/15/2010 | BSR | detailed review of K&E's 34th interim fee application and monthly fee applications for same (6.5), as well as fee summaries re same (.5) | 7.10 | 1,846.00 |
| 1/17/2010 | BSR | Draft initial report re K&E for the 34th interim period | 4.40 | 1,144.00 |
| 1/18/2010 | BSR | Draft e-mail to Kirkland & Ellis re initial report (34th) | 0.10 | 26.00 |
| | BSR | telephone conference with Deanna Boll re case status | 0.20 | 52.00 |
| | AL | receive, review, finalize, and serve K&E's 34th Q IR | 0.30 | 13.50 |
| | AL | receive, review, finalize, and serve Ewing's 34Q IR | 0.30 | 13.50 |
| | BSR | detailed review of Saul Ewing's quarterly application (34Q) and monthly fee applications for August and Sept. 2009 | 0.50 | 130.00 |

W.R. Grace & Co.   Page   6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/18/2010 | BSR | Draft initial report re Saul Ewing for the 34th interim period | 0.60 | 156.00 |
|  | DTW | Review and revise K&E initial report for the 34th interim period (.1); same re Saul Ewing (.1) | 0.20 | 33.00 |
|  | BSR | Draft e-mail to Bilzin Sumberg re initial report (34Q) | 0.10 | 26.00 |
|  | BSR | telephone conference with Melanie White re case status and status of applicants' spreadsheets and "prior period" paragraphs | 0.10 | 26.00 |
|  | BSR | Draft e-mail to Saul Ewing re initial report for the 34th interim period | 0.10 | 26.00 |
|  | BSR | detailed review of Pachulski's July, August and Sept. 2009 monthly fee applications | 1.10 | 286.00 |
|  | BSR | Draft e-mail to L. Oberholzer inquiring as to status of Pachulski's quarterly fee application for the 34th interim period; draft email to Jamie O'Neill with inquiry as to time entry error | 0.30 | 78.00 |
|  | BSR | detailed review of Stroock's July 2009 monthly fee application, as well as expenses and fee summary for August 2009 monthly fee application | 1.00 | 260.00 |
| 1/19/2010 | BSR | telephone conference with Teresa Currier re initial report for Saul Ewing (34Q); draft email to Teresa re same | 0.20 | 52.00 |
|  | BSR | telephone conference with Warren Smith re formatting of final reports on final fee applications, as well as case status (.1); conference with Anthony Lopez re same (.1) | 0.20 | 52.00 |
|  | BSR | telephone conference with Warren Smith re updating meal survey; telephone conferences with Lisa Hamm and Alexa Parnell re same | 0.20 | 52.00 |
|  | LMH | telephone conference with B. Ruhlander re: research for updated meals survey requested by the Court. | 0.10 | 15.00 |
| 1/20/2010 | AL | Research PACER for all filed final reports for 15th interim (2.0); research entered orders re same (.5); draft prior period paragraphs for all applicants in 15th interim.(3.4) | 5.90 | 265.50 |

W.R. Grace & Co. Page 7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/20/2010 | BSR | Receive and review hearing agenda for Jan. 25; respond to email from Melanie White re same | 0.10 | 26.00 |
| | JAW | detailed review of Stroock September 2009 fee application (3.8) | 3.80 | 570.00 |
| | MW | Draft detailed spreadsheet regarding recommended fees and expenses for Piper Jaffray for the 20th interim through the 32nd interim (4.0); review PACER regarding Docket numbers re same (1.2); send same to B. Ruhlander and confer re same (.1). | 5.30 | 689.00 |
| | AL | Draft Prior Period Paragraphs for Piper Jeffray's 20th through 33rd Interim | 4.50 | 562.50 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| | BSR | Draft e-mail to Anthony Lopez re Piper Jaffray prior paragraphs and chart | 0.10 | 26.00 |
| | BSR | detailed review of Piper Jaffray's 34th interim fee application and monthly invoices (.1); detailed review of Piper Jaffray's final fee application (.2) | 0.30 | 78.00 |
| | BSR | detailed review of Venable's July and August 2009 monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of LAS' 34th interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Beveridge & Diamond's 34th interim fee application and monthly fee applications (.3); draft email to Pamela Marks re same (.1) | 0.40 | 104.00 |
| | BSR | detailed review of Campbell & Levine's 34th interim fee application and monthly fee applications (1.0); draft email to Kathleen Davis Campbell Davis re same (.1) | 1.10 | 286.00 |
| 1/21/2010 | BSR | Draft final report re Piper Jaffray's 34th interim and final fee applications | 1.20 | 312.00 |
| | BSR | Continued review of fee and expense spreadsheet and prior period paragraphs prepared for Piper Jaffray (2.6); draft email to Warren Smith re format used for spreadsheet and prior period paragraphs (.2) | 2.80 | 728.00 |

