## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 04, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10281

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/1/2009 | JAW | Draft summary of Caplin & Drysdale June 2009 fee application (0.4) | 0.40 | 60.00 |
| 10/2/2009 | JAW | detailed review of Kirkland & Ellis June 2009 fee application (4.5) | 4.50 | 675.00 |
|  | JAW | Proofread WH Smith & Assoc. September 2009 fee detail and notice (0.2); e-mail to M. White regarding any revisions to same (0.1) | 0.30 | 45.00 |
|  | BSR | Receive and review agenda for Oct. 7 hearing and draft email to Warren Smith re same | 0.10 | 26.00 |
|  | MW | Draft monthly application for compensation of Warren H. Smith & Associates (.6); detailed review of fees and expenses re same (.9); send same to J. Wehrmann for review (.1). | 1.60 | 208.00 |
| 10/5/2009 | AL | Update database with Holme, Roberts, & Owen's invoices for October, November and December 2008 | 0.40 | 18.00 |
|  | AL | Update database with Reed Smith's August Fee Application | 0.20 | 9.00 |
|  | AL | Update database with Janet Baer's August Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Beveridge & Diamond's June Fee Application | 0.20 | 9.00 |

214 698-3868

W.R. Grace & Co.                                                                                        Page     2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/5/2009 | AL | Update database with Stroock & Lavan's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Orrick's August Fee Application | 0.40 | 18.00 |
| | AL | Update database with Legal Analysis System's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Piper Jaffray's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with CNO's for Orrick, Piper, and Tre Angeli | 0.40 | 18.00 |
| | AL | Update database with Tre Angeli LLC's August Fee Application | 0.40 | 18.00 |
| | JAW | detailed review of Kirkland & Ellis June 2009 fee application (9.4) | 9.40 | 1,410.00 |
| | AL | Update database with Charter Oak Financial's August Fee Application | 0.20 | 9.00 |
| 10/6/2009 | WHS | Receive and review agenda | 0.10 | 29.50 |
| | JAW | Continue detailed review of Kirkland & Ellis June 2009 fee application (4.7) | 4.70 | 705.00 |
| | AL | Update database with Orrick, Harrington, & Sutcliffe's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Stroock's August Fee Application | 0.20 | 9.00 |
| 10/7/2009 | AL | Update database with 6th, 7th, & 8th Monthly Fee Applications for Judge Alexander Sanders | 0.50 | 22.50 |
| | AL | Update database with Caplin & Drysdale's August Fee Application | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                    Page      3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/7/2009 | AL | Update database with Anderson's August Fee Application | 0.30 | 13.50 |
| | AL | Update database with Campbell & Levine's August Fee Application | 0.40 | 18.00 |
| 10/8/2009 | JAW | detailed review of Janet S. Baer July 2009 fee application (1.6); draft summary of same (0.2) | 1.80 | 270.00 |
| 10/10/2009 | BSR | detailed review of Woodcock Washburn's 33rd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Stroock's May 2009 monthly fee application and fee summary re same | 0.30 | 78.00 |
| | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 10/12/2009 | BSR | detailed review of Ogilvy Renault's 33rd interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Unsecured Creditors' Committee expense application covering the 32nd and 33rd interim periods | 0.10 | 26.00 |
| | BSR | detailed review of Pachulski's 33rd interim fee application and monthly fee applications | 1.00 | 260.00 |
| | AL | Update database with Legal Analysis Systems' August Fee Application | 0.20 | 9.00 |
| | AL | Update database with Tre Angeli's 6th Q Interim Fee Application | 0.40 | 18.00 |
| | AL | Update database with Towers, Perrin & Tillinghast's July & August Fee Applications | 0.40 | 18.00 |
| | AL | Update database with David Austern's CNO's for June through August | 0.50 | 22.50 |
| | AL | Update database with Kirkland & Ellis' August Fee Application | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                    Page      4

|            |     |                                                                                      | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------|-------|--------|
| 10/12/2009 | BSR | detailed review of LAS' 33rd interim fee application and monthly fee applications    | 0.20  | 52.00  |
|            | BSR | detailed review of Kramer Levin's 33rd interim fee application and monthly fee applications | 0.60  | 156.00 |
| 10/13/2009 | AL  | Update database with Woodcock Washburn's August Fee Application                      | 0.20  | 9.00   |
|            | JAW | detailed review of Anderson Kill July 2009 fee application (4.6); draft summary of same (0.1) | 4.70  | 705.00 |
|            | JAW | detailed review of Caplin & Drysdale July 2009 fee application (4.8)                 | 4.80  | 720.00 |
| 10/14/2009 | AL  | Update database with Holme Robert & Owen's October thru December 2008 31st Interim Fee Application | 0.40  | 18.00  |
|            | AL  | Update database with PriceWaterHouseCoopers' CNO                                     | 0.20  | 9.00   |
|            | AL  | Update database with Piper's June CNO                                                | 0.20  | 9.00   |
|            | AL  | Update database with Tre Angeli's June Fee Application                               | 0.30  | 13.50  |
|            | JAW | Continue detailed review of Caplin & Drysdale July 2009 fee application (1.9); draft summary of same (0.2) | 2.10  | 315.00 |
| 10/16/2009 | AL  | Update database with 31st Q Verified Fee Application of Holme Roberts               | 0.40  | 18.00  |
|            | AL  | Update database with Proviti's September Fee Application                             | 0.30  | 13.50  |
| 10/19/2009 | AL  | Update database with Caplin's summary for the month of July                          | 0.30  | 13.50  |
|            | WHS | Receive and review agenda                                                           | 0.10  | 29.50  |

