IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket Nos. 23724, 23866** |
| | **1/25/10 Agenda # 8** |

## CERTIFICATE OF COUNSEL REGARDING ORDER AND JOINT PRETRIAL STATEMENT FOR LIMITATIONS TRIAL ON CANADIAN PROPERTY DAMAGE CLAIM NUMBERS 11627 AND 12476

1. Pursuant to the previous directions of the Court, the parties negotiated and agreed upon a pretrial statement for the statute of limitations trial of Canadian property damage claim numbers 11627 and 12476.

2. The final Pre-Trial Statement and an Order approving the Pre-trial Statement and setting the trial on these matters are attached hereto.

3. The Debtors have provided counsel for the claimants with copies of the draft Order and this Certificate of Counsel and counsel has not raised any objections to the form of these documents.

4. Further, after the January 25, 2010 status on this matter, counsel for the Debtors discovered they had a conflict with the date originally set for the trial of the matter (March 22, 2010). Counsel for the claimants agreed that this matter could instead be hearing on April 19, 2010, as reflected in the attached Order and related documents.

5. As a result, the Debtors respectfully request entry of the attached Order approving the Pre-Trial Statement and setting this matter for trial on April 19, 2010 as the last item on the

agenda for the Debtors' Omnibus hearing in Wilmington, Delaware.

Dated: February 5, 2010

Respectfully submitted,

COUNSEL FOR DEBTORS:

REED SMITH LLP
James J. Restivo, Jr. (Bar No. 10113)
Douglas E. Cameron (Bar No. 41644)
Traci S. Rea (Bar No. 76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60604
(312)641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*James E O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400