IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket Nos. 23724, 23866** |
| | **1/25/10 Agenda # 8** |

### ORDER REGARINDING TRIAL ON CANADIAN PROPERTY DAMAGE CLAIM NUMBERS 11627 AND 12476

Pursuant to the previous directions of the Court and the attached pretrial statement for the statute of limitations trial of Canadian property damage claim numbers 11627 and 12476, this Court hereby Orders as follows:

1. The Court hereby approves the Pre-trial Statement.

2. Pursuant to the Pre-Trial Statement, the parties will exchange exhibits, if any, to be used for trial and provide copies of those exhibits to the Court, ten (10) days before trial.

3. The trial of this matter will take place on April 19, 2010 as the last item on the agenda for the Debtors' Omnibus hearing in Wilmington, Delaware which commences at 10:30 a.m.

Dated: February ___, 2010

_____
Honorable Judith K. Fitzgerald
U. S. Bankruptcy Judge

91100-001\DOCS_DE:157343.1