IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                  Chapter 11

W.R. Grace & Co.                                        Case No. 01-1139 (JKF)

Debtors

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

I, Tom B. Scott, III, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney of Scott & Scott, Ltd., 5 Old River Place, Suite 204, Jackson, Mississippi 39202. I am a member in good standing of the Bar of the State of Mississippi, Mississippi Bar No. 6578.

2. The Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Amended Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated August 27th, 2004.

3. The law firm of Scott & Scott, Ltd. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has a executed a Power of Attorney or Contract authorizing Tom B, Scott, III to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to exposure to asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the above-referenced debtors. Pursuant to the Amendatory Order, all of the relevant information identifying the Creditors, the nature and amount of their claim is

contained in exhibits, which have not been scanned, but available upon motion and order of the Court.

7. The Law Office of Scott & Scott, Ltd., does not hold any claims or interest in the Debtor.

8. The Law Office of Scott & Scott, Ltd., will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
TOM B. SCOTT, III

Sworn to before me this _8_ day
Of _February_, 2010

_____
Notary Public

LAW OFFICE OF SCOTT & SCOTT, LTD
5 Old River Place, Suite 204
Jackson, Ms 39202
By: Tom B. Scott, III

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                                                 Chapter 11

W.R. GRACE & CO., et. al.,                              Case No.01-1139(JKF)

Debtors.

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing verified statement without exhibits has been served upon counsel for all parties listed on the Service List to this proceeding by mailing the same to each by First Class United States mail, properly addressed and postage prepaid on this 8th day of Feb, 2010.

_____
TOM B. SCOTT, III

POWER OF ATTORNEY

_____

_____

In re: _____    )    Chapter _____
                                                    )
     _____    )
                                                    )
                Debtor,                    )
                                                    )

To:    Scott & Scott, Ltd. Law Firm, Attorneys at Law, Suite 204, 5 Old River Place, Post Office Box 2009, Jackson, Mississippi, 39215-2009

The undersigned hereby authorizes Tom B. Scott, III, as attorney in fact for the undersigned and with full power of substitution to vote on any questions that may be lawfully submitted to creditors of any and all asbestos defendants, in any Chapter 11 filed on behalf of a Debtor to vote, after review of the appropriate Disclosure Statements, for any Plan of Reorganization of such Debtor and, in general, to perform any act not constituting the practice of law for the undersigned in all matters arising in this case. The undersigned authorizes Tom B. Scott, III and the Scott & Scott Law Firm to utilize this Power of Attorney as necessary to promote, pursue and support my claim in any and all bankruptcies now, or in the future.

SIGNED UNDER PENALTY OF PERJURY

Dated: _____

                                       _____
                                                    Name

                              Address: _____

                                                _____

                  Claimants Social Security No. _____