IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the undersigned has changed mailing address. Service upon Alan B. Rich, Esq., as Counsel to Hon. Alexander Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands, should be as follows:

> Alan B. Rich
> Attorney and Counselor
> 4244 Renaissance Tower
> 1201 Elm Street
> Dallas, Texas 75270

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 8th day of February, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____