## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/1/2010 |
| | § | Hearing Date: 6/7/2010 |

### FIFTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE 35th QUARTERLY PERIOD FROM OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr. LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of $65,280.00 for the reasonable and necessary legal services he has rendered to the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands and (ii) reimbursement of actual and necessary expenses that he has incurred in the amount of $2,541.51, for a total of $67,821.51 or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period October 1, 2009 through December 31, 2009 (the "Quarterly Fee Application"), and in support of this Quarterly Fee Application, would respectfully show as follows:

SUMMARY

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2009 through December 31, 2009 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $65,280.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $2,541.51 |

This is a(n):   ☐ Monthly   ☒ Quarterly   ☐ Interim   ☐ Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/4/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Quarterly Application period Mr. Rich billed 108.8 hours,[2] for a total amount billed of $65,280.00, of which 80% ($52,224.00) has already been paid, leaving the amount not yet approved or paid of **$13,056.00.**

_____

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

The time for preparation of this fourth Quarterly Application is approximately 2.5 hours, for which $1,500.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 82.7 | $49,620.00 |
| Travel | 22.0   (at 100%) | $6,600.00   (at 50%) |
| Fee Applications | 15.1 | $9,060.00 |
| TOTAL | 119.8 (with travel at 100%) | $65,280.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $2,135.16 |
| Court Call | $146.00 |
| Postage/Fed Ex | $10.35 |
| Deposition Phone Charge | $100.00 |
| Airline Fees | $150.00 |
| TOTAL | $2,541.51 |

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy Code.

2.     On May 3, 2001 , the Court entered an Interim Compensation Order, as amended by the Amended Interim Compensation Order, establishing procedures for monthly compensation and reimbursement of expenses of professionals (each such application, a "Monthly Fee Application"), and whereby any notice party listed in the Amended Interim Compensation Order may object to such Monthly Fee Application.  If no notice party objects to professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of the interim and final fee applications of the professional.

3.     Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in cormection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Fifth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 35th Quarterly fee period of October 1, 2009 through December 31, 2009 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fourteenth Monthly Interim Period from October 1, 2009 Through October 31, 2009, seeking $28,848.00 in fees (80% of $36,060.00) and $2,337.16 in expenses;

(b)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fifteenth Monthly Interim Period from November 1, 2009 Through November 30, 2009, seeking $16,176.00 in fees (80% of $20,220.00) and $10.35 in expenses;

(c)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Sixteenth Monthly Interim Period from December 1, 2009 Through December 31, 2009, seeking $7,200.00 in fees (80% of $9,000.00) and $194.00 in expenses.

7.     The monthly fee applications covered by this Quarterly Fee Application contain

detailed daily time logs describing the actual and necessary services provided by Rich during the

Fee Period, as well as other detailed information required to be included in fee applications.  The

Fourteenth, Fifteenth and Sixteenth monthly fee applications (collectively, the "Applications")

are attached hereto as Exhibits "1," "2" and "3" respectively.

8.     The periods for objecting to the fee and expense reimbursements relating to

the Fourteenth, Fifteenth and Sixteenth monthly fee applications have each passed without any

objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and

Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the

expenses requested.

9.     Rich has filed four prior Quarterly Fee Applications.

10.     By this Fifth Quarterly Fee Application, Rich requests that the Court approve the

interim allowance of compensation for professional services rendered and the reimbursement of

actual and necessary expenses incurred by Rich from October 1, 2009 through December 31,

2009, less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the

procedures set forth in the Amended Interim Compensation Order.  As stated above, the full

scope of the services provided and the related expenses incurred are fully described in the

Monthly Fee Applications that already have been filed with the Court.

11.     Rich reserves his right to seek at a later date compensation for services rendered

and expenses incurred during the applicable period that are not otherwise included in the relevant

monthly fee application.

12.     At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

13.     All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.     Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.     During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.     The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.     Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

-8-

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from October 1, 2009 through December 31, 2009, an administrative allowance be made to Rich in the sum of $65,280.00 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $2,541.51 for reimbursement of actual and necessary costs and expenses incurred, for a total of $67,821.51; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

Respectfully Submitted,

Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2010.

