IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

# EXHIBIT B

(Curtis Bay RCRA 2)

# EXHIBIT C

**(Bankruptcy Fee Application)**

# EXHIBIT A

(Curtis Bay FUSRAP Bankruptcy Claim Resolution)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 28, 2010
Client/Matter #  01246-011548
Invoice # 133533
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/02/09 | P. Marks | 1.40 | Review Hazen report; telephone conference with team re same; short update email to L. Duff re same. |
| 12/07/09 | P. Marks | 0.90 | Prepare for and conduct telephone conference with P. Bucens, B. Dye, E. Hammerman, and A. Jacobson (MDE) re institutional controls at RWDA. |
| 12/14/09 | P. Marks | 0.30 | Review emails re communications with USACE. |
| 12/15/09 | P. Marks | 0.60 | Review memorandum re USACE meeting; communications with client re follow-up questions re same. |
| 12/22/09 | P. Marks | 1.00 | Review Hazen revised report. |

Total Hours :            4.20

Total Fees :         $1,764.00

BEVERIDGE & DIAMOND, P.C.                                     INVOICE #  133533
                                                              January 28, 2010
                                                              PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 4.20 | $420.00 | $1,764.00 |
| **Total Fees :** | | | **$1,764.00** |
| **TOTAL DUE :** | | | **$1,764.00** |

# EXHIBIT B

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 28, 2010
Client/Matter #   01246-013923
Invoice # 133535
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/01/09 | P. Marks | 1.00 | Evaluate expanded agenda for MDE meeting and strategy for same. |
| 12/07/09 | P. Marks | 3.20 | Evaluate plan for MDE meeting and communicate with team re same; telephone conference with M. Shupe (Geotrans) re documents and approval history; follow-up email to team re same. |
| 12/08/09 | P. Marks | 4.20 | Prepare for team meeting; attend team meeting at Curtis Bay Plant re Geotrans proposal and preparation for meeting with MDE; evaluate same. |
| 12/10/09 | P. Marks | 3.20 | Prepare for and attend conference with client team and MDE (including pre-meeting team preparation and post-meeting evaluation). |
| 12/14/09 | P. Marks | 0.30 | Review emails re MDE follow-up. |
| 12/16/09 | P. Marks | 0.30 | Review team emails. |
| 12/23/09 | P. Marks | 0.30 | Review correspondence from MDE; email to client team re same. |

BEVERIDGE & DIAMOND, P.C.                                       INVOICE #  133535
                                                                January 28, 2010
                                                                PAGE   2


                                   **Total Hours :**                    12.50

                                   **Total Fees :**                $5,250.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #   133535
                                                             January 28, 2010
                                                             PAGE   3

**Disbursements:**

    Travel Expenses                                    24.75

                                           Total Disbursements :                    $24.75

**Time Summary:**

|           | Hours Worked | Billed Per Hour | Bill Amount |
|-----------|--------------|-----------------|-------------|
| P. Marks  | 12.50        | $420.00         | $5,250.00   |

                                            Total Fees :                    $5,250.00

                                   Total Disbursements :                    $24.75

                                             **TOTAL DUE :**                    **$5,274.75**

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

```
W. R. Grace & Co. - Conn                January 28, 2010
Attn: Lydia B. Duff, Esq.               Client/Matter #  01246-012629
7500 Grace Drive                        Invoice # 133534
Columbia, MD  21044                     Federal ID# 52-1247549
```

For Legal Services Rendered Through 12/31/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

```
12/22/09    P. Marks            0.50       Review pleadings.


                                           Total Hours :          0.50

                                           Total Fees :       $210.00
```

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  133534
                                                             January 28, 2010
                                                             PAGE   2

**Disbursements:**

    Postage                                                         2.00
    Duplicating                                                    57.45

                           **Total Disbursements :**                          $59.45


**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $420.00 | $210.00 |

                           **Total Fees :**                                  $210.00

                           **Total Disbursements :**                          $59.45

                           **TOTAL DUE :**                                  $269.45