## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/1/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF TWELFTH APPLICATION OF ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE PERIOD
FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr., |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | October 20, 2008, *nunc pro tunc* to September 22, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2010 to January 31, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $18,972.00  [80% of $23,715.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $2,992.32 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |

Hon. Alexander M. Sanders, Jr. is the only professional providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his present billing rate is $450 per hour. In this Application period Judge Sanders performed 52.7 hours[2] of services as PD FCR, for a total amount billed of $23,715.00, of which 80% is currently sought, in the amount of $18,972.00, plus expenses in the amount of $2,992.32.

---

[1] At 80% of the total incurred.

[2] Travel time is included in this figure at 50% of actual time.

This is the Twelfth Application for monthly fees and expenses.

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 40.2 hours | $18,090.00 |
| Travel | 25.0 hours (@ 100%) | $5,625.00 (@ 50%) |

| | | |
|---|---|---|
| TOTAL | 65.2 hours | $23,715.00 |

Detail of the fees and expenses are attached hereto as Exhibit A.

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, attorney for the PD FCR, and a professional person seeking approval of this Monthly Fee Application on behalf of his client, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 755-5101 (fax)
arich@alanrichlaw.com

COUNSEL TO ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 9th day of February, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-4-

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address:  19 Water Street*
*Charleston, SC 29401*

**INVOICE FOR PROFESSIONAL SERVICES 1/1/10 – 1/31/10**
February 4, 2010

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 1/3/10 | 12 noon, left Charleston for Pittsburgh, arrived hotel 7:30 p.m. (7.4 hours billed @ one-half) | 3.7 |
| | 8 p.m., left hotel for dinner with Dan Speights, re: objections of Anderson Memorial Hospital to the plan, returned to hotel 10:30 p.m. | 2.5 |
| 1/4/10 | 8:30 a.m., left hotel for Court, 9 a.m. to 6 p.m.  Court heard various arguments on objections to the plan.  Lunch with Alan Rich, Esq., and Matthew Cramer, Esq., counsel for the PD Committee re: morning proceedings. | 9.5 |
| 1/5/10 | 8 a.m., left hotel for Court, 8:30 a.m. to 6 p.m.  Court continued to hear arguments on objections to the plan.  Lunch with Alan Rich, Esq. re: morning proceedings. | 10.0 |
| 1/6/10 | 8 a.m., left hotel for Court, 8:30 to 11:30 a.m.  Court conclude hearing arguments on objections to the plan. | 3.0 |
| | 11:30 a.m., left for airport, arrived Charleston 6:30 p.m. (7 hours billed @ one-half) | 3.5 |

**INVOICE 1/1/10 – 1/31/10**
February 4, 2010
Page 2


| | | |
|---|---|---|
| 1/7/10 | Review of Zurich's withdrawal of certain pleadings | 0.5 |
| 1/15/10 | Review of documents, including: | |
| | Canadian ZAI Clammants' Application for the Appointment of Special Counsel and Attached Exhibits A, B and C (a total of 57 pages) | 1.0 |
| | PI FCR's Response | 0.3 |
| 1/16/10 | Review of documents, including: | |
| | Objection of the Crown to the Confirmation of the Plan (20 pages) | 0.5 |
| | Objection of the Crown to the Debtors' Disclosure Statement for the Plan and Motion for an Order (35 pages) | 0.8 |
| 1/17/10 | Review of various attachments, exhibits, etc., consisting mainly of proceedings in Canadian courts, accompanying Objections of the Crown.  (A total of 950 pages.) *Cursory review only.* | 2.5 |
| 1/20/10 | Review of the CCAA Representative Counsel's Reply to the Objection of the Crown, with attachments (approx. 50 pages) | 1.0 |
| | Review of Grace's Exit Financing Motion, with engagement letters attached (approx. 25 pages) and Declaration of John James O'Connell in support of Grace's Exit Motion (7 pages) | 0.8 |
| 1/21/10 | Review of Plan Proponents' Response to Crown's Objection (77 pages) | 1.3 |
| 1/24/10 | Reviewed agenda for hearing in Wilmington. | 0.5 |
| | 2:30 p.m., left Charleston for Wilmington, arrived hotel approx. 7 p.m.  (4.6 hours billed @ one-half) | 2.3 |
| 1/25/10 | 9 a.m., left hotel for Court, 9:30 a.m. to 3 p.m.  Court heard various matters as per agenda.  Lunch with Alan Rich, Esq., re: proceedings.  Arrived at hotel 4 p.m. | 6.0 |

**<u>INVOICE 1/1/10 – 1/31/10</u>**
February 4, 2010
Page 3


1/26/10    10 a.m., left hotel for airport.  Arrived Charleston 4 p.m.
           (6 hours billed @ one-half)                                    3.0


           52.7 @ $450/hour          $      23,715.00

           Expenses                          2,992.32
           (Detail attached)

                        TOTAL:        $      26,707.32

Expenses
(Receipts Attached, January 4, 2010)

Travel to Pittsburgh, PA, and return to Charleston, SC, for hearing before Judge Fitzgerald, January 4-6, 2010.

| | | |
|---|---|---|
| Taxi fares | $ 40.00 | (From airport to hotel) |
| | 9.00 | (From hotel to dinner) |
| | 40.00 | (From hotel to airport) |
| Airport parking | $ 60.00 | |
| Meals | $ 110.00 | (1/3, Dinner with Dan Speights, reduced from $180.32) |
| | 5.73 | (1/4, Breakfast) |
| | 47.80 | (1/5, Lunch with Alan Rich and Matthew Kramer, counsel for PD Committee) |
| | 13.75 | (1/5, Dinner) |
| | 4.47 | (1/6, Breakfast) |
| Hotel | $ 714.78 | (1/3-1/6, total bill $728.53, less $13.75 previously charged for dinner 1/5) |
| Airfare | $ 693.90 | (Roundtrip Coach Airfare, plus change fees as a result of hearing being extended an additional day) |
| TOTAL | $1,739.43 | |

Miscellaneous Expense
(Receipt Attached, January 15, 2010)

Copying expense               $    81.83      (1/15)

Expenses
(Receipts Attached, January 24, 2010)

Travel to Wilmington, DE, and return to Charleston, SC, for hearing before Judge Fitzgerald, January 24-26, 2010.

| | | |
|---|---|---|
| Taxi fares | $    68.18 | (From airport to hotel) |
| | 80.00 | (From hotel to airport) |
| Airport parking | $    45.00 | |
| Meals | $    25.00 | (1/25, Breakfast, reduced From $31.50) |
| | 4.48 | (1/26, Breakfast – indicated on hotel bill) |
| Hotel | $   371.50 | (1/24-1/26, total bill $403.30, less $31.50 previously charged for breakfast on 1/25) |
| Airfare | $   576.90 | (Roundtrip Coach Airfare) |
| TOTAL | $1,171.06 | |