IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

### *AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 16, 2010, AT 10:30 A.M. *(TELEPHONIC ONLY)* BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE

**\*\* Please note:  This hearing will be <u>telephonic only</u>.  Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), <u>no later than 12:00 noon p.m. February 12, 2010</u>.\*\***

## CONTINUED MATTERS:

1.     Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

       <u>Related Documents:</u>

       a.     [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/24/09] (Docket No. 23120)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

b.      [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.      Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.      Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.      Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to March 22, 2010, at 10:30 a.m. With respect to the Munoz matter, the parties have filed a certification of counsel with a stipulation continuing this matter to April 12, 2010, at 10:30 a.m.  The parties request that the Court enter the Order approving the stipulation continuing this matter.

2.      Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Related Documents:

a.      [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: July 10, 2009, at 4:00 p.m. *(extended until March 5, 2010, at 4:00 p.m.)*

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to March 22, 2010, at 10:30 a.m.

3.    The Canadian ZAI Claimants' Application Pursuant to Sections 105, 327, 1102(a)(2), and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 [Filed: 12/21/09] (Docket No. 24031) Related Documents:

   a.    [Proposed] Order Granting The Canadian ZAI Claimants' Application Pursuant o Sections 105, 327, 1102(a)(2), and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 [Filed: 12/21/09] (Docket No. 24031)

   Response Deadline: January 8, 2010, at 4:00 p.m.

   Responses Received:

   a.    Asbestos PI Future Claimants' Representative's Response to Canadian ZAI Claimants' Application for Appointment of Special Counsel [Filed: 1/8/10] (Docket No. 24130)

   b.    Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/8/10] (Docket No. 24132)

   Replies Received:

   a.    CAA Representative Counsel's Reply to the Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/19/10] (Docket No. 24158)

      (i)    [Signed] Order Granting the CCAA Representative Counsel's Motion for Leave to File Reply to the Objection of Her Majesty the Queen in Right of Canada [Docket No. 24132] and Response of the Asbestos PI Future Claimants' Representative [Filed: 1/19/10] (Docket No. 24157)

   **Status: This matter is continued to March 22, 2010, at 10:30 a.m.**

4.       Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy
         Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as
         Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 12/21/10]
         (Docket No. 24032)

         Related Documents:

         a.       [Proposed] Order Granting Application Pursuant to Sections 105, 328, 1102(a)(2),
                  and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro
                  Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the
                  Canadian ZAI Claimants [Filed: 12/21/109] (Docket No. 24032)

         Response Deadline: January 8, 2010, at 4:00 p.m.

         Responses Received:

         a.       Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI
                  Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or
                  Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special
                  Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to
                  Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order
                  Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to
                  the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/8/10]
                  (Docket No. 24132)

         Replies Received:

         a.       CAA Representative Counsel's Reply to the Objection of Her Majesty the Queen
                  in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to
                  Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the
                  Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to
                  September 1, 2008 and (II) the Application Pursuant to Sections 105, 328,
                  1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention
                  Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative
                  Counsel for the Canadian ZAI Claimants [Filed: 1/19/10] (Docket No. 24158)

                  (i)       [Signed] Order Granting the CCAA Representative Counsel's Motion for
                            Leave to File Reply to the Objection of Her Majesty the Queen in Right of
                            Canada [Docket No. 24132] and Response of the Asbestos PI Future
                            Claimants' Representative [Filed: 1/19/10] (Docket No. 24157)

         **Status:** **This matter is continued to March 22, 2010, at 10:30 a.m.**


**MATTERS GOING FORWARD**

5.       Plan Proponents' Joint Motion for Entry of an Order Approving Stipulation and Agreed
         Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization
         [Filed: 12/31/09] (Docket No. 24097)

Related Documents:

a.      [Proposed] Order Approving Stipulation and Agreed Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization [Filed: 12/31/09] (Docket No. 24097)

b.      Stipulation and Agreed Order [Filed: 12/31/10] (Docket No. 24097)

**c.      Certification of No Objection Regarding Plan Proponents' Joint Motion for Entry of an Order Approving Stipulation and Agreed Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization [Filed: 2/9/10] (Docket No. 24267)**

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

6.      Debtors' Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies, LLC [Filed: 1/15/10] (Docket No. 24152)

Related Documents:

a.      [Proposed] Order Authorizing the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/15/10] (Docket No. 24152)

**b.      Certification of No Objection Regarding Debtors' Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies, LLC [Filed: 2/8/10] (Docket No. 24260)**

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

7.      Motion to Approve Employee Benefits Claim Resolution Protocol [Filed: 1/15/10] (Docket No. 24153)

Related Documents:

a.      [Proposed] Order Approving Employee Benefits Claim Resolution Protocol [Filed: 1/15/10] (Docket No. 24153, Exhibit A)

**b.      Certification of Counsel Regarding Order Granting Debtors' Motion to Approve Employee Benefits Claim Resolution Protocol [Filed: 2/9/10] (Docket No. 24269)**

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Debtors are working to revise the attachment and intend to submit a new form of order under certification of counsel.**

8.    Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal [Filed: 1/15/10] (Docket No. 24154)

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to (A) Enter Into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal [Filed: 1/15/10] (Docket No. 24154, Exhibit A)

b.    **Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal [Filed: 2/8/10] (Docket No. 24261)**

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

9.    Motion of Debtors for Authority to Enter Into Letter of Credit and Hedging Agreements and Terminate Current DIP Facilities [Filed: 1/15/10] (Docket No. 24156)

Related Documents:

a.    [Proposed] Final Order Authorizing Secured Post-Petition Letter of Credit Facility and Hedging and Swap Arrangements on a Superpriority Basis Pursuant to 11 U.S.C. §362 [Filed: 1/15/10] (Docket No. 24156, Exhibit 1)

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The parties are working on changes to the letter of credit agreement and order and intend to submit a new form of order under certification of counsel.**

**ADDITIONAL MATTERS:**

10.    **Status on Chapter 11 Plan Amendments, Stipulations and Objections**

      **Related Documents:**

      a.    **Stipulation [Filed: 2/5/10] (Docket No. 24250)**

      **Status:  A status will go forward on this matter.  The Debtors will provide a status report regarding various stipulations in progress.**

Dated: February 11, 2010

                    KIRKLAND & ELLIS LLP
                    David M. Bernick, P.C.
                    Theodore L. Freedman
                    Citigroup Center
                    601 Lexington Avenue
                    New York, NY 10022-4611
                    (212) 446-4800

                    -and–

                    PACHULSKI STANG ZIEHL & JONES LLP

                      /s/ James E. O'Neill
                    Laura Davis Jones (Bar No. 2436)
                    James E. O'Neill (Bar No. 4042)
                    Kathleen P. Makowski (Bar No. 3648)
                    Timothy P. Cairns (Bar No. 4228)
                    919 North Market Street, 17th Floor
                    Wilmington, DE  19801
                    Telephone:  (302) 652-4100
                    Facsimile:   (302) 652-4400

                    Co-Counsel for the Debtors and Debtors in Possession