# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: December 21, 2009 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE ONE HUNDREDTH MONTHLY INTERIM
## PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

Name of Applicant:                              Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                                Debtors-in-Possession

Date of Retention:                              July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                        October 1 through October 31, 2009

Amount of fees sought as actual,
reasonable and necessary:                       $36,478.50

Amount of expenses sought as actual,
reasonable and necessary                        $11,042.24

This is a(n): X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Company, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#23890
12/1/09

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the ninety-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 7.3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 3.30 | $2,260.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 5.20 | $3,302.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 11.60 | $7,308.00 |
| Donna M. Doblick | Partner | 1993 | Litigation | $545.00 | 21.50 | $11,717.50 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 10.70 | $4,868.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 1.70 | $680.00 |
| Kathleen A. Murphy | Associate | 2007 | Business & Finance | $305.00 | 5.20 | $1,586.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 1.60 | $384.00 |
| Maureen L. Atkinson | Paralegal | 32 Years | Litigation | $210.00 | .70 | $147.00 |

6

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 22.50 | $3,937.50 |
| Robert H. Radcliffe | Case Assistant | 24 Years | Litigation | $125.00 | 2.30 | $287.50 |

**Total Fees: $36,478.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 14.00 | $2,450.00 |
| Fee Applications | 7.30 | $1,764.00 |
| Claim Analysis Objection Resolution & Estimation | 32.30 | $16,231.00 |
| Property Damage Claim Appeals | 32.70 | $16,033.50 |
| **Total** | **86.30** | **$36,478.50** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $.20 | ---- |
| Duplicating/Printing/Scanning | $2,553.20 | ---- |
| Westlaw | $540.91 | ---- |
| Outside Duplicating | $4,925.34 | ---- |
| Postage Expense | $.44 | ---- |
| Courier Service – Outside | $754.10 | ---- |
| Mileage Expense | $147.95 | ---- |
| Secretarial Overtime | $1,957.50 | ---- |
| Meal Expense | $12.60 | ---- |
| Parking/Tolls/Other Transportation | $150.00 | ---- |
|  |  | ---- |
| SUBTOTAL |  |  |
| **TOTAL** | **$11,042.24** |  |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:    December 1, 2009                    REED SMITH LLP
          Wilmington, Delaware

                                    By: /s/ Kurt F. Gwynne
                                         Kurt F. Gwynne (No. 3951)
                                         1201 Market Street, Suite 1500
                                         Wilmington, DE  19801
                                         Telephone:  (302) 778-7500
                                         Facsimile:  (302) 778-7575
                                         E-mail: kgwynne@reedsmith.com

                                              and

                                         James J. Restivo, Jr., Esquire
                                         Lawrence E. Flatley, Esquire
                                         Douglas E. Cameron, Esquire
                                         Reed Smith Centre
                                         225 Sixth Avenue
                                         Pittsburgh, PA 15222
                                         Telephone:  (412) 288-3131
                                         Facsimile:  (412) 288-3063

                                         Special Asbestos Products Liability Defense
                                         Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1932317
One Town Center Road                      Invoice Date      11/24/09
Boca Raton, FL    33486                   Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                    0.00
    Expenses                           10,428.19

                  TOTAL BALANCE DUE UPON RECEIPT        $10,428.19
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1932317 |
| Invoice Date | 11/24/09 |
| Client Number | 172573 |
| Matter Number | 60026 |

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 2,480.70 |
| Courier Service - Outside | 754.10 |
| Outside Duplicating | 4,925.34 |
| Secretarial Overtime | 1,957.50 |
| Parking/Tolls/Other Transportation | 150.00 |
| Mileage Expense | 147.95 |
| Meal Expense | 12.60 |

