# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: January 22, 2010 at 4:00 p.m.** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FIRST MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

Name of Applicant:                          Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., *et al.*, Debtors and
                                            Debtors-in-Possession

Date of Retention:                          July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                     November 1 through November 30, 2009

Amount of fees sought as actual,
reasonable and necessary:                    $ 26,217.00

Amount of expenses sought as actual,
reasonable and necessary                     $ 6,599.14

This is a(n): X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*#24075*
*12/8/09*

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 10 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 1.90 | $1,301.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 3.90 | $2,476.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 7.50 | $4,725.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 20.10 | $9,145.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 1.90 | $760.00 |
| Kathleen M. K. Blake | Associate | 2002 | Litigation | $370.00 | 12.50 | $4,625.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 3.10 | $744.00 |
| Maureen L. Atkinson | Paralegal | 32 Years | Litigation | $210.00 | .20 | $42.00 |
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 13.70 | $2,397.50 |

**Total Fees: $26,217.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 3.20 | $    560.00 |
| Fee Applications | 10.10 | $ 2,396.50 |
| Claim Analysis Objection Resolution & Estimation | 51.50 | $23,260.50 |
| **Total** | **64.80** | **$26,217.00** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---:|:---:|
| Telephone Expense | $.10 | ---- |
| Duplicating/Printing/Scanning | $192.80 | ---- |
| Outside Duplicating | $2,214.32 | ---- |
| Courier Service – Outside | $243.25 | ---- |
| Taxi Expense | $34.65 | ---- |
| Secretarial Overtime | $1,117.50 | ---- |
| Meal Expense | $2,796.52 | ---- |
| SUBTOTAL | $6,599.14 | $0.00 |
| **TOTAL** | **$6,599.14** | **$0.00** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:    December 31, 2009                     REED SMITH LLP
          Wilmington, Delaware

                                          By: /s/ Kurt F. Gwynne
                                              Kurt F. Gwynne (No. 3951)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE 19801
                                              Telephone: (302) 778-7500
                                              Facsimile: (302) 778-7575
                                              E-mail: kgwynne@reedsmith.com

                                                  and

                                              James J. Restivo, Jr., Esquire
                                              Lawrence E. Flatley, Esquire
                                              Douglas E. Cameron, Esquire
                                              Reed Smith Centre
                                              225 Sixth Avenue
                                              Pittsburgh, PA 15222
                                              Telephone: (412) 288-3131
                                              Facsimile: (412) 288-3063

                                              Special Asbestos Products Liability Defense
                                              Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1944150
One Town Center Road                      Invoice Date       12/24/09
Boca Raton, FL    33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          560.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $560.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1944150
One Town Center Road                      Invoice Date     12/24/09
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number      60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2009

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/06/09 | Ament | E-mails re: 11/23/09 hearing. | .20 |
| 11/09/09 | Ament | Various e-mails re: agenda for 11/23/09 hearing (.20); update hearing binders per J. O'Neill request (.20); hand deliver same to Judge Fitzgerald (.10). | .50 |
| 11/10/09 | Ament | Various e-mails and telephone calls re: Sept. hearings and 11/23/09 hearing. | .50 |
| 11/17/09 | Ament | Various e-mails and telephone calls re: 11/23/09 hearing (.30); telephone call from Pachulski re: final agenda for said hearing (.10); provide agenda to Judge Fitzgerald per J. O'Neill request (.10); circulate agenda to team (.10). | .60 |
| 11/18/09 | Ament | Various e-mails and meetings re: Jan. hearings. | .30 |
| 11/19/09 | Ament | E-mails re: 12/14/09 omnibus hearing. | .20 |
| 11/23/09 | Ament | Assist K&E with hearing deadline (.10); various e-mails with K. Love re: same (.10); hand deliver brief to Judge Fitzgerald (.10); e-mail to R. Baker re: 12/13/09 hearing (.10); e-mails with P. Cuniff of Pachulski re: hearing | .50 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       December 24, 2009

