# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: February 22, 2010 at 4:00 p.m.** |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED SECOND MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

Name of Applicant:                                                Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al.*, Debtors and
                                                                             Debtors-in-Possession

Date of Retention:                                                July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                                     December 1 through December 31, 2009

Amount of fees sought as actual,
reasonable and necessary:                                  $18,402.00

Amount of expenses sought as actual,
reasonable and necessary                                   $350.26

This is a(n): X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#24207
1/29/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 8 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 3.10 | $2,123.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .10 | $63.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 5.30 | $3,339.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $565.00 | 1.60 | $904.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 3.70 | $1,683.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 1.20 | $480.00 |
| Kathleen M. K. Blake | Associate | 2002 | Litigation | $370.00 | 15.20 | $5,624.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 17 Years | Bankruptcy | $240.00 | 3.30 | $792.00 |
| Marguerita T. Young-Jones | Senior Research Librarian | 9 Years | Knowledge Management | $190.00 | 1.00 | $190.00 |
| Sharon A. Ament | Paralegal | 5 Years | Litigation | $175.00 | 18.30 | $3,202.50 |

**Total Fees: $18,402.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 13.70 | $3,021.50 |
| Fee Applications | 8.80 | $2,024.50 |
| Claim Analysis Objection Resolution & Estimation | 30.30 | $13,356.00 |
| **Total** | **52.80** | **$18,402.00** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $.90 | ---- |
| PACER | $39.52 | ---- |
| Duplicating/Printing/Scanning | $216.10 | ---- |
| Postage Expense | $3.69 | ---- |
| Courier Service – Outside | $25.00 | ---- |
| Taxi Expense | $7.85 | ---- |
| Outside Duplicating | $27.20 | ---- |
| General Expense: CourtCall charge for J. Restivo participation in 12/14/09 omnibus hearing | $30.00 | ---- |
| SUBTOTAL | $350.26 | $0.00 |
| **TOTAL** | **$350.26** | |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:    January 29, 2010                    REED SMITH LLP
          Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                             Kurt F. Gwynne (No. 3951)
                                             1201 Market Street, Suite 1500
                                             Wilmington, DE  19801
                                             Telephone:  (302) 778-7500
                                             Facsimile:  (302) 778-7575
                                             E-mail: kgwynne@reedsmith.com

                                                and

                                             James J. Restivo, Jr., Esquire
                                             Lawrence E. Flatley, Esquire
                                             Douglas E. Cameron, Esquire
                                             Reed Smith Centre
                                             225 Sixth Avenue
                                             Pittsburgh, PA 15222
                                             Telephone:  (412) 288-3131
                                             Facsimile:  (412) 288-3063

                                             Special Asbestos Products Liability Defense
                                             Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1955367
One Town Center Road                      Invoice Date        01/28/10
Boca Raton, FL   33486                    Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                         3,021.50
         Expenses                         0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $3,021.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1955367 |
| Invoice Date | 01/28/10 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2009

| Date | Name | | Hours |
|------|------|------|------|
| 12/01/09 | Ament | E-mails re: 12/14/09 hearing. | .20 |
| 12/02/09 | Ament | E-mails re: Jan. hearings. | .20 |
| 12/03/09 | Ament | Various e-mails and meetings re: Jan. confirmation hearing. | .20 |
| 12/04/09 | Ament | Various e-mails and meetings to assist K&E with coordination of hearing preparation for Dec. 14 hearing and Jan. confirmation hearings. | .50 |
| 12/07/09 | Ament | Continue coordinating logistics for hearing preparation for K&E relating to Grace hearings in Jan. (.20); e-mails re: same (.10). | .30 |
| 12/08/09 | Ament | Circulate agenda for 12/14/09 hearing to team. | .10 |
| 12/09/09 | Ament | Telephone call from K. Love re: 12/14/09 hearing and Jan. confirmation hearings (.20); follow-up e-mails re: same (.10). | .30 |
| 12/10/09 | Ament | Various e-mails and telephone calls to coordinate logistics for K&E hearing preparation for Jan. confirmation hearings. | .50 |

172573 W. R. Grace & Co.                        Invoice Number  1955367
60026  Litigation and Litigation Consulting     Page    2
        January 28, 2010


    Date   Name                                                    Hours
  -------- --------                                                -----

  12/10/09 Husar        Telephone conference call with R.           .80
                        Finke to discuss ADA access
                        complaint filed against Grace in
                        LASC (0.4);  telecom with
                        Plaintiffs's counsel's office
                        regarding request for dismissal
                        (0.4).

