```
Date: 11/28/09           Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
10/02/09   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  5.6   2660.00
#7203      Work on insurance analysis for Garbowski        475.00
           (Anderson-Kill)

10/30/09   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8   1330.00
#7211      Develop years of first exposure spreadsheet for        475.00
           Garbowski (Anderson-Kill)
```

{D0166524.1 }

Date: 11/28/09           Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 2

                        W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/01/09 #7001 | Peterson / (07) Committee, Creditors' Conference call with Rickards re: declaration | 1.0 800.00 | 800.00 |
| 10/01/09 #7002 | Peterson / (07) Committee, Creditors' Review Finch and Relles revisions to Declaration and underlying analyses | 1.0 800.00 | 800.00 |
| 10/01/09 #7201 | Relles / (07) Committee, Creditors' Review insurance computations for Garbowski request | 1.0 475.00 | 475.00 |
| 10/03/09 #7204 | Relles / (07) Committee, Creditors' Summarize insurance analysis, send email and results to Garbowski | 2.8 475.00 | 1330.00 |
| 10/07/09 #7005 | Peterson / (07) Committee, Creditors' Review declaration, referenced exhibit and analysis for Finch | 1.5 800.00 | 1200.00 |
| 10/07/09 #7206 | Relles / (07) Committee, Creditors' Telephone Garbowski re: insurance analysis | 0.6 475.00 | 285.00 |
| 10/07/09 #7207 | Relles / (07) Committee, Creditors' Run computations requested by Finch for declaration | 0.8 475.00 | 380.00 |
| 10/08/09 #7006 | Peterson / (07) Committee, Creditors' conference call with Finch and Relles re: declaration | 0.7 800.00 | 560.00 |
| 10/08/09 #7008 | Peterson / (07) Committee, Creditors' Review Finch email and demonstrative | 0.3 800.00 | 240.00 |
| 10/08/09 #7209 | Relles / (07) Committee, Creditors' Conference call with Finch and Peterson re: declaration | 0.7 475.00 | 332.50 |
| 10/09/09 #7009 | Peterson / (07) Committee, Creditors' conference call with Finch and Relles re: declaration | 0.7 800.00 | 560.00 |
| 10/09/09 #7210 | Relles / (07) Committee, Creditors' Conference call with Finch and Peterson re: declaration | 0.7 475.00 | 332.50 |

{D0166524.1 }

```
Date: 11/28/09            Legal Analysis Systems, Inc.
Time: 10:00am                                                               Page 3

                   W. R. Grace


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
10/01/09    Relles    / (28) Data Analysis                          1.7    807.50
#7202       Work on Peterson affidavit                           475.00

10/02/09    Peterson  / (28) Data Analysis                          1.5   1200.00
#7003       Review insurance analysis                            800.00

10/07/09    Peterson  / (28) Data Analysis                          0.3    240.00
#7004       Telephone Relles re: declaration                     800.00

10/07/09    Relles    / (28) Data Analysis                          0.3    142.50
#7205       Review insurance analysis                            475.00

10/07/09    Relles    / (28) Data Analysis                          0.3    142.50
#7208       Telephone Peterson re: declaration                   475.00

10/08/09    Peterson  / (28) Data Analysis                          1.2    960.00
#7007       Review confirmation hearing transcript on           800.00
            declaration issues

10/09/09    Peterson  / (28) Data Analysis                          0.6    480.00
#7010       review and suggest addition to declaration          800.00
--------------------------------------------------------------------------------
```

{D0166524.1 }

```
Date: 11/28/09              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 4

                W. R. Grace

             Summary Of Time Charges, By Month and Activity
                    October 2009 - October 2009

  MONTH      ACTIVITY                                      HOURS    AMOUNT
  ----------------------------------------------------------------------
  October  - (05) Claims Anal Objectn/Resolutn (Asbest)     8.4    3990.00
  October  - (07) Committee, Creditors'                    11.8    7295.00
  October  - (28) Data Analysis                             5.9    3972.50
  October  - (99) Total                                    26.1   15257.50

  Total    - (05) Claims Anal Objectn/Resolutn (Asbest)     8.4    3990.00
  Total    - (07) Committee, Creditors'                    11.8    7295.00
  Total    - (28) Data Analysis                             5.9    3972.50
  Total    - (99) Total                                    26.1   15257.50

--------------------------------------------------------------------------
```

{D0166524.1 }

```
Date: 11/28/09           Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 5

                 W. R. Grace

              Summary Of Time Charges, By Month and Person
                      October 2009 - October 2009

     MONTH      PERSON                                    HOURS    AMOUNT
     ---------------------------------------------------------------------
     October   - Relles                                    17.3    8217.50
     October   - Peterson                                   8.8    7040.00
     October   - Total                                     26.1   15257.50

     Total     - Relles                                    17.3    8217.50
     Total     - Peterson                                   8.8    7040.00
     Total     - Total                                     26.1   15257.50

     ---------------------------------------------------------------------
```

{D0166524.1 }

```
Date: 11/28/09           Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 6

                   W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                       October 2009 - October 2009

   MONTH     PERSON                              HOURS    RATE    AMOUNT
   ---------------------------------------------------------------------

   (05) Claims Anal Objectn/Resolutn (Asbest)

   October   - Relles                             8.4    475.    3990.00

   (07) Committee, Creditors'

   October   - Relles                             6.6    475.    3135.00
   October   - Peterson                           5.2    800.    4160.00

   (28) Data Analysis

   October   - Relles                             2.3    475.    1092.50
   October   - Peterson                           3.6    800.    2880.00


   ---------------------------------------------------------------------------
```

{D0166524.1 }