**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                        11/30/2009
Wilmington  DE                            ACCOUNT NO:        3000-01D
                                          STATEMENT NO:              79

Asset Analysis and Recovery

PREVIOUS BALANCE                                             $70.00

BALANCE DUE                                                  $70.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2009 |
| Wilmington  DE | ACCOUNT NO:     3000-02D |
|  | STATEMENT NO:          102 |

Asset Disposition

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,332.30 |
| 11/24/2009 | Payment - Thank you. (August, 2009 - 80% Fees) | -448.00 |
| | BALANCE DUE | $884.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                     11/30/2009
Wilmington  DE                                                  ACCOUNT NO:        3000-03D
                                                                        STATEMENT NO:                89

Business Operations


PREVIOUS BALANCE                                                                      $70.00

BALANCE DUE                                                                               $70.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2009
ACCOUNT NO:        3000-04D
STATEMENT NO:              102

Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $1,675.07 |
| 11/04/2009 | | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period September 2009 of W.R. Grace & Co., et al. | | 0.70 | 290.50 |
| 11/12/2009 | | | | |
| SMB | Attention to document management | | 0.10 | 10.00 |
| 11/18/2009 | | | | |
| MTH | Reviewing Notice of Status as Substantial Equity Holder | | 0.10 | 35.00 |
| 11/20/2009 | | | | |
| KH | Attention to document management | | 0.90 | 99.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.80 | 434.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $415.00 | $290.50 |
| Santae M. Boyd | 0.10 | 100.00 | 10.00 |
| Mark T. Hurford | 0.10 | 350.00 | 35.00 |
| Katherine Hemming | 0.90 | 110.00 | 99.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 434.50 |
| 11/24/2009 | Payment - Thank you. (August, 2009 - 80% Fees) | -265.60 |
| BALANCE DUE | | $1,843.97 |

W.R. Grace

ACCOUNT NO:        3000-04D
STATEMENT NO:            102

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

11/30/2009

ACCOUNT NO:      3000-05D
STATEMENT NO:             102

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                    $4,827.60

|  |  | HOURS |  |
|---|---|---|---|
| **11/10/2009** | | | |
| MTH | Begin review of Debtors' Settlement Motion re Edwards Plaintiffs | 0.20 | 70.00 |
| MTH | Reviewing Debtors' Motion for Approval of Solow Settlement | 0.30 | 105.00 |
| MTH | Reviewing Debtors' Motion re Two Time Barred Canadian Claims | 0.20 | 70.00 |
| **11/11/2009** | | | |
| MTH | Correspondence to counsel at C&D re Solow settlement motion and response to same from PVNL | 0.50 | 175.00 |
| MTH | Correspondence to counsel at C&D re Debtors' Motion to disallow two Asbestos PD Claims | 0.30 | 105.00 |
| MTH | Correspondence to counsel at C&D re Edwards settlement motion | 0.20 | 70.00 |
| MTH | Additional review of Debtors' Motion re Edwards Settlement | 0.40 | 140.00 |
| MTH | Additional review of Debtors' Motion for Approval of Solow Settlement | 0.30 | 105.00 |
| MTH | Reviewing Debtors' Motion re Dismissal of Canadian Asbestos PD Claims. | 0.20 | 70.00 |
| **11/17/2009** | | | |
| MTH | Additional review of Solow Settlement Motion and drafting correspondence to Debtors' counsel re same | 0.90 | 315.00 |
| **11/18/2009** | | | |
| MTH | Review correspondence from TR and LE re Solow Settlement Motion; correspondence to and from PVNL re same | 0.60 | 210.00 |
| **11/25/2009** | | | |
| MTH | Review correspondence from LH re service of response re late filed claims | 0.10 | 35.00 |
| **11/30/2009** | | | |
| MTH | Reviewing Response of Two Claimants' to Debtors' Summary Judgment | | |

Page: 2
W.R. Grace
11/30/2009
ACCOUNT NO:      3000-05D
STATEMENT NO:           102

Claims Analysis Objection & Resolution (Asbestos)

|  | HOURS |  |
|---|---|---|
| Motion | 0.10 | 35.00 |
| FOR CURRENT SERVICES RENDERED | 4.30 | 1,505.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.30 | $350.00 | $1,505.00 |

| TOTAL CURRENT WORK | | | 1,505.00 |
|---|---|---|---|

| 11/24/2009 | Payment - Thank you. (August, 2009 - 80% Fees) | -364.00 |
|---|---|---|

| BALANCE DUE | $5,968.60 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          11/30/2009
Wilmington  DE                                                    ACCOUNT NO:        3000-06D
                                                                 STATEMENT NO:              102

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                    $1,334.20

|            |      |                                                                          | HOURS |        |
|------------|------|--------------------------------------------------------------------------|-------|--------|
| 11/25/2009 |      |                                                                          |       |        |
|            | MTH  | Reviewing notice of service of proof of claim and multiple correspondence to and review of motion PVNL re same. correspondence to Debtors' counsel re same | 0.40  | 140.00 |
| 11/30/2009 |      |                                                                          |       |        |
|            | MTH  | Reviewing Debtors' Claims Settlement Motion                               | 0.10  | 35.00  |
|            |      | FOR CURRENT SERVICES RENDERED                                            | 0.50  | 175.00 |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL    |
|-----------------|-------|-------------|----------|
| Mark T. Hurford | 0.50  | $350.00     | $175.00  |

TOTAL CURRENT WORK                                                                      175.00

11/24/2009      Payment - Thank you. (August, 2009 - 80% Fees)                         -302.00

BALANCE DUE                                                                          $1,207.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          11/30/2009
Wilmington  DE                                               ACCOUNT NO:     3000-07D
                                                             STATEMENT NO:          102

