**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2009 |
| Wilmington DE | ACCOUNT NO:        3000-01D |
|  | STATEMENT NO:              80 |

Asset Analysis and Recovery

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $70.00 |

| 12/22/2009 | | | HOURS | |
|---|---|---|---|---|
| AC | Review hearing transcripts re: jury rights issue | | 3.50 | 630.00 |
| | FOR CURRENT SERVICES RENDERED | | 3.50 | 630.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Ayesha Chacko | 3.50 | $180.00 | $630.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 630.00 |
| BALANCE DUE | $700.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2009
ACCOUNT NO:      3000-02D
STATEMENT NO:          103

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $884.30 |

| | | HOURS | |
|---|---|---|---|
| 12/04/2009 | | | |
| DAC | Review memorandum regarding Forgis insurance settlement | 0.10 | 47.50 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 47.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $475.00 | $47.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 47.50 |

| | | |
|---|---|---|
| 12/28/2009 | Payment - Thank you. (September, 2009 - 80% Fees) | -224.00 |

| | |
|---|---|
| BALANCE DUE | $707.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
12/31/2009

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-03D
STATEMENT NO:            90

Business Operations

PREVIOUS BALANCE                                                                          $70.00

BALANCE DUE                                                                                $70.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          12/31/2009
Wilmington  DE                                            ACCOUNT NO:        3000-04D
                                                          STATEMENT NO:             103

Case Administration

PREVIOUS BALANCE                                                          $1,843.97

BALANCE DUE                                                               $1,843.97

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2009
ACCOUNT NO:    3000-05D
STATEMENT NO:    103

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $5,968.60 |
| 12/11/2009 | | | | |
| MTH | Telephone conference with P. Josephs re status of trust formation | | 0.10 | 35.00 |
| 12/16/2009 | | | | |
| MTH | Review correspondence from BT re asbestos claims; correspondence to and from NDF re same | | 0.30 | 105.00 |
| 12/22/2009 | | | | |
| MTH | Telephone conference with claimant re possible PI claims | | 0.40 | 140.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.80 | 280.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $350.00 | $280.00 |

| | TOTAL CURRENT WORK | | | 280.00 |
|---|---|---|---|---|
| 12/28/2009 | Payment - Thank you. (September, 2009 - 80% Fees) | | | -644.00 |
| | BALANCE DUE | | | $5,604.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 12/31/2009 |
| Wilmington  DE |  |  |
|  | ACCOUNT NO: | 3000-06D |
|  | STATEMENT NO: | 103 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $1,207.20 |
| 12/28/2009 | Payment - Thank you. (September, 2009 - 80% Fees) | -252.00 |
| | BALANCE DUE | $955.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2009
ACCOUNT NO:      3000-07D
STATEMENT NO:            103

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $36,212.34 |
|---|---|---|---|
| | | HOURS | |
| **12/01/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Cooney & Conway | 0.40 | 40.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| **12/02/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Review correspondence from EI re Fortis settlement | 0.10 | 35.00 |
| **12/03/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 2.00 | 200.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| **12/04/2009** | | | |
| DAC | Review memorandum re: plan issues | 0.20 | 95.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and distribute weekly recommendation memorandum | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Edward O' Moody; e-mail confirmation of same | 0.40 | 40.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| PEM | Review October MOR. | | 0.70 | 290.50 |
| PEM | Review Plan status memo from counsel. | | 0.10 | 41.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.20 | 83.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo | | 0.70 | 245.00 |
| **12/07/2009** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on December 14, 2009 at 10:30 a.m.; e-mail confirmation of same to P. Lockwood, W. Slocombe, R. Horkovich and MTH | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| **12/08/2009** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Reviewing Order entered | | 0.10 | 35.00 |
| **12/09/2009** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| KH | Update e-mail service list | | 0.20 | 22.00 |
| **12/10/2009** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.60 | 60.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 35.00 |
| SMB | Prepare weekly recommendation memorandum | | 1.60 | 160.00 |
| **12/11/2009** | | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.10 | 41.50 |
| MTH | Review daily memo | | 0.10 | 35.00 |

