IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

**FEE DETAIL FOR DAY PITNEY LLP'S
ONE-HUNDRED FIRST INTERIM FEE APPLICATION FOR THE PERIOD
FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/03/09 3 | Telephone calls and e-mail regarding dismissal by court on 60 day order | A. Marchetta | 0.4 | 256.00 |
| 12/03/09 3 | Continued preparation of letter to Magistrate Judge Bongiovanni | B. Moffitt | 0.2 | 80.00 |
| 12/04/09 3 | Telephone call with Judge Bongiovanni's clerk and e-mail exchange with D.A.G. Dickinson re same | B. Moffitt | 0.3 | 120.00 |
| 12/10/09 3 | Conference with B. Moffitt regarding apology letter and status report to court; follow up regarding same | A. Marchetta | 0.4 | 256.00 |
| 12/10/09 3 | Follow up with DAG Dickinson re stipulations of dismissal; work with A. Marchetta re same | B. Moffitt | 0.3 | 120.00 |
| 12/15/09 3 | Follow up with DAG Dickinson re stipulations of dismissal; work with A. Marchetta re same | B. Moffitt | 0.2 | 80.00 |
| 12/16/09 3 | Apology letter; e-mails and follow up regarding same and dismissal order | A. Marchetta | 0.5 | 320.00 |
| 12/16/09 3 | Follow up with DAG Dickinson re stipulations of dismissal and revise same; work with A. Marchetta, client and co-counsel re same | B. Moffitt | 0.9 | 360.00 |
| 12/16/09 3 | Review of current docket and retrieval of Order of Dismissal as requested by B. Moffitt | S. Parker | 0.3 | 46.50 |
| 12/18/09 | Telephone calls and follow up e-mails regarding stipulations of dismissal; | | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

|  |  | review regarding issues and apology letter and format |  |  |
|---|---|---|---|---|
| 3 |  | A. Marchetta | 0.9 | 576.00 |
| 12/18/09 |  | Follow up with DAG Dickinson re stipulations of dismissal; work with A. Marchetta, client and co-counsel re same |  |  |
| 3 |  | B. Moffitt | 0.5 | 200.00 |
| 12/21/09 |  | Follow up re stipulations of dismissal; work with A. Marchetta, client and co-counsel re same |  |  |
| 3 |  | B. Moffitt | 0.3 | 120.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.20 | 640.00 | 1,408.00 |
| B. Moffitt | 2.70 | 400.00 | 1,080.00 |
| S. Parker | 0.30 | 155.00 | 46.50 |
| TOTALS: | 5.20 |  | 2,534.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 2.2 | 640.00 | 1,408.00 |
| B. Moffitt | 3 | 2.7 | 400.00 | 1,080.00 |
| S. Parker | 3 | 0.3 | 155.00 | 46.50 |
| TOTALS: |  | 5.2 |  | 2,534.50 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/09 | | Review and respond to e-mails with local counsel regarding fee application deadlines and quarterly hearings | | |
| 18 | | K. Begley | 0.2 | 50.00 |
| 12/16/09 | | Review docket entries in preparation for drafting October 2009 Fee Application documents | | |
| 18 | | K. Begley | 0.3 | 75.00 |
| 12/23/09 | | Draft October 2009 Fee Application documents; draft 34th Quarterly Fee Application documents | | |
| 18 | | K. Begley | 2.7 | 675.00 |
| 12/25/09 | | Follow up request for insurance information from client | | |
| 18 | | A. Marchetta | 0.7 | 448.00 |
| 12/29/09 | | Review, revise and discuss with K. Begley DP's draft October 2009 Fee Application | | |
| 18 | | S. Zuber | 0.3 | 148.50 |
| 12/29/09 | | Telephone call with S. Zuber regarding October 2009 Fee Application documents; review docket to incorporate information into fee application | | |
| 18 | | K. Begley | 0.2 | 50.00 |
| 12/30/09 | | Review application and follow up with K. Begley regarding same | | |
| 18 | | A. Marchetta | 0.3 | 192.00 |
| 12/30/09 | | Revise, finalize, and file October 2009 Fee Application | | |
| 18 | | K. Begley | 0.6 | 150.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.00 | 640.00 | 640.00 |
| S. Zuber | 0.30 | 495.00 | 148.50 |
| K. Begley | 4.00 | 250.00 | 1,000.00 |
| TOTALS: | 5.30 | | 1,788.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 4.0 | 250.00 | 1,000.00 |
| A. Marchetta | 18 | 1.0 | 640.00 | 640.00 |
| S. Zuber | 18 | 0.3 | 495.00 | 148.50 |
| TOTALS: | | 5.3 | | 1,788.50 |

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

None.

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey  
Dated: February 11, 2010

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950  
Telephone: (973) 966-6300  
Facsimile: (973) 966-1015