IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x : | Chapter 11 |
| W. R. GRACE & CO., et al., | : : | Case No. 01-1139 (JKF) (Jointly Administered) |
| Debtors. | : x | |

**STIPULATION CONCERNING KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.'S OBJECTIONS TO CONFIRMATION OF PLAN OF REORGANIZATION**

This Stipulation is between NuStar Pipeline Operating Partnership L.P., NuStar Terminal Services, Inc. [collectively, "**NuStar**"][1] on the one hand, and the Debtors,[2] the Official Committee of Asbestos Personal Injury Claimants, the Asbestos P.I. Future Claimants' Representative, and the Official Committee of Equity Security Holders on the other hand [collectively, the "**Plan Proponents**"]. Together, NuStar and the Plan Proponents shall be called the "**Parties**."

I.
DEFINITIONS

The "**Joint Plan**" shall mean the "First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co. et.al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos P.I. Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of February 27, 2009" [Dkt. 20872] as it has been or may be modified or amended. Unless stated otherwise, all capitalized terms herein shall have the meaning ascribed to them in the Joint Plan.

---

[1] Effective March 31, 2008, Kaneb Pipe Line Operating Partnership, L.P. changed its name to NuStar Pipeline Operating Partnership L.P and Support Terminal Services, Inc. changed its name to NuStar Terminal Services, Inc. NuStar has appeared in the above-captioned bankruptcy case under its previous names, Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.

[2] The Debtors are the 62 entities that are the subject of the above captioned jointly administered bankruptcy case.

DOCS_DE:157451.1

## II.
## STIPULATIONS

NuStar, on behalf of Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. agrees to withdraw its objections to confirmation of the Joint Plan, conditioned on the following language (or substantially similar language) appearing in any order confirming the Joint Plan under 11 U.S.C. § 1129:

> Neither the Successor Claims Injunction nor the Asbestos Insurance Entity Injunction nor any other provision in the Joint Plan bars Kaneb Pipe Line Operating Partnership, L.P. (now known as NuStar Pipeline Operating Partnership L.P) or Support Terminal Services, Inc. (now known as NuStar Terminal Services, Inc.) [collectively, "**Kaneb**"] from pursuing claims pursuant to the premises/operations coverage of the Asbestos Insurance Policies issued by Settled Asbestos Insurance Companies listed on Exhibit 5 of the Exhibit Book of the Joint Plan with respect to alleged liability of Kaneb in connection with claims that are not Asbestos PI Claims or Asbestos PD Claims as those terms are defined in the Joint Plan, to the extent that Kaneb owns property rights in such Asbestos Insurance Policies. For avoidance of doubt: (A) nothing in the Joint Plan shall permit Kaneb to pursue Asbestos PI Claims or Asbestos PD claims as those terms are defined in the Joint Plan, and (B) the environmental claims implicated at the Otis Pipeline site (relating to alleged jet fuel releases from the pipeline which previously served Otis Air Force Base on the Massachusetts Military Reservation in Sandwich, MA, as described in the Motion for Relief From Stay at Dkt. 20538 and Exhibit OS-40) and the Macon Pipeline site (relating to alleged jet fuel releases from the pipeline in Macon, GA serving Warner Robins Air Force Base, as described in the Motion for Relief from Stay at Dkt. 20846 and Exhibit OS-41) are recognized not to be enjoined by either the Asbestos PI Channeling Injunction or the Asbestos PD Channeling Injunction.

Dated: December 31, 2009

Respectfully submitted,

SMITH KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, De 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skfdelaware.com
        erw@skfdelaware.com

and

Steve A. Peirce (*pro hac vice*)
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

and

Robert J. Gilbert, Esq.
GILBERT & RENTON, LLC
343 N. Main St.
Andover, MA 01810
Work: (978) 475-7580
Cell: (978) 479-4907

**ATTORNEYS FOR NUSTAR PIPELINE OPERATING PARTNERSHIP L.P (F/K/A KANEB PIPE LINE OPERATING PARTNERSHIP, L.P.) AND NUSTAR TERMINAL SERVICES, INC. (F/K/A SUPPORT TERMINAL SERVICES, INC.)**

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Lisa G. Esayian
300 N. LaSalle St.
Chicago, IL. 60654
Telephone: (312) 862-2000
Facsimile: (202) 862-2200

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162
Facsimile: (312) 641-2165

and

/s/ Kathleen P. Makowski
PACHULSKI, STANG, ZIEHL & JONES LLP
Laura Davis Jones (#2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for the Debtors and Debtors in Possession

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

and

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

Counsel for the Official Committee
of Asbestos Personal Injury Claimants

PHILIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Philips
John C. Philips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

Counsel for David T. Austern,
 Asbestos PI Future Claimants' Representative

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

Counsel for the Official Committee of Equity Security Holders