**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | Objection Deadline: March 5, 2010 at 4:00 p.m. |
| ) | Hearing: March 22, 2010 at 10:30 a.m. |

**NOTICE OF FILING OF TWENTY-SECOND QUARTERLY INTERIM
APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Unsecured Creditors; (5) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (6) Counsel to the Official Committee of Asbestos Property Damage Claimants; (7) Counsel to the Official Committee of Equity Holders; (8) Counsel to the Debtors-in-Possession Lender; and (9) the Fee Auditor

David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR"), has filed and served his Twenty-Second Quarterly Interim Application for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2009 through September 30, 2009 seeking payment for fees in the amount of $37,850.00 and $2,246.92 in expenses for a total of $40,096.92 (the "Application").

This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of

Monthly Interim Compensation and Reimbursement of Expenses of Professionals,

entered May 3, 2001 (collectively, the Administrative Order").

Objections or responses to the Application, if any, must be made in writing and

filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE  19801, on or before

**March 5, 2010 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel,

Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th

Street, NW, Washington, DC  20005 and John C. Phillips, Esquire, Phillips, Goldman &

Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the

Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive,

Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski Stang Ziehl & Jones LLP,

919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii)

co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire,

Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and

Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200,

Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos

Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Baena, Price &

Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500,

Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market

Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin &

Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford,

Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market

Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL  60606 and

Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box

25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity

Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee,

ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35,

Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to

undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: February 12, 2009    By:*/S/ ROGER FRANKEL*
         Roger Frankel, admitted *pro hac vice*
         Richard H. Wyron, admitted *pro hac vice*
         Debra L. Felder, admitted *pro hac vice*
         1152 15th Street, NW
         Washington, DC  20005
         (202) 339-8400

         —and—

         PHILLIPS, GOLDMAN & SPENCE, P.A.
         John C. Phillips, Jr. (#110)
         1200 North Broom Street
         Wilmington, DE 19806
         (302) 655-4200

         *Co-Counsel to David T. Austern,*
         *Asbestos PI Future Claimants' Representative*