**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: )<br>)<br>) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** )<br>) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. )<br>) | Objection Deadline: March 5, 2010 at 4:00 p.m.<br>Hearing: March 22, 2010 at 10:30 a.m. |

**COVER SHEET TO TWENTY-SECOND QUARTERLY INTERIM
APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | July 1, 2009 - September 30, 2009 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $37,850.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 2,246.92 |

This is a     ___ monthly          x  interim          ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Twenty-Second Quarterly time period: Fifty-Seventh Monthly Fee Application for the period July 1-31, 2009 in the amount of $1,280.00 (80% of $1,600.00) in fees and no expenses; Fifty-Eighth Fee Application for the period August 1-31, 2009 in the amount of $4,840.00 (80% of $6,050.00) in fees and no expenses; and Fifty-Ninth Monthly Fee Application for the period September 1-30, 2009 in the amount of $24,160.00 ($30,200.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## JULY 1, 2009 – SEPTEMBER 30, 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 75.70 | $37,850.00 |
| **Total** | | | | **$37,850.00** |

|  |  |
|---|---|
| Total Fees: | $ 37,850.00 |
| Total Hours: | 75.70 |
| Blended Rate: | $    500.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 75.70 | $37,850.00 |
| **TOTAL** | **75.70** | **$37,850.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**JULY 1, 2009 – SEPTEMBER 30, 2009**

| Expense Category | Total |
|---|---|
| Travel | $2,246.92 |
| **TOTAL** | **$2,246.92** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February 12, 2010