# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 5, 2010 at 4:00 p.m. |
| | ) | Hearing: March 22, 2010 at 10:30 a.m. |

## COVER SHEET TO NINETEENTH QUARTERLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | July 1, 2009 through September 30, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $5,747.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |

This is an:   X   interim   ___   monthly   ___   final application.

**COMPENSATION SUMMARY**
July 1, 2009 through September 30, 2009

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (24 years) FCAS | $675 | 2.00 | $1,350.00 |
| Julianne Callaway | Analyst (6 years) ACAS | $330 | 3.50 | $1,155.00 |
| Bryan Gillespie | Consulting Actuary (3 years) FCAS | $450 | 1.00 | $450.00 |
| Jeffrey Kimble | Consulting Actuary (8 years) ACAS | $425 | 3.80 | $1,615.00 |
| Brent Petzoldt | Analyst (3 year) ACAS | $250 | 0.30 | $75.00 |
| Rhamonda Riggins | Analyst (7 years) | $315 | 3.50 | $1,102.50 |
| **Total Blended Rate: $407.62** | | | **14.10** | **$5,747.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 14.10 | $5,747.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **July – September 2009 – Grand Total** | **$5,747.50** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: January 21, 2010

2