# **EXHIBIT A**

|  |  | **Jul-09** |  |  |  |
|---|---|---|---|---|---|
| Jenni Biggs | 7/17/2009 | 0.20 | $675 | $135.00 | Preparation of affidavit regarding Watson Wyatt |
| Jenni Biggs | 7/20/2009 | 0.20 | $675 | $135.00 | Preparation of affidavit regarding Watson Wyatt |
| Jenni Biggs | 7/22/2009 | 0.50 | $675 | $337.50 | Preparation of affidavit regarding Watson Wyatt |
| Jenni Biggs | 7/23/2009 | <u>0.30</u> | $675 | <u>$202.50</u> | Preparation of affidavit regarding Watson Wyatt |
|  |  | 1.20 |  | $810.00 |  |
|  |  |  |  |  |  |
|  |  | 1.20 |  | $810.00 |  |

| | | | | | Aug-09 |
|---|---|---|---|---|---|
| Jenni Biggs | 8/20/2009 | 0.30 | $675 | $202.50 | Peer review letter re: Edwards judgment |
| | | 0.30 | | $202.50 | |
| | | | | | |
| Julianne Callaway | 8/5/2009 | 0.80 | $330 | $264.00 | Provide info on Libby claimants |
| Julianne Callaway | 8/6/2009 | 0.60 | $330 | $198.00 | Provide info on Libby claimants |
| Julianne Callaway | 8/18/2009 | 1.80 | $330 | $594.00 | Provide info on Libby claimants |
| | | 3.20 | | $1,056.00 | |
| | | | | | |
| Bryan Gillespie | 8/25/2009 | 1.00 | $450 | $450.00 | Provide info on Libby claimants |
| | | 1.00 | | $450.00 | |
| | | | | | |
| Jeff Kimble | 8/20/2009 | 3.50 | $425 | $1,487.50 | Preparing letter for Orrick re: Edwards judgment |
| | | 3.50 | | $1,487.50 | |
| | | | | | |
| Brent Petzoldt | 8/6/2009 | 0.30 | $250 | $75.00 | Provide info on Libby claimants |
| | | 0.30 | | $75.00 | |
| | | | | | |
| Rhamonda Riggins | 8/13/2009 | 3.00 | $315 | $945.00 | Provide info on Libby claimants |
| Rhamonda Riggins | 8/18/2009 | 0.50 | $315 | $157.50 | Provide info on Libby claimants |
| | | 3.50 | | $1,102.50 | |
| | | | | | |
| | | 11.80 | | $4,373.50 | |

| | | | | | Sep-09 |
|---|---|---|---|---|---|
| Jenni Biggs | 9/2/2009 | 0.50 | $675 | $337.50 | Peer review memo re: Edward judgment |
| | | 0.50 | | $337.50 | |
| | | | | | |
| Julianne Callaway | 9/2/2009 | 0.30 | $330 | $99.00 | Tech review exhibit re: Edward judgment |
| | | 0.30 | | $99.00 | |
| | | | | | |
| Jeff Kimble | 9/2/2009 | 0.30 | $425 | $127.50 | Prepare memo re: Edward judgment |
| | | 0.30 | | $127.50 | |
| | | | | | |
| | | 1.10 | | $564.00 | |