**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2009 THROUGH DECMBER 31, 2009**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 46.9 |
| Matthew Bonnano | Associate | 27.5 |
| Michael Sperling | Analyst | 53.6 |
| | Total | 128.0 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 12/07/09 | 2.5 | Business Analysis | Review model in preparation for updates |
| Jamie O'Connell | 12/16/09 | 0.2 | Business Analysis | Call with P. Hanlon of GCP regarding new business development |
| Jamie O'Connell | 12/16/09 | 7.5 | Business Analysis | Davison operating plan session with management |
| Michael Sperling | 12/16/09 | 7.5 | Business Analysis | Davison operating plan session with management |
| Matthew Bonanno | 12/17/09 | 7.5 | Business Analysis | GCP operating plan session with management |
| Michael Sperling | 12/17/09 | 7.5 | Business Analysis | GCP operating plan session with management |
| Jamie O'Connell | 12/21/09 | 0.2 | Business Analysis | Call with J. Baer regarding Project Surf |
| Jamie O'Connell | 12/21/09 | 0.5 | Business Analysis | Review and provide comments to Project Surf materials |
| Jamie O'Connell | 12/21/09 | 0.2 | Business Analysis | Call with P. Hanlon of GCP regarding new business development |
| Jamie O'Connell | 12/21/09 | 0.3 | Business Analysis | Correspondence to financial advisors regarding Project Surf |
| Jamie O'Connell | 12/22/09 | 0.5 | Business Analysis | Call with B. Dockman, M. Brown and team regarding financial model |
| Jamie O'Connell | 12/22/09 | 0.1 | Business Analysis | Correspondence regarding Project Surf |
| Matthew Bonanno | 12/22/09 | 0.4 | Business Analysis | Manage committee information request |
| Matthew Bonanno | 12/22/09 | 0.5 | Business Analysis | Call with B. Dockman, M. Brown and team regarding financial model |
| Michael Sperling | 12/22/09 | 0.5 | Business Analysis | Call with B. Dockman, M. Brown and team regarding financial model |
| Matthew Bonanno | 12/23/09 | 1.0 | Business Analysis | Call with M. Brown regarding financial model |
| Michael Sperling | 12/23/09 | 1.0 | Business Analysis | Call with M. Brown regarding financial model |
| Michael Sperling | 12/23/09 | 4.8 | Business Analysis | Follow-up analysis re: model updates |
| | | 42.7 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 12/13/09 | 1.1 | Claims Analysis Objection/Resolution | Review claims analysis |
| Michael Sperling | 12/27/09 | 1.2 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Michael Sperling | 12/28/09 | 0.8 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Michael Sperling | 12/29/09 | 1.4 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| | | 4.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/14/09 | 1.2 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 12/15/09 | 0.3 | Fee Applications | Review draft fee application |
| | | **1.5** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Jamie O'Connell | 12/04/09 | 3.7 | Financing | Review and provide comments on draft engagement letters for exit lenders |
| Jamie O'Connell | 12/06/09 | 1.4 | Financing | Review and provide comments on draft engagement letters for exit lenders |
| Jamie O'Connell | 12/07/09 | 1.5 | Financing | Review and provide comments on draft motion regarding engagement letters |
| Jamie O'Connell | 12/08/09 | 1.2 | Financing | Conference call with management and counsel regarding draft motion |
| Jamie O'Connell | 12/08/09 | 1.1 | Financing | Conference call with management and counsel regarding draft engagement letters |
| Matthew Bonanno | 12/08/09 | 4.6 | Financing | Review draft motions |
| Matthew Bonanno | 12/08/09 | 1.2 | Financing | Conference call with management and counsel regarding draft motion |
| Matthew Bonanno | 12/08/09 | 1.1 | Financing | Conference call with management and counsel regarding draft engagement letters |
