IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**Re: Docket Nos. 24270 and 24271**

***SECOND AMENDED*** **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 16, 2010, AT 10:30 A.M.** ***(TELEPHONIC ONLY)*** **BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

\*\* **Please note: This hearing will be** underline **telephonic only.** **Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),** **no later than 12:00 noon p.m. February 12, 2010.**\*\*

## CONTINUED MATTERS:

1.     Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

       Related Documents:

       a.     [Signed] Order Continuing Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/24/09] (Docket No. 23120)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

b.    [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.    Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b.    Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.    Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to March 22, 2010, at 10:30 a.m. With respect to the Munoz matter, the parties have filed a certification of counsel with a stipulation continuing this matter to April 12, 2010, at 10:30 a.m.  The parties request that the Court enter the Order approving the stipulation continuing this matter.

2.    Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Related Documents:

a.    [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Response Deadline: July 10, 2009, at 4:00 p.m. *(extended until March 5, 2010, at 4:00 p.m.)*

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to March 22, 2010, at 10:30 a.m.

3.   The Canadian ZAI Claimants' Application Pursuant to Sections 105, 327, 1102(a)(2), and
     1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special
     Counsel Nunc Pro Tunc to September 1, 2008 [Filed: 12/21/09] (Docket No. 24031)
     Related Documents:

     a.   [Proposed] Order Granting The Canadian ZAI Claimants' Application Pursuant o
          Sections 105, 327, 1102(a)(2), and 1109, or Alternatively, Section 503 of the
          Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to
          September 1, 2008 [Filed: 12/21/09] (Docket No. 24031)

     Response Deadline: January 8, 2010, at 4:00 p.m.

     Responses Received:

     a.   Asbestos PI Future Claimants' Representative's Response to Canadian ZAI
          Claimants' Application for Appointment of Special Counsel [Filed: 1/8/10]
          (Docket No. 24130)

     b.   Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI
          Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or
          Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special
          Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to
          Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order
          Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to
          the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/8/10]
          (Docket No. 24132)

     Replies Received:

     a.   CAA Representative Counsel's Reply to the Objection of Her Majesty the Queen
          in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to
          Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the
          Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to
          September 1, 2008 and (II) the Application Pursuant to Sections 105, 328,
          1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention
          Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative
          Counsel for the Canadian ZAI Claimants [Filed: 1/19/10] (Docket No. 24158)

          (i)   [Signed] Order Granting the CCAA Representative Counsel's Motion for
                Leave to File Reply to the Objection of Her Majesty the Queen in Right of
                Canada [Docket No. 24132] and Response of the Asbestos PI Future
                Claimants' Representative [Filed: 1/19/10] (Docket No. 24157)

     Status: This matter is continued to March 22, 2010, at 10:30 a.m.

4.    Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy
      Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as
      Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 12/21/10]
      (Docket No. 24032)

      Related Documents:

      a.    [Proposed] Order Granting Application Pursuant to Sections 105, 328, 1102(a)(2),
            and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro
            Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the
            Canadian ZAI Claimants [Filed: 12/21/109] (Docket No. 24032)

      Response Deadline: January 8, 2010, at 4:00 p.m.

      Responses Received:

      a.    Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI
            Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or
            Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special
            Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to
            Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order
            Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to
            the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/8/10]
            (Docket No. 24132)

      Replies Received:

      a.    CAA Representative Counsel's Reply to the Objection of Her Majesty the Queen
            in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to
            Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the
            Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to
            September 1, 2008 and (II) the Application Pursuant to Sections 105, 328,
            1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention
            Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative
            Counsel for the Canadian ZAI Claimants [Filed: 1/19/10] (Docket No. 24158)

            (i)    [Signed] Order Granting the CCAA Representative Counsel's Motion for
                   Leave to File Reply to the Objection of Her Majesty the Queen in Right of
                   Canada [Docket No. 24132] and Response of the Asbestos PI Future
                   Claimants' Representative [Filed: 1/19/10] (Docket No. 24157)

      Status: This matter is continued to March 22, 2010, at 10:30 a.m.


