**EXHIBIT B**

Duane Morris
August 11, 2009
Page 3

File # K0248-00001                                    INVOICE # 1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/1/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 7/1/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO M. LASTOWSKI REGARDING SAME. | 0.10 | $22.00 |
| 7/1/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM M. LASTOWSKI REGARDING FEE APPLICATIONS AND CNO'S FOR SAME. | 0.10 | $22.00 |
| 7/1/2009 | 004 | SL WOLFENDEN | RETRIEVED ELECTRONIC DOCKET ENTRIES FROM JUNE 30, 2009. CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 7/2/2009 | 004 | AC MAHOLCHIC | PREPARING AND FILING CERTIFICATE OF SERVICE FOR ORDER FOR LEAVE FROM SCHEDULING ORDER. | 0.20 | $61.00 |
| 7/2/2009 | 004 | SL WOLFENDEN | DRAFTED CNO RE DI 22006. | 0.20 | $44.00 |
| 7/2/2009 | 004 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SAME. | 0.20 | $44.00 |
| 7/6/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 7/6/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN. | 0.10 | $22.00 |
| 7/6/2009 | 004 | SL WOLFENDEN | SCHEDULED TELEPHONIC APPEARANCE FOR HEARING SCHEDULED FOR JULY 9, 2009 AT 9:30 A.M. | 0.20 | $44.00 |
| 7/6/2009 | 004 | SL WOLFENDEN | RETRIEVED VARIOUS ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.40 | $88.00 |
| 7/6/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 7/6/2009 | 004 | SL WOLFENDEN | SCHEDULING OF VARIOUS DATED WITH REGARDING TO PHASE II CONFIRMATION HEARING. | 0.30 | $66.00 |
| 7/6/2009 | 004 | SL WOLFENDEN | RETRIEVED DOCKET ENTRIES FROM 7/2/09 - 7/5/09 FOR ATTORNEY REVIEW. | 0.10 | $22.00 |
| 7/6/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 7/9/2009 | 004 | SL WOLFENDEN | REVIEWED DOCKET REGARDING AGENDA FOR MATTERS SCHEDULED FOR 7/9/09. RETRIEVED SAME. | 0.20 | $44.00 |
| 7/9/2009 | 004 | SL WOLFENDEN | RETRIEVED ELECTRONIC DOCKET ENTRIES FROM 7/6/09 - 7/8/09 FOR ATTORNEY REVIEW. | 0.20 | $44.00 |

Duane Morris
August 11, 2009
Page 4

File # K0248-00001                                          INVOICE # 1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 7/9/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 7/10/2009 | 004 | SL WOLFENDEN | REVISED THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK LENDER GROUP'S JOINT INFORMATION REQUEST CONCERNING SECTION 1129 SOLVENCY ISSUES. | 0.40 | $88.00 |
| 7/10/2009 | 004 | SL WOLFENDEN | REVISED AND UPDATED SERVICE LISTS. | 1.10 | $242.00 |
| 7/10/2009 | 004 | SL WOLFENDEN | DRAFTED CERTIFICATION OF SERVICE RE SAME. | 0.20 | $44.00 |
| 7/10/2009 | 004 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED JOINT REQUEST. | 0.30 | $66.00 |
| 7/10/2009 | 004 | SL WOLFENDEN | SERVICE OF SAME. | 0.20 | $44.00 |
| 7/14/2009 | 004 | SL WOLFENDEN | REVIEWED OUTSTANDING MONTHLY AND QUARTERLY APPLICATION FOR COMPENSATION REGARDING PROJECTIONS. | 0.80 | $176.00 |
| 7/14/2009 | 004 | SL WOLFENDEN | RETRIEVED ELECTRONICALLY FILED FEE AUDITOR REPORT (0.1); CORRESPONDENCE TO S. ROSS RE SAME (0.1). | 0.20 | $44.00 |
| 7/21/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 7/23/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 7/23/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEW CORRESPONDENCE FROM W. KATCHEN RE DOCUMENT RETRIEVAL NEEDED. | 0.10 | $22.00 |
| 7/23/2009 | 004 | SL WOLFENDEN | RETRIEVED ELECTRONICALLY FILED PLEADING FOR W. KATCHEN REVIEW. | 0.30 | $66.00 |
| 7/23/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 7/23/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE ELECTRONICALLY FILED DOCUMENTS FROM 7/22/09. | 0.10 | $22.00 |
| 7/23/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE FROM W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 7/23/2009 | 004 | SL WOLFENDEN | RETRIEVED VARIOUS ELECTRONICALLY FILED PLEADING'S FOR ATTORNEY REVIEW. | 0.50 | $110.00 |
| 7/23/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |

