**EXHIBIT C**

Duane Morris
September 8, 2009
Page 3

File # K0248-00001                                           INVOICE # 1506110
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/3/2009 | 004 | AC MAHOLCHIC | PREPARING NOTICE OF SERVICE FOR EXPERT REPORT OF R. FREZZA AND REVIEWING AND CORRECTING SERVICE LIST FOR THE REPORT. | 1.70 | $518.50 |
| 8/3/2009 | 004 | AC MAHOLCHIC | VERIFYING ELECTRONIC LIST AND SERVING NOTICE OF SERVICE AND ACTUAL EXPERT REPORT OF R. FREZZA TO RESPECTIVE DISTRIBUTION LISTS. | 0.40 | $122.00 |
| 8/3/2009 | 004 | AC MAHOLCHIC | PREPARING SOLVENCY ANALYSIS SPREADSHEET FOR SERVICE WITH EXPERT REPORT OF R. FREZZA, SERVING THE SAME ELECTRONICALLY AND COORDINATING PHYSICAL SERVICE. | 0.30 | $91.50 |
| 8/3/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 8/3/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE FROM W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 8/3/2009 | 004 | SL WOLFENDEN | DRAFTED AMENDED CNO RE DI 22310. | 0.20 | $44.00 |
| 8/3/2009 | 004 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SAME. | 0.20 | $44.00 |
| 8/3/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM A. MAHOLCHIC RE JUNE FEE APPLICATION. | 0.10 | $22.00 |
| 8/3/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO A. MAHOLCHIC RE JUNE FEE APPLICATION. | 0.10 | $22.00 |
| 8/3/2009 | 004 | SL WOLFENDEN | RETRIEVED ELECTRONIC DOCKET FOR ATTORNEY REVIEW. | 0.20 | $44.00 |
| 8/3/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 8/4/2009 | 004 | AC MAHOLCHIC | EMAIL TO K.ORR CONCERNING EXPERT REPORT OF R.FREZZA. | 0.10 | $30.50 |
| 8/4/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 8/4/2009 | 004 | WS KATCHEN | ADMINISTRATION MATTERS TO RECONCILE ACCOUNTS RECEIVABLE. | 0.40 | $302.00 |
| 8/5/2009 | 004 | AC MAHOLCHIC | EMAILS TO C.CANDON AND M.SHINER CONCERNING EXPERT REPORT OF R.FREZZA. | 0.10 | $30.50 |

Duane Morris
September 8, 2009
Page 4

File # K0248-00001                                            INVOICE #  1506110
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/5/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 8/6/2009 | 004 | AC MAHOLCHIC | EMAIL G.MCDANIEL AND A.SCHWARTZ REGARDING DISTRIBUTION OF THE FREZZA REPORT. | 0.10 | $30.50 |
| 8/6/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 8/7/2009 | 004 | AC MAHOLCHIC | REVIEWING PLEADINGS FOR FILING AND SERVICE: (I) OPPOSITION PLEADING (II) REQUEST FOR JUDICIAL NOTICE (III) NOTICE OF DEPOSITION. | 0.20 | $61.00 |
| 8/10/2009 | 004 | SL WOLFENDEN | RETRIEVED ELECTRONIC DOCKET ENTRIES FOR ATTORNEY REVIEW. | 0.20 | $44.00 |
| 8/10/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO W. KATCHEN RE SAME. | 0.10 | $22.00 |
| 8/11/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN RE. MORGAN STANLEY BRIEFING, RECEIVED AND REVIEWED ADDITIONAL CORRESPONDENCE FROM W. KATCHEN REGARDING SOLVENCY OPINION. | 0.20 | $44.00 |
| 8/11/2009 | 004 | SL WOLFENDEN | REVIEW OF ELECTRONIC DOCKET RE: SAME, RETRIEVED REQUESTED ELECTRONICALLY FILED PLEADING'S. | 0.30 | $66.00 |
| 8/14/2009 | 004 | SL WOLFENDEN | SCHEDULED COURTCALL APPEARANCE FOR M. LASTOWSKI. | 0.10 | $22.00 |
| 8/18/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 8/31/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO D. MOHAMED RE SAME. | 0.10 | $22.00 |
| 8/31/2009 | 004 | SL WOLFENDEN | REVIEWED ELECTRONIC DOCKET AND VARIOUS EMAIL CORRESPONDENCE REGARDING PLAN PROPONENTS BRIEF FILED UNDER SEAL. | 0.60 | $132.00 |
| 8/31/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO J. VILLANUEVA RE SAME. | 0.10 | $22.00 |
| 8/31/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM D. MOHAMED RE AUGUST 24 HEARING TRANSCRIPT. | 0.10 | $22.00 |
| | | | Code Total | 6.60 | $1,947.50 |

