**EXHIBIT D**

Duane Morris
October 8, 2009
Page 2

File # K0248-00001                                     INVOICE #  1514211
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/2/2009 | 003 | MR LASTOWSKI | REVIEW JULY MOR | 0.10 | $67.50 |
| | | | Code Total | 0.10 | $67.50 |

Duane Morris
October 8, 2009
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1514211

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/3/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 9/4/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 9/4/2009 | 004 | SL WOLFENDEN | UPDATED PLEADING'S AND ELECTRONIC CASE FILES. | 0.30 | $66.00 |
| 9/9/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 9/11/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 9/18/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 9/23/2009 | 004 | AC MAHOLCHIC | REVIEWED DOCKET AND FILED CNO FOR 89TH MONTHLY APPLICATION OF DM FOR JUNE 2009. | 0.30 | $91.50 |
| 9/30/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| | | | Code Total | 1.20 | $331.50 |

Duane Morris
October 8, 2009
Page 4

File # K0248-00001
     W.R. GRACE & CO.

INVOICE # 1514211

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/4/2009 | 005 | MR LASTOWSKI | REVIEW FF THOMPSON CONTINUING CASE CENTER RULE 9019 MOTION | 0.30 | $202.50 |
| 9/4/2009 | 005 | MR LASTOWSKI | REVIEW GLEN OAK RULE 9019 MOTION | 0.20 | $135.00 |
| 9/4/2009 | 005 | MR LASTOWSKI | REVIEW HYATT RULE 9019 MOTION | 0.20 | $135.00 |
| 9/12/2009 | 005 | MR LASTOWSKI | REVIEW MAIN PLAZA SETTLEMENT MOTION | 0.10 | $67.50 |
| 9/12/2009 | 005 | MR LASTOWSKI | REVIEW NORTH ARKANSAS REGIONAL MEDICAL CENTER SETTLEMENT MOTION | 0.10 | $67.50 |
| 9/12/2009 | 005 | MR LASTOWSKI | REVIEW JOHN MUIR SETTLEMENT MOTION | 0.10 | $67.50 |
| | | | Code Total | 1.00 | $675.00 |

Duane Morris
October 8, 2009
Page 5

File # K0248-00001                                          INVOICE #  1514211
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/3/2009 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL. | 0.30 | $226.50 |
| 9/3/2009 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.40 | $302.00 |
| 9/22/2009 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING. | 0.40 | $302.00 |
| 9/24/2009 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.40 | $302.00 |
| | | | Code Total | 1.50 | $1,132.50 |

Duane Morris
October 8, 2009
Page 6

File # K0248-00001                                    INVOICE #  1514211
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/17/2009 | 009 | MR LASTOWSKI | REVIEW FEE AUDITOR PROPOSED ORDER FOR 31ST QUARTERLY FEE APPLICATION | 0.20 | $135.00 |
| 9/23/2009 | 009 | MR LASTOWSKI | REVIEW STATUS OF DUANE MORRIS FEE APPLICATIONS | 0.30 | $202.50 |
| | | | Code Total | 0.50 | $337.50 |

Duane Morris
October 8, 2009
Page 7

File # K0248-00001                                      INVOICE # 1514211
       W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 9/10/2009 012 | MR LASTOWSKI | E-MAIL TO B. RUHLANDER (FEE AUDITOR) RE: REPORT ON DUANE MORRIS 32ND MONTHLY FEE APPLICATION | 0.10 | $67.50 |
| 9/17/2009 012 | AC MAHOLCHIC | REVIEWED DOCKET. | 0.20 | $61.00 |
| 9/22/2009 012 | AC MAHOLCHIC | PREPARED DM 91ST MONTHLY FEE APPLICATION FOR AUGUST 2009. | 1.50 | $457.50 |
| 9/24/2009 012 | AC MAHOLCHIC | REVISED 90TH AND 91ST MONTHLY FEE APPLICATIONS OF DM. | 0.20 | $61.00 |
| 9/24/2009 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 90TH MONTHLY FEE APPLICATION | 0.20 | $135.00 |
| 9/24/2009 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 91ST MONTHLY FEE APPLICATION | 0.20 | $135.00 |
| | | Code Total | 2.40 | $917.00 |

Duane Morris
October 8, 2009
Page 8

File # K0248-00001                                    INVOICE # 1514211
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/25/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SSL 100TH MONTHLY FEE APPLICATION. | 0.30 | $66.00 |
| | | | Code Total | 0.30 | $66.00 |

