# EXHIBIT C

**Thirty-Sixth Monthly**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #24226 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1826887\1