**EXHIBIT 2**

BMC GROUP          WR GRACE - EXPENSE DETAIL          34TH QTR - JULY - SEPT 2009

| Invoice Nbr | Date | Client | Bill As Client | ConsultantID | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|---|---|
| 21_090930 | 9/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |
| 21_090831 | 8/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |
| 21_090731 | 7/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 350.00 | B-linx User Fee | B-linx User Fee |
| 21_090930 | 9/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090831 | 8/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090731 | 7/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_090930 | 9/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 704.70 | Document Storage | 486 boxes |
| 21_090831 | 8/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 656.85 | Document Storage | 446 boxes |
| 21_090731 | 7/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 656.85 | Document Storage | 446 boxes |
| 21_090930 | 9/16/09 | WR Grace | WR Grace | zzCorpAMEX-Kmartin, kmartin | The UPS Store | 10.00 | Notary | Notary for Libby Declaration |
| 21_090831 | 8/5/09 | WR Grace | WR Grace | zzCorpAMEX-Kmartin, kmartin | UPS Store | 10.00 | Notary | Notary for Amended Affidavit of Voting Agent |
| 21_090930 | 9/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 72.07 | Noticing Production | Noticing Production |
| 21_090731 | 7/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 100.00 | Noticing Production | Noticing Production |
| 21_090930 | 9/30/09 | WR Grace | WR Grace | BMC, BMC | Pacer | 45.92 | Pacer | qrtly doc dwnld |
| 21_090930 | 9/16/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 60.60 | Shipping/Courier | Shipment to Kim Love @ c/o Sharon Ament Reed Smith_dtd. 9/5/09_Tracking No. 417758809765 |
| 21_090930 | 9/28/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 27.85 | Shipping/Courier | Shipment to Patricia Cuniff @ Pachulski Stang Ziehl Young Jo_dtd. 9/11/09_Tracking No. 797923111990 |
| 21_090831 | 8/24/09 | WR Grace | WR Grace | BMC10, BMC | FEDEX | 28.12 | Shipping/Courier | Shipment to Patricia Cuniff @ Pachulksi Stang Ziehl Young Jo_dtd. 8/17/09_Tracking No. 796861790305 |
| 21_090930 | 9/30/09 | WR Grace | WR Grace | BMC, BMC | BMC | 250.00 | Website Hosting | Website Hosting |
| 21_090831 | 8/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 250.00 | Website Hosting | Website Hosting |
| 21_090731 | 7/31/09 | WR Grace | WR Grace | BMC, BMC | BMC | 250.00 | Website Hosting | Website Hosting |

WR Grace July Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20090722-1 | 7/22/2009 | 50.00 |
| 021-20090724-1 | 7/24/2009 | 50.00 |
| | | 100.00 |

021-20090722-1

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | ZAI POC service | 0 / 5730 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | 50.00 |
| | | | | | | 50.00 |

021-20090724-1

| Job Type | Job Item | Pages/Parti Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd supp Canadian ZAI mailing | 0 / 1034 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | 50.00 |
| | | | | | | 50.00 |

WR Grace September Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20090904-1 | 9/4/2009 | 0.77 |
| 021-20090908-1 | 9/8/2009 | 0.67 |
| 021-20090908-2 | 9/8/2009 | 42.55 |
| 021-20090924-1 | 9/24/2009 | 28.08 |
|  |  | 72.07 |

021-20090904-1

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 22858 - Ord re Dkt 22369 | 2 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.44 each | 0.44 |
| | | | Production | Fold and Stuff | 1 Piece @ $.05 each | 0.05 |
| | | | | Printed Impressions | 2 Pieces @ $.10 each | 0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | 0.08 |
| | | | | | | 0.77 |

021-20090908-1

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 23119 - Ord re Dkt 17905 | 1 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.44 each | 0.44 |
| | | | Production | Fold and Stuff | 1 Piece @ $.05 each | 0.05 |
| | | | | Printed Impressions | 1 Piece @ $.10 each | 0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | 0.08 |
| | | | | | | 0.67 |

021-20090908-2

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 23120 - Ord re Dkt 19378 | 6 / 15 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 15 Pieces @ $.44 each | 6.60 |
| | | | Production | Fold and Stuff | 15 Pieces @ $.05 each | 0.75 |
| | | | | Printed Impressions | 90 Pieces @ $.10 each | 9.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 15 Pieces @ $.08 each | 1.20 |
| | | | | | | 42.55 |

021-20090924-1

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 23238 - Ord re Omni 27 | 2 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | 25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.44 each | 1.76 |
| | | | Production | Fold and Stuff | 4 Pieces @ $.05 each | 0.20 |
| | | | | Printed Impressions | 8 Pieces @ $.10 each | 0.80 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | 0.32 |
| | | | | | | 28.08 |