# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 17.8 | $ 10,413.00 |
| Amy E. Boyd | Associate | Environmental | $345.00 | 3.7 | $ 1,276.50 |
| | | | | | |
| TOTAL | | | | 21.5 | $ 11,689.50 |

### Expenses

| Description | Total | |
|---|---|---|
| Express Delivery | $ | 34.56 |
| | | |
| TOTAL | $ | 34.56 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

January 29, 2010
Invoice No.: 455179
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through December 31, 2009

| | |
|---|---:|
| Fees | $11,689.50 |
| Disbursements | 34.56 |
| **Total Fees and Disbursements** | **$11,724.06** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 455179  
January 29, 2010  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/01/09 | Jaffe | Attention to natural resource damages issue, including telephone call with Mr. Sabath at DOJ and emails with team and Mr. Feldman concerning same (1.4). | 1.4 |
| 12/02/09 | Jaffe | Emails with team regarding NRD and cost issues (0.4). | 0.4 |
| 12/03/09 | Jaffe | Emails with team regarding natural resource damage and past/interim cost issues (0.8). | 0.8 |
| 12/04/09 | Jaffe | Attention to special notice process, including team telephone conference regarding internal issues, telephone calls with Mr. Sabath and emails with team regarding payment timing issue, and review of Covidien stipulation (1.4). | 1.4 |
| 12/07/09 | Jaffe | Attention to special notices issues, including PRP agreement and Covidien stipulation issues (0.5). | 0.5 |
| 12/08/09 | Jaffe | Attention to special notice process, including reviewing, revising PRP agreement and telephone call with Mr. Bucens and emails with team regarding same, and attention to natural resource damages issues, including emails with team (2.4). | 2.4 |
| 12/09/09 | Jaffe | Attention to special notice issues, including negotiations with DOJ and telephone call with Mr. Sabath, and emails with Ms. Duff and A. Boyd regarding NRD research issue (0.9). | 0.9 |
| 12/11/09 | Jaffe | Emails with team regarding negotiations with EPA/DOJ, including NRD issues (0.4). | 0.4 |
| 12/14/09 | Jaffe | Attention to special notice issues, including review of expert report on natural resource damages issues and emails with team regarding same (1.2). | 1.2 |
| 12/15/09 | Jaffe | Attention to natural resource damage issues, including emails with team and office conference with A. Boyd (0.8). | 0.8 |
| 12/16/09 | Jaffe | Emails with team regarding natural resources damage issue and office conference with A. Boyd regarding same (0.4). | 0.4 |
| 12/16/09 | Boyd | Review email chain regarding natural resources damages (0.2); research regarding same (1.1); conference with S. Jaffe (0.2). | 1.5 |
| 12/17/09 | Jaffe | Team telephone conference regarding negotiations with EPA and prepare to draft response to EPA concerning | 2.2 |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 455179  
January 29, 2010  
Page 3

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| | | same (2.2). | |
| 12/18/09 | Jaffe | Attention to natural resource damages issue; including reviewing, revising draft call minutes, emails with team regarding same, and prepration for drafting offer to governments (1.4). | 1.4 |
| 12/18/09 | Boyd | Research on recent natural resources damages settlements (1.3); email regarding same (0.3). | 1.6 |
| 12/22/09 | Jaffe | Attention to negotiations with EPA, including emails with team regarding cost response, natural resources damages, and Shaffer issues (1.2). | 1.2 |
| 12/23/09 | Jaffe | Attention to special notice, including emails with Mr. Bucens regarding costs and preparation for drafting cost response to EPA (2.4). | 2.4 |
| 12/23/09 | Boyd | E-mail to S. Jaffe regarding natural resource damages projects research analysis (0.6). | 0.6 |
| | | **Total Hours** | **21.5** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 455179  
January 29, 2010  
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 3.7 | at | 345.00 | = | 1,276.50 |
| Seth D. Jaffe | 17.8 | at | 585.00 | = | 10,413.00 |

**Total Fees**      $11,689.50

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/15/09 | Express Delivery | 34.56 |

**Total Disbursements**      $34.56

Total Fees      $11,689.50  
Total Disbursements      34.56  
Total Fees and Disbursements      **$11,724.06**

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

January 29, 2010
Invoice No.: 455179
Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements          $11,724.06

Remittance Address:
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

Overnight Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

Client/Matter #: 08743.00102, Invoice #: 455179
Billing Attorney: Adam P. Kahn
Wire Originator: W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $585.00 | 0.6 | $ 351.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **0.6** | **$ 351.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

January 29, 2010
Invoice No.: 455180
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

For Professional Services rendered through December 31, 2009

| | |
|---|---|
| Fees | $351.00 |
| **Total Fees and Disbursements** | **$351.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 455180  
January 29, 2010  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/21/09 | Jaffe | Reviewing EPA comments; email to team regarding same (0.6). | 0.6 |
| | | **Total Hours** | **0.6** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 455180  
January 29, 2010  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.6 | at | 585.00 | = | 351.00 |
| | Total Fees | | | | $351.00 |

| | | |
|---|---|---|
| Total Fees | | $351.00 |
| Total Fees and Disbursements | | $351.00 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

January 29, 2010
Invoice No.: 455180
Matter No.: 08743.00103

Re:   Wells G&H Superfund Site

Total Fees and Disbursements                                    $351.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 455180
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company