**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) <br> ) <br> **W.R. GRACE & CO., et al.,** ) <br> ) <br> **Debtors.** ) <br> ) | **Chapter 11** <br> **Case No. 01-01139 (JKF)** <br> **(Jointly Administered)** |

## **VERIFICATION**

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.  I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

2.  I have reviewed the Twenty-Second Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

> */S/ DAVID T. AUSTERN*
> DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 12TH DAY OF NOVEMBER, 2009

*/S/ DEBRA BAKER JONES*
Notary Public

My commission expires: 3/31/2010