# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W.R. GRACE & CO., <u>et al</u>. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Reference Docket No. 24292 |
| ) | |

## NOTICE OF DOCUMENT ENTERED IN ERROR
## (DOCKET NO. 24292)

On February 14, 2010, the Twenty Second Interim Quarterly Application of David T. Austern, Future PI Claimants' Representative, for Compensation and Reimbursement of Expenses for the Period July 1, 2009 through September 30, 2009 (the "Application"), was filed in the above-referenced proceedings (Docket No. 24292). The same Application was also filed February 112, 2010 (Docket No. 24279). Thus, the Application was inadvertently filed twice in the above-referenced proceedings.

The undersigned respectfully requests that the Application (Docket No. 24292) be marked as ENTERED IN ERROR.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/John C. Phillips, Jr.
JOHN C. PHILLIPS, JR. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern,
Future Claimants' Representative

Dated: February 15, 2010