## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF
### MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
                       SS:
NEW CASTLE COUNTY:

I Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Saul Ewing LLP, not less than 18 years of age and not a party to the matter concerning which service of process was made on February 16, 2010. I certify further that I caused the service of the:

**THIRTY-FIRST QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009**

was made on the following parties in the manner indicated on the attached service list

                                                              /s/ Melissa N. Flores
                                                              Melissa N. Flores

SWORN AND SUBSCRIBED before me this 16th day of February 2010.

                                                              /s/ Anthony J. Iannini
                                                               NOTARY

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2011

**W.R. GRACE**
**Fee Application Service List**

(Electronic Mail)
David Bernick, Esquire
Kirkland & Ellis
300 North La Salle
Chicago, IL 60654
**(Debtor's counsel)**

(Electronic Mail)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
W.R. Grace
Attn: Mark Shelnitz,
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
**(Debtor)**

(Federal Express & Electronic Mail)
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St.Paul, Suite 1250
Dallas, TX 75201
**(Fee Auditor)**

(Electronic Mail)
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
**(Official Committee of Property Damage Claimants)**

(Electronic Mail)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
**(Official Committee of Personal Injury Claimants)**

(Hand Delivery)
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
**(U.S. Trustee)**

(Electronic Mail)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
**(Official Committee of Unsecured Creditors)**

(Electronic Mail)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
919 North Market St. - 17th Floor
Wilmington, DE 19899-8705
**(Debtor's counsel)**

(Electronic Mail)
Neil B.Glassman, Esquire
Kate Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**(Counsel to Post-Petition Lender)**

61951

(Electronic Mail)
Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
**(Official Committee of Personal Injury Claimants)**

(Electronic Mail)
Ethel Holzberg
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

(Electronic Mail)
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W. Suite 900
Washington, DE 20005
**(Counsel to Post-Petition Lender)**

61951