## EXHIBIT A
### Form of Facility Agreement