Summary of PwC's Fees By Individual:
Thirty Fifth Interim Quarterly Reporting Period
October 1 - December 31, 2009

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Quarter Ended December 31, 2009

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 19.6 | $ 11,415.04 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $ 990.60 | 1.0 | $ 990.60 |
| Thomas McGuiness | Audit Partner | 20+ | Integrated Audit | $ 990.60 | 0.5 | $ 495.30 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 101.0 | $ 70,548.50 |
| Robert R. Keehan | Audit Partner | 20+ | Integrated Audit | $ 698.50 | 1.0 | $ 698.50 |
| John Bishop | Audit Partner | 10+ | Integrated Audit | $ 936.00 | 1.5 | $ 1,403.99 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 11.8 | $ 7,642.86 |
| Jesse Reed Tracey | Director | 12 | Integrated Audit | $ 577.85 | 0.7 | $ 404.50 |
| Jennifer Hoiyee Mak | Director | 10+ | Integrated Audit | $ 793.75 | 1.5 | $ 1,190.63 |
| Jennifer A James | Director | 17 | Integrated Audit | $ 698.50 | 4.8 | $ 3,352.80 |
| James E Donelson | Director | 9 | Integrated Audit | $ 551.20 | 1.0 | $ 551.20 |
| Timothy C Dreyer | Director | 36 | Integrated Audit | $ 551.20 | 1.0 | $ 551.20 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | $ 560.88 | 4.5 | $ 2,523.96 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 28.2 | $ 10,851.36 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 27.8 | $ 11,403.85 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 149.6 | $ 61,367.41 |
| Brian C Wiegmann | Audit Manager | 6 | Integrated Audit | $ 477.52 | 11.6 | $ 5,539.23 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 290.83 | 227.2 | $ 66,076.57 |
| Susan Seyfried | Audit Manager | 6 | Integrated Audit | $ 279.40 | 0.7 | $ 195.58 |
| Keith William Palmer | Audit Manager | 7 | Integrated Audit | $ 463.55 | 6.0 | $ 2,781.30 |
| Damien Hughes | Audit Manager | 9 | Integrated Audit | $ 428.64 | 5.6 | $ 2,400.39 |
| James C Horvath | Audit Senior Associate | 6 | Integrated Audit | $ 368.30 | 9.6 | $ 3,535.68 |
| Nathan Roller | Audit Senior Associate | 5 | Integrated Audit | $ 368.30 | 15.0 | $ 5,524.50 |

{02411}

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 263.3 | $ 59,855.99 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $ 220.98 | 87.9 | $ 19,424.14 |
| Karen Geung | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 36.6 | $ 8,878.09 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 53.6 | $ 11,706.24 |
| Todd S. Chesla | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 37.0 | $ 8,080.80 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 209.55 | 414.6 | $ 86,879.44 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 220.98 | 79.5 | $ 17,567.92 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | $ 351.12 | 19.9 | $ 6,987.28 |
| Katherine Leenhouts | Audit Associate | 3 | Integrated Audit | $ 260.35 | 6.0 | $ 1,562.10 |
| Elizabeth Sama | Audit Associate | 3 | Integrated Audit | $ 150.80 | 50.5 | $ 7,615.40 |
| George Edward Hannigan | Audit Associate | 2 | Integrated Audit | $ 170.18 | 46.0 | $ 7,828.28 |
| Shahin Rahmani | Audit Associate | 2 | Integrated Audit | $ 156.21 | 206.0 | $ 32,179.27 |
| Pailin Chaiprasertsiti | Audit Associate | 1 | Integrated Audit | $ 175.26 | 68.9 | $ 12,075.41 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 156.21 | 191.3 | $ 29,882.99 |
| Jorge Santiago Ocasio | Audit Associate | 1 | Integrated Audit | $ 138.43 | 6.0 | $ 830.58 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $ 156.21 | 263.5 | $ 41,161.34 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | $ 123.19 | 294.2 | $ 36,242.50 |
| Simon Painchaud-Ouellet | Audit Associate | 1 | Integrated Audit | $ 317.50 | 3.5 | $ 1,111.25 |
| Brian J Selden | Audit Associate | <1 | Integrated Audit | $ 153.67 | 110.1 | $ 16,919.07 |
| Ryan P Boyle | Audit Associate | 1 | Integrated Audit | $ 153.67 | 190.8 | $ 29,320.23 |
| Amber Lahde | Audit Associate | 1 | Integrated Audit | $ 109.22 | 7.0 | $ 764.54 |
| Totals | | | | | 3,067.4 | $ 708,317.81 |

{02411}

Summary of PwC's Fees By Project:
Thirty Fifth Interim Quarterly Reporting Period
October 1 - December 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 65.5 | $11,234.62 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

{02411}

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 3,067.4 | $708,317.81 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 3,132.9 | $719,552.43 |

PricewaterhouseCoopers LLP
Summary of Expenses
Thirty Fifth Interim Quarterly Reporting Period
October 1 - December 31, 2009

| Type of Expense | |
|---|---|
| Transportation | $ 17,762.77 |
| Lodging | $ 2,768.38 |
| Sundry | $ 199.14 |
| Business Meals | $ 995.19 |
| Grand Total for the Fee Period October 1 through December 31, 2009 | $ 21,725.48 |

{02411}