# EXHIBIT - A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

**ORDER APPROVING THIRTY-FIFTH QUARTERLY**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,**
**AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Thirty-fifth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period October 1, 2009 through December 31, 2009, dated February __, 2010 (the "Application"); and upon the Certification of Thomas E. Smith in support of the Application; and upon a hearing having been held before this Court to consider the Thirty-fifth Quarterly Fee Application; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Thirty-fifth Quarterly Fee Application is approved, and it is further

ORDERED that the compensation for services rendered in the amount of $708,317.81 (plus $11,234.62 for preparing the related fee applications) and expenses in the aggregate amount of $21,725.48 is hereby granted to PwC.

Dated: _____, 2009

                                                                                              Judith K. Fitzgerald
                                                                                              United States Bankruptcy Judge

{02411}