## EXHIBIT A

### Case Administration (42.00 Hours; $ 13,297.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $920 | 92.00 |
| Peter Van N. Lockwood | 3.00 | $840 | 2,520.00 |
| Rita C. Tobin | 4.80 | $530 | 2,544.00 |
| Jeffrey A. Liesemer | .40 | $495 | 198.00 |
| Andrew J. Sackett | 2.70 | $295 | 796.50 |
| Michael C. Green | 3.00 | $235 | 705.00 |
| Erroll G. Butts | 24.00 | $235 | 5,640.00 |
| Eugenia Benetos | 2.20 | $205 | 451.00 |
| Alan J. Payne | 1.80 | $195 | 351.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/2/2009 | PVL | 840.00 | 0.10 | Review Sinclair memos. |
| 10/5/2009 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/5/2009 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/7/2009 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 10/7/2009 | MCG | 235.00 | 3.00 | Per NDF, assemble case materials for use at continuation of confirmation hearing. |
| 10/9/2009 | PVL | 840.00 | 0.10 | Review draft Hurford memo and reply. |
| 10/13/2009 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/13/2009 | EGB | 235.00 | 9.00 | Prepare and get documents for Counsel as needed during the trial |
| 10/14/2009 | EGB | 235.00 | 10.00 | Prepare and get documents for Counsel as needed during the trial. Clean up trial room; assisted Kirkland and Ellis with Boxes and clean up. |
| 10/14/2009 | RCT | 530.00 | 1.20 | Review exhibits (1.2) |
| 10/15/2009 | PVL | 840.00 | 0.20 | Review 13 misc filings. |

| | | | | |
|---|---|---|---|---|
| 10/15/2009 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to confirmation issues. |
| 10/19/2009 | PVL | 840.00 | 0.10 | Review 19 misc filings. |
| 10/19/2009 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/20/2009 | PVL | 840.00 | 0.10 | Review 5 misc. filings. |
| 10/23/2009 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 10/25/2009 | EGB | 235.00 | 5.00 | Cite check Grace Brief and review edits made by M. Fanone for N. Finch |
| 10/26/2009 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 10/26/2009 | EB | 205.00 | 1.00 | Review, classify, and annotate relevant material for EI re conference calls, draft memo. |
| 11/3/2009 | PVL | 840.00 | 0.10 | Review 9 misc filings. |
| 11/4/2009 | RCT | 530.00 | 0.50 | Review Initial Report/mark-up for analysis (0.5) |
| 11/11/2009 | PVL | 840.00 | 0.10 | Review agenda and email Hurford. |
| 11/12/2009 | RCT | 530.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 11/13/2009 | PVL | 840.00 | 0.20 | Review 17 misc. filings. |
| 11/16/2009 | EB | 205.00 | 0.20 | Perform review of fee exhibit schedule to ensure that we are up to date with payments requested. |
| 11/16/2009 | PVL | 840.00 | 0.10 | Review 6 misc. filings. |
| 11/23/2009 | PVL | 840.00 | 0.70 | Attend telephonic omni hearing (.6); review 6 misc. filings (.1). |
| 11/24/2009 | PVL | 840.00 | 0.20 | Review 19 misc filings. |
| 11/28/2009 | PVL | 840.00 | 0.10 | Review 3 misc filings. |
| 11/30/2009 | PVL | 840.00 | 0.10 | Review 7 misc. filings. |

| 12/3/2009 | AJS | 295.00 | 0.10 | Prep of email to ACM regarding settlement. |
| 12/3/2009 | AJS | 295.00 | 2.60 | Review of Plan. |
| 12/7/2009 | PVL | 840.00 | 0.10 | Review agenda and email Hurford. |
| 12/8/2009 | PVL | 840.00 | 0.10 | Review 7 misc. filings. |
| 12/8/2009 | RCT | 530.00 | 0.20 | Rev. local counsel and dockets re EI update (0.2) |
| 12/10/2009 | EB | 205.00 | 0.50 | Emails with Katie Hemming re: payment requests. |
| 12/15/2009 | PVL | 840.00 | 0.10 | Review 8 misc filings. |
| 12/15/2009 | RCT | 530.00 | 0.20 | Rev. local counsel and dockets re EI update (0.2) |
| 12/17/2009 | RCT | 530.00 | 1.50 | Review Exhibits (1.5) |
| 12/18/2009 | EB | 205.00 | 0.50 | Emails with Katie Hemming re: payment schedule. Email EI re: payment schedule. |
| 12/22/2009 | RCT | 530.00 | 0.20 | Review local counsel and dockets re EI update (0.2) |
| 12/22/2009 | PVL | 840.00 | 0.10 | Review five miscellaneous filings. |
| 12/29/2009 | PVL | 840.00 | 0.10 | Review nine miscellaneous filings. |
| 12/30/2009 | AJP | 195.00 | 1.80 | Rename Westlaw files. |
| 12/31/2009 | EI | 920.00 | 0.10 | Read Sinclair materials. |

