| 11/6/2009 | PVL | 840.00 | 0.60 | Review email (.2); review revised Edwards agmt and motion (.1); review EI memo (.1); review Morgan Stanley PT brief (.2). |
| 11/6/2009 | JPW | 495.00 | 2.80 | Review indirect claimant TDP arguments (2.2); e-mails re briefing (.6) |
| 11/7/2009 | PVL | 840.00 | 2.10 | Review Garlock PT brief (1.4); review UCC PT brief (.7). |
| 11/8/2009 | PVL | 840.00 | 0.30 | Review revised Edwards agmt and exhibits and email comments re same. |
| 11/8/2009 | JPW | 495.00 | 2.10 | Review Garlock and CNA post-trial briefs |
| 11/9/2009 | JPW | 495.00 | 7.60 | E-mails re post-trial replies (1.1); telephone conference with Plan Proponents re briefing (1.0); review post-trial insurer briefs (2.0); meet with KCM re insurance briefs (.8); research and outline responsive arguments (2.7) |
| 11/9/2009 | PVL | 840.00 | 3.20 | Review email and reply (.9); review revised POR issue (.1); teleconference Wyron (.5); review revised Libby TS (.6); teleconference Shelnitz, Bernick, Freedman, Wyron, NDF et al (1.0); review draft POR revs and reply (.1). |
| 11/9/2009 | KCM | 495.00 | 1.70 | Plan/prepare for and attend telephone conference with Plan Proponents re briefs (.8); review/analyze briefs (.7); review/analyze correspondence (.2) |
| 11/9/2009 | NDF | 610.00 | 6.00 | Teleconference re post trial briefing (0.8); work on post trial reply to Libby issues brief (5.2). |
| 11/9/2009 | JAL | 495.00 | 1.70 | Review and analyze materials in preparation of reply briefs. |
| 11/9/2009 | JAL | 495.00 | 0.90 | Teleconference with Plan Proponents re preparation of reply briefs. |
| 11/9/2009 | EI | 920.00 | 0.60 | Forwarded Libby mark-up to PVNL (.1); looked at Frankel mark-up of Libby paper (on plane) (.5). |
| 11/10/2009 | NDF | 610.00 | 4.30 | Work on post trial brief in response to Libby issues. |
| 11/10/2009 | KCM | 495.00 | 0.40 | Review/analyze correspondence and related memo |

| 11/10/2009 | JAL | 495.00 | 3.60 | Drafting and revisions to section of post-trial brief. |
|---|---|---|---|---|
| 11/10/2009 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to post-trial briefing. |
| 11/10/2009 | PVL | 840.00 | 1.80 | Review email and reply (.2); review draft BNSF/insurer TS (.4); review Turetsky email and attached cases and reply (.4); email JPW re brief (.2); review Alexander memo and reply (.6) |
| 11/10/2009 | JPW | 495.00 | 6.60 | E-mails e post-trial brief issues (.3); draft post-trial brief sections (5.9); meet with KCM re post-trial brief sections (.4) |
| 11/11/2009 | JPW | 495.00 | 7.50 | Meet with KCM re Grace issues (.3); draft post-trial brief (7.2) |
| 11/11/2009 | MAF | 195.00 | 2.00 | Review hyperlinked Plan Proponents' Post-Trial Brief re Libby Issues. |
| 11/11/2009 | PVL | 840.00 | 3.20 | Review email and reply (.4); review revised Alexander memo (.1); review Mehaley email and POR and reply (.4); teleconference Wyron (2.0); teleconference EI (.3). |
| 11/11/2009 | EI | 920.00 | 0.60 | T/c PVNL re: Garlock, Libby and BNSF issues (.5); t/c Frankel re: Libby (.1). |
| 11/11/2009 | JAL | 495.00 | 0.20 | Review and analyze materials relating to post-trial briefing. |
| 11/11/2009 | JAL | 495.00 | 1.60 | Draft and revise inserts to post-trial briefs. |
| 11/11/2009 | JAL | 495.00 | 0.10 | Review Grace settlement motions. |
| 11/11/2009 | KCM | 495.00 | 2.20 | Review/analyze briefs and plan/prepare responses (1.7); review/analyze correspondence (.5) |
| 11/12/2009 | KCM | 495.00 | 7.80 | Review/analyze briefs, cases and materials and draft/revise responsive sections |
| 11/12/2009 | JAL | 495.00 | 0.20 | Email exchanges with PVNL and NDF re confirmation issues. |
| 11/12/2009 | NDF | 610.00 | 9.50 | Work on post trial brief in response to Libby issues. |

| 11/12/2009 | PVL | 840.00 | 0.70 | Review email and reply (.5); teleconference EI (2). |
| 11/12/2009 | MAF | 195.00 | 3.50 | Review hyperlinked Plan Proponents' Post-Trial Brief re Libby Issues. |
| 11/12/2009 | JPW | 495.00 | 7.30 | Draft post-trial brief (5.1); telephone conference with J. Guy and KCM re brief (.2); e-mails re post-trial brief (1.4); meet with KCM re post-trial brief (.6) |
| 11/13/2009 | AJS | 295.00 | 0.10 | Review of e-mail from EI regarding term sheet and preparation of mail to ACm regarding same. |
| 11/13/2009 | JPW | 495.00 | 7.90 | Revise post-trial brief inserts (5.7); e-mails re Libby brief (.2); revise Libby brief (1.1); meet with PVNL re standing issues (.3); meet with KCM re drafts (.4); telephone conference with D. Felder re inserts (.2) |
| 11/13/2009 | PVL | 840.00 | 2.00 | Review email and reply (.5); teleconference Bernick (.3); review revised Libby TS (.2); confer JPW and KCM (.2); review revised ins neutrality stip (.6); review revised CDN ZAI settlement (.2). |
| 11/13/2009 | NDF | 610.00 | 8.50 | Draft, revise and edit post trial brief in response to Libby issues. |
| 11/13/2009 | JAL | 495.00 | 1.10 | Further drafting and revisions to post-trial brief inserts. |
| 11/13/2009 | EI | 920.00 | 0.60 | Memo D. Cohn re: term sheet (.2); memo ACM/AJS re: Libby term sheet (.2); memo PVNL/NDF re: Libby issues (.2). |
| 11/13/2009 | KCM | 495.00 | 2.10 | Review/edit certain reply inserts and communicate with JPW re same (.7); review/analyze briefs, cases and materials (1.4) |
| 11/15/2009 | PVL | 840.00 | 0.20 | Review draft resp to Libby cls. |
| 11/15/2009 | JPW | 495.00 | 5.70 | Revise Libby Response brief (2.7); revise main brief inserts (3.0) |
| 11/16/2009 | JPW | 495.00 | 5.90 | Revise Libby post-trial response brief (2.3); e-mail's re Libby post-trial response brief (.3); revise |

