# EXHIBIT B

**Case Administration (42.00 Hours; $ 13,297.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  42.00**

**Claims Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 420.00)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05  .50**

**Employee Benefits/Pension (.10 Hours; $ 92.00)**

  Services rendered in this category include de Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08  .10**

**Fee Applications, Applicant (34.70Hours; $ 15,459.50)**

  Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  34.70**

**Litigation and Litigation Consulting (1,264.60 Hours; $ 596,874.50)**

  Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  1,264.60**

DOC#151898

**Plan & Disclosure Statement (406.50 Hours; $ 235,729.50)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17      406.50**


**Travel Non Working (34.20 Hours; $ 6,370.75)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21      34.20**