IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : |
| | : Chapter 11 |
| | : |
| W. R. GRACE & CO., et al, | : Case No. 01-1139 (JJF) |
| | : |
| Debtor | : Jointly Administered |

**NOTICE OF THIRTY-FIFTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009**

Name of Applicant: Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to: The Official Committee of Asbestos Personal Injury Claimants

Date of Retention: April 12, 2001

Period for which Compensation and Reimbursement is sought: October 1, 2009 through December 31, 2009

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $868,243.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $147,341.92

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $694,595.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $147,341.92

Total Amount of Holdback Fees Sought for applicable period: $173,648.75

# EXHIBIT D

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009

### SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 2/28/03; 3434 | 1/1/03-1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | Pending | Pending |
| 3/31/03; 3572 | 2/1/03-2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | Pending | Pending |
| 4/29/03; 3719 | 3/1/03-3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | Pending | Pending |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Cumulative October to December 2009 Hours | Cumulative October to December 2009 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $    .00 | 22.4 | $    11,758.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .0 | .00 | 18.1 | 8,065.00 |
| Case Administration | 42.0 | 13,297.50 | 5,459.8 | 1,700,120.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .5 | 420.00 | 1,874.9 | 785,111.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 131.2 | 84,362.00 |
| Employee Benefits/Pension | .1 | 92.00 | 16.3 | 10,389.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Others | .0 | .00 | 83.4 | 41,095.00 |
| Fee Applications, Applicant | 34.7 | 15,459.50 | 656.1 | 209,285.00 |
| Fee Applications, Others | .0 | .00 | 120.9 | 47,240.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 394.4 | 311,824.00 |
| Litigation and Litigation Consulting | 1,264.6 | 596,874.50 | 26,705.5 | 11,982,586.50 |
| Plan & Disclosure Statement | 406.5 | 235,729.50 | 5,136.9 | 3,023,858.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 34.2 | 6,370.75 | 1,726.7 | 448,467.50 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 138.5 | 68,646.50 |
| **Totals** | **1,782.6** | **$868,243.75** | **42,813.1** | **$18,871,873.00** |

C:\Documents and Settings\SDC\Local Settings\Temporary Internet Files\OLK1\DOCS-#170098-v1-billing_-_Grace_quarterly_exhibit_D.DOC

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/1/09 – 12/31/09 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 21,125.77 | $ 377,996.44 |
| Research Material | 452.21 | 11,641.72 |
| Air Freight & Express Mail | 156.23 | 23,795.59 |
| Outside Local Deliveries | .00 | 4,208.15 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 292.99 | 14,176.82 |
| Outside Photocopy Service | 46,311.39 | 328,602.12 |
| Professional Fees & Expert Witness Fees | 28,687.11 | 2,215,715.86 |
| Court Reporting/Transcript Service | 10,112.48 | 220,147.49 |
| Miscellaneous Client Advances | 5,781.01 | 45,018.94 |
| Air & Train Transportation | 9,060.80 | 208,919.74 |
| Meals Related to Travel | 1,549.12 | 29,778.94 |
| Travel Expenses – Hotel Charges | 10,227.81 | 124,411.84 |
| Travel Expenses – Ground Transportation | 9,600.83 | 80,696.67 |
| Travel Expenses – Miscellaneous | 452.83 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,914.20 |
| Local Transportation - DC | 528.63 | 6,610.26 |
| Local Transportation – NY | 93.69 | 539.80 |
| Xeroxing | 1,849.20 | 114,691.15 |
| Postage | 1.32 | 6,945.39 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 17.68 | 2,526.87 |
| NYO Long Distance Telephone | 931.84 | 15,833.56 |
| Use of Cell/Home Phone | 108.98 | 3,038.50 |
| **TOTAL** | $ 147,341.92 | $ 3,843,303.29 |