**EXHIBIT B – Part 3**

**Monthly Fee Statement for the Period from:
December 1, 2009 thru December 31, 2009**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | February 18, 2010 at 4:00 p.m. |
|  | ) | Hearing date:  To be scheduled only if objections |
|  | ) | are timely filed and served. |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Fifth Monthly

Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period December 1, 2009

through December 31, 2009, seeking compensation in the amount of $117,137.00 and

reimbursement for actual and necessary expenses in the amount of $3,532.36.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 18, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Theodore L.

Date Filed:  1/29/2010

Docket No:  24211

Freedman, Esquire, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (fax number 212-446-4900), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: January 29, 2010
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**


*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

        and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
             kpasquale@stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | February 18, 2010 at 4:00 p.m. |
|  | ) | Hearing date: To be scheduled only if objections |
|  |  | are timely filed and served. |

**ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK &
STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **December 1, 2009 – December 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$117,137.00    (80%: $93,709.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$3,532.36** |

This is an: ☒ interim ☐ final application

## Attachment A

### Monthly Interim Fee Applications

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006-8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |

**WR GRACE & CO**

**ATTACHMENT B**

**DECEMBER 1, 2009 – DECEMBER 31, 2009**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 8.5 | $ 995 | $    8,457.50 | 39 |
| Pasquale, Kenneth | 26.6 | 825 | 21,945.00 | 9 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Berg, Madelaine | 0.3 | 650 | 195.00 | 29 |
| Krieger, Arlene G. | 105.3 | 675 | 71,077.50 | 25 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Carrion, Carole | 2.2 | 235 | 517.00 | 3 |
| Huang, Hang Qi | 1.9 | 185 | 351.50 | 1 |
| Magzamen, Michael S. | 20.5 | 295 | 6,047.50 | 4 |
| Mohamed, David | 42.1 | 180 | 7,578.00 | 19 |
| Quartararo, Michael | 3.3 | 285 | 940.50 | 1 |
| Szemelynec, Kristine A. | 0.1 | 275 | 27.50 | 2 |
|  |  |  |  |  |
| **TOTAL** | **210.8** |  | **$ 117,137.00** |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**DECEMBER 1, 2009 – DECEMBER 31, 2009**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 1.5 | $    1,012.50 |
| 0014 | Case Administration | 37.9 | 7,136.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 24.5 | 17,301.50 |
| 0018 | Fee Application, Applicant | 20.9 | 8,650.00 |
| 0019 | Creditor Inquiries | 1.3 | 1,106.50 |
| 0020 | Fee Application, Others | 3.3 | 1,386.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 4.2 | 2,827.50 |
| 0036 | Plan and Disclosure Statement | 112.5 | 74,030.50 |
| 0037 | Hearings | 4.7 | 3,686.50 |
| | | | |
| | **TOTAL** | **210.8** | **$ 117,137.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 27, 2010 |
| INVOICE NO. | 495300 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2009, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/10/2009 | Exchange memoranda with J. Dolan re: third quarter operating performance. | Krieger, A. | 0.1 |
| 12/11/2009 | Attend to Capstone report on Grace's 3rd quarter operations (1.1); t/c J. Dolan re: same (.3). | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,012.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,012.50 |
|---|---|

