# EXHIBIT C

**WR GRACE & CO**

**SUMMARY OF FEES**

**OCTOBER 1, 2009 - DECEMBER 31, 2009**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 50.9 | $ 995 | $   50,645.50 |
| Pasquale, Kenneth | 230.7 | 825 | 190,327.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.8 | 650 | 520.00 |
| Jarashow, Mark S. | 23.1 | 345 | 7,969.50 |
| Krieger, Arlene G. | 478.3 | 675 | 322,852.50 |
| | | | |
| **Paraprofessionals** | | | |
| Carrion, Carole | 2.7 | 235 | 634.50 |
| Cohen, Reuben H. | 2.3 | 240 | 552.00 |
| Crooks, Harris | 0.3 | 230 | 69.00 |
| Cromwell, Marlon E. | 0.8 | 235 | 188.00 |
| Dhanraj, Judy N. | 0.8 | 205 | 164.00 |
| Goldstein, Lisa | 0.3 | 255 | 76.50 |
| Huang, Hang Qi | 1.9 | 185 | 351.50 |
| Jones, Margaret | 0.3 | 205 | 61.50 |
| Magzamen, Michael S. | 61.5 | 295 | 18,142.50 |
| Malpeli, Gary | 6.1 | 240 | 1,464.00 |
| Mariano, Christine | 8.8 | 240 | 2,112.00 |
| Mohamed, David | 128.9 | 180 | 23,202.00 |
| Palacios, Gino D. | 2.5 | 240 | 600.00 |
| Quartararo, Michael | 6.6 | 285 | 1,881.00 |
| Szemelynec, Kristine A. | 12.9 | 275 | 3,547.50 |
| | | | |
| **Sub Total** | 1,020.5 | | $ 625,361.00 |
| **Less 50% Travel** | (10.1) | | (7,826.25) |
| **Total** | 1,010.4 | | $ 617,534.75 |