# EXHIBIT D

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## OCTOBER 1, 2009 - DECEMBER 31, 2009

| | |
|---|---:|
| Outside Messenger Service | $ 405.76 |
| Meals | 51.99 |
| Local Transportation | 437.62 |
| Long Distance Telephone | 665.81 |
| Duplicating Costs-in House | 488.40 |
| Duplicating Costs-Outside | 2,817.90 |
| Postage | 31.32 |
| Outside Professional Services | 1,647.05 |
| O/S Information Services | 1,217.52 |
| Miscellaneous | 49.95 |
| Court Reporting Services | 3,479.70 |
| Travel Expenses – Transportation | 4,444.60 |
| Travel Expenses – Lodging | 793.44 |
| Travel Expenses – Meals | 341.12 |
| Westlaw | 9,202.23 |
| | |
| **TOTAL** | **$ 26,074.41** |