IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 16th day of February, 2010, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated on the attached Exhibit A. I hereby further certify that on the 17th day of February, 2010, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated on the attached Exhibit B. :

**STIPULATION AMONG THE PLAN PROPONENTS, ONEBEACON AMERICA INSURANCE COMPANY AND SEATON INSURANCE COMPANY [DOCKET NO. 24294].**

James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:152091.51