**SEVENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 11/1/09 through 11/30/09**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 12.20 | $8,662.00 |
| S. Cunningham | Member | $710 | 9.70 | $6,887.00 |
| R. Frezza | Member | $625 | 28.70 | $17,937.50 |
| J. Dolan | Consultant | $420 | 31.60 | $13,272.00 |
| N. Backer | Paraprofessional | $110 | 6.50 | $715.00 |
| **For the Period 11/1/09 through 11/30/09** | | | **88.70** | **$47,473.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 11/1/09 through 11/30/09

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and claim settlements. | 7.80 | $4,465.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding settlements and responded to Lender requests. | 3.90 | $1,754.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August, September and October monthly statements as well as prepared the 23rd Quarterly fee statement. | 14.40 | $4,178.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results as well as the 3Q09 financial results and prepared a report to the Committee thereon.. | 43.50 | $26,082.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared solvency report.  The applicant also read, analyzed and assisted counsel in reviewing post trial briefs. | 17.30 | $10,238.50 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor and advisors to discuss interest claims. | 1.80 | $756.00 |
| **For the Period 11/1/09 through 11/30/09** | | **88.70** | **$47,473.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 11/1/09 through 11/30/09

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 03. Claims Analysis & Valuation | | | |
| 11/2/2009 | J. Dolan | 0.40 | Prepared response to counsel's request re: equity. |
| 11/4/2009 | E. Ordway | 1.10 | Read and analyzed counsel's report on three pending motions: NJDEP, Austin Quality Foods, and Town of Acton settlements. |
| 11/4/2009 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding approval of settlements. |
| 11/6/2009 | S. Cunningham | 2.20 | Read and analyzed information regarding Solow settlement. |
| 11/10/2009 | J. Dolan | 1.10 | Responded to counsel's request regarding asbestos settlement. |
| 11/20/2009 | J. Dolan | 0.60 | Responded to counsel request for information regarding Solow settlement. |
| 11/23/2009 | E. Ordway | 0.80 | Read and analyzed counsel's memo on pending asbestos claim |
| 11/23/2009 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding Solow settlement. |
| Subtotal | | 7.80 | |
| 04. Creditor Committee Matters | | | |
| 11/2/2009 | J. Dolan | 0.40 | Responded to Lender request for information. |
| 11/9/2009 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 11/16/2009 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| 11/24/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 11/25/2009 | E. Ordway | 0.40 | Read counsel's report on the hearing held Nov. 23. |
| 11/30/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| Subtotal | | 3.90 | |
| 07. Fee Applications & Invoices | | | |
| 11/3/2009 | J. Dolan | 1.10 | Prepared August fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/3/2009 | N. Backer | 2.00 | Prepared August fee statement. |
| 11/4/2009 | J. Dolan | 0.90 | Prepared August fee application. |
| 11/4/2009 | N. Backer | 1.60 | Prepared August fee statement. |
| 11/4/2009 | N. Backer | 1.20 | Prepared September fee statement. |
| 11/6/2009 | J. Dolan | 1.20 | Prepared fee applications. |
| 11/17/2009 | N. Backer | 0.90 | Prepared the September fee application. |
| 11/17/2009 | E. Ordway | 0.50 | Prepared fee application. |
| 11/18/2009 | J. Dolan | 1.00 | Prepared September fee application. |
| 11/19/2009 | J. Dolan | 1.10 | Prepared September fee application. |
| 11/22/2009 | N. Backer | 0.80 | Prepared 23rd Quarterly fee application. |
| 11/23/2009 | J. Dolan | 1.10 | Prepared October fee application. |
| 11/24/2009 | J. Dolan | 1.00 | Prepared quarterly fee application. |
| Subtotal | | 14.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/4/2009 | J. Dolan | 1.90 | Read and analyzed monthly operating reports. |
| 11/4/2009 | E. Ordway | 1.20 | Read and analyzed most current operating report and listed items for staff to analyze. |
| 11/9/2009 | R. Frezza | 1.20 | Review of Q3 09 results for report to the Committee. |
| 11/9/2009 | J. Dolan | 0.80 | Review of 3Q 10Q filing for report to the Committee. |
| 11/10/2009 | S. Cunningham | 2.30 | Read and analyzed Q3 results. |
| 11/10/2009 | R. Frezza | 1.30 | Continued reading/analyzing Q3 09 results in preparation for Q3 report to Committee. |
| 11/11/2009 | E. Ordway | 0.90 | Reviewed 3rd financial reports and prepared outline/notes for report to the Committee thereon. |
| 11/12/2009 | S. Cunningham | 1.30 | Read and analyzed Q3 results. |
| 11/12/2009 | J. Dolan | 0.70 | Review of quarterly information received and prepared updated analysis. |

