**SEVENTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 12/1/2009 through 12/31/2009**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $710 | 10.20 | $7,242.00 |
| S. Cunningham | Member | $710 | 7.90 | $5,609.00 |
| R. Frezza | Member | $625 | 27.90 | $17,437.50 |
| J. Dolan | Consultant | $420 | 48.90 | $20,538.00 |
| M. Desalvio | Research | $170 | 2.00 | $340.00 |
| N. Backer | Paraprofessional | $110 | 7.40 | $814.00 |
| **For the Period 12/1/2009 through 12/31/2009** | | | **104.30** | **$51,980.50** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 12/1/2009 through 12/31/2009

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motions and related documents and exhibits regarding Project Surf transaction. | 1.70 | $888.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, interest calculations and Recovery estimates in relation to the POR and Disclosure Statement. | 7.30 | $4,081.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding hearing status and settlements and responded to Lender requests. | 4.80 | $2,074.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October and November 2009 monthly fee statements as well as the 23rd Quarterly fee application. | 13.30 | $3,611.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 3Q09 results including peer company analysis and prepared a report to the Committee thereon. | 59.90 | $32,398.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant analyzed POR data and plan modifications as well as prepared value analyses per Counsel's request. | 15.30 | $8,587.50 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in preparing a Committee report. | 2.00 | $340.00 |
| **For the Period 12/1/2009 through 12/31/2009** | | **104.30** | **$51,980.50** |

**Capstone Advisory Group, LLC**
Invoice for the 12/1/2009 - 12/31/2009 Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 12/1/2009 through 12/31/2009

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 12/21/2009 | S. Cunningham | 0.60 | Read and analyzed Project Surf information. |
| 12/21/2009 | J. Dolan | 1.10 | Read and analyzed Project Surf transaction and summarized for team. |
| Subtotal | | 1.70 | |
| 03. Claims Analysis & Valuation | | | |
| 12/9/2009 | E. Ordway | 0.90 | Read and analyzed Counsel's report on the proposed settlement with Allianz. |
| 12/10/2009 | J. Dolan | 0.80 | Read and analyzed counsels' memo regarding Wachovia LC and settlement with AG insurance. |
| 12/14/2009 | R. Frezza | 0.50 | Prepared update of claims analysis. |
| 12/14/2009 | E. Ordway | 0.50 | Analyzed claims data and directed staff in updating summary charts. |
| 12/14/2009 | J. Dolan | 2.50 | Updated recovery analysis as requested by counsel to include changes to interest periods, stock prices, etc. |
| 12/17/2009 | R. Frezza | 1.20 | Updated claims analysis. |
| 12/21/2009 | S. Cunningham | 0.90 | Read and analyzed claim recovery analysis. |
| Subtotal | | 7.30 | |
| 04. Creditor Committee Matters | | | |
| 12/1/2009 | J. Dolan | 0.50 | Responded to Lender inquiry. |
| 12/3/2009 | E. Ordway | 0.20 | Called Committee member to discuss case status. |
| 12/7/2009 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 12/9/2009 | J. Dolan | 0.50 | Read and analyzed counsel's memo to the Committee. |
| 12/14/2009 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding hearing status. |
| 12/14/2009 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/21/2009 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| Subtotal | | 4.80 | |

### 07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/1/2009 | N. Backer | 0.60 | Prepared October 2009 fee statement. |
| 12/3/2009 | J. Dolan | 0.90 | Prepared and filed quarterly fee application. |
| 12/9/2009 | N. Backer | 0.80 | October fee application. |
| 12/10/2009 | E. Ordway | 0.40 | Prepared fee application. |
| 12/10/2009 | J. Dolan | 1.10 | Prepared October fee application. |
| 12/16/2009 | N. Backer | 1.20 | Prepared November fee application. |
| 12/17/2009 | N. Backer | 2.30 | Prepared October fee statement. |
| 12/17/2009 | J. Dolan | 1.20 | Prepared October fee application. |
| 12/22/2009 | N. Backer | 2.50 | Prepared the 23rd Quarterly Fee Application. |
| 12/22/2009 | J. Dolan | 1.10 | Prepared November fee application. |
| 12/22/2009 | E. Ordway | 0.50 | Prepared fee application. |
| 12/29/2009 | J. Dolan | 0.50 | Prepared fee application. |
| 12/29/2009 | E. Ordway | 0.20 | Prepared fee application. |
| Subtotal | | 13.30 | |

### 08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/1/2009 | R. Frezza | 2.10 | Prepared analysis of Q3 results for report to Committee. |
| 12/1/2009 | S. Cunningham | 0.50 | Review peer group comps and analysis. |
| 12/1/2009 | J. Dolan | 1.20 | Prepared peer analysis for 3Q09 report to the Committee. |
| 12/1/2009 | E. Ordway | 0.60 | Reviewed and edited peer company analysis prepared by staff for committee report. |
| 12/2/2009 | R. Frezza | 1.40 | Researched and analyzed Q3 results for report to Committee. |
| 12/2/2009 | E. Ordway | 0.60 | Continued to prepare and edit report to the Committee. |

