# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 09-763 |
| v. | ) | |
| | ) | |
| W. R. Grace & Co., et al., | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER STAYING APPEAL

Upon the Stipulation for Stay of Appeal filed pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure and Rule 9006-2 of the Local Rules of Bankruptcy practice and procedure for the United States Bankruptcy Court for the District of Delaware, and executed by the Appellant (BNSF Railway Company) and the Appellees (Debtors W. R. Grace & Co. et al ("Grace") and Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood"), and after due deliberation and for cause shown, it is hereby:

ORDERED, that

(1)   the Stipulation for Stay of BNSF's Appeal is granted; and

(2)   BNSF's Appeal is stayed until further notice

Dated: February 17, 2010

_____
The Honorable Ronald L. Buckwalter
United States District Judge