# EXHIBIT "B"

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009**

1. **Case Administration – 15537 – 14.6 hours ($2,963.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Creditors Committee – 15539 – 6.1 hours ($3,016.00)**

This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefore, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to

the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

3. **Applicant's Fee Applications – 15543 – 10.9 hours ($2,536.50)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

4. **Hearings – 15544 – 37.1 hours ($14,107.00)**

This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended various omnibus hearings, including Confirmation Hearings.

5. **Travel – 15546 – 11.8 hours ($2,419.00)**

The Applicant traveled to attend Confirmation hearings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

6. **Fee Applications of Others – 17781 – 4.9 hours ($1,004.50)**

The Applicant attended to the monthly statements for Hamilton Rabinovitz & Alschuler and LECG. In addition, the Applicant prepared the second interim application on behalf of W.D. Hilton and attended to reports from the fee auditor in connection therewith.

7.     **Plan & Disclosure Statement – 15554 – 61.1 hours ($24,766.00)**

The Applicant attended all Confirmation hearings on the plan and disclosure issues, as well as various depositions. The Applicant also reviewed all Phase II briefs and statements and prepared a summary of Phase II of the confirmation hearing. Further, the Applicant reviewed all post-trial briefs, conducted research regarding plan related issues and modifications and attended to oral argument issues.

8.     **Claims Analysis, Objection, Resolution – 15545 – 14.7 hours ($3,939.50)**

During the Application Period, the Applicant attended to review of and emails regarding the District Court's opinion regarding State of California and the Third Circuit Opinion dismissing the Anderson appeal. The Applicant also attended to reviewing the status of claims and settlements to date.