IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID BERNICK

PLEASE TAKE NOTICE that David Bernick of the law firm of Kirkland & Ellis LLP, hereby withdraws his appearance as counsel for debtor and debtor in possession W.R. Grace & Co. ("W.R. Grace"), and requests his removal from all service lists. All other counsel of record for W.R. Grace shall continue to appear on behalf of W.R. Grace in this matter.

Dated: February 22, 2010         PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:157709.1