IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: March 15, 2010 |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S THIRTY-SEVENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

February 16, 2010
INVOICE: 968621

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending January 31, 2010

| | |
|---|---:|
| FEES | $79,353.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 556.77 |
| GST | 0.00 |
| **TOTAL FOR THIS INVOICE** | **$79,910.27** |

Canadian Funds

COPY

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                             01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 5.9 | $3,392.50 |
| D.C. Tay | 0.9 | $945.00 |
| O. Pasparakis | 58 | $44,080.00 |
| A. Kuntz | 77.3 | $30,147.00 |
| K. Smirle | 1.8 | $504.00 |
| P. Adams | 1.5 | $285.00 |
| Total | 145.40 | $79,353.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/1/10 | Orestes Pasparakis | Following-up on emails and faxes. | 0.80 | $608.00 |
| 4/1/10 | Allison Kuntz | Taking out Order of Justice Morawetz in respect of the Approval Hearing (.50); reviewing Crown's Notice for Leave to Appeal (.80); discussing same with O. Pasparakis (.50); attending conference call with U.S. counsel in respect of Crown's appeal (.80). | 2.60 | $1,014.00 |
| 4/1/10 | Orestes Pasparakis | Emailing client regarding status (0.3); reviewing position of Crown appeal materials (0.7); conference call with Representative Counsel to discuss settlement (0.6); instructing regarding next steps (0.2). | 1.80 | $1,368.00 |
| 5/1/10 | Orestes Pasparakis | Conference call with Representative Counsel (0.5); follow-up conference call (0.3); exchanging email with client (0.2); exchanging email with Crown (0.3); considering various settlement options (0.4). | 1.70 | $1,292.00 |
| 5/1/10 | Allison Kuntz | Emailing D. Felder in respect of docket from the Canadian Court and materials filed on the Approval Motion (1.0); locating documents for D. Felder (.50); reviewing correspondence from J. Dais-Visca regarding confirmation hearings (.30); exchanging emails with O. Pasparakis in respect of same (.30). | 2.10 | $819.00 |

INVOICE: 968621



OGILVY RENAULT

W.R. GRACE & CO.                                                                01016442-0006

RE: **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/10 | Derrick C. Tay | Responding to query from U.S. counsel (0.3); reviewing reasons from the Court (0.6). | 0.90 | $945.00 |
| 6/1/10 | Allison Kuntz | Reviewing procedure for expediting an appeal in the context of the CCAA (1.30); emailing O. Pasparakis in respect of same (.30); emailing J. Baer an update in respect of having sent documents to D. Felder and in respect of expediting the Crown Appeal (.50); following-up on entry of Approval Order (.30); serving Approval Order on Service List (.50); emailing soft copies of the Approval Factum to Justice Morawetz as per his request (.30); conference call with J. Dais-Visca regarding Crown Appeal (.50); reviewing correspondence between Representative Counsel and J. Dais-Visca regarding special counsel motion (.50); drafting email with O. Pasparakis to Representative Counsel in respect of possible settlement with Crown (.50). | 4.70 | $1,833.00 |
| 6/1/10 | Orestes Pasparakis | Exchanging numerous lengthy emails throughout the day regarding Crown settlement (1.6); emailing Representative Counsel regarding various issues (0.8); liaising with Court regarding appeal issues (0.6). | 3.00 | $2,280.00 |
| 7/1/10 | Orestes Pasparakis | Exchanging email with Representative Counsel regarding settlement (1.3); considering appeal issues (0.5). | 1.80 | $1,368.00 |
| 7/1/10 | Allison Kuntz | Reviewing emails exchanges between Grace and Representative Counsel regarding possible settlement with Crown (.80); giving instructions regarding obtaining docket sheet for Grace Canada, Inc. from Commercial List Court (.30); considering case law for response to Crown Appeal (1.50). | 2.60 | $1,014.00 |
| 8/1/10 | Teresa Walsh | Reviewing reasons of Morawetz, J. regarding motion for approval of Amended Settlement. | 0.50 | $287.50 |

