**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related to Docket No. 24211 |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 24211

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *One Hundred and Fifth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2009 through December 31, 2009* (the "Application") [Docket No. 24211] filed on January 29, 2010.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 18, 2010 at 4:00 p.m.

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $93,709.60, which represents eighty percent (80%) of the requested compensation of $117,137.00, and one

hundred percent (100%) of expenses of $3,532.36 (Stroock) without further order from the court.

Dated: February 23, 2010
       Wilmington, Delaware                 */s/ Michael R. Lastowski*
                                                 Michael R. Lastowski (DE 3892)
                                                 Richard W. Riley (DE 4052)
                                                 DUANE MORRIS LLP
                                                 1100 N. Market Street, Suite 1200
                                                 Wilmington, DE 19801-1246
                                                 Telephone:   (302)-657-4900
                                                 Facsimile:    (302)-657-4901
                                                 Email:         mlastowski@duanemorris.com
                                                                                 rwriley@duanemorris.com

                                                 *Co-Counsel for the Official*
                                                 *Committee of Unsecured Creditors*