EXHIBIT A

**January 2010 Fee Detail**

**Matter 4**                                  **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/07/10 | Review newly filed pleadings and follow up re issues on same (.40). | .40 | $625 | $ 250.00 |
| JSB | 1/12/10 | Participate in weekly Grace Company status call (.50); review newly filed pleadings and attend to same (.50); prepare correspondence re updating accountants questionnaire response (.30); review resolved and open claims files and other matters and organize follow up re same (.80) | 2.10 | $625 | $1,312.50 |
| JSB | 1/13/10 | Confer with A. Krieger re status of all upcoming motions (.30); prepare correspondence re various matters (.30). | .60 | $625 | $ 375.00 |
| JSB | 1/15/10 | Prepare correspondence re filing matters and other outstanding issues (.30); review Welch order and invoice question and prepare response re same (.40). | .70 | $625 | $ 437.50 |
| JSB | 1/19/10 | Confer with Grace management re status of all outstanding issues (.50). | .50 | $625 | $ 312.50 |
| JSB | 1/21/10 | Review articles re exit financing and DIP and prepare correspondence re same (.30); review newly filed pleadings and attend to same (.40). | .70 | $625 | $ 437.50 |
| JSB | 1/22/10 | Review draft quarterly asset report and settlement report (.30); prepare correspondence re investigation for same (.30); review draft quarterly OCP report (.20); prepare correspondence re same (.20). | 1.00 | $625 | $ 625.00 |
| RJH | 1/22/10 | Exchange correspondence with various parties re 4th quarter OCP report and draft and file same (1.20). | 1.20 | $475 | $ 570.00 |
| JSB | 1/26/10 | Confer with clients on weekly status call (.50); review and respond to numerous inquiries re case status and outstanding issues (.50); confer with CNA counsel re claims status (.20); review and follow up re Operating Report Inquiries (.30); review newly filed pleadings and attend to same (.50) | 2.00 | $625 | $1,250.00 |
| JSB | 1/27/10 | Review and respond to client correspondence re operating report issue (.30); confer with D. Klauder (UST) re same (.20); review and revise accountant's letter response (2.50); review materials re same (.50); confer re same (.30); supplement accountant's letter with further information (1.00); prepare letter of recommendation of Grace for Panamania firm (.50). | 5.30 | $625 | $3,312.50 |
| JSB | 1/28/10 | Review and revise quarterly asset sale and settlement reports (.80); prepare correspondence re same (.30); review and further revise Accountant's letter response (.40). | 1.50 | $625 | $ 937.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/29/10 | Further review Kirkland accountant's letter and revise JSB letter re same (1.20); prepare transmittal re same (.30). | 1.50 | $625 | $ 937.50 |
| Total | | | 17.50 | | $10,757.50 |
| | | | | | |
| Total - JSB | | | 16.30 | | $10,187.50 |
| Total - RJH | | | 1.20 | | $ 570.00 |
| Total | | | 17.50 | | $10,757.50 |

