## EXHIBIT B

**Expense Detail**

## EXPENSE SUMMARY

| SERVICE DESCRIPTION | AMOUNT |
|---|---|
| | |
| Airfare, travel service fees | $ 633.40 |
| Hotel/Lodging expenses | $ 468.94 |
| Transportation to/from Airports | $ 483.40 |
| Travel Meals | $  94.24 |
| Long Distance/Conference  Telephone Charges | $1,053.99 |
| Computerized Legal Research | $1,356.42 |
| Graphic Services | $ 318.55 |
| Postage, Messenger Service, and Miscellaneous | $   58.97 |
| **Total:** | **$4,467.91** |

# ITEMIZED EXPENSES

## Travel

| DATE | AMOUNT | ITEMIZED EXPENSE |
|---|---|---|
| 1/02/10 | $ 40.00 | 303 Taxi – Transportation from Wilmette to O'Hare for flight to Pittsburgh for Closing Arguments |
| 1/02/10 | $ 10.00 | Breakfast at O'Hare while waiting for flight to Pittsburgh |
| 1/02/10 | $ 134.60 | Boston Coach – Transportation from Pittsburgh Airport to Westin Convention Center |
| 1/03/10 | $ 28.01 | Westin Convention Center Pittsburgh -Penn City Café. Brunch for one person |
| 1/04/10 | $ 63.24 | Westin Convention Center Pittsburgh – Room service dinner during late night work for one person |
| 1/06/10 | $ 10.00 | Westin Convention Center Pittsburgh. Hotel Staff Tips |
| 1/06/10 | $ 20.04 | Westin Convention Center Pittsburgh. Miscellaneous hotel charges |
| 1/06/10 | $ 60.00 | Classy Cabs.  Cab from Westin Convention Center Pittsburgh to Pittsburgh Airport after Closing Arguments |
| 1/06/10 | $ 10.00 | Lunch at Pittsburgh airport while waiting for flight to Chicago |
| 1/06/10 | $ 40.00 | 303 Taxi – Transportation from O'Hare to Wilmette after flight from Pittsburgh for Closing Arguments |
| 1/11/10 | $ 58.00 | Best Travel. Travel change fee |
| 1/24/10 | $ 40.00 | 303 Taxi -Transportation from Wilmette to O'Hare for flight to Philadelphia for January Omnibus Hearing |
| 1/24/10 | $ 287.70 | US Air- One way Airfare from Chicago to Philadelphia and travel fee for January Omnibus Hearing |
| 1/24/10 | $ 128.80 | Boston Coach – Transportation from Philadelphia Airport to Wilmington DE for January Omnibus Hearing |
| 1/25/10 | $ 438.90 | Hotel DuPont – Hotel in Wilmington DE for one night for January Omnibus Hearing |
| 1/25/10 | $ 287.70 | United Airlines – One way Airfare from Philadelphia to Chicago after January Omnibus Hearing |
| 1/25/10 | $ 40.00 | 303 Taxi – Transportation from O'Hare to Wilmette after trip to Wilmington for January Omnibus Hearing |

| DATE | AMOUNT | ITEMIZED EXPENSE |
|------|--------|------------------|
| Total | $1,696.99 | |

## Non-Travel

| Date | Amount | Service Description |
|------|--------|---------------------|
| 1/15/10 | $1,054.02 | Lexis/Nexis Charges for December 2009 |
| 1/16/10 | $ 17.00 | Laz Parking Chicago. Parking on weekend to work on Canadian Response brief |
| 1/22/10 | $ 61.56 | Sprint – Broadband charges for January 2010 |
| 1/25/10 | $ 57.72 | Long Distance Telephone – January Grace charges |
| 1/26/10 | $ 318.55 | Alpha Graphics – Scans of Photos for Claim Discovery |
| 1/31/10 | $ 46.08 | T-Mobil – January cellular charges for Grace |
| 1/31/10 | $ 888.63 | InterCall – January Grace conference call charges |
| 1/31/10 | $ 302.40 | Lexis/Nexus charges for January 2010 |
| 1/31/10 | $ 24.96 | Pacer charges |
| Total | $2,770.92 | |

Total January 2010 Expenses:  $4,467.91