**EXHIBIT A**

| Attorney | Date | Desciption (as filed) | Hours (as filed) | Hourly Rate (as filed) | Fee (as filed) | Description (as modified) | Hours (as modified) | Hourly Rate (as modified) | Fee (as modified) | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| MALLON, COLLEEN M. | 7/9/2009 | PREPARE FOR MEETING WITH M. BAKER; PARTICIPATE IN MEETING WITH M. BAKER, D. KUCHINSKY, M. SHERMAN AND M. MACGREGOR RE: COLLECTING/GATHERING DATA IN EASY FORMAT; TRAVEL TO/FROM GRACE'S COLUMBIA OFFICE | 3.3 | 415.00 | 1,369.50 | PREPARE FOR MEETING WITH M. BAKER; PARTICIPATE IN MEETING WITH M. BAKER, D. KUCHINSKY, M. SHERMAN AND M. MACGREGOR RE: COLLECTING/GATHERING DATA IN EASY FORMAT; | 2.1 | 415.00 | 871.50 | 249.00 |
| | | | | | | TRAVEL TO AND FROM GRACE'S OFFICE | 1.2 | 207.50 | 249.00 | |
| | | | | | | | | | TOTAL | 249.00 |