# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING THE QUARTERLY FEE APPLICATION OF SAUL EWING LLP FOR THE PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Fee Application of Saul Ewing LLP for the Period of July 1, 2009 through September 30, 2009 (the "Application").

### BACKGROUND

1.  Saul Ewing LLP ("Saul Ewing") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Saul Ewing seeks approval of fees totaling $100,854.50 and expenses totaling $1,885.72 for its services from July 1, 2009 through September 30, 2009 (the "Thirty-Fourth Interim Period" or the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. Based on our review, we sent an email inquiry to Saul Ewing, and received a response from Saul Ewing, portions of which response are quoted herein.

**DISCUSSION**

General Issues

3.  We noted that during the Application Period, paralegal MNF, billing at an hourly rate of $195.00, spent 6.0 hours for $1,170.00 in fees on work which appeared to be filing. The time entries are listed on Exhibit "A." On the issue of adjusting rates downward, we find persuasive the opinion expressed by the Honorable Judith K. Fitzgerald in *In re USG Corporation*, Case No. 01-2094 (JKF), Transcript of Proceedings, August 29, 2005, pp. 49-52, wherein the Court opined that $160.00 per hour for file maintenance, even if performed electronically, was too high, and that $60.00 to $100.00 per hour for this service was more appropriate. We have been consistent in recommending that filing be billed at no more than $80.00 per hour. Thus, we asked Saul Ewing to explain why this time should be compensated at the paralegal's full hourly rate. Saul Ewing responded: "As for Melissa Flores' time entries for filing, we agree with the fee auditor's recommendations and agree to reduce those entries to an hourly rate of $80 per hour." We appreciate Saul Ewing's response and recommend the fees for these time entries be reduced to $480.00,[1] for a reduction of $690.00 in fees.

**CONCLUSION**

4.  Thus, we recommend approval of $100,164.50 in fees ($100,854.50 minus $690.00)

---

[1] 6 hrs. × $80/hr. = $480.00

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Saul Ewing 34Q 7-9.09.wpd

and $1,885.72 in expenses for Saul Ewing's services for the Thirty-Fourth Interim Period.

                              Respectfully submitted,

                              **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _[signature: W H Smith]_
                     Warren H. Smith
                     Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

                **FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 25th day of February, 2010.

_[signature: W H Smith]_
                                                  Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Teresa K. D. Currier
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
David M. Bernick, P.C.
Deanna Boll
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801