**EXHIBIT "A"**

| | | | | | |
|---|---|---|---|---|---|
| 08/03/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 08/06/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 08/10/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 08/11/09 | MNF | File Maintenance | 0.5 | $195 | 97.50 |
| 08/14/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 08/28/09 | MNF | File Maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 09/08/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 09/09/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 09/10/09 | MNF | File Maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 09/17/09 | MNF | Update pleadings; file maintenance | 0.5 | $195 | 97.50 |
| 09/25/09 | MNF | File maintenance; update pleadings | 0.5 | $195 | 97.50 |
| 09/30/09 | MNF | Update pleadings, file maintenance | 0.5 | $195 | 97.50 |
| | | | **6.0** | | **1,170.00** |