**EXHIBIT "A"**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/7/2009 | Krieger, A. | Travel to Pittsburgh for confirmation hearing. | 3.6 | 337.50 | 1,215.00 |
| 9/7/2009 | Pasquale, K. | Travel to Pittsburgh for confirmation hearing. | 4.0 | 412.50 | 1,650.00 |
| 9/11/2009 | Krieger, A. | Return trip to New York (weather delays). | 4.5 | 337.50 | 1,518.75 |
| 9/11/2009 | Pasquale, K. | Travel from Pittsburgh confirmation hearing (flight delays). | 5.5 | 412.50 | 2,268.75 |
| 9/13/2009 | Krieger, A. | Travel to Pittsburgh for continued confirmation hearing. | 4.2 | 337.50 | 1,417.50 |
| 9/13/2009 | Pasquale, K. | Travel to Pittsburgh for continued confirmation hearing. | 4.0 | 412.50 | 1,650.00 |
| 9/14/2009 | Kruger, L. | En route to Pittsburgh. | 3.5 | 497.50 | 1,741.25 |
| 9/17/2009 | Krieger, A. | Return travel from Pittsburgh to New York. | 3.9 | 337.50 | 1,316.25 |
| 9/17/2009 | Kruger, L. | En Route to NY from Pittsburgh. | 3.0 | 497.50 | 1,492.50 |
| 9/17/2009 | Pasquale, K. | Return travel from Pittsburgh, PA. | 4.0 | 412.50 | 1,650.00 |
| 9/8/2009 | Krieger, A. | Attend first day of Phase II confirmation hearing. | 9.8 | 675.00 | 6,615.00 |
| 9/8/2009 | Kruger, L. | Attend part of court hearing telephonically. | 0.7 | 995.00 | 696.50 |
| 9/8/2009 | Pasquale, K. | Prep for (.6) and participated in confirmation hearing (9.6); . . . | 10.2 | 825.00 | 8,415.00 |
| 9/9/2009 | Krieger, A. | Attend confirmation hearing. | 9.3 | 675.00 | 6,277.50 |
| 9/9/2009 | Pasquale, K. | Confirmation hearing. | 3.5 | 825.00 | 2,887.50 |
| 9/10/2009 | Krieger, A. | Attend confirmation hearing. | 7.8 | 675.00 | 5,265.00 |
| 9/10/2009 | Pasquale, K. | Confirmation hearing. | 4.0 | 825.00 | 3,300.00 |
| 9/11/2009 | Krieger, A. | Attend confirmation hearing. | 6.8 | 675.00 | 4,590.00 |
| 9/11/2009 | Pasquale, K. | Confirmation hearing. | 9.0 | 825.00 | 7,425.00 |
| 9/14/2009 | Krieger, A. | Attend confirmation hearing. | 8.0 | 675.00 | 5,400.00 |
| 9/14/2009 | Kruger, L. | Preparation for my testimony (2.4) and preparation for confirmation hearing (1.2); attend confirmation hearing (3.6). | 7.2 | 995.00 | 7,164.00 |
| 9/14/2009 | Pasquale, K. | Prep for confirmation hearing. | 12.0 | 825.00 | 9,900.00 |
| 9/15/2009 | Krieger, A. | Attend confirmation hearing. | 9.8 | 675.00 | 6,615.00 |
| 9/15/2009 | Kruger, L. | In Pittsburgh attending confirmation trial (7.5); continuing preparation for my testimony (1.8); preparation for confirmation hearing (1.6). | 10.9 | 995.00 | 10,845.50 |
| 9/15/2009 | Pasquale, K. | Prep for (8.5) and participated in confirmation hearing (7.5). | 16.0 | 825.00 | 13,200.00 |

**EXHIBIT "A"**

| 9/16/2009 | Krieger, A. | Preparation for and attend confirmation hearing re: argument on post-petition interest, solvency issues. | 10.3 | 675.00 | 6,952.50 |
|---|---|---|---|---|---|
| 9/16/2009 | Pasquale, K. | Prep for (5.1) and participate in confirmation hearing (10.4). | 15.5 | 825.00 | 12,787.50 |
| 9/17/2009 | Krieger, A. | Attend confirmation hearing. | 4.4 | 675.00 | 2,970.00 |
| 9/17/2009 | Pasquale, K. | Prep for (1.5) and participated in confirmation hearing (4.2). | 5.7 | 825.00 | 4,702.50 |
| | | | **201.1** | | **141,928.50** |