**EXHIBIT "A"**

|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Love | Gaytan | Bremer | Freedman | Bernick | Harding | Haynes | Langenkamp | Bloom | Boll | Rohrhofer |
| 2 | 9/1/2009 | | | | | | 16.20 | | | | | |
| 3 | 9/2/2009 | | | | | | 16.20 | | | | | |
| 4 | 9/3/2009 | 15.30 | | | | | 16.90 | | | | | |
| 5 | 9/4/2009 | | | | | | 15.10 | | | | | |
| 6 | 9/5/2009 | | | | | | | | | | | |
| 7 | 9/6/2009 | 18.00 | 16.50 | | | | 16.00 | | 18.20 | | | 16.30 |
| 8 | 9/7/2009 | 19.00 | 17.30 | | | | 17.00 | | 18.50 | 15.10 | | 18.00 |
| 9 | 9/8/2009 | 21.00 | 20.30 | 15.00 | 20.00 | | 19.20 | | 21.50 | | | 20.50 |
| 10 | 9/9/2009 | 20.50 | 20.00 | 15.80 | 18.00 | 15.00 | 18.50 | 17.50 | 21.50 | 18.90 | | 17.80 |
| 11 | 9/10/2009 | 19.80 | 18.80 | 16.50 | 15.00 | | 17.50 | 16.00 | 20.50 | 17.40 | | 18.80 |
| 12 | 9/11/2009 | | | | 20.00 | | | | | | | |
| 13 | 9/12/2009 | | | | | | | | | | | |
| 14 | 9/13/2009 | 15.00 | | | | | | | | | | |
| 15 | 9/14/2009 | 19.50 | 19.30 | | 20.00 | | | 18.70 | 19.00 | | | 19.50 |
| 16 | 9/15/2009 | 18.80 | 19.50 | 15.30 | | | | 17.50 | 19.00 | | | 19.50 |
| 17 | 9/16/2009 | 18.50 | 18.00 | 15.30 | 15.00 | | | 17.70 | 19.50 | | 15.40 | 18.50 |
| 18 | 9/17/2009 | | | | | | | | | | | |
| 19 | 9/18/2009 | | | | | | | | | | | |
| 20 | 9/19/2009 | | | | | | | | | | | |
| 21 | 9/20/2009 | | | | | | | | | | | |
| 22 | 9/21/2009 | | | | | | | | | | | |
| 23 | 9/22/2009 | | | | | | | | | | | |
| 24 | 9/23/2009 | | | | | | | | | | | |
| 25 | 9/24/2009 | 15.80 | | | | | | | | | | |
| 26 | 9/25/2009 | | | | | | | | | | | |
| 27 | 9/26/2009 | | | | | | | | | | | |
| 28 | 9/27/2009 | | | | | | | | | | | |
| 29 | 9/28/2009 | | | | | | | | | | | |
| 30 | 9/29/2009 | | | | | | | | | | | |
| 31 | 9/30/2009 | | | | | | | | | | | |