IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF COUNSEL REGARDING RESOLUTION OF CROWN APPEAL OF AMENDED AND RESTATED CANADIAN ZAI MINUTES OF SETTLEMENT**

1. As previously reported to this Court, on November 16, 2009, the Debtors and Canadian ZAI Claimants[1] entered into the Amended and Restated CDN ZAI Minutes of Settlement (the "Amended Minutes") wherein a procedure and fund for resolving and paying Canadian ZAI Claims was agreed to among the parties. The Amended Minutes superseded and replaced the Minutes of Settlement among the parties dated September 2, 2008 which expired by their own terms.

2. On December 13, 2009, Justice Morawetz, the Canadian Judge presiding over the CCAA Proceedings of Grace Canada, Inc., approved the Amended Minutes and subsequently entered a formal order setting forth his reasons for granting such approval (the "Canadian Approval Order").

3. On December 16, 2009, the Debtors amended the Plan to incorporate the Amended Minutes. Under the Plan, entry of the Canadian Approval Order is a condition precedent to Confirmation of the Plan.

---

[1] Capitalized terms not defined herein shall have the meaning as defined in the First Amended Joint Plan of Reorganization in this case, dated February 27, 2009, as amended from time to time (the "Plan").

DOCS_DE:157818.1

4. As previously reported to the Court, the Attorney General of Canada, on behalf of the Canadian government ( the "Crown") objected to approval of the Amended Minutes and sought leave to appeal the Canadian Approval Order with the Court of Appeal for Ontario.

5. On February 19, 2010, the parties appeared before the Court of Appeal for Ontario on the Crown's request for leave to appeal the Canadian Approval Order. At that time, the Court of Appeal determined that the test for leave to appeal had not been met and accordingly denied the Crown's request for leave. In so denying leave to appeal, the Court of Appeal found that the "appeal does not raise serious issues in relation to insolvency proceedings as asserted by the Crown. Moreover, matters are proceeding appropriately in both the United States and Canadian bankruptcy and insolvency courts." A copy of the Endorsement of the Chief Justice of Ontario denying the Crown leave to appeal is attached hereto.

6. As a result of the denial of the Crown's request for leave to appeal, the Canadian Approval Order is now a Final Order which is not subject to further appeals. Thus, the condition precedent to Confirmation the Plan that the Approval Order be entered has been met and the Approval Order is a Final Order.

Dated: February 25, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*James O'Neill* (signature)
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Counsel for the Debtors and Debtors in Possession*