Court of Appeal File No.: M38344
M38405

## COURT OF APPEAL FOR ONTARIO

**IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF GRACE CANADA, INC.**

Applicant
(Responding Party)

## ENDORSEMENT OF THE CHIEF JUSTICE OF ONTARIO, MacPHERSON AND GILLESE, J.J.A.
(Unofficial Transcription)

Before: CJO, MacPherson and Gillese, J.J.A.

Dated: February 19, 2010

Disposition of Motion:

The test for leave to appeal is not met. Accordingly leave is denied. In our view this appeal does not raise serious issues in relation to insolvency proceedings as asserted by the Crown. Moreover, matters are proceeding appropriately in both the United States and Canadian bankruptcy and insolvency Courts.

No order as to costs.

"CJO/MacPherson/Gillese"

DOCSTOR: 1874670\1

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c.C-36 AS AMENDED AND IN THE MATTER OF GRACE CANADA INC.

COURT OF APPEAL FOR ONTARIO

Proceeding Commenced at Toronto

COURT OF APPEAL FOR ONTARIO

BEFORE  CJO, MacPherson and Gillese, JJ.A.
DATE  February 19, 2010
DISPOSITION OF MOTION

The test for leave to appeal is not met. Accordingly, leave is denied. In our view this appeal does not raise serious issues in relation to insolvency proceedings or matters arising by the Cross-Border protocol in proceedings appropriately in both the United States and Canadian bankruptcy and insolvency courts. Not others as to costs.

_[signature]_ CJO

APPEAL BOOK AND COMPENDIUM
OF THE ATTORNEY GENERAL
OF CANADA
(Appeal from Settlement Order of Justice Morawetz, Dated December 13, 2009)

Department of Justice Canada
Ontario Regional Office
130 King Street West
Suite 3400, Box 36
Toronto, ON  M5X 1K6

Per: Jacqueline Dais-Visca
Tel: (416) 952-6010
Fax: (416) 973-0809
Law Society No.: 358341

Lawyer for the Appellant
The Attorney General of Canada