# EXHIBIT A

**Employee Claims**