**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY
INTERIM APPLICATION OF DAVID T. AUSTERN FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Interim Application of David T. Austern for Compensation and Reimbursement of Expenses for the Period of July 1, 2009 through September 30, 2009 (the "Application").

**BACKGROUND**

1.      David T. Austern ("Mr. Austern") was retained as the Legal Representative for Asbestos Personal Injury Future Claimants. In the Application, Mr. Austern seeks approval of fees totaling $37,850.00 and expenses totaling $2,246.92 for his services from July 1, 2009 through September 30, 2009 (the "Thirty-Fourth Interim Period" or the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  Based on our review, we sent an email inquiry to Mr. Austern, and received a response from Mr. Austern, portions of which response are quoted herein.

### DISCUSSION

3.      We noted hotel expenses of $802.72 listed on the September 2009 expense summary which had not been itemized.  In response to our inquiry, Mr. Austern provided a copy of the invoice for this charge and stated: "Attached is the hotel invoice for the two nights I was in Pittsburgh to attend a W.R. Grace hearing before the Bankruptcy Court."  We appreciate Mr. Austern's response and note from the invoice that the charge was for two nights at the Omni William Penn Hotel in Pittsburgh at a cost of $349.00 per night, excluding taxes.  It appears to us that one can ordinarily obtain satisfactory accommodations in Pittsburgh for $300.00 per night, excluding taxes.  We note also that the Expedia travel website classifies the Omni William Penn Hotel as a four and one-half star hotel, indicating to us that it is a luxury hotel.  Thus, we recommend that reimbursement for this charge be reduced by $49.00 per night, for a total reduction of $98.00 in expenses.

### CONCLUSION

4.      Thus, we recommend approval of $37,850.00 in fees and $2,148.92 in expenses ($2,246.92 minus $98.00) for Mr. Austern's services for the Thirty-Fourth Interim Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By:_____

       Warren H. Smith
       Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 26th day of February, 2010.


_____

       Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

**Counsel to the Applicant**
Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Deanna Boll
David Bernick
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.

Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801