IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY
FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP
FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR
THE PERIOD FROM JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Quarterly Fee Application of Kramer Levin Naftalis & Frankel LLP for Compensation and Reimbursement of Disbursements for the Period from July 1, 2009 through September 30, 2009</u> (the "Application").

### BACKGROUND

1. Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Kramer Levin seeks approval of fees totaling $170,241.50 and expenses totaling $20,322.43 for its services from July 1, 2009 through September 30, 2009 (the "Thirty-Fourth Interim Period" or the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served an initial report on Kramer Levin based on our review, and we received a response from Kramer Levin, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted the following time entry in which there is a discrepancy between the total time billed and the time recorded in parentheses:

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/19/09 | BLABEY, DAVID E | Attend M. Shelnitz deposition (6); review objectors' Phase II trial exhibits (2.2). | 8.80 | 4,928.00 |
| | | *Time recorded totals:* | 8.20 | 4,592.00 |
| | | *Possible overcharge:* | 0.60 | 336.00 |

Thus, we asked Kramer Levin if it agreed that a fee reduction is warranted for this time entry, and Kramer Levin responded: "Kramer Levin agrees that a fee reduction is warranted for the time entry of David Blabey for August 19, 2009."  We appreciate Kramer Levin's response and recommend a reduction of $336.00 in fees.

4.      We noted the following hotel charge for which more information was needed:

886.74      9/14/2009      OMNI HOTELS WILLIAM PENN PITTSBURGH PA

In response to our inquiry, Kramer Levin provided an itemized invoice for the charge and stated that "the referenced charge reflects a stay of 4 nights' duration."  We appreciate Kramer Levin's response and note from the invoice that the nightly rate for the four-night stay was $174.00 per

night, excluding taxes.[1]  Thus, we have no objection to this expense.

## CONCLUSION

5.     Thus, we recommend approval of $169,905.50 in fees ($170,241.50 minus $336.00) and $20,322.43 in expenses for Kramer Levin's services for the Thirty-Fourth Interim Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 North St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 26th day of February, 2010.

_____
Warren H. Smith

---

[1] Although the Omni William Penn Hotel is classified as a four and one-half star hotel on the Expedia travel website, the nightly room rate for this charge was well below the $300 per night "trigger" rate which we utilize for Pittsburgh.

## SERVICE LIST
Notice Parties

**The Applicant**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10022

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen
David Bernick
Deanna Boll
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801