**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

February 9, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 538049
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $159.00 |
| DISBURSEMENTS | 60.74 |
| MATTER TOTAL | $219.74 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $10,794.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $10,794.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $615.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $615.00 |

### 056772-00019/HEARINGS

| | |
|---|---|
| FEES | $17,220.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $17,220.00 |

Amounts due may be remitted by wire transfer.

**To:** Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
**Account:** Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
**By Order of:** Invoice No. 538049
**Citibank Contact:** Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2270851.1

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---:|
| FEES ................................................................................................................ | $3,997.50 |
| DISBURSEMENTS................................................................................................ | 1,609.02 |
| MATTER TOTAL ................................................................................................ | $5,606.52 |
| CLIENT GRAND TOTAL ................................................................................... | $34,455.26 |

Kramer Levin Naftalis & Frankel LLP                                                                        Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                               February 9, 2010
056772-00001                                                                                          Invoice No. 538049

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/20/10 | BENTLEY, PHILIP | Trade emails re Saul Ewing retention issues | 0.20 | 159.00 |
| **TOTAL HOURS AND FEES** | | | **0.20** | **$159.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MANUSCRIPT SERVICE | 0.00 |
| WESTLAW ON-LINE RESEARCH | 40.34 |
| CAB FARES | 20.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$60.74** |

**TOTAL FOR THIS MATTER**                                                                       **$219.74**

Kramer Levin Naftalis & Frankel LLP                                         Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                           February 9, 2010
056772-00007                                                                Invoice No. 538049

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/10 | BLABEY, DAVID E | Review documents in prep for closing arguments. | 0.20 | 123.00 |
| 01/04/10 | BLABEY, DAVID E | Report to T. Weschler re day 1 of closing arguments. | 1.30 | 799.50 |
| 01/05/10 | BLABEY, DAVID E | Report on day 2 of closing arguments to T. Weschler. | 1.70 | 1,045.50 |
| 01/06/10 | BLABEY, DAVID E | Report to T. Weschler on closing arguments. | 1.00 | 615.00 |
| 01/06/10 | BENTLEY, PHILIP | Review emails re confirmation hearing | 0.20 | 159.00 |
| 01/07/10 | BLABEY, DAVID E | Review recent filings and emails (.2); review briefs on Anderson Memorial Hospital issues (.5); review edits to 502e stipulation (.1). | 0.80 | 492.00 |
| 01/08/10 | BENTLEY, PHILIP | Review email reports re confirmation hearing | 0.30 | 238.50 |
| 01/14/10 | BLABEY, DAVID E | Review proposed exit financing motion and supporting papers (.7) and email to T. Weschler and P. Bentley re same (.3). | 1.00 | 615.00 |
| 01/14/10 | BENTLEY, PHILIP | Review emails re plan issues | 0.10 | 79.50 |
| 01/15/10 | BLABEY, DAVID E | Review Crown's plan objection. | 0.30 | 184.50 |
| 01/19/10 | BLABEY, DAVID E | Review opposition to Crown's objection. | 0.40 | 246.00 |
| 01/20/10 | BLABEY, DAVID E | Review DIP motion. | 0.30 | 184.50 |
| 01/22/10 | BENTLEY, PHILIP | Discs David Blabey and trade emails re recent developments and confirmation issues | 0.40 | 318.00 |
| 01/25/10 | BENTLEY, PHILIP | Review and analyze PPI issues (1.5), and discs David Blabey and trade emails re same (.5) | 2.00 | 1,590.00 |
| 01/25/10 | BLABEY, DAVID E | Discuss hearing and lender issues with P. Bentley. | 0.50 | 307.50 |
| 01/26/10 | BENTLEY, PHILIP | TC Ted Weschler (.6), and confs David Blabey (.6), re PPI issues, and work on same (1.1) | 2.30 | 1,828.50 |
| 01/26/10 | BLABEY, DAVID E | Discuss post petition interest issues with P. Bentley (.6) and research same (1.5); call with client re post petition interest issues (.6). | 2.70 | 1,660.50 |
| 01/27/10 | BLABEY, DAVID E | Review and consider CNA stipulation. | 0.40 | 246.00 |
| 01/28/10 | BLABEY, DAVID E | Call with equity holder re confirmation hearing update. | 0.10 | 61.50 |
| **TOTAL HOURS AND FEES** | | | **16.00** | **$10,794.00** |

**TOTAL FOR THIS MATTER**                                    **$10,794.00**

KL4 2270851.1

Kramer Levin Naftalis & Frankel LLP                                                                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                                    February 9, 2010
056772-00008                                                                                                          Invoice No. 538049

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/29/10 | BLABEY, DAVID E | Draft December fee application. | 1.00 | 615.00 |
| **TOTAL HOURS AND FEES** | | | **1.00** | **$615.00** |

**TOTAL FOR THIS MATTER**                                                                $615.00

Kramer Levin Naftalis & Frankel LLP                                                                    Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                         February 9, 2010
056772-00019                                                              Invoice No. 538049

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/10 | BLABEY, DAVID E | Attend confirmation hearing closing arguments. | 8.50 | 5,227.50 |
| 01/05/10 | BLABEY, DAVID E | Attend day 2 of closing arguments. | 9.10 | 5,596.50 |
| 01/06/10 | BLABEY, DAVID E | Attend day 3 of confirmation hearing closing arguments. | 5.00 | 3,075.00 |
| 01/25/10 | BLABEY, DAVID E | Attend omnibus hearing in Delaware. | 5.40 | 3,321.00 |
| **TOTAL HOURS AND FEES** | | | **28.00** | **$17,220.00** |

**TOTAL FOR THIS MATTER**                                                                  **$17,220.00**

KL4 2270851.1

Kramer Levin Naftalis & Frankel LLP                                                                                          Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                         February 9, 2010
056772-00028                                                                                                       Invoice No. 538049

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/10 | BLABEY, DAVID E | Travel to Pittsburgh for closing arguments. | 3.50 | 1,076.25 |
| 01/06/10 | BLABEY, DAVID E | Return travel from Pittsburgh, with delays. | 4.50 | 1,383.75 |
| 01/25/10 | BLABEY, DAVID E | Travel to and from Grace omnibus hearing in Delaware. | 5.00 | 1,537.50 |
| **TOTAL HOURS AND FEES** | | | **13.00** | **$3,997.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 72.97 |
| OUT-OF-TOWN TRAVEL | 1,514.55 |
| MEALS/T & E | 21.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,609.02** |

**TOTAL FOR THIS MATTER**                                                                                   **$5,606.52**

KL4 2270851.1