```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/09/2010 15:59:50

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3003136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------
                                                      PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                              TO:
              UNBILLED DISB FROM:         01/03/2010                           TO:     01/26/2010
-------------------------------------------------------------------------------------------------------------------------------------
                                   FEES                                        COSTS
                                   ------                                      -----------
          GROSS BILLABLE AMOUNT:            0.00                                     60.74
            AMOUNT WRITTEN DOWN:   _____             _____
                         PREMIUM: _____             _____
               ON ACCOUNT BILLED: _____             _____
         DEDUCTED FROM PAID RETAINER: _____             _____
                   AMOUNT BILLED: _____             _____
                       THRU DATE:                                                01/26/2010
       CLOSE MATTER/FINAL BILLING?  YES    OR    NO
       EXPECTED DATE OF COLLECTION: _____

            BILLING PARTNER APPROVAL:
                                  _____             _____
                                  BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:
                                  _____

                                  _____

-------------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH
                                   --------------------------                  --------------
                           FEES:            0.00
                   DISBURSEMENTS:           60.74    UNIDENTIFIED RECEIPTS:        0.00
                     FEE RETAINER:           0.00         PAID FEE RETAINER:       0.00
                    DISB RETAINER:           0.00        PAID DISB RETAINER:       0.00
               TOTAL OUTSTANDING:           60.74      TOTAL AVAILABLE FUNDS:      0.00
                                                              TRUST BALANCE:
                                          BILLING HISTORY
                                          ---------------
             DATE OF LAST BILL:          01/28/10      LAST PAYMENT DATE:       02/02/10
             LAST BILL NUMBER:             536450 ACTUAL FEES BILLED TO DATE:   357,629.00
                                                  ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                      TOTAL FEES BILLED TO DATE: 357,629.00
         LAST BILL THRU DATE:            12/31/09  FEES WRITTEN OFF TO DATE:    84,019.00
                                                   COSTS WRITTEN OFF TO DATE:   22,980.06
  FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                         --------------------------
              (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
              (2) Late Time & Costs Posted  (5) Business Development (8) Premium
              (3) Pre-arranged Discount  (6) Summer Associate        (9) Rounding          (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/09/2010 15:59:50


Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3003136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest      Total
                                           Entry       Entry       Amount
----  -----------------------------        ------      ------      -----------
0840  MANUSCRIPT SERVICE                   01/05/10    01/05/10          0.00
0917  WESTLAW ON-LINE RESEARCH             01/26/10    01/26/10         40.34
0940  CAB FARES                            01/03/10    01/25/10         20.40

            Total                                                       60.74


U N B I L L E D    C O S T S    D E T A I L
Description/Code                                   Employee           Date           Amount      Index#  Batch No  Batch Date
----------------------------------------------     --------           ------         -----------  -------  --------  ----------

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                             TAYLOR, P          01/05/10            0.00   8935491  844124    01/12/10
                                                   0840 MANUSCRIPT SERVICE Total :       0.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                           BLABEY, D E        01/26/10           40.34   8956847  855127    02/02/10
                                                   0917 WESTLAW ON-LINE RESE Total :    40.34

CAB FARES 0940
    JULIET RAMDIN, CASHIER                         BLABEY, D E        01/03/10           10.60   8951372  851286    01/28/10
    JULIET RAMDIN, CASHIER
    JULIET RAMDIN, CASHIER                         BLABEY, D E        01/25/10            9.80   8953243  851822    01/29/10
    JULIET RAMDIN, CASHIER
                                                   0940 CAB FARES Total :                20.40



            Costs Total :                                                                60.74
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/09/2010 15:59:50

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3003136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount          Bill         W/o / W/u         Transfer To   Clnt/Mtr      Carry Forward
----------------------  ------------------  -----------  ---------------   -----------------------------  ----------------

0840 MANUSCRIPT SERVICE            0.00     _____   _____    _____   _____

0917 WESTLAW ON-LINE RESEARCH     40.34     _____   _____    _____   _____

0940 CAB FARES                    20.40     _____   _____    _____   _____


          Costs Total :          60.74      _____   _____    _____   _____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/09/2010 15:59:50

Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    3003136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                 Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
-----------------------------------------------------------------------------------------------------------------------------------------
                                                      PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------
                    UNBILLED TIME FROM:                                  TO:
                    UNBILLED DISB FROM:      12/23/2009                  TO:      01/25/2010
-----------------------------------------------------------------------------------------------------------------------------------------
                                       FEES                                     COSTS
                                       ------                                   ----------
                  GROSS BILLABLE AMOUNT:                    0.00                      1,609.02
                   AMOUNT WRITTEN DOWN:     _____        _____
                              PREMIUM:      _____        _____
                      ON ACCOUNT BILLED:    _____        _____
            DEDUCTED FROM PAID RETAINER:    _____        _____
                        AMOUNT BILLED:      _____        _____
