# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2087304 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/29/10 | TKDC | Reviewed Debtors' Thirty-Fourth Quarterly Report of Asset Sales From October 1, 2009 Through December 31, 2009 In Accordance With That Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | 0.2 | 120.00 |
| 01/29/10 | TKDC | Reviewed Debtors' Thirty-Fourth Quarterly Report of Settlements from October 1, 2009 Through December 31, 2009 In Accordance With That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By Or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding | 0.2 | 120.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |

CURRENT FEES                                                                 240.00

**TOTAL AMOUNT OF THIS INVOICE**                                             240.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00001  

WR Grace - Official Committee of Equity Security Holders  
Asset Disposition

Invoice Number 2087304  
Page 2

02/12/10

**NET AMOUNT OF THIS INVOICE**      240.00

359022  
00001  
WR Grace - Official Committee of Equity Security Holders  
Asset Disposition  
Invoice Number 2087304  
Page 2

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2087305 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00003 |
| Charlottesville, VA 22902 | |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/12/10 | TKDC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2009 through November 30, 2009 Filed by W.R. Grace & Co., et al | 0.6 | 360.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 | at | $600.00 | = | 360.00 |

CURRENT FEES                                                                 360.00

**TOTAL AMOUNT OF THIS INVOICE**                                             360.00

**NET AMOUNT OF THIS INVOICE**                                               360.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2087306 |
| Invoice Date | 02/12/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/04/10 | TKDC | Reviewed all ecf filings and distributed to equity team | 0.6 | 360.00 |
| 01/05/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 01/07/10 | TKDC | Reviewed all ecf filings and distributed to team | 0.6 | 360.00 |
| 01/08/10 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.7 | 420.00 |
| 01/11/10 | TKDC | Reviewed all ecf filings and distributed to team | 0.6 | 360.00 |
| 01/12/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.8 | 480.00 |
| 01/13/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 01/14/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 01/14/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 01/15/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 01/18/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

02/12/10

WR Grace - Official Committee of Equity Security Holders
Case Administration

Invoice Number 2087306
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/18/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 01/20/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 01/21/10 | TKDC | Reviewed all incoming ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 01/21/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 01/22/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 01/25/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 01/25/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 01/26/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 01/26/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 01/27/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 01/28/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 01/28/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |

| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2087306 |
|---|---|---|
| 00004 | | Page 3 |
| 02/12/10 | Case Administration | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/29/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| | | TOTAL HOURS | 12.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 2.5 | at | $195.00 | = | 487.50 |
| Teresa K.D. Currier | 9.8 | at | $600.00 | = | 5,880.00 |

CURRENT FEES                                                                                         6,367.50

**TOTAL AMOUNT OF THIS INVOICE**                                                    6,367.50

**NET AMOUNT OF THIS INVOICE**                                                         6,367.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2087307 |
| Invoice Date | 02/12/10 |
| Client Number | 359022 |
| Matter Number | 00005 |

Re:  Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/18/10 | TKDC | Reviewed motion for an order extending financing with advanced refining technologies | 0.4 | 240.00 |
| 01/19/10 | TKDC | Reviewed Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal | 0.8 | 480.00 |
| 01/19/10 | TKDC | Reviewed Motion of Debtors for Authority to Enter Into Letter of Credit and Hedging Agreements and Terminate Current DIP Facilities | 0.6 | 360.00 |
| | | TOTAL HOURS | 1.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.8 | at | $600.00 | = | 1,080.00 |

CURRENT FEES                                                                 1,080.00

**TOTAL AMOUNT OF THIS INVOICE**                                              1,080.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  WR Grace - Official Committee of Equity Security Holders  Invoice Number 2087307
00005  Cash Collateral and DIP Financing  Page 2
02/12/10

## NET AMOUNT OF THIS INVOICE  1,080.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2087308 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00006 |
| Charlottesville, VA 22902 | |

Re: Claim Analysis Objections & Resolutions (Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/22/10 | TKDC | Reviewed and approved for filing the 502(b) Stipulation on behalf of the equity committee | 0.5 | 300.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $600.00 | = | 300.00 |

CURRENT FEES                                                                 300.00

**TOTAL AMOUNT OF THIS INVOICE**                                             300.00

**NET AMOUNT OF THIS INVOICE**                                               300.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2087309 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00010 |
| Charlottesville, VA 22902 | |

Re: Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/19/10 | TKDC | Reviewed motion to approve employee benefits claim resolution protocol, and all attachments | 0.5 | 300.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $600.00 | = | 300.00 |

CURRENT FEES                                                                                          300.00

**TOTAL AMOUNT OF THIS INVOICE**                                                                      300.00

**NET AMOUNT OF THIS INVOICE**                                                                        300.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace -- Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2087327 |
| Invoice Date | 02/12/10 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/13/10 | MNF | Review/make edits to December 2009 prebills; coordinate same to accting | 0.6 | 117.00 |
| 01/13/10 | MNF | Draft 6th monthly fee app of Saul Ewing for December 2009 | 1.5 | 292.50 |
| 01/19/10 | TKDC | Reviewed fee auditor initial report; pulled underlying quarterly applications; reviewed same; conf and review with melissa flores; call to bobbi ruhlander re same; communication to bobbi re hourly rate for paralegal and issues on quarterlies | 1.1 | 660.00 |
| 01/19/10 | MNF | Review docket re: objections to 5th monthly fee app of Saul Ewing; Draft CNO re: same | 0.6 | 117.00 |
| 01/19/10 | MNF | Draft 3rd quarterly fee request of Saul Ewing for Oct-Dec. 2009 | 0.6 | 117.00 |
| 01/20/10 | TKDC | Finalized cno for our fees, reviewed underlying fee application to finalize cno | 0.4 | 240.00 |
| 01/20/10 | MNF | E-file and serve CNO re: 5th monthly fee app of Saul Ewing | 0.8 | 156.00 |
| 01/20/10 | MNF | Work on 3rd quarterly fee request of Saul Ewing | 0.5 | 97.50 |
| 01/26/10 | TKDC | Reviewed sixth monthly fee application; conf with melissa flores to check on expenses and copy costs | 0.6 | 360.00 |
| 01/27/10 | MNF | Edits to 6th monthly fee app of Saul Ewing for December 2009 | 0.5 | 97.50 |
| 01/29/10 | TKDC | Approved sixth fee application for filing | 0.3 | 180.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | |
|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders |
| 00015 | Fee Applications/Applicant |
| 02/12/10 | |

