

February 18, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   168173

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 31, 2010

**CLIENT SUMMARY**

**BALANCE AS OF- 01/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $582.50 | $21,966.06 | $22,548.56 |
| 03 - Creditors Committee - .15539 | $2,708.00 | $0.00 | $2,708.00 |
| 06 - DIP Financing - .15542 | $553.50 | $0.00 | $553.50 |
| 07 - Applicant's Fee Application - .15543 | $1,808.00 | $0.00 | $1,808.00 |
| 08 - Hearings - .15544 | $28,515.50 | $0.00 | $28,515.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $4,978.00 | $0.00 | $4,978.00 |
| 10 - Travel - .15546 | $2,656.25 | $0.00 | $2,656.25 |
| 18 - Plan & Disclosure Statement - .15554 | $247.50 | $0.00 | $247.50 |
| 27 - Litigation Consulting - .15563 | $540.00 | $0.00 | $540.00 |
| 30 - Fee Application of Others - .17781 | $1,028.50 | $0.00 | $1,028.50 |
| **Client Total** | **$43,617.75** | **$21,966.06** | **$65,583.81** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 15.10 | $675.00 | $10,192.50 |
| Kramer, Matthew I | 42.20 | $362.06 | $15,278.75 |
| Sakalo, Jay M | 19.40 | $495.00 | $9,603.00 |
| Polit, Wendy | 16.80 | $260.00 | $4,368.00 |
| Snyder, Jeffrey I | 1.40 | $340.00 | $476.00 |
| Flores, Luisa M | 5.10 | $215.00 | $1,096.50 |
| Kurtz, Nicole | 13.70 | $190.00 | $2,603.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$43,617.75** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $1,162.90 |
| Fares, Mileage, Parking | $289.55 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $55.60 |
| Long Distance Telephone-Outside Services | $945.00 |
| Lodging | $851.58 |
| Meals | $141.60 |
| Miscellaneous Costs | $17,640.00 |
| Pacer - Online Services | $639.68 |
| Parking | $60.00 |
| Westlaw-Online Legal Research | $1.10 |
| Copies | $169.10 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$21,966.06** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$65,583.81** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 01/15/10 | LMF | 0.50 | 107.50 | Review court docket and update attorneys on recent relevant filings. |
| 01/19/10 | NK | 0.50 | 95.00 | Review Updated Case Docket (0.5) |
| 01/20/10 | NK | 0.30 | 57.00 | Update of Docket Information (0.3) |
| 01/22/10 | NK | 0.40 | 76.00 | Update of Docket Information (0.4) |
| 01/25/10 | NK | 0.50 | 95.00 | Update of Docket Information (0.5) |
| 01/28/10 | NK | 0.40 | 76.00 | Docket Information Update (0.4) |
| 01/29/10 | NK | 0.40 | 76.00 | Update Docket Information (0.4) |

**PROFESSIONAL SERVICES** $582.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 08/23/09 | Fares, Mileage, Parking Carey Transportation service - travel Phila Int'l Airport to Sheraton Suites, Wilmington - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 115.98 |
| 09/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 282.00 |
| 10/05/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 30.00 |
| 10/05/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 30.00 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 254.00 |
| 12/03/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 819788940; DATE: 1/1/2010  -  Account#5306-2200-2539-5504 | 1.10 |
| 12/14/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 12/14/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 44.00 |
| 12/24/09 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 1,162.90 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 2.40 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 189.92 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 2.40 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 436.40 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 4.88 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 2.40 |

| Date | Description | Amount |
|---|---|---|
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009 - Billing Cycle: 10/01/09-12/31/09 | 1.28 |
| 01/03/10 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 24.40 |
| 01/04/10 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 43.59 |
| 01/05/10 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 58.83 |
| 01/06/10 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 851.58 |
| 01/06/10 | Fares, Mileage, Parking Taxi fares - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 173.57 |
| 01/06/10 | Meals VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 14.78 |
| 01/06/10 | Parking Airport parking - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 60.00 |
| 01/06/10 | Internet Connection (Outside Services) Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010 - Client - 15537 | 9.95 |
| 01/13/10 | Long Distance Telephone 1(212)813-1735; 2 Mins. | 2.78 |
| 01/13/10 | Long Distance Telephone 1(212)813-1735; 2 Mins. | 2.78 |
| 01/14/10 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 4.17 |
| 01/15/10 | Long Distance Telephone 1(212)813-1735; 1 Mins. | 1.39 |
| 01/20/10 | Long Distance Telephone 1(509)455-3966; 4 Mins. | 5.56 |
| 01/20/10 | Long Distance Telephone 1(212)812-4898; 1 Mins. | 1.39 |
| 01/20/10 | Long Distance Telephone 1(212)812-4898; 1 Mins. | 1.39 |
| 01/20/10 | Long Distance Telephone 1(212)813-1735; 2 Mins. | 4.17 |
| 01/21/10 | Long Distance Telephone 1(203)521-9716; 2 Mins. | 2.78 |
| 01/21/10 | Long Distance Telephone 1(512)476-4394; 17 Mins. | 25.02 |
| 01/28/10 | Long Distance Telephone 1(202)907-9000; 3 Mins. | 4.17 |
| 01/31/10 | Miscellaneous Costs - Professional/Expert fees related to PD Estimation for January 2010 - $17,640.00 | 17,640.00 |
| 01/11/10 | Copies 222 pgs @ 0.10/pg | 22.20 |
| 01/11/10 | Copies 190 pgs @ 0.10/pg | 19.00 |
| 01/21/10 | Copies 281 pgs @ 0.10/pg | 28.10 |
| 01/21/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/21/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 01/21/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/21/10 | Copies 6 pgs @ 0.10/pg | 0.60 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/21/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/21/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/22/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/22/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/22/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/26/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/26/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/12/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/12/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/12/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/12/10 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/12/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/12/10 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 01/12/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/13/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/13/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/19/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/19/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/19/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/19/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 01/20/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/21/10 | Copies 72 pgs @ 0.10/pg | 7.20 |
| 01/21/10 | Copies 113 pgs @ 0.10/pg | 11.30 |
| 01/21/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 01/21/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/21/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/21/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/21/10 | Copies 106 pgs @ 0.10/pg | 10.60 |
| 01/21/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/21/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/21/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/21/10 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 20 pgs @ 0.10/pg | 2.00 |

| | | |
|---|---|---|
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/21/10 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/21/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/21/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/21/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/21/10 | Copies 7 pgs @ 0.10/pg | 0.70 |

**TOTAL COSTS ADVANCED** $21,966.06

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.50 | $215.00 | $107.50 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| **TOTAL** | **3.00** | | **$582.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,162.90 |
| Fares, Mileage, Parking | $289.55 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $55.60 |
| Long Distance Telephone-Outside Services | $945.00 |
| Lodging | $851.58 |
| Meals | $141.60 |
| Miscellaneous Costs | $17,640.00 |
| Pacer - Online Services | $639.68 |
| Parking | $60.00 |
| Westlaw-Online Legal Research | $1.10 |
| Copies | $169.10 |
| **TOTAL** | **$21,966.06** |

**CURRENT BALANCE DUE THIS MATTER** $22,548.56


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Case 01-01139-AMC    Doc 24375-2    Filed 03/01/10    Page 8 of 16

Page 8

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 01/07/10 | JMS | 0.20 | 99.00 | Email to committee regarding conference call and follow up with M. Kramer thereon (.2). |
| 01/07/10 | MIK | 3.10 | 1,317.50 | Prepare for committee call (2.2); hold committee call (.9). |
| 01/19/10 | SLB | 0.20 | 135.00 | Email to committee regarding news release (.2). |
| 01/21/10 | JMS | 1.20 | 594.00 | Committee call (.5); follow up telephone conference with M. Dies regarding issue raised on call (.3); telephone conference with D. Speights regarding topics covered on call (.2); emails with R. Levy regarding upcoming hearings (.2). |
| 01/21/10 | MIK | 1.10 | 467.50 | Prepare for committee call (.6); committee call (.5). |
| 01/21/10 | NK | 0.50 | 95.00 | Make arrangements with Court Call for a telephonic appearance at hearing (0.5) |

**PROFESSIONAL SERVICES** $2,708.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 4.20 | $425.00 | $1,785.00 |
| Sakalo, Jay M | 1.40 | $495.00 | $693.00 |
| Kurtz, Nicole | 0.50 | $190.00 | $95.00 |
| **TOTAL** | **6.30** | | **$2,708.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,708.00

**Atty – SLB**
**Client No.: 74817/15542**

**RE: 06 - DIP Financing**

| | | | | |
|---|---|---|---|---|
| 01/12/10 | SLB | 0.60 | 405.00 | Attention to exit financing and DIP facility memo and pleadings (.6). |
| 01/20/10 | JMS | 0.30 | 148.50 | Review memo from S. Arnold regarding exit financing (.4); discuss same with M. Kramer (.3). |

**PROFESSIONAL SERVICES** $553.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $675.00 | $405.00 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| **TOTAL** | **0.90** | | **$553.50** |

**CURRENT BALANCE DUE THIS MATTER** $553.50

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 01/08/10 | JIS | 0.10 | 34.00 | Initial review of December 2009 prebill. |
| 01/11/10 | JIS | 0.10 | 34.00 | Call with L. Flores regarding December prebill. |
| 01/14/10 | JIS | 1.20 | 408.00 | Follow up with L. Flores regarding December prebill (0.1); review and revise December prebill (1.1). |
| 01/15/10 | LMF | 0.50 | 107.50 | Attend to edits to monthly fees. |
| 01/19/10 | NK | 1.50 | 285.00 | Update of Quarterly Fee Application (1.5) |
| 01/20/10 | LMF | 0.60 | 129.00 | Review draft of 35th quarterly application for Bilzin Sumberg. |
| 01/20/10 | NK | 2.20 | 418.00 | Update of Quarterly Fee Application (2.2) |
| 01/26/10 | LMF | 0.50 | 107.50 | Review and edit drafts of notice and summary for December 2009 fees. |
| 01/26/10 | NK | 1.50 | 285.00 | Update Notice of Fee Application and Summary of Monthly Expenses (1.5) |

**PROFESSIONAL SERVICES** $1,808.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.40 | $340.00 | $476.00 |
| Flores, Luisa M | 1.60 | $215.00 | $344.00 |
| Kurtz, Nicole | 5.20 | $190.00 | $988.00 |
| **TOTAL** | **8.20** | | **$1,808.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,808.00

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/04/10 | SLB | 7.00 | 4,725.00 | Telephonic attendance at confirmation hearing (7.0). |
| 01/04/10 | LMF | 0.70 | 150.50 | Arrange for continued telephone attendance at January 6th confirmation hearing. |
| 01/04/10 | JMS | 7.30 | 3,613.50 | Review Grace's graphics for closing arguments on confirmation (.8); attend confirmation closing arguments by phone (6.5). |
| 01/04/10 | MIK | 7.50 | 3,187.50 | Attend confirmation hearing (7.0); email committee regarding same (.5). |
| 01/05/10 | SLB | 3.50 | 2,362.50 | Telephonic participation in confirmation hearing (3.5). |
| 01/05/10 | LMF | 0.60 | 129.00 | Email all courtcall confirmations for attendance at 1/6/10 confirmation hearing. |
| 01/05/10 | JMS | 3.00 | 1,485.00 | Attend confirmation closing arguments by phone (in part). |
| 01/05/10 | MIK | 9.50 | 4,037.50 | Attend hearing (9.5). |
| 01/06/10 | SLB | 2.80 | 1,890.00 | Review numerous demonstrations provided by Grace and UCC for confirmation hearing (.7); telephone participation in confirmation hearing (2.1). |
| 01/06/10 | JMS | 4.80 | 2,376.00 | Attend confirmation hearing by phone (4.8). |
| 01/06/10 | MIK | 3.00 | 1,275.00 | Attend hearing (3.0). |
| 01/20/10 | LMF | 0.60 | 129.00 | Work with assistant on arrangements for all court call appearances and hearing notebook. |
| 01/20/10 | JMS | 0.50 | 247.50 | Review January 25, hearing agenda and email to Committee regarding same (.3); review docket update from N. Kurtz (.2). |
| 01/20/10 | NK | 1.50 | 285.00 | Court Call Arrangements and Sending of Confirmation (1.5) |
| 01/21/10 | NK | 1.50 | 285.00 | Preparation of Hearing Notebooks (1.5) |
| 01/25/10 | MIK | 5.50 | 2,337.50 | Attend hearing telephonically (5.5). |

**PROFESSIONAL SERVICES** $28,515.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 13.30 | $675.00 | $8,977.50 |
| Kramer, Matthew I | 25.50 | $425.00 | $10,837.50 |
| Sakalo, Jay M | 15.60 | $495.00 | $7,722.00 |
| Flores, Luisa M | 1.90 | $215.00 | $408.50 |
| Kurtz, Nicole | 3.00 | $190.00 | $570.00 |
| **TOTAL** | **59.30** | | **$28,515.50** |

**CURRENT BALANCE DUE THIS MATTER** $28,515.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/04/10 | SLB | 0.20 | 135.00 | Attention to 3rd Circuit decision regarding Anderson Memorial appeal on certification of claims (.2). |
| 01/13/10 | NK | 2.50 | 475.00 | Prepare Settlement Chart for Creditors (2.5) |
| 01/20/10 | WP | 7.10 | 1,846.00 | Prepare chart reflecting all settlements filed from commencement of case, including claim numbers, orders entered, settlement amounts etc. |
| 01/21/10 | WP | 8.50 | 2,210.00 | Prepare chart reflecting all settlements filed from commencement of case, including claim numbers, orders entered, settlement amounts etc. |
| 01/22/10 | WP | 1.20 | 312.00 | Revise Settlement Chart. |

**PROFESSIONAL SERVICES** $4,978.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Polit, Wendy | 16.80 | $260.00 | $4,368.00 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| **TOTAL** | **19.50** | | **$4,978.00** |

**CURRENT BALANCE DUE THIS MATTER** $4,978.00

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 01/03/10 | MIK | 6.50 | 1,381.25 | Travel to hearing (6.5). |
| 01/06/10 | MIK | 6.00 | 1,275.00 | Travel from hearing (6.0). |

**PROFESSIONAL SERVICES** $2,656.25

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 12.50 | $212.50 | $2,656.25 |
| *TOTAL* | *12.50* | | *$2,656.25* |

**CURRENT BALANCE DUE THIS MATTER** $2,656.25

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB  
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| 01/03/10 | JMS | 0.50 | 247.50 | Review email exchange amongst interested parties regarding oral argument issues agenda (.5). |

**PROFESSIONAL SERVICES** $247.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| *TOTAL* | *0.50* | | *$247.50* |

**CURRENT BALANCE DUE THIS MATTER** $247.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15563

**RE: 27 - Litigation Consulting**

| 01/05/10 | SLB | 0.80 | 540.00 | Attention to 3rd Circuit opinion on stay against sanctions viz. State of Montana (.8). |

**PROFESSIONAL SERVICES** $540.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| **TOTAL** | ***0.80*** | | ***$540.00*** |

**CURRENT BALANCE DUE THIS MATTER** $540.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 01/20/10 | LMF | 0.60 | 129.00 | Attend to reimbursement to professionals. |
| 01/21/10 | JMS | 1.60 | 792.00 | Review motion to approve retention of arrangers of exit financing and confer with M. Kramer regarding same (1.3); review memo from S. Arnold thereon (.3). |
| 01/28/10 | LMF | 0.50 | 107.50 | Reconcile trust balance and arrange for payments to third party professional. |

**PROFESSIONAL SERVICES** $1,028.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.60 | $495.00 | $792.00 |
| Flores, Luisa M | 1.10 | $215.00 | $236.50 |
| **TOTAL** | **2.70** | | **$1,028.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,028.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP