# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JANUARY 1, 2010 - JANUARY 31, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.9 | $ 2,015.50 |
| 0013 | Business Operations | 28.9 | 20,085.50 |
| 0014 | Case Administration | 16.5 | 3,452.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.8 | 2,042.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 23.0 | 16,129.00 |
| 0018 | Fee Application, Applicant | 13.6 | 6,737.50 |
| 0019 | Creditor Inquiries | 0.4 | 332.00 |
| 0020 | Fee Application, Others | 3.1 | 1,094.00 |
| 0035 | Travel - Non Working | 25.9 | 20,250.50 |
| 0036 | Plan and Disclosure Statement | 103.5 | 79,051.50 |
| 0037 | Hearings | 65.1 | 52,378.50 |
| | | | |
| | **Sub Total** | **285.7** | **$ 203,568.00** |
| | **Less 50% Travel** | **(12.9)** | **(10,125.25)** |
| | **Total** | **272.8** | **$ 193,442.75** |

# STROOCK

## INVOICE

| DATE | February 17, 2010 |
|---|---|
| INVOICE NO. | 497773 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/07/2010 | Attend to Third Circuit's decision affirming lower court denial of Grace's and Montana's motion to expand the preliminary injunction to the State of Montana. | Krieger, A. | 0.6 |
| 01/08/2010 | Attend to Third Circuit's opinion re: expansion of preliminary injunction to encompass suits against the State of Montana and related proceedings. | Krieger, A. | 2.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.9 | $ 695 | $ 2,015.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,015.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,015.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Business Operations | |
| | 699843 0013 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/13/2010 | Memoranda with Capstone re: 1/15/10 motions. | Krieger, A. | 0.1 |
| 01/19/2010 | Attend to Debtors' motion to extend and modify the ART Jt Venture Credit Agreement (.2); attend to Debtors' motion for LOC facility and related documentation (3.7). | Krieger, A. | 3.9 |
| 01/20/2010 | Attend to proposed LOC and hedging facilities (7.9); exchanged memoranda with J. Dolan re: LOC facility (.1). | Krieger, A. | 8.0 |
| 01/21/2010 | Attend to information request re: LOC facility and draft form of order (4.8); exchanged memoranda with Capstone re: LOC facility (.2); conference call R. Frezza, J. Dolan re: LOC facility (.5); attend to preparation of memorandum for Debtors' counsel re: comments/questions on the proposed forms of order, facility agreements (1.1). | Krieger, A. | 6.6 |
| 01/22/2010 | Exchange memoranda with R. Frezza re: Letter of Credit Facility terms (.3); attend to proposed LOC Facility and prepare memorandum of questions and comments (2.9); memorandum to J. Baer re: LOC Facility questions and comments (.4). | Krieger, A. | 3.6 |
| 01/25/2010 | Memoranda with R. Higgins re: call to discuss LOC Facility questions and comments. | Krieger, A. | 0.1 |
| 01/26/2010 | Exchanged memoranda with Debtors counsel and attend to execution forms of engagement letters (.3); exchanged memoranda with J. Dolan re exit financing terms and information request on LOC facilities (.1); preparation for and conference call with Jack McFarland and Debtors' outside bankruptcy counsel re LOC | Krieger, A. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | and Hedging Facilities and proposed form of order (1.6); memoranda with J. Dolan re: LOC facilities (.1). | | |
| 01/27/2010 | Attend to LOC Facility motion and documents and memorandum to Debtors' counsel re: LOC terms (.9); memorandum to LK, KP re: outstanding points on LOC Facility (.7). | Krieger, A. | 1.6 |
| 01/28/2010 | Exchanged memoranda with A. Cota re: LOC facility provision (.2); attend to LOC facility and memorandum to R. Higgins, J. McFarland re: outstanding issues (2.3). | Krieger, A. | 2.5 |
| 01/29/2010 | Conference call R. Higgins, J. McFarland re: LOC Facility terms and discussion with B of A's counsel. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 28.9 | $ 695 | $ 20,085.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 20,085.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 20,085.50 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843  0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 1.2 |
| 01/05/2010 | Coordinate telephonic appearance for L. Kruger for 1/6 hearing (.2); calendaring and emails re: same (.3). | Magzamen, M. | 0.5 |
| 01/05/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 0.7 |
| 01/06/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 0.9 |
| 01/07/2010 | Exchanged memoranda with J. Bowen (J&J Court Transcribers) re: hearing transcripts. | Krieger, A. | 0.1 |
| 01/07/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4). | Mohamed, D. | 0.6 |
| 01/08/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 1.3 |
| 01/11/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 0.7 |
| 01/12/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4). | Mohamed, D. | 0.6 |
| 01/13/2010 | Review and update case docket no. 01-1139 | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4); review case file documents (.8). | | |
| 01/19/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 0.7 |
| 01/20/2010 | Set-up telephonic appearance for L. Kruger at 1/25 hearing. | Magzamen, M. | 0.3 |
| 01/20/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 1.3 |
| 01/21/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); obtain documents for attorney review (.3). | Mohamed, D. | 0.9 |
| 01/22/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6). | Mohamed, D. | 0.8 |
| 01/25/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case file documents (.6); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 1.7 |
| 01/26/2010 | Memorandum and office conference MM re: 1/25/10 hearing transcript. | Krieger, A. | 0.1 |
| 01/26/2010 | Arrange for Grace closing argument transcript. | Magzamen, M. | 0.2 |
| 01/26/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 01/28/2010 | Office conference MM re: service of pleading. | Krieger, A. | 0.2 |
| 01/28/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 01/29/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      |             |      |       |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 695 | $ 278.00 |
| Magzamen, Michael S. | 1.0 | 305 | 305.00 |
| Mohamed, David | 15.1 | 190 | 2,869.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,452.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,452.00 |
|-----------------------|------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/12/2010 | Attend to memoranda re: mediation of PPI dispute. | Krieger, A. | 0.1 |
| 01/12/2010 | E-mails with lenders re: possible mediation. | Pasquale, K. | 0.2 |
| 01/13/2010 | Attend to appellate materials. | Krieger, A. | 0.7 |
| 01/19/2010 | Attend to Debtors' motion to approve a protocol to address the resolution of employee benefit claims. | Krieger, A. | 0.8 |
| 01/29/2010 | Attend to memorandum to J. Baer and R. Higgins re: questions and comments on employee benefits claim protocol (.4); telephone call R. Higgins re: same (.3); attend to Grace's 34th quarterly report on settlements (.1). | Krieger, A. | 0.8 |
| 01/29/2010 | Review memo to Committee re: employee benefits. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 695 | $ 1,668.00 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,042.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,042.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/07/2010 | Memorandum to the Committee re: closing arguments on plan confirmation (3.7); telephone call R. Frezza re: confirmation arguments (.4); office conference LK re: post-petition interest argument (.2); memoranda with LK, KP and bank lender counsel re: hearings (.1). | Krieger, A. | 4.4 |
| 01/19/2010 | Memorandum for the Committee re: pending Canadian ZAI matters. | Krieger, A. | 0.2 |
| 01/22/2010 | Attend to Capstone memorandum for the Committee re: Exit Financing and prepare revised draft. | Krieger, A. | 2.8 |
| 01/25/2010 | Memorandum to Capstone re: Committee memorandum on proposed exit financing. | Krieger, A. | 0.1 |
| 01/26/2010 | Memorandum to LK, KP re: Committee call on closing argument and status (.1); attend to revised memorandum re: exit financing (.2); attend to memorandum to the Committee re: 1/25/10 hearing and other pending matters (3.3); memoranda with Committee member and Local counsel re: exit financing (.5); | Krieger, A. | 4.1 |
| 01/27/2010 | Attend to memoranda for the Committee re: 1/25/10 hearing (1.6); attend to LOC Facility, Capstone memorandum re: LOC Facility and prepare mark-up re: same (3.4); attend to memoranda with Committee members re: 1/28/10 conference call (.6). | Krieger, A. | 5.6 |
| 01/28/2010 | Memoranda and telephone call J. Dolan re: memorandum to the Committee re: LOC and Hedging Facilities (.8); attend to Capstone memorandum re: motion extending ART credit agreement and memoranda with J. Dolan re: | Krieger, A. | 4.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | same (.4); memorandum to the Committee re: motion to approve employee benefits claim resolution protocol (2.1); memorandum with Committee member re: conference call (.2); conference call with the Committee and follow-up office conference LK, KP re: emergence and exit and letter of credit facilities (.8). | | |
| 01/28/2010 | Prep for and conference call with Committee re: confirmation and status items. | Pasquale, K. | 0.8 |
| 01/29/2010 | Memorandum for the Committee re: employee benefits claims resolution protocol. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 22.2 | $ 695 | $ 15,429.00 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,129.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 16,129.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/07/2010 | Review/revise December 2009 bill. | Wojcik, M. | 1.3 |
| 01/19/2010 | Review and revise December time and expenses. | Magzamen, M. | 0.8 |
| 01/20/2010 | Review and revise December bill. | Magzamen, M. | 0.5 |
| 01/22/2010 | O/c MM re: December 2009 fee statement. | Krieger, A. | 0.1 |
| 01/22/2010 | Review/revise December bill. | Magzamen, M. | 0.6 |
| 01/23/2010 | Attend to December 2009 fee application. | Krieger, A. | 0.9 |
| 01/26/2010 | Attend to December 2009 fee statement. | Krieger, A. | 0.5 |
| 01/28/2010 | Finalize December fee application | Magzamen, M. | 1.3 |
| 01/29/2010 | Attend to preparation of 35th quarterly fee application. | Krieger, A. | 5.7 |
| 01/29/2010 | Review Stroock's 105th monthly fee application in preparation for filing (.7); prepare certificate of service re: same and forward to Local counsel for filing (.5); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.2 | $ 695 | $ 5,004.00 |
| Magzamen, Michael S. | 3.2 | 305 | 976.00 |
| Mohamed, David | 1.9 | 190 | 361.00 |
| Wojcik, Mark R. | 1.3 | 305 | 396.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,737.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,737.50 |
|-----------------------|------------|

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019       |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/11/2010 | Telephone call creditor re: plan status. | Krieger, A. | 0.1 |
| 01/11/2010 | Telephone conference creditor re: plan status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 332.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 332.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/07/2010 | Attend to fee applications of other professionals. | Krieger, A. | 0.3 |
| 01/07/2010 | Review Capstone's 69th monthly fee application in preparation for filing (.7); prepare notice and certificate of service re: same and forward to Local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 01/11/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 01/11/2010 | Prepare and effectuate service re: Capstone's 69th monthly fee application. | Mohamed, D. | 0.8 |
| 01/29/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 695 | $ 695.00 |
| Mohamed, David | 2.1 | 190 | 399.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,094.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,094.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 102.81 |
| Local Transportation | 53.05 |
| Long Distance Telephone | 155.22 |
| Duplicating Costs-in House | 0.50 |
| Court Reporting Services | 164.70 |
| In House Messenger Service | 29.26 |
| Travel Expenses - Transportation | 577.76 |
| Travel Expenses - Lodging | 1001.75 |
| Travel Expenses - Meals | 331.07 |
| Westlaw | 747.25 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,163.37 |
|-----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,163.37 |
|-----------------------|------------|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/03/2010 | Travel to LGA for flight to Pittsburgh (includes weather delays) for closing arguments on confirmation. | Krieger, A. | 3.2 |
| 01/04/2010 | Travel to Pittsburgh for closing arguments. | Pasquale, K. | 4.0 |
| 01/06/2010 | Return travel from Pittsburgh to New York (weather delays). | Krieger, A. | 6.6 |
| 01/06/2010 | Return travel from Pittsburgh court hearing. | Pasquale, K. | 4.0 |
| 01/25/2010 | Travel to (.9) and return from (2.7) Wilmington, DE for omnibus hearing and closing confirmation argument on post-petition interest issues. | Krieger, A. | 3.6 |
| 01/25/2010 | Travel to/from Wilmington, DE for court hearing. | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.4 | $ 695 | $ 9,313.00 |
| Pasquale, Kenneth | 12.5 | 875 | 10,937.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 20,250.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 20,250.50 |
|-----------------------|-------------|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2010 | Attend to motion to settle insurance neutrality issues (.7); attend to materials for Jan 2010 confirmation hearing (3.1). | Krieger, A. | 3.8 |
| 01/03/2010 | Preparation for closing argument and attend to motion for approval of insurance neutrality provisions. | Krieger, A. | 6.7 |
| 01/03/2010 | Prep for closing arguments (2.0); conference call with all parties re: arguments (.5). | Pasquale, K. | 2.5 |
| 01/04/2010 | Attend confirmation hearing telephonically. | Kruger, L. | 4.7 |
| 01/05/2010 | Prep (with lender's counsel) for closing argument. | Pasquale, K. | 8.5 |
| 01/06/2010 | Confirmation hearing closing arguments. | Pasquale, K. | 5.8 |
| 01/07/2010 | O/c with AK re: argument on post-petition interest (.2); review memo to Committee re: confirmation arguments and status of hearing (.4); o/c with KP re: PPI argument and presentation to court (.3). | Kruger, L. | 0.9 |
| 01/07/2010 | Confer L. Kruger re: PPI argument and issues. | Pasquale, K. | 0.3 |
| 01/08/2010 | Attend to case law and 1/25/10 argument re: confirmation issues (5.9); attend to J. Baer memo re: exit financing and DIP motions and memoranda with Capstone re: same (.3). | Krieger, A. | 6.2 |
| 01/08/2010 | O/c with KP re: closing argument (.2); review argument outline (.2); review case law on confirmation issues (.6). | Kruger, L. | 1.0 |
| 01/08/2010 | Confer L. Kruger re: closing arguments (.2); revise outline of argument (.9). | Pasquale, K. | 1.1 |
| 01/08/2010 | Review exit financing information. | Pasquale, K. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/11/2010 | Attend to confirmation issues (1.3); review exit financing materials (6.4); attend to ACC response to Canadian counsel's motion for special appointment (.1). | Krieger, A. | 7.8 |
| 01/12/2010 | Telephone call Capstone re: exit financing proposals (.1); attend to Capstone's information request and exit financing motion (3.4); extended telephone conference Capstone re: exit financing authorization (.9); review relevant case law (3.9). | Krieger, A. | 8.3 |
| 01/12/2010 | Attention to e-mails with Lenders re: mediation. | Kruger, L. | 0.2 |
| 01/13/2010 | Extended telephone call with R. Frezza re: Exit Financing and new DIP (.8); attend to exit financing documents and memorandum to LK, KP re: Exit Financing and DIP and office conference KP re: same (2.8); attend to 1/6/10 transcript and other related materials (3.8); telephone call J. Baer re: motions to be filed 1/15/10 including exiting financing and revised DIP motion (.2); memorandum to Capstone re: Art Joint Venture motion (.1). | Krieger, A. | 7.7 |
| 01/13/2010 | Review AK e-mails re: exit financing. | Kruger, L. | 0.2 |
| 01/13/2010 | Review AK emails re: exit financing issues. | Pasquale, K. | 0.3 |
| 01/14/2010 | Attn to transcript issues in connection w/ closing argument prep. | Cromwell, M. | 0.9 |
| 01/14/2010 | Prepare memorandum to J. Baer, C. Greco re: exit financing questions, issues and exchanged memoranda with C. Greco re: same (2.4); office conference MM re: request for exit financing documentation in reference cases (.2); attend to 1/6/10 transcript and related materials (2.3); extended conference call with representatives of Grace, Blackstone, K&E and Capstone re: exit financing (.8); follow-up call with R. Frezza re: exit financing (.3); memorandum to LK, KP re: same (.1);attend to exit financing related materials (1.3). | Krieger, A. | 7.4 |
| 01/14/2010 | Oc w/ A. Krieger re: research on exit financing | Magzamen, M. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2); conduct research re: same (.8). | | |
| 01/15/2010 | Attend to 1/6/10 transcript and related case law and materials (5.9); attend to Canadian government's objection to confirmation and opposition to revised CDN ZAI settlement agreement (.6). | Krieger, A. | 6.5 |
| 01/15/2010 | Review materials re: closing argument. | Kruger, L. | 0.3 |
| 01/15/2010 | Review transcript of closing argument and prepared for continuation of same. | Pasquale, K. | 1.2 |
| 01/18/2010 | Attend to Crown's objection to Canadian ZAI claimants' special counsel appointment application (.9); exchanged memoranda with J. Dolan re: exit financing materials (.1). | Krieger, A. | 1.0 |
| 01/19/2010 | Attend to CCAA Representative's motion for leave to file replies to Crown's objection and PI FCR's response to special counsel appointment motion and attend to Crown's objection to confirmation and attend to memorandum thereon (4.1); t/c J. Dolan re: preparation for 1/25/10 argument, updated interest calculation and pending motions (.2). | Krieger, A. | 4.3 |
| 01/19/2010 | Review Debtors' motion for LOC facility; review CCAA representative motion. | Kruger, L. | 0.4 |
| 01/20/2010 | Review proposed LOC facility and hedging. | Kruger, L. | 0.6 |
| 01/21/2010 | Preparation for 1/25/10 argument. | Krieger, A. | 2.4 |
| 01/21/2010 | Preparation for confirmation argument. | Kruger, L. | 0.7 |
| 01/21/2010 | Research re: exit facilities precedent for A. Krieger. | Magzamen, M. | 0.2 |
| 01/21/2010 | Prep for 1/25 hearing and closing arguments. | Pasquale, K. | 1.5 |
| 01/22/2010 | Preparation for 1/25/10 argument. | Krieger, A. | 1.7 |
| 01/22/2010 | Prep for closing arguments, review exhibits. | Pasquale, K. | 1.8 |
| 01/24/2010 | Preparation for 1/25/10 hearing and argument. | Krieger, A. | 3.1 |
| 01/25/2010 | Memorandum with W. Katchen re: exit | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | financing. | | |
| 01/26/2010 | O/c with AK re: confirmation hearing (.3); o/c with KP re: confirmation hearing (.2). | Kruger, L. | 0.5 |
| 01/27/2010 | Review memo to Committee re: 1/25/10 hearing (.3); review memo from AK re: issues in LOC facility (.2). | Kruger, L. | 0.5 |
| 01/28/2010 | T/c Committee member re: status and confirmation hearing (.3); preparation for and conference call with KP, AK and Committee re: confirmation issues, exit financing, LOC facility (.7); o/c with KP and AK re: exit financing issues and follow-up Committee call (.2). | Kruger, L. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cromwell, Marlon E. | 0.9 | $ 245 | $ 220.50 |
| Krieger, Arlene G. | 67.0 | 695 | 46,565.00 |
| Kruger, Lewis | 11.2 | 995 | 11,144.00 |
| Magzamen, Michael S. | 0.4 | 305 | 122.00 |
| Pasquale, Kenneth | 24.0 | 875 | 21,000.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 79,051.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 79,051.50 |
|-----------------------|-------------|

# STROOCK

| RE | Hearings |
| --- | --- |
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 01/04/2010 | Attend closing arguments on confirmation objections. | Krieger, A. | 9.4 |
| 01/04/2010 | Prep for (1.5) and attended confirmation hearing closing arguments (5.0). | Pasquale, K. | 6.5 |
| 01/05/2010 | Attend hearing re: closing confirmation arguments (10.3); attend to Grace's slides for post-petition interest argument and the court's May 19 decision in preparation for closing argument (.7). | Krieger, A. | 11.0 |
| 01/05/2010 | Attend, telephonically, court hearing on confirmation. | Kruger, L. | 5.3 |
| 01/06/2010 | Office conference KP re: Grace's slides and PPI argument (.2); attend hearing re: closing confirmation arguments (5.4); office conferences KP, R. Cobb re: same (.3). | Krieger, A. | 5.9 |
| 01/06/2010 | Telephone conference with court confirmation hearing. | Kruger, L. | 5.0 |
| 01/15/2010 | Exchanged memoranda with J. Baer re: 1/25/10 omnibus (.2); memoranda with KP, LK re: J. Green re: 1/25/10 omnibus (.2). | Krieger, A. | 0.4 |
| 01/24/2010 | Prepared for court hearing re: closing arguments. | Pasquale, K. | 3.0 |
| 01/25/2010 | Attend to Plan Proponent's response to the Crown's Plan objections  (.6); attend to case law for PPI argument (.7); attend closing argument on post-petition interest issues and omnibus hearing on Crown's Plan-related objections (5.9); conference with bank lenders' counsel re: PPI argument (.9). | Krieger, A. | 8.1 |
| 01/25/2010 | Attend court hearing telephonically re: | Kruger, L. | 4.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | confirmation arguments re: lenders' claims. | | |
| 01/25/2010 | Court hearing/closing arguments on lender confirmation issues. | Pasquale, K. | 5.8 |
| 01/26/2010 | Office conference LK re: hearing. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 35.2 | $ 695 | $ 24,464.00 |
| Kruger, Lewis | 14.6 | 995 | 14,527.00 |
| Pasquale, Kenneth | 15.3 | 875 | 13,387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 52,378.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 52,378.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 203,568.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 3,163.37 |
| TOTAL BILL | $ 206,731.37 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.