# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### JANUARY 1, 2010 - JANUARY 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 26.0 | $ 995 | $ 25,870.00 |
| Pasquale, Kenneth | 53.1 | 875 | 46,462.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 180.7 | 695 | 125,586.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Cromwell, Marlon E. | 0.9 | 245 | 220.50 |
| Magzamen, Michael S. | 4.6 | 305 | 1,403.00 |
| Mohamed, David | 19.1 | 190 | 3,629.00 |
| Wojcik, Mark R. | 1.3 | 305 | 396.50 |
|  |  |  |  |
| **Sub Total** | **285.7** |  | **$ 203,568.00** |
| **Less 50% Travel** | **(12.9)** |  | **(10,125.25)** |
| **Total** | **272.8** |  | **$ 193,442.75** |