# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
JANUARY 1, 2010 - JANUARY 31, 2010

| | |
|---|---:|
| Outside Messenger Service | $ 102.81 |
| Local Transportation | 53.05 |
| Long Distance Telephone | 155.22 |
| Duplicating Costs-in House | 0.50 |
| Court Reporting Services | 164.70 |
| In House Messenger Service | 29.26 |
| Travel Expenses - Transportation | 577.76 |
| Travel Expenses - Lodging | 1,001.75 |
| Travel Expenses - Meals | 331.07 |
| Westlaw | 747.25 |
| | |
| TOTAL | $3,163.37 |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | February 17, 2010 |
| INVOICE NO. | 497773 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/31/2009 | Vendor: Federal Express Corporation Invoice #: 946110402 01.11.10 Tracking #: 790691287407 Shipment Date: 12/31/2009 Sender: Angie Colonna Stroock & Stroock & Lavan LLP, 180 Maiden Lane, NEW YORK CITY, NY 10038 Ship to: Arlene Krieger, INFORMATION NOT SUPPLIED, 10 E End Ave Apt 14Ef, NEW YORK, NY 10075 | 32.82 |
| 01/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827010; DATE: 01/02/2010; FROM Michael Magzamen, 180 Maiden Lane, New York, NY TO Kimberly Love Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 Tracking #:1Z10X827A299769912 on 12/30/2009 | 12.67 |
| 01/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827010; DATE: 01/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270193100728 on 12/30/2009 | 6.53 |
| 01/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827010; DATE: 01/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270194482716 on 12/30/2009 | 6.53 |
| 01/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827010; DATE: 01/02/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270198274907 on 12/30/2009 | 6.53 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14/2010 | VENDOR: UPS; INVOICE#: 0000010X827020; DATE: 01/09/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270198004494 on 12/30/2009 | 9.27 |
| 01/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827030; DATE: 01/16/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270190269428 on 01/11/2010 | 6.44 |
| 01/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827030; DATE: 01/16/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270198478385 on 01/11/2010 | 6.44 |
| 01/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827030; DATE: 01/16/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270199092567 on 01/11/2010 | 6.44 |
| 01/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827030; DATE: 01/16/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270199647173 on 01/11/2010 | 9.14 |
| **Outside Messenger Service Total** | | **102.81** |

**Local Transportation**

| | | |
|---|---|---|
| 01/08/2010 | VENDOR(EE): AKRIEGER: Taxi fare from LaGuardia Airport to home (shared taxi) 1/6/10 | 13.00 |
| 01/21/2010 | VENDOR: NYC Taxi; Invoice#: 886417; Invoice Date: 01/15/2010; Voucher #: 350292; Arlene Krieger 01/07/2010 10:40 from 10 EAST END AVE MANHATTAN NY to 180 MAIDEN LA MANHATTAN NY | 40.05 |
| **Local Transportation Total** | | **53.05** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 01/07/2010 | EXTN.795562, TEL.3024674400, S.T.11:11, DUR.00:03:02 | 2.22 |
| 01/07/2010 | EXTN.795544, TEL.2015877123, S.T.14:53, DUR.00:23:01 | 13.34 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08/2010 | EXTN.795562, TEL.3024674400, S.T.16:03, DUR.00:02:24 | 1.67 |
| 01/12/2010 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-122009; DATE: 12/20/2009 - Teleconference    12-17-09 | 15.50 |
| 01/12/2010 | EXTN.795562, TEL.3024674426, S.T.15:24, DUR.00:03:13 | 2.22 |
| 01/13/2010 | EXTN.795544, TEL.2015877123, S.T.09:50, DUR.00:45:24 | 25.58 |
| 01/14/2010 | EXTN.795562, TEL.3024239985, S.T.11:22, DUR.00:00:33 | 0.56 |
| 01/19/2010 | EXTN.795562, TEL.3125878997, S.T.16:17, DUR.00:00:24 | 0.56 |
| 01/21/2010 | EXTN.795475, TEL.3026574938, S.T.14:28, DUR.00:05:15 | 3.34 |
| 01/25/2010 | VENDOR: Chase Card Services; INVOICE#: 010210; DATE: 1/2/2010 - visa charge 12/18/09 Court Call LLC | 44.00 |
| 01/25/2010 | VENDOR: Chase Card Services; INVOICE#: 010210; DATE: 1/2/2010 - visa charge 12/18/09 Court Call LLC | 44.00 |
| 01/26/2010 | EXTN.796689, TEL.6095862311, S.T.10:48, DUR.00:01:35 | 1.11 |
| 01/28/2010 | EXTN.795475, TEL.3026574938, S.T.15:55, DUR.00:00:48 | 0.56 |
| 01/29/2010 | EXTN.795475, TEL.3026574938, S.T.09:32, DUR.00:00:39 | 0.56 |
| **Long Distance Telephone Total** | | **155.22** |

**Duplicating Costs-in House**
01/07/2010                                                                                                    0.40
01/29/2010                                                                                                    0.10

**Duplicating Costs-in House Total**                                                        **0.50**

**Court Reporting Services**
01/13/2010    VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2010-00062; DATE: 1/13/2010 - federal court expedited                    164.70

**Court Reporting Services Total**                                                          **164.70**

**In House Messenger Service**
01/28/2010    VENDOR: Early Bird Messenger; 1/22/2010 Vehicle Rush from                      29.26

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | GABRIEL to ARLENE KRIEGER, 10 EAST END AVE | |
| **In House Messenger Service Total** | | **29.26** |

**Travel Expenses - Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04/2010 | VENDOR: AMEX; KRUGER/LEWIS on 12/16/2009; booking fee. | 10.00 |
| 01/04/2010 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 12/16/2009; refund for unused ticket | -921.20 |
| 01/04/2010 | VENDOR: AMEX; PASQUALE/KENNETH EWR PIT EWR on 12/16/2009; Jan 4-6 to and from EWR and PIT | 971.20 |
| 01/08/2010 | VENDOR(EE): AKRIEGER: Baggage fee - US Air - 1/3/10 | 25.00 |
| 01/08/2010 | VENDOR(EE): AKRIEGER: Baggage fee - US Air 1/6/10 | 25.00 |
| 01/08/2010 | VENDOR(EE): AKRIEGER: Taxi fare from Pittsburgh Airport to Omni William Penn Hotel 1/3/10 | 45.00 |
| 01/11/2010 | VENDOR(EE): KPASQUALE: Closing arguments in Pittsburgh, PA - January 4-6, 2010; Taxis to EWR, to and from airport to Court, hotel to airport and EWR to Summit, NJ | 217.00 |
| 01/21/2010 | VENDOR: NYC Taxi; Invoice#: 886417; Invoice Date: 01/15/2010; Voucher #: 403835; Arlene Krieger 01/03/2010 15:15 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY | 60.56 |
| 01/28/2010 | VENDOR(EE): KPASQUALE: 01/25/10; Court hearing in Wilmington, DE; Mileage and tolls | 136.70 |
| 01/28/2010 | VENDOR(EE): KPASQUALE: 01/25/10 ; Court hearing in Wilmington, DE; parking | 8.50 |
| **Travel Expenses - Transportation Total** | | **577.76** |

**Travel Expenses - Lodging**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08/2010 | VENDOR(EE): AKRIEGER: Omni Willliam Penn Hotel (3 nights) 1/3 - 1/6/10 | 595.08 |
| 01/11/2010 | VENDOR(EE): KPASQUALE: Closing arguments in Pittsburgh, PA - January 4-6, 2010; Omni William Penn Hotel (2 nights) | 406.67 |
| **Travel Expenses - Lodging Total** | | **1,001.75** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Travel Expenses - Meals** | | |
| 01/08/2010 | VENDOR(EE): AKRIEGER: Breakfast at hotel - (1 person) 1/4/10 | 19.09 |
| 01/08/2010 | VENDOR(EE): AKRIEGER: 01/03/10 - 01/06/10 Trip; Dinner at LaGuardia Airport 1/3/10 | 18.57 |
| 01/11/2010 | VENDOR(EE): KPASQUALE: Closing arguments in Pittsburgh, PA - January 4-6, 2010; Breakfast, lunch and dinner for two people on 1/4, lunch and dinner for one person on 1/5 and breakfast on 1/6. | 235.41 |
| 01/28/2010 | VENDOR(EE): KPASQUALE: 01/25/10 Court hearing in Wilmington, DE; Lunch for four. | 58.00 |
| **Travel Expenses -Meals Total** | | **331.07** |
| **Westlaw** | | |
| 01/05/2010 | Transactional Search by Pasquale, Kenneth | 82.50 |
| 01/08/2010 | Transactional Search by Krieger, Arlene G. | 27.50 |
| 01/12/2010 | Transactional Search by Krieger, Arlene G. | 165.00 |
| 01/15/2010 | Transactional Search by Krieger, Arlene G. | 191.25 |
| 01/22/2010 | Transactional Search by Krieger, Arlene G. | 281.00 |
| **Westlaw Total** | | **747.25** |

# STROOCK

PAGE: 6

BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 102.81 |
| Local Transportation | 53.05 |
| Long Distance Telephone | 155.22 |
| Duplicating Costs-in House | 0.50 |
| Court Reporting Services | 164.70 |
| In House Messenger Service | 29.26 |
| Travel Expenses - Transportation | 577.76 |
| Travel Expenses - Lodging | 1001.75 |
| Travel Expenses - Meals | 331.07 |
| Westlaw | 747.25 |
| TOTAL DISBURSEMENTS/CHARGES | $ 3,163.37 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.