# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                          January 1, 2010 to January 31, 2010

Invoice No. 34266

**RE:**       WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 20.70 | 5,527.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.60 | 520.00 |
| B18 | Fee Applications, Others - | 1.50 | 249.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 1.10 | 357.50 |
| B25 | Fee Applications, Applicant - | 5.80 | 1,168.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.30 | 97.50 |
| B36 | Plan and Disclosure Statement - | 26.40 | 8,481.50 |
| B37 | Hearings - | 23.20 | 7,522.50 |
| B41 | Relief from Stay Litigation - | 0.30 | 97.50 |
| B45 | Professional Retention Issues - | 4.90 | 1,592.50 |
| | **Total** | **85.80** | **$25,614.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 1.20 | 324.00 |
| Regina Matozzo | 200.00 | 7.00 | 1,400.00 |
| Theodore J. Tacconelli | 325.00 | 70.00 | 22,750.00 |
| Legal Assistant - MH | 150.00 | 6.40 | 960.00 |
| Legal Assistant - SEK | 150.00 | 1.20 | 180.00 |
| **Total** | | **85.80** | **$25,614.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                    **$4,039.37**

**Invoice No. 34266**                 **Page 2 of 9**                 **March 1, 2010**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jan-01-10 | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re closing argument process and review proposal | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for OneBeacon re closing argument | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re closing argument process | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review matters on agenda for 1/4 hearing | 1.60 | TJT |
| Jan-02-10 | *Plan and Disclosure Statement* - Review various e-mails re closing argument process | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing matters on agenda for 1/4 and 1/5 hearings | 2.80 | TJT |
| Jan-03-10 | *Plan and Disclosure Statement* - Review various e-mails re closing argument process | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review additional e-mails from various attorneys re closing argument process | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing matters on agenda for 1/4 and 1/5 hearings | 2.30 | TJT |
| | *Plan and Disclosure Statement* - Attend meet and confer re closing argument process | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re graphics for hearing tomorrow and review same | 0.20 | TJT |
| Jan-04-10 | *Case Administration* - E-mail to M. Hedden re notice of withdrawal | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review docket for status for week ending 1/1/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 1/1/10 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re closing argument process | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from plan proponents re trial graphics | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' graphics for closing arguments on 1/4 | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Prepare for and attend 1/4 hearing | 8.30 | TJT |
| | *Hearings* - Confer with paralegal re 1/6 hearing preparation | 0.10 | TJT |
| | *Hearings* - Teleconference with L. Flores re follow up to T. Tacconelli's email to her about arranging CourtCall for him on 1/6/10 | 0.10 | MH |
| | *Case Administration* - 1/4/10 hearing follow-up | 0.30 | SEK |
| Jan-05-10 | *Plan and Disclosure Statement* - Review correspondence from counsel for Garlock re slides for hearing today and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | confirmation closing arguments | | |
| | *Plan and Disclosure Statement* - Review correspondence re plan proponents additional graphics for 1/5 hearing and review same | 0.30 | TJT |
| | *Hearings* - Review 1/4/10 hearing notes | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 9.00 | TJT |
| | *Hearings* - Prepare for 1/6 hearing | 0.10 | TJT |
| Jan-06-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from counsel for UCC exhibits for closing argument and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' demonstrative exhibits for hearing today re memorandum opinion re objection to bank lender's claims | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' additional slides for hearing today re various issues and review same | 0.20 | TJT |
| | *Hearings* - Review 1/5/10 hearing notes | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 5.30 | TJT |
| Jan-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review e-mail from J. Sakalo re 3rd circuit opinion re State of Montana appeal | 0.10 | TJT |
| | *Case Administration* - Review daily memos re pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Attend committee meeting | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents motion to approve insurance neutrality stipulation with attachment | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of confirmation objection by Zurich | 0.10 | TJT |
| | *Hearings* - Review 1/6/10 hearing notes | 0.10 | TJT |
| Jan-08-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | RM |
| | *Case Administration* - Review 6 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 3rd circuit opinion affirming district court and bankruptcy court re State of Montana appeal 08-3697, confer with RSM re same | 0.90 | TJT |
| | *Relief from Stay Litigation* - Review certificate of counsel re G. Munoz' motion for relief from stay with attached stipulation and review same | 0.20 | TJT |
| | *Professional Retention Issues* - Review PIFCR's response to debtors' motion to retain CNDZAI representative counsel | 0.10 | TJT |
| Jan-09-10 | *Case Administration* - Detailed review of debtors' monthly operating report for Nov. 09 | 0.60 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review daily memos re pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' 30(b)(6) deposition notice to Seaton Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of debtors' interrogatories to Seaton Ins. Co. | 0.10 | TJT |
| Jan-10-10 | *Case Administration* - Review amended 2019 statement by David Law Firm | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to extend time to file motion for rehearing re Montana appeal in 3rd circuit 08-3697 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with AG Ins. Co. as modified by court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of debtors' request for production to Seaton Ins. Co. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of debtors' request for admissions to Seaton Ins. Co. | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review order re G. Munoz' motion for relief from stay approving stipulation to send claim into mediation | 0.10 | TJT |
| Jan-11-10 | *Case Administration* - Review case status memo for week ending 1/8/10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status of case for week ending 1/8/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 1/8/10 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re status of plan confirmation proceedings | 0.10 | TJT |
| | *Professional Retention Issues* - Review objection by The Crown to CNDZAI claimants motions to obtain special counsel with voluminous attachments | 2.90 | TJT |
| | *Fee Applications, Others* - Review order approving 33rd quarterly fee applications re confirming W.D. Hilton not included | 0.10 | MH |
| Jan-12-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review one miscellaneous certificate of no objection filed by debtors | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) - Review certificate of counsel re motion by GRECO for leave to file late claim | 0.10 | TJT |
| | *Case Administration* - Download 1/14/10 hearing transcripts | 0.10 | MH |
| Jan-13-10 | *Plan and Disclosure Statement* - Confer with T. Tacconelli re plan status and recent objection to same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, | 0.30 | RM |

| | | | |
|---|---|---|---|
| | district court and adversary proceedings, memos to T. Tacconelli re same | | |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re objection by Crown to confirmation and related issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Her Majesty The Queen to confirmation with voluminous attachments | 3.70 | TJT |
| | *Hearings* - Review notice of change of February omnibus hearing date | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to co-counsel re notice of change of February omnibus hearing date | 0.10 | TJT |
| Jan-14-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting Anderson Memorial Hospital's motion to extend page limit re objection to confirmation | 0.10 | TJT |
| | *Case Administration* - Download 1/5/10 hearing transcripts | 0.10 | MH |
| | *Fee Applications, Applicant - Fee Applications, Applicant* - Continue cumulative spreadsheet re Ferry, Joseph & Pearce's final fee application and continue review of fee auditor's final reports and fee charts provided by debtors' counsel | 1.80 | MH |
| Jan-15-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review debtors' motion to extend credit facility for ART Co. | 0.20 | TJT |
| Jan-16-10 | *Case Administration* - Review debtors' motion to approve employee benefit protocol with attachments | 0.80 | TJT |
| | *Case Administration* - Review 5th amended 2019 statement by S. Shackelford | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order granting motion of General Ins. Co. for leave to file late proof of claim | 0.10 | TJT |
| Jan-17-10 | *Professional Retention Issues* -  Review CCAA's representatives' motion for leave to file reply to Crown's objection to retention motions with attachments | 1.30 | TJT |
| Jan-18-10 | *Case Administration* - Review case status memo to  for week ending 1/15/10 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 1/15/10 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review debtors' motion to authorize exit financing letters and pay fees, etc. with attachments | 0.90 | TJT |
| | *Case Administration* - Start reviewing debtors' motion to terminate existing DIP facility, etc. with attachments | 1.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jan-19-10 | *Case Administration* - Continue reviewing debtor's motion to terminate existing DIP facility, etc. with attachments | 2.30 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Professional Retention Issues* - Review order granting CCAA's representatives' motion for leave to file reply to objection to retention applications | 0.10 | TJT |
| Jan-20-10 | *Case Administration* - Review agenda re 1/25/10 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin Nov. 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin Oct. 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re Nov. 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Conduct research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review errata sheet for 1/6/10 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review agenda for 1/25/10 hearing | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 1/25/10 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Baer re contested matters for 1/25 hearing | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's Oct. 09 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's Oct. fee application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's Nov. 09 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's Nov. 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Nov. 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Nov. 09 fee application | 0.30 | MH |
| | *Case Administration* - Receive and distribute revised 1/6/10 hearing transcript and errata sheet | 0.30 | SEK |
| Jan-21-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Attend committee | 0.40 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | meeting |  |  |
|  | *Hearings* - Confer with paralegal re preparation for 1/25/10 hearing | 0.10 | TJT |
|  | *Professional Retention Issues* - Review reply by CCAA representative counsel to The Crown's objection to retention applications with attachments | 0.50 | TJT |
|  | *Case Administration* - Download revised 1/4 transcript | 0.10 | MH |
|  | *Case Administration* - Download 1/6 transcript | 0.10 | MH |
|  | *Case Administration* - Download revised 1/6 transcript | 0.10 | MH |
|  | *Case Administration* - Cancel telephonic appearance of T. Tacconelli re 1/25/10 | 0.10 | MH |
|  | *Case Administration* - Receive and distribute revised 1/4/10 hearing transcript and errata sheet | 0.30 | SEK |
|  | *Case Administration* - Confer with T. Tacconelli re 1/25/10 hearing | 0.20 | SEK |
|  | *Case Administration* - Receive and distribute revised 1/5/10 hearing transcript and errata sheet | 0.10 | SEK |
| Jan-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review stipulation re extension of briefing in BNSF appeal 09-763 | 0.10 | TJT |
|  | *Case Administration* - Download revised 1/5/10 hearing transcript | 0.10 | MH |
| Jan-23-10 | *Plan and Disclosure Statement* - Review plan proponents' response to Crown's objection to confirmation with attachments | 1.40 | TJT |
|  | *Hearings* - Review matters on agenda -- specifically bank lender group issues | 0.50 | TJT |
| Jan-24-10 | *Case Administration* - Review statement of amounts paid to ordinary course professionals with attachment | 0.20 | TJT |
|  | *Hearings* - Review matters on agenda re Crown's objection to confirmation | 1.20 | TJT |
| Jan-25-10 | *Case Administration* - Review case status memo for week ending 1/22/10 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re status of case for week ending 1/22/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|  | *Hearings* - Continue reviewing matters on agenda for 1/25/10 hearing | 0.50 | TJT |
|  | *Hearings* - Prepare for and attend bankruptcy court | 5.20 | TJT |
| Jan-26-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review case status memo for week ending 1/22/10 | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
|  | *Hearings* - Review 1/25/10 hearing notes | 0.20 | TJT |
| Jan-27-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |

| | Description | Hours | Init |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Jan-28-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review order in BNSF appeal 09-763 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Dec. prebill | 1.30 | TJT |
| Jan-29-10 | *Fee Applications, Applicant* - Review Dec. 09 fee application for filing and confer with M. Hedden re same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's Dec. prebill and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - E-mail to L. Flores re Bilzin 35th quarterly fee application | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Confer with L. Coggins re outstanding Oct. expenses | 0.10 | MH |
| | *Fee Applications, Applicant* - Edit Dec. 09 prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - Modify Dec. 09 bill; prepare fee application and related documents | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Dec. 09 fee application | 0.40 | MH |
| Jan-30-10 | *Case Administration* - Review debtors' 34th quarterly asset sale report | 0.10 | TJT |
| | *Case Administration* - Review debtors' 34th quarterly report of settlements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of objection to confirmation by Allianz | 0.10 | TJT |
| | Totals | 85.80 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jan-04-10 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 2.90 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.50 |
| Jan-05-10 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.90 |
| Jan-06-10 | Photocopy Cost | 0.60 |

**Invoice No. 34266**                     **Page 9 of 9**                              **March 1, 2010**

|            |                                                                      |           |
|------------|----------------------------------------------------------------------|----------:|
|            | Photocopy Cost                                                       | 0.50      |
|            | Photocopy Cost                                                       | 1.40      |
|            | Blue Marble - copies 2.80; service 12.32 (Inv # 37753)               | 15.12     |
|            | Blue Marble - copies 55.00; service 16.06 (Inv # 38070)             | 71.06     |
| Jan-07-10  | Photocopy Cost                                                       | 3.60      |
|            | J&J Court Transcribers                                               | 235.75    |
| Jan-08-10  | Photocopy Cost                                                       | 2.40      |
|            | Lexis Nexis - Account # 1402RF; Inv # 0912437585                     | 29.23     |
|            | Blue Marble  - hand deliveries (Inv # 12789)                         | 48.00     |
| Jan-11-10  | First State Deliveries - hand delivery                               | 6.50      |
| Jan-13-10  | Blue Marble  - copies 2.80; service 12.32 (Inv # 38075)              | 15.12     |
| Jan-16-10  | Photocopy Cost                                                       | 0.80      |
|            | Photocopy Cost                                                       | 1.10      |
|            | Photocopy Cost                                                       | 0.80      |
| Jan-17-10  | Photocopy Cost                                                       | 4.70      |
| Jan-18-10  | Photocopy Cost                                                       | 2.00      |
|            | Photocopy Cost                                                       | 0.60      |
| Jan-26-10  | Court Call - 12/14/09                                                | 37.00     |
|            | Court Call - 1/4/10                                                  | 275.00    |
|            | Court Call - 1/5/10                                                  | 296.00    |
|            | Court Call  - 1/6/10                                                 | 163.00    |
| Jan-28-10  | Photocopy Cost                                                       | 1.20      |
|            | Photocopy Cost                                                       | 1.10      |
|            | Pacer Service Center - 10/1-12/31/09 (TJT) Account # FJ0093          | 164.64    |
|            | Blue Marble  - hand deliveries (Inv # 12938)                         | 24.00     |
|            | Pacer Service Center - 10/1-12/31/09 (SGW) Account # FJ0321          | 155.60    |
| Jan-29-10  | Photocopy Cost                                                       | 3.40      |
|            | Photocopy Cost                                                       | 0.50      |
|            | J&J Court Transcribers                                               | 1,469.55  |
|            | ***Balance due from Oct. 2009***                                     | ***1,000.00*** |
|            | Totals                                                               | $4,039.37 |

**Total Fees & Disbursements**                                                        **$29,653.37**