## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection deadline:  March 22, 2010 at 4:00 p.m.** |

**NINETY-NINTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL* FOR THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2010 through January 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $120,558.60 (80% of $150,698.25) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $10,302.31 |

This is a:  ___**X**___ monthly ___ ____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,205.21 | $100,755.00 | $8,205.21 |

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes October Monthly) | $142,881.00 (October: $26,941.00) | $13,524.60 (October: $3,064.89) | $142,881.00 (October: $26,941.00) | $13,524.60 (October: $3,064.89) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,660.50 (December: $54,1,062.00) | $3,768.08 (December: $2,055.09) | $94,660.50 (December: $54,1,062.00) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,316.37 | $34,684.00 | $3,316.37 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,081.00 (80% of $73,761.40) | $2,58.58 | **Pending** | **Pending** |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | **Pending** | **Pending** |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | **Pending** | **Pending** |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,856.23 | **Pending** | **Pending** |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | **Pending** | **Pending** |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | **Pending** | **Pending** |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | **Pending** | **Pending** |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | **Pending** | **Pending** |
| 12/03/02 | 10/01/02 through 10/31/02 | $28,861.20 (80% of $36,076.50) | $18,018.92 | **Pending** | **Pending** |
| 12/30/02 | 11/01/02 through 11/30/02 | $29,528.00 (80% of $36,91.00) | $11,1606.21 | $29,528.00 (80% of $36,910.00) | $11,1606.21 |
| 1/28/03 | 12/01/02 through 12/31/02 | $12,712.00 (80% of $15,89.00) | $4,409.58 | **Pending** | **Pending** |
| 2/28/03 | 1/01/03 through 1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | **Pending** | **Pending** |
| 3/31/03 | 2/01/03 through 2/28/03 | $8,050.40 (80% of $10,062.00) | $2,131.52 | **Pending** | **Pending** |

| 4/29/03 | 3/01/03 through 3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | **$7,086.40 (80% of $8,858.00)** | **501.43** |
|---|---|---|---|---|---|
| 6/02/03 | 4/01/03 through 4/30/03 | $9,834.80 (80% of $12,293.50) | $5,393.13 | **$9,834.80 (80% of $12,293.50)** | **5,393.13** |
| 7/01/03 | 5/01/03 through 5/31/03 | $5,660.40 (80% of $7,075.50) | $573.66 | **$5,660.40 (80% of $7,075.50)** | **573.66** |
| 8/05/03 | 6/01/03 through 6/30/03 | $6,848.80 (80% of $8,561.00) | $211.04 | **$6,848.80 (80% of $8,561.00)** | **211.04** |
| 8/28/03 | 7/01/03 through 7/31/03 | $7,598.80 (80% of $9,498.50) | $472.32 | **$7,598.80 (80% of $9,498.50)** | **$472.32** |
| 9/29/03 | 8/01/03 through 8/31/03 | $5,573.80 (80% of $6,967.25) | $365.20 | **$5,573.80 (80% of $6,967.25)** | **$365.20** |
| 10/29/03 | 9/01/03 through 9/30/03 | $7,728.80 (80% of $9,661.00) | $509.45 | **$7,728.80 (80% of $9,661.00)** | **$509.45** |
| 12/01/03 | 10/01/03 through 10/31/03 | $18,119.60 (80% of $22,649.50) | $1,803.11 | **$18,119.60 (80% of $22,649.50)** | **$1,803.11** |
| 1/05/04 | 11/01/03 through 11/30/03 | $18,351.20 (80% of $22,939.00) | $5,853.17 | **$18,351.20 (80% of $22,939.00)** | **$5,853.17** |
| 1/29/04 | 12/01/03 through 12/31/03 | $13,748.80 (80% of $17,186.00) | $592.20 | **$13,748.80 (80% of $17,186.00)** | **$592.20** |
| 3/1/04 | 1/1/04 through 1/31/04 | $5,894.00 (80% of $7,367.50) | $2,061.8 | **$5,894.00 (80% of $7,367.50)** | **$2,061.8** |
| 3/31/04 | 2/1/04 through 2/29/04 | $14,763.60 (80% of $18,454.50) | $257.41 | **$14,763.60 (80% of $18,454.50)** | **$257.41** |
| 4/30/04 | 3/1/04 through 3/31/04 | $22,870.00 (80% of $28,587.50) | $458.27 | **$22,870.00 (80% of $28,587.50)** | **$458.27** |
| 6/2/04 | 4/1/04 through 4/30/04 | $4,204.80 (80% of $5,256.00) | $177.74 | **$4,204.80 (80% of $5,256.00)** | **$177.74** |
| 7/1/04 | 5/1/04 through 5/31/04 | $10,607.60 (80% of $13,259.50) | $294.34 | **$10,607.60 (80% of $13,259.50)** | **$294.34** |
| 8/3/04 | 6/1/04 through 6/30/04 | $34,432.00 (80% of $43,040.00) | $708.98 | **$34,432.00 (80% of $43,040.00)** | **$708.98** |
| 8/30/04 | 7/1/04 through 7/31/04 | $14,077.00 (80% of $17,596.25) | $406.08 | **$14,077.00 (80% of $17,596.25)** | **$406.08** |
| 10/4/04 | 8/1/04 through 8/31/04 | $43,276.60 (80% of $54,095.75) | $4,750.02 | **$43,276.60 (80% of $54,095.75)** | **$4,750.02** |
| 10/29/04 | 9/1/04 through 9/30/04 | $10,076.80 (80% of $12,596.00) | $150.88 | **$10,076.80 (80% of $12,596.00)** | **$150.88** |
| 11/30/04 | 10/1/04 through 10/31/04 | $21,180.00 (80% of $26,475.00) | $1,041.24 | **$21,180.00 (80% of $26,475.00)** | **$1,041.24** |
| 12/30/04 | 11/1/04 through 11/30/04 | $60,159.60 (80% of $75,199.50) | $995.49 | **$60,159.60 (80% of $75,199.50)** | **$995.49** |
| 1/31/05 | 12/1/04 through 12/31/04 | $92,563.20 (80% of $115,704.00) | $1,432.96 | **$92,563.20 (80% of $115,704.00)** | **$1,432.96** |
| 3/1/05 | 1/1/05 through 1/31/05 | $32,594.80 (80% of $40,743.50) | $6,485.54 | **$32,594.80 (80% of $40,743.50)** | **$6,485.54** |

| 3/29/05 | 2/1/05 through 2/28/05 | $26,756.00 (80% of $33,445.00) | $2,136.83 | **$26,756.00 (80% of $33,445.00)** | **$2,136.83** |
|---------|------------------------|--------------------------------|-----------|-----------------------------------|---------------|
| 5/2/05 | 3/1/05 through 3/31/05 | $30,964.80 (80% of $38,706.00) | $736.24 | **$30,964.80 (80% of $38,706.00)** | **$736.24** |
| 5/31/05 | 4/1/05 through 4/30/05 | $12,270.00 (80% of $15,337.50) | $1,229.57 | **$12,270.00 (80% of $15,337.50)** | **$1,229.57** |
| 6/29/05 | 5/1/05 though 5/31/05 | $51,158.60 (80% of $63,948.25) | $3,844.79 | **$51,158.60 (80% of $63,948.25)** | **$3,844.79** |
| 7/25/05 | 6/1/05 through 6/30/05 | $113,474.80 (80% of $141,843.50) | $15,185.96 | **$113,474.80 (80% of $141,843.50)** | **$15,185.96** |
| 9/1/05 | 7/1/05 though 7/31/05 | $89,327.80 (80% of $111,659.75) | $4,752.54 | **$89,327.80 (80% of $111,659.75)** | **$4,752.54** |
| 9/29/05 | 8/1/05 through 8/31/05 | $51,462.20(80% of $64,327.75) | $9,090.36 | **$51,462.20(80% of $64,327.75)** | **$9,090.36** |
| 10/31/05 | 9/1/05 though 9/30/05 | $59,508.60(80% of $74,385.75) | $2,848.95 | **$59,508.60(80% of $74,385.75)** | **$2,848.95** |
| 11/30/05 | 10/1/05 through 10/31/05 | $103,164.80(80% of $128,956.00) | $6,941.72 | **$103,164.80(80% of $128,956.00)** | **$6,941.72** |
| 12/28/05 | 11/1/05 though 11/30/05 | $88,191.00(80% of $110,238.75) | $4,785.22 | **$88,191.00(80% of $110,238.75)** | **$4,785.22** |
| 1/31/06 | 12/1/05 through 12/31/05 | $128,740.80(80% of $160,926.00) | $13,704.31 | **$128,740.80(80% of $160,926.00)** | **$13,704.31** |
| 3/3/06 | 1/1/06 through 1/31/06 | $113,441.20(80% of $141,801.50) | $26,645.91 | **$113,441.20(80% of $141,801.50)** | **$26,645.91** |
| 3/29/06 | 2/1/06 through 2/28/06 | $83,850.00 (80% of $104,812.50) | $20,191.61 | **$83,850.00 (80% of $104,812.50)** | **$20,191.61** |
| 5/3/06 | 3/1/06 through 3/31/06 | $134,275.20 (80% of $167,844.00) | $37,705.46 | **$134,275.20 (80% of $167,844.00)** | **$37,705.46** |
| 5/31/06 | 4/1/06 through 4/30/06 | $75,561.20 (80% of $94,451.50) | $90,476.29 | **$75,561.20 (80% of $94,451.50)** | **$90,476.29** |
| 6/30/06 | 5/1/06 through 5/31/06 | $60,858.40 (80% of $76,073.00) | $32,797.15 | **$60,858.40 (80% of $76,073.00)** | **$32,797.15** |
| 8/1/06 | 6/1/06 through 6/30/06 | $133,925.80 (80% of $167,407.25) | $17,463.90 | **$133,925.80 (80% of $167,407.25)** | **$17,463.90** |
| 8/29/06 | 7/1/06 through 7/31/06 | $111,716.00 (80% of $139,645.00) | $9,631.15 | **$111,716.00 (80% of $139,645.00)** | **$9,631.15** |
| 9/29/06 | 8/1/06 through 8/31/06 | $132,832.40 (80% of $166,040.50) | $16,135.48 | **$132,832.40 (80% of $166,040.50)** | **$16,135.48** |
| 10/30/06 | 9/1/06 through 9/30/06 | $156,648.20 (80% of $195,810.25) | $61,839.80 | **$156,648.20 (80% of $195,810.25)** | **$61,839.80** |
| 11/29/06 | 10/1/06 through 10/31/06 | $174,710.80 (80% of $218,388.50) | $62,131.15 | **$174,710.80 (80% of $218,388.50)** | **$62,131.15** |

| 12/28/06 | 11/1/06 through 11/30/06 | $180,668.40 (80% of $225,835.50) | $48,923.35 | **$180,668.40 (80% of $225,835.50)** | **$48,923.35** |
|---|---|---|---|---|---|
| 2/1/07 | 12/1/06 through 12/31/06 | $147,823.20 (80% of $184,779.00) | $43,014.23 | **$147,823.20 (80% of $184,779.00)** | **$43,014.23** |
| 3/2/07 | 1/1/07 through 1/31/07 | $204,084.40 (80% of $255,105.50) | $51,706.15 | **$204,084.40 (80% of $255,105.50)** | **$51,706.15** |
| 3/29/07 | 2/1/07 through 2/28/07 | $260,210.00 (80% of $325,262.50) | $19,808.70 | **$260,210.00 (80% of $325,262.50)** | **$19,808.70** |
| 5/2/07 | 3/1/07 through 3/31/07 | $266,790.80 (80% of $333,488.50) | $78,966.62 | **$266,790.80 (80% of $333,488.50)** | **$78,966.62** |
| 6/4/07 | 4/1/07 through 4/30/07 | $283,122.80 (80% of $353,903.50) | $84,829.83 | **$283,122.80 (80% of $353,903.50)** | **$84,829.83** |
| 6/29/07 | 5/1/07 through 5/31/07 | $326,567.60 (80% of $408,209.50) | $131,750.91 | **$326,567.60 (80% of $408,209.50)** | **$131,750.91** |
| 8/1/07 | 6/1/07 through 6/30/07 | $230,241.60 (80% of $287,802.00) | $128,028.46 | **$230,241.60 (80% of $287,802.00)** | **$128,028.46** |
| 8/31/07 | 7/1/07 through 7/31/07 | $300,851.20 (80% of $376,064.00) | $120,822.93 | **$300,851.20 (80% of $376,064.00)** | **$120,822.93** |
| 10/3/07 | 8/1/07 through 8/31/07 | $333,096.00 (80% of $416,370.00) | $255,424.17 | **$333,096.00 (80% of $416,370.00)** | **$255,424.17** |
| 11/1/07 | 9/1/07 through 9/30/07 | $377,703.00 (80% of $472,128.75) | $256,664.50 | **$377,703.00 (80% of $472,128.75)** | **$256,664.50** |
| 11/30/07 | 10/1/07 through 10/31/07 | $532,139.60 (80% of $665,174.50) | $188,132.41 | **$532,139.60 (80% of $665,174.50)** | **$188,132.41** |
| 12/28/07 | 11/1/07 through 11/30/07 | 424,134.80 (80% of $530,168.50) | $172,692.06 | **424,134.80 (80% of $530,168.50)** | **$172,692.06** |
| 1/30/08 | 12/1/07 through 12/31/07 | $542,487.60 (80% of $678,109.50) | $69,715.56 | **$542,487.60 (80% of $678,109.50)** | **$69,715.56** |
| 3/5/08 | 1/1/08 through 1/31/08 | $734,783.00 (80% of $918,478.75) | $98,683.87 | **$734,783.00 (80% of $918,478.75)** | **$98,683.87** |
| 4/18/08 | 2/1/08 through 2/29/08 | $398,105.20 (80% of $497,631.50) | $116,348.78 | **$398,105.20 (80% of $497,631.50)** | **$116,348.78** |
| 4/30/08 | 3/1/08 through 3/31/08 | $619,038.60 (80% of $773,798.25) | $148,697.00 | **$619,038.60 (80% of $773,798.25)** | **$148,697.00** |
| 6/3/08 | 4/1/08 through 4/30/08 | $267,395.80 (80% of $334,244.75) | $301,616.80 | **$267,395.80 (80% of $334,244.75)** | **$301,616.80** |
| 6/30/08 | 5/1/08 through 5/31/08 | $47,135.60 (80% of $58,919.50) | $49,022.95 | **$47,135.60 (80% of $58,919.50)** | **$49,022.95** |

| 8/5/08 | 6/1/08 through 6/30/08 | $96,761.80 (80% of $120,952.25) | $10,468.80 | **$96,761.80 (80% of $120,952.25)** | **$10,468.80** |
|---|---|---|---|---|---|
| 9/3/08 | 7/1/08 through 7/31/08 | $126,162.40 (80% of $157,703.00) | $7,991.30 | **$126,162.40 (80% of $157,703.00)** | **$7,991.30** |
| 10/2/08 | 8/1/08 through 8/31/08 | $90,152.00 (80% of $112,690.00) | $9,966.75 | **$90,152.00 (80% of $112,690.00)** | **$9,966.75** |
| 10/31/08 | 9/1/08 through 9/30/08 | $106,295.20 (80% of $132,869.00) | $2,368.93 | **$106,295.20 (80% of $132,869.00)** | **$2,368.93** |
| 12/3/08 | 10/1/08 through 10/31/08 | $23,645.20 (80% of $29,556.50) | $2,515.72 | **23,645.20 (80% of 29,556.20)** | **2,515.72** |
| 1/6/09 | 11/1/08 through 11/30/08 | $159,943.80 (80% of $199,929.75) | $12,101.91 | **$159,943.80 (80% of $199,929.75)** | **$12,101.91** |
| 2/3/09 | 12/1/08 through 12/31/08 | $291,922.40 (80% of 364,903.00) | $14,482.84 | **$291,922.40 (80% of 364,903.00)** | **$14,482.84** |
| 3/4/09 | 1/1/09 through 1/31/09 | $182,485.60 (80% of 228,107.00) | $16,322.88 | **$182,485.60 (80% of 228,107.00)** | **$16,322.88** |
| 4/2/09 | 2/1/09 through 2/28/09 | $159,943.80 (80% of 199,929.75) | $12,101.91 | **$159,943.80 (80% of 199,929.75)** | **$12,101.91** |
| 5/6/09 | 3/1/09 through 3/31/09 | $323,250.80 (80% of 404,063.50) | $27,902.22 | **$323,250.80 (80% of 404,063.50)** | **$27,902.22** |
| 5/29/09 | 4/1/09 through 4/30/2009 | $286,208.20 (80% of $357,760.25) | $83,938.52 | **$286,208.20 (80% of $357,760.25)** | **$83,938.52** |
| 7/1/09 | 5/1/09 through 5/31/09 | $361,623.40 (80% of $452,029.25) | $44,781.48 | **361,623.40 (80% of $452,029.25)** | **$44,781.48** |
| 8/4/09 | 6/1/09 through 6/30/09 | $495,176.80 (80% of $618,971.00) | $88,183.42 | **$495,176.80 (80% of $618,971.00)** | **$88,183.42** |
| 9/1/09 | 7/1/09 through 7/31/09 | $484,519.60 (80% of $605,649.50) | 70,195.61 | **$484,519.60 (80% of $605,649.50)** | **70,195.61** |
| 10/2/09 | 8/1/09 through 8/31/09 | $555,916.80 (80% of 694,896.00) | 107,323.58 | **$555,916.80 (80% of 694,896.00)** | **107,323.58** |
| 11/13/2009 | 9/1/2009 through 9/30/2009 | $574,089.80 (80% of $717,612.25) | $127,319.72 | **$574,089.80 (80% of $717,612.25)** | **$127,319.72** |
| 12/3/2009 | 10/1/2009 through 10/31/2009 | $275,748.60 (80% of $344,685.75) | $99,892.22 | **$275,748.60 (80% of $344,685.75)** | **$99,892.22** |
| 12/21/2009 | 11/1/2009 through 11/30.2009 | $187,939.60 (80% of $234,924.50) | $9,187.39 | **$187,939.60 (80% of $234,924.50)** | **$9,187.39** |

| 01/26/2010 | 12/1/2009 through 12/31/2009 | $230,906.80 (80% of $288,633.50) | $38,264.31 | **pending** | **pending** |
|---|---|---|---|---|---|

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
## FOR BILLING PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010
### CAPLIN & DRYSDALE, CHARTERED

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 48 | 3.1 | $950 | 2,945.00 |
| Peter V. Lockwood (PVL) | Member | 44 | 77.7 | $860 | 63,210.00 |
| Bernard S. Bailor (BSB) | Member | 40 | 2.5 | $645 | 1,612.50 |
| Nathan D. Finch (NDF) | Member | 18 | 52.5 | $625 | 28,906.25 |
| Jeffrey A. Liesemer (JAL) | Member | 17 | 20.4 | $510 | 10,404.00 |
| Kevin C. Maclay (KCM) | Member | 16 | 13.6 | $510 | 6,936.00 |
| James P Wehner (JPW) | Member | 15 | 18.6 | $510 | 9,486.00 |
| Rita C. Tobin (RCT) | Of Counsel | 20 | 9.7 | $545 | 5,286.50 |
| Andrew J. Sackett (AJS) | Associate | 6 | .2 | $310 | 62.00 |
| Erroll G. Butts (EGB) | Paralegal | 15 | 29.0 | $240 | 6,000.00 |
| Sara Joy DelSavio (SJD) | Paralegal | 6 | 50.5 | $200 | 9,050.00 |
| Marissa A. Fanone (MAF) | Paralegal | 3 | 38.5 | $200 | 6,800.00 |
| **Total** | | | **316.3** | | **$150,698.25** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 1/1/10 through 1/31/10 | Total Fees for the Period 1/1/10 through 1/31/10 |
|---|---|---|
| Asset Analysis & Recovery | .0 | $.00 |
| Asset Disposition | .0 | $.00 |
| Business Operations | .0 | $.00 |
| Case Administration | 22.9 | $6,485.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | $.00 |
| Committee Creditors', Noteholders' or Equity Holders' | .0 | $.00 |
| Employee Benefits/Pension | .0 | $.00 |
| Employment Applications, others | .0 | $.00 |
| Fee Applications, Applicant | 2.0 | $1,090.00 |
| Fee Applications, Others | .0 | $.00 |
| Financing | .0 | $.00 |
| Hearings | .0 | $.00 |
| Litigation & Litigation Consult. | 108.0 | $35,254.00 |
| Plan & Disclosure Statement | 127.9 | $93,571.50 |
| Travel Non-working | 48.4 | $10,428.25 |
| Valuation | .0 | $.00 |
| Fee Auditors Matters | 7.1 | $3,869.50 |
| Tax Issues | .0 | $.00 |
| Relief from Stay Proceedings | .0 | $.00 |
| **Grand totals** | **316.3** | **$150,698.25** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period 1/1/10 through 1/31/10 |
|---|---|---|
| Outside Reproduction & Courier Service | | $3.36 |
| In-House Reproduction ($0.10 per page) | | $90.60 |
| Facsimile ($0.15 per page) | | $.00 |
| Filing Fees | | $.00 |
| Court Reporting/Transcript Svces | | $52.00 |
| Federal Express | | $673.04 |
| Long Distance Telephone Calls | | $3.00 |
| Charge of Cell and/or Home phone usage | | $12.86 |
| Air & Train Transportation | | $834.20 |
| Messenger Service | | $.00 |
| Local Transportation | | $8.00 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $113.40 |
| Overtime Meals | | $.00 |
| Postage/Air Freight | | $.44 |
| Research Material | | $562.96 |
| Westlaw/Lexis | | $2,947.06 |
| Professional Fees & Expert Witness Fees | | $.00 |
| Travel – Meals | | $397.72 |
| Travel – Hotel | | $985.95 |
| Travel – Ground Transportation | | $3,575.49 |
| Travel-LD Calls on Hotel Bill | | $42.23 |
| **Total:** | | **$10,302.31** |

CAPLIN & DRYSDALE, CHARTERED


*/s/Elihu Inselbuch*
Elihu Inselbuch
375 Park Avenue
New York, NY  10152-3500
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W. 12th Floor
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
800 N. King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

Counsel for the Official Committee
  of Asbestos Personal Injury Claimants

Dated: March 1, 2010