## EXHIBIT A

### Case Administration (22.90 Hours; $ 6,485.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.30 | $860 | 1,118.00 |
| Rita C. Tobin | .60 | $545 | 327.00 |
| Erroll G. Butts | 21.00 | $240 | 5,054.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/10 | EGB | 240.00 | 4.00 | Load boxes into truck and collect additional materials for Peter Lockwood from office for trial. |
| 01/03/10 | EGB | 240.00 | 7.00 | Review, locate and prep documents for hearing for Nate. |
| 01/04/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 01/04/10 | EGB | 240.00 | 10.00 | Review, locate and prep documents for hearing for Nate. Attend Trial and take notes |
| 01/07/10 | PVL | 860.00 | 0.70 | Review docs for filing (.6); review 8 misc. filings (.1). |
| 01/11/10 | PVL | 860.00 | 0.10 | Review 9 misc. filings. |
| 01/12/10 | PVL | 860.00 | 0.10 | Review agenda. |
| 01/12/10 | RCT | 545.00 | 0.20 | Review local counsel reports and dockets re EI update (0.2) |
| 01/18/10 | PVL | 860.00 | 0.10 | Review 3 misc. filings. |
| 01/20/10 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 01/25/10 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 01/26/10 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 01/29/10 | RCT | 545.00 | 0.20 | Review local counsel and dockets re EI update (0.2) |

**Total Task Code .04**     22.90

{D0170700.1 }

**Fee Applications, Applicant (2.00 Hours; $ 1,090.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $545 | 1,090.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/04/10 | RCT | 545.00 | 0.20 | Conference SC re fee apps/January (0.2) |
| 01/05/10 | RCT | 545.00 | 0.30 | Address 2010 fee issues (0.3) |
| 01/14/10 | RCT | 545.00 | 0.80 | Review pre-bills (0.8) |
| 01/15/10 | RCT | 545.00 | 0.50 | Review exhibits (0.5) |
| 01/29/10 | RCT | 545.00 | 0.20 | Review fee application schedules for February (0.2) |

**Total Task Code .12     2.00**


**Litigation and Litigation Consulting (108.00 Hours; $ 35,254.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.10 | $950 | 2,945.00 |
| Bernard S. Bailor | 2.50 | $645 | 1,612.50 |
| Nathan D. Finch | .50 | $625 | 312.50 |
| James P. Wehner | 18.60 | $510 | 9,486.00 |
| Kevin C. Maclay | 13.60 | $510 | 6,936.00 |
| Andrew J. Sackett | .20 | $310 | 62.00 |
| Marissa A. Fanone | 29.50 | $200 | 5,900.00 |
| Sara Joy DelSavio | 40.00 | $200 | 8,000.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/01/10 | JPW | 510.00 | 3.10 | Draft TAC demonstratives (2.5); e-mails re oral argument issues (.6) |
| 01/01/10 | KCM | 510.00 | 6.50 | Draft/revise and send out revised oral argument outline and review/analyze related materials |
| 01/02/10 | JPW | 510.00 | 3.20 | Revise TAC demonstratives (2.8); e-mails re demonstratives (.4) |
| 01/02/10 | KCM | 510.00 | 0.30 | Review/analyze correspondence |

{D0170700.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/03/10 | JPW | 510.00 | 1.30 | E-mails re oral argument (.4); revise demonstratives (.7); telephone conference with K. Love re demonstratives (.2) |
| 01/03/10 | KCM | 510.00 | 0.30 | Review/analyze correspondence |
| 01/03/10 | MAF | 200.00 | 2.00 | Compile and organize trial materials for closing arguments (2). |
| 01/03/10 | SJD | 200.00 | 8.00 | Closing argument preparation with NDF |
| 01/04/10 | EI | 950.00 | 0.30 | T/c NDF re: Libby arguments (.2); memo PVNL re: status (.1). |
| 01/04/10 | JPW | 510.00 | 2.00 | Review hearing transcripts (1.3); e-mails re closing arguments (.3); meet with KCM re closing arguments (.4) |
| 01/04/10 | KCM | 510.00 | 0.20 | Review/analyze correspondence |
| 01/04/10 | MAF | 200.00 | 11.50 | Attend Confirmation Hearing. |
| 01/04/10 | SJD | 200.00 | 11.00 | Assisted with Grace closing argument per NDF |
| 01/05/10 | JPW | 510.00 | 3.40 | Meet with BSB re argument (.3); review Third Circuit decision (.8); review transcripts of argument (2.3) |
| 01/05/10 | KCM | 510.00 | 0.60 | Review/analyze correspondence and related materials |
| 01/05/10 | AJS | 310.00 | 0.20 | Review of Third Circuit decision regarding Libby claimants. |
| 01/05/10 | MAF | 200.00 | 11.00 | Attend Confirmation Hearing. |
| 01/05/10 | SJD | 200.00 | 11.00 | Assisted with Grace closing argument per PVNL |
| 01/06/10 | EI | 950.00 | 0.70 | T/c PVNL/NDF re: confirmation hearing arguments. |
| 01/06/10 | JPW | 510.00 | 2.40 | Review hearing transcripts (2.1); e-mails re argument (.3) |
| 01/06/10 | MAF | 200.00 | 5.00 | Attend Confirmation Hearing (5). |
| 01/06/10 | SJD | 200.00 | 4.00 | Assisted with Grace closing argument per PVNL |
| 01/07/10 | BSB | 645.00 | 2.50 | Review transcripts regarding Libby. |

{D0170700.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/07/10 | KCM | 510.00 | 1.80 | Review/analyze hearing transcript |
| 01/07/10 | SJD | 200.00 | 2.00 | Post closing argument file organization and clean up per NDF |
| 01/08/10 | EI | 950.00 | 0.20 | Horkovich insurance issue. |
| 01/08/10 | KCM | 510.00 | 0.50 | Organize files |
| 01/08/10 | SJD | 200.00 | 4.00 | Post closing argument file organization and clean up per NDF |
| 01/11/10 | EI | 950.00 | 0.20 | Reviewed report on hearings. |
| 01/11/10 | KCM | 510.00 | 0.20 | Review/analyze memo to Committee |
| 01/12/10 | EI | 950.00 | 0.20 | T/c Sinclair re: exit financing issues. |
| 01/14/10 | EI | 950.00 | 0.10 | T/c PVNL re: Montana. |
| 01/19/10 | JPW | 510.00 | 3.20 | Review response to Crown objection; e-mails re same; review blacklining |
| 01/19/10 | KCM | 510.00 | 0.10 | Review/analyze correspondence and filing |
| 01/21/10 | EI | 950.00 | 0.20 | T/c PVNL/NDF re: Libby status. |
| 01/22/10 | NDF | 625.00 | 0.50 | Emails re January 25 omnibus. |
| 01/25/10 | KCM | 510.00 | 1.00 | Organize files |
| 01/26/10 | KCM | 510.00 | 0.50 | Organize files |
| 01/27/10 | KCM | 510.00 | 0.80 | Organize files |
| 01/28/10 | EI | 950.00 | 0.60 | Read Cohn memo and attempt to call Wyron and Frankel. |
| 01/28/10 | KCM | 510.00 | 0.80 | Review/analyze hearing memo and organized files |
| 01/29/10 | EI | 950.00 | 0.60 | T/c Frankel re: Cohn memo (.2); memo to Cohn (.2); t/c PVNL re: same (.2). |

**Total Task Code.16    108.00**

{D0170700.1 }

**Plan & Disclosure Statement (127.90 Hours; $ 93,571.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 68.00 | $860 | 58,480.00 |
| Nathan D. Finch | 39.50 | $625 | 24,687.50 |
| Jeffrey A. Liesemer | 20.40 | $510 | 10,404.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/01/10 | PVL | 860.00 | 3.90 | Prep for 1/4 hearing. |
| 01/01/10 | NDF | 625.00 | 6.50 | Prepare for closing argument. |
| 01/02/10 | PVL | 860.00 | 4.90 | Prep for 1/4 hearing (4.7); review email and reply (.2). |
| 01/02/10 | NDF | 625.00 | 9.50 | Prepare for closing argument. |
| 01/03/10 | PVL | 860.00 | 4.90 | Prep for hearing (4.1); review email and reply (.1); teleconference objectors' counsel, Bernick et al (.4); confer NDF (.3). |
| 01/03/10 | NDF | 625.00 | 8.80 | Prepare for closing argument. |
| 01/04/10 | PVL | 860.00 | 14.50 | Attend hearing (8.9); confer Bernick et al (.3); confer Frankel et al (.2); confer Shelnitz (.1); prep for 1/5 hearing (1.7); confer Frankel, Wyron, Mehaley and Felder (1.3); confer Heberling, Cohn and Wyron (2.0). |
| 01/04/10 | NDF | 625.00 | 6.80 | Prepare for closing argument (2.0); do closing argument re Libby issues (4.5); memo to EI re same (0.3). |
| 01/04/10 | JAL | 510.00 | 7.80 | Telephonic appearance at closing arguments. |
| 01/05/10 | PVL | 860.00 | 12.80 | Attend hearing (9.2); confer Bernick et al (1.0): confer Frankel and Wyron (2.3); review CA3 opinion re Montana injunction (.3). |
| 01/05/10 | JAL | 510.00 | 8.30 | Telephonic appearance at closing arguments. |
| 01/06/10 | PVL | 860.00 | 3.90 | Attend hearing (3.1); prep for hearing (.1); review email (.2); teleconference EI and NDF (.5). |
| 01/06/10 | JAL | 510.00 | 2.20 | Telephonic appearance at closing arguments. |

{D0170700.1 }

| | | | | |
|---|---|---|---|---|
| 01/07/10 | PVL | 860.00 | 0.90 | Review BNSF app. br. re Arrowood (.3); review email and reply (.5); review Horkovich ltr (.1). |
| 01/07/10 | JAL | 510.00 | 0.40 | Tele. call w/KCM re: confirmation issues. |
| 01/08/10 | PVL | 860.00 | 2.40 | Review Viking Pump op. (.7); review email and reply (.4); draft memo to ACC (1.3). |
| 01/09/10 | PVL | 860.00 | 1.90 | Review draft motion and exhibits re exit financing arrangements (.9); review Viking Pumps op. (1.0). |
| 01/11/10 | PVL | 860.00 | 1.10 | Review email and reply (.5); email Esayian (.1); review revised TDP stip (.1); review Canada obj. re retention of CDN ZAI counsel (.4). |
| 01/11/10 | JAL | 510.00 | 0.10 | Reviewed memo from EI re: confirmation issues. |
| 01/11/10 | JAL | 510.00 | 0.10 | E-mail exchange w/PVNL re: confirmation issue. |
| 01/12/10 | PVL | 860.00 | 0.60 | Review email and reply (.3); teleconference Freedman (.2); review draft TDP revs (.1). |
| 01/13/10 | PVL | 860.00 | 0.70 | Review email and reply (.3); review ltr from Monaco (.1); review Canada POR obj (.3). |
| 01/14/10 | PVL | 860.00 | 0.60 | Review email and reply (.2); teleconference Rapp and Sinclair (.1); teleconference EI (.2); review draft reply to Monaco ltr (.1). |
| 01/14/10 | JAL | 510.00 | 0.30 | Review and analysis of materials relating to exit financing. |
| 01/15/10 | PVL | 860.00 | 1.50 | Review EI memo (.1); teleconference Bernick, Freedman, Baer, Pasparakis and Wyron (1.4). |
| 01/15/10 | NDF | 625.00 | 0.50 | Emails regarding insurance issues. |
| 01/19/10 | PVL | 860.00 | 1.30 | Review draft response to Canada obj. (.7); review revised draft BNSF TS (.2); review CCAA rep. counsel reply brief (.4). |
| 01/19/10 | JAL | 510.00 | 1.00 | Reviewed draft response to Crown objection. |
| 01/19/10 | JAL | 510.00 | 0.20 | Office conf. w/JPW re: draft response to Crown objection |
| 01/20/10 | PVL | 860.00 | 3.60 | Review email and reply (.3); review revised draft BNSF/Insurer TS (.2); review revised response to Canada POR obj. (.1); teleconference Cohn, |

{D0170700.1 }

| | | | | |
|---|---|---|---|---|
| | | | | Heberling, Frankel and Wyron (2.0); teleconference Bernick, Freedman, Baer and Wyron (.5); review Giannotto ltr (.5). |
| 01/21/10 | PVL | 860.00 | 4.30 | Teleconference EI and NDF (.7); teleconference Bernick, Freedman, Baer and Wyron (1.1); teleconference Wyron (2.5). |
| 01/22/10 | PVL | 860.00 | 2.30 | Teleconference Bernick, Freedman, Baer, Frankel and Wyron (1.3); teleconference Glosband, Frankel, Wyron and Felder (.9); reviw email and reply (.1). |
| 01/23/10 | PVL | 860.00 | 0.10 | Review email and reply. |
| 01/25/10 | PVL | 860.00 | 0.40 | Review email and reply (.2); teleconference Wyron (.2). |
| 01/25/10 | NDF | 625.00 | 6.80 | Prepare for hearing re Canada objection (read briefs) (0.7); attend omnibus hearing for ACC (5.8); confer with Hurford re case issues and memo (0.3). |
| 01/26/10 | NDF | 625.00 | 0.60 | Revise and edit memo to ACC re January 25 hearing. |
| 01/27/10 | PVL | 860.00 | 0.60 | Review revised Sealed Air stip; and reply (.2); review email and reply (.2); teleconference Freedman (.2). |
| 01/29/10 | PVL | 860.00 | 0.80 | Review email and reply (.3); teleconference EI (.3); review draft One Beacon/Seaton stip (.2). |

**Total Task Code .17        127.90**


**Travel Non Working (48.40 Hours; $ 10,428.25)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 8.40 | $430 | 3,612.00 |
| Nathan D. Finch | 12.50 | $312.50 | 3,906.25 |
| Erroll G. Butts | 8.00 | $120 | 960.00 |
| Marissa A. Fanone | 9.00 | $100 | 900.00 |
| Sara Joy DelSavio | 10.50 | $100 | 1,050.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0170700.1 }

| 01/03/10 | PVL | 430.00 | 3.00 | Travel to Pittsburgh for hearing. |
|---|---|---|---|---|
| 01/03/10 | NDF | 312.50 | 3.00 | Travel to Pittsburgh for closing. |
| 01/03/10 | EGB | 120.00 | 4.00 | Drive to Pittsburg for Trial prep. |
| 01/03/10 | MAF | 100.00 | 4.00 | Travel from Washington, DC to Pittsburgh, PA (4). |
| 01/03/10 | SJD | 100.00 | 5.50 | Travel to Pittsburgh for Grace closing argument |
| 01/04/10 | PVL | 430.00 | 0.40 | Travel to/from court. |
| 01/04/10 | NDF | 312.50 | 4.00 | Travel back to D.C. |
| 01/05/10 | PVL | 430.00 | 0.50 | Travel to/from court. |
| 01/05/10 | EGB | 120.00 | 4.00 | Drive back to Washington DC from Trial. |
| 01/06/10 | PVL | 430.00 | 4.50 | Travel to/from court (.4); return travel to DC (4.1). |
| 01/06/10 | MAF | 100.00 | 5.00 | Travel from Pittsburgh, PA to Washington, DC (5). |
| 01/06/10 | SJD | 100.00 | 5.00 | Travel from Pittsburgh after Grace closing argument |
| 01/25/10 | NDF | 312.50 | 5.50 | Travel to/from Wilmington for court. |

**Total Task Code.21**        **48.40**


**Fee Auditor Matters (7.10 Hours; $ 3,869.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 7.10 | $545 | 3,869.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/06/10 | RCT | 545.00 | 0.50 | Review initial report (0.5) |
| 01/12/10 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 01/13/10 | RCT | 545.00 | 1.50 | Address fee issues (1.5) |
| 01/14/10 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 01/25/10 | RCT | 545.00 | 1.00 | Address fee and fee auditor issues (1.0) |

{D0170700.1 }

| 01/26/10 | RCT | 545.00 | 0.50 | Address fee issues (0.5) |
| 01/27/10 | RCT | 545.00 | 1.00 | Review files re fee auditor requests (1.0) |
| 01/28/10 | RCT | 545.00 | 0.60 | Address fee auditor matters (0.6) |

**Total Task Code.32    7.10**

{D0170700.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 834.20 |
| Air Freight & Express Mail | 673.04 |
| Charge of Cell and/or Home Phone Useage | 12.86 |
| Conference Meals | 113.40 |
| Court Reporting/Transcript Service | 52.00 |
| Database Research | 2,947.06 |
| Local Transportation - DC | 8.00 |
| Long Distance-Equitrac In-House | 3.00 |
| Meals Related to Travel | 397.72 |
| Outside Photocopying/Duplication Service | 3.36 |
| Postage & Air Freight | 0.44 |
| Research Material | 562.96 |
| Travel Expenses - Ground Transportation | 3,575.49 |
| Travel Expenses - Hotel Charges | 985.95 |
| Travel Expenses - LD Calls on Hotel Bill | 42.23 |
| Xeroxing | 90.60 |
| **Total:** | **$10,302.31** |