**EXHIBIT B**

**Case Administration (22.90 Hours; $ 6,485.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   22.90


**Fee Applications, Applicant (2.00 Hours; $ 1,090.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   2.00


**Litigation and Litigation Consulting (108.00 Hours; $ 35,254.00)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**   108.00


**Plan & Disclosure Statement (127.90 Hours; $ 93,571.50)**

   Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**   127.90


**Travel Non Working (48.40 Hours; $ 10,428.25)**

   Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**   48.40


**Fee Auditor Matters (7.10 Hours; $ 3,869.50)**

{D0170701.1 }
DOC#151898

   Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**   **7.10**