## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 834.20 |
| Air Freight & Express Mail | 673.04 |
| Charge of Cell and/or Home Phone Usage | 12.86 |
| Conference Meals | 113.40 |
| Court Reporting/Transcript Service | 52.00 |
| Database Research | 2,947.06 |
| Local Transportation - DC | 8.00 |
| Long Distance-Equitrac In-House | 3.00 |
| Meals Related to Travel | 397.72 |
| Outside Photocopying/Duplication Service | 3.36 |
| Postage & Air Freight | 0.44 |
| Research Material | 562.96 |
| Travel Expenses - Ground Transportation | 3,575.49 |
| Travel Expenses - Hotel Charges | 985.95 |
| Travel Expenses - LD Calls on Hotel Bill | 42.23 |
| Xeroxing | 90.60 |
| **Total:** | **$10,302.31** |

{D0170702.1 }