| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter 000 | **Disbursements** | 2/23/2010 |

Print Date/Time: 02/23/2010  3:07:33PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2010

**Matter 000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 1/26/2010 | 13,655 |

Client Retainers Available $4,759.14   Committed to Invoices: $0.00   Remaining: $4,759.14

Total Expenses Billed To Date   $3,860,857.44

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

|  |  |  | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,065.27 | 0.00 | 2,065.27 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 3.21 | 0.00 | 3.21 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 103.99 | 0.00 | 103.99 |
| 0187 | NDF | Nathan D Finch | 0.00 | 3,017.74 | 0.00 | 3,017.74 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 0.60 | 0.00 | 0.60 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 14.90 | 0.00 | 14.90 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 2.40 | 0.00 | 2.40 |
| 0337 | EGB | Erroll G Butts | 0.00 | 821.68 | 0.00 | 821.68 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 3.36 | 0.00 | 3.36 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 1,264.74 | 0.00 | 1,264.74 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,004.42 | 0.00 | 3,004.42 |
| **Total Fees** | | | **0.00** | **10,302.31** | **0.00** | **10,302.31** |

**Detail Time / Expense by Date**

|  |  |  |  |  | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| {D0170703.1} | | | | | | | | | | | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/23/2010 |

Print Date/Time: 02/23/2010 3:07:33PM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2485880 | Database Research - Westlaw by SJD on 12/19-20 | | E | 12/31/2009 | 0999 | C&D | | 0.00 | $1,502.27 | 0.00 | $1,502.27 | 1,502.27 |
| 2490976 | Photocopy | | E | 01/05/2010 | 0999 | C&D | | 0.00 | $6.80 | 0.00 | $6.80 | 1,509.07 |
| 2491104 | Photocopy | | E | 01/06/2010 | 0237 | SRB | | 0.00 | $4.00 | 0.00 | $4.00 | 1,513.07 |
| 2491112 | Photocopy | | E | 01/06/2010 | 0237 | SRB | | 0.00 | $7.70 | 0.00 | $7.70 | 1,520.77 |
| 2491185 | Photocopy | | E | 01/07/2010 | 0367 | MAF | | 0.00 | $14.30 | 0.00 | $14.30 | 1,535.07 |
| 2491209 | Photocopy | | E | 01/07/2010 | 0999 | C&D | | 0.00 | $19.60 | 0.00 | $19.60 | 1,554.67 |
| 2480894 | Petty Cash -Copy Svc., 12/9/09  (AJS) | | E | 01/07/2010 | 0363 | AJS | | 0.00 | $3.36 | 0.00 | $3.36 | 1,558.03 |
| 2491379 | Photocopy | | E | 01/11/2010 | 0232 | LK | | 0.00 | $0.60 | 0.00 | $0.60 | 1,558.63 |
| 2491473 | Photocopy | | E | 01/12/2010 | 0999 | C&D | | 0.00 | $3.20 | 0.00 | $3.20 | 1,561.83 |
| 2481466 | Federal Express -Delivery to K.Hemmining, 12/22/09  (EI) | | E | 01/12/2010 | 0120 | EI | | 0.00 | $11.96 | 0.00 | $11.96 | 1,573.79 |
| 2481474 | Peter Van N. Lockwood -Dinner w/ Hurford & NDF while on Travel to/from Pittsburgh, PA, 1/3/10 | | E | 01/12/2010 | 0020 | PVL | | 0.00 | $302.53 | 0.00 | $302.53 | 1,876.32 |
| 2481475 | Peter Van N. Lockwood -Room Svc. Meal at the Omni William Penn while on Travel to/from Pittsburgh, PA, 1/4/10 | | E | 01/12/2010 | 0020 | PVL | | 0.00 | $19.66 | 0.00 | $19.66 | 1,895.98 |
| 2481476 | Peter Van N. Lockwood -Meal at the Omni Palm Court while on Travel to/from Pittsburgh, PA, 1/5/10 | | E | 01/12/2010 | 0020 | PVL | | 0.00 | $10.63 | 0.00 | $10.63 | 1,906.61 |
| 2481477 | Peter Van N. Lockwood -Westin Hotel 2-Night Lodging Expense while on Travel to/from Pittsburgh, PA, 1/3/10 - 1/5/10 | | E | 01/12/2010 | 0020 | PVL | | 0.00 | $468.39 | 0.00 | $468.39 | 2,375.00 |
| 2481478 | Peter Van N. Lockwood -Omni William Penn Hotel 1-Night Lodging Expense while on Travel to/from | | E | 01/12/2010 | 0020 | PVL | | 0.00 | $283.86 | 0.00 | $283.86 | 2,658.86 |

{D0170703.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter      000 | Disbursements | | | | | | | | 2/23/2010 |

Print Date/Time: 02/23/2010  3:07:33PM

Attn:

Invoice #

Pittsburgh, PA, 1/5/10 - 1/6/10

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2481484 | Nathan D. Finch -Meals while preparing for confirmation hearing closing arguments, 12/18/09 & 12/30/09 | E | 01/12/2010 | 0187 | NDF | 0.00 | $113.40 | 0.00 | $113.40 | 2,772.26 |
| 2481485 | Nathan D. Finch -Meals while on Travel to/from Los Angeles, CA, re: Confirmation Hearing & Closing Arguments, 1/3/10 & 1/4/10 | E | 01/12/2010 | 0187 | NDF | 0.00 | $32.40 | 0.00 | $32.40 | 2,804.66 |
| 2481486 | Nathan D. Finch -Starwood Hotel 1-Night Lodging Expense while on Travel to/from Los Angeles, CA, re: Confirmation Hearing & Closing Arguments, 1/3/10 & 1/4/10 | E | 01/12/2010 | 0187 | NDF | 0.00 | $233.70 | 0.00 | $233.70 | 3,038.36 |
| 2481487 | Nathan D. Finch -Hotel LD Call Svc. Fee while on Travel to/from Los Angeles, CA, re: Confirmation Hearing & Closing Arguments, 1/3/10 & 1/4/10 | E | 01/12/2010 | 0187 | NDF | 0.00 | $42.23 | 0.00 | $42.23 | 3,080.59 |
| 2481723 | Equitrac - Long Distance to 12124464934 | E | 01/12/2010 | 0999 | C&D | 0.00 | $0.96 | 0.00 | $0.96 | 3,081.55 |
| 2491707 | Photocopy | E | 01/13/2010 | 0255 | DAT | 0.00 | $2.40 | 0.00 | $2.40 | 3,083.95 |
| 2491754 | Photocopy | E | 01/14/2010 | 0237 | SRB | 0.00 | $3.20 | 0.00 | $3.20 | 3,087.15 |
| 2491771 | Photocopy | E | 01/14/2010 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 3,088.95 |
| 2482523 | Equitrac - Long Distance to 15618811324 | E | 01/18/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 3,088.99 |
| 2483748 | ADA Travel, Inc. -Svc. Fee, re: Coach Airfare for travel to/from Pittsburgh, PA, 1/3/10 - 1/5/10 (PVNL) | E | 01/19/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 3,128.99 |
| 2483749 | ADA Travel, Inc. -Coach Airfare for travel to/from Pittsburgh, PA, 1/3/10 - 1/5/10  (PVNL) | E | 01/19/2010 | 0020 | PVL | 0.00 | $794.20 | 0.00 | $794.20 | 3,923.19 |
| 2483776 | Federal Express -Delivery to M.Rohrhofer, 12/16/09  (MAF) | E | 01/19/2010 | 0367 | MAF | 0.00 | $13.14 | 0.00 | $13.14 | 3,936.33 |
| 2483813 | United Parcel Service -Adjustments & Other Surcharges, re: Residential Delivery for Trk. #1Z2718554300003849, 8/6/09  (WBS) | E | 01/20/2010 | 0054 | WBS | 0.00 | $3.21 | 0.00 | $3.21 | 3,939.54 |

{D0170703.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/23/2010 |

Print Date/Time: 02/23/2010 3:07:33PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2485866 | Equitrac - Long Distance to 13026565445 | E | 01/20/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,939.62 |
| 2483835 | Petty Cash -US Banruptcy Court CD of proceedings, 1/5/10  (MAF) | E | 01/21/2010 | 0367 | MAF | 0.00 | $26.00 | 0.00 | $26.00 | 3,965.62 |
| 2483836 | Petty Cash -Cab Fare from Airport, re: Travel to/from Pittsburgh, PA, 1/3/10 - 1/5/10  (PVNL) | E | 01/21/2010 | 0020 | PVL | 0.00 | $43.00 | 0.00 | $43.00 | 4,008.62 |
| 2483837 | Petty Cash -Cab Fare & Parking at DCA Airport, re: Travel to/from Pittsburgh, PA, 1/12/10 - 1/13/10  (PVNL) | E | 01/21/2010 | 0020 | PVL | 0.00 | $101.00 | 0.00 | $101.00 | 4,109.62 |
| 2483838 | Petty Cash -Meal while Travel to/from Pittsburgh, PA, 1/12/10 - 1/13/10  (PVNL) | E | 01/21/2010 | 0020 | PVL | 0.00 | $2.00 | 0.00 | $2.00 | 4,111.62 |
| 2483839 | Petty Cash -Lunch during trial, re: Travel to/from Pittsburgh, PA, 1/5/10  (MAF) | E | 01/21/2010 | 0367 | MAF | 0.00 | $10.50 | 0.00 | $10.50 | 4,122.12 |
| 2483840 | Petty Cash -US Banruptcy Court CD of proceedings, 1/6/10  (MAF) | E | 01/21/2010 | 0367 | MAF | 0.00 | $26.00 | 0.00 | $26.00 | 4,148.12 |
| 2483841 | Petty Cash -Snack during trial, re: Travel to/from Pittsburgh, PA, 1/5/10  (MAF/NDF) | E | 01/21/2010 | 0367 | MAF | 0.00 | $9.50 | 0.00 | $9.50 | 4,157.62 |
| 2483842 | Petty Cash -Cab Fare from Pittsburgh Airport to Hotel, re: Travel to/from Pittsburgh, PA, 1/3/10  (MAF) | E | 01/21/2010 | 0367 | MAF | 0.00 | $40.00 | 0.00 | $40.00 | 4,197.62 |
| 2483843 | Petty Cash -Meal during trial, re: Travel to/from Pittsburgh, PA, 1/4/10  (MAF) | E | 01/21/2010 | 0367 | MAF | 0.00 | $10.50 | 0.00 | $10.50 | 4,208.12 |
| 2483844 | Petty Cash -Cab Fare to C&D Office, re: Boxes for trial, 1/7/10  (MAF) | E | 01/21/2010 | 0367 | MAF | 0.00 | $8.00 | 0.00 | $8.00 | 4,216.12 |
| 2485394 | Pacer Service Center, 10/1/09 - 12/31/09 | E | 01/22/2010 | 0120 | EI | 0.00 | $60.32 | 0.00 | $60.32 | 4,276.44 |
| 2485581 | Equitrac - Long Distance to 13024261900 | E | 01/22/2010 | 0999 | C&D | 0.00 | $0.52 | 0.00 | $0.52 | 4,276.96 |
| 2485603 | Premiere Global Services -Conference Calls, 12/30/09  (LKH) | E | 01/25/2010 | 0999 | C&D | 0.00 | $12.86 | 0.00 | $12.86 | 4,289.82 |

EI

{D0170703.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/23/2010 |

Print Date/Time: 02/23/2010  3:07:33PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2485622 | Federal Express -Delivery to K.Hemming, 1/12/10 (EI) | E | 01/25/2010 | 0120 | | 0.00 | $14.37 | 0.00 | $14.37 | 4,304.19 |
| 2485627 | Federal Express -(9) Deliveries to or on client's behalf, 12/30/09  (NDF) | E | 01/25/2010 | 0187 | NDF | 0.00 | $630.36 | 0.00 | $630.36 | 4,934.55 |
| 2485700 | BostonCoach Corporation -Car Svc. to Pittsburgh, PA, 1/3/10  (NDF) | E | 01/25/2010 | 0187 | NDF | 0.00 | $1,100.80 | 0.00 | $1,100.80 | 6,035.35 |
| 2485701 | BostonCoach Corporation -Car Svc. to Residence from Westin Convention Center (PA), 1/4/10  (NDF) | E | 01/25/2010 | 0187 | NDF | 0.00 | $864.85 | 0.00 | $864.85 | 6,900.20 |
| 2485702 | BostonCoach Corporation -Car Svc. to C&D DC Office from Westin Convention Center (PA), 1/6/10 (MAF) | E | 01/25/2010 | 0367 | MAF | 0.00 | $1,106.80 | 0.00 | $1,106.80 | 8,007.00 |
| 2486015 | Equitrac - Long Distance to 14122813700 | E | 01/26/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 8,007.08 |
| 2492625 | Photocopy | E | 01/27/2010 | 0999 | C&D | 0.00 | $10.00 | 0.00 | $10.00 | 8,017.08 |
| 2487776 | NYO Copy Charges, 1/2010  (EI) | E | 01/28/2010 | 0120 | EI | 0.00 | $16.90 | 0.00 | $16.90 | 8,033.98 |
| 2487785 | NYO Postage, 1/2010  (EI) | E | 01/28/2010 | 0120 | EI | 0.00 | $0.44 | 0.00 | $0.44 | 8,034.42 |
| 2486875 | Erroll G. Butts -Mileage (522mi), Gas, & Toll Reimbursement for Travel to/from Pittsburgh, PA, re: Closing Arguments, 1/3/10 - 1/6/10 | E | 01/29/2010 | 0337 | EGB | 0.00 | $319.04 | 0.00 | $319.04 | 8,353.46 |
| 2486909 | Pacer Service Center -Database Research, 10/1/09 - 12/31/09  (EGB) | E | 01/29/2010 | 0337 | EGB | 0.00 | $502.64 | 0.00 | $502.64 | 8,856.10 |
| 2492853 | Photocopy | E | 01/29/2010 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 8,856.20 |
| 2487003 | Equitrac - Long Distance to 12123199240 | E | 01/31/2010 | 0999 | C&D | 0.00 | $1.32 | 0.00 | $1.32 | 8,857.52 |
| 2487950 | Database Research - Westlaw by EB on 1/3 | E | 01/31/2010 | 0999 | C&D | 0.00 | $561.21 | 0.00 | $561.21 | 9,418.73 |
| 2487951 | Database Research - Westlaw by JAL on 1/5 | E | 01/31/2010 | 0999 | C&D | 0.00 | $63.33 | 0.00 | $63.33 | 9,482.06 |
| 2487952 | Database Research - Westlaw by SJD/NDF on 1/3-5 | E | 01/31/2010 | 0999 | C&D | 0.00 | $820.25 | 0.00 | $820.25 | 10,302.31 |

{D0170703.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | 2/23/2010 |

Print Date/Time: 02/23/2010  3:07:33PM

Attn:

Invoice #

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $10,302.31 |  | $10,302.31 |
| 0.00 |  | 0.00 |  |
| Matter Total Fees | 0.00 |  | 0.00 |
| Matter Total Expenses | 10,302.31 |  | 10,302.31 |
| Matter Total | 0.00 | 10,302.31 | 0.00 | 10,302.31 |
|  |  |  |  |
| Prebill Total Fees |  |  |  |
| Prebill Total Expenses |  | $10,302.31 |  | $10,302.31 |
| Prebill Total | 0.00 | $10,302.31 | 0.00 | $10,302.31 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 66,545 | 01/26/2009 | 364,903.00 | 1,633.83 |
| 67,847 | 04/23/2009 | 404,063.50 | 3,331.00 |
| 69,435 | 07/28/2009 | 618,971.00 | 936.07 |
| 69,835 | 08/26/2009 | 605,649.50 | 121,129.90 |
| 70,265 | 09/23/2009 | 694,896.00 | 138,979.20 |
| 70,735 | 10/27/2009 | 717,612.25 | 143,522.43 |
| 71,431 | 11/30/2009 | 344,685.75 | 68,937.15 |
| 72,159 | 12/18/2009 | 234,924.50 | 46,984.90 |
| 72,599 | 01/26/2010 | 326,897.81 | 326,897.81 |
|  |  | 6,099,753.06 | 902,001.59 |

{D0170703.1 }