Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2010 through January 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 05-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 10-Jan-10 | BR | Review of Grace motion for authorization for exit financing and accompanying affidavit of financial advisor. | 1.10 | $ 595.00 | $ 654.50 |
| 10-Jan-10 | BR | Review of bank facilities engagement letter with investment banks. | 1.60 | $ 595.00 | $ 952.00 |
| 11-Jan-10 | BR | Review of engagement letter with investment banks relating to certain proposed exit financing debt. | 1.50 | $ 595.00 | $ 892.50 |
| 11-Jan-10 | BR | Research on exit financing fees in connection with evaluating the proposed engagement letters with investment banks. | 3.20 | $ 595.00 | $ 1,904.00 |
| 12-Jan-10 | BR | Review of Grace operating and financial reports for November 2009. | 2.70 | $ 595.00 | $ 1,606.50 |
| 13-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 20-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 26-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 28-Jan-10 | BR | Review of Grace motion for authorization to extend financing arrangement with joint venture and related documents. | 1.40 | $ 595.00 | $ 833.00 |
| 28-Jan-10 | BR | Preliminary review of Grace motion for authorization to make contribution to defined benefit pension plan. | 1.10 | $ 595.00 | $ 654.50 |
| | | Total Bradley Rapp | 13.40 | | $ 7,973.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 5-Jan-10 | JS | Review pricing and valuation materials for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 11-Jan-10 | JS | Commence review and analysis of Exit Financing documents filed under seal in preparation for conference call on 1/12/10 with Blackstone and Grace for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 11-Jan-10 | JS | Review replacement LOC facility for existing DIP facility in preparation for conference call on 1/12/10 with Blackstone and Grace for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 11-Jan-10 | JS | Continue review and analysis of Exit Financing documents in preparation for conference call with Blackstone and Grace on 1/12/10 for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| 12-Jan-10 | JS | Review pricing and valuation materials for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 12-Jan-10 | JS | Conference call with Blackstone and Grace regarding Exit Financing and replacement LOC facility for existing DIP facility for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 13-Jan-10 | JS | Review memorandum of Gibbons Sinclair regarding Exit Financing and replacement LOC facility for existing DIP facility for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 14-Jan-10 | JS | Call with ACC counsel (Lockwood) to discuss Exit Financing and replacement LOC facility and pending motions. | 0.20 | $ 595.00 | $ 119.00 |
| 14-Jan-10 | JS | Write memorandum regarding pending motions for Exit Financing and replacement LOC facility to Company counsel. | 0.30 | $ 595.00 | $ 178.50 |
| 19-Jan-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 22-Jan-10 | JS | Review, analyze Chemical & Engineering News' "World Chemical Outlook" product forecast for specialty chemicals for 2010 for valuation and monitoring. | 2.70 | $ 595.00 | $ 1,606.50 |
| 22-Jan-10 | JS | Review, analyze Chemical & Engineering News' "World Chemical Outlook" product forecast for specialty chemicals for 2010 for North America, Europe, Asia, Middle East and Latin America for valuation and monitoring. | 2.40 | $ 595.00 | $ 1,428.00 |
| 25-Jan-10 | JS | Review as filed Motion of Grace for Exit Financing and LOC facility replacing current DIP facility for due diligence. | 2.50 | $ 595.00 | $ 1,487.50 |
| 27-Jan-10 | JS | Review new Advanced Refining Technology Motion (ART Motion) regarding line of credit from Grace to ART for purposes of advising ACC counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 29-Jan-10 | JS | Review, analyze draft of Defined Benefit Plan Motion to be filed 2/12/10 for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total James Sinclair | 18.10 | | $ 10,769.50 |
| Robert Lindsay - Managing Director | | | | | |
| 22-Jan-10 | RL | Updated and forwarded December 2009 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2010 through January 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Peter Cramp - Senior Analyst | | | | | |
| 04-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 11-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $ 275.00 | $ 330.00 |
| 12-Jan-10 | PC | Review pricing of outstanding debt at request of J. Sinclair for due diligence. | 0.60 | $ 275.00 | $ 165.00 |
| 13-Jan-10 | PC | Review memorandum and materials regarding Grace Exit Financing for due diligence. | 0.90 | $ 275.00 | $ 247.50 |
| 18-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 21-Jan-10 | PC | Review and revise December Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 25-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $ 275.00 | $ 522.50 |
| 25-Jan-10 | PC | Review Chemical & Engineering World Chemical Outlook for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 26-Jan-10 | PC | Further review of settlement package value update and email to counsel. | 0.60 | $ 275.00 | $ 165.00 |
| 26-Jan-10 | PC | Continue to review World Chemical Outlook for due diligence. | 2.70 | $ 275.00 | $ 742.50 |
| | | Total Peter Cramp | 13.20 | | $ 3,630.00 |
| Gibbons Sinclair - Analyst | | | | | |
| 11-Jan-10 | GS | Review Exit Financing materials in preparation for 1/12/10 Conference Call with Blackstone. | 1.10 | $ 275.00 | $ 302.50 |
| 12-Jan-10 | GS | Conference Call with Blackstone regarding exit financing. | 0.70 | $ 275.00 | $ 192.50 |
| 12-Jan-10 | GS | Review Credit Ratings on Honeywell for due diligence. | 0.20 | $ 275.00 | $ 55.00 |
| 12-Jan-10 | GS | Draft Memorandum regarding conference call with Blackstone. | 0.80 | $ 275.00 | $ 220.00 |
| 19-Jan-10 | GS | Further review of Grace exit financing for purposes of due diligence. | 0.30 | $ 275.00 | $ 82.50 |
| 21-Jan-10 | GS | Draft December 09 Grace invoice, submit to R. Lindsay. | 1.50 | $ 275.00 | $ 412.50 |
| | | Total Gibbons Sinclair | 4.60 | | $ 1,265.00 |
| | | **TOTAL** | 49.50 | | $ 23,747.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2010 through January 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Employee Benefits/Pensions** | | | | | |
| 28-Jan-10 | BR | Preliminary review of Grace motion for authorization to make contribution to defined benefit pension plan. | 1.10 | $ 595.00 | $ 654.50 |
| 29-Jan-10 | JS | Review, analyze draft of Defined Benefit Plan Motion to be filed 2/12/10 for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total Employee Benefits/Pensions | 2.00 | | $ 1,190.00 |
| **Fee Applications (Applicant)** | | | | | |
| 21-Jan-10 | GS | Draft December 09 Grace invoice, submit to R. Lindsay. | 1.50 | $ 275.00 | $ 412.50 |
| 21-Jan-10 | PC | Review and revise December Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 22-Jan-10 | RL | Updated and forwarded December 2009 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Fee Applications (Applicant) | 2.10 | | $ 632.50 |
| **Financing** | | | | | |
| 10-Jan-10 | BR | Review of Grace motion for authorization for exit financing and accompanying affidavit of financial advisor. | 1.10 | $ 595.00 | $ 654.50 |
| 10-Jan-10 | BR | Review of bank facilities engagement letter with investment banks. | 1.60 | $ 595.00 | $ 952.00 |
| 11-Jan-10 | BR | Review of engagement letter with investment banks relating to certain proposed exit financing debt. | 1.50 | $ 595.00 | $ 892.50 |
| 11-Jan-10 | BR | Research on exit financing fees in connection with evaluating the proposed engagement letters with investment banks. | 3.20 | $ 595.00 | $ 1,904.00 |
| 11-Jan-10 | JS | Commence review and analysis of Exit Financing documents filed under seal in preparation for conference call on 1/12/10 with Blackstone and Grace for purposes of advising ACC counsel. | 2.80 | $ 595.00 | $ 1,666.00 |
| 11-Jan-10 | JS | Review replacement LOC facility for existing DIP facility in preparation for conference call on 1/12/10 with Blackstone and Grace for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 11-Jan-10 | JS | Continue review and analysis of Exit Financing documents in preparation for conference call with Blackstone and Grace on 1/12/10 for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| 11-Jan-10 | GS | Review Exit Financing materials in preparation for 1/12/10 Conference Call with Blackstone. | 1.10 | $ 275.00 | $ 302.50 |
| 12-Jan-10 | JS | Conference call with Blackstone and Grace regarding Exit Financing and replacement LOC facility for existing DIP facility for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 12-Jan-10 | GS | Conference Call with Blackstone regarding exit financing. | 0.70 | $ 275.00 | $ 192.50 |
| 12-Jan-10 | GS | Draft Memorandum regarding conference call with Blackstone. | 0.80 | $ 275.00 | $ 220.00 |
| 13-Jan-10 | JS | Review memorandum of Gibbons Sinclair regarding Exit Financing and replacement LOC facility for existing DIP facility for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 13-Jan-10 | PC | Review memorandum and materials regarding Grace Exit Financing for due diligence. | 0.90 | $ 275.00 | $ 247.50 |
| 14-Jan-10 | JS | Call with ACC counsel (Lockwood) to discuss Exit Financing and replacement LOC facility and pending motions. | 0.20 | $ 595.00 | $ 119.00 |
| 14-Jan-10 | JS | Write memorandum regarding pending motions for Exit Financing and replacement LOC facility to Company counsel. | 0.30 | $ 595.00 | $ 178.50 |
| 19-Jan-10 | GS | Further review of Grace exit financing for purposes of due diligence. | 0.30 | $ 275.00 | $ 82.50 |
| 25-Jan-10 | JS | Review as filed Motion of Grace for Exit Financing and LOC facility replacing current DIP facility for due diligence. | 2.50 | $ 595.00 | $ 1,487.50 |
| 27-Jan-10 | JS | Review new Advanced Refining Technology Motion (ART Motion) regarding line of credit from Grace to ART for purposes of advising ACC counsel. | 1.10 | $ 595.00 | $ 654.50 |
| 28-Jan-10 | BR | Review of Grace motion for authorization to extend financing arrangement with joint venture and related documents. | 1.40 | $ 595.00 | $ 833.00 |
| | | Total Financing | 22.90 | | $ 12,409.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2010 through January 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Valuation | | | | | |
| 04-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 05-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 5-Jan-10 | JS | Review pricing and valuation materials for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 11-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $ 275.00 | $ 330.00 |
| 12-Jan-10 | BR | Review of Grace operating and financial reports for November 2009. | 2.70 | $ 595.00 | $ 1,606.50 |
| 12-Jan-10 | JS | Review pricing and valuation materials for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 12-Jan-10 | PC | Review pricing of outstanding debt at request of J. Sinclair for due diligence. | 0.60 | $ 275.00 | $ 165.00 |
| 12-Jan-10 | GS | Review Credit Ratings on Honeywell for due diligence. | 0.20 | $ 275.00 | $ 55.00 |
| 13-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 18-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 275.00 | $ 412.50 |
| 19-Jan-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 20-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 22-Jan-10 | JS | Review, analyze Chemical & Engineering News' "World Chemical Outlook" product forecast for specialty chemicals for 2010 for valuation and monitoring. | 2.70 | $ 595.00 | $ 1,606.50 |
| 22-Jan-10 | JS | Review, analyze Chemical & Engineering News' "World Chemical Outlook" product forecast for specialty chemicals for 2010 for North America, Europe, Asia, Middle East and Latin America for valuation and monitoring. | 2.40 | $ 595.00 | $ 1,428.00 |
| 25-Jan-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.90 | $ 275.00 | $ 522.50 |
| 25-Jan-10 | PC | Review Chemical & Engineering World Chemical Outlook for due diligence. | 1.80 | $ 275.00 | $ 495.00 |
| 26-Jan-10 | BR | Review of weekly update report on Grace. | 0.20 | $ 595.00 | $ 119.00 |
| 26-Jan-10 | PC | Further review of settlement package value update and email to counsel. | 0.60 | $ 275.00 | $ 165.00 |
| 26-Jan-10 | PC | Continue to review World Chemical Outlook for due diligence. | 2.70 | $ 275.00 | $ 742.50 |
| | | Total Valuation | 22.50 | | $ 9,515.50 |
| | | **TOTAL** | 49.50 | | $ 23,747.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2010 through January 31, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 13.40 | $ 595.00 | $ 7,973.00 |
| James Sinclair - Senior Managing Director | 18.10 | $ 595.00 | $ 10,769.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 13.20 | $ 275.00 | $ 3,630.00 |
| Gibbons Sinclair - Senior Analyst | 4.60 | $ 275.00 | $ 1,265.00 |
| Total Professional Hours and Fees | 49.50 | | $ 23,747.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - January 1, 2010 through January 31, 2010

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses During this Period. | |
| | Total Expenses January 1, 2010 through January 31, 2010 | $0.00 |