# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| February 12, 2010 | INVOICE:           236136 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 01/31/10**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/02/10 | Research regarding issues concerning reimbursement agreement provisions. | W001 | RYC | 2.60 |
| 01/03/10 | Attention to deductible and review material submitted by Jeff Posner (2.00). Attention to settlement discussions (.80). | W001 | RMH | 2.80 |
| 01/04/10 | Analysis of related asbestos insurance coverage litigation. | W001 | AMA | 0.20 |
| 01/04/10 | Review of Jeff Posner Affidavit re: settlement agreement and deductibles/retrospective premiums. | W001 | IF | 1.40 |
| 01/04/10 | Work on revised insurance company NPV calculation | W001 | MG | 2.50 |
| 01/04/10 | Travel to and from Pittsburgh at one-half time. | W019 | RMH | 2.00 |
| 01/04/10 | Hearing with Judge Fitzgerald (9.20). Settlement negotiations (1.90). | W001 | RMH | 11.10 |
| 01/04/10 | Prepare reimbursement agreement in connection with potential settlement (2.60). Review and analysis of pleadings in connection with confirmation issues pertaining to insurance coverage (3.20). | W001 | RYC | 5.80 |
| 01/05/10 | Searched files and in-house resources re: asbestos related litigation. | W001 | IF | 1.40 |
| 01/05/10 | Work on revised NPV for insurance company calculation (.50); work on calculation for same company at revised liability figure (3.20). | W001 | MG | 3.70 |
| 01/05/10 | Review of Jeff Posner Affidavit settlement agreement and deductibles/retrospective premiums. | W001 | MG | 1.40 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:      100055.WRG01

February 12, 2010                                           INVOICE:        236136

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/05/10 | Hearing before Judge Fitzgerald (9.00); deductible analysis (.80). | W001 | RMH | 9.80 |
| 01/05/10 | One half time charge for travel to and from Pittsburgh. | W019 | RMH | 2.00 |
| 01/05/10 | Draft reimbursement agreement (2.00). Draft settlement discussion letter in connection with insurance coverage issues (4.20). Attention to non-products insurance coverage issues (1.20). | W001 | RYC | 7.40 |
| 01/06/10 | Begin reviewing time/expense entries. | W011 | AHP | 0.60 |
| 01/06/10 | Searched for and compiled asbestos insurance coverage litigation matters. | W001 | AMA | 0.30 |
| 01/06/10 | Searched files and in-house database resources re: excess insurance policies and "paid as paid indemnity" language. | W001 | IF | 1.30 |
| 01/06/10 | Work on revised insurance company NPV calculations assuming various trust circumstances. | W001 | MG | 6.40 |
| 01/06/10 | Attention to non-products deductible issue (1.20); Confer with Mr. Posner (.30); Review material regarding same (1.20). | W001 | RMH | 2.70 |
| 01/06/10 | Finalize draft proposed reimbursement agreement with specific insurance company (3.90). Revise amended settlement agreement with different insurance company (2.30). Research regarding related bankruptcy case law in connection with 524(g) (1.50). | W001 | RYC | 7.70 |
| 01/07/10 | Continue reviewing/revising time and expense entries. | W011 | AHP | 2.70 |
| 01/07/10 | Searched files and in-house database resources re: asbestos litigations post-bankruptcy. | W001 | IF | 1.40 |
| 01/07/10 | Attention to recovery of ALV matter rather than Trust payments toward approved claims (2.80). Attention to settlement negotiations (1.80). | W001 | RMH | 3.60 |
| 01/07/10 | Revise reimbursement agreement with insurance company (1.70). Research regarding reimbursement agreement terms (2.60). Review insurance coverage issues pertaining to claimants (1.30). | W001 | RYC | 5.60 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 12, 2010 | | INVOICE: | | 236136 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/08/10 | Analysis of selected insurance policies re: follow form, loss payable, consent to settle and other coverage issues (2.10); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.90 |
| 01/08/10 | Reviewed insurance policies re: "Right to Associate" language provisions. | W001 | IF | 1.90 |
| 01/08/10 | Attention to settlement discussions. | W001 | RMH | 2.10 |
| 01/08/10 | Research in connection with settlement and reimbursement agreement terms (3.20). Review revisions to proposed reimbursement agreement (1.00). Revise amended settlement agreement (2.70). | W001 | RYC | 6.90 |
| 01/10/10 | Prepare settlement agreement with newly settling insurance company. | W001 | RYC | 2.20 |
| 01/11/10 | Proof changes. | W011 | AHP | 1.20 |
| 01/11/10 | Attention to settlement agreements with different insurance companies. | W001 | RMH | 3.60 |
| 01/11/10 | Research Delaware law in connection with confirmation of the Plan (.50); research and convey information regarding settlement agreements to potentially settling insurance company (1.60); revise draft settlement agreement with specific insurance company (2.40); review edits to settlement agreement with different insurance company (1.30). | W001 | RYC | 5.80 |
| 01/12/10 | Review/revise memo on insurance company issues (.30). | W001 | GFF | 0.30 |
| 01/12/10 | Reviewed information re: insurance company policies and reimbursement agreement. | W001 | IF | 1.90 |
| 01/12/10 | Review of brief submissions (opening and reply) of insurance carriers. | W001 | MC | 1.60 |
| 01/12/10 | Work on specific insurance company allocation issues for settlement talks. | W001 | MG | 3.20 |
| 01/12/10 | Settlement negotiations with different insurance companies. | W001 | RMH | 3.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 12, 2010 | | INVOICE: | | 236136 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/12/10 | Review and compare comments and differences between draft settlement agreements (2.80); comment upon draft settlement agreement (.60); revise settlement agreement for internal review (2.80). | W001 | RYC | 6.20 |
| 01/13/10 | Review, identify, and prepare binders and specific policy provisions in insurance company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.50 |
| 01/13/10 | Analysis of selected insurance policies re: insurance companies' right to associate and other coverage issues (.80). | W001 | GFF | 0.80 |
| 01/13/10 | Updated and reviewed information re: reimbursement agreements. | W001 | IF | 1.10 |
| 01/13/10 | Reviewed and searched files and in-house resources re: settlement agreement. | W001 | IF | 0.80 |
| 01/13/10 | Reviewed information policies re: premises coverage. | W001 | IF | 1.20 |
| 01/13/10 | Finalize review of post trial briefs and notate and mark substantive issues for discussion. | W001 | MC | 2.70 |
| 01/13/10 | Work on specific insurance company allocation issues for settlement talks. | W001 | MG | 3.30 |
| 01/13/10 | Edit settlement agreement with one insurance company (2.90). Calculate revised settlement demand to be presented to another insurance company (1.40). | W001 | RMH | 4.30 |
| 01/13/10 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 01/13/10 | Finalize draft settlement agreement with specific insurance company (2.70); review research re: post-confirmation reply briefs relating to coverage issues (1.00); research background in connection with recent settlement discussions (.80). | W001 | RYC | 4.30 |
| 01/14/10 | Review attorney changes and make additional revisions (1.20); proof latest round of changes, finalize and release (.70). | W011 | AHP | 1.90 |
| 01/14/10 | Reviewed files and in-house resources re: settlement agreement. | W001 | IF | 1.10 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

February 12, 2010                                           INVOICE:           236136

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/14/10 | Work on specific insurance company allocation issues for settlement talks. | W001 | MG | 2.20 |
| 01/14/10 | Attention to draft settlement agreements and settlement negotiations. | W001 | RMH | 1.80 |
| 01/14/10 | Research and investigate recent insurance related inquiries raised in settlement negotiations (4.30); attention to draft settlement agreements (.90). | W001 | RYC | 5.20 |
| 01/15/10 | Attention to post-bankruptcy insurance recovery. | W001 | AMA | 0.40 |
| 01/15/10 | Reviewed settlement agreement. | W001 | IF | 0.90 |
| 01/15/10 | Researched District of Montana rules. | W001 | MC | 0.80 |
| 01/15/10 | Work on specific insurance company allocation issues for settlement talks. | W001 | MG | 2.40 |
| 01/15/10 | Attention to exposure (.40); conference with Mr. Wyron and Ms. Mahaley re: same (.20); Follow-up (.20). | W001 | RMH | 1.00 |
| 01/15/10 | Research and investigate recent insurance related inquiries raised in settlement negotiations (2.90); Review comments re: draft settlement agreement (1.50). | W001 | RYC | 4.40 |
| 01/17/10 | Research and analysis in connection with recovery efforts against remaining insurance carriers. | W001 | RYC | 2.80 |
| 01/18/10 | Research of Montana insurance law re: Libby | W001 | MC | 1.80 |
| 01/19/10 | Drafting of post-bankruptcy recovery analysis. | W001 | AMA | 0.30 |
| 01/19/10 | Compiled documents containing evidence for post 524(g) insurance recovery. | W001 | AMA | 0.20 |
| 01/19/10 | Review and research recent responses re: status of insolvent insurance companies' claim submissions. | W001 | HEG | 0.80 |
| 01/19/10 | Conference call with plan proponents and insurance company representative (.90). Review and analyze impact of Third Circuit decision (1.20). Attention to value of insolvent coverage (.90). | W001 | RMH | 3.00 |
| 01/19/10 | Research and investigate potential response in connection with Integrity disallowance of proof of claim (2.10). Review and analysis of response to e-mail inquiries regarding remaining insurance coverage recovery issues (2.30). | W001 | RYC | 4.40 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 12, 2010 | | INVOICE: | | 236136 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/20/10 | Attention to drafting of post-bankruptcy insurance matters. | W001 | AMA | 0.60 |
| 01/20/10 | Analysis of selected insurance policies re: limits, exclusions, insurance company right to associate in decisions and other coverage issues. | W001 | GFF | 1.80 |
| 01/20/10 | Attention to Integrity liquidation. | W001 | KES | 0.20 |
| 01/20/10 | Attention to settlement negotiations with a major insurance company (.90); Conference with insurance company counsel (.30); Analyze financial offer (.20); Confer with counsel for the future claimants' representative (.40). | W001 | RMH | 1.80 |
| 01/20/10 | Research and analysis in connection with objecting to insolvent carrier's notice of determination (2.60). Review and follow-up regarding post-trial confirmation matters (.40). Review status of settlement negotiations and settlement agreements (1.20). | W001 | RYC | 4.20 |
| 01/21/10 | Attention to settlement negotiations with different insurance companies. | W001 | RMH | 1.00 |
| 01/21/10 | Research and analysis regarding outstanding settlement negotiation issues (1.20). Research and analysis in connection with post-confirmation insurance recovery issues (2.60). | W001 | RYC | 3.80 |
| 01/22/10 | Attention to settlements (.80); Negotiate with insurance company counsel for two different insurance companies (.30); Follow-up (.30); Review drafts of settlement agreements (1.30). | W001 | RMH | 2.70 |
| 01/22/10 | Follow-up regarding Integrity disallowance of proof of claim (1.20). Follow-up regarding post-confirmation insurance recovery preparation (1.50). | W001 | RYC | 1.70 |
| 01/24/10 | Research and analysis in connection with New Jersey liquidation rules regarding Integrity notice of determination. | W001 | RYC | 1.70 |
| 01/25/10 | Review of newly received documents and update monitoring chart. | W011 | AHP | 1.20 |
| 01/25/10 | Draft post-bankruptcy insurance analysis. | W001 | AMA | 1.10 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 12, 2010 | | INVOICE: | | 236136 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/25/10 | Work on responses to insurance company requests for information | W001 | MG | 2.40 |
| 01/25/10 | Hearing before Judge Fitzgerald (5.50). Settlement negotiations with 2 different insurance companies (1.40). | W001 | RMH | 6.90 |
| 01/25/10 | Research in connection with potential recovery from insolvent insurance carrier (.80); Develop post-confirmation insurance recovery strategy (1.70). | W001 | RYC | 2.50 |
| 01/26/10 | Attention to post-bankruptcy insurance issues. | W001 | AMA | 0.30 |
| 01/26/10 | Prepare Relles data files to disk for M. Garbowski | W001 | DL | 0.60 |
| 01/26/10 | Attended to various London Market Company scheme of arrangement issues, per R. Horkovich request. | W001 | HEG | 5.80 |
| 01/26/10 | Attended to London Market scheme of arrangement matters and reviewed materials. | W001 | IF | 5.90 |
| 01/26/10 | General research to obtain New Jersey liquidation statute. | W001 | KES | 0.20 |
| 01/26/10 | Work on responses to insurance company requests for information | W001 | MG | 3.40 |
| 01/26/10 | Prepare response to inquiries from insurance companies in connection with settlement discussions (2.60). Research and analysis regarding additional potential settling insurance companies (2.80). | W001 | RYC | 5.40 |
| 01/27/10 | Analysis of selected policies from reimbursement agreement insurance companies re: limits/attachment points. | W001 | GFF | 0.40 |
| 01/27/10 | Researched settlement issues. | W001 | HEG | 1.60 |
| 01/27/10 | Searched files and in-house resources re: information and coverage in place agreement information. | W001 | IF | 1.80 |
| 01/27/10 | Review notice of determination letters in preparation of preparing opposition to disallowance of Integrity liquidation (.80); prepare summary chart re: claims disallowed (1.30). | W001 | KES | 2.10 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 12, 2010 | | INVOICE: | | 236136 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/27/10 | Review and analysis of documentation in connection with settlement discussions (2.70). Research and review support for post-bankruptcy insurance coverage recovery from non-settling insurance companies (3.20). | W001 | RYC | 5.90 |
| 01/28/10 | Prepare memorandum re: preparation of objection to disallowance of claim. | W001 | KES | 0.30 |
| 01/28/10 | Work on responses to insurance company requests for information. | W001 | MG | 2.20 |
| 01/28/10 | Settlement negotiations with different insurance companies and confer with FCR counsel. | W001 | RMH | 1.00 |
| 01/28/10 | Research and analysis in connection with support for pro-coverage and allocation issues for settlement matters (2.20). Research and analysis regarding insolvent insurance recoveries (1.30). Research and analysis regarding options for pursuing non-settling insurance companies (1.90). | W001 | RYC | 5.40 |
| 01/29/10 | Analysis of selected insurance policies re: coverage available according to their respective settlement agreements. | W001 | GFF | 2.30 |
| 01/29/10 | Reviewed insurance policies re: application of coverage in place agreements. | W001 | IF | 3.40 |
| 01/29/10 | Work on responses to insurance company requests for information. | W001 | MG | 2.20 |
| 01/29/10 | Research and analysis in connection with recovery against insurance company in liquidation (1.30). Research in connection with proof of claim (.70). Follow-up regarding inquiries regarding settlement discussion points related to agreements (2.20). | W001 | RYC | 4.20 |
| 01/30/10 | Follow-up analysis regarding options for pursuing non-settling insurance companies (.80). Review and analysis of recently received pleadings and communications in connection with insurance related matters (1.60). | W001 | RYC | 2.40 |

**TOTAL FEES:**                                                                                         **$161,268.50**

{D0170655.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

February 12, 2010                                       INVOICE:         236136

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

**FEE SUMMARY**

|                        | RATE   | HOURS  | TOTALS     |
|------------------------|--------|--------|------------|
| A. Marcello Antonucci  | 320.00 | 3.40   | 1,088.00   |
| Arline H Pelton        | 240.00 | 7.60   | 1,824.00   |
| Corina K Nastu         | 220.00 | 1.50   | 330.00     |
| Daryl Lyew             | 240.00 | 0.60   | 144.00     |
| Glenn F Fields         | 330.00 | 8.50   | 2,805.00   |
| Harris E Gershman      | 265.00 | 8.20   | 2,173.00   |
| Izak Feldgreber        | 285.00 | 25.50  | 7,267.50   |
| Kenneth E. Sharperson  | 495.00 | 2.80   | 1,386.00   |
| Mark Garbowski         | 565.00 | 35.30  | 19,944.50  |
| Michael Chung          | 320.00 | 6.90   | 2,208.00   |
| Robert M Horkovich     | 875.00 | 66.60  | 58,275.00  |
| Robert Y Chung         | 585.00 | 109.10 | 63,823.50  |
| **TOTAL FEES:**        |        |        | **$161,268.50** |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

February 12, 2010                                       INVOICE:          236136

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| A. Marcello Antonucci | 3.40 | 1,088.00 |
| Corina K Nastu | 1.50 | 330.00 |
| Daryl Lyew | 0.60 | 144.00 |
| Glenn F Fields | 8.50 | 2,805.00 |
| Harris E Gershman | 8.20 | 2,173.00 |
| Izak Feldgreber | 25.50 | 7,267.50 |
| Kenneth E. Sharperson | 2.80 | 1,386.00 |
| Michael Chung | 6.90 | 2,208.00 |
| Mark Garbowski | 35.30 | 19,944.50 |
| Robert M Horkovich | 62.60 | 54,775.00 |
| Robert Y Chung | 108.50 | 63,472.50 |
| **TOTAL:** | **263.80** | **$155,593.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 7.60 | 1,824.00 |
| Robert Y Chung | 0.60 | 351.00 |
| **TOTAL:** | **8.20** | **$2,175.00** |

ACTIVITY CODE: W019      Travel (non-working)

| | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 4.00 | 3,500.00 |
| **TOTAL:** | **4.00** | **$3,500.00** |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:        100055.WRG01

February 12, 2010                             INVOICE:           236136

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

**COSTS through 01/31/10**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 12/09/09 | AIRFARE/RAIL EXPS. Ticket #: 509213438 For: ROBERT HORKOVICH on 12/9/2009 Carrier Code: XD to AGENT FEE Invoice # 357988 | E110 | 30.00 |
| 12/09/09 | AIRFARE/RAIL EXPS. Ticket #: 7707683950 For: ROBERT HORKOVICH on 12/9/2009 Carrier Code: DL to LGA DCA LGA Invoice # 357988 | E110 | 389.20 |
| 12/21/09 | AIRFARE/RAIL EXPS. Ticket #: 7707683983 For: ROBERT HORKOVICH on 12/21/2009 Carrier Code: DL to DCA LGA Invoice # 358043 | E110 | 40.00 |
| 12/28/09 | AIRFARE/RAIL EXPS. Ticket #: 509501691 For: ROBERT HORKOVICH on 12/28/2009 Carrier Code: XD to AGENT FEE Invoice # 358049 | E110 | 30.00 |
| 12/28/09 | AIRFARE/RAIL EXPS. Ticket #: 7707683987 For: ROBERT HORKOVICH on 12/28/2009 Carrier Code: CO to EWR PIT EWR Invoice # 358049 | E110 | 921.20 |
| 01/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges December 1, 2009 - December 31, 2009 | E106 | 128.01 |
| 01/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Legal Research Charges December 1, 2009 - December 31, 2009 | E106 | 75.72 |
| 01/04/10 | AIRFARE/RAIL EXPS. Ticket #: 509501699 For: ROBERT HORKOVICH on 1/4/2010 Carrier Code: XD to AGENT FEE Invoice # 358061 | E110 | 30.00 |
| 01/04/10 | AIRFARE/RAIL EXPS. Ticket #: 7707683995 For: ROBERT HORKOVICH on 1/4/2010 Carrier Code: CO to EWR PIT EWR Invoice # 358061 | E110 | 921.40 |
| 01/04/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 01/04/10 | DI - PHOTOCOPYING | E101 | 2.80 |
| 01/05/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 01/06/10 | DI - PHOTOCOPYING | E101 | 2.10 |
| 01/06/10 | DI - PHOTOCOPYING | E101 | 9.30 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                                          MATTER:        100055.WRG01

February 12, 2010                                                                             INVOICE:              236136

MATTER:  CLAIMANTS COMMITTEE                                                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/07/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 946684712 Tracking Number: 790691875925 Reference: 100055 WRG01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK, NY, 10020, US To: Elizabeth DeChristofaro, Ford Marrin Esposito Witmeyer, Wall Street Plaza, 23rd Floor, NEW YORK CITY, NY, 10005, US | E107 | 7.79 |
| 01/07/10 | DI - PHOTOCOPYING | E101 | 5.50 |
| 01/08/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 01/08/10 | DI - PHOTOCOPYING | E101 | 1.20 |
| 01/11/10 | CLIENT - ON-LINE COMP SVC - VENDOR: PACER SERVICE CENTER AK0010 Electronic dockets | E125 | 79.76 |
| 01/11/10 | DI - PHOTOCOPYING | E101 | 19.70 |
| 01/11/10 | DI - PHOTOCOPYING | E101 | 6.20 |
| 01/12/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial charges for hearing on 1/25/10 | E125 | 30.00 |
| 01/12/10 | Reversal from Void Check Number: 9137 Bank ID: WACHOVNY Voucher ID: 83014 Vendor: COURT CALL LLC | E125 | (30.00) |
| 01/12/10 | DI - PHOTOCOPYING | E101 | 2.60 |
| 01/12/10 | DI - PHOTOCOPYING | E101 | 3.00 |
| 01/13/10 | DI - PHOTOCOPYING | E101 | 5.00 |
| 01/13/10 | DI - PHOTOCOPYING | E101 | 1.60 |
| 01/19/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Additional charge incurred for telephonic participation 1/5/10 | E125 | 77.00 |
| 01/19/10 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 1/4 re: hearing before Judge Fitzgerald - TAXI FROM TRAIN TO COURTHOUSE AND BACK TO TRAIN | E110 | 90.00 |
| 01/19/10 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 1/5 re: hearing before Judge Fitzgerald - TAXI FROM TRAIN TO COURTHOUSE AND BACK TO TRAIN | E110 | 90.00 |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:    100055.WRG01

February 12, 2010                                       INVOICE:       236136

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 01/19/10 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 1/4 re: hearing before Judge Fitzgerald | E111 | 26.57 |
| 01/19/10 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 1/5 re: hearing before Judge Fitzgerald | E111 | 13.51 |
| 01/19/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 01/19/10 | DI - PHOTOCOPYING | E101 | 7.20 |
| 01/19/10 | DI - PHOTOCOPYING | E101 | 46.20 |
| 01/19/10 | DI - PHOTOCOPYING | E101 | 54.40 |
| 01/20/10 | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS ACCT # 118FDM 12/09 services | E125 | 2,345.14 |
| 01/20/10 | DI - POSTAGE | E108 | 0.44 |
| 01/20/10 | DI - PHOTOCOPYING | E101 | 37.20 |
| 01/21/10 | DI - PHOTOCOPYING | E101 | 1.20 |
| 01/21/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 01/21/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 01/21/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 01/22/10 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# A04010-3249 Local travel expenses on 12/21/09 - HOME TO AIRPORT | E109 | 172.75 |
| 01/22/10 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# A04010-3249 Local travel expenses on 12/21/09 - AIRPORT TO HOME | E109 | 172.75 |
| 01/22/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Additional charges for telephonic participation 01/4/10 | E125 | 77.00 |
| 01/25/10 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 611078 Local travel expenses on 01/04/10 - NEWARK AIRPORT TO HOME | E109 | 225.11 |
| 01/25/10 | LOCAL TRAVEL - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 611078 Local travel expenses on 01/05/10 - LAGUARDIA AIRPORT TO HOME | E109 | 172.89 |
| 01/25/10 | DI - PHOTOCOPYING - | E101 | 17.40 |
| 01/26/10 | DI - POSTAGE - | E108 | 0.44 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                                      MATTER:          100055.WRG01

February 12, 2010                                                                             INVOICE:              236136

MATTER:  CLAIMANTS COMMITTEE                                                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/26/10 | DI - PHOTOCOPYING - | E101 | 10.20 |
| 01/29/10 | CLIENT - ON-LINE COMP SVC - VENDOR: PACER SERVICE CENTER   AKO516 Document research | E125 | 9.60 |
| 01/31/10 | CLIENT - ON-LINE COMP SVC - VENDOR: PARCELS, INC Document request | E125 | 106.30 |
| 01/31/10 | FILING OR WITNESS FEES - VENDOR: HATFIELD PROCESS SERVICE Documents from archives | E125 | 140.35 |
| **TOTAL COSTS:** | | | **$6,608.23** |

{D0170655.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

February 12, 2010                             INVOICE:           236136

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 7.79 |
| AR | AIRFARE/RAIL EXPS. | 2,361.80 |
| CM | CLIENT - ON-LINE COMP SVC | 195.66 |
| FE | FILING OR WITNESS FEES | 140.35 |
| LB | LIBRARY & LEGAL RESEARCH | 203.73 |
| LT | LOCAL TRAVEL | 743.50 |
| MY | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS | 2,345.14 |
| PG | DI - POSTAGE - | 0.88 |
| TE | AP - TELEPHONE - | 154.00 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 180.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 40.08 |
| XE | DI - PHOTOCOPYING - | 235.30 |
| | **TOTAL COSTS:** | **6,608.23** |
| | **TOTAL DUE:** | **$167,876.73** |

{D0170655.1 }