**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                  01/31/2010
Wilmington  DE                                                    ACCOUNT NO:        3000-01D
                                                                 STATEMENT NO:              81

Asset Analysis and Recovery

PREVIOUS BALANCE                                                               $700.00

BALANCE DUE                                                                    $700.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:        3000-02D
STATEMENT NO:            104

Asset Disposition

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $707.80 |

| | | | HOURS | |
|---|---|---|---|---|
| 01/29/2010 | | | | |
| MTH | Reviewing Debtors' Notice re asset sales | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 36.00 |

| | | |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -35.00 |

| | |
|---|---|
| BALANCE DUE | $708.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington DE | ACCOUNT NO:  3000-03D |
| | STATEMENT NO:  91 |

Business Operations

| | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $70.00 |
| 01/22/2010 | | | | |
| MTH | Correspondence to JS and BR re Debtors' Motion re ART | | 0.20 | 72.00 |
| 01/28/2010 | | | | |
| MTH | Review correspondence from BR re ART Motion | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.30 | 108.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 108.00 |
| BALANCE DUE | $178.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:    3000-04D
STATEMENT NO:    104

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,843.97 |

| | | | HOURS | |
|---|---|---|---|---|
| 01/07/2010 | | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2009 through November 30, 2009. | | 0.70 | 290.50 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 290.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $415.00 | $290.50 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 290.50 |

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -66.40 |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -362.50 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -26.40 |
| | TOTAL PAYMENTS | -455.30 |
| | BALANCE DUE | $1,679.17 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | | Page: 1 |
|---|---|---|
| W.R. Grace | | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-05D |
| | STATEMENT NO: | 104 |

Claims Analysis Objection & Resolution (Asbestos)

|  | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,604.60 |

| | | | HOURS | |
|---|---|---|---|---|
| 01/01/2010 | | | | |
| | MTH | Review correspondence from CV re questions re claim and response to same | 0.20 | 72.00 |
| 01/06/2010 | | | | |
| | MTH | Review correspondence from DF re Canadian ZAI Settlement and response to same; reviewing additional correspondence re same | 0.40 | 144.00 |
| 01/14/2010 | | | | |
| | MTH | Telephone conference with asbestos claimant re possible claim | 0.20 | 72.00 |
| 01/15/2010 | | | | |
| | MTH | Telephone conference with potential claimant Dougherty re asbestos claim | 0.20 | 72.00 |
| | MTH | Telephone conference with claimant re status of Plan Confirmation | 0.10 | 36.00 |
| | MTH | Reviewing Order entered re Anderson Memorial | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.20 | 432.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $360.00 | $432.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 432.00 |

| | | |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -203.00 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -420.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -70.00 |

Page: 2
01/31/2010

W.R. Grace

ACCOUNT NO:        3000-05D
STATEMENT NO:             104

Claims Analysis Objection & Resolution (Asbestos)

TOTAL PAYMENTS                                                        -693.00

BALANCE DUE                                                        $5,343.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:    3000-06D
STATEMENT NO:    104

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $955.20 |
| 01/11/2010 | | | | |
| MTH | Correspondence to and from C. Villasin | | 0.20 | 72.00 |
| 01/15/2010 | | | | |
| MTH | Review Order entered re General Insurance | | 0.10 | 36.00 |
| 01/19/2010 | | | | |
| MTH | Reviewing additional correspondence re status of C. Villasin claim | | 0.30 | 108.00 |
| 01/29/2010 | | | | |
| MTH | Reviewing Debtors' Report re settlement of claims | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 252.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $360.00 | $252.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 252.00 |

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -49.00 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -385.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -35.00 |
| | TOTAL PAYMENTS | -469.00 |
| | BALANCE DUE | $738.20 |

Page: 2
01/31/2010

W.R. Grace

ACCOUNT NO:        3000-06D
STATEMENT NO:            104

Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington DE | ACCOUNT NO:     3000-07D |
| | STATEMENT NO:          104 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $34,886.24 |

| | | | HOURS | |
|---|---|---|---|---|
| **01/04/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **01/05/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **01/06/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| **01/07/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | KH | Review e-mail from R. Chung re: Insurer objections(.1); Research and draft responsive e-mail(.8) | 0.90 | 99.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare and file 2019 of The David Law Firm; e-mail confirmation of same | 0.40 | 40.00 |
| | MTH | Review correspondence from SB re daily pleadings | 0.10 | 36.00 |
| **01/08/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| | KH | Review e-mail from R. Chung re: Insurer objections(.1); Research and draft responsive e-mail(.4) | 0.50 | 55.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 0.80 | 288.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |

**01/11/2010**

|  |  |  |  |
|---|---|---|---|
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| MTH | Review correspondence from EI re Plan Confirmation | 0.10 | 36.00 |
| MTH | Review correspondence from claimant re payment of claims and response to same | 0.20 | 72.00 |
| PEM | Review ACC memo re: closing arguments. | 0.20 | 83.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Review, retrieve, and distribute recently filed pleadings to P. Lockwood | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

**01/12/2010**

|  |  |  |  |
|---|---|---|---|
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on 1/25/10 at 10:30 a.m.; e-mail confirmation of same to P. Lockwood, W. Slocombe, and R. Horkovich | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

**01/13/2010**

|  |  |  |  |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.50 | 50.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

**01/14/2010**

|  |  |  |  |
|---|---|---|---|
| MK | Attention to electronic filing of supplemental 2019 for outside law firm. | 0.20 | 27.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

**01/15/2010**

|  |  |  |  |
|---|---|---|---|
| PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Prepare weekly recommendation memo | 0.70 | 252.00 |
| MTH | Review correspondence from SB to Committee re weekly | | |

Page: 3
W.R. Grace
01/31/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:        104

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | recommendation memo | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| DAC | Review memorandum re: efforts to modify QSF tax treatment | 0.10 | 47.50 |

01/16/2010

| MTH | Review correspondence from JH and J Cooney re tax issues | 0.10 | 36.00 |
|---|---|---|---|

01/18/2010

| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

01/19/2010

| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Review correspondence from SB to PVNL re recently filed pleadings | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

01/20/2010

| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |

01/21/2010

| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

01/22/2010

| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | 0.10 | 10.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Prepare weekly recommendation memo | 1.60 | 576.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

01/25/2010

| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|---|---|---|---|

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |
| **01/26/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review e-mail from M. Fanone re: Estimation Daubert Briefs and meet with MTH re: the same(.4); Research and draft responsive e-mail containing briefs(1.4) | 1.80 | 198.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Drafting memorandum re hearing events and correspondence to and from counsel re same | 2.10 | 756.00 |
| **01/27/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing correspondence from EI and NDF re drafting hearing memo, research for information re same and reviewing and revising same; correspondence to NDF, EI re revisions to same; review correspondence from NDF re revisions to be completed | 0.80 | 288.00 |
| **01/28/2010** | | | |
| MK | Review hearing memorandum. | 0.10 | 13.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing and revising hearing memorandum and correspondence to Committee re same | 0.30 | 108.00 |
| **01/29/2010** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 1.00 | 100.00 |
| MTH | Review correspondence from SB re weekly recommendation memo | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 1.00 | 360.00 |
| DAC | Review memo re: 1/25/10 hearings | 0.20 | 95.00 |
| | FOR CURRENT SERVICES RENDERED | 23.80 | 5,820.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $475.00 | $522.50 |

Page: 5
01/31/2010
W.R. Grace

ACCOUNT NO: 3000-07D
STATEMENT NO: 104

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.20 | 415.00 | 498.00 |
| Michele Kennedy | 0.50 | 135.00 | 67.50 |
| Santae M. Boyd | 7.80 | 100.00 | 780.00 |
| Mark T. Hurford | 10.00 | 360.00 | 3,600.00 |
| Katherine Hemming | 3.20 | 110.00 | 352.00 |

TOTAL CURRENT WORK                                                5,820.00

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -1,507.80 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -8,760.50 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -1,761.60 |
| | TOTAL PAYMENTS | -12,029.90 |
| | BALANCE DUE | $28,676.34 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:          103 |

Employee Benefits/Pension

|  |  |  |  |  |
|---|---|---|---|---|
| PREVIOUS BALANCE |  |  |  | $225.00 |
|  |  |  | HOURS |  |
| 01/22/2010 |  |  |  |  |
| MTH | Correspondence to and from PVNL re Grace motion re employee claims |  | 0.30 | 108.00 |
| MTH | Reviewing Debtors' Motion re Employee Claims |  | 0.30 | 108.00 |
| 01/29/2010 |  |  |  |  |
| MTH | Review correspondence from JB re draft pension plan motion |  | 0.20 | 72.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.80 | 288.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $360.00 | $288.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 288.00 |

|  |  |  |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -84.00 |
| 01/04/2010 | Payment - Thank you. (May, 2009 - 100% Fees) | -572.50 |
| 01/04/2010 | Payment - Thank you. (June, 2009 - 20% Fees) | -427.00 |
|  | TOTAL PAYMENTS | -1,083.50 |
|  | CREDIT BALANCE | -$570.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010

ACCOUNT NO:        3000-10D
STATEMENT NO:            104

Employment Applications, Others

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $1,533.70 |

| | | HOURS | |
|---|---|---|---|
| 01/18/2010 | | | |
| MTH | Reviewing CCAA Rep's Motion re Reply to Objection | 0.30 | 108.00 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 108.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 108.00 |

| | | |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -14.00 |
| 01/04/2010 | Payment - Thank you. (May, 2009 - 100% Fees) | -245.00 |
| | TOTAL PAYMENTS | -259.00 |
| | BALANCE DUE | $1,382.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    01/31/2010
Wilmington  DE                                        ACCOUNT NO:      3000-11D
                                                      STATEMENT NO:          102

Expenses

PREVIOUS BALANCE                                                        $22,621.32

| | | |
|---|---|---:|
| 01/01/2010 | Parcels, Inc. - Creation of bound hearing books | 265.50 |
| 01/01/2010 | Pacer charges for the month of November | 64.88 |
| 01/01/2010 | Pacer Charges for the Month of December | 150.64 |
| 01/03/2010 | MTH - Roundtrip airfare from Philadelphia, PA to Pittsburgh, PA | 289.20 |
| 01/03/2010 | MTH - Parking at Philadelphia, PA airport, 2 days | 60.00 |
| 01/03/2010 | MTH - Stay at The Westin in Pittsburgh, PA, 2 nights | 477.35 |
| 01/03/2010 | MTH - Lunch at Philadelphia, PA airport | 10.35 |
| 01/04/2010 | MTH - Breakfast in Pittsburgh, PA | 5.00 |
| 01/05/2010 | Courtcall appearance of Mark Hurford for hearing on November 23, 2009. | 37.00 |
| 01/05/2010 | Courtcall appearance of Mark Hurford for hearing on December 14, 2009 | 156.00 |
| 01/05/2010 | MTH - Dinner at Pittsburgh, PA airport, 2 people | 32.35 |
| 01/05/2010 | MTH - Cab in Pittsburgh, PA from hotel to airport | 60.00 |
| 01/11/2010 | Federal Express to Marissa Fanore at Caplin & Drysdale on 1/7/09 (5 boxes) | 173.49 |
| 01/16/2010 | AT&T Long Distance Phone Calls | 7.49 |
| 01/18/2010 | Postage - Committee check | 0.44 |
| 01/25/2010 | MTH - Lunch in Wilmington, DE for hearing, 2 people | 60.00 |
| 01/25/2010 | IKON - Copy/ service of certificate of no objection for C&L November fee app | 96.55 |
| 01/25/2010 | Federal Express to Marissa Fanone at Caplin & Drysdale on 1/6/10 | 340.51 |
| 01/25/2010 | Courtcall appearance of P. Lockwood on 12/14/09 | 37.00 |
| 01/25/2010 | Courtcall appearance of R. Horkovich for hearing on 12/14/09 | 37.00 |
| 01/25/2010 | Courtcall appearance of MTH for hearing on 12/14/09 | 44.00 |
| 01/25/2010 | Courtcall appearance of J. Liesemer for hearing on 1/4/10 | 275.00 |
| 01/25/2010 | Courtcall appearance of J. Liesemer for hearing on 1/5/10 | 261.00 |
| 01/25/2010 | Courtcall appearance of J. Liesemer for hearing on 1/6/10 | 100.00 |
| 01/25/2010 | Courtcall appearance of MTH for hearing on 1/6/10 | 163.00 |
| 01/31/2010 | Westlaw charges for the month of January, 2010 | 28.18 |
| 01/31/2010 | Printing Charges - January 2010 | 126.50 |
| 01/31/2010 | Scanning Charges - January 2010 | 49.80 |
| | TOTAL EXPENSES | 3,408.23 |

Page: 2

W.R. Grace

01/31/2010

ACCOUNT NO:       3000-11D

STATEMENT NO:            102

Expenses

TOTAL CURRENT WORK                                                    3,408.23

01/04/2010        Payment - Thank you.  (May, 2009 - 100% Expenses)                   -5,601.92

BALANCE DUE                                                      $20,427.63

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
| | STATEMENT NO:         102 |

Fee Applications, Applicant

| | PREVIOUS BALANCE | | | $6,704.00 |
|---|---|---|---|---|
| | | | HOURS | |
| **01/05/2010** | | | | |
| PEM | Review prebill for Pgh time. | | 0.20 | 83.00 |
| KH | Review prebill for fee and expense issues | | 0.30 | 33.00 |
| **01/15/2010** | | | | |
| MTH | Reviewing pre-bill | | 1.00 | 360.00 |
| **01/21/2010** | | | | |
| MTH | Correspondence to and from KCD re expenses related to Plan Confirmation | | 0.20 | 72.00 |
| **01/22/2010** | | | | |
| MTH | Reviewing various correspondence re expenses for Plan Confirmation hearing and correspondence to KCD re same | | 0.50 | 180.00 |
| **01/25/2010** | | | | |
| KCD | Review and sign CNO re: C&L application | | 0.20 | 68.00 |
| MTH | Discussion with KCD re Fee Auditor inquiry and review correspondence from KCD re same | | 0.20 | 72.00 |
| KH | Review case docket for objections to C&L November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| **01/26/2010** | | | | |
| KCD | Draft response to fee auditor re: C&L expenses | | 0.20 | 68.00 |
| **01/29/2010** | | | | |
| KCD | Review C&L application | | 0.30 | 102.00 |
| KH | Prepare Excel spreadsheet re: C&L December re: professional hours v. project category | | 0.40 | 44.00 |
| KH | Review e-mail from DS re: December bill(.1); Prepare C&L December | | | |

Page: 2
01/31/2010

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:           102

Fee Applications, Applicant

|  | HOURS |  |
|---|---|---|
| fee application(.7); Finalize and e-file fee application(.3) | 1.10 | 121.00 |
| FOR CURRENT SERVICES RENDERED | 5.10 | 1,258.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 1.90 | 360.00 | 684.00 |
| Kathleen Campbell Davis | 0.70 | 340.00 | 238.00 |
| Katherine Hemming | 2.30 | 110.00 | 253.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,258.00 |

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -193.50 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -1,629.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -166.40 |
|  | TOTAL PAYMENTS | -1,988.90 |
|  | BALANCE DUE | $5,973.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                01/31/2010
Wilmington  DE                                                                  ACCOUNT NO:        3000-13D
                                                                                STATEMENT NO:              89

Fee Applications, Others

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $15,516.60 |

| | | HOURS | |
|---|---|---|---|
| 01/05/2010 | | | |
| KH | Draft e-mail to Committee re: expenses | 0.10 | 11.00 |
| 01/08/2010 | | | |
| KH | Review November fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February fee application of Holme Roberts & Owen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

Page: 2
W.R. Grace                                                                01/31/2010
                                                      ACCOUNT NO:        3000-13D
                                                      STATEMENT NO:            89

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| KH | Review November fee application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review October fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review November fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review November fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review December fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review November fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review November fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review September fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review September fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review October fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review November fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review December fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review February 2006-October 2009 fee application of Piper Jaffray(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| 01/14/2010 | | | | |
| KH | Update Committee Fee Application Tracking Chart | | 0.60 | 66.00 |
| KH | Draft and review emails from S. Chisolm re: committee payment | | 0.20 | 22.00 |
| 01/15/2010 | | | | |
| SMB | Review November fee application of PricewaterhouseCoopers LLP (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |
| SMB | Review December fee application of Woodcock Washburn LLP (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |
| SMB | Review December fee application of Protiviti Inc. (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |
| SMB | Review April to June Interim fee application of Phillips Goldman & Spence, PA (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |
| SMB | Review June fee application of Phillips Goldman & Spence PA (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |
| SMB | Review January to March Interim fee application of Holme Roberts & Owens LLP (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Review October fee application of Capstone Advisory Group LLC (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review December fee application of Warren H. Smith & Associates P.C. (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| 01/20/2010 | | | | |
| | KH | Update Committee Fee Application Tracking Chart | 0.30 | 33.00 |
| 01/21/2010 | | | | |
| | KCD | E-mails re: fee auditor inquiry | 0.20 | 68.00 |
| 01/22/2010 | | | | |
| | KH | Review e-mail from S. Chisholm re: payment status and e-mail R. Finke re: the same | 0.20 | 22.00 |
| | KH | Review July-September Interim fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 01/25/2010 | | | | |
| | KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&D November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to AKO November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | Review case docket for objections to Charter Oak November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| | KH | E-mail as filed November CNOs to R. Finke | 0.10 | 11.00 |
| | KH | Draft email to S. Chisholm re: payment status | 0.10 | 11.00 |
| 01/26/2010 | | | | |
| | KH | Review e-mail from S. Chisolm re: committee payment and draft responsive email | 0.10 | 11.00 |
| 01/27/2010 | | | | |
| | MTH | Reviewing Debtors' Statement re payments made to ordinary course professionals | 0.10 | 36.00 |
| 01/28/2010 | | | | |
| | KH | Review e-mail from A. Pelton re: December bill(.1); Prepare AKO December fee application(.7) | 0.80 | 88.00 |
| 01/29/2010 | | | | |
| | KCD | Review Charter Oak application | 0.30 | 102.00 |
| | KCD | Review AKO application | 0.30 | 102.00 |

Page: 4

W.R. Grace

01/31/2010

ACCOUNT NO:    3000-13D
STATEMENT NO:    89

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Finalize and e-file AKO December fee application | 0.30 | 33.00 |
| KH | Review e-mail from B. Lindsay re: Charter Oak December bill(.1); Prepare December fee application(.5); Finalize and e-file fee application(.3) | 0.90 | 99.00 |
| KH | Review October fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of The Law Offices of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  | FOR CURRENT SERVICES RENDERED | 14.30 | 1,904.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 1.60 | $100.00 | $160.00 |
| Mark T. Hurford | 0.10 | 360.00 | 36.00 |
| Kathleen Campbell Davis | 1.40 | 340.00 | 476.00 |
| Katherine Hemming | 11.20 | 110.00 | 1,232.00 |

TOTAL CURRENT WORK                                        1,904.00

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -493.80 |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -3,795.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -479.00 |
|  | TOTAL PAYMENTS | -4,767.80 |
|  | BALANCE DUE | $12,652.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                  01/31/2010
Wilmington  DE                                              ACCOUNT NO:     3000-14D
                                                           STATEMENT NO:          66

Financing

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/08/2010 |  |  |  |  |
| | MTH | Review correspondence from JB re financing motions | 0.20 | 72.00 |
| 01/12/2010 |  |  |  |  |
| | MTH | Reviewing draft financing motions | 0.40 | 144.00 |
| 01/14/2010 |  |  |  |  |
| | MTH | Review correspondence from JS re various financing motions and response to same from Debtors' counsel | 0.20 | 72.00 |
| 01/18/2010 |  |  |  |  |
| | MTH | Reviewing Debtors' Motion re Terminate DIP | 0.60 | 216.00 |
| | MTH | Reviewing Debtors' Motion re Exit Financing | 0.40 | 144.00 |
| | MTH | Reviewing Debtors' Motion re ART Credit Agreement | 0.30 | 108.00 |
| 01/22/2010 |  |  |  |  |
| | MTH | Correspondence to Charter Oak re financing motions | 0.30 | 108.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.40 | 864.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.40 | $360.00 | $864.00 |

TOTAL CURRENT WORK                                                              864.00

BALANCE DUE                                                                    $864.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:     3000-15D
STATEMENT NO:            104

Hearings

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $30,434.65 |
| **01/03/2010** | | | |
| MTH | Preparing for hearing | 5.40 | 1,944.00 |
| **01/04/2010** | | | |
| MTH | Attending hearing | 10.20 | 3,672.00 |
| **01/05/2010** | | | |
| MTH | Attending hearing | 8.50 | 3,060.00 |
| **01/06/2010** | | | |
| MTH | Attending hearing | 5.00 | 1,800.00 |
| MTH | Review correspondence from RH re hearing dates and response to same | 0.20 | 72.00 |
| **01/08/2010** | | | |
| MTH | Review correspondence from DF re matters on for Jan. hearing and call re same | 0.30 | 108.00 |
| MTH | Review correspondence from JON re draft hearing Agenda | 0.10 | 36.00 |
| **01/12/2010** | | | |
| MTH | Review correspondence from JON re Jan hearing | 0.10 | 36.00 |
| MTH | Communications re Jan 25 hearing date, logistics re same | 0.20 | 72.00 |
| MTH | Additional correspondence with PVNL re Jan omnibus hearing; discussion with SB re same | 0.20 | 72.00 |
| MTH | Review correspondence from SB to RH re Jan hearing | 0.10 | 36.00 |
| MTH | Reviewing preliminary hearing agenda and correspondence to counsel re same | 0.40 | 144.00 |
| **01/20/2010** | | | |
| MTH | Review correspondence from JB re Jan. hearing | 0.10 | 36.00 |

Page: 2
01/31/2010

W.R. Grace

ACCOUNT NO:        3000-15D
STATEMENT NO:            104

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from DP re Jan hearing Agenda | 0.10 | 36.00 |
| 01/22/2010 |  |  |  |
| MTH | Review correspondence from NDF and PVNL re Jan. hearing | 0.20 | 72.00 |
| MTH | Review correspondence from NDF re Jan hearing | 0.20 | 72.00 |
| MTH | Correspondence to counsel at C&D re change in hearing date for February 2010 | 0.10 | 36.00 |
| MTH | Correspondence to NDF re hearing agenda | 0.10 | 36.00 |
| MTH | Preparing for hearing | 0.50 | 180.00 |
| 01/25/2010 |  |  |  |
| MTH | Preparing for and attending January omnibus hearing | 6.70 | 2,412.00 |
|  | FOR CURRENT SERVICES RENDERED | 38.70 | 13,932.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 38.70 | $360.00 | $13,932.00 |

TOTAL CURRENT WORK                                                     13,932.00

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -352.00 |
|---|---|---|
| 01/04/2010 | Payment - Thank you. (May, 2009 - 100% Fees) | -4,515.00 |
| 01/04/2010 | Payment - Thank you. (June, 2009 - 20% Fees) | -2,172.80 |
|  | TOTAL PAYMENTS | -7,039.80 |
|  | BALANCE DUE | $37,326.85 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington DE | ACCOUNT NO: 3000-16D |
| | STATEMENT NO: 89 |

Litigation and Litigation Consulting

|  |  |
|---|---|
| PREVIOUS BALANCE | -$2,376.40 |

| Date |  |  | HOURS |  |
|------|------|-----|-------|------|
| 01/12/2010 | | | | |
| | MTH | Reviewing correspondence from PVNL re Jan. hearing; discussion with SB re same | 0.40 | 144.00 |
| | MTH | Review correspondence from DF re question re local rules re briefing deadlines | 0.40 | 144.00 |
| 01/14/2010 | | | | |
| | MTH | Review correspondence from DF re BNSF appeal | 0.10 | 36.00 |
| | MTH | Correspondence to and from DF re BNSF appeal | 0.20 | 72.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.10 | 396.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Mark T. Hurford | 1.10 | $360.00 | $396.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 396.00 |
| CREDIT BALANCE | -$1,980.40 |

Any payments received after the statement date will be
applied to next month's statement. Please note your
account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          01/31/2010
Wilmington  DE                                              ACCOUNT NO:        3000-17D
                                                            STATEMENT NO:             89

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                 $104,607.10

                                                                        HOURS
01/01/2010
    MTH       Review correspondence from DB re closing arguments          0.10       36.00

01/04/2010
    KCD       Review of Garlock slides; e-mails re: same                  0.40      136.00
    PEM       Review exhibits and correspondence re: confirmation hearing
              arguments.                                                   0.30      124.50

01/05/2010
    PEM       Review portions of transcript from confirmation hearing; indirect claims.    0.70      290.50

01/06/2010
    MTH       Correspondence to PVNL and NDF re draft hearing memo, reviewing
              correspondence from NDF re same; reviewing correspondence from
              PVNL re same                                                 0.20       72.00

01/07/2010
    MTH       Reviewing documents re request re insurer objections to Plan and
              reviewing correspondence re same                            0.80      288.00
    MTH       Review correspondence from RC re Insurer Plan Objections    0.10       36.00
    MTH       Correspondence to and from BT re status of Plan Confirmation    0.20       72.00

01/08/2010
    MTH       Review correspondence from KLH and RC re insurer Plan Objections    0.20       72.00

01/11/2010
    MTH       Correspondence to PVNL re discovery requests and FCR's response to
              Canadian ZAI Application                                    0.30      108.00

W.R. Grace

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---:|---:|
| **01/12/2010** | | | |
| MRE | E-mails with PVNL re unpublished opinions: | 0.20 | 83.00 |
| MTH | Multiple correspondence to and from PVNL and NDF re Crown Plan Objection | 0.30 | 108.00 |
| MTH | Review correspondence from HS re Crown Plan confirmation objection | 0.10 | 36.00 |
| **01/13/2010** | | | |
| MTH | Review correspondence from M Ward re Montana | 0.30 | 108.00 |
| MTH | Multiple correspondence to and from NDF re Peterson information and related reports | 0.70 | 252.00 |
| **01/19/2010** | | | |
| MTH | Reviewing correspondence from counsel re Plan Proponents' draft Response to Crown Plan Objection and response to same | 0.70 | 252.00 |
| MTH | Review correspondence from C. Villasin re status of claim | 0.20 | 72.00 |
| MTH | Reviewing draft Response to Crown Objection | 1.00 | 360.00 |
| **01/21/2010** | | | |
| MTH | Multiple correspondence to and from NDF re Peterson report, reviewing correspondence from D. Relles re same | 0.60 | 216.00 |
| **01/26/2010** | | | |
| MTH | Review correspondence from MF re request for information and documents; reviewing information re same; discussion with KH re same; reviewing correspondence from KH re same and additional correspondence to MF re same | 1.10 | 396.00 |
| **01/27/2010** | | | |
| MTH | Reviewing various correspondence re 502(e) stipulation, reviewing and signing same | 0.60 | 216.00 |
| MTH | Reviewing Stipulation to extend time re briefing schedule | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 9.20 | 3,370.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Philip E. Milch | 1.00 | $415.00 | $415.00 |
| Mark T. Hurford | 7.60 | 360.00 | 2,736.00 |
| Marla R. Eskin | 0.20 | 415.00 | 83.00 |
| Kathleen Campbell Davis | 0.40 | 340.00 | 136.00 |

| | | |
|---|---|---:|
| TOTAL CURRENT WORK | | 3,370.00 |

| | | |
|---|---|---:|
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -4,275.40 |

Page: 3
W.R. Grace                                                              01/31/2010
                                              ACCOUNT NO:         3000-17D
                                              STATEMENT NO:              89

Plan and Disclosure Statement


| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -32,538.50 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -5,464.40 |
| | TOTAL PAYMENTS | -42,278.30 |
| | BALANCE DUE | $65,698.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
|  | STATEMENT NO:    89 |

Relief from Stay Proceedings

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $71.30 |
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -14.00 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -35.00 |
| | TOTAL PAYMENTS | -49.00 |
| | BALANCE DUE | $22.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-19D |
|  | STATEMENT NO:              70 |

Tax Issues

| | |
|---|---|
| PREVIOUS BALANCE | $140.00 |
| 01/04/2010    Payment - Thank you.  (April, 2009 - 20% Fees) | -140.00 |
| BALANCE DUE | $0.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:        3000-20D
STATEMENT NO:              88

Tax Litigation

PREVIOUS BALANCE                                                                                          $468.80

BALANCE DUE                                                                                                    $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:    3000-21D
STATEMENT NO:    80

Travel-Non-Working

| | | HOURS | |
|---|---|---:|---:|
| PREVIOUS BALANCE | | | $4,637.00 |
| **01/03/2010** | | | |
| MTH | Non-working travel to Pittsburgh (billed at one-half time) | 2.50 | 900.00 |
| **01/05/2010** | | | |
| MTH | Non-working travel time from Pittsburgh (billed at one-half time) | 2.20 | 792.00 |
| | FOR CURRENT SERVICES RENDERED | 4.70 | 1,692.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 4.70 | $360.00 | $1,692.00 |

TOTAL CURRENT WORK                                                 1,692.00

| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -1,890.00 |
|---|---|---:|
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -707.00 |
| | TOTAL PAYMENTS | -2,597.00 |
| | BALANCE DUE | $3,732.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2010

W.R. Grace
Wilmington  DE

ACCOUNT NO:    3000-22D
STATEMENT NO:          93

Valuation

PREVIOUS BALANCE                                                            $1,185.00

BALANCE DUE                                                                  $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    01/31/2010
Wilmington  DE                                              ACCOUNT NO:        3000-23D
                                                            STATEMENT NO:              93

ZAI Science Trial


PREVIOUS BALANCE                                                              $1,203.30

BALANCE DUE                                                                   $1,203.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          01/31/2010
Wilmington  DE                                        ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | $700.00 |
| 3000-02 Asset Disposition | | | | | |
| 707.80 | 36.00 | 0.00 | 0.00 | -35.00 | $708.80 |
| 3000-03 Business Operations | | | | | |
| 70.00 | 108.00 | 0.00 | 0.00 | 0.00 | $178.00 |
| 3000-04 Case Administration | | | | | |
| 1,843.97 | 290.50 | 0.00 | 0.00 | -455.30 | $1,679.17 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,604.60 | 432.00 | 0.00 | 0.00 | -693.00 | $5,343.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 955.20 | 252.00 | 0.00 | 0.00 | -469.00 | $738.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 34,886.24 | 5,820.00 | 0.00 | 0.00 | -12,029.90 | $28,676.34 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 225.00 | 288.00 | 0.00 | 0.00 | -1,083.50 | -$570.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,533.70 | 108.00 | 0.00 | 0.00 | -259.00 | $1,382.70 |
| 3000-11 Expenses | | | | | |
| 22,621.32 | 0.00 | 3,408.23 | 0.00 | -5,601.92 | $20,427.63 |

Page: 2
01/31/2010

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,704.00 | 1,258.00 | 0.00 | 0.00 | -1,988.90 | $5,973.10 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,516.60 | 1,904.00 | 0.00 | 0.00 | -4,767.80 | $12,652.80 |
| 3000-14 Financing | | | | | |
| 0.00 | 864.00 | 0.00 | 0.00 | 0.00 | $864.00 |
| 3000-15 Hearings | | | | | |
| 30,434.65 | 13,932.00 | 0.00 | 0.00 | -7,039.80 | $37,326.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,376.40 | 396.00 | 0.00 | 0.00 | 0.00 | -$1,980.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 104,607.10 | 3,370.00 | 0.00 | 0.00 | -42,278.30 | $65,698.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 71.30 | 0.00 | 0.00 | 0.00 | -49.00 | $22.30 |
| 3000-19 Tax Issues | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | -140.00 | $0.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 4,637.00 | 1,692.00 | 0.00 | 0.00 | -2,597.00 | $3,732.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 231,739.18 | 30,750.50 | 3,408.23 | 0.00 | -79,487.42 | $186,410.49 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.