REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967058
One Town Center Road                      Invoice Date      02/26/10
Boca Raton, FL    33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

       Fees                          1,575.00
       Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,575.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967058
One Town Center Road                      Invoice Date       02/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 01/04/10 | Ament | Assist K&E with hearing preparation (1.0); various e-mails, meetings and telephone calls re: same (.50). | 1.50 |
| 01/05/10 | Ament | Assist K&E with hearing preparation. | 1.00 |
| 01/06/10 | Ament | Various e-mails, conference calls and meetings to assist K&E with hearing preparation. | 1.00 |
| 01/07/10 | Ament | Various e-mails and meetings to assist K&E with conclusion of confirmation hearings in Pittsburgh (1.0); provide K. Blake with various pleadings relating to motion for summary judgment per request (.50). | 1.50 |
| 01/08/10 | Ament | Review e-mails from J. O'Neill and J. Baer re: agenda for 1/25/10 hearing (.10); attention to matters relating to conclusion of confirmation hearings (.70); various e-mails and meetings re: same (.60). | 1.40 |
| 01/11/10 | Ament | Attend to matters relating to confirmation hearings (.20); various e-mails and meetings re: same (.20); e-mails with P. Cuniff re: 1/25/10 hearing binders (.10); review preliminary agenda received | .80 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
    February 26, 2010

Invoice Number  1967058
Page    2

| Date | Name | | Hours |
|------|------|---|-------|
| | | from J. O'Neill (.10); update hearing binders (.10); hand deliver same to Judge Fitzgerald (.10). | |
| 01/12/10 | Ament | Circulate preliminary agenda to team (.10); provide various transcripts to T. Rea per request (.20). | .30 |
| 01/14/10 | Ament | E-mail to team re: change of hearing of 2/22 to 2/16. | .10 |
| 01/19/10 | Ament | Review 1/25/10 hearing binder received from J. O'Neill (.10); various e-mails with P. Cuniff re: agenda (.20). | .30 |
| 01/20/10 | Ament | Update hearing binders per J. O'Neill request (.20); e-mails with P. Cuniff re: agenda (.10); hand deliver same to Judge Fitzgerald (.10); circulate agenda to team (.10). | .50 |
| 01/21/10 | Ament | E-mails with K. Love re: confirmation hearing. | .20 |
| 01/25/10 | Ament | E-mails re: confirmation hearings. | .20 |
| 01/26/10 | Ament | Various e-mails re: Jan. confirmation hearings. | .20 |

TOTAL HOURS     9.00

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 9.00 at $ 175.00 = | | 1,575.00 |

CURRENT FEES                               1,575.00

TOTAL BALANCE DUE UPON RECEIPT        $1,575.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                                  Invoice Number      1967059
5400 Broken Sound Blvd., N.W.                Invoice Date        02/26/10
Boca Raton, FL 33487                         Client Number        172573

==============================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

    Fees                           1,548.50
    Expenses                           0.00

            TOTAL BALANCE DUE UPON RECEIPT      $1,548.50
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1967059
5400 Broken Sound Blvd., N.W.        Invoice Date        02/26/10
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2010

| Date | Name | | Hours |
|------|------|--|-------|
| 01/04/10 | Ament | Attend to billing matters (.10); meet with D. Cameron re: same (.10); follow-up e-mails re: same (.10). | .30 |
| 01/07/10 | Ament | Attend to billing matters (.10); meet with D. Cameron re: same (.10); telephone call to Grace re: same (.10). | .30 |
| 01/15/10 | Ament | Attend to billing matters relating to 2010 billing rates for 2010 fee applications. | .50 |
| 01/22/10 | Ament | Attend to billing matters relating to 2010 rates for 2010 fee applications. | .50 |
| 01/25/10 | Ament | E-mails re: Dec. monthly fee application and quarterly fee application. | .10 |
| 01/25/10 | Muha | Revisions to fee and expense detail for December 2009 monthly fee application. | .70 |
| 01/26/10 | Lord | Draft, e-file and serve CNO to Reed Smith November monthly fee application. | .40 |
| 01/27/10 | Muha | Additional revisions to fee and expense details for December 2009 monthly application. | .40 |

```
172573  W. R. Grace & Co.                    Invoice Number  1967059
60029   Fee Applications-Applicant           Page    2
        February 26, 2010
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/28/10 | Ament | Calculate fees and expenses for Dec. monthly fee application (.70); prepare spreadsheet re: same (.40); draft Dec. monthly fee application (.30); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); e-mails with J. Lord re: quarterly fee application (.10). | 1.80 |
| 01/28/10 | Lord | Revise and prepare Reed Smith 102nd monthly fee application for e-filing and service (.9); communicate with S. Ament re: same and quarterly application (.1). | 1.00 |
| 01/28/10 | Muha | Make final review of and revisions to December 2009 monthly fee application. | .40 |

```
                                          ------
                          TOTAL HOURS      6.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Muha | 1.50 | at | $  400.00 | = | 600.00 |
| John B. Lord | 1.40 | at | $  240.00 | = | 336.00 |
| Sharon A. Ament | 3.50 | at | $  175.00 | = | 612.50 |

```
              CURRENT FEES                         1,548.50


                                               ------------
          TOTAL BALANCE DUE UPON RECEIPT        $1,548.50
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1967060
One Town Center Road                      Invoice Date      02/26/10
Boca Raton, FL   33486                    Client Number      172573

========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              64,817.50
     Expenses                               0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $64,817.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967060
One Town Center Road                      Invoice Date       02/26/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 01/03/10 | Blake | Emails with T. Rea re: assistance preparing mediation statement. | .10 |
| 01/04/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/04/10 | Blake | Meeting with T. Rea re: mediation statement. | .10 |
| 01/04/10 | Cameron | Attention to hearing issues (0.4); review materials regarding Speights claims (0.8). | 1.20 |
| 01/04/10 | Rea | Conference with K. Blake re: mediation statement. | .30 |
| 01/05/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/05/10 | Blake | Work on mediation memorandum for T. Rea (2.0); continue review of additional claim related produced documents and sixteen claim summary (2.0). | 4.00 |
| 01/05/10 | Cameron | E-mails regarding Speights claims. | .30 |
| 01/05/10 | Restivo | Work re: Speights' two Canadian claims and research re: medical asbestos payments reporting. | .70 |

172573  W. R. Grace & Co.                          Invoice Number   1967060
60033   Claim Analysis Objection, Resolution & EstimationPage    2
        (Asbestos)
        February 26, 2010


| Date | Name | | Hours |
|------|------|---|-------|

| 01/06/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/06/10 | Blake | Work on mediation memorandum for T. Rea (2.0); continue work on sixteen claim file summary (2.5). | 4.50 |
| 01/06/10 | Cameron | Review Speights and DSG claim materials. | .90 |
| 01/06/10 | Rea | E-mails to L. Flatley re: DGS mediation. | .10 |
| 01/07/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/07/10 | Blake | Correspond with Library re: Johns Manville claim file and state property information needed (0.5); work on mediation statement (9.8). | 10.30 |
| 01/07/10 | Cameron | Review materials from prior DGS mediation. | .80 |
| 01/07/10 | Young-Jones | Research re: CA state-owned property and other issues identified by K. Blake. | 2.80 |
| 01/08/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/08/10 | Blake | Work on mediation memo for T. Rea (2.0); email draft to T. Rea (0.1). | 2.10 |
| 01/09/10 | Cameron | Review materials relating to DGS mediation. | 1.00 |
| 01/11/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/11/10 | Cameron | Review joint pretrial for Canadian claims and e-mails regarding same (0.4); review DGS claim materials (0.4). | .80 |
| 01/11/10 | Flatley | With T. Rea re: preparation for mediation with DGS. | .60 |

172573  W. R. Grace & Co.                          Invoice Number   1967060
60033   Claim Analysis Objection, Resolution & EstimationPage   3
        (Asbestos)
        February 26, 2010


| Date | Name | | Hours |
|------|------|------|-------|
| 01/11/10 | Rea | Conference with L. Flatley re: DGS mediation (.5); review and revise mediation statement (.8); prepare pretrial report for Canadian claims (1.2). | 2.50 |
| 01/12/10 | Ament | Assist T. Rea with various issues relating to PD claims. | .20 |
| 01/12/10 | Rea | Revised DGS mediation statement. | 5.50 |
| 01/13/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/13/10 | Flatley | With T. Rea re: DGS mediation. | .20 |
| 01/13/10 | Rea | Drafted DGS mediation statement (4.5); revised pretrial statement for Canadian claims (.4). | 4.90 |
| 01/13/10 | Restivo | Telephone calls and emails re: executed Canadian settlement papers and pre-trial conference on remaining two Canadian claims. | 1.00 |
| 01/14/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/14/10 | Blake | Email to T. Rea re: building construction dates (0.1); attention to locating information and updating chart (1.5); additional work on sixteen claim file summary (3.8) | 5.40 |
| 01/14/10 | Cameron | Review draft mediation statement and e-mails regarding same. | .80 |
| 01/14/10 | Rea | Revised DGS mediation statement (2.2); revised pretrial statement for Canadian claims (.5). | 2.70 |
| 01/14/10 | Restivo | Work on DGS Mediation, Speights Canadian claims, and audit response. | 1.50 |
| 01/15/10 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573  W. R. Grace & Co.                              Invoice Number  1967060
60033   Claim Analysis Objection, Resolution & EstimationPage  4
        (Asbestos)
        February 26, 2010

| Date | Name | | Hours |
|------|------|---|-------|

| 01/15/10 | Blake | Conduct research on sixteen property locations including square footage and bids and work on sixteen claim files summary. | 5.20 |
| 01/15/10 | Flatley | Review draft mediation email and note to T. Rea (0.6); with T. Rea re: mediation statement (0.2). | .80 |
| 01/15/10 | Rea | Finalize DGS mediation statement and preparation for mediation. | 2.40 |
| 01/18/10 | Rea | Prepare motions for Canadian settlement agreements. | .90 |
| 01/18/10 | Rea | Finalize DGS mediation statement. | .50 |
| 01/19/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/19/10 | Blake | Additional research on sixteen property addresses and work on claim file summary (1.7); email to T. Rea re: claim file summary (0.1). | 1.80 |
| 01/20/10 | Blake | Final edits on sixteen claim file summary memo (1.1); conference with T. Rea on WR grace status and discovery (0.2). | 1.30 |
| 01/20/10 | Flatley | Emails re: DGS mediation. | .20 |
| 01/20/10 | Rea | Meeting with K. Blake re: DGS and e-mails re: mediation. | .60 |
| 01/21/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/21/10 | Blake | Work on asbestos square footage index needed by T. Rea for upcoming mediation and complete. | 1.10 |
| 01/21/10 | Cameron | Review DGS mediation statement and meet with T. Rea (0.9); telephone call with R. Finke regarding mediation (0.2); review notes from prior mediation (0.3). | 1.40 |

172573 W. R. Grace & Co.                                    Invoice Number   1967060
60033  Claim Analysis Objection, Resolution & EstimationPage   5
       (Asbestos)
       February 26, 2010


    Date    Name                                                      Hours
    ------- -----------                                               -----

    01/21/10 Flatley          Emails and replies about DGS             3.30
                              mediation preparation and other
                              preparation for meeting/call
                              (0.9); with T. Rea to prepare for
                              R. Finke call (0.9); conference
                              call with R. Finke and T. Rea re:
                              preparation for DGS mediation and
                              follow-up emails, etc. (1.1);
                              emails and replies (0.4).

    01/21/10 Rea              Preparation for DGS mediation            4.30
                              (4.0); call with D. Speights and
                              revisions to Canadian pretrial
                              statement (.3).

    01/21/10 Restivo          Pre-trial statement on remaining          .50
                              two Canadian claims.

    01/22/10 Ament            Assist team with various issues           .10
                              relating to PD claims.

    01/22/10 Cameron          Review DGS materials for mediation.       .90

    01/22/10 Flatley          Emails and replies re: mediation        1.40
                              (0.5); prepare for mediation (0.9).

    01/22/10 Rea              Multiple e-mails re: DGS mediation        .80
                              (.3); compile mediation binders
                              (.3); e-mails re: Omnibus Hearing
                              (.2).

    01/25/10 Ament            Assist team with various issues           .10
                              relating to PD claims.

    01/25/10 Cameron          Review materials relating to DSG        1.90
                              and Speights claims and meet with
                              J. Restivo and T. Rea (0.8);
                              prepare for and participate in
                              part of hearing/status conference
                              regarding Speights claims (1.1).

    01/25/10 Flatley          Preparation for DGS mediation to        5.20
                              be held January 27 (4.8); with T.
                              Rea and follow-up (0.4).

    01/25/10 Rea              Meeting with J. Restivo re:             3.60
                              Canadian trial (.3); call with J.
                              Welsh re: DGS mediation (.8);
                              Omnibus Hearing (1.0); revise
                              Canadian pre-trial statement (.2);

172573 W. R. Grace & Co.                          Invoice Number  1967060
60033  Claim Analysis Objection, Resolution & Estimation Page   6
       (Asbestos)
       February 26, 2010


| Date | Name | | Hours |
|------|------|---|-------|
| | | preparation for DGS mediation (1.3). | |
| 01/25/10 | Restivo | Omnibus Hearing (telephonic) re: Speights' Canadian claims. | 2.50 |
| 01/26/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/26/10 | Cameron | Meet with T. Rea regarding mediation, review mediation statements and e-mails regarding same (0.7); review Speights claims materials (0.4). | 1.10 |
| 01/26/10 | Flatley | Preparation for DGS mediation (1.3); with T. Rea re: preparation for mediation (0.4); emails and replies (0.2); further mediation preparation, including reviewing supplemental DGS memorandum and email about it (0.9); second meeting with T. Rea (0.3). | 3.10 |
| 01/26/10 | Rea | Preparation for DGS mediation. | 4.30 |
| 01/26/10 | Restivo | DGS mediation planning; receipt/review of various pleadings. | 1.00 |
| 01/27/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/27/10 | Flatley | Preparation for DGS mediation during travel to Philadelphia (2.5); with T. Rea to prepare for mediation (0.5); participate in mediation (7.5); follow-up with T. Rea (0.5). | 11.00 |
| 01/27/10 | Rea | Preparation for DGS mediation on trip to Philadelphia (1.5); participation in mediation (7.5); follow up with L. Flatley (.5); preparation with L. Flatley (.5). | 10.00 |
| 01/27/10 | Restivo | Telephone conference with D. Armstrong. | .40 |

172573 W. R. Grace & Co.                          Invoice Number   1967060
60033  Claim Analysis Objection, Resolution & Estimation Page   7
       (Asbestos)
       February 26, 2010


| Date | Name | | Hours |
|------|------|---|------|
| 01/28/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/28/10 | Cameron | Attention to e-mails regarding mediation of DGS claims. | .50 |
| 01/28/10 | Flatley | Emails re: DGS mediation status and moving forward. | .80 |
| 01/28/10 | Rea | Conference with K. Blake re: DGS mediation. | .30 |
| 01/28/10 | Restivo | Work on issues re: DGS mediation. | 1.00 |
| 01/29/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/29/10 | Flatley | Review/analyze materials following mediation (0.6); emails from R. Finke, et al. (0.1). | .70 |
| 01/29/10 | Rea | Multiple e-mails re: Canadian trial order. | .40 |

```
                                           ------
                          TOTAL HOURS      132.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 27.30 | at | $ 635.00 | = | 17,335.50 |
| Douglas E. Cameron | 11.60 | at | $ 630.00 | = | 7,308.00 |
| James J. Restivo Jr. | 8.60 | at | $ 685.00 | = | 5,891.00 |
| Traci Sands Rea | 44.10 | at | $ 455.00 | = | 20,065.50 |
| Kathleen M.K. Blake | 35.90 | at | $ 370.00 | = | 13,283.00 |
| Sharon A. Ament | 2.30 | at | $ 175.00 | = | 402.50 |
| Marguerita T. Young-Jones | 2.80 | at | $ 190.00 | = | 532.00 |

```
                          CURRENT FEES                        64,817.50


                                                         ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $64,817.50
                                                         ============
```