REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1967114 |
| Invoice Date | 02/26/10 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 1,379.12 |

TOTAL BALANCE DUE UPON RECEIPT      $1,379.12
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1967114
One Town Center Road               Invoice Date    02/26/10
Boca Raton, FL   33486             Client Number     172573
                                   Matter Number      60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                      6.16
    Duplicating/Printing/Scanning           776.20
    Courier Service - Outside               390.00
    Outside Duplicating                      24.65
    Legal Services                           30.00
    Parking/Tolls/Other Transportation       72.00
    Mileage Expense                          70.00
    General Expense                          10.11

                    CURRENT EXPENSES                    1,379.12
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $1,379.12
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967114
One Town Center Road                      Invoice Date      02/26/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/14/09 | Legal Services (not yet paid)<br>Court - Other - VENDOR: James J. Restivo Jr., De | 30.00 |
| 12/24/09 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/ | 24.65 |
| 12/31/09 | PACER | 6.16 |
| 01/01/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 900 COPIES | 90.00 |
| 01/01/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 126 COPIES | 12.60 |
| 01/01/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 119 COPIES | 11.90 |
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 119 COPIES | 11.90 |
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 134 COPIES | 13.40 |
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 35 COPIES | 3.50 |
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number  1967114
60026  Litigation and Litigation Consulting         Page    2
        February 26, 2010

| | | |
|---|---|---|
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 01/02/10 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Jan 02,<br>WRGrace.Litigation Hearings - secretarial<br>support overtime parking | 6.00 |
| 01/02/10 | Mileage Expense Mileage - VENDOR: Kathleen A.<br>Williams, Jan 02, WRGrace.Litigation Hearings -<br>secretarial support overtime - - mileage<br>to/from office | 40.00 |
| 01/03/10 | Mileage Expense Mileage - VENDOR: Teresa A.<br>Martin, Jan 03, 2010 Assist K&E with W.R. Grace<br>upcoming Hearing - mileage to/from office | 30.00 |
| 01/03/10 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Teresa A. Martin, Jan 03, 2010<br>Assist K&E with W.R. Grace upcoming Hearing<br>Parking at PNC Garage. | 6.00 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 191 COPIES | 19.10 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 83 COPIES | 8.30 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 64 COPIES | 6.40 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 136 COPIES | 13.60 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 288 COPIES | 28.80 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 137 COPIES | 13.70 |

172573 W. R. Grace & Co.                          Invoice Number  1967114
60026  Litigation and Litigation Consulting       Page   3
       February 26, 2010

| | | |
|---|---|---|
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 44 COPIES | 4.40 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.30 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 113 COPIES | 11.30 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 32 COPIES | 3.20 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 01/04/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Debbie E. Steinmeyer, Jan 04, Parking<br>Expense | 20.00 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 294 COPIES | 29.40 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 304 COPIES | 30.40 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 436 COPIES | 43.60 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 338 COPIES | 33.80 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       February 26, 2010

Invoice Number  1967114
Page   4

| | | |
|---|---|---:|
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 197 COPIES | 19.70 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 105 COPIES | 10.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 28 COPIES | 2.80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 156 COPIES | 15.60 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 126 COPIES | 12.60 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 565 COPIES | 56.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 122 COPIES | 12.20 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 67 COPIES | 6.70 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 457 COPIES | 45.70 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 13 COPIES | 1.30 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 93 COPIES | 9.30 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 208 COPIES | 20.80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 38 COPIES | 3.80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 144 COPIES | 14.40 |

172573  W. R. Grace & Co.                    Invoice Number  1967114
60026   Litigation and Litigation Consulting  Page   5
        February 26, 2010

| Date | Description | Amount |
|---|---|---|
| 01/05/10 | Duplicating/Printing/Scanning ATTY # 4810; 102 COPIES | 10.20 |
| 01/05/10 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Jan 05, Parking Expense | 20.00 |
| 01/05/10 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 01/05/10 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 01/05/10 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 65 COPIES | 6.50 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 45 COPIES | 4.50 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 32 COPIES | 3.20 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 308 COPIES | 30.80 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 71 COPIES | 7.10 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 01/06/10 | Parking/Tolls/Other Transportation Parking - VENDOR: Debbie E. Steinmeyer, Jan 06, Parking Expense | 20.00 |
| 01/07/10 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery of materials to Bankruptcy Court for continued hearings. | 5.00 |
| 01/07/10 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery of materials to Bankruptcy Court for continued hearings. | 5.00 |
| 01/19/10 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Service - Delivery of materials to Bankruptcy Court for continued hearings. | 45.00 |

172573  W. R. Grace & Co.                            Invoice Number  1967114
60026  Litigation and Litigation Consulting          Page    6
        February 26, 2010


01/19/10    Courier Service - Outside -- VENDOR: AMERICAN          45.00
            EXPEDITING: Messenger Trip -   Delivery of
            materials to Bankruptcy Court for continued
            hearings.

01/20/10    Duplicating/Printing/Scanning                           3.00
            ATTY # 4810; 30 COPIES

01/22/10    Duplicating/Printing/Scanning                           1.00
            ATTY # 4810; 10 COPIES

01/22/10    Duplicating/Printing/Scanning                            .20
            ATTY # 000559: 2 COPIES

01/26/10    Courier Service - Outside -- VENDOR: AMERICAN           5.00
            EXPEDITING: Messenger Trip -  Delivery of
            materials to Bankruptcy Court for continued
            hearings.

01/26/10    Courier Service - Outside -- VENDOR: AMERICAN         285.00
            EXPEDITING: Messenger Trips - US Steel Building
            - Delivery of materials to Bankruptcy Court for
            continued hearings.

01/26/10    Duplicating/Printing/Scanning                            .30
            ATTY # 000559: 3 COPIES

01/27/10    General Expense -- VENDOR: ALL-STATE                   10.11
            INTERNATIONAL, INC.: Tabs

01/27/10    Duplicating/Printing/Scanning                           1.50
            ATTY # 000559: 15 COPIES

01/28/10    Duplicating/Printing/Scanning                            .90
            ATTY # 000559: 9 COPIES

01/28/10    Duplicating/Printing/Scanning                            .10
            ATTY # 000559: 1 COPIES

01/28/10    Duplicating/Printing/Scanning                            .90
            ATTY # 000559: 9 COPIES

01/28/10    Duplicating/Printing/Scanning                           1.00
            ATTY # 000559: 10 COPIES

01/28/10    Duplicating/Printing/Scanning                           1.40
            ATTY # 000559: 14 COPIES

01/28/10    Duplicating/Printing/Scanning                            .30
            ATTY # 000559: 3 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1967114
60026  Litigation and Litigation Consulting       Page   7
       February 26, 2010


01/28/10    Duplicating/Printing/Scanning                        .30
            ATTY # 000559: 3 COPIES

01/29/10    Duplicating/Printing/Scanning                       1.50
            ATTY # 000559: 15 COPIES

01/29/10    Duplicating/Printing/Scanning                       1.50
            ATTY # 000559: 15 COPIES

01/29/10    Duplicating/Printing/Scanning                      11.10
            ATTY # 0718; 111 COPIES

01/29/10    Duplicating/Printing/Scanning                       3.60
            ATTY # 0718; 36 COPIES

                          CURRENT EXPENSES                  1,379.12
                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $1,379.12
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967116
One Town Center Road                      Invoice Date      02/26/10
Boca Raton, FL    33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                      4,163.62

                        TOTAL BALANCE DUE UPON RECEIPT        $4,163.62
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967116
One Town Center Road                      Invoice Date        02/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 0.65 |
| Telecopy Expense | 1.50 |
| PACER | 23.28 |
| Duplicating/Printing/Scanning | 101.20 |
| Postage Expense | 14.96 |
| Courier Service - Outside | 10.89 |
| Outside Duplicating | 107.51 |
| Court Reporter Expense | 36.90 |
| Parking/Tolls/Other Transportation | 42.00 |
| Air Travel Expense | 661.29 |
| Taxi Expense | 66.50 |
| Mileage Expense | 30.00 |
| Meal Expense | 11.94 |
| Telephone - Outside | 30.00 |
| General Expense | 3,025.00 |

                    CURRENT EXPENSES                    4,163.62
                                                   --------------

                    TOTAL BALANCE DUE UPON RECEIPT     $4,163.62
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967116
One Town Center Road                      Invoice Date      02/26/10
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 12/28/09 | Telephone - Outside<br>Telephone - VENDOR: Douglas E. Cameron, Dec 28,<br>Court Conference Call | 30.00 |
| 12/31/09 | PACER | 23.28 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/06/10 | Court Reporter Expense -- VENDOR: J & J COURT<br>TRANSCRIBERS: Hearing Transcript for 12/14/09 | 36.90 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |

172573  W. R. Grace & Co.                        Invoice Number  1967116
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        February 26, 2010


| Date | Description | Amount |
|---|---|---|
| 01/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 01/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/13/10 | Telecopy Expense<br>Fax Number: 2152460949 | 1.00 |
| 01/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 01/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 01/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/14/10 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Castello, D | .88 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 1536; 17 COPIES | 1.70 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 01/15/10 | Telecopy Expense<br>Fax Number: 2152460949 | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1967116
60033  Claim Analysis Objection, Resolution & Estimation Page    3
       (Asbestos)
       February 26, 2010


01/15/10    Postage Expense                                    13.64
            Postage Expense: ATTY # 001398 User: Charneicki,

01/18/10    Outside Duplicating B&W Copies D - Heavy          107.51
            Litigation/Binds - GBC/Tabs - - Binders and
            tabs for mediation materials.

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1967116
60033  Claim Analysis Objection, Resolution & EstimationPage    4
       (Asbestos)
       February 26, 2010


| | | |
|---|---|---|
| 01/18/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 01/19/10 | Courier Service - Outside 00843 UPS - Shipped<br>from Traci Rea Reed Smith LLP - Pittsburgh to<br>Jean Riffe JAMS PHILADELPHIA (PHILADELPHIA PA<br>19103) | 10.89 |
| 01/20/10 | General Expense -- VENDOR: JAMS, INC.: JAMS<br>Mediation services for DGS claim mediation. | 3025.00 |
| 01/20/10 | Duplicating/Printing/Scanning<br>ATTY # 3644; 127 COPIES | 12.70 |
| 01/20/10 | Postage Expense<br>Postage Expense: ATTY # 001398 User: Charneicki, | .44 |
| 01/21/10 | Duplicating/Printing/Scanning<br>ATTY # 1398; 667 COPIES | 66.70 |
| 01/21/10 | Telephone Expense<br>12152469494/PHILA, PA/3 | .20 |
| 01/21/10 | Telephone Expense<br>18039434444/HAMPTON, SC/9 | .45 |
| 01/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/22/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 1398; 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                              Invoice Number  1967116
60033  Claim Analysis Objection, Resolution & EstimationPage    5
       (Asbestos)
       February 26, 2010


| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 01/27/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Lawrence E. Flatley, Jan 27, 2 Parking<br>charge at Pittsburgh airport during mediation.. | 21.00 |
| 01/27/10 | Meal Expense Dinner - VENDOR: Lawrence E.<br>Flatley, Jan 27, 2010 - - One dinner. | 5.81 |
| 01/27/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Lawrence E. Flatley,<br>Agent Fee for ticket from Pittsburgh, PA to<br>Philadelphia, PA, and return to Pittsburgh, PA | 24.00 |
| 01/27/10 | Mileage Expense<br>Mileage - VENDOR: Lawrence E. Flatley, Jan 27, 2<br>Mileage driving to and from Pittsburgh airport | 30.00 |
| 01/27/10 | Air Travel Expense<br>Airfare - VENDOR: Lawrence E. Flatley, Jan 27, 2<br>Airfare from Pittsburgh, PA to Philadelphia, PA,<br>and return to Pittsburgh, PA | 259.40 |
| 01/27/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Lawrence E. Flatley,<br>Agent Fee for changing return flight from<br>Philadelphia, PA to Pittsburgh, PA | 24.00 |
| 01/27/10 | Taxi Expense<br>Taxi - VENDOR: Lawrence E. Flatley, Jan 27, 2010<br>Taxi charge to Philadelphia airport | 34.00 |

172573 W. R. Grace & Co.                        Invoice Number  1967116
60033  Claim Analysis Objection, Resolution & EstimationPage    6
       (Asbestos)
       February 26, 2010


01/27/10    Taxi Expense                                      32.50
            Taxi - VENDOR: Traci Sands Rea, Jan 27, 2010
            WRGrace.DGS Claims.Mediation (Pittsburgh to
            Philadalphia; Philadelphia to Pittsburgh)

01/27/10    Parking/Tolls/Other Transportation Parking -      21.00
            VENDOR: Traci Sands Rea, Jan 27, 2010
            WRGrace.DGS Claims.Mediation  - - parking at
            Pittsburgh airport during mediation.

01/27/10    Air Travel Expense                              305.89
            Airfare - VENDOR: Traci Sands Rea, Jan 27, 2010
            WRGrace.DGS Claims.Mediation (Pittsburgh to
            Philadalphia; Philadelphia to Pittsburgh)

01/27/10    Air Travel Expense                               48.00
            Travel Agent Fee - VENDOR: Traci Sands Rea, Jan
            WRGrace.DGS Claims.Mediation (Pittsburgh to
            Philadalphia; Philadelphia to Pittsburgh)

01/27/10    Meal Expense Dinner - VENDOR: Traci Sands Rea,     6.13
            Jan 27, 2010 WRGrace.DGS Claims.Mediation - -
            One dinner.

01/28/10    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

01/28/10    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

                    CURRENT EXPENSES                        4,163.62
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $4,163.62
                                                        ============