**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/22/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE EIGHTEENTH MONTHLY INTERIM
<u>PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010</u>**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                January 1, 2010 through January 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $7,392.00   [80% of $9,240.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $187.00

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088 | $2,415.28 | CNO Filed | CNO Filed |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 15.4 hours,[2] for a total amount billed of $9,240.00 of which 80% is currently sought, in the amount of $7,392.00, plus 100% of the expenses incurred during this period, in the amount of $187.00, for a total currently sought of $7,579.00.

As stated above, this is the Seventeenth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $900.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 8.4 | $5,040.00 |
| Fee Application Matters (Incl. Monthly and Quarterly Applications of FCR & Local Counsel) | 7.0 | $4,200.00 |
| TOTAL | 15.4 hours | $9,240.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

<u>EXPENSE SUMMARY</u>

| Description | Expense |
|---|---|
| Airline Cancellation Fee (Change to Telephone Omnibus hearing) | $150.00 |
| Courtcall | $37.00 |
|    TOTAL | $187.00 |

     Detail of the fees and expenses billed is attached hereto as Exhibit A.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 2nd day of March, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## NOTE NEW MAILING ADDRESS!

## INVOICE FOR PROFESSIONAL SERVICES (February, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 2/1/2010 | Prepare and file 17th monthly fee application | 1.5 |
| 2/4/2010 | Email from debtors' counsel re Neutrality Stipulation | 0.2 |
| 2/4/2010 | Conference with client re expense issue | 0.1 |
| 2/5/2010 | Prepare Quarterly Fee Applcation for the 35th Quarterly Period | 2.5 |
| 2/8/2010 | Review Monthly Operating Report (December 2009) | 0.4 |
| 2/8/2010 | Review Stipulation regarding Insurers' Section 502(e) Objections | 0.2 |
| 2/8/2010 | Review Certification of Counsel and Pre-Trial Submission regarding Canadian claims to be tried in April, 2010 | 0.2 |
| 2/8/2010 | Filing of Notice of Address Change | 0.2 |

| | | |
|---|---|---|
| 2/8/2010 | Revisions to and Filing and Service of 35th Quarterly Fee Application | 0.4 |
| 2/8/2010 | Review Insurance Neutrality Stipulation in preparation for February Omnibus hearing | 0.4 |
| 2/9/2010 | Review Certificate of No Objection to Termination of DIP and new LOC and Hedging Agreement | 0.1 |
| 2/9/2010 | Conference with client re February Omnibus hearing | 0.1 |
| 2/9/2010 | Review Certificate of No Objection to Extension of Advanced Refining Credit Agreement | 0.1 |
| 2/9/2010 | Prepare PD FCR's 35th Quarter Fee Application | 1.5 |
| 2/9/2010 | Review Certificate of No Objection to Exit Financing Engagement Letters and Fee Payments | 0.1 |
| 2/9/2010 | Prepare and file PD FCR's 12th Monthly Fee Application | 0.8 |
| 2/9/2010 | Review Certificate of No Objection re Insurance Neutrality Stipulation | 0.1 |
| 2/9/2010 | Review Withdrawal of CNO regarding DIP termination, etc. | 0.1 |
| 2/10/2010 | Review Certification of Counsel re Employee Benefits Claims Resolution Protocol | 0.2 |
| 2/10/2010 | Review Agenda for February Omnibus hearing | 0.2 |
| 2/10/2010 | Review Draft Certification of Counsel re Termination of DIP facility and entry into new LOC and Hedging Agreements and revised proposed Order and agreements | 0.6 |
| 2/10/2010 | Review Revised Draft of Certification of Counsel re Termination of DIP Facility and entry into new LOC and Hedging Agreements | 0.2 |
| 2/11/2010 | Email from Debtors' counsel re February Omnibus hearing | 0.1 |
| 2/11/2010 | Attention to arrangements for telephonic appearance at February Omnibus hearing | 0.1 |

| | | |
|---|---|---|
| 2/11/2010 | Review Amended Agenda for February Omnibus hearing | 0.1 |
| 2/12/2010 | Telephone conference with client re February Omnibus hearing | 0.1 |
| 2/12/2010 | Review Stipulation regarding Kaneb issues | 0.1 |
| 2/15/2010 | Review Amended Stipulation regarding Kaneb issues | 0.1 |
| 2/15/2010 | Review Second Amended Agenda for February Omnibus hearing | 0.1 |
| 2/15/2010 | Review Motion to Make Contribution to Employee Benefits Plans | 0.2 |
| 2/15/2010 | Email from Debtor regarding December Monthly Operating Report | 0.1 |
| 2/16/2010 | Review Notice of Errata to Certification of Counsel regarding DIP Financing termination, etc. Motion | 0.1 |
| 2/16/2010 | Review Stipulation between One Beacon and Plan Proponents | 0.3 |
| 2/16/2010 | Review Third Amended Agenda for February Omnibus hearing | 0.1 |
| 2/16/2010 | Attend telephonic February Omnibus Hearing | 0.8 |
| 2/16/2010 | Review Order approving Insurance Neutrality Stipulation | 0.1 |
| 2/16/2010 | Review Order authorizing entry into exit financing engagement letters | 0.1 |
| 2/16/2010 | Review Order authorizing extension of ART financing | 0.1 |
| 2/16/2010 | Review Order approving new LOC facility | 0.2 |
| 2/16/2010 | Review Order approving employee benefit claim protocol | 0.1 |
| 2/17/2010 | Emails to and from Bondholder re status of property damage claims | 0.2 |
| 2/18/2010 | Email from Scott Baena re bondholder request | 0.1 |
| 2/19/2010 | Review Order staying BNSF appeal | 0.1 |
| 2/19/2010 | Emails to and from client re Bondholder issue | 0.1 |

| | | |
|---|---|---|
| 2/22/2010 | Email from Debtors' counsel re conference call<br>on Retirement Plan issues | 0.1 |
| 2/22/2010 | Review Withdrawal of Appearance of David Bernick | 0.1 |
| 2/23/2010 | Emails to and from Fee Examiner re PD FCR<br>quarterly application and re ABR quarterly application | 0.3 |
| 2/23/2010 | Conference call regarding Debtors' retirement plan issues | 0.5 |
| 2/23/2010 | Prepare and file CNO re 17th monthly fee application | 0.2 |
| 2/24/2010 | Conference with client re new expense guidelines | 0.2 |
| 2/24/2010 | Review Certification of Counsel re Withdrawal<br>of Objection to Seaton Claim and proposed order | 0.2 |
| 2/25/2010 | Review Stipulation resolving Morgan Stanley objections | 0.1 |
| 2/25/2010 | Review Order withdrawing objection to Seaton claim | 0.1 |

Total: 15.4 hours @ $600.00/hour = $9,240.00

Expenses:  Detail on Exhibit 1– $187.00

**Total Fees and Expenses Due:  $9,427.00**

EXPENSES FOR FEBRUARY 2010                                                      EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 2/16/2010 | Airline Ticket Cancellation Penalty (Omnibus changed to Telephone only) | $150.00 |
| 2/16/2010 | Court Call (February Omnibus hearing) | $37.00 |
| | TOTAL EXPENSES | $187.00 |