**NO ORDER REQUIRED**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **W. R. GRACE & CO., et al.,** § | **Case No. 01-01139 (JKF)** |
| § | |
| *Debtors*. § | **Jointly Administered** |
| § | |
| § | **Objection Deadline: 3/1/10** |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 24263
(QUARTERLY FEE APPLICATION FOR 35TH PERIOD OF PD FCR)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifth Quarterly Fee Application of the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative (the "Applicant") for the 35th Quarterly period (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 1, 2010.

//

//

//

//

//

//

//

//

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Tel: (214) 744-5100
Fax: (214) 744-5101
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of March, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____