# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JANUARY 1-31, 2010



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 26, 2010
Client No. 17367
Invoice No. 1236709

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through January 31, 2010 in connection with the matters described on the attached pages: | $ | 356,994.00 |
| DISBURSEMENTS as per attached pages: | | 16,816.47 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 373,810.47 |

Matter(s): 17367/10, 11, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$829,930.32
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1236709*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1236709*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1236709*
*E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 26, 2010
Client No. 17367
Invoice No. 1236709

Orrick Contact: Roger Frankel

For Legal Services Rendered Through January 31, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 01/03/10 | P. Mahaley | Review documents provided by insurance company and Debtor relevant to settlement value. | 1.50 |
| 01/04/10 | P. Mahaley | Monitor closing argument in confirmation hearing for issues relevant to insurance settlements (6.9); confer with R. Horkovich and follow up re outstanding insurance settlement negotiations, including review of relevant documents (1.6). | 8.50 |
| 01/05/10 | P. Mahaley | Confer with counsel for ACC re status of insurance settlement negotiations (.5); attend closing argument of confirmation hearing to monitor impact on insurance issues (6.0); analyze documentation re deductible issue re insurance settlement value (1.0). | 7.50 |
| 01/06/10 | P. Mahaley | Analyze insurance settlement proposals and terms (1.8); review and revise draft letter to insurer responding to coverage position (.5); prepare for and conduct telephone conference with J. Posner re evidence refuting insurer settlement position (1.7); draft insurance settlement documents (2.9). | 6.90 |
| 01/07/10 | P. Mahaley | Draft insurance settlement documents. | 6.10 |
| 01/08/10 | D. Felder | Review draft insurance settlement agreement for P. Mahaley and provide comments regarding same. | 1.00 |
| 01/08/10 | P. Mahaley | Draft settlement agreement documents (3.7); attend team meeting re insurance settlement strategy (2.0); confer with R. Wyron re proposed settlement terms (.8). | 6.50 |
| 01/11/10 | D. Felder | Review draft insurance settlement agreements and provide comments to P. Mahaley. | 1.80 |
| 01/12/10 | D. Felder | Review draft insurance settlement agreements for P. Mahaley and provide comments regarding same. | 2.50 |
| 01/12/10 | P. Mahaley | Analyze potential response to BNSF appeal of court's approval of Royal settlement agreement (.5); revise insurance settlement documents (3.6). | 4.10 |
| 01/13/10 | D. Felder | Review draft insurance settlement agreements for P. Mahaley and note issues regarding same. | 2.10 |
| 01/13/10 | P. Mahaley | Draft insurance settlement documents. | 1.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    February 26, 2010
17367    Invoice No. 1236709
page 2

| 01/14/10 | P. Mahaley | Draft insurance settlement documents. | 7.30 |
|---|---|---|---|
| 01/15/10 | D. Felder | Review multiple draft insurance settlement agreements for P. Mahaley and note issues regarding same. | 3.00 |
| 01/15/10 | P. Mahaley | Draft settlement documents (2.4); analyze and develop settlement strategy for insurer (1.3); prepare for and conduct telephone conference with R. Horkovich and R. Wyron re insurance settlement strategy (.6). | 4.30 |
| 01/19/10 | P. Mahaley | Draft insurer settlement agreements (2.3); confer with insurer counsel re terms of settlement agreement (.5). | 2.80 |
| 01/20/10 | P. Mahaley | Confer with counsel for Plan Proponents re settlement position re insurer. | 1.00 |
| 01/21/10 | P. Mahaley | Review settlement position letter and exhibits presented by insurer and draft written analysis of same (7.6); analyze draft settlement agreement presented by insurer (1.1). | 8.70 |
| 01/22/10 | P. Mahaley | Confer with R. Wyron and D. Felder re strategy re outstanding insurance-related settlements (1.0); analyze draft settlement agreement proposed by insurer and draft summary of analysis (4.4). | 5.40 |
| 01/26/10 | P. Mahaley | Analyze settlement strategy with insurer (1.3); draft memorandum summarizing status of insurance settlement negotiations and proposed settlements for D. Austern (3.6). | 4.90 |
| 01/27/10 | P. Mahaley | Prepare for and participate in team meeting re insurance settlement strategy (1.4); revise memorandum to D. Austern re insurance settlement strategy (.7); analyze draft Plan change language and stipulation with insurer re successor claims and discuss with R. Wyron (2.4). | 4.50 |

Total Hours    92.30
Total For Services    $59,943.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 10.40 | 645.00 | 6,708.00 |
| Peri N. Mahaley | 81.90 | 650.00 | 53,235.00 |
| Total All Timekeepers | 92.30 | $649.44 | $59,943.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

February 26, 2010
Invoice No. 1236709

Disbursements

| | | |
|---|---:|---:|
| Document Reproduction | 5.30 | |
| Local Taxi Expense | 40.00 | |
| Out of Town Business Meals | 40.18 | |
| Outside Services | 75.20 | |
| Parking Expense | 60.00 | |
| Purchases | 52.98 | |
| Telephone | 14.64 | |
| Travel Expense, Air Fare | 626.20 | |
| Travel Expense, Out of Town | 396.72 | |
| Westlaw Research | 27.50 | |
| Total  Disbursements | | $1,338.72 |
| | | |
| **Total For This Matter** | | **$61,281.72** |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

February 26, 2010
Invoice No. 1236709

For Legal Services Rendered Through January 31, 2010 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/01/10 | R. Frankel | Review briefs, notebook in preparation for closing argument. | 1.40 |
| 01/01/10 | R. Frankel | Review TDP sections re indirect claims. | 0.70 |
| 01/01/10 | R. Frankel | Review allocation of all arguments for closing. | 0.90 |
| 01/02/10 | R. Wyron | Review stipulations on 502(e), Kaneb, neutrality, Sealed Air successor claims and order of argument, and follow-up (2.4); organize notes for hearing (.7). | 3.10 |
| 01/02/10 | R. Frankel | Review Kaneb stipulation (.4); CNA stipulation (.3); MCC stipulation (.4); insurance neutrality stipulation (.7). | 1.80 |
| 01/02/10 | R. Frankel | Prepare outline for general FCR argument. | 1.20 |
| 01/03/10 | J. Guy | Prepare for oral argument. | 3.00 |
| 01/03/10 | R. Smith | Review e-mail messages regarding share issuance agreement. | 0.30 |
| 01/03/10 | R. Wyron | Review draft stipulations on 502(e), successor claims injunctions and MCC, and organize comments (1.3); prepare outline for plan changes on agreed and pending deals (.9); confer with R. Frankel re strategy and follow up (.8); review pending settlement issues (1.1). | 4.10 |
| 01/03/10 | R. Frankel | Confer with R. Wyron, D. Felder, P. Mahaley in preparation for hearing. | 0.90 |
| 01/03/10 | R. Frankel | Review, edit outlines in preparation for closing argument (1.2); review stipulation re MCC issues (.4). | 1.60 |
| 01/03/10 | R. Frankel | Review BNSF TDP draft section, insurance status chart, memo re insurer settlement during travel to Pittsburgh. | 1.40 |
| 01/03/10 | R. Frankel | Review trial notebook in preparation for closing argument. | 1.90 |
| 01/03/10 | R. Frankel | Telephone conference with Plan Proponents and objectors re closing argument process. | 0.70 |
| 01/04/10 | D. Fullem | Review recent opinion issued by Third Circuit on State of Montana appeal. | 0.30 |
| 01/04/10 | D. Fullem | Review docket updates. | 0.20 |
| 01/04/10 | D. Felder | Attend confirmation hearing closing arguments. | 9.50 |
| 01/04/10 | Z. Finley | Review deferred payment documents in response to inquiries from Grace trial team; e-mail to R. Smith regarding same. | 0.70 |
| 01/04/10 | K. Orr | Review and analyze docket entries (.1); various e-mails to/from internal team and opposing counsel regarding oral argument (.2). | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                February 26, 2010
17367                                                                           Invoice No. 1236709
page 5

| 01/04/10 | J. Guy | Attend oral argument. | 6.50 |
|---|---|---|---|
| 01/04/10 | R. Smith | Attention to arguments raised by CNA with respect to share issuance agreement (1.5); attention to related e-mail messages (.2); call with Z. Finley (.1). | 1.80 |
| 01/04/10 | R. Wyron | Confer with ACC counsel on pending settlements (.4); confer with insurers on potential settlements and follow up (.8); confer with BNSF regarding TDP changes re section 5.14, and follow up e-mails re same (1.1); confer with objector re potential settlement (.4); attend argument on Libby issues (2.8); confer regarding indirect claimant objections (.6); attend argument on insurer objections (1.9); confer with P. Lockwood and D. Cohn re Libby issues and follow up (1.1); confer with R. Frankel re strategy for BNSF and Garlock arguments, and follow up (.9); work on outline for settlements (1.2). | 11.20 |
| 01/04/10 | R. Frankel | Review deferred payment agreement, intercreditor agreement re hearing arguments. | 1.10 |
| 01/04/10 | R. Frankel | Attend hearing on closing argument in Pittsburgh. | 9.80 |
| 01/04/10 | R. Frankel | Confer with R. Wyron, P. Lockwood, D. Felder, P. Mahaley in preparation for argument. | 1.70 |
| 01/04/10 | R. Frankel | Telephone conference with T. Freedman in preparation for argument (.3); notes re same (.3). | 0.60 |
| 01/04/10 | R. Frankel | Prepare for closing argument re BNSF, Montana. | 0.90 |
| 01/05/10 | D. Fullem | Review docket update. | 0.10 |
| 01/05/10 | D. Felder | Attend confirmation hearing closing arguments. | 6.50 |
| 01/05/10 | K. Orr | Review and analyze docket (.1); review of first-day confirmation hearing transcript (.3). | 0.40 |
| 01/05/10 | R. Wyron | Confer with T. Freedman on indirect claims strategy (.8); organize outline of new indirect claims issues (.6); review TDP claims provisions re Longacre/National Union (.4); attend argument on indirect claims issues and follow-up (2.7); work on objector issues and follow-up (1.1); confer with counsel for insurers on potential settlements (.8); attend hearing on successor claims objections (1.7); confer with counsel re potential settlement (.6); confer with ACC counsel re strategy (.8). | 9.50 |
| 01/05/10 | R. Frankel | Confer with T. Freedman, R. Wyron in preparation for closing argument. | 0.90 |
| 01/05/10 | R. Frankel | Prepare for closing argument. | 0.60 |
| 01/05/10 | R. Frankel | Attend hearing in Pittsburgh on closing argument, including discussions during lunch break. | 10.20 |
| 01/05/10 | R. Frankel | Confer with P. Lockwood, R. Wyron re confirmation issues. | 1.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

February 26, 2010
Invoice No. 1236709

| | | | |
|---|---|---|---|
| 01/06/10 | D. Felder | Attention to Canadian ZAI issues (5.5); e-mail correspondence with R. Frankel and R. Wyron regarding same (.5); attention to Royal appeal and review docket regarding same (.3). | 6.30 |
| 01/06/10 | R. Wyron | Review transcript from 1/5 for follow-up (1.2); attend continued successor claims injunction hearing (2.1); review proposed MCC stipulation and provide comments (.4); attend lender hearing (2.2); confer with debtors' counsel re strategy (.6); confer with insurer re issues (.3). | 6.80 |
| 01/06/10 | R. Frankel | Attend hearing on closing argument (Day 3) in Pittsburgh. | 5.70 |
| 01/06/10 | R. Frankel | Confer with R. Wyron, M. Gianotto, T. Freedman during travel to DC. | 0.70 |
| 01/06/10 | R. Frankel | Prepare notes in connection with closing arguments during travel. | 0.80 |
| 01/07/10 | D. Felder | Begin review of docket regarding various pleadings and motions (3.4); attention to BNSF and Libby appeals from Royal approval order and e-mail P. Mahaley regarding same (1.2); review confirmation hearing transcripts regarding BNSF issues and e-mail to R. Wyron regarding same (1.0). | 5.60 |
| 01/07/10 | R. Wyron | Review BNSF issues re appeal and follow-up (.6); review settlement issues and follow-up (.3); organize agenda of open items for discussion (.4); confer with K. Orr on findings and conclusions and follow-up (.3); confer with J. Biggs re status (.3); begin review of CDN ZAI issues (.8); notes on plan amendments (.4). | 3.10 |
| 01/07/10 | R. Frankel | Review Manchester case cited by K&E in closing argument (.5); review post-trial brief re same (.8). | 1.30 |
| 01/07/10 | R. Frankel | Review files. | 1.20 |
| 01/07/10 | R. Frankel | Review letters from R. Horkovich to E. DeCristofaro dated 12/24/09 and 1/6/10 re defenses to coverage (.9); consider insurer settlement issues (.5). | 1.40 |
| 01/07/10 | R. Frankel | Review e-mail memos from D. Felder re position of Canada (.6); review Factum of AG of Canada filed 12/7/09 in Ontario (.9). | 1.50 |
| 01/08/10 | S. Cruzado | Review documents in preparation for trial. | 1.00 |
| 01/08/10 | J. Burke | Attend confirmation strategy meeting with Orrick team. | 1.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

February 26, 2010
Invoice No. 1236709

| 01/08/10 | D. Felder | Review proofs of claim filed by Crown (.5); review Canadian ZAI Claimants' application to employ representative counsel and Hogan law firm and exhibits thereto (1.3); consider issues regarding same (1.0); review pleadings filed in Canadian Court regarding Amended Minutes of Settlement (2.8); prepare for meeting with Orrick team regarding update, strategy and next steps (1.0); attend Orrick team meeting regarding same (1.8); telephone conference with M. Hurford regarding update (.2); prepare, revise and finalize FCR's statement regarding Canadian ZAI Claimants' application to employ Representative Counsel (3.5); review documents from J. Baer (.5). | 12.60 |
|---|---|---|---|
| 01/08/10 | D. Felder | Attention to TDP issues and e-mail to R. Wyron regarding same. | 0.50 |
| 01/08/10 | K. Orr | Office conference regarding confirmation hearing, outstanding appeals, and status of various settlements. | 1.40 |
| 01/08/10 | J. Guy | Attend Orrick team meeting re argument issues. | 1.50 |
| 01/08/10 | R. Wyron | Review insurance issues with P. Mahaley and follow-up (.8); review open issues with litigation team (.7); confer on settlement strategy with Grace team (.8); organize strategy on CDN issues and follow-up (.4); calls to T. Freedman, D. Hogan and A. Rich re CDN issues (.4); review draft response and confer with R. Frankel re same (.5); finalize response (.3); respond to e-mails re BNSF issues (.3). | 4.20 |
| 01/08/10 | R. Frankel | Review and edit agenda (.3); prepare for internal meeting (.4). | 0.70 |
| 01/08/10 | R. Frankel | Review Chakarian 3d Circuit opinion (1.2); prepare notes re same (.3). | 1.50 |
| 01/08/10 | R. Frankel | Confer with Grace team re confirmation hearing, settlements, Canadian issues. | 1.70 |
| 01/08/10 | R. Frankel | Review, edit response to application to employ special Canadian counsel (.5); confer with R. Wyron re same (.3). | 0.80 |
| 01/09/10 | R. Wyron | Begin review of exit financing issues and e-mails re same. | 0.40 |
| 01/09/10 | R. Frankel | Review objection of Canada to appointment of counsel for Canadian ZAI claimants (1.3); notes re same (.3). | 1.60 |
| 01/09/10 | R. Frankel | Review preliminary agenda for January 25 hearing. | 0.40 |
| 01/09/10 | R. Frankel | Review updated insurance settlement chart. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          February 26, 2010
17367                                                                        Invoice No. 1236709
page 8

| 01/11/10 | D. Felder | Review Crown's objection to Canadian ZAI Claimants' application to appoint Representative Counsel and Hogan law firm (.5); attention to Libby and BNSF appeals of Arrowood settlement agreement and e-mails regarding same (.5); review notices of appeal and pleadings regarding same (.4); e-mail correspondence regarding discovery propounded on Seaton and review same (.3); begin review of recently filed pleadings and docket regarding upcoming hearings and deadlines (3.0). | 4.70 |
|---|---|---|---|
| 01/11/10 | R. Wyron | Review Canada issues (.9); work on 502(e) stipulation (.3); review and respond to e-mails re status of pending settlements (1.1); review update e-mails on BNSF appeals (.4). | 2.70 |
| 01/11/10 | R. Frankel | Review suggested language from D. Glosband re indirect claims, series of e-mails re same. | 0.50 |
| 01/11/10 | R. Frankel | Review various e-mails, pleadings re Canada, new ZAI settlement (.7); e-mail Canada justice department (.2). | 0.90 |
| 01/11/10 | R. Frankel | Confer with R. Wyron re settlement issues. | 0.50 |
| 01/11/10 | R. Frankel | Review settlement file in connection with objectors (1.2); telephone conference with D. Austern re closing arguments, settlement status (.4). | 1.60 |
| 01/11/10 | R. Frankel | Review notice of deposition of Seaton (.3); review exhibits to Canada objection (.4). | 0.70 |
| 01/12/10 | D. Felder | Review documents regarding exit financing and related issues (1.0); conference with R. Wyron regarding TDP issues and e-mail correspondence regarding same (.6); e-mail correspondence with J. Radecki regarding exit financing issues and follow-up (.3). | 1.90 |
| 01/12/10 | R. Wyron | Review Canada correspondence and issues (.9); continue work on 502(e) stipulation and follow-up with D. Glosband and T. Freedman (.8); call with P. Lockwood on open issues and follow-up (.6); review draft agreement and follow-up with P. Mahaley (1.1); follow-up on BNSF issue and e-mails re same (.3); review revised draft 5.14 of TDP and follow-up (.3). | 4.00 |
| 01/12/10 | R. Frankel | Review series of e-mails re Libby, Canada issues (.4); confer with R. Wyron re status of various Grace issues (.3). | 0.70 |
| 01/13/10 | D. Fullem | Review e-mail from D. Felder regarding date change in February omnibus hearing. | 0.10 |
| 01/13/10 | J. Burke | Case law research regarding confirmation issue. | 0.90 |
| 01/13/10 | D. Felder | Review Crown's objection to plan and exhibits and note issues regarding same. | 2.50 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

February 26, 2010
Invoice No. 1236709

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/13/10 | R. Wyron | Review Canadian pleadings (1.8); calls re pending settlements (.3); review correspondence from F. Monaco (.3); organize outline of pending issues and confer with R. Frankel re same (.6). | 3.00 |
| 01/13/10 | R. Frankel | Review objection to confirmation of Canada (1.6); notes re same (.3); review with R. Wyron (.3). | 2.20 |
| 01/13/10 | R. Frankel | Review Libby issues (.4); telephone conference with D. Bernick re settlement issues (.3); confer with R. Wyron re same (.3). | 1.00 |
| 01/13/10 | R. Frankel | Review letter from F. Monaco (.3); review Section 524(g) re same (.5). | 0.80 |
| 01/13/10 | R. Frankel | Review issues re resolution of claims (.4); review draft TDP section re contractual indemnity claims (.5). | 0.90 |
| 01/13/10 | R. Frankel | Review series of e-mails re settlement issues, Canada. | 0.30 |
| 01/14/10 | J. Burke | Case law research regarding confirmation issues (2.2); confer with R. Wyron regarding research (.1). | 2.30 |
| 01/14/10 | D. Felder | E-mail correspondence regarding appeal of Arrowood settlement agreement (.2); review e-mails regarding next steps and updates (1.0); telephone conference with R. Wyron and J. Radecki regarding exit financing (.5). | 1.70 |
| 01/14/10 | R. Wyron | Review DIP and exit financing terms from Debtors (.8); call with J. Radecki on issues and follow-up (.5); respond to e-mails re exit financing issues (.3); draft and revise response to Montana inquiry (1.3); confer with R. Frankel re strategy and e-mails re same (.7); calls to D. Cohn and P. Lockwood re Libby (.3); continue review of Canada pleadings (.9); confer with J. Burke re research and follow-up (.4). | 5.20 |
| 01/14/10 | R. Frankel | Review series of e-mails re objector issues (.4); telephone conference with R. Wyron re Montana letter (.3). | 0.70 |
| 01/14/10 | R. Frankel | Review issues re status of potential settlement. | 0.40 |
| 01/15/10 | D. Felder | Review Canadian pleadings and related documents in preparation for conference call (1.3); conference with R. Wyron regarding same (.1); review Longacre/National Union issues (.5); review plan modifications (.5); review correspondence from R. Wyron regarding Montana issues (.1); telephone conference with Debtors' counsel and ACC regarding various issues (1.2). | 3.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

February 26, 2010
Invoice No. 1236709

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/15/10 | R. Wyron | Review Canada documents (.8); call with Grace counsel on Canada issues, special counsel, Libby issues, National Union and pending settlements, and follow-up (1.8); confer with P. Mahaley and R. Horkovich on CNA issues and insurance settlements (.4); update to do list and follow-up (.3); review and finalize response to Montana (.3); review order on CDN Rep Counsel (.2); follow-up on Libby issues with D. Cohn (.3). | 4.10 |
| 01/15/10 | R. Frankel | Telephone conferences with R. Wyron re conference call, Libby issues. | 0.40 |
| 01/15/10 | R. Frankel | Review series of e-mails re Libby, Canada. | 0.30 |
| 01/15/10 | R. Frankel | Review draft letter to F. Monaco (.3); review Frenville (.6). | 0.90 |
| 01/15/10 | R. Frankel | Review draft motion and order to pay exit financing fees, engagement of exit financing lenders, affidavit of Blackstone. | 1.10 |
| 01/15/10 | R. Frankel | Review proposed engagement letters with exit financing lenders. | 0.60 |
| 01/15/10 | R. Frankel | Telephone conference with Messrs. D. Bernick, P. Lockwood, R. Wyron re Grace-Canada, National Union, Libby (.6); notes re same (.2). | 0.80 |
| 01/16/10 | R. Frankel | Review Rep. Counsel Reply & Motion for Leave to Objection of Crown to Appointment of CCAA Counsel (.9); consider FCR related issues (.4). | 1.30 |
| 01/18/10 | R. Wyron | Work on Libby issues list (.3); begin review of additional documents re CDN ZAI (.8). | 1.10 |
| 01/18/10 | R. Frankel | Review exhibits to Rep. Counsel Reply to Canada objection to appointment - Endorsement of Ontario Superior Court, Order of Appointment. | 1.60 |
| 01/18/10 | R. Frankel | Review objection of the Crown to confirmation. | 0.60 |
| 01/19/10 | J. Burke | Research regarding confirmation issues. | 1.70 |
| 01/19/10 | D. Felder | Review Crown's response and exhibits to Representative Counsel appointment (1.0); e-mail correspondence regarding same (.5); review Crown's plan objection and Plan Proponents' draft response (2.4); review revisions to same and provide comments (2.0); conference with R. Frankel and R. Wyron regarding update, strategy and next steps (.7); review term sheet from objector and comments regarding same (1.0); e-mail correspondence with Debtors and ACC regarding Plan Proponents' response to Crown's plan objection and follow-up regarding same (1.4); prepare proposed language regarding Representative Counsel issues and e-mail correspondence with R. Wyron regarding same (.4). | 9.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

February 26, 2010
Invoice No. 1236709

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/19/10 | R. Wyron | Review Rep. Counsel response (.4); review response to Canada's objection and follow-up (.8); review term sheet re potential settlement and follow-up (1.6); call with D. Cohn re Libby issues and follow-up (.4); review and comment on proposed language re FCR (.4). | 3.60 |
| 01/19/10 | R. Frankel | Review draft response to objection to confirmation filed by Canada (.9); notes re same (.2). | 1.10 |
| 01/19/10 | R. Frankel | Review potential settlement agreement, term sheets in preparation for call with counsel. | 0.80 |
| 01/19/10 | R. Frankel | Confer with R. Wyron, D. Felder re Grace/Canada issues (.6); notes re same (.2). | 0.80 |
| 01/19/10 | R. Frankel | Review draft changes to Plan Proponents response to Canada objection to confirmation. | 0.40 |
| 01/19/10 | R. Frankel | Review draft Term Sheet from counsel for objector (1.1); confer with R. Wyron re same (.4). | 1.50 |
| 01/19/10 | R. Frankel | Review proposed language re order appointing special Canadian counsel. | 0.60 |
| 01/20/10 | J. Burke | Research regarding confirmation issue. | 0.90 |
| 01/20/10 | D. Felder | Review recently filed pleadings (.5); e-mail correspondence regarding Representative Counsel issues (.4); review agenda for January omnibus hearing (.2); review Plan Proponents' response to Crown's confirmation objection (.5). | 1.60 |
| 01/20/10 | R. Wyron | Review BNSF issues (.4); call with D. Glosband and follow-up (.8); confer with R. Frankel and e-mails re same (.6); call with Libby claimants (2.1); call regarding Longacre/National Union and follow-up (.8); review status of BNSF appeal (.3); work on settlement outline (.9); review Rep Counsel issue and e-mails re same (.4). | 6.30 |
| 01/20/10 | R. Frankel | Review agenda for January 25 hearing (.4); begin preparation on Canadian issue (.4). | 0.80 |
| 01/20/10 | R. Frankel | Review redlined version of draft Term Sheet. | 0.60 |
| 01/20/10 | R. Frankel | Confer with R. Wyron re BNSF issues. | 0.50 |
| 01/20/10 | R. Frankel | Review memo from P. Mahaley re insurers status, counteroffer, e-mail re same. | 0.60 |
| 01/20/10 | R. Frankel | Telephone conference with R. Wyron, P. Lockwood, D. Cohn, J. Heberling. | 1.90 |
| 01/20/10 | R. Frankel | Review issues in connection with counter-proposal. | 0.60 |
| 01/20/10 | R. Frankel | Confer with R. Wyron, consider issues re National Union, Longacre. | 0.70 |
| 01/21/10 | D. Fullem | Follow up on Grace new financing plan; obtain news report and circulate. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     February 26, 2010
17367                                                                    Invoice No. 1236709
page 12

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/21/10 | R. Wyron | Review BNSF and Libby issues (1.1); call with Grace on Seaton/OneBeacon issues and follow-up (.9); call with P. Lockwood on pending settlements and follow-up (2.6); organize notes on pending settlements (.8); review BNSF appeal issue and e-mails re same (.3); review CNA correspondence and analysis (.6); follow-up on Rep Counsel (.3). | 6.60 |
| 01/21/10 | R. Frankel | Telephone conference with D. Austern and follow-up. | 0.50 |
| 01/21/10 | R. Frankel | Review M. Gianotto letter re CNA issues, related exhibits. | 1.40 |
| 01/21/10 | R. Frankel | Review stipulation re appeal of Arrowood settlement. | 0.30 |
| 01/22/10 | D. Felder | Review recently filed pleadings and prepare notes regarding same (1.5); conference with R. Frankel and R. Wyron regarding update, strategy and next steps (1.0); telephone conference with Debtors and ACC regarding settlement updates and next steps (1.2); telephone conference with insurer's counsel and ACC regarding settlement issues (.8); review stipulation and e-mails regarding same (.5); review term sheet regarding potential settlement and e-mails regarding same (1.0); conference with R. Wyron and P. Mahaley regarding update and next steps (.6). | 6.60 |
| 01/22/10 | R. Wyron | Call with Grace lawyers on Libby, National Union/Longacre, and potential deal, and follow-up (1.3); call with D. Glosband on global deal and follow-up (1.2); confer with P. Mahaley and D. Felder on status (.8); work on 502(e) issues (.3); calls to and from D. Cohn and e-mails re same (.3); calls and e-mails regarding Rep Counsel (.4); work on MCC issues (.8). | 5.10 |
| 01/22/10 | R. Frankel | Review P. Mahaley memo re CNA issues, M. Gianotto letter. | 1.20 |
| 01/22/10 | R. Frankel | Review D. Glosband term sheet in preparation for telephone conference. | 0.70 |
| 01/22/10 | R. Frankel | Prepare notes re potential settlement of outstanding asbestos objectors. | 0.80 |
| 01/22/10 | R. Frankel | Confer with R. Wyron, D. Felder re Libby, BNSF, CNA, Seaton. | 1.10 |
| 01/22/10 | R. Frankel | Telephone conference with D. Bernick, F. Freedman, P. Lockwood re Libby, related issues. | 1.30 |
| 01/22/10 | R. Frankel | Review stipulation, agreed order re 502(e) issue. | 0.40 |
| 01/22/10 | R. Frankel | Telephone conference with D. Glosband, P. Lockwood, R. Wyron re Term Sheet issues (.7); notes re same (.2). | 0.90 |
| 01/22/10 | R. Frankel | Review pleadings filed by CCAA counsel, responses in preparation for hearing. | 1.80 |
| 01/22/10 | R. Frankel | Series of e-mails re CCAA issues re FCR. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

February 26, 2010
Invoice No. 1236709

| 01/24/10 | D. Felder | Prepare revised proposed order regarding representative counsel and e-mail correspondence regarding same. | 0.70 |
|---|---|---|---|
| 01/24/10 | R. Wyron | Prepare for hearing on special counsel motion by Rep Counsel (1.8); organize materials on potential deal (.8). | 2.60 |
| 01/24/10 | R. Frankel | Review files, pleadings in preparation for hearing (1.4); prepare notes for argument re Canada (.7). | 2.10 |
| 01/24/10 | R. Frankel | Review drafts of orders from D. Felder re Canada issues, retention of CCAA counsel. | 0.70 |
| 01/25/10 | J. Burke | Research regarding confirmation issue. | 1.60 |
| 01/25/10 | D. Felder | Review Third Circuit opinion regarding preliminary injunction (.5); telephonic participation in omnibus hearing (5.4). | 5.90 |
| 01/25/10 | K. Orr | E-mails to/from R. Wyron regarding open issues. | 0.10 |
| 01/25/10 | R. Wyron | Prepare for hearing on Rep Counsel issue (.4); confer with D. Hogan and Rep Counsel, and resolve issues (.6); participate in Rep Counsel hearing (.4); confer with Canadian counsel and follow-up (.7); confer with Grace counsel re Canadian solution and follow-up (.8); outline Libby issues for 1/26 call (.3); revise outline of potential settlement program (1.3); attend lender argument and follow-up (2.2); revise outline of pending deals (.4). | 7.10 |
| 01/25/10 | R. Frankel | Prepare for hearing re retention of special Canadian counsel, confer with R. Wyron. | 1.30 |
| 01/25/10 | R. Frankel | Attend Omnibus hearing. | 5.10 |
| 01/25/10 | R. Frankel | Prepare notes, consider Canada settlement issues. | 0.80 |
| 01/26/10 | J. Burke | Research regarding confirmation issue (4.3); confer with R. Wyron regarding research findings (.3). | 4.60 |
| 01/26/10 | R. Wyron | Draft and revise potential settlement outline (1.4); review pending insurance settlement issues (.6); review update memo to D. Austern re settlement (.3); follow-up on Grace/Canada issues (.4). | 2.70 |
| 01/26/10 | R. Frankel | Review open issues in connection with potential settlement (.8); telephone conferences with R. Wyron re status, conversation with D. Cohn, J. Heberling (.3). | 1.10 |
| 01/26/10 | R. Frankel | Review memo from P. Mahaley to D. Austern re insurance settlements, notes re same. | 0.70 |
| 01/27/10 | J. Burke | Attend confirmation strategy meeting with Orrick team (.9); e-mail to R. Wyron regarding research findings (.8); case law research regarding appellate opinion in collateral proceeding (.1). | 1.80 |
| 01/27/10 | D. Felder | Prepare for strategy meeting with Orrick team (1.0); strategy conference with Orrick team (1.0); follow-up regarding same (1.5); review pleadings for February omnibus hearing (1.0). | 4.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

February 26, 2010
Invoice No. 1236709

| 01/27/10 | K. Orr | Office conference with team regarding status of potential settlements and case status. | 1.00 |
|---|---|---|---|
| 01/27/10 | R. Wyron | Review e-mail from D. Cohn and respond (.3); review status with OHS team and follow up (.9); confer with R. Frankel re open issues on global deal (.3); call to M. Giannotto (.2); review insurance settlement status (.4). | 2.10 |
| 01/27/10 | R. Frankel | Confer with Grace team re pending litigation and settlement issues (.9); notes re same (.3). | 1.20 |
| 01/27/10 | R. Frankel | Review issues in connection with global settlement. | 0.60 |
| 01/28/10 | S. Cruzado | Review trial documents. | 1.00 |
| 01/28/10 | R. Wyron | Review Libby proposal and organize issues list (.8); call with R. Frankel re strategy and follow-up (.3); review Third Circuit decision on Montana preliminary injunction issues and follow-up (.7); revise potential deal outline (.4). | 2.20 |
| 01/28/10 | R. Frankel | Review several versions of CNA stipulation re Sealed Air issues. | 0.90 |
| 01/28/10 | R. Frankel | Telephone conference with T. Freedman re MCC response to objection (.2); e-mail team re same (.2). | 0.40 |
| 01/28/10 | R. Frankel | Exchange of e-mails, messages with M. Gianotto. | 0.30 |
| 01/29/10 | S. Cruzado | Organization of various trial exhibits. | 2.00 |
| 01/29/10 | J. Burke | E-mail to R. Wyron regarding research findings. | 0.60 |
| 01/29/10 | D. Felder | Review memorandum regarding insurance issues (.4); review pension issues and note issues regarding same (.6); review various Third Circuit cases regarding asbestos issues (1.0); review draft stipulation with objector (.3). | 2.30 |
| 01/29/10 | R. Frankel | Review MCC proof of claim and Grace objection. | 1.30 |
| 01/29/10 | R. Frankel | Review potential global settlement term sheet. | 0.80 |
| 01/29/10 | R. Frankel | Telephone conference with R. Wyron re D. Cohn e-mail proposal (.2); telephone conference with E. Inselbuch re same (.3); e-mails with team re status (.3). | 0.80 |
| 01/30/10 | R. Frankel | Review draft stipulation with Seaton/One Beacon and Plan Proponents. | 0.60 |

|  | Total Hours | 344.10 |
|---|---|---|
|  | Total For Services | $280,046.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    February 26, 2010
17367                                                                    Invoice No. 1236709
page 15

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 16.00 | 445.00 | 7,120.00 |
| Stephen C. Cruzado | 4.00 | 240.00 | 960.00 |
| Debra Felder | 86.50 | 645.00 | 55,792.50 |
| Zachary S. Finley | 0.70 | 645.00 | 451.50 |
| Roger Frankel | 118.80 | 985.00 | 117,018.00 |
| Debra O. Fullem | 1.00 | 265.00 | 265.00 |
| Jonathan P. Guy | 11.00 | 810.00 | 8,910.00 |
| Kathleen Orr | 3.20 | 645.00 | 2,064.00 |
| Richard V. Smith | 2.10 | 850.00 | 1,785.00 |
| Richard H. Wyron | 100.80 | 850.00 | 85,680.00 |
| Total All Timekeepers | 344.10 | $813.85 | $280,046.00 |

Disbursements

| | | |
|---|---|---|
| Color Document Reproduction | 175.00 | |
| Document Reproduction | 114.60 | |
| Express Delivery | 114.92 | |
| Local Taxi Expense | 334.84 | |
| Other Business Meals | 139.86 | |
| Out of Town Business Meals | 863.13 | |
| Outside Services | 2,684.12 | |
| Parking Expense | 9.00 | |
| Postage | 278.54 | |
| Telephone | 59.59 | |
| Travel Expense, Air Fare | 3,267.30 | |
| Travel Expense, Local | 172.65 | |
| Travel Expense, Out of Town | 2,188.38 | |
| Westlaw Research | 4,853.56 | |
| Total Disbursements | | $15,255.49 |

**Total For This Matter**                    $295,301.49


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

February 26, 2010
Invoice No. 1236709

For Legal Services Rendered Through January 31, 2010 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 01/04/10 | D. Fullem | Review e-mail regarding announcement regarding Towers Watson firm and review of lists by J. Biggs. | 0.20 |
| 01/05/10 | D. Fullem | Respond to D. Felder e-mail regarding status of disclosure by J. Biggs for Tower Watson merger; research; forward copy of same. | 0.40 |
| 01/11/10 | D. Fullem | Review and respond to e-mail from D. Felder regarding conflict lists to J. Biggs. | 0.20 |
| 01/12/10 | D. Fullem | Prepare e-mail to J. Biggs along with conflict reports to review for new merger with Wyatt Watson. | 0.20 |
| 01/13/10 | D. Fullem | Review and respond to J. Biggs regarding updating conflict lists with new Towers Watson merger. | 0.30 |
| 01/29/10 | D. Felder | Telephone conference with R. Wyron regarding updates to conflict lists. | 0.10 |

Total Hours  1.40

Total For Services  $409.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 645.00 | 64.50 |
| Debra O. Fullem | 1.30 | 265.00 | 344.50 |
| Total All Timekeepers | 1.40 | $292.14 | $409.00 |

Disbursements
    Outside Services                    17.92

Total Disbursements  $17.92

**Total For This Matter**  $426.92



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

February 26, 2010
Invoice No. 1236709

For Legal Services Rendered Through January 31, 2010 in Connection With:

**Matter: 11 – Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 01/05/10 | D. Fullem | Prepare CNO for D. Austern's November fee application; e-mail same to D. Felder for review. | 0.50 |
| 01/21/10 | D. Fullem | Prepare CNO for Lincoln November fee application; send to D. Felder for review. | 0.30 |

Total Hours    0.80
Total For Services    $212.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.80 | 265.00 | 212.00 |
| Total All Timekeepers | 0.80 | $265.00 | $212.00 |

Disbursements
    Document Reproduction    3.40
    Express Delivery    69.66
    Outside Services    63.04
                Total Disbursements    $136.10

**Total For This Matter**    **$348.10**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

February 26, 2010
Invoice No. 1236709

For Legal Services Rendered Through January 31, 2010 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 01/08/10 | D. Fullem | Review fee application status, payments, updated internal spreadsheets. | 0.30 |
| 01/08/10 | D. Fullem | Review December prebills (1.0); provide to D. Felder for further review/comment (.10); email to R. Wyron re status (.10). | 1.20 |
| 01/10/10 | D. Felder | Review December prebill. | 1.00 |
| 01/11/10 | D. Felder | Continue review of December prebill and conference with R. Wyron regarding same. | 0.50 |
| 01/11/10 | R. Wyron | Review prebill for December. | 0.40 |
| 01/21/10 | D. Fullem | Prepare CNO for November fee application; send to D. Felder for review. | 0.30 |
| 01/26/10 | D. Fullem | Begin preparing quarterly for the Oct-Dec 09 time period. | 1.00 |
| 01/26/10 | D. Fullem | Review and revise December monthly fee application (.7); forward to R. Wyron and D. Felder for review (.2); prepare revisions with edits/comments made by R. Wyron (.6). | 1.50 |
| 01/26/10 | D. Felder | Review December fee application and e-mail to D. Fullem regarding same. | 0.40 |
| 01/26/10 | R. Wyron | Review draft December fee application. | 0.30 |
| 01/28/10 | D. Fullem | Review final December 09 fee application; e-mail to R. Wyron regarding same. | 0.50 |
| 01/29/10 | D. Fullem | Finalize December 09 fee application; forward to R. Frankel for review/approval/signature. | 0.50 |

Total Hours 7.90

Total For Services $3,225.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.90 | 645.00 | 1,225.50 |
| Debra O. Fullem | 5.30 | 265.00 | 1,404.50 |
| Richard H. Wyron | 0.70 | 850.00 | 595.00 |
| Total All Timekeepers | 7.90 | $408.22 | $3,225.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

February 26, 2010
Invoice No. 1236709

Disbursements
    Outside Services                 68.24
           Total Disbursements         $68.24

**Total For This Matter**         **$3,293.24**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

February 26, 2010
Invoice No. 1236709

For Legal Services Rendered Through January 31, 2010 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 01/03/10 | D. Felder | Travel from Washington, DC to Pittsburgh, PA. | 4.50 |
| 01/03/10 | J. Guy | Travel to Pittsburgh. | 2.00 |
| 01/03/10 | P. Mahaley | Travel to Pittsburgh for closing argument in confirmation hearing. | 3.00 |
| 01/04/10 | J. Guy | Travel to DC. | 1.50 |
| 01/05/10 | D. Felder | Travel from Pittsburgh, PA to Washington, DC. | 5.50 |
| 01/05/10 | P. Mahaley | Return travel from Pittsburgh, PA. | 5.00 |
| 01/06/10 | R. Wyron | Return to DC. | 2.20 |
| 01/06/10 | R. Frankel | Travel to DC. | 2.30 |
| 01/25/10 | R. Wyron | Travel to and from omnibus hearing. | 2.00 |
| 01/25/10 | R. Frankel | Travel to and from hearing in Wilmington. | 2.30 |

Total Hours 34.50

Total For Services $13,159.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 10.00 | 322.50 | 3,225.00 |
| Roger Frankel | 5.80 | 492.50 | 2,856.50 |
| Jonathan P. Guy | 3.50 | 405.00 | 1,417.50 |
| Peri N. Mahaley | 8.00 | 325.00 | 2,600.00 |
| Richard H. Wyron | 7.20 | 425.00 | 3,060.00 |
| Total All Timekeepers | 34.50 | $398.45 | $13,159.00 |

**Total For This Matter** $13,159.00

**\* \* \* COMBINED TOTALS \* \* \***

| | |
|---|---|
| Total Hours | 481.00 |
| Total Fees, all Matters | $356,994.00 |
| Total Disbursements, all Matters | $16,816.47 |
| Total Amount Due | $373,810.47 |