# Exhibit A

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

February 4, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1543585 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/31/2010 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 22.10 | hrs. at | $710.00 | /hr. = | $15,691.00 | |
| RW RILEY | PARTNER | 8.10 | hrs. at | $570.00 | /hr. = | $4,617.00 | |
| WS KATCHEN | OF COUNSEL | 5.30 | hrs. at | $795.00 | /hr. = | $4,213.50 | |
| AC MAHOLCHIC | ASSOCIATE | 0.30 | hrs. at | $335.00 | /hr. = | $100.50 | |
| BA GRUPPO | PARALEGAL | 0.70 | hrs. at | $305.00 | /hr. = | $213.50 | |
| S LENKIEWICZ | PARALEGAL | 1.80 | hrs. at | $165.00 | /hr. = | $297.00 | |
| SL WOLFENDEN | PARALEGAL | 1.80 | hrs. at | $235.00 | /hr. = | $423.00 | |
| DS MARRA | LEGAL ASSISTANT | 7.30 | hrs. at | $160.00 | /hr. = | $1,168.00 | |
| | | | | | | | $26,723.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| CONFERENCE CALL | 44.00 | |
| COURT SEARCH SERVICE | 18.92 | |
| OVERNIGHT MAIL | 16.21 | |
| PRINTING & DUPLICATING | 2.10 | |
| TOTAL DISBURSEMENTS | | $81.23 |
| BALANCE DUE THIS INVOICE | | $26,804.73 |
| PREVIOUS BALANCE | | $73,302.69 |
| TOTAL BALANCE DUE | | $100,107.42 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/4/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/4/2010 | 004 | DS MARRA | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN REGARDING REQUESTED DOCUMENTS FOR REVIEW. | 0.10 | $16.00 |
| 1/4/2010 | 004 | DS MARRA | RETRIEVED REQUESTED ELECTRONICALLY FILED PLEADINGS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/4/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/4/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/4/2010 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM M. LASTOWSKI RE AGENDA FOR MATTERS SCHEDULED FOR 1/4/10. | 0.10 | $23.50 |
| 1/4/2010 | 004 | SL WOLFENDEN | CORRESPONDENCE TO M. LASTOWSKI RE SAME. | 0.10 | $23.50 |
| 1/4/2010 | 004 | SL WOLFENDEN | RETRIEVED AMENDED AGENDA FOR MATTERS SCHEDULED FOR HEARING 1/4/10. | 0.20 | $47.00 |
| 1/6/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 4, 2010 THROUGH JANUARY 5, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/6/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/7/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/7/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 6, 2010 THROUGH JANUARY 7, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/7/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/8/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/8/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 7, 2010 THROUGH JANUARY 8, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/8/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J. VILLANUEVA REQUESTING DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/8/2010 | 004 | DS MARRA | RETRIEVE REQUESTED DOCUMENTS FOR ATTORNEY REVIEW. | 0.20 | $32.00 |
| 1/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 8, 2010 THROUGH JANUARY 10, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING VARIOUS ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RETRIEVE VARIOUS ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING SIXTY-NINTH MONTHLY FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | PREPARE SIXTY-NINTH FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 1/11/2010 | 004 | DS MARRA | ELECTRONICALLY FILE SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 1/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 1/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 11, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/12/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/19/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/19/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/20/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF WR GRACE AND ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/20/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 19, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/20/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/20/2010 | 004 | S LENKIEWICZ | REVIEW DOCKET | 0.20 | $33.00 |
| 1/21/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF W.R. GRACE AND ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/21/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 20, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/21/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/21/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF VARIOUS ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 1/21/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.30 | $48.00 |
| 1/21/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 21, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FOR REVIEW. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | REVIEW ELECTRONIC DOCKET FOR OBJECTIONS TO DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION. | 0.30 | $48.00 |
| 1/22/2010 | 004 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION. | 0.20 | $32.00 |
| 1/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO A. MAHOLCHIC REGARDING SAME. | 0.10 | $16.00 |

File # K0248-00001 INVOICE # 1543585
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/25/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/25/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 22, 2010 THROUGH JANUARY 24, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/25/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/26/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/26/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADING FILED JANUARY 25, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/26/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/27/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 26, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/28/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/29/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 27, 2010 THROUGH JANUARY 28, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/29/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| | | | Code Total | 7.10 | $1,268.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/27/2010 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING JAN. 28TH - PLAN CONFIRMATION ISSUES/REVIEW DEBTORS' FILED STATEMENT. | 0.80 | $636.00 |
| | | | Code Total | 0.80 | $636.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/20/2010 | 009 | S LENKIEWICZ | EMAIL TO A. MAHOLCHIC RE DUANE MORRIS DRAFT FEE APPLICATION FOR DECEMBER 2009 | 0.10 | $16.50 |
| 1/21/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/21/2010 | 009 | DS MARRA | REVIEW ELECTRONIC DOCKET FOR OBJECTIONS TO STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/21/2010 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.30 | $48.00 |
| 1/22/2010 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 1/22/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.20 | $32.00 |
| 1/22/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| | | | Code Total | 1.00 | $160.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/4/2010 | 012 | SL WOLFENDEN | UPDATED FEE APPLICATION FILES REGARDING MONTHLY AND QUARTERLY FILED FEE APPLICATIONS. | 0.60 | $141.00 |
| 1/20/2010 | 012 | S LENKIEWICZ | PREPARE NINETY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS FOR DECEMBER 2009 | 0.50 | $82.50 |
| 1/25/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS FEE APPLICATION FOR DECEMBER 2009. | 0.30 | $100.50 |
| 1/25/2010 | 012 | S LENKIEWICZ | REVIEW EMAIL FROM A. MAHOLCHIC; REVISE DUANE MORRIS 95TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 1/28/2010 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS NINETY-FIFTH MONTHLY FEE APPLICATION FOR FILING | 0.20 | $33.00 |
| 1/28/2010 | 012 | S LENKIEWICZ | PREPARE SERVICE FOR DUANE MORRIS' NINETY-FIFTH MONTHLY FEE APPLICATION | 0.30 | $49.50 |
| 1/28/2010 | 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS' NINETY-FIFTH MONTHLY FEE APPLICATION | 0.30 | $49.50 |
| 1/29/2010 | 012 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 1/29/2010 | 012 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING STROOCK'S ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/29/2010 | 012 | DS MARRA | PREPARE STROOCK'S ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 1/29/2010 | 012 | DS MARRA | ELECTRONICALLY FILE STROOCK'S ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION. | 0.20 | $32.00 |
| | | | Code Total | 3.00 | $585.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/4/2010 | 013 | SL WOLFENDEN | UPDATED FEE APPLICATION FILES REGARDING MONTHLY AND QUARTERLY FILED FEE APPLICATIONS RE SSL AND CAPSTONE. | 0.80 | $188.00 |
| | | | Code Total | 0.80 | $188.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/6/2010 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND (TELEPHONICALLY) CLOSING ARGUMENTS ON PLAN CONFIRMATION | 2.20 | $1,562.00 |
| 1/20/2010 | 015 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: 1/25/10 HEARING | 0.10 | $71.00 |
| 1/24/2010 | 015 | RW RILEY | REVIEW AGENDA AND MATTERS SCHEDULED FOR 1/25 HEARING | 1.30 | $741.00 |
| 1/25/2010 | 015 | RW RILEY | PREPARE FOR OMNIBUS HEARING (1.0); ATTEND OMNIBUS HEARING (5.8) | 6.80 | $3,876.00 |
| | | | Code Total | 10.40 | $6,250.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/4/2010 | 017 | MR LASTOWSKI | ATTEND CLOSING ARGUMENTS ON PLAN CONFIRMATION (TELEPHONICALLY) | 9.60 | $6,816.00 |
| 1/5/2010 | 017 | MR LASTOWSKI | ATTEND (TELEPHONICALLY) HEARING ON FINAL ARGUMENTS CONFIRMATION) | 8.50 | $6,035.00 |
| 1/23/2010 | 017 | MR LASTOWSKI | REVIEW 1/25/10 AGENDA NOTICE AND ITEMS IDENTIFIED THEREIN | 1.70 | $1,207.00 |
| | | | Code Total | 19.80 | $14,058.00 |

Duane Morris
February 4, 2010
Page 12

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/4/2010 | 025 | WS KATCHEN | APPEAL BY DEBTOR AND REVIEW 3D CIR. OPINION STATE OF MONTANA. | 0.50 | $397.50 |
| 1/4/2010 | 025 | WS KATCHEN | REVIEW JOINT MOTION FOR ORDER APPROVING STIPULATION RE: INSURER'S OBJECTIONS. | 0.40 | $318.00 |
| 1/9/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO AND DEBTORS "ROADMAP" ON DEFAULT INTEREST. | 0.80 | $636.00 |
| 1/12/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 1/12/2010 | 025 | WS KATCHEN | REVIEW ASBESTOS PI. | 0.10 | $79.50 |
| 1/12/2010 | 025 | WS KATCHEN | FUTURE CLAIMANTS' RESPONSE - REVIEW OBJECTION OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA. | 0.50 | $397.50 |
| 1/25/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: EXIT FINANCING (.2); EMAIL TO STROOCK RE: ABOVE (.1); REVIEW MOTION RE: CREDIT AGREEMENT EXTENSION - ADVANCED REFINING TECH (.2). | 0.20 | $159.00 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.20 | $159.00 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW MOTION TO TERMINATE DIP FINANCING AND FACILITY AND TO AUTHORIZE LETTER OF CREDIT AND HEDGING. | 0.30 | $238.50 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW CCAA REP. COUNSEL REPLY. | 0.20 | $159.00 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' RESPONSE TO CROWN'S OBJECTION TO PLAN. | 0.50 | $397.50 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF MOTION RE: EMPLOYEE BENEFITS PROTOCOL. | 0.20 | $159.00 |
| 1/27/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 1/27/2010 | 025 | WS KATCHEN | SCHEDULING. | 0.20 | $159.00 |
| | | | Code Total | 4.50 | $3,577.50 |

Duane Morris
February 4, 2010
Page 13

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| | | |
|---|---|---|
| TOTAL SERVICES | 47.40 | $26,723.50 |

DUANE MORRIS LLP

File # K0248-00001 INVOICE # 1543585
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 12/18/2009 | CONFERENCE CALL | | 44.00 |
| | | Total: | $44.00 |
| 12/28/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799438476483) | | 9.78 |
| 12/28/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQ. AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790199132380) | | 6.43 |
| | | Total: | $16.21 |
| 1/31/2010 | COURT SEARCH SERVICE | | 18.92 |
| | | Total: | $18.92 |
| 1/31/2010 | PRINTING & DUPLICATING | | 2.10 |
| | | Total: | $2.10 |
| | TOTAL DISBURSEMENTS | | $81.23 |

File # K0248-00001 INVOICE # 1543585
W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 22.10 | 710.00 | 15,691.00 |
| 02585 | RW RILEY | PARTNER | 8.10 | 570.00 | 4,617.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 5.30 | 795.00 | 4,213.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 0.30 | 335.00 | 100.50 |
| 02279 | BA GRUPPO | PARALEGAL | 0.70 | 305.00 | 213.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 1.80 | 165.00 | 297.00 |
| 05596 | SL WOLFENDEN | PARALEGAL | 1.80 | 235.00 | 423.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 7.30 | 160.00 | 1,168.00 |
| | | | 47.40 | | $26,723.50 |