**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 21, 2010 at 4:00 p.m. |
| | ) | Hearing: June 7, 2010 at 10:30 a.m. |

**COVER SHEET TO TWENTIETH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2009 through December 31, 2009 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $12,933.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |

This is an:   __X__ interim   ____ monthly   ____ final application.

**COMPENSATION SUMMARY**
**October 1, 2009 through December 31, 2009**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (24 years) FCAS | $675 | 2.00 | $1,350.00 |
| Julianne Callaway | Analyst (6 years) ACAS | $330 | 1.50 | $495.00 |
| Jeffrey Kimble | Consulting Actuary (8 years) ACAS | $425 | 25.20 | $10,710.00 |
| Jennifer Teter | Analyst (9 years) | $315 | 1.20 | $378.00 |
| **Total Blended Rate: $432.54** | | | **29.90** | **$12,933.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | **29.90** | **$12,933.00** |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **October – December 2009 – Grand Total** | **$12,933.00** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: January 21, 2010

2