**EXHIBIT "1"**
Meal Charges

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 6/16/2009 | Mahaley, Peri N. | BUSML | $160.40 | VENDOR: Flik Compass Group USA; INVOICE#: X199941009; DATE: 6/1/2009  -  DC DC/SL S#102043     FOR PERIOD 10 '09 BEGINNING JUNE 1, 2009 |
| 7/14/2009 | Guy, Jonathan P. | TRVML | $176.81 | VENDOR: Guy, Jonathan P.; INVOICE#: 072909B; DATE: 7/31/2009  -  dc/dd/#102256/myp - mtg w/ plan-proponents re: pre-trial order, NY 7/14- 15/09 |
| 8/5/2009 | Mahaley, Peri N. | TRVML | $62.76 | VENDOR: Mahaley, Peri N.; INVOICE#: 080709; DATE: 8/20/2009  -  dc/dd/#103022/myp - attd mediation w/ insurer, ny 8/5-6/09 |
| 7/23/2009 | Frankel, Roger | TRVML | $75.98 | VENDOR: Frankel, Roger; INVOICE#: 092109; DATE: 9/28/2009  -  dc/dd/#104874/myp - attd Omnibus hearing, pre-trial in Wilmington 7/23-30/09 |
| 8/31/2009 | Burke, James W. | BUSML | $66.24 | VENDOR: Flik Compass Group USA; INVOICE#: X199941209; DATE: 8/1/2009  -  DC DC/SL S#104893     FOR PERIOD 12 09 BEGINNING AUGUST 1, 2009 |
| 9/7/2009 | Frankel, Roger | TRVML | $1,260.23 | VENDOR: Frankel, Roger; INVOICE#: 092109B; DATE: 9/28/2009  -  dc/dd/#104874/myp - attd Phase II confirmation hearing in Pitts 9/7- 11/09 |
| 9/13/2009 | Wyron, Richard | TRVML | $381.36 | VENDOR: Wyron, Richard H.; INVOICE#: 092109; DATE: 9/28/2009  -  dc/dd/#104874/myp - Pitts. for confirmation hearing, 9/13- 17/09 |
| 9/13/2009 | Frankel, Roger | TRVML | $1,381.07 | VENDOR: Frankel, Roger; INVOICE#: 092209; DATE: 9/28/2009  -  dc/dd/#104874/myp - attd Phase II confirmation hearing in Pitts, 9/13- 17/09 |
| 9/16/2009 | Wyron, Richard | BUSML | $482.12 | VENDOR: Omni William Penn Hotel; INVOICE#: 17000011775; DATE: 9/16/2009  -  DC-DC\id#105499\mkm-acct. 17000402246-send to DC Office, call D. Spicuzza x8588 |

**EXHIBIT "2"**

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 4/5/2009 | Guy, Jonathan P. | TRV | $320.26 | VENDOR: Guy, Jonathan P.; INVOICE#: 072709C; DATE: 8/3/2009 - dc/dd/#102323/myp - attd mtg of Kirkland NY4/5-6/09 |
| 4/5/2009 | Guy, Jonathan P. | LTRV | $177.00 | VENDOR: Guy, Jonathan P.; INVOICE#: 072709C; DATE: 8/3/2009 - dc/dd/#102323/myp - attd mtg of Kirkland NY4/5-6/09 |
| 4/13/2009 | Guy, Jonathan P. | TRV | $287.49 | VENDOR: Guy, Jonathan P.; INVOICE#: 072709A; DATE: 7/31/2009 - dc/dd/#102256/myp - mtg w/ plan proponents, ny4/13- 14/09 |
| 6/11/2009 | Guy, Jonathan P. | TRV | $305.98 | VENDOR: Guy, Jonathan P.; INVOICE#: 072809; DATE: 7/31/2009 - dc/dd/#102256/myp - attd depos of E. Inselbuch, ny 6/11- 12/09 |
| 6/11/2009 | Guy, Jonathan P. | LTRV | $420.00 | VENDOR: Guy, Jonathan P.; INVOICE#: 072809; DATE: 7/31/2009 - dc/dd/#102256/myp - attd depos of E. Inselbuch, ny 6/11- 12/09 |
| 7/14/2009 | Guy, Jonathan P. | TRV | $354.14 | VENDOR: Guy, Jonathan P.; INVOICE#: 072909B; DATE: 7/31/2009 - dc/dd/#102256/myp - mtg w/ plan-proponents re: pre-trial order, NY 7/14- 15/09 |
| 7/14/2009 | Guy, Jonathan P. | LTRV | $435.00 | VENDOR: Guy, Jonathan P.; INVOICE#: 072909B; DATE: 7/31/2009 - dc/dd/#102256/myp - mtg w/ plan-proponents re: pre-trial order, NY 7/14- 15/09 |
| 8/5/2009 | Mahaley, Peri N. | PARK | $342.04 | VENDOR: Mahaley, Peri N.; INVOICE#: 080709; DATE: 8/20/2009 - dc/dd/#103022/myp - attd mediation w/ insurer, ny 8/5-6/09 |
| 8/5/2009 | Mahaley, Peri N. | LTRV | $420.00 | VENDOR: Mahaley, Peri N.; INVOICE#: 080709; DATE: 8/20/2009 - dc/dd/#103022/myp - attd mediation w/ insurer, ny 8/5-6/09 |
| 7/23/2009 | Frankel, Roger | LTRV | $236.00 | VENDOR: Frankel, Roger; INVOICE#: 092109; DATE: 9/28/2009 - dc/dd/#104874/myp - attd Omnibus hearing, pre-trial in Wilmington 7/23- 30/09 |
| 7/23/2009 | Frankel, Roger | TRV | $251.90 | VENDOR: Frankel, Roger; INVOICE#: 092109; DATE: 9/28/2009 - dc/dd/#104874/myp - attd Omnibus hearing, pre-trial in Wilmington 7/23- 30/09 |
| 9/13/2009 | Wyron, Richard | TRV | $1,510.24 | VENDOR: Wyron, Richard H.; INVOICE#: 092109; DATE: 9/28/2009 - dc/dd/#104874/myp - Pitts. for confirmation hearing, 9/13- 17/09 |
| 9/13/2009 | Frankel, Roger | TRV | $1,591.44 | VENDOR: Frankel, Roger; INVOICE#: 092209; DATE: 9/28/2009 - dc/dd/#104874/myp - attd Phase II confirmation hearing in Pitts, 9/13- 17/09 |

**EXHIBIT "2"**

| | | | | |
|---|---|---|---|---|
| 9/13/2009 | Mahaley, Peri N. | TRV | $1,226.64 | VENDOR: Mahaley, Peri N.; INVOICE#: 092109; DATE: 10/1/2009 - dc/dd/#105120/myp - attd Phase II confirmation trial, pitts 9/13- 17/09 |