**RESPONSE EXHIBIT A**

**W.R. GRACE - CASE NO. 01-1139**

**Meal Charges in Response to Fee Auditor Initial Report dated February 16, 2010**

**July 1, 2009 - September 30, 2009 (34th Interim Period)**

| Meal Date | Meal Charge | Type of Meal | Number of People Attending or Ordered | Fee Auditor's Guideline Amount | Difference Over Guideline Amount | Expense Reduction (previously taken) |
|---|---|---|---|---|---|---|
| **Washington, DC** | | | | | | |
| 8/16/2009 | $ 160.40 | Lunch | 10 | $350 | $0.00 | $ - |
| 8/31/2009 | $ 66.24 | Lunch | 8 | $280 | $0.00 | $ - |
| | | | | | | |
| **New York** | | | | | | |
| 7/14/2009 | $ 167.81 | Dinner | 2 | $130 | $37.81 | $ 37.81 |
| | $ 9.00 | Lunch | 1 | $35 | $0.00 | $ - |
| Total | $ 176.81 | | | | | |
| | | | | | | |
| 8/5/2009 | $ 62.76 | Dinner | 1 | $65 | $0.00 | $ - |
| | | | | | | |
| **Delaware** | | | | | | |
| 7/23/2009 | $ 28.98 | Breakfast | 1 | $25 | $3.98 | $ 3.98 |
| | $ 47.00 | Dinner | 2 | $110 | $0.00 | $ - |
| Total | $ 75.98 | | | | | |
| | | | | | | |
| **Pennsylvania** | | | | | | |
| 9/7/2009 | $ 339.25 | Dinner | 4 | $220 | $119.25 | $ 119.25 |
| | $ 159.66 | Lunch | 5 | $175 | $0.00 | $ - |
| | $ 377.91 | Dinner | 5 | $275 | $102.91 | $ 102.91 |
| | $ 383.41 | Dinner | 5 | $275 | $108.41 | $ 108.41 |
| Total | $ 1,260.23 | | | | | |
| | | | | | | |
| 9/13/2009 | $ 222.72 | Dinner | 3 | $165 | $57.72 | $ 57.72 |
| | $ 40.78 | Breakfast | 2 | $50 | $0.00 | $ - |
| | $ 37.97 | Breakfast | 2 | $50 | $0.00 | $ - |
| Total | $ 381.36 | | | | | |
| | | | | | | |
| 9/13/2009 | $ 321.06 | Dinner | 4 | $220 | $101.06 | $ 101.06 |
| | $ 596.46 | Dinner | 5 | $275 | $321.46 | $ 321.46 |
| | $ 370.12 | Dinner | 5 | $275 | $95.12 | $ 95.12 |
| | $ 77.54 | Breakfast | 1 | $25 | $52.54 | $ 52.54 |
| Total | $ 1,381.07 | | | | | |
| | | | | | | |
| **Total Reduction Previously Taken** | | | | | | **$ 1,000.26** |

| RESPONSE EXHIBIT B - Adjustments to Meal Charges in the Omni William Penn Hotel Invoices described in Paragraph 4 of Orrick's Response | | | | | | |
|---|---|---|---|---|---|---|
| Meal Date | Meal Charge | Type of Meal | Number of People Attending or Ordered | Fee Auditor's Guideline Amount | Difference Over Guideline Amount | Expense Reduction (previously taken) |
| Roger Frankel | | | | | | |
| 6/22/2009 | $ 60.29 | Breakfast | 2 | $50 | $ 10.29 | $0.00 |
| | | | | | | |
| **Total Omni June 09** | **$ 60.29** | | | | | |
| | | | | | | |
| Roger Frankel | | | | | | |
| 9/8/2009 | $ 8.89 | Breakfast | 1 | $25 | $ - | $0.00 |
| 9/8/2009 | $ 225.81 | Dinner | 4 | $220 | $ 5.81 | $0.00 |
| 9/9/2009 | $ 8.89 | Breakfast | 1 | $25 | $ - | $0.00 |
| 9/10/2009 | $ 12.39 | Breakfast | 1 | $25 | $ - | $0.00 |
| 9/10/2009 | $ 15.34 | Dinner | 1 | $55 | $ - | $0.00 |
| 9/11/2009 | $ 12.39 | Breakfast | 1 | $25 | $ - | $0.00 |
| | | | | | | |
| Jonathan Guy | | | | | | |
| 9/8/2009 | $ 5.40 | Breakfast | 1 | $25 | $ - | $0.00 |
| 9/9/2009 | $ 8.89 | Breakfast | 1 | $25 | $ - | $0.00 |
| 9/10/2009 | $ 5.40 | Breakfast | 1 | $25 | $ - | $0.00 |
| 9/11/2009 | $ 9.53 | Breakfast | 1 | $25 | $ - | $0.00 |
| | | | | | | |
| Peri Mahaley | | | | | | |
| 9/9/2009 | $ 33.29 | Breakfast | 1 | $25 | $ 8.29 | $0.00 |
| 9/10/2009 | $ 18.45 | Breakfast | 1 | $25 | $ - | $0.00 |
| 9/11/2009 | $ 26.94 | Breakfast | 1 | $25 | $ 1.94 | $0.00 |
| | | | | | | |
| Richard Wyron | | | | | | |
| 9/8/2009 | $ 39.71 | Breakfast | 1 | $25 | $ 14.71 | $0.00 |
| 9/11/2009 | $ 50.80 | Breakfast | 2 | $50 | $ 0.80 | $0.00 |
| | | | | | | |
| **Total Omni Sept 09** | **$ 482.12** | | | | | |
| | | | | | | |
| **Total Further Reduction to be Taken** | | | | | **$ 41.84** | |