**RESPONSE EXHIBIT C**
**W.R. GRACE - CASE NO. 01-1139**
**Travel Charges in Response to Fee Auditor Initial Report dated February 16, 2010**
**July 1, 2009 - September 30, 2009**

| Person | Date | Expense Type | Location | Roundtrip | Total | Base Room Rate |
|---|---|---|---|---|---|---|
| Jonathan Guy | 4/5/2009 | Hotel | Omni Berkshire Hotel in NY | N/A | $320.26 | $272 per night |
| | 4/5/2009 | Train | Washington DC to NY | No | $177.00 | |
| | 4/13/2009 | Hotel | Omni Berkshire Hotel in NY | N/A | $287.49 | $238 per night |
| | 6/11/2009 | Hotel | Omni Berkshire Hotel in NY | N/A | $305.98 | $263 per night |
| | 6/11/2009 | Train | Washington DC to NY | Yes | $420.00 | |
| | 7/14/2009 | Hotel | Jumeirah Essex Hotel in NY | Yes | $354.14 | $305 per night |
| | 7/14/2009 | Train | Washington DC to NY | Yes | $435.00 | |
| Peri Mahaley | 8/5/2009 | Train | Washington DC to NY | Yes | $435.00 | |
| | 8/5/2009 | Hotel | Omni Berkshire Hotel in NY | N/A | $342.04 | $255 per night |
| | 9/13/2009 | Hotel | Marriott in PA | N/A | $1,226.64 | $269 per night |
| Roger Frankel | 7/23/2009 | Train | Washington DC to NY | No | $236.00 | |
| | 7/26/2009 | Hotel | Hotel Dupont in DE | N/A | $251.90 | $229 per night |
| | 9/13/2009 | Hotel | Omni Hotel in PA | N/A | $1,591.44 | $349 per night |
| Richard Wyron | 9/13/2009 | Hotel | Omni Hotel in PA | N/A | $1,510.24 | $329 per night |

Note: The charges of $1,226.64, $1,591.44, and $1,510.24 represent 4-night stays at the Marriott and Omni Hotel for the second phase of the confirmation trial, September 13-17, 2009.