**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., *et al.*,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE THIRTY-FOURTH QUARTERLY INTERIM PERIOD (JULY 1, 2009 THROUGH SEPTEMBER 30, 2009)**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Application of BMC Group for Compensation for Services Rendered and Reimbursement of Expenses for the Thirty-Fourth Quarterly Interim Period (July 1, 2009 through September 30, 2009) (the "Application").

**BACKGROUND**

1. BMC Group ("BMC") was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. In the Application, BMC seeks approval of fees totaling $99,326.50 and expenses totaling $6,915.03 for its services from July 1, 2009 through September 30, 2009 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on BMC an initial report based on our review, and we received a response from BMC, portions of which response are quoted herein.

**DISCUSSION**

General Issues

3. In our initial report, we noted that although BMC had requested total expenses of $6,915.03, we calculated BMC's total expenses at $6,947.78, for a difference of $32.75.[1] Thus, we asked BMC whether or not it agreed with our calculations, and BMC responded: "BMC agrees that . . . there was a calculation error, and the correct amount of BMC's total expenses should be $6,947.78 for a difference of $32.75. We appreciate BMC's response and recommend an upward adjustment to BMC's expenses of $32.75.

4. We noted that during the Application Period, BMC billed 28.3 hours, for total fees of $5,928.00, on matters pertaining to its fee application preparation. In our final reports for the Twenty-Eighth, Twenty-Ninth, and Thirty-First Interim Periods, we addressed BMC's cumulative charges for fee application preparation over the course of the case and recommended fee reductions on this issue.[2] The fees billed for fee application preparation comprise approximately 6.0% of the

[1]The discrepancy stems from a mathematical error on BMC's Expense Summary (see p. 7 of the Application).

[2]*See* Fee Auditor's Final Report Regarding Fee Application of BMC Group for the Twenty-Eighth Interim Period, at ¶ 3; Fee Auditor's Final Report Regarding Fee Application of BMC

total fees sought by BMC during the current Application Period. Although the Court has not set a defined limit on fees for fee application preparation in this case, such fees must still be reasonable under Section 330 of the Bankruptcy Code. A number of courts, including this one, have established 5% of the total fees billed as a guideline for reasonableness of such fees. In BMC's response to our initial report for the Twenty-Ninth Interim Period, BMC stated the following:

> Rather than continue to incur fees each quarter responding to the Fee Examiner's Report about its charges for preparation of fee applications, BMC suggests that on a going-forward basis, following the guidelines established by the Court, BMC will agree to voluntarily reduce, on an interim basis, the fees requested in the Fee Application category to not less than 5% for each quarter. Since the 5% is calculated on the cumulative total, at the end of the case, should BMC's final cumulative total be under the 5% guideline, then BMC will request that the Court allow the voluntary reductions in an amount to bring BMC's fees in the Fee Application category to 5% of the final cumulative total.

Thus, we asked BMC whether it would agree to reduce its fees for fee application preparation to 5% of its total fees for the Application Period, or $4,966.32. BMC responded:

> BMC agrees to reduce its fees for fee application preparation category to 5% of its total fees for the Application Period, per our prior responses, which entails a reduction of $961.68 from its initial request, to a total for the Application Period of $4,966.32 in the fee application preparation category.

We appreciate BMC's response and recommend a reduction of $961.68 in fees.

<u>Specific Time and Expense Entries</u>

5. In our initial report, we noted the following meal charge for which more information was needed:

Dinner – Business $224.82

In response to our inquiry, BMC stated the following:

---

<u>Group for the Twenty-Ninth Interim Period</u>, at ¶ 3; and <u>Fee Auditor's Final Report Regarding Fee Application of BMC Group for the Thirty-First Interim Period</u>, at ¶ 4.

Also, with respect to the meal charges of $224.82, BMC has determined that this charge applied to the 33rd Application Period and was erroneously included on the Fee Application . . . for the current Application Period. BMC agrees that the $224.82 charge . . . should be deleted, and . . . the total expenses for the Application Period should be $6,722.96.

We appreciate BMC's response and recommend a reduction of $224.82 in expenses.

**CONCLUSION**

6. Thus, we recommend approval of $98,364.82 in fees ($99,326.50 minus $961.68) and $6,722.96 in expenses ($6,915.03 minus $224.82, plus an upward adjustment of $32.75) for BMC's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:____________________________________

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 4th day of March, 2010.

Warren H. Smith

**SERVICE LIST**

Notice Parties

**The Applicant**
Myrtle H. John
BMC Group
600 1st Avenue, Suite 300
Seattle, Washington 98104

**The Debtors**
Richard Finke
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801