IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE**
**THIRTY-FOURTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirty-Fourth Quarterly Fee Application of Duane Morris LLP (the "Application").

### BACKGROUND

1.     Duane Morris LLP ("Duane Morris") was retained as co-counsel to the Official Committee of Unsecured Creditors. In the Application, Duane Morris seeks approval of fees totaling $210,367.00 and expenses totaling $4,349.52 for its services from July 1, 2009 through September 30, 2009 (the "Application Period").

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Duane Morris based on our review, and we received a response from Duane Morris, portions of which response are quoted herein.

## DISCUSSION

3.   In our initial report, we noted the following expenses for which more information was needed:

| | | |
|---|---|---|
| 8/31/2009 | Travel away from home | 490.47 |
| 9/30/2009 | Travel away from home | 145.93 |

In response to our inquiry, Duane Morris stated: "Duane Morris LLP will not seek reimbursement of the two expenses listed in the Fee Auditor's report for the 34th Interim Fee Application (in the amounts of \$490.47 and \$145.93)." We appreciate Duane Morris' response and recommend a reduction of \$636.40 in expenses.

4.   We noted the following charges for photocopies:

| | | |
|---|---|---|
| 9/30/2009 | Printing & duplicating | 76.35 |

Pursuant to the Delaware Local Rules, in-house photocopying charges are capped at \$0.10 per page, but it appeared that these charges were billed at \$0.15 per page. In response to our inquiry, Duane Morris stated: "Duane Morris agrees to reduce its request for reimbursement of copy charges from \$76.35 to \$50.90 reflecting the allowed \$0.10 per page." We appreciate Duane Morris' response and recommend a reduction of \$25.45 in expenses.

## CONCLUSION

5.   Thus, we recommend approval of \$210,367.00 in fees and \$3,687.67 in expenses

($4,349.52 minus $661.85) for Duane Morris' services for the Application Period.

                                        Respectfully submitted,

                                        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
                                        Warren H. Smith
                                        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 4th of March, 2010.

                                          _____
                                                Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**The Debtors**
Richard Finke
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay M. Sakalo
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801