## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.**, *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S COMBINED FINAL REPORT REGARDING
### THOSE FEE APPLICATIONS WITH *DE MINIMIS* OR NO FEE OR EXPENSE ISSUES
### FOR THE THIRTY-FOURTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have *de minimis*[1] or no fee or expense issues for the Thirty-Fourth Interim Period (collectively referred to hereafter as the "Applications").[2]

### BACKGROUND

1.     Anderson Kill & Olick, P.C. ("AKO"), was retained as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants.  AKO seeks approval of fees totaling $1,199,112.00 and expenses totaling $22,671.58 for its services during the Application Period.

2.     The Law Offices of Janet S. Baer, P.C. ("Baer"), was retained as co-counsel to the Debtors and Debtors-in-Possession.  Baer seeks approval of fees totaling $474,822.50 and expenses totaling $14,490.29 for its services during the Application Period.

---

[1]For purposes of this report, applications with *de minimis* issues are those for which: (1) our recommended reductions total less than $100, *and* (2) the applicant has agreed to our recommended  reductions.

[2]The Thirty-Fourth Interim Period encompasses July 1, 2009 through September 30, 2009 (the "Application Period").

3.      Baker Donelson Bearman Caldwell & Berkowitz, P. C. ("Baker Donelson"), was retained as advisor for legislative affairs to the Debtors.  Baker Donelson seeks approval of a flat fee totaling $60,000.00[3] and expenses totaling $34.44 for its services during the Thirty-Third Interim Period,[4] and a flat fee of $60,000.00[5] and expenses totaling $14.23 for its services during the current Application Period.

4.      Beveridge & Diamond, P.C. ("Beveridge & Diamond"), was retained as special counsel to the Debtors.  Beveridge & Diamond seeks approval of fees totaling $15,799.50 and expenses totaling $593.83 for its services during the Application Period.

5.      Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants.  Bilzin Sumberg seeks approval of fees totaling $114,260.75 and expenses totaling $104,133.15 for its services during the Application Period.

6.      Blackstone Advisory Services L.P. ("Blackstone") was retained as financial advisor to the Debtors.  Blackstone seeks approval of a flat fee totaling $450,000.00[6] and expenses totaling $17,086.89 for its services during the Application Period.

7.      Campbell & Levine, LLC ("Campbell & Levine"), was retained as Delaware and

---

[3]For the Thirty-Third Interim Period, Baker Donelson lists 21 hours worked, which computes to an effective hourly rate of $2,857.00.

[4]The Thirty-Third Interim Period encompasses April 1, 2009 through June 30, 2009.

[5]For the current Application Period, Baker Donelson lists 26 hours worked, which computes to an effective hourly rate of $2,307.69.

[6]For the Application Period, Blackstone lists 718.50 hours worked, which computes to an effective hourly rate of $626.30.

associated counsel to the Official Committee of Asbestos Personal Injury Claimants. Campbell & Levine seeks approval of fees totaling $189,711.00 and expenses totaling $59,538.35 for its services during the Application Period.

8.      Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisor to the Official Committee of Unsecured Creditors. Capstone seeks approval of fees totaling $361,641.00 expenses totaling $3,541.67 for its services during the Application Period.

9.      Casner & Edwards, LLP ("Casner"), was retained as special litigation counsel to the Debtors. Casner seeks approval of fees totaling $39,699.50 and expenses totaling $38,364.93 for its services during the Application Period.

10.      Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial advisor to the Official Committee of Asbestos Personal Injury Claimants. Charter Oak seeks approval of fees totaling $43,775.50 and no expenses for its services during the Application Period.

11.      Day Pitney LLP ("Day Pitney") was retained as special counsel to the Debtors. Day Pitney seeks approval of fees totaling $34,342.50 and expenses totaling $48.96 for its services during the Application Period.

12.      Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Ferry Joseph seeks approval of fees totaling $101,584.50 and expenses totaling $8,798.98 for its services during the Application Period.

13.      Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to the debtor. Foley Hoag seeks approval of fees totaling $42,333.00 and expenses totaling $145.26 for its services during the Application Period.

14.      Holme Roberts & Owen, LLP ("Holme"), was retained as special environmental

counsel to the Debtors.  Holme seeks approval of fees totaling $938.00 and expenses totaling $2,926.73 for its services for the Thirty-Second Interim Period.[7]

15.    Legal Analysis Systems, Inc. ("LAS"), was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants.  LAS seeks approval of fees totaling $300,425.00 and expenses totaling $4,833.06 for its services during the Application Period.

16.    Ogilvy Renault LLP ("Ogilvy Renault") was retained as special counsel to the Debtors and Debtors-in-Possession in Canada.  Ogilvy Renault seeks approval of fees totaling CDN$51,643.50[8] and expenses totaling CDN$1,184.45 for its services during the Application Period.  We note for informational purposes that attorney Derrick C. Tay billed 6.0 hours in the Application at the hourly rate of CDN$1,000.00, or US $1,072.07.[9]    In *In re USG Corporation*, Case No. 01-2094 (JKF), Transcript of Proceedings, July 19, 2004, p. 14, the Honorable Judith K. Fitzgerald asked that we call to the Court's attention any instance in which a professional's rate reaches $1,000.00 per hour, and thus we are complying with the Court's request.

17.    Pachulski Stang Ziehl & Jones LLP ("Pachulski"), was retained as counsel to the Debtors.  Pachulski seeks approval of fees totaling $251,464.25 and expenses totaling $195,318.79 for its services during the Application Period.

18.    Phillips, Goldman & Spence, P.A. ("PG&S"), was retained as local counsel to David

---

[7]The Thirty-Second Interim Period encompasses January 1, 2009 through March 31, 2009.

[8]Consistent with Ogilvy Renault's Application, all dollar amounts in this report pertaining to Ogilvy Renault are in CDN, unless otherwise indicated.

[9]Calculated utilizing a rate of exchange of CDN$1 to US $1.072067 in effect on September 30, 2009.

T. Austern, Future Claimants' Representative.  PG&S seeks approval of fees totaling $57,460.00 and expenses totaling $2,418.33 for its services for the Thirty-Third Interim Period.

19.    Protiviti Inc. ("Protiviti") was retained as Sarbanes-Oxley compliance advisor to the debtors.  Protiviti seeks approval of fees totaling $38,280.00 and expenses totaling $3,846.54 for its services during the Application Period.

20.    Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors.  Reed Smith seeks approval of fees totaling $110,343.00 and expenses totaling $47,361.97 for its services during the Application Period.[10]

21.    Alan B. Rich ("Alan Rich") was retained as counsel to the Honorable Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants.  Alan Rich seeks approval of $202,402.50 in fees and $16,828.62 in expenses for his services during the Application Period.

22.    The Honorable Alexander M. Sanders, Jr. ("Judge Sanders"), was retained as the Legal Representative for Future Asbestos-Related Property Damage Claimants.  Judge Sanders seeks approval of fees totaling $62,415.00 and expenses totaling $3,904.58 for his services during the Application Period.

23.    Towers Perrin Tillinghast ("Towers Perrin") was retained as actuarial consultant to

---

[10]We note that on or about August 26, 2002, the Court entered an order approving a total budget for the ZAI Science Trial of $1.5 million in fees and $500,000 in expenses for the debtor, as well as $1.5 million in fees and $500,000.00 in expenses for ZAI counsel.  On July 28, 2003, the Court entered an order increasing the budget by $950,000 per side for additional attorney fees and expenses.  On September 27, 2004, the Court entered an order further increasing the litigation budget in the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses.  We note that the ZAI-related fees and expenses of Reed Smith, combined with those of Kirkland & Ellis LLP, have not exceeded the budget limits set by the Court, and we have no objection to Reed Smith's fees on that basis.

David T. Austern, Future Claimants Representative.  Towers Perrin seeks approval of fees totaling $5,747.50 and no expenses for its services during the Application Period.

24.      Tre Angeli LLC ("Tre Angeli") was retained as financial advisor to David T. Austern, Future Claimants' Representative.  Tre Angeli seeks a flat fee of $100,000.00[11] and expenses totaling $288.64 for its services during the Application Period.

25.      Woodcock Washburn LLP ("Woodcock Washburn") was retained as special litigation counsel to the Debtors.  Woodcock Washburn seeks approval of fees totaling $21,576.00 and expenses totaling $180.00 for its services during the Application Period.

26.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

27.      We have no objections to or issues with, any of the Applications, with the exception

---

[11]For the Application Period, Tre Angeli lists 121 hours worked, which computes to an effective hourly rate of $826.45.

of certain *de minimis* issues as explained in the following paragraph and corresponding footnotes.

## CONCLUSION

28.    In summary, for the Application Period, we recommend approval of the following fees and expenses for these Applicants:

a.    AKO - $1,199,112.00 in fees and $22,671.58 in expenses;

b.    Baer - $474,822.50 in fees and $14,490.29 in expenses;

c.    Baker Donelson - $60,000.00 in fees and $34.44 in expenses for the Thirty-Third Interim Period; and $60,000.00 in fees and $14.23 in expenses for the current Application Period;

d.    Beveridge & Diamond - $15,799.50 in fees and $593.83 in expenses;

e.    Bilzin Sumberg - $114,222.75 in fees ($114,260.75 minus $38.00[12]) and $104,133.15 in expenses;

f.    Blackstone - $450,000.00 in fees and $17,086.89 in expenses;

g.    Campbell & Levine - $189,711.00 in fees and $59,538.35 in expenses;

h.    Capstone - $361,641.00 in fees and $3,506.56 in expenses ($3,541.67 minus $35.11[13]);

i.    Casner - $39,699.50 in fees and $38,364.93 in expenses;

j.    Charter Oak - $43,775.50 in fees;

k.    Day Pitney - $34,342.50 in fees and $48.96 in expenses;

l.    Ferry Joseph - $101,584.50 in fees and $8,798.98 in expenses;

---

[12]This reflects a recommended reduction of $38.00 to correct an inadvertent overcharge on one of Bilzin Sumberg's time entries, to which reduction the applicant has agreed.

[13]This reflects a recommended reduction of $35.11 for two of Capstone's meal charges which slightly exceeded our recommended guidelines, to which reduction the applicant has agreed.

m.    Foley Hoag - $42,333.00 in fees and $145.26 in expenses;

n.    Holme - $938.00 in fees and $2,926.73 in expenses for the Thirty-Second Interim Period;

o.    LAS - $300,425.00 in fees and $4,833.06 in expenses;

p.    Ogilvy Renault - CDN$51,643.50 in fees and CDN$1,184.45 in expenses;

q.    Pachulski - $251,421.25 in fees ($251,464.25 minus $43.00[14]) and $195,318.79 in expenses;

r.    PG&S - $57,460.00 in fees and $2,418.33 in expenses for the Thirty-Third Interim Period;

s.    Protiviti - $38,280.00 in fees and $3,846.54 in expenses;

t.    Reed Smith - $110,343.00 in fees and $47,361.97 in expenses;

u.    Alan Rich - $202,402.50 in fees and $16,828.62 in expenses;

v.    Judge Sanders - $62,415.00 in fees and $3,904.58 in expenses;

w.    Towers Perrin - $5,747.50 in fees;

x.    Tre Angeli - $100,000.00 in fees and $288.64 in expenses; and

y.    Woodcock Washburn - $21,576.00 in fees and $180.00 in expenses.

---

[14]This reflects a recommended reduction of $43.00 to correct an inadvertent overcharge on one of Pachulski's time entries, to which reduction the applicant has agreed.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____

            Warren H. Smith
            Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 5th day of March, 2010.


_____

            Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicants**

Robert M. Horkovich
Robert Y. Chung
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Janet S. Baer
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

E. Franklin Childress, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Pamela D. Marks
Beveridge & Diamond, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201

Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

Pamela D. Zilly
Senior Managing Director
Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154

Kathleen Campbell Davis
Marla Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Edwin N. Ordway, Jr.
Capstone Advisory Group, LLC
Park 80 West, Plaza I
Saddle Brook, NJ 07663

Robert A. Murphy
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Bradley Rapp
Charter Oak Financial Consultants, LLC
430 Center Avenue
Mamaroneck, NY 10543

Anthony J. Marchetta
Day Pitney LLP
P. O. Box 1945
Morristown, NJ 07962-1945

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Eric E. Johnson
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Teresa J. Walsh
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, ON   M5J 2Z4

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Scott Laliberte
Two Liberty Place
50 South 16th Street, Suite 2900
Philadelphia, PA 19102

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Jennifer L. Biggs
Towers Watson
101 S. Hanley Rd.
St. Louis, MO 63105

Joseph J. Radecki, Jr.
Tre Angeli LLC
Six Landmark Square, Suite 415
Stamford, CT 06901

Gary H. Levin

Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Counsel for the Official Committee of Unsecured Creditors**
Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

**Co-Counsel to the Official Committee of Equity Holders**

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899