# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 04, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10389

Professional Services

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 2/1/2010 | AL | Update database with Ferry's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | LMH | Receive and review e-mail from B. Ruhlander re: schedule for 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | LMH | Left detailed telephone voicemail for B. Ruhlander re: pending tasks. | 0.10 | 15.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: pending tasks. | 0.10 | 15.00 |
| | BSR | detailed review of Ogilvy Renault's July and August 2009 monthly fee applications | 0.20 | 52.00 |
| | BSR | detailed review of Nelson Mullins' July and August 2009 monthly fee applications | 0.10 | 26.00 |
| | BSR | Draft e-mails to Venable and Stroock re initial reports for the 34th interim period | 0.20 | 52.00 |
| | AL | Update database with Reed's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | LMH | Draft e-mail to B. Ruhlander re: timing for 34th interim period category spreadsheet. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                              Page        2

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/2/2010 | LMH | detailed review of Charter Oak Financial Consultants' September 2009 application. | 0.10 | 15.00 |
| | BSR | Draft initial report re Phillips Goldman & Spence for the 33rd interim period | 1.00 | 260.00 |
| | AL | Update database with Orrick's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's November Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Draft and E-Filing of WHSA's December CNO | 0.40 | 18.00 |
| | LMH | detailed review of Day Pitney's July 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Day Pitney's August 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Day Pitney's September 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Day Pitney's quarterly application for the 34th interim period, and draft e-mail to B. Ruhlander re: same. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Day Pitney's cumulative fee application fees. | 0.10 | 15.00 |
| | LMH | detailed review of Charter Oak Financial Consultants' July 2009 application. | 0.10 | 15.00 |
| | AL | Update database with Woodcock's December Fee Detail | 0.10 | 4.50 |
| | BSR | receive, review, and respond to email from Lisa Hamm re Day Pitney's fee application (and their fees for fee application preparation) | 0.10 | 26.00 |
| | BSR | detailed review of Phillips Goldman & Spence's June 2009 monthly fee application and 33rd interim fee application | 0.40 | 104.00 |

W.R. Grace & Co.                                                                                                    Page    3

|            |     |                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/2/2010   | BSR | detailed review of Ogilvey Renault's Sept. 2009 monthly fee application and 34th interim fee application              | 0.30  | 78.00  |
|            | AL  | Update database with Anderson's December Fee Application ( Hard Copy)                                                 | 0.10  | 4.50   |
|            | AL  | Update database with Charter's December Fee Application ( Hard Copy)                                                  | 0.10  | 4.50   |
|            | AL  | Update database with Campbell's December Fee Application ( Hard Copy)                                                 | 0.10  | 4.50   |
|            | AL  | Update database with PWC's December Fee Application ( Hard Copy)                                                      | 0.10  | 4.50   |
|            | AL  | Update database with Ogilvy's December Fee Detail                                                                     | 0.10  | 4.50   |
| 2/3/2010   | BSR | Draft e-mails to various applicants re initial reports                                                                | 0.10  | 26.00  |
|            | BSR | telephone conference with Lisa Hamm re updating meal survey (.1); forward emails to Lisa Hamm re previous meal survey methodology (.2) | 0.30  | 78.00  |
|            | BSR | research regarding meal costs in areas near New York law firms working on case                                       | 1.80  | 468.00 |
|            | BSR | Receive and review draft initial report re Capstone for the 34th interim period                                      | 0.20  | 52.00  |
|            | LMH | Draft e-mail to B. Ruhlander re: potentially objectionable fee entries from Ferry Joseph's thirty-fourth interim period application. | 0.40  | 60.00  |
|            | JAW | Proofread WHSmith January 2010 fee notice and fee detail (0.4); e-mail to M. White regarding any revisions (0.1)     | 0.50  | 75.00  |
|            | LMH | Draft initial report for Capstone's 34th interim period application.                                                 | 0.80  | 120.00 |
|            | LMH | detailed review of Ferry Joseph's August 2009 application.                                                           | 0.20  | 30.00  |

W.R. Grace & Co.                                                                                          Page        4

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2010 | LMH | Draft e-mail to B. Ruhlander re: Foley Hoag's thirty-fourth interim application. | 0.10 | 15.00 |
| | LMH | detailed review of Foley Hoag's thirty-fourth interim period application. | 0.30 | 45.00 |
| | LMH | detailed review of Ferry Joseph's interim application for the thirty-fourth interim period. | 0.10 | 15.00 |
| | LMH | detailed review of Ferry Joseph's September 2009 application. | 0.20 | 30.00 |
| | LMH | detailed review of Charter Oak's interim application for the thirty-fourth interim period. | 0.10 | 15.00 |
| | LMH | Draft e-mail to B. Ruhlander re: Charter Oak's interim application for the 34th interim period. | 0.10 | 15.00 |
| | LMH | detailed review of Capstone Advisory Group's July 2009 application. | 0.30 | 45.00 |
| | LMH | telephone conference with B. Ruhlander re: updated meal cost survey. | 0.10 | 15.00 |
| | LMH | detailed review of Capstone Advisory Group's August 2009 application. | 0.40 | 60.00 |
| | LMH | detailed review of Capstone Advisory Group's September 2009 application. | 0.40 | 60.00 |
| | LMH | detailed review of Casner's July 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Casner's August 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Casner's September 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Casner's interim fee application for the 34th period, and draft e-mail to B. Ruhlander re: same. | 0.20 | 30.00 |

W.R. Grace & Co.                                                                 Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2010 | LMH | Receive and review e-mail from B. Ruhlander re: Casner's interim application for the thirty-fourth period. | 0.10 | 15.00 |
| | LMH | detailed review of Ferry Joseph's July 2009 application. | 0.30 | 45.00 |
| | AL | Update database with HRO's June Fee Application (Electronic Version) | 0.10 | 4.50 |
| | AL | Draft of WHSA's January Invoice | 0.50 | 22.50 |
| | AL | Update database with Pachulski's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Pitney's November Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ogilvy's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | DTW | Review and revise Phillips 33rd interim initial report (.1). | 0.10 | 16.50 |
| | AL | Update database with Woodcock's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Kirkland's December  Fee Application (Hard Copy) | 0.10 | 4.50 |
| | LMH | Receive and review multiple e-mails from B. Ruhlander re: parameters for updated meal survey. | 0.20 | 30.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Capstone's thirty-fourth interim period initial report. | 0.10 | 15.00 |
| | AL | receive, review, finalize, and serve Phillip's 33Q IR | 0.30 | 13.50 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Ferry Joseph's thirty-fourth interim period application. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                                    Page      6

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/4/2010 | AL | Update database with K&E's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Draft WHSA's 35th Interim Fee Application | 2.50 | 112.50 |
| | BSR | telephone conference with Warren Smith re addressing applicants included in omnibus quarterly applications of debtor's professionals and unsecured committee's professionals | 0.10 | 26.00 |
| | AL | Update database with K&E's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Lincoln's December Fee Detail | 0.10 | 4.50 |
| | AL | receive, review, finalize, and serve Capstone's 3Q IR | 0.30 | 13.50 |
| | JAW | Proofread WHSmith 35th Interim Fee Application (October 1, 2009 - December 31, 2009) and fee detail (0.2); e-mail to M. White regarding any revisions (0.1) | 0.30 | 45.00 |
| | MW | detailed review of all fees and expenses for the 35th interim period (1.0); work with A. Lopez to draft interim fee application of WHS&A (.5); review same (.3); draft email to J. Wehrmann for final review (.1). | 1.90 | 247.00 |
| 2/5/2010 | AL | Update database with Saul's 35th Q Fee Application (Electronic Version) | 0.10 | 4.50 |
| | AL | E-Filing of WHSA's January Fee Application | 0.30 | 13.50 |
| | AL | Update database with Casner's December Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with BKD's December Fee Applicaiton (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Lincoln's December Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/5/2010 | AL | Electronic filing with court of WHSA's 35th Interim Fee Application | 0.30 | 13.50 |
| 2/7/2010 | BSR | detailed review of Orrick's 34th interim fee application and monthlies for same | 3.00 | 780.00 |
| 2/8/2010 | AL | Update database with Rich's 35th Q Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Baer's 35th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Casner's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Saul Ewing's 35th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Morris' September Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Morris' August Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Morris' July Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Beveridge's December Fee Detail | 0.10 | 4.50 |
| 2/9/2010 | BSR | telephone conference with Celeste Hart re PGS's response to initial report (33Q) | 0.10 | 26.00 |
| 2/10/2010 | BSR | Receive and review memorandum re Washington DC meal prices | 0.30 | 78.00 |
|  | LMH | research regarding Washington DC meal survey. | 2.10 | 315.00 |
|  | BSR | research (cont.) regarding New York City meal prices (1.8); draft memo re same (1.8) | 3.60 | 936.00 |

W.R. Grace & Co.                                                                                              Page        8

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/10/2010 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: revised NYC meal survey | 0.10 | 15.00 |
| | BSR | Receive and review Feb. 16 hearing agenda and respond to emails from Warren Smith and Melanie White re same | 0.10 | 26.00 |
| | AL | Update database with Sander's 35th Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Sander's January Fee Detail | 0.10 | 4.50 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| 2/11/2010 | BSR | review of itemized expense spreadsheet sent by Orrick for their July - Sept 2009 expenses and compare with monthly fee applications | 1.80 | 468.00 |
| | BSR | research regarding Dallas meal prices (2.0); draft memo to Warren Smith re same (.5) | 2.50 | 650.00 |
| | LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: updated meal cost survey. | 0.40 | 60.00 |
| | LMH | Continued research regarding Washington DC meal survey. | 1.30 | 195.00 |
| 2/12/2010 | LMH | Receive and review e-mail from B. Ruhlander re: revised meal surveys. | 0.10 | 15.00 |
| | BSR | Draft memo to Warren Smith re Dallas meal prices (.7); telephone conference with Lisa Hamm re meal research (.1) | 0.80 | 208.00 |
| | LMH | research regarding updated Chicago meal survey. | 2.10 | 315.00 |
| | LMH | Additional research regarding Washington DC meal survey. | 0.60 | 90.00 |
| | AL | Research PACER for all filed final reports for 17th interim (1.5); research entered orders re same (.5); draft prior period paragraphs for all applicants in 17th interim.(3.0) | 5.00 | 225.00 |

W.R. Grace & Co.                                                                                      Page      9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/13/2010 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
|  | LMH | Receive and review multiple e-mails from B. Ruhlander re: revised meal surveys. | 0.20 | 30.00 |
|  | LMH | Additional research regarding updated Chicago meal survey. | 0.50 | 75.00 |
|  | BSR | Receive and review memos re meal prices in Chicago and Washington DC (.3); draft email to Warren Smith re meal survey for New York, Chicago, Washington, DC, and Dallas (.3) | 0.60 | 156.00 |
| 2/15/2010 | AL | Update database with Baer's 34Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with BMC's 34Q Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Morris' 34Q Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Blackstone's December Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | LMH | Draft spreadsheet of meal survey comparison between 2008 and 2010 figures. | 0.70 | 105.00 |
|  | AL | Update database with Stroock's 34Q IR Response | 0.10 | 4.50 |
|  | AL | Update database with Foley's 35Q  Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Pachulski's December Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with Charter's 35Q Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | Update database with LAS' 35Q Fee Application (Electronic Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                          Page      10

|            |     |                                                                                                    | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------|-------|--------|
| 2/15/2010  | AL  | Update database with BMC's 33Q Fee Application (Hard Copy)                                          | 0.10  | 4.50   |
|            | BSR | Receive and review meal charge comparison spreadsheets (.4); revise same (.3)                      | 0.70  | 182.00 |
|            | AL  | Update database with Morris' 24Q Fee Application (Hard Copy)                                        | 0.10  | 4.50   |
|            | LMH | Receive and review multiple e-mails from B. Ruhlander re: spreadsheet of meal comparisons between 2008 and 2010 figures. | 0.20  | 30.00  |
|            | LMH | telephone conference with B. Ruhlander re: spreadsheet for comparison of 2008 and 2010 meal surveys. | 0.10  | 15.00  |
|            | AL  | Update database with Pitney's December Fee Application (Hard Copy)                                  | 0.10  | 4.50   |
|            | AL  | Update database with Blackstone's December Fee Application (Hard Copy)                              | 0.10  | 4.50   |
|            | AL  | Update database with Orrick's 34Q Expenses                                                          | 0.10  | 4.50   |
|            | AL  | Update database with Austern's 34Q Fee Detail                                                       | 0.10  | 4.50   |
|            | AL  | Update database with Tower's 34Q Fee Detail                                                         | 0.10  | 4.50   |
|            | BSR | telephone conference with Warren Smith re comparison of 2008 meal prices with 2010; telephone conference with Lisa Hamm | 0.10  | 26.00  |
|            | BSR | Draft initial report re Orrick for the 34th interim period                                         | 1.30  | 338.00 |
| 2/16/2010  | AL  | Update database with PWC's 35Q Fee Detail                                                           | 0.10  | 4.50   |
|            | AL  | receive, review, and finalize IR for Orrick's 34Q                                                  | 0.20  | 9.00   |

W.R. Grace & Co.                                                                                      Page      11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/16/2010 | LMH | Receive and review e-mail from B. Ruhlander re: updated meal survey. | 0.10 | 15.00 |
|  | BSR | telephone conferences (2) with Lisa Hamm re meal survey data (.5); analysis of meal price information on spreadsheet (1.0) | 1.50 | 397.50 |
|  | AL | Draft Prior Period Paragraphs in for the 16th Q | 0.10 | 4.50 |
|  | BSR | Receive and review revised draft of meal guideline spreadsheet (1.0); draft email to Warren Smith re same (.2) | 1.20 | 318.00 |
|  | LMH | telephone conference with B. Ruhlander re: updated meal survey. | 0.10 | 15.00 |
|  | BSR | Draft e-mail to Orrick re initial report for the 34th interim period | 0.10 | 26.50 |
|  | BSR | detailed review of Baker Donelson's quarterly fee applications for the 33rd and 34th interim periods | 0.30 | 79.50 |
|  | BSR | detailed review of David Austern's quarterly interim fee application for the 34th interim period, including monthly fee applications (.3); draft email to David Austern re same (.1) | 0.40 | 106.00 |
|  | AL | Update database with Ogilvy's 35 Q Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Kramer's 35 Q Fee Detail | 0.10 | 4.50 |
|  | LMH | Additional telephone conference with B. Ruhlander re: revisions to meal survey. | 0.10 | 15.00 |
|  | LMH | telephone conference with B. Ruhlander re: revisions to meal survey. | 0.30 | 45.00 |
|  | LMH | Draft revisions to meal survey spreadsheet, and draft e-mail to B. Ruhlander re: same. | 0.10 | 15.00 |
|  | LMH | telephone conference with B. Ruhlander re: updated meal survey. | 0.40 | 60.00 |

W.R. Grace & Co.                                                                                            Page    12

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 2/16/2010 | LMH | detailed review of comprehensive meal survey in anticipation of conference call with B. Ruhlander re: same. | 0.20 | 30.00 |
|  | AL | Research PACER for all filed final reports for 16th interim (1.5); research entered orders re same (.5); draft prior period paragraphs for Campbell, Buchanon, Bilzin, BMC, Baker, and David T Austern's 16th interim.(1.0) | 3.00 | 135.00 |
| 2/17/2010 | BSR | research server and Pacer for David Austern's monthly fee applications for April - June 2009 and download same | 0.30 | 79.50 |
|  | BSR | Draft e-mail to Capstone re initial report for the 34th interim period | 0.10 | 26.50 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: meal survey. | 0.10 | 15.00 |
|  | AL | Update database with Kramer's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Foley's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Stroock's 35Q Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Stroock's November Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Houlihan's November through December Fee Detail | 0.20 | 9.00 |
|  | AL | Update database with Stroock's 35 Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| 2/18/2010 | BSR | detailed review of Deloitte Tax's April, May and June 2009 monthly fee applications | 0.20 | 53.00 |
|  | BSR | detailed review of Deloitte Tax's March 2009 monthly fee application | 0.20 | 53.00 |
|  | BSR | detailed review of Deloitte Tax's July and August 2009 monthly fee applications (.1); research server for Sept. 2009 and 34th interim fee application (.1); email to Anthony Lopez requesting print out of Sept. 2009 | 0.30 | 79.50 |

W.R. Grace & Co.                                                                            Page    13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | monthly fee application and telephone conference with Anthony Lopez re same (.1) |  |  |
| 2/18/2010 | BSR | detailed review of Steptoe's July and August 2009 monthly fee applications | 0.10 | 26.50 |
|  | BSR | detailed review of Holme's April and May 2009 monthly fee applications | 0.10 | 26.50 |
| 2/19/2010 | LMH | telephone conference with B. Ruhlander re: Los Angeles and San Francisco meal surveys. | 0.10 | 15.00 |
|  | LMH | Receive and review multiple e-mails from B. Ruhlander re: additional meal survey cities. | 0.30 | 45.00 |
|  | LMH | Receive and review multiple e-mails from W. Smith re: additional meal survey cities. | 0.20 | 30.00 |
|  | AL | Update database with Capstone's December Fee Application and Fee Detail | 0.20 | 9.00 |
|  | AL | Update database with Stroock's September Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Capstone's November Fee Application and Fee Detail | 0.20 | 9.00 |
|  | AL | Update database with Bilzin's 35Q And December Fee Detail | 0.20 | 9.00 |
|  | BSR | receive, review, and respond to email from Warren Smith re meal survey for LA and San Francisco (.1); research re same (including compiling addresses to use as reference points) (.4); draft email to Lisa Hamm re same (.1) | 0.60 | 159.00 |
|  | BSR | detailed review of Woodcock Washburn's 34th interim fee application and monthly fee applications | 0.30 | 79.50 |
| 2/20/2010 | BSR | detailed review of Towers Perrin Tillinghast's 34th interim fee application and monthly fee applications (.2); draft email to Jenni Biggs re same (.1) | 0.30 | 79.50 |
|  | BSR | detailed review of Protiviti's 34th interim fee application and monthlies (.1); draft email to Scott Laliberte requesting time and expense detail (.1) | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                            Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/20/2010 | BSR | detailed review of Tre Angeli's July and August 2009 monthly fee applications (.1); research server and Pacer for remaining applications (.2); draft email to D. Fullem re same (.1) | 0.40 | 106.00 |
| 2/21/2010 | AL | Draft of the 18th Interim Prior Period Paragraphs | 3.00 | 135.00 |
| 2/22/2010 | LMH | telephone conference with B. Ruhlander re: Los Angeles and San Francisco meal surveys. | 0.20 | 30.00 |
| | LMH | Receive, review, and respond to multiple e-mails from B. Ruhlander re: Los Angeles and San Francisco meal surveys. | 0.30 | 45.00 |
| | LMH | Receive, review and respond to multiple e-mails from W. Smith re: Los Angeles and San Francisco meal surveys. | 0.30 | 45.00 |
| | LMH | Draft revisions to meal survey spreadsheet with Los Angeles and San Francisco survey results. | 0.20 | 30.00 |
| | LMH | research regarding San Francisco meal prices. | 1.80 | 270.00 |
| | BSR | Receive and review memo for San Francisco and Los Angeles meal surveys (.2); telephone conference with Lisa re same (.1); revise memos and forward to Warren Smith for review (.3); review revised spreadsheet and forward same to Warren Smith (.4) | 1.00 | 265.00 |
| | BSR | detailed review of monthly fee applications for July - Sept. 2009, as well as 34th interim fee application re: Duane Morris. | 1.20 | 318.00 |
| | BSR | Draft e-mail to applicants concerning new meal caps | 0.30 | 79.50 |
| | BSR | Draft initial report re Duane Morris for the 34th interim period | 0.30 | 79.50 |
| | BSR | detailed review of Alexander Sanders' July - Sept 2009 monthly fee applications (.2); research server and docket for Judge Sander's quarterly fee application for the 34th interim period and download same (.3); review of Judge Sanders' interim fee application for the 34th interim period (.1); draft email to Alan Rich re expenses on Sept. 2009 monthly fee application (.2) | 0.80 | 212.00 |

W.R. Grace & Co.                                                                                        Page     15

|            |     |                                                                        | <u>Hours</u> | <u>Amount</u> |
|------------|-----|------------------------------------------------------------------------|-------|--------|
| 2/22/2010  | LMH | research regarding Los Angeles menu pricing.                           | 3.00  | 450.00 |
|            | DTW | Review and revise Duane Morris 34th interim initial report (.1).       | 0.10  | 16.50  |
|            | AL  | Update database with Reed's 35Q Fee Application (Hard Copy)            | 0.10  | 4.50   |
|            | AL  | Update database with Caplin's 35Q Fee Application (Hard Copy)          | 0.10  | 4.50   |
|            | AL  | Update database with Woodcock's 35Q Fee Application (Hard Copy)        | 0.10  | 4.50   |
|            | AL  | Update database with Bilzin's 35Q Fee Application (Hard Copy)          | 0.10  | 4.50   |
|            | AL  | Update database with Ogilvy's 35Q Fee Application (Hard Copy)          | 0.10  | 4.50   |
|            | AL  | Update database with BMC's 34Q Fee Application (Hard Copy)             | 0.10  | 4.50   |
|            | AL  | Update database with Casner's 35Q Fee Application (Hard Copy)          | 0.10  | 4.50   |
|            | AL  | Update database with Campbell's 35Q Fee Application (Hard Copy)        | 0.10  | 4.50   |
|            | AL  | Update database with AKO's 35Q Fee Application (Hard Copy)             | 0.10  | 4.50   |
|            | AL  | Update database with Charter's 35Q Fee Application (Hard Copy)         | 0.10  | 4.50   |
|            | AL  | Update database with LAS' 35Q Fee Application (Hard Copy)              | 0.10  | 4.50   |
|            | AL  | receive, review, and finalize Morris' 34Q IR                          | 0.10  | 4.50   |

W.R. Grace & Co.                                                                                                    Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/22/2010 | AL | Update database with Proviti's 35Q Fee Detail | 0.10 | 4.50 |
| 2/23/2010 | BSR | Receive and review K&E's response to initial report for the 34th interim period | 0.30 | 79.50 |
|  | AL | Update database with Ogilvy's January Fee Detail | 0.10 | 4.50 |
|  | BSR | detailed review of Alan Rich's 34th interim fee application and monthly fee applications (1.5); draft email to Alan Rich re same (.1) | 1.60 | 424.00 |
|  | AL | Update database with PWC's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | BSR | Draft final report re K&E for the 34th interim period | 0.70 | 185.50 |
| 2/24/2010 | BSR | Draft final report re K&E for the 34th interim period | 4.60 | 1,219.00 |
|  | BSR | research regarding responses we have received to date to initial report for the 34th interim period (.8); draft emails to Caplin & Drysdale and Bilzin Sumberg re responses to initial reports (34Q) (.2) | 1.00 | 265.00 |
|  | AL | Update database with Ogilvy's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| 2/25/2010 | WHS | detailed review of, and revisions to, FR KE 34Q 7-9.09 | 0.30 | 88.50 |
|  | WHS | detailed review of FR Venable 34Q 7-9.09 | 0.20 | 59.00 |
|  | WHS | detailed review of FR Stroock 34Q 7-9.09 | 0.20 | 59.00 |
|  | WHS | detailed review of FR Saul Ewing 34Q 7-9.09 | 0.20 | 59.00 |
|  | BSR | telephone conference with Warren Smith re revision to K&E final report (34Q) | 0.10 | 26.50 |

W.R. Grace & Co.                                                                                          Page      17

|            |     |                                                                                                         | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------|-------|--------|
| 2/25/2010  | BSR | Draft final report re Saul Ewing for the 34th interim period                                            | 0.50  | 132.50 |
|            | BSR | Draft final report re Venable for the 34th interim period                                               | 0.60  | 159.00 |
|            | BSR | Receive and review response of Campbell & Levine to email inquiry concerning car service charges        | 0.10  | 26.50  |
|            | BSR | Draft final report re Stroock for the 34th interim period                                               | 1.10  | 291.50 |
|            | BSR | Revise K&E final report (34Q) per instructions of Warren Smith (.2); draft email to Warren Smith re same (.2) | 0.40  | 106.00 |
|            | BSR | Draft e-mail to Stroock re final report for the 34th interim period                                     | 0.10  | 26.50  |
|            | BSR | Draft e-mail to K&E re final report for the 34th interim period                                         | 0.10  | 26.50  |
|            | BSR | Draft final report re David Austern for the 34th interim period                                         | 0.30  | 79.50  |
|            | BSR | Draft final report re Kramer Levin for the 34th interim period                                          | 0.40  | 106.00 |
|            | BSR | Draft final report re Capstone for the 34th interim period                                              | 0.60  | 159.00 |
|            | BSR | Draft final report re PwC for the 34th interim period (.5); draft email to Kathleen Miller requesting additional information (.1) | 0.60  | 159.00 |
|            | AL  | Electronic filing with court of Austern's 34Q FR                                                        | 0.30  | 13.50  |
|            | AL  | Update database with Venable's 34Q Response                                                             | 0.10  | 4.50   |
|            | AL  | Update database with Austern's 34Q FR                                                                   | 0.10  | 4.50   |

W.R. Grace & Co.                                                                                         Page    18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/25/2010 | AL | Electronic filing with court of K&E's 34Q FR | 0.30 | 13.50 |
|  | AL | Electronic filing with court of Stroock's 34Q FR | 0.40 | 18.00 |
|  | AL | Update database with K&E's Version 2 FR for the 34Q | 0.10 | 4.50 |
|  | AL | Electronic filing with court of Venable's 34Q FR | 0.40 | 18.00 |
|  | AL | Electronic filing with court of Ewing's 34Q FR | 0.30 | 13.50 |
|  | AL | Update database with Stroock's 34Q FR | 0.10 | 4.50 |
|  | AL | Update database with Kramer's 34Q FR | 0.10 | 4.50 |
|  | AL | Update database with Levine's 34Q Response | 0.10 | 4.50 |
|  | AL | Update database with Venable's 34Q FR | 0.10 | 4.50 |
|  | AL | Update database with Ewing's 34 Q FR | 0.10 | 4.50 |
|  | AL | Update database with K&E's 34Q FR | 0.10 | 4.50 |
| 2/26/2010 | BSR | Draft e-mail to L. Oberholzer at Pachulski re quarterly applications not yet received for the 34th interim period | 0.20 | 53.00 |
|  | BSR | detailed review of Tre Angeli's quarterly fee application for the 34th interim period | 0.20 | 53.00 |
|  | BSR | detailed review of Protiviti's fee and expense detail for the period of July - Sept. 2009 | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                   Page    19

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 2/26/2010 | BSR | Receive and review response of Towers Perrin to email inquiry (34Q) | 0.10 | 26.50 |
| | BSR | telephone conference with Andrew Struthers-Kennedy re issues with Protiviti's 34th interim fee application | 0.30 | 79.50 |
| | BSR | Receive and review Orrick's response to initial report (34Q) (1.0); draft email to Debra Fullem re additional expense items (.1); review response from D. Fullem and draft follow-up email to D. Fullem (.2) | 1.30 | 344.50 |
| | BSR | detailed review of BMC's 34th interim fee application | 1.90 | 503.50 |
| | AL | Update database with Orrick's 34Q Response | 0.10 | 4.50 |
| | WHS | detailed review of FR Austern 34Q 7-9.09 | 0.20 | 59.00 |
| | AL | Update database with Tre Angeli's July through September Fee Detail | 0.20 | 9.00 |
| | AL | Update database with K&E's 35Q Fee Applicaiton (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Loeb's 2Q FR | 0.10 | 4.50 |
| | AL | Draft and E-file with the Court of WHSA's January CNO | 0.50 | 22.50 |
| | AL | Electronic filing with court of Kramer's 34Q FR | 0.30 | 13.50 |
| | LMH | Draft e-mail to B. Ruhlander re: 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | WHS | detailed review of FR Kramer 34Q 7-9.09 | 0.20 | 59.00 |

W.R. Grace & Co.                                                                         Page    20

| | Hours | Amount |
|---|---|---|
| 2/27/2010 BSR    Draft initial report re BMC Group for the 34th interim period | 0.50 | 132.50 |
| | | |
| **For professional services rendered** | **102.50** | **$18,016.00** |
| Additional Charges : | | |
| 2/2/2010 Copying cost | | 31.10 |
| Third party copies & document prep/setup. | | 269.01 |
| | | |
| **Total additional charges** | | **$300.11** |
| | | |
| **Total amount of this bill** | | **$18,316.11** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 28.00 | 45.00 | $1,260.00 |
| Bobbi S. Ruhlander | 28.10 | 265.00 | $7,446.50 |
| Bobbi S. Ruhlander | 19.70 | 260.00 | $5,122.00 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 0.80 | 150.00 | $120.00 |
| Lisa M Hamm | 22.30 | 150.00 | $3,345.00 |
| Melanie White | 1.90 | 130.00 | $247.00 |
| Warren H Smith | 1.50 | 295.00 | $442.50 |