**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>FEBRUARY 1, 2004 THROUGH DECEMBER 31, 2004</u>

1.Fraudulent Transfer Litigation – 15547 – 41.1 hours [$10,886.00]

This matter covers the analysis of the fraudulent transfer claims, motions to prosecute and hearings thereon.  It also covers selection of professionals for this litigation, consultation with the PD Committee, the Personal Injury Committee, and special counsel to prosecute the claims.  Due to concerns about attorney-client privilege and the preservation of attorney work-product, this narrative sets forth, in general terms, the work performed during the Application Period.

Although the Applicant reached an agreement on terms of a definitive settlement agreement among the Plaintiffs, the Debtors and the Fresenius entities, which agreement was approved by an Order of the Court approving the Rule 9019 Motion to approve such settlement, the Applicant continued to negotiate and participate in various telephone conferences regarding the settlement agreement with Fresenius.  In Addition, the Applicant continued during the Application Period to negotiate the terms and review the draft of the Sealed Air agreement.