# EXHIBIT "C"

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

April 28, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  78692

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 29, 2004

Atty - SLB
Client No. 74817/15547

RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)

| 02/09/04 | JMS | 0.40 | 116.00 | Emails with Speights and Dies regarding final fee application |
|---|---|---|---|---|

PROFESSIONAL SERVICES                                                    $116.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | 290.00 | $116.00 |
| *TOTAL* | *0.40* | | *$116.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER          $116.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Sakalo, Jay M | 0.40 | $116.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL FEES THIS PERIOD | $116.00 |

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| TOTAL COSTS ADVANCED THIS PERIOD | $0.00 |
| TOTAL AMOUNT DUE THIS PERIOD | $116.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

---

## CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 02/29/04** **WR Grace-Official Committee of Prope** | | | |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 116.00 | 0.00 | 116.00 |
| Client Total | $116.00 | $0.00 | $116.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
### A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

April 28, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  78705

FOR PROFESSIONAL SERVICES RENDERED
THROUGH March 31, 2004

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius) |  | Client No. 74817/15547 |

| | | | | |
|---|---|---|---|---|
| 03/11/04 | SLB | 0.50 | 275.00 | Letter to D. Speights and M. Dies regarding status of fee applications (.5). |
| 03/11/04 | JMS | 0.50 | 145.00 | Emails to and from M. Weber regarding fee holdbacks |
| 03/18/04 | JMS | 1.00 | 290.00 | Conferences with L. Flores and M. Thomson regarding Sealed Air holdbacks (.6); emails to M. Dies regarding answers to questions on fees (.4) |
| 03/18/04 | AJ | 0.70 | 77.00 | Review of 2002 Bills for references to meetings per request of J.S. |
| 03/23/04 | JMS | 0.60 | 174.00 | Begin draft of holdback fee application |
| 03/24/04 | SLB | 0.20 | 110.00 | Interoffice conference with J. Sakalo regarding fee app for holdbacks (.2). |
| 03/24/04 | LMF | 2.30 | 276.00 | Meet with J. Sakalo and assist with preparation of fee application and exhibits for hold back request (2.3). |
| 03/24/04 | JMS | 4.30 | 1,247.00 | Draft Holdback fee application, meeting with L. Flores thereon |
| 03/26/04 | ASD | 0.30 | 87.00 | Telephone conference with J. Hass regarding Sealed Air Settlement (.2); email Scott Baena regarding Sealed Air Settlement (.1). |
| 03/26/04 | AJ | 1.80 | 198.00 | Draft Interim Application for Payment of Holdbacks |
| 03/29/04 | LMF | 2.80 | 336.00 | Work with project assistant and accounting to reconcile discrepancies and complete application for hold backs on the fraudulent transfer matter (2.8). |
| 03/29/04 | AJ | 2.20 | 242.00 | Draft Interim Application for Payment of Holdbacks |
| 03/30/04 | LMF | 1.20 | 144.00 | Finalize and file application for hold backs in the fraudulent transfer matter (1.2). |

PROFESSIONAL SERVICES $3,601.00

COSTS ADVANCED

| | | |
|---|---|---|
| 03/18/04 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 03/18/04 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 03/24/04 | Photocopies  1.00pgs @ .15/pg | 0.15 |

TOTAL COSTS ADVANCED $1.20

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.70 | 550.00 | $385.00 |
| Danzeisen, Allyn S | 0.30 | 290.00 | $87.00 |
| Sakalo, Jay M | 6.40 | 290.00 | $1,856.00 |
| Flores, Luisa M | 6.30 | 120.00 | $756.00 |
| Josephs, Adam | 4.70 | 110.00 | $517.00 |
| *TOTAL* | *18.40* | | *$3,601.00* |

## MATTER SUMMARY OF COSTS ADVANCED

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Photocopies | $1.20 |
| TOTAL | $1.20 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** | **$3,602.20** |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 0.30 | $87.00 |
| Baena, Scott L | 0.70 | $385.00 |
| Flores, Luisa M | 6.30 | $756.00 |
| Sakalo, Jay M | 6.40 | $1,856.00 |
| Josephs, Adam | 4.70 | $517.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** $3,601.00

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $1.20 |
| TOTAL COSTS ADVANCED THIS PERIOD | $1.20 |
| TOTAL AMOUNT DUE THIS PERIOD | $3,602.20 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 03/31/04** |  |  |  |
| **WR Grace-Official Committee of Prope** |  |  |  |
| 11 – Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 3,601.00 | 1.20 | 3,602.20 |
| Client Total | $3,601.00 | $1.20 | $3,602.20 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

July 13, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  81239

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2004

Atty - SLB
RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)                    Client No. 74817/15547

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 06/08/04 | SLB | 0.40 | 220.00 | Telephone call from H. Wasserstein regarding motion to vacate standards opinion (.2); interoffice conference with R. Turken regarding same (.2). |
| 06/09/04 | SLB | 1.60 | 880.00 | Review motion to vacate and exhibits (.9); email report to committee regarding motion to vacate (.4); email to H. Wasserstein regarding same (.3). |
| 06/09/04 | JMS | 1.50 | 435.00 | Review Sealed Air motion to vacate standards opinion (.4); telephone conference with W. Sparks regarding payment of holdbacks (.2); telephone conference with S. Blatnick regarding same (.2); telephone conference with G. Boyer regarding same (.3); review emails from S. Baena to Committee regarding motion (.4) |
| 06/14/04 | SLB | 0.30 | 165.00 | Email from and to P. Lockwood regarding motion to vacate (.2); email from P. Lockwood regarding same (.1). |
| 06/18/04 | JMS | 0.40 | 116.00 | Revise protective objection and email to T. Tacconelli and M. Hurford thereon |

PROFESSIONAL SERVICES                                                                          $1,816.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 2.30 | 550.00 | $1,265.00 |
| Sakalo, Jay M | 1.90 | 290.00 | $551.00 |
| *TOTAL* | *4.20* | | *$1,816.00* |

TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER                    $1,816.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Baena, Scott L | 2.30 | $1,265.00 |
| Sakalo, Jay M | 1.90 | $551.00 |
| | TOTAL PROFESSIONAL FEES THIS PERIOD | $1,816.00 |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| TOTAL COSTS ADVANCED THIS PERIOD | $0.00 |
| TOTAL AMOUNT DUE THIS PERIOD | $1,816.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 06/30/04**<br>**WR Grace-Official Committee of Prope** |  |  |  |
| 11 – Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 1,816.00 | 0.00 | 1,816.00 |
| Client Total | $1,816.00 | $0.00 | $1,816.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
### A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

September 23, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  83948

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH August 31, 2004

| | | | | | Atty - SLB |
|---|---|---|---|---|---|

RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)          Client No. 74817/15547

| | | | | |
|---|---|---|---|---|
| 08/17/04 | SLB | 0.40 | 220.00 | Telephone conference with Speights, Dies and Sakalo regarding Sealed Air settlement approval (.2); emails to and from T. Woodard regarding vacating withdrawal of reference (.2). |
| 08/17/04 | JMS | 0.60 | 174.00 | Conference with S. Baena regarding status of settlement (.3); telephone conference with S. Baena, M. Dies, D. Speights regarding same (.3) |
| 08/18/04 | JMS | 1.00 | 290.00 | Analyze issues regarding withdrawal of reference and conferences with T. Woodard thereon (.7); email from S. Baena thereon (.3) |

PROFESSIONAL SERVICES                                                                  $684.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | $550.00 | $220.00 |
| Sakalo, Jay M | 1.60 | $290.00 | $464.00 |
| *TOTAL* | *2.00* | | *$684.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                    $684.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 2

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Baena, Scott L | 0.40 | $220.00 |
| Sakalo, Jay M | 1.60 | $464.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | *$684.00* |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$0.00* |
| *TOTAL AMOUNT DUE THIS PERIOD* | *$684.00* |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

---

### *CLIENT SUMMARY*

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 08/31/04**<br>**WR Grace-Official Committee of Prope** | | | |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | $684.00 | $0.00 | $684.00 |
| *Client Total* | *$684.00* | *$0.00* | *$684.00* |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

December 16, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  87001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2004

Atty - SLB
Client No. 74817/15547

RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)

| | | | | |
|---|---|---|---|---|
| 09/30/04 | JMS | 0.30 | 87.00 | Email from N. Finch regarding confidentiality agreements |
| 10/18/04 | ASD | 1.70 | 493.00 | Continue draft motion on settlement issues. |
| 10/19/04 | ASD | 2.10 | 609.00 | Continue work on settlement issue. |
| 10/20/04 | ASD | 1.30 | 377.00 | Continue work on motion to advance settlement. |
| 10/28/04 | JMS | 0.70 | 203.00 | Emails with D. Speights regarding bills and conference with L. Flores thereon |
| 10/29/04 | ASD | 0.30 | 87.00 | Review email regarding motion to advance laws and review responses to same. |

PROFESSIONAL SERVICES                                                    $1,856.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 5.40 | $290.00 | $1,566.00 |
| Sakalo, Jay M | 1.00 | $290.00 | $290.00 |
| *TOTAL* | *6.40* | | *$1,856.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER          $1,856.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 5.40 | $1,566.00 |
| Sakalo, Jay M | 1.00 | $290.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$1,856.00** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| TOTAL COSTS ADVANCED THIS PERIOD | *$0.00* |
| TOTAL AMOUNT DUE THIS PERIOD | *$1,856.00* |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 10/31/04** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | $1,856.00 | $0.00 | $1,856.00 |
| *Client Total* | *$1,856.00* | *$0.00* | *$1,856.00* |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

December 16, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  87006

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2004

Atty - SLB
Client No. 74817/15547

RE:     11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/04 | ASD | 0.80 | 232.00 | Review emails regarding Holdbacks (.3); continue draft on motion on hold (.5). |
| 11/03/04 | ASD | 2.40 | 696.00 | Draft motion on holdbacks (1.7); prepare order on holdbacks (.4); begin various emails from counsel on holdbacks (.3). |
| 11/04/04 | ASD | 2.80 | 812.00 | Interoffice conference with Luisa Flores regarding exhibits (.2); continue work on motion in Holdbacks (1.8); email counsel joining motion regarding same and provide exhibits (.5); review and respond to email from counsel regarding Holdback motion (.3). |
| 11/05/04 | ASD | 2.30 | 667.00 | Telephone conference with M. Hurford regarding holdback (.1); review and respond to email from M. Huford (.1); email counsel with proposed order on holdbacks (.2); telephone conference with Ted Tacconelli regarding holdbacks (.1); review and respond to email from P. Lockwood (.2); email Ted Swett regarding holdback motion and telephone conference with Ted Swett regarding same (.3); finalize debtor, Bilzin and Campbell exhibits (.4); telephone conference with Ted Swett regarding exhibit (.1); review and respond to Ted Swett regarding additional issues on holdback (.1); finalize Caplin exhibit (.1); finalize holdback motion (.4); telephone conference with Ted Tacconelli and Lisa Coggins regarding filing of Holdback Motion (.2). |
| 11/10/04 | ASD | 0.20 | 58.00 | Review and respond to emails regarding Holdback Motion (.2). |
| 11/15/04 | ASD | 0.40 | 116.00 | Review of correspondence regarding Motion to Advance Causes (.1); review Motion of Equity Committee Approving Zexecon Retention (.3). |
| 11/17/04 | ASD | 0.20 | 58.00 | Telephone conference with Ted Tacconelli regarding motion to advance cause (.2). |
| 11/23/04 | ASD | 0.20 | 58.00 | Review email from local counsel regarding no objections; respond to same (.1); email Scott Baena and Jay Sakalo regarding Holdbacks (.1). |

PROFESSIONAL SERVICES                                           $2,697.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 9.30 | $290.00 | $2,697.00 |
| TOTAL | 9.30 | | $2,697.00 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER           $2,697.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 2

---

## *CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| *Danzeisen, Allyn S* | *9.30* | $2,697.00 |

| | |
|---|---|
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | *$2,697.00* |

---

## *CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$0.00* |
| *TOTAL AMOUNT DUE THIS PERIOD* | *$2,697.00* |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

---

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 11/30/04**<br>**WR Grace-Official Committee of Prope** |  |  |  |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | $2,697.00 | $0.00 | $2,697.00 |
| *Client Total* | *$2,697.00* | *$0.00* | *$2,697.00* |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

February 28, 2005

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  89428

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH December 31, 2004

Atty - SLB
Client No. 74817/15547

RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)

| 12/13/04 | ASD | 0.10 | 29.00 | Telephone conference with Clerk regarding necessity for hearing Holdback motion. |
| 12/31/04 | ASD | 0.30 | 87.00 | Review article discussing Sealed Air Transaction (.3). |

PROFESSIONAL SERVICES                                                          $116.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | $290.00 | $116.00 |
| TOTAL | 0.40 | | $116.00 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                    $116.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 2

---

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 0.40 | $116.00 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$116.00** |

---

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$0.00** |

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS PERIOD** | **$116.00** |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

## *CLIENT SUMMARY*

| | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| **BALANCE AS OF- 12/31/04**<br>**WR Grace-Official Committee of Prope** | | | | |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | $116.00 | $0.00 | $0.00 | $116.00 |
| *Client Total* | *$116.00* | *$0.00* | *$0.00* | *$116.00* |