**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
July 1, 2002 through August 31, 2002

1.      Asbestos: Claims Analysis & Evaluation – 49.5 ($18,600.00)

The Applicant reviewed various reports, prepared for and attended meetings with Mr.

Peterson and the PD Committee counsel in Miami with respect to Fresenius engagement.