# EXHIBIT "C"

INVOICE
W. D. HILTON, JR.
FRESENIUS ENGAGEMENT
July & August 2002

TO: Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Attn: Scott L. Baena, Esquire
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

FROM: W. D. Hilton, Jr.
P. O. Box 1013
Greenville, Texas 75403-1013

Rate: $400

| Date: | Hours: | Description of Work: | | |
|---|---|---|---|---|
| 7/23/2002 | 0.25 | Meeting w/M Peterson re: Peterson Report critiquing KPMG Report | $ | 100.00 |
| 7/24/2002 | 0.50 | Telephone discussion w/M Peterson re: 1997 Reports available | $ | 200.00 |
| 7/25/2002 | 0.50 | Telephone discussion w/J Haas (HR&A) re: KPMG Reports | $ | 200.00 |
| 7/26/2002 | 0.75 | E-mail to S Baena re: Engagement and Reports needed; Receive and organize reports | $ | 300.00 |
| 7/31/2002 | 0.25 | Coordinate arrangements for Fresenius meeting | $ | 100.00 |
| 8/2/2002 | 0.25 | Coordinate arrangements for Fresenius meeting | $ | 100.00 |
| 8/3/2002 | 2.00 | Review KPMG Report | $ | 800.00 |
| 8/4/2002 | 8.00 | Review LAS Report; Coordinate Peterson meeting | $ | 3,200.00 |
| 8/5/2002 | 0.25 | Telephone discussion w/S Baena; Coordinate Peterson meeting | $ | 100.00 |
| 8/6/2002 | 1.25 | Coordinate Peterson meeting; Further review of reports in preparation for | $ | 500.00 |
| 8/7/2002 | 7.00 | Meeting w/M Petereson at DFW Airport | $ | 2,800.00 |
| 8/8/2002 | 0.25 | Telephone discussion w/S Baena re: Fresenius and Peterson meetings | $ | 100.00 |
| 8/14/2002 | 0.75 | Review of HR&A Report; Discussion w/S Baena | $ | 300.00 |
| 8/18/2002 | 0.50 | Review of HR&A Report | $ | 200.00 |
| 8/19/2002 | 0.50 | Meeting w/H Martinez re: Celotex statistics used in HR&A Report | $ | 200.00 |
| 8/22/2002 | 1.50 | Review Celotex statistics; Review HR&A Report; Telephone discussion w/S Baena | $ | 600.00 |
| 8/25/2002 | 1.25 | Preparation for Meeting in Miami on August 28 | $ | 500.00 |
| 8/26/2002 | 1.00 | Preparation of Celotex public statistics | $ | 400.00 |
| 8/28/2002 | 14.00 | Travel to Miami for Meeting w/S Baena, review documents enroute; Meeting w/S Baena, et al @ Bilzin Sumberg | $ | 5,600.00 |
| 8/29/2002 | 5.50 | Return travel from Miami; Work on revised reports enroute and after return to office; E-mail revised reports to S Baena | $ | 2,200.00 |
| 8/22/2002 | 0.25 | E-mail and telephone discussion w/S Baena re: End of Fresenius engagement | $ | 100.00 |
| | 46.5 | Total Hours for Fresenius Engagement | $ | 18,600.00 |
| 8/7/2002 | | Expenses for Mark Peterson Meeting @ DFW: Admiral's Club Conference Room ($300), | $ | 369.10 |
| 8/28-29/2002 | | Expenses for Miami trip | $ | 1,394.27 |
| | | TOTAL DUE | $ | 20,363.37 |

fee detail.XLSFresenius
10/9/20034:04 PM