# EXHIBIT A

## KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
202 682-3500
Fax 202 682-3580
www.kayescholer.com

John P. Rynkiewicz
202 682-3671
Fax 202 682-3580
jrynkiewicz@kayescholer.com

June 27, 2001

**VIA OVERNIGHT MAIL**

Robert A. Maggio, Esq.
Chief Patent Counsel
W.R. Grace & Co. - Conn.
7500 Grace Drive
Columbia, MD 21044

Re:   **Ordinary Course Counsel Affidavit**

Dear Bob:

Enclosed please find the executed Affidavit.

Please feel free to contact me if you have any questions.

Thank you.

Very truly yours,

John P. Rynkiewicz

Encl.

13019504.WPD

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   HONG KONG   LONDON   SHANGHAI

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (___) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

### AFFIDAVIT UNDER 11 U.S.C. 327(e)

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF NEW YORK  )

Barry Willner, being duly sworn, upon his/her oath, deposes and says:

1. I am a partner of Kaye Scholer, LLP, located at 425 Park Avenue, New York 10022 (the "Firm").

2. The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Tack Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grae H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., KootenaiDevelopment Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation),MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin &Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. To the best of my knowledge, based upon the inquiries made to date, it is my understanding that the Firm does not perform services for any such person in connection with these chapter 11 cases.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters which we are to be employed by the Debtors.

7. The Debtors owe the Firm $147,330.42 for pre-petition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on June 26, 2001.

_____
Barry Willner - Partner

Sworn to and subscribed before me
this 26th day of June, 2001

_____
Notary Public
My Commission expires: 10/31/01

MICHAEL A. LEONARDI
Notary Public, State of New York
No. 31-4752830
Qualified in New York County
Commission Expires  10/31/01