IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 21345** |

## JOINDER OF LIBBY CLAIMANTS IN THE DEBTORS' OBJECTION TO CLAIMS FILED BY MARYLAND CASUALTY COMPANY

The claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] hereby join in the Debtors' Objection to Claims Filed by Maryland Casualty Company [Docket No. 21345] (the "Claims Objection"). With the exception of the arguments based on Section 502(e) of the Bankruptcy Code that have been withdrawn by the Debtor, the Libby Claimants hereby join in and support the arguments contained in the Claims Objection, as if fully set forth herein.

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 24050], as it may be amended and restated from time to time.

{393.001-W0006425.}

2

| | |
|---|---|
| Dated: March 9, 2010 | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri Mumford*<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Daniel C. Cohn<br>Christopher M. Candon<br>**COHN WHITESELL & GOLDBERG LLP**<br>101 Arch Street<br>Boston, MA 02110<br>Telephone: (617) 951-2505<br>Facsimile: (617) 951-0679<br><br>*Counsel for the Libby Claimants* |