## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 9th day of March, 2010, she caused a copy of the following:

### JOINDER OF LIBBY CLAIMANTS IN THE DEBTORS' OBJECTION TO CLAIMS FILED BY MARYLAND CASUALTY COMPANY

to be served upon the parties on the attached list in the manner as indicated.

_____
Cathy A. Adams


SWORN TO AND SUBSCRIBED before me this 9th day of March, 2010.

_____
Notary Public

KIMBERLY A. BECKER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 23, 2010

{393.001-W0006427.}

**W.R. GRACE & CO., et al.**
**Case No. 01-01139 (JKF)**

**2002 SERVICE LIST**

*Hand Delivery*
(Counsel to Debtors)
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors)
Janet S. Baer
The Law Offices of Janet S. Baer P. C.
70 W. Madison St., Suite 2100
Chicago, IL 60602

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 North Market Street
Wilmington, DE 19801

(Counsel to Debtors)
Theodore L. Freedman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

*Hand Delivery*
(Counsel to Ad Hoc Committee of
Equity Security Holders)
Neil B. Glassman
Steven M. Yoder
Kathryn D. Sallie
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Travelers Casualty
and Surety Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PI Committee)
Marla Rosoff Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins
Deborah E. Spivack
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Scotts Co.)
Robert J. Stearn, Jr.
Cory D. Kandestin
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Hand Delivery*
(Counsel to First Union Leasing)
(Counsel for Fireman's Fund Insurance Company and
Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta)
(Counsel to Mark Hankin and HanMar Associates)
Joseph Grey
John D. Demmy
Thomas G. Whalen
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Official Committee
of Unsecured Creditors)
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Zurich Insurance Company, Zurich
International (Bermuda) Ltd., and Maryland Casualty
Company)
Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

*Hand Delivery*
(Counsel for the State of Montana)
Francis A. Monaco, Jr.
Kevin J. Mangan
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Official Committee of PD Claimants)
Michael B. Joseph
Theodore Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE  19899

(Counsel for General Insurance Company of America)
Robert B. Millner
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL  60606

*Hand Delivery*
Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, DE  19801

*Hand Delivery*
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Century Indemnity Company)
(Counsel to Allstate Insurance Company)
Curtis Crowther
James S. Yoder
White and Williams LLP
824 North Market Street, Suite 902
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801

*Hand Delivery*
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Union Tank Car Company and Samson Hydrocarbons)
Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Hand Delivery*
(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801

*Hand Delivery*
(L.A. Unified School District)
William F. Taylor, Jr.
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, Delaware 19899

*Hand Delivery*
Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Hand Delivery*
(Counsel for General Insurance Company of America)
Frederick B. Rosner
Messana, Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

***Hand Delivery***
(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Brian L. Kasprzak
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Peters, Smith and Company)
Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE  19899

***Foreign First Class Mail***
(Counsel to the Canadian ZAI Claimants)
Yves Lauzon
Michel Bélanger
Lauzon Bélanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec

(Counsel to Asbestos PI Committee)
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

(Official Committee of Unsecured Creditors)
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

***Hand Delivery***
(Counsel to American Premier Underwriters, Inc.)
Elio Battista, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801-4226

(Counsel for David T. Austern, Asbestos PI Future
Claimants' Representative)
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

***Hand Delivery***
(Counsel for Government Employees Insurance Company
and Columbia Insurance Company f/k/a Republic Insurance
Company)
Warren T. Pratt
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801

***Hand Delivery***
(Counsel to U.S. Fire Insurance Company)
(Counsel for Arrowood Indemnity Company, f/k/a
Royal Indemnity Company)
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Macerich Fresno Limited Partners)
William P. Bowden
Amanda M. Winfree
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

(Official Committee of Property Damage Claimants)
Scott L. Baena
Jay Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*Hand Delivery*
(Counsel to the Canadian ZAI Claimants)
Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

(Counsel to Equity Committee)
Philip Bentley
Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Foreign First Class Mail*
(Canadian Counsel to Debtor)
Derrick Tay
Ogilvy-Renault
200 Bay Street
Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario M5J2Z4

Sheila Birnbaum
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Nancy Worth Davis
John Herrick
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Todd Meyers
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

James D. Freeman
Jerel Ellington
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout St, 8th Floor
Denver, CO  80294-1961

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, N.E., Suite 100
Atlanta, GA  30326-1232

Jon L. Heberling
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Patrick L. Hughes
Haynes & Boone LLP
1 Houston Ctr.
1221 McKinney, Suite 2100
Houston, TX  77010

Michael A. Berman
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

Charlotte Klenke
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

(Counsel to DIP Lender)
David S. Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

David S. Rosenbloom
Jeffrey E. Stone
Lewis S. Rosenbloom
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Charles E. Boulbol
26 Broadway, 17th Floor
New York, NY  10004

Charles L. Finke, Assistant General Counsel
Brad Rogers
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

Ira S. Greene
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

James A. Sylvester
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ  08736

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Steven J. Johnson
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

(Counsel to Asbestos PD Future Claimants'
Representative)
Alan B. Rich
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX  75270

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Shelby A. Jordan
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

(Attorneys for PPG Industries, Inc.)
John J. Winter
The Chartwell Law Offices, LLP
Valley Forge Corporate Center
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403

Courtney M. Labson
Ontario Mills LP
The Mills Corporation
225 W. Washington St.
Indianapolis, IN  46204-3435

*Hand Delivery*
(Counsel to Asbestos PD Future Claimants'
Representative)
Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Alan R. Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Christopher L. Beard
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

John P. Dillman
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Bernice Conn
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208

Charles E. Gibson, III
Attorney at Law
447 Northpark Drive
Ridgeland, MS  39157

Steven J. Kherkher
Laurence G. Tien
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

Paul M. Baisier
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E 6th St, Suite 104
Brownsville, TX  78520

Steven T. Hoort
Ropes & Gray
One International Place
Boston, MA  02110-2624

(Counsel to Official Committee of Asbestos Personal
Injury Claimants)
Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ  07407

Peter Van N. Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005

John M. Klamann
Dirk L. Hubbard
Klamann & Hubbard, P.A.
929 Walnut Street, Suite 800
Kansas City, MO  64106

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Joseph T. Kremer
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
210 W. Pennsylvania Ave., Ste. 300
Towson, MD  21204-4546

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

Robert Jacobs
Jacobs & Crumplar, P.A.
Two East 7th Street
P.O. Box 1271
Wilmington, DE  19899

(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

Elizabeth S. Kardos
Gibbons, Del Deo, Dolan Griffinger
& Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

(Counsel to numerous asbestos claimants)
Scott W. Wert
Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX  75050

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

(Counsel to Berry & Berry)
C. Randall Bupp
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

Harry Lee
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

(Counsel to Public Service Electric and Gas Company)
William E. Frese
Attn:  Sheree L. Kelly
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

(Counsel to Weatherford U.S. Inc., and Weatherford International Inc.)
Peter S. Goodman
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

M. Diane Jasinski
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

(Counsel to Garlock Sealing Technologies, LLC)
Garland Cassada
Richard C. Worf
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC  28246

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Andrea L. Hazzard
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

Authur Stein
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

Maggie De La Rosa
Colin Moore
Provost Umphrey, LLP
490 Park Street
Beaumont, TX  77704

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

Anne Marie P. Kelley
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Steven R. Bourne
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA  02210-2604

Robert Cimino
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

Daniel H. Slate
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr.
P.O. Box 617
Odessa, DE  19730

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

(Counsel to Dow Chemical Company, Hampshire
Chemical Corporation and Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

Dorine Vork
Stibbe, P.C.
489 5th Avenue, 32nd Floor
New York, NY  10017-6112

(Counsel to General Electric Capital Corporation)
Ronald S. Beacher
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

E. Katherine Wells
South Carolina Department of Health and Environmental
Control
2600 Bull Street
Columbia, SC  29201-1708

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

David Aelvoet
Linebarger Goggan Blair Graham Pena & Sampson,
LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

William H. Johnson
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

(Counsel to Wells Fargo Bank Minnesota, National
Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

Gina Baker Hantel
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

(Counsel to Official Committee of Asbestos Personal
Injury Claimants)
Robert Horkovich
Robert Chung
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

(Counsel for Anne M. Gannon, Palm Beach County Tax
Collector)
James M. Brako
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL  33402-3715

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

(Counsel to The Texas Comptroller
of Public Accounts)
Mark Browning
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke
Pamela H. Walters
14910 Aldine-Westfield Road
Houston, TX  77032

(Counsel to Century Indemnity Company)
Joseph G. Gibbons
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

DAP Products, Inc.
c/o Julien A. Hecht
2400 Boston Street, Suite 200
Baltimore, MD  21224

(Comptroller of Public Accounts of
the State of Texas)
William A. Frazell
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Steven B. Flancher
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

Cynthia C. Hemme
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

(Counsel to Potash Corp.)
David W. Wirt
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano Seeger PC
2620 P Street, NW
Washington, DC  20007-3062

(Counsel to Certain PI Law Firms)
Sandy Esserman
Stutzman Bromberg, Esserman & Plifka, PC
2323 Bryan Street
Suite 2200
Dallas, TX  75201

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

(Counsel to Amalgamated Industries and Service
Workers Benefit Fund)
Judith Greenspan , Associate Counsel
The Amalgamated Industries and
Service Workers Benefit Fund
333 Westchester Avenue
White Plains, NY  10604-2910

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

Donna J. Petrone
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

(Peters, Smith & Company)
Mr. Charles C. Trascher III
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA  71207

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

(Attorney General of PA(Commonwealth of PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

*Hand Delivery*
(Counsel for Sealed Air Corporation)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Coudert Brothers
Attn:  Joseph D. Farrell  and Edward H. Tillinghast, III
1114 Avenue of the Americas
New York, NY  10036

(Hearthside Residential Corp.)
Allan H. Ickowitz
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA  90071

(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 680
Spokane, WA  99201

(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

Lawrence J. Zweifach
Rocco & Zweifach c/o
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

Steven J. McCardell
Jared Inouye
Durham Jones & Pinegar
111 E. Broadway #900
Salt Lake City, UT  84111

*Hand Delivery*
(Counsel to AON Consulting, Inc.)
Tara L. Lattomus
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

William A. Grubbs, Jr.
Southeast Region Assistant Controller
AON Consulting, Inc.
1100 Reynolds Boulevard
Winston-Salem, NC  27105

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

(Counsel to Kaneb Pipe Line Operating Partnership LP
and Support Terminal Services, Inc.)
Gerald G. Pecht
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

Jonathan D. Berger
Russell Henkin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

(Counsel to Louis S. Robles  and Robles Law Center,
P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

(Counsel to Novak Landfill RD/RA Group)
Laurie A. Krepto
Richard G. Placey
Montgomery, McCracken, Walker & Rhoads LLP
1105 North Market Street, Suite 1500
Wilmington, DE  19801

(Counsel to The Burlington Northern and Santa Fe
Railway Company)
Richard A. O'Halloran
Burns, White & Hickton, LLC
1001 Conshohocken State Rd., Bldg. 100
Conshohocken, PA  19428-2970

Julie Bubnack
Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

(Counsel to Crossroads Industrial Park, Inc. and
Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

(Counsel to Westcor)
Don C. Fletcher
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and Associates
6516 Bright Ave.
Whittier, CA  90602

(Counsel to Union Tank Car Company)
Deborah L. Thorne
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

Jenny J. Hyun
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

(Counsel to State of New York,
Dept. of Taxation and Finance)
Barbara G. Billet
Elaine Z. Cole
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

(Special Counsel to Debtors)
James J. Restivo
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222-2716

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

(Counsel to Samson Hydrocarbons)
Greg A. Lowry
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201

(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn:  S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL  60603

(Counsel to Certain London Market Insurance Companies)
(Counsel to AXA Belgium)
Alexander J. Mueller
Thomas J. Quinn
Eileen McCabe
Anna Newsome
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

(Inventory Attorneys on behalf of all clients
of the Robles law firm)
Thomas Tew
Jeffrey Tew
Tew Cardenas LLP
Four Seasons Towers, 15th Floor
1441 Brickell Avenue
Miami, FL  33131

(Counsel for Arrowood Indemnity Company, f/k/a
Royal Indemnity Company)
Carl J. Pernicone
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY  10017-5639

(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

(Counsel to James Grau, Anna Grau
and Harry Grau & Sons, Inc.)
Edward L. Jacobs
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Trade-Debt.Net
281 Tresser Boulevard, Suite 1501
Stamford, CT  060901

(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville
ISD, Cameron County, Hildalgo County, Orange Grove,
Orange Grove ISD, Premont ISD)
Lori Gruver Robertson
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

(Counsel for State Street Global Advisors)
(Counsel to CNA Financial Corporation)
(Counsel for Continental Casualty Company, Transportation
Insurance Company and their American insurance affiliates)
Daniel M. Glosband
Brian H. Mukherjee
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

(Counsel to Carrollton-Farmers Branch Independent
School District)
Andrea Sheehan
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

(Counsel for Federal Insurance Company)
William P. Shelley
Jacob C. Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

John Preefer
60 East 42nd Street, Suite 1201
New York, NY  10165

Michael B. Schaedle
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

(Counsel to Ancel Abadic and 410 additional claimants)
Julie Ardoin
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210 Kenner,
LA  70062-4032

Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

(Counsel to Allstate Insurance Company)
Stefano Calogero
Andrew K. Craig
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

(Counsel to Citicorp Del-Lease, Inc. d/b/a Citicorp
Dealer Finance)
Sergio I. Scuteri
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ  08054

Peter B. McGlynn
Bruce D. Levin
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

(Counsel for David T. Austern, Asbestos PI Future
Claimants' Representative)
Roger Frankel
Richard H. Wyron
Deborah Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

(Counsel to The Van Cott, Bagley, Cornwall &
McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

(Counsel for General Insurance Company of America)
Christopher E. Prince
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017

(Counsel to Keri Evans, on behalf of herself and all
others similarly situated as Plaintiff in ERISA litigation,
Civil Action No. 04-11380)
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

(Counsel to Macerich Fresno Limited Partners)
M. David Minnick
Michael P. Ellis
Gerald F. George
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams
Margaret R. Westbrook
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

*Hand Delivery*
(Counsel for BNSF Railway Company)
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19801

(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, Church of St. Helena, Church of St. Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of Washington and Port of Seattle)
Joseph F. Rice
Anne McGinness Kearse
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC  29465

(Counsel to Ad Hoc Committee of
Equity Security Holders)
Martin J. Bienenstock
Judy G.Z. Liu
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

(Counsel for Government Employees Insurance Company and Columbia Insurance Company f/k/a Republic Insurance Company)
Michael F. Brown
Jeffrey M. Boerger
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

(Counsel to Ad Hoc Committee of
Equity Security Holders)
Ralph I. Miller
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX  75201

(Counsel to U.S. Fire Insurance Company)
George R. Calhoun
March D. Coleman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036

*Hand Delivery*
(Counsel to Federal Insurance Company)
John T. Carroll, III
Barry M. Klayman
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siembieda
Benjamin G. Stonelake
Scott E. Coburn
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

(Counsel for The Scotts Company LLC)
Robert J. Sidman
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

(Counsel to Certain Underwriters at Lloyd's
London and Certain London Market Companies)
Mary K. Warren
Brenda D. DiLuigi
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY  10105

(Cartus Corporation, f/k/a Cendant Mobility Services
Corporation)
Mr. Wayne Rigie
Credit Manager
Cartus Corporation
40 Apple Ridge Rd.
Danbury, CT  06810

(Transfer Agent)
Fair Harbor Capital LLC
Ansonia Finance Station
P.O. Box 237037
New York, NY  10023

Fred DaVeiga
Chief Financial Administrative Officer
LabVantage Solutions, Inc.
1160 U.S. Highway 22 East
Bridgewater, NJ  08807

John Waters
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa  50306

(Counsel for the Bank Debt Holders)
Andrew N. Rosenberg
Margaret A. Phillips
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

(Counsel to Ad Hoc Committee of
Equity Security Holders)
David A. Hickerson
M. Jarrad Wright
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington D.C.  20005

(Counsel for the U.S. Dept. of Health & Human Services,
Center for Medicaid and Medicare Services)
Peter D. Keisler
J. Christopher Kohn
Department of Justice
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC  20044-0875

(Counsel for The Prudential Insurance
Company of America)
Joseph L. Schwartz
Curtis M. Plaza
Craig T. Moran
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ  07962-1981

(ZAI Claimants)
Edward J. Westbrook
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC  29464

(Counsel for Oracle USA, Inc.,
f/k/a Siebel Systems, Inc.)
John Wadsworth
Oracle USA, Inc.
500 Oracle Parkway
MS 5op772
Redwood Shores, CA  94065

(Counsel for Arrowood Indemnity Company
f/k/a Royal Indemnity Company)
Tancred V. Schiavoni
Gary Svirsky
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036

District Director
Internal Revenue Service
1352 Marrows Rd.
Newark, DE  19711-5475


(Counsel for BNSF Railway Company)
Nina M. Varughese
Edward C. Toole, Jr.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Nancy Worth Davis
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465


(Counsel for Aon Consulting)
Brian W. Bisignani
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisonburg, PA  17101-1601

(Certain Asbestos Property Damage Claimants)
Richard Levy, Jr.
Pryor Cashman LLP
7 Times Square
New York, NY  10036-6569


(Counsel to Continental Casualty Company,
Transportation Insurance Co., and their American
Insurance Affiliates)
Edward B. Rosenthal
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

(Counsel for certain Asbestos Claimants)
Christopher E. Grell
Law Offices of Christopher E. Grell
1814 Franklin Street, Suite 501
Oakland, CA  94612


***Hand Delivery***
(Counsel to Gloria Munoz)
Elihu E. Allinson
4 East 8th Street, Suite 400
Wilmington, DE  19801

Michael R. Sew Hoy
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875
Washington, D.C. 20044

(Counsel to Anderson Memorial Hospital)
Daniel A. Speights
Marion C. Fairey, Jr.
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC  29924

(Counsel to Maryland Casualty Company, Zurich
Insurance Company and Zurich International (Bermuda)
Ltd)
Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006

(Counsel to Anderson Memorial Hospital)
John W. Kozyak
Charles W. Throckmorton
David L. Rosendorf
Corali Lopez-Castro
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134

(Counsel to Gloria Munoz)
Anthony Petru
Quynh L. Nguyen
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612

(Counsel to Anderson Memorial Hospital)
Harley E. Riedel
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL  33602

Kevin Welch
Office of General Counsel
Division of Waste Management
First Floor, 200 Fair Oaks Lane
Frankfort, KY  40601

(Counsel to the Libby Claimants)
Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

*Hand Delivery*
(Counsel to Anderson Memorial Hospital)
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Mian Realty, LLC)
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
Karen M. McKinley
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Garlock Sealing Technologies, LLC)
Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

***First Class Mail***
(Counsel to Employers Insurance of Wausau and
National Casualty Company)
Patrick J. Feeley
Cecilie Howard
Dorsey & Whitney LLP
250 Park Avenue
New York, NY  10177

***Hand Delivery***
(Counsel to Employers Insurance of Wausau and
National Casualty Company)
Eric Lopez Schnabel
Robert W. Mallard
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801