# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|-------|------|------|------------|
| | | | April | May | June | |
| Coggon, Katheryn | Special Counsel | $ 390.00 | 0 | 0 | 3 | $ 1,170.00 |
| Stacey, Paula | Paralegal | $ 195.00 | 0 | 0 | 1.5 | $ 292.50 |
| | | | | | | |
| TOTAL | | | $ - | $ - | $ 1.50 | $ 1,462.50 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | April | May | June | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 504.63 | $ 256.69 | $ 761.32 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| TOTAL | $ - | $ 504.63 | $ 256.69 | $ 761.32 |

Holme Roberts & Owen LLP

June 23, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 846965 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/06/09 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: AEY5911; Monthly Storage | $ | 256.69 |
| 05/06/09 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: ABW9429; Monthly Storage | | 247.94 |
| | | **Total Disbursements:** | $ | **504.63** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 504.63 |
| **Total Disbursements:** | $ | **504.63** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$   219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | | *Outstanding Balance on Invoice 684108:* | *$   271.48* |
| 824342 | 11/12/08 | Bill | 1,441.96 |
| | | *Outstanding Balance on Invoice 824342:* | *$  1,441.96* |
| 831626 | 01/20/09 | Bill | 849.11 |

Holme Roberts & Owen LLP

July 14, 2009

W.R. Grace & Co.

Page        4
Invoice No.:   848245
Client  No.:   04339
Matter  No.:   00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/26/09 | KJC | Research and email re export plant cleanup. | 2.00 | $ 780.00 |
| 06/26/09 | PRS | Database research for documents re closing and removing building at Export Plant. | 1.50 | 292.50 |
| 06/29/09 | KJC | Research and email re export plant inquiry. | 0.50 | 195.00 |
| 06/30/09 | KJC | Email exchange and telephone conference with R. Emmett re export plant inquiry (.2); leave message for D.C. Orr re position (.1); review settlement agreement for protection (.2). | 0.50 | 195.00 |

| | | **Total Fees Through June 30, 2009:** | 4.50 | $ 1,462.50 |
|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 3.00 | $ 1,170.00 |
| PRS | Paula R. Stacey | Paralegal | 195.00 | 1.50 | 292.50 |
| | | **Total Fees:** | | 4.50 | $ 1,462.50 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 06/22/09 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: AGR7105; Monthly Storage Services | $ | 256.69 |
| | | **Total Disbursements:** | $ | 256.69 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 256.69 |
| **Total Disbursements:** | $ | 256.69 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|-------|-----|------|-------------|
|      |          |             | April | May | June |             |
| Flaagan, Elizabeth | Partner | $ 420.00 | 0 | 0 | 0 | $ - |
| Haag, Susan | Paralegal | $ 185.00 | 0 | 0 | 0 | $ - |
| Friedman, Stanley | Paralegal | $ 155.00 | 0 | 1.2 | 6.5 | $ 1,193.50 |
|  |  |  |  |  |  |  |
| TOTAL |  |  | 0 | 1.2 | 6.5 | $ 1,193.50 |

**Bankruptcy Matters - 00390**

| Description | April | May | June | Total |
|---|---|---|---|---|
| Photocopies | $ - | | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ | $ | $ | $ |
| Outside Courier | $ - | $ - | $ | $ |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ | $ | $ | $ |
| Postage | $ - | $ - | $ - | $ - |
| Consulting Fee | $ 646.72 | $ - | $ - | $ 646.72 |
| **TOTAL** | **$ 646.72** | **$ -** | **$ -** | **$ 646.72** |

Holme Roberts & Owen LLP

May 20, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 843731 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/24/09 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 324825; DATE: 3/24/2009 - Professional Services through February 28, 2009 | $ | 646.72 |
| | | **Total Disbursements:** | $ | **646.72** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 646.72 |
| **Total Disbursements:** | $ | **646.72** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *2.66* |
| 684108 | 11/01/04 | Bill | | 1,924.09 |

Holme Roberts & Owen LLP

June 23, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 846965 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/29/09 | SF | generate fee app charts, cover sheets and summary pleading for february through april 2009 | 1.20 | $ | 186.00 |
| | | **Total Fees Through May 31, 2009:** | **1.20** | **$** | **186.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| SF | Stanley Friedman | Paralegal | $155.00 | 1.20 | $ | 186.00 |
| | | **Total Fees:** | | **1.20** | **$** | **186.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | **$    16.41** |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | **$    67.09** |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |

Holme Roberts & Owen LLP

July 14, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 848245 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 06/01/09 | SF | Generate spreadsheets and pleadings for fee app motions for October 2008 (.8), November 2008 (.8), December 2008 (.8) and January 2009 (.9). | 3.30 | $ | 511.50 |
| 06/19/09 | SF | Begin generating 31st quarterly documents. | 0.50 | | 77.50 |
| 06/24/09 | SF | Complete generating 31st interim quarterly application documents (1.2); generate 32nd interim quarterly application documents (1.5). | 2.70 | | 418.50 |
| | | **Total Fees Through June 30, 2009:** | **6.50** | **$** | **1,007.50** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| SF | Stanley Friedman | Paralegal | $155.00 | 6.50 | $ | 1,007.50 |
| | | | **Total Fees:** | **6.50** | **$** | **1,007.50** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Katheryn J. Coggon | Sp. Counsel | Environmental | $390.00 | 3.0 | $1,170.00 |
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 0.0 | $0.00 |
| Paula Stacey | Paralegal | Environmental | $195.00 | 1.5 | $292.50 |
| Stanley Friedman | Paralegal | Litigation | $155.00 | 7.7 | $1,193.50 |
| **TOTAL** | | | | **12.2** | **$2,656.00** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $0.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $761.32 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $646.72 |
| Velo Binding | $0.00 |
| **TOTALS** | **$1,408.04** |