IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: March 8, 2010 at 4:00 p.m.** |
| | ) | **Hearing Date: June 7, 2010 at 10:30 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 24306

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Thirty-Fifth Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2009 through December 31, 2009 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 8, 2010[1] at 4:00 p.m.

Dated: March 9, 2010                         FERRY, JOSEPH & PEARCE, P.A.

                                             /s/ Lisa L. Coggins
                                             Michael B. Joseph (No. 392)
                                             Theodore J. Tacconelli (No. 2678)
                                             Lisa L. Coggins (No. 4234)
                                             824 Market Street, Suite 1000
                                             P.O. Box 1351
                                             Wilmington, DE 19899
                                             Tel:   (302) 575-1555
                                             Fax:   (302) 575-1714

                                             *Counsel to the Official Committee of*
                                             *Asbestos Property Damage Claimants*

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.