IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 24300)**

On February 16, 2010, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Thirty First Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from October 1, 2009 through December 31, 2009 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on March 8, 2010. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

**SAUL EWING LLP**

/s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6826
(302) 421-5861 (Fax)

Proposed Delaware Counsel to the Official
Committee of Equity Security Holders

-and-

KRLS/Wilm 58403v1

|  |  |
|---|---|
|  | Kramer Levin Naftalis & Frankel LLP<br>Philip Bentley, Esquire<br>Douglas H. Mannal, Esquire<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Dated: March 10, 2010 | Co-Counsel to the Official Committee<br>of Equity Security Holders |

KRLS/Wilm 58403v1