# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re                                : Chapter 11

W.R. Grace & Co., et al.             : Case No. 01-01139 JKF

Debtors.                             : (Jointly Administered)



EXHIBIT 13

to

## REQUEST OF ONEBEACON AMERICA INSURANCE COMPANY AND SEATON INSURANCE COMPANY FOR THE COURT TO TAKE JUDICIAL NOTICE OF CERTAIN DOCUMENTS AND FACTS

**YOU ARE IN POSSESSION OF A DOCUMENT FILED
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
THAT IS CONFIDENTIAL AND FILED UNDER SEAL**

If you are not authorized by Court order to view or retrieve this document Read no further than this page. You should contact the following person(s):

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

FILED 2009 AUG 31 PM 12:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE