# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date: May 21, 2010 at 4:00 p.m. |
| | ) | Hearing Date: June 7, 2010 at 10:30 a.m. |

## COVER SHEET TO SEVENTH QUARTERLY INTERIM FEE APPLICATION OF TRE ANGELI LLC, AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | July 29, 2008 nunc pro tunc to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | July 1, 2009 – September 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $100,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $288.64 |

This is a     ___ monthly          _x_ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2009 – September 30, 2009

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 121.0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **121.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2009 – September 30, 2009

| Expense Category | Total |
|---|---|
| Telephone | $144.47 |
| Express Mail | 144.17 |
|  |  |
| **TOTAL** | **$288.64** |

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.