# EXHIBIT A

**WR Grace**
**July 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review docket | 1.0 |
| | Comm w/OHS (KO) re:Zilly deposition | 0.4 |
| Thu 2 | Review docket | 0.8 |
| Mon 6 | Review docket | 1.4 |
| Tue 7 | Comm w/OHS (RW) re exit financing | 0.4 |
| | Comm w/PJC (PH) re May financial results | 1.4 |
| | Comm w/Blackstone (PZ) re exit financing | 0.9 |
| | Review docket | 0.8 |
| Wed 8 | Comm w/PJC (JS) re exit fin | 0.8 |
| | Comm w/OHS (Var) re exit fin | 0.5 |
| | C/c w/PJC,OHS re exit financing, debt markets | 1.5 |
| | Comm w/PJC (PH) re article re exit fin | 0.9 |
| | Review docket | 1.4 |
| Thu 9 | Comm w/OHS (KO) re debtors disc responses | 1.2 |
| | Review docket | 0.8 |
| | Hearing and prep | 1.5 |
| Fri 10 | Comm w/OHS (KO) re Debtors responses | 0.8 |
| | Review docket | 3.0 |
| Mon 13 | Review docket | 3.1 |
| | Review financial press | 0.8 |
| Tue 14 | Review docket | 2.5 |
| Wed 15 | Comm w/PJC (JS) re bank/UCC objections | 0.6 |
| | Comm w/PJC (JS) re divestiture | 0.5 |
| | Comm w/Blackstone (MB) re divestiture | 0.3 |
| | Review docket | 2.7 |
| Thu 16 | Obj binders analysis | 2.4 |
| | Review docket | 1.7 |
| Fri 17 | Obj binders analysis | 2.2 |
| | Review divestiture memo | 1.0 |
| Mon 20 | Comm w/OHS (KO) re Zilly dep schedule | 0.2 |
| | Review dep notices, Zilly, LaForce | 0.3 |
| | Review docket | 0.4 |
| Tue 21 | Review docket | 1.0 |
| Wed 22 | Review docket | 0.6 |
| Thu 23 | Comms w/OHS re COLI | 0.4 |
| | Review 2Q pr | 1.6 |
| | COLI research | 1.5 |
| | Comm w/Blackstone (MB) re COLI | 0.4 |
| | Comm w/OHS (KO,RW)re Anderson disc | 0.9 |
| | Review docket | 0.7 |
| Fri 24 | Review docket | 1.0 |
| | Review financial press | 0.7 |

OHS East:160686716.1
17367-11 DOF/DOF

| Day | Task | Hours |
|---|---|---|
| Mon 27 | Omnibus hearing | 5.0 |
| | Review docket | 1.2 |
| Tue 28 | Review docket | 0.7 |
| | Review 8-K | 1.0 |
| Wed 29 | Review docket | 1.5 |
| Thu 30 | Hearing and prep | 2.5 |
| | Comm w/PJC (JS) re 2Q results, analysis | 1.6 |
| | Review docket | 0.3 |
| Fri 31 | Review docket | 1.1 |
| | Review June/2Q financials | 2.1 |
| | **TOTAL TIME (hrs)** | **64.0** |

# EXHIBIT A

**WR Grace**
**August 2009 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review docket | 0.7 |
| Tue 4 | Review docket | 1.0 |
| Wed 5 | Comm w/OHS (KO) re Zilly, Frezza | 0.4 |
|  | Analyze Zilly feasibility report | 1.0 |
|  | Analyze Frezza report re solvency | 2.5 |
| Thu 6 | Review docket | 0.8 |
| Sun 9 | Review docket | 2.0 |
| Tue 11 | Comm w/OHS (KO) re Frezza report | 0.3 |
| Wed 12 | Review docket | 0.5 |
| Thu 13 | Divestiture report | 2.6 |
| Fri 14 | Financial updates re grace filings | 2.3 |
| Sun 16 | Review docket | 4.1 |
| Mon 17 | Meeting w/PJC (JS) re all case issues | 2.2 |
|  | Comm w/OHS re Zilly rebuttal | 0.8 |
|  | Review docket | 1.0 |
| Tue 18 | Comm w/PJC (JS) re: reverse engineer Frezza | 1.9 |
|  | Comm w/OHS (RW) re case issues | 0.6 |
|  | Review docket | 1.1 |
| Wed 19 | Review docket | 2.1 |
| Thu 20 | Prep and attend Zilly dep | 8.0 |
|  | Comm w/OHS (RW) re deps | 0.5 |
|  | Travel | 3.2 |
| Fri 21 | Prep fee app | 2.1 |
|  | Review docket | 1.8 |
| Mon 24 | Prep and attend omnibus hearing | 4.5 |
|  | Review docket | 0.4 |
| Tue 25 | Comm w/OHS re PP feasibility | 0.7 |
|  | Comm w/OHS (Dfu) re fee apps | 0.2 |
|  | Review docket | 2.0 |
| Wed 26 | Review docket | 0.3 |
| Thu 27 | Review docket | 1.1 |
| Fri 28 | Review docket | 1.2 |
| Mon 31 | Review docket | 3.1 |
|  | TOTAL TIME (hrs) | 57.0 |