# EXHIBIT B

## W.R. Grace
## Tre Angeli Expense Detail Report (July 1, 2009 – September 30, 2009)
### (Dates Represent Posting Date of Expense)

July 2009
| | |
|---|---|
| Telephone | $  84.98 |
| Express Mail | $ 133.99 |

August 2009
| | |
|---|---|
| Telephone | $  59.49 |
| Express Mail | $   10.18 |

September 2009
No fees or expenses for this time period.

**TOTAL EXPENSES[1]:**                    **$ 288.64**

**[1] All expenses incurred on behalf of Joseph J. Radecki, Jr.**