## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.**, *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING THIRTY-FOURTH
### INTERIM FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirty-Fourth Interim Fee Application of Caplin & Drysdale, Chartered (the "Application").

## BACKGROUND

1.    Caplin & Drysdale, Chartered ("Caplin & Drysdale"), was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Caplin & Drysdale seeks approval of fees totaling $2,018,157.75 and expenses totaling $304,839.21 for its services from July 1, 2009 through September 30, 2009 (the "Application Period").

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United

States District Court for the District of Delaware, and the Third Circuit Court of Appeals.   We

served an initial report on Caplin & Drysdale based on our review, and we received a response from

Caplin & Drysdale, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that during July 2009, summer associate JSS ($225)

spent 17 hours for $3,825.00 in fees, researching and writing memos:

| | | | |
|---|---|---|---|
| 07/01/09 | JSS | 3.50 | Researching/writing memo |
| 07/02/09 | JSS | 2.50 | Research, writing, edit memo; meeting re new research project |
| 07/06/09 | JSS | 0.40 | Researching, writing and meeting re memo, and reading background information for same. |
| 07/07/09 | JSS | 4.70 | Research, write, edit and discuss memo |
| 07/21/09 | JSS | 5.90 | Research case law/treatises for memo |
| | | 17.00 | |

We asked Caplin & Drysdale to explain how this research was used on the case.  Caplin & Drysdale

responded:

> Mr. Sabol researched the question of whether turning certain redacted claimant records over to the Debtors would violate HIPAA regulations.  This research was essential to ensure that Caplin & Drysdale and its clients followed all applicable federal regulations in litigating the W.R. Grace bankruptcy matters.

We accept Caplin & Drysdale's response and have no objection to these fees.

4.      We noted the following time entries which included non-working travel:

| | | | | | |
|---|---|---|---|---|---|
| 08/25/09 | BSB | 630.00 | 12.70 | 8,001.00 | Travel to Libby, Montana (12.7) |
| 08/27/09 | BSB | 630.00 | 8.00 | 5,040.00 | Depositions in Libby and travel to Kalispell (8.0). |

| 08/29/09 | BSB | 630.00 | 9.20 | 5,796.00 | Travel from Kalispell (9.2). |
|---|---|---|---|---|---|
| | | | 29.90 | $18,837.00 | |

Pursuant to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Thus, we asked Caplin & Drysdale whether the required 50% discount had been applied to this time. Caplin & Drysdale responded:

> The travel time . . . which relates to services provided by Caplin & Drysdale attorney, Bernard S. Bailor, was erroneously billed at Mr. Bailor's full hourly rate. Caplin & Drysdale apologizes for the error, and will take a voluntary reduction regarding these services.

We appreciate Caplin & Drysdale's response and recommend a reduction equal to 50% of the fees billed, or $9,418.50.

6.    We noted that paralegals EGB ($235) and MCG ($235) billed 15 hours or more in one day on a number of occasions during the Application Period. Time entries for the days in question are listed on Exhibit "A." While we understand that the firm was working under extremely tight deadlines during this period, we question whether time billed in excess of 14 to 15 hours per day can all be quality, billable time, particularly if the time is billed on consecutive days. Given the factors of fatigue and work interruptions, we asked Caplin & Drysdale to explain why time in excess of 15 hours billed in one day should be fully compensated. Caplin & Drysdale responded:

> The Grace confirmation hearing was the functional equivalent of the trial in complex tort or business dispute, rather than a typical bankruptcy hearing, in that it included live witnesses, experts, large numbers of documents, and involved complex science and technical issues. It is typical in such trials, and during the preparation period for those events, that paralegals, support staff and associates each bill 15 to 20 hours a day. Moreover, as the outcome of the Grace hearing demonstrates, the time worked is quality time that serves the clients' interests. Further, both Mr. Butts and Mr. Green are experienced paralegals who are accustomed to working long hours under stressful conditions. Hence, both are able to overcome fatigue and other limiting factors when, as occurred during the Grace confirmation hearing, they are called

upon to do so.

We accept Caplin & Drysdale's response and have no objection to these fees.

7.    We noted that paralegal MCG spent a total of 12.50 hours for $2,937.50 in fees

"waiting," or "on-call." The time entries are as follows:

| 9/13/2009 | MCG | 235.00 | 8.00 | 1,880.00 | Attorney waiting time/ on-call for any pressing assignments. |
|-----------|-----|--------|------|----------|--------|
| 9/15/2009 | MCG | 235.00 | 2.00 | 470.00 | Attorney waiting time / on-call for attorney trial preparation requests. |
| 9/16/2009 | MCG | 235.00 | 2.50 | 587.50 | Attorney waiting time / on-call for attorney trial preparation requests. |
|  |  |  | 12.50 | $2,937.50 |  |

It did not appear that MCG was performing any work for the estate in these time entries.  Thus, we

asked Caplin & Drysdale why the estate should reimburse these fees.  Caplin & Drysdale responded:

> Mr. Green was designated to provide back-up, if required, for the Caplin & Drysdale
> legal team working on the trial in Pittsburgh.  Because no specific services
> performed by Mr. Green have been specified in his time entries, however, and Mr.
> Green, who is no longer employed by Caplin & Drysdale, is not available to provide
> additional information regarding his services, we will take a voluntary reduction
> regarding these fees.

We appreciate Caplin & Drysdale's response and recommend a reduction of $2,937.50 in fees.

8.    We noted that on August 24, 2009, attorneys PVL, NDF, and JAL, attended a

hearing.  The total time spent, including non-working travel, was 26.70 hours for $15,116.50 in fees:

| 08/24/09 | PVL | 840.00 | 4.50 | 3,780.00 | ...........; attend hearing (4.5). |
|----------|-----|--------|------|----------|--------|
| 08/24/09 | NDF | 610.00 | 9.10 | 5,551.00 | Prepare for omnibus hearing arguments on motions in limine (2.0); attend hearing and argue motions (7.1);...... |
| 08/24/09 | JAL | 495.00 | 7.00 | 3,465.00 | Tele. appearance at omnibus hearing. |
| 08/24/09 | PVL | 420.00 | 4.00 | 1,680.00 | Travel to/from Wilmington for hearing. |

| 08/24/09 | NDF | 305.00 | 2.10 | 640.50 | Travel back to D.C. |
|----------|-----|--------|------|--------|---------------------|
|          |     |        | 26.70 | $15,116.50 |                 |

Paragraph II.D.5. of the U.S. Trustee Guidelines provides: "If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." Thus, we asked Caplin & Drysdale to explain why it was necessary for each of the three attorneys to attend the hearing. Caplin & Drysdale responded:

> Each attorney attended to perform a separate, necessary task relating to the matters under consideration at the hearing. Nathan D. Finch attended to argue discovery motions and motions *in limine*, while Peter Van N. Lockwood attended the first portion of the hearing to argue a separate motion and ensure that a necessary consent order was signed by the Court. Moreover, because he had been the principal brief writer regarding a number of matters on the agenda that were relevant to the Libby Claimants' objections, Jeffrey A. Liesemer attended the hearing, telephonically, to further argue and provide back-up regarding the legal issues involved in those objections.

We accept Caplin & Drysdale's response and have no objection to these fees.

    9.    We noted that seven Caplin & Drysdale professionals and paraprofessionals attended Phase II of the confirmation hearing on September 8-17, 2009. The total time spent, including non-working travel, was 504.00 hours for $172,675.00 in fees. The time entries are listed on Exhibit "B." In light of the Guideline cited above, we asked Caplin & Drysdale to explain why it was necessary for each attorney and paralegal to attend the hearing. Caplin & Drysdale responded:

> You inquire in . . . the Initial Report regarding the role played by each of the seven Caplin & Drysdale professionals who participated in Phase II of the Grace confirmation hearing on September 8-17, 2009. Those roles were as follows:

> Elihu Inselbuch, the overall lead counsel for the Asbestos Claimants Committee, was a key witness at the hearing and testified twice. He also spent time during the Phase II hearing negotiating regarding a settlement with the Libby claimants.

> Nathan D. Finch was the lead trial lawyer for the Committee and handled the bulk of the witness examinations during the hearing.

Peter Van N. Lockwood, the Caplin & Drysdale attorney most principally and directly involved in the Grace bankruptcy matter for the past 10 years, conducted witness examinations and arguments, and participated in settlement negotiations that took place during the hearings between the Committee and certain plain objectors.

Jeanna Rickards Koski ("JMR") was the sole associate who attended the hearing. She assisted Mr. Finch in preparing witness cross-examinations, preparing witnesses for direct testimony, writing bench memoranda, and other trial preparations.

Erroll G. Butts, the Committee's lead trial paralegal, prepared, catalogued and coordinated dozens of exhibits and other documents required to put on the Committee's case. Melissa A. Fanone assisted him in this task, which was sufficiently substantial as to require the services of more than one paralegal.

In response to our follow-up inquiry, Caplin & Drysdale provided this information concerning paralegal Michael C. Greene:

...[D]ue to the volume of exhibits, the number of witnesses to be prepared, and other paralegal tasks to be performed regarding the confirmation hearing, Mr. Green's attendance was required during the second week of that proceeding. As previously noted, during the first week of the hearing, Mr. Green had merely been "on-call". Moreover, Caplin & Drysdale has agreed to take a reduction regarding that "on-call" time.

During the second week of the hearing, however, Mr. Butts and the attorneys at trial determined that Mr. Butts and Melissa Fanone, the assistant trial paralegal, required further assistance. Caplin & Drysdale made every effort to minimize the number of professionals attending the confirmation hearing. As the fee auditor noted in the Initial Report, however, our professionals were already putting in 13-14 hour work days. Therefore, Mr. Green was called in to assist Mr. Butts and Ms. Fanone.

We understand Caplin & Drysdale's response, but do not believe Caplin & Drysdale has satisfied its burden of proof regarding the necessity of paralegal Greene's attendance at the confirmation hearing. The response does not indicate what Mr. Greene did at the hearing, and his time entries merely state: "Attend Phase II Confirmation Hearing." Thus, we recommend disallowance of Mr. Greene's time for attending the hearing, for a reduction of $8,401.25 in fees.

10.    We noted the following meal expenses which appeared excessive:

| | | |
|---|---|---|
| Nathan D. Finch - Dinner w/ D. Bell (Summer Associate) while on Travel to Missoula, MT, re: Moolgaard deposition, 6/24/09 - 6/28/09 | 07/01/2009 | 222.00 |
| Nathan D. Finch - Breakfast while on travel to Missoula, MT, re: Moolgaard deposition, 6/24/09 - 6/28/09 | 07/01/2009 | 38.00 |
| Nathan D. Finch - Dinner w/ H. Bloom while on Travel to Missoula, MT, re: Moolgaard deposition, 6/24/09 - 6/28/09 | 07/01/2009 | 134.00 |
| Nathan D. Finch - Working Lunch w/ KCM & JAL | 07/07/2009 | 124.50 |
| Kevin C. Maclay - Dinner w/ NDF while on travel to New York, NY re: Trial Briefs & Preparation, 7/14/09 - 7/15/09 | 07/22/2009 | 245.00 |
| Peter Van N. Lockwood - Dinner Meal w/ EI, Peterson, NDF, JMR, Welch, & Hurford for Travel to/from Pittsburgh, PA, re: Client Trial, 9/7/09 | 09/17/2009 | 704.94 |
| Peter Van N. Lockwood - Dinner w/ EI, Peterson, Welch, Hurford for Travel to/from Pittsburgh, PA, re: Client Trial, 9/8/09 | 09/17/2009 | 443.17 |
| Elihu Inselbuch - Dinner Meal w/ PVNL for Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 9/10/09 | 09/17/2009 | 142.01 |
| Peter Van N. Lockwood - Dinner Meal w/ Hurford, JMR, & NDF for Travel to/from Pittsburgh, PA | 09/21/2009 | 704.29 |
| Peter Van N. Lockwood - Dinner Meal w/ Peterson, JMR & NDF for Travel to/from Pittsburgh, PA, 9/14/09 | 09/21/2009 | 443.97 |
| Nathan D. Finch - Dinner Meal w/ MAF, EGB, & JMR for Travel to/from Pittsburgh, PA, re: Grace Confirmation Hearing, 9/11/09 | 09/21/2009 | 245.42 |
| Nathan D. Finch - Dinner Meal w/ JMR, & Mark Hurford for Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 9/10/09 (including $31.83 for beverages) | 09/21/2009 | 523.44 |

| | | |
|---|---|---|
| Nathan D. Finch - Dinner Meal w/ EI, PVNL, & M. Hurford for Travel to Pittsburgh, PA, re: Confirmation Hearing, 9/13/09 | 09/23/2009 | 434.20 |
| Nathan D. Finch - Dinner Meal w/ JMR & PVNL for Travel to Pittsburgh, PA, re: Confirmation Hearing, 9/15/09 (including $43.38 for beverages) | 09/23/2009 | 413.59 |
| Nathan D. Finch - Dinner Meal w/ JMR for Travel to Pittsburgh, PA, re: Confirmation Hearing, 9/17/09 | 09/23/09 | 315.73 |
| Marissa A. Fanone - Dinner Meal for Travel to Pittsburgh, PA, re: Client Trial, 9/17/09 (Dinner only for MAF) | 09/28/2009 | 93.48 |

It appears to us that one can dine satisfactorily in most locales for $25 for breakfast, $35 for lunch, and $55 for dinner, and in New York City for $35 for breakfast, $45 for lunch, and $65 for dinner. Thus, we asked Caplin & Drysdale to explain why reimbursement for these charges should not be reduced. Caplin & Drysdale responded: "Caplin & Drysdale will accept voluntary reductions regarding such expenses." We appreciate Caplin & Drysdale's response and, accordingly, recommend the following reductions:

| | |
|---|---|
| $222.00 for dinner for two | Reduce to $110.00, for a reduction of $112.00 |
| $38.00 for breakfast for one | Reduce to $25.00, for a reduction of  $13.00 |
| $134.00 for dinner for two | Reduce to $110.00, for a reduction of $24.00 |
| $124.50 for lunch for three | Reduce to $105.00, for a reduction of $19.50 |
| $245.00 for dinner for two in NYC | Reduce to $130.00, for a reduction of $115.00 |
| $704.94 for dinner for seven | Reduce to $385.00, for a reduction of $319.94 |
| $443.17 for dinner for five | Reduce to $275.00, for a reduction of $168.17 |
| $142.01 for dinner for two | Reduce to $110.00, for a reduction of $32.01 |
| $704.29 for dinner for four | Reduce to $220.00, for a reduction of $484.29 |

| | |
|---|---|
| $443.97 for dinner for four | Reduce to $220.00, for a reduction of $223.97 |
| $245.42 for dinner for four | Reduce to $220.00, for a reduction of $25.42 |
| $523.44 for dinner for three | Reduce to $165.00, for a reduction of $358.44 |
| $434.20 for dinner for four | Reduce to $220.00, for a reduction of $214.20 |
| $413.59 for dinner for three | Reduce to $165.00, for a reduction of $248.59 |
| $315.73 for dinner for two | Reduce to $110.00, for a reduction of $205.73 |
| $93.48 for dinner for one | Reduce to $55.00, for a reduction of $38.48 |

Thus, for all meal charges listed, we recommend a reduction of $2,602.74 in expenses.

11.    We noted the following car service charges which appeared excessive:

| | | |
|---|---|---|
| BostonCoach Corporation - Car Svc. from Residence to the Omni William Penn Hotel in Pittsburgh, PA, 6/21/09 (KCM) | 07/28/2009 | 1,224.17 |
| BostonCoach Corporation - Car Svc. from the Omni William Penn Hotel in Pittsburgh, PA to Residence, 6/23/09 (KCM) | 07/28/2009 | 850.90 |
| BostonCoach Corporation - Car Svc. to Residence, re: Working Late, 8/6/09 (SKL) | 08/26/2009 | 379.08 |
| BostonCoach Corporation - Car Svc. from Washington, DC to Westin Convention Center, 9/7/09 (NDF) | 09/21/2009 | 1,636.20 |
| BostonCoach Corporation - Car Svc. from Washington, DC to Pittsburgh, PA, 9/13/09 (EGB) | 09/21/2009 | 1,817.82 |

In response to our request, Caplin & Drysdale provided the following information concerning these

charges:

The information that you requested . . . regarding certain car service charges is provided below.  (Caplin & Drysdale has determined that the most inexpensive and efficient manner of traveling between Washington, D.C. and Pittsburgh is via car service.)

| Date | Charge | Departure/Destination | One way/RT | Purpose |
|---|---|---|---|---|
| 6/21/09 | $1,224.17 | McLean, VA to Pittsburgh, PA | One-way | Car service for Kevin McClay to attend confirmation hearing in Pittsburgh |
| 6/23/09 | $850.90 | Pittsburgh to McLean | One-way | Car service for Kevin McClay to return home from confirmation hearing in Pittsburgh |
| 8/6/09 | $379.08 | Washington, D.C. to Owings Mills, MD | One-way | Car service home for Suzanne Lurie – worked late and had no alternate means of returning to her home, 52 miles from her office, after train service ended for the evening. |
| 9/7/09 | $1,636.20 | Washington, D.C. to Pittsburgh, PA | One-way | Car service for Nate Finch to attend confirmation hearing in Pittsburgh |
| 9/13/09 | $1,817.82 | Washington, D.C. to Pittsburgh, PA | One -way | Car service for Erroll Butts to attend confirmation hearing in Pittsburgh |

We found that a one way, non-stop airline ticket from Washington, DC (Dulles), to Pittsburgh and from Pittsburgh to Washington, DC (Dulles), can be purchased with little advance notice for $900.00.  Thus, we accept Caplin & Drysdale's response with respect to the car service charge of $850.90, but recommend that reimbursement of the following car service charges be reduced:

      $1,224.17 from McLean, VA, to Pittsburgh      Reduce by $224.17[1]

      $1,636.20 from Washington, DC to Pittsburgh      Reduce by $636.20[2]

---

[1]Each of these reductions takes into account the cost of a taxi to and from the airport ($50 each way, for a total of $100 each trip).

$1,817.82 from Washington, DC to Pittsburgh        Reduce by $817.82[2]

In addition, our research indicates that taxi service from Washington, DC, to Owings Mills, Maryland, would cost approximately $110.00.[3]  Both of the cab companies we contacted indicated that their driver would not charge a return fare.  However, for purposes of our recommendations, we have assumed the likelihood of a return fare charge (because of the distance of the trip and the lateness of the hour) and have, therefore, doubled the estimated cab fare to $220.00.  Thus, we recommend that reimbursement of the $379.08 car service charge be reduced to $220.00, for a reduction of $159.08.  For all car service charges listed, we recommend a total reduction of $1,837.27 in expenses.

      12.    We noted the following charges for gratuities:

| | | |
|---|---|---|
| Nathan D. Finch - Misc. Gratuities while on Travel to/from Pittsburgh, PA, re: Confirmation Hearing, 9/10/09 - 9/12/09 | 09/21/2009 | 220.00 |
| Nathan D. Finch - Misc. Gratuities for Travel to Pittsburgh, PA, re: Confirmation Hearing, 9/9/09 - 9/17/09 | 09/23/2009 | 200.00 |

In response to our request, Caplin & Drysdale provided the following information:

Those charges are dated in our fee application as having been incurred between September 10-12, 2009 and September 9-17, 2009, respectively, or during a total period of 9 days, inclusively.  During this 9-day period, Mr. Finch dispensed gratuities at 20%, the standard rate, to a variety of hotel employees, including the concierge, bell hops, garage attendants, delivery people and maids.  All of these payments were made in cash, and hence were not documented by receipts.

We accept Caplin & Drysdale's response and have no objection to these expenses.

---

[3]Based on information from www.taxifarefinder.com

13.    We noted the following hotel charges for which more information was needed:

Travel Expenses - Hotel Charges - Westin Convention    09/30/2009    1,847.35
Ctr Hotel - during trial in Pittsburgh Sept 7-11, 2009
for Nathan Finch

Travel Expenses - Hotel Charges - Westin Convention    09/30/2009    922.07
Ctr Hotel - during trial in Pittsburgh Sept 9, 2009 for
Robert Horkovich

We asked for an itemization of these charges, and Caplin & Drysdale responded:

The itemizations that you requested . . . regarding certain hotel charges for
Nathan D. Finch and Robert Horkovich are provided below.  We have determined
that the miscellaneous charges incurred by Mr. Finch and Mr. Horkovich in the
amounts of $109.42 and $72.74, respectively, are not reimbursable, and will take a
voluntary reduction in that amount.

| Professional | Date | Expense | Itemization |
|---|---|---|---|
| Nathan D. Finch | 09/30/2009 | $1,847.35 | Room Charges: four nights (Sept. 7-10), @ $219.00 per night: $876.00<br><br>Room tax: four nights, @ $30.66 per night: $122.64<br><br>Meals:<br>09/07/09:    $325.75 (Dinner for six)<br>09/8/09:     $89.65 (Dinner for two)<br>09/09/09:    $323.79 (Dinner for six)<br>              $739.19 (Subtotal, meals)<br><br>Misc.:    $109.52<br><br>Grand total: $1,847.35 |
|  |  |  |  |

| Professional | Date | Expense | Itemization |
|---|---|---|---|
| Robert Horkovich | 09/30/09 | $922.07 | <u>Room charge</u>: three nights @ $219 per night, (Sept. 9-11): <u>$657.00</u> <br><br> <u>Room Tax</u>: three nights @ $30.66 per night: <u>$91.98</u> <br><br> <u>Meals</u>: (one lunch, two dinners, each for one person): <u>$94.20</u> <br><br> <u>Business telephone calls</u>: <u>$11.15</u> <br><br> <u>Misc.</u>: <u>$72.74</u> <br><br> <u>Grand Total</u>: <u>$922.07</u> |

We appreciate Caplin & Drysdale's response and, consistent with the response, recommend a reduction of $182.16 in expenses.

## CONCLUSION

14.    In summary, we recommend approval of $1,997,400.50 in fees ($2,018,157.75 minus $20,757.25) and $300,217.04 in expenses ($304,839.21 minus $4,622.17) for Caplin & Drysdale's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____

　　　　　Warren H. Smith
　　　　　Texas State Bar No. 18757050


325 North St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

　　　　I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 11th day of March, 2010.


_____
　　　　　Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Elihu Inselbuch
Rita Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**The Debtors**
Richard Finke.
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

## EXHIBIT "A"

| 8/17/09 | EGB | 235.00 | 15.00 | Meeting regarding Grace Trial and logistics for document review, paralegal needs, and materials need for the trial in Pittsburgh; review Plan Objector trial exhibit binders. |
|---|---|---|---|---|
| 8/24/09 | EGB | 235.00 | 15.00 | Prepare, edit, review witness binder for E. Inselbuch and L. Welch; continue to three-hole punch, bind, and review boxes of Plan Objector exhibits in preparation for multiple copies. |
| 8/25/09 | EGB | 235.00 | 16.00 | Prepare, edit, review and incorporate changes to witness binder for E. Inselbuch and L. Welch; meeting with J. Richards; continue to three-hole punch, bind, and review boxes of plan objector exhibits in preparation for multiple copies. |
| 8/26/09 | EGB | 235.00 | 16.00 | Continue to three-hole punch, bind, and review boxes of Plan Objector exhibits in preparation for multiple copies; prepare, edit, review witness binder for Peterson. |
| 8/27/09 | EGB | 235.00 | 14.00 | Prepare, edit, review witness binder for Inselbuch, Welch and Peterson; meeting regarding stays of outstanding Deposition project; verify documents and continue to three-hole punch, bind, and review boxes of Plan Objector exhibits in preparation for multiple copies. |
| 8/28/09 | EGB | 235.00 | 13.50 | Review depositions, review items listed on J. Richards list regarding discovery items, and the objections; meeting with vendor regarding copies of 26 boxes of Plan Objector binders. |
| 8/31/09 | EGB | 235.00 | 15.00 | Review all notes regarding items to be completed and items that need to be completed; meet with paralegals regarding plan for sending boxes to Pittsburgh and wrapping up the quality check process, update and review binder of indices for all exhibits. |
| 9/1/09 | EGB | 235.00 | 15.50 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc |

| Date | | | | Description |
|---|---|---|---|---|
| | | | | witness binders, review documents and correspond with N. Finch as needed |
| 9/2/2009 | MCG | 235.00 | 16.50 | Complete various assignments related to trial preparation. |
| 9/2/2009 | EGB | 235.00 | 15.00 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 9/3/2009 | EGB | 235.00 | 21.00 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 9/4/2009 | MCG | 235.00 | 17.30 | Complete various assignments related to trial preparation. |
| 9/4/2009 | EGB | 235.00 | 17.50 | Prepare for WR Grace trial, Collect, review and quality check all materials to be brought to trial, prepare and qc witness binders, review documents and correspond with N. Finch as needed |
| 9/7/2009 | EGB | 235.00 | 13.80 | QC all materials; load boxes; set up war room and get document as requested for trial.  Prepare additional copies of materials, update witness binders as needed |
| 9/7/2009 | EGB | 117.50 | 4.20 | Travel to Pittsburgh for trial. |
| 9/8/2009 | EGB | 235.00 | 23.50 | Attend Grace trial; get documents as requested; prepare for next day of trial.  Update witness binders as needed, print various documents as requested |
| 9/9/2009 | EGB | 235.00 | 22.50 | Attend Grace trial; get documents as requested; prepare for next day of trial.  Update witness binders as needed, review files for accuracy |
| 9/10/2009 | EGB | 235.00 | 20.50 | Attend Grace trial; get documents as requested; prepare for next day of trial.  Update witness binders as needed, collect additional materials as requested |
| 9/11/2009 | EGB | 235.00 | 15.50 | Attend Grace trial; get documents as requested; prepare for trial. |
| 9/11/2009 | EGB | 117.50 | 5.00 | Travel back to DC. |

| 9/12/2009 | EGB | 235.00 | 15.00 | Get documents as requested; prepare for trial.  Read Trial transcript per N. Finch.  Make sure all materials are indexed and ready for transport. |
| 9/13/2009 | EGB | 235.00 | 15.00 | Get documents as requested; prepare for trial.  Read trial transcript, review index, make additional copies of materials as needed. |
| 9/14/2009 | EGB | 235.00 | 22.50 | Attend trial, get documents as requested; prepare for next day of trial.  Review trial transcript, make additional copies of materials as needed up date witness binders.  Assist Kirkland & Ellis with various tasks. |
| 9/15/2009 | EGB | 235.00 | 22.50 | Attend trial, get documents as requested; prepare for next day of trial.  Review trial transcript, make additional copies of materials as needed up date witness binder. |
| 9/16/2009 | EGB | 235.00 | 21.50 | Attend trial, get documents as requested; prepare for next day of trial.  Review trial transcript, make additional copies of materials as needed up date witness binders. |

**EXHIBIT "B"**

| | | | | | |
|---|---|---|---|---|---|
| 9/8/2009 | EGB | 235.00 | 23.50 | 5,522.50 | Attend Grace trial; get documents as requested; prepare for next day of trial. Update witness binders as needed, print various documents as requested |
| 9/9/2009 | EGB | 235.00 | 22.50 | 5,287.50 | Attend Grace trial; get documents as requested; prepare for next day of trial. Update witness binders as needed, review files for accuracy |
| 9/10/2009 | EGB | 235.00 | 20.50 | 4,817.50 | Attend Grace trial; get documents as requested; prepare for next day of trial. Update witness binders as needed, collect additional materials as requested |
| 9/14/2009 | EGB | 235.00 | 22.50 | 5,287.50 | Attend trial, get documents as requested; prepare for next day of trial. Review trial transcript, make additional copies of materials as needed up date witness binders. Assist Kirkland & Ellis with various tasks. |
| 9/14/2009 | MCG | 235.00 | 7.50 | 1,762.50 | Attend Phase II Confirmation Hearing. |
| 9/14/2009 | MCG | 235.00 | 2.50 | 587.50 | Attend Phase II Confirmation Hearing. |
| 9/15/2009 | MCG | 235.00 | 7.50 | 1,762.50 | Attend Phase II Confirmation Hearing. |
| 9/15/2009 | MCG | 235.00 | 2.50 | 587.50 | Attend Phase II Confirmation Hearing. |
| 9/15/2009 | EGB | 235.00 | 22.50 | 5,287.50 | Attend trial, get documents as requested; prepare for next day of trial. Review trial transcript, make additional copies of materials as needed up date witness binders |
| 9/16/2009 | EGB | 235.00 | 21.50 | 5,052.50 | Attend trial, get documents as requested; prepare for next day of trial. Review trial transcript, make additional copies of materials as needed up date witness binders. |
| 9/16/2009 | MCG | 235.00 | 7.50 | 1,762.50 | Attend Phase II Confirmation Hearing. |
| 9/16/2009 | MCG | 235.00 | 3.50 | 822.50 | Attend Phase II Confirmation Hearing. |

| 9/17/2009 | EGB | 235.00 | 12.50 | 2,937.50 | Attend trial, get documents as requested, pack up war room, ship boxes back to Caplin & Drysdale |
| 9/8/2009 | EI | 920.00 | 3.50 | 3,220.00 | Testimony at hearing (3.5). |
| 9/8/2009 | PVL | 840.00 | 8.00 | 6,720.00 | ....; attend hearing (8.0); ...... |
| 9/8/2009 | JMR | 320.00 | 11.30 | 3,616.00 | Attend confirmation hearing and assist with documents, etc (8.5); prepare for confirmation hearing (2.8) |
| 9/8/2009 | MAF | 195.00 | 9.00 | 1,755.00 | Attend Confirmation Hearing (9.0); ..... |
| 9/8/2009 | NDF | 610.00 | 10.00 | 6,100.00 | Confirmation hearing trial (10.0); ..... |
| 9/9/2009 | NDF | 610.00 | 9.60 | 5,856.00 | Confirmation hearing trial (9.6); ..... |
| 9/9/2009 | MAF | 195.00 | 9.00 | 1,755.00 | Attend Confirmation Hearing (9.00); ..... |
| 9/9/2009 | JMR | 320.00 | 8.50 | 2,720.00 | Attend confirmation hearing and assist with documents, etc (8.5); .... |
| 9/10/2009 | PVL | 840.00 | 1.50 | 1,260.00 | ......; attend hearing (1.5); ...... |
| 9/10/2009 | JMR | 320.00 | 8.50 | 2,720.00 | Attend confirmation hearing and assist with documents, etc (8.5); ..... |
| 9/10/2009 | MAF | 195.00 | 9.00 | 1,755.00 | Attend confirmation hearing (9.0); ...... |
| 9/10/2009 | NDF | 610.00 | 9.50 | 5,795.00 | Confirmation hearing trial (9.5); ..... |
| 9/11/2009 | NDF | 610.00 | 10.50 | 6,405.00 | Confirmation hearing trial (10.5); ...... |
| 9/11/2009 | MAF | 195.00 | 9.00 | 1,755.00 | Attend Confirmation Hearing (9.0); ...... |
| 9/11/2009 | JMF | 320.00 | 8.50 | 2,720.00 | Attend confirmation hearing and assist with documents, etc. |
| 9/11/2009 | PVL | 840.00 | 3.80 | 3,192.00 | ......; attend hearing (3.8); ...... |
| 9/14/2009 | PVL | 840.00 | 8.10 | 6,804.00 | ......; attend hearing (8.1); ....... |
| 9/14/2009 | JMR | 320.00 | 8.50 | 2,720.00 | Attend confirmation hearing and assist with documents, etc (8.5); ...... |
| 9/14/2009 | MAF | 195.00 | 9.00 | 1,755.00 | Attend Confirmation Hearing (9.0); ....... |
| 9/14/2009 | NDF | 610.00 | 9.00 | 5,490.00 | Trial confirmation hearing (9.0); ..... |
| 9/15/2009 | MAF | 195.00 | 9.00 | 1,755.00 | Attend Confirmation Hearing (9.0); ..... |

| 9/15/2009 | JMR | 320.00 | 8.50 | 2,720.00 | Attend confirmation hearing and assist with documents, etc |
| 9/15/2009 | PVL | 840.00 | 8.40 | 7,056.00 | Attend hearing (8.4); ...... |
| 9/15/2009 | NDF | 610.00 | 9.50 | 5,795.00 | Confirmation hearing (9.5); ...... |
| 9/16/2009 | PVL | 840.00 | 4.80 | 4,032.00 | Attend hearing (4.8); ..... |
| 9/16/2009 | JMR | 320.00 | 5.50 | 1,760.00 | Attend confirmation hearing |
| 9/16/2009 | MAF | 195.00 | 9.00 | 1,755.00 | Attend Confirmation Hearing (9.0); ...... |
| 9/16/2009 | NDF | 610.00 | 8.60 | 5,246.00 | Confirmation hearing (8.6); ..... |
| 9/17/2009 | NDF | 610.00 | 4.20 | 2,562.00 | Confirmation hearing (4.2); ..... |
| 9/17/2009 | MAF | 195.00 | 5.00 | 975.00 | Attend Confirmation Hearing (5.0); ..... |
| 9/17/2009 | PVL | 840.00 | 3.60 | 3,024.00 | Attend hearing (3.6); ..... |
| 9/7/2009 | NDF | 305.00 | 2.50 | 762.50 | Travel to Pittsburgh. |
| 9/7/2009 | PVL | 420.00 | 4.10 | 1,722.00 | Travel to Pittsburgh (3.6); travel to/from C&L office (.5). |
| 9/7/2009 | JMR | 160.00 | 4.50 | 720.00 | Travel to Pittsburgh, PA |
| 9/7/2009 | MAF | 97.50 | 6.00 | 585.00 | Travel to Pittsburgh, PA (6.0). |
| 9/7/2009 | EGB | 117.50 | 4.20 | 493.50 | Travel to Pittsburgh for trial. |
| 9/8/2009 | PVL | 420.00 | 0.70 | 294.00 | Travel to/from court. |
| 9/9/2009 | PVL | 420.00 | 0.40 | 168.00 | Travel to/from court. |
| 9/10/2009 | PVL | 420.00 | 0.40 | 168.00 | Travel to/from court. |
| 9/11/2009 | PVL | 420.00 | 3.10 | 1,302.00 | Return travel to DC (2.8); travel to/from court (.3). |
| 9/11/2009 | JMR | 160.00 | 4.20 | 672.00 | Travel to Washington, DC |
| 9/11/2009 | NDF | 305.00 | 3.00 | 915.00 | Travel back to D.C. |
| 9/11/2009 | EI | 460.00 | 7.00 | 3,220.00 | Return to NY (many delays) (7.0). |
| 9/11/2009 | EGB | 117.50 | 5.00 | 587.50 | Travel back to DC. |
| 9/11/2009 | MAF | 97.50 | 6.00 | 585.00 | Travel to Washington, DC (6.0). |

| 9/13/2009 | MCG | 117.50 | 4.50 | 528.75 | Travel from Washington, DC to Pittsburgh, PA to attend Phase II Confirmation Hearing. |
|-----------|-----|--------|------|--------|------|
| 9/13/2009 | NDF | 305.00 | 2.50 | 762.50 | Travel to Pittsburgh. |
| 9/13/2009 | JMR | 160.00 | 2.50 | 400.00 | Travel to Pittsburgh, PA. |
| 9/13/2009 | PVL | 420.00 | 1.80 | 756.00 | Travel to Pittsburgh. |
| 9/14/2009 | PVL | 420.00 | 0.40 | 168.00 | Travel to/from court. |
| 9/15/2009 | PVL | 420.00 | 0.40 | 168.00 | Travel to/from court. |
| 9/16/2009 | PVL | 420.00 | 0.80 | 336.00 | Travel to/from court and C&L office. |
| 9/17/2009 | PVL | 420.00 | 4.20 | 1,764.00 | Travel to/from court (.4); return travel to DC (3.8). |
| 9/17/2009 | MCG | 117.50 | 5.00 | 587.50 | Travel from Pittsburgh, PA to Washington, DC |
| 9/17/2009 | EGB | 117.50 | 5.00 | 587.50 | Travel to Caplin unload and organize boxes. |
| 9/18/2009 | NDF | 305.00 | 4.80 | 1,464.00 | Return from Pittsburgh. |
| 9/18/2009 | JMR | 160.00 | 4.30 | 688.00 | Travel from Pittsburgh, PA to Washington, DC |
|  |  |  | 504.00 | 172,675.00 |  |