**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re: Docket No. 23944 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 23944**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Thirty-Fourth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2009 through September 30, 2009* (the "Application") [Docket No. 23944] filed on December 4, 2009.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 5, 2010 at 4:00 p.m.

Dated: March 11, 2010
      Wilmington, Delaware

                                              */s/ Michael R. Lastowski*
                                              Michael R. Lastowski (DE 3892)
                                              Richard W. Riley (DE 4052)
                                              DUANE MORRIS LLP
                                              1100 N. Market Street, Suite 1200
                                              Wilmington, DE 19801-1246
                                              Telephone:   (302)-657-4900
                                              Facsimile:    (302)-657-4901
                                              Email:         mlastowski@duanemorris.com
                                                                         rwriley@duanemorris.com

                                              *Co-Counsel for the Official
                                              Committee of Unsecured Creditors*

DM3\1324854.1