UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Obj. Deadline: April 1, 2010

**EIGHTY-FIFTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JANUARY 1, 2010 THROUGH JAUARY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2010 through January 31, 2010 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 | ($30,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,633.77 | |
| Amount of Cash Payment Sought: | $121,633.77 | |

This is a _x_ monthly __ interim ___ final application

wrgrac~1

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | 35,000.00 | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | 35,000.00 | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | 20,000.00 | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | 20,000.00 | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | 20,000.00 | -- |

wrgrac~1

# Blackstone Advisory Partners L.P.

March 12, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of January 1, 2010 through January 31, 2010:   $   150,000.00

Less: 20% holdback pursuant to the Court's Administrative Order   (30,000.00)

Out-of-pocket expenses processed for the period through January 31, 2010:[1]

| | | |
|---|---:|---:|
| Airfare | $ 30.00 | |
| Ground Transportation | 583.66 | |
| Communications | 13.34 | |
| Meals | 235.05 | |
| Document Production | 18.73 | |
| Lodging | 736.19 | |
| Research | 16.80 | 1,633.77 |

**Total Amount Due**   $   **121,633.77**

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 43584

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses

|  | GL Detail Jan-10 | Total Expenses |
|---|---:|---:|
| Airfare | $ 30.00 | $ 30.00 |
| Ground Transportation - Local Travel | 20.88 | 20.88 |
| Ground Transportation - Out of Town Travel | 366.18 | 366.18 |
| Ground Transportation - Railroad | 196.60 | 196.60 |
| Communications - Teleconferencing | 13.34 | 13.34 |
| Meals with Clients | 68.24 | 68.24 |
| Employee Meals | 166.81 | 166.81 |
| Document Production | 18.73 | 18.73 |
| Lodging | 736.19 | 736.19 |
| External Research - Online Database | 16.80 | 16.80 |
| **Total Expenses** | $ 1,633.77 | $ 1,633.77 |
|  |  |  |
| **Airfare** |  | $ 30.00 |
| **Ground Transportation** |  | 583.66 |
| **Communications** |  | 13.34 |
| **Meals** |  | 235.05 |
| **Document Production** |  | 18.73 |
| **Lodging** |  | 736.19 |
| **Research** |  | 16.80 |
| **Total Expenses** |  | $ 1,633.77 |

W.R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2010
Invoice No. 43584

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (exchange fee for time change of flight to Washington, DC from Queens, NY on 12/16/09 - see Invoice No. 43460) | 12/16/09 | 30.00 | |
| Subtotal - Airfare | | | $ 30.00 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (weeknight taxi home from Blackstone after working late) | 12/15/09 | 10.32 | |
| Sperling (taxi to New York Penn Station from Blackstone) | 12/16/09 | 10.56 | |
| Subtotal - Ground Transportation - Local Travel | | | 20.88 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (Hertz car rental for transportation while in Columbia, MD) | 12/16/09 - 12/17/09 | 191.18 | |
| O'Connell (taxi to hotel in Columbia, MD from BWI train station in Baltimore, MD) | 12/15/09 | 60.00 | |
| O'Connell (taxi to BWI train station in Baltimore, MD from client meeting in Columbia, MD) | 12/16/09 | 60.00 | |
| Sperling (taxi to hotel in Columbia, MD from BWI train station in Baltimore, MD) | 12/15/09 | 55.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 366.18 |

### Ground Transportation - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Sperling (travel agency fee for booking of one-way train travel to Baltimore, MD from New York, NY on 12/15/09) | 12/14/09 | 20.00 | |
| Sperling (one-way train trip to Baltimore, MD from New York, NY) | 12/15/09 | 176.60 | |
| Subtotal - Ground Transportation - Railroad | | | 196.60 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 07/30/09 | 2.92 | |
| O'Connell | 11/24/09 | 10.42 | |
| Subtotal - Communications - Teleconferencing | | | 13.34 |

### Meals with Clients

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (1 working dinner meal with B. Dockman of W.R. Grace in Columbia, MD) | 12/15/09 | 68.24 | |
| Subtotal - Meals with Clients | | | 68.24 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (1 working dinner meal while in Columbia, MD) | 12/16/09 | 51.90 | |
| Bonanno (1 working breakfast meal while in Columbia, MD) | 12/17/09 | 4.46 | |
| O'Connell (1 working lunch meal @ BWI train station in Baltimore, MD) | 12/16/09 | 16.80 | |
| Sperling (1 working dinner meal while in Columbia, MD) | 12/16/09 | 51.90 | |
| Sperling (1 working dinner meal while in Columbia, MD) | 12/17/09 | 41.75 | |
| Subtotal - Employee Meals | | | 166.81 |

### Document Production

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (fee for photocopying of documents @ hotel in Columbia, MD) | 12/16/09 | 18.73 | |
| Subtotal - Document Production | | | 18.73 |

### Lodging

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bonanno (1 day hotel stay in Columbia, MD) | 12/16/09 - 12/17/09 | 178.83 | |
| O'Connell (1 day hotel stay in Columbia, MD) | 12/15/09 - 12/16/09 | 199.70 | |
| Sperling (2 day hotel stay in Columbia, MD) | 12/15/09 - 12/16/09 | 357.66 | |
| Subtotal - Lodging | | | 736.19 |

### External Research - Online Database

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 03/21/09 | 2.40 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 06/18/09 | 7.20 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 08/21/09 | 2.40 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 12/12/09 | 4.80 | |
| Subtotal - External Research - Online Database | | | 16.80 |

| | | **Total Expenses** | **$ 1,633.77** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 36.8 |
| Matthew Bonnano | Associate | 45.7 |
| Michael Sperling | Analyst | 97.7 |
| | Total | 180.2 |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/05/10 | 0.6 | Business Analysis | Review financial analysis |
| Jamie O'Connell | 01/05/10 | 0.2 | Business Analysis | Review financial analysis of deferred payments |
| Jamie O'Connell | 01/06/10 | 0.3 | Business Analysis | Status update M. Bonanno and M. Sperling |
| Matthew Bonanno | 01/06/10 | 0.3 | Business Analysis | Status update J. O'Connell and M. Sperling |
| Michael Sperling | 01/06/10 | 0.3 | Business Analysis | Status update J. O'Connell and M. Bonanno |
| Matthew Bonanno | 01/08/10 | 0.2 | Business Analysis | Status update with M. Sperling |
| Michael Sperling | 01/08/10 | 0.2 | Business Analysis | Status update with M. Bonanno |
| Michael Sperling | 01/08/10 | 4.3 | Business Analysis | Financial model updates |
| Michael Sperling | 01/11/10 | 2.2 | Business Analysis | Financial model updates |
| Michael Sperling | 01/12/10 | 4.2 | Business Analysis | Financial model updates |
| Jamie O'Connell | 01/14/10 | 0.4 | Business Analysis | Financial analysis |
| Michael Sperling | 01/15/10 | 3.1 | Business Analysis | Financial model updates |
| Michael Sperling | 01/19/10 | 6.3 | Business Analysis | Financial model updates |
| Michael Sperling | 01/20/10 | 4.7 | Business Analysis | Financial model updates |
| Matthew Bonanno | 01/21/10 | 8.3 | Business Analysis | Attend management meetings in Columbia, MD |
| Michael Sperling | 01/21/10 | 8.3 | Business Analysis | Attend management meetings in Columbia, MD |
| Jamie O'Connell | 01/25/10 | 0.4 | Business Analysis | Review correspondence and financial analysis |
| Jamie O'Connell | 01/25/10 | 0.1 | Business Analysis | Review correspondence regarding committee information request |
| Michael Sperling | 01/25/10 | 1.7 | Business Analysis | Financial model updates |
| Michael Sperling | 01/26/10 | 0.1 | Business Analysis | Call w/ D. Grebow re: warrant pricing |
| Michael Sperling | 01/27/10 | 2.2 | Business Analysis | Financial model updates |
| | | **48.4** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence from management regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/03/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence from counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/03/10 | 0.2 | Claims Analysis Objection/Resolution | Correspondence to M. Bonanno regarding pre-petition bank debt claims |
| Matthew Bonanno | 01/03/10 | 1.1 | Claims Analysis Objection/Resolution | Review bank debt interest rate analysis |
| Matthew Bonanno | 01/03/10 | 0.3 | Claims Analysis Objection/Resolution | Correspondence with K&E regarding bank debt interest rate analysis |
| Michael Sperling | 01/03/10 | 2.3 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Jamie O'Connell | 01/04/10 | 0.3 | Claims Analysis Objection/Resolution | Correspondence with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/04/10 | 0.2 | Claims Analysis Objection/Resolution | Call with M. Bonanno regarding pre-petition bank debt |
| Matthew Bonanno | 01/04/10 | 0.6 | Claims Analysis Objection/Resolution | Correspondence with K&E regarding bank debt interest rate analysis |
| Matthew Bonanno | 01/04/10 | 0.4 | Claims Analysis Objection/Resolution | Correspondence with K&E regarding bank debt interest rate analysis |
| Matthew Bonanno | 01/04/10 | 0.2 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding pre-petition bank debt |
| Michael Sperling | 01/04/10 | 1.8 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Michael Sperling | 01/04/10 | 0.3 | Claims Analysis Objection/Resolution | Bank debt pricing analysis |
| Jamie O'Connell | 01/06/10 | 0.2 | Claims Analysis Objection/Resolution | Review materials from counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/08/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence regarding claims analysis |
| Michael Sperling | 01/08/10 | 0.7 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Jamie O'Connell | 01/09/10 | 0.2 | Claims Analysis Objection/Resolution | Call with M. Sperling regarding claims analysis |
| Jamie O'Connell | 01/09/10 | 0.3 | Claims Analysis Objection/Resolution | Review analysis of claims estimates |
| Michael Sperling | 01/09/10 | 0.2 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding claims analysis |
| Michael Sperling | 01/09/10 | 4.7 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Jamie O'Connell | 01/10/10 | 0.2 | Claims Analysis Objection/Resolution | Review analysis of claims estimates |
| Jamie O'Connell | 01/10/10 | 0.2 | Claims Analysis Objection/Resolution | Call with M. Sperling regarding claims analysis |
| Michael Sperling | 01/10/10 | 1.5 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Michael Sperling | 01/10/10 | 0.2 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding claims analysis |
| Jamie O'Connell | 01/11/10 | 0.3 | Claims Analysis Objection/Resolution | Review analysis of claims estimates |
| Michael Sperling | 01/13/10 | 2.7 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Jamie O'Connell | 01/22/10 | 0.3 | Claims Analysis Objection/Resolution | Review claims analysis |
| Jamie O'Connell | 01/22/10 | 0.3 | Claims Analysis Objection/Resolution | Call with M. Shelnitz, T. Freedman and M. Sperling regarding claims |
| Jamie O'Connell | 01/22/10 | 0.2 | Claims Analysis Objection/Resolution | Meeting with internal team regarding claims |
| Matthew Bonanno | 01/22/10 | 0.2 | Claims Analysis Objection/Resolution | Meeting with internal team regarding claims |
| Michael Sperling | 01/22/10 | 0.3 | Claims Analysis Objection/Resolution | Call with M. Shelnitz, T. Freedman and J. O'Connell regarding claims |
| Michael Sperling | 01/22/10 | 0.2 | Claims Analysis Objection/Resolution | Meeting with internal team regarding claims |
| Jamie O'Connell | 01/25/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence regarding pre-petition bank debt claims |
| Michael Sperling | 01/25/10 | 0.6 | Claims Analysis Objection/Resolution | Pre-petition bank debt analysis |
| Michael Sperling | 01/25/10 | 0.4 | Claims Analysis Objection/Resolution | Pre-petition bank debt analysis |
| Michael Sperling | 01/27/10 | 1.3 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 23.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/26/10 | 0.5 | Committee | Handle committee information request |
| Michael Sperling | 01/28/10 | 0.3 | Committee | Committee information requests |
| | | 0.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/26/10 | 0.5 | Employee Benefits/Pension | Review draft motion regarding pension funding |
| Matthew Bonanno | 01/26/10 | 0.9 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 01/28/10 | 0.5 | Employee Benefits/Pension | Review draft pension motion and circulate to financial advisors |
| | | **1.9** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/02/10 | 1.2 | Financing | Review draft engagement letters |
| Jamie O'Connell | 01/03/10 | 0.5 | Financing | Draft declaration regarding exit financing |
| Jamie O'Connell | 01/03/10 | 0.5 | Financing | Review draft engagement letters of prospective exit financing lenders |
| Jamie O'Connell | 01/03/10 | 0.2 | Financing | Correspondence regarding engagement letters of prospective exit financing lenders |
| Jamie O'Connell | 01/04/10 | 0.2 | Financing | Call with counsel regarding exit financing matters |
| Matthew Bonanno | 01/04/10 | 2.3 | Financing | Analysis regarding exit financing |
| Matthew Bonanno | 01/04/10 | 0.2 | Financing | Correspondence with potential exit financing lender |
| Jamie O'Connell | 01/05/10 | 0.4 | Financing | Correspondence regarding engagement letters of prospective exit financing lenders |
| Jamie O'Connell | 01/05/10 | 0.6 | Financing | Draft declaration regarding exit financing |
| Jamie O'Connell | 01/05/10 | 0.9 | Financing | Call with management, K&E and potential exit financing lenders |
| Jamie O'Connell | 01/05/10 | 0.1 | Financing | Follow up call with M. Bonanno |
| Jamie O'Connell | 01/05/10 | 0.2 | Financing | Call with K&E regarding exit financing |
| Jamie O'Connell | 01/05/10 | 0.2 | Financing | Status meeting with M. Bonanno |
| Jamie O'Connell | 01/05/10 | 0.2 | Financing | Call with prospective exit financing lender |
| Matthew Bonanno | 01/05/10 | 0.6 | Financing | Correspondence with potential exit financing lender |
| Matthew Bonanno | 01/05/10 | 1.4 | Financing | Analysis regarding exit financing |
| Matthew Bonanno | 01/05/10 | 0.9 | Financing | Call with management, K&E and potential exit financing lenders |
| Matthew Bonanno | 01/05/10 | 0.1 | Financing | Follow up call with J. O'Connell |
| Matthew Bonanno | 01/05/10 | 0.2 | Financing | Call with K&E regarding exit financing |
| Matthew Bonanno | 01/05/10 | 0.2 | Financing | Status meeting with J. O'Connell |
| Matthew Bonanno | 01/05/10 | 0.2 | Financing | Call with prospective exit financing lender |
| Jamie O'Connell | 01/06/10 | 0.3 | Financing | Discussion with M. Bonanno and M. Sperling regarding deferred payment obligations |
| Jamie O'Connell | 01/06/10 | 0.9 | Financing | Call with potential exit financing lender and management |
| Jamie O'Connell | 01/06/10 | 0.3 | Financing | Status update with M. Bonanno and M. Sperling |
| Jamie O'Connell | 01/06/10 | 0.6 | Financing | Call with E. Filon regarding deferred payment analysis and exit financing |
| Matthew Bonanno | 01/06/10 | 0.3 | Financing | Discussion with J. O'Connell and M. Sperling regarding deferred payment obligations |
| Matthew Bonanno | 01/06/10 | 0.6 | Financing | Call with E. Filon regarding deferred payment analysis and exit financing |
| Matthew Bonanno | 01/06/10 | 0.2 | Financing | Status update J O'Connell |
| Matthew Bonanno | 01/06/10 | 0.3 | Financing | Status update J O'Connell and M. Sperling |
| Matthew Bonanno | 01/06/10 | 0.4 | Financing | Financial analysis |
| Matthew Bonanno | 01/06/10 | 0.9 | Financing | Call with potential exit financing lender and management |
| Michael Sperling | 01/06/10 | 0.3 | Financing | Discussion with J. O'Connell and M. Bonanno regarding deferred payment obligations |
| Michael Sperling | 01/06/10 | 0.3 | Financing | Status update with J O'Connell and M. Bonanno |
| Michael Sperling | 01/06/10 | 0.9 | Financing | Call with potential exit financing lender and management |
| Michael Sperling | 01/06/10 | 0.6 | Financing | Call with E. Filon regarding deferred payment analysis and exit financing |
| Jamie O'Connell | 01/07/10 | 0.7 | Financing | Conference call with management, counsel and prospective exit financing lenders |
| Jamie O'Connell | 01/07/10 | 0.1 | Financing | Call with C. Greco of Kirkland regarding engagement letters of exit lenders |
| Matthew Bonanno | 01/07/10 | 0.7 | Financing | Conference call with management, counsel and prospective exit financing lenders |
| Matthew Bonanno | 01/07/10 | 0.3 | Financing | Review correspondence related to exit financing |
| Michael Sperling | 01/07/10 | 0.9 | Financing | Exit financing working group list |
| Jamie O'Connell | 01/08/10 | 0.6 | Financing | Draft declaration regarding exit financing |
| Jamie O'Connell | 01/08/10 | 0.7 | Financing | Review draft exit financing motion |
| Jamie O'Connell | 01/08/10 | 0.3 | Financing | Correspondence to management and counsel regarding exit financing matters |
| Jamie O'Connell | 01/08/10 | 0.2 | Financing | Call with K&E regarding exit financing |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/08/10 | 1.3 | Financing | Calls and correspondence related to exit financing motions |
| Matthew Bonanno | 01/08/10 | 1.2 | Financing | Review draft exit financing motion and O'Connell declaration |
| Matthew Bonanno | 01/08/10 | 0.4 | Financing | Correspondence with K&E regarding exit financing |
| Matthew Bonanno | 01/08/10 | 0.2 | Financing | Call with K&E regarding exit financing |
| Matthew Bonanno | 01/08/10 | 1.3 | Financing | Calls and correspondence related to exit financing motions |
| Matthew Bonanno | 01/08/10 | 0.2 | Financing | Status update with M. Sperling |
| Michael Sperling | 01/08/10 | 0.2 | Financing | Status update with M. Bonanno |
| Michael Sperling | 01/08/10 | 0.2 | Financing | Call with M. Narducci re: exit financing working group list |
| Michael Sperling | 01/08/10 | 0.5 | Financing | Update working group list re: exit financing |
| Jamie O'Connell | 01/12/10 | 0.2 | Financing | Call with E. Leibenstein regarding various matters |
| Jamie O'Connell | 01/12/10 | 0.5 | Financing | Call with E. Filon and M. Sperling regarding committee call |
| Jamie O'Connell | 01/12/10 | 1.2 | Financing | Prepare for conference call with financial advisors |
| Jamie O'Connell | 01/12/10 | 0.9 | Financing | Conference call with financial advisors regarding exit financing |
| Jamie O'Connell | 01/12/10 | 0.3 | Financing | Internal follow-up call with M. Bonanno and M. Sperling |
| Matthew Bonanno | 01/12/10 | 0.9 | Financing | Conference call with financial advisors regarding exit financing |
| Matthew Bonanno | 01/12/10 | 0.3 | Financing | Internal follow-up call with J. O'Connell and M. Sperling |
| Michael Sperling | 01/12/10 | 0.5 | Financing | Call with E. Filon and J. O'Connell regarding exit financing advisor discussion |
| Michael Sperling | 01/12/10 | 0.9 | Financing | Conference call with financial advisors regarding exit financing |
| Michael Sperling | 01/12/10 | 0.3 | Financing | Internal follow-up call with J. O'Connell and M. Bonanno |
| Jamie O'Connell | 01/13/10 | 0.2 | Financing | Call with C. Greco of Kirkland regarding exit financing matters |
| Jamie O'Connell | 01/13/10 | 0.3 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.7 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 01/14/10 | 1.5 | Financing | Review and comment on draft motion regarding DIP and letter of credit facilities |
| Jamie O'Connell | 01/14/10 | 0.1 | Financing | Call with C. Greco of Kirkland regarding exit financing matters |
| Jamie O'Connell | 01/14/10 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.7 | Financing | Call with management, counsel and advisors to unsecureds regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.5 | Financing | Follow-up call with management and counsel regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.5 | Financing | Draft declaration regarding exit financing |
| Matthew Bonanno | 01/14/10 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonanno | 01/14/10 | 0.7 | Financing | Call with management, counsel and advisors to unsecureds regarding exit financing |
| Matthew Bonanno | 01/14/10 | 0.5 | Financing | Follow-up call with management and counsel regarding exit financing |
| Jamie O'Connell | 01/15/10 | 0.4 | Financing | Review motion regarding exit financing |
| Michael Sperling | 01/16/10 | 1.1 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/17/10 | 1.5 | Financing | Financial analysis regarding foreign vs. domestic cash flows |
| Matthew Bonanno | 01/17/10 | 1.2 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Matthew Bonanno | 01/17/10 | 0.3 | Financing | Call w/ M. Sperling re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/17/10 | 5.2 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/17/10 | 0.3 | Financing | Call w/ M. Bonanno re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.9 | Financing | Financial analysis regarding foreign vs. domestic cash flows |
| Jamie O'Connell | 01/18/10 | 0.6 | Financing | Calls w/ M. Sperling re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/18/10 | 1.0 | Financing | Conference call with Grace management regarding cash flow analysis |
| Matthew Bonanno | 01/18/10 | 0.5 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.6 | Financing | Calls w/ J. O'Connell re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 1.0 | Financing | Conference call with Grace management regarding cash flow analysis |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 01/18/10 | 3.7 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 3.4 | Financing | Additional financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.2 | Financing | Call w/ E. Filon re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.4 | Financing | Call w/ E. Filon re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.1 | Financing | Call w/ E. Filon re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.4 | Financing | Call w/ A. Gibbons re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.5 | Financing | Call w/ A. Gibbons re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 1.0 | Financing | Conference call with Grace management regarding cash flow analysis |
| Michael Sperling | 01/21/10 | 3.6 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/22/10 | 0.4 | Financing | Call with E. Filon and internal team regarding cash flow analysis |
| Matthew Bonanno | 01/22/10 | 0.4 | Financing | Call with Goldman Sachs regarding exit financing |
| Matthew Bonanno | 01/22/10 | 0.4 | Financing | Call with E. Filon and internal team regarding cash flow analysis |
| Michael Sperling | 01/22/10 | 0.4 | Financing | Call with E. Filon and internal team regarding cash flow analysis |
| Michael Sperling | 01/22/10 | 3.6 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/25/10 | 0.2 | Financing | Call with E. Filon and A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 0.1 | Financing | Call with A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 0.5 | Financing | Call with A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 0.3 | Financing | Call with A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 2.1 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/26/10 | 0.7 | Financing | Call with H. La Force, E. Filon and Goldman Sachs regarding exit financing |
| Matthew Bonanno | 01/26/10 | 0.3 | Financing | Review correspondence related to exit financing |
| Matthew Bonanno | 01/26/10 | 0.7 | Financing | Call with H. La Force, E. Filon and Goldman Sachs regarding exit financing |
| Michael Sperling | 01/26/10 | 0.3 | Financing | Call with E. Filon regarding cash flow analysis |
| Michael Sperling | 01/26/10 | 0.7 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/27/10 | 0.4 | Financing | Review ART credit agreement motion |
| Jamie O'Connell | 01/28/10 | 0.2 | Financing | Review correspondence regarding exit financing |
| Jamie O'Connell | 01/29/10 | 0.2 | Financing | Call with Goldman Sachs regarding exit financing |
| Jamie O'Connell | 01/29/10 | 0.4 | Financing | Various calls related to exit financing and committee information requests |
| Matthew Bonanno | 01/29/10 | 0.4 | Financing | Correspondence and information requests related to exit financing |
| Matthew Bonanno | 01/29/10 | 0.4 | Financing | Various calls related to exit financing and committee information requests |
| | | 81.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/20/10 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD from NYC for management meetings |
| Michael Sperling | 01/20/10 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD from NYC for management meetings |
| Matthew Bonanno | 01/21/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Columbia, MD for management meetings |
| Michael Sperling | 01/21/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Columbia, MD for management meetings |
| | | 14.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 01/04/10 | 0.3 | Other | Updating contact list |
| Jamie O'Connell | 01/06/10 | 0.2 | Other | Call with management |
| Matthew Bonanno | 01/06/10 | 0.2 | Other | Call with management |
| Jamie O'Connell | 01/15/10 | 2.0 | Other | Management meeting regarding various matters |
| Jamie O'Connell | 01/15/10 | 1.2 | Other | Follow-up correspondence regarding management meeting |
| Jamie O'Connell | 01/15/10 | 0.2 | Other | Status update with M. Bonanno |
| Matthew Bonanno | 01/15/10 | 2.0 | Other | Management meeting regarding various matters |
| Matthew Bonanno | 01/15/10 | 0.2 | Other | Status update with J. O'Connell |
| Jamie O'Connell | 01/19/10 | 0.3 | Other | Correspondence and call regarding management meeting |
| | | **6.6** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/08/10 | 0.3 | Plan and Disclosure Statement | Call with J. Baer and M. Bonanno regarding closing arguments and other matters |
| Matthew Bonanno | 01/08/10 | 0.3 | Plan and Disclosure Statement | Call with J. Baer and J. O'Connell regarding closing arguments and other matters |
| Jamie O'Connell | 01/12/10 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 01/19/10 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matthew Bonanno | 01/19/10 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 01/26/10 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
|  |  | 2.9 |  |  |