IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | In Proceedings for a Reorganization under |
| W.R. Grace & Co., et al., | ) ) | Chapter 11 |
| Debtor | ) ) | Case No.: 01-1139-JKF |

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Edward O. Moody, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Edward O. Moody, P.A., 801 West 4th Street, Little Rock, Arkansas 72201.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated 8th day of July, 2005, (the "Revised Order").

3. The law firm of Edward O. Moody, P.A. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed an employment agreement authorizing Edward O. Moody to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Edward O. Moody, P.A. 801 West 4th Street Little Rock, Arkansas 72201.

6. The Creditors hold claims in varying amounts for monetary damages due to asbestos exposure. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of Edward O. Moody, P.A. does not hold any claims against or interest in the Debtor.

8. The Law Offices of Edward O. Moody, P.A. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Edward O. Moody

Sworn to before me the 15th day of March, 2010

Notary Public

OFFICIAL SEAL
JENNIFER PEACHEY
NOTARY PUBLIC - ARKANSAS
PULASKI COUNTY
My Commission Expires FEBRUARY 25, 2013