IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 22, 2010, AT <u>9:30 A.M.</u> BEFORE THE HONORABLE <u>JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE</u>**

**\* <u>PLEASE NOTE THE HEARING TIME HAS BEEN CHANGED FROM 10:30 A.M. TO 9:30 A.M. AT THE REQUEST OF THE COURT.</u>**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), <u>no later than 12:00 noon p.m. March 18, 2010.</u>**

## CONTINUED MATTERS:

1.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.  [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to April 19, 2010, at 10:30 a.m.

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Related Documents:

    a.  [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    b.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    c.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    d.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    e   Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

    Status: This matter is continued to April 19, 2010, at 10:30 a.m.

...

**QUARTERLY FEE APPLICATIONS**

3.     Thirty-Fourth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2009 through September 30, 2009

    Related Documents:

    a.     Certification of Counsel Regarding Thirty-Fourth Quarter Project Category Summary **[Filed: 3/15/10] (Docket No. 24449)**

    b.     Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Fourth Period **[Filed: 3/15/10] (Docket No. 24448)**

    Status: This matter will go forward.

**UNCONTESTED MATTERS:**

4.     Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2010 [Filed: 2/12/10] (Docket No. 24287)

    Related Documents:

    a.     [Proposed] Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2010 [Filed: 2/12/10] (Docket No. 24287)

    b.     Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2010 [Filed: 3/8/10] (Docket No. 24414)

    Response Deadline: March 5, 2010, at 5:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

**MATTERS GOING FORWARD:**

5.  Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

    Related Documents:

    a.  [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

    Response Deadline: July 10, 2009, at 4:00 p.m. *(extended until March 5, 2010, at 4:00 p.m.)*

    Responses Received:

    a.  Response of Maryland Casualty Company in Opposition to Debtors' Objection to Claims [Filed: 3/5/10] (Docket No. 24407)

    **b.  Joinder of Libby Claimants in the Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 3/9/10] (Docket No. 24423)**

    **Status: This matter will go forward as a status conference only.**

6.  The Canadian ZAI Claimants' Application Pursuant to Sections 105, 327, 1102(a)(2), and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 [Filed: 12/21/09] (Docket No. 24031)

    Related Documents:

    a.  [Proposed] Order Granting The Canadian ZAI Claimants' Application Pursuant o Sections 105, 327, 1102(a)(2), and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 [Filed: 12/21/09] (Docket No. 24031)

    Response Deadline: January 8, 2010, at 4:00 p.m.

    Responses Received:

    a.  Asbestos PI Future Claimants' Representative's Response to Canadian ZAI Claimants' Application for Appointment of Special Counsel [Filed: 1/8/10] (Docket No. 24130)

    b.  Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/8/10] (Docket No. 24132)

Replies Received:

a. CAA Representative Counsel's Reply to the Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/19/10] (Docket No. 24158)

  (i) [Signed] Order Granting the CCAA Representative Counsel's Motion for Leave to File Reply to the Objection of Her Majesty the Queen in Right of Canada [Docket No. 24132] and Response of the Asbestos PI Future Claimants' Representative [Filed: 1/19/10] (Docket No. 24157)

**Status: Discussions continue among the interested parties with respect to this application. If those discussions are concluded, this matter will go forward. If the matter is not resolved it may be continued or go forward as a status conference.**

7. Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 12/21/10] (Docket No. 24032)

Related Documents:

a. [Proposed] Order Granting Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 12/21/09] (Docket No. 24032)

Response Deadline: January 8, 2010, at 4:00 p.m.

Responses Received:

a. Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/8/10] (Docket No. 24132)

Replies Received:

a. CAA Representative Counsel's Reply to the Objection of Her Majesty the Queen in Right of Canada to (I) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or Alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (II) the Application Pursuant to Sections 105, 328, 1102(a)(2), and 1109(b) of the Bankruptcy Code for Order Authorizing Retention

Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Filed: 1/19/10] (Docket No. 24158)

(i) [Signed] Order Granting the CCAA Representative Counsel's Motion for Leave to File Reply to the Objection of Her Majesty the Queen in Right of Canada [Docket No. 24132] and Response of the Asbestos PI Future Claimants' Representative [Filed: 1/19/10] (Docket No. 24157)

**Status: Discussions continue among the interested parties with respect to this application. If those discussions are concluded, this matter will go forward. If the matter is not resolved it may be continued or go forward as a status conference.**

## STATUS CONFERENCES:

8. Status on Chapter 11 Plan Amendments, Stipulations and Objections

    Related Documents:

    a. Stipulation [Filed: 2/5/10] (Docket No. 24250)

    b. Amended Stipulation Concerning Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Objections to Confirmation of Plan of Reorganization [Filed: 2/12/10] (Docket No. 24283)

    c. Stipulation Among the Plan Proponents, OneBeacon America Insurance Company and Seaton Insurance Company Between W.R. Grace & Co., et al. and OneBeacon America Insurance Company and Seaton Insurance Company [Filed: 2/15/10] (Docket No. 24294)

    Status: A status will go forward on this matter. The Debtors will provide a status report regarding various stipulations in progress.

Dated: March 15, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

–and–

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Timothy Cairns_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession