**EXHIBIT A**

Professional services rendered through: October 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/02/09 | A.E. Moran | Work on August bills. | 0.30 |
| 10/14/09 | A.E. Moran | Work on bills for August 2009. | 0.60 |
| 10/15/09 | A.E. Moran | Sent out bills for August 2009. | 0.50 |

Professional services rendered through: October 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/09 | M.J. Silverman | Review of claim. | 0.50 |
| 10/02/09 | M.D. Lerner | Write to Appeals to try to get case closed as soon as possible. | 0.20 |
| 10/26/09 | M.D. Lerner | Emails to check the status of 1989 payment. | 0.10 |
| 10/28/09 | M.D. Lerner | Email to IRS Appeals to request status of 1989 processing. | 0.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.40 | 745.00 | 298.00 |
| A.E. Moran | 1.40 | 500.00 | 700.00 |
| M.J. Silverman | 0.50 | 960.00 | 480.00 |
| Total | 2.30 | | $1,478.00 |

Total Fees     $1,478.00

Disbursements:

| Date | Description | Amount |
|---|---|---|
| 09/29/09 | Blackberry/Cell Charge - T-MOBILE USA - Inv. MSILVERMAN090909 dated 09/09/09 re: Mobile (202) 256-1917, Acct #359825686 | 15.02 |
| | Duplicating - MATTER 32 | 1.55 |
| | Duplicating – MATTER 46 | 2.30 |

Total Disbursements  $   18.87

Total This Statement     $1,496.87

5