**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  796071

012046.00001 TAX LITIGATION

Cost           Timekeeper                                    Quantity    Rate      Amount
Code      Date     Number      Name        Description
=============================================================================
LASR      09/11/09 00206       Moran, Anne E.                  9.00      0.15        1.35
  LASR    09/11/09 00206       Moran, Anne E.                  9.00      0.20        1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne


Report Total:                                                                        1.35
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  796072

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost          Timekeeper                                Quantity   Rate      Amount
Code      Date      Number      Name     Description
===================================================================================
LASR      10/01/09  00206       Moran, Anne E.             2.00    0.10       0.20
  LASR    10/01/09  00206       Moran, Anne E.             2.00    0.20       0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda

Report Total:                                                                 0.20
```

7

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  796074

012046.00005 BILLING & COURT FILINGS

Cost            Timekeeper                              Quantity   Rate    Amount
Code      Date      Number    Name       Description
=================================================================================
LASR      09/11/09  00206     Moran, Anne E.              9.00     0.10      0.90
  LASR    09/11/09  00206     Moran, Anne E.              9.00     0.20      1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR      09/11/09  00206     Moran, Anne E.              1.00     0.10      0.10
  LASR    09/11/09  00206     Moran, Anne E.              1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR      09/11/09  00206     Moran, Anne E.              5.00     0.10      0.50
  LASR    09/11/09  00206     Moran, Anne E.              5.00     0.20      1.00
PC/Network Printing

PC LASER   5 Pages Moran, Anne
LASR      09/11/09  Total :                               1.50
LASR      10/02/09  00206     Moran, Anne E.              8.00     0.10      0.80
  LASR    10/02/09  00206     Moran, Anne E.              8.00     0.20      1.60
PC/Network Printing

PC LASER   8 Pages Moran, Anne

LASR                Total:                                2.30

Total: 012046.00005 BILLING & COURT FILINGS              2.30


Report Total:                                             2.30
```