**EXHIBIT A**

Professional services rendered through: November 30, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/02/09 | A.E. Moran | Prepare quarterly fee application. | 0.60 |
| 11/03/09 | A.E. Moran | Review and send out quarterly application. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.10 | 500.00 | $550.00 |
| Total | | | $550.00 |

Total Fees: $550.00

Disbursements:

Duplicating $11.00

Total Disbursements $ 11.00

Total This Statement $561.00

5