**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  796198

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost            Timekeeper                                  Quantity   Rate    Amount
Code        Date     Number      Name        Description
==========================================================================================
LASR        11/03/09 00206       Moran, Anne E.                9.00    0.15      1.35
   LASR     11/03/09 00206       Moran, Anne E.                9.00    0.20      1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR        11/03/09 00206       Moran, Anne E.                9.00    0.15      1.35
   LASR     11/03/09 00206       Moran, Anne E.                9.00    0.20      1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR        11/03/09 00206       Moran, Anne E.                9.00    0.15      1.35
   LASR     11/03/09 00206       Moran, Anne E.                9.00    0.20      1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR        11/03/09 00206       Moran, Anne E.                1.00    0.15      0.15
   LASR     11/03/09 00206       Moran, Anne E.                1.00    0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR        11/03/09 Total:                                    4.20

LASR                 Total:                                    4.20

Total: 012046.00002 PROTEST OF REMEDIUM LOSS                   4.20
                    DISALLOWANCE

Report Total:                                                  4.20
```

6

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  796199

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost          Timekeeper                              Quantity   Rate     Amount

Code     Date     Number     Name      Description
==================================================================================
LASR     11/03/09 00206      Moran, Anne E.           1.00       0.10     0.10
  LASR   11/03/09 00206      Moran, Anne E.           1.00       0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     11/03/09 00206      Moran, Anne E.           1.00       0.10     0.10
  LASR   11/03/09 00206      Moran, Anne E.           1.00       0.20     0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR     11/03/09 Total:                              0.20
LASR     11/05/09 00206      Moran, Anne E.           1.00       0.10     0.10
  LASR   11/05/09 00206      Moran, Anne E.           1.00       0.20     0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR     11/06/09 00206      Moran, Anne E.           1.00       0.10     0.10
  LASR   11/06/09 00206      Moran, Anne E.           1.00       0.20     0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn

LASR              Total:                              0.40

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE        0.40

Report Total:                                         0.40
```

Doc. # DC-2314185 v.1 3/12/10 03:58 PM

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 796200

012046.00004 TAX REORGANIZATION ISSUES

Cost          Timekeeper                                Quantity  Rate      Amount
Code     Date      Number    Name      Description
========================================================================
LASR     11/03/09 00206      Moran, Anne E.                1.00    0.10      0.10
  LASR   11/03/09 00206      Moran, Anne E.                1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     11/03/09 00206      Moran, Anne E.                1.00    0.10      0.10
  LASR   11/03/09 00206      Moran, Anne E.                1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     11/03/09 00206      Moran, Anne E.               11.00    0.10      1.10
  LASR   11/03/09 00206      Moran, Anne E.               11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR     11/03/09 00206      Moran, Anne E.               11.00    0.10      1.10
  LASR   11/03/09 00206      Moran, Anne E.               11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR     11/03/09 00206      Moran, Anne E.               11.00    0.10      1.10
  LASR   11/03/09 00206      Moran, Anne E.               11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR     11/03/09 00206      Moran, Anne E.               11.00    0.10      1.10
  LASR   11/03/09 00206      Moran, Anne E.               11.00    0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR     11/03/09 Total:                                    4.60

LASR              Total:                                    4.60

Total: 012046.00004 TAX REORGANIZATION ISSUES               4.60

Report Total:                                               4.60
```

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 796201

012046.00005 BILLING & COURT FILINGS

```
Cost            Timekeeper                                  Quantity   Rate      Amount
Code      Date       Number     Name       Description
==========================================================================================
LASR      11/02/09   00206      Moran, Anne E.                 9.00    0.10        0.90
  LASR    11/02/09   00206      Moran, Anne E.                 9.00    0.20        1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR      11/03/09   00206      Moran, Anne E.                 9.00    0.10        0.90
  LASR    11/03/09   00206      Moran, Anne E.                 9.00    0.20        1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne

LASR                 Total:                                                        1.80

Total: 012046.00005 BILLING & COURT FILINGS                                        1.80

Report Total:                                                                      1.80
```

9

Doc. # DC-2314185 v.1 3/12/10 03:58 PM