**EXHIBIT A**

Professional services rendered through: December 31, 2009

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/21/09 | A.E. Moran | Conference call with W.R. Grace on deduction issue. | 0.30 |
| 12/26/09 | A.E. Moran | Review cases and commentary on 461 and economic benefit. | 2.10 |
| 12/28/09 | A.E. Moran | Look at rules on economic performance. | 0.60 |
| 12/28/09 | D. Wellington | Review email from Ms. Moran; review plan documents; analysis re deduction issues; email to Ms. Moran re same. | 1.30 |
| 12/29/09 | A.E. Moran | Research on deduction issue. | 1.10 |
| 12/29/09 | A.E. Moran | Telephone conference with C. Wilkinson and email to D. Wellington re deduction issue. | 0.40 |
| 12/29/09 | C.W. Wilkinson | Confer with Ms. Moran re deduction timing. | 0.25 |
| 12/29/09 | D. Wellington | Emails with Ms. Moran re plan deduction timing. | 0.30 |
| 12/28/09 | M.D. Lerner | Call with Carol Finke on case closing. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| C.W. Wilkinson | 0.20 | 705.00 | 141.00 |
| A.E. Moran | 4.50 | 605.00 | 2,722.50 |
| D. Wellington | 1.60 | 605.00 | 968.00 |
| M.D. Lerner | .20 | 745.00 | 149.00 |
| Total | 6.50 | | 3,980.50 |

Total Fees $3,980.50

Disbursements:

Total Disbursements $0.00

Total This Statement $3,980.50

5