**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:   796198

zero