IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 5, 2010 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# ONE HUNDREDTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/481075

# EXHIBIT A
## (Fee Detail)

**FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $11,310.50 |
| **FEE APPLICATION – APPLICANT** | $301.50 |
| **TOTAL FEES** | $11,612.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 9, 2010
Bill Number 120061
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH JANUARY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/06/10 | ARA | Quality control property damage ledgers. | 2.70 Hrs | 337.50 |
| 01/06/10 | ARA | Document control. | 3.50 Hrs | 280.00 |
| 01/07/10 | ARA | Quality control property damage ledgers. | 5.70 Hrs | 712.50 |
| 01/08/10 | ARA | Quality control property damage ledgers. | 6.50 Hrs | 812.50 |
| 01/11/10 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 750.00 |
| 01/12/10 | ARA | Quality control property damage ledgers. | 6.50 Hrs | 812.50 |
| 01/13/10 | ARA | Quality control property damage ledgers. | 5.50 Hrs | 687.50 |
| 01/14/10 | ARA | Quality control property damage ledgers. | 6.80 Hrs | 850.00 |
| 01/15/10 | ARA | Quality control property damage ledgers. | 2.70 Hrs | 337.50 |
| 01/15/10 | ARA | Document control. | 1.50 Hrs | 120.00 |
| 01/19/10 | ARA | Document control. | 6.20 Hrs | 496.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JANUARY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/20/10 | MTM | Telephone call from in-house counsel re: source of information on opening and closing dates for Albany plant (.2); telephone call to ARA re: plant binders (.2); review briefing books re: same (.3); conference with DBM re: source of briefing book information (.1); receipt and review of Albany plant binder re: same (.2); review ore shipment binders at Winthrop Square re: same (.3); telephone call and email to in-house counsel re: same (.2). | 1.50 Hrs | 427.50 |
| 01/20/10 | ARA | Per MTM's request, search for and review Albany plant binder (1.3); produce information to MTM and discussion re: same (.7). | 2.00 Hrs | 250.00 |
| 01/20/10 | ARA | Document control. | 4.50 Hrs | 360.00 |
| 01/21/10 | MTM | Telephone call from in-house counsel re: Libby ore shipments to Albany plant (.2); telephone call to ARA re: same (.3); review ore shipment binders and other documents re: same (1.5). | 2.00 Hrs | 570.00 |
| 01/21/10 | ARA | Per MTM's request, review binders for information on Albany plant and Utica plant; advise MTM of results (.7). Per MTM's request, search for duplicate binders re: ore shipments; advise MTM none were found (.8). Quality control plant binders (3.5). | 5.00 Hrs | 625.00 |
| 01/21/10 | ARA | Document control | 0.50 Hrs | 40.00 |
| 01/22/10 | RAM | Review updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 67.00 |
| 01/22/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 01/25/10 | ARA | Document control. | 5.70 Hrs | 456.00 |
| 01/26/10 | ARA | Document control. | 3.80 Hrs | 304.00 |
| 01/27/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 01/28/10 | MTM | Telephone call from in-house counsel re: Tampa plant. | 0.30 Hrs | 85.50 |
| 01/28/10 | ARA | Per MTM's request, search for and review Tampa plant binder to confirm address of plant. | 1.10 Hrs | 137.50 |
| 01/28/10 | ARA | Document control. | 5.60 Hrs | 448.00 |

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH JANUARY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/29/10 | ARA | Document control. | 4.80 Hrs | 384.00 |

|  |  | TOTAL LEGAL SERVICES | $11,310.50 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.20 | 335.00 | 67.00 |
| Matthew T. Murphy | 3.80 | 285.00 | 1,083.00 |
| Angela R. Anderson | 50.50 | 125.00 | 6,312.50 |
| Angela R. Anderson | 48.10 | 80.00 | 3,848.00 |
|  | 102.60 |  | $11,310.50 |

|  | TOTAL THIS BILL | $11,310.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 9, 2010
Bill Number 120062
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JANUARY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/22/10 | RAM | Work on December fee application. | 0.30 Hrs | 100.50 |
| 01/29/10 | RAM | Work on December fee application (.5). Send it to in-house counsels to review; both approved its filing (.1). | 0.60 Hrs | 201.00 |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $301.50 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.90 | 335.00 | 301.50 |
|  | 0.90 |  | $301.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $301.50 |

Page 1

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $13,550.76 |
| **FEE APPLICATION – APPLICANT** | $32.34 |
| **TOTAL EXPENSES** | $13,583.10 |



# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2010
Bill Number 120065
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH JANUARY 31, 2010

### EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 01/31/10 | EXCESS POSTAGE | 1.73 | |
| | | | $1.73 |

### PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 01/14/10 | Delaware Bankruptcy Court | 38.72 | |
| 01/14/10 | Delaware Bankruptcy Court | 3.28 | |
| 01/28/10 | Delaware Bankruptcy Court - searches done between 10/1/2009 - 12/31/2009 | 124.72 | |
| | | | $166.72 |

### PHOTOCOPYING

| | | | |
|---|---|---|---|
| 01/15/10 | 20 copies at $.10 per copy | 2.00 | |
| 01/21/10 | 31 copies at $.10 per copy | 3.10 | |
| | | | $5.10 |

### RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 01/04/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square -January 2010. | 12,974.16 | |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |  |
|---|---|---|
|  |  | $12,974.16 |

**MISCELLANEOUS**

| 01/11/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 1/1/10 through 1/31/10. | 403.05 |
|---|---|---|
|  |  | $403.05 |
|  | TOTAL COSTS | $13,550.76 |
|  | TOTAL THIS BILL | $13,550.76 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 10, 2010
Bill Number 120066
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH JANUARY 31, 2010

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 01/21/10 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl and Jones, Patricia Cuniff from Casner and Edwards on December 9, 2009 by R A Murphy. | 16.17 |
| 01/22/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market St., Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on December 29, 2009 by R A Murphy. | 16.17 |
| | | $32.34 |
| | TOTAL COSTS | $32.34 |
| | TOTAL THIS BILL | $32.34 |