IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Objection Deadline: April 16, 2010 at 4:00 p.m.** |
| | ) | **Hearing Date: May 3, 2010 at 10:30 a.m.** |

**NOTICE OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING
THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM
FILED BY ATLANTIC SHOPPING CENTRES LTD**

TO:    (i) Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1; and (ii) affected
parties.

The above-captioned debtors and debtors-in-possession (collectively, the

"Debtors") filed the attached *Motion of Debtors for Entry of an Order Authorizing the Settlement*

*of an Asbestos Property Damage Claim Filed by Atlantic Shopping Centres LTD* (the "Motion")

with the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

Wilmington, Delaware  19801 (the "Bankruptcy Court"). A true and correct copy of the Motion

is attached hereto.

Responses to the relief requested in the Motion, if any, must be in writing and be

filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on **April 16,**

**2010**. At the same time, you must also serve a copy of the objections or responses, if any, upon

the following:  (i) co-counsel for the Debtors, James J. Restivo, Jr., Reed Smith LLP, Reed Smith

Center, 225 Fifth Avenue, Pittsburgh, PA  15222 (fax number 412-288-3063); Lisa G. Esayain,

Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL  60654 (fax number 312-862-2200); and

James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO.

Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400);

(ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Stroock & Stroock

& Lavan, 180 Maiden Lane, New York, NY 10038-4982 (fax 212-806-6006), and Michael R.

Lastowski, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington,

DE 19801-1246 (fax 302-657-4901); (iii) counsel to the Official Committee of Property

Damage Claimants, Scott L. Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First

Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 (fax 305-

374-7593), and Michael B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box

1351, Wilmington, DE 19899 (fax 302-575-1714); (iv) counsel to the Official Committee of

Personal Injury Claimants, Elihu Inselbuch, Caplin & Drysdale, Chartered, 375 Park Avenue,

35th Floor, New York, NY 10152-3500 (fax 212-644-6755), and Marla Eskin, Campbell &

Levine, LLC, 800 N. King Street, Suite 300, Wilmington, DE 19801 (fax 302-426-9947);

(v) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Kramer Levin

Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022 (fax 212-715-8000), and

Teresa K.D. Currier, Saul Ewing LLP, 222 Delaware Avenue P.O. Box 1266, Wilmington, DE

19899-1397 (fax 302-421-6813); (vi) counsel to the Future Claimants' Representative, Richard

H. Wyron, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington,

DC 20007 (fax 202-424-7643), and John C. Phillips, Jr., Phillips, Goldman & Spence, P.A.,

1200 North Broom Street, Wilmington, DE 19806 (fax 302-655-4210); (vii) the Office of the

United States Trustee, Attn: David Klauder, 844 N. King Street, Wilmington, DE 19801 (fax

302-573-6497); and (viii) counsel to the Property Damage Future Claimants' Representative,

Karl Hill, Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, P.O. Box 68,

Wilmington, DE 19899 (fax 302-888-0606) and Alan B. Rich, Law Office of Alan B. Rich, Esq.,

4244 Renaissance Tower, 1201 Elm Street, Dallas, TX 75270 (fax 214-744-5101).

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE

RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND

SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL

BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON **MAY 3, 2010 AT**

**10:30 A.M.**, EASTERN TIME AT THE UNITED STATES BANKRUPTCY COURT, 824

MARKET STREET, WILMINGTON, DELAWARE 19801.


Dated:  March 17, 2010                REED SMITH LLP
                                      James J. Restivo, Jr. (Bar No. 10113)
                                      Lawrence E. Flatley (Bar No. 21871)
                                      Douglas E. Cameron (Bar No. 41644)
                                      Traci S. Rea (Bar No. 76258)
                                      Reed Smith Center
                                      225 Fifth Avenue
                                      Pittsburgh, PA  152222
                                      Telephone:  (412) 288-3131
                                      Facsimile:  (412) 288-3063

                                      -and-

KIRKLAND & ELLIS LLP
Lisa G. Esayian
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession