## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., et al.

    Debtor(s)

Bankruptcy No. 01-1139-JKF

(Jointly Administered)

Chapter 11

Related to Doc. No. 22408, Motion to intervene *pro se* as a creditor filed by Jonathan Lee Riches d/b/a Bernard Madoff.; Doc. No. 22568, Rule to Show Cause why motion should not be stricken

### ORDER STRIKING MOTION TO INTERVENE *PRO SE*

**AND NOW**, this **19th** day of **March, 2010, WHEREAS** movant filed a motion to intervene in the above-captioned bankruptcy;

**WHEREAS** this court issued a rule to show cause why the motion should not be stricken inasmuch as movant could have filed a proof of claim, did not allege lack of notice of the existence of the case, and failed to identify the action in which he wanted to intervene;

**WHEREAS** responses to the rule were to be filed on or before September 17, 2009;

**WHEREAS** the docket indicates that no response was filed;

It is **ORDERED** that the motion to intervene is **stricken**.

*Judith K. Fitzgerald*
Judith K. Fitzgerald        **rmab**
United States Bankruptcy Judge

cm:    Jonathan Lee Riches #40948018
       Federal Medical Center
       P.O. Box 14500
       Lexington, KY  40512