# Exhibit A

## W.R. Grace – 34th Interim (July – September 2009)
## Fee and Expense Chart with Recommendations
### Exhibit A

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23769 | TOTAL: | $1,199,112.00 | $22,671.58 | $1,199,112.00 | $22,671.58 |

| DAVID T. AUSTERN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24279 24292[1] | TOTAL: | $37,850.00 | $2,246.92 | $37,850.00 | $2,148.92 |

| JANET S. BAER, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23793 | TOTAL: | $474,822.50 | $14,490.29 | $474,822.50 | $14,490.29 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. (33rd and 34th)[2] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 33rd | 23941 | TOTAL: | $60,000.00 | $34.44 | $60,000.00 | $34.44 |
| 34th | 23942 | TOTAL: | $60,000.00 | $14.23 | $60,000.00 | $14.23 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24105 | TOTAL: | $15,799.50 | $593.83 | $15,799.50 | $593.83 |

---

[1] There are two docket numbers listed because the quarterly fee application for David T. Austern was filed with the Court twice.
[2] The Thirty-Third Interim Period encompasses April through June 2009.

1

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23790 | TOTAL | $114,260.75 | $104,133.15 | $114,222.75 | $104,133.15 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24013 | TOTAL: | $450,000.00 | $17,086.89 | $450,000.00 | $17,086.89 |

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24289 | TOTAL: | $99,326.50 | $6,915.03 | $98,364.82 | $6,722.96 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23771 | TOTAL: | $189,711.00 | $59,538.35 | $189,711.00 | $59,538.35 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23770 | TOTAL: | $2,018,157.75 | $304,839.21 | $1,997,400.50 | $300,217.04 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23945 | TOTAL: | $361,641.00 | $3,541.67 | $361,641.00 | $3,506.56 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23746 | TOTAL: | $39,699.50 | $38,364.93 | $39,699.50 | $38,364.93 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23772 | TOTAL: | $43,775.50 | $0.00 | $43,775.50 | $0.00 |

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24123 | TOTAL: | $34,342.50 | $48.96 | $34,342.50 | $48.96 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24286 | TOTAL: | $210,367.00 | $4,349.52 | $210,367.00 | $3,687.67 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23768 | TOTAL: | $101,584.50 | $8,798.98 | $101,584.50 | $8,798.98 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23761 | TOTAL: | $42,333.00 | $145.26 | $42,333.00 | $145.26 |

| W. D. HILTON (18th – 32nd)[3] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23862   TOTAL: | $16,712.50 | $0.00 | $16,537.50 | $0.00 |

| HOLME ROBERTS & OWEN, LLP (32nd)[4] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24141   TOTAL: | $938.00 | $2,926.73 | $938.00 | $2,926.73 |

| KIRKLAND & ELLIS, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23980   TOTAL: | $6,408,883.65 | $1,166,546.10 | $6,407,674.15 | $1,166,546.10 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23760   TOTAL: | $170,241.50 | $20,322.43 | $169,905.50 | $20,322.43 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23773   TOTAL: | $300,425.00 | $4,833.06 | $300,425.00 | $4,833.06 |

| OGILVY RENAULT LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23699   TOTAL: | CDN$51,643.50 | CDN$1,184.45 | CDN$51,643.50 | CDN$1,184.45 |

---

[3] W. D. Hilton's fees and expenses were inadvertently omitted from the 33rd Interim Fee and Expense Chart.

[4] The Thirty-Second Interim Period encompasses January through March 2009.

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23807 | TOTAL: | $1,674,330.00 | $57,526.76 | $1,674,330.00 | $57,172.92 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24160 | TOTAL: | $251,464.25 | $195,318.79 | $251,421.25 | $195,318.79 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. (33rd) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24142 | TOTAL: | $57,460.00 | $2,418.33 | $57,460.00 | $2,418.33 |

| PIPER JAFFREY & CO. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23808 | TOTAL: | $150,000.00 | $182.85 | $150,000.00 | $182.85 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23765 | TOTAL: | $500,691.65 | $9,955.17 | $500,691.65 | $9,955.17 |

| PROTIVITI INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23543 | TOTAL: | $38,280.00 | $3,846.54 | $38,280.00 | $3,846.54 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23726 | TOTAL: | $110,343.00 | $47,361.97 | $110,343.00 | $47,361.97 |

| ALAN B. RICH | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23747 | TOTAL: | $202,402.50 | $16,828.62 | $202,402.50 | $16,828.62 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23754 | TOTAL: | $62,415.00 | $3,904.58 | $62,415.00 | $3,904.58 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23762 | TOTAL: | $100,854.50 | $1,885.72 | $100,164.50 | $1,885.72 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23702 | TOTAL: | $48,506.50 | $932.03 | $48,506.50 | $932.03 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23944 | TOTAL: | $944,248.25 | $47,520.32[5] | $942,116.25 | $47,520.32 |

---

[5] Stroock's expense request includes $2,812.50 for the fees and expenses of Navigant Consulting, Inc.

| TOWERS PERRIN TILLINGHAST | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24280 | TOTAL: | $5,747.50 | $0.00 | $5,747.50 | $0.00 |

| VENABLE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23854 | TOTAL: | $491,541.50 | $295,440.39 | $491,292.50 | $295,440.39 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 23940 | TOTAL: | $21,576.00 | $180.00 | $21,576.00 | $180.00 |