**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 01-1139 (JKF) |
| **W.R. GRACE & CO., et al.,** | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 19, 2010 a copy of the forgoing *Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, and the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to Claims filed by Maryland Casualty Company* was served on the parties on the attached service list via first class mail.

Dated:  March 19, 2010                     CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
800 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone:  (302) 426-1900
Facsimile:   (302) 426-9947
mhurford@camlev.com

*Co-Counsel for the Official Committee of Asbestos Personal Injury Claimants*

{D0171640.1 }