**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **IN RE:** </br></br> **W.R. GRACE & CO.,** *et al.*, </br></br> Debtors. | ) </br> ) **Chapter 11** </br> ) </br> ) **Case No. 01-01139 (JKF)** </br> ) **Jointly Administered** </br> ) </br> ) **Re: Docket Nos. 24031 & 24032** </br> ) </br> ) **January 25, 2010 Agenda Item Nos. 5 & 6** </br> ) |

**CERTIFICATION OF COUNSEL REGARDING THE CANADIAN ZAI CLAIMANTS' APPLICATION FOR APPOINTMENT OF SPECIAL COUNSEL [DOCKET NO. 24031] AND THE APPLICATION AUTHORIZING RETENTION OF DANIEL K. HOGAN, ESQ., AS COUNSEL TO THE REPRESENTATIVE COUNSEL [DOCKET NO. 24032]**

1.  Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel") were duly appointed by the Ontario Superior Court of Justice (the "CCAA Court") to represent the interests of Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants"), both for property damage and personal injury claims.

2.  On December 21, 2009, Canadian ZAI Claimants filed an Application for Appointment of Special Counsel *Nunc Pro Tunc* to September 1, 2008 [Docket No. 24031] (the "Special Counsel Motion"). The Special Counsel Motion requested authorization by this Court for the appointment of Representative Counsel as special counsel *nunc pro tunc* to September 1, 2008, to represent the interests of the Canadian ZAI Claimants. Attached to the Special Counsel Motion was a proposed form of order granting the appointment of Special Counsel *Nunc Pro Tunc* to September 1, 2008 (the "Original Special Counsel Order").

3.  On December 21, 2009, Canadian ZAI Claimants filed an Application for an Order Authorizing Retention *Nunc Pro Tunc* of Daniel K. Hogan, Esq., As Counsel to the Representative

Counsel for the Canadian ZAI Claimants [Docket No. 24032] (the "Rep Counsel Motion"). The Rep Counsel Motion requested entry of an order authorizing Representative Counsel to retain and employ Daniel K. Hogan ("Mr. Hogan") and his firm, The Hogan Firm ("THF"), as counsel *nunc pro tunc* to September 1, 2008. Attached to the Rep Counsel Motion was a proposed form of order granting the Rep Counsel Motion and authorizing the retention *nunc pro tunc* of Daniel K. Hogan, Esq., as counsel to the Representative Counsel for the Canadian ZAI Claimants (the "THF Original Order").

4. On January 8, 2010, the Asbestos PI Future Claimants' Representative (the "PI FCR") filed a response to the Canadian ZAI Claimants' application for appointment of Special Counsel [Docket No. 24130] (the "PI FCR's Response). The PI FCR posed no objection to the relief sought in the Application with respect to Representative Counsel's authority to represent the interests of present Canadian ZAI Claimants, however, the PI FCR requested that any order approving the Application clarify that, in connection with the Debtors' Chapter 11 cases, only the PI FCR represents the interests of holders of future asbestos personal injury demands, including, but not limited to, asbestos personal injury demands directly or indirectly arising out of or in any way connected to the Debtors' manufacture, sale or distribution of Zonolite attic insulation products in Canada.

5. On January 8, 2010, Her Majesty the Queen in Right of Canada (the "Crown") filed an objection to the applications of the Canadian ZAI Claimants and Daniel K. Hogan [Docket No. 24132] (the "Crown's Objection").

6. On January 15, 2010, Representative Counsel filed a Motion for Leave to File Reply to the Objection of Her Majesty the Queen of Right of Canada and To the Response of The

2

Asbestos PI Future Claimants' Representative [Docket No. 24155]. This Court granted leave on January 19, 2010, [Docket No. 24157].

7. On January 19, 2010, Representative Counsel filed a reply to the Crown's Objection and to the PI FCR's Response ("Rep Counsel Reply") [Docket No. 24158].

8. At the January 25, 2010, Omnibus hearing, the above mentioned parties argued the above stated objections and, as a result of the arguments and indications from the Court, as well as discussions held since the hearing, the Canadian ZAI Claimants have revised the proposed orders. The revised order for Appointment of Representative Counsel as Special Counsel for the Canadian ZAI Claimants (the "Revised Special Counsel Order) is attached hereto as **Exhibit 1**. For the convenience of the court, a blackline version of the Revised Special Counsel Order is attached hereto as **Exhibit 2.**

9. Additionally, the Proposed Order for Retention of Daniel K. Hogan, Esq., as counsel to the Representative Counsel for the Canadian ZAI Claimants (the "Revised THF Order") is attached hereto as **Exhibit 3**. For the convenience of the court, a blackline version of the Revised THF Order is attached hereto as **Exhibit 4**.

10. The revised proposed orders reflect the various positions of the parties as well as the Court's instructions at the hearing. The Debtors, as well as the PI FCR, have reviewed the attached proposed orders.

11. The Canadian ZAI Claimants respectfully request that the Court enter the orders attached hereto.

[Remainder of Page Intentionally Left Blank]

Dated:  March 19, 2010                               */s/Daniel K. Hogan*
                                                     Daniel K. Hogan (DE Bar No. 2814)
                                                     **THE HOGAN FIRM**
                                                     1311 Delaware Avenue
                                                     Wilmington, Delaware 19806
                                                     Telephone: (302) 656.7540
                                                     Facsimile: (302) 656.7599
                                                     E-Mail: dkhogan@dkhogan.com

                         -and-

                                                     **LAUZON BÉLANGER, INC**.
                                                     Yves Lauzon
                                                     Michel Bélanger
                                                     286, rue St-Paul Quest, Bureau 100
                                                     Montreal Quebec
                                                     Telephone: (514) 844-7403
                                                     ylauzon@lauzonbelanger.qc.ca
                                                     mbelanger@lauzonbelanger.qc.ca
                                                     **SCARFONE HAWKINS LLP**
                                                     Matthew G. Moloci
                                                     David Thompson
                                                     One James Street South, 14th Floor
                                                     P.O. Box 926, Depot 1
                                                     Hamilton, Ontario
                                                     Canada L8N 3P9
                                                     Telephone: (905) 523-1333
                                                     moloci@shlaw.ca
                                                     thompson@shlaw.ca