**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**January 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended January 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 28.6 | $ 16,656.64 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 59.0 | $ 41,211.50 |
| Robert R. Keehan | Audit Partner | 20+ | Integrated Audit | $ 698.50 | 2.0 | $ 1,397.00 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 8.5 | $ 5,505.45 |
| Lisa Slotznick | Director | 30 | Integrated Audit | $ 601.98 | 2.0 | $ 1,203.96 |
| Jennifer A James | Director | 17 | Integrated Audit | $ 698.50 | 7.5 | $ 5,238.75 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | $ 560.88 | 2.9 | $ 1,626.55 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 11.8 | $ 4,540.64 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 19.0 | $ 7,793.99 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 124.8 | $ 51,194.21 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 290.83 | 177.3 | $ 51,564.16 |
| Richard Quek | Audit Manager | 7 | Integrated Audit | $ 495.30 | 1.0 | $ 495.30 |
| Mariana Isturiz Espinoza | Tax Manager | 6 | Integrated Audit | $ 291.20 | 20.8 | $ 6,056.96 |
| Keith William Palmer | Audit Manager | 7 | Integrated Audit | $ 463.55 | 4.0 | $ 1,854.20 |
| Damien Hughes | Audit Manager | 6 | Integrated Audit | $ 428.64 | 5.0 | $ 2,143.20 |
| James C Horvath | Audit Senior Associate | 5 | Integrated Audit | $ 368.30 | 4.8 | $ 1,767.84 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 186.0 | $ 42,283.38 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $ 220.98 | 37.2 | $ 8,220.46 |
| Edom Aweke | Audit Senior Associate | 4 | Integrated Audit | $ 330.20 | 5.0 | $ 1,651.00 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 93.4 | $ 20,398.56 |
| Nathan W. Roller | Audit Senior Associate | 5 | Integrated Audit | $ 368.30 | 1.0 | $ 368.30 |
| Ashley Carver Roya | Audit Senior Associate | 4 | Integrated Audit | $ 309.88 | 2.5 | $ 774.70 |
| Todd S. Chesla | Tax Senior Associate | 3 | Integrated Audit | $ 218.40 | 47.6 | $ 10,395.84 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 209.55 | 235.0 | $ 49,244.25 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ 220.98 | 7.5 | $ 1,657.35 |
| Alexis Frometa | Audit Senior Associate | 4 | Integrated Audit | $ 208.00 | 54.7 | $ 11,377.60 |
| Marjored Perez | Tax Senior Associate | 4 | Integrated Audit | $ 218.40 | 20.3 | $ 4,433.52 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | $ 351.12 | 7.3 | $ 2,563.17 |
| Elizabeth Sama | Audit Associate | 3 | Integrated Audit | $ 150.80 | 76.0 | $ 11,460.80 |
| Annie J Park | Audit Associate | 2 | Integrated Audit | $ 170.18 | 82.6 | $ 14,056.87 |
| Shahin Rahmani | Audit Associate | 2 | Integrated Audit | $ 156.21 | 172.1 | $ 26,883.74 |
| Neil G Hamilton | Audit Associate | 1 | Integrated Audit | $ 156.21 | 3.9 | $ 609.22 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 156.21 | 156.5 | $ 24,446.86 |
| Andrew Wang | Audit Associate | 2 | Integrated Audit | $ 170.18 | 102.9 | $ 17,512.09 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $ 156.21 | 213.4 | $ 33,335.21 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | $ 123.19 | 207.0 | $ 25,500.33 |
| Katherine Grace Leenhouts | Audit Associate | <1 | Integrated Audit | $ 260.35 | 23.8 | $ 6,196.34 |
| Brian J Selden | Audit Associate | <1 | Integrated Audit | $ 153.68 | 0.5 | $ 76.84 |
| Leah Morelle | Audit Associate | 3 | Integrated Audit | $ 170.18 | 3.0 | $ 512.24 |
| Totals | | | | | 2,218.2 | $ 514,209.00 |

{02411}

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 26.4 | $ 4,372.87 |
|---|---|---|

Summary of PwC's Fees By Project Category:
January 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 26.4 | $ 4,372.87 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |

{02411}

| | | | |
|---|---|---|---|
| 18-Tax Issues | | | |
| 19-Tax Litigation | | | |
| 20-Travel- Non-working | | | |
| 21-Valuation | | | |
| 22-ZAI Science Trial | | | |
| 23-ZAI Science Trial-Expenses | | | |
| 24-Other | | | |
| 25-Accounting/Auditing | 2,218.2 | | $ 514,209.00 |
| 26-Business Analysis | | | |
| 27-Corporate Finance | | | |
| 28-Data Analysis | | | |
| TOTAL: | 2,244.6 | | $ 518,581.87 |

Expense Summary
January 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 5,034.20 |
| Lodging | N/A | $ 756.26 |
| Sundry | N/A | $ 426.00 |
| Business Meals | N/A | $ 3,481.47 |
| TOTAL: | | $ 9,697.93 |

{02411}