# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended January 31, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 1/19/10 | $ 20.00 | | | | 70 miles to and from client - 30 miles normal commute to the office = 40 miles every day excess * .50= 20.00 |
| | Integrated Audit | 1/20/10 | 20.00 | | | | 70 miles to and from client - 30 miles normal commute to the office = 40 miles every day excess * .50= 20.00 |
| | Integrated Audit | 1/25/10 | 35.00 | | | | 70 miles to and from client from the PwC Office = 70 miles excess * .50= 35.00 |
| Thomas E. Smith | Integrated Audit | 1/7/10 | $ 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/7/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/13/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/14/10 | 306.40 | | | | Roundtrip air fare for 1 person to Boston from BWI |
| | Integrated Audit | 1/19/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/20/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/21/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/25/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/25/10 | | | | $ 9.29 | Meal for one person while in Boston |
| | Integrated Audit | 1/25/10 | 23.00 | | | | 46 mile commute to BWI airport |
| | Integrated Audit | 1/27/10 | | $ 178.14 | | | Hotel accommodation in Boston |
| | Integrated Audit | 1/27/10 | 47.50 | | | | Cab from BWI airport to residence on 1/27/10 |
| | Integrated Audit | 1/25/10 | 44.90 | | | | Cab from office to airport for trip to Boston |
| | Integrated Audit | 1/27/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | Integrated Audit | 1/29/10 | 35.00 | | | | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| David C Sands | Integrated Audit | 1/15/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| Justin Bray | Integrated Audit | 1/11/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/13/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/15/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/18/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/19/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/20/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/21/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/22/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/25/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/26/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/27/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/28/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 1/29/10 | 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | Integrated Audit | 1/4/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/6/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/7/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/8/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/11/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/12/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/13/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/14/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/15/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/18/10 | 2.00 | | | | Mileage in excess of daily commute (20 miles - 16 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/18/10 | 9.00 | | | | Mileage from Grace to BWI Airport for flight to GCP (18 miles * $.50 rate) - one way |
| | Integrated Audit | 1/18/10 | 170.40 | | | | Coach airfare from BWI Airport to Boston Logan - round trip |
| | Integrated Audit | 1/18/10 | | | | $ 26.80 | Dinner at BWI Airport for one |
| | Integrated Audit | 1/18/10 | 47.10 | | | | Taxi from Boston Logan to hotel in Arlington, MA |
| | Integrated Audit | 1/20/10 | | 289.06 | | | Hotel in Arlington, MA (2 nights (1/18-1/20) @ Daily Rate - $129/night, taxes - $15.53/night) |
| | Integrated Audit | 1/20/10 | 45.00 | | | | Taxi from Grace in Cambridge, MA to Boston Logan |
| | Integrated Audit | 1/20/10 | | | | $ 14.45 | Dinner at Boston Logan airport for one |
| | Integrated Audit | 1/20/10 | 32.00 | | | | Parking at BWI Airport for 2 days and a few hours |
| | Integrated Audit | 1/20/10 | 16.50 | | | | Mileage from BWI Airport to home in Silver Spring, MD (33 miles * $.50 rate) |
| | Integrated Audit | 1/21/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/22/10 | 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/23/10 | 20.00 | | | | Mileage in excess of daily commute (40 miles * $.50 rate), as this was a Saturday |

| Name | Type | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 1/23/10 | $ 25.61 | Saturday breakfast for the PwC team while working on site - 5 people attending: A. Garleb, L. Keorlet, P. Katsiak, N. Johnson, and K. Bradley (PwC) |
| | Integrated Audit | 1/24/10 | $ 16.50 | Mileage from home in Silver Spring, MD to BWI Airport for flight to GCP (33 miles * $.50 rate) |
| | Integrated Audit | 1/24/10 | 160.40 | Coach airfare from BWI Airport to Boston Logan - round trip |
| | Integrated Audit | 1/24/10 | $ 9.10 | Dinner at BWI Airport for one |
| | Integrated Audit | 1/24/10 | 52.90 | Taxi from Boston Logan to hotel in Arlington, MA |
| | Integrated Audit | 1/26/10 | $ 289.06 | Hotel in Arlington, MA (2 nights (1/24-1/26) @ Daily Rate - $129/night, taxes - $15.53/night) |
| | Integrated Audit | 1/26/10 | $ 16.59 | Dinner at Boston Logan airport for one |
| | Integrated Audit | 1/26/10 | $ 30.00 | Parking at BWI Airport for 2 days and a few hours |
| | Integrated Audit | 1/26/10 | 16.50 | Mileage from BWI Airport to home in Silver Spring, MD (33 miles * $.50 rate) |
| | Integrated Audit | 1/27/10 | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/28/10 | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/29/10 | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 1/30/10 | 20.00 | Mileage in excess of daily commute (40 miles * $.50 rate), as this was a Saturday |
| Mariana Isturiz Espinoza | Integrated Audit | 1/26/10 | $ 1.75 | Tolls incurred in traveling to and from client site |
| | Integrated Audit | 1/26/10 | $ 9.80 | Lunch for one while commuting to the client site |
| | Integrated Audit | 1/26/10 | 54.00 | Mileage in excess of normal commute to the office (108 miles x $0.50/mile) |
| Brett Czajkowski | Integrated Audit | 1/8/10 | $ 29.00 | Mileage (94 miles - 36 miles normal commute = 58 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 1/11/10 | 19.00 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 1/15/10 | $ 19.00 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | Integrated Audit | 1/26/10 | 19.50 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Jacqueline Calvo | Integrated Audit | 1/14/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/14/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/18/10 | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/18/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/21/10 | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/21/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/22/10 | 26.50 | 70 miles each way less 17 regular commute = 53 miles x $0.50/mile |
| | Integrated Audit | 1/22/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/25/10 | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/25/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/26/10 | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/26/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/27/10 | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/27/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/28/10 | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/28/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 1/29/10 | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | Integrated Audit | 1/29/10 | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| Pavel Katsiak | Integrated Audit | 1/4/10 | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/5/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/6/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/7/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/8/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/11/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/12/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/13/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/14/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/15/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/18/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/19/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/20/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/21/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/22/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/23/10 | 39.55 | Full mileage of 39.55 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |
| | Integrated Audit | 1/25/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/26/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/27/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/28/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/29/10 | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | Integrated Audit | 1/30/10 | 39.55 | Full mileage of regular commute of 39.55 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |

| Name | Category | Date | Amount | Description |
|---|---|---|---|---|
| Phillip Crosby | Integrated Audit | 1/8/10 | $37.00 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .50= 37.00 |
| | Integrated Audit | 1/26/10 | 37.00 | 93 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .50= 37.00 |
| Alexis Frometa | Integrated Audit | 1/14/10 | $67.50 | 135 excess miles (round trip) * $0.50 |
| | Integrated Audit | 1/14/10 | 9.00 | Tolls during commute |
| | Integrated Audit | 1/19/10 | 67.50 | 135 excess miles (round trip) * $0.50 |
| | Integrated Audit | 1/19/10 | 9.00 | Tolls during commute |
| | Integrated Audit | 1/21/10 | 67.50 | 135 excess miles (round trip) * $0.50 |
| | Integrated Audit | 1/21/10 | 9.00 | Tolls during commute |
| | Integrated Audit | 1/26/10 | 67.50 | 135 excess miles (round trip) * $0.50 |
| | Integrated Audit | 1/26/10 | 9.00 | Tolls during commute |
| | Integrated Audit | 1/27/10 | 67.50 | 135 excess miles (round trip) * $0.50 |
| | Integrated Audit | 1/27/10 | 9.00 | Tolls during commute |
| | Integrated Audit | 1/28/10 | 67.50 | 135 excess miles (round trip) * $0.50 |
| | Integrated Audit | 1/28/10 | 9.00 | Tolls during commute |
| | Integrated Audit | 1/29/10 | 67.50 | 135 excess miles (round trip) * $0.50 |
| | Integrated Audit | 1/29/10 | 9.00 | Tolls during commute |
| Elizabeth Sama | Integrated Audit | 1/18/10 | $50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/19/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/20/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/21/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/18-1/21/10 | 5.00 | Sunpass Tolls for the week of 1/18 (these are express lane toll which fluctuate in price depending on traffic) |
| | Integrated Audit | 1/25/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/26/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/27/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/28/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/29/10 | 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | Integrated Audit | 1/25-1/29/10 | 8.75 | Sunpass Tolls for the week of 1/25 (these are express lane toll which fluctuate in price depending on traffic) |
| Annie J Park | Integrated Audit | 1/19/10 | $ 114.48 | Overtime meal at the client site for 4 PwC team members |
| | Integrated Audit | 1/20/10 | 176.02 | Overtime meal at the client site for 4 PwC team members |
| | Integrated Audit | 1/21/10 | 237.78 | Overtime meal at the client site for 4 PwC team members and 2 Grace staffers |
| | Integrated Audit | 1/16/10 | $ 2.00 | Mileage in excess of daily commute – weekend travel (4 miles round trip * $0.50 rate) |
| Kristina N. Johnson | Integrated Audit | 1/4/10 | $32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/5/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/6/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/7/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/12/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/13/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/14/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/15/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/18/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/19/10 | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | Integrated Audit | 1/20/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/21/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/22/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/23/10 | 41.00 | 82 miles to and from client for weekend travel * .50= $41 |
| | Integrated Audit | 1/25/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/26/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/27/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/28/10 | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | Integrated Audit | 1/29/10 | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 1/30/10 | 41.00 | 82 miles to and from client for weekend travel * .50= $41 |
| | Integrated Audit | 1/17/10 | $ 30.88 | Weekend breakfast for the PwC team (7 members present) |
| | Integrated Audit | 1/21/10 | $ 335.00 | Charges for electronic bank confirmations to be issued |
| | | | 13.65 | Postage for bankruptcy reports to be mailed |
| Andrew Wang | Integrated Audit | 1/13/10 | $3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/14/10 | 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/15/10 | 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/16/10 | $ 101.88 | Breakfast and lunch for 3 PwC Staffers |
| | Integrated Audit | 1/16/10 | 5.00 | Mileage for weekend travel from Boston to Cambridge (10 miles * 0.50) |

| Name | Type | Date | Amount | | Description |
|---|---|---|---|---|---|
| | Integrated Audit | 1/18/10 | | $ 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/19/10 | | $ 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/20/10 | | $ 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/21/10 | | $ 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/22/10 | | $ 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/25/10 | | $ 3.00 | Mileage for excess travel from Boston to Cambridge (6 miles * 0.50) |
| | Integrated Audit | 1/25/10 | $ 137.38 | | Overtime meal for 2 Grace staffers and 4 PwC team members |
| Shawn McNeilly | Integrated Audit | 1/20/10 | $ 16.00 | | Overtime dinner for myself (1 PwC staff) |
| | Integrated Audit | 1/30/10 | | $ 31.00 | Mileage of 62 roundtrip miles for weekend commute to the client site at $0.50/mile. |
| | Integrated Audit | 1/30/10 | $ 4.97 | | Lunch during work at client site on Saturday for myself (1 PwC staff). |
| Kathleen Bradley | Integrated Audit | 1/4/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/4/10 | $ 61.69 | | Postage for Bank, Pension and Legal Confirmations as well as overnight mailing for bankruptcy court. |
| | Integrated Audit | 1/5/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/6/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/7/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/8/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/11/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/11/10 | $ 15.66 | | Postage for Bank Confirmations |
| | Integrated Audit | 1/11/10 | $ 265.96 | | Dinner to go from Cheesecake Factory for 16 people: T.Puglisi, H.Janes, K.Franks, H. La Force, S.Hawkins, S.Scarlis, B.Dockman, K.Blaney, M.Dunbar, M.Joy, K.Blood (all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb and L.Keorlet (all PwC) |
| | Integrated Audit | 1/12/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/12/10 | $ 169.68 | | Dinner to go from Uno's for 13 people: K.Bradley, S.McNeilly, L.Keorlet, A.Garleb, P.Katsiak (all PwC), K.Franks, H.Janes, S.Caslin, J.Day, K.Blood, S.Hawkins, B.Dockman, S.Scarlis (all grace) |
| | Integrated Audit | 1/13/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/13/10 | $ 194.26 | | Dinner to Go from Macaroni Grill for 13 people: K.Bradley, L.Keorlet, P.Katsiak, S.McNeilly, A.Garleb, T.Smith (all PwC), T.Puglisi, T.Dyer, H.Janes, J.Day, B.Dockman, S.Scarlis, K.Blood (all Grace) |
| | Integrated Audit | 1/14/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/14/10 | $ 187.55 | | Dinner to Go from Clydes for 13 people: P.Katsiak, L.Keorlet, A.Garleb, S.McNeilly, K.Bradley (all PwC), T.Puglisi, H.Janes, J.Day, K.Blood, S.Caslin, S.Hawkins, S.Scarlis and T.Dyer (all Grace) |
| | Integrated Audit | 1/15/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/18/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/18/10 | $ 99.28 | | Dinner to Go from Famous Daves for 5 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson and K.Bradley (all PwC) |
| | Integrated Audit | 1/19/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/19/10 | $ 147.66 | | Dinner to Go from Chicken Out for 15 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson, K.Bradley, T.Smith, J.Bray (all PwC), T.Puglisi, H.La Force, H.Janes, J.Day, K.Franks, J.McElhenney, B.Dockman, S.Scarlis (all grace) |
| | Integrated Audit | 1/20/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/20/10 | $ 180.20 | | Dinner to go from La Palapa Too for 13 people: T. Smith, L.Keorlet, P.Katsiak, N.Johnson, K.Bradley (all PwC), T.Puglisi, T.Dyer, H.Janes, S.Scarlis, J.McElhenney, K.Franks, B.Dockman, J.Day (all Grace) |
| | Integrated Audit | 1/21/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/21/10 | $ 234.00 | | Dinner to Go from PF Changs for 17 people: A.Garleb, N.Johnson, K.Bradley, P.Katsiak, L.Keorlet, T.Smith, J.Bray (all PwC), T.Puglisi, T.Dyer, B.Dockman, H.Janes, S.Scarlis, M.Brown, S.Hawkins, J.Mcelhenney, S.Caslin, J.Day (all Grace) |
| | Integrated Audit | 1/21/10 | $ 13.76 | | Sodas for team, instead of ordering drinks with dinner every night |
| | Integrated Audit | 1/21/10 | $ 3.78 | | Dinner to Go from Taco Bell for S.Mcneilly (PwC) |
| | Integrated Audit | 1/22/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/23/10 | $ 71.57 | | Lunch to Go from Champps for 6 people: A.Garleb, L.Keorlet, N.Johnson, K.Bradley (all Pwc) and (No Suggestions) (Grace) |
| | Integrated Audit | 1/23/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/25/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/25/10 | $ 308.55 | | Dinner to Go for 15 people from Cheesecake Factory: T.Puglisi, B.Dockman, H.La Force, H.Janes, K.Franks, S.Hawkins, J.Mcelhenney, S.Caslin, S.Scarlis (all grace), L.Keorlet, P.Katsiak, S.Mcneilly, K.Bradley, J.Bray, N.Johnson (all Pwc) |
| | Integrated Audit | 1/26/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/26/10 | $ 161.17 | | Dinner to Go for 16 people from Chicken Out: P.Katsiak, L.Keorlet, S.Mcneilly, K.Bradley, N.Johnson, J.Bray (all Pwc), T.Puglisi, H.La Force, K.Franks, S.Hawkins, S.Scarlis, H.Janes, J.Day, K.Blaney, B.Dockman, M.Joy (all Grace) |
| | Integrated Audit | 1/27/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/27/10 | $ 176.16 | | Dinner to Go from Don Pablos for 17 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson, K.Bradley, T.Smith, J.Bray, S.Rahmani, A.Garleb (all PwC), S.Hawkins, J.Day, H.Janes, T.Dyer, S.Smith, G.Wang, S.Scarlis, M.Brown (all Grace) |
| | Integrated Audit | 1/28/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/28/10 | $ 336.86 | | Dinner to Go from Copelands for 18 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson, K.Bradley, T.Smith, J.Bray, S.Rahmani, A.Garleb (all PwC), S.Hawkins, J.Day, H.Janes, T.Dyer, S.Smith, S.Scarlis, T.Puglisi, K.Franks, S.Caslin, J.McElhenney (all Grace) |
| | Integrated Audit | 1/29/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 1/30/10 | | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 9,697.93 | $ 5,034.20 | $ 756.26 | $ 426.00 | $ 3,481.47 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended January 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | 1/19/10 | Tax Partner | $ 20.00 | 70 miles to and from client - 30 miles normal commute to the office = 40 miles every day excess * .50= 20.00 |
| | 1/20/10 | Tax Partner | $ 20.00 | 70 miles to and from client - 30 miles normal commute to the office = 40 miles every day excess * .50= 20.00 |
| | 1/25/10 | Tax Partner | $ 35.00 | 70 miles to and from client from the PwC office = 70 miles excess * .50= 35.00 |
| Thomas E. Smith | 1/7/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/7/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/13/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/14/10 | Audit Partner | $ 306.40 | Roundtrip air fare for 1 person to Boston from BWI |
| | 1/19/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/20/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/21/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/25/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/25/10 | Audit Partner | $ 9.29 | Meal for one person while in Boston |
| | 1/25/10 | Audit Partner | $ 23.00 | 46 mile commute to BWI airport |
| | 1/25/10 | Audit Partner | $ 178.14 | Hotel accommodation in Boston |
| | 1/27/10 | Audit Partner | $ 47.50 | Cab from BWI airport to residence on 1/27/10 |
| | 1/25/10 | Audit Partner | $ 44.90 | Cab from office to airport for trip to Boston |
| | 1/27/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| | 1/29/10 | Audit Partner | $ 35.00 | 82 miles to and from client - 12 miles normal commute to the office = 70 miles every day excess * .50 = 35.00 |
| David C Sands | 1/15/10 | Audit Senior Manager | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess * .50 = $35 |
| Justin Bray | 1/11/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/13/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/15/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/18/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/19/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/20/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/21/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/22/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/25/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/26/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/27/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/28/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 1/29/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Allison Garteb | 1/4/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/6/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/7/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/8/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/11/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/12/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/13/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/14/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/15/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/18/10 | Audit Manager | $ 2.00 | Mileage in excess of daily commute (20 miles - 16 normal commute miles * $.50 rate) - one way |
| | 1/18/10 | Audit Manager | $ 9.00 | Mileage from Grace to BWI Airport for flight to GCP (18 miles * $.50 rate) |
| | 1/18/10 | Audit Manager | $ 170.40 | Coach airfare from BWI Airport to Boston Logan - round trip |
| | 1/18/10 | Audit Manager | $ 26.80 | Dinner at BWI Airport for one |
| | 1/18/10 | Audit Manager | $ 47.10 | Taxi from Boston Logan to hotel in Arlington, MA |
| | 1/20/10 | Audit Manager | $ 289.06 | Hotel in Arlington, MA (2 nights (1/18-1/20) @ Daily Rate - $129/night, taxes - $15.53/night) |
| | 1/20/10 | Audit Manager | $ 45.00 | Taxi from Grace in Cambridge, MA to Boston Logan |
| | 1/20/10 | Audit Manager | $ 14.45 | Dinner at Boston Logan airport for one |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 1/20/10 | Audit Manager | $ | 32.00 | Parking at BWI Airport for 2 days and a few hours |
| | 1/20/10 | Audit Manager | $ | 16.50 | Mileage from BWI Airport to home in Silver Spring, MD (33 miles * $.50 rate) |
| | 1/21/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/22/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/23/10 | Audit Manager | $ | 20.00 | Mileage in excess of daily commute (40 miles * $.50 rate), as this was a Saturday |
| | 1/23/10 | Audit Manager | $ | 25.61 | Saturday breakfast for the PwC team while working on site - 5 people attending: A. Garleb, L. Keorlet, P. Katsiak, N. Johnson, and K. Bradley (PwC) |
| | 1/24/10 | Audit Manager | $ | 16.50 | Mileage from home in Silver Spring, MD to BWI Airport for flight to GCP (33 miles * $.50 rate) |
| | 1/24/10 | Audit Manager | $ | 160.40 | Coach airfare from BWI Airport to Boston Logan - round trip |
| | 1/24/10 | Audit Manager | $ | 9.10 | Dinner at BWI Airport for one |
| | 1/26/10 | Audit Manager | $ | 52.90 | Taxi from Boston Logan to hotel in Arlington, MA |
| | 1/26/10 | Audit Manager | $ | 289.06 | Hotel in Arlington, MA (2 nights (1/24-1/26) @ Daily Rate - $129/night, taxes - $15.53/night) |
| | 1/26/10 | Audit Manager | $ | 16.59 | Dinner at Boston Logan airport for one |
| | 1/26/10 | Audit Manager | $ | 30.00 | Parking at BWI Airport for 2 days and a few hours |
| | 1/26/10 | Audit Manager | $ | 16.50 | Mileage from BWI Airport to home in Silver Spring, MD (33 miles * $.50 rate) |
| | 1/27/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/28/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/29/10 | Audit Manager | $ | 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 1/30/10 | Audit Manager | $ | 20.00 | Mileage in excess of daily commute (40 miles * $.50 rate), as this was a Saturday |
| Mariana Isturiz Espinoza | | | | | |
| | 1/26/10 | Tax Manager | $ | 1.75 | Tolls incurred in traveling to and from client site |
| | 1/26/10 | Tax Manager | $ | 9.80 | Lunch for one while commuting to the client site |
| | 1/26/10 | Tax Manager | $ | 54.00 | Mileage in excess of normal commute to the office (108 miles x $0.50/mile) |
| Brett Czajkowski | | | | | |
| | 1/8/10 | Audit Senior Associate | $ | 29.00 | Mileage (94 miles - 36 miles normal commute = 58 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 1/11/10 | Audit Senior Associate | $ | 19.00 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 1/15/10 | Audit Senior Associate | $ | 19.00 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| | 1/26/10 | Audit Senior Associate | $ | 19.50 | Mileage (74 miles - 36 miles normal commute = 38 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| Jacqueline Calvo | | | | | |
| | 1/14/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/14/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/18/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/18/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/21/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/21/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/22/10 | Tax Senior Associate | $ | 26.50 | Mileage 70 miles each way less 17 regular commute = 53 miles x $0.50/mile |
| | 1/22/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/25/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/25/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/26/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/26/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/27/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/27/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/28/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/28/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | 1/29/10 | Tax Senior Associate | $ | 53.00 | Mileage 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles x $0.50/mile |
| | 1/29/10 | Tax Senior Associate | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| Pavel Katsiak | | | | | |
| | 1/4/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/5/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/6/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/7/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/8/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/11/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/12/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/13/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/14/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/15/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/18/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/19/10 | Audit Senior Associate | $ | 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 1/20/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/21/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/22/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/23/10 | Audit Senior Associate | $ 39.55 | Full mileage of regular commute of 39.55 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |
| | 1/25/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/26/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/27/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/28/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/29/10 | Audit Senior Associate | $ 26.35 | Mileage in excess over regular commute of 26.35 miles one way for a round trip from Arlington, VA to Columbia, MD x $0.50/mile |
| | 1/30/10 | Audit Senior Associate | $ 39.55 | Full mileage of regular commute of 39.55 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |
| Phillip Crosby | 1/8/10 | Audit Senior Associate | $ 37.00 | 92 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .50= 37.00 |
| | 1/26/10 | Audit Senior Associate | $ 37.00 | 93 miles to and from client - 18 miles normal commute to the office = 74 miles every day excess * .50= 37.00 |
| Alexis Frometa | 1/14/10 | Audit Senior Associate | $ 67.50 | 135 excess miles (round trip) * $0.50 |
| | 1/14/10 | Audit Senior Associate | $ 9.00 | Tolls during commute |
| | 1/19/10 | Audit Senior Associate | $ 67.50 | 135 excess miles (round trip) * $0.50 |
| | 1/19/10 | Audit Senior Associate | $ 9.00 | Tolls during commute |
| | 1/21/10 | Audit Senior Associate | $ 67.50 | 135 excess miles (round trip) * $0.50 |
| | 1/21/10 | Audit Senior Associate | $ 9.00 | Tolls during commute |
| | 1/26/10 | Audit Senior Associate | $ 67.50 | 135 excess miles (round trip) * $0.50 |
| | 1/26/10 | Audit Senior Associate | $ 9.00 | Tolls during commute |
| | 1/27/10 | Audit Senior Associate | $ 67.50 | 135 excess miles (round trip) * $0.50 |
| | 1/27/10 | Audit Senior Associate | $ 9.00 | Tolls during commute |
| | 1/28/10 | Audit Senior Associate | $ 67.50 | 135 excess miles (round trip) * $0.50 |
| | 1/28/10 | Audit Senior Associate | $ 9.00 | Tolls during commute |
| | 1/29/10 | Audit Senior Associate | $ 67.50 | 135 excess miles (round trip) * $0.50 |
| | 1/29/10 | Audit Senior Associate | $ 9.00 | Tolls during commute |
| Elizabeth Sama | 1/18/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/19/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/20/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/21/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/18-1/21/10 | Audit Associate | $ 5.00 | Sunpass Tolls for the week of 1/18 (these are express lane toll which fluctuate in price depending on traffic) |
| | 1/25/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/26/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/27/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/28/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/29/10 | Audit Associate | $ 50.00 | Roundtrip (100 miles) From Miami to Client (66miles less 16 miles regular office commute= 50 Miles) |
| | 1/25-1/29/10 | Audit Associate | $ 8.75 | Sunpass Tolls for the week of 1/25 (these are express lane toll which fluctuate in price depending on traffic) |
| Annie J Park | 1/19/10 | Audit Associate | $ 114.48 | Overtime meal at the client site for 4 PwC team members |
| | 1/20/10 | Audit Associate | $ 176.02 | Overtime meal at the client site for 4 PwC team members |
| | 1/21/10 | Audit Associate | $ 237.78 | Overtime meal at the client site for 4 PwC team members and 2 Grace staffers |
| | 1/16/10 | Audit Associate | $ 2.00 | Mileage in excess of daily commute -- weekend travel (4 miles round trip * $0.50 rate) |
| Kristina N. Johnson | 1/4/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/5/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/6/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/7/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/12/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/13/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/14/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/15/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/18/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/19/10 | Audit Associate | $ 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | 1/20/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/21/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/22/10 | Audit Associate | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 1/23/10 | Audit Associate | $ 41.00 | 82 miles to and from client for weekend travel * .50= $41 |

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 1/22/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 1/23/10 | Audit Associate | $ | 71.57 | (Grace) |
| 1/23/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 1/25/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 1/25/10 | Audit Associate | $ | 308.55 | Dinner to Go for 15 people from Cheesecake Factory: T.Puglisi, B.Dockman, H.La Force, H.Janes, K.Franks, S.Hawkins, J.Mcelhenney, S.Caslin, S.Scarlis (all grace), L.Keorlet, P.Katsiak, S.Mcneilly, K.Bradley, J.Bray, N.Johnson (all Pwc) |
| 1/26/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 1/26/10 | Audit Associate | $ | 161.17 | Dinner to Go for 16 people from Chicken Out: P.Katsiak, L.Keorlet, S.Mcneilly, K.Bradley, N.Johnson, J.Bray (all Pwc), T.Puglisi, H.La Force, K.Franks, S.Hawkins, S.Scarlis, H.Janes, J.Day, K.Blaney, B.Dockman, M.Joy (all Grace) |
| 1/27/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 1/27/10 | Audit Associate | $ | 176.16 | Dinner to Go from Don Pablos for 17 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson, K.Bradley, T.Smith, J.Bray, S.Rahmani, A.Garleb (all PwC), S.Hawkins, J.Day, H.Janes, T.Dyer, S.Smith, G.Wang, S.Scarlis, M.Brown (all Grace) |
| 1/28/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 1/28/10 | Audit Associate | $ | 336.86 | Dinner to Go from Copelands for 18 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson, K.Bradley, T.Smith, J.Bray, S.Rahmani, A.Garleb (all PwC), S.Hawkins, J.Day, H.Janes, T.Dyer, S.Smith, S.Scarlis, T.Puglisi, K.Franks, S.Caslin, J.McElhenney (all Grace) |
| 1/29/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 1/30/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

**Summary**

| | Total |
|---|---|
| $ | 9,697.93 |