IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 22129, 23114 and 24014** |

## NOTICE OF FILING AND SERVICE OF PLAN PROPONENTS' UPDATED AND AMENDED CHART SUMMARIZING CONFIRMATION REQUIREMENTS AND REMAINING OBJECTIONS TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION

Please take notice that in support of the Plan Proponents' request for confirmation of the First Amended Joint Plan of Reorganization, the Plan Proponents are hereby filing and serving the attached updated and amended chart summarizing the remaining objections to its First Amended Joint Plan of Reorganization and outlining which objections have been resolved.

The attached chart updates and amends the previous charts filed and served by the Plan Proponents in conjunction with Phases I and II and Closing Arguments of the Confirmation Hearing (Docket Nos. 22129, 23114 and 24014). The chart identifies how the Plan meets each of the affirmative requirements for confirmation, the objections relating to those requirements, and how those objections have been addressed in the various trial briefs filed. The chart also reflects objections that have been withdrawn or otherwise resolved since the Plan Proponents last submitted an objection chart on December 16, 2009. The chart reflects those resolutions by striking through them to indicate that they are no longer pending.

Immediately following the main body of the chart, the Plan Proponents include (i) at page 79, an index which identifies where relevant Bankruptcy Code Sections are covered by the chart; and (ii) at page 80, an index which identifies where each Objecting Party's objections are covered.

DOCS_DE:158445.1

Appendix A to the attached chart identifies all of the objections to confirmation that have been resolved and withdrawn as a result of settlement agreements approved by the Court or other agreements among the parties and indicates any plan changes that have been made to reflect such resolutions, as applicable. Appendix B to the attached chart identifies by topic the remaining Plan objections and the parties who continue to assert those objections.

*[remainder of page intentionally left blank]*

Respectfully Submitted,

Dated: March 19, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Nathaniel J. Kritzer
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

THE LAW OFFICES OF JANET S. BAER, P.C
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162
Facsimile: (312) 641-2165

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

DOCS_DE:158445.1

4

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Mark T. Hurford (Bar No. 3299)
Marla R. Eskin (Bar No. 2989)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125


Peter Van N. Lockwood
Nathan D. Finch
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips
John C. Phillips (Bar No.110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future Claimants' Representative*

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (Bar No. 3080)
222 Delaware Avenue, 12th Floor
Wilmington, DE 19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
David Blabey
1177 Avenue Of The Americas
New York, NY 10036
Telephone: (212) 715-9100

*Counsel for the Official Committee of Equity Security Holders*

DOCS_DE:158445.1