# EXHIBIT C

# Exhibit 5

## Schedule of Settled Asbestos Insurance Companies Entitled to 524(g) Protection

Note: Exhibit 5 is referenced in the definition of settled Asbestos Insurance Company in the Plan. Exhibit 5 identifies those policies (or portions thereof) as to which the Plan Proponents intend to ask the Court to grant 524(g) protection, as set forth in the Plan's definition of Settled Asbestos Insurance Company.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| AG de 1830 Compagnie Belge d'Assurances Générales Incendie Accidents et Risques Divers S.A. (n/k/a AG Insurance) (conditional upon Approval Order becoming a Final Order) | 12/07/09 | Pursuant to the 12/07/09 Settlement Agreement and only as to the following policies:<br>06/30/77-06/30/78   AVB102<br>06/30/78-06/30/79   AVB124 |
| Admiral Insurance Company | 08/01/95 | 06/30/75-06/30/76   75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite. |
| The Aetna Casualty and Surety Company (n/k/a Travelers Casualty and Surety Company); its predecessors, successors and its past and present parents (including but not limited to, Aetna Life & Casualty Company) | 09/14/09 | Pursuant to the 09/14/09 Settlement Agreement and only as to the following policies:<br>06/30/71-06/30/74   01XN150WCA<br>07/17/74-06/30/77   01XN607WCA<br>07/17/74-06/30/77   01XN608WCA<br>06/30/77-06/30/78   01XN1400WCA<br>06/30/77-06/30/78   01XN1422WCA<br>06/30/78-06/30/79   01XN1846WCA<br>06/30/78-06/30/79   01XN1847WCA<br>06/30/79-06/30/80   01XN2306WCA<br>06/30/80-06/30/81   01XN2669WCA |
| Allianz Underwriters Insurance Company, Allianz Aktiengesellschaft (n/k/a Allianz SE), Fireman's Fund Insurance Company, and Riunione Adriatica di Sicurtà S.p.A. (n/k/a Allianz S.p.A.) (conditional upon the Approval Order and the Confirmation Order becoming a Final OrdersOrder and subject to receipt by the Trust of the Settlement Amount in accordance with the 11/09/09 Settlement Agreement) | 11/09/09 | Pursuant to the 11/09/09 Settlement Agreement and only as to the following policies:<br>06/30/77-06/30/78   H00011428<br>06/30/78-06/30/82   H0001428<br>06/30/82-06/30/85   C7300025<br>06/30/84-06/30/85   AUX5203042<br>01/27/65-10/20/65   XL76937<br>05/17/66-10/20/68   XL91085<br>10/20/68-06/30/71   XLX1026877<br>06/30/76-06/30/77   XLX1202930<br>06/30/77-06/30/78   XLX1299553<br>06/30/78-06/30/79   XLX1362955<br>06/30/79-06/30/80   XLX1370426<br>06/30/79-06/30/80   XLX1370427 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 04/01/59 – 04/01/60 | RLG021629 |
| | | 04/01/55 – 04/01/56 | RLG035805 |
| | | 04/01/56 – 04/01/57 | RLG045762 |
| | | 04/01/57 – 04/01/58 | RLG045836 |
| | | 04/01/58 – 04/01/59 | RLG053959 |
| | | 03/31/53 – 03/31/54 | RLG27635 |
| | | 03/31/54 – 04/01/55 | RLG31840 |
| Royal Indemnity Company, Arrowood Capital Corp., and Arrowood Indemnity Company, individually, and as corporate successor-in-interest to Royal Indemnity Company (conditional upon Approval Order becoming a Final Order) | 06/17/09 | Pursuant to the 06/17/09 Settlement Agreement and only as to the following policies: | |
| | | 04/01/60 – 04/01/61 | RLG021620 |
| | | 04/01/61 – 04/01/62 | RLG021621 |
| | | 04/01/62 – 04/01/63 | RLG021622 |
| | | 04/01/59 – 04/01/60 | RLG021629 |
| | | 04/01/55 – 04/01/56 | RLG035805 |
| | | 04/01/56 – 04/01/57 | RLG045762 |
| | | 04/01/57 – 04/01/58 | RLG045836 |
| | | 04/01/58 – 04/01/59 | RLG053959 |
| | | 03/31/53 – 03/31/54 | RLG27635 |
| | | 03/31/54 – 04/01/55 | RLG31840 |
| | | 03/31/50 – 03/31/53 | RLG017235 |
| | | 06/30/83 – 06/30/84 | ED102071 |
| | | 06/30/84 – 06/30/85 | ED102834 |
| | | 00/00/00 – 05/26/68 | LU273162 |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policy: | |
| | | 06/30/74 – 06/30/75 | 1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | 02/27/73 – 06/30/73 | 1-0589 |
| | | 06/30/73 – 06/30/74 | 1-0589 |
| | | 06/30/74 – 06/30/75 | 1-0589 |
| U.S. Fire Insurance Company | 09/11/95 | Pursuant to the 09/11/95 Settlement Agreement and only the "Products" coverage portion of the following policies: | |
| | | 10/20/68 – 10/20/69 | XS2108 |
| | | 10/20/69 – 10/20/70 | XS2108 |
| | | 10/20/70 – 06/30/71 | XS2108 |
| Zurich Insurance Company Ltd. and Zurich International (Bermuda) Ltd. (conditional upon Approval Order becoming a Final Order) | 11/11/09 | Pursuant to the 11/11/09 Settlement Agreement and only as to the following policies: | |
| | | 06/30/76-06/30/77 | IRDSR4010 |
| | | 06/30/77-06/30/78 | IRDSR401072 |

12