# EXHIBIT F

# Exhibit 5
## Schedule of Settled Asbestos Insurance Companies Entitled to 524(g) Protection

Note: Exhibit 5 is referenced in the definition of settled Asbestos Insurance Company in the Plan. Exhibit 5 identifies those policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I. The Plan Proponents intend to ask the Court to grant 524(g) protection, as set forth in the Plan's definition of Settled Asbestos Insurance Company.

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Admiral Insurance Company AG de 1830 Compagnie Belge d'Assurances Generales Incendie Accidents et Risques Divers S.A. (n/k/a AGF Insurance) | 08/17/0407/9509 | Only the "Products" coverage portion of Pursuant to the 17/07/09 Settlement Agreement and only as to the following policies: 06/30/75 – 77 06/30/76 75DD1064C78 AYB102 20/30/78-06/30/79 AYB121 |
| Admiral Insurance Company | 08/01/95 | 06/30/75-06/30/76   75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite. |
| Allstate Insurance The Aetna Casualty and Surety Company (f/k/a Travelers Casualty and Surety Company), its predecessors, successors and its past and present parents including but not limited to Aetna Life & Casualty Company) | 0609/0714/9409 | Only the "Products" coverage portion of Pursuant to the 09/14/09 Settlement Agreement and only as to the following policies:<br>06/30/75 – 06/30/76    63001170<br>06/30/75 – 06/30/76    63001171<br>06/30/75 – 06/30/76    63001172<br>06/30/76 – 06/30/77    63002048<br>06/30/77 – 06/30/78    63002048<br>06/30/78 – 06/30/79    63002048<br>06/30/79 – 06/30/80    63005793<br>06/30/71-06/30/74    01XN1150WCA<br>06/1/74-06/30/77    01XN607WCA<br>07/1/74-06/30/77    10 EN608WCA<br>06/30/77-06/30/78    01XN1400WCA<br>06/30/77-06/30/78    01XN1422WCA<br>06/30/78-06/30/79    01XN1846WCA<br>06/30/78-06/30/79    01XN1847WCA<br>06/30/79-06/30/80    01XN2206WCA<br>06/30/80-06/30/81    01XN2669WCA<br>06/30/81 – 06/30/82    63005793<br>06/30/79 – 06/30/80    63005794<br>06/30/80 – 06/30/81    63006854<br>06/30/81 – 06/30/82    63008153 |
| Allianz Underwriters Insurance Company Allianz Aktiengesellschaft (n/k/a Allianz SE), Fireman's Fund Insurance Company and Riunione Adriatica di Sicurta S.p.A. (n/k/a Allianz S.p.A.) (conditional upon the Confirmation Order becoming a Final Order and subject to receipt by the Trust of the Settlement Amount in accordance with the 11/09/09 Settlement Agreement) | 11/09/09 | Pursuant to the 11/09/09 Settlement Agreement and only as to the following policies:<br>06/30/77-06/30/78    H0001428<br>06/30/78-06/30/82    H0001428<br>06/30/82-06/30/85    CP300025<br>06/30/84-06/30/85    AUX5203042 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Allstate Insurance Company | 06/07/94 | 01/27/65-10/20/65   XL76937<br>05/17/66-10/20/68   XL91085<br>10/20/68-06/30/71   XL1026877<br>06/30/76-06/30/77   XL1202930<br>06/30/77-06/30/78   XL1299553<br>06/30/78-06/30/79   XL1362955<br>06/30/79-06/30/80   XLX1370420<br>06/30/79-06/30/80   XLX1370427<br>06/30/80-06/30/81   XLX1437060<br>06/30/80-06/30/81   XLX1437061<br>06/30/81-06/30/82   XLX1481490<br>06/30/81-06/30/82   XLX1481491<br>06/30/82-06/30/83   XLX1481492<br>06/30/82-06/30/83   XLX1553247<br>06/30/83-06/30/84   XLX1553275<br>06/30/83-06/30/84   XLX1553277<br>06/30/84-06/30/85   XLX1553228<br>06/30/77-06/30/78   XLX1688067<br>06/30/78-06/30/79   EL2046<br>06/30/79-06/30/80   EL2787<br>06/30/80-06/30/81   EL794120<br>and other Subject Policies as defined in the 11/09/09 Settlement Agreement   EL794416 |
| Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company | 08/14/09 | Only the "Products" covered portion of the following policies:<br>06/30/75 – 06/30/76   63001170<br>06/30/75 – 06/30/76   63001171<br>06/30/75 – 06/30/76   63001172<br>06/30/76 – 06/30/77   63002048<br>06/30/77 – 06/30/78   63002048<br>06/30/78 – 06/30/79   63002048<br>06/30/79 – 06/30/80   63005793<br>06/30/80 – 06/30/81   63005793<br>06/30/81 – 06/30/82   63005794<br>06/30/79 – 06/30/80   63005794<br>06/30/80 – 06/30/81   63006854<br>06/30/81 – 06/30/82   63008153<br>Pursuant to the 8/14/09 Amended and Restated Settlement Agreement and only as to the following policies:<br>06/30/75 – 06/30/76   63001173 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| American Centennial (n/k/a OneBeacon) | 05/26/95 | ~~06/30/76 – 06/30/77    63002049~~<br>~~06/30/77 – 06/30/78    63003298~~<br>~~06/30/78 – 06/30/79    63007132~~<br>~~06/30/79 – 06/30/80    63005795~~<br>~~06/30/80 – 06/30/81    63006855~~<br>~~06/30/81 – 06/30/82    63008154~~<br>06/30/78 – 06/30/79    CC000304<br>06/30/78 – 06/30/79    CC000305<br>06/30/78 – 06/30/79    CC000306<br>06/30/81 – 06/30/82    CC002418<br>06/30/81 – 06/30/82    CC002419<br>06/30/82 – 06/30/83    CC005317<br>06/30/83 – 06/30/84    CC015780<br>06/30/83 – 06/30/84    CC015815 |
| ~~American Re-Insurance Company~~ | ~~10/01/95~~ | ~~Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.):~~<br>~~01/27/65 – 10/20/65    M-6672-0001~~<br>~~05/17/66 – 10/20/66    M-6672-0002~~<br>~~10/20/66 – 10/20/67    M-6672-0002~~<br>~~10/20/67 – 10/20/68    M-6672-0002~~<br>~~10/20/68 – 10/20/69    M0085374~~<br>~~10/20/69 – 10/20/70    M0085374~~<br>~~10/20/70 – 10/20/71    M0085374~~<br>~~10/20/71 – 10/20/72    M0085374~~<br>~~10/20/72 – 10/20/73    M0085374~~ |
| ~~Bermuda Fire & Marine Insurance Company, LTD~~ | ~~11/17/95~~ | ~~06/30/76 – 06/30/77    76DD1594G~~<br>~~06/30/77 – 06/30/78    76DD1594G~~<br>~~06/30/78 – 06/30/79    76DD1594G~~<br>~~06/30/76 – 06/30/77    76DD1595G~~<br>~~06/30/77 – 06/30/78    76DD1595G~~<br>~~06/30/78 – 06/30/79    76DD1595G~~<br>~~06/30/77 – 06/30/78    77DD1631G~~<br>~~06/30/77 – 06/30/78    77DD1632G~~<br>~~06/30/78 – 06/30/79    78DD1447G~~<br>~~06/30/78 – 06/30/79    78DD1418G~~<br>~~06/30/79 – 06/30/80    79DD1633G~~<br>~~06/30/80 – 06/30/81    79DD1633G~~<br>~~06/30/79 – 06/30/82    79DD1633G~~<br>~~06/30/79 – 06/30/80    79DD1634G~~ |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/79 – 06/30/80  79DD1635C |
| | | 06/30/79 – 06/30/80  79DD1636C |
| | | 06/30/80 – 06/30/81  80DD1643C |
| | | 06/30/81 – 06/30/82  80DD1643C |
| | | 06/30/80 – 06/30/81  80DD1644C |
| | | 06/30/80 – 06/30/81  80DD1645C |
| | | 06/30/79 – 06/30/80  DM4025-A/B |
| | | 06/30/79 – 06/30/80  DM4025-A/B |
| | | 06/30/80 – 06/30/81  KH0029 |
| | | 06/30/80 – 06/30/81  KH0029 |
| | | 06/30/80 – 06/30/81  KH0029 |
| | | 06/30/80 – 06/30/81  KH0040 |
| | | 06/30/81 – 06/30/82  KH0040 |
| | | 06/30/81 – 06/30/82  KH0040 |
| | | 06/30/81 – 06/30/82  KY017582 |
| | | 06/30/82 – 06/30/83  KY017582 |
| | | 06/30/83 – 06/30/84  KY017582 |
| | | 06/30/84 – 06/30/85  KY017582 |
| | | 06/30/82 – 06/30/83  KY017782 |
| | | 06/30/83 – 06/30/84  KY017782 |
| | | 06/30/84 – 06/30/85  KY017782 |
| | | 06/30/82 – 06/30/83  KY048183 |
| | | 06/30/83 – 06/30/84  KY048183 |
| | | 06/30/84 – 06/30/85  KY048183 |
| | | 06/30/81 – 06/30/82  PY030181 |
| | | 06/30/81 – 06/30/82  PY030281 |
| The Chartis Insurance Companies, as defined in the Amended Settlement and Mutual Release dated 09/11/09 | 09/11/09 | Pursuant to the 09/11/09 Amended Settlement and Mutual Release and only as to the following policies: |
| | | 10/20/65 – 10/20/66  American Home  CE351082 |
| | | 10/25/66 – 10/25/67  American Home  CE351082 |
| | | 10/25/67 – 10/25/68  American Home  CE351082 |
| | | 10/20/68 – 10/20/69  American Home  WRG-1 |
| | | 10/29/69 – 10/20/70  American Home  WRG-1 |
| | | 10/20/70 – 10/20/71  American Home  WRG-1 |
| | | 06/30/71 – 06/30/72  American Home  CE2691919 |
| | | 06/30/72 – 06/30/73  American Home  CE2691919 |
| | | 06/30/73 – 06/30/74  American Home  CE2691919 |
| | | 06/30/74 – 06/30/75  American Home  74DD662C |
| | | 06/30/74 – 06/30/75  American Home  74DD662C |
| | | 06/30/74 – 06/30/75  Lexington  74DD6362 |
| | | 06/30/74 – 06/30/75  American Home  CE3436358 |
| | | 06/30/75 – 06/30/76  American Home  74DD663C |
| | | 06/30/75 – 06/30/76  New Hampshire  51750444 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column 1 |
|---|---|---|
| | | 06/30/75-06/30/76  New Hampshire 51730445 |
| | | 06/30/75-06/30/76  American Home 174DD6662C |
| | | 06/30/75-06/30/76  Lexington 74DD6626G |
| | | 06/30/75-06/30/76  American Home CE3436358 |
| | | 06/30/75-06/30/76  American Home 174DD6630 |
| | | 06/30/76-06/30/77  Lexington 76DD1593C |
| | | 06/30/76-06/30/77  Granite State SCUD809394 |
| | | 06/30/76-06/30/77  Lexington 72DD662C |
| | | 06/30/76-06/30/77  Ins. Co. State of PA 4176-7052 |
| | | 06/30/76-06/30/77  American Home CE3436358 |
| | | 06/30/77-06/30/78  Lexington 76DD1635C |
| | | 06/30/77-06/30/78  Lexington 77DD1631C |
| | | 06/30/77-06/30/78  Ins. Co. State of PA 4177-7981 |
| | | 06/30/77-06/30/78  Granite State SCUD809266 |
| | | 06/30/77-06/30/78  Lexington 77DD1622C |
| | | 06/30/77-06/30/78  Nat'l Union Fire Pittsburgh 1228593 |
| | | 06/30/77-06/30/78  Ins. Co. State of PA 4177-7982 |
| | | 06/30/77-06/30/78  Nat'l Union Fire Pittsburgh 1228593 |
| | | 06/30/77-06/30/78  Nat'l Union Fire Pittsburgh 1228599 |
| | | 06/30/77-06/30/78  Granite State SCUD809392 |
| | | 06/30/77-06/30/78  Ins. Co. State of PA SBP5963996 |
| | | 06/30/78-06/30/79  Lexington 76DD1595C |
| | | 06/30/78-06/30/79  Granite State 6178049 |
| | | 06/30/78-06/30/79  Lexington 78DD1417C |
| | | 06/30/78-06/30/79  American Int'l Underwriter 75100696 |
| | | 06/30/78-06/30/79  Lexington 78DD1418C |
| | | 06/30/78-06/30/79  Granite State 6178049 |
| | | 06/30/78-06/30/79  Nat'l Union Fire Pittsburgh 1231895 |
| | | 06/30/78-06/30/79  Granite State 6178-0493 |
| | | 06/30/78-06/30/79  Nat'l Union Fire Pittsburgh 1231895 |
| | | 06/30/78-06/30/79  Birmingham Fire SE607337 |
| | | 06/30/78-06/30/79  American Int'l Underwriter 75100695 |
| | | 06/30/78-06/30/79  Nat'l Union Fire Pittsburgh 1231895 |
| | | 06/30/79-06/30/80  Lexington 79DD1634C |
| | | 06/30/79-06/30/80  Granite State 6179 1383 |
| | | 06/30/79-06/30/80  American Int'l Underwriter 75101107 |
| | | 06/30/79-06/30/80  Lexington 79DD1635C |
| | | 06/30/79-06/30/80  Granite State 6179 1384 |
| | | 06/30/79-06/30/80  American Int'l Underwriter 75101108 |
| | | 06/30/79-06/30/80  Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/79-06/30/80  Granite State 6179 1385 |

As of February 27, 2009 March 5, 2010

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/79-06/30/80   Granite State 6179-1386 |
| | | 06/30/79-06/30/80   Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/79-06/30/80   American Int'l Underwriter 75101109 |
| | | 06/30/79-06/30/80   Birmingham Fire SEC6073508 |
| | | 06/30/79-06/30/80   Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/79-06/30/80   Lexington 79DD1638C |
| | | 06/30/79-06/30/80   Nat'l Union Fire Pittsburgh 9782319 |
| | | 06/30/80-06/30/81   Granite State 6480-5013 |
| | | 06/30/80-06/30/81   Lexington 80DD1643C |
| | | 06/30/80-06/30/81   Lexington 80DD1644C |
| | | 06/30/80-06/30/81   American Int'l Underwriter 75102124 |
| | | 06/30/80-06/30/81   Granite State 6480-5014 |
| | | 06/30/80-06/30/81   American Int'l Underwriter 75102122 |
| | | 06/30/80-06/30/81   Granite State 6480-5015 |
| | | 06/30/80-06/30/81   Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81   Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81   Granite State 6480-5016 |
| | | 06/30/80-06/30/81   Birmingham Fire SE6073646 |
| | | 06/30/80-06/30/81   American Int'l Underwriter 75102423 |
| | | 06/30/80-06/30/81   Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81   Nat'l Union Fire Pittsburgh 9910362 |
| | | 06/30/80-06/30/81   Lexington 80DD1647C |
| | | 06/30/81-06/30/82   Granite State 6481-5220 |
| | | 06/30/81-06/30/82   Lexington 80DD1645C |
| | | 06/30/81-06/30/82   Lexington PY030181 |
| | | 06/30/81-06/30/82   Granite State 6481-5221 |
| | | 06/30/81-06/30/82   American Int'l Underwriter 75102641 |
| | | 06/30/81-06/30/82   Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82   Granite State 6481-5222 |
| | | 06/30/81-06/30/82   American Int'l Underwriter 75102642 |
| | | 06/30/81-06/30/82   Granite State 6481-5223 |
| | | 06/30/81-06/30/82   Nat'l Union Fire Pittsburgh 9602391 |
| | | 11/01/81-06/30/82   Lexington KY003382 |
| | | 06/30/81-06/30/82   Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82   Birmingham Fire SE6073657 |
| | | 06/30/81-06/30/82   Nat'l Union Fire Pittsburgh 9602391 |
| | | 06/30/81-06/30/82   American Int'l Underwriter 75102643 |
| | | 06/30/82-06/30/83   Lexington KY017782 |
| | | 06/30/82-06/30/83   Granite State 6482-5442 |
| | | 06/30/82-06/30/83   American Int'l Underwriter 75102158 |
| | | 06/30/82-06/30/83   Lexington KY017882 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 06/30/82 – 06/30/83  Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82 – 06/30/83  Granite State 6482-5443 |
| | | 06/30/82 – 06/30/83  Granite State 6482-5444 |
| | | 06/30/82 – 06/30/83  Birmingham Fire SE607-5957 |
| | | 06/30/82 – 06/30/83  Lexington KY017982 |
| | | 06/30/82 – 06/30/83  Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82 – 06/30/83  Nat'l Union Fire Pittsburgh 9603133 |
| | | 06/30/82 – 06/30/83  American Int'l Underwriter 75103159 |
| | | 06/30/82 – 06/30/83  Granite State 6483-5666 |
| | | 06/30/83 – 06/30/84  Lexington KY017782 |
| | | 06/30/83 – 06/30/84  American Int'l Underwriter 75103044 |
| | | 06/30/83 – 06/30/84  Lexington KY048183 |
| | | 06/30/83 – 06/30/84  Nat'l Union Fire Pittsburgh 9607141 |
| | | 06/30/83 – 06/30/84  Birmingham Fire SE607-4145 |
| | | 06/30/83 – 06/30/84  Granite State 6483-5667 |
| | | 06/30/83 – 06/30/84  Granite State 6483-5668 |
| | | 06/30/83 – 06/30/84  Nat'l Union Fire Pittsburgh 9607141 |
| | | 06/30/83 – 06/30/84  Lexington KY048283 |
| | | 06/30/83 – 06/30/84  Birmingham Fire SE607-4146 |
| | | 06/30/83 – 06/30/84  Birmingham Fire SE607-4116 |
| | | 06/30/83 – 06/30/84  Nat'l Union Fire Pittsburgh 9607141 |
| | | 06/30/83 – 06/30/84  Illinois National 886-7134 |
| | | 06/30/83 – 06/30/84  American Int'l Underwriter 75103045 |
| | | 06/30/84 – 06/30/85  Granite State 6484-5867 |
| | | 06/30/84 – 06/30/85  Lexington KY017782 |
| | | 06/30/84 – 06/30/85  American Int'l Underwriter 75103845 |
| | | 06/30/84 – 06/30/85  Granite State 6484-5866 |
| | | 06/30/84 – 06/30/85  Granite State 6484-5890 |
| | | 06/30/84 – 06/30/85  American Int'l Underwriter 75103864 |
| | | 06/30/84 – 06/30/85  Birmingham Fire SE607418 |
| CIGNA (PEIC/TNA) (nka Century Indemnity) | 03/04/94 | 06/30/75 – 06/30/76  ZCX001391/75DD1065 |
| | | 06/30/83 – 06/30/84  CIZ426249 |
| | | 10/20/65 – 10/20/66  XBC1834 |
| | | 10/20/66 – 10/20/67  XBC1834 |
| | | 10/20/67 – 10/20/68  XBC1834 |
| | | 10/20/68 – 10/20/69  XBC1834 |
| | | 10/20/69 – 10/20/70  XBC1834 |
| | | 10/20/70 – 06/30/71  XBC1834 |
| | | 06/30/77 – 06/30/78  XCP12378 |
| | | 06/30/78 – 06/30/79  XCP14341 |
| | | 06/30/83 – 06/30/84  XCP145667 |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/71 – 06/30/72 | XCP3745 |
| | | 06/30/72 – 06/30/73 | XCP3745 |
| | | 06/30/73 – 08/09/73 | XCP3745 |
| | | 06/30/75 – 06/30/76 | CNU 12-33-83 |
| | | 06/30/84 – 06/30/85 | XCC012283 |
| | | 06/30/84 – 06/30/85 | XM0017204 |
| | | UNKNOWN | ZCV 006025 |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 05/14/93 | 10/20/62 – 10/20/63 | A-15-2127-51 |
| | | 10/20/63 – 10/20/64 | A-15-2127-51 |
| | | 10/20/64 – 10/20/65 | A-15-2127-51 |
| | | 01/27/65 – 10/20/65 | A-15-8138-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-001 |
| | | 10/20/66 – 10/20/67 | A-16-8220-001 |
| | | 10/20/67 – 10/20/68 | A-16-8220-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-002 |
| | | 10/20/66 – 10/20/67 | A-16-8220-002 |
| | | 10/20/67 – 10/20/68 | A-16-8220-002 |
| | | 10/20/68 – 10/20/69 | A-16-8220-003 |
| | | 10/20/69 – 10/20/70 | A-16-8220-003 |
| | | 10/20/70 – 06/30/71 | A-16-8220-003 |
| | | 10/20/68 – 10/20/69 | A-16-8220-004 |
| | | 10/20/69 – 10/20/70 | A-16-8220-004 |
| | | 10/20/70 – 06/30/71 | A-16-8220-004 |
| | | 06/30/71 – 06/30/72 | EY8220005 |
| | | 06/30/72 – 06/30/73 | EY8220005 |
| | | 06/30/73 – 06/30/74 | EY8220005 |
| | | 06/30/71 – 06/30/72 | EY8220006 |
| | | 06/30/72 – 06/30/73 | EY8220006 |
| | | 06/30/73 – 06/30/74 | EY8220006 |
| ~~Commercial Union Insurance Company (n/k/a OneBeacon)~~ | ~~10/07/98~~ | ~~10/20/62 – 10/20/63~~ | ~~A-15-2127-51~~ |
| | | ~~10/20/63 – 10/20/64~~ | ~~A-15-2127-51~~ |
| | | ~~10/20/64 – 10/20/65~~ | ~~A-15-2127-51~~ |
| | | ~~01/27/65 – 10/20/65~~ | ~~A-15-8138-001~~ |
| | | ~~10/20/65 – 10/20/66~~ | ~~A-16-8220-001~~ |
| | | ~~10/20/66 – 10/20/67~~ | ~~A-16-8220-001~~ |
| | | ~~10/20/67 – 10/20/68~~ | ~~A-16-8220-001~~ |
| | | ~~10/20/65 – 10/20/66~~ | ~~A-16-8220-002~~ |
| | | ~~10/20/66 – 10/20/67~~ | ~~A-16-8220-002~~ |
| | | ~~10/20/67 – 10/20/68~~ | ~~A-16-8220-002~~ |
| | | ~~10/20/68 – 10/20/69~~ | ~~A-16-8220-003~~ |
| | | ~~10/20/69 – 10/20/70~~ | ~~A-16-8220-003~~ |

NYDOCS1-941064.1NYDOCS1-941064.1    As of ~~February 27, 2009~~March 5, 2010

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | 10/20/70 – 06/30/71    A-16-8220-005 <br> 10/20/68 – 10/20/69    A-16-8220-004 <br> 10/20/69 – 10/20/70    A-16-8220-004 <br> 10/20/70 – 06/30/71    A-16-8220-004 <br> 06/30/71 – 06/30/72    EY8220005 <br> 06/30/72 – 06/30/73    EY8220005 <br> 06/30/73 – 06/30/74    EY8220005 <br> 06/30/71 – 06/30/72    EY8220006 <br> 06/30/72 – 06/30/73    EY8220006 <br> 06/30/73 – 06/30/74    EY8220006 |
| Continental Casualty Company | 08/01/90 | Only the "Products" coverage portion of the following policies: <br> 06/30/76 – 06/30/83    CCP2483440 <br> 06/30/83 – 06/30/85    CCP2483440 <br> 06/30/73 – 06/30/76    CCP9023670 |
| Federal Insurance Company | 11/18/97 | Only the portion of the following policy in a policy amount of $500,000, part of $50 million, excess of $25 million: <br> 06/30/84-06/30/85    7928-26-20 |
| Fireman's Fund Insurance Company | 09/21/95 | Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.): <br> 01/27/65 – 10/20/65    XL76937 <br> 05/17/66 – 10/20/66    XL91085 <br> 10/20/66 – 10/20/67    XL91085 <br> 10/20/67 – 10/20/68    XL91085 |
| Fireman's Fund Insurance Company | 12/26/96 | 01/27/65 – 10/20/65    XL76937 <br> 05/17/66 – 10/20/66    XL91085 <br> 10/20/66 – 10/20/67    XL91085 <br> 10/20/67 – 10/20/68    XL91085 <br> 10/20/68 – 10/20/69    XLX1026877 <br> 10/20/69 – 10/20/70    XLX1026877 <br> 10/20/70 – 06/30/71    XLX1026877 |

9

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| General Insurance Company of America | 03/03/94 | Only the "Products" coverage portion of the following policies:<br>06/01/61 – 06/01/62   BLP186027<br>06/01/62 – 06/01/63   BLP205359<br>06/01/63 – 06/01/64   BLP221289<br>06/01/64 – 06/01/65   BLP245115<br>06/01/65 – 06/01/66   BLP260071<br>06/01/66 – 06/01/67   BLP270815<br>and all known and unknown "disputed" primary policies generally described in the settlement. |
| Gibraltar Casualty Co./Prudential Reinsurance Co. (n/k/a Mt. McKinley/Everest) | 10/08/93 | **Gibraltar Casualty:**<br>06/30/80 – 06/30/81   GMX00656<br>06/30/81 – 11/01/81   GMX01275<br>11/01/81 – 06/30/82   GMX01407<br>06/30/82 – 06/30/83   GMX01784<br>06/30/83 – 06/30/84   GMX02269<br>06/30/84 – 06/30/85   GMX02683<br>**Prudential Re. Co.:**<br>06/30/76 – 06/30/77   DXC901145<br>06/30/76 – 06/30/77   DXC901146<br>06/30/76 – 06/30/77   DXC901147<br>06/30/77 – 06/30/78   DXCDX0250<br>06/30/77 – 06/30/78   DXCDX0251<br>06/30/77 – 06/30/78   DXCDX0252 |
| Guarantee Insurance Company | 06/03/98 | 06/30/82 – 06/30/83   SL0950030<br>06/30/82 – 06/30/83   SL0950031 |
| Home Insurance Company (INSOLVENT) | 09/24/93 | 10/20/68 – 10/20/69   HEC9304605<br>10/20/69 – 10/20/70   HEC9304605<br>10/20/70 – 06/30/71   HEC9304605<br>10/20/62 – 10/20/63   HEC9543206<br>10/20/63 – 10/20/64   HEC9543206<br>10/20/64 – 10/20/65   HEC9543206<br>10/20/65 – 10/20/66   HEC9544498<br>10/20/66 – 10/20/67   HEC9544498<br>10/20/67 – 10/20/68   HEC9544498<br>06/30/71 – 06/30/72   HEC9919945<br>06/30/72 – 06/30/73   HEC9919945<br>06/30/73 – 06/30/74   HEC9919945 |
| Home Insurance Company (INSOLVENT) | 11/14/97 | Only the "Products" coverage portion of the following policy:<br>02/27/73 – 06/30/73   HEC4356740 |

10

As of February 27, 2009March 5, 2010

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| K-WELM | 08/2004 (Approved 09/27/04) | 06/30/74 - 06/30/75  74DD662C |
| | | 06/30/75 - 06/30/76  74DD662C |
| | | 06/30/76 - 06/30/77  74DD662C |
| | | 07/17/74 - 06/30/75  74DD663C |
| | | 06/30/75 - 06/30/76  74DD663C |
| | | 06/30/76 - 06/30/77  76DD1594C |
| | | 06/30/77 - 06/30/78  76DD1594C |
| | | 06/30/78 - 06/30/79  76DD1594C |
| | | 06/30/76 - 06/30/77  76DD1595C |
| | | 06/30/77 - 06/30/78  76DD1595C |
| | | 06/30/78 - 06/30/79  76DD1595C |
| | | 06/30/77 - 06/30/78  77DD1631C |
| | | 06/30/78 - 06/30/79  77DD1632C |
| | | 06/30/78 - 06/30/79  78DD1417C |
| | | 06/30/78 - 06/30/79  78DD1418C |
| | | 06/30/79 - 06/30/80  79DD1633C |
| | | 06/30/80 - 06/30/81  79DD1633C |
| | | 06/30/81 - 06/30/82  79DD1633C |
| | | 06/30/79 - 06/30/80  79DD1634C |
| | | 06/30/80 - 06/30/81  79DD1634C |
| | | 06/30/79 - 06/30/80  79DD1635C |
| | | 06/30/80 - 06/30/81  79DD1635C |
| | | 06/30/79 - 06/30/80  79DD1636C |
| | | 06/30/80 - 06/30/81  79DD1636C |
| | | 06/30/82 - 06/30/83  80DD1643C |
| | | 06/30/81 - 06/30/82  80DD1643C |
| | | 06/30/80 - 06/30/81  80DD1644C |
| | | 06/30/80 - 06/30/81  80DD1645C |
| | | 06/30/82 - 06/30/83  KY017582 |
| | | 06/30/83 - 06/30/84  KY017582 |
| | | 06/30/84 - 06/30/85  KY017582 |
| | | 06/30/82 - 06/30/83  KY017782 |
| | | 06/30/83 - 06/30/84  KY017782 |
| | | 06/30/84 - 06/30/85  KY017782 |
| | | 06/30/82 - 06/30/83  KY048183 |
| | | 06/30/84 - 06/30/85  KY048183 |
| | | 06/30/81 - 06/30/82  PY03081 |
| | | 06/30/81 - 06/30/82  PY03028J |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column 1 |
|---|---|---|
| ~~Lloyd's Underwriters[a]~~ | ~~11/20/06~~ | ~~05/17/66 – 10/20/66    66/480390~~ |
| | | ~~10/20/66 – 10/20/67    66/480390~~ |
| | | ~~10/20/67 – 10/20/68    66/480390~~ |
| | | ~~06/30/74 – 06/30/75    74DD662G~~ |
| | | ~~06/30/75 – 06/30/76    74DD662G~~ |
| | | ~~06/30/76 – 06/30/77    74DD662G~~ |
| | | ~~07/17/74 – 06/30/75    74DD663G~~ |
| | | ~~06/30/75 – 06/30/76    74DD663G~~ |
| | | ~~06/30/76 – 06/30/77    74DD663G~~ |
| | | ~~06/30/76 – 06/30/77    76DD1595G~~ |
| | | ~~06/30/77 – 06/30/78    76DD1595G~~ |
| | | ~~06/30/78 – 06/30/79    76DD1595G~~ |
| | | ~~06/30/77 – 06/30/78    77DD1631G~~ |
| | | ~~06/30/77 – 06/30/78    77DD1632G~~ |
| | | ~~06/30/77 – 06/30/78    77DD1826G~~ |
| | | ~~06/30/78 – 06/30/79    78DD1417G~~ |
| | | ~~06/30/78 – 06/30/79    78DD1418G~~ |
| | | ~~06/30/78 – 06/30/79    78DD1419G~~ |
| | | ~~06/30/78 – 06/30/79    78DD1420G~~ |
| | | ~~06/30/79 – 06/30/80    79DD1634G~~ |
| | | ~~06/30/79 – 06/30/80    79DD1635G~~ |
| | | ~~06/30/79 – 06/30/80    79DD1636G~~ |
| | | ~~06/30/79 – 06/30/80    79DD1637G~~ |
| | | ~~06/30/79 – 06/30/80    79DD1638G~~ |
| | | ~~06/30/80 – 06/30/81    80DD1643G~~ |
| | | ~~06/30/81 – 06/30/82    80DD1643G~~ |
| | | ~~06/30/80 – 06/30/81    80DD1644G~~ |
| | | ~~06/30/80 – 06/30/81    80DD1645G~~ |
| | | ~~06/30/80 – 06/30/81    80DD1646G~~ |
| | | ~~06/30/80 – 06/30/81    80DD1647G~~ |
| | | ~~11/14/69 – 10/20/70    914/1416~~ |
| | | ~~10/20/69 – 06/30/71    914/1416~~ |
| | | ~~10/20/68 – 10/20/69    914-102502~~ |
| | | ~~10/20/69 – 10/20/70    914-102502~~ |
| | | ~~10/20/70 – 06/30/71    914-102502~~ |
| | | ~~06/30/71 – 06/30/72    914105953~~ |

[a] ~~Void if Lloyd's exercises the termination clause in its settlement agreement.~~

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| | | ~~94405953    06/30/72 – 06/30/73~~ |
| | | ~~94405953    06/30/73 – 06/30/74~~ |
| | | ~~KY017782   06/30/82 – 06/30/83~~ |
| | | ~~KY017782   06/30/83 – 06/30/84~~ |
| | | ~~KY017882   06/30/84 – 06/30/85~~ |
| | | ~~KY017982   06/30/82 – 06/30/83~~ |
| | | ~~KY017982   06/30/83 – 06/30/84~~ |
| | | ~~KY048183   06/30/83 – 06/30/84~~ |
| | | ~~KY048183   06/30/84 – 06/30/85~~ |
| | | ~~KY048283   06/30/83 – 06/30/84~~ |
| | | ~~KY048283   06/30/84 – 06/30/85~~ |
| | | ~~PY030181   06/30/81 – 06/30/82~~ |
| | | ~~PY030281   06/30/81 – 06/30/82~~ |
| | | ~~PY030381   06/30/81 – 06/30/82~~ |
| ~~Lloyd's Underwriters and Underwriter Third Party Beneficiaries, all as defined in the Amended and Restated Settlement Agreement and Mutual Release dated July 17, 2009~~* | ~~07/17/09~~ | ~~Pursuant to the 07/17/09 Amended and Restated Settlement Agreement and Mutual Release and only the Lloyd's Underwriters portion of the following policies:~~ <br> ~~and all known or unknown policies subscribed to by Certain Underwriters at Lloyd's London up to meeting before 01/01/98 issued to W. R. Grace.~~ <br> ~~66/18039Q   05/17/66 – 10/20/66~~ <br> ~~66/A8059Q   10/20/66 – 10/20/67~~ <br> ~~66/18039Q   10/20/67 – 10/20/68~~ <br> ~~74DD662Q   06/30/74 – 06/30/75~~ <br> ~~74DD662Q   06/30/75 – 06/30/76~~ <br> ~~74DD662Q   06/30/76 – 06/30/77~~ <br> ~~74DD663Q   07/17/74 – 06/30/75~~ <br> ~~74DD663Q   06/30/75 – 06/30/76~~ <br> ~~74DD663Q   06/30/76 – 06/30/77~~ <br> ~~76DD1595Q   05/30/76 – 06/30/77~~ <br> ~~76DD1595Q   06/30/77 – 06/30/78~~ <br> ~~76DD1595Q   06/30/78 – 06/30/79~~ <br> ~~77DD1631Q   06/30/77 – 06/30/78~~ <br> ~~77DD1632Q   06/30/77 – 06/30/78~~ <br> ~~77DD1826Q   06/30/78 – 06/30/79~~ <br> ~~78DD1417Q   06/30/78 – 06/30/79~~ <br> ~~78DD1418Q~~ |

\* <u>Void if Lloyd's Underwriters exercise the termination clause in the settlement agreement.</u>

~~NYDOCS1-941064.1~~NYDOCS1-941064.1

13

As of ~~February 27, 2009~~<u>March 5, 2010</u>

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| London Market Insurance Companies: | 08/10/09 | 78DD14419C   06/30/78 – 06/30/79 |
| | | 78DD14420C   06/30/78 – 06/30/79 |
| | | 79DD16314C   06/30/79 – 06/30/80 |
| | | 79DD16355C   06/30/79 – 06/30/80 |
| | | 79DD16636C   06/30/79 – 06/30/80 |
| | | 79DD16637C   06/30/79 – 06/30/80 |
| | | 79DD16638C   06/30/79 – 06/30/80 |
| | | 80DD1643C    06/30/80 – 06/30/81 |
| | | 80DD1645C    06/30/80 – 06/30/81 |
| | | 80DD1644C    06/30/80 – 06/30/81 |
| | | 80DD1646C    06/30/80 – 06/30/81 |
| | | 80DD1647C    06/30/80 – 06/30/81 |
| | | 914/1/4116   11/14/69 – 10/20/70 |
| | | 914/1/4116   10/20/70 – 06/30/71 |
| | | 914-102502   10/20/68 – 10/20/69 |
| | | 914-102502   10/20/69 – 10/20/70 |
| | | 914-102502   10/20/70 – 06/30/71 |
| | | 914105953    06/30/71 – 06/30/72 |
| | | 914105953    06/30/72 – 06/30/73 |
| | | 914105953    06/30/73 – 06/30/74 |
| | | KY017782     06/30/82 – 06/30/83 |
| | | KY017782     06/30/83 – 06/30/84 |
| | | KY017882     06/30/84 – 06/30/85 |
| | | KY017982     06/30/82 – 06/30/83 |
| | | KY048183     06/30/83 – 06/30/84 |
| | | KY048183     06/30/84 – 06/30/85 |
| | | KY048283     06/30/83 – 06/30/84 |
| | | KY048283     06/30/81 – 06/30/82 |
| | | PY03018      06/30/81 – 06/30/82 |
| | | PY05028      06/30/81 – 06/30/82 |
| | | PY05038      06/30/81 – 06/30/82 |
| | | and all known or unknown policies subscribed to by Certain Underwriters at Lloyd's London in effect before 01/01/98 issued to W.R. Grace. |
| | | Pursuant to the 08/10/09 Amended and Restated Settlement Agreement including the Certain London Market Insurance Companies portions of the following policies: |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| Accident & Casualty Insurance Company of Winterthur ("A/C") American Home Insurance per Tower X Argonaut Northwest Insurance Co. Ltd. Bishopsgate Insurance Company Ltd. CNA Reinsurance of London Ltd. Compagnie D'Assurances Maritimes Aeriennes & Terrestres Société Anonyme Dominion Insurance Company Ltd. Harper Insurance Ltd. (formerly known as Turegum Ins. Co.) London & Edinburgh General Insurance Co. Ltd. London & Edinburgh General Insurance Co. Ltd. (per Tower Underwriting Management Ltd.) London & Edinburgh General Insurance Co. Ltd. ("LWM") ("A/C") National Casualty Company of America Ltd. Sphere Drake Insurance Company Stronghold Insurance Company Ltd. Tenecom Insurance Company Ltd. as Part VII Transferee from Winterthur Swiss Insurance Company Tenecom Insurance Company Ltd. as Part VII Transferee from St. Marine Insurance Company of Europe Ltd. Terra Nova Insurance Co. Ltd. Unionamerica Insurance Company Ltd. as Part VII Transferee from St. Katherine Insurance Co. Ltd. Unionamerica Insurance Company Ltd. as Part VII Transferee from St. Katherine Insurance Co. Ltd. ("X/A/C") World Auxiliary Insurance Corp. Ltd. ("Certain London Market Insurance Companies") | | 05/17/66 – 10/20/66<br>06/30/74 – 06/30/75<br>06/30/75 – 06/30/76<br>06/30/76 – 06/30/77<br>07/17/74 – 06/30/75<br>06/30/75 – 06/30/76<br>06/30/76 – 06/30/77<br>06/30/77 – 06/30/78<br>06/30/77 – 06/30/78<br>06/30/78 – 06/30/79<br>06/30/78 – 06/30/79<br>06/30/79 – 06/30/80<br>06/30/79 – 06/30/80<br>06/30/79 – 06/30/80<br>06/30/80 – 06/30/81<br>06/30/80 – 06/30/81<br>06/30/80 – 06/30/81<br>06/30/80 – 06/30/81<br>06/30/82 – 06/30/83<br>06/30/83 – 06/30/84<br>06/30/84 – 06/30/85<br>06/30/82 – 06/30/83<br>06/30/83 – 06/30/84<br>06/30/84 – 06/30/85<br>06/30/81 – 06/30/82<br>06/30/81 – 06/30/82<br>11/01/81 – 06/30/82 | 86/1803490<br>74DD662C<br>74DD662C<br>74DD662C<br>74DD663C<br>74DD663C<br>74DD663C<br>77DD1631C<br>77DD1632C<br>77DD1826C<br>78DD1417C<br>78DD1418C<br>78DD1420C<br>79DD1635C/PY010797<br>79DD1636C/PY108079<br>79DD1638C/PY011879<br>80DD1643C/PY107880<br>80DD1643C/PY107880<br>80DD1644C/PY107980<br>80DD1645C/PY108080<br>80DD1647C/PY111880<br>KY017782<br>KY017782<br>KY017782<br>KY017882<br>KY048183<br>PY030181<br>PY030281<br>KY003382 |
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68<br>06/30/68 – 06/30/69<br>06/30/69 – 06/30/70<br>06/30/70 – 06/30/71<br>06/30/71 – 06/30/72<br>06/30/72 – 06/30/73<br>06/30/62 – 06/30/63<br>06/30/63 – 06/30/64<br>06/30/64 – 06/30/65<br>06/30/65 – 06/30/66<br>06/30/66 – 06/30/67 | 31-278301<br>31-278301<br>31-278301<br>31-R-911051<br>31-R-911051<br>31-R-911051<br>96-205800<br>96-224900<br>96-243400<br>96-257400<br>96-269500 |

NYDOCS1-941064.1  NYDOCS1-941064.1    As of February 27, 2009 March 5, 2010

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Maryland Casualty Company | 03/18/96 | and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973.<br><br>10/20/68 – 10/20/69   WRG-1<br>10/20/69 – 10/20/70   WRG-1<br>10/20/70 – 06/30/71   WRG-1<br>06/30/71 – 06/30/72   WRG-2<br>06/30/72 – 06/30/73   WRG-2<br>06/30/73 – 06/30/74   WRG-2<br><br>and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace. |
| Royal Indemnity Company | 01/05/95 | Pursuant to the 01/05/95 Settlement Agreement and only as to the following policies:<br><br>04/01/60 – 04/01/61   RLG021620<br>04/01/61 – 04/01/62   RLG021621<br>04/01/62 – 04/01/63   RLG021622<br>04/01/59 – 04/01/60   RLG021629<br>04/01/55 – 04/01/56   RLG035805<br>04/01/56 – 04/01/57   RLG045762<br>04/01/57 – 04/01/58   RLG045836<br>04/01/58 – 04/01/59   RLG053959<br>03/31/53 – 03/31/54   RLG27635<br>03/31/54 – 03/31/55   RLG31840 |
| Royal Indemnity Company, Arrowood Capital Corp., and Arrowood Indemnity Company, individually and as corporate successor-in-interest to Royal Indemnity Company (conditional upon Approval Order becoming a Final Order) | 06/17/09 | Pursuant to the 06/17/09 Settlement Agreement and only as to the following policies:<br><br>04/01/60 – 04/01/61   RLG021620<br>04/01/61 – 04/01/62   RLG021621<br>04/01/62 – 04/01/63   RLG021622<br>04/01/59 – 04/01/60   RLG021629<br>04/01/55 – 04/01/56   RLG035805<br>04/01/56 – 04/01/57   RLG045762<br>04/01/57 – 04/01/58   RLG045836<br>04/01/58 – 04/01/59   RLG053959<br>03/31/53 – 03/31/54   RLG27635<br>03/31/54 – 03/31/55   RLG31840<br>03/31/50 – 03/31/53   RCC0172235<br>06/30/83 – 06/30/84   ED102871<br>06/30/84 – 06/30/85   ED102834<br>00/00/00 – 05/26/68   IL0263162 |
| Unigard Security Insurance Company | 08/06/92 | Only the "Products" coverage portion of the following policy: |

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| (n/k/a Seaton) | | 06/30/74 – 06/30/75    1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | ~~Pursuant to the 5/15/95 Settlement Agreement and only as to the following policy:~~<br>~~02/27/73 – 06/30/73    10589~~<br>~~06/30/73 – 06/30/74    10589~~<br>~~06/30/74 – 06/30/75    10589~~ |
| U.S. Fire Insurance Company | 09/11/95 | ~~Only~~ Pursuant to the 09/11/95 Settlement Agreement and only, the "Products" coverage portion of the following policies:<br>10/20/68 – 10/20/69    XS2108<br>10/20/69 – 10/20/70    XS2108<br>10/20/70 – 06/30/71    XS2108 |
| Zurich Insurance Company Ltd and Zurich International (Bermuda) Ltd | 11/11/09 | Pursuant to the 11/11/09 Settlement Agreement and only as to the following policies:<br>06/30/76–06/30/77    IRDSR1010<br>06/30/77–06/30/78    IRDSR1012<br>06/30/78–06/30/79    ZI70523<br>06/30/79–06/30/80    ZI70524<br>06/30/80–06/30/81    ZIB74345<br>06/30/81–06/30/82    ZIB763181C<br>06/30/82–06/30/83    ZIB763182C<br>06/30/83–06/30/84    ZIB763183C<br>06/30/84–06/30/85    ZIB706318C<br>06/30/85–06/30/86    ZIB709643C<br>06/30/84–06/30/85    ZIB706318C |