**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 22, 2010 at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 24375

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the One Hundred and Third Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2010 through and including January 31, 2010 ("the Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than March 22, 2010 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $34,894.20 which represents 80% of the fees ($43,617.75) and $21,966.06 which represents 100% of the expenses requested in the Application for the

period January 1, 2010 through and including January 31, 2010 upon the filing of this

certification and without the need for entry of a Court order approving the Application.

Dated: March 23, 2010            Scott L. Baena, Esquire
                                                 Jay M. Sakalo, Esquire
                                                 BILZIN, SUMBERG, BAENA, PRICE
                                                  & AXELROD, LLP
                                                 2500 Wachovia Financial Center
                                                 200 South Biscayne Boulevard
                                                 Miami, FL 33131-2336
                                                 Tel:    (305) 374-7580
                                                 Fax:   (305) 374-7593

                                                 -and-

                                                 FERRY, JOSEPH & PEARCE, P.A.

                                                 /s/ Lisa L. Coggins
                                                 Michael B. Joseph (No. 392)
                                                 Theodore J. Tacconelli (No. 2678)
                                                 Lisa L. Coggins (No. 4234)
                                                 824 Market Street, Suite 1000
                                                 P.O. Box 1351
                                                 Wilmington, DE. 19899
                                                 Tel:    (302) 575-1555
                                                 Fax:   (302) 575-1714

                                                 Co-Counsel to the Official Committee of
                                                 Asbestos Property Damage Claimants