## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 12, 2010 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### ONE-HUNDRED SECOND INTERIM FEE APPLICATION FOR THE PERIOD
### FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD
### JANUARY 1, 2010 THROUGH JANUARY 31, 2010[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/04/10 | Revise 34th Quarterly Fee Application documents; review and respond to e-mails with S. Zuber regarding same | | |
| 18 | K. Begley | 0.8 | 220.00 |
| 01/07/10 | Review, revise and discuss with K. Begley DP's Third Quarter 2009 Fee Application | | |
| 14 | S. Zuber | 0.3 | 153.00 |
| 01/07/10 | Revise and finalize 34th Quarterly Fee Application documents; review and respond to e-mails regarding same | | |
| 18 | K. Begley | 0.7 | 192.50 |
| 01/13/10 | Draft Fee Application documents; review and respond to e-mails regarding same | | |
| 18 | K. Begley | 0.5 | 137.50 |
| 01/19/10 | Sent out audit letter survey and worked with attorneys regarding response to same | | |
| 14 | S. Parker | 0.8 | 128.00 |
| 01/20/10 | Preparation of audit letter insert re NJDEP v. W.R. Grace litigation. | | |
| 3 | B. Moffitt | 1.1 | 462.00 |
| 01/20/10 | Sent out supplemental requests for response to audit survey; work with attorneys in followup to same; work with B. Moffitt regarding preparation of insert; began preparation of draft audit letter | | |
| 14 | S. Parker | 1.2 | 192.00 |
| 01/21/10 | Finalize draft audit letter and corresponding file for M. Dunne review | | |
| 14 | S. Parker | 0.7 | 112.00 |
| 01/22/10 | Review, revise and sign audit response letter | | |
| 14 | M. Dunne | 0.3 | 168.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| 01/22/10 | Implement M. Dunne's revision to audit letter; attention to transmittal of same to auditor via facsimile and first class mail, and to client via first class mail; finalize file | | |
|---|---|---|---|
| 14 | S. Parker | 1.0 | 160.00 |
| 01/27/10 | Draft November 2009 Fee Application documents; organize docket entries | | |
| 18 | K. Begley | 0.8 | 220.00 |
| 01/27/10 | Scan completed audit letter and update audit letter database and tracking chart | | |
| 14 | D. Florence | 0.2 | 32.00 |
| 01/28/10 | Review, revise and discuss with K. Begley DP's Nov. 2009 Fee Application | | |
| 14 | S. Zuber | 0.3 | 153.00 |
| 01/28/10 | Draft November 2009 Fee Application documents; review and respond to e-mails from S. Zuber regarding same | | |
| 18 | K. Begley | 1.3 | 357.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| M. Dunne | 0.30 | 560.00 | 168.00 |
| S. Zuber | 0.60 | 510.00 | 306.00 |
| B. Moffitt | 1.10 | 420.00 | 462.00 |
| K. Begley | 4.10 | 275.00 | 1,127.50 |
| D. Florence | 0.20 | 160.00 | 32.00 |
| S. Parker | 3.70 | 160.00 | 592.00 |
| TOTALS: | 10.00 | | 2,687.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 4.1 | 275.00 | 1,127.50 |
| M. Dunne | 14 | 0.3 | 560.00 | 168.00 |
| S. Zuber | 14 | 0.6 | 510.00 | 306.00 |
| B. Moffitt | 3 | 1.1 | 420.00 | 462.00 |
| D. Florence | 14 | 0.2 | 160.00 | 32.00 |
| S. Parker | 14 | 3.7 | 160.00 | 592.00 |
| TOTALS: | | 10.0 | | 2,687.50 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 01/04/10 | Telephone call with client regarding stipulation of dismissal and follow up with B. Moffitt regarding same | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.2 | 130.00 |
| 01/27/10 | E-mails and follow up regarding inquiry by State | | |
| 3 | A. Marchetta | 0.3 | 195.00 |
| 01/28/10 | E-mails regarding State inquiry | | |
| 3 | A. Marchetta | 0.2 | 130.00 |
| 01/28/10 | E-mail exchanges with A. Marchetta, client and DAG Dickinson re status of bankruptcy confirmation | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 01/29/10 | E-mails with State of New Jersey regarding Plan of Reorganization | | |
| 3 | A. Marchetta | 0.2 | 130.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 650.00 | 585.00 |
| B. Moffitt | 0.20 | 400.00 | 80.00 |
| TOTALS: | 1.10 | | 665.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 0.9 | 650.00 | 585.00 |
| B. Moffitt | 3 | 0.2 | 400.00 | 80.00 |
| TOTALS: | | 1.1 | | 665.00 |

4

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2010 THROUGH JANUARY 31, 2010

**None.**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 12, 2010 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in

good standing of the bars of the State of New Jersey, the State of New York, the District of

Columbia, the United States District Court for the District of New Jersey, the United States

District Court for the Northern District of New York, the United States District Court for the

Eastern District of New York, the United States District Court for the Southern District of New

York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey
Dated: March 23, 2010

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950
Telephone: (973) 966-6300
Facsimile: (973) 966-1015