# EXHIBIT A

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009**

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant monitored docket activity.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant monitored and attended hearings on estimation of asbestos claims. Applicant also monitored and analyzed litigation relating to ZAI claims and claims of the Libby claimants.

**CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant analyzed issues raised by various creditors, including issues relating to claims for default rates of interest.

**COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)**

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

**HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant analyzed issues relating to: (1) payment of default interest under a plan; (2) the Debtors Disclosure Statement and (3) the Debtors Plan of Reorganization.

### RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)

Applicant monitored and analyzed attempts by third parties to modify the stay or seek relief from the stay.

### OTHER (TASK CODE NO. 025)

Applicant reviewed and retrieved miscellaneous pleadings and memos.

### ACCOUNTING/AUDITING (TASK CODE NO. 26)

Applicant analyzed accounting data.