**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  To be determined**<br>**Objection Date:  December 21, 2009 at 4:00 p.m.** |

### NINETY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **October 1, 2009 through<br>October 31, 2009** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$33,986.50 (80% $27,189.20)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$2,425.29** |

This is an: ☒ monthly  ☐ interim  ☐ final application.


This is the ninety-third monthly fee application of Duane Morris LLP.


DM3\1200086.1

Docket No.: 23898
Date Filed: 12/1/09

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02–6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

6

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |

DM3\1200086.1

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $755.00 | 12.80 | $9,664.00 |
| Michael R. Lastowski | Partner/27 years | $675.00 | 28.30 | $19,102.50 |
| Richard W. Riley | Partner/10 years | $540.00 | 6.30 | $3,402.00 |
| Adrian C. Maholchic | Associate/1 year | $305.00 | 1.60 | $488.00 |
| Beth A. Gruppo | Paralegal | $290.00 | 0.30 | $87.00 |
| Andrea K. Guldalian | Paralegal | $230.00 | 0.20 | $46.00 |
| Stacie L. Wolfenden | Paralegal | $220.00 | 3.60 | $792.00 |
| Dawn S. Marra | Legal Assistant | $150.00 | 2.70 | $405.00 |
| **Total** | | | **55.80** | **$33,986.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 2.00 | $439.00 |
| Claim Analysis Objection Resolution & Estimation (Asbestos) (05) | 1.00 | $564.00 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 1.30 | $537.50 |
| Employment Applications, Applicant (09) | 1.90 | $285.00 |
| Fee Applications, Applicant (12) | 3.00 | $827.50 |
| Fee Applications, Others (13) | 0.60 | $196.00 |
| Hearings (15) | 25.70 | $16,942.50 |
| Plan and Disclosure Statement (17) | 7.40 | $4,576.50 |
| Relief From Stay Proceedings (18) | 0.20 | $135.00 |
| Other (25) | 12.50 | $9,332.50 |
| Accounting/Auditing (26) | 0.20 | $151.00 |
| **TOTAL** | **55.80** | **$33,986.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Printing and Duplicating -- External | Parcels | $959.52 |
| Meeting Expense | N/A | $99.00 |
| Legal Research | Lexis | $109.20 |
| Overnight Mail | Federal Express | $167.51 |
| Telephonic Court Appearance | Court-Call | $1,072.00 |
| Court Search Service | N/A | $18.06 |
| **TOTAL** | | **$2,425.29** |

8

DM3\1200086.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period October 1, 2009 through October 31, 2009, an interim allowance be made to Duane Morris LLP for compensation in the amount of $27,189.20 (80% of allowed fees) and $2,425.29 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: December 1, 2009
Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
    rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

9

# Exhibit A

Duane Morris
November 5, 2009
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1521729

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/19/2009 | 004 | AC MAHOLCHIC | REVIEWED DOCKET FOR DEVELOPMENTS. | 0.40 | $122.00 |
| 10/19/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 10/22/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 10/29/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 10/29/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 10/29/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED FROM 10/27/09 THROUGH 10/28/09 FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| 10/29/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 10/29/2009 | 004 | DS MARRA | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN REGARDING REQUESTED DOCUMENTS FOR REVIEW. | 0.10 | $15.00 |
| 10/29/2009 | 004 | DS MARRA | RETRIEVED VARIOUS ELECTRONICALLY FILED PLEADINGS FOR ATTORNEY REVIEW. | 0.30 | $45.00 |
| 10/30/2009 | 004 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED COC RE: TESTIMONY OF FREZZA. | 0.20 | $44.00 |
| 10/30/2009 | 004 | SL WOLFENDEN | FORWARDED SAME TO JUDGE FITZGERALD'S CHAMBERS FOR REVIEW. | 0.20 | $44.00 |
| 10/30/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO M. LASTOWSKI RE CONFIRMATION OF FILING SAME. | 0.10 | $22.00 |
| | | | Code Total | 2.00 | $439.00 |

Duane Morris
November 5, 2009
Page 4

File # K0248-00001                                      INVOICE #  1521729
    W. R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/10/2009 | 005 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE MAIN PLAZA LLC CLAIMS | 0.10 | $67.50 |
| 10/10/2009 | 005 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE MAIN KARK-TV CLAIMS | 0.10 | $67.50 |
| 10/16/2009 | 005 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE CLAIMS OF TOWN OF ACTION | 0.30 | $202.50 |
| 10/22/2009 | 005 | AC MAHOLCHIC | REVIEW SERVICE OF OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK LENDER GROUP TO DEBTORS' ORAL MOTION TO EXCLUDE TESTIMONY OF ROBERT J. FREZZA AND EMAIL 2002 LIST THE COMPLETE DOCUMENTS. | 0.30 | $91.50 |
| 10/22/2009 | 005 | MR LASTOWSKI | REVIEW NJDEP SETTLEMENT MOTION | 0.20 | $135.00 |
| | | | Code Total | 1.00 | $564.00 |

Duane Morris
November 5, 2009
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1521729

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/6/2009 | 007 | MR LASTOWSKI | REVIEW E-MAIL FROM K. PASQUALE RE: APPEAL FROM DECISION ON DEFAULT INTEREST | 0.20 | $135.00 |
| 10/15/2009 | 007 | WS KATCHEN | REVIEW COMMITTEE EMAIL. | 0.20 | $151.00 |
| 10/22/2009 | 007 | SL WOLFENDEN | REVISED AND FINALIZED OPPOSITION TO MOTION TO EXCLUDE. | 0.30 | $66.00 |
| 10/22/2009 | 007 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SAME. | 0.30 | $66.00 |
| 10/22/2009 | 007 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE REGARDING FILING OF OPPOSITION TO MOTION TO EXCLUDE. | 0.20 | $44.00 |
| 10/28/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.10 | $75.50 |
| | | | Code Total | 1.30 | $537.50 |

Duane Morris
November 5, 2009
Page 6

File # K0248-00001

INVOICE #  1521729

    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/5/2009 | 009 | DS MARRA | ELECTRONICALLY FILE ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN. | 0.20 | $30.00 |
| 10/5/2009 | 009 | DS MARRA | PREPARE ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN FOR ELECTRONIC FILING. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR ELECTRONIC FILING. | 0.10 | $15.00 |
| 10/28/2009 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING NINETIETH FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING NINETY-FIRST FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING NINETIETH FEE APPLICATION OF DUANE MORRIS LLP FOR ELECTRONIC FILING. | 0.10 | $15.00 |
| 10/28/2009 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING NINETY-FIRST FEE APPLICATION OF DUANE MORRIS LLP FOR ELECTRONIC FILING. | 0.10 | $15.00 |
| 10/28/2009 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING NINETY-FIRST FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |
| 10/28/2009 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING NINETIETH FEE APPLICATION OF DUANE MORRIS LLP. | 0.20 | $30.00 |

Duane Morris
November 5, 2009
Page 7

File # K0248-00001                                    INVOICE # 1521729
        W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | Code Total | 1.90 | $285.00 |

Duane Morris
November 5, 2009
Page 8

File # K0248-00001                                         INVOICE # 1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/19/2009 | 012 | MR LASTOWSKI | REVIEW DUANE MORRIS MONTHLY FEE APPLICATION | 0.20 | $135.00 |
| 10/20/2009 | 012 | SL WOLFENDEN | DRAFTED 92ND MONTHLY (SEPTEMBER 2009) FEE APPLICATION. | 1.10 | $242.00 |
| 10/21/2009 | 012 | AC MAHOLCHIC | PREPARED 89TH MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.50 | $152.50 |
| 10/21/2009 | 012 | SL WOLFENDEN | REVISED AND FINALIZED 92ND MONTHLY APPLICATION FOR COMPENSATION. | 0.20 | $44.00 |
| 10/21/2009 | 012 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED SAME. | 0.30 | $66.00 |
| 10/21/2009 | 012 | SL WOLFENDEN | SERVICE OF SAME PER CERTIFICATION OF SERVICE. | 0.30 | $66.00 |
| 10/28/2009 | 012 | AC MAHOLCHIC | REVIEWED 91ST MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.40 | $122.00 |
| | | | Code Total | 3.00 | $827.50 |

Duane Morris
November 5, 2009
Page 9

File # K0248-00001            INVOICE # 1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/30/2009 | 013 | R W RILEY | REVIEW AND EXECUTE NOTICE OF CAPSTONE FEE APP | 0.20 | $108.00 |
| 10/30/2009 | 013 | SL WOLFENDEN | PREPARED AND ELECTRONICALLY FILED CAPSTONE'S 66TH MONTHLY APPLICATION FOR COMPENSATION. | 0.30 | $66.00 |
| 10/30/2009 | 013 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM D. MOHAMMED RE CAPSTONE 66TH MONTHLY. | 0.10 | $22.00 |
| | | | Code Total | 0.60 | $196.00 |

Duane Morris
November 5, 2009
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1521729

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/3/2009 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 10/7/09 HEARING | 1.30 | $877.50 |
| 10/7/2009 | 015 | RW RILEY | PREPARE AND TELEPHONIC ATTEND HEARING | 3.00 | $1,620.00 |
| 10/13/2009 | 015 | MR LASTOWSKI | ATTEND MORNING SESSIN OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 3.50 | $2,362.50 |
| 10/13/2009 | 015 | MR LASTOWSKI | ATTEND AFTERNOON SESSION OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 4.50 | $3,037.50 |
| 10/14/2009 | 015 | MR LASTOWSKI | ATTEND MORNING SESSION OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 4.00 | $2,700.00 |
| 10/14/2009 | 015 | MR LASTOWSKI | ATTEND AFTERNOON SESSION OF PHASE TWO CONFIRMATION HEARING (TELEPHONICALLY) | 3.60 | $2,430.00 |
| 10/15/2009 | 015 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: HYPERLINKING TO POST HEARING BRIEFS | 0.10 | $67.50 |
| 10/21/2009 | 015 | MR LASTOWSKI | REVIEW 10/26/09 HEARING AGENDA AND ITEMS IDENTIFIED THEREON | 2.20 | $1,485.00 |
| 10/26/2009 | 015 | MR LASTOWSKI | PREPARE FOR 10/26/09 OMNIBUS HEARING | 1.40 | $945.00 |
| 10/26/2009 | 015 | MR LASTOWSKI | ATTEND 10/26/09 OMNIBUS HEARING | 2.10 | $1,417.50 |
| | | | Code Total | 25.70 | $16,942.50 |

Duane Morris
November 5, 2009
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1521729

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/3/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL RESPONSE TO MOTION IN LIMINE TO PRECLUDE GIBSON TESTIMONY | 0.20 | $135.00 |
| 10/5/2009 | 017 | MR LASTOWSKI | REVIEW STIPULATION RE: ORDWAY DESIGNATIONS | 0.10 | $67.50 |
| 10/5/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: MEET AND CONFER (ADMISSIBILITY OF EVIDENCE INTRODUCED AT PHASE II HEARING) | 0.20 | $135.00 |
| 10/6/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF COMMITTEE APPEAL FROM DECISION RELATING TO POST PETITION INTEREST ON CLAIMS | 0.30 | $202.50 |
| 10/6/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: POST HEARING MATTERS (EXHIBITS, DESIGNATIONS, ETC.). | 0.20 | $135.00 |
| 10/7/2009 | 017 | MR LASTOWSKI | E-MAIL FROM P. LOCKWOOD RE: TRIAL EXHIBITS | 0.10 | $67.50 |
| 10/8/2009 | 017 | RW RILEY | REVIEWING DOCKET AND TELEPHONE CALLS WITH CLERK'S OFFICE REGARDING STATUS OF APPEAL ON INTEREST RATE ISSUE | 1.20 | $648.00 |
| 10/12/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF INTEREST APPEAL | 0.20 | $135.00 |
| 10/12/2009 | 017 | MR LASTOWSKI | E-MAIL FROM T. SCHIAVONI RE: CONFIRMATION MATTERS | 0.10 | $67.50 |
| 10/12/2009 | 017 | MR LASTOWSKI | REVIEW FINKE PROFFER | 0.20 | $135.00 |
| 10/12/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: WRITTEN ANSWERS OF SCHELNITZ | 0.10 | $67.50 |
| 10/12/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. HEMMING RE: RULE 1066 SUMMARY | 0.10 | $67.50 |
| 10/15/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KREIGER RE: STATUS OF INTEREST APPEAL | 0.10 | $67.50 |
| 10/16/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: PROPOSED POST TRIAL ORDER | 0.10 | $67.50 |
| 10/16/2009 | 017 | MR LASTOWSKI | REVIEW LETTER FROM C. LOIZIDES TO JUDGE FITZGERALD RE: SCHEDULING | 0.10 | $67.50 |
| 10/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: GRACE EXHIBITS PROCEDURES | 0.10 | $67.50 |
| 10/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: GRACE DEPOSITION DESIGNATION PROCEDURES | 0.10 | $67.50 |
| 10/19/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' REQUEST FOR JUDICIAL NOTICE | 0.10 | $67.50 |
| 10/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. LOVE RE: HEARING EXHIBITS | 0.10 | $67.50 |
| 10/20/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: STATUS OF INTEREST APPEAL | 0.10 | $67.50 |

Duane Morris
November 5, 2009
Page 12

File # K0248-00001                                           INVOICE #  1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/22/2009 | 017 | MR LASTOWSKI | REVIEW AND REVISE COMMITTEE MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY | 0.90 | $607.50 |
| 10/22/2009 | 017 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO PLAN CONFIRMATION | 1.20 | $648.00 |
| 10/27/2009 | 017 | MR LASTOWSKI | REVIEW FINAL DEPOSITION DESIGNATION CHART | 0.10 | $67.50 |
| 10/27/2009 | 017 | MR LASTOWSKI | REVIEW CHARTS OF ADDITIONAL EXHIBITS TO BE ADMITTED INTO EVIDENCE | 0.10 | $67.50 |
| 10/28/2009 | 017 | MR LASTOWSKI | E-MAIL FROM D. POTTS RE: FINAL DEPOSITION DESIGNATION CHART | 0.10 | $67.50 |
| 10/28/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEAL RELATING TO PREJUDGMENT INTEREST | 0.30 | $202.50 |
| 10/29/2009 | 017 | RW RILEY | ADDRESS ISSUES RELATED TO DISTRICT COURT DOCKETING OF APPEAL OF ORDER ON INTEREST RATE ON BANK CLAIMS | 0.70 | $378.00 |
| 10/30/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. LEE RE: ORDER RESCHEDULING ORAL ARGUMENT | 0.10 | $67.50 |
| 10/30/2009 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: CERTIFICATION OF COUNSEL (ORDER ON MOTION IN LIMINE/FREZZA TESTIMONY) | 0.10 | $67.50 |
| | | | Code Total | 7.40 | $4,576.50 |

Duane Morris
November 5, 2009
Page 13

File # K0248-00001                                    INVOICE #  1521729
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/12/2009 | 018 | MR LASTOWSKI | REVIEW DEBTORS' BRIEF IN OPPOSITION TO MUNOZ MOTION FOR RELIEF FROM STAY | 0.20 | $135.00 |
| | | | Code Total | 0.20 | $135.00 |

Duane Morris
November 5, 2009
Page 14

File # K0248-00001                                    INVOICE #  1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/28/2009 | 025 | WS KATCHEN | REVIEW APPEAL BRIEFS (LIBBY CLAIMANTS & DEBTORS) 3R CIR. | 1.50 | $1,132.50 |
| 9/30/2009 | 025 | WS KATCHEN | READ LATEST PLAN CONFIRMATION OPINIONS. | 0.40 | $302.00 |
| 10/2/2009 | 025 | AK GULDALIAN | RESEARCH CONCERNING NEWS ARTICLES/COURT ORDERS (W. KATCHEN) | 0.20 | $46.00 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $226.50 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION IN LIMINE AND EXHIBITS. | 0.30 | $226.50 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW B. AUSTERN APPLICATION TO RETAIN LINCOLN PARTNERS. | 0.10 | $75.50 |
| 10/2/2009 | 025 | WS KATCHEN | REVIEW DISTRICT CT. OPINION - STATE OF CALIFORNIA V. WR GRACE (P.D. CLAIMS $130M). | 0.50 | $377.50 |
| 10/5/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - SALE OF LLC INTEREST. | 0.20 | $151.00 |
| 10/5/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $151.00 |
| 10/5/2009 | 025 | WS KATCHEN | REVIEW DISTRICT COURT OPINION NJDEP CLAIM/POLICE POWER ISSUE - 2009 WL 692422. | 0.30 | $226.50 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW STIPULATION RE: ORDWAY TESTIMONY. | 0.10 | $75.50 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW ADDITIONAL DOCKET. | 0.20 | $151.00 |
| 10/6/2009 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO. | 0.20 | $151.00 |
| 10/7/2009 | 025 | WS KATCHEN | REVIEW AGENDA OCT. 13-14. | 0.20 | $151.00 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL RESPONSE TO MOTION IN LIMINE TO PRECLUDE (1) EWING TESTIMONY (.1). | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL RESPONSE TO MOTION IN LIMINE TO PRECLUDE (II) TESTIMONY OF SOLOMON (.2). | 0.20 | $151.00 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW NOTICE OF INTEND TO PURCHASE EQUITY SECURITIES (ADAGE CAPITAL PARTNERS, LP). | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW PROPOSED SETTLEMENT TRAVELERS CASUALTY & SURETY (AETNA). | 0.50 | $377.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW PROFFER TESTIMONY SANDERS, J. | 0.30 | $226.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW KANEB STIPULATION. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW LIMITED JOINDER EDWARDS. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW DEBTORS' BRIEF IN OPPOSITION TO FIREMAN'S FUND SECTION 362(D) MOTION. | 0.40 | $302.00 |

Duane Morris
November 5, 2009
Page 15

File # K0248-00001                                      INVOICE # 1521729
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 10/8/2009 | 025 | WS KATCHEN | REVIEW ORDER APPROVING SETTLEMENTS WITH SCOTT'S CO. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | CERTAIN LONDON MARKET INSURERS. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | ORDER APPROVING STIPULATION ST. PAUL CO., ET AL. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | ORDER APPROVING SETTLEMENT WITH ALLSTATE INSURANCE. | 0.10 | $75.50 |
| 10/8/2009 | 025 | WS KATCHEN | REVIEW DECLARATION R. FINKE IN OPPOSITION TO MOTION BY FIREMAN'S FUND - 362(D). | 0.10 | $75.50 |
| 10/13/2009 | 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF AGENDA. | 0.20 | $151.00 |
| 10/14/2009 | 025 | WS KATCHEN | REVIEW EXHIBITS CHART ON CONFIRMATION HEARINGS. | 0.70 | $528.50 |
| 10/14/2009 | 025 | WS KATCHEN | REVIEW PROPOSED ORDER ON ADMISSIBILITY OCC AND BANK LENDER'S EXHIBITS. | 0.20 | $151.00 |
| 10/15/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' EXHIBITS. | 0.60 | $453.00 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF AGENDA. | 0.20 | $151.00 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $75.50 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW CNO'S ON PD SETTLEMENTS: CHICAGO HOSPITAL SOCIETY, BURGDOFF BLDG., RF THOMPSON, OLYMPUS 555 PROPERTY, LLC, GLEN OAK CLUB, HYATT CORP., ALLEGHENY CENTER ASSOC., KARK-TV INC., BNSF RY, GULF ATLANTIC PROPERTIES, ST. JOSEPH'S HOSPITAL. | 0.40 | $302.00 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW CNO (I) SALE OF LLC INTERESTS IN ADVANCES REFINING TECH, (II) ORDER AUTHORIZING DEBTORS TO IMPLEMENT A DEFINED CONTRIBUTION RETIREMENT PLAN. | 0.20 | $151.00 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT AGREEMENT WITH TOWN OF ACTION. | 0.30 | $226.50 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW CNO N. ARKANSAS REGIONAL MEDICAL CENTER. | 0.10 | $75.50 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW OCC AND BANK LENDERS' TO MOTION TO EXCLUDE TESTIMONY R.J. FREZZA. | 0.40 | $302.00 |
| 10/26/2009 | 025 | WS KATCHEN | EMAIL M. LASTOWSKI - STATUS HEARING ON MOTION. | 0.10 | $75.50 |
| 10/26/2009 | 025 | WS KATCHEN | 2ND EMAIL RE: STATUS RESERVED DECISION. | 0.20 | $151.00 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW TRANSCRIPT CONFIRMATION HEARING OF SEPT. 16, 2009. | 0.70 | $528.50 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW CITED AUTHORITY 286 B.R. 54. | 0.30 | $226.50 |
| 10/26/2009 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $75.50 |

Duane Morris
November 5, 2009
Page 16

File # K0248-00001                                    INVOICE #  1521729
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/28/2009 | 025 | WS KATCHEN | REVIEW MOTION TO REJECT LEASE. | 0.10 | $75.50 |
| 10/28/2009 | 025 | WS KATCHEN | REVIEW MOTION AUSTIN QUALITY FOODS. | 0.20 | $151.00 |
| 10/28/2009 | 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT NJDEP. | 0.20 | $151.00 |
| 10/28/2009 | 025 | WS KATCHEN | REVIEW SCHEDULING ORDER POST-TRIAL BRIEFS. | 0.10 | $75.50 |
| | | | Code Total | 12.50 | $9,332.50 |

Duane Morris
November 5, 2009
Page 17

File # K0248-00001                                    INVOICE # 1521729
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/14/2009 | 026 | WS KATCHEN | REVIEW CHART OF DEPOSITION AND PRIOR TESTIMONY DESIGNATIONS. | 0.20 | $151.00 |
| | | | Code Total | 0.20 | $151.00 |

Duane Morris
November 5, 2009
Page 18

File # K0248-00001                                    INVOICE #  1521729
     W.R. GRACE & CO.


                    TOTAL SERVICES              55.80   $33,986.50

Duane Morris
November 5, 2009
Page 19

File # K0248-00001                                      INVOICE #  1521729
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 10/31/2009 | PRINTING & DUPLICATING - EXTERNAL | | 959.52 |
| | | Total: | $959.52 |
| 10/31/2009 | MEETING EXPENSE | | 99.00 |
| | | Total: | $99.00 |
| 9/29/2009 | LEXIS LEGAL RESEARCH GALLAGHER, JESSICA | | 109.20 |
| | | Total: | $109.20 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #790188030744) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #791240692710) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD S. COBB AT L IS RATH & COBB LLP - WILMINGTON, DE FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #791506500227) | | 16.67 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #791506502414) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO MARGARET A. PHILLIPS AT PAULWEISSRIFKINDWHARTON - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #792161959001) | | 13.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #792161960829) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD S. COBB AT L IS RATH & COBB LLP - WILMINGTON, DE FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #792805618436) | | 10.58 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #798114943336) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #799429302749) | | 18.16 |
| 9/17/2009 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALE AT STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM ROBERT EVERETT AT DUANE MORRIS LLP - PITTSBURGH, PA (TRACKING #799429302977) | | 18.14 |
| | | Total: | $167.51 |
| 9/15/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWS KI | | 282.00 |

Duane Morris
November 5, 2009
Page 20

File # K0248-00001                                    INVOICE #  1521729
     W.R. GRACE & CO.

| Date | Description | | Amount |
|---|---|---|---|
| 9/16/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWSKI | | 254.00 |
| 9/18/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWSKI | | 275.00 |
| 9/21/2009 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-M.LASTOWSKI | | 261.00 |
| | | Total: | $1,072.00 |
| | | | |
| 10/31/2009 | COURT SEARCH SERVICE | | 18.06 |
| | | Total: | $18.06 |

TOTAL DISBURSEMENTS      $2,425.29