# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Hearing Date:  To be determined**<br>**Objection Date:  January 19, 2010 at 4:00 p.m.** |

### NINETY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **November 1, 2009 through<br>November 30, 2009** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$32,937.00 (80% $26,349.60)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$101.82** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the ninety-fourth monthly fee application of Duane Morris LLP.

Docket No.: 24057

Date Filed: 12/28/10

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01–9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05- 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

6

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |

7

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 1, 2009 | 10/1/09 — 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |

8

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $755.00 | 16.90 | $12,759.50 |
| Michael R. Lastowski | Partner/27 years | $675.00 | 22.60 | $15,255.00 |
| Richard W. Riley | Partner/10 years | $540.00 | 5.40 | $2,916.00 |
| Adrian C. Maholchic | Associate/1 year | $305.00 | 3.70 | $1,128.50 |
| Beth A. Gruppo | Paralegal | $290.00 | 0.40 | $116.00 |
| Stacie L. Wolfenden | Paralegal | $220.00 | 2.10 | $462.00 |
| Dawn S. Marra | Legal Assistant | $150.00 | 2.00 | $300.00 |
| Total | | | 53.10 | $32,937.00 |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 5.70 | $1,464.50 |
| Claim Analysis Objection Resolution & Estimation (Asbestos) (05) | 0.70 | $472.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) (06) | 0.70 | $472.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.50 | $377.50 |
| Fee Applications, Applicant (12) | 2.60 | $609.50 |
| Hearings (15) | 1.20 | $810.00 |
| Plan and Disclosure Statement (17) | 25.30 | $16,348.50 |
| Other (25) | 16.40 | $12,382.00 |
| TOTAL | 53.10 | $32,937.00 |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner – Local | N/A | $18.35 |
| Meeting Expense | N/A | $65.41 |
| Court Search Service | N/A | $18.06 |
| TOTAL | | $101.82 |

9

WHEREFORE, Duane Morris LLP respectfully requests that, for the period November 1,
2009 through November 30, 2009, an interim allowance be made to Duane Morris LLP for
compensation in the amount of $26,349.60 (80% of allowed fees) and $101.82 for
reimbursement of expenses be authorized, and for such other and further relief as this Court may
deem just and proper.

Dated: December 28, 2009
Wilmington, Delaware

_Michael R. Lastowski_

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:         mlastowski@duanemorris.com
                    rwriley@duanemorris.com

– and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:         wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

10

# Exhibit A

Duane Morris
December 7, 2009
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1529720

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/2/2009 | 004 | AC MAHOLCHIC | REVIEW, FILE AND COORDINATE SERVICE OF POST TRIAL MEMORANDUM. | 1.20 | $366.00 |
| 11/2/2009 | 004 | SL WOLFENDEN | PREPARED COS AND SERVICE LIST RE JOINT POST-TRIAL MEMORANDUM RE CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION. | 0.20 | $44.00 |
| 11/2/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM K. PASQUALE RE JOINT POST TRIAL BRIEF. | 0.10 | $22.00 |
| 11/3/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/4/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/5/2009 | 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM J. VILLANUEVA RE POST TRIAL BRIEFING. | 0.10 | $22.00 |
| 11/5/2009 | 004 | SL WOLFENDEN | CORRESPONDENCE TO J. VILLANUEVA RE POST TRIAL BRIEFING. | 0.20 | $44.00 |
| 11/9/2009 | 004 | AC MAHOLCHIC | REVIEW DOCKET AND DRAFT NOTICE OF SERVICE OF HYPERLINKED JOINT POST-TRIAL MEMORANDUM. | 0.30 | $91.50 |
| 11/9/2009 | 004 | AC MAHOLCHIC | REVIEW AND COORDINATE FILING OF NOTICE OF SERVICE OF HYPERLINKED JOINT POST TRIAL MEMORANDUM. | 0.20 | $61.00 |
| 11/10/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/13/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/09/09 THROUGH 11/12/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 11/13/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/09/09 THROUGH 11/12/09. | 0.10 | $15.00 |
| 11/16/2009 | 004 | AC MAHOLCHIC | REVIEW DOCKET AND COORDINATE FILING OF CNO FOR 92ND MONTHLY FEE APPLICATION OF DUANE MORRIS. | 0.20 | $61.00 |
| 11/16/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/13/09 THROUGH 11/15/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |

Duane Morris
December 7, 2009
Page 3

File # K0248-00001                                    INVOICE # 1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/16/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/13/09 THROUGH 11/15/09. | 0.10 | $15.00 |
| 11/17/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/16/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 11/17/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/16/09. | 0.10 | $15.00 |
| 11/18/2009 | 004 | DS MARRA | RETRIEVED ELECTRONIC DOCKET OF PLEADINGS FILED 11/17/09 FOR ATTORNEY REVIEW. | 0.10 | $15.00 |
| 11/18/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/17/09. | 0.10 | $15.00 |
| 11/20/2009 | 004 | AC MAHOLCHIC | REVIEW, FILE AND COORDINATE SERVICE OF CREDITORS' COMMITTEE AND BANK LENDER GROUP'S JOINT REPLY BRIEF. | 1.40 | $427.00 |
| 11/20/2009 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $29.00 |
| 11/23/2009 | 004 | DS MARRA | CORRESPONDENCE TO J. VILLANUEVA AND W. KATCHEN REGARDING SAME. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED 11/20/09. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING ELECTRONIC DOCKET OF PLEADINGS FILED 11/20/09. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | RECEIVED AND REVIEWED CORRESPONDENCE FROM J. VILLANUEVA REGARDING REQUESTED DOCUMENTS FOR REVIEW. | 0.10 | $15.00 |
| 11/23/2009 | 004 | DS MARRA | RETRIEVED VARIOUS ELECTRONICALLY FILED PLEADINGS FOR ATTORNEY REVIEW. | 0.20 | $30.00 |
| | | | Code Total | 5.70 | $1,464.50 |

Duane Morris
December 7, 2009
Page 4

File # K0248-00001                                    INVOICE # 1529720
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/11/2009 | 005 | MR LASTOWSKI | REVIEW SOLOW SETTLEMENT MOTION | 0.10 | $67.50 |
| 11/11/2009 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO EXPUNGE CANADIAN TIME-BARRED CLAIMS | 0.40 | $270.00 |
| 11/11/2009 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT WITH THE EDWARDS PLAINTIFFS | 0.20 | $135.00 |
| | | | Code Total | 0.70 | $472.50 |

Duane Morris
December 7, 2009
Page 5

File # K0248-00001                                          INVOICE # 1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/9/2009 | 006 | MR LASTOWSKI | TELEPHONE CALL FROM R. MIRSKY RE: ACCESSING CLAIMS REGISTER | 0.10 | $67.50 |
| 11/11/2009 | 006 | MR LASTOWSKI | REVIEW ALLIANZ SETTLEMENT MOTION | 0.40 | $270.00 |
| 11/11/2009 | 006 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT WITH THE ZURICH | 0.20 | $135.00 |
| | | | Code Total | 0.70 | $472.50 |

Duane Morris
December 7, 2009
Page 6

File # K0248-00001                                    INVOICE # 1529720
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/4/2009 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.40 | $302.00 |
| 11/23/2009 | 007 | WS KATCHEN | REVIEW STROOCK EMAIL TO COMMITTEE. | 0.10 | $75.50 |
| | | | Code Total | 0.50 | $377.50 |

Duane Morris
December 7, 2009
Page 7

File # K0248-00001                                    INVOICE # 1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/5/2009 | 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: DUANE MORRIS 33RD INTERIM FEE APPLICATION | 0.10 | $67.50 |
| 11/6/2009 | 012 | AC MAHOLCHIC | REVIEW 93RD MONTHLY APPLICATION OF DUANE MORRIS FOR COMPENSATION FOR OCTOBER 2009. | 0.30 | $91.50 |
| 11/6/2009 | 012 | SL WOLFENDEN | DRAFTED 93RD MONTHLY FEE APPLICATION FOR 10/09. | 1.50 | $330.00 |
| 11/13/2009 | 012 | DS MARRA | PREPARE ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.20 | $30.00 |
| 11/13/2009 | 012 | DS MARRA | ELECTRONICALLY FILE ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK. | 0.20 | $30.00 |
| 11/13/2009 | 012 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $15.00 |
| 11/13/2009 | 012 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMAD REGARDING ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $15.00 |
| 11/30/2009 | 012 | AC MAHOLCHIC | COORDINATE FINAL OF OCTOBER MONTHLY FEE APPLICATION WITH S. WOLFENDEN. | 0.10 | $30.50 |
| | | | Code Total | 2.60 | $609.50 |

Duane Morris
December 7, 2009
Page 8

File # K0248-00001                                    INVOICE #  1529720
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/27/2009 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS AND AGENDA FOR 11/30/09 HEARING | 1.20 | $810.00 |
| | | | Code Total | 1.20 | $810.00 |

Duane Morris
December 7, 2009
Page 9

File # K0248-00001                                                    INVOICE #  1529720
      W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 11/1/2009 017 | MR LASTOWSKI | REVIEW STATUS OF DISTRICT COURT APPEAL (LENDER INTEREST) | 0.20 | $135.00 |
| 11/2/2009 017 | MR LASTOWSKI | REVIEW MORGAN STANLEY POST TRIAL BRIEF | 1.40 | $945.00 |
| 11/2/2009 017 | MR LASTOWSKI | REVIEW MORGAN STANLEY POST TRIAL BRIEF | 0.80 | $540.00 |
| 11/2/2009 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER (2D) RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER (3RD) RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 017 | MR LASTOWSKI | REVIEW KANEB PIPELIN POST TRIAL BRIEF | 0.30 | $202.50 |
| 11/2/2009 017 | MR LASTOWSKI | REVIEW BNSF POST TRIAL BRIEF | 0.20 | $135.00 |
| 11/2/2009 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' POST TRIAL BRIEF | 0.70 | $472.50 |
| 11/2/2009 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING OF THE CREDITORS' COMMITTEE'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/2/2009 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: PREPARATION OF POST CONFIRMATION HEARING MEMORANDUM | 0.10 | $67.50 |
| 11/2/2009 017 | RW RILEY | REVIEW JOINT POST-TRIAL MEMORANDUM OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK LENDER GROUP IN OPPOSITION TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE | 1.00 | $540.00 |
| 11/2/2009 017 | RW RILEY | REVIEW POST-TRIAL CONFIRMATION BRIEFS BY LONG ACRE MASTER FUND, STATE OF MONTANA, HARTFORD AND OTHERS | 1.30 | $702.00 |
| 11/3/2009 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' MAIN POST TRIAL BRIEF | 2.20 | $1,485.00 |
| 11/3/2009 017 | MR LASTOWSKI | REVIEW ONE BEACON POST TRIAL BRIEF | 0.40 | $270.00 |

Duane Morris
December 7, 2009
Page 10

File # K0248-00001                                                    INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S POST TRIAL BRIEF (FEASIBILITY) | 0.30 | $202.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW GEICO'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW THE HARTFORD'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW THE STATE OF MONTANA'S POST TRIAL BRIEF | 0.10 | $67.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW THE CREDITORS' COMMITTEE'S POST TRIAL BRIEF | 0.80 | $540.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE'S POST TRIAL BRIEF | 0.30 | $202.50 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK'S POST TRIAL BRIEF | 0.40 | $270.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW ARROWOOD'S POST TRIAL BRIEF | 0.40 | $270.00 |
| 11/3/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' POST TRIAL BRIEF ADDRESSED TO LIBBY OBJECTIONS | 0.80 | $540.00 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS' MOTION TO INCREASE PAGE LIMITATIONS | 0.10 | $67.50 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW GRACE'S POST TRIAL BRIEF RE: LENDER ISSUES | 0.50 | $337.50 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW FEDERAL INSURANCE COMPANY'S JOINDER IN POST TRIAL BRIEFING | 0.10 | $67.50 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW STATUS OF DISTRICT COURT APPEALS (POST PETITION INTEREST) | 0.20 | $135.00 |
| 11/4/2009 | 017 | MR LASTOWSKI | REVIEW ACC'S JOINDER IN GRACE'S BRIEF RE: LENDER ISSUES | 0.10 | $67.50 |
| 11/5/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: HYPERLINKING BRIEFS | 0.10 | $67.50 |
| 11/6/2009 | 017 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: HYPERLINKED BRIEFS | 0.10 | $67.50 |
| 11/9/2009 | 017 | MR LASTOWSKI | REVIEW POST TRIAL BRIEFS | 1.20 | $810.00 |
| 11/9/2009 | 017 | RW RILEY | REVIEW COMMUNICATION RELATED TO HYPERLINK BRIEFS AND ADDRESS ISSUES RELATED TO NOTICE OF DELIVERY OF HYPERLINK BRIEFS | 0.30 | $162.00 |
| 11/9/2009 | 017 | RW RILEY | REVIEW POST TRIAL CONFIRMATION BRIEFS BY VARIOUS PARTIES | 1.80 | $972.00 |
| 11/10/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: NOTICE OF TRANSMITTAL TO JUDGE FITZGERALD | 0.10 | $67.50 |
| 11/17/2009 | 017 | RW RILEY | REVIEW POST-TRIAL CONFIRMATION BRIEF | 1.00 | $540.00 |
| 11/19/2009 | 017 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: FILING REPLY BRIEF IN OPPOSITION TO CONFIRMATION | 0.10 | $67.50 |
| 11/19/2009 | 017 | MR LASTOWSKI | REVIEW ERRATA SHEET FOR PLAN PROPONENTS BRIEF (LIBBY) | 0.10 | $67.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW AND SIGN COMMITTEE POST PHASE TWO TRIAL MEMORANDUM | 1.30 | $877.50 |

Duane Morris
December 7, 2009
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1529720

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW ERRATA SHEET FOR ANDERSON MEMORIAL HOSPITAL'S POST TRIAL BRIEF RE: FEASIBILITY | 0.10 | $67.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW CNA'S REPLY BRIEF | 0.30 | $202.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW THE STATE OF MONTANA'S REPLY BRIEF | 0.20 | $135.00 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW SEALED AIR'S RESERVATION OF RIGHTS | 0.10 | $67.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW KANEB PIPELINE'S POST TRIAL REPLY | 0.20 | $135.00 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK'S POST TRIAL REPLY | 0.30 | $202.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL' POSTRIAL BRIEF RE: FEASIBILITY | 0.20 | $135.00 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' POST TRIAL REPLY | 0.30 | $202.50 |
| 11/20/2009 | 017 | MR LASTOWSKI | REVIEW GARLOCK'S POST TRIAL REPLY | 0.30 | $202.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW BNSF REPLY BRIEF | 0.20 | $135.00 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW MORGAN STANLEY POST CONFIRMATION REPLY BRIEF | 0.70 | $472.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW ONEBEACON'S POST TRIAL REPLY BRIEF | 0.30 | $202.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW LONGACRE'S POST TRIAL REPLY BRIEF | 0.10 | $67.50 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW ARROWWOOD'S POST TRIAL REPLY BRIEF | 0.20 | $135.00 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS POST TRIAL REPLY BRIEF | 1.20 | $810.00 |
| 11/21/2009 | 017 | MR LASTOWSKI | REVIEW PLAN PROPONENTS POST TRIAL REPLY BRIEF (LENDER ISSUES) | 1.20 | $810.00 |
| | | | Code Total | 25.30 | $16,348.50 |

Duane Morris
December 7, 2009
Page 12

File # K0248-00001                                                    INVOICE #  1529720
        W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/2009 025 | WS KATCHEN | REVIEW DRAFT POST-TRIAL BRIEF. | 1.00 | $755.00 |
| 10/30/2009 025 | WS KATCHEN | REVIEW FINAL CHARTS OF DEPOSITIONS AND PRIOR TESTIMONY DESIGNATIONS. | 0.50 | $377.50 |
| 11/4/2009 025 | WS KATCHEN | REVIEW DOCKET/EMAIL TO DM WILMINGTON OFFICE. | 0.20 | $151.00 |
| 11/4/2009 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI. | 0.10 | $75.50 |
| 11/5/2009 025 | WS KATCHEN | REVIEW JOINT POST-TRIAL MEMO OF OCC AND BANK LENDERS IN OPPOSITION TO CONFIRMATION OF 1ST AMENDED PLAN. | 0.80 | $604.00 |
| 11/6/2009 025 | WS KATCHEN | REVIEW GRACE'S POST TRIAL BRIEF ON BANK LENDER ISSUES. | 0.90 | $679.50 |
| 11/6/2009 025 | WS KATCHEN | EMAIL STROOCK ON 1123(D) AND 1141(D). | 0.40 | $302.00 |
| 11/6/2009 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' MAIN POST-TRIAL BRIEF IN SUPPORT OF CONFIRMATION. | 1.10 | $830.50 |
| 11/6/2009 025 | WS KATCHEN | REVIEW BNSF RY POST TRIAL BRIEF. | 0.20 | $151.00 |
| 11/9/2009 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEF BY PLAN PROPONENTS IN RESPONSE TO LIBBY CLAIMANTS OBJECTIONS TO CONFIRMATION. | 1.10 | $830.50 |
| 11/10/2009 025 | WS KATCHEN | ADDITIONAL REVIEW PLAN PROPONENTS POST-TRIAL BRIEF. | 1.70 | $1,283.50 |
| 11/12/2009 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH EDWARDS PLAINTIFFS. | 0.20 | $151.00 |
| 11/12/2009 025 | WS KATCHEN | REVIEW MOTION RE CANADIAN P.D. CLAIMS. | 0.20 | $151.00 |
| 11/12/2009 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT AGREEMENT WITH SHELDON H. SOLOW, ET AL - ($35 M). | 0.20 | $151.00 |
| 11/12/2009 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ALLIANZ COS. | 0.20 | $151.00 |
| 11/17/2009 025 | WS KATCHEN | REVIEW MOTION TO APPROVE SETTLEMENT ZURICH INSURANCE. | 0.20 | $151.00 |
| 11/17/2009 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA AND DOCKET. | 0.20 | $151.00 |
| 11/21/2009 025 | WS KATCHEN | RESEARCH FOR PLAN ISSUE. | 0.50 | $377.50 |
| 11/21/2009 025 | WS KATCHEN | EMAILS TO A. KRIEGER. | 0.20 | $151.00 |
| 11/21/2009 025 | WS KATCHEN | ADDITIONAL ATTENTION TO ISSUE. | 0.40 | $302.00 |
| 11/23/2009 025 | WS KATCHEN | REVIEW FRESENIUS POST-TRIAL STATEMENT. | 0.50 | $377.50 |
| 11/23/2009 025 | WS KATCHEN | REVIEW POST-TRIAL JOINT REPLY OCC & BANK LENDERS. | 0.50 | $377.50 |

Duane Morris
December 7, 2009
Page 13

File # K0248-00001                                              INVOICE #  1529720
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/23/2009 | 025 | WS KATCHEN | REVIEW GRACE'S POST-TRIAL RESPONSE BRIEF ON PLAN CONFIRMATION ISSUES. | 0.50 | $377.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL STATEMENT AND RESERVATION OF RIGTHS OF SEALED AIR CORPORATION & CRYOVAC, INC.. | 0.10 | $75.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS RESPONSE TO LIBBY CLAIMANTS' POST-TRIAL BRIEF. | 0.40 | $302.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: LONGACRE MASTER FUND. | 0.20 | $151.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: REPLY BRIEF OF GARLOCK SEALING. | 0.20 | $151.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: REPLY OF MORGAN STANLEY SENIOR FUNDING. | 0.30 | $226.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW POST-TRIAL BRIEFS: ANDERSON MEMORIAL HOSPITAL REPLY BRIEF. | 0.10 | $75.50 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' POST-TRIAL REPLY. | 0.40 | $302.00 |
| 11/23/2009 | 025 | WS KATCHEN | REVIEW STATE OF MONTANA POST-TRIAL REPLY BRIEF. | 0.20 | $151.00 |
| 11/24/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW GARLOCK BRIEF. | 0.40 | $302.00 |
| 11/24/2009 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: GARLOCK. | 0.20 | $151.00 |
| 11/24/2009 | 025 | WS KATCHEN | REVIEW 792 F2D 1140 (DISCRIMINATION ISSUE RAISED BY LIBBY CLAIMANTS). | 0.30 | $226.50 |
| 11/24/2009 | 025 | WS KATCHEN | ADDITIONAL REVIEW PLAN PROPONENDS' POST-TRIAL RESPONSE. | 1.20 | $906.00 |
| 11/24/2009 | 025 | WS KATCHEN | REVIEW BNSF POST-TRIAL BRIEF. | 0.20 | $151.00 |
| 11/25/2009 | 025 | WS KATCHEN | ADDITIONAL ANALYSIS STATE OF MONTANA OBJECTION TO PLAN CONFIRMATION. | 0.40 | $302.00 |
| | | | Code Total | 16.40 | $12,382.00 |

Duane Morris
December 7, 2009
Page 14

File # K0248-00001                                    INVOICE #  1529720
        W.R. GRACE & CO.


|  | | |
|---|---|---|
| TOTAL SERVICES | 53.10 | $32,937.00 |

Duane Morris
December 7, 2009
Page 15

File # K0248-00001                                    INVOICE # 1529720
      W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 11/30/2009 | DINNER - LOCAL | | 18.35 |
| | | Total: | $18.35 |
| 11/30/2009 | MEETING EXPENSE | | 65.41 |
| | | Total: | $65.41 |
| 11/30/2009 | COURT SEARCH SERVICE | | 18.06 |
| | | Total: | $18.06 |
| | TOTAL DISBURSEMENTS | | $101.82 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on December 28, 2009, I caused a copy of the foregoing *Ninety-Fourth Monthly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2009 through November 30, 2009* to be served upon the Notice Parties as indicated on the attached service list.

Dated: December 28, 2009
      Wilmington, Delaware

                    **DUANE MORRIS LLP**

                    Michael R. Lastowski

DM3\1228434.1

## W. R. GRACE FEE APPLICATION SERVICE LIST

***Hand Delivery***
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

***Via Overnight Mail***
David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

***Via Overnight Mail***
Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

***Via E-Mail***
william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com