Date: 03/13/10          Legal Analysis Systems, Inc.
Time: 4:00pm                                                      Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
01/05/10  Peterson  / (07) Committee, Creditors'         1.5   1200.00
  #1501   Review forecast of trust claims and payment flows  800.00
          and call Horkovich

01/07/10  Peterson  / (07) Committee, Creditors'         1.1    880.00
  #1502   Memo to Horkovich re: timing of payments       800.00
-----------------------------------------------------------------------

{D0171796.1 }

```
Date: 03/13/10          Legal Analysis Systems, Inc.
Time: 4:00pm                                              Page 2

            W. R. Grace

       Summary Of Time Charges, By Month and Activity
              January 2010 - January 2010


MONTH      ACTIVITY                        HOURS    AMOUNT
-----------------------------------------------------------------
January    - (07) Committee, Creditors'       2.6   2080.00
January    - (99) Total                       2.6   2080.00


Total      - (07) Committee, Creditors'       2.6   2080.00
Total      - (99) Total                       2.6   2080.00


_____
```

```
Date: 03/13/10          Legal Analysis Systems, Inc.
Time: 4:00pm                                              Page 3


          W. R. Grace

      Summary Of Time Charges, By Month and Person
            January 2010 - January 2010
```

| MONTH | PERSON | HOURS | AMOUNT |
|-------|--------|-------|--------|
| January | - Peterson | 2.6 | 2080.00 |
| January | - Total | 2.6 | 2080.00 |
| | | | |
| Total | - Peterson | 2.6 | 2080.00 |
| Total | - Total | 2.6 | 2080.00 |

```
Date: 03/13/10          Legal Analysis Systems, Inc.
Time: 4:00pm                                                  Page 4

              W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                  January 2010 - January 2010
```

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|

(07) Committee, Creditors'

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| January | - Peterson | 2.6 | 800. | 2080.00 |