IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re Docket No. 24394 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 24394

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Ninety-Sixth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2010 through January 31, 2010** [Docket No. 24394] (the "Application") filed on March 2, 2010.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Ninety-Sixth Monthly Fee Application, objections to the Application were to be filed and served no later than March 23, 2010 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\1335048.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $21,378.80, which represents eighty percent (80%) of the requested compensation of $26,723.50, and one hundred percent (100%) of expenses of $81.23 without further order from the court.

Dated: March 25, 2010                              */s/ Michael R. Lastowski*
      Wilmington, Delaware                       Michael R. Lastowski (DE 3892)
                                                                  DUANE MORRIS LLP
                                                                   1100 N. Market Street, Suite 1200
                                                                   Wilmington, DE 19801-1246
                                                                   Telephone:    (302)-657-4942
                                                                   Facsimile:      (302)-657-4901
                                                                   Email: mlastowski@duanemorris.com

                                                                   *Co-Counsel for the Official*
                                                                   *Committee of Unsecured Creditors*