<u>**EXHIBIT B**</u>

**February 2010 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare, travel service fees | $ 58.00 |
| Long Distance/Conference Telephone Charges | $ 892.52 |
| Computerized Legal Research | $ 356.40 |
| Total: | **$1,306.92** |

## ITEMIZED EXPENSES

### Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 2/11/10 | $ 58.00 | Best Travel. Travel change fee re cancellation of February Omnibus hearing |
| Total | $ 58.00 | |

### Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 2/22/10 | $ 61.56 | Sprint – Broadband charges for February 2010 |
| 2/23/10 | $ 59.35 | Long Distance Telephone – February Grace charges |
| 2/28/10 | $ 46.08 | T-Mobile – February cellular charges for Grace |
| 2/28/10 | $ 725.53 | InterCall – February Grace conference call charges |
| 2/28/10 | $ 356.40 | Lexis/Nexus charges for February 2010 |
| Total | $1,248.92 | |

Total February 2010 Expenses: $1,306.92

2