## EXHIBIT A

**February 2010 Fee Detail**

| | | **Matter 3** | | **Business Operations** | |
|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/19/10 | Telephone conference with J. Baer re 2009 10-K issues (.20); exchange correspondence with various parties re same (.30); telephone conference with M. Araki re same (.30). | 0.80 | $475 | $ 380.00 |
| JSB | 2/19/10 | Telephone conference with R. Higgins re 2009 10-K issues (.20). | .20 | $625 | $ 125.00 |
| JSB | 2/20/10 | Review draft 2009 10-K and follow up on issues re same (2.30); prepare comments re same (.80). | 3.10 | $625 | $1,937.50 |
| JSB | 2/22/10 | Review correspondence and information for 2009 10-K claims issues (.50); prepare insert and updated information for the accountants questionnaire letter (.50); confer with T. Freedman and R. Finke re Global Reprinting matter and review order re same (.40); confer with Blackstone re Pension alterations and conference re same (.30); confer with T. Freedman, assemble material and prepare further comments on 2009 10-K (.60); review update of accountants letter (.30). | 2.60 | $625 | $1,625.00 |
| RJH | 2/22/10 | Exchange correspondence with various parties re 10-K filing issues (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 2/23/10 | Review, revise and update accountant's disclosure re claims status (.50); prepare correspondence re same (.30); further confer re same and finalize for submission (.30). | 1.10 | $625 | $ 687.50 |
| Total | | | 8.30 | | $4,992.50 |

| | Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 2/1/10 | Review newly filed pleadings and attend to same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 2/2/10 | Confer with claimant re case status (.20); review and respond to inquiries re caste status (.20); review and attend to newly filed pleadings (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 2/12/10 | Review and organize case files on outstanding Plan and claims issues (2.0); confer re revised 2/16 agenda and related hearing issues (.30) | 2.30 | $625 | $1,437.50 |
| JSB | 2/17/10 | Review and respond to correspondence re conflict inquiries (.30); confer with K. Love re Sealed Air litigation remaining fee project (.30); review status chart re same (.30); prepare correspondence re same (.20). | 1.10 | $625 | $ 687.50 |
| JSB | 2/18/10 | Participate in company call re status of all ongoing matters (.50); confer with T. Freedman re 2009 10-K and follow up re same (.30); review draft 2009 10-K (.50); confer re same (.20). | 1.50 | $625 | $ 937.50 |
| JSB | 2/23/10 | Confer with claimant re case status and ZAI Trust (.20); revise newly filed pleading and attend to same (.30). | 0.50 | $625 | $ 312.50 |
| Total | | | 6.40 | | $4,000.00 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/1/10 | Review follow-up re various employee and other claims issues and other outstanding matters (.30); review revised employee claim notice and confer re same (.30). | .60 | $625 | $ 375.00 |
| RJH | 2/1/10 | Legal analysis re various claims issues (.40); legal analysis re non-U.S. employee claims (.50); revise employee claims resolution protocol notice (.30); exchange correspondence with J. Baer re same (.20); exchange correspondence with A. Krieger re same (.30); telephone conference and exchange correspondence with M. Araki re same (.70); revise Rowe/Indmar stipulation (.50); exchange correspondence with L. Duff re same (.20); telephone conferences with J. Hughes re various claims issues and exchange correspondence with J. Baer re same (2.10); legal research re same (.90). | 6.10 | $475 | $2,897.50 |
| RJH | 2/2/10 | Legal research and analysis re claims issues (1.20). | 1.20 | $475 | $ 570.00 |
| RJH | 2/3/10 | Legal research and analysis re claims issues (1.30); prepare for and participate in telephone conference with E. Moeller and J. Hughes re claims discovery issues (2.10); follow-on telephone conference with J. Hughes re same (.50); revise summary judgment motion and exhibits re same (1.60); legal analysis re employee claims (.30). | 5.80 | $475 | $2,755.00 |
| RJH | 2/4/10 | Review and analyze client documents re various claims and exchange correspondence with various parties re same (1.10). | 1.10 | $475 | $ 522.50 |
| RJH | 2/5/10 | Exchange correspondence with J. Hughes re various claims issues (.70); legal analysis re additional client documents re same (1.30). | 2.00 | $475 | $ 950.00 |
| RJH | 2/8/10 | Analyze various claims issues and exchange correspondence with various parties re same (.90). | .90 | $475 | $ 427.50 |
| JSB | 2/9/10 | Confer with R. Finke re status of remaining claims information and approach (.20); confer with R. Finke re outstanding OCP matters (.20); review COC to Employee Claims Motion, Notice and Order (.30); prepare correspondence re outstanding professional fee issues (.40). | 1.10 | $625 | $ 687.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/9/10 | Draft certificate of counsel re employee claims protocol motion and revise same (3.40); exchange correspondence with various parties re same (.90); telephone conference with J. Hughes re claims issues and follow up re same (.80). | 5.10 | $475 | $2,422.50 |
| JSB | 2/10/10 | Review list of pending matters in light of client inquiry and status/transition call (.80); prepare claims procedures re same (.20). | 1.00 | $625 | $ 625.00 |
| RJH | 2/10/10 | Follow up with various parties re various claims issues (.90); telephone conferences with J. Baer re various claims and other issues (.40). | 1.30 | $475 | $ 617.50 |
| JSB | 2/11/10 | Confer with R. Higgins re comments/issues re claims status charts (.40); revise same (1.20). | 1.60 | $625 | $1,000.00 |
| RJH | 2/11/10 | Telephone conference with J. Hughes re various claims issues(.60); legal analysis re same and draft correspondence re same (1.20); legal analysis re remaining claims and reports relating to same (.60); meet with J. Baer re same (1.00). | 3.40 | $475 | $1,615.00 |
| JSB | 2/12/10 | Confer with R. Higgins re non-asbestos claims status, tax issues and other matters (.30); further revise charts re same (.50); prepare correspondence re non-asbestos claims review (.50); follow up same (.30). | 1.60 | $625 | $1,000.00 |
| RJH | 2/12/10 | Revise certificate of counsel re employee claims procedures motion (.50). | .50 | $475 | $ 237.50 |
| RJH | 2/12/10 | Telephone conference with C. Finke re tax claims and reserves re same (.80); analyze tax claims reports and reconcile same (2.20); telephone conference with J. Baer re claims reports (.50); exchange correspondence with J. Baer and R. Finke re same (.60). | 4.10 | $475 | $1,947.50 |
| JSB | 2/15/10 | Follow up re status of Non-Asbestos Claims summaries and review correspondence re same (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 2/15/10 | Analyze various claims issues (1.10); reconcile tax claim analyses (1.20); analyze and revise claims reports (2.20). | 5.50 | $475 | $2,612.50 |
| JSB | 2/16/10 | Confer with R. Finke, J. McFarland, R. Higgins re status of all outstanding claims and way to proceed re same (.70); review individual proofs of claim re certain contested claims and update summary chart re same (.70). | 1.40 | $625 | $ 875.00 |
| RJH | 2/16/10 | Prepare for and participate in conference call with J. Baer, R. Finke and J. McFarland re claims reports (1.60); analyze employee claims (3.50). | 5.10 | $475 | $2,422.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/17/10 | Review various non-asbestos outstanding litigation claims for follow up and exit chart re same (.50); review and organize various litigation/claims materials (1.0). | 1.50 | $625 | $ 937.50 |
| RJH | 2/17/10 | Analyze claim documentation (1.20); exchange correspondence with S. Whittier and others re same (.70); analyze employee claims (1.90); prepare for and participate in telephone conference with F. Zaremby and M. Araki re same (.90); prepare for and participate in telephone conference with F. Zaremby and E. Lieb re same and follow up on various issues raised in that telephone conference (.60); revise employee claims notice (.60); draft employee claims objection (2.10); legal research re same (.20); follow up with various parties re Grau claim (.30); exchange correspondence with J. Hughes re various claims issues(.30). | 8.80 | $475 | $4,180.00 |
| RJH | 2/18/10 | Analyze employee claims (1.20); prepare for and participate in telephone conference with J. Forgach, E. Lieb, F. Zaremby and M. Araki re same (.90); telephone conferences with E. Lieb and others re Grace employee call center issues (.80); revise employee claims notice (.60); draft employee claims objection (3.50); legal research re same (.50); exchange correspondence with various parties re same (.60). | 8.10 | $475 | $3,847.50 |
| RJH | 2/19/10 | Draft employee claims objection (2.90); legal research re same (1.20); analyze employee claims (.70); exchange correspondence with various parties re same (.50); analyze Claim trial exhibits (.20). | 5.50 | $475 | $2,612.50 |
| JSB | 2/22/10 | Review draft Employee Claims Objection and affidavit re same (.60); provide comments re same (.30); review drafts re Olden Limited Partnership environmental claims settlement agreement and provide comments re same (.80); confer with R. Higgins re Employee Claims objections (.30); review draft Employee e-mail re same and provide comments (.30); review revised Employee Claims Objection (.30). | 2.60 | $625 | $1,625.00 |
| RJH | 2/22/10 | Revise employee benefits claims objection (3.50); prepare for and participate in telephone conference with M. Araki, F. Zaremby et al. re same (1.10); telephone conference with J. Forgach re employee claims and other issues (.70); draft employee e-mail re employee claims objection (.70); review and analyze Aon FAQ (.50); exchange correspondence with J. Hughes re various claims issues (.20). | 6.70 | $475 | $3,182.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/23/10 | Revise employee benefits claims objection and declaration in support thereof (2.50); prepare for and participate in telephone conference with client re same (1.0); revise employee e-mail re employee claims objection (1.10); draft and revise call center FAQS (2.90); review correspondence and participate in telephone conference with J. Hughes re various claims issues (.60); | 8.10 | $475 | $3,847.50 |
| JSB | 2/24/10 | Confer with R. Higgins and T. Freedman (several conferences) re Employee Claim objections (.70); review further revised Employee Benefit Objection materials (.30); confer re Employee Claim issue and review further revised Objection materials re same (.50). | 1.50 | $625 | $ 937.50 |
| RJH | 2/24/10 | Revise employee benefits claim objection and declaration in support thereof (4.30);conference with client re same (.80); revise Notice (1.20). | 6.30 | $475 | $2,992.50 |
| JSB | 2/25/10 | Review final revised Employee Claims Objection and confer re same (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 2/25/10 | Prepare for and participate in telephone conference with J. O'Neill and M. Araki re employee claims omnibus objection (.90); revise same (5.50); prepare same for filing (.70). | 7.30 | $475 | $3,467.50 |
| JSB | 2/26/10 | Review correspondence from Longacre and BMC re unsecured claim inquiry and respond to same (.30). | 0.30 | $625 | $ 187.50 |
| Total | | | 107.10 | | $53,002.50 |

**Matter 8**                    **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 2/4/10 | Revise defined benefits contribution motion and exchange correspondence with various parties re same (.40) | .40 | $475 | $ 190.00 |
| JSB | 2/5/10 | Review correspondence re Pension Plan issues and follow up re same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 2/9/10 | Conference re DB Plan issues and review correspondence re same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 2/10/10 | Confer with R. Higgins and review correspondence re DB Plan and latest employee motion (.30); prepare correspondence re same (.20); review correspondence from client re same (.30). | 0.80 | $625 | $500.00 |
| RJH | 2/10/10 | Revise DB Contribution motion for filing and exchange correspondence with various parties re same (1.20) | 1.20 | $475 | $ 570.00 |
| JSB | 2/11/10 | Confer with A. Krieger and R. Higgins re DC Plan issues and prepare correspondence re same (.30); review further correspondence re DC Plan issues (.30). | 0.60 | $625 | $375.00 |
| RJH | 2/12/10 | File DB Contribution motion (.60). | .60 | $475 | $ 285.00 |
| JSB | 2/23/10 | Participate in conference call re status of Employee Retirement plan options and status (.70); review revised correspondence re Employee claim motion and comments from clients re objection material (.50); final review of Employee claims objection materials (.50); confer re same (.20). | 1.90 | $625 | $1,187.50 |
| Total | | | 6.10 | | $3,482.50 |

**Matter 10**                                    **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/22/10 | Review draft Kaye Scholer application and affidavit (.40); prepare correspondence re same (.20); prepare correspondence re conflicts information re same (.30). | 0.90 | $625 | $ 562.50 |
| JSB | 2/23/10 | Revise draft Kaye Scholer application (.80); prepare comments/correspondence re same (.30). | 1.10 | $625 | $ 687.50 |
| Total | | | 2.00 | | $1,250.00 |

**Matter 11**                                      **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/1/10 | Review January time entries for fee application (.80). | 0.80 | $625 | $ 500.00 |
| JSB | 2/2/10 | Review and supplement 4th Quarterly Fee Application (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 2/2/10 | Prepare fourth quarterly fee application (3.50). | 3.50 | $475 | $1,662.50 |
| RJH | 2/3/10 | Prepare fourth quarterly fee application (.30). | .30 | $475 | $ 142.50 |
| JSB | 2/9/10 | Prepare January Expense Application (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 2/11/10 | Revise and supplement January expense detail (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 2/11/10 | Revise January fee detail (1.50). | 1.50 | $475 | $ 712.50 |
| JSB | 2/15/10 | Review January draft fee application and revise expense request (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 2/16/10 | Prepare January fee application (2.10). | 2.10 | $475 | $ 997.50 |
| RJH | 2/23/10 | Prepare January fee application (1.30). | 1.30 | $475 | $ 617.50 |
| Total |  |  | 11.50 |  | $5,882.50 |

**Matter 12**                                              **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/25/10 | Review charts re outstanding fees from Fraudulent Conveyance case (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 2/26/10 | Review summary charts and pleadings re remaining Fraudulent Conveyance fees (.60). | 0.60 | $625 | $ 375.00 |
| Total | | | 1.00 | | $ 625.00 |

| | | **Matter 13** | | **Financing** | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 2/1/10 | Revise form of Facility Order (1.80); exchange correspondence with S. Tetro re same (.40); exchange correspondence with J. McFarland and A. Krieger re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 2/2/10 | Exchange correspondence with S Tetro and A. Krieger re L/C Facility issues (.90). | .90 | $475 | $ 427.50 |
| RJH | 2/3/10 | Analyze issues and exchange correspondence with various parties re L/C Facility Motion (.70). | .70 | $475 | $ 332.50 |
| JSB | 2/4/10 | Review comments from US Trustee re LC Agreement (.20); confer with R. Higgins re same and related issues (.20); review documents re same (.30); confer with US Trustee and follow up re LC Order (.40); review draft language for order (.20); prepare correspondence re same (.30); review and respond to correspondence re outstanding issues re order (.30): review draft COC re Financing Motion (.30). | 2.40 | $625 | $1,500.00 |
| RJH | 2/4/10 | Exchange correspondence with S. Tetro re L/C Facility Motion (.40); telephone conference with A. Krieger re same (.60); telephone conferences with J. McFarland re same (.80); telephone conferences with J. Baer re same (.30); revise form of Facility Order (1.30); revise form of Facility Agreement (1.50); telephone conference with J. Moran re same and other issues (.60); telephone conference with C. Greco re same (.50); draft certificate of counsel re LC Facility Motion (1.60); exchange correspondence with various parties re same (.60). | 9.20 | $475 | $4,370.00 |
| JSB | 2/5/10 | Confer with R. Higgins re LC Agreement issues (.30); confer with R. Higgins, T. Freedman and C. Greco re same (.40); further confer with various parties re same (.30). | 1.00 | $625 | $ 625.00 |
| RJH | 2/5/10 | Legal research re various L/C Facility issues (1.50); telephone conferences with A. Krieger re same (.80); telephone conferences with T. Freedman et al. re same (.70); revise draft documents re same (2.40). | 5.40 | $475 | $2,565.00 |
| RJH | 2/7/10 | Review and analyze proposed changes to various L/C Facility documents (2.30); exchange correspondence with various parties re same (.70). | 3.00 | $475 | $1,425.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/8/10 | Confer with R. Higgins re LC agreement issues (.30); confer with T. Freedman re same (.20); review A. Krieger comments re same and revised documents (.50); prepare correspondence re same (.30); review further revised DIP Order (.20) | 1.50 | $625 | $ 937.50 |
| RJH | 2/8/10 | Revise Facility Order (1.90); telephone conferences with A. Krieger re same (1.10); exchange correspondence with S. Tetro re same (.50); telephone conferences with J. Baer re same (.30). | 3.80 | $475 | $1,805.00 |
| JSB | 2/9/10 | Review claims inquiry and respond to same re agreement status re Facility Order (.40); confer with T. Freedman, R. Higgins, A. Krieger and UST re final Facility Agreement and Order (.70). | 1.10 | $625 | $ 687.50 |
| RJH | 2/9/10 | Exchange correspondence with S. Tetro, A. Krieger and others re revised Facility Order and analyze legal issues re same (2.60). | 2.60 | $475 | $1,235.00 |
| JSB | 2/10/10 | Review correspondence and confer with R. Higgins re latest changes to financing draft order (.30); review final revisions and correspondence on final issues re same (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 2/10/10 | Exchange correspondence with S. Tetro re Facility Order (.90); exchange correspondence and telephone conferences with A. Krieger re same (2.30); revise various constituent documents (2.50); telephone conference with J. Baer re same (.20); telephone conference with J. McFarland re same (.40). | 6.30 | $475 | $2,992.50 |
| JSB | 2/11/10 | Confer with R. Higgins and review correspondence re final Financing Documents (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 2/11/10 | Exchange correspondence with S. Tetro re Facility Order (.50); exchange correspondence and telephone conferences with A. Krieger re same (2.10); revise various documents and confer with various parties re same (2.30); prepare certificate of counsel for filing (.50). | 5.40 | $475 | $2,565.00 |
| RJH | 2/16/10 | Prepare for and participate in February omnibus hearing re LC Facility matters (2.20); follow up and exchange correspondence with various parties re exhibits to LC Facility order (.70). | 3.50 | $475 | $1,662.50 |
| RJH | 2/17/10 | Follow up and exchange correspondence with various parties re exhibits to LC Facility order (.40). | 0.40 | $475 | $ 190.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 2/22/10 | Telephone conference with K. Valenti re UCC-1 lien search (.50). | 0.50 | $475 | $ 237.50 |
| Total | | | 51.10 | | $25,307.50 |

| | Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| JSB | 2/1/10 | Review 2/16 agenda and provide further comments re same (.30); follow up re issues/arrangements for 2/16 Omnibus hearing (.20). | | 0.50 | $625 | $ 312.50 |
| JSB | 2/2/10 | Prepare memo re 2/16 hearing matters and status (.40); follow up re supplements to same (.20). | | 0.60 | $625 | $ 375.00 |
| JSB | 2/9/10 | Revise 2/16 Agenda and Confer re same (.30); respond to inquiries re same (.20). | | 0.50 | $625 | $ 312.50 |
| JSB | 2/10/10 | Review 2/16 Agenda for team call re same, status and transition (.30); participate in call re same (.30); prepare memo re same (.30); confer re hearing matters (.30). | | 1.20 | $625 | $ 750.00 |
| JSB | 2/11/10 | Confer with Court re 2/16 hearing (.20); prepare correspondence re same (.30); respond to correspondence re same (.20). | | 0.70 | $625 | $ 437.50 |
| JSB | 2/15/10 | Review and organize materials for 2/16 Omnibus hearing (.60); prepare for same (1.50); review summaries re Exit facility and LC Agreement and further review Exit facility letters (1.0). | | 2.10 | $625 | $1,312.50 |
| RJH | 2/15/10 | Prepare LC Facility hearing outline (2.50); prepare notice of errata and exchange correspondence with various parties re same (1.30). | | 3.80 | $475 | $1,805.00 |
| JSB | 2/16/10 | Review materials in preparation for 2/16 Omnibus hearing (.40); participate in 2/16 hearing (.60); follow up on outstanding matters re same (.40). | | 1.40 | $625 | $ 875.00 |
| RJH | 2/19/10 | Analyze issues re L/C Facility closing checklist (.50); telephone conference with M. Sweeney re same (.30); exchange correspondence with M. Sweeney re same (.20); telephone conference with J. McFarland re same (.40). | | 1.40 | $475 | $ 665.00 |
| Total | | | | 12.20 | | $6,845.00 |

**Matter 15**                    **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/1/10 | Review and revise Kaneb 9019 motion and order and correspondence re same (.80); prepare comments and revisions re same (80); review draft Canadian 33rd Officers' report and prepare comments re same (.40); prepare follow up re Canadian special counsel retention (.20); follow up re Longacre matter (.20); revise COC, Order and follow up re pre-trial statement on PD Canadian claims (.30); participate in conference with Samson re Kaneb settlement (.50); review and respond to correspondence re same (.20). | 3.40 | $625 | $2,125.00 |
| JSB | 2/2/10 | Review and respond to correspondence re Canadian issues (.30); review Crown materials re appeal (.50); review and comment on revised versions of PPA and consent decree re Kaneb/Samson (.60); review revised motion and order re Kaneb (.40); prepare comments re all Kaneb documents and issues (.30); confer with R. Higgins re claims status and outstanding issues (.30); review precedent re filing matters under seal for the Kaneb matter (.20); review and respond to further correspondence re Canadian Special Counsel and Crown matters (.30); prepare correspondence re Kaneb issues (.30). | 3.20 | $625 | $2,000.00 |
| JSB | 2/3/10 | Review correspondence re Kaneb settlement documents and respond re same (.30); review Rowe Stipulation (.20); review Crown pleading on Settlement Appeal and record submission (.80); confer with R. Higgins re summary judgment status and issues (.40): confer with R. Spense and E. Mack re Kaneb Agreements and pleadings (.50); review inquiries re PI Trust and Canadian issues and prepare correspondence re same (.30) | 2.50 | $625 | $1,562.50 |
| JSB | 2/4/10 | Review further revisions to Kaneb documents (.60); prepare correspondence re same (.30); participate in call re same (.30); confer with court and other parties re hearing on Canadian Statute of Limitations matter (.20); review and revise versions of Kaneb agreements and provide comments re same (.80); prepare correspondence re Canadian hearing, appeal status and related issues (.30). | 2.50 | $625 | $1,562.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/5/10 | Confer with T. Freedman and R. Finke re Sealed Air/Fresenius comments on Kaneb Stipulation (.40); prepare correspondence re same (.30); review newly revised Kaneb PPA and Consent Decree and comment re same (.60); prepare comments re same (.30); finalize COC, order and pretrial statement re Canadian claim and prepare for filing (.80); review correspondence and revised documents re CNA and One Beacon Stipulations (.30); review draft Canadian Factum re Settlement Appeal (.50); review client comments/questions re CNA and Sealed Air (.20). | 3.40 | $625 | $2,125.00 |
| JSB | 2/7/10 | Review Canadian Factum re appeal issues and comments re same (1.50); review 1/25 transcript re issues in Canadian Factum (.30); prepare comments re same (.70); review most recent versions of the Otis Settlement documents (1.50); review 1/25 Transcript re Special Counsel retention and Settlement issues (.50). | 4.50 | $625 | $2,812.50 |
| JSB | 2/8/10 | Review and respond to correspondence re continued issues with Samson and Kaneb settlement (.30); confer with T. Freedman same (.20); review draft Canadian Factum on Settlement Appeal (.50); review comments on same (.30); participate in call to discuss Canadian Factum and Special counsel matters (.80); participate in call re Kaneb/Samson issues (1.10); prepare correspondence re comments on Canadian Factum (.30); participate in call with R. Finke and R. Spense re Kaneb issues (.30); participate in conference with Samson re Kaneb settlement documents (1.40) | 5.20 | $625 | $3,250.00 |
| JSB | 2/9/10 | Review current revised draft of Otis's consent decree (.30); provide comments re same (.20); prepare revised section 1.8 to PPA Agreement for Otis (.50); review revised Otis PPA (.30); prepare comments re same (.30); review revised Otis Order (.20); prepare comments re same (.10); review correspondence re Pension Plan issues and status (.30). | 2.20 | $625 | $1,375.00 |
| JSB | 2/10/10 | Confer with R. Higgins re status of summary judgment matter (.30); review One Beacon/Seaton revised Stipulation and correspondence re same (.30); prepare response re Seaton Claims objection issue (.30); confer re same and related issues (.40). | 1.30 | $625 | $ 812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/11/10 | Participate in call with T. Freedman and L. Esayian re outstanding litigation issues and transition re same (.30); review most recent correspondence re summary judgment matter (.30); review revised PPA Otis Agreement comments re same and prepare response re issues (.50); review Kaneb Stipulation and prepare correspondence re same (.30); revise Kaneb Stipulation and prepare transmittal re same (.70); review further correspondence re summarily judgment matter (.30); confer with R. Higgins re summary judgment issues (.40); confer with S. Pierce re Consent Decree issues (.30). | 3.10 | $625 | $1,937.50 |
| JSB | 2/12/10 | Review correspondence from Kaneb re consent decree issues (.20); prepare comments re same (.20); confer with T. Freedman re MCC status and other related issues (.30). Review and respond to several inquiries re Kaneb and coordinate filing and transmittal of Amended Stipulation (.50). | 1.20 | $625 | $ 750.00 |
| JSB | 2/16/10 | Confer with T. Freedman re Seaton Claim Objection issue (.20); confer with J. Hughes re Florida claim issues (.20); review most recent comments from Samson re PPA on Otis (.30): follow up and prepare correspondence on same (.30); review and respond re Otis PPA issues (.30). | 1.30 | $625 | $ 812.50 |
| JSB | 2/17/10 | Confer re Seaton Claim objection (.30); prepare agreed Order re same (.50). | .80 | $625 | $ 500.00 |
| JSB | 2/18/10 | Confer re Seaton Claim objection, revise draft order and prepare transmittal re same (.50); revise correspondence questions re Employee Claims objections and respond re same (.30); further revise Seaton Order and reflect comments from counsel (.30); confer with J. Hughes and Florida counsel re strategy (.30); confer with R. Higgins re Employee Claims matters (.30). | 1.70 | $625 | $1,062.50 |
| JSB | 2/23/10 | Prepare COC re Seaton Objection withdrawal (.50); prepare correspondence re same (.20). | 0.70 | $625 | $ 437.50 |
| JSB | 2/24/10 | Prepare National Union Stipulation re Claim settlement (1.50); prepare correspondence and follow up re same (.30); review Multi Site Settlement Agreement and correspondence from Lynn Gardner re Interest Issue on Order of Settlement and respond re same (.80); confer re National Union and claim issues (.20). | 2.80 | $625 | $1,750.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/25/10 | Review and respond to correspondence re Canadian status (.20); confer with Canadian counsel re same (.40); review comments from Longacre re Stipulation resolving their Plan Objections (.30); revise National Union Stipulation and prepare transmittal re same (.40); participate in conference with Longacre re comments on Stipulation re claim and objections (.40); prepare final revisions on Longacre Stipulation and correspondence re same (.50). | 2.20 | $625 | $1,375.00 |
| JSB | 2/26/10 | Review and respond to correspondence re status of discussions with Canadian Representative Counsel (.30); review and revise draft 9019 Motion and Order re Longacre Stipulation (3.50); confer with R. Finke re Global Printing settlement (.30); finalize Longacre Stipulation and prepare transmittal re same (.40); prepare transmittals re 9019 Motion and comments re same (.30). | 4.80 | $625 | $3,000.00 |
| Total | | | 46.80 | | $29,250.00 |

**Matter 16**                     **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/2/10 | Review revised Sealed Air Stipulation and provide comments re same (.30); review draft motion re 502(e) Stipulation (.20); confer with N. Kritzer re same (.20); confer with CNA counsel re same (.10); review transcript re claims issue clarification and prepare correspondence re same (.50); review correspondence re Sealed Air issues (.20). | 1.50 | $625 | $ 937.50 |
| JSB | 2/3/10 | Review correspondence re 502(e) Stipulation and respond re same (.30); confer with D. Boll re Morgan Stanley, Longacre and Confirmation status (.30); confer with T. Freedman re confirmation status and outstanding issues (.20); prepare notice re Neutrality matter (.20). | 1.00 | $625 | $ 625.00 |
| JSB | 2/4/10 | Review 502(e) Stipulation modifications and prepare correspondence re same (.40); review revised One Beacon Stipulation with Sealed Air comments (.30); review correspondence re insurance related stipulations (.30); further revise 502(e) stipulation (.20). | 1.20 | $625 | $ 750.00 |
| JSB | 2/5/10 | Revise 502(e) Stipulation, prepare timetable and prepare for filing (.80); review draft Morgan Stanley Stipulation and prepare correspondence re same (.30); review and respond re further issues re same (.20). | 1.30 | $625 | $ 812.50 |
| JSB | 2/8/10 | Review Plan Objection chart and revise based on pending Stipulations (.50); review pending Stipulations re same (.50) | 1.00 | $625 | $ 625.00 |
| JSB | 2/9/10 | Review further draft stipulations re Plan Objection resolutions (.50); prepare correspondence follow up re Longacre /National Union matter (.30); revise Objection Chart to reflect new Stipulations (.30); confer with C. Finke re Priority Claims interest issue (.20). | 1.30 | $625 | $ 812.50 |
| JSB | 2/10/10 | Review memo on CNA objections outstanding (.20); confer with L. Esayian and T. Freedman re One Beacon Stipulation issues and resolved pending final documentation (1.50); prepare correspondence re same (.20). | 2.30 | $625 | $1,437.50 |
| JSB | 2/11/10 | Review revised Plan objection chart (.80); further revise same (.50). | 1.30 | $625 | $ 812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 2/12/10 | Confer with T. Freedman re plan objection chart and status of various stipulations on Plan Objections (.20); further review Plan Objection chart (.20); review Longacre correspondence re settlement offer and confer re same (.30); prepare correspondence re same (.20); participate in call re Longacre counter offer and issues re same (.40); prepare summary re Longacre/NU claims and negotiations (.30); coordinate conference on Longacre and prepare correspondence re same (.20). | 1.80 | $625 | $1,125.00 |
| JSB | 2/15/10 | Confer with NU Counsel and Longacre counsel re potential resolution of Plan Objections (.40); confer with T. Freedman re status on Plan Stipulations and prepare updated Status report re same (.30); review revised One Beacon/Seaton Stipulation (.30); review correspondence re same (.30). | 1.30 | $625 | $ 812.50 |
| JSB | 2/16/10 | Confer with T. Freedman re revising Plan objection chart to update re all resolutions re same (.30); prepare correspondence re same (.20); review correspondence from Longacre on claim and prepare correspondence re same (.30); assemble Seaton claim objection information and prepare correspondence re same (.40); review and respond to correspondence re Longacre claim issues (.30); confer with T. Freedman re Longacre and Seaton issues (.30); follow up and prepare correspondence (.30). | 2.10 | $625 | $1,312.50 |
| JBS | 2/17/10 | Confer with ACC and FCR re Longacre Objection Settlement and Seaton Claim objection issues (.60); prepare correspondence re same (.30); prepare further correspondence re resolving Longacre and National Union (.50); confer re Plan Objection Chart (.30); confer re Longacre matters (several conferences) (.40). | 2.10 | $625 | $1,312.50 |
| JSB | 2/18/10 | Review correspondence re plan objection chart and confer re same (.30); prepare Stipulation re Longacre settlement (1.50); revise same (.50); prepare transmittal re same (.30); review correspondence from National Union and respond re same (.30). | 2.90 | $625 | $1,812.50 |
| JSB | 2/22/10 | Revise draft Longacre Stipulation based on T. Freedman comments and prepare correspondence re same (.50); review comments from FCR/ACC and further revise Longacre Stipulation (.30). | 0.80 | $625 | $ 500.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/23/10 | Review correspondence re various issues on Longacre settlement and respond to same (.40); review further comments on Longacre agreements and further revise same (.30); prepare correspondence re same (.30); review draft summary objection chart and correspondence re same (.40); prepare comments re same (.30); review correspondence re Seaton issues and respond to same (.30). | 2.00 | $625 | $1,250.00 |
| JSB | 2/24/10 | Review revised objection chart and summary re same (.90); prepare correspondence re same (.30); review draft CNA Stipulation re Reimbursement Agreements (.20); review draft appendix to Plan Objection chart (.50); prepare comments re same (.20); prepare correspondence re Canada status (.20); prepare COC re Canada correspondence re same (.60); review correspondence re same (.20). | 3.10 | $625 | $1,937.50 |
| JSB | 2/25/10 | Review Grace Plan on Canadian issues and prepare correspondence re same (.40); finalize COC on Canadian appeal and prepare correspondence transmitting final for filing (.60); review revised objection chart and appendix and prepare comments re same (.90); prepare draft motion re Longacre Plan Objections and claim and revise same (1.90). | 3.80 | $625 | $2,375.00 |
| JSB | 2/26/10 | Prepare correspondence re status of objection summary (.30). | 0.30 | $625 | $ 187.50 |
| Total | | | 31.10 | | $19,437.50 |

| Category | | Total |
|---|---|---|
| Total hours for all matters | | 283.60 |
| Total amount billed for all matters | | $154,075.00 |

| Attorney | Hours | | Amount |
|---|---|---|---|
| JSB Total | 129.10 | | $80,687.50 |
| RJH Total | 154.50 | | $73,387.50 |
| Total for Matters | 283.60 | | **$154,075.00** |