# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# FEBRUARY 1-28, 2010



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 16, 2010
Client No. 17367
Invoice No. 1240285

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through February 28, 2010 in connection with the matters described on the attached pages: | $ | 244,555.50 |
| DISBURSEMENTS as per attached pages: | | 3,498.55 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **248,054.05** |

Matter(s): 17367/10, 11, 12, 13, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,186,706.54
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | *Wire Transfers Only:* | *ACH Transfers Only:* |
| *4253 Collections Center Drive* | *ABA Number 0260-0959-3* | *ABA Number 121-000358* |
| *Chicago, IL 60693* | *Bank of America* | *Bank of America* |
| *Reference: 17367/ Invoice: 1240285* | *100 West 33rd Street, NY, NY 10001* | *San Francisco Main Branch* |
| *E.I.N. 94-2952627* | *Account of* | *Account of* |
| *Overnight deliveries: (312) 974-1642* | *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* |
| | *Account Number: 1499410382* | *Account Number: 1499410382* |
| | *Reference: 17367/ Invoice: 1240285* | *Reference: 17367/ Invoice: 1240285* |
| | *E.I.N. 94-2952627* | *E.I.N. 94-2952627* |



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 16, 2010
Client No. 17367
Invoice No. 1240285

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 28, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 02/01/10 | P. Mahaley | Prepare for conference with counsel for insurer re settlement terms (3.1); confer with counsel for insurer re settlement terms and re draft settlement agreement (1.1). | 4.20 |
| 02/02/10 | K. Suomela | Create present value calculations for negotiations with insurer. | 1.00 |
| 02/02/10 | D. Felder | Attention to insurance settlement issues for P. Mahaley. | 2.50 |
| 02/02/10 | P. Mahaley | Prepare for and confer with R. Frankel and D. Felder re global settlement strategy re insurers and third-party objectors (1.2); develop approach to global settlement strategy (.8); analyze potential counter-offer to insurer (.9). | 2.90 |
| 02/04/10 | P. Mahaley | Draft summary of considerations relevant to settlement strategy with insurers and other third-party objectors (1.6); begin reviewing insurer proposed changes to settlement agreement (.8). | 2.40 |
| 02/05/10 | P. Mahaley | Draft revisions to insurance settlement agreement (3.1); draft insurance settlement agreement (2.9). | 6.00 |
| 02/08/10 | P. Mahaley | Analyze proposed insurer settlement issues (.8); confer with counsel for ACC re same (.9); draft insurance settlement agreements (1.7). | 3.40 |
| 02/09/10 | P. Mahaley | Draft insurance settlement agreements (2.3); analyze insurance settlement terms (1.2); attend to preparation of claim against insolvent insurer (.4). | 3.90 |
| 02/09/10 | R. Frankel | Review insurer's financial report. | 0.80 |
| 02/11/10 | P. Mahaley | Analyze proposed settlement strategy. | 0.50 |
| 02/13/10 | P. Mahaley | Analyze settlement proposal (1.0); analyze proposed insurance settlement term sheet (1.0). | 2.00 |
| 02/15/10 | P. Mahaley | Analyze insurer settlement agreement. | 0.30 |
| 02/16/10 | P. Mahaley | Confer with insurer counsel re settlement and report to R. Frankel and R. Wyron re same. | 0.80 |
| 02/17/10 | P. Mahaley | Prepare for and confer with R. Wyron re status of insurance settlement negotiations. | 1.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

March 16, 2010
Invoice No. 1240285

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/23/10 | P. Mahaley | Prepare for and conduct telephone conference with insurer counsel re terms of settlement (1.8); analyze proposed settlement terms with objecting insurers (3.6); confer with counsel for ACC re proposed settlements (3.3). | 8.70 |
| 02/24/10 | K. Suomela | Analyze proposed insurance settlements. | 1.50 |
| 02/24/10 | P. Mahaley | Analyze settlement position re various insurers (3.8); analyze proposed changes to insurance settlement agreement (1.5). | 5.30 |
| 02/25/10 | K. Suomela | Office conference with P. Mahaley regarding proposed insurance settlements. | 2.00 |
| 02/25/10 | P. Mahaley | Analyze and develop settlement strategy re insurer (3.5); analyze and prepare response to proposed changes to insurer settlement agreement (3.6). | 7.10 |
| 02/26/10 | P. Mahaley | Analyze potential settlement terms with insurer and outline key terms for draft settlement agreement (2.5); revise insurance settlement agreement (1.5); analyze proposed changes to settlement agreement (.6). | 4.60 |

Total Hours   61.30
Total For Services                 $38,548.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.50 | 645.00 | 1,612.50 |
| Roger Frankel | 0.80 | 985.00 | 788.00 |
| Peri N. Mahaley | 53.50 | 650.00 | 34,775.00 |
| Kirt D. Suomela | 4.50 | 305.00 | 1,372.50 |
| Total All Timekeepers | 61.30 | $628.84 | $38,548.00 |

| Disbursements | |
|---|---|
| Document Reproduction | 0.30 |
| Express Delivery | 96.40 |
| Telephone | 1.08 |
| Travel Expense, Air Fare | 388.00 |
| Total Disbursements | $485.78 |

Total For This Matter                 $39,033.78



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

March 16, 2010
Invoice No. 1240285

For Legal Services Rendered Through February 28, 2010 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 02/01/10 | D. Felder | Review Debtors' draft pension motion (.2); consider issues regarding same (.5); telephone conference with J. Radecki regarding same (.1); follow-up regarding same (1.5); e-mail correspondence with P. Mahaley regarding objector issues (.8); review draft stipulation and motion to approve same (1.0); e-mail correspondence regarding same (.5). | 4.60 |
| 02/01/10 | R. Frankel | Review Debtors' draft motion to contribute to Defined Benefit Pension Plan, e-mails re same. | 0.70 |
| 02/01/10 | R. Frankel | Review Grace Petition for Rehearing before 3rd Circuit in Chakarian matter. | 1.30 |
| 02/01/10 | R. Frankel | Series of e-mails re Seaton-One Beacon stipulation, Arrowood appeal. | 0.30 |
| 02/01/10 | R. Frankel | Review, prepare notes, consider global term sheet for settlement. | 1.70 |
| 02/02/10 | D. Fullem | Review e-mail from R. Frankel; research Grace SEC filings regarding 4Q and 09 full year results; download information; e-mail same to R. Frankel. | 0.50 |
| 02/02/10 | D. Felder | Conference with R. Frankel and P. Mahaley regarding strategy and next steps (.8); follow-up regarding same (1.5); telephone conference with J. Kimble regarding research issues (.1); telephone conference with J. Radecki regarding pension issues (.1); follow-up with R. Frankel regarding same (.1); review successor claims stipulation and e-mail comments to Orrick team and other Plan Proponents (1.0); attention to settlement issues (3.5); review e-mail correspondence regarding insurance neutrality (.5). | 7.60 |
| 02/02/10 | R. Frankel | Confer with D. Felder, P. Mahaley re global settlement issues; notes re same. | 0.80 |
| 02/02/10 | R. Frankel | Review issues with D. Felder re objector, defined benefit plan. | 0.30 |
| 02/02/10 | R. Frankel | Review Stipulation and Agreed Order (further draft) with objector, e-mails re same. | 0.60 |
| 02/02/10 | R. Frankel | Review 4th quarter release, financials. | 0.70 |
| 02/02/10 | R. Frankel | Review analysis in preparation for insurance settlement meeting (.5); notes re same (.3). | 0.80 |
| 02/02/10 | R. Frankel | Review issues re global term sheet. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

March 16, 2010
Invoice No. 1240285

| 02/02/10 | R. Frankel | Review draft motion to approve 502(e) stipulation and review stipulation. | 0.60 |
|---|---|---|---|
| 02/03/10 | D. Felder | Telephone conference with J. Radecki regarding research issues (.1); attention to settlement agreements for P. Mahaley (.5); review various stipulations and motion to approve same and e-mail correspondence regarding same (2.0); attention to settlement issues (3.0); conference with R. Frankel regarding same (.1). | 5.70 |
| 02/03/10 | R. Frankel | Review transcript, draft e-mail notice to insurers re insurance neutrality language. | 0.60 |
| 02/03/10 | R. Frankel | Telephone conferences with D. Cohn, J. Heberling re various issues (.5); notes re same (.3); review telephone conference with D. Felder (.2). | 1.00 |
| 02/03/10 | R. Frankel | Revise terms of global term sheet. | 1.70 |
| 02/04/10 | D. Fullem | Review e-mail from R. Frankel regarding 8K filed by Grace; review same. | 0.40 |
| 02/04/10 | D. Fullem | Review e-mail from R. Frankel regarding latest SEC filing. | 0.10 |
| 02/04/10 | D. Felder | Attention to settlement issues (3.0); review draft insurance settlement agreement (.5). | 3.50 |
| 02/04/10 | R. Frankel | Review J. Baer e-mail and CNA stipulation. | 0.60 |
| 02/04/10 | R. Frankel | Review various memos in preparation for meeting with J. Aldock, M. Gianotto (1.1); review memo from J. Radecki re financial issues (.5). | 1.60 |
| 02/04/10 | R. Frankel | Confer with J. Aldock, M. Gianotto. | 1.80 |
| 02/04/10 | R. Frankel | Prepare notes from meeting (.4); confer with P. Mahaley re same (.3). | 0.70 |
| 02/04/10 | R. Frankel | Review revised Seaton-One Beacon stipulation, series of e-mails re same. | 0.70 |
| 02/05/10 | D. Fullem | Research 8K filing. | 0.30 |
| 02/05/10 | D. Felder | Attention to settlement issues and prepare memorandum regarding same. | 4.50 |
| 02/05/10 | R. Frankel | Exchange series of e-mails with C&D attorneys re next steps regarding objector. | 0.30 |
| 02/05/10 | R. Frankel | Review notes from call with D. Cohn and issues; draft e-mail memo re open issues to E. Inselbuch. | 1.60 |
| 02/05/10 | R. Frankel | Exchange series of e-mails re Grace pension motion (.3); review motion attached (.3) | 0.60 |
| 02/06/10 | R. Frankel | Exchange series of e-mails with J. Radecki, P. Mahaley re financial condition. | 0.60 |
| 02/06/10 | R. Frankel | Review and analyze e-mails from E. Inselbuch, P. Lockwood re settlement issues (.6); prepare notes re same (.5). | 1.10 |
| 02/07/10 | R. Frankel | Review, edit memo from D. Felder, P. Mahaley re positions in connection with global settlement issues. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

March 16, 2010
Invoice No. 1240285

| | | | |
|---|---|---|---|
| 02/08/10 | D. Fullem | Review e-mail from R. Frankel regarding insurer's year end earnings results; research and review same. | 0.50 |
| 02/08/10 | D. Fullem | Review docket; circulate updates. | 0.20 |
| 02/08/10 | D. Felder | Telephone conference with ACC regarding settlement issues. | 0.80 |
| 02/08/10 | R. Wyron | Review e-mails on settlement issues and draft response. | 0.50 |
| 02/08/10 | R. Frankel | Review 502(e) stipulation as filed. | 0.30 |
| 02/08/10 | R. Frankel | Send follow-up e-mails to R. Wyron, e-mail to D. Felder re objector issues. | 0.40 |
| 02/08/10 | R. Frankel | Telephone conference call with E. Inselbuch, Lockwood, D. Felder, P. Mahaley re objector issues (.7); notes re same (.2). | 0.90 |
| 02/08/10 | R. Frankel | Review series of e-mails re objector issues in preparation for E. Inselbuch conference call. | 0.80 |
| 02/08/10 | R. Frankel | Review series of draft settlement term sheets, settlement agreements. | 1.10 |
| 02/08/10 | R. Frankel | Review revised global settlement term sheet. | 1.30 |
| 02/09/10 | D. Fullem | Review e-mail from R. Frankel; research regarding asbestos issues. | 0.20 |
| 02/09/10 | D. Fullem | Review D. Felder e-mail to update service list as to A. Rich. | 0.20 |
| 02/09/10 | D. Felder | Attention to settlement issues with various objectors and review materials regarding same. | 3.50 |
| 02/09/10 | R. Frankel | Review/consider R. Wyron e-mail memo regarding Libby related issues (.8); prepare notes regarding settlement scenarios (.4). | 1.20 |
| 02/09/10 | R. Frankel | Draft e-mail memo to E. Inselbuch, et al. regarding settlement alternatives (.8); series of e-mails regarding same (.3). | 1.10 |
| 02/09/10 | R. Frankel | Telephone conference with R. Wyron regarding Grace issues. | 0.30 |
| 02/09/10 | R. Frankel | Review draft language from D. Felder regarding settlement (.3); series of e-mails regarding same (.4); review exemplary complaint v. objectors (.5). | 1.20 |
| 02/10/10 | R. Frankel | Review agenda for February omnibus (.3); e-mails with T. Freedman regarding status of Canadian ZAI issues (.4). | 0.70 |
| 02/10/10 | R. Frankel | Review draft term sheet, open issues (.5); exchange e-mails with D. Glosband (.1). | 0.60 |
| 02/10/10 | R. Frankel | Exchange series of e-mails with R. Wyron regarding Montana issues. | 0.40 |
| 02/10/10 | R. Frankel | Prepare different scenarios for settlement. | 0.80 |
| 02/10/10 | R. Frankel | Review e-mails, draft stipulation with Seaton--One Beacon (.9); exchange of e-mails with P. Lockwood (.3). | 1.20 |
| 02/10/10 | R. Frankel | Review Bank of America Facility Agreement changes, order, certificate of counsel. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

March 16, 2010
Invoice No. 1240285

| 02/10/10 | R. Frankel | Review memo from E. Inselbuch regarding objector issues (.9); consider settlement issues (.6). | 1.50 |
|---|---|---|---|
| 02/11/10 | D. Fullem | Prepare docket update and circulate. | 0.20 |
| 02/11/10 | D. Felder | Attention to settlement issues and e-mail correspondence regarding same (2.1); review stipulation with Kaneb and e-mail correspondence regarding same (.3). | 2.40 |
| 02/11/10 | R. Wyron | Review e-mails re proposed settlement (.6); confer with R. Frankel re settlement issues and follow-up (.6). | 1.20 |
| 02/11/10 | R. Frankel | Review, exchange series of e-mails regarding Seaton--One Beacon, February omnibus hearing. | 0.70 |
| 02/11/10 | R. Frankel | Review, consider further settlement issues with objectors. | 0.70 |
| 02/11/10 | R. Frankel | Telephone conference with R. Wyron regarding settlement issues memo (.5); notes regarding same (.1). | 0.60 |
| 02/11/10 | R. Frankel | Prepare memo to E. Inselbuch regarding various settlement alternatives. | 1.70 |
| 02/11/10 | R. Frankel | Review Kaneb stipulation for filing (.4); series of e-mails regarding same (.2). | 0.60 |
| 02/12/10 | D. Felder | Conference with R. Frankel regarding settlement issues and follow-up regarding same (1.5); attention to settlement issues and prepare memorandum regarding same (2.0). | 3.50 |
| 02/12/10 | R. Frankel | Confer with D. Felder re settlement issues (.5); prepare notes re same (.3). | 0.80 |
| 02/12/10 | R. Frankel | Telephone conference with D. Cohn (.4); prepare notes re conversation (.5). | 0.90 |
| 02/12/10 | R. Frankel | Review series of e-mails re Grace defined benefit plan. | 0.30 |
| 02/13/10 | R. Frankel | Telephone conference with J. Radecki re financial condition of insurer, earnings report, settlement provision (.2); review Fuller Austin provision (.4); notes re same (.3). | 0.90 |
| 02/13/10 | R. Frankel | Review term sheet (.9); prepare detailed e-mail to team re term sheet (.6). | 1.50 |
| 02/13/10 | R. Frankel | Review, prepare notes re objector term sheet. | 1.60 |
| 02/14/10 | R. Frankel | Review objector's memo, e-mail re settlement issues. | 1.60 |
| 02/15/10 | D. Felder | Prepare memorandum regarding settlement issues. | 3.00 |
| 02/15/10 | R. Wyron | Review open settlement issues re objectors and notes regarding same (1.3); prepare for call regarding objector (.4). | 1.70 |
| 02/15/10 | R. Frankel | Review revised Seaton-One Beacon stipulation (.6); telephone conference with T. Freedman re same, omnibus hearing (.3). | 0.90 |
| 02/15/10 | R. Frankel | Review agenda in preparation for telephone hearing. | 0.30 |
| 02/15/10 | R. Frankel | Review series of e-mails, attachments from J. Sinclair re Grace pension plan. | 0.80 |
| 02/16/10 | D. Fullem | Review docket update and circulate to parties. | 0.20 |
| 02/16/10 | D. Felder | Telephonic participation in omnibus hearing (.5); attention to settlement issues (2.4). | 2.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

March 16, 2010
Invoice No. 1240285

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/16/10 | R. Wyron | Review objector's settlement memo and prepare for call (.4); confer with R. Frankel regarding strategy and open issues and follow up (.7); attend telephonic hearing on plan issues (.4); call with ACC counsel on potential settlements and follow up (.8); review and revise term sheet and draft settlement documents and follow up (1.9); work on Longacre issues for call with Debtors (.3); review term sheet and outline open issues (.9); call with P. Lockwood on potential settlements and follow up (1.1); review e-mails on pending issues (.8); review Seaton-One Beacon stipulation and outline open issues (.6). | 7.90 |
| 02/16/10 | R. Frankel | Review series of e-mails and memos re settlement issues in preparation for call with E. Inselbuch. | 0.70 |
| 02/16/10 | R. Frankel | Prepare markup of term sheet. | 0.90 |
| 02/16/10 | R. Frankel | Telephone conference with R. Wyron re potential settlements(.4); notes re same (.1). | 0.50 |
| 02/16/10 | R. Frankel | Attend telephonic omnibus hearing (.7); notes re same (.1). | 0.80 |
| 02/16/10 | R. Frankel | Telephone conference with E. Inselbuch, P. Lockwood, R. Wyron re settlement issues (.6); notes re same (.2); telephone conference with R. Wyron re same (.3). | 1.10 |
| 02/16/10 | R. Frankel | Review materials re potential settlement (.4); review R. Wyron edits to settlement term sheet, TDP, call with ACC counsel (.5). | 0.90 |
| 02/16/10 | R. Frankel | Review R. Wyron e-mail attachments re revised settlement proposal. | 0.60 |
| 02/17/10 | D. Felder | Attention to correspondence regarding settlement issues (1.2); review draft stipulation from Debtors (.3). | 1.50 |
| 02/17/10 | R. Wyron | Confer with P. Mahaley on insurance settlements and other open items and follow-up (.8); review status chart on settlements (.2); confer with R. Frankel regarding pending settlements, and follow up (.7); call with Debtors regarding Seaton objection and Longacre issues (.6); review Seaton claim and objection, and respond to e-mail regarding same (.4); confer with P. Lockwood on settlement issues and e-mail regarding same (.8); work on analysis of global settlement issues (1.2); organize outline of open items (.6). | 5.30 |
| 02/17/10 | R. Frankel | Telephone conference with J. Baer, T. Freedman, P. Lockwood, R. Wyron re Longacre, Seaton proof of claim (.6); prepare notes re same (.1). | 0.70 |
| 02/17/10 | R. Frankel | Review proposed term sheet in preparation for call with R. Wyron. | 0.50 |
| 02/17/10 | R. Frankel | Telephone conference with R. Wyron re settlement issues, Longacre settlement. | 0.60 |
| 02/18/10 | D. Fullem | Prepare docket updates and circulate same to parties. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

March 16, 2010
Invoice No. 1240285

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/18/10 | D. Felder | Attention to various stipulations and issues regarding various objectors' claims. | 2.00 |
| 02/18/10 | R. Wyron | Draft response to proposed term sheet (1.4); prepare notes for call with objector (.4); call with D. Glosband and P. Lockwood, and follow up (1.2); call with A. McMillan regarding TDP changes (.4); call with P. Lockwood on settlement issues and follow up (.3); review correspondence from F. Monaco (.4); review analysis of Montana claims (.3); review draft stipulation and follow up (.6); review Longacre settlement issues (.3); revise outline of global deal (.6). | 5.90 |
| 02/18/10 | R. Frankel | Series of e-mails re proposed settlements. | 0.80 |
| 02/19/10 | D. Fullem | Prepare docket update and circulate to parties. | 0.20 |
| 02/19/10 | D. Felder | Review draft stipulation regarding successor claims (.2); attention to objectors' claims (1.0); e-mail correspondence with Debtors regarding same (.1); conference with R. Wyron regarding update and next steps (.3). | 1.60 |
| 02/19/10 | R. Wyron | Review and comment on draft successor claims stipulation (.8); review Montana law on indemnity (1.3); calls with D. Glosband and P. Lockwood and follow up (2.6); review term sheet and follow up (.9); review data on insurer (.5); review remaining Seaton-One Beacon issue and follow up on draft stipulation (.6). | 6.70 |
| 02/19/10 | R. Frankel | Review series of e-mails in connection with potential settlements. | 0.60 |
| 02/19/10 | R. Frankel | Review 3rd Circuit opinion re Montana (.2); review consent order withdrawing objection re Seaton (.2). | 0.40 |
| 02/19/10 | R. Frankel | Review letter from F. Monaco (.7); prepare notes re same (.4). | 1.10 |
| 02/21/10 | D. Felder | Review case law for R. Frankel. | 0.10 |
| 02/21/10 | R. Wyron | Review revised settlement proposal and organize comments. | 0.80 |
| 02/21/10 | R. Frankel | Review Montana issues. | 1.30 |
| 02/22/10 | D. Felder | Review objectors' claims and e-mail correspondence regarding same (2.0); review draft stipulation and note issues regarding same (.5); review follow-up correspondence regarding same (.4); review various term sheets regarding potential settlement (.5); prepare for conference with R. Frankel and R. Wyron regarding update and next steps (1.0); conference with R. Frankel and R. Wyron regarding same (1.1); e-mail correspondence regarding Canada and various objectors (.1). | 5.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

March 16, 2010
Invoice No. 1240285

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/22/10 | R. Wyron | Revise settlement proposal and circulate (.9); confer with D. Felder and R. Frankel on strategy, pending items and pending settlements, and follow up (1.2); calls and e-mails with P. Lockwood on issues, and follow up (.8); further revise objector's term sheet (.7); review Longacre stipulation and provide comments, and follow up e-mail regarding same (1.1); review insurer issues and follow up (.6); review and respond to e-mails regarding pension issues (.3); call with D. Cohn and follow up (.5). | 6.10 |
| 02/22/10 | R. Frankel | Confer with R. Wyron re settlement issues. | 0.40 |
| 02/22/10 | R. Frankel | Confer with R. Wyron, D. Felder re status of various settlement discussions (.9); notes re same (.2). | 1.10 |
| 02/22/10 | R. Frankel | Review several revised versions of draft term sheet, e-mails re same. | 1.30 |
| 02/22/10 | R. Frankel | Review proposed stipulation with Longacre (.6); series of e-mails re same (.3). | 0.90 |
| 02/22/10 | R. Frankel | Review new term sheet draft (.9); notes re same (.3). | 1.20 |
| 02/23/10 | D. Fullem | Prepare docket update and circulate same. | 0.20 |
| 02/23/10 | D. Felder | Correspondence with J. Baer regarding updates (.2); telephone conference with Debtors and financial advisors regarding pension issues (.5); follow-up telephone conference with J. Radecki regarding same (.1); follow-up e-mail correspondence regarding same (.2); review open issues and notes regarding same (1.3); attention to draft stipulation with objector and draft term sheets (2.5); prepare for conference with P. Lockwood regarding open issues and strategy (1.0); conference with P. Lockwood regarding open issues and strategy (3.0); follow-up regarding same (.8). | 9.60 |
| 02/23/10 | R. Wyron | Prepare for meeting with P. Lockwood on pending issues (1.1); confer with R. Frankel on strategy and follow up (.4); meet with P. Lockwood on open issues (2.3); follow up on P. Lockwood meeting (.3); confer with R. Frankel and P. Mahaley on insurer strategy and follow up (.3); review proposed stipulations with Morgan Stanley and respond to D. Boll (.4); review term sheet and organize comments (.6); review term sheet stipulations and provide comments (.2); review and revise proposed term sheet (.6). | 6.20 |
| 02/23/10 | R. Frankel | Review e-mail, stipulation re objector, plan change. | 0.30 |
| 02/23/10 | R. Frankel | Review final draft Longacre stipulation. | 0.40 |
| 02/23/10 | R. Frankel | Review Morgan Stanley stipulation from D. Boll. | 0.40 |
| 02/23/10 | R. Frankel | Prepare for P. Lockwood meeting (.7); confer with R. Wyron re same (.3). | 1.00 |
| 02/23/10 | R. Frankel | Confer with R. Wyron, P. Lockwood, D. Felder, P. Mahaley re Grace status. | 2.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

March 16, 2010
Invoice No. 1240285

| 02/23/10 | R. Frankel | Confer with R. Wyron, P. Mahaley re settlement issues. | 0.70 |
| 02/23/10 | R. Frankel | Prepare notes re P. Lockwood meeting (.4); review e-mail re Grace pension motion (.2). | 0.60 |
| 02/23/10 | R. Frankel | Review e-mails re settlement issues (.2); review e-mails re insurer settlement issues (.2). | 0.40 |
| 02/24/10 | D. Fullem | Prepare docket updates and circulate to parties. | 0.20 |
| 02/24/10 | D. Felder | Review case law regarding Montana and related issues (1.0); attention to Debtors' objection to MCC claims and related documents (1.5); review National Union stipulation and e-mail correspondence from J. Baer and R. Wyron regarding same (.5). | 3.00 |
| 02/24/10 | D. Felder | Review various hearing transcripts, pleadings and order regarding Royal settlement and e-mail correspondence with R. Frankel regarding same. | 2.10 |
| 02/24/10 | R. Wyron | Review updated e-mail on status and organize notes for calls (.4); call with M. Giannotto on Section 7.2.2(d)(iv) stipulation (.3); call with D. Glosband follow up (.8); call with D. Cohn and follow up (.7); confer with R. Frankel regarding strategy and follow up e-mails regarding same (.6); review and sign off on Morgan Stanley stip (.2); begin review of draft settlement documents and follow up (.8). | 4.80 |
| 02/24/10 | R. Frankel | Confer with R. Wyron re pending settlements, plan issues. | 1.10 |
| 02/24/10 | R. Frankel | Review settlement scenarios in preparation for meeting. | 1.30 |
| 02/24/10 | R. Frankel | Review revised settlement agreement, TDP (1.6); confer with R. Wyron re issues (.6). | 2.20 |
| 02/24/10 | R. Frankel | Prepare issues list for meeting/call with K&E. | 0.90 |
| 02/25/10 | D. Fullem | Prepare docket updates and circulate to parties. | 0.20 |
| 02/25/10 | D. Fullem | Research; download; and send PDF of 10K filed by Grace to R. Frankel. | 0.20 |
| 02/25/10 | D. Felder | Review e-mail correspondence and attached documents regarding proposed settlements with objectors. | 2.00 |
| 02/25/10 | R. Wyron | Review additional stipulations and provide comments (.3); revise draft settlement documents (1.9); e-mails to and from ACC counsel regarding issues (.4); review comments on insurer settlement draft and follow up (.5); confer with R. Frankel and P. Mahaley regarding settlement issues and follow up (.5); review draft agreement re potential settlement (.3); follow up on documents (.3). | 4.20 |
| 02/25/10 | R. Frankel | Series of e-mails, telephone conferences with P. Mahaley in preparation for J. Aldock meeting (1.4); notes re same (.4). | 1.80 |
| 02/25/10 | R. Frankel | Review revised draft settlement agreement (.8); confer with R. Wyron re same (.3). | 1.10 |
| 02/25/10 | R. Frankel | Review transcript, order re Royal settlement. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

March 16, 2010
Invoice No. 1240285

| | | | |
|---|---|---|---|
| 02/25/10 | R. Frankel | Confer with P. Mahaley, R. Wyron re settlement issues, prepare for meeting with J. Aldock (.9); notes re same (.4). | 1.30 |
| 02/25/10 | R. Frankel | Review revised draft settlement agreement, e-mails re TDP with R. Wyron, P. Lockwood. | 0.40 |
| 02/25/10 | R. Frankel | Review correspondence in preparation for meeting with J. Aldock. | 0.80 |
| 02/25/10 | R. Frankel | Review revised TDP from A. McMillan. | 0.40 |
| 02/25/10 | R. Frankel | Confer with J. Aldock. | 2.70 |
| 02/26/10 | D. Fullem | Prepare docket updates and circulate to parties. | 0.20 |
| 02/26/10 | D. Felder | Conference with R. Wyron regarding update (.2); review draft 9019 motion for Longacre stipulation and e-mail correspondence from P. Lockwood regarding same (.8); attention to settlement issues (1.4); review e-mails and related documents regarding potential settlement (1.0); review e-mail correspondence regarding potential settlement (.5). | 3.90 |
| 02/26/10 | R. Wyron | Work on settlement issues (2.7); review and revise draft settlement agreement and TDP (.8); call with D. Cohn and follow up (.6); confer with R. Frankel regarding strategy and e-mails regarding same (.3); confer with R. Frankel and P. Mahaley regarding potential settlement and follow up (.6); review Longacre stip and respond to e-mails regarding same (.4). | 5.40 |
| 02/26/10 | R. Frankel | Confer with R. Wyron re telephone conference with D. Cohn. | 0.80 |
| 02/26/10 | R. Frankel | Review prior draft term sheets. | 1.40 |
| 02/26/10 | R. Frankel | Review previous communication with D. Cohn re TDP issues (.7); review TDP issues (.7). | 1.40 |
| 02/26/10 | R. Frankel | Review, comment on e-mails re settlement issues (.3); confer with R. Wyron re same (.2). | 0.50 |
| 02/26/10 | R. Frankel | Review 10-K for 2009. | 0.90 |
| 02/26/10 | R. Frankel | Review draft settlement agreement (.5); e-mail D. Cohn (.3). | 0.80 |
| 02/26/10 | R. Frankel | Confer with R. Wyron, P. Mahaley re meeting with J. Aldock, next steps, objector issues. | 0.70 |
| 02/26/10 | R. Frankel | Review pleadings re denial of motion of Canada for leave to appeal (.3); notes re next steps (.1). | 0.40 |
| 02/28/10 | R. Wyron | Review e-mail from P. Mahaley on settlement points and follow up (.8); review e-mails regarding settlement issues and draft response (.3). | 1.10 |
| 02/28/10 | R. Frankel | Review series of e-mails with E. Inselbuch, P. Lockwood, R. Wyron re potential settlement (.3); consider same (.4). | 0.70 |

Total Hours    232.00

Total For Services    $192,737.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

March 16, 2010
Invoice No. 1240285

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 73.40 | 645.00 | 47,343.00 |
| Roger Frankel | 96.60 | 985.00 | 95,151.00 |
| Debra O. Fullem | 4.20 | 265.00 | 1,113.00 |
| Richard H. Wyron | 57.80 | 850.00 | 49,130.00 |
| Total All Timekeepers | 232.00 | $830.76 | $192,737.00 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 4.60 | |
| Express Delivery | 58.51 | |
| Other Business Meals | 233.00 | |
| Outside Reproduction Services | 751.59 | |
| Outside Services | 141.00 | |
| Telephone | 14.04 | |
| Travel Expense, Air Fare | 688.00 | |
| Westlaw Research | 264.96 | |
| Total Disbursements | | $2,155.70 |

**Total For This Matter**                    **$194,892.70**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    March 16, 2010
17367                                                                                Invoice No. 1240285
page 13

For Legal Services Rendered Through February 28, 2010 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 02/11/10 | D. Fullem | Review e-mail from P. Brooks at Towers Watson regarding disclosures by J. Biggs; forward to D. Felder for review; review e-mails in response from D. Felder and P. Brooks; and information to prepare second supplemental declaration of J. Biggs. | 1.00 |
| 02/12/10 | D. Fullem | Prepare second supplemental declaration of J. Biggs (1.3); e-mail to D. Felder for review and comment and review of response (.2). | 1.50 |
| 02/16/10 | D. Fullem | Review e-mail from D. Felder regarding previous J. Biggs disclosure; research and forward same to D. Felder; review e-mail from R. Wyron regarding supplemental disclosure by J. Biggs. | 0.40 |
| 02/16/10 | D. Felder | Attention to supplemental disclosure issues for Towers Perrin. | 0.50 |
| 02/19/10 | D. Felder | E-mail correspondence with P. Brooks regarding supplemental disclosure (.3); review previously filed disclosure and follow-up regarding same (.7). | 1.00 |
| 02/26/10 | D. Felder | Draft supplemental disclosure for Towers Perrin (.5); e-mail correspondence with P. Brooks regarding same (.3). | 0.80 |

Total Hours                              5.20
Total For Services                                          $2,252.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.30 | 645.00 | 1,483.50 |
| Debra O. Fullem | 2.90 | 265.00 | 768.50 |
| Total All Timekeepers | 5.20 | $433.08 | $2,252.00 |

**Total For This Matter**                                    **$2,252.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

March 16, 2010
Invoice No. 1240285

For Legal Services Rendered Through February 28, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| 02/01/10 | D. Fullem | Review and respond to e-mail from D. Davis at Piper regarding Piper final fee application. | 0.10 |
| 02/01/10 | D. Fullem | Review and respond to e-mail from C. Burke regarding Lincoln December fee application. | 0.10 |
| 02/04/10 | D. Fullem | Coordinate updating of objection deadline, filing, and serving of Lincoln's December monthly fee application. | 0.30 |
| 02/04/10 | D. Fullem | Coordinate finalizing, filing, and serving of Lincoln's Dec 09 fee application. | 0.50 |
| 02/09/10 | D. Fullem | Review e-mail from C. Burke at Lincoln regarding Dec 09 fee application; research same. | 0.30 |
| 02/12/10 | D. Fullem | Coordinate finalizing, filing, serving of FCR and Towers Perrin quarterly fee apps for the period Jul-Sep 09. | 1.00 |
| 02/12/10 | D. Fullem | Review e-mail from D. Felder to J. Phillips regarding fee application; review J. Phillips' response. | 0.20 |
| 02/16/10 | D. Fullem | Review e-mail from B. Ruhlander, fee auditor, regarding question on D. Austern's hotel charge in Jul-Sep time period. | 0.20 |
| 02/18/10 | D. Fullem | Review e-mail from B. Ruhlander regarding status of Tre Angeli quarterly fee application for Jul-Sep 09 time period; review docket; follow-up with J. Radecki regarding same. | 0.50 |
| 02/23/10 | D. Fullem | Prepare CNO for Tre Angeli Dec 09 fee application. | 0.40 |
| 02/24/10 | D. Felder | Review CNOs for Lincoln and Orrick. | 0.10 |
| 02/25/10 | D. Fullem | Coordinate filing and serving of CNO for Tre Angeli's December fee application. | 0.30 |
| 02/25/10 | D. Fullem | Review pending fee applications to be filed. | 0.30 |

|  | Total Hours | 4.30 |  |
|  | Total For Services |  | $1,177.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 0.10 | 645.00 | 64.50 |
| Debra O. Fullem | 4.20 | 265.00 | 1,113.00 |
| Total All Timekeepers | 4.30 | $273.84 | $1,177.50 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

March 16, 2010
Invoice No. 1240285

|  |  |  |
| --- | --- | --- |
| Document Reproduction | 464.30 |  |
| Express Delivery | 69.32 |  |
| Postage | 274.79 |  |
| Total Disbursements |  | $808.41 |

**Total For This Matter**                      **$1,985.91**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

March 16, 2010
Invoice No. 1240285

For Legal Services Rendered Through February 28, 2010 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| 02/26/10 | R. Wyron | Review draft disclosure and follow up with D. Fullem (.6); confer with review team on new matter and follow up (.3). | 0.90 |
|---|---|---|---|
| 02/26/10 | D. Fullem | Review email from R. Wyron regarding update to 2014 disclosure re AMB work in Japan. | 0.10 |
| | | Total Hours                                    1.00 | |
| | | Total For Services | $791.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra  O. Fullem | 0.10 | 265.00 | 26.50 |
| Richard  H. Wyron | 0.90 | 850.00 | 765.00 |
| Total All Timekeepers | 1.00 | $791.50 | $791.50 |

**Total For This Matter**                    **$791.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

March 16, 2010
Invoice No. 1240285

For Legal Services Rendered Through February 28, 2010 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 02/01/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expense detail; e-mail to S. Vucelik for detail on Jul-Sep expenses. | 0.20 |
| 02/01/10 | D. Fullem | Coordinate finalizing, filing and serving of Orrick's December 09 fee application. | 1.00 |
| 02/02/10 | D. Fullem | Review docket update as to fee application filing. | 0.10 |
| 02/02/10 | D. Fullem | Review expense detail for Jul-Sep 09; update analysis; e-mail to fee auditor, B. Ruhlander, as per request. | 0.80 |
| 02/04/10 | D. Fullem | Prepare update to fee/expense chart and circulate to R. Frankel, R. Wyron, and V. Crossley. | 0.50 |
| 02/04/10 | D. Fullem | Coordinate finalizing, filing, and serving of Orrick's December monthly fee application. | 0.50 |
| 02/04/10 | D. Fullem | Review e-mail from R. Wyron with current payment information. | 0.20 |
| 02/08/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expense spreadsheet for Jul-Sep 09 time period. | 0.20 |
| 02/09/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expenses in Jul-Sep invoices. | 0.20 |
| 02/12/10 | D. Fullem | E-mail to P. Reyes regarding status of January prebills. | 0.10 |
| 02/16/10 | D. Fullem | Review e-mail from fee auditor with initial report for Jul-Sep 09 time period. | 0.50 |
| 02/16/10 | D. Fullem | Review e-mail from B. Ruhlander, fee auditor, and initial report on Orrick's fee application for the Jul-Sept 09 period; review e-mail from R. Wyron re same. | 0.80 |
| 02/16/10 | D. Fullem | Review January prebill (1.4); forward to D. Felder for review and comment (.1). | 1.50 |
| 02/16/10 | D. Felder | Review January prebill. | 1.30 |
| 02/17/10 | D. Fullem | Review fee auditor initial report; respond to e-mail from R. Wyron; e-mail to accounting re Z. Finley time; review same and e-mail to R. Wyron. | 0.50 |
| 02/17/10 | D. Fullem | Review and respond to e-mail from R. Wyron re prebill status. | 0.20 |
| 02/17/10 | D. Fullem | Review e-mail from D. Felder regarding January prebill. | 0.10 |
| 02/17/10 | R. Wyron | Review January pre-bill (.6); review status of fee applications (.2); work on response to fee auditor's 34th report (1.6). | 2.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

March 16, 2010
Invoice No. 1240285

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/18/10 | D. Fullem | Review e-mail from R. Wyron (.2); begin working on response letter to fee auditor (.8); review meal and travel charges (.6); discuss with R. Wyron (.1). | 1.70 |
| 02/19/10 | D. Fullem | Begin drafting response to fee auditor initial report for Jul-Sept 09 interim quarterly. | 1.50 |
| 02/22/10 | D. Fullem | Continue drafting response to fee auditor and revise support charts thereto. | 1.10 |
| 02/23/10 | D. Fullem | Prepare CNO for Orrick Dec 09 fee application. | 0.40 |
| 02/23/10 | D. Fullem | Continue work on Orrick response to fee auditor report for Jul-Sep 09 time period. | 1.40 |
| 02/23/10 | R. Wyron | Review and revise draft response to fee auditor and follow up. | 0.60 |
| 02/25/10 | D. Fullem | Work on final draft of response and related charts to fee auditor initial report for Jul-Sep 09 time period. | 1.50 |
| 02/25/10 | D. Fullem | Confer with P. Reyes regarding January invoice. | 0.10 |
| 02/25/10 | D. Fullem | Coordinate filing and serving of CNO for Orrick's December fee application. | 0.30 |
| 02/25/10 | R. Wyron | Review draft response to fee auditor's report and follow up with D. Fullem. | 0.30 |
| 02/26/10 | D. Fullem | Prepare final of Orrick's response to fee auditor's initial report for the interim application of July-September 2009 (.9); review, research, and respond to several e-mails from B. Ruhlander re follow-up (.5). | 1.40 |
| 02/26/10 | D. Fullem | Review and follow-up on changes to January 2010 invoice and finalizing of same. | 0.50 |
| 02/26/10 | D. Fullem | Review and respond to e-mails from R. Wyron regarding status of monthly and quarterly filings. | 0.20 |
| 02/27/10 | D. Fullem | Prepare January 2010 monthly fee application (1.6); e-mail to D. Felder and R. Wyron for review and comment (.1). | 1.70 |
| 02/27/10 | D. Fullem | Complete draft of quarterly fee application for the period October 1-December 31, 2009 (1.1); e-mail to D. Felder and R. Wyron for review and comment (.1). | 1.20 |

Total Hours                    25.00
Total For Services                                      $9,049.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.30 | 645.00 | 838.50 |
| Debra O. Fullem | 20.40 | 265.00 | 5,406.00 |
| Richard H. Wyron | 3.30 | 850.00 | 2,805.00 |
| Total All Timekeepers | 25.00 | $361.98 | $9,049.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

March 16, 2010
Invoice No. 1240285

Disbursements
    Document Reproduction          14.00
    Express Delivery               34.66
                      Total Disbursements         $48.66

**Total For This Matter**         **$9,098.16**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours         328.80
Total Fees, all Matters         $244,555.50
Total Disbursements, all Matters         $3,498.55
Total Amount Due         $248,054.05