# EXHIBIT A

**WR Grace**
**January 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Prep and Cfm hearing | 9.0 |
| | Review docket | 1.0 |
| Tue 5 | Prep and Cfm hearing | 10.0 |
| | Review docket | 0.2 |
| Wed 6 | Prep and Cfm hearing | 6.0 |
| | Review docket | 0.3 |
| Thu 7 | Comm w/OHS (RW) re sett update | 0.3 |
| | Review docket | 0.3 |
| Fri 8 | Comm w/Blackstone (JO) re DIP/exit | 0.3 |
| | Review docket | 1.0 |
| Mon 11 | Review/analysis DIP/exit fin | 3.1 |
| | Review docket | 0.5 |
| Tue 12 | Meeting re DIP/exit fin | 1.0 |
| | Review/analysis DIP/exit fin | 1.0 |
| | Comm w/OHS (Dfe) re DIP/exit CC | 0.3 |
| | Review docket | 0.6 |
| Wed 13 | Comm w/OHS re DIP/exit | 0.3 |
| | Review docket | 0.3 |
| Thu 14 | C/C w/OHS (RW, Dfe) re DIP/exit fin | 1.8 |
| | Review docket | 1.0 |
| Fri 15 | Review docket | 0.7 |
| Tue 19 | Fee app | 1.0 |
| | Review docket | 0.3 |
| Wed 20 | Fee app | 1.0 |
| | Review docket | 0.4 |
| Thu 21 | Review docket | 0.6 |
| Fri 22 | Comm w/OHS (Dfu) re fee apps | 0.9 |
| | Review docket | 0.5 |
| Mon 25 | Prep and Cfm hearing | 6.0 |
| | Review docket | 0.4 |
| Tue 26 | Review docket | 1.1 |
| Wed 27 | Review docket | 0.3 |
| Thu 28 | Review pension motion | 1.2 |
| | Review docket | 0.5 |
| Fri 29 | Review pension analysis | 2.5 |
| | Review docket | 0.5 |

TOTAL TIME (HRS)   56.2

**WR Grace**
**January 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Prep and Cfm hearing | 5.0 |
| Mon 4 | Review docket | 1.0 |
| Tue 5 | Prep and Cfm hearing | 3.0 |
| Tue 5 | Financial analysis | 2.0 |
| Tue 5 | Review docket | 1.0 |
| Wed 6 | Prep and Cfm hearing | 3.0 |
| Wed 6 | Review docket | 1.0 |
| Fri 8 | Review docket | 2.0 |
| Tue 12 | Meeting re DIP/exit fin | 1.0 |
| Tue 12 | Review docket | 1.5 |
| Wed 13 | Financial analysis | 2.0 |
| Thu 14 | Review docket | 1.5 |
| Thu 14 | Prepare for call | 1.0 |
| Thu 14 | C/C w/OHS (RW, Dfe) re DIP/exit fin | 1.8 |
| Thu 14 | Review docket | 0.5 |
| Fri 15 | Financial analysis | 2.0 |
| Mon 18 | Financial analysis | 1.5 |
| Thu 21 | Review docket | 1.0 |
| Fri 22 | Review docket | 1.0 |
| Mon 25 | Prep for Cfm hearing | 2.0 |
| Thu 28 | Financial analysis and review | 3.0 |
| Thu 28 | Review pension motion | 1.0 |
| Fri 29 | Financial review | 2.0 |

TOTAL TIME (hrs)　　40.8

**WR Grace**
**January 2010 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Prep and Cfm hearing | 5.0 |
| Mon 4 | Review docket | 1.0 |
| Tue 5 | Prep and Cfm hearing | 3.0 |
| Tue 5 | Financial analysis | 2.0 |
| Tue 5 | Review docket | 1.0 |
| Wed 6 | Prep and Cfm hearing | 3.0 |
| Wed 6 | Review docket | 1.0 |
| Fri 8 | Review docket | 1.0 |
| Wed 13 | Prepare fee app | 1.0 |
| Thu 14 | Prepare fee app | 1.0 |
| Thu 14 | Prepare for call | 1.0 |
| Thu 14 | C/C w/OHS (RW, Dfe) re DIP/exit fin | 1.8 |
| Thu 14 | Review docket | 0.5 |
| Fri 15 | Financial analysis | 2.0 |
| Mon 18 | Financial analysis | 1.5 |
| Wed 20 | Review docket | 1.0 |
| Thu 21 | Review docket | 1.0 |
| Fri 22 | Review docket | 1.0 |
| Mon 25 | Prep for Cfm hearing | 2.0 |
| Thu 28 | Review pension motion | 1.0 |
| Thu 28 | Financial analysis | 2.0 |
| Fri 29 | Review docket | 0.5 |

TOTAL TIME (hrs)   34.3