# EXHIBIT B

**W.R. Grace**
**Detail of expenses (January 1, 2010 – January 31, 2010)**

Communication
Telephone                                                $ 96.82
          **Total Communication:**                     **$   96.82**

Meals
Meals                                                    $130.29

          **Total Meals:**                              **$  130.29**


**TOTAL EXPENSES:**                                      **$  227.11**