W.R. Grace & Co.         Page   8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/21/2010 | AL | Update database with Stroock's September Summary | 0.10 | 4.50 |
| | JAW | Draft summary of Stroock September 2009 fee application (1.0) | 1.00 | 150.00 |
| 1/22/2010 | BSR | telephone conference with Lisa Hamm re format of chart for possible use in final reports, as well as prior paragraphs | 0.10 | 26.00 |
| | AL | Update database with Pachulski's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Research PACER for all filed final reports for 14th interim (2.0); research entered orders re same (.5) | 2.50 | 112.50 |
| | AL | Electronic filing with court of Piper's Final Q FR | 0.30 | 13.50 |
| 1/23/2010 | BSR | research regarding meal prices | 1.20 | 312.00 |
| 1/24/2010 | AL | Draft of 14th Interim Prior Period Paragraph's | 2.00 | 250.00 |
| 1/25/2010 | JAW | detailed review of Venable September 2009 fee application (2.1); draft summary of same (0.2) | 2.30 | 345.00 |
| 1/26/2010 | BSR | detailed review of PwC's July 2009 monthly fee application | 0.30 | 78.00 |
| | BSR | Draft initial report re Kramer Levin for the 34th interim period | 0.40 | 104.00 |
| | BSR | detailed review of Kramer Levin's 34th interim fee application and monthly fee applications | 0.70 | 182.00 |
| | BSR | detailed review of Holme Roberts & Owens Jan, Feb, and March 2009 monthly fee applications | 0.20 | 52.00 |
| | BSR | detailed review of Blackstone's 34th interim fee application and monthly fee applications | 0.30 | 78.00 |

W.R. Grace & Co.                                                    Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/26/2010 | AL | Update database with Pachulski's October Fee Detail | 0.10 | 4.50 |
| 1/27/2010 | AL | Update database with Pachulski's October Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | detailed review of PwC's 34th interim fee application and monthly fee applications | 1.00 | 260.00 |
| | AL | receive, review, finalize, and serve Kramer's 34Q IR | 0.20 | 9.00 |
| | DTW | Review and revise 34th interim initial report for PwC and Kramer Levin(.2). | 0.20 | 33.00 |
| 1/28/2010 | AL | Update database with PWC's December Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Baer's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Baer's December Fee Detail | 0.10 | 4.50 |
| | BSR | Draft initial report re PwC for the 34th interim period | 2.60 | 676.00 |
| | BSR | Draft e-mail to Kramer Levin re initial report for the 34th interim period | 0.10 | 26.00 |
| | AL | Update database with Morris' December Fee Detail | 0.10 | 4.50 |
| 1/29/2010 | AL | Update database with Ewing's December Fee Detail | 0.10 | 4.50 |
| | BSR | detailed review of Stroock's 34th interim fee application and Sept. 2009 monthly fee application, as well as fee summary re same | 0.70 | 182.00 |
| | BSR | Draft e-mail to Kathleen Miller re PwC initial report (34Q) | 0.10 | 26.00 |

W.R. Grace & Co.            Page    10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/29/2010 | AL | Update database with Stroock's December Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Richard's December Fee Detail | 0.10 | 4.50 |
| | AL | receive, review, finalize, and serve PWC's 34Q IR | 0.20 | 9.00 |
| | AL | Update database with Orrick's 28th Interim Response | 0.10 | 4.50 |
| | AL | Update database with Caplin's 28th Interim Response | 0.10 | 4.50 |
| | AL | Update database with Holme's May Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Holme's April Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Morris' December Fee Application (Hard Copy) | 0.10 | 4.50 |
| 1/31/2010 | DTW | Review and revise Stroock initial report for 34th interim (.1). | 0.10 | 16.50 |
| | DTW | Review and revise Venable's initial report for the 34th interim period (.1). | 0.10 | 16.50 |
| | BSR | detailed review of Venable's Sept. 2009 monthly fee application | 0.20 | 52.00 |
| | BSR | Draft initial report re Venable for the 34th interim period | 0.40 | 104.00 |
| | BSR | detailed review of Reed Smith 34th interim fee application and monthly fee applications | 0.80 | 208.00 |
| | BSR | detailed review of Holme's quarterly fee application for the 32nd interim period | 0.10 | 26.00 |

W.R. Grace & Co. Page 11

| | | Hours | Amount |
|---|---|---:|---:|
| 1/31/2010 BSR | research server and Pacer for applications net yet received for the 34th interim period | 1.00 | 260.00 |

| | Hours | Amount |
|---|---:|---:|
| **For professional services rendered** | **108.50** | **$19,376.00** |

Additional Charges :

| | | Amount |
|---|---|---:|
| 1/31/2010 | Third party copies & document prep/setup. | 82.83 |
| | PACER Charges | 19.92 |
| | Copying cost | 17.60 |

| | |
|---|---:|
| **Total additional charges** | **$120.35** |
| **Total amount of this bill** | **$19,496.35** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 8.50 | 125.00 | $1,062.50 |
| Anthony Lopez | 15.50 | 45.00 | $697.50 |
| Bobbi S. Ruhlander | 45.80 | 260.00 | $11,908.00 |
| Doreen Williams | 1.10 | 165.00 | $181.50 |
| James A. Wehrmann | 30.60 | 150.00 | $4,590.00 |
| Lisa M Hamm | 0.50 | 150.00 | $75.00 |
| Melanie White | 6.40 | 130.00 | $832.00 |
| Warren H Smith | 0.10 | 295.00 | $29.50 |