W.R. Grace & Co.                                                                                          Page     5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/19/2009 | AL | Update database with Price Waterhouse Cooper's August Fee Application | 0.40 | 18.00 |
| | AL | Update database with Anderson's summary for the month of July | 0.40 | 18.00 |
| | AL | Update database with Baer's summary for the month of July | 0.30 | 13.50 |
| | AL | Update database with Caplin's summary for the month of June | 0.40 | 18.00 |
| | AL | Update database with Proviti's September Fee Application | 0.40 | 18.00 |
| | AL | Update database with Steptoe's August Fee Application | 0.30 | 13.50 |
| 10/20/2009 | AL | Update database with Proviti's Fee Application for July thru September | 0.40 | 18.00 |
| | AL | Update database with Kirkland & Ellis' electronic June  Fee Application | 0.20 | 9.00 |
| | AL | Update database with Kirkland & Ellis' July & August  Fee Application | 0.40 | 18.00 |
| | JAW | detailed review of K&E July 2009 fee application (3.6) | 3.60 | 540.00 |
| 10/21/2009 | JAW | detailed review of K&E July 2009 fee application (9.1) | 9.10 | 1,365.00 |
| | AL | Draft CNO for September's Invoices | 0.40 | 18.00 |
| | AL | Update database with Duane Morris' September Fee Application | 0.40 | 18.00 |
| 10/22/2009 | JAW | Draft summary of K&E June 2009 fee application (5.4) | 5.40 | 810.00 |

W.R. Grace & Co.                                                                                                    Page        6

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/22/2009 | JAW | detailed review of K&E July 2009 fee application (3.7) | 3.70 | 555.00 |
| 10/23/2009 | AL | Update database with PriceWaterhouse's August Fee Application | 0.40 | 18.00 |
| | AL | Update database with Piper & Tre Angeli's CNO | 0.20 | 9.00 |
| | JAW | detailed review of Janet S. Baer August 2009 fee application (1.4); draft summary of same (0.1) | 1.50 | 225.00 |
| 10/25/2009 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 10/26/2009 | AL | Update database with Proviti's  September Fee Application | 0.20 | 9.00 |
| | AL | Update database with Ogilvey's Electronic September Fee Application | 0.30 | 13.50 |
| | JAW | detailed review of Anderson Kill August 2009 fee application (4.3); draft summary of same (0.1) | 4.40 | 660.00 |
| 10/27/2009 | BSR | detailed review of K&E's April 2009 monthly fee application (expense portion) | 1.00 | 260.00 |
| | BSR | Draft e-mail to Jamie O'Neill re issue in 33rd interim fee application | 0.20 | 52.00 |
| | JAW | Draft summary of K&E July 2009 fee application (1.0) | 1.00 | 150.00 |
| | JAW | detailed review of Stroock August 2009 fee application (2.5); draft summary of same (0.2) | 2.70 | 405.00 |
| | AL | Electronic filing with court of September's CNO | 0.40 | 18.00 |
| | AL | Update database with Ogilvey's  September Fee Application | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                    Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/28/2009 | AL | Update database with Gordian's September Fee Application | 0.40 | 18.00 |
|  | BSR | detailed review of K&E's May 2009 monthly fee application (expense portion) | 0.90 | 234.00 |
|  | AL | Update database with Baer's September Fee Application | 0.40 | 18.00 |
|  | JAW | detailed review of Caplin & Drysdale August 2009 fee application (6.4); draft summary of same (1.0) | 7.40 | 1,110.00 |
|  | AL | Update database with Orrick's CNO | 0.30 | 13.50 |
| 10/29/2009 | AL | Update database with Foley's September Fee Application | 0.40 | 18.00 |
|  | AL | Update database with Pitney's August Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Blizin's 33rd Q IR | 0.50 | 22.50 |
|  | AL | Update database with Ewing's September Fee Application | 0.20 | 9.00 |
|  | AL | Update database with Kramer's September Fee Application | 0.30 | 13.50 |
|  | JAW | detailed review of Orrick Herrington August 2009 fee application (4.9); draft summary of same (0.3) | 5.20 | 780.00 |
|  | DTW | Review and revise Bilzin 33rd initial report (.1). | 0.10 | 16.50 |
|  | AL | Update database with Baer's  September Fee Application | 0.30 | 13.50 |
|  | AL | Update database with Reed Smith's September Fee Application | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                           Page        8

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/2009 | BSR | detailed review of Bilzin's 33rd interim fee application and monthly fee applications for same | 1.10 | 286.00 |
| | BSR | Draft initial report re Bilzin Sumberg for the 33rd interim period | 0.90 | 234.00 |
| | BSR | detailed review of Caplin & Drysdale's 33rd interim fee application and monthly fee applications | 0.90 | 234.00 |
| | BSR | telephone conference with Laura Bouyea of Venable re structuring of firm's fee application | 0.20 | 52.00 |
| | BSR | Draft initial report re Caplin & Drysdale for the 33rd interim period | 2.00 | 520.00 |
| | BSR | detailed review of PwC's Darex Audit Application | 0.30 | 78.00 |
| | BSR | detailed review of April 2009 PwC monthly fee application (as well as fee summary re same) and review of May 2009 PwC fee application | 0.60 | 156.00 |
| 10/30/2009 | BSR | detailed review of PwC's June 2009 monthly fee application and 33rd quarterly fee application | 0.40 | 104.00 |
| | BSR | detailed review of Anderson Kill & Olick's quarterly application for the 33rd interim period and expense portions of the monthly fee applications | 0.20 | 52.00 |
| | AL | Update database with Kramer's  September Fee Application | 0.20 | 9.00 |
| | AL | Update database with Caplin's 3Q IR | 0.50 | 22.50 |
| | DTW | Review and revise Caplin initial report (.1); | 0.10 | 16.50 |
| | BSR | detailed review of Stroock's June 2009 monthly fee application and 33rd quarterly fee application | 0.80 | 208.00 |
| | AL | Update database with Ewing's  September Fee Application | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                      Page      9

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/30/2009 | BSR | Draft initial report re Saul Ewing for the 33rd interim period | 0.80 | 208.00 |
| | BSR | detailed review of Saul Ewing's monthly fee application for May through July 2009 | 0.20 | 52.00 |
| | BSR | detailed review of Buchanan Ingersoll & Rooney's quarterly interim fee application for the 33rd interim period and monthly fee applications | 0.30 | 78.00 |
| | BSR | Receive and review Saul Ewing's retention application and order | 0.20 | 52.00 |
| | BSR | detailed review of Blackstone's quarterly fee application for the 33rd interim period and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Janet Baer's April 2009 monthly invoice (expense portion) | 0.10 | 26.00 |
| | BSR | detailed review of Reed Smith's 33rd interim fee application and monthly fee applications | 1.10 | 286.00 |
| | BSR | Receive and review information from Woodcock Washburn concerning "file history" expense | 0.10 | 26.00 |
| | BSR | Draft initial report re Orrick for the 33rd interim period | 1.70 | 442.00 |
| | BSR | detailed review of Orrick's 33rd interim fee application and monthly fee applications, as well as fee summaries of same | 1.30 | 338.00 |
| | BSR | detailed review of fee summaries made of Orrick's April and May 2009 fee applications | 0.40 | 104.00 |
| | BSR | Draft initial report re Stroock for the 33rd interim period | 0.30 | 78.00 |
| 10/31/2009 | BSR | detailed review of Phillips Goldman & Spence's April and May 2009 monthly fee applications | 0.70 | 182.00 |
| | BSR | detailed review of Campbell & Levine's 33rd interim fee application and monthly fee applications | 1.10 | 286.00 |

W.R. Grace & Co.                                                                                              Page     10

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 10/31/2009 | BSR | Draft initial report re Janet Baer PC for the 33rd interim period | 0.40 | 104.00 |
| | BSR | detailed review of Janet Baer's June 2009 monthly fee application and 33rd interim fee application | 0.40 | 104.00 |
| | BSR | detailed review of Janet Baer's May 2009 monthly fee application | 0.60 | 156.00 |
| | BSR | detailed review of Steptoe's April, May and June 2009 monthly fee applications (.1); research server for 33rd interim fee application and draft email to Anne Moran inquiring as to status of same (.1) | 0.20 | 52.00 |
| | BSR | detailed review of Piper Jaffray's 33rd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | research server for June 2009 and 33rd interim fee applications of Phillips Goldman & Spence; draft email to John Phillips re same | 0.10 | 26.00 |
| 11/2/2009 | BSR | detailed review of Towers Perrin's April 2009 monthly fee application | 0.10 | 26.00 |
| | BSR | detailed review of Tre Angeli's April and May 2009 monthly fee applications | 0.10 | 26.00 |
| | BSR | Draft initial report re W.D. Hilton's application covering August 2005 through Jan. 2009 | 0.50 | 130.00 |
| | BSR | detailed review of W.D. Hilton's fee application for Aug. 2005 through Jan. 2009 (.3); review of W.D. Hilton's retention application and order (.2) | 0.50 | 130.00 |
| | BSR | detailed review of Hamilton's 33rd interim fee application and monthly fee applications | 0.10 | 26.00 |
| | BSR | detailed review of Ferry Joseph & Pearce's 33rd interim fee application and monthly fee applications | 0.80 | 208.00 |
| | BSR | detailed review of Day Pitney's 33rd interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Nelson Mullins April and June 2009 monthly fee applications | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                                    Page     11

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/2/2009 | BSR | detailed review of Charter Oak's 33rd interim fee application and monthly fee applications | 0.20 | 52.00 |
| | BSR | detailed review of Foley Hoag's  33rd interim fee application and monthly fee applications (.5); draft email to Adam Kahn with question re same (.1) | 0.60 | 156.00 |
| | BSR | detailed review of Casner & Edwards' 33rd interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | Draft e-mail (2) inquiries to Teresa Currier re issue on BIR's April 2009 monthly fee application | 0.20 | 52.00 |
| | BSR | Draft e-mails to various applicants regarding initial reports for the 33rd interim | 0.30 | 78.00 |
| | BSR | detailed review of David Austern's April 2009 monthly fee application | 0.10 | 26.00 |
| | BSR | detailed review of Beveridge & Diamond's 33rd interim fee application and monthly fee applications | 0.60 | 156.00 |
| | BSR | detailed review of Capstone's 33rd interim fee application and monthly fee applications | 0.40 | 104.00 |
| | DTW | Review and revise Baer , Stroock and Saul Ewing initial reports for 33rd interim and emails to and from B. Ruhlander re Baer initial report (.3). | 0.30 | 49.50 |
| | WHS | detailed review of FR Pachulski 33Q 4-6.09 | 0.20 | 59.00 |
| 11/3/2009 | BSR | research server for applications not in file (33rd) | 0.70 | 182.00 |
| | BSR | Draft e-mail to counsel for W.D. Hilton re initial report | 0.10 | 26.00 |
| | MW | Work with A. Lopez to draft monthly application for compensation (.2); detailed review of same (.2). | 0.40 | 52.00 |
| | AL | Work With M. White on drafting monthly application of compensation of Warren H. Smith & Associates (.6); detailed review re same (.4); send same to J. Whermann for review (.1); efiling re same (.1) | 1.20 | 150.00 |

W.R. Grace & Co.                                                                                    Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/4/2009 | AL | Update database with Tower's September Fee Application (hard copy) | 0.20 | 9.00 |
| | BSR | research docket for applications not yet received (33Q) (1.4); organize same (.7) | 2.10 | 546.00 |
| | MW | detailed review of 34th interim fees and expenses in preparation for drafting interim application (1.2); draft interim fee application of WHSA (1.0); send same to J. Wehrmann and W. Smith for review (.1). | 2.30 | 299.00 |
| | JAW | Proofread WHSmith & Assoc. October 2009 fee detail and Notice (0.3); e-mail to M. White regarding any necessary revisions to same (0.1) | 0.40 | 60.00 |
| | JAW | Proofread WHSmith & Assoc. 34th Interim fee application (July 1, 2009 - Sept. 30, 2009) (0.3); e-mail to M. White regarding any necessary revisions to same (0.2) | 0.50 | 75.00 |
| | AL | Update database with Casner & Edwards Fee Detail | 0.10 | 4.50 |
| | AL | Update database with K & E's June 2009 Exhibits | 0.10 | 4.50 |
| | BSR | Draft initial report re K&E's 33rd interim fee application | 5.80 | 1,508.00 |
| | BSR | Receive and review fee summaries of K&E's April and May 2009 monthly fee applications | 0.30 | 78.00 |
| | BSR | Receive and review response of Foley Hoag to email concerning expense issues | 0.10 | 26.00 |
| | BSR | detailed review of K&E June 2009 monthly fee application (expense portion) including review and edit fee summary re same for inclusion in initial report | 1.70 | 442.00 |
| | BSR | Draft e-mail to James Wehrmann re K&E June 2009 summary; telephone conference with James re same; | 0.10 | 26.00 |
| 11/5/2009 | BSR | detailed review of Judge Alexander Sanders' 33rd interim fee application and monthly fee applications | 0.20 | 52.00 |
| | BSR | detailed review of Alan Rich's quarterly fee application for the 33rd interim period and monthly fee applications (.8); draft email to Alan Rich re same (.1) | 0.90 | 234.00 |

W.R. Grace & Co.                                                                                      Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/5/2009 | BSR | detailed review of Duane Morris' 33rd interim fee application and monthly fee applications (.7); draft email to Mike Lastowski re same (.2) | 0.90 | 234.00 |
| | BSR | detailed review of Holme's quarterly interim fee application for the 31st interim period and monthly fee applications for Oct. - Dec. 2008 | 0.30 | 78.00 |
| | BSR | Draft initial report re Kirkland & Ellis for the 33rd interim period | 1.50 | 390.00 |
| | BSR | Draft e-mail to Kirkland & Ellis re initial report (33rd) | 0.10 | 26.00 |
| | BSR | detailed review of expense detail provided by Orrick for its 33rd interim fee application | 0.30 | 78.00 |
| | BSR | Draft initial report re Orrick for the 33rd interim period | 0.60 | 156.00 |
| | BSR | detailed review of Towers' 33rd interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of David Austern's May and June 2009 monthly fee applications | 0.10 | 26.00 |
| | BSR | research docket for case status and additional fee applications filed but not yet received for the 33rd interim period | 0.30 | 78.00 |
| | AL | receive, review, and finalize K&E's 3Q IR | 0.20 | 9.00 |
| | AL | Update database with Casner's September Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Baer's August Summary | 0.10 | 4.50 |
| | AL | Update database with Anderson's August Summary | 0.10 | 4.50 |
| | AL | Update database with Kirkland's July Summary & Exhibits | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                             Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/5/2009 | AL | Update database with Stroock's August Summary | 0.10 | 4.50 |
|  | DTW | Review and revise 33rd interim initial report for K&E (.1). | 0.10 | 16.50 |
|  | AL | Update database with Caplin's August Summary & Exhibits | 0.10 | 4.50 |
|  | AL | Update database with Orrick's August Summary | 0.10 | 4.50 |
|  | AL | Update database with Baer's 33rd Interim Response | 0.10 | 4.50 |
|  | BSR | detailed review of Tre Angeli's June 2009 monthly fee application and 33rd interim fee application | 0.10 | 26.00 |
| 11/6/2009 | AL | Update database with Venable's July  Fee Application ( electronic) | 0.10 | 4.50 |
|  | AL | Update database with Snyder's October Fee Detail (electronic) | 0.10 | 4.50 |
|  | AL | Update database with Ogilvey's 34th Interim Fee Application ( electronic) (.1); emailed B. Ruhlander re same (.1) | 0.10 | 4.50 |
|  | AL | Update database with Capstone's August Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Venable's July Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Electronic filing with court of October Monthly Fee Application of WHSA | 0.30 | 13.50 |
|  | BSR | Draft initial report re Orrick for the 33rd interim period | 0.20 | 52.00 |
| 11/9/2009 | AL | Receive & Finalize Orrick's 33Q IR | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                          Page    15

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/9/2009 | AL | Update database with Capstone's August Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | DTW | Review and revise Orrick 33rd interim initial report (.1). | 0.10 | 16.50 |
| | BSR | Draft e-mail to Orrick re initial report for the 33rd interim period | 0.10 | 26.00 |
| | MW | Update database with Venable's 33rd interim fee application (.2); Saul Ewing's 33rd interim fee application (.1); Piper's September e-detail (.1); research PACER for Venable's missing application (.5); confer with A. Parnell re same (.1). | 1.00 | 45.00 |
| 11/10/2009 | BSR | research docket for applications not yet received and pertinent pleadings (.3); draft email to Debra Fullem re David Austern's quarterly fee application (.1) | 0.40 | 104.00 |
| | BSR | detailed review of Steptoe's 33rd interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Deloitte Tax's Feb. 2009 monthly fee application | 0.20 | 52.00 |
| | BSR | detailed review of final applications of PwC for Darex 2008 audit | 0.30 | 78.00 |
| | JAW | detailed review of PwC August 2009 fee application (1.6); draft summary of same (0.2) | 1.80 | 270.00 |
| | AL | Update database with Steptoe's 33rd Q  Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ogilvey's July thru September Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Venable's November thru June Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Campbell's September Fee Application ( Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                          Page      16

|            |     |                                                                                         | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------|-------|--------|
| 11/10/2009 | AL  | Update database with Anderson's September Fee Application ( Hard Copy)                   | 0.10  | 4.50   |
|            | AL  | Update database with Piper's September  Fee Application ( Hard Copy)                     | 0.10  | 4.50   |
| 11/11/2009 | AL  | Update database with Woodcock's September Fee Application ( Hard Copy)                   | 0.10  | 4.50   |
|            | AL  | Update database with Ewing's April thru June  Fee Application ( Hard Copy)               | 0.10  | 4.50   |
|            | BSR | Draft e-mail to Anthony Lopez re Venable quarterly fee application                       | 0.10  | 26.00  |
| 11/12/2009 | AL  | Update database with BMC's June Fee Application (electronic version)                     | 0.10  | 4.50   |
|            | AL  | Update database with Austern's 22nd Interim Fee Application ( Hard Copy)                 | 0.10  | 4.50   |
|            | AL  | Update database with BMC's May Fee Application ( Hard Copy)                              | 0.10  | 4.50   |
|            | AL  | Update database with BMC's April Fee Application ( Hard Copy)                            | 0.10  | 4.50   |
|            | AL  | Update database with BMC's June Fee Application ( Hard Copy)                             | 0.10  | 4.50   |
|            | AL  | Update database with BMC's May Fee Application (electronic version)                      | 0.10  | 4.50   |
|            | AL  | Update database with BMC's April Fee Application (electronic version)                    | 0.10  | 4.50   |
|            | JAW | detailed review of Janet S. Baer September 2009 fee application (2.3); draft summary of same (0.1) | 2.40  | 360.00 |
| 11/13/2009 | AL  | Update database with Alan's 34th Interim Fee Application (electronic version)            | 0.10  | 4.50   |

W.R. Grace & Co.                                                                 Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/13/2009 | JAW | detailed review of K&E August 2009 fee application (7.1) | 7.10 | 1,065.00 |
|  | AL | Update database with Seitz's 1st Interim Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Foley's 34th Interim Fee Application ( electronic version) | 0.10 | 4.50 |
|  | BSR | detailed review of Venable's 31st, 32nd and 33rd interim fee applications and monthly fee applications for same | 2.00 | 520.00 |
|  | MW | Work with A. Lopez to draft final final paragraphs for the 1st, 2nd and 3rd interims (.3). | 0.30 | 39.00 |
|  | AL | Update database with Kramer's 34th Interim Fee Application (electronic version) | 0.10 | 4.50 |
|  | BSR | Receive and review Venable's retention application and order | 0.30 | 78.00 |
| 11/14/2009 | AL | Draft Final period paragraphs for all applicants for first interim through fourth interim(2.0); research PACER and database for final reports and entered orders re same (2.0) | 4.00 | 500.00 |
|  | BSR | Draft initial report re Venable for the 31st, 32nd and 33rd interim period | 1.20 | 312.00 |
| 11/15/2009 | AL | continue draft of final period paragraphs for all applicants for first interim through fourth interim (2.0); research PACER and database for final reports and entered orders re same (2.0) | 4.00 | 500.00 |
|  | BSR | Draft final report re Janet Baer PC for the 33rd interim period | 0.40 | 104.00 |
|  | BSR | Draft final report re Alan B Rich for the 33rd interim period | 0.40 | 104.00 |
|  | BSR | detailed review of David Austern's 33rd interim fee application | 0.20 | 52.00 |
|  | BSR | Receive and review response of Janet Baer to initial report and draft email to Janet Baer re same | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                          Page    18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/16/2009 | WHS | detailed review of FR Baer 33Q 4-6 09. | 0.20 | 59.00 |
|  | WHS | detailed review of, and revisions to, FR Rich 33Q 4-6.09 | 0.30 | 88.50 |
|  | JAW | detailed review of K&E August 2009 fee application (10.2) | 10.20 | 1,530.00 |
|  | BSR | Draft e-mail to Venable LLP re initial report for the 33rd interim period | 0.10 | 26.00 |
|  | BSR | Receive and review Bilzin Sumberg's response to initial report | 0.10 | 26.00 |
|  | BSR | Draft final report re Bilzin Sumberg for the 33rd interim period | 0.30 | 78.00 |
|  | AL | Update database with K&E's September Fee Application (electronic) | 0.10 | 4.50 |
|  | DTW | Review and revise Venable 33rd initial report and email to B. Ruhlander re same (.1) | 0.10 | 16.50 |
|  | AL | Update database with Bilzin's Response to 33Q IR | 0.10 | 4.50 |
|  | AL | Update database with Alan's 33rd Interim FR | 0.10 | 4.50 |
|  | AL | Update database with Stroock's September Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Casner's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Foley's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with PWC's September Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                          Page      19

|              |     |                                                                                   | Hours | Amount |
|--------------|-----|-----------------------------------------------------------------------------------|-------|--------|
| 11/16/2009   | AL  | Electronic filing with court of Janet Baer's 33Q FR                               | 0.20  | 9.00   |
|              | AL  | Update database with Notice of filing exhibit B for Janet S. Baer                 | 0.10  | 4.50   |
| 11/17/2009   | BSR | Draft e-mails to various applicants inquiring as to status of responses to initial reports | 0.30  | 78.00  |
|              | BSR | Draft final report re Stroock & Stroock & Lavan for the 33rd interim period       | 0.30  | 78.00  |
|              | BSR | Receive and review Stroock's response to initial report for the 33rd interim period | 0.10  | 26.00  |
|              | BSR | Draft final report re Duane Morris for the 33rd interim period                    | 0.30  | 78.00  |
|              | AL  | Update database with Bilzin's 33Q FR                                              | 0.10  | 4.50   |
|              | BSR | Draft final report re Bilzin Sumberg (cont'd) for the 33rd interim period         | 0.30  | 78.00  |
|              | JAW | Draft summary of K&E August 2009 fee application (0.7)                            | 0.70  | 105.00 |
|              | WHS | detailed review of FR Bilzin 33Q 1-3.09                                          | 0.20  | 59.00  |
|              | WHS | Receive and review agenda                                                         | 0.10  | 29.50  |
|              | AL  | Update database with Reed's July through September Fee Application (Hard Copy)     | 0.10  | 4.50   |
|              | AL  | Update database with Kirkland's September Fee Application (Hard Copy)              | 0.10  | 4.50   |
|              | AL  | Electronic filing with court of Bilzin's 33Q FR                                   | 0.20  | 9.00   |

W.R. Grace & Co.                                                                                                    Page     20

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/17/2009 | AL | Update database with BMC's April through June Fee Application (Hard Copy) | 0.10 | 4.50 |
| 11/18/2009 | WHS | detailed review of FR Duane Morris 33Q 4-6.09. | 0.20 | 59.00 |
| | AL | Electronic filing with court of Stroock's 33Q FR | 0.20 | 9.00 |
| | AL | Update database with Baer's 34th Interim Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Caplin's September Fee Application (Hard Copy) | 0.10 | 4.50 |
| 11/19/2009 | AL | Update database with Ferry's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | Draft final report re Saul Ewing for the 33rd interim period | 0.50 | 130.00 |
| | AL | Update database with Pachulski's August Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's August Fee Application (Hard Copy) | 0.10 | 4.50 |
| 11/20/2009 | WHS | detailed review of, and revisions to, FR Saul Ewing 33Q 4-6 09 | 0.20 | 59.00 |
| 11/21/2009 | LMH | Draft e-mail to B. Ruhlander re: category spreadsheet for the 33rd period. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: category spreadsheet for the thirty-third interim period. | 0.10 | 15.00 |
| 11/23/2009 | BSR | Draft omnibus final report for the 33rd interim period | 1.40 | 364.00 |
| | AL | Update database with Bilzin's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                   Page    21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/23/2009 | AL | Update database with Orrick's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Piper's 24th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Capstone's September Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Baer's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Campbell's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Anderson's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | BSR | Draft omnibus final report for the 33rd interim period | 2.20 | 572.00 |
|  | BSR | Draft final report re Buchanan Ingersoll & Rooney for the 33rd interim period | 0.70 | 182.00 |
|  | AL | Update database with Caplin's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | BSR | detailed review of BMC's April 2009 monthly fee application | 1.90 | 494.00 |
| 11/24/2009 | BSR | Receive and review response of Venable to initial report (.2); draft final report re Venable's 31st, 32nd and 33rd quarterly fee applications (.7) | 0.90 | 234.00 |
|  | BSR | detailed review of BMC's May 2009 monthly fee application | 2.70 | 702.00 |
|  | BSR | detailed review of BMC's June 2009 monthly fee application | 0.70 | 182.00 |
|  | BSR | Draft initial report re BMC for the 33rd interim period | 0.60 | 156.00 |

W.R. Grace & Co.                                                                                      Page    22

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 11/24/2009 | WHS | detailed review of FR Buchanan 33Q 4-6.09.                                                   | 0.20  | 59.00  |
|            | WHS | detailed review of FR Venable 33Q 11.08-6.09                                                 | 0.20  | 59.00  |
|            | AL  | Update database with Venable's Response to Fee Auditor's 33rd Interim IR                      | 0.10  | 4.50   |
|            | AL  | Electronic filing with court of Venable's 33rd Interim FR                                     | 0.20  | 9.00   |
|            | AL  | Electronic filing with court of Buchanon's 33rd Interim FR                                    | 0.30  | 13.50  |
| 11/25/2009 | AL  | Update database with Orrick's October Fee Application (electronic)                            | 0.10  | 4.50   |
|            | BSR | Receive and review response of Orrick to initial report (33rd)                               | 0.10  | 26.00  |
|            | AL  | Update database with Orrick's 33rd Interim Response                                           | 0.10  | 4.50   |
|            | AL  | Receive and review and finalize IR for BMC's 33rd Interim (.1); update database with same (.1); prepare for service (.1) | 0.30  | 13.50  |
|            | AL  | Update database with Venable's September Fee Application (Hard Copy)                          | 0.10  | 4.50   |
|            | AL  | Update database with Venable's September Fee Application (Hard Copy)                          | 0.10  | 4.50   |
|            | AL  | Update database with Baer's October Fee Application (Hard Copy)                               | 0.10  | 4.50   |
|            | AL  | Update database with Caplin's response to the 33rd interim FR                                 | 0.10  | 4.50   |
|            | AL  | Update database with Lincoln's September Fee Application (electronic)                         | 0.10  | 4.50   |

W.R. Grace & Co.                                                                                    Page     23

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/25/2009 | BSR | Draft e-mail to BMC re initial report for the 33rd interim period | 0.10 | 26.00 |
| | AL | Update database with Tillinghast's October Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Lincoln's October Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Hilton's 31st Interim  Fee Application (electronic) | 0.10 | 4.50 |
| | BSR | Draft final report re Caplin & Drysdale for the 33rd interim period | 0.40 | 104.00 |
| | DTW | Review and revise 33rd interim initial report for BMC (.1). | 0.10 | 16.50 |
| | BSR | Receive and review response of K&E to initial report (33rd) | 0.10 | 26.00 |
| 11/27/2009 | LMH | Draft category spreadsheet for thirty-third interim period. | 3.10 | 465.00 |
| 11/29/2009 | BSR | Draft final report re Kirkland & Ellis for the 33rd interim period | 2.00 | 520.00 |
| | BSR | Draft final report re Orrick for the 33rd interim period | 2.40 | 624.00 |
| | BSR | Draft final report re Caplin & Drysdale for the 33rd interim period | 1.90 | 494.00 |
| 11/30/2009 | BSR | Draft final report re Kirkland & Ellis for the 33rd interim period | 5.80 | 1,508.00 |
| | BSR | Draft final report re Orrick for the 33rd interim period (.3); draft emails to Warren Smith re same (.1) | 0.40 | 104.00 |
| | BSR | Draft e-mails Orrick and Caplin & Drysdale regarding their final reports for the 33rd interim period | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                          Page    24

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2009 | WHS | detailed review of, and revisions to, FR Orrick 33Q 4-6.09 | 0.20 | 59.00 |
| | AL | Update database with Venable's 34th Interim Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Kramer's October Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Saul Ewing's CNO for the 1st Q | 0.10 | 4.50 |
| | AL | Electronic filing with court of Caplin's 33Q FR | 0.20 | 9.00 |
| | AL | Update database with Ewing's October Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Orrick's 33rd Interim FR | 0.10 | 4.50 |
| | AL | Update database with Caplin's 33rd Interim FR | 0.10 | 4.50 |
| | AL | Draft CNO Re October Monthly Application (.4); Efiling of re same (.3) | 0.70 | 31.50 |
| 12/1/2009 | AL | Update database with CNO for Austern's September Fee Application | 0.10 | 4.50 |
| | AL | Update database with Kirkland's Response to 33Q IR | 0.10 | 4.50 |
| | AL | Update database with Foley's October Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with Alan Rich's November Fee Application (electronic) | 0.10 | 4.50 |
| | AL | Update database with CNO for Tillinghast's September Fee Application | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                    Page    25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2009 | AL | Update database with Kirkland's 33rd Interim FR | 0.10 | 4.50 |
|  | AL | Update database with Foley's October Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Kramer's October Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Ewing's October Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Stroock's Ocotber Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Stroock's March through August Fee Application (electronic version) | 0.10 | 4.50 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: additional files for category spreadsheet for the thirty-third interim period applications. | 0.10 | 15.00 |
|  | BSR | Draft final report re K&E for the 33rd interim period (1.3); draft email to Warren Smith re same (.1) | 1.40 | 364.00 |
|  | BSR | detailed review of quarterly fee application (filed 11/24/09) of W.D. Hilton | 0.30 | 78.00 |
|  | BSR | Draft final report re W.D. Hilton for the 33rd interim period | 1.00 | 260.00 |
|  | BSR | research docket for objections to any of our final reports | 0.30 | 78.00 |
|  | BSR | Draft fee and expense recommendation exhibit for 33rd interim period | 3.20 | 832.00 |
|  | BSR | telephone conference with Lisa Hamm re status of Dwek final reports | 0.10 | 26.00 |
|  | BSR | Draft omnibus final report for the 33rd interim period | 0.20 | 52.00 |

W.R. Grace & Co.                                                                                    Page      26

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/2/2009 | BSR | Receive and review BMC's response to initial report | 0.10 | 26.00 |
| | AL | Update database with Stroock's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Ogilvy's October Fee Application (electronic version) | 0.10 | 4.50 |
| | BSR | Draft omnibus final report for the 33rd interim period | 0.30 | 78.00 |
| | BSR | Draft revision to final report re Kirkland & Ellis for the 33rd interim period | 0.30 | 78.00 |
| | AL | Update database with Deloitte's (tax) March and August Fee Applications (Hard Copies) | 0.20 | 9.00 |
| | LMH | Additions to draft category spreadsheet for the thirty-third interim period. | 1.20 | 180.00 |
| | WHS | detailed review of, and revisions to, FR KE 33Q 4-6.09 | 0.30 | 88.50 |
| | AL | Update database with BMC's Response to Fee Auditor's 33Q IR | 0.10 | 4.50 |
| | AL | Update database with Omnibus for the 33Q FR | 0.10 | 4.50 |
| 12/3/2009 | AL | Update database with Baker's April through September Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Update database with Ogilvy's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Woodcock's October Fee Application (electronic version) | 0.10 | 4.50 |
| | LMH | Receive and review multiple e-mails from L. Oberholzer, Pachulski, re: category spreadsheet for the thirty-third interim period. | 0.20 | 30.00 |

W.R. Grace & Co.                                                                                     Page    27

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/3/2009 | LMH | Additions to draft category spreadsheet for the thirty-third interim period. | 1.80 | 270.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: requested revisions to category spreadsheet for the 33rd interim period. | 0.20 | 30.00 |
| | LMH | telephone conference with B. Ruhlander re: multiple Darex applications for posting in category spreadsheet. | 0.10 | 15.00 |
| | BSR | telephone conference with Lisa Hamm re project category spreadsheet for the 33rd interim period | 0.10 | 26.00 |
| | AL | Electronic filing with court of Omnibus for the 33Q FR | 0.20 | 9.00 |
| | BSR | Receive and review draft project category spreadsheet for the 33rd interim period | 0.50 | 130.00 |
| | JAW | Proofread W.H. Smith & Assoc. November 2009 Fee Application and Notice (0.3); e-mail to M. White regarding any revisions needed to same (0.1). | 0.40 | 60.00 |
| | BSR | Draft e-mails to applicants concerning omnibus final report (.3) and final report re K&E (.1) for the 33rd interim period | 0.40 | 104.00 |
| | AL | Electronic filing with court of Kirkland's 33Q FR | 0.30 | 13.50 |
| | WHS | detailed review of, and revisions to, omnibus final report 33Q 4-6.09. | 0.30 | 88.50 |
| 12/4/2009 | AL | Update database with Capstone's 34th Interim Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Update database with Woodcock's October Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Stroock's 34th Interim Fee Application (electronic version) | 0.10 | 4.50 |
| 12/7/2009 | BSR | telephone conference with Warren Smith re non-working travel issue in W.D. Hilton final report | 0.10 | 26.00 |

W.R. Grace & Co.                                                                                      Page    28

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/7/2009 | AL | Update database with Campbell's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | WHS | detailed review of, and revisions to, FR Hilton 33Q 8 05-1 09 | 0.30 | 88.50 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| | LMH | Receive and review multiple e-mails from L. Oberholzer, Pachulski, re: category spreadsheet and professionals' agreement with final reports for the thirty-third interim period. | 0.20 | 30.00 |
| | BSR | receive, review, and respond to email from debtor's counsel regarding next Monday's hearing (.2); draft emails to various applicants inquiring as to whether they intend to object to final reports (.3) | 0.50 | 130.00 |
| | AL | Update database with Morris' October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Reed's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ferry's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Caplin's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Anderson's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Legal Analysis' October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Charter Oak's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Stroock's 34th Interim Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Capstone's 34th Interim Fee Application ( Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page    29

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 12/8/2009 | AL | Efiling with the Court of WHSA's November Fee Application | 0.30 | 13.50 |
| | AL | Update database with Beveridge's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Beveridge's October Fee Application ( Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Sander's October Fee Application (Electronic Version) | 0.10 | 4.50 |
| | AL | Update database with Snyder's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Austern's October Fee Application (Electronic Copy) | 0.10 | 4.50 |
| 12/9/2009 | AL | Update database with Baker's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | Receive and review agenda for 12.14.09 fee application hearing and draft email to Anthony Lopez re same | 0.10 | 26.00 |
| | AL | Update database with Austern's October Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Woodcock's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Kirkland's July through September Fee Application ( Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Kirkland's 34th Interim Fee Application (electronic copy) | 0.10 | 4.50 |
| 12/10/2009 | WHS | Receive and review amended notice of hearing | 0.10 | 29.50 |
| | AL | Update database with Kirkland's summary for the 34th Interim | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page    30

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/11/2009 | AL | Update database with Order Approving 33rd Interim Fee Application's | 0.10 | 4.50 |
|  | AL | Update database with Casner's October Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Casner's Ocotober Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Kirkland's October Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Kirkland's 34th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | BSR | receive, review, and respond to email from Melanie White re signed fee order (33rd) | 0.10 | 26.00 |
|  | MW | detailed review of Proposed Order regarding 33rd interim fee applications in preparation for hearing (1.5); research PACER re same (.3); confer with B. Ruhlander re same (.1); prepare hearing binder for same (1.0). | 2.90 | 377.00 |
| 12/13/2009 | AL | Review Final Reports & Draft Final Paragraphs for the 5th, 6th, and 7th Interim's | 7.00 | 875.00 |
| 12/14/2009 | AL | Update database with PWC's Ocotober Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Blackstone's July, August, and September Fee Application (Electronic Copy) | 0.10 | 4.50 |
| 12/15/2009 | AL | Update database with Blackstone's October Fee Application (electronic copy) | 0.10 | 4.50 |
| 12/16/2009 | AL | Update database with Holme's June Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Casner's October Fee Application ( electronic copy) | 0.10 | 4.50 |
| 12/17/2009 | AL | Update database with Ogilvey's November Fee Application ( electronic copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                          Page    31

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/17/2009 | AL | Update database with HRO's February Fee Application ( electronic copy) | 0.10 | 4.50 |
|  | BSR | telephone conference with Warren Smith re message from Ed Westbrook at Richardson about project category spreadsheet (.1); review same and telephone conference witih Ed Westbrook (.1) | 0.20 | 52.00 |
| 12/18/2009 | AL | Update database with Ogilvy's November Fee Application ( hard copy) | 0.10 | 4.50 |
| 12/21/2009 | AL | Update database with PWC's October Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with HRO's February Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Blackstone's 33rd Interim Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with HRO's March Fee Application ( electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with HRO's March Fee Application ( hard copy) | 0.10 | 4.50 |
| 12/22/2009 | AL | Update database with Baer's November Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Piper's Final Interim Fee Application ( hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Baer's November Fee Application (electronic version) | 0.10 | 4.50 |
|  | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 12/23/2009 | BSR | Receive and review agenda for 1/4/10 hearing and respond to Melanie White re same | 0.10 | 26.00 |
| 12/24/2009 | AL | Research 9th, 10th, and 11th interim final reports, docket numbers, and entered orders. Draft 9th, 10th, and 11th Interim prior period paragraphs. | 6.00 | 750.00 |

W.R. Grace & Co.                                                                                      Page      32

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/24/2009 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 12/28/2009 | AL | Draft CNO re November Fee Application of WHSA | 0.40 | 18.00 |
|  | AL | Research 12th interim final reports, docket numbers, and entered orders. Draft 12th Interim prior period paragraphs. | 4.00 | 500.00 |
|  | AL | Update database with Piper's Final Interim Fee Application (hard copy) | 0.10 | 4.50 |
| 12/29/2009 | AL | Update database with Austern's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Kramer's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Foley's November Fee Application (hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Ewing's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Austern's November Fee Application (hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's November Fee Application (hard copy) | 0.10 | 4.50 |
|  | AL | Update database with Morris' November Fee Application (hard copy) | 0.10 | 4.50 |
| 12/30/2009 | AL | E-filing of WHSA's November CNO | 0.20 | 9.00 |
|  | AL | Update database with FJP's November Fee Application (electronic copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                           Page    33

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 12/30/2009 | AL | Update database with Bilzin's October Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Campbell's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Caplin's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Anderson's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Charter's November Fee Application (electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Morris' November Fee Application ( electronic copy) | 0.10 | 4.50 |
|  | AL | Update database with Bilzin's November Fee Application (electronic copy) | 0.10 | 4.50 |

**For professional services rendered**                                                 **273.70 $46,033.00**

Additional Charges :

| 10/31/2009 | Copying cost | 2.40 |
|---|---|---|
|  | Third party copies & document prep/setup. | 164.82 |
|  | Pacer Charges | 9.12 |
| 11/30/2009 | Pacer charges | 0.72 |
|  | Copying cost at ten cents per page | 16.40 |
|  | Third party copies & document prep/setup. | 21.70 |

W.R. Grace & Co.                                                                                          Page     34

|  |  | **Amount** |
|---|---|---|
| 11/30/2009 | Third party copies & document prep/setup. | 328.13 |
| 12/31/2009 | Pacer Charges | 56.96 |
|  | Third party copies & document prep/setup. | 216.80 |
|  | Copying cost | 7.50 |
|  | **Total additional charges** | **$824.55** |
|  | **Total amount of this bill** | **$46,857.55** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 26.20 | 125.00 | $3,275.00 |
| Anthony Lopez | 40.20 | 45.00 | $1,809.00 |
| Bobbi S. Ruhlander | 86.90 | 260.00 | $22,594.00 |
| Doreen Williams | 0.90 | 165.00 | $148.50 |
| James A. Wehrmann | 100.20 | 150.00 | $15,030.00 |
| Lisa M Hamm | 7.10 | 150.00 | $1,065.00 |
| Melanie White | 7.50 | 130.00 | $975.00 |
| Melanie White | 1.00 | 45.00 | $45.00 |
| Warren H Smith | 3.70 | 295.00 | $1,091.50 |