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 8th day of February, 2019, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-10-

# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 11/23/09** |
| | § | **Hearing Date: TBD (if needed)** |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FOURTEENTH MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

Name of Applicant:                                   Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                              Legal Representative for Future Asbestos-
                                                              Related Property Damage Claimants
                                                              and Holders of Demands

Date of Retention:                                   September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               October 1, 2009 through October 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $28,848.00   [80% of $36,060.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:          $2,337.16

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 60.1 hours,[2] for a total amount billed of $36,060.00 of which 80% is currently sought, in the amount of $28,848.00.

As stated above, this is the Fourteenth application for monthly fees and expenses.  The time for preparation of this Application is approximately 2.0 hours, for which $1,200.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 44.9 | $26,940.00 |
| Travel | 22.0   (100% actual time) | $6,600.00   (at 50% rate) |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's) | 4.2 | $2,520.00 |
| TOTAL | 71.1 | $36,060.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Deposition Phone Charges<br>Court Call Charges | $2,135.16<br>$100.00<br>$102.00 |
| TOTAL | $2,337.16 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

-3-

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

     Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

     I certify that on the 1st day of November, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (October, 2009)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 10/1/2009 | Email from Debtors' counsel and PI FCR counsel re Travelers settlement | 0.1 |
| 10/1/2009 | Prepare monthly interim fee application for the 13th period | 2.0 |
| 10/1/2009 | Review Order re motion in limine re Solomons | 0.1 |
| 10/1/2009 | Telephone conference with counsel for Travelers re settlement issues and email to counsel re same | 0.5 |
| 10/1/2009 | Review application of PI FCR to hire financial advisor | 0.2 |
| 10/2/2009 | Review email from debtors' counsel re changes to admitted trial exhibit list | 0.1 |
| 10/3/2009 | Review revised admitted trial exhibit list and email from debtors' counsel re status of agreements and meet and confer | 0.5 |

| | | |
|---|---|---|
| 10/3/2009 | Review Agenda for 10-7 hearing | 0.1 |
| 10/3/2009 | Review Anderson Memorial Response re Motion in Limine re Solomons | 0.2 |
| 10/3/2009 | Review Anderson Memorial Response re Motion in Limine re Ewing | 0.1 |
| 10/4/2009 | Review blackline of further revised master admitted exhibit list | 0.3 |
| 10/5/2009 | Telephonic meet and confer re master exhibit list issues | 1.5 |
| 10/5/2009 | Email to and from client | 0.1 |
| 10/6/2009 | Review CNO re 22nd claim settlement notice | 0.1 |
| 10/6/2009 | Review monthly operating report (Aug. '09) | 0.4 |
| 10/6/2009 | Review Kaneb stipulation | 0.1 |
| 10/6/2009 | Review Adage notice of intent to acquire additional equity | 0.1 |
| 10/6/2009 | Emails to and from Debtors' counsel re status of technical amendments to PD Trust Agreement | 0.1 |
| 10/6/2009 | Review email from debtors' counsel re exhibit stipulations and Libby demonstratives | 0.2 |
| 10/7/2009 | Review proposed changes to the Travelers' settlement 9019 Order and email to client re same | 0.2 |
| 10/7/2009 | Review agenda for resumption of Confirmation Hearing on 10/13-10/14 | 0.2 |
| 10/7/2009 | Review transcript of trial testimony of PD FCR | 0.8 |

| | | |
|---|---|---|
| 10/7/2009 | Review email from debtors' counsel re exhibits and insurer stipulations | 0.2 |
| 10/7/2009 | Telephone conference with client | 0.1 |
| 10/7/2009 | Revisions to Travelers' settlement order and email to Travelers' counsel re same | 0.2 |
| 10/7/2009 | Attend (by telephone) hearings on various motions re Anderson Memorial Hospital discovery and testimony | 1.6 |
| 10/7/2009 | Preparation of 6th, 7th and 8th Monthly Fee Applications of the PD FCR | 2.0 |
| 10/7/2009 | Review Certification of Counsel re stipulation of admissiblility of Bank Lender Group/UCC exhibits | 0.1 |
| 10/8/2009 | Emails re stipulation for attachments to 2019 statements | 0.1 |
| 10/8/2009 | Review Certification of Counsel re chart of admitted or stipulated to exhibits | 0.4 |
| 10/8/2009 | Review Certification of Counsel re Plan Proponents' exhibits | 0.2 |
| 10/8/2009 | Review Certification of Counsel Re: Filing of Chart of Depositions and Other Prior Testimony Designations | 0.4 |
| 10/8/2009 | Review revisions to the Travelers' settlement order and emails to and from other counsel re same | 0.3 |
| 10/8/2009 | Review Certificate of No Objection re Chartis amended settlement agreement | 0.1 |
| 10/9/2009 | Review GEICO Exhibit stipulation | 0.1 |
| 10/9/2009 | Telephone conference with Dan Speights | 0.1 |

| | | |
|---|---|---|
| 10/9/2009 | Review Debtors' response to Munoz motion to lift stay | 0.3 |
| 10/9/2009 | Review CNA stipulation re trial exhibits | 0.1 |
| 10/9/2009 | Review Amended Agenda for October 13-14 | 0.2 |
| 10/9/2009 | Review CoC re Travelers settlement | 0.2 |
| 10/9/2009 | Review amended PD settlements with Main Plaza and KARK-TV | 0.1 |
| 10/11/2009 | Telephone conference with Dan Speights | 0.1 |
| 10/11/2009 | Review proposed post-trial scheduling order | 0.1 |
| 10/12/2009 | Email from J. Baer re closing arguments | 0.1 |
| 10/12/2009 | Telephone conference with client re Travelers settlement | 0.1 |
| 10/12/2009 | Review Debtors' proffer of direct testimony of Richard Finke and comparison to prior draft | 0.4 |
| 10/12/2009 | Review demonstrative exhibit re Prouty claim | 0.1 |
| 10/12/2009 | Review Written question answers of Mark Shelnitz | 0.2 |
| 10/12/2009 | Travel (non-productive) Dallas to Pittsburgh (4.8 hrs.@ 50%) | 2.4 |
| 10/13/2009 | Confirmation Hearing -- Day 9 | 8.5 |
| 10/13/2009 | Review Notice of Amendments to Admitted Exhibit Chart | 0.2 |
| 10/13/2009 | Review Notice of Amendments to Deposition Chart | 0.1 |
| 10/13/2009 | Review Second Cumulative Plan Amendments | 1.0 |
| 10/13/2009 | Review Settlement motion re Town of Acton | 0.1 |

| | | |
|---|---|---|
| 10/13/2009 | Review Order granting Motion in Limine re Ewing | 0.1 |
| 10/13/2009 | Review Order approving stipulation regarding UCC and Lender exhibits | 0.1 |
| 10/13/2008 | Review Order regarding Solomons Motion in Limine | 0.1 |
| 10/13/2009 | Review Order approving Chartis Settlement | 0.1 |
| 10/13/2008 | Review Order approving Travelers Settlement | 0.1 |
| 10/13/2009 | CNOs re PD Settlements with John Muir Hospital, KARK-TV, Main Plaza, North Arkansas Reg. Med. Ctr, Gulf Atlantic, Hyatt, Allegheny Center, FF Thompson Center, Burgdoff Building, Olympus 555, Glen Oak Club and Chgo Hist. Soc. | 0.4 |
| 10/13/2009 | Review CNOs re Motions to Sell 5% of Advanced Refining business, BNSF POC Stipulation, and Motion to Establish Defined Contribution Plan for New Hires | 0.2 |
| 10/14/2009 | Confirmation Hearing -- Day 10 | 7.0 |
| 10/14/2009 | Travel (non-productive) Pittsburgh to Dallas (4.8 hrs.@ 50%) | 2.4 |
| 10/15/2009 | Review Maryland Casualty Request for Judicial Notice | 0.2 |
| 10/15/2009 | Conference with counsel for PD Committee re amendments | 0.2 |
| 10/15/2009 | Conference with client | 0.1 |
| 10/15/2009 | Email from Debtors' counsel re revisions to Post-Trial briefing Order | 0.1 |
| 10/15/2009 | Review Debtors' statement re ordinary course professionals for 3Q09 | 0.1 |
| 10/16/2009 | Review Post Trial Briefing and Argument Order and redline | 0.2 |

| | | |
|---|---|---|
| 10/17/2009 | Review Certification of Counsel from Debtors re Post-Trial scheduling order | 0.1 |
| 10/17/2009 | Review letter to court and proposed Post-Trial scheduling order from Anderson Memorial | 0.1 |
| 10/19/2009 | Review emails from debtors' counsel re trial exhibits and deposition designations | 0.2 |
| 10/19/2009 | Review Certificate of No Objection re PD settlement with Presidential Towers | 0.1 |
| 10/19/2009 | Review Request for Judicial Notice by Libby Claimants | 0.1 |
| 10/19/2009 | Review Agenda for October Omnibus hearing | 0.1 |
| 10/20/2009 | Review motion to approve stipulation resolving environmental POC of Austin Foods | 0.1 |
| 10/20/2009 | Review motion to approve stipulation resolving environmental POC of the State of New Jersey | 0.2 |
| 10/20/2009 | Review latest revised charts of admitted exhibits and withdrawn exhibits | 1.0 |
| 10/20/2009 | Review Final agenda for October Omnibus hearing | 0.1 |
| 10/20/2009 | Review Stipulation for Admission of Certain Arrowood Indemnity Company Insurance Policies Between Arrowood and Libby Claimants | 0.1 |
| 10/21/2009 | Emails to and from client re omnibus hearing | 0.1 |
| 10/21/2009 | Review emails regarding hyperlinking briefs | 0.1 |
| 10/21/2009 | Emails to and from Debtors' counsel re post trial briefs | 0.2 |

| | | |
|---|---|---|
| 10/21/2009 | Conference with client re post trial briefing issues | 0.1 |
| 10/21/2009 | Prepare and file Certificate of No Objection re 13th Monthly Fee Application of counsel to the PD FCR | 0.2 |
| 10/21/2009 | Review Grace List of additional exhibits/Proffer | 0.2 |
| 10/21/2009 | Emails from Debtors re copy of Judge Sanders' proffer | 0.1 |
| 10/22/2009 | Email from client re post trial brief | 0.1 |
| 10/22/2009 | Review additional Grace exhibits added to FTP site | 0.2 |
| 10/22/2009 | Begin drafting of post-trial brief of PD FCR | 1.5 |
| 10/22/2009 | Email from Debtors' counsel re meet and confer re deposition designations | 0.1 |
| 10/23/2009 | Review Certification of Counsel re orders on MIL re Libby reliance material and Anderson Memorial/State of Montana deposition designations | 0.1 |
| 10/23/2009 | Review Debtors' revised charts of admitted and non-admitted exhibits | 0.4 |
| 10/23/2009 | Telephonic meet and confer admitted and not admitted exhibit lists issues | 0.5 |
| 10/23/2009 | Continue Drafting Post Trial Brief of PD FCR | 2.0 |
| 10/24/2009 | Review further Amended Hearing Agenda for October Omnibus hearing | 0.1 |
| 10/24/2009 | Review memo regarding hyperlinks and email from K. Love re hyperlink questions | 0.1 |
| 10/24/2009 | Review Lenders' brief re Frezza motion in limine | 0.5 |

| | | |
|---|---|---|
| 10/25/2009 | Travel (non-productive) from Dallas to Wilmington (5.2 hrs. @ 50%) | 2.6 |
| 10/26/2009 | Attend October Omnibus hearing | 2.0 |
| 10/26/2009 | Emails to and from PD Committee Counsel re status of plan amendments | 0.1 |
| 10/26/2009 | Email from Debtors' counsel re post-trial brief | 0.1 |
| 10/26/2009 | Travel (non-productive) from Wilmington to Dallas (7.2 hrs. @ 50%) | 3.6 |
| 10/27/2009 | Revisions to post-trial brief of PD FCR and emails and telephone call to and from client re same | 0.5 |
| 10/27/2009 | Telephone call with debtors' counsel re briefing | 0.1 |
| 10/27/2009 | Review Order approving PD Settlement with Presidential Towers | 0.1 |
| 10/27/2009 | Email from debtors' counsel re citations in briefs | 0.1 |
| 10/27/2009 | Review Certification of Counsel re Order on Post-Trial matters | 0.1 |
| 10/27/2009 | Review emails from Libby's and Debtors' counsel re hyperlink issues | 0.1 |
| 10/27/2009 | Review Notice of rejection of Pennsylvania lease | 0.1 |
| 10/28/2009 | Revision to post trial brief and email from client re same | 0.1 |
| 10/28/2009 | Review notice of transmittal of record re bank lenders' appeal | 0.1 |
| 10/28/2009 | Review Orders approving various PD Settlements (Chgo Hist. Soc., No. Ark. Med. Ctr, Gulf Atlantic, Burgdoff, St. Jos. Hosp., FF Thompson Ctr, Muir Hosp, Glenn Oak, Hyatt, Olympus 555, KARK-TV, Main Plaza, Allegheny Center) | 0.3 |

| | | |
|---|---|---|
| 10/28/2009 | Review filed Final Charts re Deposition Excerpts, Admitted Exhibits and Not Admitted Exhibits | 1.0 |
| 10/28/2009 | Review Orders approving sale of Advanced Refining stock, approving stipulation with BNSF re POC and approving definied contribution plan for new hires | 0.1 |
| 10/28/2009 | Email from Debtors' counsel re change in final argument dates | 0.1 |
| 10/29/2009 | Review Certification of Counsel and proposed order regarding rescheduling of closing arguments | 0.1 |
| 10/30/2009 | Review Certification of Counsel re Motion in Limine re Frezza testimony | 0.1 |
| 10/30/2009 | Review Order resetting dates for closing arguments | 0.1 |
| 10/31/2009 | Review notices of de minimus settlements and asset sales for 3Q2009 | 0.2 |

Total: 60.1 hours @ $600.00/hour = $36,060.00

<u>Expenses</u>:   Detail on Exhibit 1– $2,337.16

**<u>Total Fees and Expenses Due</u>:   $38,397.16**

EXPENSES FOR OCTOBER 2009                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 9/25/2009 | Court Reporter Charge for Solomons Deposition Telephone Charge | $100.00 |
| 10/7/2009 | Court Call telephonic appearance charge | $37.00 |
| 10/13/2009 | Court Call telephonic appearance charge | $65.00 |
| 10/12/2009 | RT Coach Airfare from DFW to PIT and stand-by charge | $409.20 |
| 10/12/2009 | Taxi from PIT to hotel | $43.00 |
| 10/12/2009 | Dinner | $19.99 |
| 10/13/2009 | Lunch with A. Sanders (PDFCR) and M. Kramer (PD Committee) | $61.00 |
| 10/14/2009 | Hotel (two nights) | $636.12 |
| 10/14/2009 | Hotel tips | $5.00 |
| 10/14/2009 | Airport transportation to PIT from downtown | $60.00 |
| 10/14/2009 | DFW Airport Parking | $42.00 |
| 10/25/2009 | RT Coach Airfare from DFW to PHL and stand-by fee | $416.20 |
| 10/25/2009 | Rental Car and gasoline | $35.77 |
| 10/25/2009 | Dinner | $19.98 |
| 10/26/2009 | Lunch | $45.00 |
| 10/26/2009 | Hotel | $317.90 |
| 10/26/2009 | Hotel and Valet Tips | $5.00 |
| 10/26/2009 | DFW Airport Parking | $19.00 |
| | TOTAL EXPENSES | $2,337.16 |

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/21/09 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE FIFTEENTH MONTHLY INTERIM
PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

Name of Applicant:                                   Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                              Legal Representative for Future Asbestos-
                                                              Related Property Damage Claimants
                                                              and Holders of Demands

Date of Retention:                                    September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               November 1, 2009 through November 30, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $16,176.00   [80% of $20,220.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:          $10.35

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |

[1] At 80% of the total incurred.

-2-

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 33.7 hours,[2] for a total amount billed of $20,220.00 of which 80% is currently sought, in the amount of $16,176.00.

As stated above, this is the Fifteenth application for monthly fees and expenses. The time for preparation of this Application is approximately 2.0 hours, for which $1,200.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 26.4 | $15,840.00 |
| Fee Applications (Monthly & Quarterly) (Incl. FCR's & Local counsel's) | 7.3 | $4,380 |
| TOTAL | 33.7 | $20,220.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Postage | $10.35 |
| TOTAL | $10.35 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time is included in this figure, but at 50% of the actual time.

-3-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                             Respectfully Submitted,

                             _____

                             Alan B. Rich, Esq.
                             Texas Bar No. 16842350
                             1401 Elm Street, Suite 4620
                             Dallas, Texas 75202
                             (214) 744-5100
                             (214) 744-5101 [fax]
                             arich@alanrichlaw.com

                             COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

     I certify that on the 1st day of December, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                             _____

-4-

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (November, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 11/1/2009 | Prepare 14th Monthly Fee Applicaton | 2.0 |
| 11/1/2009 | Revise Proof and file Post-Trial Brief of PD FCR | 0.5 |
| 11/2/2009 | Conference with client re status | 0.1 |
| 11/4/2009 | Emails to and from PD Committee Counsel re status of PD Trust modifications | 0.1 |
| 11/4/2009 | Review Order on Motion in Limine to Preclude Expert Testimony on Behalf of the Libby Claimants Where the Reliance Materials Have Not Been Produced | 0.1 |
| 11/4/2009 | Review Order on Grace Motion to strike Montana and Libby deposition designations | 0.1 |
| 11/4/2009 | Review Monthly Operating Report (September 2009) | 0.4 |

Page 1 of 5

| | | |
|---|---|---|
| 11/4/2009 | Review motion for leave to exceed page limitations filed by Plan Proponents | 0.1 |
| 11/4/2009 | Review general Post Trial Brief of the Plan Proponents and Libby Issues Brief of Plan Proponents | 4.0 |
| 11/4/2009 | Telephone conference with client re status | 0.1 |
| 11/4/2009 | Emal from Ted Freedman re status of PD Trust technical amendments | 0.1 |
| 11/4/2009 | Prepare CNO's for PD FCR's 6th, 7th and 8th monthly fee applications | 0.4 |
| 11/4/2009 | Prepare 9th Monthly Fee Applicaton of PD FCR | 0.8 |
| 11/5/2009 | Attention to transmission of various post-trial briefs to client | 0.2 |
| 11/5/2009 | Review Post-Trial Briefs (Plan Proponents' Brief re Bank Lender Issues; Garlock; Various Joinders in others' Post Trial Briefs; State of Montana) | 2.6 |
| 11/5/2009 | Emails re Hyperlinking issues for Post trial briefs | 0.1 |
| 11/6/2009 | Prepare Local Counsel fee Application | 0.3 |
| 11/6/2009 | Review Post-Trial Briefs (Anderson Memorial re feasability; BNSF; Maryland Casualty, Arrowood, GEICO/Republic, Longacre, Morgan Stanley and Libby Claimants) | 4.0 |
| 11/6/2009 | Emails re issues concerning Hyperlinking post-trial briefs | 0.1 |
| 11/6/2009 | Emails to and from fee auditor re quarterly fee application | 0.1 |
| 11/7/2009 | Review Post-Trial Briefs (CNA, One Beacon/Seaton, Hartford and Kaneb) | 2.0 |
| 11/7/2009 | Emails from Debtors re hyperlinking PD FCR brief | 0.1 |
| 11/9/2009 | Review Errata Sheet for One Beacon/Seaton brief and transmittal notices of Hyperlinked Briefs | 0.2 |

| | | |
|---|---|---|
| 11/9/2009 | Review letter to court from counsel for the UCC | 0.1 |
| 11/9/2009 | Emails to and from counsel for the PD Committee re amendments | 0.1 |
| 11/9/2009 | Email from Debtors' counsel re extension of time to file hyperliked briefs | 0.1 |
| 11/10/2009 | Review Settlement Agreement with the Edwards Plaintiffs and with Allianz | 1.0 |
| 11/10/2009 | Review Debtors' settlement motion regarding the Solow PD Claim | 0.5 |
| 11/10/2009 | Review Debtors' Motion to Expunge two Canadian PD Claims | 0.3 |
| 11/11/2009 | Review CNA notice of transmittal of hyperlinked briefs | 0.1 |
| 11/11/2009 | Review Settlement Agreement and approval motion between Debtors and Zurich | 0.5 |
| 11/12/2009 | Revisions to Frist Monthly Fee Application of Local Counsel to the PD FCR and attention to filing of same | 0.4 |
| 11/12/2009 | Preparation of 34th Quarterly Fee Application | 1.5 |
| 11/13/2009 | Preparation of 34th Quarterly Fee Application of the PD FCR | 1.5 |
| 11/13/2009 | Review Certification of Counsel re error in Arrowood post-trial brief | 0.1 |
| 11/13/2009 | Review Errata Sheet for Grace's Main post-trial brief | 0.1 |
| 11/13/2009 | Review Notice of Filing of Hyperlinked briefs of PD FCR and others | 0.1 |
| 11/13/2009 | Review CNOs re settlements with Acton, NJDEP and Austin Quality Foods and re PI FCR retention of financial advisor | 0.1 |
| 11/17/2009 | Email to client re status | 0.1 |
| 11/17/2009 | Email from J. Baer re Omnibus Hearing and arrange for telephonic participation | 0.1 |

| | | |
|---|---|---|
| 11/17/2009 | Review agenda for November Omnibus hearing | 0.1 |
| 11/18/2009 | Review Notice of Transmital of hyperlinked briefs of Longacre et al. | 0.1 |
| 11/18/2009 | Review Orders approving stiplations of settlements with NJDEP, Town of Acton and Austin Quality Foods and Order approving retention of new financial advisor to PI FCR | 0.2 |
| 11/19/2009 | Review Errata to Plan Proponents' Phase II Post-Trial Brief in Response to Confirmation Objections of the Libby Claimants | 0.1 |
| 11/19/2009 | Review Letter from Court re location of December Omnibus hearing | 0.1 |
| 11/20/2009 | Review BNSF post trial reply brief | 0.2 |
| 11/23/2009 | Prepare CNO for October Fee Application | 0.2 |
| 11/23/2009 | Attend telephonic November Omibus hearing | 0.7 |
| 11/23/2009 | Prepare CNO for PD FCR October Fee Application | 0.2 |
| 11/28/2009 | Begin Review of Reply Briefs (Longacre; Plan Propondents' (re Libby); GEICO joinder; One Beacon; Garlock; Libby Claimants; UCC; Anderson Memorial re Feasability; Kaneb; Maryland Casualty; State of Montana; CNA; Morgan Stanley; Arrowood; AXA Joinder; ACC Joinder; Plan Proponents re bank lenders and re general matters) | 3.0 |
| 11/29/2009 | Continued review of Reply Briefs | 3.0 |
| 11/29/2009 | Review reservations of rights of Fresenious and Sealed Air | 0.2 |
| 11/29/2009 | Review Anderson Memorial Errata sheet | 0.1 |
| 11/30/2009 | Telephone conference with Dan Speights | 0.1 |
| 11/30/2009 | Review CNOs re PD Settlement, re Edwards Settlement and re Zurich Settlement | 0.1 |
| 11/30/2009 | Review Response to Debtors' Motion to expunge two Canadian PD claims | 0.1 |

Total:  33.7 hours @ $600.00/hour = $20,220.00

<u>Expenses</u>:   Detail on Exhibit 1– $10.35

**<u>Total Fees and Expenses Due</u>:   $20,230.35**

EXPENSES FOR NOVEMBER 2009                                                                      EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 11/9/2009 | Postage | $10.35 |
| | TOTAL EXPENSES | $10.35 |

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 1/25/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE SIXTEENTH MONTHLY INTERIM
PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                December 1, 2009 through December 31, 2009

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $7,200.00   [80% of $9,000.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $194.00

This is a(n):   ☒ Monthly     ☐ Interim     ☐ Final Application

-1-

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

[1] At 80% of the total incurred.

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 15.0 hours,[2] for a total amount billed of $9,000.00 of which 80% is currently sought, in the amount of $7,200.00.

As stated above, this is the Sixteenth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $900.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 11.4 | $6,840.00 |
| Fee Application Matters (Incl. FCR & Local Counsel) | 3.6 | $2,160.00 |
| TOTAL | 15.0 | $9,000.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Airline Penalty Court Call | $150.00 $44.00 |
| TOTAL | $194.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

-3-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1401 Elm Street, Suite 4620
Dallas, Texas 75202
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 3rd of January, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
Elm Place
1401 Elm Street, Suite 4620
Dallas, Texas 75202
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2009)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 12/1/2009 | Review CNO re Munoz Lift Stay Motion | 0.1 |
| 12/1/2009 | Prepare 15th monthly Fee Application | 2.0 |
| 12/1/2009 | Review correspondence to Court from UCC counsel | 0.1 |
| 12/1/2009 | Review Correspondence and transmittal notices from various parties re briefs/DVDs | 0.1 |
| 12/2/2009 | Review correspondence to court from Plan Proponents regarding delivery of hyperlinked disks and transmittal notices of various parties | 0.1 |
| 12/3/2009 | Review Monthly Operating Report for October | 0.3 |
| 12/3/2009 | Review Fee Auditor's report of no issues (including PD FCR) | 0.1 |
| 12/3/2009 | Review Notice of Transmittal of Reply Briefs on DVD by Plan Proponents to Court | 0.1 |

| | | |
|---|---|---|
| 12/5/2009 | Review Wahovia Objection to Allianz Settlement and Debtos' Reply | 0.5 |
| 12/7/2009 | Draft CNO for Local Counsel fee application and attend to filing same | 0.2 |
| 12/7/2009 | Prepare 10th Monthly Fee Application papers for the PD FCR and filing and service of same | 0.7 |
| 12/7/2009 | Review AG Settlement Motion | 0.3 |
| 12/8/2009 | Review Agenda for December Omnibus hearing | 0.1 |
| 12/8/2009 | Email to client re status | 0.3 |
| 12/8/2009 | Review revisions to proposed technical amendments to PD CMO and PD Trust Agreement and email to debtors' counsel re same | 0.5 |
| 12/8/2009 | Review Order shortening Notice re AG settlement motion | 0.1 |
| 12/8/2009 | Review Certifications of Counsel regarding Order Approving 33rd Quarterly Fee Applications and Project Categories | 0.2 |
| 12/9/2009 | Telephone conference with client re status | 0.1 |
| 12/9/2009 | Email from Richard Finke re payment issues | 0.1 |
| 12/9/2009 | Review Anderson Memorial's Post-Trial Brief | 1.0 |
| 12/9/2009 | Review Notice to Canadian ZAI claimants of new bar date | 0.4 |
| 12/10/2009 | Email from Debtors' counsel re omnibus hearing | 0.1 |
| 12/10/2009 | Review Certification of Counsel re Allianz settlement and Wachovia objection | 0.1 |
| 12/10/2009 | Email to client re December Omnibus | 0.1 |
| 12/10/2009 | Review Anderson Memorial's Motion to Exceed Pages Limits for Post-Trial Brief and extention of time to file Hyperlinked version | 0.1 |
| 12/10/2009 | Review revised Certification of Counsel re Allianz settlement | 0.1 |

| | | |
|---|---|---|
| 12/10/2009 | Review amended December Omnibus hearing agenda | 0.1 |
| 12/14/2009 | December Omnibus Telephonic Hearing | 0.9 |
| 12/17/2009 | Review Certification of Counsel and Amended Order regarding appointment of Mediator on California PD Claims and email to debtors' counsel re same | 0.2 |
| 12/17/2009 | Review Order approving the Solow PD settlement | 0.1 |
| 12/17/2009 | Review Order approving the settlement with the Edwards plaintiffs | 0.1 |
| 12/17/2009 | Review Order approving the Zurich Settlement | 0.1 |
| 12/17/2009 | Review Plan Proponents' Final Chart and Analysis/Summary of Confirmation Objections and Responses | 1.0 |
| 12/17/2009 | Review Third Set of Plan Modifications | 0.7 |
| 12/21/2009 | Review CNO regarding claim settlement notice | 0.1 |
| 12/22/2009 | Review draft of Reply Brief re AMH | 1.0 |
| 12/22/2009 | Prepare and file CNO for 15th Monthly Fee Application | 0.2 |
| 12/23/2009 | Review Agenda for January closing arguments | 0.2 |
| 12/23/2009 | Review Application of Canadian ZAI Claimants to Appoint Special Counsel | 0.5 |
| 12/29/2009 | Review Anderson Memorial Errata Sheets | 0.2 |
| 12/29/2009 | Draft and file CNO for PD FCR | 0.2 |
| 12/29/2009 | Review CNO re AG Settlement | 0.1 |
| 12/29/2009 | Review Amended Agenda for closing arguments and hearing on 1/4-5/2010 | 0.1 |

| 12/29/2009 | Review Application of Canadian ZAI Claimants to Appoint Local Bankruptcy Counsel | 0.2 |
| 12/29/2009 | Email from Debtors' counsel re Graphics for Closing Arguments | 0.1 |
| 12/30/2009 | Conference with client re closing arguments | 0.1 |
| 12/31/2009 | Review stipulation resolving Kaneb plan objections | 0.2 |
| 12/31/2009 | Review stipulation regarding insurance neutrality and insurer objections to plan | 0.5 |
| 12/31/2009 | Emails to and from various counsel regarding closing argument issues/outline | 0.2 |

Total: 15 hours @ $600.00/hour = $9,000.00

Expenses:   Detail on Exhibit 1– $194.00

**Total Fees and Expenses Due:   $9,194.00**

EXPENSES FOR DECEMBER 2009                                                          EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 12/13/2009 | Airline Ticket Cancellation Penalty (Omnibus changed to Telephone only) | $150.00 |
| 12/14/2009 | Court Call (December Omnibus hearing) | $44.00 |
| | TOTAL EXPENSES | $194.00 |