CURRENT EXPENSES            10,428.19
                          -------------

TOTAL BALANCE DUE UPON RECEIPT     $10,428.19
                                 =============

```
                        .   REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

W.R. Grace & Co.                          Invoice Number      1932317
One Town Center Road                      Invoice Date      11/24/09
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number        60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/05/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 05, Grace - Secretarial assistance for Court Preparation - Parking | 6.00 |
| 09/05/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace - - Overtime secretarial assistance for court preparation - Round trip mileage  (Home / RSC Office) | 14.30 |
| 09/05/09 | Meal Expense Dinner - VENDOR: Debbie E. Steinmeyer, Sep 05, 2 Grace - -Overtime secretarial assistance for court preparation. | 12.60 |
| 09/06/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 06, Grace - Secretarial assistance for Court Preparation - Parking | 6.00 |
| 09/06/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace - - Overtime secretarial assistance for court preparation - Round trip mileage  (Home / RSC Office). | 14.85 |
| 09/07/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 07, Grace - Overtime secretarial assistance for Court Preparation - Parking | 6.00 |
| 09/07/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace - -Overtime secretarial assistance for court preparation - Round trip mileage  (Home / RSC Office). | 14.85 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page    2
       November 24, 2009

| | | |
|---|---|---|
| 09/11/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 11, 2009 - - Overtime assistance to  K&E with secretarial needs for hearing. | 20.00 |
| 09/11/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace Hearings - - Overtime secretarial assistance for court preparation. | .55 |
| 09/11/09 | Outside Duplicating Oversize B&W (sq/ft)/ | 34.78 |
| 09/13/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Sep 13, Grace Hearings - Overtime secretarial assistance for Court Preparation | 6.00 |
| 09/13/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace Hearings - - Overtime secretarial assistance for court preparation. | 14.85 |
| 09/14/09 | Mileage Expense Mileage - 2009 - VENDOR: Debbie E. Steinmeyer,  Grace Hearings - - Overtime secretarial assistance for court preparation. | .55 |
| 09/14/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 30.00 |
| 09/14/09 | Secretarial Overtime: grace - confirmation hearing/ court preparation assistance | 300.00 |
| 09/15/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 262.50 |
| 09/15/09 | Secretarial Overtime: grace - confirmation hearing/ court preparation assistance | 112.50 |
| 09/16/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Kathleen A. Williams, Sep 16, WRGrace.Litigation Hearings - overtime parking/ | 20.00 |
| 09/16/09 | Parking/Tolls/Other Transportation Parking - VENDOR: Teresa A. Martin, Sep 16, 2009 - - Overtime assistance to K&E with hearings Parking in garage. | 20.00 |
| 09/16/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 27.60 |
| 09/16/09 | Secretarial Overtime: W.R. Grace - assist K&E with hearings | 75.00 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page    3
       November 24, 2009


09/16/09    Secretarial Overtime: W.R. Grace - assist K&E        77.40
            with hearings

09/16/09    Secretarial Overtime: : grace - confirmation        60.00
            hearing/ court preparation assistance

09/16/09    Secretarial Overtime: W.R. Grace. litigation:      225.00
            secretarial support for hearing

09/17/09    Secretarial Overtime: W.R. Grace - assist K&E       30.00
            with hearings

09/17/09    Secretarial Overtime: W.R. Grace. litigation:       22.50
            secretarial support for hearing

09/18/09    Secretarial Overtime: worked to move boxes          90.00
            for Kirkland

09/18/09    Secretarial Overtime: worked to move boxes         240.00
            for Kirkland

09/21/09    Outside Duplicating B&W Copies D - Heavy           4863.36
            Litigation/B&W Copies - - Copying of binders
            for trial.

09/28/09    Duplicating/Printing/Scanning                         .40
            ATTY # 000559: 4 COPIES

09/28/09    Duplicating/Printing/Scanning                         .10
            ATTY # 000559: 1 COPIES

09/28/09    Duplicating/Printing/Scanning                         .30
            ATTY # 000559: 3 COPIES

09/28/09    Duplicating/Printing/Scanning                         .30
            ATTY # 000559: 3 COPIES

09/28/09    Duplicating/Printing/Scanning                        1.50
            ATTY # 000559: 15 COPIES

09/28/09    Secretarial Overtime: W.R. Grace.litigation:        15.00
            overtime secretarial support for upcoming hearings

09/29/09    Outside Duplicating                                 27.20
            Mailout - Bankruptcy Mailouts/Mailout - Envelope

09/30/09    Duplicating/Printing/Scanning                        1.50
            ATTY # 000559: 15 COPIES

09/30/09    Duplicating/Printing/Scanning                        1.50
            ATTY # 000559: 15 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page   4
       November 24, 2009


09/30/09    Duplicating/Printing/Scanning                    .30
            ATTY # 000559: 3 COPIES

10/01/09    Duplicating/Printing/Scanning                    .40
            ATTY # 000559: 4 COPIES

10/01/09    Duplicating/Printing/Scanning                    .40
            ATTY # 000559: 4 COPIES

10/05/09    Duplicating/Printing/Scanning               107.60
            ATTY # 0349; 1076 COPIES

10/08/09    Duplicating/Printing/Scanning                  1.50
            ATTY # 000559: 15 COPIES

10/08/09    Duplicating/Printing/Scanning                  1.50
            ATTY # 000559: 15 COPIES

10/08/09    Duplicating/Printing/Scanning                  1.50
            ATTY # 000559: 15 COPIES

10/08/09    Duplicating/Printing/Scanning               104.60
            ATTY # 4810; 1046 COPIES

10/08/09    Mileage Expense Mileage - 2009 - VENDOR:      44.00
            Kathleen A. Williams,  W.R. Grace -Litigation
            Hearings -  Kirkland Ellis secretarial support
            - overtime mileage.

10/08/09    Parking/Tolls/Other Transportation Parking -  20.00
            VENDOR: Kathleen A. Williams, Oct 08,
            W.R. Grace- Litigation Hearings -  Kirkland Ellis
            secretarial support - overtime parking.

10/08/09    Secretarial Overtime: W.R. Grace litigation:  135.00
            overtime secretarial support for 10/13 - 10/14 hearing

10/09/09    Duplicating/Printing/Scanning                 26.40
            ATTY # 4810; 264 COPIES

10/09/09    Secretarial Overtime: W.R. Grace: hearing     45.00
            preparation - overtime secretarial assistance

10/10/09    Secretarial Overtime: performed setup for    210.00
            Kirkland Ellis warroom for grace case

10/11/09    Duplicating/Printing/Scanning                 29.30
            ATTY # 4810; 293 COPIES

10/11/09    Duplicating/Printing/Scanning                 25.80
            ATTY # 4810; 258 COPIES

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       November 24, 2009

Invoice Number  1932317
Page   5

| Date | Description | Amount |
|---|---|---|
| 10/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 10/11/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 148 COPIES | 14.80 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 944 COPIES | 94.40 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 221 COPIES | 22.10 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 400 COPIES | 40.00 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 48 COPIES | 4.80 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 346 COPIES | 34.60 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 133 COPIES | 13.30 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 28 COPIES | 2.80 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 232 COPIES | 23.20 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 50 COPIES | 5.00 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 10/12/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page   6
       November 24, 2009


10/12/09    Duplicating/Printing/Scanning                    76.10
            ATTY # 4810; 761 COPIES

10/12/09    Duplicating/Printing/Scanning                    38.00
            ATTY # 4810; 380 COPIES

10/12/09    Duplicating/Printing/Scanning                    27.90
            ATTY # 4810; 279 COPIES

10/12/09    Duplicating/Printing/Scanning                     3.40
            ATTY # 4810; 34 COPIES

10/12/09    Duplicating/Printing/Scanning                    57.60
            ATTY # 4810; 576 COPIES

10/12/09    Duplicating/Printing/Scanning                     6.10
            ATTY # 4810; 61 COPIES

10/12/09    Duplicating/Printing/Scanning                    71.50
            ATTY # 4810; 715 COPIES

10/12/09    Duplicating/Printing/Scanning                    36.40
            ATTY # 4810; 364 COPIES

10/12/09    Duplicating/Printing/Scanning                    12.00
            ATTY # 4810; 120 COPIES

10/12/09    Duplicating/Printing/Scanning                    20.40
            ATTY # 4810; 204 COPIES

10/12/09    Duplicating/Printing/Scanning                     2.40
            ATTY # 4810; 24 COPIES

10/12/09    Duplicating/Printing/Scanning                    25.60
            ATTY # 4810; 256 COPIES

10/12/09    Duplicating/Printing/Scanning                     9.50
            ATTY # 4810; 95 COPIES

10/12/09    Duplicating/Printing/Scanning                     9.70
            ATTY # 4810; 97 COPIES

10/12/09    Duplicating/Printing/Scanning                    32.00
            ATTY # 4810; 320 COPIES

10/12/09    Parking/Tolls/Other Transportation Parking -     20.00
            VENDOR: Debbie E. Steinmeyer, Oct 12, Parking
            expense - W.R. Grace:   Confirmation Hearing
            Preparation - overtime secretarial assistance.

10/13/09    Duplicating/Printing/Scanning                    30.40
            ATTY # 4810; 304 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1932317
60026  Litigation and Litigation Consulting       Page   7
       November 24, 2009

| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 246 COPIES | 24.60 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 56 COPIES | 5.60 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 0559; 364 COPIES | 36.40 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 796 COPIES | 79.60 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 58 COPIES | 5.80 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 0559; 75 COPIES | 7.50 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 28 COPIES | 2.80 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 524 COPIES | 52.40 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 0559; 348 COPIES | 34.80 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 0559; 612 COPIES | 61.20 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 46 COPIES | 4.60 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 1800 COPIES | 180.00 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 120 COPIES | 12.00 |
| 10/13/09 | Duplicating/Printing/Scanning ATTY # 4810; 80 COPIES | 8.00 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting        Page   8
       November 24, 2009

| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 45 COPIES | 4.50 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 72 COPIES | 7.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 37 COPIES | 3.70 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 117 COPIES | 11.70 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 574 COPIES | 57.40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 757 COPIES | 75.70 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 160 COPIES | 16.00 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 835 COPIES | 83.50 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 429 COPIES | 42.90 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 482 COPIES | 48.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 36 COPIES | 3.60 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 22 COPIES | 2.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 423 COPIES | 42.30 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 7190; 309 COPIES | 30.90 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page    9
       November 24, 2009

| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 96 COPIES | 9.60 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 388 COPIES | 38.80 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 322 COPIES | 32.20 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1409 COPIES | 140.90 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1468 COPIES | 146.80 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 54 COPIES | 5.40 |
| 10/13/09 | Duplicating/Printing/Scanning<br>ATTY # 4810; 120 COPIES | 12.00 |
| 10/13/09 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Kathleen A. Williams, Oct 13,<br>WRGrace.Litigation.Hearings.KE trial team -<br>overtime parking 10.13.09. | 20.00 |
| 10/13/09 | Mileage Expense Mileage - 2009 - VENDOR:<br>Kathleen A. Williams,<br>WRGrace.Litigation.Hearings.KE trial team -<br>overtime parking 10.13.09 | 44.00 |
| 10/14/09 | Courier Service - Outside - - VENDOR: AL STILES<br>DELIVER 2 BOXES TO JUDGE FITZGERALD (USX) ON<br>10/09/09. | 15.00 |
| 10/14/09 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Debbie E. Steinmeyer, Oct 14, Parking<br>expense - Grace Confirmation Hearing - Overtime<br>secretarial assistance. | 6.00 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page  10
       November 24, 2009

| | | |
|---|---|---|
| 10/15/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING**MESSENGER TRIP US BANKRUPTCY COURT 9/1/09. | 27.50 |
| 10/15/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING **MESSENGER TRIP**US BANKRUPTCY COURT 9/15/09. | 7.50 |
| 10/15/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING**MESSENGER TRIP - MULTIPLE TRIPS JUDGE FITZGERALD 9/4-9/11/09 - - For daily multiple deliveries to court of trial materials and meals during confirmation hearings. | 519.20 |
| 10/21/09 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 10/21/09 | Courier Service - Outside - - VENDOR: AMERICAN EXPEDITING - TWO MESSENGER TRIPS - JUDGE FITZGERALD  09/17/09 - - Deliveries and retrieval of items from 9/17 hearing. | 179.90 |
| 10/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/27/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 37 COPIES | 3.70 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 10/28/09 | Duplicating/Printing/Scanning ATTY # 000559: 37 COPIES | 3.70 |
| 10/29/09 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1932317
60026  Litigation and Litigation Consulting       Page  11
       November 24, 2009


10/29/09    Duplicating/Printing/Scanning                     .80
            ATTY # 000559: 8 COPIES

10/29/09    Duplicating/Printing/Scanning                    1.40
            ATTY # 000559: 14 COPIES

10/29/09    Duplicating/Printing/Scanning                    3.70
            ATTY # 000559: 37 COPIES

10/29/09    Duplicating/Printing/Scanning                    1.50
            ATTY # 000559: 15 COPIES

10/29/09    Duplicating/Printing/Scanning                    1.50
            ATTY # 000559: 15 COPIES

10/29/09    Duplicating/Printing/Scanning                     .30
            ATTY # 000559: 3 COPIES

10/29/09    Duplicating/Printing/Scanning                   34.50
            ATTY # 0349; 345 COPIES

10/29/09    Duplicating/Printing/Scanning                   15.60
            ATTY # 0349; 156 COPIES

10/29/09    Duplicating/Printing/Scanning                   18.90
            ATTY # 0718; 189 COPIES

                        CURRENT EXPENSES                  10,428.19
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $10,428.19
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1932318
One Town Center Road                      Invoice Date      11/24/09
Boca Raton, FL    33486                   Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              0.00
     Expenses                         67.24

                   TOTAL BALANCE DUE UPON RECEIPT        $67.24
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1932318
One Town Center Road                      Invoice Date        11/24/09
Boca Raton, FL    33486                   Client Number         172573
                                          Matter Number          60033

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                          0.20
    Duplicating/Printing/Scanning             66.60
    Postage Expense                            0.44

                    CURRENT EXPENSES                        67.24
                                                       -------------

                    TOTAL BALANCE DUE UPON RECEIPT        $67.24
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number    1932318
One Town Center Road                 Invoice Date    11/24/09
Boca Raton, FL   33486               Client Number     172573
                                     Matter Number      60033

====================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 09/30/09 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Charneicki, | .44 |
| 10/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/08/09 | Telephone Expense<br>13026524100/WILMINGTON, DE/4 | .20 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 10/08/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 10/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  1932318
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       November 24, 2009


| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
|----------|-----------------------------------------------------------|------|
| 10/14/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 0856; 179 COPIES | 17.90 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/15/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 10/18/09 | Duplicating/Printing/Scanning<br>ATTY # 0559; 38 COPIES | 3.80 |
| 10/19/09 | Duplicating/Printing/Scanning<br>ATTY # 1048; 26 COPIES | 2.60 |
| 10/27/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 296 COPIES | 29.60 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |

                          CURRENT EXPENSES                   67.24
                                                        ------------

172573  W. R. Grace & Co.                              Invoice Number   1932318
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        November 24, 2009


                    TOTAL BALANCE DUE UPON RECEIPT          $67.24
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1932319
One Town Center Road                      Invoice Date       11/24/09
Boca Raton, FL   33486                    Client Number        172573

=========================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

        Fees                                  0.00
        Expenses                            546.81

                    TOTAL BALANCE DUE UPON RECEIPT        $546.81
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1932319 |
| Invoice Date | 11/24/09 |
| Client Number | 172573 |
| Matter Number | 60038 |

==============================================================================

Re: Property Damage Claim Appeals

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 5.90 |
| Westlaw | 540.91 |
| CURRENT EXPENSES | 546.81 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $546.81 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number     1932319
One Town Center Road                    Invoice Date       11/24/09
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60038


================================================================================

Re: (60038)  Property Damage Claim Appeals


FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/01/09   Westlaw - - Legal research re: appealability of      274.21
           remand decision.

10/02/09   Westlaw - - Legal research re: appealability of      157.20
           remand decision.

10/09/09   Duplicating/Printing/Scanning                           .90
           ATTY # 001398: 9 COPIES

10/12/09   Duplicating/Printing/Scanning                           .90
           ATTY # 001398: 9 COPIES

10/12/09   Duplicating/Printing/Scanning                          1.00
           ATTY # 001398: 10 COPIES

10/12/09   Duplicating/Printing/Scanning                          1.00
           ATTY # 001398: 10 COPIES

10/12/09   Duplicating/Printing/Scanning                          1.00
           ATTY # 001398: 10 COPIES

10/12/09   Duplicating/Printing/Scanning                          1.10
           ATTY # 001398: 11 COPIES

10/12/09   Westlaw - - Legal research re: appealability of      109.50
           remand decision.

                    CURRENT EXPENSES                           546.81
                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $546.81
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1932292
One Town Center Road                      Invoice Date      11/24/09
Boca Raton, FL    33486                    Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              2,450.00
    Expenses                              0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,450.00
                                                  =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      1932292
One Town Center Road                  Invoice Date       11/24/09
Boca Raton, FL   33486                Client Number        172573
                                      Matter Number         60026
```

============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/09 | Ament | Telephone call from K. Love re: logistics for hearing preparation relating to October confirmation hearings in Pittsburgh (.10); various e-mails re: same (.30). | .40 |
| 10/02/09 | Ament | Various e-mails, telephone calls and meetings to coordinate logistics for hearing preparation for K&E for continued confirmation hearings in Pittsburgh 10/13/09 - 10/14/09. | 2.10 |
| 10/05/09 | Ament | Various e-mails, meetings and telephone calls to continue to assist K&E with logistics for hearing preparation relating to continued confirmation hearings in Pittsburgh (.90); e-mails re: 10/7/09 hearing (.10). | 1.00 |
| 10/06/09 | Ament | Various e-mails and meetings to coordinate logistics for hearing preparation for K&E for continued confirmation hearings scheduled for 10/13/09 and 10/14/09 in Pittsburgh (.30); circulate agenda for said confirmation hearings to team (.10). | .40 |

172573  W. R. Grace & Co.                          Invoice Number  1932292
60026  Litigation and Litigation Consulting        Page   2
        November 24, 2009

| Date | Name | | Hours |
|------|------|---|-------|

10/08/09  Ament      Various e-mails, meetings and        1.00
                     telephone calls to assist K&E with
                     hearing preparation for continued
                     confirmation hearings.

10/09/09  Ament      Various e-mails, meetings and        2.90
                     telephone calls to assist K&E with
                     hearing preparation for continued
                     confirmation hearings (2.0);
                     various e-mails with Pachulski re:
                     confirmation hearing binders and
                     hearing binders for 10/26/09
                     (.20); update said binders per J.
                     O'Neill request (.50); hand
                     deliver said binders to Judge
                     Fitzgerald (.10); circulate
                     amended agenda re: Oct. 13 and 14
                     hearings to team (.10).

10/12/09  Ament      Various e-mails; meetings and        2.00
                     telephone calls to assist K&E with
                     hearing preparation for continued
                     confirmation hearings.

10/13/09  Ament      Various e-mails, telephone calls     1.00
                     and meetings to assist K&E with
                     hearing preparation for continued
                     confirmation hearings.

10/14/09  Ament      Various e-mails, meetings and         .50
                     telephone calls to assist K&E with
                     hearing preparation.

10/15/09  Ament      Various e-mails, meetings and        1.00
                     telephone calls to assist K&E with
                     conclusion of confirmation
                     hearings (.50); various e-mails
                     and telephone calls to assist K&E
                     with logistics for hearing
                     preparation relating to 10/27/09
                     omnibus hearing (.30); various
                     e-mails with P. Cunniff re:
                     10/26/09 hearing agenda and binder
                     (.20).

10/19/09  Ament      E-mails with P. Cunniff of           .80
                     Pachulski re: 10/26/09 agenda and
                     hearing binder (.10); e-mail to K.
                     Love to assist with logistics of
                     hearing preparation for K&E re:
                     10/26/09 and 10/27/09 (.10);

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       November 24, 2009

Invoice Number  1932292
Page   3

| Date | Name | | Hours |
|------|------|---|-------|
| | | various e-mails to assist K&E with logistics for hearing preparation for January hearings in Pittsburgh (.50); circulate 10/26/09 agenda to team (.10). | |
| 10/20/09 | Ament | E-mails re: 10/26/09 hearing (.20); various e-mails and telephone calls to assist K&E with logistics for hearing preparation relating to January hearings in Pittsburgh (.50). | .70 |
| 10/21/09 | Ament | Various e-mails to assist K&E with logistics for hearing preparation for January hearings in Pittsburgh. | .20 |

TOTAL HOURS   14.00

| TIME SUMMARY | Hours | Rate | Value |
|-------------|-------|------|-------|
| Sharon A. Ament | 14.00 at $  175.00 = | | 2,450.00 |

CURRENT FEES                                2,450.00

TOTAL BALANCE DUE UPON RECEIPT              $2,450.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1932293
5400 Broken Sound Blvd., N.W.        Invoice Date       11/24/09
Boca Raton, FL 33487                 Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

          Fees                          1,764.00
          Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,764.00
                                                        =============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W. R. Grace                             Invoice Number     1932293
5400 Broken Sound Blvd., N.W.           Invoice Date      11/24/09
Boca Raton, FL 33487                    Client Number       172573
                                        Matter Number        60029
```

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 10/08/09 | Ament | Attend to billing matters relating to July monthly fee application and 32nd quarterly fee application. | .20 |
| 10/09/09 | Muha | Review and make revisions to Sept. 2009 fee and expense draft invoices. | .40 |
| 10/12/09 | Ament | Attend to billing matters (.30); various e-mails and meetings with A. Muha re: same (.20). | .50 |
| 10/12/09 | Muha | Attend to issues re: revisions to expense charges for meals. | .20 |
| 10/19/09 | Ament | Attend to billing matters. | .10 |
| 10/21/09 | Ament | Attend to billing matters relating to consultant fees (.20); various e-mails and meetings re: same (.10). | .30 |
| 10/22/09 | Ament | Various e-mails re: billing matters relating to consultant fee. | .10 |
| 10/27/09 | Ament | E-mails re: Sept. monthly fee application (.10); begin drafting fee application and spreadsheets (.40). | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1932293
60029  Fee Applications-Applicant                 Page    2
       November 24, 2009

| Date | Name | | Hours |
| ---- | ---- | ---- | ----- |
| 10/27/09 | Lord | Draft e-file and serve CMO to Reed Smith August monthly fee application (.4); correspondence with client re: same (.1). | .50 |
| 10/27/09 | Muha | Make final revisions to fee and expense detail for September 2009 monthly application. | .80 |
| 10/28/09 | Ament | E-mails re: Sept. monthly fee application (.10); attend to billing matters (.20); calculate fees and expenses relating to Sept. monthly fee application (.70); continue drafting fee application (.40); provide same to A. Muha for review (.10); begin drafting quarterly fee application (.30). | 1.80 |
| 10/28/09 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 10/28/09 | Muha | Make final revisions to September 2009 monthly fee application. | .30 |
| 10/29/09 | Ament | Attend to billing matters (.10); e-mails with J. Lord re: Sept. monthly fee application (.10); meet with A. Muha re: Sept. monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10). | .50 |
| 10/29/09 | Lord | Revise, e-file and serve Reed Smith September monthly fee application. | 1.00 |

                                          TOTAL HOURS    7.30

172573  W. R. Grace & Co.
60029   Fee Applications-Applicant
         November 24, 2009

Invoice Number   1932293
Page    3

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha | 1.70 | at $ | 400.00 | = | 680.00 |
| John B. Lord | 1.60 | at $ | 240.00 | = | 384.00 |
| Sharon A. Ament | 4.00 | at $ | 175.00 | = | 700.00 |

CURRENT FEES                                    1,764.00

                                              ------------
TOTAL BALANCE DUE UPON RECEIPT                  $1,764.00
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1932294
One Town Center Road                      Invoice Date       11/24/09
Boca Raton, FL    33486                   Client Number       172573



========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

        Fees                          16,231.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $16,231.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1932294 |
| Invoice Date | 11/24/09 |
| Client Number | 172573 |
| Matter Number | 60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
        (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 09/30/09 | Cameron | Review opinion re: DGS appeal and e-mail re: same | .90 |
| 10/01/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/01/09 | Cameron | Prepare for (0.4) and participate in meeting and call with R. Finke regarding ruling on DGS appeal (0.9); follow-up review of opinion and e-mail regarding appeal issues (0.8). | 2.10 |
| 10/01/09 | Flatley | Prepare for conference call (0.9); conference call and follow-up calls (1.6). | 2.50 |
| 10/01/09 | Restivo | Telephone conference with client. | .60 |
| 10/02/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/02/09 | Cameron | Review issues relating to DSG claims and statute of limitations issues (0.9); review Speights claims (0.7); review confirmation hearing issues (0.5). | 2.10 |
| 10/04/09 | Cameron | Review issues relating to DGS claim. | 1.00 |

172573  W. R. Grace & Co.                                    Invoice Number   1932294
60033   Claim Analysis Objection, Resolution & Estimation Page   2
        (Asbestos)
        November 24, 2009


   Date   Name                                              Hours
  -------- -----------                                       -----

10/05/09 Ament        Assist team with various issues           .20
                      relating to PD claims.

10/05/09 Cameron      Attention to DSG claims and remand        .70
                      issues.

10/06/09 Ament        Assist team with various issues           .20
                      relating to PD claims.

10/06/09 Flatley      Email from T. Rea re: scheduling          .20
                      and follow-up re: dates.

10/07/09 Cameron      Attention to DGS claims issues.           .80

10/07/09 Flatley      Emails re: remand of DGS decision.        .30

10/08/09 Ament        Assist team with various issues           .40
                      relating to PD claims (.20);
                      telephone call to Judge
                      Fitzgerald's office per T. Rea
                      request relating to motion to
                      approve asbestos PD claim (.10);
                      follow-up e-mail to T. Rea re:
                      same (.10).

10/08/09 Flatley      Emails re: DGS and reply.                 .10

10/09/09 Ament        Assist team with various issues           .20
                      relating to PD claims.

10/09/09 Cameron      Review case management order and          .90
                      DGS claim issues.

10/09/09 Rea          Drafted property damage summary           .70
                      judgment motion.

10/12/09 Ament        Assist team with various issues           .20
                      relating to PD claims.

10/13/09 Ament        Assist team with various issues           .20
                      relating to PD claims.

10/13/09 Rea          Reviewed memo on DGS appeal.              .30

10/14/09 Ament        Assist team with various issues           .20
                      relating to PD claims.

172573 W. R. Grace & Co.                           Invoice Number  1932294
60033  Claim Analysis Objection. Resolution & Estimation Page  3
       (Asbestos)
       November 24, 2009


   Date   Name                                                      Hours
-------- -----------                                                -----

10/14/09 Flatley          Review legal research memorandum           1.90
                          (1.6); with T. Rea about research
                          and follow-up (0.3).

10/14/09 Rea              Meeting with L. Flatley re: DGS            1.20
                          claim (0.5); reviewed information
                          re: DGS claim (0.7).

10/14/09 Restivo          Finalize Solow papers.                     1.50

10/15/09 Ament            Assist team with various issues             .20
                          relating to PD claims.

10/15/09 Atkinson         Review Grace-Solow and Grace-State          .70
                          of West Virginia File Contents
                          Reports and files from Repository,
                          and provide document copies to
                          Traci Rea.

10/15/09 Flatley          Emails re: status of DGS case.             .20

10/15/09 Radcliffe        Assist M. Atkinson with review of          .80
                          Solow and West Virginia Matters
                          per request from T. Rea.

10/15/09 Rea              Drafted summary judgment motion on         2.50
                          property damage claims.

10/16/09 Cameron          Review DSG claim issues.                   .60

10/17/09 Cameron          Review DSG claim materials and            1.30
                          potential discovery issues.

10/19/09 Ament            Assist team with various issues            .20
                          relating to PD claims.

10/19/09 Radcliffe        Continue to review Solow and West         1.50
                          Virginia cases per request from T.
                          Rea.

10/19/09 Restivo          Telephone conference with R. Finke.        .30

10/20/09 Ament            Assist team with various issues            .20
                          relating to PD claims.

10/21/09 Ament            Assist team with various issues            .20
                          relating to PD claims.

10/21/09 Restivo          Speights settlements.                      .50

172573  W. R. Grace & Co.                          Invoice Number  1932294
60033   Claim Analysis Objection, Resolution & Estimation Page    4
        (Asbestos)
        November 24, 2009


| Date | Name | | Hours |
|------|------|---|-------|
| 10/22/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/23/09 | Ament | Attend to billing matters relating to consultant fee (.30); various e-mails and meetings re: same (.20). | .50 |
| 10/25/09 | Cameron | Review materials regarding Omnibus hearing (0.3); review DGS claim materials (0.4). | .70 |
| 10/26/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/26/09 | Cameron | Review materials relating to settlement agreement for omnibus hearing. | .50 |
| 10/26/09 | Restivo | Finalize motion on two remaining Canadian claims. | .40 |
| 10/27/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/28/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/29/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/30/09 | Ament | Assist team with various issues relating to PD claims. | .20 |

                                                          ------
                                      TOTAL HOURS          32.30


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 5.20 | at $ | 635.00 | = | 3,302.00 |
| Douglas E. Cameron | 11.60 | at $ | 630.00 | = | 7,308.00 |
| James J. Restivo Jr. | 3.30 | at $ | 685.00 | = | 2,260.50 |
| Traci Sands Rea | 4.70 | at $ | 455.00 | = | 2,138.50 |
| Maureen L. Atkinson | 0.70 | at $ | 210.00 | = | 147.00 |
| Sharon A. Ament | 4.50 | at $ | 175.00 | = | 787.50 |
| Robert H Radcliffe | 2.30 | at $ | 125.00 | = | 287.50 |

                    CURRENT FEES                          16,231.00

172573  W. R. Grace & Co.                              Invoice Number   1932294
60033   Claim Analysis Objection Resolution & Estimation Page    5
        (Asbestos)
        November 24, 2009


                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT          $16,231.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1932295 |
| Invoice Date | 11/24/09 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

| | | |
|---|---|---|
| Fees | 16,033.50 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $16,033.50 |
| | | ============ |

```
                        REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      1932295
One Town Center Road                Invoice Date       11/24/09
Boca Raton, FL   33486              Client Number        172573
                                    Matter Number         60038
```

======================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2009

| Date | Name | | Hours |
|------|------|--|-------|
| 10/01/09 | Murphy | Research regarding finality of district court's remand for appeal. | 2.10 |
| 10/01/09 | Rea | Conference call re: opinion and analysis of appealability issue. | 5.80 |
| 10/02/09 | Doblick | Review materials re appealability of order (0.4); telephone conversation with J. Martin re same (0.2). | .60 |
| 10/02/09 | Murphy | Research and email memo to T. Rea regarding finality of district court's remand for appeal. | 3.10 |
| 10/05/09 | Doblick | Review emails, opinions and caselaw. | .50 |
| 10/06/09 | Doblick | Review district court's opinion (1.20); preliminary legal research re same (1.00). | 2.20 |
| 10/07/09 | Doblick | Telephone conversation with T. Rea (.10); continued legal research re appealability/waiver issues (1.10). | 1.20 |
| 10/07/09 | Rea | Reviewed research re: appeal. | .20 |
| 10/08/09 | Doblick | Continued review of case law re appealability and waiver issues (2.20); draft memo re same (1.00). | 3.20 |

```
172573  W. R. Grace & Co.                      Invoice Number  1932295
60038   Property Damage Claim Appeals          Page    2
        November 24, 2009


        Date   Name                                          Hours
        -----  ------                                        -----


        10/09/09 Doblick      Continued work on memo re:       6.90
                              appealability/waiver issues.

        10/12/09 Doblick      Finalize memo re                 6.90
                              appealability/waiver issues.
                                                              ------
                                          TOTAL HOURS          32.70


        TIME SUMMARY          Hours        Rate        Value
        ------------          -----        ----        -----
        Traci Sands Rea        6.00  at  $  455.00  =   2,730.00
        Donna M. Doblick      21.50  at  $  545.00  =  11,717.50
        Kathleen A. Murphy     5.20  at  $  305.00  =   1,586.00

                              CURRENT FEES                       16,033.50

                                                              ------------
                      TOTAL BALANCE DUE UPON RECEIPT            $16,033.50
                                                              ============
```