Invoice Number  1944150
Page   2

| Date | Name | | Hours |
|------|------|--|-------|
| | | binders due 11/30/09 (.10). | |
| 11/24/09 | Ament | E-mails re: 12/14/09 hearing. | .10 |
| 11/30/09 | Ament | Update hearing binders re: 12/14/09 hearing (.20); hand deliver same to Judge Fitzgerald per J. O'Neill request (.10). | .30 |

TOTAL HOURS    3.20

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 3.20 at $ 175.00 = | | 560.00 |

CURRENT FEES                    560.00

TOTAL BALANCE DUE UPON RECEIPT   $560.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1944151
5400 Broken Sound Blvd., N.W.        Invoice Date        12/24/09
Boca Raton, FL 33487                 Client Number        172573


================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                              2,396.50
    Expenses                             0.00

            TOTAL BALANCE DUE UPON RECEIPT      $2,396.50
                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1944151
5400 Broken Sound Blvd., N.W.        Invoice Date       12/24/09
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2009

    Date   Name                                               Hours
  -------- -----------                                        -----

  11/03/09 Ament           E-mails re: quarterly fee            .10
                           application.

  11/05/09 Ament           Begin calculating fees and           .50
                           expenses re: quarterly fee
                           application (.20); continue
                           drafting narrative and summary re:
                           same (.20); e-mail to A. Muha re:
                           quarterly fee application (.10).

  11/05/09 Lord            E-mail to S. Ament re: Grace         .20
                           quarterly (.1); prepare exhibits
                           for same (.2).

  11/06/09 Ament           Continue calculating fees and       1.70
                           expenses re: quarterly fee
                           application (1.10); continue
                           drafting narrative and summary re:
                           same (.40); various e-mails re:
                           quarterly fee application (.10);
                           provide same to A. Muha for review
                           (.10).

  11/06/09 Muha            Review and revise materials for      .40
                           Quarterly Fee Application
                           (July-September 2009).

  11/09/09 Ament           Finalize quarterly fee application   .40
                           (.30); e-mail same to J. Lord for
                           DE filing (.10).

  11/09/09 Lord            Research docket and update 2002      .30
                           Service List.

172573  W. R. Grace & Co.
60029   Fee Applications-Applicant
        December 24, 2009

Invoice Number   1944151
Page    2

| Date | Name | | Hours |
|------|------|---|------|

| 11/09/09 | Lord | Revise and prepare Reed Smith quarterly fee application for e-filing and service. | 1.50 |
| 11/10/09 | Lord | Revise, e-file and service Reed Smith quarterly fee application. | .70 |
| 11/12/09 | Ament | Attend to billing matters. | .10 |
| 11/19/09 | Ament | Attend to billing matters. | .10 |
| 11/19/09 | Muha | Review and revise October 2009 fee and expense invoices for monthly fee application. | .80 |
| 11/23/09 | Ament | E-mails re: Oct. monthly fee application. | .10 |
| 11/23/09 | Lord | Research docket and draft CNO to RS September monthly fee application. | .40 |
| 11/24/09 | Ament | Begin calculating fees and expenses for Oct. monthly fee application (.50); prepare spreadsheet re: same (.40); draft fee application (.40). | 1.30 |
| 11/25/09 | Ament | Complete calculating fees and expenses relating to Oct. monthly fee application (.20); continue drafting Oct. monthly fee application (.20); provide same to A. Muha for review (.10). | .50 |
| 11/25/09 | Muha | Review and revise October 2009 monthly fee application. | .70 |
| 11/30/09 | Ament | E-mails re: Oct. monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10). | .30 |

                                        TOTAL HOURS    10.10

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       December 24, 2009

Invoice Number  1944151
Page   3

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Andrew J. Muha | 1.90 | at | $ | 400.00 | = | 760.00 |
| John B. Lord | 3.10 | at | $ | 240.00 | = | 744.00 |
| Sharon A. Ament | 5.10 | at | $ | 175.00 | = | 892.50 |

                   CURRENT FEES                        2,396.50


                                                     ------------
       TOTAL BALANCE DUE UPON RECEIPT                   $2,396.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1944152
One Town Center Road                    Invoice Date      12/24/09
Boca Raton, FL    33486                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                          23,260.50
    Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $23,260.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1944152
One Town Center Road                      Invoice Date       12/24/09
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2009

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 11/02/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/02/09 | Cameron | Review materials relating to DGS claims. | .60 |
| 11/03/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/04/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/05/09 | Rea | Revisions to Solow motion. | .50 |
| 11/06/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/06/09 | Rea | Multiple e-mails and revision to motion to approve Solow settlement. | 1.60 |
| 11/08/09 | Cameron | Review draft Motion for Summary Judgment and e-mails re:  same. | .90 |
| 11/09/09 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/09/09 | Cameron | Review draft motion for summary judgment and e-mails regarding same. | .40 |
| 11/09/09 | Rea | Multiple e-mails and revisions to summary judgment motion. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1944152
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       December 24, 2009


   Date    Name                                                   Hours
-------- -----------                                              -----

11/10/09 Ament              Assist team with various issues        .50
                            relating to PD claims (.20);
                            various e-mails and telephone
                            calls with team re: same (.30).

11/10/09 Cameron            Attention to DGS claim.                .50

11/10/09 Flatley            Emails re: status.                     .20

11/10/09 Rea                E-mails re: DGS conference.            .10

11/11/09 Ament              Assist team with various issues        .60
                            relating to PD claims (.50);
                            e-mails with T. Rea re: same (.10).

11/11/09 Blake              Meet with T. Rea re: review of         .70
                            claim files and assistance on
                            discovery for statue of
                            limitations issues.

11/11/09 Rea                Conference with K. Blake re: DGS      1.20
                            material (.7); analysis of DGS
                            claims (.5).

11/12/09 Ament              Assist team with various issues        .50
                            relating to PD claims (.40);
                            e-mails with T. Rea re: same (.10).

11/12/09 Cameron            Meet with J. Restivo and T. Rea        .90
                            regarding DGS claim and upcoming
                            status conference (0.3); review
                            Speights claims issues (0.6).

11/12/09 Flatley            With T. Rea re: status conference      .30
                            on November 16.

11/12/09 Rea                E-mails and internal conferences       .20
                            re: status conference with the
                            court.

11/12/09 Restivo            Emails, pleadings, meeting with T.     .70
                            Rea and meeting with D. Cameron.

11/13/09 Ament              Assist team with various issues        .20
                            relating to PD claims.

11/14/09 Cameron            Review DGS claim materials.            .40

172573  W. R. Grace & Co.                          Invoice Number  1944152
60033   Claim Analysis Objection Resolution & Estimation Page   3
        (Asbestos)
        December 24, 2009


    Date    Name                                                    Hours
    --------  -----------                                           -----

11/16/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/16/09 Flatley        Emails from/to T. Rea.                       .20

11/17/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/17/09 Blake          Review materials to prepare for              .70
                        discovery needed for statute of
                        limitations.

11/17/09 Rea            Preparation for DGS status                  3.80
                        conference.

11/18/09 Ament          Assist team with various issues              .20
                        relating to PD claims.

11/18/09 Blake          Review file information to prepare           .50
                        to draft discovery on statute of
                        limitations issues.

11/18/09 Flatley        Organizing mail and file.                    .20

11/18/09 Rea            Preparation for DGS hearing (.8);            .90
                        e-mail to ACC re: Solow settlement
                        (.1).

11/19/09 Ament          Assist T. Rea with various issues           1.20
                        relating to PD claims (1.0);
                        various e-mails and telephone
                        calls re: same (.20).

11/19/09 Blake          Review background documents and             2.80
                        claims files to prepare for
                        discovery needed on statute of
                        limitations issues.

11/19/09 Cameron        Review discovery issues for DGS              .90
                        claims (0.6); meet with T. Rea and
                        e-mails regarding same (0.3).

11/19/09 Flatley        Meeting with T. Rea (0.8); emails           1.10
                        and replies (0.3).

11/19/09 Rea            Preparation for DGS conference.             3.90

11/19/09 Restivo        Telephone calls and emails with             .60
                        Cameron, Finke, and Speights.

172573  W. R. Grace & Co.                          Invoice Number  1944152
60033   Claim Analysis Objection Resolution & Estimation Page   4
        (Asbestos)
        December 24, 2009


    Date    Name                                              Hours
    ------- -----------                                       -----

11/20/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

11/20/09 Blake          Review and draft summary of             5.50
                        sixteen claims files.

11/20/09 Cameron        Review materials for discovery           .60
                        regarding DGS claim.

11/20/09 Rea            E-mails re: hearing.                      .20

11/21/09 Cameron        Review materials for hearing on          .50
                        DGS status.

11/22/09 Cameron        Review T. Rea outline for status         .50
                        conference.

11/22/09 Rea            Preparation for DGS conference.         1.50

11/23/09 Ament          Assist T. Rea with various issues        .40
                        relating to PD claims (.30);
                        e-mails with T. Rea re: same (.10).

11/23/09 Blake          Conference with T. Rea re: status        .30
                        conference and claim file review.

11/23/09 Flatley        Review T. Rea draft and email          1.90
                        comments on it to her (1.0); with
                        T. Rea re: status conference and
                        mediation plans (0.7); emails from
                        T. Rea and R. Finke. (0.2).

11/23/09 Rea            Preparation for DGS status            5.10
                        conference (2.5); Omnibus hearing
                        (1.0); follow-up re: mediation of
                        DGS claims (1.6).

11/23/09 Restivo        Various PD matters including Solow       .60
                        and DSG communications.

11/24/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

11/24/09 Rea            E-mails re: Canadian summary             .10
                        judgment motion.

11/25/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

172573  W. R. Grace & Co.                        Invoice Number  1944152
60033   Claim Analysis Objection Resolution & Estimation Page   5
        (Asbestos)
        December 24, 2009


   Date   Name                                              Hours
 --------  -----------                                       -----

 11/25/09 Atkinson        Review files re information          .20
                          concerning Dr. Brody per L.
                          Flatley request.

 11/25/09 Cameron         Attention to DGS claim discovery     .70
                          issues.

 11/27/09 Blake           Review sixteen claims files and     1.00
                          draft memo summary.

 11/30/09 Ament           Assist team with various issues      .10
                          relating to PD claims.

 11/30/09 Blake           Work on review and summary of       1.00
                          sixteen asbestos claim files.

 11/30/09 Cameron         Attention to DGS claim issues.       .60

                                                             ------
                                         TOTAL HOURS          51.50


 TIME SUMMARY             Hours        Rate        Value
 ------------------------ ----------------------   -------
 Lawrence E. Flatley       3.90  at $  635.00  =  2,476.50
 Douglas E. Cameron        7.50  at $  630.00  =  4,725.00
 James J. Restivo Jr.      1.90  at $  685.00  =  1,301.50
 Traci Sands Rea          20.10  at $  455.00  =  9,145.50
 Kathleen M.K. Blake      12.50  at $  370.00  =  4,625.00
 Maureen L. Atkinson       0.20  at $  210.00  =     42.00
 Sharon A. Ament           5.40  at $  175.00  =    945.00

                          CURRENT FEES                   23,260.50


                                                        ------------
              TOTAL BALANCE DUE UPON RECEIPT             $23,260.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1944153
One Town Center Road                      Invoice Date      12/24/09
Boca Raton, FL   33486                    Client Number     172573


==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                           0.00
        Expenses                   6,516.94

                    TOTAL BALANCE DUE UPON RECEIPT      $6,516.94
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1944153
One Town Center Road                      Invoice Date       12/24/09
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning            110.70
    Courier Service - Outside                243.25
    Outside Duplicating                    2,214.32
    Secretarial Overtime                   1,117.50
    Taxi Expense                              34.65
    Meal Expense                           2,796.52

                   CURRENT EXPENSES                      6,516.94
                                                    --------------

                   TOTAL BALANCE DUE UPON RECEIPT      $6,516.94
                                                    ==============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    1944153
One Town Center Road                    Invoice Date     12/24/09
Boca Raton, FL    33486                 Client Number     172573
                                        Matter Number       60026
```

==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/12/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 457.50 |
| 10/13/09 | Secretarial Overtime: WR Grace: secretarial support for confirmation hearing | 285.00 |
| 10/14/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 277.50 |
| 10/15/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 45.00 |
| 10/16/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 37.50 |
| 10/23/09 | Secretarial Overtime: WR Grace: secretarial support for upcoming confirmation hearings | 15.00 |
| 10/26/09 | Outside Duplicating 8.5x11 Laser Paper(case)/B&W Copies A - - Copying for trial by K&E and cost of paper required for use in printers at court. | 1393.14 |
| 10/29/09 | Outside Duplicating Mail out - Bankruptcy Mail-outs/Mail out - Envelope | 32.30 |
| 11/05/09 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Trips - to  Bankruptcy Court during W.R. Grace hearings. | 233.00 |
| 11/05/09 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | 1.05 |
| 11/05/09 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1944153
60026  Litigation and Litigation Consulting       Page    2
       December 24, 2009

11/06/09    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

11/06/09    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

11/06/09    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

11/06/09    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

11/06/09    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

11/06/09    Duplicating/Printing/Scanning                        .30
            ATTY # 000559: 3 COPIES

11/06/09    Duplicating/Printing/Scanning                        .30
            ATTY # 000559: 3 COPIES

11/06/09    Duplicating/Printing/Scanning                        .40
            ATTY # 000559: 4 COPIES

11/06/09    Duplicating/Printing/Scanning                        .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                        .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                        .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                        .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

11/06/09    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

11/06/09    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

11/06/09    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

11/06/09    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

172573  W. R. Grace & Co.                              Invoice Number  1944153
60026   Litigation and Litigation Consulting           Page    3
        December 24, 2009

| | | |
|---|---|---:|
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 31 COPIES | 3.10 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 31 COPIES | 3.10 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/09/09 | Meal Expense -- VENDOR: PARKHURST DINING<br>SERVICES: Lunch in the Lion's Den for multiple<br>people on following dates - 10/12 - 10/15/09  -<br>- Lunches for 15 (8 attorneys, 3 paralegals, 4<br>secretaries) during confirmation hearings on<br>10/15/09. | 291.69 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |

172573 W. R. Grace & Co.                     Invoice Number  1944153
60026  Litigation and Litigation Consulting  Page    4
       December 24, 2009

| Date | Description | Amount |
|------|-------------|-------:|
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 11/10/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 335 COPIES | 33.50 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/08/09<br>- REED SMITH 225 FIFTH AVE TO WESTIN HOTEL<br>(late hours travel of K&E attorney from office<br>to hotel during confirmation hearing.) | 5.39 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/06/09<br>- REED SMITH 225 FIFTH AVE TO RENAISSANCE  (late<br>hours travel of K&E attorney from office to<br>hotel during confirmation hearing.) | 10.10 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/06/09<br>- REED SMITH 225 FIFTH AVE TO WESTIN HOTEL<br>(late hours travel of K&E attorney from office<br>to hotel during confirmation hearing.) | 9.16 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/04/09<br>- REED SMITH 225 FIFTH AVE TO WESTIN 1000 PENN<br>AVE  (late hours travel of K&E attorney from<br>office to hotel during confirmation hearing.) | 10.00 |
| 11/11/09 | Outside Duplicating Mail out - - Envelopes,<br>copying for service of quarterly fee<br>application. | 441.48 |

172573 W. R. Grace & Co.                          Invoice Number  1944153
60026  Litigation and Litigation Consulting       Page    5
       December 24, 2009


| | | |
|---|---|---|
| 11/11/09 | Outside Duplicating Mail out - -  Envelopes, copying for service of quarterly fee application. | 347.40 |
| 11/12/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/12/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/17/09 | Duplicating/Printing/Scanning ATTY # 4810; 274 COPIES | 27.40 |
| 11/19/09 | Duplicating/Printing/Scanning ATTY # 000559: | 1.15 |
| 11/19/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/23/09 | Meal Expense -- VENDOR: PARKHURST DINING SERVICES: Lunches and Dinners for 15 (8 attorneys, 3 paralegals, 4 secretaries) during confirmation hearings on 10/12, 10/13, and 10/14/09 | 1601.55 |
| 11/23/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 11/24/09 | Meal Expense -- VENDOR: PARKHURST DINING SERVICES: Cafe Charges from 9/08/09 - 9/14/09 - - Meals for K&E attorneys, paraprofessionals and support staff that was not in court during confirmation hearings.  9/18/09: 18 meals($155.94); 9/19/09: 11 meals ($135.13); 9/10/09: 25 meals ($221.43); 9/11/09: 27 meals ($215.51); 9/14/09: 16 meals ($175.27). | 903.28 |
| 11/25/09 | Courier Service - Outside -- VENDOR: FEDEX: Envelope to D.Rosendorf, Kozyak Tropin & Throckmorton, Miami, FL | 10.25 |

                              CURRENT EXPENSES                  6,516.94
                                                             ------------
                         TOTAL BALANCE DUE UPON RECEIPT        $6,516.94
                                                             ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1944154
One Town Center Road                      Invoice Date      12/24/09
Boca Raton, FL   33486                    Client Number     172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                          0.00
         Expenses                     82.20

                         TOTAL BALANCE DUE UPON RECEIPT        $82.20
                                                       ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      1944154
One Town Center Road                Invoice Date       12/24/09
Boca Raton, FL   33486              Client Number        172573
                                    Matter Number         60033
```

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                      0.10
    Duplicating/Printing/Scanning         82.10
```

```
                    CURRENT EXPENSES                    82.20
                                                  --------------
```

```
              TOTAL BALANCE DUE UPON RECEIPT           $82.20
                                                  ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1944154
One Town Center Road                      Invoice Date     12/24/09
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60033

===========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/02/09    Duplicating/Printing/Scanning              66.70
            ATTY # 0559; 667 COPIES

11/05/09    Duplicating/Printing/Scanning               1.30
            ATTY # 000559: 13 COPIES

11/05/09    Duplicating/Printing/Scanning               1.30
            ATTY # 000559: 13 COPIES

11/06/09    Duplicating/Printing/Scanning               1.30
            ATTY # 000559: 13 COPIES

11/06/09    Duplicating/Printing/Scanning               1.30
            ATTY # 000559: 13 COPIES

11/06/09    Duplicating/Printing/Scanning               1.30
            ATTY # 000559: 13 COPIES

11/09/09    Duplicating/Printing/Scanning                .50
            ATTY # 000559: 5 COPIES

11/09/09    Duplicating/Printing/Scanning                .50
            ATTY # 000559: 5 COPIES

11/12/09    Telephone Expense                            .10
            12124464759/NEW YORK, NY/1

11/16/09    Duplicating/Printing/Scanning               2.00
            ATTY # 0559; 20 COPIES

11/17/09    Duplicating/Printing/Scanning                .40
            ATTY # 000559: 4 COPIES

172573 W. R. Grace & Co.                            Invoice Number  1944154
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       December 24, 2009

| Date | Description | Amount |
|---|---|---|
| 11/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

                              CURRENT EXPENSES              82.20
                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $82.20
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1944153
One Town Center Road                      Invoice Date      12/24/09
Boca Raton, FL    33486                    Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                      6,516.94

                    TOTAL BALANCE DUE UPON RECEIPT        $6,516.94
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1944153
One Town Center Road                    Invoice Date        12/24/09
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              110.70
    Courier Service - Outside                  243.25
    Outside Duplicating                      2,214.32
    Secretarial Overtime                     1,117.50
    Taxi Expense                                34.65
    Meal Expense                             2,796.52

                CURRENT EXPENSES                        6,516.94
                                                     -------------

                TOTAL BALANCE DUE UPON RECEIPT         $6,516.94
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                                Invoice Number      1944153
One Town Center Road                            Invoice Date      12/24/09
Boca Raton, FL    33486                         Client Number        172573
                                                Matter Number         60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/12/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 457.50 |
| 10/13/09 | Secretarial Overtime: WR Grace: secretarial support for confirmation hearing | 285.00 |
| 10/14/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 277.50 |
| 10/15/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 45.00 |
| 10/16/09 | Secretarial Overtime: WR Grace: confirmation hearing preparation - secretarial assistance | 37.50 |
| 10/23/09 | Secretarial Overtime: WR Grace: secretarial support for upcoming confirmation hearings | 15.00 |
| 10/26/09 | Outside Duplicating 8.5x11 Laser Paper(case)/B&W Copies A - - Copying for trial by K&E and cost of paper required for use in printers at court. | 1393.14 |
| 10/29/09 | Outside Duplicating Mail out - Bankruptcy Mail-outs/Mail out - Envelope | 32.30 |
| 11/05/09 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Trips - to  Bankruptcy Court during W.R. Grace hearings. | 233.00 |
| 11/05/09 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | 1.05 |
| 11/05/09 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1944153
60026  Litigation and Litigation Consulting       Page    2
       December 24, 2009


11/06/09    Duplicating/Printing/Scanning                      .70
            ATTY # 000559: 7 COPIES

11/06/09    Duplicating/Printing/Scanning                      .80
            ATTY # 000559: 8 COPIES

11/06/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

11/06/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

11/06/09    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

11/06/09    Duplicating/Printing/Scanning                      .30
            ATTY # 000559: 3 COPIES

11/06/09    Duplicating/Printing/Scanning                      .30
            ATTY # 000559: 3 COPIES

11/06/09    Duplicating/Printing/Scanning                      .40
            ATTY # 000559: 4 COPIES

11/06/09    Duplicating/Printing/Scanning                      .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                      .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                      .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                      .50
            ATTY # 000559: 5 COPIES

11/06/09    Duplicating/Printing/Scanning                      .60
            ATTY # 000559: 6 COPIES

11/06/09    Duplicating/Printing/Scanning                      .60
            ATTY # 000559: 6 COPIES

11/06/09    Duplicating/Printing/Scanning                      .70
            ATTY # 000559: 7 COPIES

11/06/09    Duplicating/Printing/Scanning                      .70
            ATTY # 000559: 7 COPIES

11/06/09    Duplicating/Printing/Scanning                      .70
            ATTY # 000559: 7 COPIES

172573  W. R. Grace & Co.                          Invoice Number   1944153
60026   Litigation and Litigation Consulting       Page    3
        December 24, 2009

| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 31 COPIES | 3.10 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 31 COPIES | 3.10 |
| 11/06/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/09/09 | Meal Expense -- VENDOR: PARKHURST DINING<br>SERVICES: Lunch in the Lion's Den for multiple<br>people on following dates - 10/12 - 10/15/09  -<br>- Lunches for 15 (8 attorneys, 3 paralegals, 4<br>secretaries) during confirmation hearings on<br>10/15/09. | 291.69 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |

172573 W. R. Grace & Co.                           Invoice Number  1944153
60026  Litigation and Litigation Consulting        Page    4
       December 24, 2009

| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 11/09/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 25 COPIES | 2.50 |
| 11/10/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 335 COPIES | 33.50 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/08/09<br>- REED SMITH 225 FIFTH AVE TO WESTIN HOTEL<br>(late hours travel of K&E attorney from office<br>to hotel during confirmation hearing.) | 5.39 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/06/09<br>- REED SMITH 225 FIFTH AVE TO RENAISSANCE  (late<br>hours travel of K&E attorney from office to<br>hotel during confirmation hearing.) | 10.10 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/06/09<br>- REED SMITH 225 FIFTH AVE TO WESTIN HOTEL<br>(late hours travel of K&E attorney from office<br>to hotel during confirmation hearing.) | 9.16 |
| 11/11/09 | Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/04/09<br>- REED SMITH 225 FIFTH AVE TO WESTIN 1000 PENN<br>AVE  (late hours travel of K&E attorney from<br>office to hotel during confirmation hearing.) | 10.00 |
| 11/11/09 | Outside Duplicating Mail out - - Envelopes,<br>copying for service of quarterly fee<br>application. | 441.48 |

172573 W. R. Grace & Co.                          Invoice Number  1944153
60026  Litigation and Litigation Consulting      Page   5
       December 24, 2009


| | | |
|---|---|---|
| 11/11/09 | Outside Duplicating Mail out - -  Envelopes, copying for service of quarterly fee application. | 347.40 |
| 11/12/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/12/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/17/09 | Duplicating/Printing/Scanning ATTY # 4810; 274 COPIES | 27.40 |
| 11/19/09 | Duplicating/Printing/Scanning ATTY # 000559: | 1.15 |
| 11/19/09 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 11/23/09 | Meal Expense -- VENDOR: PARKHURST DINING SERVICES: Lunches and Dinners for 15 (8 attorneys, 3 paralegals, 4 secretaries) during confirmation hearings on 10/12, 10/13, and 10/14/09 | 1601.55 |
| 11/23/09 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 11/24/09 | Meal Expense -- VENDOR: PARKHURST DINING SERVICES: Cafe Charges from 9/08/09 - 9/14/09 - - Meals for K&E attorneys, paraprofessionals and support staff that was not in court during confirmation hearings.  9/18/09: 18 meals($155.94); 9/19/09: 11 meals ($135.13); 9/10/09: 25 meals ($221.43); 9/11/09: 27 meals ($215.51); 9/14/09: 16 meals ($175.27). | 903.28 |
| 11/25/09 | Courier Service - Outside -- VENDOR: FEDEX: Envelope to D.Rosendorf, Kozyak Tropin & Throckmorton, Miami, FL | 10.25 |

                              CURRENT EXPENSES              6,516.94
                                                         ------------
                   TOTAL BALANCE DUE UPON RECEIPT           $6,516.94
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1944154
One Town Center Road                      Invoice Date       12/24/09
Boca Raton, FL    33486                   Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            0.00
         Expenses                       82.20

                         TOTAL BALANCE DUE UPON RECEIPT          $82.20
                                                          ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1944154 |
| One Town Center Road | Invoice Date | 12/24/09 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60033 |

======================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.10 |
| Duplicating/Printing/Scanning | 82.10 |

|  |  |
|---|---|
| CURRENT EXPENSES | 82.20 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $82.20 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1944154
One Town Center Road                      Invoice Date     12/24/09
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 11/02/09 | Duplicating/Printing/Scanning | 66.70 |
| | ATTY # 0559; 667 COPIES | |
| 11/05/09 | Duplicating/Printing/Scanning | 1.30 |
| | ATTY # 000559: 13 COPIES | |
| 11/05/09 | Duplicating/Printing/Scanning | 1.30 |
| | ATTY # 000559: 13 COPIES | |
| 11/06/09 | Duplicating/Printing/Scanning | 1.30 |
| | ATTY # 000559: 13 COPIES | |
| 11/06/09 | Duplicating/Printing/Scanning | 1.30 |
| | ATTY # 000559: 13 COPIES | |
| 11/06/09 | Duplicating/Printing/Scanning | 1.30 |
| | ATTY # 000559: 13 COPIES | |
| 11/09/09 | Duplicating/Printing/Scanning | .50 |
| | ATTY # 000559: 5 COPIES | |
| 11/09/09 | Duplicating/Printing/Scanning | .50 |
| | ATTY # 000559: 5 COPIES | |
| 11/12/09 | Telephone Expense | .10 |
| | 12124464759/NEW YORK, NY/1 | |
| 11/16/09 | Duplicating/Printing/Scanning | 2.00 |
| | ATTY # 0559; 20 COPIES | |
| 11/17/09 | Duplicating/Printing/Scanning | .40 |
| | ATTY # 000559: 4 COPIES | |

172573 W. R. Grace & Co.                          Invoice Number  1944154
60033  Claim Analysis Objection Resolution & Estimation Page    2
       (Asbestos)
       December 24, 2009


| Date | Description | Amount |
|---|---|---|
| 11/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/19/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/23/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 11/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/24/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/25/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

                        CURRENT EXPENSES                   82.20
                                                      ------------
                TOTAL BALANCE DUE UPON RECEIPT          $82.20
                                                      =============