  12/11/09 Ament        E-mails re: 12/14/09 hearing               .30
                        (.10); continue coordinating
                        logistics for Jan. confirmation
                        hearings (.10); circulate amended
                        agenda to team re: 12/14/09
                        hearing (.10).

  12/11/09 Husar        Telephone call with Plaintiff's            .80
                        counsel's office regarding ADA
                        complaint (0.2);  prepare email
                        demanding dismissal (0.2);
                        communicate with Plaintiff's
                        counsel and R. Finke regarding the
                        same (0.2);  review conformed copy
                        of the dismissal and message for
                        R. Finke regarding the successful
                        dismissal of complaint and case
                        closure (0.2).

  12/14/09 Ament        Various meetings, conference calls        1.20
                        and e-mails to coordinate
                        logistics for Jan. hearing
                        preparation for K&E (1.0); e-mails
                        re: 12/14/09 hearing (.20).

  12/15/09 Ament        Continue coordinating logistics            .40
                        for hearing preparation for K&E
                        re: Jan. confirmation hearings.

  12/16/09 Ament        Continue coordinating logistics            .50
                        for hearing preparation for K&E
                        re: Jan. confirmation hearing.

  12/17/09 Ament        Continue coordinating logistics           1.30
                        for hearing preparation for K&E
                        relating to confirmation hearings
                        (.80); various e-mails and
                        conference calls re: same (.50).

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
     January 28, 2010

Invoice Number  1955367
Page   3

| Date | Name | | Hours |
|------|------|------|-------|
| 12/18/09 | Ament | Continue assisting K&E with logistics for hearing preparation relating to Jan. confirmation hearings (.50); various e-mails to coordinate same (.20); e-mails with Pachulski re: agenda and hearing binders for 1/4 and 1/5 confirmation hearings (.20). | .90 |
| 12/21/09 | Ament | Continue coordinating logistics for K&E hearing preparation relating to Jan. confirmation hearings (.80); various e-mails and meetings re: same (.30); continue coordinating logistics regarding filing and service of agenda and hearing binders for Pachulski re: said hearings (.30); e-mails with P. Cuniff re: same (.10). | 1.50 |
| 12/22/09 | Ament | Assist D. Bremer with courtroom technology for Jan. confirmation hearings (.20); various e-mails re: same (.10); request transcript of 12/14/09 per J. Restivo request (.10); continue coordinating logistics for hearing preparation for Jan. confirmation hearings (.30); various e-mails and meetings re: same (.20). | .90 |
| 12/29/09 | Ament | Continue coordinating logistics for hearing preparation to assist K&E (.70); various e-mails, conference calls and meetings re: same (.50); e-mails re: 12/14/09 hearing transcript (.10); circulate 12/14/09 hearing transcript to client and team (.10). | 1.40 |
| 12/30/09 | Ament | Various e-mails, conference calls and meetings to coordinate logistics for hearing preparation for K&E (1.0); circulate agenda for confirmation hearings to team (.10); meet with D. Cameron re: same (.10). | 1.20 |

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        January 28, 2010

Invoice Number  1955367
Page   4

| Date | Name | | Hours |
|------|------|--|-------|
| 12/31/09 | Ament | Various e-mails to assist K&E with hearing preparation for confirmation hearings (.10); e-mail to Pachulski re: hearing binders (.10). | .20 |

TOTAL HOURS    13.70

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Linda S. Husar | 1.60 at $ 565.00 = | | 904.00 |
| Sharon A. Ament | 12.10 at $ 175.00 = | | 2,117.50 |

CURRENT FEES                           3,021.50

TOTAL BALANCE DUE UPON RECEIPT          $3,021.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number    1955368
5400 Broken Sound Blvd., N.W.         Invoice Date      01/28/10
Boca Raton, FL 33487                  Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

       Fees                        2,024.50
       Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT      $2,024.50
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1955368 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    01/28/10 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60029 |

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2009

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/09 | Lord | Revise, e-file and serve Reed Smith October monthly fee application. | 1.20 |
| 12/02/09 | Ament | E-mails re: Oct. monthly fee application. | .10 |
| 12/03/09 | Ament | Various e-mails, meetings and telephone calls to attend to issues relating to quarterly fee application. | .20 |
| 12/03/09 | Lord | Communicate with UST re: reduction in expenses in recent quarterly (.2); e-mail to A. Muha re: same (.1). | .30 |
| 12/14/09 | Ament | Attend to fee application matters (.30); various e-mails, telephone calls and meetings re: same (.20). | .50 |
| 12/14/09 | Muha | Revisions to fee and expense detail for November 2009 monthly fee application, and meeting with S. Ament re: expense entry details. | .60 |
| 12/18/09 | Ament | E-mails and meet with A. Muha re: fee application/filing. | .20 |
| 12/18/09 | Muha | Make additional revisions to fee and expense detail for November 2009 monthly fee application. | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1955368
60029  Fee Applications-Applicant           Page    2
       January 28, 2010
```

| Date | Name | | Hours |
|------|------|------|-------|
| 12/21/09 | Ament | Address issues re: preparation of Nov. monthly fee application. | .10 |
| 12/22/09 | Ament | Attend to matters relating to Nov. monthly fee application (.10); meet with A. Muha re: same (.10); e-mails with A. Muha and J. Lord re: monthly fee application (.10). | .30 |
| 12/23/09 | Ament | Respond to e-mail from P. Dotterer re: Nov. monthly fee application. | .10 |
| 12/24/09 | Lord | E-file and serve CNO to Reed Smith October monthly fee application (.3); correspondence to R. Finke re: same (.1). | .40 |
| 12/29/09 | Ament | Calculate fees and expenses for Nov. monthly fee application (1.0); prepare spreadsheets re: same (.50); draft monthly fee application (.40); provide same to A. Muha for review (.10); meet with A. Muha re: same (.10). | 2.10 |
| 12/30/09 | Ament | Finalize Nov. monthly fee application (.10): e-mail same to J. Lord for DE filing (.10); attend to fee application matters (.10); e-mails re: same (.10); meet with D. Cameron re: same (.10). | .50 |
| 12/31/09 | Ament | Attend to fee application matters (.10); e-mails re: same (.10). | .20 |
| 12/31/09 | Lord | Revise, efile and serve Reed Smith November monthly fee application. | 1.40 |

```
                                            ------
                            TOTAL HOURS      8.80
```

172573  W. R. Grace & Co.
60029   Fee Applications-Applicant
        January 28, 2010

Invoice Number  1955368
Page    3

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 1.20 | at $ | 400.00 | = | 480.00 |
| John B. Lord | 3.30 | at $ | 240.00 | = | 792.00 |
| Sharon A. Ament | 4.30 | at $ | 175.00 | = | 752.50 |

CURRENT FEES                                    2,024.50

TOTAL BALANCE DUE UPON RECEIPT          $2,024.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1955369
One Town Center Road                    Invoice Date        01/28/10
Boca Raton, FL   33486                  Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                          13,356.00
     Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $13,356.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1955369
One Town Center Road                      Invoice Date       01/28/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033


========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2009

   Date   Name                                                  Hours
-------- -----------                                            -----


12/01/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

12/01/09 Flatley        Emails re: scheduling of DGS             .10
                        mediation.

12/01/09 Rea            Multiple e-mails re: DGS mediation.      .50

12/02/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

12/02/09 Rea            E-mails re: mediation.                   .10

12/03/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

12/04/09 Ament          Assist T. Rea with various issues        .20
                        relating to PD claims (.10);
                        e-mails re: same (.10).

12/04/09 Rea            Analysis of opposition to summary        .40
                        judgment motion.

12/07/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

12/07/09 Rea            E-mails re: revised order for J.         .10
                        Welsh mediation.

12/08/09 Ament          Assist team with various issues          .10
                        relating to PD claims.

172573  W. R. Grace & Co.                              Invoice Number   1955369
60033   Claim Analysis Objection, Resolution & EstimationPage    2
        (Asbestos)
        January 28, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 12/08/09 | Rea | Calls and e-mails re: mediation order. | .70 |
| 12/09/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/09/09 | Rea | Preparation for Speights argument. | .20 |
| 12/10/09 | Ament | Assist T. Rea with various issues relating to PD claims. | .20 |
| 12/11/09 | Blake | Additional research and summary on 16 claims files. | 3.90 |
| 12/11/09 | Rea | E-mails re: December 14 hearing. | .20 |
| 12/13/09 | Cameron | Attention to Speights' claims and related summary judgment issues (.60); review materials relating to potential discovery issues with DSC claims (.50). | 1.10 |
| 12/14/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/14/09 | Blake | Continue research, review and summary of sixteen claim files including review of information for potential duplicate claims. | 4.50 |
| 12/14/09 | Cameron | Participate in call regarding Motion for Summary Judgment. | .50 |
| 12/14/09 | Rea | Preparation for omnibus hearing (.3); attend omnibus hearing (.6); multiple e-mails and calls re: order for DGS mediation (.3). | 1.20 |
| 12/14/09 | Restivo | Prepare for and argue two Speights' Canadian claims at omnibus hearing. | 1.50 |
| 12/15/09 | Ament | Attend to various issues relating to PD claims. | .10 |
| 12/15/09 | Blake | Continue research, review and summary of sixteen claim files including review of information for potential duplicate claims. | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number  1955369
  60033  Claim Analysis Objection Resolution & EstimationPage   3
         (Asbestos)
         January 28, 2010


|   Date   | Name |   | Hours |
| -------- | ----------- | --- | ----- |
| 12/15/09 | Cameron | Review Speights and DSG claims materials. | .80 |
| 12/16/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/16/09 | Blake | Continue research, review and summary of sixteen claim files including review of information for potential duplicate claims. | 3.90 |
| 12/16/09 | Young-Jones | Research re: surveys of ACMs in public buildings. | 1.00 |
| 12/17/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/17/09 | Blake | Attention to status of 16 claim file review (0.1) and conference with T. Rea regarding same (0.2). | .30 |
| 12/17/09 | Rea | Conference with K. Matthews re: DGS claims. | .30 |
| 12/17/09 | Restivo | File review and emails. | .50 |
| 12/18/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/21/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/21/09 | Cameron | Review materials relating to DGS claim. | .60 |
| 12/21/09 | Restivo | Correspondence with R. Finke re: Medicare reporting. | .40 |
| 12/22/09 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 12/22/09 | Restivo | Year-end review of claims. | .50 |
| 12/28/09 | Cameron | Review discovery materials for DGS claims. | .90 |
| 12/29/09 | Cameron | Attention to DGS claims. | .70 |

```
172573  W. R. Grace & Co.                         Invoice Number  1955369
60033  Claim Analysis Objection Resolution & EstimationPage    4
       (Asbestos)
       January 28, 2010


       Date   Name                                            Hours
       ------- -----------                                    -----

       12/30/09 Ament          Assist team with various issues      .20
                               relating to PD claims.

       12/30/09 Cameron        Review materials for upcoming        .70
                               Grace hearing.

       12/30/09 Restivo        Review Transcript of 12/14 Omnibus   .20
                               Hearing re: Speights' Canadian
                               claims.

                                                            ------
                                            TOTAL HOURS      30.30


       TIME SUMMARY              Hours        Rate          Value
       -------------------------  ------    --------------   -------
       Lawrence E. Flatley        0.10  at  $  635.00   =      63.50
       Douglas E. Cameron         5.30  at  $  630.00   =   3,339.00
       James J. Restivo Jr.       3.10  at  $  685.00   =   2,123.50
       Traci Sands Rea            3.70  at  $  455.00   =   1,683.50
       Kathleen M.K. Blake       15.20  at  $  370.00   =   5,624.00
       Sharon A. Ament            1.90  at  $  175.00   =     332.50
       Marguerita T. Young-Jones  1.00  at  $  190.00   =     190.00

                               CURRENT FEES                    13,356.00

                                                          ------------
                       TOTAL BALANCE DUE UPON RECEIPT      $13,356.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1955385
One Town Center Road                      Invoice Date      01/28/10
Boca Raton, FL   33486                    Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                        149.06

              TOTAL BALANCE DUE UPON RECEIPT        $149.06
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | | Invoice Number | 1955385 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 01/28/10 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.40 |
| PACER | 5.92 |
| Duplicating/Printing/Scanning | 79.00 |
| Postage Expense | 3.69 |
| Courier Service - Outside | 25.00 |
| Outside Duplicating | 27.20 |
| Taxi Expense | 7.85 |

CURRENT EXPENSES                 149.06
                               -------------

TOTAL BALANCE DUE UPON RECEIPT      $149.06
                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1955385
One Town Center Road                      Invoice Date    01/28/10
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/05/09   Courier Service - Outside -- VENDOR: AMERICAN        5.00
           EXPEDITING - Deliveries to US Bankruptcy Court
           during hearings.

11/11/09   Taxi Expense -- VENDOR: YELLOW CAB CO.: 9/08/09      7.85
           - K&E travel from REED SMITH 225 FIFTH AVE TO
           COURTHOUSE DURING HEARINGS.

11/30/09   PACER                                                5.92

11/30/09   Outside Duplicating                                 27.20
           Mailout - Bankruptcy Mailouts/Mailout - Envelope

12/01/09   Duplicating/Printing/Scanning                        5.00
           ATTY # 0718; 50 COPIES

12/01/09   Duplicating/Printing/Scanning                       25.50
           ATTY # 0718; 255 COPIES

12/01/09   Duplicating/Printing/Scanning                        1.50
           ATTY # 000559: 15 COPIES

12/01/09   Duplicating/Printing/Scanning                        1.50
           ATTY # 000559: 15 COPIES

12/01/09   Duplicating/Printing/Scanning                         .30
           ATTY # 000559: 3 COPIES

12/03/09   Courier Service - Outside -- VENDOR: PARCELS,        5.00
           INC.: Delivery

12/03/09   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

```
172573 W. R. Grace & Co.                          Invoice Number  1955385
60026  Litigation and Litigation Consulting        Page    2
       January 28, 2010
```

| Date | Description | Amount |
|---|---|---|
| 12/14/09 | Telephone Expense<br>13128622819/CHICAGO, IL/8 | .40 |
| 12/16/09 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: - Deliveries to US Bankruptcy Court<br>during hearings. | 7.50 |
| 12/16/09 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING - Deliveries to US Bankruptcy Court<br>during hearings. | 7.50 |
| 12/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 12/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 12/17/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 12/21/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 12/24/09 | Duplicating/Printing/Scanning<br>ATTY # 0718; 9 COPIES | .90 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/29/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1955385
60026  Litigation and Litigation Consulting       Page   3
       January 28, 2010


12/29/09   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

12/29/09   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

12/29/09   Duplicating/Printing/Scanning                     1.50
           ATTY # 000559: 15 COPIES

12/29/09   Duplicating/Printing/Scanning                     1.50
           ATTY # 000559: 15 COPIES

12/29/09   Duplicating/Printing/Scanning                     1.50
           ATTY # 000559: 15 COPIES

12/30/09   Duplicating/Printing/Scanning                      .40
           ATTY # 000559: 4 COPIES

12/30/09   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

12/30/09   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

12/30/09   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

12/30/09   Duplicating/Printing/Scanning                      .30
           ATTY # 000559: 3 COPIES

12/30/09   Duplicating/Printing/Scanning                      .30
           ATTY # 000559: 3 COPIES

12/30/09   Duplicating/Printing/Scanning                     1.50
           ATTY # 000559: 15 COPIES

12/31/09   Duplicating/Printing/Scanning                    19.50
           ATTY # 0718; 195 COPIES

172573 W. R. Grace & Co.                           Invoice Number  1955385
60026  Litigation and Litigation Consulting        Page   4
       January 28, 2010


12/31/09    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

12/31/09    Duplicating/Printing/Scanning                     1.50
            ATTY # 000559: 15 COPIES

12/31/09    Duplicating/Printing/Scanning                      .30
            ATTY # 000559: 3 COPIES

12/31/09    Postage Expense                                   3.69
            Postage Expense: ATTY # 004810 User: Charneicki,

                          CURRENT EXPENSES              149.06
                                                   ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $149.06
                                                   ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1955386
One Town Center Road                      Invoice Date      01/28/10
Boca Raton, FL    33486                   Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                  0.00
    Expenses                            201.20

                    TOTAL BALANCE DUE UPON RECEIPT          $201.20
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1955386
One Town Center Road                    Invoice Date       01/28/10
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60033

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        0.50
    PACER                                   33.60
    Duplicating/Printing/Scanning          137.10
    General Expense                         30.00

                    CURRENT EXPENSES                     201.20
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $201.20
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1955386
One Town Center Road                     Invoice Date     01/28/10
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number      60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|-------:|
| 11/30/09 | PACER | 15.44 |
| 11/30/09 | PACER | 18.16 |
| 11/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/30/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 12/01/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/02/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                              Invoice Number  1955386
60033   Claim Analysis Objection Resolution & Estimation Page  2
        (Asbestos)
        January 28, 2010


| Date | Description | Amount |
|---|---|---|
| 12/08/09 | Telephone Expense<br>12152469494/PHILA, PA/3 | .15 |
| 12/14/09 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1280 COPIES | 128.00 |
| 12/14/09 | Telephone Expense<br>12152469494/PHILA, PA/7 | .35 |
| 12/14/09 | General Expense<br>Other - VENDOR: James J. Restivo Jr., Dec 14, 20<br>Court Conference Call with CourtCall for W.R.<br>Grace Omnibus Hearing | 30.00 |
| 12/18/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 12/22/09 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

                          CURRENT EXPENSES                      201.20
                                                          ------------
                  TOTAL BALANCE DUE UPON RECEIPT              $201.20
                                                          ============