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                            $38,030.54

|            |                                                                              | HOURS |        |
|------------|------------------------------------------------------------------------------|-------|--------|
| 11/02/2009 |                                                                              |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30  | 30.00  |
| SMB        | Attention to document management                                             | 2.00  | 200.00 |
| MK         | Review committee events calendar and update attorney case calendar.          | 0.10  | 13.00  |
| MTH        | Review daily memo                                                            | 0.10  | 35.00  |
| KH         | Review daily memorandum re: fee issues                                       | 0.10  | 11.00  |
| 11/03/2009 |                                                                              |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.40  | 40.00  |
| SMB        | Prepare weekly recommendation memorandum                                     | 0.40  | 40.00  |
| PEM        | Review memo re: pleadings filed.                                             | 0.10  | 41.50  |
| MTH        | Review daily memo                                                            | 0.10  | 35.00  |
| KH         | Review daily memorandum re: fee issues                                       | 0.10  | 11.00  |
| 11/04/2009 |                                                                              |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30  | 30.00  |
| SMB        | Prepare weekly recommendation memorandum                                     | 0.20  | 20.00  |
| MTH        | Review daily memo                                                            | 0.10  | 35.00  |
| KH         | Review daily memorandum re: fee issues                                       | 0.10  | 11.00  |
| 11/05/2009 |                                                                              |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.40  | 40.00  |
| MTH        | Review daily memo                                                            | 0.10  | 35.00  |
| MTH        | Review correspondence from EI re insurance settlements                       | 0.30  | 105.00 |
| MTH        | Review correspondence from SK re insurance settlements                       | 0.10  | 35.00  |
| MTH        | Review correspondence from RH re insurance settlement                        | 0.10  | 35.00  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from JR re insurance settlement | | 0.10 | 35.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| DAC | Review memorandum re: Allianz & Zurich settlement | | 0.20 | 95.00 |

**11/06/2009**

| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 30.00 |
|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Review correspondence from EI re insurance settlement motions | 0.10 | 35.00 |
| MTH | Review correspondence from DC re insurance settlement motions | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memos | 1.00 | 350.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 35.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

**11/08/2009**

| PEM | Address post-effective date settlements and 524(g) protection for settling insurer; correspondence with associates and ACC counsel. | 1.20 | 498.00 |
|---|---|---|---|

**11/09/2009**

| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 30.00 |
|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| MK | Review committee events calendar. | 0.10 | 13.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Review correspondence from PEM and KCD re insurance settlements | 0.20 | 70.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |

**11/10/2009**

| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 30.00 |
|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 35.00 |

**11/11/2009**

| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 30.00 |
|---|---|---|---|
| SMB | Coordinate logistics for hearing on November 23, 2009 at 10:30 a.m.; e-mail confirmation of same to P.Lockwood, W. Slocombe, and R. Horkovich | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| MTH | Review correspondence from RJ re insurance settlements | 0.10 | 35.00 |
| MTH | Review daily memo | 0.10 | 35.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **11/12/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **11/13/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Reviewing daily memo | 0.10 | 35.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **11/16/2009** | | | |
| PEM | Review memo from counsel re: financials. | 0.50 | 207.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| DAC | Review counsel's weekly recommendation | 0.20 | 95.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Review correspondence from El re correspondence to Committee re Trust funding | 0.20 | 70.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **11/17/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **11/18/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| **11/19/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| MTH | Prepare weekly recommendation memo | 1.20 | 420.00 |

W.R. Grace

| | | ACCOUNT NO: | 3000-07D |
|---|---|---|---|
| | | STATEMENT NO: | 102 |

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 35.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Reviewing four Orders entered | 0.10 | 35.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| DAC | Review weekly memorandum | 0.20 | 95.00 |
| **11/20/2009** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.50 | 55.00 |
| MK | Review committee calendar and update attorney case calendar. | 0.10 | 13.00 |
| **11/23/2009** | | | |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 1.50 | 165.00 |
| **11/24/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 22.00 |
| **11/25/2009** | | | |
| MTH | Reviewing weekly recommendation memo re status of motions and objection deadline and discussion with KLH re same, reviewing correspondence from KLH to Committee re same | 0.30 | 105.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.50 | 55.00 |
| **11/30/2009** | | | |
| MTH | Review daily memo | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Review docket re: Appeal concerning BNSF, Arrowood, and Royal; update notification list accordingly | 0.40 | 40.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| | FOR CURRENT SERVICES RENDERED | 23.20 | 4,851.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $475.00 | $285.00 |
| Philip E. Milch | 2.40 | 415.00 | 996.00 |

Page: 5

W.R. Grace

11/30/2009

ACCOUNT NO:      3000-07D
STATEMENT NO:            102

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 0.30 | 130.00 | 39.00 |
| Santae M. Boyd | 9.80 | 100.00 | 980.00 |
| Mark T. Hurford | 6.00 | 350.00 | 2,100.00 |
| Katherine Hemming | 4.10 | 110.00 | 451.00 |

TOTAL CURRENT WORK                                          4,851.00

11/24/2009        Payment - Thank you. (August, 2009 - 80% Fees)                  -6,669.20

BALANCE DUE                                              $36,212.34

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                              11/30/2009
Wilmington  DE                                                       ACCOUNT NO:       3000-08D
                                                                          STATEMENT NO:            101

Employee Benefits/Pension

PREVIOUS BALANCE                                                                      $533.00

BALANCE DUE                                                                             $533.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          11/30/2009
Wilmington  DE                                               ACCOUNT NO:        3000-10D
                                                             STATEMENT NO:            102

Employment Applications, Others

PREVIOUS BALANCE                                                           $1,113.70

BALANCE DUE                                                                $1,113.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2009
ACCOUNT NO:        3000-11D
STATEMENT NO:            100

Expenses

PREVIOUS BALANCE                                                          $67,247.62

| Date | Description | Amount |
|---|---|---|
| 11/01/2009 | Miscellaneous. Supplies for Trial (9/2/2009) | 100.00 |
| 11/01/2009 | Miscellaneous. Supplies for Trial (9/2/2009) | 50.00 |
| 11/01/2009 | Food Supplies for Trial (9/4/2009) | 21.56 |
| 11/01/2009 | Food Supplies for Trial (9/4/2009) | 52.10 |
| 11/01/2009 | Pacer charges for the month of October | 10.08 |
| 11/02/2009 | IKON - Copy/service September fee application for Campbell & Levine, Legal Analysis Systems, Charter Oak and Anderson Kill & Olick | 420.20 |
| 11/02/2009 | Parcels, Inc. - E-file and e-mail service PP brief in response to Libby objections | 915.00 |
| 11/02/2009 | Parcels, Inc. - Copy/ service of PP brief in response to Libby objections | 1,630.34 |
| 11/02/2009 | Postage - Payment to J&J court for transcripts 10/13 and 10/14 | 0.44 |
| 11/04/2009 | Parcels, Inc. - Copy/service of joinder to Graces' post-trial brief | 155.62 |
| 11/13/2009 | IKON - Copy/ service of Caplin and Drysdale September fee application | 310.55 |
| 11/16/2009 | IKON - Copy/ service of interim fee applications for Legal Analysis Systems, Anderson Kill, Campbell & Levine, Charter Oak and Caplin & Drysdale | 1,342.65 |
| 11/16/2009 | AT&T Long Distance Phone Calls | 5.43 |
| 11/18/2009 | Copy of transcripts for 10/13 and 10/14 from J & J Court Transcribers, Inc. | 459.90 |
| 11/19/2009 | IKON - Copy/ service of errata sheet for Plan Proponents Phase II post-trial brief re: confirmation objection | 258.60 |
| 11/20/2009 | Parcels, Inc. - Copy/ service of  Plan Proponents response to Libby brief | 963.92 |
| 11/24/2009 | IKON - Copy/ service of joinder in Grace post-trial brief | 310.27 |
| 11/30/2009 | Printing Charges - November 2009 | 476.10 |
| 11/30/2009 | Scanning Charges - November 2009 | 26.80 |
| | TOTAL EXPENSES | 7,509.56 |
| | TOTAL CURRENT WORK | 7,509.56 |

Page: 2

W.R. Grace

11/30/2009

ACCOUNT NO:      3000-11D
STATEMENT NO:              100

Expenses

| | | |
|---|---|---|
| 11/24/2009 | Payment - Thank you. (August, 2009 - 100% Expenses) | -42,582.31 |
| | BALANCE DUE | $32,634.77 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:          100 |

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $5,966.80 |
| **11/02/2009** | | | | |
| KCD | Review and sign C&L application; discussion with KLH re: same | | 0.30 | 91.50 |
| KH | Prepare excel spreadsheet re: professional hours v. project categories for C&L September | | 0.40 | 44.00 |
| KH | Review e-mail from DS re: C&L September bill(.1); Prepare C&L September fee application(.8); Finalize and e-file application(.3) | | 1.20 | 132.00 |
| **11/03/2009** | | | | |
| PEM | Review prebill for Pgh time. | | 0.20 | 83.00 |
| **11/13/2009** | | | | |
| KCD | Review and sign C&L interim application | | 0.30 | 91.50 |
| KH | Prepare C&L July-September Interim Fee Application | | 1.40 | 154.00 |
| **11/15/2009** | | | | |
| MTH | Reviewing pre-bill | | 1.30 | 455.00 |
| **11/16/2009** | | | | |
| KH | Finalize and e-file C&L Interim application | | 0.30 | 33.00 |
| **11/30/2009** | | | | |
| KCD | Review and sign CNO re: C&L application | | 0.20 | 61.00 |
| KH | Review case docket for objections to C&L September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KH | Update Committee Fee and Expense Tracking Chart | | 0.50 | 55.00 |
| | FOR CURRENT SERVICES RENDERED | | 6.60 | 1,255.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |

W.R. Grace

Fee Applications, Applicant

Page: 2
11/30/2009
ACCOUNT NO:    3000-12D
STATEMENT NO:    100

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | 350.00 | 455.00 |
| Kathleen Campbell Davis | 0.80 | 305.00 | 244.00 |
| Katherine Hemming | 4.30 | 110.00 | 473.00 |

TOTAL CURRENT WORK                                                             1,255.00


11/24/2009     Payment - Thank you. (August, 2009 - 80% Fees)                 -811.60


BALANCE DUE                                                                  $6,410.20


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2009
ACCOUNT NO:    3000-13D
STATEMENT NO:    87

Fee Applications, Others

PREVIOUS BALANCE                                                           $13,312.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/02/2009 |  |  |  |  |
|  | KCD | Review Charter Oak application; sign COS re: same | 0.30 | 91.50 |
|  | KCD | Review AKO application; sign COS re: same | 0.30 | 91.50 |
|  | KCD | Review C&D application; discussions and e-mails; sign COS re: same | 0.70 | 213.50 |
|  | KCD | Review LAS application; sign COS re: same | 0.30 | 91.50 |
|  | KH | Review e-mail from A. Suffern re: AKO September bill(.1); Prepare AKO September fee application(.8); Finalize and e-file application(.3) | 1.20 | 132.00 |
|  | KH | Review e-mail from D. Relles re: September bill(.1); Prepare LAS September fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
|  | KH | Review e-mail from B. Lindsay re: September bill(.1); Prepare Charter Oak September fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
|  | KH | Meet with KCD re: C&D September bill and review e-mail re: the same | 0.30 | 33.00 |
| 11/06/2009 |  |  |  |  |
|  | KH | Review September fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July fee application of Capstone(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review September fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review October fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review September fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review September fee application of Towers Perrin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review September fee application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review September fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

Page: 2
W.R. Grace                                                                        11/30/2009
                                                      ACCOUNT NO:        3000-13D
                                                      STATEMENT NO:              87

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review April-June Interim fee application of Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November-June Interim fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **11/09/2009** | | | |
| KCD | E-mails re: C&D fee application | 0.10 | 30.50 |
| **11/11/2009** | | | |
| KCD | E-mails and discussion re: C&D application | 0.10 | 30.50 |
| KH | Multiple emails with E. Benetos and R. Tobin re: C&D September fee application | 0.40 | 44.00 |
| **11/12/2009** | | | |
| KH | Prepare AKO July-September Interim Fee Application | 1.50 | 165.00 |
| **11/13/2009** | | | |
| KCD | Review C&D application; sign COS re: same | 0.30 | 91.50 |
| KCD | Review AKO interim application; sign COS re: same | 0.30 | 91.50 |
| KH | Review May-July Interim fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim fee application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Piper Jaffray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Reed Smith(.1); | | |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | KH | Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review April-June Interim fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review e-mail from E. Benetos re: September fee application(.1); Update C&D September fee application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
|  | KH | Multiple e-mails with E. Benetos re: C&D September and Interim applications | 0.30 | 33.00 |
|  | KH | Draft Charter Oak July-September Interim Fee Application | 0.70 | 77.00 |
| 11/16/2009 |  |  |  |  |
|  | KH | Update Charter Oak July-September Interim Fee Application(.3); Finalize and e-file Interim application(.3) | 0.60 | 66.00 |
|  | KH | Prepare LAS July-September Interim Fee Application(.8); Finalize and e-file Interim application(.3) | 1.10 | 121.00 |
|  | KH | Finalize and e-file AKO Interim application | 0.30 | 33.00 |
|  | KH | Review e-mail from E. Benetos re: July-September Interim(.1); Update C&D Interim fee application(.4); Finalize and e-file Interim(.3) | 0.80 | 88.00 |
|  | KCD | Review LAS interim application; sign COS re: same | 0.30 | 91.50 |
|  | KCD | Review Charter Oak interim application; sign COS re: same | 0.30 | 91.50 |
|  | KCD | Review C&D interim application; sign COS re: same | 0.30 | 91.50 |
| 11/17/2009 |  |  |  |  |
|  | MTH | Reviewing K&E Fee Application for September 2009 | 0.20 | 70.00 |
| 11/19/2009 |  |  |  |  |
|  | KH | Review July-September Interim fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Hon. Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Foley Hoag(.1); Update |  |  |

Page: 4

W.R. Grace                                                                 11/30/2009
                                                    ACCOUNT NO:        3000-13D
                                                    STATEMENT NO:            87

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September-February fee application of Seitz, Van Ogtrop(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

11/30/2009
| KCD | Review and sign CNO re: LAS application | 0.20 | 61.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 61.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 61.00 |
| KH | Review case docket for objections to LAS September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Draft e-mail to R. Finke containing as filed September CNOs | 0.10 | 11.00 |
| MTH | Correspondence to and from MB and KLH re Fee Auditor reports | 0.20 | 70.00 |
| | FOR CURRENT SERVICES RENDERED | 23.80 | 3,474.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $350.00 | $140.00 |
| Kathleen Campbell Davis | 3.90 | 305.00 | 1,189.50 |
| Katherine Hemming | 19.50 | 110.00 | 2,145.00 |

TOTAL CURRENT WORK                                                          3,474.50


11/24/2009    Payment - Thank you. (August, 2009 - 80% Fees)               -2,600.00


BALANCE DUE                                                               $14,186.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2009 |
| Wilmington  DE | ACCOUNT NO:     3000-15D |
|  | STATEMENT NO:          102 |

Hearings

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $61,209.85 |
|  | | HOURS | |
| **11/03/2009** | | | |
| KH | Multiple emails with MTH and A. Ochoa re: trial logistics | 0.40 | 44.00 |
| **11/05/2009** | | | |
| MTH | Review correspondence from SB re revised confirmation hearing transcript and brief review of same | 0.30 | 105.00 |
| **11/11/2009** | | | |
| MTH | Discussions with SB re hearing preparations and reviewing multiple correspondence re same | 0.30 | 105.00 |
| MTH | Review correspondence from RH re November hearing | 0.10 | 35.00 |
| MTH | Reviewing preliminary agenda for hearing and correspondence to counsel at C&D re matters scheduled to go forward | 0.40 | 140.00 |
| **11/17/2009** | | | |
| MTH | Review correspondence from JB re November hearing | 0.10 | 35.00 |
| MTH | Reviewing Agenda for hearing | 0.20 | 70.00 |
| **11/19/2009** | | | |
| MTH | Hearing preparations for omnibus and related correspondence; reviewing Agenda for hearing and correspondence to counsel at C&D re same | 0.50 | 175.00 |
| **11/23/2009** | | | |
| MTH | Attending telephonic hearing | 0.80 | 280.00 |
| MTH | Preparing for hearing | 0.40 | 140.00 |
| MTH | Reviewing Order entered re December hearing | 0.10 | 35.00 |
| **11/25/2009** | | | |
| MTH | Correspondence to counsel at C&D re December omnibus hearing | 0.10 | 35.00 |
| | FOR CURRENT SERVICES RENDERED | 3.70 | 1,199.00 |

Page: 2

W.R. Grace

11/30/2009

ACCOUNT NO:      3000-15D

STATEMENT NO:         102

Hearings

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.30 | $350.00 | $1,155.00 |
| Katherine Hemming | 0.40 | 110.00 | 44.00 |

TOTAL CURRENT WORK                                          1,199.00

11/24/2009    Payment - Thank you. (August, 2009 - 80% Fees)                     -3,532.80

BALANCE DUE                                          $58,876.05

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2009 |
| Wilmington DE | ACCOUNT NO:    3000-16D |
|  | STATEMENT NO:            87 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| | PREVIOUS BALANCE | -$2,128.00 |
| 11/24/2009 | Payment - Thank you. (August, 2009 - 80% Fees) | -84.00 |
| | CREDIT BALANCE | -$2,212.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:    87 |

Plan and Disclosure Statement

| | PREVIOUS BALANCE | | $132,445.40 |
|---|---|---|---|

|  |  | HOURS |  |
|---|---|---|---|
| **11/01/2009** | | | |
| MTH | Review correspondence from JPW re Post-Trial briefs | 0.10 | 35.00 |
| **11/02/2009** | | | |
| KH | Meet with MTH re: Brief in Response to Libby Objections(.2); Draft e-mail re: the same(.1) | 0.30 | 33.00 |
| MTH | Review correspondence from YD re Arrowood Confirmation brief | 0.10 | 35.00 |
| MTH | Review correspondence from ACM re UCC post-confirmation brief | 0.10 | 35.00 |
| MTH | Review correspondence from W.W. re post-confirmation trial brief of Garlock | 0.10 | 35.00 |
| MTH | Review correspondence from CV re Longacre post-confirmation brief | 0.10 | 35.00 |
| MTH | Review correspondence from HS re Montana post-confirmation brief | 0.10 | 35.00 |
| MTH | Reviewing Plan Proponent's Post-Confirmation Brief re Libby Issues; reviewing Plan Proponent's Post-Confirmation Main Brief; multiple correspondence and communications re revisions thereto for filing and service; correspondence re filing and service of Libby Issues Brief; reviewing various emails from other parties with electronic versions of Post-Confirmation Briefs; reviewing PP's Motion re Page Limitation and to Consolidate and related correspondence | 10.00 | 3,500.00 |
| MTH | Reviewing COC re Debtors' Motion to Exclude Frezza Testimony | 0.10 | 35.00 |
| **11/03/2009** | | | |
| KH | Draft COS for Brief in Response to Libby Objections(.2); Finalize and e-file COS(.2) | 0.40 | 44.00 |
| MTH | Review correspondence from PVNL re Joinder to Debtors' Bank Issues Brief | 0.10 | 35.00 |
| MTH | Review correspondence from JD re Federal Joinder to Confirmation briefs | 0.10 | 35.00 |
| MTH | Correspondence to and from counsel at C&D re Lender Brief | 0.20 | 70.00 |
| MTH | Review correspondence from PC re as-filed version of motion to | | |

W.R. Grace

ACCOUNT NO:        3000-17D
STATEMENT NO:             87

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | consolidate | 0.10 | 35.00 |
|  | MTH | Review correspondence from DP re Main Brief and Lender Brief | 0.10 | 35.00 |
|  | MTH | Correspondence to PVNL re Joinder to Lender Brief | 0.10 | 35.00 |
|  | MTH | Reviewing Joinder of AXA Belgium to Certain Insurers Brief | 0.20 | 70.00 |
|  | MTH | Reviewing Arrowood's Post-Trial Brief | 0.40 | 140.00 |
|  | MTH | Reviewing Post-Brief of UCC and Bank Lenders | 0.50 | 175.00 |
|  | MTH | Reviewing Garlock Post-Trial Brief | 0.40 | 140.00 |
|  | MTH | Reviewing post-trial brief of Longacre Master Fund | 0.30 | 105.00 |
|  | MTH | Reviewing Montana's Post-Trial Brief | 0.30 | 105.00 |
|  | MTH | Reviewing Post-Trial Brief of GEICO | 0.10 | 35.00 |
|  | MTH | Reviewing Anderson Memorial's Post-Trial Brief | 0.40 | 140.00 |
|  | MTH | Reviewing Libby Claimants' Post-Trial Brief | 0.50 | 175.00 |
|  | MTH | Reviewing BNSF"s Post Trial Brief | 0.20 | 70.00 |
|  | MTH | Reviewing Kaneb Post-Trial Brief | 0.30 | 105.00 |
|  | MTH | Reviewing Zurich Post-Trial Brief | 0.10 | 35.00 |
|  | MTH | Reviewing MCC's Post-Trial Brief | 0.30 | 105.00 |
|  | MTH | Reviewing CNA Post-Trial Brief | 0.80 | 280.00 |
|  | MTH | Reviewing Hartford's Post-Trial Brief | 0.20 | 70.00 |
|  | MTH | Reviewing OneBeacon Post-Trial Brief | 0.60 | 210.00 |
|  | MTH | Reviewing Post-Trial Brief of Morgan Stanley | 0.30 | 105.00 |
|  | MTH | Reviewing Post-Trial Brief of PD FCR | 0.20 | 70.00 |
| 11/04/2009 |  |  |  |  |
|  | MTH | Drafting Joinder to Debtors' Bank Lender Brief and correspondence to and from PVNL re same; correspondence re filing of same and correspondence to Confirmation parties re same; correspondence to KLH re COS for same | 0.70 | 245.00 |
|  | MTH | Correspondence to PVNL, NDF re Debtors' Lender Issues brief and request re Joinder thereto | 0.10 | 35.00 |
|  | MTH | Reviewing Order entered on Motion in Limine | 0.10 | 35.00 |
|  | MTH | Reviewing Order entered on Motion to Strike Deposition Designations | 0.10 | 35.00 |
| 11/05/2009 |  |  |  |  |
|  | MTH | Review correspondence from SP re hyperlink briefs | 0.10 | 35.00 |
|  | MTH | Review correspondence from JB re instructions for hyperlinked briefs | 0.20 | 70.00 |
|  | MTH | Reviewing correspondence from MF, JR and JPW re hyperlink briefs, telephone conversation with JR and MF re same and response to same | 0.70 | 245.00 |
|  | MTH | Review correspondence from KLH re COS for Joinder to Grace's Bank Lender Issues brief and reviewing COS and signing same | 0.20 | 70.00 |
| 11/06/2009 |  |  |  |  |
|  | KH | Draft COS to Joinder to Grace Bank Lender Brief(.2); Finalize and e-file COS(.2). | 0.40 | 44.00 |
|  | MTH | Various correspondence re hypertext linked briefs with MF, EB and KLH and coordination re same | 0.30 | 105.00 |
|  | MTH | Review correspondence from JB re hypertext briefs | 0.10 | 35.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Additional correspondence re hypertext briefs | 0.20 | 70.00 |
| MTH | Review correspondence from CG, SP, and JC re consolidated hypertext briefs | 0.10 | 35.00 |
| MTH | Review correspondence from JB re hyper linked briefs | 0.10 | 35.00 |
| MTH | Reviewing correspondence from JMB re notice of errata and notices of service of briefs | 0.20 | 70.00 |
| MTH | Review correspondence from NM re service of Hartford brief | 0.10 | 35.00 |

11/07/2009
| | | | |
|---|---|---|---|
| MTH | Various correspondence with MF re status of preparations and review of hypertext linked briefs | 0.20 | 70.00 |

11/08/2009
| | | | |
|---|---|---|---|
| KCD | E-mails with PEM, MTH re: insurance issues | 0.20 | 61.00 |

11/09/2009
| | | | |
|---|---|---|---|
| MTH | Multiple correspondence to and from MF and NDF re hypertext linked briefs | 0.10 | 35.00 |
| MTH | Review correspondence from KP re transmittal letter to Court with hyperlinked brief | 0.20 | 70.00 |
| MTH | Multiple correspondence to and from MF re review and cite check re hypertext link | 0.20 | 70.00 |
| MTH | Review correspondence from KCM re post-trial briefs and response to same | 0.20 | 70.00 |
| MTH | Reviewing correspondence from KPM re extension of time to submit electronic briefs | 0.10 | 35.00 |
| MTH | Various correspondence and communications re electronic briefs, deadline and status of review and corrections | 0.80 | 280.00 |
| MTH | Reviewing various correspondence from MF, NDF and EB re electronic hyperlinked briefs,  and response to same | 0.30 | 105.00 |
| MTH | Correspondence to JPW re MCC brief | 0.10 | 35.00 |
| MTH | Reviewing notices/correspondence re service of briefs of OneBeacon, GEICO, and Hartford; reviewing OneBeacon Errata Sheet | 0.10 | 35.00 |
| KCD | Further e-mails re: insurance matters and review of documents re: same | 0.30 | 91.50 |

11/10/2009
| | | | |
|---|---|---|---|
| MTH | Reviewing Debtors' Motion re Settlement with Allianz Companies | 0.30 | 105.00 |

11/11/2009
| | | | |
|---|---|---|---|
| MTH | Reviewing correspondence re review of hypertext linked brief | 0.20 | 70.00 |
| MTH | Review correspondence from PW re notice of transmittal of hypertext brief | 0.10 | 35.00 |
| MTH | Multiple correspondence to and from KCM re MCC and Montana post-trial briefs | 0.20 | 70.00 |
| MTH | Correspondence to and from PVNL re matters on for hearing, copies of motions | 0.20 | 70.00 |

Page: 4

W.R. Grace

11/30/2009

ACCOUNT NO:    3000-17D
STATEMENT NO:    87

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Correspondence to counsel at C&D re Debtors' Settlement Motion with Allianz | 0.20 | 70.00 |
| MTH | Various correspondence re issues re hypertext briefs, corrections to be made to same, additional documents needed | 0.50 | 175.00 |
| MTH | Additional review of Debtors' Settlement Motion with Allianz | 0.30 | 105.00 |

**11/12/2009**

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing multiple correspondence from PB re notice of service of hypertext links and Debtors' Errata re opening brief | 0.30 | 105.00 |
| MTH | Discussion with SB re draft Errata sheet for Confirmation briefs and reviewing correspondence re same | 0.30 | 105.00 |
| MTH | Reviewing draft version of hypertext linked briefs; communications with MF and KL and Debtors' representatives re same | 2.80 | 980.00 |
| MTH | Begin review of Debtors' Motion re Zurich Settlement Motion | 0.20 | 70.00 |
| MTH | Reviewing Debtors' Motion to Shorten re Zurich Settlement Motion | 0.10 | 35.00 |
| MTH | Reviewing notice of transmittal of CNA Brief | 0.10 | 35.00 |

**11/13/2009**

|  |  |  |  |
|---|---|---|---|
| MTH | Additional review of Debtors' Motion re Zurich Settlement | 0.30 | 105.00 |
| MTH | Reviewing Debtors' Errata Sheet for Post-Trial Brief and Errata for Main Brief | 0.10 | 35.00 |

**11/16/2009**

|  |  |  |  |
|---|---|---|---|
| MTH | Review correspondence from NDF re Order re closing arguments | 0.10 | 35.00 |
| MTH | Review correspondence from JPW re draft Reply Brief re Libby Issues and review of same | 0.50 | 175.00 |

**11/17/2009**

|  |  |  |  |
|---|---|---|---|
| DAC | Review update on value of "package" for trust | 0.20 | 95.00 |
| MTH | Review correspondence from NDF re Order re closing arguments and reviewing an revising Order re same and correspondence to NDF re same | 0.30 | 105.00 |
| MTH | Review correspondence from JPW re Libby Brief and response to same | 0.10 | 35.00 |

**11/18/2009**

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing notice of transmittal of hypertext link brief of BNSF | 0.10 | 35.00 |
| MTH | Review correspondence from BT re status of Plan Confirmation and response thereto | 0.20 | 70.00 |
| MTH | Correspondence to and from JPW re proofs of claim and information needed for briefs and calls to Rust and e-mails re same | 1.40 | 490.00 |
| MTH | Drafting Notice of Errata sheet and correspondence to and from MF and NDF re same | 0.70 | 245.00 |
| MTH | Reviewing draft language for Reply Brief re insurers and Garlock contentions | 0.40 | 140.00 |
| MTH | Reviewing various asbestos PD settlement motions and settlement agreements and information related to interest payments and multiple |  |  |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | correspondence to PVNL and NDF re same | | 2.60 | 910.00 |
| MTH | Reviewing Notice of Transmittal of Longacre Brief | | 0.10 | 35.00 |
| **11/19/2009** |  |  |  |  |
| KH | Draft COS for Errata Sheet for Plan Proponents Brief(.2); Finalize and e-file Errata Sheet(.3); E-mail as filed Errata Sheet to Committee(.1) | | 0.60 | 66.00 |
| MTH | Reviewing various correspondence re hypertext briefs | | 0.20 | 70.00 |
| MTH | Reviewing and signing Errata sheet for Libby Brief and discussion with KLH re service of same and distribution of same to JKF | | 0.40 | 140.00 |
| MTH | Reviewing draft Libby reply brief and brief review of Main reply brief | | 1.40 | 490.00 |
| KH | Prepare COS for Errata Sheet to Plan Proponents Phase II Brief(.2); Finalize and e-file Errata Sheet(.3); E-mail as filed Errata Sheet to Committee(.1); E-mail as filed Errata Sheet to JKF(.1) | | 0.70 | 77.00 |
| **11/20/2009** |  |  |  |  |
| MTH | Reviewing and revising Motion for Leave re consolidated reply briefs and related correspondence; reviewing draft Reply Main Brief and draft Reply Libby Brief and related correspondence and communications re finalizing and service of same | | 5.00 | 1,750.00 |
| KH | Review multiple emails re: Plan Proponent Reply to Libby Brief(.3); Prepare COS and Attachment for Reply(.5); Meet with MTH re: filing and draft e-mail to Parcels re: the same(.3) | | 1.10 | 121.00 |
| **11/21/2009** |  |  |  |  |
| MTH | Reviewing correspondence re information needed for hypertext linked briefs | | 0.20 | 70.00 |
| **11/23/2009** |  |  |  |  |
| KCD | Review Garlock brief | | 0.80 | 244.00 |
| MTH | Drafting Joinder to Debtors' Bank Lender Reply Brief and correspondence to PVNL and NDF re same | | 0.50 | 175.00 |
| MTH | Review correspondence from MF re hypertext briefs | | 0.20 | 70.00 |
| MTH | Review correspondence from KCM re post trial briefing, reviewing information re same and response to same | | 0.50 | 175.00 |
| MTH | Reviewing Reply Briefs filed and circulated and correspondence to counsel at C&D re Maryland Cas. and Fresenius Briefs | | 0.50 | 175.00 |
| MTH | Reviewing BNSF's Reply Brief | | 0.20 | 70.00 |
| MTH | Reviewing Morgan Stanley's Reply Brief | | 0.30 | 105.00 |
| MTH | Reviewing Post-Trial Statement of Fresenius | | 0.10 | 35.00 |
| MTH | Reviewing AM Post-Trial Brief re feasibility | | 0.10 | 35.00 |
| MTH | Reviewing CNA Reply Brief | | 0.30 | 105.00 |
| MTH | Reviewing Reply Brief of MCC | | 0.30 | 105.00 |
| MTH | Reviewing Montana's Reply Brief | | 0.30 | 105.00 |
| MTH | Reviewing Sealed Air Reply | | 0.10 | 35.00 |
| MTH | Reviewing Kaneb Reply Brief | | 0.20 | 70.00 |
| MTH | Reviewing AM Reply Brief re feasibility | | 0.20 | 70.00 |

W.R. Grace

Plan and Disclosure Statement

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Reviewing Libby Claimants' Reply Brief | 0.30 | 105.00 |
| | MTH | Reviewing Garlock's Reply Brief | 0.20 | 70.00 |
| | MTH | Reviewing OneBeacon's Reply Brief | 0.30 | 105.00 |
| | MTH | Reviewing UCC and Bank Lenders Reply Brief | 0.40 | 140.00 |
| | MTH | Reviewing GEICO Joinder | 0.10 | 35.00 |
| | MTH | Reviewing Longacre Reply Brief | 0.10 | 35.00 |
| | MTH | Reviewing Arrowood Post-Trial Reply Brief | 0.20 | 70.00 |
| | MTH | Reviewing AXA Reply Brief | 0.10 | 35.00 |
| **11/24/2009** | | | | |
| | MTH | Review correspondence from PC re Plan Proponents' Main Reply Brief | 0.10 | 35.00 |
| | MTH | Review correspondence from SP and JB re hyperlinked briefs | 0.10 | 35.00 |
| | MTH | Reviewing and signing Joinder to Debtors' Brief re Lender Issues and reviewing and signing COS re same | 0.30 | 105.00 |
| | KH | Draft COS for ACC Joinder to Grace Post-Trial Brief(.2); Finalize and e-file Joinder(.3) | 0.50 | 55.00 |
| **11/25/2009** | | | | |
| | MTH | Correspondence and discussion with KLH re amended COS, review and sign same and Review correspondence from KLH re service of same | 0.30 | 105.00 |
| | MTH | Correspondence to counsel at C&D re Equity joinder to Debtors' Bank Lender Reply Brief and Order re Reply briefs | 0.10 | 35.00 |
| | MTH | Reviewing service issues re Joinder to Debtors' Bank Lender Reply Brief and discussion with KLH re same, reviewing and signing amended cos for same | 0.30 | 105.00 |
| | MTH | Reviewing Equity's Joinder to Grace's Brief re Bank Lender Issues | 0.10 | 35.00 |
| | KH | E-mail as filed ACC Joinder to Grace Post-Trial Brief to Committee(.1); Prepare Amended COS for Joinder(.2); Finalize and e-file Amended COS(.2) | 0.50 | 55.00 |
| **11/27/2009** | | | | |
| | MTH | Correspondence to counsel at C&D re Wachovia response to Allianz settlement motion | 0.20 | 70.00 |
| **11/29/2009** | | | | |
| | MTH | Correspondence to MK and EB re hypertext links project | 0.10 | 35.00 |
| **11/30/2009** | | | | |
| | MTH | Review correspondence from MF re review of draft hyperlinked brief | 0.10 | 35.00 |
| | MTH | Reviewing Response of Wachovia to Debtors' Settlement Motion re Allianz Companies | 0.30 | 105.00 |
| | MTH | Reviewing Notice of Entry of Appearance and correspondence to counsel re same | 0.20 | 70.00 |
| | MTH | Various correspondence re hypertext linked Libby Reply Brief | 0.20 | 70.00 |
| | | FOR CURRENT SERVICES RENDERED | 56.90 | 18,801.50 |

Page: 7

W.R. Grace

11/30/2009

ACCOUNT NO:      3000-17D

STATEMENT NO:           87

Plan and Disclosure Statement

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $475.00 | $95.00 |
| Mark T. Hurford | 50.90 | 350.00 | 17,815.00 |
| Kathleen Campbell Davis | 1.30 | 305.00 | 396.50 |
| Katherine Hemming | 4.50 | 110.00 | 495.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 18,801.50 |

| 11/24/2009 | Payment - Thank you. (August, 2009 - 80% Fees) | -35,271.20 |
|---|---|---|

| BALANCE DUE | $115,975.70 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2009
ACCOUNT NO:        3000-18D
STATEMENT NO:              87

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                          $281.30

11/24/2009        Payment - Thank you. (August, 2009 - 80% Fees)                          -280.00

BALANCE DUE                                                                                                    $1.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              11/30/2009
Wilmington  DE                                    ACCOUNT NO:      3000-19D
                                                  STATEMENT NO:           68

Tax Issues

PREVIOUS BALANCE                                                      $140.00

BALANCE DUE                                                           $140.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          11/30/2009
Wilmington  DE                                                         ACCOUNT NO:        3000-20D
                                                                       STATEMENT NO:              86

Tax Litigation

PREVIOUS BALANCE                                                                          $468.80

BALANCE DUE                                                                               $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2009
ACCOUNT NO:        3000-21D
STATEMENT NO:                78

Travel-Non-Working

PREVIOUS BALANCE                                                                $6,793.00

BALANCE DUE                                                                      $6,793.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2009
ACCOUNT NO:        3000-22D
STATEMENT NO:               91

Valuation

PREVIOUS BALANCE                                                    $1,185.00

BALANCE DUE                                                         $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                     |                    |
|---------------------|--------------------|
|                     | Page: 1            |
| W.R. Grace          | 11/30/2009         |
| Wilmington  DE      | ACCOUNT NO:    3000-23D |
|                     | STATEMENT NO:    91 |

ZAI Science Trial

PREVIOUS BALANCE                                                $1,203.30

BALANCE DUE                                                     $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2009
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | $70.00 |
| 3000-02 Asset Disposition | | | | | |
| 1,332.30 | 0.00 | 0.00 | 0.00 | -448.00 | $884.30 |
| 3000-03 Business Operations | | | | | |
| 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | $70.00 |
| 3000-04 Case Administration | | | | | |
| 1,675.07 | 434.50 | 0.00 | 0.00 | -265.60 | $1,843.97 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 4,827.60 | 1,505.00 | 0.00 | 0.00 | -364.00 | $5,968.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,334.20 | 175.00 | 0.00 | 0.00 | -302.00 | $1,207.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 38,030.54 | 4,851.00 | 0.00 | 0.00 | -6,669.20 | $36,212.34 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 533.00 | 0.00 | 0.00 | 0.00 | 0.00 | $533.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,113.70 | 0.00 | 0.00 | 0.00 | 0.00 | $1,113.70 |
| 3000-11 Expenses | | | | | |
| 67,247.62 | 0.00 | 7,509.56 | 0.00 | -42,582.31 | $32,634.77 |

W.R. Grace

Page: 2
11/30/2009
ACCOUNT NO:       3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,966.80 | 1,255.00 | 0.00 | 0.00 | -811.60 | $6,410.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,312.10 | 3,474.50 | 0.00 | 0.00 | -2,600.00 | $14,186.60 |
| 3000-15 Hearings | | | | | |
| 61,209.85 | 1,199.00 | 0.00 | 0.00 | -3,532.80 | $58,876.05 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,128.00 | 0.00 | 0.00 | 0.00 | -84.00 | -$2,212.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 132,445.40 | 18,801.50 | 0.00 | 0.00 | -35,271.20 | $115,975.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 281.30 | 0.00 | 0.00 | 0.00 | -280.00 | $1.30 |
| 3000-19 Tax Issues | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | $140.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 6,793.00 | 0.00 | 0.00 | 0.00 | 0.00 | $6,793.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 337,111.58 | 31,695.50 | 7,509.56 | 0.00 | -93,210.71 | $283,565.83 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.