Page: 3
W.R. Grace

12/31/2009
ACCOUNT NO:    3000-07D
STATEMENT NO:    103

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Preparing weekly recommendation memo | 1.00 | 350.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 35.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| SAB | Document organization | 0.20 | 21.00 |
| **12/14/2009** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Reviewing two orders entered | 0.10 | 35.00 |
| **12/15/2009** | | | |
| PEM | Review memo re: pleading filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Drafting memorandum to Committee re December 14 hearing and correspondence to PVNL re same | 1.80 | 630.00 |
| MTH | Review correspondence from PVNL re draft hearing memo; reviewing same; correspondence to Committee re same | 0.30 | 105.00 |
| KH | Review e-mail from E. Benetos re: disclosure statement(.1); Meet with KCD re: the same(.2); Research and draft responsive e-mail(.3) | 0.60 | 66.00 |
| **12/16/2009** | | | |
| MK | Review hearing memorandum. | 0.10 | 13.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| **12/17/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Various correspondence to and from SB re Orders recently entered | 0.10 | 35.00 |
| **12/18/2009** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 1.00 | 100.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review correspondence from SB re daily memo | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memos | 1.80 | 630.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 35.00 |
| MTH | Reviewing Order entered | 0.10 | 35.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **12/21/2009** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| **12/22/2009** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| **12/23/2009** | | | |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| MTH | Review correspondence from NDF re negotiations | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Coordinate logistics for hearings on January 4th and 5th, 2010; e-mail confirmation to Walter Slocombe | 0.20 | 20.00 |
| **12/28/2009** | | | |
| KH | Draft e-mail containing Anderson Memorial Errata Sheet | 0.10 | 11.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Coordinate logistics for hearing on January 6, 2010; forward confirmation of same to Walter Slocombe | 0.20 | 20.00 |
| **12/29/2009** | | | |
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |

Page: 5

W.R. Grace

12/31/2009

ACCOUNT NO: 3000-07D
STATEMENT NO: 103

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Attention to document management | 0.40 | 40.00 |

**12/30/2009**

| MTH | Review daily memo | 0.10 | 35.00 |
|---|---|---|---|
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |

**12/31/2009**

| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|---|---|---|---|
| KH | Review daily memorandum re: fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 35.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 10.00 |
|  | FOR CURRENT SERVICES RENDERED | 25.90 | 5,655.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $475.00 | $380.00 |
| Philip E. Milch | 1.90 | 415.00 | 788.50 |
| Michele Kennedy | 0.40 | 130.00 | 52.00 |
| Shirley Ann Brown | 0.20 | 105.00 | 21.00 |
| Santae M. Boyd | 11.20 | 100.00 | 1,120.00 |
| Mark T. Hurford | 8.50 | 350.00 | 2,975.00 |
| Katherine Hemming | 2.90 | 110.00 | 319.00 |

| TOTAL CURRENT WORK |  |  | 5,655.50 |
|---|---|---|---|

| 12/28/2009 | Payment - Thank you. (September, 2009 - 80% Fees) | -6,981.60 |
|---|---|---|

| BALANCE DUE |  | $34,886.24 |
|---|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2009 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:              102 |

Employee Benefits/Pension

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $533.00 |
| 12/28/2009 | Payment - Thank you. (September, 2009 - 80% Fees) | -308.00 |
| BALANCE DUE | | $225.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 12/31/2009 |
|  | ACCOUNT NO:    3000-10D |
|  | STATEMENT NO:    103 |

Employment Applications, Others

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,113.70 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/22/2009 |  |  |  |  |
|  | MTH | Correspondence to and PVNL re Application to retain special Canadian ZAI counsel | 0.30 | 105.00 |
| 12/23/2009 |  |  |  |  |
|  | MTH | Reviewing Application to Retain Hogan as Counsel to the Canadian Representative | 0.50 | 175.00 |
|  | MTH | Reviewing Application for appointment of two Canadian law firms as Counsel to Canadian ZAI Claimants | 0.40 | 140.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 1.20 | 420.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $350.00 | $420.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 420.00 |
| BALANCE DUE | $1,533.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

12/31/2009

ACCOUNT NO:      3000-11D
STATEMENT NO:           101

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $32,634.77 |

| | | |
|---|---|---:|
| 12/01/2009 | IKON - Copy/ service of September certificates of no objection | 85.20 |
| 12/01/2009 | Parcels. Inc. - E-filing and distribution of D.I. 23824 | 970.00 |
| 12/02/2009 | Courtcall appearance of Nathan Finch re: hearing on October 26, 2009. | 72.00 |
| 12/03/2009 | IKON - Copy/ service of October fee applications | 534.65 |
| 12/09/2009 | IKON - Copy/ service for certificate of no objection for Caplin and Drysdale fee application | 49.30 |
| 12/10/2009 | IKON - Copy/ service of certificates of no objections for the interim fee applications | 105.50 |
| 12/16/2009 | AT&T Long Distance Phone Calls | 2.87 |
| 12/29/2009 | IKON - Copy/ service of October certificates of no objection | 105.35 |
| 12/30/2009 | IKON - Copy/ service November fee applications | 398.40 |
| 12/31/2009 | Printing charges - December 2009 | 350.30 |
| 12/31/2009 | Scanning charges - December 2009 | 3.10 |
| | TOTAL EXPENSES | 2,676.67 |
| | TOTAL CURRENT WORK | 2,676.67 |

| | | |
|---|---|---:|
| 12/28/2009 | Payment - Thank you. (September, 2009 - 100% Expenses) | -12,690.12 |
| | BALANCE DUE | $22,621.32 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 12/31/2009 |
| Wilmington  DE | ACCOUNT NO: | 3000-12D |
|  | STATEMENT NO: | 101 |

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $6,410.20 |

|  |  | HOURS |  |
|---|---|---|---|
| **12/02/2009** |  |  |  |
| KCD | Review C&L application | 0.30 | 91.50 |
| PEM | Review November prebill for Pgh time. | 0.20 | 83.00 |
| KH | Prepare Excel spreadsheet for C&L October re: professional hours v. project categories | 0.40 | 44.00 |
| KH | Review e-mail from DS re: C&L October bill(.1); Prepare C&L Fee Application(.7); Finalize and e-file application(.3) | 1.10 | 121.00 |
| MTH | Correspondence to and from JT re expense reimbursement | 0.10 | 35.00 |
| **12/06/2009** |  |  |  |
| MTH | Reviewing pre-bill | 0.90 | 315.00 |
| **12/10/2009** |  |  |  |
| KCD | Review and sign CNO re: C&L application | 0.20 | 61.00 |
| KH | Review case docket for objections to C&L July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **12/29/2009** |  |  |  |
| KCD | Review and sign CNO re: C&L application | 0.20 | 61.00 |
| KH | Review case docket for objections to C&L October fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **12/30/2009** |  |  |  |
| KCD | Review C&L application; discussions and revision to same | 0.50 | 152.50 |
| KH | Prepare Excel spreadsheet for C&L November re: professional hours v. project categories | 0.40 | 44.00 |
| KH | Review e-mail from DS re: November bill and draft responsive emails(.3); Update C&L November bill(.3); Prepare C&L November fee application(.6); Finalize and e-file fee application(.3) | 1.50 | 165.00 |

W.R. Grace

Fee Applications, Applicant

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 6.80 | 1,283.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 1.00 | 350.00 | 350.00 |
| Kathleen Campbell Davis | 1.20 | 305.00 | 366.00 |
| Katherine Hemming | 4.40 | 110.00 | 484.00 |

TOTAL CURRENT WORK                                                 1,283.00

12/28/2009     Payment - Thank you. (September, 2009 - 80% Fees)              -989.20

BALANCE DUE                                                     $6,704.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
|  | STATEMENT NO:    88 |

Fee Applications, Others

| | PREVIOUS BALANCE | | $14,186.60 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **12/01/2009** | | | |
| KH | Review Fee Auditors Final Report for C&D for 33rd Interim(.2); Draft e-mail to R. Tobin re: the same(.1) | 0.30 | 33.00 |
| | | | |
| **12/02/2009** | | | |
| KCD | Review C&D application; sign COS re: same | 0.30 | 91.50 |
| KCD | Review LAS application; sign COS re: same | 0.30 | 91.50 |
| KCD | Review Charter Oak application; sign COS re: same | 0.30 | 91.50 |
| KCD | Review AKO application; sign COS re: same | 0.30 | 91.50 |
| KH | Review e-mail from A. Pelton re: October bill(.1); Prepare AKO October fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from D. Relles re: October bill(.1); Prepare LAS October fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from B. Lindsay re: October bill(.1); Prepare Charter Oak October fee application(.5); Finalize and e-file application(.3) | 0.90 | 99.00 |
| KH | Multiple e-mails with E. Benetos and R. Tobin re: C&D October fee application | 0.40 | 44.00 |
| KH | Review e-mail from E. Benetos re; October fee application(.1); Update C&D October fee application(.4); Finalize and e-file application(.3) | 0.80 | 88.00 |
| MTH | Correspondence re C&D fee applications; Telephone conference with NDF re same | 0.30 | 105.00 |
| | | | |
| **12/03/2009** | | | |
| MTH | Correspondence re: LAS fee application | 0.30 | 105.00 |
| | | | |
| **12/04/2009** | | | |
| KH | Review September fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review August fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of The Law Offices of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Towers Perrin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August fee application of Deloitte Tax(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review July-September Interim fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Piper Jaffray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review August-January Interim fee application of W.D. Hilton(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

**12/07/2009**

| KCD | Review fee auditor's reports; e-mails re: same | 0.30 | 91.50 |
|---|---|---|---|
| KCD | Address expense issue | 0.20 | 61.00 |
| KH | Draft emails re: AKO, C&L, Charter Oak, and LAS Fee Auditor Final Reports for 33rd Interim period | 0.40 | 44.00 |
| MTH | Reviewing fee auditor's report re AKO | 0.10 | 35.00 |
| MTH | Reviewing Fee Auditor's Report re matters with no issues | 0.10 | 35.00 |

**12/09/2009**

| KH | Review case docket for objections to C&D September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
|---|---|---|---|
| MTH | Correspondence to and from KLH re proposed order on interim fee applications | 0.20 | 70.00 |

**12/10/2009**

| KCD | Review and sign CNO re: LAS application | 0.20 | 61.00 |
|---|---|---|---|
| KCD | Review and sign CNO re: C&D application | 0.20 | 61.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 61.00 |
| KCD | Review and sign CNO re: Charter Oaks application | 0.20 | 61.00 |
| KH | Review case docket for objections to C&D July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to LAS July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review October fee application of David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-Sept Interim fee application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

Page: 4
W.R. Grace
12/31/2009
ACCOUNT NO:        3000-13D
STATEMENT NO:            88

Fee Applications, Others

|  |  |  |  | HOURS |  |
|--|--|--|--|--|--|
|  | KH | Review July-Sept Interim fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| 12/16/2009 |  |  |  |  |  |
|  | KH | Draft e-mail to R. Finke re: C&D payment status |  | 0.10 | 11.00 |
| 12/18/2009 |  |  |  |  |  |
|  | KH | Review October fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review October fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review October fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review July fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review August fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review September fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review October fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review October fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of Blackstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  | KH | Review July-September Interim fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| 12/29/2009 |  |  |  |  |  |
|  | KCD | Review and sign CNO re: LAS application |  | 0.20 | 61.00 |
|  | KCD | Review and sign CNO re: C&D application |  | 0.20 | 61.00 |
|  | KCD | Review and sign CNO re: Charter Oak application |  | 0.20 | 61.00 |
|  | KCD | Review and sign CNO re: AKO application |  | 0.20 | 61.00 |
|  | KH | Review case docket for objections to C&D October fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
|  | KH | Review case docket for objections to LAS October fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
|  | KH | Review case docket for objections to AKO October fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
|  | KH | Review case docket for objections to Charter Oak October fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) |  | 0.50 | 55.00 |
|  | KH | Update Committee Fee and Expense Tracking Chart |  | 0.40 | 44.00 |
| 12/30/2009 |  |  |  |  |  |
|  | KCD | Review C&D application |  | 0.30 | 91.50 |

Page: 5

W.R. Grace

12/31/2009

ACCOUNT NO:      3000-13D
STATEMENT NO:           88

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KCD | Review Charter Oak application; sign COS re: same | 0.30 | 91.50 |
| KCD | Review AKO application; sign COS re: same | 0.30 | 91.50 |
| KH | Review e-mail from A. Pelton re: November bill(.1); Prepare AKO November fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 110.00 |
| KH | Review e-mail from B. Lindsay re: November bill(.1); Prepare Charter Oak November fee application(.5); Finalize and e-file fee application(.3) | 0.90 | 99.00 |
| KH | Review e-mail from S. Chisholm re: November fee application(.1); Update C&D November fee application(.3); Finalize and e-file fee application(.3) | 0.70 | 77.00 |
| KH | E-mail as filed fee applications to R. Finke | 0.10 | 11.00 |
| | FOR CURRENT SERVICES RENDERED | 26.30 | 3,952.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $350.00 | $350.00 |
| Kathleen Campbell Davis | 4.20 | 305.00 | 1,281.00 |
| Katherine Hemming | 21.10 | 110.00 | 2,321.00 |

TOTAL CURRENT WORK                                                                    3,952.00


12/28/2009      Payment - Thank you. (September, 2009 - 80% Fees)                    -2,622.00


BALANCE DUE                                                                        $15,516.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-15D |
| | STATEMENT NO:    103 |

Hearings

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $58,876.05 |

| | | HOURS | |
|---|---|---|---|
| 12/02/2009 | | | |
| MTH | Correspondence to and from JON re preliminary Agenda and reviewing same | 0.20 | 70.00 |
| 12/07/2009 | | | |
| MTH | Preparing for hearing, logistics | 0.40 | 140.00 |
| 12/08/2009 | | | |
| MTH | Reviewing Agenda for hearing | 0.20 | 70.00 |
| 12/10/2009 | | | |
| MTH | Reviewing correspondence from JON (x2) re December hearing | 0.10 | 35.00 |
| MTH | Reviewing Agenda for hearing; reviewing status of matters for hearing, including Interim Fee Applications and correspondence to counsel at C&D and RH re same | 1.10 | 385.00 |
| 12/11/2009 | | | |
| MTH | Reviewing Amended Agenda | 0.10 | 35.00 |
| 12/14/2009 | | | |
| MTH | Attending hearing | 1.10 | 385.00 |
| MTH | Preparing for hearing | 0.50 | 175.00 |
| KH | Prepare Memorandum for 12/14/09 Hearing | 0.40 | 44.00 |
| | FOR CURRENT SERVICES RENDERED | 4.10 | 1,339.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.70 | $350.00 | $1,295.00 |
| Katherine Hemming | 0.40 | 110.00 | 44.00 |

W.R. Grace

Hearings

Page: 2
12/31/2009
ACCOUNT NO:        3000-15D
STATEMENT NO:             103


TOTAL CURRENT WORK                                                          1,339.00


12/28/2009        Payment - Thank you. (September, 2009 - 80% Fees)                  -29,780.40


BALANCE DUE                                                          $30,434.65


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2009 |
| Wilmington  DE | ACCOUNT NO:       3000-16D |
| | STATEMENT NO:              88 |

Litigation and Litigation Consulting

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$2,212.00 |
| | | |
| 12/28/2009 | Payment - Thank you. (September, 2009 - 80% Fees) | -164.40 |
| | | |
| CREDIT BALANCE | | -$2,376.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          12/31/2009
Wilmington  DE                                                        ACCOUNT NO:       3000-17D
                                                                     STATEMENT NO:              88

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                          $115,975.70

| | | | HOURS | |
|---|---|---|---|---|
| 12/01/2009 | | | | |
| | MTH | Correspondence to and from DF re preliminary Agenda | 0.10 | 35.00 |
| | MTH | Reviewing various correspondence re closing briefs | 0.10 | 35.00 |
| 12/02/2009 | | | | |
| | MTH | Review correspondence from CNA re letter to Court with brief | 0.10 | 35.00 |
| | MTH | Communications re finalization of briefs with hyperlinks | 0.40 | 140.00 |
| | MTH | Review correspondence from DP re hyperlinked brief | 0.10 | 35.00 |
| | MTH | Review correspondence from JS re hyperlinked brief | 0.10 | 35.00 |
| | MTH | Assisting with review of brief | 1.80 | 630.00 |
| 12/03/2009 | | | | |
| | MTH | Reviewing various notices of service or transmittal | 0.10 | 35.00 |
| | MTH | Review correspondence from SLW re notice of service | 0.10 | 35.00 |
| 12/07/2009 | | | | |
| | MTH | Reviewing Debtors' Reply to Wachovia Bank's Response re Allianz settlement | 0.20 | 70.00 |
| | MTH | Review correspondence from PVNL re Plan Proponent's filing | 0.20 | 70.00 |
| 12/08/2009 | | | | |
| | MTH | Correspondence to and from NDF and KLH re logistics for closing arguments re Plan Confirmation | 0.20 | 70.00 |
| | MTH | Reviewing Debtors' Motion re AB Insurance settlement and related Motion to Shorten | 0.50 | 175.00 |
| 12/09/2009 | | | | |
| | MTH | Review correspondence from VP re COC and proposed Order re Allianz | 0.10 | 35.00 |
| | MTH | Review correspondence from CL re AM post-trial brief | 0.10 | 35.00 |
| | MTH | Reviewing Objection of AM to Plan Confirmation | 0.60 | 210.00 |

W.R. Grace

Plan and Disclosure Statement

HOURS

**12/10/2009**
| | | | |
|---|---|---|---|
| MTH | Review correspondence from PVNL re Allianz COC | 0.10 | 35.00 |
| MTH | Correspondence to EI, PVNL, NDF re revised COC and proposed Order re Allianz settlement | 0.20 | 70.00 |
| MTH | Correspondence to EI, PVNL, NDF, RH re proposed settlement with AG Belge | 0.40 | 140.00 |

**12/11/2009**
| | | | |
|---|---|---|---|
| MTH | Correspondence to EI, PVNL, NDF, RH re Allianz settlement Order signed by Court | 0.10 | 35.00 |
| MTH | Reviewing AM's Motion to Exceed Page Limit and for Additional Time to file Hyper-linked Brief | 0.10 | 35.00 |
| MTH | Reviewing Notice of Withdrawal of Response filed by Wachovia | 0.10 | 35.00 |
| MTH | Reviewing revised COC and proposed Order re Allianz settlement | 0.40 | 140.00 |

**12/14/2009**
| | | | |
|---|---|---|---|
| MTH | Telephone conference with MK re December omnibus | 0.50 | 175.00 |

**12/15/2009**
| | | | |
|---|---|---|---|
| MTH | Telephone conference with DF re Plan modifications, Canada issues | 0.90 | 315.00 |
| MTH | Reviewing modified Canadian Settlement Agreement | 0.40 | 140.00 |
| MTH | Review correspondence from DF re draft notice of Plan Modifications | 0.10 | 35.00 |
| MTH | Review correspondence from JB re closing arguments | 0.10 | 35.00 |

**12/16/2009**
| | | | |
|---|---|---|---|
| MTH | Review correspondence from DR re oral arguments | 0.10 | 35.00 |

**12/17/2009**
| | | | |
|---|---|---|---|
| KH | Review and draft multiple emails re: trial logistics for 1/4-1/5 hearings | 0.30 | 33.00 |
| MTH | Review correspondence from MF re post-trial briefing and response to same | 0.20 | 70.00 |

**12/18/2009**
| | | | |
|---|---|---|---|
| MTH | Correspondence to and from DF re closing arguments for Plan Confirmation | 0.10 | 35.00 |
| MTH | Correspondence to and from KLH re Confirmation closing arguments logistics, discussion re same | 0.40 | 140.00 |

**12/20/2009**
| | | | |
|---|---|---|---|
| MTH | Review correspondence from NDF re closing arguments, issues to address | 0.10 | 35.00 |

**12/21/2009**
| | | | |
|---|---|---|---|
| KH | Meet with MTH re: transcript review project(.3); Review e-mail from NDF re: jury trial rights argument(.2); Prepare Excel spreadsheet of all | | |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | | hearings from 9/2008 - 12/2009 and draft e-mail containing the same(3) | 3.90 | 429.00 |
|  | MTH | Review correspondence from RH, PVNL, NDF re closing arguments | 0.10 | 35.00 |
|  | MTH | Correspondence to and from RH and RC re insurance POC's | 0.20 | 70.00 |
|  | MTH | Review correspondence from NDF and JAL re research and assistance for closing arguments; discussion of same with KLH and reviewing correspondence from KLH re same; begin research/review | 1.60 | 560.00 |
|  | MTH | Reviewing information re insurer POC and correspondence to KD re same | 0.40 | 140.00 |
| 12/22/2009 | | | | |
|  | KH | Review case docket for multiple transcripts and update tracking chart re: the same | 0.90 | 99.00 |
|  | KH | Review multiple hearing transcripts re: jury trial rights(.2.5); Meet with MTH re: the same(.3); Update 10/27 transcript and e-mail to MTH(.3) | 3.10 | 341.00 |
|  | MTH | Assisting with preparations for closing arguments, including research and review re specific issues to be argued and correspondence re same | 3.70 | 1,295.00 |
|  | MTH | Reviewing correspondence from VP re agenda for hearing | 0.10 | 35.00 |
|  | MTH | Correspondence to counsel at C&D re Debtors' Response to AM Post-trial brief | 0.10 | 35.00 |
|  | MTH | Review correspondence from RC and RH re closing argument preparations | 0.20 | 70.00 |
|  | MTH | Review correspondence from KD re POC information | 0.10 | 35.00 |
| 12/23/2009 | | | | |
|  | KH | Review e-mail from R. Chung re: CNA(.1); Research and draft responsive e-mail(.3) | 0.40 | 44.00 |
|  | KH | Continued review of multiple hearing transcript re: jury trial rights and meet with MTH re: the same | 1.30 | 143.00 |
|  | KH | Review e-mail from NDF re: trial brief(.3); Research and e-mail all pre and post-trial briefs of Libby and PP and pleadings re: arrowood settlement(1.6); Meet with MTH re: the same(.2) | 2.10 | 231.00 |
|  | MTH | Review correspondence from SB re hearing logistics | 0.10 | 35.00 |
|  | MTH | Assisting with preparations for closing arguments for Plan Confirmation and research and review re certain issues, discussions with KLH and AC re same | 4.50 | 1,575.00 |
| 12/28/2009 | | | | |
|  | KH | Emails with MTH re: trial logistics | 0.30 | 33.00 |
|  | KH | Preparation of attorney documents for 1/4 hearing | 1.20 | 132.00 |
|  | MTH | Review correspondence from JAL re closing arguments logistics and call re same and correspondence to JAL re same | 0.30 | 105.00 |
|  | MTH | Reviewing correspondence from NDF, PVNL re Libby issues for closing arguments, reviewing transcripts and related documents re same and correspondence to NDF re same | 0.60 | 210.00 |
|  | MTH | Review correspondence from KLH re hearing preparations and reviewing Agenda and correspondence to KLH re same | 0.50 | 175.00 |

Page: 4
W.R. Grace                                                                          12/31/2009
                                                                    ACCOUNT NO:     3000-17D
                                                                    STATEMENT NO:          88
Plan and Disclosure Statement

|      |                                                                                      | HOURS |        |
|------|--------------------------------------------------------------------------------------|-------|--------|
| MTH  | Review correspondence from JPW re information re insurer claims and correspondence to KLH re same | 0.30  | 105.00 |
| MTH  | Review correspondence from KLH (x2) re Closing Arguments logistics                    | 0.10  | 35.00  |
| MTH  | Review correspondence from LH re AM post-trial brief errata                           | 0.20  | 70.00  |
| MTH  | Correspondence to KLH re AM Errata sheet and reviewing correspondence from KLH re same | 0.20  | 70.00  |
| MTH  | Review correspondence from SB re Closing Arguments logistics                          | 0.10  | 35.00  |

**12/29/2009**

|      |                                                                                      |       |        |
|------|--------------------------------------------------------------------------------------|-------|--------|
| MTH  | Review correspondence from PVNL re motion re insurance neutrality stipulation         | 0.10  | 35.00  |
| KH   | Preparation of attorney documents for 1/4 hearing                                     | 1.00  | 110.00 |
| KH   | Review e-mail from NDF re: Arrowood settlement(.1); Research and draft responsive e-mail(.8) | 0.90  | 99.00  |
| MTH  | Reviewing correspondence from NDF re preparations for closing arguments               | 0.30  | 105.00 |
| MTH  | Review correspondence from KLH re hearing binders and materials                       | 0.10  | 35.00  |
| MTH  | Reviewing various correspondence re graphics for closing arguments                    | 0.20  | 70.00  |
| MTH  | Review correspondence from SL re Plan Closing logistics and correspondence to KLH re same | 0.10  | 35.00  |
| MTH  | Reviewing correspondence re insurance neutrality stipulation                          | 0.40  | 140.00 |
| MTH  | Additional correspondence and review re materials for closing argument               | 0.30  | 105.00 |
| MTH  | Correspondence to and from KH re review of status of certain insurer claims and correspondence to JPW re same | 0.40  | 140.00 |
| KH   | Review e-mail from JPW re: Seaton/OneBeacon claims(.2); Research and draft responsive e-mail to MTH(1) | 1.20  | 132.00 |

**12/30/2009**

|      |                                                                                      |       |        |
|------|--------------------------------------------------------------------------------------|-------|--------|
| MTH  | Telephone calls with MK and NDF re coordination for Plan Closing Arguments            | 0.50  | 175.00 |
| MTH  | Various correspondence with PEM, MK, and MF re Closing Arguments                      | 0.30  | 105.00 |
| MTH  | Review correspondence from MG and DF re insurance neutrality stipulation              | 0.10  | 35.00  |
| MTH  | Review correspondence from NDF re slides for closing arguments and response to same   | 0.30  | 105.00 |
| MTH  | Review correspondence from NDF and MF re Plan confirmation documents                  | 0.10  | 35.00  |
| MTH  | Additional telephone call with MK re Closing arguments logistics                      | 0.10  | 35.00  |
| MTH  | Review correspondence from JP and DLF re insurance neutrality stipulation             | 0.10  | 35.00  |
| MK   | Attention to matters related to support for upcoming hearings; telephone calls and emails with counsel re: requirements and deliveries, etc. | 1.40  | 182.00 |

**12/31/2009**

|      |                                                                                      |       |        |
|------|--------------------------------------------------------------------------------------|-------|--------|
| MK   | Attention to assistance given to counsel for closing argument hearing.                | 0.40  | 52.00  |
| MTH  | Review correspondence from various counsel re closing arguments                       |       |        |

Page: 5

W.R. Grace

12/31/2009

ACCOUNT NO:    3000-17D
STATEMENT NO:    88

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
|  | agenda | 0.10 | 35.00 |
| MTH | Reviewing various correspondence from counsel to various insurers and Plan Proponents re finalization and filing of insurance neutrality stipulation | 0.60 | 210.00 |
| MTH | Review correspondence from KLH re closing argument logistics | 0.10 | 35.00 |
| MTH | Reviewing various correspondence from counsel to Plan Proponents and counsel to Kaneb re finalization and filing of Kaneb stipulation | 0.40 | 140.00 |
| MTH | Review correspondence from MF and MK re closing argument logistics | 0.10 | 35.00 |
| MTH | Review correspondence from KF re as filed version of Kaneb stipulation | 0.10 | 35.00 |
|  | FOR CURRENT SERVICES RENDERED | 45.70 | 11,615.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 1.80 | $130.00 | $234.00 |
| Mark T. Hurford | 27.30 | 350.00 | 9,555.00 |
| Katherine Hemming | 16.60 | 110.00 | 1,826.00 |

TOTAL CURRENT WORK    11,615.00

12/28/2009    Payment - Thank you. (September, 2009 - 80% Fees)    -22,983.60

BALANCE DUE    $104,607.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
| | STATEMENT NO:             88 |

Relief from Stay Proceedings

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1.30 |
| 12/02/2009 | | | | |
| | MTH | Reviewing COC re Munoz stay relief claim | 0.10 | 35.00 |
| 12/16/2009 | | | | |
| | MTH | Reviewing Order entered re Munoz | 0.10 | 35.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.20 | 70.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $350.00 | $70.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 70.00 |
| BALANCE DUE | $71.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2009
ACCOUNT NO:     3000-19D
STATEMENT NO:            69

Tax Issues

PREVIOUS BALANCE                                                            $140.00

BALANCE DUE                                                                 $140.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                12/31/2009
Wilmington  DE                                        ACCOUNT NO:       3000-20D
                                                      STATEMENT NO:           87

Tax Litigation

PREVIOUS BALANCE                                                          $468.80

BALANCE DUE                                                               $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                        12/31/2009
Wilmington  DE                                             ACCOUNT NO:        3000-21D
                                                           STATEMENT NO:              79

Travel-Non-Working

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $6,793.00 |
| 12/28/2009 | Payment - Thank you. (September, 2009 - 80% Fees) | -2,156.00 |
| | BALANCE DUE | $4,637.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2009
ACCOUNT NO:        3000-22D
STATEMENT NO:              92

Valuation

PREVIOUS BALANCE                                                             $1,185.00

BALANCE DUE                                                                  $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2009 |
| Wilmington  DE | ACCOUNT NO:    3000-23D |
|  | STATEMENT NO:          92 |

ZAI Science Trial


PREVIOUS BALANCE                                                                  $1,203.30

BALANCE DUE                                                                          $1,203.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2009

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 70.00 | 630.00 | 0.00 | 0.00 | 0.00 | $700.00 |
| 3000-02 Asset Disposition | | | | | |
| 884.30 | 47.50 | 0.00 | 0.00 | -224.00 | $707.80 |
| 3000-03 Business Operations | | | | | |
| 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | $70.00 |
| 3000-04 Case Administration | | | | | |
| 1,843.97 | 0.00 | 0.00 | 0.00 | 0.00 | $1,843.97 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,968.60 | 280.00 | 0.00 | 0.00 | -644.00 | $5,604.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,207.20 | 0.00 | 0.00 | 0.00 | -252.00 | $955.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 36,212.34 | 5,655.50 | 0.00 | 0.00 | -6,981.60 | $34,886.24 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 533.00 | 0.00 | 0.00 | 0.00 | -308.00 | $225.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,113.70 | 420.00 | 0.00 | 0.00 | 0.00 | $1,533.70 |
| 3000-11 Expenses | | | | | |
| 32,634.77 | 0.00 | 2,676.67 | 0.00 | -12,690.12 | $22,621.32 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,410.20 | 1,283.00 | 0.00 | 0.00 | -989.20 | $6,704.00 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,186.60 | 3,952.00 | 0.00 | 0.00 | -2,622.00 | $15,516.60 |
| 3000-15 Hearings | | | | | |
| 58,876.05 | 1,339.00 | 0.00 | 0.00 | -29,780.40 | $30,434.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,212.00 | 0.00 | 0.00 | 0.00 | -164.40 | -$2,376.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 115,975.70 | 11,615.00 | 0.00 | 0.00 | -22,983.60 | $104,607.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 1.30 | 70.00 | 0.00 | 0.00 | 0.00 | $71.30 |
| 3000-19 Tax Issues | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | $140.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 6,793.00 | 0.00 | 0.00 | 0.00 | -2,156.00 | $4,637.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 283,565.83 | 25,292.00 | 2,676.67 | 0.00 | -79,795.32 | $231,739.18 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.