| Michael Sperling | 12/08/09 | 1.4 | Financing | Review draft motions |
| Jamie O'Connell | 12/09/09 | 0.5 | Financing | Review and provide comments on draft motion regarding engagement letters |
| Jamie O'Connell | 12/10/09 | 0.2 | Financing | Review draft motion regarding engagement letters |
| Jamie O'Connell | 12/10/09 | 0.2 | Financing | Call with E. Filon regarding exit financing |
| Jamie O'Connell | 12/10/09 | 0.2 | Financing | Call regarding exit financing terms |
| Jamie O'Connell | 12/14/09 | 0.2 | Financing | Call with prospective exit financing lender |
| Michael Sperling | 12/14/09 | 0.8 | Financing | Review revised bank engagement letters |
| Jamie O'Connell | 12/15/09 | 0.2 | Financing | Call with M. Bonanno |
| Jamie O'Connell | 12/15/09 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 12/15/09 | 0.4 | Financing | Call with management, counsel and prospective exit financing lender and advisors |
| Matthew Bonanno | 12/15/09 | 0.2 | Financing | Call with J. O'Connell |
| Matthew Bonanno | 12/15/09 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonanno | 12/15/09 | 0.4 | Financing | Call with management, counsel and prospective exit financing lender and advisors |
| Jamie O'Connell | 12/21/09 | 0.2 | Financing | Call with C. Greco regarding exit financing motion |
| Jamie O'Connell | 12/21/09 | 1.2 | Financing | Review draft motion to restructure existing financing arrangements |
| Jamie O'Connell | 12/21/09 | 0.2 | Financing | Call with M. Sperling regarding exit financing |
| Jamie O'Connell | 12/21/09 | 1.7 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/21/09 | 0.5 | Financing | Review and provide comments on revised draft engagement letter motion |
| Matthew Bonanno | 12/21/09 | 0.3 | Financing | Call with M. Brown |
| Matthew Bonanno | 12/21/09 | 0.4 | Financing | Review Project Surf materials |
| Matthew Bonanno | 12/21/09 | 1.2 | Financing | Review draft motions |
| Michael Sperling | 12/21/09 | 0.2 | Financing | Call with J. O'Connell regarding exit financing |
| Michael Sperling | 12/21/09 | 3.2 | Financing | Exit financing comparables analysis |
| Jamie O'Connell | 12/22/09 | 0.6 | Financing | Review and provide comments on revised draft engagement letter motion |
| Jamie O'Connell | 12/22/09 | 1.0 | Financing | Call with Grace management, Kirkland and internal team regarding exit financing |
| Jamie O'Connell | 12/22/09 | 0.1 | Financing | Correspondence to C. Greco of Kirkland regarding exit financing motion |
| Jamie O'Connell | 12/22/09 | 2.7 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/22/09 | 0.5 | Financing | Call with M. Bonanno and Kirkland regarding draft motion |
| Matthew Bonanno | 12/22/09 | 1.0 | Financing | Call with Grace management, Kirkland and internal team regarding exit financing |
| Matthew Bonanno | 12/22/09 | 0.5 | Financing | Call with J. O'Connell and Kirkland regarding draft motion |
| Matthew Bonanno | 12/22/09 | 0.2 | Financing | Status update with J. O'Connell |
| Michael Sperling | 12/22/09 | 4.4 | Financing | Exit financing comparables analysis |
| Jamie O'Connell | 12/23/09 | 0.1 | Financing | Correspondence to prospective exit financing lender |
| Jamie O'Connell | 12/23/09 | 0.2 | Financing | Review correspondence regarding financial model |
| Jamie O'Connell | 12/23/09 | 0.5 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/24/09 | 0.3 | Financing | Call with M. Bonanno to prospective exit financing lender |
| Matthew Bonanno | 12/24/09 | 0.3 | Financing | Call with J. O'Connell to prospective exit financing lender |
| Matthew Bonanno | 12/26/09 | 2.2 | Financing | Review draft motions and engagement letters |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 12/26/09 | 0.6 | Financing | Review financial analysis |
| Jamie O'Connell | 12/28/09 | 0.3 | Financing | Call with E. Leibenstein regarding draft document |
| Jamie O'Connell | 12/28/09 | 0.3 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/29/09 | 0.9 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 12/29/09 | 0.1 | Financing | Call with C. Greco regarding exit financing motion |
| Jamie O'Connell | 12/29/09 | 0.1 | Financing | Follow-up call with C. Greco of Kirkland regarding exit financing motion |
| Jamie O'Connell | 12/29/09 | 0.4 | Financing | Correspondence with prospective exit financing lenders |
| Jamie O'Connell | 12/29/09 | 0.4 | Financing | Correspondence with E. Filon on Grace regarding exit financing |
| Matthew Bonanno | 12/29/09 | 0.9 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonanno | 12/29/09 | 0.6 | Financing | Review correspondence regarding exit financing engagement letters |
| Jamie O'Connell | 12/30/09 | 0.3 | Financing | Correspondence with E. Filon on Grace regarding exit financing |
| Jamie O'Connell | 12/30/09 | 0.2 | Financing | Review correspondence from E. Filon regarding exit financing motion |
| Jamie O'Connell | 12/30/09 | 0.3 | Financing | Correspondence with prospective exit financing lenders |
| Jamie O'Connell | 12/30/09 | 0.3 | Financing | Correspondence to management and counsel regarding exit financing |
| Matthew Bonanno | 12/30/09 | 0.4 | Financing | Correspondence and analysis related to default interest |
| Matthew Bonanno | 12/30/09 | 0.3 | Financing | Review correspondence regarding exit financing engagement letters |
| Matthew Bonanno | 12/31/09 | 0.3 | Financing | Correspondence with M. Sperling regarding exit financing |
| | | **51.9** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/15/09 | 3.8 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Michael Sperling | 12/15/09 | 4.0 | Non-Working Travel Time | Travel to Columbia, MD |
| Jamie O'Connell | 12/16/09 | 4.6 | Non-Working Travel Time | Travel from Columbia, MD to residence in New Jersey |
| Matthew Bonanno | 12/16/09 | 4.0 | Non-Working Travel Time | Travel to Columbia, MD |
| Matthew Bonanno | 12/17/09 | 4.0 | Non-Working Travel Time | Travel from Columbia, MD |
| Michael Sperling | 12/17/09 | 3.8 | Non-Working Travel Time | Travel from Columbia, MD to residence |
| | | **24.2** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/04/09 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman and M. Brown of Grace regarding various matters |
| Jamie O'Connell | 12/06/09 | 0.2 | Plan and Disclosure Statement | Correspondence to M. Bonanno and M. Sperling regarding various matters |
| Jamie O'Connell | 12/15/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matthew Bonanno | 12/15/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 12/21/09 | 0.4 | Plan and Disclosure Statement | Read Debtors' reply to Wachovia's response regarding the Allianz settlement |
| Jamie O'Connell | 12/28/09 | 0.3 | Plan and Disclosure Statement | Review correspondence regarding pre-petition bank debt interest |
| Jamie O'Connell | 12/28/09 | 0.2 | Plan and Disclosure Statement | Draft correspondence regarding pre-petition bank debt interest |
| Jamie O'Connell | 12/29/09 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman regarding pre-petition bank claims |
| Jamie O'Connell | 12/29/09 | 0.2 | Plan and Disclosure Statement | Correspondence to M. Bonanno and M. Sperling regarding pre-petition bank claims |
| Jamie O'Connell | 12/30/09 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman regarding pre-petition bank claims |
| Jamie O'Connell | 12/30/09 | 0.2 | Plan and Disclosure Statement | Call with J. Brooks of Kirkland regarding pre-petition bank claims |
| Jamie O'Connell | 12/30/09 | 0.2 | Plan and Disclosure Statement | Review correspondence from management and counsel re: pre-petition bank claims |
| | | 51.6 | | |