**MATTERS GOING FORWARD**

5.    Plan Proponents' Joint Motion for Entry of an Order Approving Stipulation and Agreed
      Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization
      [Filed: 12/31/09] (Docket No. 24097)

Related Documents:

a.    [Proposed] Order Approving Stipulation and Agreed Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization [Filed: 12/31/09] (Docket No. 24097)

b.    Stipulation and Agreed Order [Filed: 12/31/10] (Docket No. 24097)

c.    Certification of No Objection Regarding Plan Proponents' Joint Motion for Entry of an Order Approving Stipulation and Agreed Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization [Filed: 2/9/10] (Docket No. 24267)

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

6.    Debtors' Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies, LLC [Filed: 1/15/10] (Docket No. 24152)

Related Documents:

a.    [Proposed] Order Authorizing the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/15/10] (Docket No. 24152)

b.    Certification of No Objection Regarding Debtors' Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies, LLC [Filed: 2/8/10] (Docket No. 24260)

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

7.    Motion to Approve Employee Benefits Claim Resolution Protocol [Filed: 1/15/10] (Docket No. 24153)

Related Documents:

a.    [Proposed] Order Approving Employee Benefits Claim Resolution Protocol [Filed: 1/15/10] (Docket No. 24153, Exhibit A)

b.    Certification of Counsel Regarding Order Granting Debtors' Motion to Approve Employee Benefits Claim Resolution Protocol [Filed: 2/9/10] (Docket No. 24269)

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Debtors have submitted a new form of order under certification of counsel and respectfully request entry of the order.**

8.    Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal [Filed: 1/15/10] (Docket No. 24154)

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to (A) Enter Into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal [Filed: 1/15/10] (Docket No. 24154, Exhibit A)

b.    Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal [Filed: 2/8/10] (Docket No. 24261)

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

9.    Motion of Debtors for Authority to Enter Into Letter of Credit and Hedging Agreements and Terminate Current DIP Facilities [Filed: 1/15/10] (Docket No. 24156)

Related Documents:

a.    [Proposed] Final Order Authorizing Secured Post-Petition Letter of Credit Facility and Hedging and Swap Arrangements on a Superpriority Basis Pursuant to 11 U.S.C. §362 [Filed: 1/15/10] (Docket No. 24156, Exhibit 1)

b.    **Certification of Counsel Regarding Order Granting the Motion of Debtors for Authority to enter Into Letter of Credit and Hedging Agreements and Terminate Current DIP Facilities [Filed: 2/12/10] (Docket No. 24281)**

Response Deadline: February 5, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Debtors have submitted a new form of order under certification of counsel and respectfully request entry of the order.**

ADDITIONAL MATTERS:

10.   Status on Chapter 11 Plan Amendments, Stipulations and Objections

     Related Documents:

     a.   Stipulation [Filed: 2/5/10] (Docket No. 24250)

     **b.   Amended Stipulation Concerning Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Objections to Confirmation of Plan of Reorganization [Filed: 2/12/10] (Docket No. 24283)**

     Status:  A status will go forward on this matter.  The Debtors will provide a status report regarding various stipulations in progress.

Dated: February 11, 2010

     KIRKLAND & ELLIS LLP
     David M. Bernick, P.C.
     Theodore L. Freedman
     Citigroup Center
     601 Lexington Avenue
     New York, NY 10022-4611
     (212) 446-4800

     -and–

     PACHULSKI STANG ZIEHL & JONES LLP

     Laura Davis Jones (Bar No. 2436)
     James E. O'Neill (Bar No. 4042)
     Kathleen P. Makowski (Bar No. 3648)
     Timothy P. Cairns (Bar No. 4228)
     919 North Market Street, 17th Floor
     Wilmington, DE  19801
     Telephone:  (302) 652-4100
     Facsimile:  (302) 652-4400

     Co-Counsel for the Debtors and Debtors in Possession