Duane Morris
August 11, 2009
Page 5

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1497855

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/29/2009 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN. | 0.10 | $22.00 |
| 7/29/2009 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN. | 0.10 | $22.00 |
| 7/29/2009 004 | SL WOLFENDEN | RETRIEVED VARIOUS DOCUMENTS PRE REQUEST OF W. KATCHEN. | 1.10 | $242.00 |
| 7/29/2009 004 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED NOTICE OF DEPOSITION OF MARK A. SHELNITZ. | 0.20 | $44.00 |
| 7/29/2009 004 | SL WOLFENDEN | SERVICE OF THE SAME. | 0.20 | $44.00 |
| 7/29/2009 004 | SL WOLFENDEN | UPDATED ELECTRONIC MAILING SERVICE LISTS. | 0.30 | $66.00 |
| 7/30/2009 004 | AC MAHOLCHIC | REVIEWING CERTIFICATION OF NO OBJECTION FOR FILING BY D.MARRA. | 0.10 | $30.50 |
| 7/30/2009 004 | BA GRUPPO | ONLINE WITH 9TH CIRCUIT COURT OF APPEALS FOR RETRIEVAL AND REVIEW OF RUCKER V. CUNNING CASE WITH RETRIEVAL & DOWNLOAD OF FILED OPINION; SUBMITTED REQUESTED CASE DOCKET AND COPY OF OPINION TO J.VILLANUEVA FOR W.S.KATCHEN | 0.20 | $58.00 |
| 7/30/2009 004 | BA GRUPPO | ON-LINE W/EASTERN DISTRICT OF VIRGINIA BANKRUPTCY COURT SYSTEM FOR RETRIEVAL OF DOCKET ENTRIES AND SCHEDULE/DEADLINE INFORMATION IN ON-SITE SOURCING CASE WITH RETRIEVAL & DOWNLOAD OF ORDER AUTHORIZING MOTION AND OF MOTION TO AUTHORIZE AND APPROVE EXP. PROCEDURES RE SALE OF DE MINIMIS ASSETS; SUBMITTED REQUESTED DOCKET AND IMAGES OF PLEADINGS TO J.VILLANUEVA FOR W.S.KATCHEN | 0.30 | $87.00 |
| 7/30/2009 004 | BA GRUPPO | RECEIPT & REVIEW OF MEMO FROM J.VILLANUEVA FOR W.S.KATCHEN RE CASES | 0.10 | $29.00 |
| 7/31/2009 004 | AC MAHOLCHIC | RETRIEVING CASE DOCKET AND FOLLOW UP WITH J.PALO CONCERNING DM APPLICATION FOR JUNE. | 0.20 | $61.00 |
| | | Code Total | 10.50 | $2,422.50 |

Duane Morris
August 11, 2009
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1497855

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/7/2009 | 006 | MR LASTOWSKI | REVIEW ROYAL SETTLEMENT MOTION | 0.30 | $202.50 |
| | | | Code Total | 0.30 | $202.50 |

Duane Morris
August 11, 2009
Page 7

File # K0248-00001                                    INVOICE #  1497855
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/30/2009 | 007 | WS KATCHEN | REVIEW 9TH CIR. - SNTL OPINION (IMPAIRMENT ISSUE). | 1.40 | $1,057.00 |
| 6/30/2009 | 007 | WS KATCHEN | EMAIL MEMO TO STROOCK. | 0.50 | $377.50 |
| 7/3/2009 | 007 | WS KATCHEN | PREPARE MEETING WITH CREDITOR. | 0.50 | $377.50 |
| 7/3/2009 | 007 | WS KATCHEN | ATTEND CONFERENCE NYC WITH CREDITOR. | 0.70 | $528.50 |
| 7/3/2009 | 007 | WS KATCHEN | TRAVEL AT 1/2. | 1.00 | $755.00 |
| 7/3/2009 | 007 | WS KATCHEN | ADDITIONAL RESEARCH FOR MEMO TO STROOCK. | 0.90 | $679.50 |
| 7/8/2009 | 007 | WS KATCHEN | REVIEW PLAN PROPONENTS' (I) DEPOSITION COUNTER-DESIGNATIONS - FINKE, INSELBUCH; VAN LOCKWOOD; (II) OBJECTION TO TRIAL EXHIBITS (PLAN OBJECTIONS') AND MOTION TO EXCLUDE EXHIBITS. | 1.50 | $1,132.50 |
| 7/9/2009 | 007 | WS KATCHEN | REVIEW COMMITTEE/STROOCK EMAILS - NJDEP. | 0.50 | $377.50 |
| 7/10/2009 | 007 | WS KATCHEN | COMMITTEE EMAIL RE: 9019. | 0.20 | $151.00 |
| 7/10/2009 | 007 | WS KATCHEN | ADDITIONAL RESEARCH PLAN ISSUE IMPAIRMENT. | 1.40 | $1,057.00 |
| 7/12/2009 | 007 | WS KATCHEN | REVIEW/ANALYSIS COMMITTEE/LENDERS TRIAL BRIEF. | 2.00 | $1,510.00 |
| 7/12/2009 | 007 | WS KATCHEN | ADDITIONAL LITIGATION STRATEGY. | 0.80 | $604.00 |
| 7/13/2009 | 007 | WS KATCHEN | REVIEW LATEST HOLDING NJDEP ROGS - FOR COMMITTEE ISSUE. | 0.70 | $528.50 |
| 7/16/2009 | 007 | WS KATCHEN | EMAILS COMMITTEE MEETING. | 0.20 | $151.00 |
| 7/18/2009 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING. | 0.60 | $453.00 |
| 7/18/2009 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: SECTION 363 ATLANTA PROPERTY. | 0.30 | $226.50 |
| 7/20/2009 | 007 | WS KATCHEN | ADDITIONAL RESEARCH ON NJDEP ISSUE FOR COMMITTEE MEETING. | 2.40 | $1,812.00 |
| 7/20/2009 | 007 | WS KATCHEN | COMMITTEE MEETING CALL. | 0.50 | $377.50 |
| 7/21/2009 | 007 | WS KATCHEN | REVIEW PHASE II PRE-TRIAL SUBMISSION OF P.D. COMMITTEE. | 0.10 | $75.50 |
| | | | Code Total | 16.20 | $12,231.00 |

Duane Morris
August 11, 2009
Page 8

File # K0248-00001                                          INVOICE # 1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/14/2009 | 009 | MR LASTOWSKI | REVIEW STATUS OF DUANE MORRIS FEE APPLICATIONS | 0.20 | $135.00 |
| 7/14/2009 | 009 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.20 | $135.00 |
| | | | Code Total | 0.40 | $270.00 |

Duane Morris
August 11, 2009
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1497855

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/1/2009 | 010 | MR LASTOWSKI | SIGN CNO FOR STROOCK MAY 2009 FEE APPLICATION | 0.10 | $67.50 |
| | | | Code Total | 0.10 | $67.50 |

Duane Morris
August 11, 2009
Page 10

File # K0248-00001                                    INVOICE # 1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/1/2009 | 012 | MR LASTOWSKI | SIGN CNO FOR DUANE MORRIS APRIL 2009 FEE APPLICATION | 0.10 | $67.50 |
| 7/1/2009 | 012 | MR LASTOWSKI | SIGN CNO FOR DUANE MORRIS MAY 2009 FEE APPLICATION | 0.10 | $67.50 |
| | | | Code Total | 0.20 | $135.00 |

Duane Morris
August 11, 2009
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1497855

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/1/2009 | 013 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE RE SS&L 98TH MONTHLY FEE APPLICATION. | 0.10 | $22.00 |
| 7/1/2009 | 013 | SL WOLFENDEN | REVISED NOTICE OF SS&L 98TH MONTHLY FEE APPLICATION. | 0.10 | $22.00 |
| 7/1/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SS&L'S 98TH MONTHLY APPLICATION FOR COMPENSATION. | 0.10 | $22.00 |
| 7/1/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO RE DI 21993. | 0.10 | $22.00 |
| 7/1/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CNO RE DI 21994. | 0.10 | $22.00 |
| 7/2/2009 | 013 | MR LASTOWSKI | SIGN CNO FOR CAPSTONE 63RD INTERIM FEE APPLICATION | 0.10 | $67.50 |
| | | | Code Total | 0.60 | $177.50 |

Duane Morris
August 11, 2009
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1497855

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 7/9/2009 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (BY TELEPHONE) | 0.50 | $337.50 |
| 7/17/2009 | 015 | MR LASTOWSKI | REVIEW 7/21/09 AGENDA AND ITEMS IDENTIFIED THEREON | 1.20 | $810.00 |
| 7/20/2009 | 015 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: CANCELLATION OF 7/21/09 HEARING | 0.10 | $67.50 |
| 7/20/2009 | 015 | MR LASTOWSKI | REVIEW AMENDED 7/21/09 AGENDA NOTICE | 0.10 | $67.50 |
| 7/21/2009 | 015 | MR LASTOWSKI | REVIEW 7/27/09 AGENDA AND ITEMS AND ITEMS IDENTIFIED THEREON | 2.20 | $1,485.00 |
| 7/21/2009 | 015 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: 7/27/09 AGENDA | 0.10 | $67.50 |
| 7/21/2009 | 015 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL RE: 7/27/09 AGENDA | 0.10 | $67.50 |
| 7/23/2009 | 015 | MR LASTOWSKI | REVIEW AMENDED 7/22 AGENDA | 0.20 | $135.00 |
| 7/23/2009 | 015 | R W RILEY | PREPARATION FOR 7/27 OMNIBUS HEARING | 0.30 | $162.00 |
| 7/27/2009 | 015 | MR LASTOWSKI | REVIEW AMENDED 7/27/09 AGENDA | 0.20 | $135.00 |
| | | | Code Total | 5.00 | $3,334.50 |

Duane Morris
August 11, 2009
Page 13

File # K0248-00001                                      INVOICE #  1497855
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/2/2009 | 016 | JH LEMKIN | RESEARCH RE MIRANT OPINIONS AND CONFERRING WITH W. KATCHEN RE SAME. | 0.30 | $118.50 |
| | | | Code Total | 0.30 | $118.50 |

Duane Morris
August 11, 2009
Page 14

File # K0248-00001                                        INVOICE # 1497855
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/1/2009 | 017 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: PHASE I NEUTRALITY | 0.10 | $67.50 |
| 7/2/2009 | 017 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: PHASE II TRIAL PROCEDURES | 0.20 | $135.00 |
| 7/2/2009 | 017 | MR LASTOWSKI | REVIEW PHASE ONE DESIGNATIONS AND OBJECTIONS THERETO | 0.50 | $337.50 |
| 7/6/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE PHASE I ORDER | 0.10 | $67.50 |
| 7/8/2009 | 017 | MR LASTOWSKI | REVIEW INSURANCE NEUTRALITY ORDER | 0.10 | $67.50 |
| 7/8/2009 | 017 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO PHASE II CONFIRMATION ISSUES | 2.20 | $1,188.00 |
| 7/10/2009 | 017 | MR LASTOWSKI | REVIEW AND SIGN COMMITTEE DOCUMENT REQUEST | 0.20 | $135.00 |
| 7/10/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' SUPPLEMENTAL PLAN OBJECTION | 0.20 | $135.00 |
| 7/10/2009 | 017 | MR LASTOWSKI | REVIEW ARROWOOD'S OPPOSITION TO LIBBY CLAIMANTS' MOTION FOR RECONSIDERATION | 0.30 | $202.50 |
| 7/10/2009 | 017 | RW RILEY | REVIEWING RECENT FILING RELATED TO PLAN CONFIRMATION | 1.20 | $648.00 |
| 7/13/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OBJECTION TO MOTION IN LIMINE TO EXCLUDE SPEAR TESTIMONY | 0.20 | $135.00 |
| 7/13/2009 | 017 | MR LASTOWSKI | REVIEW ORDER GRANTING LEAVE TO FILE SUPPLEMENT TO LIBBY PLAN OBJECTION | 0.10 | $67.50 |
| 7/13/2009 | 017 | MR LASTOWSKI | REVIEW OF ONE BEACON PHASE II TRIAL BRIEF | 1.10 | $742.50 |
| 7/13/2009 | 017 | MR LASTOWSKI | REVIEW OF GEICO PHASE I TRIAL BRIEF | 0.10 | $67.50 |
| 7/13/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: PHASE II TRIAL BRIEF | 0.10 | $67.50 |
| 7/13/2009 | 017 | RW RILEY | REVIEWING DRAFT JOINT PRE-TRIAL MEMORANDUM BY COMMITTEE AND BANK LENDERS IN OPPOSITION TO CONFIRMATION OF PLAN | 2.70 | $1,458.00 |
| 7/13/2009 | 017 | RW RILEY | COMMUNICATIONS WITH A. KRIEGER REGARDING FILING OF JOINT PRE-TRIAL MEMORANDUM | 0.40 | $216.00 |
| 7/13/2009 | 017 | RW RILEY | TELEPHONE CALL WITH J. GREEN (COUNSEL FOR BANK LENDERS) REGARDING FILING OF JOINT PRE-TRIAL MEMORANDUM | 0.10 | $54.00 |
| 7/13/2009 | 017 | RW RILEY | COMMUNICATIONS WITH J. GREEN REGARDING EXECUTION AND FILING OF JOINT PRE-TRIAL MEMORANDUM | 0.20 | $108.00 |

Duane Morris
August 11, 2009
Page 15

File # K0248-00001                                                    INVOICE #  1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 7/14/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: PHASE II PRETRIAL | 0.10 | $67.50 |
| 7/14/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: JOINT PRETRIAL SUBMISSION FOR PHASE II PROCEEDING | 0.10 | $67.50 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW ALLSTATE PHASE II TRIAL BRIEF | 0.20 | $135.00 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW FIREMENS' FUNDS OBJECTION TO PLAN PROPONENTS MOTION TO EXCLUDE EXHIBITS | 0.10 | $67.50 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW FIREMENS' FUND'S PHASE II TRIAL BRIEF | 0.40 | $270.00 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW CNA PHASE II TRIAL BRIEF | 0.40 | $270.00 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW KANEB PIPELINE TRIAL BRIEF | 0.10 | $67.50 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW FIREMENS' NON-SURETY TRIAL BRIEF | 0.70 | $472.50 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW GENERAL INSURANCE' NON-SURETY TRIAL BRIEF | 0.60 | $405.00 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW TRAVELERS" PHASE II TRIAL BRIEF | 0.60 | $405.00 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW PHASE I INSURERS' RESPONSE TO PLAN PROPONENTS' OBJECTIONS TO THE INSURERS' PROFFER OF CERTAIN EVIDENCE | 0.70 | $472.50 |
| 7/14/2009 | 017 | MR LASTOWSKI | REVIEW PREPETITION LENDERS EVIDENCE COMPENDIUM | 1.60 | $1,080.00 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW LONDON INSURERS' PHASE II MEMORANDUM | 0.40 | $270.00 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY'S PHASE II MEMORANDUM | 0.20 | $135.00 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE'S PHASE II MEMORANDUM | 0.40 | $270.00 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK SEALING'S PHASE II MEMORANDUM | 0.30 | $202.50 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S PHASE II MEMORANDUM | 0.50 | $337.50 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION TO SUPPLEMENT MULGAARD REPORT | 0.40 | $270.00 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW HARTFORD'S TRIAL BRIEF | 0.10 | $67.50 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW SEATONS' TRIAL BRIEF | 0.70 | $472.50 |
| 7/15/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' TRIAL BRIEF | 0.90 | $607.50 |
| 7/16/2009 | 017 | MR LASTOWSKI | REVIEW PHASE I INSURERS POST TRIAL BRIEF | 0.50 | $337.50 |
| 7/16/2009 | 017 | MR LASTOWSKI | REVIEW P LAN PROPONENTS' POST TRIAL PHASE I BRIEF | 0.20 | $135.00 |
| 7/16/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S PHASE II TRIAL BRIEF | 0.40 | $270.00 |
| 7/17/2009 | 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL MEMORANDUM OF MORGAN STANLEY RE: IMPAIRMENT ISSUES | 0.70 | $472.50 |

Duane Morris
August 11, 2009
Page 16

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1497855

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/17/2009 | 017 | MR LASTOWSKI | REVIEW COMMITTEE/LENDERS' SUPPLEMENTAL BRIEF RE: IMPAIRMENT ISSUES | 0.60 | $405.00 |
| 7/17/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' BRIEFS RE: IMPAIRMENT ISSUES | 0.90 | $607.50 |
| 7/17/2009 | 017 | RW RILEY | REVIEWING JOINT SUPPLEMENTAL BRIEF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK LENDER GROUP WITH RESPECT TO THE ISSUE OF CLASS 9 IMPAIRMENT AND COMMUNICATIONS WITH BANK LENDER GROUP'S COUNSEL REGARDING BRIEF | 1.50 | $810.00 |
| 7/17/2009 | 017 | RW RILEY | REVIEWING SUPPLEMENTAL MEMORANDUM OF LAW OF MORGAN STANLEY SENIOR FUNDING, INC. ON PHASE II ISSUES | 0.80 | $432.00 |
| 7/17/2009 | 017 | RW RILEY | REVIEWING AND ANALYZING PLAN PROPONENTS' SUPPLEMENTAL BRIEF IN SUPPORT OF THE PLAN'S DESIGNATION OF THE BANK LENDER GROUP AS NOT IMPAIRED AND PLAN PROPONENTS' SUPPLEMENTAL BRIEF IN SUPPORT OF THE PLAN'S DESIGNATION OF MORGAN STANLEY SENIOR FUNDING, INC. AS NOT IMPAIRED | 2.10 | $1,134.00 |
| 7/18/2009 | 017 | WS KATCHEN | REVIEW PLAN PROPONENTS POST-TRIAL PHASE I BRIEF. | 0.40 | $302.00 |
| 7/18/2009 | 017 | WS KATCHEN | NOTICE OF AMENDMENTS TO PLAN PROPONENTS' OBJECTION. | 0.10 | $75.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW AND SIGN COMMITTEE PHASE II PRETRIAL | 0.20 | $135.00 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK SEALINGS' PHASE II PRETRIAL SUBMISSIONS | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW FCR'S MOTION TO LIMIT USE OF SOLVENCY FINDING | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW BNSF'S MOTION TO LIMIT USE OF SOLVENCY FINDING | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW FEDERAL INSURANCE'S MOTION TO LIMIT USE OF SOLVENCY FINDING | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE'S MOTION TO LIMIT USE OF SOLVENCY FINDING | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF FIREMENS FUND | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF KANEB PIPELINE | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF PROPERTY DAMAGE CLAIMANTA | 0.10 | $67.50 |

Duane Morris
August 11, 2009
Page 17

File # K0248-00001                                      INVOICE # 1497855
　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF EDWARDS JUDGMENT CLAIMANTS | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF THE UNITED STATES TRUSTEE | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF THE HARTFORD | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF THE ALLSTATE | 0.10 | $67.50 |
| 7/20/2009 | 017 | MR LASTOWSKI | REVIEW PHASE II PRETRIAL SUBMISSION OF THE SCOTTS COMPANY | 0.10 | $67.50 |
| 7/20/2009 | 017 | RW RILEY | REVIEWING JOINT PHASE II PRE-TRIAL MEMO BY COMMITTEE AND BANK LENDERS | 0.50 | $270.00 |
| 7/20/2009 | 017 | RW RILEY | COORDINATING FILING AND SERVICE OF JOINT PRE-TRIAL MEMORANDUM ON PHASE II ISSUES | 0.30 | $162.00 |
| 7/20/2009 | 017 | RW RILEY | REVIEWING PHASE II PRE-TRIAL MEMORANDUMS FROM OTHER PLAN OBJECTORS | 1.00 | $540.00 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW FINK DECLARATION | 0.10 | $67.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' PHASE TWO PRETRIAL | 0.40 | $270.00 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION TO STRIKE PARKER TESTIMONY | 0.30 | $202.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION TO STRIKE STOCKMAN TESTIMONY | 0.30 | $202.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' PHASE II PRETRIAL SUBMISSIONS | 0.30 | $202.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW ONE BEACON'S PHASE II PRETRIAL SUBMISSIONS | 0.30 | $202.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW GEICO'S PHASE II PRETRIAL SUBMISSIONS | 0.30 | $202.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW FIREMENS' FUNDS'S PHASE II PRETRIAL SUBMISSIONS | 0.10 | $67.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW CNA'S FUNDS'S PHASE II PRETRIAL SUBMISSIONS | 0.10 | $67.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW AIG'S FUNDS'S PHASE II PRETRIAL SUBMISSIONS | 0.10 | $67.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW NATIONAL UNION'S FUNDS'S PHASE II PRETRIAL SUBMISSIONS | 0.10 | $67.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW SEALED AIR'S FUNDS'S PHASE II PRETRIAL SUBMISSIONS | 0.10 | $67.50 |
| 7/21/2009 | 017 | MR LASTOWSKI | REVIEW TRAVELERS' PHASE II PRETRIAL SUBMISSIONS | 0.10 | $67.50 |
| 7/23/2009 | 017 | MR LASTOWSKI | REVIEW GRACE DEPOSITION CALENDAR | 0.10 | $67.50 |
| 7/23/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY RESPONSE TO ARROWOOD MOTION FOR RELIEF | 0.20 | $135.00 |

DUANE MORRIS LLP

Duane Morris
August 11, 2009
Page 18

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1497855

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/23/2009 | 017 | MR LASTOWSKI | REVIEW ARROWOOD MEMORANDUM IN OPPOSITION TO LIBBY CLAIMANTS' MOTION TO COMPEL | 0.40 | $270.00 |
| 7/24/2009 | 017 | MR LASTOWSKI | REVIEW DENISE NEWMAN EXPERT REPORT | 0.20 | $135.00 |
| 7/24/2009 | 017 | MR LASTOWSKI | REVIEW PAMELA ZILLY EXPERT REPORT | 0.30 | $202.50 |
| 7/24/2009 | 017 | MR LASTOWSKI | REVIEW PROPOSED FOURTH AMENDED CMO | 0.20 | $135.00 |
| 7/24/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: SERVICE OF DEPOSITION NOTICES | 0.10 | $67.50 |
| 7/24/2009 | 017 | MR LASTOWSKI | REVIEW ORDER GRANTING ARROWOOD LEAVE TO FILE REPLY | 0.10 | $67.50 |
| 7/24/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING AND SERVICE OF DEPOSITION NOTICES | 0.10 | $67.50 |
| 7/24/2009 | 017 | MR LASTOWSKI | REVIEW ARROWWOOD MOTION FOR LEAVE TO FILE REPLY (BNSF) | 0.10 | $67.50 |
| 7/24/2009 | 017 | RW RILEY | REVIEWING FEASIBILITY REPORT OF PAMELA D. ZILLY SERVED BY DEBTORS | 0.70 | $378.00 |
| 7/27/2009 | 017 | MR LASTOWSKI | E-MAIL FROM E. ALCABES RE: 4TH AMENDED CASE MANAGEMENT ORDER | 0.10 | $67.50 |
| 7/27/2009 | 017 | MR LASTOWSKI | REVIEW ORDER RE: LIBBLY PHASE II EXHIBIT LIST | 0.10 | $67.50 |
| 7/27/2009 | 017 | MR LASTOWSKI | REVIEW FLORENCE DEPOSITION NOTICE | 0.10 | $67.50 |
| 7/27/2009 | 017 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO COMMITTEE AND BANK LENDERS' DOCUMENT REQUEST | 0.20 | $135.00 |
| 7/27/2009 | 017 | MR LASTOWSKI | REVIEW DEBTORS' STATUS REPORT (DEFAULT INTEREST) | 0.20 | $135.00 |
| 7/28/2009 | 017 | MR LASTOWSKI | J. BAER E-MAIL RE: FOURTH AMENDED CMO | 0.10 | $67.50 |
| 7/28/2009 | 017 | MR LASTOWSKI | D. ROSENDORF E-MAIL RE: FOURTH AMENDED CMO | 0.10 | $67.50 |
| 7/28/2009 | 017 | MR LASTOWSKI | S. PIERCE E-MAIL RE: FOURTH AMENDED CMO | 0.10 | $67.50 |
| 7/28/2009 | 017 | MR LASTOWSKI | F. MONOCO E-MAIL RE: FOURTH AMENDED CMO | 0.10 | $67.50 |
| 7/28/2009 | 017 | MR LASTOWSKI | J. FRIEDMAN E-MAIL RE: FOURTH AMENDED CMO | 0.10 | $67.50 |
| 7/29/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: 4TH REVISED CMO | 0.10 | $67.50 |
| 7/29/2009 | 017 | MR LASTOWSKI | E-MAIL FROM C. WARD RE: 4TH REVISED CMO | 0.10 | $67.50 |
| 7/29/2009 | 017 | MR LASTOWSKI | E-MAIL FROM D. SPEIGHTS RE: 4TH REVISED CMO | 0.10 | $67.50 |
| 7/29/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: 4TH REVISED CMO AND REVIEW OF PROPOSED REVISED CMO | 0.30 | $202.50 |

Duane Morris
August 11, 2009
Page 19

File # K0248-00001                                    INVOICE #  1497855
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 7/29/2009 | 017 | MR LASTOWSKI | REVIEW NOTICE OF SHELNITZ DEPOSITION | 0.10 | $67.50 |
| 7/29/2009 | 017 | MR LASTOWSKI | REVIEW DEPOSITION CALENDAR | 0.10 | $67.50 |
| 7/29/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING OF DEPOSITION NOTICES | 0.10 | $67.50 |
| 7/29/2009 | 017 | MR LASTOWSKI | E-MAIL FROM R. GUTMAN RE: SCOPE OF PROTECTIVE ORDER | 0.10 | $67.50 |
| 7/29/2009 | 017 | RW RILEY | COORDINATING FILING AND SERVICE OF NOTICE OF DEPOSITION BY CREDITORS COMMITTEE RELATED TO PHASE II ISSUES | 0.20 | $108.00 |
| 7/31/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S ADDITION TO CONFIDENTIALITY ORDER | 0.10 | $67.50 |
| | | | Code Total | 38.70 | $24,286.00 |

Duane Morris
August 11, 2009
Page 20

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1497855

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/30/2009 | 025 | WS KATCHEN | REVIEW DESIGNATED DEPOSITION TESTIMONY OF PETER VAN LOCKWOOD 5/1/09 AND 5/4/09. | 1.30 | $981.50 |
| 7/2/2009 | 025 | WS KATCHEN | REVIEW REVISED ORDER ON FEES. | 0.10 | $75.50 |
| 7/2/2009 | 025 | WS KATCHEN | REVIEW SOLVENCY ISSUE FOR IMPAIRMENT 2009 WL 1231251 & AUTHORITY CITED 390 US 414, 442 AND 312 U.S. 510. | 1.10 | $830.50 |
| 7/2/2009 | 025 | WS KATCHEN | EMAIL STROOCK. | 0.20 | $151.00 |
| 7/2/2009 | 025 | WS KATCHEN | ADDITIONAL RESEARCH VALUATION CASES FOR IMPAIRMENT/SOLVENCY 334 B.R. 800; 354 B.R. 113. | 1.70 | $1,283.50 |
| 7/3/2009 | 025 | WS KATCHEN | RESEARCH FOR DISOLVENCY/VALUATION ISSUE. | 2.40 | $1,812.00 |
| 7/6/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 7/6/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA 7/9. | 0.10 | $75.50 |
| 7/6/2009 | 025 | WS KATCHEN | DEVELOP POSITION ON "CONTINGENT" SECTION 502(B). | 0.60 | $453.00 |
| 7/6/2009 | 025 | WS KATCHEN | REVIEW SUPPLEMENT TO MATHIS REPORT. | 0.20 | $151.00 |
| 7/6/2009 | 025 | WS KATCHEN | REVIEW CNA INS. CO. PROFFER. | 0.20 | $151.00 |
| 7/6/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' OBJECTION. | 0.20 | $151.00 |
| 7/6/2009 | 025 | WS KATCHEN | REVIEW MOTION/TABLE OF OBJECTIONS. | 0.20 | $151.00 |
| 7/7/2009 | 025 | WS KATCHEN | EMAIL MEMO TO STROOCK ON MIRANT OPINION. | 0.50 | $377.50 |
| 7/9/2009 | 025 | WS KATCHEN | REVIEW 2009 US DISTRICT LEXIS 21018 (JUDGE BUCKWALTER). | 0.20 | $151.00 |
| 7/9/2009 | 025 | WS KATCHEN | REVIEW 2008 US DISTICT LEXIS 18486 (JUDGE BUCKWALTER). | 0.30 | $226.50 |
| 7/13/2009 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING OPINIONS FROM NJ STATE & FEDERAL COURT FOR WKATCHEN | 0.20 | $46.00 |
| 7/13/2009 | 025 | WS KATCHEN | REVIEW OCC AND BANK LENDERS' JOINT INFORMATION REQUEST. | 0.10 | $75.50 |
| 7/13/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF PROPOSED SALE. | 0.10 | $75.50 |
| 7/13/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE TO LIBBY CLAIMANT'S. | 0.20 | $151.00 |
| 7/13/2009 | 025 | WS KATCHEN | REVIEW MOTION OF DEBTORS TO APPROVE STIPULATION RE: ICI AMERICAS INC. | 0.20 | $151.00 |
| 7/13/2009 | 025 | WS KATCHEN | REVIEW ORDER RE: PHASE L | 0.10 | $75.50 |
| 7/13/2009 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: ORDER DENYING KANEB'S MOTION. | 0.10 | $75.50 |

Duane Morris
August 11, 2009
Page 21

File # K0248-00001                                            INVOICE #  1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/14/2009 | 025 | WS KATCHEN | LATEST CLASSIFICATION OPINION 2009 WL 1941624 - JOURNAL REGISTER CO. | 0.50 | $377.50 |
| 7/14/2009 | 025 | WS KATCHEN | UPDATE ADMINISTRATION ISSUES. | 0.40 | $302.00 |
| 7/15/2009 | 025 | WS KATCHEN | ADDITIONAL RESEARCH IMPAIRMENT ISSUE. | 0.80 | $604.00 |
| 7/16/2009 | 025 | WS KATCHEN | PREPARE FOR NJDEP ISSUE. | 0.40 | $302.00 |
| 7/17/2009 | 025 | WS KATCHEN | REVIEW EMAILS FROM STROOCK. | 0.10 | $75.50 |
| 7/18/2009 | 025 | WS KATCHEN | REVIEW JOINT SUPPLEMENTAL BRIEF OCC/BANK LENDERS. | 0.50 | $377.50 |
| 7/18/2009 | 025 | WS KATCHEN | REVIEW PHASE II TRIAL BRIEF - GENERAL INSURANCE CO. | 0.40 | $302.00 |
| 7/18/2009 | 025 | WS KATCHEN | REVIEW ORDER RE; LIBBY CLAIMANTS MOTION TO STRIKE EXPERT REPORT - T. FLORENCE. | 0.10 | $75.50 |
| 7/18/2009 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE; PD VOTING TEMPORARY ALLOWANCE FOR VOTING. | 0.10 | $75.50 |
| 7/18/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE; MADISON COMPLEX CLAIMS. | 0.10 | $75.50 |
| 7/18/2009 | 025 | WS KATCHEN | REVIEW 134 F.3D 536 - CITED BY GENERAL INSURANCE COMPANY TO RECONCILE CONFLICT SECTION 1141. | 0.40 | $302.00 |
| 7/18/2009 | 025 | WS KATCHEN | REVIEW CASE CITES IN BANK LENDERS' MEMO. | 1.30 | $981.50 |
| 7/18/2009 | 025 | WS KATCHEN | ADDITIONAL RESEARCH TO RECONCILE CITED CASES 356 B.R. 631 WITH 221 B.R. 330 CITED BY BANK LENDERS. | 0.90 | $679.50 |
| 7/18/2009 | 025 | WS KATCHEN | ANALYSIS BURLINGTON NORTHERN OPINOIN 129 S.CT. 1870 (2009) FOR NJDEP ISSUE. | 0.60 | $453.00 |
| 7/20/2009 | 025 | JH LEMKIN | RESEARCH RE SUPREME COURT OPINION BURLINGTON NORTHERN AND SANTA FE V. US. | 0.20 | $79.00 |
| 7/20/2009 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.30 | $226.50 |
| 7/21/2009 | 025 | WS KATCHEN | REVIEW PRE-TRIAL SUBMISSION OF BNSF. | 0.20 | $151.00 |
| 7/21/2009 | 025 | WS KATCHEN | REVIEW PHASE I INSURER'S POST-TRIAL BRIEF. | 0.40 | $302.00 |
| 7/21/2009 | 025 | WS KATCHEN | ARROWOOD'S MOTION FOR LEAVE TO FILE REPLY. | 0.10 | $75.50 |
| 7/21/2009 | 025 | WS KATCHEN | EXHIBITS - DOC. 22444. | 1.30 | $981.50 |
| 7/21/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO LIBBY CLAIMANTS MOTION. | 0.10 | $75.50 |
| 7/21/2009 | 025 | WS KATCHEN | NOTICE OF DEPOSITION - SCHIAVONI. | 0.10 | $75.50 |
| 7/21/2009 | 025 | WS KATCHEN | LIBBY CLAIMANTS' REPLY ON MOTION TO RECONSIDER. | 0.20 | $151.00 |
| 7/22/2009 | 025 | WS KATCHEN | REVIEW JOINT MOTION OF ACC AND FUTURE'S REPRESENTATION FOR ORDER LIMITING USE OF FINDINGS AND CONCLUSIONS ON INSOLVENCY. | 0.10 | $75.50 |

Duane Morris
August 11, 2009
Page 22

File # K0248-00001                                          INVOICE # 1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/22/2009 | 025 | WS KATCHEN | ANALYSIS CITED AUTHORITY. | 0.30 | $226.50 |
| 7/22/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW INSURANCE NEURALITY. | 0.90 | $679.50 |
| 7/22/2009 | 025 | WS KATCHEN | REVIEW ORDER-DENYING LIBBY CLAIMANTS MOTION. | 0.10 | $75.50 |
| 7/22/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS PHASE II PRE-TRIAL & EXHIBITS. | 0.50 | $377.50 |
| 7/22/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL PRE-TRIAL SUBMISSION. | 0.20 | $151.00 |
| 7/22/2009 | 025 | WS KATCHEN | LIBBY CLAIMANTS MOTION TO STRIKE EXPERT TESTIMONY. | 0.20 | $151.00 |
| 7/22/2009 | 025 | WS KATCHEN | PRE-TRIAL SUBMISSION FIREMAN'S FUND. | 0.20 | $151.00 |
| 7/23/2009 | 025 | WS KATCHEN | PLAN PROPONENTS PRE-TRIAL SUBMISSION ONE BEACON. | 0.30 | $226.50 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS - AXA BELGIUM. | 0.20 | $151.00 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS GARLOCK SEBLING. | 0.20 | $151.00 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS FRESENIUS MEDICAL. | 0.20 | $151.00 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS SCOTTS CO. | 0.20 | $151.00 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS CNA. | 0.20 | $151.00 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS - STATE OF MONTANA. | 0.20 | $151.00 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS PD FUTURE'S REP. | 0.10 | $75.50 |
| 7/23/2009 | 025 | WS KATCHEN | PHASE II PRE-TRIAL STATEMENTS US TRUSTEE'S SUBMISSION. | 0.10 | $75.50 |
| 7/23/2009 | 025 | WS KATCHEN | PLAN PROPONENT'S PHASE II PRE-TRIAL | 0.50 | $377.50 |
| 7/23/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE STIPULATION & ORDER - GENERAL INSURANCE CO. | 0.10 | $75.50 |
| 7/23/2009 | 025 | WS KATCHEN | REVIEW PRE-TRIAL SUBMISSION SEALED AIR. | 0.10 | $75.50 |
| 7/23/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S 363 SALE OF MEMBRANES BUSINESS MOTION. | 0.30 | $226.50 |
| 7/23/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY NORFOLK AND S. RY. | 0.30 | $226.50 |
| 7/23/2009 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE SETTLEMENT LLOYD'S UNDERWRITERS. | 0.20 | $151.00 |
| 7/24/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 7/27/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' RESPONSE TO ARROWOOD'S MOTION. | 0.30 | $226.50 |
| 7/27/2009 | 025 | WS KATCHEN | REVIEW T. SCHIAVONE DECLARATION. | 0.30 | $226.50 |

Duane Morris
August 11, 2009
Page 23

File # K0248-00001                                                    INVOICE #  1497855
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/27/2009 | 025 | WS KATCHEN | DEBTORS' REPLY TO BNSF OBJECTION & LIBBY CLAIMANTS' OBJECTION. | 0.20 | $151.00 |
| 7/27/2009 | 025 | WS KATCHEN | REVIEW D.N. MARTIN EXPERT REPORT 7/24/09. | 0.20 | $151.00 |
| 7/27/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' STATUS REPORT RE; DEFAULT INTEREST. | 0.20 | $151.00 |
| 7/27/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' RESPONSE AND OBJECTION TO OCC AND BANK LENDERS. | 0.30 | $226.50 |
| 7/28/2009 | 025 | WS KATCHEN | ANALYSIS EXHIBITS TO DEBTORS' RESPONSES TO OCC – BANK LENDERS. | 0.30 | $226.50 |
| 7/28/2009 | 025 | WS KATCHEN | REVIEW FEASIBILITY RESPONSE P. ZILLY 7/24/09. | 0.30 | $226.50 |
| 7/28/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' MOTION TO STRIKE EXPERT TESTIMONY. | 0.20 | $151.00 |
| 7/28/2009 | 025 | WS KATCHEN | REVIEW 10 NY 3D 170, CITED BY INSURERS. | 0.30 | $226.50 |
| 7/28/2009 | 025 | WS KATCHEN | REVIEW PRE-TRIAL SUBMISSION FIREMAN'S FUND. | 0.20 | $151.00 |
| 7/28/2009 | 025 | WS KATCHEN | REVIEW TRAVELER'S BRIEF - PHASE II. | 0.30 | $226.50 |
| 7/28/2009 | 025 | WS KATCHEN | REVIEW TRAVELER'S EXHIBITS TO BRIEF. | 0.60 | $453.00 |
| 7/28/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 7/29/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' PHASE II PRE-TRIAL STATEMENT (AMENDED). | 0.30 | $226.50 |
| 7/29/2009 | 025 | WS KATCHEN | REVIEW PROPONENTS' WITNESS TESTIMONY. | 0.40 | $302.00 |
| 7/29/2009 | 025 | WS KATCHEN | LITIGATION STRATEGY REVIEW PLEADINGS TRIAL EXHIBITS FOR PLAN OBJECTION. | 4.50 | $3,397.50 |
| 7/29/2009 | 025 | WS KATCHEN | REVIEW ANALYSIS RULING ON POST PETITION INTEREST 4/27/06. | 0.50 | $377.50 |
| 7/29/2009 | 025 | WS KATCHEN | REVIEW LORAL SPACE RULING 7/25/05. | 0.50 | $377.50 |
| 7/29/2009 | 025 | WS KATCHEN | REVIEW E. ORDWAY DEPOSITION 8/29/08. | 0.30 | $226.50 |
| 7/29/2009 | 025 | WS KATCHEN | REVIEW ACC ET AL. RESPONSES TO ANDERSON MEMORIAL REQUESTS FOR DOCUMENTS. | 0.20 | $151.00 |
| 7/29/2009 | 025 | WS KATCHEN | ADDITIONAL RESEARCH CONFIRMATION ISSUES IN RE ADELPHIA 368 B.R. 140 (BANKR. SDNY 2007). | 1.40 | $1,057.00 |
| 7/30/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - SALE OF MEMBRANES BUSINESS | 0.30 | $226.50 |
| 7/30/2009 | 025 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES. | 0.90 | $679.50 |
| | | | Code Total | 39.00 | $29,268.00 |

Duane Morris
August 11, 2009
Page 24

File # K0248-00001                                    INVOICE # 1497855
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/27/2009 | 026 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' CONTENTIONS OF DISCRIMINATION. | 0.60 | $453.00 |
| | | | Code Total | 0.60 | $453.00 |

Duane Morris
August 11, 2009
Page 25

File # K0248-00001                                    INVOICE #  1497855
    W.R. GRACE & CO.

                   TOTAL SERVICES                111.90    $72,966.00

Duane Morris
August 11, 2009
Page 26

File # K0248-00001                                    INVOICE #  1497855
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 7/31/2009 | PRINTING & DUPLICATING - EXTERNAL | | 1,389.29 |
| | | Total: | $1,389.29 |
| 7/31/2009 | DINNER - LOCAL | | 48.20 |
| | | Total: | $48.20 |
| 7/31/2009 | TRAVEL - LOCAL | | 40.70 |
| | | Total: | $40.70 |
| 7/31/2009 | COURT COSTS | | 165.00 |
| | | Total: | $165.00 |
| 7/31/2009 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| 5/29/2009 | MRL/FEE@COURTSUSBC/FILINGFEESFORCLIENT | | 255.00 |
| | | Total: | $255.00 |
| 7/31/2009 | COURT SEARCH SERVICE | | 18.92 |
| | | Total: | $18.92 |
| | TOTAL DISBURSEMENTS | | $1,922.11 |