Duane Morris
September 8, 2009
Page 5

File # K0248-00001                                          INVOICE # 1506110
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/3/2009 | 012 | AC MAHOLCHIC | PREPARING AND 89TH MONTHLY FEE APPLICATION FOR DM. | 0.90 | $274.50 |
| 8/3/2009 | 012 | AC MAHOLCHIC | PREPARING AND 33RD INTERIM QUARTERLY FEE APPLICATION FOR DUANE MORRIS FOR THE PERIOD OF APRIL 1 THROUGH JUNE 30, 2009. | 1.10 | $335.50 |
| 8/4/2009 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS JUNE 2009 FEE APPLICATION | 0.20 | $135.00 |
| 8/19/2009 | 012 | AC MAHOLCHIC | PREPARING 33RD INTERIM QUARTERLY FEE APPLICATION FOR DUANE MORRIS FOR THE PERIOD OF APRIL 1 THROUGH JUNE 30, 2009. | 0.70 | $213.50 |
| 8/19/2009 | 012 | DS MARRA | FILE THIRTY-THIRD QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.50 | $75.00 |
| 8/25/2009 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR REPORT RE: DUANE MORRIS 32ND INTERIM FEE APPLICATION | 0.10 | $67.50 |
| 8/25/2009 | 012 | MR LASTOWSKI | REVIEW AND ANALYZE FEE AUDTORS' REPORT RE: DUANE MORRIS 32ND FEE APPLICATION | 0.20 | $135.00 |
| | | | Code Total | 3.70 | $1,236.00 |

Duane Morris
September 8, 2009
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1506110

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/19/2009 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF FILING OF STROOCK QUARTERLY FEE APPLICATION | 0.10 | $67.50 |
| 8/19/2009 | 013 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 33RD QUARTERLY FEE APPLICATION | 0.40 | $270.00 |
| | | | Code Total | 0.50 | $337.50 |

Duane Morris
September 8, 2009
Page 7

File # K0248-00001                                          INVOICE # 1506110
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/17/2009 | 015 | MR LASTOWSKI | E-MAIL FROM K. LOVE RE: CANCELLATION OF 8/18/09 TELEPHONIC HEARING | 0.10 | $67.50 |
| 8/17/2009 | 015 | MR LASTOWSKI | REVIEW 8/24/09 AGENDA AND ITEMS IDENTIFIED THEREON | 3.30 | $2,227.50 |
| 8/18/2009 | 015 | MR LASTOWSKI | REVIEW STATUS OF 8/24/09 AGENDA ITEMS | 0.40 | $270.00 |
| 8/18/2009 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 8/17/09 | 0.30 | $202.50 |
| 8/21/2009 | 015 | MR LASTOWSKI | REVIEW AMENDED 8/24/09 HEARING AGENDA | 0.20 | $135.00 |
| 8/23/2009 | 015 | MR LASTOWSKI | PREPARE FOR 8/24/09 OMNIBUS HEARING | 2.10 | $1,417.50 |
| 8/23/2009 | 015 | MR LASTOWSKI | REVIEW DEBTORS' SLIDES FOR OMNIBUS HEARING | 0.10 | $67.50 |
| 8/24/2009 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 5.20 | $3,510.00 |
| 8/24/2009 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 1.20 | $810.00 |
| | | | Code Total | 12.90 | $8,707.50 |

Duane Morris
September 8, 2009
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1506110

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 8/3/2009 017 | MR LASTOWSKI | REVIEW REVISED 4TH CMO | 0.20 | $135.00 |
| 8/3/2009 017 | MR LASTOWSKI | REVIEW MARTIN DECLARATION (BALLOT TABULATION) | 0.10 | $67.50 |
| 8/3/2009 017 | MR LASTOWSKI | REVIEW FREZZA REPORT AND ARRANGE FOR FILING AND SERVICE | 0.20 | $135.00 |
| 8/6/2009 017 | MR LASTOWSKI | SECOND AMENDED PLAN PROPONENTS' PRETRIAL STATEMENT | 0.10 | $67.50 |
| 8/7/2009 017 | MR LASTOWSKI | ANALYSIS OF LIBBY CLAIMANTS' MOTION TO STRIKE FRIEDMAN TESTIMONY | 0.30 | $202.50 |
| 8/8/2009 017 | MR LASTOWSKI | REVIEW SCOTTS SETTLEMENT AGREEMENT | 0.50 | $337.50 |
| 8/8/2009 017 | MR LASTOWSKI | ANALYSIS OF DEBTORS' OBJECTION TO LIBBY CLAIMANTS' MOTION TO STRIKE PARKER TESTIMONY | 0.20 | $135.00 |
| 8/9/2009 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS CONSOLIDATED PHASE II BRIEF | 1.20 | $810.00 |
| 8/10/2009 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: WECHSLER DEPOSITION NOTICE | 0.10 | $67.50 |
| 8/12/2009 017 | MR LASTOWSKI | E-MAIL FROM A. CRAIG RE: FREZA REPORT | 0.10 | $67.50 |
| 8/12/2009 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS MAIN PHASE II BRIEF | 2.20 | $1,485.00 |
| 8/13/2009 017 | MR LASTOWSKI | ANALSYSI OF PLAN PROPONENTS' MOTION IN LIMINE (WHITEHOUSE, ET AL.P) | 0.60 | $405.00 |
| 8/14/2009 017 | MR LASTOWSKI | REVIEW BNSF DESIGNATIONS | 0.20 | $135.00 |
| 8/14/2009 017 | MR LASTOWSKI | REVIEW ALLSTATE SETTLEMENT MOTION | 0.60 | $405.00 |
| 8/14/2009 017 | MR LASTOWSKI | REVIEW LONDON INSURERS SETTLEMENT AGREEMENT | 0.40 | $270.00 |
| 8/14/2009 017 | MR LASTOWSKI | REVIEW ST. PAULS'SETTLEMENT AGREEMENT | 0.40 | $270.00 |
| 8/14/2009 017 | RW RILEY | REVIEWING PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF GEORGE L. PRIEST, PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE IMPROPER OPINION TESTIMONY PROFERRED BY FIREMAN'S FUND INSURANCE COMPANY, AND THE PLAN PROPONENTS' MOTION TO EXCLUDE OR LIMIT TESTIMONY OF JAMES B. SHEIN PURSUANT TO DAUBERT AND RULES 702 AND 703 OF THE FEDERAL RULES OF EVIDENCE | 2.20 | $1,188.00 |

Duane Morris
September 8, 2009
Page 9

File # K0248-00001                                    INVOICE # 1506110
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/15/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANT DESIGNATIONS | 2.20 | $1,485.00 |
| 8/15/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' MOTION IN LIMINE (LIBBY CLAIMANT TESTIMONY) | 0.40 | $270.00 |
| 8/15/2009 | 017 | MR LASTOWSKI | ANALYSIS OF FIREMENS' FUND'S DEPOSITION DESIGNATIONS | 0.60 | $405.00 |
| 8/16/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: DEPOSITION DESIGNATIONS | 0.10 | $67.50 |
| 8/16/2009 | 017 | MR LASTOWSKI | ANALYSIS OF RECTORSEAL SETTLEMENT MOTION | 0.20 | $135.00 |
| 8/17/2009 | 017 | MR LASTOWSKI | REVIEW STIPULATION RE: LIBBY CLAIM TESTIMONY | 0.10 | $67.50 |
| 8/18/2009 | 017 | MR LASTOWSKI | REVIEW DRAFT ORDER OF PROOF FOR CONFIRMATION HEARING | 0.30 | $202.50 |
| 8/18/2009 | 017 | MR LASTOWSKI | E-MAIL FROM M. PLEVEIN RE: DRAFT ORDER OF PROOF FOR CONFIRMATION HEARING | 0.30 | $202.50 |
| 8/18/2009 | 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL MOOLGAVKAR REPORT | 0.30 | $202.50 |
| 8/18/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: TAROLA DEPOSITION | 0.10 | $67.50 |
| 8/18/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY DRAFT ORDER OF PROOF | 0.10 | $67.50 |
| 8/18/2009 | 017 | MR LASTOWSKI | REVIEW MUNOZ MOTION FOR STAY RELIEF | 0.10 | $67.50 |
| 8/19/2009 | 017 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO PLAN CONFIRMATION | 2.00 | $1,080.00 |
| 8/20/2009 | 017 | MR LASTOWSKI | CONFERENCE CALL WITH DEBTORS' COUNSEL AND COUNSEL TO COMMITTEES RE: PRETRIAL PROCEDURES, ORDER OF WITNESSES, ETC. | 0.90 | $607.50 |
| 8/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM T. SANCHEZ RE: ORDER OF PROOF | 0.10 | $67.50 |
| 8/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: CASE MANAGEMENT ORDER | 0.10 | $67.50 |
| 8/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: TAROLA DEPOSITIONS | 0.10 | $67.50 |
| 8/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM M. BROWN RE: DRAFT ORDER OF PROOF | 0.10 | $67.50 |
| 8/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM ONE BEACON'S COUNSEL RE: PRETRIAL IDENTIFICATION OF WITNESSES | 0.20 | $135.00 |
| 8/20/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' DESIGNATIONS AND COUNTERDESIGNATIONS | 1.20 | $810.00 |
| 8/20/2009 | 017 | MR LASTOWSKI | REVIEW ARROWOODS' DESIGNATIONS AND COUNTERDESIGNATIONS | 0.80 | $540.00 |
| 8/20/2009 | 017 | MR LASTOWSKI | REVIEW COMMITTEE'S WITNESS ORDER AND TRIAL TIME | 0.20 | $135.00 |

Duane Morris
September 8, 2009
Page 10

File # K0248-00001                                    INVOICE # 1506110
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/21/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. O'NEILL RE: SUBMISSION OF TRIAL EXHIBITS | 0.10 | $67.50 |
| 8/23/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. KOYZAK RE: DRAFT ORDER OF PROOF | 0.10 | $67.50 |
| 8/24/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL PRETRIAL SUBMISSION (AMENDED) | 0.20 | $135.00 |
| 8/25/2009 | 017 | MR LASTOWSKI | ANALYSIS OF PLAN PROPONENTS' FEASIBILITY BRIEF | 0.60 | $405.00 |
| 8/25/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. GAYTAN RE: KRUGER DEPOSITON | 0.10 | $67.50 |
| 8/25/2009 | 017 | MR LASTOWSKI | REVIEW ISSUES RELATING TO COMMITTEE'S REQUEST FOR JUDICIAL NOTICE | 0.30 | $202.50 |
| 8/27/2009 | 017 | MR LASTOWSKI | REVIEW COMMITTEE PHASE II TRIAL EXHIBITS | 1.20 | $810.00 |
| 8/28/2009 | 017 | MR LASTOWSKI | REVIEW REVISED ORDER OF PROOF | 0.20 | $135.00 |
| 8/28/2009 | 017 | MR LASTOWSKI | E-MAIL FROM T. SCHIAVONI RE: REVISED ORDER OF PROOF | 0.20 | $135.00 |
| 8/28/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: BANK LENDER GROUP APPEAL | 0.10 | $67.50 |
| 8/29/2009 | 017 | MR LASTOWSKI | REVIEW APPELLATE RECORD (BANK LENDER GROUP APPEAL) | 1.30 | $877.50 |
| 8/29/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' OPPOSITION TO PLAN PROPONENTS' MOTIONS IN LIMINE | 0.30 | $202.50 |
| 8/29/2009 | 017 | MR LASTOWSKI | REVIEW E-MAILS RE: LIBBY CLAIMANTS' EXHIBIT LIST | 0.10 | $67.50 |
| 8/31/2009 | 017 | MR LASTOWSKI | REVIEW REVISED ORDER OF PROOF | 0.20 | $135.00 |
| 8/31/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: CONFIRMATION HEARING | 0.10 | $67.50 |
| 8/31/2009 | 017 | RW RILEY | REVIEWING COMMUNICATIONS REGARDING ORDER OF PROOF | 0.40 | $216.00 |
| 8/31/2009 | 017 | RW RILEY | REQUEST OF ONEBEACON AMERICA INSURANCE COMPANY AND SEATON INSURANCE COMPANY FOR THE COURT TO TAKE JUDICIAL NOTICE OF CERTAIN DOCUMENTS AND FACTS, MOTION TO STRIKE AND OBJECTIONS TO THE LIBBY CLAIMANTS' DESIGNATION OF THE DEPOSITIONS OF TWENTY-ONE INDIVIDUAL CLAIMANTS TAKEN OUTSIDE THE BANKRUPTCY AND OTHER RECENT FILINGS RELATED TO PLAN CONFIRMATION | 2.20 | $1,188.00 |
| | | | Code Total | 27.80 | $17,847.00 |

Duane Morris
September 8, 2009
Page 11

File # K0248-00001                                    INVOICE # 1506110
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 8/31/2009 | 018 | MR LASTOWSKI | ANALYSIS OF FIREMENS' FUNDS MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.60 | $405.00 |
| | | | Code Total | 0.60 | $405.00 |

Duane Morris
September 8, 2009
Page 12

File # K0248-00001                                    INVOICE # 1506110
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/31/2009 | 025 | WS KATCHEN | REVIEW CORRESPONDENCE - ANDERSON MEMORIAL. | 0.10 | $75.50 |
| 7/31/2009 | 025 | WS KATCHEN | ADDITIONAL CONFIRMATION ISSUE ANALYSIS FROM CITED AUTHORITIES. | 2.80 | $2,114.00 |
| 8/3/2009 | 025 | WS KATCHEN | REPORT OF SETTLEMENTS. | 0.10 | $75.50 |
| 8/3/2009 | 025 | WS KATCHEN | PLAN ISSUE. | 0.80 | $604.00 |
| 8/3/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 8/3/2009 | 025 | WS KATCHEN | PLAN ISSUES. | 1.20 | $906.00 |
| 8/3/2009 | 025 | WS KATCHEN | REVIEW REPORT ASSET SALES. | 0.10 | $75.50 |
| 8/4/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.40 | $302.00 |
| 8/4/2009 | 025 | WS KATCHEN | ATTENTION TO CONTESTED CONFIRMATION HEARING. | 0.70 | $528.50 |
| 8/4/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 8/4/2009 | 025 | WS KATCHEN | REVIEW R.J. FREZZA EXPERT REPORT. | 0.40 | $302.00 |
| 8/4/2009 | 025 | WS KATCHEN | REVIEW EXPERT REPORT TO DETERMINE SUPPORT FOR SOLVENCY BY ESTIMATION UNDER SECTION 502(C) (ADELPHIA - 368 B.R. 140). | 1.70 | $1,283.50 |
| 8/5/2009 | 025 | WS KATCHEN | REVIEW GRACE ANSWER TO ROGS (ANDERSON MEMORIAL). | 0.20 | $151.00 |
| 8/5/2009 | 025 | WS KATCHEN | REVIEW STROOCK EMAIL. | 0.10 | $75.50 |
| 8/6/2009 | 025 | WS KATCHEN | ARRANGE DELIVERY DEBTORS' TRIAL BRIEF PHASE II. | 0.10 | $75.50 |
| 8/7/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO ICI AMERICAS. | 0.20 | $151.00 |
| 8/7/2009 | 025 | WS KATCHEN | UPDATE DOCKET. | 0.10 | $75.50 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MAIN BRIEF. | 2.90 | $2,189.50 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH SCOTTS COMPANY LLC (SETTLEMENT AGREEMENT). | 0.30 | $226.50 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW JOINT OPPOSITION OCC & BANK LENDER GROUP FOR JOINT MOTION LIMITING USE OF COURT'S FINDINGS OR CONCLUSION RE; INSOLVENCY. | 0.20 | $151.00 |
| 8/10/2009 | 025 | WS KATCHEN | JOINT REQUEST OCC AND BANK LENDER GROUP FOR COURT TO TAKE JUDICIAL NOTICE/EXHIBIT. | 0.30 | $226.50 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW ACC OPPOSITION TO LIBBY CLAIMANTS' MOTIONS (FRIEDMAN/STOCKMAN TESTIMONY). | 0.20 | $151.00 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' (PLAN PROPONENTS') PHASE II BRIEF - LENDER ISSUES. | 1.80 | $1,359.00 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |

Duane Morris
September 8, 2009
Page 13

File # K0248-00001                                    INVOICE # 1506110
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/10/2009 | 025 | WS KATCHEN | REVIEW BNSF OBJECTION TO JOINT MOTION. | 0.10 | $75.50 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' BRIEF (MAIN BRIEF)-EMAIL MEMO TO STROOCK RE: BRIEF. | 0.30 | $226.50 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' OBJECTION TO LIBBY CLAIMANTS' MOTION TO STRIKE (J. PARKER, M.D.). | 0.20 | $151.00 |
| 8/10/2009 | 025 | WS KATCHEN | REVIEW RESPONSE TO D. WEILL, M.D. | 0.10 | $75.50 |
| 8/11/2009 | 025 | WS KATCHEN | ADDITIONAL WORK SOLVENCY ISSUE. | 1.50 | $1,132.50 |
| 8/11/2009 | 025 | WS KATCHEN | REVIEW CITED AUTHORITIES IN PROPONENT'S MAIN BRIEF 407 B.R. 576. | 0.40 | $302.00 |
| 8/11/2009 | 025 | WS KATCHEN | IMPAIRMENT ISSUE. | 0.60 | $453.00 |
| 8/11/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $151.00 |
| 8/11/2009 | 025 | WS KATCHEN | SECTION 1123(D) ISSUE. | 1.00 | $755.00 |
| 8/11/2009 | 025 | WS KATCHEN | SECTION 524(G) ISSUES. | 0.80 | $604.00 |
| 8/12/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' PHASE II TRIAL BRIEF RE: LIBBY CLAIMANTS' OBJECTIONS. | 1.60 | $1,208.00 |
| 8/12/2009 | 025 | WS KATCHEN | 1123(A)(4) AUTHORITIES. | 0.40 | $302.00 |
| 8/12/2009 | 025 | WS KATCHEN | JURY WAIVER ISSUE AND 'CAPS'. | 0.80 | $604.00 |
| 8/12/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 8/12/2009 | 025 | WS KATCHEN | PLAN PROPONENTS PHASE II BRIEF RE: INSURANCE ISSUES. | 0.90 | $679.50 |
| 8/12/2009 | 025 | WS KATCHEN | REVIEW CITED AUTHORITIES. | 0.80 | $604.00 |
| 8/12/2009 | 025 | WS KATCHEN | REVIEW EXHIBITS. | 0.50 | $377.50 |
| 8/12/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE AMENDED SETTLEMENT WITH CERTAIN LONDON MARKET INSURERS. | 0.20 | $151.00 |
| 8/12/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH ST. PAUL COS. TRAVELERS CASUALTY, ET AL. | 0.20 | $151.00 |
| 8/12/2009 | 025 | WS KATCHEN | 2D TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: PLAN ISSUE. | 0.30 | $226.50 |
| 8/12/2009 | 025 | WS KATCHEN | ADDITIONAL WOK ON PLAN ISSUE. | 0.90 | $679.50 |
| 8/13/2009 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING REPLY BRIEF TO OBJECTIONS OF INDIANA PENSION PLAN FUND TO FIAT IN CHRYSLER BANKRYUPTCY FOR WKATCHEN | 1.20 | $276.00 |
| 8/13/2009 | 025 | WS KATCHEN | CONTINUED WORK ON PLAN IMPAIRMENT ISSUE. | 1.60 | $1,208.00 |
| 8/13/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH STROOCK ON PLAN IMPAIRMENT ISSUE. | 0.10 | $75.50 |
| 8/13/2009 | 025 | WS KATCHEN | ADDITIONAL RESEARCH SECTION 502(B) ISSUE. | 0.90 | $679.50 |
| 8/13/2009 | 025 | WS KATCHEN | REVIEW 752 F.2D 1334. | 0.20 | $151.00 |
| 8/13/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' PLAN AUTHORITIES. | 1.20 | $906.00 |

Duane Morris
September 8, 2009
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1506110

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/13/2009 | 025 | WS KATCHEN | REVIEW ABI JOURNAL JULY-AUG. 2009 P. 46 -POST PETITION INT. ON CLAIMS. | 0.40 | $302.00 |
| 8/19/2009 | 025 | WS KATCHEN | UPDATE PLAN ISSUES MEMBER OF COMMITTEE. | 0.40 | $302.00 |
| 8/19/2009 | 025 | WS KATCHEN | REVIEW DOCKETS. | 0.20 | $151.00 |
| 8/19/2009 | 025 | WS KATCHEN | REVIEW FOURTH AMENDED CASE MANAGEMENT ORDER. | 0.20 | $151.00 |
| 8/19/2009 | 025 | WS KATCHEN | ORDER DENYING LIBBY CLAIMANTS' MOTION TO RECONSIDER. | 0.10 | $75.50 |
| 8/19/2009 | 025 | WS KATCHEN | AGREED ORDER ON PRETRIAL PROCEEDING. | 0.10 | $75.50 |
| 8/19/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD JOINDER. | 0.10 | $75.50 |
| 8/19/2009 | 025 | WS KATCHEN | ORDER APPROVING SETTLEMENT (I) LLOYD'S UNDERWRITERS, (II) GENERAL INSURANCE CO., (III) ICI AMERICAS, (IV) ROYAL PARTNERS AND (V) MODIFIED ORDER-LIBBY CLAIMANTS. | 0.50 | $377.50 |
| 8/19/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE ALLSTATE SETTLEMENT AGREEMENT. | 0.20 | $151.00 |
| 8/19/2009 | 025 | WS KATCHEN | REVIEW STIPULATION - STATE OF MONTANA. | 0.10 | $75.50 |
| 8/19/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY. | 0.20 | $151.00 |
| 8/19/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF INDIVIDUAL CLAIMANTS. | 0.20 | $151.00 |
| 8/19/2009 | 025 | WS KATCHEN | PLAN PROPONENTS' MOTION TO EXCLUDE LIMIT TESTIMONY. | 0.30 | $226.50 |
| 8/20/2009 | 025 | WS KATCHEN | REVIEW DOCKET ETHICS. | 0.20 | $151.00 |
| 8/20/2009 | 025 | WS KATCHEN | REVIEW TRAVELERS CASUALTY CO. DEPOSITION DESIGNATION. | 0.20 | $151.00 |
| 8/20/2009 | 025 | WS KATCHEN | REVIEW BNSF DEPO. DESIGNATIONS. | 0.80 | $604.00 |
| 8/21/2009 | 025 | WS KATCHEN | REVIEW AMENDMENT TO PRETRIAL BY FIREMAN'S FUND. | 0.10 | $75.50 |
| 8/21/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SECTION 363 SALE TO RECTOR SEAL CONF. | 0.30 | $226.50 |
| 8/21/2009 | 025 | WS KATCHEN | REVIEW CNA'S OBJECTIONS TO DEPO. DESIGNATIONS OF LIBBY CLAIMANTS. | 0.30 | $226.50 |
| 8/21/2009 | 025 | WS KATCHEN | REVIEW OBJECTION OF MARYLAND CAS. CO. TO BNSF DEPO DESIGNATION. | 0.10 | $75.50 |
| 8/21/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PHASE II DESIGNATIONS. | 0.30 | $226.50 |
| 8/21/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S OBJECTIONS AND COUNTER-DESIGNATIONS OF LIBBY CLAIMANTS, BNSF, STATE OF MONTANA. | 0.30 | $226.50 |

Duane Morris
September 8, 2009
Page 15

File # K0248-00001
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/21/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S DRAFT ORDER OF WITNESSES. | 0.10 | $75.50 |
| 8/21/2009 | 025 | WS KATCHEN | REVIEW NOTICES OF DEPOSITIONS SERVED BY DEBTORS. | 0.20 | $151.00 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW OCC & BANK LENDERS' COUNTER-DESIGNATIONS (E. ORDWAY). | 0.80 | $604.00 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW SECTION 362(D) MOTION - MUNOZ. | 0.20 | $151.00 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW RESPONSE TO MOTION APPROVING STIPULATION ST. PAUL CAS./TRAVELERS CAS. SURETY. | 0.10 | $75.50 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW DEPOSITION NOTICES (L. KRUGER, C. MOLGAARD AND A. WHITEHOUSE). | 0.10 | $75.50 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL HOSPITAL DRAFT DIRECT WITNESS ORDER. | 0.10 | $75.50 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW MOTION OF PLAN PROPONENTS' IN LIMINE TO EXCLUDE TESTIMONY/INDIVIDUAL CLAIMANTS. | 0.10 | $75.50 |
| 8/24/2009 | 025 | WS KATCHEN | REVIEW MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY ON BEHALF OF LIBBY CLAIMANTS. | 0.20 | $151.00 |
| 8/25/2009 | 025 | WS KATCHEN | ADMIN. ISUSES. | 0.20 | $151.00 |
| 8/25/2009 | 025 | WS KATCHEN | REVIEW TRAVELERS CAS V. SURETY CO'S DEPOSITION DESIGNATIONS RE: PHASE II - D. AUSTERN; E. INSELBACH; R FINKE AND P. VAN LOCKWOOD. | 0.80 | $604.00 |
| 8/26/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI ADMINISTRATIVE MATTER. | 0.10 | $75.50 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW AXA BELGIUM'S OBJECTION TO PHASE II COUNTER-DESIGNATIONS. | 0.10 | $75.50 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW RESPONSE TO BNSF. | 0.10 | $75.50 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW CNA'S JOINDER. | 0.10 | $75.50 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW PHASE II EXHIBITS OCC AND BANK LENDER GROUP. | 0.20 | $151.00 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL HOSPITAL'S PLAN OBJECTIONS. | 0.20 | $151.00 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW LONGACRE MASTER FUND EXHIBIT LIST. | 0.40 | $302.00 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW FIREMAN'S FUND SECTION 362(D) MOTION BRIEF/DECLARATION/EXHIBITS APPEAL BRIEF. | 1.60 | $1,208.00 |
| 8/28/2009 | 025 | WS KATCHEN | TEXAS STATE COURT LITIGATION MATERIALS (EXHIBITS TO FIREMAN'S FUND SECTION 362(D) MOTION). | 0.70 | $528.50 |

DUANE MORRIS LLP

Duane Morris
September 8, 2009
Page 16

File # K0248-00001                                          INVOICE # 1506110
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/28/2009 | 025 | WS KATCHEN | REVIEW WR GRACE ASBESTOS PI TRUST DISTRIBUTION MATERIALS. | 0.50 | $377.50 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL TRIAL BRIEF LIBBY CLAIMANTS. | 0.20 | $151.00 |
| 8/28/2009 | 025 | WS KATCHEN | RESPONSE OF NORFOLK SOUTHERN. | 0.20 | $151.00 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW MOTION OF LIBBY CLAIMANTS IN LIMINE TO PRECLUDE P. ZILLY TESTIMONY. | 0.10 | $75.50 |
| 8/28/2009 | 025 | WS KATCHEN | REVIEW DEPOSITION DESIGNATIONS. | 1.30 | $981.50 |
| 8/30/2009 | 025 | WS KATCHEN | WORK ON FILED PLAN OBJECTION - SECTION 1129(A)(7). | 2.10 | $1,585.50 |
| | | | Code Total | 48.80 | $36,214.00 |

Duane Morris
September 8, 2009
Page 17

File # K0248-00001
      W.R. GRACE & CO.

INVOICE #  1506110

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/26/2009 | 026 | WS KATCHEN | REVIEW DOCKET. | 0.30 | $226.50 |
| | | | Code Total | 0.30 | $226.50 |

Duane Morris
September 8, 2009
Page 18

File # K0248-00001                                    INVOICE # 1506110
        W.R. GRACE & CO.


                                TOTAL SERVICES          101.20    $66,921.00

Duane Morris
September 8, 2009
Page 19

File # K0248-00001                                          INVOICE # 1506110
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 8/31/2009 | PRINTING & DUPLICATING - EXTERNAL | | 873.60 |
| | | Total: | $873.60 |
| 8/31/2009 | TELEPHONE | | 668.00 |
| | | Total: | $668.00 |
| 8/31/2009 | DINNER - LOCAL | | 18.30 |
| | | Total: | $18.30 |
| 8/31/2009 | TRAVEL AWAY FROM HOME | | 490.47 |
| | | Total: | $490.47 |
| 8/31/2009 | MESSENGER SERVICE | | 30.00 |
| | | Total: | $30.00 |
| 8/31/2009 | COURT SEARCH SERVICE | | 37.84 |
| | | Total: | $37.84 |
| | TOTAL DISBURSEMENTS | | $2,118.21 |

DUANE MORRIS LLP