Duane Morris
October 8, 2009
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1514211

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/1/2009 | 015 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO LIBBY CLAIMANTS' MOTION TO PRECLUDE ZILLY TESTIMONY | 0.60 | $405.00 |
| 9/3/2009 | 015 | MR LASTOWSKI | REVIEW OF PLEADINGS IN CONNECTION WITH 9/8/09 PHASE II CONFIRMATION HEARING | 2.40 | $1,620.00 |
| 9/8/2009 | 015 | MR LASTOWSKI | TELEPHONIC ATTENDANCE AT CONFIRMATION HEARING | 8.60 | $5,805.00 |
| 9/15/2009 | 015 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: HEARING | 0.10 | $67.50 |
| 9/15/2009 | 015 | MR LASTOWSKI | ATTEND CONFIRMATION HEARING (TELEPHONICALLY) | 9.60 | $6,480.00 |
| 9/16/2009 | 015 | MR LASTOWSKI | ATTEND PHASE II CONFIRMATION HEARING (TELEPHONICALLY) | 7.50 | $5,062.50 |
| 9/16/2009 | 015 | MR LASTOWSKI | ATTEND PHASE II CONFIRMATION HEARING (TELEPHONICALLY) | 0.60 | $405.00 |
| 9/17/2009 | 015 | MR LASTOWSKI | ATTEND PHASE II CONFIRMATION HEARING (TELEPHONICALLY) | 3.60 | $2,430.00 |
| 9/22/2009 | 015 | MR LASTOWSKI | REVIEW 9/29 AGENDA AND ITEMS IDENTIFIED THEREON | 0.70 | $472.50 |
| 9/28/2009 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 9/29/09 HEARING | 1.20 | $810.00 |
| 9/29/2009 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 1.20 | $810.00 |
| | | | Code Total | 36.10 | $24,367.50 |

Duane Morris
October 8, 2009
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1514211

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/1/2009 | 017 | MR LASTOWSKI | REVIEW TRAVELER'S RESERVATION OF RIGHTS RE: PLAN PROPONENTS' EXHIBITS | 0.10 | $67.50 |
| 9/2/2009 | 017 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S RESPONSE TO PLAN PROPONENTS' MOTION TO STRIKE | 0.30 | $202.50 |
| 9/2/2009 | 017 | MR LASTOWSKI | REVIEW ZILLY REPORT RE: BEST INTERESTS TEST | 0.10 | $67.50 |
| 9/2/2009 | 017 | MR LASTOWSKI | REVIEW 9/8/09 AGENDA NOTICE AND SELECTED ITEMS IDENTIFIED THEREIN | 2.80 | $1,890.00 |
| 9/2/2009 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: CONFIRMATION HEARING | 0.20 | $135.00 |
| 9/2/2009 | 017 | MR LASTOWSKI | E-MAIL FROM M. GAYTAN RE: LEWIS KRUGER DEPOSITION | 0.10 | $67.50 |
| 9/3/2009 | 017 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: PHASE II CONFIRMATION HEARING | 0.10 | $67.50 |
| 9/3/2009 | 017 | MR LASTOWSKI | REVIEW STIPULATION RE: LONGO TESTIMONY | 0.30 | $202.50 |
| 9/4/2009 | 017 | MR LASTOWSKI | CONTINUED REVIEW OF AGENDA ITEMS FOR PHASE II CONFIRMATION HEARING | 2.20 | $1,485.00 |
| 9/7/2009 | 017 | MR LASTOWSKI | PREPARE FOR PHASE II CONFIRMATION HEARING | 3.40 | $2,295.00 |
| 9/8/2009 | 017 | MR LASTOWSKI | REVIEW NOTICE OF FIRST SET OF MODIFICATIONS TO JOINT PLAN OF REORGANIZATION | 0.70 | $472.50 |
| 9/9/2009 | 017 | MR LASTOWSKI | ATTEND PHASE TWO CONFIRMATION HEARING (TELEPHONICALL) | 8.10 | $5,467.50 |
| 9/9/2009 | 017 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO PLAN CONFIRMATION HEARINGS | 0.30 | $162.00 |
| 9/10/2009 | 017 | MR LASTOWSKI | PREPARE FOR AND ATTEND PHASE II OF CONFIRMATION HEARING | 6.90 | $4,657.50 |
| 9/11/2009 | 017 | MR LASTOWSKI | ATTEND (TELEPHONICALLY) PHASE II OF CONFIRMATION HEARING | 8.60 | $5,805.00 |
| 9/12/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' RESPONSE TO SUPPLEMENTAL TRIAL BRIEF OF LIBBY CLAIMANTS RELATING TO THE BEST INTERESTS OF THE CREDITORS TEST | 0.10 | $67.50 |
| 9/14/2009 | 017 | MR LASTOWSKI | ATTEND CONFIRMATION HEARING TELEPHONICALLY | 7.90 | $5,332.50 |
| 9/14/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION TO COMPEL DISCOVERY OF COVERAGE CORRESPONDENCE AND THE PLAN PROPONENTS' RESPONSE THERETO | 0.40 | $270.00 |

Duane Morris
October 8, 2009
Page 11

File # K0248-00001                                          INVOICE #  1514211
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 9/24/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: HEARING DESIGNATION AND EXHIBITS | 0.10 | $67.50 |
| | | | Code Total | 42.70 | $28,782.00 |

Duane Morris
October 8, 2009
Page 12

File # K0248-00001                                    INVOICE # 1514211
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/31/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - KEYSTONE. | 0.50 | $377.50 |
| 8/31/2009 | 025 | WS KATCHEN | REVIEW BNSF NOTICE OF APPEAL. | 0.20 | $151.00 |
| 8/31/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' NOTICE OF APPEAL. | 0.10 | $75.50 |
| 8/31/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF MOTION TO AUTHORIZE SETTLEMENT CLAIM. | 0.10 | $75.50 |
| 8/31/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO SETTLE ST. JOSEPH'S HOSPITAL CLAIM. | 0.10 | $75.50 |
| 8/31/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' BRIEF RE: FEASIBILITY AND EXHIBITS (DEPOS. P. ZILLY AND LA FORCE). | 0.30 | $226.50 |
| 8/31/2009 | 025 | WS KATCHEN | ATTENTION TO K. PASQUALE EMAIL AND TRIAL ASSISTANCE - TELEPHONE CONFERENCE; WITH M. LASTOWSKI/EMAILS K. PASQUALE. | 0.30 | $226.50 |
| 9/1/2009 | 025 | WS KATCHEN | UPDATE CONFIRMATION STATUS/SCHEDULING COMMITTEE CONFERENCE CALL. | 0.20 | $151.00 |
| 9/3/2009 | 025 | WS KATCHEN | REVIEW DOCKET (.2). | 0.20 | $151.00 |
| 9/6/2009 | 025 | WS KATCHEN | REVIEW SUMMARY PLAN OBJECTIONS. | 2.80 | $2,114.00 |
| 9/6/2009 | 025 | WS KATCHEN | BRIEF OPPOSITION BY INSURERS TO LIBBY DEPOSITION DESIGNATION. | 0.20 | $151.00 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' RESPONSE TO LIBBY CLAIMANTS. | 0.20 | $151.00 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' REPLY MEMO RE: MOTION IN LIMINE TO EXCLUDE EXPERT REPORT AND TESTIMONY G. PRIEST. | 1.70 | $1,283.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' REPLY RE: MOTION TO EXCLUDE TESTIMONY J.SHEIN. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW STATE OF MONTANA'S OBJECTION TO PLAN PROPONENTS' MOTION TO STRIKE; RESPONSE TO CNA OBJECTION. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW TRAVELERS CASUALTY & SURETY CO. RESERVATIONS OF REJECTS. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW CNA'S OBJECTIONS. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW BNSF - OBJECTION. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' PRELIMINARY RESPONSE TO ARROWOOD'S MOTION TO STRIKE. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' OBJECTION TO EXHIBITS. | 0.10 | $75.50 |

Duane Morris
October 8, 2009
Page 13

File # K0248-00001                                    INVOICE # 1514211
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/8/2009 | 025 | WS KATCHEN | REVIEW CNA'S PHASE II TRIAL SUBMISSION. | 0.20 | $151.00 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $151.00 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S OPPOSITION MOTION IN LIMINE. | 0.50 | $377.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW FIREMAN'S FUND INSURANCE COMPANY OBJECTIONS TO PHASE II COUNTER-DESIGNATION. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S REQUEST FOR JUDICIAL NOTICE. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S OBJECTIONS TO BNSF EXHIBITS. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW ARROWOOD'S OBJECTION TO LIBBY CLAIMANTS' EXHIBIT LIST. | 0.20 | $151.00 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW AFFIDAVIT OF DR. CRAIG MOLGAARD. | 0.20 | $151.00 |
| 9/8/2009 | 025 | WS KATCHEN | RESEARCH ISSUE ON ADMISSIBILITY 527 F.3D 517; (LIBBY CLAIMANTS OPPOSITION). | 0.40 | $302.00 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW CERT. OF NO OBJECTION RE: CERTAIN LONDON MARKET. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW CERT. OF COUNSEL RE ST. PAUL CO./TRAVELERS STIPULATION. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW CERT. OF COUNSEL RE: SCOTTS CO. SETTLEMENT. | 0.10 | $75.50 |
| 9/8/2009 | 025 | WS KATCHEN | REVIEW CERT. OF NO OBJECTION RE: ALLSTATE. | 0.10 | $75.50 |
| 9/9/2009 | 025 | WS KATCHEN | REVIEW 1ST SET OF MODIFICATIONS OF JOINT PLAN. | 0.20 | $151.00 |
| 9/9/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE: LONGO. | 0.10 | $75.50 |
| 9/10/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI CASE UPDATE. | 0.20 | $151.00 |
| 9/10/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' OPPOSITION TO FIREMN'S FUND MOTION. | 0.20 | $151.00 |
| 9/10/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE: LIBBY CLAIMANTS. | 0.10 | $75.50 |
| 9/10/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY (LIBBY CLAIMANTS). | 0.20 | $151.00 |
| 9/10/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE PD SETTLEMENT - BORGDOFF BUILDING. | 0.10 | $75.50 |
| 9/11/2009 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD ON APPEAL FILED BY BNSF. | 0.10 | $75.50 |
| 9/11/2009 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD ON APPEAL FILED BY LIBBY CLAIMANTS. | 0.10 | $75.50 |
| 9/11/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT P.D. CLAIMS - MAIN PLAZA. | 0.20 | $151.00 |

Duane Morris
October 8, 2009
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1514211

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/11/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT P.D. CLAIMS - N, ARKANSAS REGIONAL. | 0.10 | $75.50 |
| 9/11/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT P.D. CLAIMS - J. MUIR HOSPITAL. | 0.10 | $75.50 |
| 9/11/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT P.D. CLAIMS - FF THOMPSON CONTINUING CASE. | 0.10 | $75.50 |
| 9/11/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT P.D. CLAIMS - OLYMPUS 555 PROPERTIES, LLC. | 0.10 | $75.50 |
| 9/11/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT P.D. CLAIMS - GULF ATLANTIC PROPERTIES. | 0.10 | $75.50 |
| 9/15/2009 | 025 | MM LAMPARSKI | EMAIL MESSAGES FROM AND TO STACIE WOLFENDEN, MICHAEL LASTOWSKI, AND WILLIAM KATCHEN; ASSIST COUNSEL VISITING PITTSBURGH OFFICE WITH REQUESTS; PREARE AND ORGANIZE DOCUMENTS AS DIRECTED. | 1.80 | $333.00 |
| 9/15/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT. | 0.30 | $226.50 |
| 9/15/2009 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF NO OBJECTION RE: SECTION 363 SALE TO RECTOR SEAL. | 0.10 | $75.50 |
| 9/15/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' RESPONSE TO LIBBY CLAIMANTS MOTION TO COMPEL DISCOVERY. | 0.20 | $151.00 |
| 9/16/2009 | 025 | MM LAMPARSKI | TELEPHONE CALL TO STACIE WOLFENDEN; ASSIST COUNSEL VISITING PITTSBURGH OFFICE WITH REQUESTS; PREPARE AND ORGANIZE DOCUMENTS AS DIRECTED. | 0.40 | $74.00 |
| 9/18/2009 | 025 | WS KATCHEN | MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH CORRECTED MOTION - CHARTIS INS. | 0.20 | $151.00 |
| 9/18/2009 | 025 | WS KATCHEN | MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH CORRECTED MOTION - AETNA INS. | 0.30 | $226.50 |
| 9/21/2009 | 025 | WS KATCHEN | REVIEW STROOCK EMAIL RE: CONFIRMATION. | 0.20 | $151.00 |
| 9/21/2009 | 025 | WS KATCHEN | SCHEDULING. | 0.10 | $75.50 |
| 9/21/2009 | 025 | WS KATCHEN | CONFERENCE COMMITTEE MEMBER (.3). | 0.30 | $226.50 |
| 9/21/2009 | 025 | WS KATCHEN | CONFERENCE CAPSTONE RE: PLAN ISSUES. | 0.30 | $226.50 |
| 9/22/2009 | 025 | WS KATCHEN | REVIEW STIPULATION/DECLARATION K. MARTIN RE: LIBBY. | 0.10 | $75.50 |
| 9/23/2009 | 025 | WS KATCHEN | 2D UPDATE CREDITORS' REQUEST FOR STATUS. | 0.30 | $226.50 |

Duane Morris
October 8, 2009
Page 15

File # K0248-00001                                          INVOICE # 1514211
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/23/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.10 | $75.50 |
| 9/23/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE: KANEB EVIDENCE. | 0.10 | $75.50 |
| 9/23/2009 | 025 | WS KATCHEN | REVIEW LATEST OPINION ON LENDER/OCC OBJECTION TO PLAN - STATE LAW DETERMINATION. | 0.40 | $302.00 |
| 9/23/2009 | 025 | WS KATCHEN | SCHEDULING. | 0.10 | $75.50 |
| 9/24/2009 | 025 | WS KATCHEN | REVIEW MOTION FOR AUTHORITY TO IMPLEMENT DEFINED CONTRIBUTION PLAN. | 0.20 | $151.00 |
| 9/24/2009 | 025 | WS KATCHEN | REVIEW MOTION FOR AUTHORIZED DEBTORS' SALE OF LLC (ADVANCED REFINING TECH.). | 0.30 | $226.50 |
| 9/24/2009 | 025 | WS KATCHEN | MOTION TO APPROVE STIPULATION WITH BNSF. | 0.20 | $151.00 |
| 9/25/2009 | 025 | WS KATCHEN | PLAN ISSUE. | 0.40 | $302.00 |
| 9/25/2009 | 025 | WS KATCHEN | REVIEW MOTIONS TO APPROVE P.D. SETTLEMENTS 2) ALLEGHANY CENTER. | 0.10 | $75.50 |
| 9/25/2009 | 025 | WS KATCHEN | REVIEW MOTIONS TO APPROVE P.D. SETTLEMENTS 3) CHICAGO HISTORIC SOCIETY. | 0.10 | $75.50 |
| 9/25/2009 | 025 | WS KATCHEN | REVIEW MOTIONS TO APPROVE P.D. SETTLEMENTS 4) GLEN OAK. | 0.10 | $75.50 |
| 9/25/2009 | 025 | WS KATCHEN | REVIEW MOTIONS TO APPROVE P.D. SETTLEMENTS HYATT COMP. | 0.10 | $75.50 |
| 9/25/2009 | 025 | WS KATCHEN | REVIEW MOTIONS TO APPROVE P.D. SETTLEMENTS KARK-TV. | 0.10 | $75.50 |
| 9/26/2009 | 025 | WS KATCHEN | UPDATE STATE OF MONTANA APPEAL 3D CIR. | 0.80 | $604.00 |
| 9/29/2009 | 025 | J C GALLAGHER | RESEARCH CONCERNING PULLING W.R.GRACE APPELLATE COURT BRIEFS (PER KATCHEN) | 0.80 | $184.00 |
| | | | Code Total | 20.50 | $13,803.50 |

DUANE MORRIS LLP

Duane Morris
October 8, 2009
Page 16

File # K0248-00001                                    INVOICE #  1514211
      W.R. GRACE & CO.


                         TOTAL SERVICES          106.30   $70,480.00

Duane Morris
October 8, 2009
Page 17

File # K0248-00001                                    INVOICE # 1514211
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/30/2009 | TRAVEL - LOCAL | | 40.70 |
| | | Total: | $40.70 |
| | | | |
| 9/30/2009 | TRAVEL AWAY FROM HOME | | 145.93 |
| | | Total: | $145.93 |
| | | | |
| 9/4/2009 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S. KATCHEN AT INFORMATION NOT SUPPLIED - GLADSTONE, NJ FROM JOANNE VILLANUEVA AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #791239405322) | | 28.16 |
| | | Total: | $28.16 |
| | | | |
| 9/30/2009 | COURT SEARCH SERVICE | | 18.06 |
| | | Total: | $18.06 |
| | | | |
| 9/30/2009 | PRINTING & DUPLICATING | | 76.35 |
| | | Total: | $76.35 |

                        TOTAL DISBURSEMENTS          $309.20