**Total Task Code .04**        **42.00**


## Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 420.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $840 | 420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/2/2009 | PVL | 840.00 | 0.40 | Review Judge Buckwalter op. re CA PD claims. |

| 11/11/2009 | PVL | 840.00 | 0.10 | Review motion re Solow settlement. |

**Total Task Code .05**          **.50**

## Employee Benefits/Pension (.10 Hours; $ 92.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .10 | | $920 | 92.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/14/2009 | EI | 920.00 | 0.10 | Memo Sinclair re: pension plan (.1). |

**Total Task Code .08**          **.10**

## Fee Applications, Applicant (34.70 Hours; $ 15,459.50)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Iselbuch | | .40 | | $920 | 368.00 |
| Rita C. Tobin | | 24.80 | | $530 | 13,144.00 |
| Eugenia Benetos | | 7.00 | | $205 | 1,435.00 |
| Shirley D. Chisolm | | 2.50 | | $205 | 512.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2009 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 10/5/2009 | EB | 205.00 | 0.50 | Perform review of CNO.  Email local counsel re: pending payments. |
| 10/8/2009 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 10/20/2009 | RCT | 530.00 | 1.00 | Review fee applications (1.0) |
| 10/20/2009 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |

| 10/21/2009 | RCT | 530.00 | 0.50 | Address fee matters (0.5) |
| 10/22/2009 | EI | 920.00 | 0.20 | Review of fee application and t/cs NDF and JR re: same. |
| 10/22/2009 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 10/23/2009 | EI | 920.00 | 0.20 | Billing issues. |
| 10/26/2009 | EB | 205.00 | 1.00 | T/C with APB; conference with EI re paralegal entries. |
| 10/30/2009 | RCT | 530.00 | 0.20 | Review fee application schedules for October (0.2) |
| 11/9/2009 | RCT | 530.00 | 3.00 | Address fee auditors issues (1.5); review prebills (1.5) |
| 11/10/2009 | EB | 205.00 | 1.00 | Work on interim fee application.  Added language re: paralegal time billed cut-down for EI's review. |
| 11/11/2009 | RCT | 530.00 | 1.50 | Address fee issues (.5); address fee auditor issues (1.0) |
| 11/12/2009 | RCT | 530.00 | 1.00 | Review fee records re confirmation hearing fees/expenses (1.0) |
| 11/12/2009 | EB | 205.00 | 1.00 | Review Grace fee application for interim filing and distribute to local counsel for filing. |
| 11/17/2009 | RCT | 530.00 | 1.00 | Address fee/fee auditor issues (1.0) |
| 11/18/2009 | RCT | 530.00 | 1.50 | Review prebills (1.5) |
| 11/19/2009 | RCT | 530.00 | 0.40 | Address fee issues (0.4) |
| 11/20/2009 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 11/20/2009 | SDC | 205.00 | 1.00 | Work on Monthly fee application |
| 11/23/2009 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 11/23/2009 | RCT | 530.00 | 1.50 | Review fee applications (1.5) |

| 11/24/2009 | RCT | 530.00 | 4.30 | Collect information for fee auditor (1.5); draft fee auditor response (2.5); emails PVNL re fee auditor response (0.3) |
| 12/2/2009 | EB | 205.00 | 1.00 | Work on monthly fee application. |
| 12/4/2009 | RCT | 530.00 | 1.00 | Address fee matters (1.0) |
| 12/8/2009 | RCT | 530.00 | 0.20 | Address fee issues (0.2) |
| 12/10/2009 | RCT | 530.00 | 1.00 | Address fee and payment issues (1.0) |
| 12/11/2009 | RCT | 530.00 | 0.50 | Rev. fee app. schedules for 2010 (0.5) |
| 12/16/2009 | RCT | 530.00 | 1.20 | Review prebills (1.2) |
| 12/18/2009 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 12/21/2009 | RCT | 530.00 | 1.00 | Rev. fee apps, payment records 2009 (1.0) |
| 12/21/2009 | SDC | 205.00 | 1.00 | Work on Monthly Fee Application |
| 12/21/2009 | SDC | 205.00 | 0.50 | Prepared fee and expense report for fee application exhibit |

**Total Task Code .12**     **34.70**

## Litigation and Litigation Consulting (1,264.60 Hours; $ 596,874.50)

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 23.70 | $920 | 21,804.00 |
| Peter Van N. Lockwood | 59.10 | $840 | 49,644.00 |
| Bernard Bailor | 81.20 | $630 | 51,156.00 |
| Nathan D. Finch | 154.40 | $610 | 94,184.00 |
| Leslie M. Kelleher | 1.50 | $550 | 825.00 |
| Jeffrey A. Liesemer | 61.50 | $495 | 30,442.50 |
| Kevin C. Maclay | 210.60 | $495 | 104,247.00 |
| James P. Wehner | 325.40 | $495 | 161,073.00 |
| Jeanna Rickards Koski | 83.00 | $320 | 26,560.00 |
| Andrew J. Sacket | 50.60 | $295 | 14,927.00 |
| Erroll G. Butts | 9.00 | $235 | 2,115.00 |

| Samira A. Taylor | 7.90 | $195 | 1,540.50 |
| Marissa A. Fanone | 155.70 | $195 | 30,361.50 |
| Sarah Joy DelSavio | 41.00 | $195 | 7,995.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2009 | KCM | 495.00 | 3.90 | Review/analyze correspondence (.4); review/analyze trial transcript and related materials (2.2); organize files (.6); review/analyze evidentiary outline and related materials (.7) |
| 10/1/2009 | JAL | 495.00 | 0.20 | Review and analysis of materials in prep. for post-trial briefing on confirmation issues. |
| 10/1/2009 | BSB | 630.00 | 1.20 | Read pleadings. |
| 10/1/2009 | MAF | 195.00 | 4.50 | Compile and organize Admitted Garlock Trial Exhibits (2); cross reference Master Admitted Exhibits List with exhibits shown to witnesses by the Plan Proponents (1.5); retrieve various Plan Proponents Trial Exhibits for attorney review (1). |
| 10/1/2009 | JMR | 320.00 | 7.90 | Prepare brief regarding expert report; work with expert to obtain declaration (5.6); continue to draft post-trial brief (2.3) |
| 10/1/2009 | NDF | 610.00 | 2.10 | Review transcript for post trial briefing purposes. |
| 10/2/2009 | NDF | 610.00 | 4.30 | Work on post trial briefing and brief re Peterson testimony. |
| 10/2/2009 | JMR | 320.00 | 2.60 | Continue to prepare post-trial brief |
| 10/2/2009 | JPW | 495.00 | 7.60 | Review Garlock exhibits (1.0); research and draft post-trial briefs (5.6); e-mails re exhibit issues (1.0) |
| 10/2/2009 | BSB | 630.00 | 6.90 | Conference with NDF (.2); read pleadings (6.7). |
| 10/2/2009 | JAL | 495.00 | 0.30 | E-mail exchanges w/PVNL and NDF re: confirmation hearing and post-trial briefing. |
| 10/2/2009 | KCM | 495.00 | 2.80 | Review/analyze correspondence, trial transcript and evidentiary outline |
| 10/4/2009 | NDF | 610.00 | 2.00 | Work on post trial and Daubert argument materials. |

| | | | | |
|---|---|---|---|---|
| 10/5/2009 | NDF | 610.00 | 2.30 | Work on post trial brief and prepare for resumption of hearing (2.0); teleconference with E. Liebenstein re Zilly (0.3). |
| 10/5/2009 | JPW | 495.00 | 8.00 | Conference calls with Plan Proponents re exhibits (1.2); telephonic meet and confer with objectors re exhibits and deposition designations (1.5); draft post-trial brief (4.9); e-mails re exhibits, confirmation issues (.4) |
| 10/5/2009 | EI | 920.00 | 1.60 | Memo re: pension plan (.1); t/c Frankel re: status (.1); t/c PVNL re: Libby (.2); review of Cohn material and memo to Cohn (1.0); t/c PVNL re: property damage order (.2). |
| 10/5/2009 | KCM | 495.00 | 4.30 | Plan/prepare for and attend conference call with Plan Proponent re exhibit stipulations and designation issues (1.3); meet with JPW and plan/prepare for and attend telephone call with R. Horkavich re document issues (.2); plan/prepare for and attend telephone conference with Plan Proponents and Plan objectors re exhibits and deposition designations (1.2); review/analyze various proposed stipulations and exhibit lists (.8); organize files (.5); review/analyze correspondence (.3) |
| 10/6/2009 | KCM | 495.00 | 3.40 | Review/analyze transcript (.8); review/analyze correspondence and draft stipulations and exhibits and communicate with NDF and PVNL re same (2.6) |
| 10/6/2009 | JAL | 495.00 | 1.80 | Review and analysis of materials in prep. for post-trial briefing. |
| 10/6/2009 | NDF | 610.00 | 2.50 | Work on post trial matters. |
| 10/6/2009 | JPW | 495.00 | 8.20 | E-mails re confirmation issues (.4); research and draft post-trial brief (7.2); meet with KCM re post-trial brief (.6) |
| 10/7/2009 | JPW | 495.00 | 6.10 | Research draft proposed findings of law (5.9); e-mails re confirmation evidence (.2) |
| 10/7/2009 | MAF | 195.00 | 3.00 | Prepare trial materials for Confirmation Hearing. |

| 10/7/2009 | NDF | 610.00 | 5.50 | Review transcript and work on outline of key medical testimony for post trial and Daubert briefing. |
| 10/7/2009 | EI | 920.00 | 0.80 | T/c Cohn/Heberling re: Libby status (.5); memo to Frankel re: Libby status (.1); motions re: ART and pension (.2). |
| 10/7/2009 | JAL | 495.00 | 4.30 | Drafting and revisions to post-trial brief on confirmation issues. |
| 10/7/2009 | JAL | 495.00 | 2.00 | Review and analysis of draft stipulations re: confirmation hearing evidence and e-mail exchanges w/PVNL re: same. |
| 10/7/2009 | KCM | 495.00 | 0.90 | Review/analyze stipulations and exhibits, correspondence and communicate with PVNL re same |
| 10/8/2009 | JAL | 495.00 | 0.10 | Drafted e-mail to NDF re: post-trial briefing issue. |
| 10/8/2009 | JAL | 495.00 | 4.30 | Drafting and revisions to post-trial brief on confirmation issues. |
| 10/8/2009 | NDF | 610.00 | 7.70 | Teleconference with Peterson re computations (1.0); edit declaration re same (0.7); prepare for resumption of confirmation hearing and daubert arguments (4.0); prepare post trial briefing (1.8); confer with JPW and JMR re same (0.2). |
| 10/8/2009 | JMR | 320.00 | 8.40 | Continue to prepare post-trial brief |
| 10/8/2009 | MAF | 195.00 | 8.00 | Prepare trial materials for Confirmation Hearing. |
| 10/8/2009 | JPW | 495.00 | 8.50 | Meet with JMR and NDF re post-trial brief (.5); read memo on Moolgard testimony (.6); e-mails re confirmation issues (.3); research and draft post-trial brief (7.1) |
| 10/9/2009 | JPW | 495.00 | 5.90 | Research and draft post-trial brief (5.3); review JMR section (.6) |
| 10/9/2009 | JMR | 320.00 | 6.30 | Continue to prepare post-trial brief |
| 10/9/2009 | NDF | 610.00 | 5.70 | Prepare for daubert argument (2.5); edit Peterson declaration (0.6); teleconference with Peterson and |

|  |  |  |  | Relles re computations and declaration (0.5); teleconference with E. Liebenstein re brief (0.5); edit brief re Peterson (0.7); email re exhibits for same (0.4); review 9/11 transcript for corrections (0.5). |
|---|---|---|---|---|
| 10/9/2009 | JAL | 495.00 | 0.50 | Further drafting and revisions on post-trial brief. |
| 10/9/2009 | JAL | 495.00 | 0.20 | Reviewed proposed order governing post-trial schedule. |
| 10/9/2009 | KCM | 495.00 | 2.40 | Review/analyze transcript (2.2); review/analyze correspondence (.2) |
| 10/10/2009 | JPW | 495.00 | 2.80 | Research and draft post-trial brief |
| 10/11/2009 | NDF | 610.00 | 2.20 | Prepare for confirmation hearing - exhibits and daubert argument (2.0); teleconference with Morgan re exhibits needed (0.2). |
| 10/11/2009 | KCM | 495.00 | 5.10 | Review/analyze trial transcript (4.2); plan/prepare for post-trial brief (.9) |
| 10/12/2009 | KCM | 495.00 | 1.90 | Review/analyze trial transcript (1.8); review/analyze correspondence (.1) |
| 10/12/2009 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges re: confirmation hearing. |
| 10/12/2009 | JAL | 495.00 | 0.10 | Reviewed draft proffer to R. Finke. |
| 10/12/2009 | JMR | 320.00 | 4.30 | Continue to prepare post-trial brief |
| 10/12/2009 | JPW | 495.00 | 7.60 | Research and draft post-trial brief (7.3); e-mails with JMR re post-trial brief (.3) |
| 10/12/2009 | NDF | 610.00 | 5.50 | Read trial transcripts and prepare for daubert argument re Libby (4.7); review and edit draft motion re Peterson/Zilly testimony (0.5); confer with PVNL re case issue (0.3). |
| 10/13/2009 | NDF | 610.00 | 12.00 | Attend confirmation hearing (10.5); prepare for daubert argument (1.0); review Garlock exhibits (0.5). |
| 10/13/2009 | BSB | 630.00 | 6.90 | Medical articles review and file. |

| 10/13/2009 | MAF | 195.00 | 11.00 | Attend Confirmation Hearing. |
|---|---|---|---|---|
| 10/13/2009 | JPW | 495.00 | 8.80 | E-mails re confirmation (.2); meet with JMR re post-trial brief (x2) (.5); meet with JMR re post-trial brief (x2) (.4); review and edit post-trial brief (6.1); meet with KCM re insurance testimony (.5); review trial transcript (1.1) |
| 10/13/2009 | JMR | 320.00 | 3.70 | Post-trial briefing |
| 10/13/2009 | KCM | 495.00 | 7.20 | Draft/revise post-trial brief and review/analyze related materials (6.8); review/analyze Horkavich memo and related materials and correspondence (.4) |
| 10/14/2009 | JAL | 495.00 | 0.10 | Reviewed draft of post-trial order. |
| 10/14/2009 | JAL | 495.00 | 0.10 | Brief review of confirmation hearing transcript. |
| 10/14/2009 | JMR | 320.00 | 5.50 | Post-trial briefing |
| 10/14/2009 | JPW | 495.00 | 8.50 | Meet with JMR re post-trial brief (.2); revise and edit post-trial brief (6.8); telephone conference with NDF re post-trial brief (.3); e-mails re post-trial brief (1.2) |
| 10/14/2009 | MAF | 195.00 | 6.00 | Attend Confirmation Hearing (6). |
| 10/14/2009 | BSB | 630.00 | 4.70 | Medical articles. |
| 10/14/2009 | NDF | 610.00 | 4.50 | Attend confirmation hearing (4.0); prepare for argument (0.5). |
| 10/15/2009 | BSB | 630.00 | 5.90 | Analysis of medical testimony (5.9). |
| 10/15/2009 | NDF | 610.00 | 2.90 | Prepare for call re order (0.3); teleconference with co-plan proponents re post trial briefing (0.5); confer with JPW and JAL re same (0.5); draft citation conventions (0.2); read memo re legal issue (0.5); review transcript of daubert arguments for use in post trial briefing (0.9). |
| 10/15/2009 | JPW | 495.00 | 9.70 | E-mails re post-trial briefing (.7); revise and edit post-trial brief (6.7); telephone conference with Plan Proponents re post-trial brief (1.2); meet with NDF and JAL re post-trial brief (.3); meet with |

| | | | | |
|---|---|---|---|---|
| | | | | KCM re insurance issues (.3); review balloting declarations (.5) |
| 10/15/2009 | JAL | 495.00 | 2.30 | Review and analysis of materials in prep of post trail confirmation briefing. |
| 10/15/2009 | JAL | 495.00 | 0.30 | Prep. for conf. call on post-trial briefing. |
| 10/15/2009 | JAL | 495.00 | 0.90 | Conf. call w/PVNL, NDF and Plan Proponents re: post-trial briefing. |
| 10/15/2009 | JAL | 495.00 | 0.90 | Office conf. w/NDF and JPW re: post-trial briefing. |
| 10/16/2009 | JPW | 495.00 | 6.30 | Revise and edit post-trial briefs (5.6); e-mails re post-trial brief (.3); review draft order (.2); e-mails re demonstratives (.2) |
| 10/16/2009 | JMR | 320.00 | 1.80 | Review transcripts in preparation for meeting re insurance brief, attend meeting |
| 10/16/2009 | KCM | 495.00 | 1.70 | Plan/prepare for and meet with JMR and with JMR, PVNL and NDF re post-trial briefs and review/analyze related materials (1.5); review/analyze correspondence (.2) |
| 10/16/2009 | BSB | 630.00 | 5.20 | Work on medical issues. |
| 10/16/2009 | NDF | 610.00 | 2.80 | Post trial briefing and other plan confirmation issues. |
| 10/17/2009 | KCM | 495.00 | 2.10 | Draft/revise post-trial brief and review/analyze related cases and materials |
| 10/18/2009 | KCM | 495.00 | 4.90 | Draft/revise post-trial brief and review/analyze related cases and materials |
| 10/19/2009 | KCM | 495.00 | 2.10 | Review/analyze materials re briefs and correspondence and draft/revise brief section |
| 10/19/2009 | NDF | 610.00 | 4.60 | Review and edit outline of brief sent by K&E (1.0); review trial record for post trial briefing edits and commentary on same (3.6). |
| 10/19/2009 | BSB | 630.00 | 4.80 | Work on medical issues. |

| 10/19/2009 | JAL | 495.00 | 3.90 | Further drafting and revisions to post-trial confirmation brief. |
| 10/19/2009 | JAL | 495.00 | 0.10 | Reviewed PVNL's comments on post-trial brief outline. |
| 10/19/2009 | JPW | 495.00 | 8.10 | E-mails re post-trial brief (.3); review Libby outline (.4); telephone conference with KCM re post-trial brief (.2); revise and edit Libby post-trial brief (7.2) |
| 10/20/2009 | JPW | 495.00 | 6.90 | Revise and edit Libby post-trial brief (6.3); e-mails re post-trial brief (.6) |
| 10/20/2009 | JAL | 495.00 | 0.50 | Further revisions and editing to post-trial confirmation brief. |
| 10/20/2009 | JAL | 495.00 | 0.80 | Review and analysis of revised outline of post-trial brief. |
| 10/20/2009 | MAF | 195.00 | 4.00 | Compile and organize final Confirmation Hearing transcripts (1.5); organize Plan Proponents trial exhibits on the J drive (2.5). |
| 10/20/2009 | BSB | 630.00 | 4.90 | Read new materials for medical file. |
| 10/20/2009 | KCM | 495.00 | 3.00 | Draft/revise post-trial brief and review/analyze related materials (2.9); review/analyze correspondence (.1) |
| 10/20/2009 | NDF | 610.00 | 3.50 | Work on post trial briefing. |
| 10/21/2009 | KCM | 495.00 | 4.70 | Draft/revise brief section and review/analyze related cases and materials (4.3); review/analyze correspondence and section of brief (.4) |
| 10/21/2009 | JPW | 495.00 | 8.30 | Revise Libby post-trial brief (6.8); meet with NDF re post-trial brief (.4); e-mails re damages research (1.1) |
| 10/22/2009 | JPW | 495.00 | 6.80 | Telephone conference with PVNL and NDF re post-trial brief (.4); telephone conference with NDF re post-trial brief (.2); revise and edit post-trial brief (5.9); meet with MAF re cite check (.3) |
| 10/22/2009 | MAF | 195.00 | 3.00 | Cite check Post Trial Memo re Libby issues. |

| 10/22/2009 | KCM | 495.00 | 3.40 | Review/analyze correspondence re briefs (.3); draft/revise brief and review/analyze related cases and materials (3.1) |
| 10/22/2009 | SAT | 195.00 | 3.10 | Cite check and edit Phase II Post-trial brief re: Libby issues. |
| 10/22/2009 | BSB | 630.00 | 5.30 | Work on medical database. |
| 10/22/2009 | NDF | 610.00 | 2.50 | Review, revise and edit draft Libby brief and exchange emails re same (1.0); review record materials for post trial briefing (1.5). |
| 10/23/2009 | BSB | 630.00 | 4.90 | Continue work on medical database. |
| 10/23/2009 | NDF | 610.00 | 3.70 | Work on post trial briefing. |
| 10/23/2009 | KCM | 495.00 | 3.20 | Draft/revise brief and review/analyze related briefs, cases and transcripts and other materials |
| 10/23/2009 | JPW | 495.00 | 4.20 | Meet and confer re exhibits (.6); review admitted exhibit lists (1.9); e-mails re telephone conference; exhibits (.5); review 524(g) arguments (1.2) |
| 10/25/2009 | KCM | 495.00 | 5.20 | Draft/revise brief and review/analyze cases and materials |
| 10/26/2009 | BSB | 630.00 | 5.60 | Research article for NDF (.5); work on medical database (5.1). |
| 10/26/2009 | NDF | 610.00 | 4.00 | Work on post trial briefing matters. |
| 10/26/2009 | KCM | 495.00 | 4.00 | Plan/prepare for and meet with JAL and telephone conference with Debtor re briefs (.1); draft/revise brief and review/analyze related materials (3.9) |
| 10/26/2009 | JPW | 495.00 | 2.10 | Review draft confirmation argument, post-trial brief segments (1.6); e-mails re post-trial briefs (.2); meet with KCM re post-trial briefs (.3) |
| 10/26/2009 | JMR | 320.00 | 4.40 | Draft section of insurance brief |
| 10/26/2009 | JAL | 495.00 | 2.70 | Review and analysis of materials relating to post-trial briefing. |
| 10/26/2009 | JAL | 495.00 | 0.30 | Review and analysis of outlines for post-trial briefs. |

| 10/26/2009 | JAL | 495.00 | 0.30 | Conf. call w/Plan Proponents' counsel re: post-trial briefing. |
| 10/26/2009 | JAL | 495.00 | 0.10 | Office conf. w/NDF re: post-trial briefing. |
| 10/26/2009 | JAL | 495.00 | 0.10 | Tele. call w/KCM and T. Freedman re: post-trial briefing. |
| 10/26/2009 | JAL | 495.00 | 0.10 | Tele. call w/EGB re: post-trial briefing. |
| 10/27/2009 | JAL | 495.00 | 2.20 | Review and analysis of draft sections of post-trial briefs. |
| 10/27/2009 | JPW | 495.00 | 2.70 | Review Grace post-trial brief inserts (2.2); e-mails re same (.5) |
| 10/27/2009 | KCM | 495.00 | 5.80 | Review/analyze brief sections, related materials and correspondence (.9); draft/revise brief, review/analyze related cases and materials and communicate with JMR and NDF re same (4.9) |
| 10/27/2009 | NDF | 610.00 | 5.60 | Exchange emails re edits and reviews of various post trial briefs (3.5); research case law re 7 amendment argument (2.1). |
| 10/27/2009 | BSB | 630.00 | 3.90 | Medical issues research (3.9). |
| 10/28/2009 | BSB | 630.00 | 0.60 | Pleadings. |
| 10/28/2009 | NDF | 610.00 | 2.70 | Revise and edit post trial briefs with legal and factual research re same (2.3); exchange emails with PVNL re various (0.4). |
| 10/28/2009 | KCM | 495.00 | 7.70 | Draft/revise briefs and communicate with PVNL and Debtor re same (6.7); review/analyze correspondence re briefing and related draft sections (1.0) |
| 10/28/2009 | JPW | 495.00 | 9.00 | Review edits to Libby brief (.7); e-mails re Libby brief (.4); edit Libby brief (4.9); research confirmation issue (2.3); telephone conference with H,. Bloom re brief (.2); review insurance brief; meet with KCM re insurance brief (.5) |

| 10/28/2009 | JMR | 320.00 | 7.80 | Draft section of main brief regarding the TDP (4.6); revise sections of the insurance brief (3.2) |
| 10/28/2009 | MAF | 195.00 | 2.50 | Compile and organize admitted trial exhibits for all parties. |
| 10/28/2009 | JAL | 495.00 | 0.80 | Review and analysis of materials in connection with post-trial confirmation briefing. |
| 10/28/2009 | JAL | 495.00 | 0.30 | Reviewed e-mails from PVNL and NDF re: post-trial briefs. |
| 10/28/2009 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: scheduling on post-trial briefs. |
| 10/28/2009 | JAL | 495.00 | 0.10 | Telephone call w/J. Guy re: post-trial briefing. |
| 10/28/2009 | JAL | 495.00 | 0.60 | Drafted and revised memo to EI, PVNL and NDF re: post-trial briefing. |
| 10/28/2009 | JAL | 495.00 | 1.80 | Drafted and revised memo to Plan Proponents' counsel re: confirmation issues. |
| 10/29/2009 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between PVNL and NDF re: post-trial briefing. |
| 10/29/2009 | JAL | 495.00 | 2.40 | Reviewed and provide comments on draft sections of post-trial briefs. |
| 10/29/2009 | JAL | 495.00 | 0.60 | Drafted and revised e-mails to KCM (x2) re: comments on post-trial brief. |
| 10/29/2009 | MAF | 195.00 | 6.00 | Compile and organize admitted trial exhibits for all parties (1); cite check Post Trial Brief re Libby Claimants (5). |
| 10/29/2009 | JPW | 495.00 | 6.50 | E-mails re post-trial briefs (2.1); review draft post-trial brief sections (2.0); edit post-trial briefs (1.9); telephone conference with EGB re paralegal assistance (.2); meet with KCM re TAC issues (.3) |
| 10/29/2009 | JMR | 320.00 | 3.80 | Revise sections of brief |
| 10/29/2009 | KCM | 495.00 | 9.60 | Draft/revise brief, communicate with Debtor re same and review/analyze related cases, materials and correspondence |

| | | | | |
|---|---|---|---|---|
| 10/29/2009 | NDF | 610.00 | 4.50 | Work on post trial briefing issues. |
| 10/30/2009 | NDF | 610.00 | 2.70 | Review and respond to Harding emails re legal issues (1.1); post trial briefs (1.6). |
| 10/30/2009 | BSB | 630.00 | 1.20 | Read pleadings. |
| 10/30/2009 | KCM | 495.00 | 5.30 | Draft/revise brief and review/analyze brief, cases and materials, and correspondence |
| 10/30/2009 | SAT | 195.00 | 4.80 | Cite check revised Insurance Brief. |
| 10/30/2009 | JMR | 320.00 | 2.20 | Revise sections of brief |
| 10/30/2009 | JPW | 495.00 | 9.40 | E-mails re post-trial briefs (2.3); revise post-trial brief re Libby (2.7); review brief segments (1.8); draft inserts for main trial briefs (2.1); meet with KCM re post-trial briefing (.5) |
| 10/30/2009 | MAF | 195.00 | 2.00 | Cite check Post Trial Brief re Libby Claimants (1); compile and organize admitted trial exhibits for all parties (1). |
| 10/30/2009 | JAL | 495.00 | 0.60 | Review and analysis of e-mail correspondence relating to post-trial briefing. |
| 10/30/2009 | JAL | 495.00 | 1.80 | Review of drafts of post-trial confirmation briefs. |
| 10/31/2009 | JPW | 495.00 | 2.10 | Review main confirmation brief (1.9); e-mails re same (.2) |
| 11/1/2009 | JPW | 495.00 | 8.80 | Revise and finalize Libby brief (7.3); draft insert for main brief (.8); telephone conference with Plan Proponents re briefs (.7) |
| 11/1/2009 | JAL | 495.00 | 1.00 | Conf. call w/Plan Proponents' counsel on post-trial briefs. |
| 11/1/2009 | JAL | 495.00 | 0.20 | Reviewed edits made to main post-trial brief. |
| 11/1/2009 | JAL | 495.00 | 0.50 | Second conf. call w/Plan Proponents re: post-trial briefs. |
| 11/1/2009 | PVL | 840.00 | 3.30 | Review email and reply (.6); review revised draft conf briefs (1.3); teleconference Bernick, |

| | | | | |
|---|---|---|---|---|
| | | | | Freedman, Harding, Boll, Guy, NDF, JAL, KCM et al (1.4). |
| 11/1/2009 | KCM | 495.00 | 6.70 | Plan/prepare for and attend telephone conference re briefs with Plan Proponent (.8); plan/prepare for and attend second telephone conference re briefs with Plan Proponents (.6); draft/revise brief sections and review/analyze related materials (5.3) |
| 11/1/2009 | JAL | 495.00 | 2.90 | Reviewed and provided comments on draft post-trial briefs. |
| 11/1/2009 | EGB | 235.00 | 9.00 | Cite Check brief for N. Finch, review edits as needed. |
| 11/1/2009 | JMR | 320.00 | 6.50 | Review, revise and finalize post-trial brief |
| 11/2/2009 | JMR | 320.00 | 11.60 | Review, revise and finalize post-trial brief |
| 11/2/2009 | KCM | 495.00 | 7.40 | Review/analyze and draft/revise post-trial brief and review/analyze related materials and correspondence (4.9); review/analyze filed briefs (2.5) |
| 11/2/2009 | PVL | 840.00 | 0.90 | Review email and reply (.7); review revised draft Libby brief (.2). |
| 11/2/2009 | BSB | 630.00 | 4.80 | Work on medical database (1.3), read briefs (3.5). |
| 11/2/2009 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and NDF re: post-trial briefing. |
| 11/2/2009 | JAL | 495.00 | 0.90 | Drafted and revised insert for post-trial brief. |
| 11/2/2009 | JAL | 495.00 | 0.10 | Tele. call w/E. Leibenstein re: insert to post-trial brief. |
| 11/2/2009 | NDF | 610.00 | 4.70 | Review of and final edits to post trial briefs. |
| 11/2/2009 | EI | 920.00 | 0.30 | Memo Horkovich re: status (.1); memo Baron re: Texas law question (.1); memo Frankel re: CNA discussion status (.1). |
| 11/2/2009 | MAF | 195.00 | 12.50 | Cite check and edit Phase II Post Trial Brief re Libby Issues. |

| 11/2/2009 | JPW | 495.00 | 13.00 | Revise, edit and finalize Libby post-trial brief (10.4); e-mails re brief (1.9); meet with NDF re edits (.5); telephone conference with M. Hurford re filing (x3) (.2) |
|---|---|---|---|---|
| 11/3/2009 | JPW | 495.00 | 6.80 | E-mails re post-trial briefing (.7); meet with KCM and NDF re post-trial briefs (.9); review and read post-trial briefs (5.2) |
| 11/3/2009 | NDF | 610.00 | 4.00 | Read post trial briefs filed by plan objectors (3.5); outline response to Libby (0.5). |
| 11/3/2009 | JAL | 495.00 | 0.40 | Brief review of post-trial briefs. |
| 11/3/2009 | JAL | 495.00 | 0.10 | Drafted e-mail to NDF re: post-trial briefs. |
| 11/3/2009 | JAL | 495.00 | 2.40 | Review and analysis of post-trial briefs. |
| 11/3/2009 | BSB | 630.00 | 4.70 | Read briefs (4.7). |
| 11/3/2009 | KCM | 495.00 | 1.90 | Review/analyze post-trial brief and plan/prepare response |
| 11/3/2009 | PVL | 840.00 | 3.80 | Review objectors' post-trial briefs (1.4); review email and reply (.2); review Grace PT brief re Bank Lender issues (.8); review Libby cls PT brief (.9); review PDFCR PT brief (.2); review Arrowood PT brief (.3). |
| 11/4/2009 | PVL | 840.00 | 4.70 | Review MCC PT brief (.4); review Seaton PT brief (.6); teleconference Wyron (1.4); review email and reply (.4); review revised draft Edwards agmt and exhibits (.3); confer ACM (.2); review Kritzer memo (.2); review Hartford PT brief and Federal, Axa and Zurich joinders (.3); review Geico PT brief (.1); review Longacre PT brief (.3); review Montana PT brief (.2); review BNSF PT brief (.3). |
| 11/4/2009 | KCM | 495.00 | 1.40 | Review/analyze briefs, correspondence and related memo |
| 11/4/2009 | BSB | 630.00 | 5.10 | Read briefs. |
| 11/4/2009 | MAF | 195.00 | 3.00 | Compile PDFs to be used as hyperlinks in the Phase II Post Trial Brief re Libby Issues. |

| | | | | |
|---|---|---|---|---|
| 11/4/2009 | EI | 920.00 | 0.30 | Texas law issue with PVNL. |
| 11/4/2009 | JPW | 495.00 | 1.80 | Review Libby post-trial brief |
| 11/5/2009 | JMR | 320.00 | 1.40 | Meeting with PVNL, NDF, KCM, JPW, regarding responses to post-trial briefs |
| 11/5/2009 | MAF | 195.00 | 1.00 | Compile and organize Post-Trial briefs. |
| 11/5/2009 | JPW | 495.00 | 4.40 | Review post-trial briefs (2.3); telephone conference with PVNL, NDF, KCM, LMK, and JMR re post-trial briefs (1.8); e-mails re hyper linking (.3) |
| 11/5/2009 | KCM | 495.00 | 3.40 | Plan/prepare for and attend meeting with PVNL, NDF, JMR and LMK re briefs (1.5); review/analyze correspondence and memo to Committee (.3); review/analyze briefs (1.6) |
| 11/5/2009 | PVL | 840.00 | 3.70 | Review Kaneb PT brief (.4); review CNA PT brief (.9); review Garlock PT brief (.2); confer NDF, LMK, KCM, JPW and JMR (2.0); teleconference EI (.2). |
| 11/5/2009 | NDF | 610.00 | 3.80 | Confer with PVNL et al re responses to post trial briefs (2.1); review of record evidence re Libby claimants' brief (1.0); work on post trial brief (0.7). |
| 11/5/2009 | LMK | 550.00 | 1.50 | Attend meeting re briefing. |
| 11/5/2009 | EI | 920.00 | 0.50 | Memos re: two insurance proposed settlements and t/c Horkovich (.5). |
| 11/5/2009 | EI | 920.00 | 0.20 | T/c PVNL re: BNSF arguments (.2). |
| 11/6/2009 | EI | 920.00 | 0.10 | Review insurance settlements (.1). |
| 11/6/2009 | EI | 920.00 | 0.80 | Reading briefs (.5); memo re: BNSF/Garlock matters (.3). |
| 11/6/2009 | JAL | 495.00 | 0.30 | Review emails from R. Horkovich and EI re proposed insurance settlement. |
| 11/6/2009 | KCM | 495.00 | 1.00 | Review/analyze briefs and correspondence |