|            |      |        |      |                                                                                                                                                                                 |
|------------|------|--------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      |        |      | TAC and Garlock inserts (2.7); telephone conference with EI re Libby brief (.2); review BNSF insert (.4)                                                                          |
| 11/16/2009 | JAL  | 495.00 | 0.10 | Reviewed e-mail from NDF commenting on draft post-trial brief.                                                                                                                    |
| 11/16/2009 | MAF  | 195.00 | 3.00 | Cite check Plan Proponents' Response to Libby Claimants' Post-Trial Brief.                                                                                                        |
| 11/16/2009 | PVL  | 840.00 | 2.80 | Review draft trial brief inserts (.5); review email and reply (.3); teleconference EI (.1); review draft resp to BNSF brief and email comments (.8); teleconference Wyron and Mehaley (1.1). |
| 11/16/2009 | NDF  | 610.00 | 1.20 | Revise and edit Libby post trial brief.                                                                                                                                          |
| 11/16/2009 | BSB  | 630.00 | 1.20 | Read pleadings.                                                                                                                                                                  |
| 11/16/2009 | EI   | 920.00 | 0.30 | Read BNSF term sheet and memo and t/c PVNL re: same (.3).                                                                                                                        |
| 11/16/2009 | KCM  | 495.00 | 3.70 | Communicate with insurance counsel (.3); draft/revise and review/analyze various brief inserts (3.4)                                                                             |
| 11/17/2009 | KCM  | 495.00 | 3.50 | Plan/prepare for and attend telephone conference with Debtor (.3); review/analyze brief and related materials and draft/revise insert and communicate with PVNL re same and review/analyze correspondence (3.2) |
| 11/17/2009 | EI   | 920.00 | 0.20 | Memo PVNL re: BNSF brief.                                                                                                                                                        |
| 11/17/2009 | NDF  | 610.00 | 1.50 | Post trial reply briefs.                                                                                                                                                         |
| 11/17/2009 | PVL  | 840.00 | 2.50 | Review email and reply (.9); confer KCM (.4); email Freedman et al re brief (.4); review Chung memo (.2); review revised resp to BNSF (.1); confer JPW (.5).                      |
| 11/17/2009 | MAF  | 195.00 | 4.00 | Cite check Plan Proponents' Response to Libby Claimants' Post-Trial Brief.                                                                                                        |
| 11/17/2009 | JPW  | 495.00 | 9.00 | Meet with NDF re post-trial briefing (.4); review drafts of post-trial brief inserts (1.9); telephone                                                                           |

|  |  |  |  | conference with PVNL re post-trial brief (.4); revise and edit post-trial brief inserts (5.4); e-mails re post-trial brief (.9) |
|---|---|---|---|---|
| 11/18/2009 | JPW | 495.00 | 10.00 | Revise and edit Libby Response Brief (5.7); e-mails re same (1.0); revise and edit main brief inserts (2.9); e-mails re proof of claims (.4) |
| 11/18/2009 | PVL | 840.00 | 4.90 | Review email and reply (.8); teleconference Freedman (.4); review inserts to draft trial brief and email comments (.4); review draft main post-trial reply brief and email comments (2.9); review draft Libby response brief and email comments (.4). |
| 11/18/2009 | NDF | 610.00 | 1.20 | Post trial reply briefs. |
| 11/18/2009 | KCM | 495.00 | 0.90 | Review/analyze correspondence and brief drafts and communicate with Debtor and PVNL re same |
| 11/19/2009 | KCM | 495.00 | 1.20 | Review/analyze brief sections and related materials and communicate with Debtor re same |
| 11/19/2009 | AJS | 295.00 | 0.10 | Preparation of e-mail to ACM regarding TDP revision. |
| 11/19/2009 | NDF | 610.00 | 2.10 | Post trial reply briefs. |
| 11/19/2009 | PVL | 840.00 | 1.80 | Review email and reply (.5); review revised PT reply brief (.5); confer KCM (.1); review revised PT reply to Libby (.6); prep for 11/20 mtg. (.1). |
| 11/19/2009 | JAL | 495.00 | 0.60 | Review of draft post-trial response briefs. |
| 11/19/2009 | JPW | 495.00 | 7.70 | Revise post-trial Libby brief (3.2); e-mails re same (.5); revise and edit main brief inserts; e-mails re same (3.8); meet with NDF re edits (.2) |
| 11/19/2009 | MAF | 195.00 | 8.20 | Cite check Plan Proponents' Response to Libby Claimants' Post Trial Brief (3); compile documents cited in brief to send to the vendor for use in the hyperlinked brief (3.5); create chart of hyperlinked documents (1.7). |
| 11/20/2009 | MAF | 195.00 | 9.50 | Review Plan Proponents' Response to Libby Claimants' Post Trial Brief (2); review citations in brief to edit chart of hyperlinked documents (7.5). |

| | | | | |
|---|---|---|---|---|
| 11/20/2009 | JPW | 495.00 | 7.70 | Revise and finalize Libby response brief (4.7); e-mails re edits (1.5); revise inserts to main brief, e-mails re same (1.3); meet with NDF re edits to Libby brief (.2) |
| 11/20/2009 | JAL | 495.00 | 1.80 | Review of drafts of post-trial response briefs. |
| 11/20/2009 | JAL | 495.00 | 0.80 | Review and analysis of plan objectors' post-trial response briefs. |
| 11/20/2009 | PVL | 840.00 | 8.00 | Confer Frankel, Wyron and Mehaley (3.0); confer Giannotto, Glosband, Aldock, DeChristaforo, Ifft, Wisler, Longosz, Schiavoni, Toole, Casey, Frankel, Wyron and Mahaley (2.6); review email and reply (.6); review revised draft main PT reply brief and email comments (1.7); review draft motion re page limits (.1). |
| 11/20/2009 | NDF | 610.00 | 2.00 | Review and edit post trial Libby brief. |
| 11/20/2009 | AJS | 295.00 | 0.10 | Preparation and review of e-mails to and from ACM. |
| 11/20/2009 | JMR | 320.00 | 4.80 | Review brief, incorporate edits, finalize for filing |
| 11/21/2009 | PVL | 840.00 | 2.30 | Review Libby cls PT reply (.4); review BNSF PT reply (.2); review MCC PT reply (.2); review Kaneb PT reply (.1); review AMH PT reply (.1); review Montana PT reply (.2); review Morgan Stanley PT reply (.3); review CNA PT reply (.4); review Garlock PT reply (.4). |
| 11/22/2009 | NDF | 610.00 | 1.00 | Review Libby post trial response brief. |
| 11/23/2009 | NDF | 610.00 | 1.00 | Read post trial response briefs. |
| 11/23/2009 | EI | 920.00 | 1.00 | Reading Garlock and other briefs and t/c PVNL re: same (all on plane on tarmac)(1.0). |
| 11/23/2009 | PVL | 840.00 | 2.30 | Teleconference Giannotto and Wyron (1.1); teleconference Monaco and Cockrell (.9); review email and reply (.1); teleconference EI (.2). |
| 11/23/2009 | MAF | 195.00 | 2.00 | Review and edit Hyperlink Chart for the Plan Proponents' Post Trial Brief re Libby Claimants. |

| | | | | |
|---|---|---|---|---|
| 11/23/2009 | AJS | 295.00 | 0.80 | Meeting with EI and ACM regarding TDP modifications (0.3); meeting with ACM regarding TDP modifications (0.5). |
| 11/24/2009 | MAF | 195.00 | 1.00 | Update pleadings file with Post Trial Reply Briefs filed on 11/20/09. |
| 11/24/2009 | JPW | 495.00 | 0.60 | E-mails re hyperlinked briefs (.3); telephone conference with RCT re billing issue (.3) |
| 11/24/2009 | BSB | 630.00 | 1.30 | Pleadings. |
| 11/24/2009 | EI | 920.00 | 0.20 | T/c Wyron re: Libby issues. |
| 11/24/2009 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to RCT re: fee auditor inquiries. |
| 11/24/2009 | NDF | 610.00 | 4.50 | Read post trial briefs. |
| 11/24/2009 | PVL | 840.00 | 0.70 | Teleconference Wyron (.3); review Longacre PT reply (.1); review Arrowood PT reply (.2); review email (.1). |
| 11/25/2009 | PVL | 840.00 | 1.10 | Review email (.3); review One Beacon PT reply (.3); review UCC/Lender PT reply (.5). |
| 11/25/2009 | EI | 920.00 | 0.10 | Memo ACM re: Libby docs. |
| 11/25/2009 | BSB | 630.00 | 2.10 | Read pleadings. |
| 11/26/2009 | PVL | 840.00 | 0.60 | Review Grace PT reply to UCC/Lumbermens. |
| 11/28/2009 | PVL | 840.00 | 0.30 | Review Brown email re stip and reply. |
| 11/29/2009 | PVL | 840.00 | 0.20 | Review Wachovia resp to FFIC settlement (.1); review email and reply (.1). |
| 11/30/2009 | PVL | 840.00 | 1.10 | Review email and reply (.2); confer ACM (.3); confer NDF (.6). |
| 11/30/2009 | NDF | 610.00 | 3.30 | Meet with PVNL re closing argument (1.3); review post trial briefs and outline re closing Libby issues (2.0). |

| 11/30/2009 | MAF | 195.00 | 2.50 | Review hyperlinked Plan Proponents' Response to Libby Claimants' Post-Trial Brief. |
| 12/1/2009 | EI | 920.00 | 0.20 | Insurance status inquiry to Horkovich (.1); inquiry to Frankel re: CNA status (.1). |
| 12/2/2009 | EI | 920.00 | 2.00 | Conf. Frankel re: status of all open issues (1.0); t/c PVNL re: open issues to prepare for Frankel (.5); insurance settlement proposal (.5). |
| 12/2/2009 | JPW | 495.00 | 0.80 | Review closing argument outline; e- mail re same |
| 12/3/2009 | JPW | 495.00 | 1.80 | Telephone conference with EI re insurer arguments (x2) (.3); review post-trial insurer briefs (1.5) |
| 12/3/2009 | EI | 920.00 | 1.00 | Committee report: t/c JPW and t/c PVNL re: same (1.0). |
| 12/4/2009 | EI | 920.00 | 0.40 | Libby TDP and meeting issues (.3); insurance settlement (.1). |
| 12/4/2009 | KCM | 495.00 | 0.30 | Review/analyze correspondence |
| 12/4/2009 | AJS | 295.00 | 1.70 | Review of e-mail from ACM regarding TDP (2X) (0.2); review of TDP and plan (1.0); review of e-mail from PVNL regarding plan (0.1); meeting with ACM regarding revision of TDP and plan (0.3); review of e-mail from EI regarding TDP (0.1). |
| 12/5/2009 | AJS | 295.00 | 0.10 | Review of e-mail from EI regarding TDP. |
| 12/6/2009 | EI | 920.00 | 0.30 | Libby TDP issues with ACM and PVNL (.3). |
| 12/7/2009 | EI | 920.00 | 1.30 | Libby matters with Frankel, ACM, PVNL (.4); memo and Canadian motion with ACM and PVNL (.4); hearing memo review (.1); Rice inquiry (.1); Horkovich inquiry re: insurer status (.3). |
| 12/7/2009 | AJS | 295.00 | 2.10 | Review of e-mails from ACM regarding TDP modifications (0.3); meeting with ACM and PVNL regarding TDP and plan modifications (1.6); phone call with EI, PVNL and ACM regarding same (0.2). |
| 12/7/2009 | JPW | 495.00 | 0.40 | E-mails re confirmation issues |

| 12/7/2009 | KCM | 495.00 | 2.20 | Review/analyze post-trial briefs and correspondence |
| 12/8/2009 | AJS | 295.00 | 0.10 | Review of e-mail from ACM regarding TDP revisions and preparation of e-mail to ACM regarding same. |
| 12/8/2009 | EI | 920.00 | 0.70 | Memos re: Libby (.5); t/c ACM, etc. re: Libby (.2). |
| 12/9/2009 | EI | 920.00 | 0.40 | Prep for Libby meeting (.2); t/c Frankel/Wyron re: Libby issues (.2). |
| 12/9/2009 | AJS | 295.00 | 5.60 | Review of e-mail from ACM regarding Libby settlement (0.1); travel to New York (2.5); review of TDP, plan documents, e-mails from Cohn and suggested changes to TDP (3.0). |
| 12/9/2009 | KCM | 495.00 | 3.50 | Review/analyze objection chart, correspondence, and various filings for oral argument (2.3); organize files (1.2) |
| 12/10/2009 | KCM | 495.00 | 0.60 | Review/analyze correspondence (.1); organize files (.5) |
| 12/10/2009 | AJS | 295.00 | 9.70 | Preparation for meeting regarding TDP revision and phone call with ACM regarding same (1.0); meeting regarding TDP revision with EI, Franckel, Wyron, Cohn and Heberling (3.7); meetings with EI regarding TDP revision (0.4); travel to Washington (4.5); preparation of e-mails to ACM regarding meeting and review of e-mails from ACM regarding same (0.1). |
| 12/10/2009 | EI | 920.00 | 4.00 | Libby meetings, with D. Cohn, J. Heberling, R. Frankel, R. Wyron and AJS. |
| 12/11/2009 | EI | 920.00 | 0.40 | BNSF term sheet matters (.2); CNA meeting matters (.2). |
| 12/11/2009 | AJS | 295.00 | 1.10 | Phone call with ACM regarding ACM regarding revision of TDP (0.1); meeting with ACM regarding revision of TDP (0.7); preparation of e-mail to NDF regarding revision of TDP (0.2); review of e-mails from NDF and PVNL regarding revision of TDP (0.1). |

| 12/11/2009 | JPW | 495.00 | 1.70 | Meet with PVNL re oral argument preparation (.5); e-mails re closing arguments; review outline (1.2) |
| 12/11/2009 | KCM | 495.00 | 3.40 | Plan/prepare for and attend meeting with PVNL and JPW re case status and tasks (.6); organize files (.6); review/analyze filings and materials re confirmation issues (1.4); review/analyze correspondence and associated memos (.8) |
| 12/13/2009 | JPW | 495.00 | 2.10 | Review briefs for closing arguments (1.8); review responsibilities chart (.3) |
| 12/14/2009 | JPW | 495.00 | 0.80 | Meet with KCM re argument outline (.3); review outline (.5) |
| 12/14/2009 | AJS | 295.00 | 3.30 | Revision of TDP (2.7); meeting with ACM regarding revision of TDP (0.1); phone call with ACM regarding revision of TDP (0.1); phone call with EI regarding revision of TDP (0.2); preparation of e-mail to Frankel and Wyron regarding revision of TDP (0.1); preparation of e-mail to ACM and EI regarding revision of TDP (0.1). |
| 12/14/2009 | MAF | 195.00 | 2.50 | Upload and organize all parties' hyperlinked Post Trial Briefs filed on 12/02/09. |
| 12/14/2009 | KCM | 495.00 | 1.10 | Review/analyze documents re oral argument preparation and discuss with JPW |
| 12/15/2009 | KCM | 495.00 | 0.20 | Review/analyze correspondence |
| 12/15/2009 | MAF | 195.00 | 2.00 | Upload and organize all parties' hyperlinked Post Trial Briefs filed on 11/12/09. |
| 12/15/2009 | SJD | 195.00 | 6.00 | Indexed and organized cases pulled form Libby briefs per TEP |
| 12/15/2009 | JPW | 495.00 | 2.90 | Review Garlock pleadings (1.4); draft outline (1.5) |
| 12/16/2009 | MAF | 195.00 | 0.50 | Compile and organize Libby Post Trial Briefs' cited documents to send to co-counsel. |
| 12/16/2009 | JPW | 495.00 | 2.70 | Review objector briefing for argument outline (2.2); e-mails re argument agenda (.5) |

| 12/16/2009 | SJD | 195.00 | 5.00 | Created index of cases for Grace closing argument and began case pull per TEP |
|---|---|---|---|---|
| 12/16/2009 | AJS | 295.00 | 0.10 | Review of email from ACM regarding TDP revisions. |
| 12/16/2009 | KCM | 495.00 | 2.70 | Organize files (.5); plan/prepare for oral argument and review/analyze briefs and related materials (2.2) |
| 12/17/2009 | KCM | 495.00 | 2.70 | Review/analyze objection chart and related memos and correspondence (.9); review/analyze briefs and materials re confirmation issues (1.2); organize files (.6) |
| 12/17/2009 | AJS | 295.00 | 3.40 | Voice mail from ACM re TDP (0.1); preparation of email to EI and ACM regarding TDP (0.1); review of email from EI regarding same (0.2); review of email from ACM regarding changes to TDP cover sheet and review of TDP cover sheet (1.5); review of memo regarding TDP changes (1.5). |
| 12/17/2009 | JPW | 495.00 | 1.10 | Review Grace argument chart (.6); e-mails re argument outline (.2); meet KCM re argument issues (.3) |
| 12/17/2009 | EI | 920.00 | 0.80 | Status question to PVNL re: BNSF (.1); Cohen materials and memo to ACM/AJS (.5); settlement cover sheet review and memo (.2). |
| 12/17/2009 | MAF | 195.00 | 2.00 | Compile and organize cases cited in memo from D. Cohn to EI for attorney review. |
| 12/18/2009 | EI | 920.00 | 0.20 | T/c Frankel re: Libby status (.1); memo Horkovich re: CNA memo (.1). |
| 12/18/2009 | JPW | 495.00 | 1.90 | Review briefs for oral argument outline |
| 12/18/2009 | AJS | 295.00 | 2.60 | Phone call with ACM regarding TDP (0.1); legal research regarding causes of action and insurance claims (2.5). |
| 12/18/2009 | KCM | 495.00 | 2.00 | Review/analyze memo re oral objections and responsibilities and related briefs and materials |

| 12/20/2009 | AJS | 295.00 | 2.00 | Review of memo regarding MCC and legal research regarding same. |
| 12/20/2009 | JPW | 495.00 | 2.70 | Review K&E argument outline; e-mail re same |
| 12/21/2009 | JPW | 495.00 | 6.30 | Telephone conference with KCM re oral argument issues (.3); e-mails re oral argument outlines (.3); draft oral argument outlines (5.7) |
| 12/21/2009 | EI | 920.00 | 0.80 | T/c PVNL re: Libby/CNA/other insurer issues (.8). |
| 12/21/2009 | AJS | 295.00 | 6.00 | Review of memo regarding MCC and legal research regarding same; preparation and review of emails to and from SJD and MAF regarding docket. |
| 12/21/2009 | MAF | 195.00 | 6.50 | Compile and organize trial materials for closing arguments. |
| 12/21/2009 | KCM | 495.00 | 2.80 | Plan/prepare for and communicate with JPW re oral argument preparation (.3); review/analyze outline re oral argument and send e-mail re same (1.9); review/analyze correspondence (.3); confer with AJS re Libby issue (.3) |
| 12/22/2009 | KCM | 495.00 | 6.90 | Draft/revise oral argument outlines and review/analyze related briefs and materials (6.4); review/analyze correspondence (.5) |
| 12/22/2009 | MAF | 195.00 | 6.50 | Compile and organize trial materials for closing arguments. |
| 12/22/2009 | AJS | 295.00 | 5.80 | Analysis of and preparation of memo regarding MCC claims (4.4); phone call with EI regarding MCC claims (0.3); phone call with ACM regarding TDP (0.1); phone call with EI regarding MCC claims (0.1); voice mail for Wyron regarding MCC claims (0.1); preparation and review of emails to and from Wyron regarding same (0.2); phone call with Wyron regarding same (0.3); phone call with Wyron regarding same (0.1); voice mail for EI regarding same (0.1); phone call with EI regarding same (0.1). |
| 12/22/2009 | EI | 920.00 | 0.70 | T/cs AJS re: Libby issues on MCC. |

| 12/22/2009 | JPW | 495.00 | 7.20 | Revise and edit oral argument outline (5.9); e-mails re oral argument; review Orrick chart (.9); meet with KCM re argument (.4) |
| 12/23/2009 | EI | 920.00 | 1.10 | T/c Frankel re: Libby demand (.3); t/c Frankel/Cohn to respond to Libby demand (.5); t/c AJS re: Libby issues (.2); memo NDF re: status (.1). |
| 12/23/2009 | AJS | 295.00 | 5.00 | Preparation and review of emails to and from Wyron regarding MCC claims (0.1); review of email from ACM regarding settlement agreement (0.1); preparation of email to Wyron regarding settlement agreement (0.1); analysis and preparation of memo regarding MCC claims (4.7). |
| 12/23/2009 | KCM | 495.00 | 5.50 | Draft/revise oral argument outline and review/analyze related briefs and materials (5.1); review/analyze correspondence re oral argument and related issues and review/analyze related materials (.4) |
| 12/23/2009 | SJD | 195.00 | 6.00 | Organized and pulled select/important cases for Grace closing argument per JAL and NDF |
| 12/23/2009 | KCM | 495.00 | 0.40 | Review/analyze correspondence re oral argument and related issues and review/analyze related materials |
| 12/24/2009 | SJD | 195.00 | 4.00 | Organized and pulled select/important cases for Grace closing argument per JAL and NDF |
| 12/24/2009 | AJS | 295.00 | 0.80 | Preparation of memo regarding MCC claims and preparation of email to EI regarding same. |
| 12/24/2009 | EI | 920.00 | 0.50 | Read AJS Libby memo (.2); t/c PVNL re: Libby status (.3). |
| 12/27/2009 | KCM | 495.00 | 6.20 | Draft/revise oral argument outline and review/analyze related materials |
| 12/28/2009 | SJD | 195.00 | 8.00 | Assisted with closing argument preparation tasks and created PowerPoint for closing argument demonstratives per NDF |

| 12/28/2009 | KCM | 495.00 | 6.80 | Review/analyze correspondence (.1); draft/revise and consolidate oral argument outline and review/analyze related briefs and materials re same (6.2); organize files (.5) |
| 12/28/2009 | JPW | 495.00 | 5.30 | Meet with KCM re argument outline (.4); revise argument outline (4.9) |
| 12/28/2009 | MAF | 195.00 | 12.00 | Compile and organize trial materials for closing arguments. |
| 12/29/2009 | MAF | 195.00 | 9.50 | Compile and organize trial materials for closing arguments. |
| 12/29/2009 | JPW | 495.00 | 3.90 | Meet with KCM re outline for oral argument (.8); revise oral argument outline (2.8); review Libby oral argument (.3) |
| 12/29/2009 | AJS | 295.00 | 0.10 | Review of email from NDF regarding trial preparation. |
| 12/29/2009 | EI | 920.00 | 0.20 | T/c PVNL re: Libby issue. |
| 12/29/2009 | KCM | 495.00 | 5.40 | Draft/revise oral argument outline, review/analyze related materials and send out outline (5.1); review/analyze correspondence and communication with PVNL re oral argument (.3) |
| 12/29/2009 | SJD | 195.00 | 9.00 | Assisted with closing argument preparation tasks and created PowerPoints for closing argument demonstratives per NDF |
| 12/29/2009 | KCM | 495.00 | 0.30 | Review/analyze correspondence and communicate with PVNL re oral argument |
| 12/30/2009 | SJD | 195.00 | 3.00 | Assisted with shipping and organization of closing argument materials and edit of demonstratives per NDF |
| 12/30/2009 | KCM | 495.00 | 5.40 | Draft/revise oral argument outline and review/analyze related cases and materials (4.9); communicate with PVNL, MAF, JPW re oral argument preparation, and review/analyze correspondence (.5) |
| 12/30/2009 | EI | 920.00 | 0.50 | T/c PVNL re: Libby status. |

| | | | | |
|---|---|---|---|---|
| 12/30/2009 | MAF | 195.00 | 12.00 | Compile and organize trial materials for closing arguments. |
| 12/31/2009 | JPW | 495.00 | 6.50 | Telephone conference re oral arguments with Plan Proponents (.7); telephone conference with KCM re outline (.8); review GEICO briefs (4.5); e-mails re same (.5) |
| 12/31/2009 | KCM | 495.00 | 12.30 | Draft/revise consolidated oral argument outline and review/analyze related briefs and materials (11.9); review/analyze correspondence re oral argument issues and communicate with JPW (.4) |

**Total Task Code.16**      **1,264.60**

**Plan & Disclosure Statement (406.50 Hours; $ 235,729.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.30 | $920 | 3,036.00 |
| Peter Van N. Lockwood | 111.50 | $840 | 93,660.00 |
| Nathan D. Finch | 92.00 | $610 | 56,120.00 |
| Ann C. McMillan | 41.20 | $580 | 23,896.00 |
| Jeffrey A. Liesemer | 72.10 | $495 | 35,689.50 |
| Todd E. Philips | 86.40 | $270 | 23,328.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2009 | TEP | 270.00 | 6.80 | Legal research re substantive legal issue re evidence. |
| 10/1/2009 | EI | 920.00 | 0.50 | Reviewed Cohn term sheet. |
| 10/1/2009 | PVL | 840.00 | 1.70 | Review email and reply (.5); review Ordway stip (.1); review EI trial testimony re indirect claims (.7); review draft evid. outline for post-trial briefing (.4). |
| 10/2/2009 | PVL | 840.00 | 2.40 | Teleconference Freedman (.3); review Horkovich email and reply (.2); review AMH resps to MIL re Solomons and Ewing (.1); prep for conf. hearing |

| | | | | |
|---|---|---|---|---|
| | | | | (.5); review K&E evid. outline (.7); review email and reply (.5); review draft brief re Zilly (.1). |
| 10/2/2009 | EI | 920.00 | 1.30 | ART sale motion (.3); review Libby term sheet and memo to Committee re: same (1.0). |
| 10/2/2009 | TEP | 270.00 | 0.10 | Prepare materials re substantive legal issue re evidence. |
| 10/4/2009 | PVL | 840.00 | 0.60 | Review draft Libby term sheet. |
| 10/5/2009 | PVL | 840.00 | 2.00 | Review revised ins neutrality provisions and email Wyron et al (.4); review revised evid outline and email comments (.3); review email and reply (.5); teleconference EI (.4); confer KCM (.4). |
| 10/6/2009 | PVL | 840.00 | 3.40 | Review email and reply (.6); review Lender stip (.1); review proposed CNA stip and email Freedman et al (.4); teleconference Wyron, Mehaley and Horkovich (2.1); teleconference Giannotto (.2). |
| 10/6/2009 | EI | 920.00 | 0.20 | Memo to Frankel re: Libby. |
| 10/7/2009 | PVL | 840.00 | 4.20 | Review email and reply (.5); review revised Edwards agmt (.1); review One Beacon stip and email comments (.4); review CNA stip and email Brown et al (.4); attend telephonic hearing (1.6); teleconference Wisler (.6); review draft Wisler stip and reply (.4); teleconference Wyron (.2). |
| 10/8/2009 | PVL | 840.00 | 0.80 | Review email and reply (.6); review NDF memo re trial testimony (.2). |
| 10/9/2009 | PVL | 840.00 | 1.00 | Review email and reply (.4); review order re Shelnitz depo (.2); review draft brief re Peterson estimates (.2); review draft order re post-trial proc (.1); review amended agenda (.1). |
| 10/11/2009 | PVL | 840.00 | 0.10 | Review email. |
| 10/12/2009 | PVL | 840.00 | 2.70 | Review email and reply (.6); teleconference Wyron (.3); review notice of POR revs and revised POR (.4); review Shelnitz decl (.1); review draft Finke proffer (.1); prep for hearing (.6); confer NDF (.6). |

| 10/12/2009 | EI | 920.00 | 0.20 | T/c Cooney re: Libby status (.2). |
|---|---|---|---|---|
| 10/13/2009 | EI | 920.00 | 0.30 | T/c Rice re: Frankel's firm (.1); memo to Cooney (.1); memo to Cohn and Frankel (.1). |
| 10/13/2009 | PVL | 840.00 | 9.70 | Attend conf. hearing (7.3); confer Freedman et al (1.0): confer Bernick (.2); review email (.1); confer Hurford and NDF (.6); confer Shelnitz and Bernick (.5). |
| 10/14/2009 | PVL | 840.00 | 7.70 | Attend conf hearing (5.9); confer Freedman, Bernick et al (.8); teleconference EI (.2); review email and reply (.2); confer Giannotto and Ifft (.2); review revised draft Libby term sheet (.4). |
| 10/15/2009 | PVL | 840.00 | 1.00 | Review email and reply (.4); teleconference Freedman, Baer, Harding, NDF et al (.6). |
| 10/16/2009 | PVL | 840.00 | 1.20 | Review email and reply (.3); confer NDF, KCM and JMR (.7); review draft post trial order (.1); review 2 prop. post-trial orders (.1). |
| 10/19/2009 | PVL | 840.00 | 0.90 | Review email (.1); review section 5249(g) outline for brief and email comments (.8). |
| 10/19/2009 | TEP | 270.00 | 3.20 | Legal research re substantive legal issue. |
| 10/19/2009 | EI | 920.00 | 0.50 | T/c Frankel re: Libby issues (.3); review documents (.2). |
| 10/20/2009 | TEP | 270.00 | 4.60 | Legal research re substantive legal issue. |
| 10/20/2009 | PVL | 840.00 | 0.70 | Review email (.4); review exh. lists (.1); review NDF revised Harding outline (.2). |
| 10/21/2009 | PVL | 840.00 | 1.60 | Review email and reply (.3); review PPs non-admitted exh list (.1); review draft brief re Libby (.9); review draft Turegum stip (.1); review Harding outline and email NDF re same (.2). |
| 10/21/2009 | TEP | 270.00 | 7.30 | Legal research re substantive legal issue. |
| 10/22/2009 | PVL | 840.00 | 3.40 | Review email and reply (.5); review UCC opposition to Frezza MIL (.2); review drafts of conf brief (2.0); confer NDF and JPW (.4); review |

| | | | | revised Edwards agmt and email Wyron (.2); teleconference Bernick (.1). |
|---|---|---|---|---|
| 10/23/2009 | PVL | 840.00 | 0.60 | Review email and reply (.2); email comments re revised conf brief (.4). |
| 10/26/2009 | PVL | 840.00 | 1.00 | Review drafts of conf briefs and email comments re same (.9); review email (.1). |
| 10/26/2009 | EI | 920.00 | 0.20 | T/c David Jaffe of Citigroup re: sale of Sealed Air stock by   Trust (.2). |
| 10/27/2009 | PVL | 840.00 | 2.10 | Review email and reply (.4); review drafts of conf briefs and email comments (1.7). |
| 10/27/2009 | ACM | 580.00 | 1.20 | Review Zurich Settlement Agreement and send e-mail to B. Horkovich re same. |
| 10/27/2009 | TEP | 270.00 | 5.10 | Legal research re substantive legal issue. |
| 10/28/2009 | PVL | 840.00 | 0.60 | Review email and reply (.4); review revised draft conf briefs (.2). |
| 10/29/2009 | PVL | 840.00 | 0.60 | Review email (.3); review revised draft conf briefs (.3). |
| 10/29/2009 | TEP | 270.00 | 1.60 | Legal research re substantive legal issue. |
| 10/31/2009 | PVL | 840.00 | 0.60 | Review email. |
| 11/3/2009 | ACM | 580.00 | 0.90 | Teleconference claimant (.2); review Zurich settlement agreement and send e-mail to B. Horkovich re same (.7). |
| 11/4/2009 | ACM | 580.00 | 0.90 | Review insurance settlement agreements and exchange e-mails with B. Horkovich re same (.5); teleconference PVNL re insurance settlement issues (.4). |
| 11/5/2009 | ACM | 580.00 | 0.20 | Teleconference PVNL re insurance issue. |
| 11/6/2009 | ACM | 580.00 | 0.20 | Teleconference Grace claimant. |
| 11/8/2009 | ACM | 580.00 | 0.50 | Send e-mails to Trust counsel for existing Trusts re insurance issue. |

| 11/17/2009 | ACM | 580.00 | 0.10 | Teleconference claimant. |
|---|---|---|---|---|
| 11/20/2009 | ACM | 580.00 | 0.10 | Teleconference J. Cohen re insurance issues. |
| 11/23/2009 | ACM | 580.00 | 4.50 | Review proposed Libby settlement terms (2.3); conference EI, AJS re same (.7); review Plan and TDP re changes required to incorporate Libby changes (1.5). |
| 11/24/2009 | ACM | 580.00 | 0.80 | Review AG Belge Settlement Agreement and send e-mail to B. Horkovich re same. |
| 11/30/2009 | ACM | 580.00 | 2.00 | Exchange e-mails with B. Horkovich re AG Belge Settlement Agreement (.3); conference PVNL re insurance issues (.2); conference PVNL re TDP (.3); review revisions to TDP and exchange e-mails with R. Weyron re same (1.2). |
| 12/1/2009 | ACM | 580.00 | 1.50 | Exchange e-mails with D. Boll re TDP (.2); revise TDP (1.3). |
| 12/1/2009 | PVL | 840.00 | 0.20 | Review email. |
| 12/1/2009 | NDF | 610.00 | 0.50 | Planning re closing arguments. |
| 12/2/2009 | NDF | 610.00 | 1.50 | Begin preparation for closing argument - outline same. |
| 12/2/2009 | PVL | 840.00 | 1.20 | Review email and reply (.2); teleconference EI (.2); review ltr from Ferbers and draft reply (.3); email ACM re draft reply to Ferbers (.2); teleconference Phillips (.3). |
| 12/2/2009 | ACM | 580.00 | 0.50 | Teleconference EI, AJS re Libby (.1); review Thundersky counsel's letter and exchange e-mails with PVNL, D. Boll re same (.4). |
| 12/2/2009 | EI | 920.00 | 0.10 | T/C ACM and AJS re: Libby issues (.1). |
| 12/3/2009 | ACM | 580.00 | 5.70 | Revise TDP (4.2); teleconference EI re same (.2); teleconference D. Boll re Thundersky letter (.1); review Thundersky letter and proposed response (.8); teleconference EI re same (.2); exchange e-mails with J. Cohen re insurer issue (.2). |
| 12/3/2009 | PVL | 840.00 | 0.20 | Review EI memo and reply. |

| 12/4/2009 | PVL | 840.00 | 1.80 | Review email and reply (.6); review draft reply to Wachovia (.1); teleconference Wyron (.5); review Horkovich memo (.1); review Debtors ltr and draft reply (.1); review draft TDP revs and email EI and ACM re same (.4). |
| 12/4/2009 | ACM | 580.00 | 3.10 | Revise TDP (1.1); teleconference EI re same (.2); conference AJS re Libby/CNA issues (.4); exchange e-mails with AJS re insurance issues (.2); review plan re Libby issues (1.2). |
| 12/4/2009 | JAL | 495.00 | 0.10 | Reviewed memo from EI re: plan issues. |
| 12/5/2009 | ACM | 580.00 | 0.80 | Review TDP and exchange e-mails with PVNL re same. |
| 12/6/2009 | ACM | 580.00 | 1.30 | Review TDP and exchange e-mails with PVNL, EI re same (.9); review Trust Agreement (.4). |
| 12/6/2009 | PVL | 840.00 | 0.30 | Review email and reply. |
| 12/6/2009 | NDF | 610.00 | 1.20 | Work on plan confirmation closing argument (Libby issues). |
| 12/7/2009 | NDF | 610.00 | 0.50 | Planning for closing argument (Libby issues). |
| 12/7/2009 | PVL | 840.00 | 2.50 | Review email and reply (.4); review PP reply to Wachovia (.1); confer ACM and AJS (1.2); teleconference EI, ACM and AJS (.4); review revised TDP and confer ACM re same (.4). |
| 12/7/2009 | ACM | 580.00 | 3.80 | Revise TDP (1.3); meeting with PVNL, AJS re TDP and Plan (1.7); research re indirect claims (.8). |
| 12/8/2009 | ACM | 580.00 | 3.40 | Teleconference EI re TDP (.3); review D. Cohn e-mails and term sheets (1.3); teleconference AJS re same (.2); revise TDP (1.6). |
| 12/8/2009 | PVL | 840.00 | 2.90 | Review email and reply (.7); teleconference Wyron (1.3); teleconference EI (.3); review revised Libby TS and memo (.4); review revised Horkovich memo (.1); teleconference Roberts (.1). |
| 12/9/2009 | ACM | 580.00 | 0.80 | Review D. Cohn e-mails re Libby issues. |

| | | | | |
|---|---|---|---|---|
| 12/9/2009 | PVL | 840.00 | 2.20 | Review email and reply (.1); review revised draft BNSF/insurer TS (.4); review Canada oppo. to CDN ZAI settlement (.5); review AMH PT brief (1.2). |
| 12/10/2009 | PVL | 840.00 | 3.20 | Review email and reply (.9); draft argument assignments (.5); teleconference Bernick, Freedman, Frankel, NDF et al (1.6); confer NDF (.2). |
| 12/10/2009 | ACM | 580.00 | 0.20 | Teleconference AJS re Libby issues. |
| 12/10/2009 | JAL | 495.00 | 0.10 | Reviewed and analysis of memo re: plan objections |
| 12/10/2009 | JAL | 495.00 | 0.10 | Reviewed e-mail from NDF re: planning for closing arguments in January. |
| 12/11/2009 | JAL | 495.00 | 0.40 | Office conf. w/NDF re: prep. for closing argument. |
| 12/11/2009 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL re: prep. for confirmation closing arguments. |
| 12/11/2009 | JAL | 495.00 | 0.50 | Review and analysis of materials in prep. for confirmation closing arguments. |
| 12/11/2009 | ACM | 580.00 | 1.40 | Conference AJS re Libby meeting (.6); review AJS notes re same (.5); conference PVNL re Libby issues (.3). |
| 12/11/2009 | PVL | 840.00 | 3.40 | Review email and reply (.7); review ins neutrality revs (.2); confer KCM and JPW (.5); review draft TDP revs and reply (.1); review Brooks memo re arg assignments and reply (.7); confer ACM (.3); review revised ins neutrality provs (.2); teleconference Frankel, Wyron and Mehaley (.7). |
| 12/11/2009 | NDF | 610.00 | 2.50 | Emails/begin drafting closing argument (2.1); meet with JAL re case law needed (0.4). |
| 12/12/2009 | PVL | 840.00 | 0.20 | Review objection chart. |
| 12/14/2009 | PVL | 840.00 | 2.10 | Attend telephonic hearing (.8); teleconference Frankel, Wyron, Mehaley and Horkovich (.9); review email and reply (.3); teleconference NDF (.1). |

| 12/14/2009 | ACM | 580.00 | 2.80 | Review revised TDP (1.2); conference AJS re same (.3); exchange e-mails with AJS re TDP (.3); draft settlement cover sheet (.7); review Plan (.3). |
| 12/14/2009 | JAL | 495.00 | 0.30 | Office conf. w/TEP re: prep. for confirmation closing arguments. |
| 12/14/2009 | JAL | 495.00 | 0.20 | Review and analysis of materials in prep. for confirmation closing arguments. |
| 12/14/2009 | JAL | 495.00 | 0.20 | Second office conf. w/TEP re: closing argument prep. |
| 12/14/2009 | TEP | 270.00 | 5.50 | Legal research re: substantive legal issue re hearing. |
| 12/15/2009 | TEP | 270.00 | 7.70 | Legal research re: substantive legal issue re hearing. |
| 12/15/2009 | JAL | 495.00 | 0.10 | Reviewed e-mail from Debtors' counsel re: confirmation issue. |
| 12/15/2009 | JAL | 495.00 | 0.10 | Office conf. w/TEP re: closing argument prep. |
| 12/15/2009 | JAL | 495.00 | 2.90 | Review and analysis of research in connection with preparing closing arguments. |
| 12/15/2009 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and NDF re: confirmation issue. |
| 12/15/2009 | ACM | 580.00 | 0.50 | Review notes and term sheet re Libby issues. |
| 12/15/2009 | PVL | 840.00 | 1.30 | Review email and reply (.6); review revised ins. neutrality stip (.2); teleconference Brown and Wyron re stip (.3); review draft notice of POR amends and reply (.1); review revised obj chart (.1). |
| 12/16/2009 | PVL | 840.00 | 1.00 | Review email and reply (.6); review draft ins. neutrality revs. and email comments (.2); teleconference Wyron (.2). |
| 12/16/2009 | JAL | 495.00 | 0.20 | Office conf. w/TEP re: prep. for closing argument. |
| 12/16/2009 | JAL | 495.00 | 3.90 | Research and analysis of confirmation issues for closing arguments. |

| 12/16/2009 | NDF | 610.00 | 3.50 | Read Horkovich slide show re CNA settlement proposal (0.5); emails to Horkovich re CNA settlement proposal (0.5); prepare for closing argument (2.5). |
| 12/16/2009 | ACM | 580.00 | 1.50 | Draft Libby Settlement Agreement. |
| 12/16/2009 | TEP | 270.00 | 6.10 | Legal research re substantive legal issues re trial. |
| 12/17/2009 | NDF | 610.00 | 6.60 | Prepare for confirmation hearing closing argument (Libby issues) (4.5); confer with PVNL and JAL re same (2.1). |
| 12/17/2009 | TEP | 270.00 | 9.00 | Legal research re substantive legal issues re trial. |
| 12/17/2009 | JAL | 495.00 | 0.60 | Review of materials relating to plan modifications. |
| 12/17/2009 | JAL | 495.00 | 6.70 | Review and analysis of research in prep for confirmation closing arguments. |
| 12/17/2009 | JAL | 495.00 | 0.90 | Drafted and revised memo in prep. for closing arguments. |
| 12/18/2009 | JAL | 495.00 | 1.50 | Further drafting and revisions to memo on confirmation objections. |
| 12/18/2009 | JAL | 495.00 | 1.70 | Office conf. w/PVNL and NDF re: prep. for closing arguments. |
| 12/18/2009 | JAL | 495.00 | 2.60 | Review and analysis of materials relating to preparation for closing arguments. |
| 12/18/2009 | PVL | 840.00 | 3.00 | Review email and reply (.4); review revised obj chart and Felder memo re same (.3); review Horkovich memos and reply (.2); review notice of plan mods (.1); review JAL memo (.3); confer NDF and JAL (1.7). |
| 12/18/2009 | NDF | 610.00 | 5.30 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/18/2009 | ACM | 580.00 | 0.20 | Exchange e-mails with R. Wyron re Medicare reporting issues. |
| 12/18/2009 | TEP | 270.00 | 6.20 | Legal research re substantive legal issues re trial. |

| | | | | |
|---|---|---|---|---|
| 12/19/2009 | TEP | 270.00 | 7.20 | Legal research re substantive legal issues re trial. |
| 12/19/2009 | JAL | 495.00 | 1.90 | Legal research and analysis in connection w/closing argument. |
| 12/20/2009 | PVL | 840.00 | 0.50 | Review arg. assignments. |
| 12/20/2009 | TEP | 270.00 | 8.80 | Legal research re substantive legal issues re trial. |
| 12/20/2009 | NDF | 610.00 | 2.00 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/21/2009 | NDF | 610.00 | 8.80 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/21/2009 | TEP | 270.00 | 7.20 | Legal research re substantive legal issues re trial. |
| 12/21/2009 | PVL | 840.00 | 4.90 | Confer Aldock, Giannotto, DeChristoforo, Frankel, Wyron, Mehaley and Horkovich (3.5); teleconference EI (1.0): review email and reply (.4). |
| 12/21/2009 | JAL | 495.00 | 0.30 | Reviewed e-mails from NDF re: closing arguments and confirmation issues. |
| 12/21/2009 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: confirmation issue. |
| 12/21/2009 | JAL | 495.00 | 0.10 | Drafted e-mail to AJS re: confirmation issue. |
| 12/21/2009 | JAL | 495.00 | 0.20 | Drafted e-mails (2x) to TEP re: research for closing argument. |
| 12/21/2009 | JAL | 495.00 | 0.10 | Tele. call w/TEP re: confirmation research. |
| 12/21/2009 | JAL | 495.00 | 3.40 | Review and analysis of materials in prep. for oral argument. |
| 12/21/2009 | JAL | 495.00 | 0.20 | Reviewed e-mails from NDF re: prep. for closing arguments. |
| 12/21/2009 | JAL | 495.00 | 2.70 | Drafted and revised memo for NDF re: prep. for closing arguments. |
| 12/22/2009 | JAL | 495.00 | 0.20 | Office conf. w/SJD re: prep. of materials for closing argument. |

| 12/22/2009 | JAL | 495.00 | 0.20 | Review and analysis of materials in prep. for closing arguments. |
| 12/22/2009 | PVL | 840.00 | 0.50 | Review emails and reply (.3); teleconference with Felder (.2). |
| 12/22/2009 | NDF | 610.00 | 4.20 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/22/2009 | ACM | 580.00 | 1.40 | Revise Settlement Agreement. |
| 12/23/2009 | ACM | 580.00 | 0.20 | Exchange e-mails with EI, AJS re Libby Settlement Agreement. |
| 12/23/2009 | PVL | 840.00 | 3.90 | Review emails and reply (.8); review Grace response to AMH PT brief (.6); review draft ins. neutrality stip. and POR revs and email comments (.5); telephone Wyron (1.3); telephone Freedman (.2); review Cohen memo and Grace obj. to MCC claims (.5). |
| 12/23/2009 | JAL | 495.00 | 6.10 | Drafting and revisions to NDF in connection with upcoming closing arguments. |
| 12/24/2009 | JAL | 495.00 | 6.60 | Further drafting and revision of memo to NDF re: confirmation issues for closing arguments. |
| 12/24/2009 | PVL | 840.00 | 1.90 | Teleconference with EI (.6); review emails and reply (.1); teleconference with Freedman (.8); review Horkovich letter (.1); review two draft stips. re POR revs. (.3). |
| 12/26/2009 | JAL | 495.00 | 7.00 | Further drafting and revision to memo to NDF re: confirmation issues for closing arguments. |
| 12/27/2009 | JAL | 495.00 | 6.70 | Further drafting and revisions to NDF re: confirmation issues for closing arguments. |
| 12/27/2009 | NDF | 610.00 | 4.50 | Prepare for confirmation hearing closing argument (Libby issues). |
| 12/28/2009 | NDF | 610.00 | 15.30 | Prepare for confirmation hearing closing argument (Libby issues). |

| 12/28/2009 | JAL | 495.00 | 0.40 | Revised and finalized memo to NDF re: prep. for oral argument. |
| 12/28/2009 | JAL | 495.00 | 7.30 | Drafted and revised set of talking points for NDF for confirmation closing argument. |
| 12/28/2009 | PVL | 840.00 | 4.60 | Review emails and reply (.8); review AMH PT brief errata (.1); teleconference with Wyron (.6); teleconference with Freedman and Wyron (.8); conference with CR (.1); conference with NDF (.1); review TDP revs. (.2); conference with KCM (.2); review draft motion re neutrality stip. (.2); review JAL memo and reply (.2); review GI opinion (1.3). |
| 12/29/2009 | PVL | 840.00 | 4.30 | Review emails and reply (.4); teleconference with Freedman (.1); teleconference with EI (.1); review NDF arg. outlines and reply (.4); conference with NDF (1.9); teleconference with Bernick, Freedman, Frankel and Wyron (.8); teleconference with Wyron (.3); review draft Kaneb stip. and related emails and reply (.2); review revised draft motion re ins. neutrality stip. and reply (.1). |
| 12/29/2009 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to closing argument prep. |
| 12/29/2009 | JAL | 495.00 | 0.10 | Tele. call w/KCM re: plan confirmation issue. |
| 12/29/2009 | NDF | 610.00 | 15.10 | Meet with PVNL to go over Libby issues (2.1); meet with staff re logistics (0.3); review closing argument graphics (0.5); read cases and outline argument (12.2). |
| 12/29/2009 | ACM | 580.00 | 0.70 | Review proposed TDP change and exchange e-mails with PVNL re same. |
| 12/30/2009 | NDF | 610.00 | 14.80 | Prepare for confirmation hearing closing argument (Libby issues) (13.7); emails re same (1.1). |
| 12/30/2009 | PVL | 840.00 | 6.00 | Review emails and reply (.2); review Kaneb stip. and reply (.1), review NDF slides (.1); review revised ins. neutrality motion and email comments (.2); teleconference with Frankel and Wyron (.7); teleconference with EI (.7); teleconference with Freedman (.4); pre for Jan 4 hearing (3.6). |

| 12/30/2009 | JAL | 495.00 | 2.90 | Review and analysis of materials in connection with preparing for oral argument. |
| 12/30/2009 | JAL | 495.00 | 0.60 | Reviewed and commented on NDF's draft closing argument outline. |
| 12/30/2009 | JAL | 495.00 | 0.80 | Drafted and revised memo to NDF re: plan confirmation issue. |
| 12/30/2009 | JAL | 495.00 | 0.20 | Reviewed memo from PVNL re: confirmation issue for closing argument. |
| 12/31/2009 | NDF | 610.00 | 5.70 | Prepare for closing argument (4.5); teleconference with Bernick et al re same (1.0); draft slide for closing (0.2). |
| 12/31/2009 | PVL | 840.00 | 8.80 | Review emails and reply (.1); telephone conferences with Bernick, Freedman, Baer, NDF et al. (.9); prepare for 1/4 hearing (7.2); review revised ins. neutrality step and smart comments (.3); confereces with KCM (.3). |

**Total Task Code .17        406.50**


**Travel – Non Working (34.20 Hours; $ 6,370.75)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.40 | $420 | 1,848.00 |
| Nathan D. Finch | 6.30 | $305 | 1,921.50 |
| Erroll G. Butts | 15.50 | 117.50 | 1,821.25 |
| Marissa A. Fanone | 8.00 | $97.50 | 780.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/9/2009 | MAF | 97.50 | 4.00 | Travel to Pittsburgh, PA. |
| 10/12/2009 | NDF | 305.00 | 2.80 | Travel to Pittsburgh. |
| 10/12/2009 | PVL | 420.00 | 1.40 | Travel to Pittsburgh. |

| | | | | |
|---|---|---|---|---|
| 10/12/2009 | EGB | 117.50 | 5.00 | Drive to Pittsburg for WR Grace Trial. |
| 10/13/2009 | PVL | 420.00 | 0.40 | Travel to/from court. |
| 10/14/2009 | PVL | 420.00 | 2.40 | Return travel to DC (2.0); travel to/from court (.4). |
| 10/14/2009 | NDF | 305.00 | 3.50 | Travel back to DC. |
| 10/14/2009 | MAF | 97.50 | 4.00 | Return travel to Washington, DC (4). |
| 10/15/2009 | EGB | 117.50 | 5.00 | Travel from Pittsburg to Washington DC. |
| 10/25/2009 | EGB | 117.50 | 5.50 | Travel from New York to DC for Cite check |
| 11/20/2009 | PVL | 420.00 | 0.20 | Travel to/from Orrick office. |

**Total Task Code .21**      **34.20**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $156.23 |
| Research Material | $452.21 |
| Professional Fees & Expert Witness Fees | $28,687.11 |
| Overtime Meals | $0.00 |
| Charge of Cell and/or Home Phone Useage | $108.98 |
| Air & Train Transportation | $9,060.80 |
| Meals Related to Travel | $1,549.12 |
| Conference Meals | $292.99 |
| Court Reporting/Transcript Service | $10,112.48 |
| Outside Photocopying/Duplication Service | $46,311.39 |
| Miscellaneous: Client Advances | $5,781.01 |
| Travel Expenses - Hotel Charges | $10,227.81 |
| Travel Expenses - Ground Transportation | $9,600.83 |
| Travel Expenses - Miscellaneous | $452.83 |
| Local Transportation - DC | $528.63 |
| Local Transporation - NY | $93.69 |
| Database Research | $21,125.77 |
| Xeroxing | $1,849.20 |
| Postage & Air Freight | $1.32 |
| Long Distance-Equitrac In-House | $17.68 |
| NYO Long Distance Telephone | $931.84 |
| **Total for Report** | **$147,341.92** |