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6). | Mohamed, D. | 0.8 |
| 12/02/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.3 |
| 12/03/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.6). | Mohamed, D. | 1.6 |
| 12/04/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.4 |
| 12/07/2009 | Review AK memo re: fees. | Kruger, L. | 0.2 |
| 12/07/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain documents for review (.4); review case file documents (.7). | Mohamed, D. | 2.6 |
| 12/07/2009 | Circulated WR Grace docket updates to working group. | Szemelynec, K. | 0.1 |
| 12/08/2009 | Memorandum to MM re: court call arrangements for 12/14/09 hearing. | Krieger, A. | 0.1 |
| 12/08/2009 | Arrange K. Pasquale and A. Krieger telephonic appearances at 12/14 hearing. | Magzamen, M. | 0.4 |
| 12/08/2009 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4); obtain and circulate recently docketed pleadings in main case (1.3); prepare documents for attorney review (.5). | | |
| 12/09/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); obtain pleadings for attorney review (.2). | Mohamed, D. | 1.6 |
| 12/10/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.9); review case file documents (1.1). | Mohamed, D. | 2.3 |
| 12/11/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.3 |
| 12/14/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); prepare documents for review (.6). | Mohamed, D. | 1.7 |
| 12/15/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 12/16/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); prepare documents for review (.4). | Mohamed, D. | 1.9 |
| 12/17/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.4); prepare documents for review (.6). | Mohamed, D. | 2.3 |
| 12/18/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); review case file documents (.8); obtain documents for review (.4). | Mohamed, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/21/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.1 |
| 12/22/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.7); review case file documents (.5). | Mohamed, D. | 1.5 |
| 12/23/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5); prepare documents for attorney review (.7). | Mohamed, D. | 2.3 |
| 12/24/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 1.3 |
| 12/28/2009 | Set up telephonic appearances for L. Kruger at closing arguments hearings. | Magzamen, M. | 0.4 |
| 12/28/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case file documents (.8); review case docket nos. 01-771, 08-2069, 09-644 and 09-807 (.5). | Mohamed, D. | 2.1 |
| 12/29/2009 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (.6); prepare documents for review (1.1). | Mohamed, D. | 2.0 |
| 12/30/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4); obtain pleading re court of appeals case no. 08-2069 for attorney review (.2). | Mohamed, D. | 1.3 |
| 12/31/2009 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 0.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 675 | $ 67.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Magzamen, Michael S. | 0.8 | 295 | 236.00 |
| Mohamed, David | 36.7 | 180 | 6,606.00 |
| Szemelynec, Kristine A. | 0.1 | 275 | 27.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,136.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,136.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/07/2009 | Memoranda to the Committee re: pending matters, including Wachovia's objection to Allianz settlement and Debtors' reply. | Krieger, A. | 5.8 |
| 12/07/2009 | Review memo to Committee re: Allianz settlements, Wachovia objection and debtor reply. | Kruger, L. | 0.6 |
| 12/08/2009 | Attend to memoranda for the Committee re: revised to reflect information from Debtors' counsel and additional memorandum re: Debtors' motion for settlement with AG Insurance (3.7); memorandum for the Committee re: Sutton Brook Site settlement (.3). | Krieger, A. | 4.0 |
| 12/08/2009 | Review draft memo to Committee re: environmental settlement. | Kruger, L. | 0.2 |
| 12/08/2009 | Attention to draft memo to Committee re: environmental settlement. | Pasquale, K. | 0.2 |
| 12/09/2009 | Finalize memorandum to the Committee re: pending motions. | Krieger, A. | 2.3 |
| 12/09/2009 | Attention to draft memo to Committee re: pending settlements. | Pasquale, K. | 0.2 |
| 12/14/2009 | Attend to memorandum to the Committee re: 12/14/09 hearing and plan modifications and selected plan provisions. | Krieger, A. | 2.8 |
| 12/14/2009 | Review memo re: court hearing. | Kruger, L. | 0.2 |
| 12/29/2009 | Attend to Plan modifications and related Canadian ZAI Claim motions and prepare memorandum to the Committee re: same. | Krieger, A. | 4.2 |
| 12/30/2009 | Prepare memorandum for the Committee re: plan modifications, revised Canadian | Krieger, A. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | agreement and other matters. | | |
| 12/30/2009 | Review memo to Committee re: plan modifications, Canadian Agreement. | Kruger, L. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 21.9 | $ 675 | $ 14,782.50 |
| Kruger, Lewis | 2.2 | 995 | 2,189.00 |
| Pasquale, Kenneth | 0.4 | 825 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,301.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,301.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | Attend to preparation of 34th quarterly fee application (2.3); office conference MM re: same (.1). | Krieger, A. | 2.4 |
| 12/01/2009 | Work on and finalize SSL October monthly fee application. | Magzamen, M. | 1.6 |
| 12/01/2009 | Prepare and serve Stroock's 103rd monthly fee statement. | Mohamed, D. | 1.1 |
| 12/02/2009 | Finalize 34th quarterly fee application. | Krieger, A. | 2.1 |
| 12/02/2009 | Review SSL 34th quarterly fee application. | Magzamen, M. | 0.9 |
| 12/03/2009 | Prepare Stroock's 34th quarterly fee application for filing. | Mohamed, D. | 0.7 |
| 12/04/2009 | Effectuate service re: Stroock's 34th quarterly fee application. | Mohamed, D. | 0.8 |
| 12/04/2009 | Review fee application. | Pasquale, K. | 0.4 |
| 12/07/2009 | Exchanged memoranda with MM re: status of fee applications (.1); memorandum to LK re: above (.3). | Krieger, A. | 0.4 |
| 12/08/2009 | Review and revise November bill. | Magzamen, M. | 1.3 |
| 12/09/2009 | Review and revise November bill. | Magzamen, M. | 1.0 |
| 12/10/2009 | Review and revise November bill. | Magzamen, M. | 0.8 |
| 12/16/2009 | Review and revise November bill. | Magzamen, M. | 1.6 |
| 12/17/2009 | Finalize November bill for A. Krieger review. | Magzamen, M. | 0.8 |
| 12/18/2009 | O/c MM re: November 2009 fee statement. | Krieger, A. | 0.1 |
| 12/19/2009 | Attend to preparation of November 2009 fee | Krieger, A. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | statement. | | |
| 12/21/2009 | Emails w/ A. Krieger re: comments to SSL November fee app (.2); review comments (.3). | Magzamen, M. | 0.5 |
| 12/28/2009 | Memorandum to LK re: October 2009 fee statement (.1); exchanged memoranda with MM re: above and November 2009 fee statement (.1). | Krieger, A. | 0.2 |
| 12/28/2009 | Prepare November bill for filing and A. Krieger review. | Magzamen, M. | 1.2 |
| 12/29/2009 | Attend to November 2009 fee statement. | Krieger, A. | 0.7 |
| 12/30/2009 | Prepare and serve Stroock's 104th monthly fee application. | Mohamed, D. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.1 | $ 675 | $ 4,792.50 |
| Magzamen, Michael S. | 9.7 | 295 | 2,861.50 |
| Mohamed, David | 3.7 | 180 | 666.00 |
| Pasquale, Kenneth | 0.4 | 825 | 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,650.00 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,650.00 |
|------------------------|------------|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | T/c bank debtholder re: status. | Kruger, L. | 0.2 |
| 12/01/2009 | Telephone conference creditor re: case status. | Pasquale, K. | 0.3 |
| 12/02/2009 | Telephone conference bank debt holder re: status and brief issues. | Pasquale, K. | 0.3 |
| 12/22/2009 | Telephone conference bank debt holder re: status. | Pasquale, K. | 0.3 |
| 12/23/2009 | Telephone conference bank debt holder re: status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.2 | $ 995 | $ 199.00 |
| Pasquale, Kenneth | 1.1 | 825 | 907.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,106.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,106.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/03/2009 | Prepare Capstone's 23rd quarterly fee application. | Mohamed, D. | 0.9 |
| 12/04/2009 | Attend to other professionals' fee application. | Krieger, A. | 0.1 |
| 12/04/2009 | Effectuate service re: Capstone's 23rd quarterly fee application. | Mohamed, D. | 0.8 |
| 12/09/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 12/10/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 12/15/2009 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 12/29/2009 | Attend to other professionals' fee applications, and related notices, certifications. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.6 | $ 675 | $ 1,080.00 |
| Mohamed, David | 1.7 | 180 | 306.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,386.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,386.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation 699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2009 | Attend to notice of settlement re: Sutton Brook Disposal Superfund Site and request for agreement. | Krieger, A. | 0.1 |
| 12/03/2009 | Attend to Sutton Brook Disposal Site Participation Agreement (1.4); memoranda to R. Higgins re: same (.2). | Krieger, A. | 1.6 |
| 12/04/2009 | Exchanged memoranda with R. Higgins, R. Emmett re: additional information with respect to Sutton Brook Superfund Site Agreement. | Krieger, A. | 0.6 |
| 12/07/2009 | Attend to further response from R. Emmett re: Sutton Brook Participation Agreement and review of related materials. | Krieger, A. | 0.6 |
| 12/08/2009 | Review email correspondence re: Sutton Brook Site settlement and email w/ A. Krieger. | Berg, M. | 0.3 |
| 12/08/2009 | Memorandum to M. Berg re: Sutton Brook PRP Group Agreement (.6); memoranda with R. Higgins re: additional information (.2); telephone call R. Emmette re: Sutton Brook information (.2). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.3 | $ 650 | $ 195.00 |
| Krieger, Arlene G. | 3.9 | 675 | 2,632.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,827.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,827.50 |
|---|---|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 150.26 |
| Long Distance Telephone | 52.14 |
| Duplicating Costs-in House | 120.40 |
| Postage | 15.66 |
| Outside Professional Services | 1647.05 |
| Miscellaneous | 49.95 |
| Travel Expenses - Transportation | 1234.90 |
| Westlaw | 262.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,532.36 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,532.36 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement<br>699843 0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2009 | Perform data transfer from vendor burn, duplicate and label media re: e-briefs. | Huang, H. | 1.9 |
| 12/01/2009 | Review/finalize reply e-brief and service of same. | Magzamen, M. | 2.7 |
| 12/01/2009 | Hyper-link brief issues (.3); review briefs for closing argument (1.2). | Pasquale, K. | 1.5 |
| 12/02/2009 | Attend to Wachovia's response to the Edwards Plaintiffs' settlement (.6); attend to post-trial reply brief (3.3). | Krieger, A. | 3.9 |
| 12/02/2009 | Attn to CC/BLG Reply e-brief issues. | Magzamen, M. | 0.3 |
| 12/03/2009 | Attend to post-trial reply briefs. | Krieger, A. | 4.3 |
| 12/04/2009 | Attend to reply briefs (2.1); attend to Wachovia Response to Debtors' proposed settlement with the Allianz companies (.8). | Krieger, A. | 2.9 |
| 12/04/2009 | Outline closing argument and review certain case law re: same. | Pasquale, K. | 2.8 |
| 12/08/2009 | Office conference KP re: closing argument (.2); attend to Debtors motion for settlement with AG Insurance (.8); preparation for closing arguments (.4). | Krieger, A. | 1.4 |
| 12/08/2009 | Review omnibus hearing agenda. | Kruger, L. | 0.2 |
| 12/09/2009 | Prepare all e-briefs for attorney access at closing arguments (.3); confs. w/M. Magzamen re: same (.2). | Carrion, C. | 0.5 |
| 12/09/2009 | Attend to briefs for closing arguments. | Krieger, A. | 5.4 |
| 12/09/2009 | Oc's w/ A. Krieger re: Plan Porponents' | Magzamen, M. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.5). | | |
| 12/15/2009 | Attention to J. Baer email re: scheduling (.2); prep for closing arguments (1.4). | Pasquale, K. | 1.6 |
| 12/16/2009 | Prepare duplicate e-brief for M. Magzamen (.4); prepare for additional e-brief usage at closing arguments (.3). | Carrion, C. | 0.7 |
| 12/16/2009 | Review materials in preparation for closing arguments (7.7); exchanged memoranda with KP re: revised oral argument schedule (.2). | Krieger, A. | 7.9 |
| 12/16/2009 | Preparation for closing argument and review of cases. | Kruger, L. | 0.6 |
| 12/16/2009 | Follow up correspondence w/ Kirkland and attn to receipt of corrected e-brief. | Magzamen, M. | 0.2 |
| 12/16/2009 | E-mails re: scheduling issues (.3); prep for closing arguments (1.8). | Pasquale, K. | 2.1 |
| 12/17/2009 | Prepare and organize e-briefs on network. | Carrion, C. | 0.5 |
| 12/17/2009 | Attend to pleadings for closing arguments (5.8); attend to memoranda re: revised closing argument schedule (.1). | Krieger, A. | 5.9 |
| 12/17/2009 | Preparation for and conference call with Rosenberg, Cobb, KP, AK preparing for oral argument. | Kruger, L. | 1.0 |
| 12/17/2009 | Attn to closing argument preparations and e-brief issues. | Magzamen, M. | 1.8 |
| 12/17/2009 | Review Grace plan objection chart, modifications, filed with court (1.6); prepare for and conference call with Lenders' counsel re: closing arguments (1.0); prepare for closing arguments (1.5). | Pasquale, K. | 4.1 |
| 12/17/2009 | Prepare linked e-briefs and exhibits to network location and attorney laptops in preparation for court hearing. | Quartararo, M. | 2.0 |
| 12/18/2009 | Attend to Debtors' 3rd Set of Plan Modifications and chart of confirmation requirements and objections (2.8); attend to | Krieger, A. | 6.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | materials for closing arguments (2.6); conf/c KP, R. Cobb, A. Rosenberg re: closing argument (.8). | | |
| 12/18/2009 | Review debtor third set of plan modifications and objection chart. | Kruger, L. | 0.8 |
| 12/18/2009 | Finalize trial e-briefs from all parties (1.8); e-mails w/ A. Krieger re: same (.3). | Magzamen, M. | 2.1 |
| 12/18/2009 | Closing arguments preparation, review of cases. | Pasquale, K. | 2.1 |
| 12/18/2009 | Coordinate w/ M. Magzamen re: e-brief issues. | Quartararo, M. | 1.0 |
| 12/21/2009 | Review debtors amended chart re: confirmation requirements and final objections to amended POR (1.6); review of cases for closing argument (.2). | Kruger, L. | 1.8 |
| 12/21/2009 | Closing argument preparation. | Pasquale, K. | 1.6 |
| 12/22/2009 | Closing argument preparation and issues. | Pasquale, K. | 2.8 |
| 12/28/2009 | Attend to recent court decision for potential applicability to Grace. | Krieger, A. | 2.3 |
| 12/29/2009 | Attend to Debtors' response to Anderson's post-trial brief (.6); attend to materials for closing arguments on confirmation (1.8). | Krieger, A. | 2.4 |
| 12/29/2009 | Trial prep conference w/ A. Krieger re: e-briefs. | Magzamen, M. | 0.3 |
| 12/30/2009 | Prepare e-briefs for client and related party distribution. | Carrion, C. | 0.3 |
| 12/30/2009 | Attend to pleadings for confirmation hearing. | Krieger, A. | 2.9 |
| 12/30/2009 | Review pleadings re: confirmation. | Kruger, L. | 0.4 |
| 12/30/2009 | Arrange for addt'l copy of reply e-brief and forward to K&E. | Magzamen, M. | 0.3 |
| 12/31/2009 | Attend to materials for confirmation hearing. | Krieger, A. | 4.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Carrion, Carole | 2.2 | $ 235 | $ 517.00 |
| Huang, Hang Qi | 1.9 | 185 | 351.50 |
| Krieger, Arlene G. | 67.7 | 675 | 45,697.50 |
| Kruger, Lewis | 5.7 | 995 | 5,671.50 |
| Magzamen, Michael S. | 10.0 | 295 | 2,950.00 |
| Pasquale, Kenneth | 21.7 | 825 | 17,902.50 |
| Quartararo, Michael | 3.3 | 285 | 940.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 74,030.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 74,030.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings<br>699843 0037 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/08/2009 | Office conference LK re: 12/14/09 hearing and agenda (.2); exchange emails with KP re: same (.1); memorandum to LK re: 12/14/09 hearing (.1). | Krieger, A. | 0.4 |
| 12/08/2009 | Review agenda for omnibus hearing. | Pasquale, K. | 0.2 |
| 12/10/2009 | Attend to amended agenda for 12/14/09 hearing. | Krieger, A. | 0.1 |
| 12/11/2009 | Review amended agenda for 12/14 hearing. | Pasquale, K. | 0.2 |
| 12/14/2009 | Attend telephonic omnibus hearing re: addressing modification of plan and Canadian Crown's opposition (.9); office conference KP re: hearing (.1). | Krieger, A. | 1.0 |
| 12/14/2009 | Prep for and participated telephonically in omnibus hearing. | Pasquale, K. | 1.0 |
| 12/23/2009 | Review hearing agenda. | Kruger, L. | 0.2 |
| 12/23/2009 | Review agenda for closing arguments (.2); revise closing argument outline and prepare same (1.4). | Pasquale, K. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.5 | $ 675 | $ 1,012.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 3.0 | 825 | 2,475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,686.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,686.50 |
|-----------------------|------------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**DECEMBER 1, 2009 – DECEMBER 31, 2009**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 8.5 | $ 995 | $    8,457.50 |
| Pasquale, Kenneth | 26.6 | 825 | 21,945.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.3 | 650 | 195.00 |
| Krieger, Arlene G. | 105.3 | 675 | 71,077.50 |
| | | | |
| **Paraprofessionals** | | | |
| Carrion, Carole | 2.2 | 235 | 517.00 |
| Huang, Hang Qi | 1.9 | 185 | 351.50 |
| Magzamen, Michael S. | 20.5 | 295 | 6,047.50 |
| Mohamed, David | 42.1 | 180 | 7,578.00 |
| Quartararo, Michael | 3.3 | 285 | 940.50 |
| Szemelynec, Kristine A. | 0.1 | 275 | 27.50 |
| | | | |
| **TOTAL** | **210.8** | | **$ 117,137.00** |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**DECEMBER 1, 2009 – DECEMBER 31, 2009**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 150.26 |
| Long Distance Telephone | | 52.14 |
| Duplicating Costs-in House | | 120.40 |
| Postage | | 15.66 |
| Outside Professional Services | | 1,647.05 |
| Miscellaneous | | 49.95 |
| Travel Expenses - Transportation | | 1,234.90 |
| Westlaw | | 262.00 |
| | | |
| **TOTAL** | **$** | **3,532.36** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | January 27, 2010 |
|---|---|
| INVOICE NO. | 495300 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2009, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 790687686876 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Margaret A. Phillips, Esq., Paul, Weiss, Rifkind, Wharton, 1285 Avenue Of The Americas Rm, NEW YORK CITY, NY 10019 | 9.18 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 791512959431 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Kimberly Love Legal Assistant, Kirkland & Ellis LLP, 300 N La Salle Dr, CHICAGO, IL 60654 | 11.05 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 792812096572 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Jonathan P. Guy, Esq., Orrick, Herrington & Sutcliffe, 1152 15th St NW, WASHINGTON, DC 20005 | 12.38 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799435763806 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Nathan Finch, Esq., Caplin & Drysdale, Chartered, 375 Park Ave, NEW YORK CITY, NY 10152 | 9.18 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799435763817 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: David Blabey, Esq., Kramer Levin Naftalis & Frankel, 1177 Avenue Of The Americas, NEW YORK CITY, NY 10036 | 9.18 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799502312963 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Hon Judith K. Fitzgerald, United States Bankruptcy Court, 600 Grant St, PITTSBURGH, PA 15219 | 15.15 |
| 12/01/2009 | Vendor: Federal Express Corporation Invoice #: 942298464 12.07.09 Tracking #: 799502312985 Shipment Date: 12/01/2009 Sender: Kenneth Pasquale Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: James Green, Esq., Landis Rath & Cobb LLP, 919 N Market St Ste 600, WILMINGTON, DE 19801 | 9.18 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195765061 on 12/01/2009 | 6.38 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196669673 on 12/01/2009 | 9.05 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197601644 on 12/01/2009 | 6.38 |
| 12/09/2009 | VENDOR: UPS; INVOICE#: 0000010X827499; DATE: 12/05/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States Trustee, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198701052 on 12/01/2009 | 6.38 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190939221 on 12/04/2009 | 10.20 |
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States Trustee, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191078034 on 12/04/2009 | 10.20 |
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and General Counsel, COLUMBIA, MD 21044 Tracking #:1Z10X8270192321643 on 12/04/2009 | 10.20 |
| 12/15/2009 | VENDOR: UPS; INVOICE#: 0000010X827509; DATE: 12/12/2009; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193054056 on 12/04/2009 | 16.17 |
| | **Outside Messenger Service Total** | **150.26** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/22/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400 Teleconference 11-19-09 | 6.24 |
| 12/01/2009 | EXTN.795562, TEL.3109969646, S.T.11:37, DUR.00:01:04 | 1.11 |
| 12/07/2009 | EXTN.795544, TEL.4105314751, S.T.18:29, DUR.00:00:42 | 0.56 |
| 12/07/2009 | EXTN.795475, TEL.3026574900, S.T.12:46, DUR.00:06:22 | 3.89 |
| 12/11/2009 | VENDOR: Chase Card Services; INVOICE#: 120209; DATE: 12/2/2009  -  visa charge 11/30/09 Court Call LLC | 37.00 |
| 12/15/2009 | EXTN.796689, TEL.3128622819, S.T.14:19, DUR.00:00:45 | 0.56 |
| 12/16/2009 | EXTN.796689, TEL.3128622819, S.T.12:18, DUR.00:01:08 | 1.11 |
| 12/21/2009 | EXTN.795562, TEL.9734678282, S.T.14:33, DUR.00:02:35 | 1.67 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Long Distance Telephone Total** | **52.14** |
| **Duplicating Costs-in House** | | |
| 12/01/2009 | | 1.40 |
| 12/01/2009 | | 0.60 |
| 12/04/2009 | | 96.90 |
| 12/22/2009 | | 0.10 |
| 12/22/2009 | | 0.10 |
| 12/28/2009 | | 0.10 |
| 12/29/2009 | | 0.10 |
| 12/30/2009 | | 14.00 |
| 12/31/2009 | | 7.10 |
| | **Duplicating Costs-in House Total** | **120.40** |
| **Postage** | | |
| 12/02/2009 | Postage Charged on 12/02/2009 18:00 | 15.66 |
| | **Postage Total** | **15.66** |
| **Outside Professional Services** | | |
| 12/02/2009 | VENDOR: ParaDocs; INVOICE#: 6373; DATE: 12/2/2009 – CC/BLG – Post Confirmation Reply e-brief hyperlinking | 1,647.05 |
| | **Outside Professional Services Total** | **1,647.05** |
| **Miscellaneous** | | |
| 12/22/2009 | VENDOR(EE): MQUARTARARO: 12/09/09 - 12/17/09; flash drives to store and transport post trial e-briefs. | 49.95 |
| | **Miscellaneous Total** | **49.95** |
| **Travel Expenses - Transportation** | | |
| 12/01/2009 | VENDOR: AMEX; KRIEGER MAER/ARLENE LGA PIT LGA on 11/25/2009 | 249.20 |
| 12/01/2009 | VENDOR: AMEX; KRIEGER MAER/ARLENE on 11/25/2009 (Service Fee) | 32.25 |
| 12/01/2009 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 11/24/2009 | 921.20 |
| 12/01/2009 | VENDOR: AMEX; PASQUALE/KENNETH on 11/24/2009 (Service Fee) | 32.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Travel Expenses - Transportation Total** | **1,234.90** |
| **Westlaw** | | |
| 12/04/2009 | Transactional Search by Pasquale, Kenneth | 164.25 |
| 12/10/2009 | Transactional Search by Krieger, Arlene G. | 27.50 |
| 12/16/2009 | Transactional Search by Krieger, Arlene G. | 27.50 |
| 12/17/2009 | Transactional Search by Pasquale, Kenneth | 42.75 |
| | **Westlaw Total** | **262.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 150.26 |
| Long Distance Telephone | 52.14 |
| Duplicating Costs-in House | 120.40 |
| Postage | 15.66 |
| Outside Professional Services | 1647.05 |
| Miscellaneous | 49.95 |
| Travel Expenses - Transportation | 1234.90 |
| Westlaw | 262.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,532.36 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.