**Capstone Advisory Group, LLC**
**Invoice for the November 2009 Fee Application**

Page 2 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/12/2009 | R. Frezza | 1.90 | Continued review of Q3 09 results; prepared for conference call with Debtors and Blackstone. |
| 11/13/2009 | R. Frezza | 2.20 | Continued review of Q3 09 results; in preparation for conference call with Debtors and prepared questions and conferred with staff. |
| 11/13/2009 | S. Cunningham | 1.60 | Read and analyzed Q3 results. |
| 11/13/2009 | J. Dolan | 1.30 | Prepared 3Q09 analysis for report and prepared additional questions for Debtors and Blackstone. |
| 11/16/2009 | J. Dolan | 2.70 | Review of executive summary and financial briefing and prepared related analyses for 3Q09 report to the Committee. |
| 11/17/2009 | E. Ordway | 1.40 | Analyzed material changes in performance versus prior year/prior quarter. |
| 11/18/2009 | E. Ordway | 0.60 | Analyzed 4th quarter outlook date and listed items for staff to analyze. |
| 11/18/2009 | R. Frezza | 1.90 | Drafted question list on Q3; continued review of quarterly results in preparation for Committee report. |
| 11/18/2009 | S. Cunningham | 2.30 | Read and analyzed Q3 results. |
| 11/18/2009 | J. Dolan | 1.90 | Prepared questions for Debtor / Blackstone call for 3Q09. |
| 11/19/2009 | R. Frezza | 4.20 | Performed detailed analyses of Q3 09 and Q4 09 outlook and prepared for and participated in Results Briefing call with Debtors and Blackstone. |
| 11/19/2009 | J. Dolan | 1.40 | Prepared analysis and commentary on 3Q09 results as a result of call. |
| 11/19/2009 | E. Ordway | 1.20 | Prepared/edited report to Committee on 3rd Quarter operating results. |
| 11/23/2009 | R. Frezza | 2.90 | Began report drafting for Q3 09 Committee report. |
| 11/25/2009 | R. Frezza | 2.90 | Continued preparation of Q3 09 Report to Committee. |
| 11/30/2009 | R. Frezza | 1.50 | Continued analyses related to Q3 09 re: report to Committee. |
| Subtotal | | 43.50 | |

15. Plan & Disclosure Statement

| | | | |
|---|---|---|---|
| 11/2/2009 | E. Ordway | 1.90 | Read and analyzed debtor's brief on solvency and listed items for staff to address. |
| 11/3/2009 | J. Dolan | 1.30 | Read and analyzed Committee's trial briefs. |
| 11/3/2009 | R. Frezza | 1.90 | Reviewed debtors brief on solvency; provided comments on lender claim and interest amounts in brief. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/10/2009 | R. Frezza | 1.50 | Read/analyzed counsel final draft of Joint Post-Trial Brief in opposition to confirmation to provide comments to counsel. |
| 11/11/2009 | E. Ordway | 0.90 | Read and analyzed post-trial briefs regarding confirmation of objection. |
| 11/11/2009 | J. Dolan | 1.90 | Read and analyzed final trial briefs prepared by counsel. |
| 11/11/2009 | R. Frezza | 1.10 | Read and provided final comments on joint confirmation brief to counsel. |
| 11/20/2009 | R. Frezza | 1.90 | At request of counsel, researched issues surrounding Solow claim and prepared related interest calculations and related bookkeeping by Company. |
| 11/20/2009 | R. Frezza | 1.20 | Reviewed and commented on joint trial brief for counsel. |
| 11/23/2009 | R. Frezza | 1.10 | Reviewed counsel memo re: Joint trial brief and discussed/provided comments. |
| 11/23/2009 | E. Ordway | 1.30 | Read revised joint reply to the Debtor's Post-trial brief. |
| 11/23/2009 | J. Dolan | 1.30 | Read and analyzed counsels Joint Reply to Grace's Post-Trial Brief. |
| Subtotal | | 17.30 | |

26. Meetings with Debtors/Advisors

| | | | |
|------|-------------|-------|---------------------------|
| 11/19/2009 | J. Dolan | 1.80 | Prepared for and participated in 3Q09 results call with Debtors and Blackstone. |
| Subtotal | | 1.80 | |
| **Total Hours** | | **88.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11/1/2009 through 11/30/2009

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Research | | | |
| 11/12/2009 | Capstone Expense | Bloomberg | $144.00 |
| 11/12/2009 | Capstone Expense | Pacer | $23.60 |
| Subtotal - Research | | | $167.60 |
| Telecom | | | |
| 11/2/2009 | Capstone Expense | November Telecom - Saddle Brook office | $47.54 |
| Subtotal - Telecom | | | $47.54 |
| **For the Period 11/1/2009 through 11/30/2009** | | | $215.14 |