**Capstone Advisory Group, LLC**  
**Invoice for the 12/1/2009 - 12/31/2009 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/2/2009 | J. Dolan | 2.20 | Prepared 3Q09 results report to the Committee including analyses and commentary. |
| 12/3/2009 | J. Dolan | 2.90 | Prepared commentary to 3Q09 report to the Committee. |
| 12/3/2009 | J. Dolan | 3.30 | Prepared various analyses for 3Q09 report to the Committee. |
| 12/3/2009 | R. Frezza | 1.90 | Continued research re: competitor trends and industry issues in connection with Q3 Committee report. |
| 12/4/2009 | E. Ordway | 0.50 | Analyzed debt capacity based on 3rd quarter results. |
| 12/4/2009 | R. Frezza | 2.10 | Continued industry research related to Grace for Q3 Committee report. |
| 12/4/2009 | J. Dolan | 3.20 | Prepared analyses and related commentary on 3Q09 report to the Committee including divisional actual to plan, actual to prior year. |
| 12/4/2009 | S. Cunningham | 2.20 | Read and analyzed Q3 results of operation. |
| 12/7/2009 | E. Ordway | 1.30 | Continued to prepare and edit 3rd quarter report to the Committee. |
| 12/7/2009 | J. Dolan | 3.70 | Analyzed peer data including 10Q's and recent trends for 3Q09 report to the Committee. |
| 12/7/2009 | R. Frezza | 1.30 | Continued review of Q3 results including review of industry analyst reports and prepared peer group analysis update. |
| 12/7/2009 | J. Dolan | 1.80 | Read and analyzed monthly operating reports. |
| 12/8/2009 | S. Cunningham | 1.60 | Read and analyzed Q3 draft report re: financial results. |
| 12/8/2009 | R. Frezza | 0.90 | Continued industry analyst report reviews. |
| 12/8/2009 | J. Dolan | 2.50 | Prepared cash flow analysis and compared to plan and latest estimate including commentary for 3Q09 report to the Committee. |
| 12/8/2009 | J. Dolan | 3.10 | Prepared other section of report including hedging activities, acquisitions/divestitures, environmental, etc. |
| 12/9/2009 | J. Dolan | 1.20 | Review of report for internal review. |
| 12/9/2009 | R. Frezza | 4.40 | Prepared report regarding Q309 results for Committee. |
| 12/10/2009 | R. Frezza | 3.90 | Reviewed 3Q09 report to the Committee and provided comments to team. |
| 12/10/2009 | E. Ordway | 1.50 | Continued to prepare and edit 3rd quarter report to the Committee. |
| 12/10/2009 | J. Dolan | 2.30 | Made revisions to 3Q09 report to the Committee based on internal |
| 12/11/2009 | R. Frezza | 1.90 | Finalized 3Q09 report including discussion with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/11/2009 | S. Cunningham | 2.10 | Review Q3 report to committee. |
| 12/11/2009 | J. Dolan | 1.70 | Finalized 3Q09 report to the Committee and distributed to Committee. |
| Subtotal | | 59.90 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/8/2009 | E. Ordway | 0.80 | Read and analyzed Counsel's memo re: "Convenience Class" settlement procedures. |
| 12/14/2009 | E. Ordway | 0.40 | Read and analyzed Counsel's report re: court hearing results. |
| 12/15/2009 | R. Frezza | 1.80 | Reviewed and updated claims analysis and Value Distribution Analysis for counsel. |
| 12/21/2009 | R. Frezza | 2.20 | Updated value distribution and related data per counsel request. |
| 12/22/2009 | R. Frezza | 1.80 | Updated value distribution and related data per counsel request. |
| 12/22/2009 | E. Ordway | 0.70 | Read and analyzed revised POR data. |
| 12/29/2009 | E. Ordway | 0.50 | Analyzed actual versus forecasted use of DIP Facility. |
| 12/30/2009 | E. Ordway | 0.60 | Read and analyzed Counsel's summary of plan modifications. |
| 12/30/2009 | R. Frezza | 0.50 | Reviewed counsel memo regarding hearing. |
| 12/30/2009 | J. Dolan | 0.90 | Read and analyzed counsels memo regarding Plan modifications. |
| 12/30/2009 | J. Dolan | 2.50 | Reviewed plan modifications. |
| 12/31/2009 | J. Dolan | 2.60 | Updated interest calculations, market cap and other analyses per the request of counsel. |
| Subtotal | | 15.30 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/1/2009 | M. Desalvio | 2.00 | Performed peer analysis for report to the Committee. |
| Subtotal | | 2.00 | |
| **Total Hours** | | **104.3** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 12/1/2009 through 12/31/2009

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 12/11/2009 | Capstone Expense | Bloomberg research | $131.00 |
| 12/11/2009 | Capstone Expense | Pacer Research tool | $7.52 |
| Subtotal - Research | | | $138.52 |
| Telecom | | | |
| 12/13/2009 | Capstone Expense | November Telecom - Saddle Brook office | $89.46 |
| Subtotal - Telecom | | | $89.46 |
| **For the Period 12/1/2009 through 12/31/2009** | | | $227.98 |

**Capstone Advisory Group, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1
**Invoice for the 12/1/2009 - 12/31/2009 Fee Application**