INVOICE: 968621



**W.R. GRACE & CO.**                                                                 01016442-0006

RE:  Litigation and litigation consulting

---

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/1/10 | Allison Kuntz | Speaking with J. Baer regarding how the Crown appeal will delay the U.S. Proceedings (.50); discussing same with O. Pasparakis (.30); conference call with Representative Counsel regarding expediting appeal (.50); reviewing Crown's objection to special counsel motion (.80); reviewing email from J. Baer in respect of same (.30). | 2.40 | $936.00 |
| 8/1/10 | Orestes Pasparakis | Reviewing and considering the Reasons of Justice Morawetz (0.7); considering Crown objection (0.8); following-up with U.S. Counsel (0.2); lengthy negotiations with Representative Counsel (1.2). | 2.90 | $2,204.00 |
| 11/1/10 | Allison Kuntz | Considering case law in respect of expediting Appeal (1.50); drafting Notice of Motion in respect of expediting the Crown Appeal (3.50); discussing same with O. Pasparakis (.50); discussing same with J. Baer (.50); giving instructions regarding booking a motion to expedite before the Court of Appeal on consent (.50); drafting letter to Crown and Representative counsel in respect of expediting the appeal (1.0); discussing letter with O. Pasparakis (.50); revising letter as per the comments of O. Pasparakis (.50); reviewing transcripts from confirmation hearing (4.0). | 12.50 | $4,875.00 |
| 11/1/10 | Orestes Pasparakis | Reviewing Crown objections (0.6); reviewing reasons of Justice Morawetz (0.3); reviewing filings by future representative (0.3); considering overall strategy in light of documents filed (0.5); considering the process to expedite the court hearing (0.6). | 2.30 | $1,748.00 |
| 12/1/10 | Teresa Walsh | Further review of decision of Morawetz, J. regarding motion to approve Amended Settlement (.4); participating in telephone conference call with O. Pasparakis, client and U.S. counsel (.8). | 1.20 | $690.00 |

INVOICE: 968621



W.R. GRACE & CO.                                                                 01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/10 | Orestes Pasparakis | Preparing for conference call (0.3); conference call regarding strategy (0.6); conference call with Crown counsel regarding next steps (0.4); exchanging email with client regarding Crown position (0.3); considering settlement options (0.3); reviewing U.S. filings (1.2). | 3.10 | $2,356.00 |
| 12/1/10 | Allison Kuntz | Conference call with U.S. counsel in respect of expediting the Crown's appeal (.80); discussing next steps with T. Walsh and O. Pasparakis (.50); reviewing correspondence between O. Pasparakis and R. Finke et al. regarding the treatment of traditional asbestos claims against the Crown under the Plan (.80); reviewing transcripts from confirmation hearing (3.0); revising Notice of Motion in respect of expediting the Crown Appeal (2.50). | 7.60 | $2,964.00 |
| 13/1/10 | Allison Kuntz | Conference call with O. Pasparakis and J. Dais-Visca regarding consent to expediting appeal (.50); revising letter to Crown and Representative Counsel regarding expediting appeal (.60); reviewing correspondence from Representative Counsel regarding expediting the appeal (.20); further review of Crown's objection to special counsel application (1.0); discussing same with O. Pasparakis (.50); conference call with O. Pasparakis and J. Baer regarding Crown's objection to special counsel application (.60); reviewing follow-up emails from J. Baer in respect of same (.20); reviewing Notice of Motion with O. Pasparakis (1.0); revising Notice of Motion as per comments of O. Pasparakis (1.80). | 6.40 | $2,496.00 |
| 13/1/10 | Orestes Pasparakis | Discussion with U.S. Counsel (0.5); preparing Notice of Motion (1.2); following-up with numerous issues regarding the objection and appeal (0.8). | 2.50 | $1,900.00 |
| 14/1/10 | Teresa Walsh | Office conference with O. Pasparakis regarding Crown claim issues (.2); researching issues related to Crown claims (1.4). | 1.60 | $920.00 |

INVOICE: 968621



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                 01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/1/10 | Allison Kuntz | Speaking with the Crown and O. Pasparakis in respect of expediting its appeal of the Approval Order (.30); exchanging emails with J. Baer in respect to expediting the Crown appeal and the status of the U.S. Proceedings (.50); giving instructions regarding booking the motion to expedite (.20); drafting Notice of Motion in respect of motion to expedite (2.50); drafting Affidavit in support of motion to expedite (1.50); exchanging emails with Representative Counsel in respect of the motion to expedite (.30); reviewing summary of Canadian Proceedings (.50); emailing J. Baer and D. Boll in respect of same (.30); reviewing correspondence from the Crown in respect of the Special Counsel Application (.20); reviewing email exchanges in respect of Grace's position (.30); reviewing comments on Notice of Motion from J. Baer (.20). | 6.80 | $2,652.00 |
| 14/1/10 | Orestes Pasparakis | Preparing summary of Canadian proceedings (0.8); exchanging email with Representative Counsel regarding various issues (0.6); reviewing U.S. filings (1.6); preparing materials for the Court of Appeal (1.2). | 4.20 | $3,192.00 |
| 15/1/10 | Teresa Walsh | Working on Notice of Motion and Affidavit for Motion seeking leave to expedite Crown appeal of decision approving Amended Settlement (1.1); office conference with O. Pasparakis regarding motion (.1); researching issues related to Crown appeal (.5); participating in conference call with O. Pasparakis and U.S. Counsel regarding status of various proceedings (.9). | 2.60 | $1,495.00 |
| 15/1/10 | Orestes Pasparakis | Revising Notice of Motion (0.6); revising Affidavit in support of motion (0.8); preparing and finalizing factum (3.2); reviewing law in support of motion (0.8); attending conference call with U.S. Counsel (1.2); addressing filing issues (0.9). | 7.50 | $5,700.00 |

INVOICE: 968621



W.R. GRACE & CO.                                              01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 15/1/10 | Kathrine Smirle | Receiving instructions from O. Pasparakis (.20); researching test to expedite the hearing of an appeal (1.0); serving Motion Record and Factum returnable January 21, 2010 (.30); receiving confirmation of receipt emails (.30). | 1.80 | $504.00 |
| 15/1/10 | Allison Kuntz | Revising Notice of Motion and Affidavit as per the comments of J. Baer (.50); emailing O. Pasparakis in respect of same (.30). | 0.80 | $312.00 |
| 18/1/10 | Allison Kuntz | Giving instructions regarding filing of materials in support of motion to expedite the Crown's appeal (.20); following-up with voicemails and emails to Service List for confirmation of their receipt of motion materials (.30). | 0.50 | $195.00 |
| 18/1/10 | Orestes Pasparakis | Following-up on court of appeal materials (0.7). | 0.70 | $532.00 |
| 19/1/10 | Allison Kuntz | Emailing J. Baer in respect of the Order recognizing the preliminary injunction in Canada (.20). | 0.20 | $78.00 |
| 19/1/10 | Orestes Pasparakis | Responding to Crown objection (1.2); preparing email to client regarding same (0.3); liaising with Representative Counsel on numerous issues (0.3); reviewing motion materials (1.3). | 3.10 | $2,356.00 |
| 20/1/10 | Allison Kuntz | Exchanging emails with Crown and Representative Counsel regarding the stay extension motion (.20); emailing Service List in respect of same (.10); factum for response to Crown's Leave to Appeal and Appeal Motion (2.0); reviewing emails from O. Pasparakis regarding Representative Counsel's motion to clarify the role of Lauzon Belanger (.50). | 2.80 | $1,092.00 |
| 20/1/10 | Orestes Pasparakis | Preparing for Court of Appeal (1.6); liaising with Representative Counsel on various issues (0.8); liaising with Crown counsel (0.3); liaising with U.S. counsel (0.3); preparing outline of oral argument (0.4). | 3.40 | $2,584.00 |
| 21/1/10 | Orestes Pasparakis | Preparing for Court attendance (1.1); attending at Court (1.2); finalizing form of Order (0.2); liaising with Representative Counsel (0.3); liaising with Crown Counsel (0.2). | 3.00 | $2,280.00 |

INVOICE: 968621



OGILVY RENAULT

W.R. GRACE & CO.                                                                                           01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/1/10 | Allison Kuntz | Exchanging emails with the Crown, W.R. Grace and Representative counsel in respect of the Order to expedite the appeal (1.0); drafting Order (.30) exchanging emails with Crown in respect of same (.30); revising Order as per Crown's comments (.30). | 1.90 | $741.00 |
| 22/1/10 | Orestes Pasparakis | Following-up with Representative Counsel (0.3); following-up with Crown Counsel (0.4); preparing outline for facta (0.9). | 1.60 | $1,216.00 |
| 24/1/10 | Orestes Pasparakis | Meeting with Representative Counsel (0.9); meeting with U.S. Counsel (0.4); preparing for meeting with Crown Counsel (0.3); considering settlement issues (0.8); sketching out settlement possibilities (0.8). | 3.20 | $2,432.00 |
| 25/1/10 | Allison Kuntz | Speaking with Court of Appeal Registrar regarding Justice Epstein's Order (.20); drafting letter to Court of Appeal Registrar (.20); exchanging emails with the Crown in respect of same (.20); exchanging emails with O. Pasparakis in respect of same (.10). | 0.70 | $273.00 |
| 25/1/10 | Penny Adams | Reviewing and commenting on the monthly and quarterly fee applications (1.0); corresponding with L. Oberholzer, R. Finke and others with respect to administrative matters (0.50). | 1.50 | $285.00 |
| 25/1/10 | Orestes Pasparakis | Preparing for court hearing (0.5); attending meeting with U.S. Counsel and Crown Counsel (1.1); attending court (2.6); meeting with Representative Counsel after court (0.3); meeting with Crown Counsel (1.2); formulating draft offer to settle and providing it to Crown Counsel, Representative Counsel and U.S. Counsel (1.2); negotiating with Representative Counsel (1.3); negotiating with Crown Counsel (0.8). | 9.00 | $6,840.00 |

INVOICE: 968621



W.R. GRACE & CO.                                              01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 26/1/10 | Allison Kuntz | Exchanging emails with R. Wyron regarding Canadian Pleadings (.20); reviewing case law for response to Crown's Leave to Appeal and Appeal Motion (3.0); exchanging voicemails with Court of Appeal Registrar regarding Justice Epstein's Order (.20). | 3.40 | $1,326.00 |
| 27/1/10 | Allison Kuntz | Finalizing consent in respect of Justice Epstein's Order (.20); exchanging emails with the Crown in respect of same (.10); serving entered Order of Justice Epstein (.10); reviewing Crown's Index for Appeal Book and Exhibit Book (1.0); corresponding with the Crown in respect of same (.30); reviewing transcript excerpts which the Crown intends to include in their Appeal Book (1.10); exchanging emails with Representative Counsel in respect of same (.30). | 3.10 | $1,209.00 |
| 27/1/10 | Orestes Pasparakis | Addressing appeal book and appeal issues. | 0.90 | $684.00 |
| 28/1/10 | Orestes Pasparakis | Numerous emails throughout the day with respect to the Court of Appeal materials (0.7); advice and directions regarding preparing for Court of Appeal (0.4). | 1.10 | $836.00 |
| 28/1/10 | Allison Kuntz | Reviewing index for Compendium and Appeal Book of the Crown (1.60); reviewing transcript excerpts for inclusion therein (1.50); exchanging emails with the Crown and Representative Counsel in respect of content of Compendium and Appeal Book (1.0); speaking with representative counsel in respect of same (.30); emailing O. Pasparakis in respect of same (.10). | 4.50 | $1,755.00 |
| 29/1/10 | Allison Kuntz | Discussing facta in respect of Crown's motion to Leave and Appeal with O. Pasparakis (.50); drafting 33rd Information Officer's Report and Notice of Motion in respect of stay extension motion (2.2); considering responding facta to Crown's motion for Leave to Appeal (1.5). | 4.20 | $1,638.00 |
| 29/1/10 | Orestes Pasparakis | Considering leave issues. | 0.40 | $304.00 |

INVOICE: 968621



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                           01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 31/1/10 | Allison Kuntz | Drafting Responding Factum in respect of the Crown's motion for Leave to Appeal the Approval Order (4.0); reviewing case law in respect of same (1.50); drafting 33rd Information Officer's Report and Notice of Motion in respect of stay extension motion (2.0). | 7.50 | $2,925.00 |
| | | **TOTAL FEES** | | **$79,353.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 68.30 |
| Facsimile | 54.00 |
| Long distance calls | 33.67 |
| Facsimile - long distance | 7.56 |
| Courier service | 44.91 |
| External DB Search/Quicklaw | 19.33 |
| Process server fee | 75.00 |
| Filing notice of motion | 254.00 |
| | **$556.77** |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 4/1/10 | Orestes Pasparakis | Long distance calls 19055264377 | 16.32 |
| 6/1/10 | Allison Kuntz | Long distance calls 13126412162 | 0.80 |
| 6/1/10 | Derrick C. Tay | Courier service FedEx shipment #435904182903 FROM TORONTO, ON, CA. To: MR RICHARD C FINKE, W.R. GRACE & CO, BOCA RATON, FL, US. ON 06-01-2010, GST: 0.00, QST: 0.00 | 44.91 |
| 8/1/10 | Allison Kuntz | Long distance calls 13126412162 | 7.16 |
| 8/1/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 35.00 |
| 8/1/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 40.00 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Allison Kuntz | External DB Search/Quicklaw | 14.05 |

INVOICE: 968621



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                           01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|------|------------|-------------|--------|
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 11/1/10 | Karen Ostrom | Copies | 0.10 |
| 13/1/10 | Allison Kuntz | External DB Search/Quicklaw | 3.84 |
| 13/1/10 | Karen Ostrom | Copies | 0.10 |
| 13/1/10 | Karen Ostrom | Copies | 0.10 |
| 13/1/10 | Karen Ostrom | Copies | 0.10 |
| 13/1/10 | Karen Ostrom | Copies | 0.10 |
| 13/1/10 | Karen Ostrom | Copies | 0.10 |
| 13/1/10 | Allison Kuntz | Long distance calls 13126412162 | 7.95 |
| 14/1/10 | Allison Kuntz | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 15/1/10 | Allison Kuntz | Copies | 39.60 |
| 15/1/10 | Orestes Pasparakis | Copies | 4.60 |
| 15/1/10 | Kathrine Smirle | External DB Search/Quicklaw | 1.44 |
| 19/1/10 | Allison Kuntz | Facsimile 14032379775 | 6.00 |
| 19/1/10 | Allison Kuntz | Facsimile - long distance 14032379775 | 2.52 |
| 19/1/10 | Allison Kuntz | Facsimile 19055235878 | 6.00 |
| 19/1/10 | Allison Kuntz | Facsimile - long distance 19055235878 | 2.52 |
| 19/1/10 | Allison Kuntz | Facsimile 4163275032 | 6.00 |
| 19/1/10 | Allison Kuntz | Facsimile 15148447009 | 6.00 |
| 19/1/10 | Allison Kuntz | Facsimile - long distance 15148447009 | 1.26 |
| 19/1/10 | Allison Kuntz | Facsimile 12049574269 | 6.00 |
| 19/1/10 | Allison Kuntz | Facsimile - long distance 12049574269 | 1.26 |
| 19/1/10 | Allison Kuntz | Facsimile 4169730809 | 6.00 |
| 20/1/10 | Karen Ostrom | Copies | 0.10 |
| 20/1/10 | Allison Kuntz | Facsimile 4163276228 | 6.00 |
| 20/1/10 | Karen Ostrom | Copies | 0.10 |
| 20/1/10 | Karen Ostrom | Copies | 0.10 |
| 20/1/10 | Karen Ostrom | Copies | 0.10 |
| 22/1/10 | Allison Kuntz | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 25/1/10 | Allison Kuntz | Facsimile 4163272213 | 5.00 |
| 26/1/10 | Allison Kuntz | Copies | 18.80 |
| 26/1/10 | Orestes Pasparakis | Copies | 0.90 |
| 27/1/10 | Allison Kuntz | Copies | 2.40 |

INVOICE: 968621



**W.R. GRACE & CO.**  01016442-0006

**RE: Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 27/1/10 | Allison Kuntz | Facsimile 4163272213 | 7.00 |
| 28/1/10 | Allison Kuntz | Long distance calls 19055231333 | 0.96 |
| 28/1/10 | Allison Kuntz | Long distance calls 19055231333 | 0.48 |
| 28/1/10 | Karen Ostrom | Copies | 0.10 |
| | | TOTAL | $556.77 |

INVOICE: 968621


OGILVY RENAULT

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | February 16, 2010 |
| RE: | Fee Applications, Applicant | INVOICE: 968619 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

**W.R. GRACE & CO.**
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending January 31, 2010

| | |
|---|---:|
| FEES | $1,456.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,456.00 |



Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com



W.R. GRACE & CO.                                           01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| P. Adams | 4.9 | $931.00 |
| K. Legree | 3 | $525.00 |
| Total | 7.90 | $1,456.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/1/10 | Penny Adams | Preparing memorandum regarding fee application process. | 1.00 | $190.00 |
| 11/1/10 | Penny Adams | Meeting with K. Legree to train on fee application process. | 1.00 | $190.00 |
| 19/1/10 | Penny Adams | Preparing memorandum in connection with quarterly fee applications. | 1.00 | $190.00 |
| 20/1/10 | Katie Legree | Meeting with P. Adams regarding monthly and quarterly fee applications. | 0.50 | $87.50 |
| 20/1/10 | Penny Adams | Meeting with K. Legree to instruct on fee application preparation. | 1.00 | $190.00 |
| 22/1/10 | Katie Legree | Reviewing proformas (.10); preparing 36th Monthly Fee Application (1.20); preparing 12th Quarterly Fee Application (.60); reporting to P. Adams (.10). | 2.00 | $350.00 |
| 26/1/10 | Penny Adams | Discussions with K. Legree with respect to the monthly fee applications. | 0.50 | $95.00 |
| 27/1/10 | Katie Legree | Finalizing fee application (.30); forwarding same to client for comment (.10); forwarding same to T. Walsh for signature (.10). | 0.50 | $87.50 |
| 28/1/10 | Penny Adams | Dealing with issues relating to the monthly fee applications. | 0.40 | $76.00 |
|  |  | **TOTAL FEES** |  | **$1,456.00** |

INVOICE: 968619