| | Matter 6 | Claim Analysis Objection & Resolution (Non-Asbestos) | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 1/5/09 | Legal research re employee claims issues (.80); draft motion and related papers re same (1.30); exchange correspondence with various parties re Wright employment claim (.30); prepare for and participate in telephone conference with P. Cheek re Central Fiber claim (.50). | 2.90 | $475 | $1,377.50 |
| RJH | 1/14/09 | Legal research and revise motion re employee claims issues (2.70); telephone conferences with F. Zaremby and R. Finke re same (1.30); revise notice re same (1.90); exchange correspondence and telephone conference with M. Araki re same (.90). | 6.80 | $475 | $3,230.00 |
| RJH | 1/04/10 | Legal research re employee claims issues (.60); draft motion and related papers re same (.30). | 0.90 | $475 | $ 427.50 |
| RJH | 1/6/10 | Draft motion re employee claims (5.50). | 5.50 | $475 | $2,612.50 |
| JSB | 1/07/10 | Review L. Gardner inquiry and documents re Tewksbury settlement and respond re same (.40); review revised Employee claims motion, notice and comments re plan (.60) | 1.00 | $625 | $ 625.00 |
| JSB | 1/11/10 | Confer with R. Higgins re Wright claim, LC facility, summary judgment claim issues and employee claims (.50); review revised draft employee claim motion and notice and revise same (.80). | 1.30 | $625 | $ 812.50 |
| RJH | 1/11/10 | Legal research and revise motion re employee claims issues (.90); prepare for and participate in telephone conference with J. Forgach re Wright employment claim and other issues (1.30); review and analyze open claims issues (1.30); telephone conference with J. Baer re various claims and other issues (.60). | 4.10 | $475 | $1,947.50 |
| JSB | 1/12/10 | Review revised summary judgment draft motion (1.10); review and respond to correspondence re discussions with Crown on Plan issues (.30); confer with R. Higgins re summary judgment issues/facts (1.30); confer with R. Higgins re Employee claims and pending non-asbestos claims (1.10); prepare COC re General Insurance POC order (.30); review e-mail chain re summary judgment matter (.50); prepare correspondence re same and respond re comments on same (.30). | 4.90 | $625 | $3,062.50 |
| RJH | 1/12/10 | Legal research and revise motion re employee claims issues (.90); prepare for and participate in telephone conference with J. Forgach re Wright employment claim and other issues (1.30); review and analyze open claims issues (1.30); telephone conference with J. Baer re various claims and other issues (.60). | 5.90 | $475 | $2,802.50 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/13/10 | Confer with R. Higgins re summary judgment issues and employees claims matters (.50). | .50 | $625 | $ 312.50 |
| RJH | 1/13/10 | Legal research and revise motion re employee claims issues (1.90); telephone conferences with J. Forgach re same (.80); revise notice re same (2.70); exchange correspondence with D. Lennon re North Carolina tax claim (.20); exchange correspondence with Norfolk Southern counsel re trial exhibits (.20); telephone conferences with client re summary judgment issues (1.90). | 7.70 | $475 | $3,657.50 |
| JSB | 1/14/10 | Review revised Employee protocol and notice (.90); revise same (1.50); confer re same (.30); review correspondence from client and MADEP draft documents  and revise same(.90); confer with F. Zaremby, R. Finke and R. Higgins re Employee claim issues (.40) | 4.00 | $625 | $2,500.00 |
| JSB | 1/15/10 | Final review and revision to Employee Claim Motion and Notice (.80); prepare comments and correspondence re MADEP claims (.50); review and respond to follow up re same (.20). | 1.50 | $625 | $ 937.50 |
| RJH | 1/15/10 | Legal research and revise motion re employee claims issues (1.20); telephone conferences with various parties re same (.70); revise notice re same (1.60); prepare motion and notice for filing and file same (.90). | 4.60 | $475 | $2,185.00 |
| RJH | 1/18/10 | Legal analysis re various claims issues (.90). | 0.90 | $475 | $ 427.50 |
| JSB | 1/19/10 | Prepare correspondence re issues on class 9 allowed claims and outstanding litigation claims (.40). | .40 | $625 | $ 250.00 |
| RJH | 1/19/10 | Legal analysis re various claims issues and exchange correspondence with J. Baer re same (1.30); exchange correspondence with counsel for various claimants re their claims (.90). | 2.20 | $475 | $1,045.00 |
| JSB | 1/20/10 | Confer with R. Higgins re Neutocrete, other open claims and status re same (.30); confer with R. Higgins re Norfolk Southern matter (.30). | .60 | $625 | $ 375.00 |
| RJH | 1/20/10 | Legal analysis re various claims issues (1.40); exchange correspondence with counsel for various claimants re their claims (.50); exchange correspondence with client re various claims matters (.60); legal research re summary judgment motion (1.20); analyze Norfolk Southern trial materials (1.10). | 4.80 | $475 | $2,280.00 |
| JSB | 1/21/10 | Prepare for and participate in conference with R. Higgins re all outstanding claims issues, open claims report and way to proceed re same (2.50); review introduction for summary judgment motion (.50). | 3.00 | $625 | $1,875.00 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/21/10 | Legal analysis re various claims issues (1.30); exchange correspondence with counsel for various claimants re their claims (.50); prepare for conference with and confer with J. Baer re various claims issues (1.60); legal research re summary judgment motion and revise same (4.40); exchange correspondence with Neutocrete counsel (.40); analyze Norfolk Southern trial materials (1.20). | 9.30 | $475 | $4,417.50 |
| JSB | 1/22/10 | Confer with R. Higgins re summary judgment matter (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 1/22/10 | Legal analysis re various claims issues (2.30); telephone conference with J. Baer re same (.40); legal research re summary judgment motion and revise same (2.70); telephone conference with J. Hughes re same (.70). | 6.10 | $475 | $2,897.50 |
| JSB | 1/24/10 | Review revised summary judgment motion on claim (.80). | 0.80 | $625 | $ 500.00 |
| RJH | 1/25/10 | Legal analysis re various claims issues (2.30); legal research re summary judgment motion and revise same (2.40); telephone conference with Neutocrete counsel re claim adjudication issues (.60); telephone conferences with J. Hughes re same and other related issues (.70); draft correspondence to J. Baer re same (.60); draft correspondence to client re same (1.10). | 7.70 | $475 | $3,657.50 |
| JSB | 1/26/10 | Confer with R. Higgins re summary judgment matters (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 1/26/10 | Legal analysis re various claims issues (4.70); analyze Shaffers claim issues (.30); analyze Rowe/Indmar claim issues and stipulation (.40); correspond with S. Tetro re same (.30); telephone conference with L. Duff re Shaffers and Rowe/Indmar claims (.50); telephone conference with J. Hughes re Neutocrete issues (.50). | 6.70 | $475 | $3,182.50 |
| RJH | 1/27/10 | Legal analysis re various claims issues (2.20); telephone conference with M. Araki re same (.30); exchange correspondence with various parties re same (.20); legal analysis re Neutocrete issues (.60); telephone conference with J. Hughes re same (.60); legal analysis re non-U.S. employee claims (1.90); exchange correspondence with various parties re same (.70). | 5.50 | $475 | $2,612.50 |
| RJH | 1/28/10 | Legal analysis re various claims issues (1.10); legal analysis re non-U.S. employee claims (.30); analysis re Rowe/Indmar claims (.50). | 2.10 | $475 | $ 997.50 |
| JSB | 1/29/10 | Confer with R. Higgins re summary judgment/claims status (.40). | 0.40 | $625 | $ 250.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/29/10 | Legal analysis re various claims issues (.30); legal analysis re non-U.S. employee claims (.70); revise Rowe/Indmar claim (.50); revise summary judgment motion (.40); legal analysis and research re same (.50); telephone conference with A. Krieger re employee claims procedure motion (.70); revise notice re same (1.10). | 4.20 | $475 | $1,995.00 |
| Total | | | 107.00 | | $53,690.00 |
| | | | | | |
| Total - JSB | | | 19.10 | | $11,937.50 |
| Total - RJH | | | 87.90 | | $41,752.50 |
| Total | | | 107.00 | | $53,690.00 |

| Matter 8 | | | | Employee Benefits/Pension | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 1/27/10 | Review and revise defined benefit plan minimum contribution motion (2.80); exchange correspondence with various parties re same (.50). | | 3.30 | $475 | $1,567.50 |
| JSB | 1/28/10 | Review draft Defined Contribution Plan motion (.30); prepare correspondence re same (.20). | | .50 | $625 | $ 312.50 |
| RJH | 1/28/10 | Review and revise defined benefit plan minimum contribution motion (.10); exchange correspondence with various parties re same (.40). | | 0.50 | $475 | $ 237.50 |
| JSB | 1/29/10 | Prepare correspondence re pension motion (.20); confer with R. Higgins re Employee Claim issues from GUC's (.20). | | .40 | $625 | $ 250.00 |
| Total | | | | 4.70 | | $2,367.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total - JSB | | | | 0.90 | | $ 562.50 |
| Total - RJH | | | | 3.80 | | $1,805.00 |
| Total | | | | 4.70 | | $2,367.50 |

**Matter 11**                                      **Fee Application - Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/07/10 | Review fee auditor's comments/questions re 3rd Quarterly fee application and respond re same. (.40). | .40 | $625 | $ 250.00 |
| JSB | 1/18/10 | Review December fee detail (.50); prepare December expense statement (.50). | 1.00 | $625 | $ 625.00 |
| RJH | 1/18/10 | Review December fee detail (1.10) | 1.10 | $475 | $ 522.50 |
| RJH | 1/19/10 | Review December fee detail (6.10) | 6.10 | $475 | $2,897.50 |
| JSB | 1/20/10 | Complete December monthly fee application (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 1/20/10 | Review December fee detail (1.40); review and revise December fee application (.80). | 2.20 | $475 | $1,045.00 |
| Total | | | 11.30 | | $5,652.50 |

| | | | | | |
|---|---|---|---|---|---|
| Total - JSB | | | 1.90 | | $1,187.50 |
| Total - RJH | | | 9.40 | | $4,465.00 |
| Total | | | 11.30 | | $5,652.50 |

8

**Matter 13**                                                    **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/13/09 | Review, revise and finalize ART motion and order (.50); review revised DIP/LC motion and provide comments re same (.60). | 1.10 | $625 | $ 687.50 |
| JSB | 1/15/09 | Prepare correspondence and directions re filing motion on ART Credit agreement (.20); review revised LC Agreement motion and order and provide comments on same (.50); review and respond to numerous inquires re filing LC agreement and related issues (.40). | 1.10 | $625 | $ 687.50 |
| RJH | 1/4/10 | Review and analyze L/C Facility documents and draft L/C motion re same (6.80); exchange correspondence with various parties re same (.40); telephone conference with J. McFarland re same (1.30). | 8.50 | $475 | $4,037.50 |
| RJH | 1/5/10 | Review and analyze L/C Facility documents and draft L/C motion re same (4.80); exchange correspondence with various parties re same (.80); telephone conferences with J. McFarland and others re same (2.70). | 8.30 | $475 | $3,942.50 |
| RJH | 1/6/10 | Exchange correspondence with various parties re L/C Facility documents and draft L/C motion (.70) | .70 | $475 | $ 332.50 |
| JSB | 1/07/10 | Confer with C. Greco re exit financing status and approval of same (.30). | .30 | $625 | $ 187.50 |
| RJH | 1/7/10 | Exchange correspondence with various parties re L/C Facility documents (.80); review draft documents re same (2.50). | 3.30 | $475 | $1,567.50 |
| JSB | 1/08/10 | Confer with C. Greco and Blackstone re Engagement letter terms and motion (.30). review draft documents re same (.90); review correspondence re LC agreement issues (.30); prepare correspondence re Financing and DIP motions (.30). | 1.80 | $625 | $1,125.00 |
| RJH | 1/8/10 | Prepare for and participate in telephone conference with S. Tetro re L/C Facility bankruptcy issues and other matters (1.10); prepare for and participate in telephone conference with company, BofA and BofA counsel re L/C Facility documents (1.80); review draft documents re same (1.70). | 4.60 | $475 | $2,185.00 |
| RJH | 1/11/10 | Review and analyze L/C Facility documents and revise L/C motion re same (1.80); exchange correspondence with various parties re same (.40); telephone conferences with J. McFarland re same (.70). | 2.90 | $475 | $1,377.50 |

9

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/12/10 | Review and analyze L/C Facility documents and revise L/C motion re same (3.70); exchange correspondence with various parties re same (.60); telephone conferences with J. McFarland re same (.80). | 5.20 | $475 | $2,470.00 |
| RJH | 1/13/10 | Review and analyze L/C Facility documents and revise L/C motion re same (2.90); exchange correspondence with various parties re same (.60); telephone conferences with J. McFarland re same (.20); prepare for and participate in telephone conference with BofA and BofA counsel re same (.60). | 4.30 | $475 | $2,042.50 |
| JSB | 1/14/10 | Review correspondence re exit financing and follow up re same (.40); confer with R. Higgins re DIP Amendment and related issues (.30); participate in call with Blackstone and Company re exit financing facility (.50); participate with unsecured creditors committee in conference re same (.80); follow up with clients re same and on related DIP transaction (.40). | 2.40 | $625 | $1,500.00 |
| RJH | 1/14/10 | Review and analyze L/C Facility documents and revise L/C motion re same (1.80); exchange correspondence with various parties re same (1.10); telephone conferences with J. McFarland re same (.70); prepare for and participate in telephone conference with client re same (1.10). | 4.70 | $475 | $2,232.50 |
| RJH | 1/15/10 | Review and analyze L/C Facility documents and revise L/C motion re same (2.80); exchange correspondence with various parties re same (.90); telephone conferences with J. McFarland re same (.50); prepare for and participate in telephone conference with client re same (.80); prepare motion and exhibits for filing and file same (1.70). | 6.50 | $475 | $3,087.50 |
| RJH | 1/18/10 | Review and consider issues raised by creditor correspondence relating to L/C Facility motion (.70). | 0.70 | $475 | $ 332.50 |
| JSB | 1/20/10 | Confer with R. Higgins re LC inquiry and respond re same (.30). | .30 | $625 | $ 187.50 |
| JSB | 1/22/10 | Review GUC inquiries re LC facility (.30); prepare correspondence re same (.10). | .40 | $625 | $ 250.00 |
| RJH | 1/22/10 | Review A. Krieger correspondence re LOC Facility & Facility order and analyze issues raised by same (1.20). | 1.20 | $475 | $ 570.00 |
| RJH | 1/25/10 | Review A. Krieger correspondence re LOC Facility & Facility order and analyze issues raised by same (.60); telephone conference with J. McFarland re same (.40); exchange correspondence with A. Krieger re same (.20). | 1.20 | $475 | $ 570.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/26/10 | Confer with A. Krieger, R. Higgins and J. McFarland re comments/questions on LC financing agreements (.70); prepare correspondence re follow up on same (.30). | 1.00 | $625 | $ 625.00 |
| RJH | 1/26/10 | Review A. Krieger correspondence re LOC Facility & Facility order and analyze issues raised by same (.30); telephone conference with J. McFarland and A. Krieger re same (.70); follow-on calls with J. McFarland and others re same (.60); exchange correspondence with S. Tetro re same (.20). | 1.80 | $475 | $ 855.00 |
| RJH | 1/27/10 | Review A. Krieger correspondence re LOC Facility & Facility order and analyze issues raised by same (.40); telephone conference with J. McFarland re same (.50). | 0.90 | $475 | $ 427.50 |
| RJH | 1/28/10 | Review A. Krieger correspondence re LOC Facility & Facility order and analyze issues raised by same (.40); telephone conference with J. McFarland re same (.50); telephone conference with S. Tetro re same (1.30); follow-on analysis re same (.50). | 2.70 | $475 | $1,282.50 |
| JSB | 1/29/10 | Confer with R. Higgins re GUC issues on LC agreement (.20). | 1.20 | $625 | $ 750.00 |
| RJH | 1/29/10 | Telephone conference with J. McFarland re LOC Facility & Facility order issues (.40); telephone conference with J. McFarland and A. Krieger re same (.50); review L/C Facility and Facility Order re various issues and draft proposed language for latter (.30). | 0.20 | $475 | $ 95.00 |
| Total | | | 67.30 | | $33,407.50 |

| | Time | Amount |
|---|---|---|
| Total - JSB | 9.60 | $6,000.00 |
| Total - RJH | 57.70 | $27,407.50 |
| Total | 67.30 | $33,407.50 |

11

**Matter 14**                                               **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/7/10 | Review 1/25 agenda and provide comments/ revisions to same (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 1/22/10 | Review materials and assemble same for 1/25 Omnibus hearing and beyond, and completion of closing arguments (1.20). | 1.20 | $625 | $ 750.00 |
| JSB | 1/25/10 | Prepare materials and confer with co-counsel re preparation for Omnibus hearing (1.50); confer with Canadian counsel re Canadian issues for the Omnibus hearing (.80); participate in January Omnibus hearing (5.50); confer with clients and co-counsel after conclusion of same (.50). | 8.30 | $625 | $5,187.50 |
| JSB | 1/28/10 | Review 2/16 preliminary hearing agenda (.20); prepare correspondence re comments on 2/16 hearing agenda and follow up on 1/25 issues (.30); follow up re Order on Canadian SOL claims w/Speights (.20). | 0.70 | $625 | $ 437.50 |
| Total | | | 10.60 | | $6,625.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total - JSB | | | 10.60 | | $6,625.00 |
| Total - RJH | | | 0.00 | | $0.00 |
| Total | | | 10.60 | | $6,625.00 |

|  | Matter 15 | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 1/7/10 | Review Canadian Order on amended settlement (.30); review draft General insurance order and follow up re same (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 1/8/10 | Confer with A. Rentz re Canadian order and appeal (.30); confer with O. Pasparakis re Canadian issues (.30); review Crown objection re CCAA Rep Counsel motion (.40); prepare correspondence re General Insurance Order (.30); review Canadian Opinion on Settlement (.40). | 1.70 | $625 | $1,062.50 |
| JSB | 1/11/10 | Review and follow up re numerous outstanding claims litigation (.60); review correspondence re status of Otis/Kaneb settlement (.30); prepare correspondence re same (.40); review file re Longacre/National Union claim issues (.90); prepare memo re Longacre/National Union Assignment (.40); Review Canadian Order on Amended Settlement and Crown objections re CCAA Rep Counsel retentions (.90); review National Union POC's and prepare correspondence re same (.40). | 3.90 | $625 | $2,437.50 |
| JSB | 1/12/10 | Participate in conference with Canadian counsel re status of Canadian settlement, appeal and Plan issues (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 1/13/10 | Confer with D. Bernick re Longacre/National Union issues (.30); prepare correspondence re same (.30); confer with T. Freedman re Canadian issues (.30); prepare correspondence re same (.20) review information re Canadian objections and issues (.50); confer with Canadian counsel re status of appeal and related issues (.30); confer with T. Freedman, D. Boll and Canadian counsel re Canadian objection and response (.50); prepare memo re National Union/Longacre (.40); review Chawala correspondence and prepare comments to client re same (.30). | 3.10 | $625 | $1,937.50 |
| JSB | 1/14/10 | Review and respond to inquiries re Canadian issues (.80); further review Canadian correspondence and follow up re same (.40); confer with F. Monaco re Crown request and prepare correspondence re same (.30); review and respond to further issues re Canada (.40); review draft Canadian Motion re appeal and provide comments re same (.90); review materials from Canadian counsel re Crown issues (.30). | 3.10 | $625 | $1,937.50 |

13

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/15/10 | Confer with D. Hogan re Canada/Crown issues (.40); prepare correspondence re same (.30); review further correspondence re same (.30); participate in Conference with ACC and FCR re Canadian issues (1.00); confer re hearing time allocation and outstanding scheduling on Canadian matters (.30); confer with D. Boll re Canadian response brief (.40); begin preparation of same (3.00); confer with T. Freedman re same (.20); review materials to support same (.50). | 6.40 | $625 | $4,000.00 |
| JSB | 1/16/10 | Continue preparation of Canadian Response brief (2.80); confer with D. Boll re same (.30). | 3.10 | $625 | $1,937.50 |
| JSB | 1/19/10 | Review comments from Kaneb re Otis Pipeline settlement documentation (.30); prepare comments re same (.20); prepare follow up on Longacre and Canadian outstanding issues and potential compromises (.40); review and respond to inquiries re executory contract issues (.20); confer with S. Pierce re Kaneb settlement status (.30); prepare correspondence re same (.30); prepare correspondence re Longacre discussions and conference re same (.30). | 2.00 | $625 | $1,250.00 |
| JSB | 1/20/10 | Review correspondence re Canadian Bar date claims and respond re same (.30); prepare revisions to Grace claims summary for 10K re Canada and Employees claims (.50); confer with C. Finke re Mass claims issues and settlement (.30); review correspondence and pleadings re Canadian Rep motion in Canada re retention (.40); prepare correspondence to Rep. Counsel re FCR issues (.30); confer re same (.20); participate in client conference re Kaneb settlement (.80) participate in conference with client and co-counsel re One Beacon/Seaton (.80). | 3.60 | $625 | $2,250.00 |
| JSB | 1/21/10 | Review One Beacon/Seaton claims matrix (.30); review status report re Kaneb agreement (.20); review Canadian endorsement re appeal on Amended Settlement (.20); review and respond to correspondence re Nustar matters (.30); review revised draft re Nustar (.40). | 1.40 | $625 | $ 875.00 |
| JSB | 1/22/10 | Review BNSF petition for re-hearing (.50); review memo and revised draft from local counsel re Kaneb settlement (.50); review correspondence re Region #2 environmental sites/claims (.30). | 1.30 | $625 | $ 812.50 |
| JSB | 1/26/10 | Review 3rd Circuit Corporate disclosure, revise and follow up re same (.60); review Pre-trial statement re Canadian PD claims and prepare order and COC re same (1.00); further confer on summary judgment issues (.40); participate in call with Kaneb and Samson re settlement status (1.20). | 3.20 | $625 | $2,000.00 |

14

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 1/28/10 | Review revised Kaneb agreements (.80); review revised Petition for Rehearing re Montana Injunction (.30); confer with T. Freedman re MCC objection and Kaneb (.20); prepare correspondence re same (.20); prepare revisions to current draft of Kaneb agreement and consent decree (1.20); review revised summary judgment materials and related matters (1.00). | 3.70 | $625 | $2,312.50 |
| JSB | 1/29/10 | Review draft COC and Order re 3 Speights claims and prepare correspondence re same (.30); review COC and Order re Fireman's lift stay and prepare correspondence re same (.30); review Fireman's correspondence re Plan objections and lift stay (.20). | 0.80 | $625 | $ 500.00 |
| Total - JSB | | | 38.40 | | $24,000.00 |
| | | | | | |
| Total - JSB | | | 38.40 | | $24,000.00 |
| Total - RJH | | | 0.00 | | $0.00 |
| Total | | | 38.40 | | $24,000.00 |

| | Matter 16 | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 1/02/10 | Review and respond to correspondence re stipulations to resolve Plan Objections (.40); review materials re outstanding objections and attend to matters re same (3.00); prepare various materials for closing arguments, revise same and confer re same (4.00). | 7.40 | $625 | $4,625.00 |
| JSB | 1/03/10 | Prepare materials, review materials and confer with Plan team in preparation for closing arguments on Confirmation (11.5); participate in call with all Plan Participants re Closing Argument coordination (.50). | 12.00 | $625 | $7,500.00 |
| JSB | 1/04/10 | Meet prior to court to prepare for Closing Arguments (1.00); attend and participate in Confirmation Closing Arguments (9.00); attend team call re preparation for second day of closing arguments (.80); follow up re same (.30). | 11.10 | $625 | $6,937.50 |
| JSB | 1/05/10 | Prepare for and attend/participate in second day of Closing Arguments (10.00); confer re coordination of various closing argument materials (.50); prepare memo and review materials re Tyco Objection. (1.00); review materials for Court binder on slides and demonstratives and prepare same (4.00). | 15.50 | $625 | $9,687.50 |
| JSB | 1/06/10 | Attend and participate in hearing on Confirmation closing arguments (6.00); confer re same (.50). | 6.50 | $625 | $4,062.50 |
| JSB | 1/07/10 | Review and respond to numerous inquiries re status of confirmation, hearing and outstanding issues (.80); review draft discovery re Seaton issues (.30); review and organize materials from Closing Arguments (.40). | 1.50 | $625 | $ 937.50 |
| JSB | 1/08/10 | Provide comments re Seaton discovery (.30). confer with Blackstone re Plan Confirmation status and outstanding issues (.30); review and respond to inquiries re confirmation status (.40); review files from Seaton discovery and confer re same (.50). | 1.50 | $625 | $ 937.50 |
| JSB | 1/11/10 | Confer with M. Shelnitz re Longacre/National Union matter and Plan confirmation status (.50); confer with K. Love re preparation for 1/25 completion of Disclosure Statement hearing (.30). | .80 | $625 | $ 500.00 |
| JSB | 1/13/10 | Review suggested TDP revisions re certain claims (.20). | .20 | $625 | $ 125.00 |
| JSB | 1/15/10 | Confer with ACC and FCR re Longacre/National Union matters and other open Plan Confirmation issues (1.00); confer with K. Love re preparation for final closing arguments (.30). | 1.30 | $625 | $ 812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/18/10 | Review complete draft Canadian response brief (.60); prepare correspondence re same (.30). Review reply brief re Rep. counsel appointment re Canadian issues (.40); review correspondence re issues on Canadian response (.30); confer with T. Freedman and D. Boll re same (.40); revise Canadian response (2.00); several conferences re same (.50). | 4.50 | $625 | $2,812.50 |
| JSB | 1/19/10 | Review revised response re Canadian settlement (.30); review Crown exhibits and POC's for follow up on response brief (1.00); review and respond to correspondence re same (.40); prepare correspondence re agenda and timing for final closing arguments (.30); confer with M. Shelnitz re status of all objections and timing re resolution re same (.40); review objection chart re same and prepare comments re same (.40); review Finke affidavit and assemble supporting documents re same for Canadian response (.80);review comments re Canadian response and prepare additional comments (.30). | 3.90 | $625 | $2,437.50 |
| JSB | 1/20/10 | Review final Canadian response brief and exhibits and respond to correspondence from Crown re same (.40); confer with T. Freedman, D. Boll and K. Love re preparation of folders on Canadian issues for 1/25 hearing (.50); prepare correspondence re Grace matters at issue for 1/25 hearing (.30); respond to correspondence re Canadian issues (.30); confer with ACC and FCR re Longacre issues (.80). | 2.30 | $625 | $1,437.50 |
| JSB | 1/22/10 | Confer with T. Freedman re status on Canada preparation, One Beacon, Longacre and Libby issues (.30); participate in call with ACC/FCR re Longacre and Libby (.60);confer with T. Freedman re Libby/MCC issues and prepare correspondence re same (.20); prepare correspondence re plan objection follow-up (.30). | 1.40 | $625 | $ 875.00 |
| JSB | 1/24/10 | Review all pleadings and documents re Canada in preparation for hearing on Canadian objections (.80); confer with co counsel and prepare materials re Neutrality, Canadian special counsel issues and other Plan related issues for Omnibus hearing (4.00). | 4.80 | $625 | $3,000.00 |
| JSB | 1/26/10 | Confer with T. Freedman re MCC status (.20) | .20 | $625 | $ 125.00 |
| JSB | 1/27/10 | Participate in call with Longacre and National Union re status (.30); participate in call with client re same, Libby and Lenders issues (.40); prepare correspondence re Longacre/National Union offer (.30); confer with T. Freedman re same (.20). | 1.20 | $625 | $ 750.00 |
| JSB | 1/28/10 | Review revised CNA /Sealed Air Plan Amendment (.20); prepare correspondence, clarification and notice of same (.30); confer with T. Freedman re various open issues (.20). | 0.70 | $625 | $ 437.50 |

17

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/29/10 | Review correspondence re follow up on various plan issues (.20). | 0.20 | $625 | $ 125.00 |
| Total - JSB | | | 77.00 | | $48,125.00 |
| | | | | | |
| Total - JSB | | | 77.00 | | $48,125.00 |
| Total - RJH | | | 0.00 | | $0.00 |
| Total | | | 77.00 | | $48,125.00 |

18

**Matter 20**                                                   **Travel**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/02/10 | Travel from Chicago to Pittsburgh for hearing on closing arguments (billed at half time) (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 1/06/10 | Travel from Pittsburgh back to Chicago after Confirmation Closing (billed at half time) (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 1/24/10 | Travel from Chicago to Delaware for January Omnibus hearing and final closing arguments (billed at half time) (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 1/26/10 | Travel from Wilmington back to Chicago after January Omnibus hearing and final closing arguments (billed at half time) (2.50). | 2.50 | $625 | $1,562.50 |
| Total - JSB | | | 8.50 | | $5,312.50 |
| Total - JSB | | | 8.50 | | $5,312.50 |
| Total - RJH | | | | | |
| Total | | | 8.50 | | $5,312.50 |

| Category | | Total |
|---|---|---|
| Total hours for all matters | | 342.30 |
| Total amount billed for all matters | | $189,937.50 |

| Attorney | | Hours | Amount |
|---|---|---|---|
| JSB Total | | 182.30 | $113,937.50 |
| RJH Total | | 160.00 | $76,000 |
| Total Billed for all matters | | **342.30** | **$189,937.50** |