                            THRU DATE:                                            01/25/2010
            CLOSE MATTER/FINAL BILLING?     YES    OR    NO
          EXPECTED DATE OF COLLECTION:      _____

              BILLING PARTNER APPROVAL:     _____        _____
                                            BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                     BILLING COMMENTS:      _____
                                            _____

-----------------------------------------------------------------------------------------------------------------------------------------
                                ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                                ----------------------------                         ----------------
                            FEES:                       0.00
                   DISBURSEMENTS:                   1,609.02     UNIDENTIFIED RECEIPTS:           0.00
                     FEE RETAINER:                      0.00          PAID FEE RETAINER:          0.00
                    DISB RETAINER:                      0.00         PAID DISB RETAINER:          0.00
                 TOTAL OUTSTANDING:                 1,609.02        TOTAL AVAILABLE FUNDS:        0.00
                                                                          TRUST BALANCE:
                                                      BILLING HISTORY
                                                      ----------------
               DATE OF LAST BILL:                11/25/09        LAST PAYMENT DATE:    01/04/10
               LAST BILL NUMBER:                  532504 ACTUAL FEES BILLED TO DATE:    151,551.75
                                                         ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                            TOTAL FEES BILLED TO DATE:  151,551.75
           LAST BILL THRU DATE:                  10/31/09   FEES WRITTEN OFF TO DATE:    26,306.18
                                                           COSTS WRITTEN OFF TO DATE:       123.75
   FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:
                                              -------------------------
               (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
               (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
               (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/09/2010 15:59:50

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3003136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                       Oldest        Latest         Total
                                        Entry         Entry          Amount
----  ----------------------------      ------        ------         -----------
0940  CAB FARES                         01/03/10      01/06/10             72.97
0950  OUT-OF-TOWN TRAVEL                12/23/09      01/25/10          1,514.55
0951  MEALS/T & E                       01/05/10      01/06/10             21.50

              Total                                                     1,609.02


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee             Date            Amount          Index#  Batch No  Batch Date
----------------------------------------------     --------             ------          -----------     ------- --------- ----------

CAB FARES 0940
    DAVID E BLABEY                                 BLABEY, D E          01/03/10              40.00     8950995  850794   01/27/10
    Cab Fare
    DAVID E BLABEY                                 BLABEY, D E          01/06/10              32.97     8951001  850794   01/27/10
    Cab Fare
                                                   0940 CAB FARES Total :                     72.97

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN                       BLABEY, D E          12/23/09             309.45     8955760  853871   02/01/10
    DINERS CLUB CITICORP DINERS CLUB 1/3/2010 LGA TO
     PIT TO LGA
    DAVID E BLABEY                                 BLABEY, D E          01/03/10              25.00     8950996  850794   01/27/10
    US Airways baggage fee
    DAVID E BLABEY                                 BLABEY, D E          01/03/10             758.15     8950997  850794   01/27/10
    Name: Omni William Penn Hotel; City: Pittsburgh,
     PA; Date(s): 1/3-6/2010
    DINERS CLUB CITICORP DIN                       BLABEY, D E          01/05/10             229.95     8955761  853871   02/01/10
    DINERS CLUB CITICORP DINERS CLUB 1/6/2010 PIT  T
    O LGA
    DAVID E BLABEY                                 BLABEY, D E          01/06/10              25.00     8951000  850794   01/27/10
    US Airways baggage fee
    DAVID E BLABEY                                 BLABEY, D E          01/25/10              78.00     8960252  857725   02/09/10
    From : New York Penn, NY; To: Wilmington, DE; Da
    te(s): 1/25/2010
    DAVID E BLABEY                                 BLABEY, D E          01/25/10              89.00     8960253  857725   02/09/10
    From : Wilmington, DE; To: New York Penn, NY; Da
    te(s): 1/25/2010
                                                   0950 OUT-OF-TOWN TRAVEL Total :         1,514.55

MEALS/T & E 0951
    DAVID E BLABEY                                 BLABEY, D E          01/05/10               5.93     8950998  850794   01/27/10
    Establishment: Bruegger's (B); Guests: David Bla
    bey; Affiliation: --; Business Discussed: --
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/09/2010 15:59:50

Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3003136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status      : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
 Description/Code                              Employee            Date            Amount        Index#   Batch No  Batch Date
 ---------------------------------------       --------            ------          -----------   -------  --------- ----------

    DAVID E BLABEY                             BLABEY, D E         01/06/10          15.57       8950999  850794    01/27/10
        Establishment: O'Briens (L); Guests: David Blabe
        y; Affiliation: --; Business Discussed: --
                                            0951 MEALS/T & E Total :                 21.50



                 Costs Total :                                                     1,609.02
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    7
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/09/2010 15:59:50

Matter No: 056772-00028                                            Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:    3003136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status     : ACTIVE

BILLING    INSTRUCTIONS   FOR   UNBILLED   COSTS   SUMMARY
Code Description           Amount             Bill        W/o / W/u         Transfer To   Clnt/Mtr     Carry Forward
----------------------    ------------------  ----------  ---------------   -----------------------------  ---------------

0940 CAB FARES                      72.97     _____  _____   _____  _____

0950 OUT-OF-TOWN TRAVEL          1,514.55     _____  _____   _____  _____

0951 MEALS/T & E                    21.50     _____  _____   _____  _____


         Costs Total :          1,609.02      _____  _____   _____  _____
```