Invoice Number 2087327
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/29/10 | MNF | E-file and serve 6th monthly fee app of Saul Ewing | 0.8 | 156.00 |
| | | TOTAL HOURS | 8.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 5.9 | at | $195.00 | = | 1,150.50 |
| Teresa K.D. Currier | 2.4 | at | $600.00 | = | 1,440.00 |

CURRENT FEES 2,590.50

**TOTAL AMOUNT OF THIS INVOICE** 2,590.50

**NET AMOUNT OF THIS INVOICE** 2,590.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2087333 |
| Invoice Date | 02/12/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/19/10 | TKDC | Reviewed, approved, cno for kramer levin | 0.3 | 180.00 |
| 01/19/10 | TKDC | Reviewed, approved, cno for saul ewing | 0.3 | 180.00 |
| 01/19/10 | MNF | Review docket re: objections to 99th monthly fee app of Kramer Levin; Draft CNO re: same | 0.6 | 117.00 |
| 01/20/10 | MNF | E-file and serve CNO re: 99th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 01/29/10 | TKDC | Communications with david blabey about kramer levin fee app and filing; reviewed fee app prior to filing. | 0.6 | 360.00 |
| | | TOTAL HOURS | 2.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 1.4 | at | $195.00 | = | 273.00 |
| Teresa K.D. Currier | 1.2 | at | $600.00 | = | 720.00 |

CURRENT FEES                                                                 993.00

**TOTAL AMOUNT OF THIS INVOICE**                                             993.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611
DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

02/12/10

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2087333
Page 2

**NET AMOUNT OF THIS INVOICE**                                                          993.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2087334 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00017 |
| Charlottesville, VA 22902 | |

Re:  Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/20/10 | TKDC | Reviewed communications among counsel about monday's hearing | 0.2 | 120.00 |
| 01/20/10 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 at | $600.00 | = | 360.00 |

CURRENT FEES                                                                 360.00

**TOTAL AMOUNT OF THIS INVOICE**                                             360.00

**NET AMOUNT OF THIS INVOICE**                                               360.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2087335 |
| Invoice Date | 02/12/10 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/04/10 | TKDC | Reviewed more communications about demonstrative evidence for confirmation hearing (Phase II) | 0.4 | 240.00 |
| 01/05/10 | TKDC | Reviewed plan proponents exhibits anc communications use of exhibits during confirmation hearings | 0.4 | 240.00 |
| 01/07/10 | TKDC | Reviewed more communications about demonstrative evidence for confirmation hearings | 0.4 | 240.00 |
| 01/12/10 | TKDC | Reviewed Response to Canadian ZAI Claimants' Application for Appointment of Special Counsel Filed by David Austern | 0.3 | 180.00 |
| 01/18/10 | TKDC | Reviewed draft response to crown plan objection; communication with david blabey re same | 0.5 | 300.00 |
| 01/18/10 | TKDC | Reviewed Objection to (i) the Canadian ZAI Clamants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (ii) the Application Pursuant to Sections 105, 1102(a)(2) and 1109 of the Bankruptcy Code Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants | 0.5 | 300.00 |
| 01/18/10 | TKDC | Reviewed Objections of Her Majesty the Queen in Right of Canada to Confirmation of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | 1.1 | 660.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00020  
02/12/10

WR Grace - Official Committee of Equity Security Holders  
Plan and Disclosure Statement

Invoice Number 2087335  
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/19/10 | TKDC | Communications about filing plan proponents' brief in response to crown plan objection ; reviewed and approved same; reviewed same as filed | 0.8 | 480.00 |
| 01/20/10 | TKDC | Reviewed Reply of The CCAA Representative Counsel to The Objection of Her Majesty The Queen in Right of Canada and to The Asbestos PI Future Claimants' Representative's Response To (I) The Canadian ZAI Claimants' Application for Appointment of Special Counsel and (II) The Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants | 0.6 | 360.00 |
| 01/22/10 | TKDC | Reviewed and approved stipulation and agreed order among plan proponents and certain insurers | 0.4 | 240.00 |
| 01/27/10 | TKDC | Reviewed Queen's Reply to appointment of special counsel issues | 0.5 | 300.00 |
| | | TOTAL HOURS | 5.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 5.9 at | $600.00 = | 3,540.00 |

CURRENT FEES                                                                                              3,540.00

**TOTAL AMOUNT OF THIS INVOICE**                                              3,540.00

**NET AMOUNT OF THIS INVOICE**                                                   3,540.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2087316 |
| Invoice Date | 02/12/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Federal Express | 44.90 |
| **CURRENT EXPENSES** | 44.90 |
| **TOTAL AMOUNT OF THIS INVOICE** | 44.90 |
| **NET AMOUNT OF THIS INVOICE** | 44.90 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP