# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ABESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et at., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| Against | ) | |
| | ) | |
| SEALED AIR OBJECTION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ABESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DATE  1|21|03

DOCKET #  422

91100-002\DOCS_DE:62528.1

| | |
|---|---|
| OFFICIAL COMMITTEE OF ABESTOS ) | |
| PROPERTY DAMAGE CLAIMANTS OF ) | Adv. No. 02-2211 |
| W.R. GRACE & CO., suing on behalf of the) | |
| Chapter 11 Bankruptcy Estate of W.R. ) | |
| GRACE & CO., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Against ) | |
| ) | |
| FRESENIUS MEDICAL CARE ) | Affects Dockets 02-2210 and 02-2211 |
| HOLDINGS, INC. and ) | |
| NATIONAL MEDICAL CARE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | Objection Date: February 10, 2003, at 4:00 p.m. |

Hearing Date: Scheduled if Necessary (Negative Notice)

## FIRST THROUGH FIFTH COMBINED MONTHLY APPLICATIONS OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2002 THROUGH NOVEMBER 30, 2002

<u>Name of Applicant</u>:    Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J").

<u>Authorized to Provide Professional Services to</u>:  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention:</u>  May 3, 2001.

<u>Period for which Compensation and Reimbursement is Sought</u>: July 1, 2002 through November 30, 2002.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>: $16,149.00.

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>: $3,700.20.

This is a:    <u>xx</u> monthly    ___ interim    ___ final application.

The total time expended for preparation of this fee application is approximately 2

hours and the corresponding compensation requested is approximately $800.00.[2]

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZY&J's subsequent fee applications.

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|------------|----------------|----------------|--------------------|---------------|--------------------|
|            |                |                |                    |               |                    |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------|----------------------|--------------------|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $550.00 | 1.70 | $ 935.00 |
| Scotta E. McFarland | Of Counsel 2000; Member of DE Bar since 2002; Member of CA Bar since 1993 | $395.00 | 14.70 | $ 5,806.50 |
| David W. Carickhoff | Associate 2001; Member of DE Bar since 1998 | $280.00 | 7.60 | $2,128.00 |
| Paula A. Galbraith | Associate 2002; Member of DE Bar since 2003; Member of IL Bar since 2000 | $215.00 | 26.20 | $5,633.00 |
| Karina K. Yee | Paralegal since 1996 | $125.00 | .50 | $ 62.50 |
| Patricia E. Cuniff | Paralegal since 1998 | $120.00 | 12.60 | $1,512.00 |
| Amy L. Espinosa | Paralegal since 1998 | $120.00 | .60 | $ 72.00 |

Total Fees:     $16,149.00
Total Hours:          63.90
Blended Rate: $    252.72

---

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy Litigation | 53.70 | $14,239.00 |
| Claims Analysis (Asbestos) | 2.70 | $    875.00 |
| Fee Applications, Others | 7.00 | $    975.00 |
| Hearings | .50 | $      60.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable)[4] | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | $      63.00 |
| Reproduction ($.15 per page) | | $3,637.20 |

Dated:  1/20    , 2003

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

---

[4] PSZY&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ABESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et at., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| Against | ) | |
| | ) | |
| SEALED AIR OBJECTION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ABESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

OFFICIAL COMMITTEE OF ABESTOS )
PROPERTY DAMAGE CLAIMANTS OF )    Adv. No. 02-2211
W.R. GRACE & CO., suing on behalf of the )
Chapter 11 Bankruptcy Estate of W.R. )
GRACE & CO., et al., )
                                )
Plaintiffs, )
                                )
Against )
                                )
FRESENIUS MEDICAL CARE )
HOLDINGS, INC. and )    Affects Dockets 02-2210 and 02-2211
NATIONAL MEDICAL CARE, INC., )
                                )
Defendants. )
_____)    **Objection Date: February 10, 2003, at 4:00 p.m.**
                                  **Hearing Date: Scheduled if Necessary (Negative Notice)**

### FIRST THROUGH FIFTH COMBINED MONTHLY APPLICATIONS OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2002 THROUGH NOVEMBER 30, 2002

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim

Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 (the

"Administrative Order"), Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J") hereby files

this First through Fifth Combined Monthly Applications of Pachulski, Stang, Ziehl, Young &

Jones P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Co-

counsel to the Debtors for the Period from July 1, 2002 through November 30, 2002 (the

"Application"). By this Application PSZY&J seeks a monthly interim allowance of

compensation in the amount of $16,149.00 and reimbursement of actual and necessary expenses

in the amount of $3,700.20 for a total of $19,849.20 for the period July 1, 2002 through November 30, 2002 (the "Interim Period"). In support of this Application, PSZY&J respectfully represents as follows:

### Background

1. On April 2, 2001, each of the Debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession. Since the Petition Date, the U.S. Trustee has appointed the following committees: Official Committee of Unsecured Creditors, Official Committee of Asbestos Personal Injury Claimants, Official Committee of Asbestos Property Damage Claimants, and the Official Committee of Equity Security Holders (collectively, the "Committees"). No trustee has been appointed in Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On April 2, 2001, the Court entered its order that Debtors' chapter 11 cases be consolidated for procedural purposes only and administered jointly.

4. By this Court's order dated May 3, 2001, Debtors were authorized to retain PSZY&J as their counsel, effective as of April 2, 2001, with regard to the filing and prosecution of their Chapter 11 cases, and all related matters (the "Retention Order"). The Retention Order authorizes Debtors to compensate PSZY&J at PSZY&J's hourly rates charged

for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

     5.     On May 3, 2001, the Court entered its Administrative Order establishing procedures for interim compensation and reimbursement of expenses of professionals. Pursuant to the procedures set forth in that Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and 100% of the expenses requested, subject to the filing and approval of interim and final fee applications of the professional. The Administrative Order was amended by order dated April 17, 2002, and a fee auditor appointed. The Firm filed and served fee applications related to fees and costs in the Debtors case. The within application only covers work in the above-captioned fraudulent conveyance action.

### Compensation Paid and Its Source

     6.     All Services for which PSZY&J requests compensation were performed for or on behalf of Debtors.

     7.     Except for the amounts paid to PSZY&J pursuant to previously approved monthly interim applications for compensation and reimbursement, if any, or a retainer, PSZY&J has received no payment and no promises for payment from any source for services rendered or

to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZY&J and any other person other than the shareholders of PSZY&J for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

8.      The fee statement for the Interim Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.[2]  To the best of PSZY&J's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Administrative Order, and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Delaware Local Rules"). PSZY&J's time reports are initially handwritten or typewritten by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZY&J is particularly sensitive to issues of "lumping," and unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZY&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZY&J has reduced its charges related to any non-working "travel time" to

---

[2]However, some professional time that was spent during the Interim Period will be reflected in a subsequent application, and some professional time that was spent during a period prior to the Interim Period will be reflected in this Application.

91100-002\DOCS_DE:62528.1

50% of PSZY&J's standard hourly rate. To the extent it is feasible, PSZY&J attempts to work during travel.

### Actual and Necessary Expenses

9.      A summary of actual and necessary expenses incurred by PSZY&J for the Interim Period is attached hereto as part of Exhibit A. PSZY&J customarily charges $0.15 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZY&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZY&J summarizes each client's photocopying charges on a daily basis.

10.      PSZY&J charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile reflects PSZY&J's calculation of the actual costs incurred by PSZY&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZY&J does not charge fax receipts to Debtors in these cases.

11.      Regarding Providers of on-line legal research (e.g., LEXIS and WESTLAW), PSZY&J charges the standard usage rates these providers charge for computerized legal research. PSZY&J bills its clients the actual cash charged by such services, with no premium. Any volume discount received by PSZY&J is passed on to the client.

12.      PSZY&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZY&J believes that such charges are

91100-002\DOCS_DE:62528.1

-6-

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and

other charges.

## Summary of Services Rendered

13.    The shareholders and associates of PSZY&J who have rendered

professional services in these cases for which PSZY&J seeks compensation are as follows:

Laura Davis Jones, Scotta E. McFarland, David W. Carickhoff and Paula A. Galbraith.  The

paraprofessionals of PSZY&J who provided services to these attorneys in these cases are

paralegals Karina K. Yee, Amy L. Espinosa and Patricia E. Cuniff.  PSZY&J, by and through the

above-named persons, has prepared and assisted in the preparation of various pending orders

submitted to the Court for consideration, advised Debtors on a regular basis with respect to

various matters in connection with these cases, and performed all necessary professional services

which are described and narrated in detail below.

## Summary of Services by Project

The services rendered by PSZY&J during the Interim Period can be grouped into

the categories set forth below.  PSZY&J attempted to place the services provided in the category

that best relates to such services.  However, because certain services may relate to one or more

categories, services pertaining to one category may in fact be included in another category.

These services performed, by categories, are generally described below, with a more detailed

identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A

identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each category.

A.    **Bankruptcy Litigation**

This category relates to services provided in connection with litigation issues relating to the Debtors' bankruptcy cases. In that regard, during the Interim Period PSZY&J, among other things: (1) worked on discovery matters, including reviewing deposition notices, responding to a document production request, and reviewing and responding to requests for admission; (2) reviewed and analyzed an Equity Committee motion to intervene; (3) preformed legal research, including research regarding the standard of insolvency; (4) performed work related to a joinder in a motion for leave to appeal; (5) reviewed and revised a Reply Brief regarding litigation procedures; (6) performed work related to filing and serving the Debtors' witness and exhibit lists; (7) performed work related to service of deposition notices; (8) performed work related to a motion and memo regarding withdrawal of intervention; (9) filed and served an objection to an opposition to motion to preclude certain trial expert witnesses; (10) performed work related to a motion in limine; (11) performed work related to objections to counter deposition designations; (12) performed work related to discovery motions; (13) performed work related to an order to show cause; (14) performed work related to a motion to appoint an examiner; (15) performed work related to a petition for appeal; (16) performed work related to a motion to consolidate; and (17) performed work on a motion to stay.

Fees: $14,239.00;    Total hours: 53.70

**B.**    **Claim Analysis (Abestos)**

This category relates to services provided in connection with claims administration and claims objections issues.  During the Interim Period PSZY&J, among other things:  (1) performed work related to the filing of a brief regarding case management of personal injury issues; (2) reviewed and analyzed a memo regarding the estimation of personal injury asbestos claims; and (3) performed work related to an affidavit for service of claim forms.

Fees: $875.00;        Total hours:  2.70

**C.**    **Fee Applications, Others**

This category relates to services provided in connection with issues related to compensation of professionals.  During the Interim Period, PSZY&J among other things: (1) monitored the status and timing of fee applications; and (2) assisted Kirkland & Ellis regarding its fee applications.

Fees: $975.00;        Total hours:  7.00

**D.**    **Hearings**

This category relates to services provided in connection with issues related to Hearings.  During the Interim Period PSZY&J responded to various enquiries regarding an October 7, 2002 hearing.

Fees: $60.00;        Total hours:  .50

## Valuation of Services

Attorneys and paraprofessionals of PSZY&J expended a total of 63.90 hours in connection with these cases during the Interim Period, as follows:

| Name of Professional Individual | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Laura Davis Jones | $550.00 | 1.70 | $ 935.00 |
| Scotta E. McFarland | $395.00 | 14.70 | $5,806.50 |
| David W. Carickhoff | $280.00 | 7.60 | $2,128.00 |
| Paula A. Galbraith | $215.00 | 26.20 | $5,633.00 |
| Karina K. Yee | $125.00 | .50 | $ 62.50 |
| Patricia E. Cuniff | $120.00 | 12.60 | $1,512.00 |
| Amy L. Espinosa | $120.00 | .60 | $ 72.00 |

The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZY&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZY&J to Debtors during the Interim Period is $16,149.00.

In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZY&J is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, PSZY&J has reviewed the requirements of the Delaware Local Rules and believes that this Application complies with such Rules.

WHEREFORE, PSZY&J respectfully requests that the Court approve, for the period July 1, 2002 through November 30, 2002, an allowance be made to PSZY&J in the sum of $16,149.00 as compensation for necessary professional services rendered, and the sum of $3,700.20 for reimbursement of actual necessary costs and expenses, for a total of $19,849.20, that such sums be authorized for payment pursuant to the Administrative Order; and provide PSZY&J such other and further relief as this Court may deem just and proper.

Dated: ___1/20___, 2003

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

_Laura Davis Jones_
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

91100-002\DOCS_DE:62528.1

<u>VERIFICATION</u>

STATE OF DELAWARE          :
                                              :
COUNTY OF NEW CASTLE  :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)        I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young &
Jones P.C., and have been admitted to appear before this Court.

b)        I have personally performed many of the legal services rendered by Pachulski,
Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with
the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of
PSZY&J.

c)        I have reviewed the foregoing Application and the facts set forth therein are true
and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed
Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and
331 Establishing Revised Procedures for Interim Compensation and Reimbursement of
Expenses for Professionals and Official Committee Members', signed April 17, 2002, and
submit that the Application substantially complies with such Rule and Order.

David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED
before me this 21st day of January 2003.

Notary Public
My Commission Expires: 02/11/04

91100-002\DOCS_DE:62528.1

-1-

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

November 30, 2002

Invoice Number    **54487**        91100    00002      **LDJ**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

Re:   Sealed Air Fraudulent Conveyance

| | | Statement of Professional Services Rendered Through | **11/30/2002** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| | | **BANKRUPTCY LITIGATION [L430]** | | | |
| 07/02/02 | DWC | Review notice of deposition of R. Beber of Grace re: fraudulent transfer matter | 0.20 | 280.00 | $56.00 |
| 07/02/02 | DWC | Review Equity Committee motion to intervene | 0.30 | 280.00 | $84.00 |
| 07/03/02 | DWC | Review letter from N. Finch re: deposition of Rourke of 7/9/02 in fraudulent transfer matter | 0.20 | 280.00 | $56.00 |
| 07/03/02 | DWC | Review letter from N. Finch re: deposition of Rourke on 7/9/02 | 0.20 | 280.00 | $56.00 |
| 07/10/02 | DWC | Review E. Wohlsforth July 8, 2002 letter re: fraudulent transfer hearing | 0.20 | 280.00 | $56.00 |
| 07/10/02 | DWC | Review Freeman's July 9, 2002 letter to D. Frost re: fraud. transfer. matter | 0.20 | 280.00 | $56.00 |
| 07/22/02 | DWC | Review and revise Debtors' memo re: insolvency standard in fraudulent transfer matter (1.2); address filing and service of same (.4) | 1.60 | 280.00 | $448.00 |
| 07/23/02 | DWC | Review discovery response to US's request for document production (.8); prepare notice of discovery re: same (.3); calls with S. Pope re: same (.3) address filing of same (.2) | 1.60 | 280.00 | $448.00 |
| 07/24/02 | DWC | Review plaintiffs' supplemental memo re: insolvency standard in fraudulent transfer matter | 0.40 | 280.00 | $112.00 |
| 07/24/02 | DWC | Review correspondence re: fraudulent transfer matter | 1.20 | 280.00 | $336.00 |
| 08/02/02 | DWC | Review correspondence re: fraudulent transfer matter | 0.80 | 280.00 | $224.00 |
| 08/06/02 | SEM | Review and respond to emails from S. McMillian regarding Joinder in Sealed Air's motion for interlocutory appeal. | 0.10 | 395.00 | $39.50 |
| 08/06/02 | KKY | Draft Affidavit of Service to Debtors' Joinder in Sealed Air's Motion for Leave to Appeal re Asbestos Committee v. Sealed Air Corp. and Cryovac | 0.10 | 125.00 | $12.50 |
| 08/06/02 | KKY | Serve Debtors' Joinder in Sealed Air's Motion for Leave to Appeal re Asbestos Committee v. Sealed Air Corp. and Cryovac | 0.10 | 125.00 | $12.50 |
| 08/07/02 | SEM | Review recently filed pleadings. | 0.20 | 395.00 | $79.00 |
| 08/08/02 | SEM | Review Supplemental Disclosure of Property Damage Committee and Personal Injury Committee in Fraudulent Conveyance Action. | 0.10 | 395.00 | $39.50 |

| 08/08/02 | SEM | Review letter from Fleishman regarding Debtors' application for protective order regarding Grace's 2000 and 2001 bodily injury reserve analysis in Fraudulent Conveyance action (.10). | 0.10 | 395.00 | $39.50 |
|---|---|---|---|---|---|
| 08/09/02 | SEM | Review U.S. Supplemental Designation of Witnesses in Fraudulent Conveyance Trial and Reply Regarding Objections to Special Master's Order. | 0.20 | 395.00 | $79.00 |
| 08/09/02 | SEM | Review Official Committee of Equity Security Holder's brief regarding case management order regarding asbestos personal injury claims | 0.20 | 395.00 | $79.00 |
| 08/09/02 | SEM | Review OCUC memo in support of Debtor's case management proposal (.30); review SAC memo in support of Debtor case management regarding asbestos claimants (.30). | 0.60 | 395.00 | $237.00 |
| 08/12/02 | DWC | Review fraudulent transfer correspondence | 0.50 | 280.00 | $140.00 |
| 08/19/02 | SEM | Review and respond to email from S. McMillan regarding filing related privildged documents. | 0.10 | 395.00 | $39.50 |
| 08/20/02 | LDJ | Telephone conference with Scotta McFarland, Esq. re: motion to enlarge page limitation in brief | 0.10 | 550.00 | $55.00 |
| 08/21/02 | SEM | Draft notice of service of supplemental witness list in fraudulent conveyance adversary (.20); addressing issues of filing and service of same (.10). | 0.30 | 395.00 | $118.50 |
| 08/21/02 | LDJ | Review and revise Reply Brief on procedures for litigation of the common personal injury liability issues | 1.00 | 550.00 | $550.00 |
| 08/21/02 | PAG | Call with S. McFarland regarding filing of reply brief on procedures motion. | 0.10 | 215.00 | $21.50 |
| 08/21/02 | PAG | Call with S. McFarland regarding filing of reply brief on procedures motion. | 0.20 | 215.00 | $43.00 |
| 08/21/02 | PAG | Prepare reply brief on procedures motion for filing and instruct staff regarding same. | 0.30 | 215.00 | $64.50 |
| 08/21/02 | PAG | Conference with staff regarding changes to procedures reply brief. | 0.30 | 215.00 | $64.50 |
| 08/21/02 | PAG | Verify filing of brief and draft confirmation e-mail to S. McFarland and A. Running. | 0.10 | 215.00 | $21.50 |
| 08/22/02 | SEM | Review email from P. Cuniff regarding filing Witness Disclosure (.10); draft Notice of Service of Witness Disclosure (.20); addressing filing and service of Witness Disclosure and notice of filing same (.20). | 0.50 | 395.00 | $197.50 |
| 08/23/02 | PAG | Call from S. Pope regarding expected filing. | 0.10 | 215.00 | $21.50 |
| 08/30/02 | SEM | Telephone conference with S. Pope regarding filing of exhibit list today. | 0.10 | 395.00 | $39.50 |
| 08/30/02 | SEM | Various emails from and to and telephone conferences with S. Pope regarding filing and serving debtors' witness and exhibit lists (.50); conferences with D. Potts regarding filing of Debtors' exhibit and witness lists (.30); consideration of appropriate electronic category to use for filing exhibit and witness lists (.20) | 1.00 | 395.00 | $395.00 |
| 08/30/02 | SEM | Drafting certification of counsel to file with Debtors' exhibit and witness lists. | 0.10 | 395.00 | $39.50 |
| 08/30/02 | SEM | Review witness lists and exhibit lists for filing. | 0.10 | 395.00 | $39.50 |
| 08/30/02 | PAG | Review voice mail from S. Pope regarding expected filing for late evening. | 0.10 | 215.00 | $21.50 |
| 08/30/02 | PAG | Discuss with S. McFarland filing of trial exhibits. | 0.20 | 215.00 | $43.00 |
| 08/30/02 | PAG | Discuss service lists for trial exhibits with P. Cuniff. | 0.30 | 215.00 | $64.50 |
| 09/03/02 | SEM | Review recent e-filings regarding special Masla's order and orders on interest in e-filings and forward to Kirkland & Ellis. | 0.30 | 395.00 | $118.50 |
| 09/03/02 | SEM | Review email from A. Running, motion for leave to serve addendum to Rule 26 disclosure and addendum. | 0.20 | 395.00 | $79.00 |

**Invoice number  54487**      91100    00002                                    **Page    3**

| | | | | | |
|---|---|---|---|---|---|
| 09/04/02 | SEM | Review email from A. Running and respond thereto regarding filing of addendum regarding Dr. Hughson's report. | 0.10 | 395.00 | $39.50 |
| 09/04/02 | SEM | Addressing issues re filing and service of addendum regarding Dr. Hughson's report. | 0.20 | 395.00 | $79.00 |
| 09/05/02 | SEM | Review e-filings re notice of service of discovery. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | SEM | Telephone conference with S. Pope regarding subpoena to be served in fraudulent conveyance action. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | SEM | Prepare notice of service of two deposition notices (.20); addressing issues of filing and service of deposition notices (.20). | 0.40 | 395.00 | $158.00 |
| 09/06/02 | SEM | Voice message from David W. Carickhoff regarding service of Judge Wolins' orders. | 0.10 | 395.00 | $39.50 |
| 09/09/02 | SEM | Review and revise designation of depositions and certification of service (.20); addressing filing and service issues related to same (.20); telephone conference with Paula A. Galbraith regarding filing actual designation (.10). | 0.50 | 395.00 | $197.50 |
| 09/09/02 | PAG | Call from S. McFarland regarding service of discovery, talk with P. Cuniff regarding same. | 0.20 | 215.00 | $43.00 |
| 09/09/02 | PAG | Receipt of discovery document for filing and instructions to staff for filing. | 0.20 | 215.00 | $43.00 |
| 09/09/02 | PAG | Call with S. McFarland and calls to T. Thompson regarding filing of discovery notices. | 0.20 | 215.00 | $43.00 |
| 09/09/02 | PEC | Prepare service list for Deposition Designation | 0.40 | 120.00 | $48.00 |
| 09/09/02 | PEC | Prepare Notice of Service regarding Deposition Designation for e-file. | 0.30 | 120.00 | $36.00 |
| 09/09/02 | PEC | Serve Deposition Designation (.2) and file Notice of Service (.3) | 0.50 | 120.00 | $60.00 |
| 09/10/02 | SEM | Telephone conference with S. Pope regarding preparation for filing motion and memo regarding withdrawal of intervention (.10); review and respond to emails regarding same (.10). | 0.20 | 395.00 | $79.00 |
| 09/11/02 | SEM | Telephone conference with S. Pope regarding opposition that was served on August 26 but not filed (.10); review and sign opposition for filing (.10); coordinate filing of same (.20). | 0.40 | 395.00 | $158.00 |
| 09/11/02 | SEM | Telephone conference with S. Pope regarding the filing and service of motion to withdraw intervention. | 0.10 | 395.00 | $39.50 |
| 09/11/02 | SEM | Review and revise for signing motion and memo regarding withdrawal of intervention (.40); telephone conference with Paula A. Galbraith regarding order on same (.10). | 0.50 | 395.00 | $197.50 |
| 09/11/02 | SEM | Review and revise order regarding motion to withdraw intervention. | 0.10 | 395.00 | $39.50 |
| 09/11/02 | SEM | Address issues regarding filing and service of motion and memo  regarding withdrawal of intervention. | 0.20 | 395.00 | $79.00 |
| 09/11/02 | PAG | Call to S. McFarland regarding opposition to motion to preclude. | 0.10 | 215.00 | $21.50 |
| 09/11/02 | PAG | Call to P. Cuniff on status of opposition to motion to preclude and related service list. | 0.10 | 215.00 | $21.50 |
| 09/11/02 | PAG | Review voice mail and return call to S. Pope regarding opposition to motion to preclude. | 0.20 | 215.00 | $43.00 |
| 09/11/02 | PAG | Call from S. McFarland and E-Mail from S. Pope regarding motion to withdraw intervention. | 0.30 | 215.00 | $64.50 |
| 09/11/02 | PAG | Draft Order for Motion to withdraw  Intervention. | 0.20 | 215.00 | $43.00 |
| 09/11/02 | PAG | Prepare for filing motion to withdraw  intervention. | 0.40 | 215.00 | $86.00 |
| 09/11/02 | PAG | Review Service Lists for Motion to Withdraw Intervention. | 0.30 | 215.00 | $64.50 |
| 09/11/02 | PEC | File and serve Objection to W. R. Grace & Co.-Conn.'s Opposition to Plaintiffs' Motion to Preclude W. R. Grace 7 | 0.60 | 120.00 | $72.00 |

| | | Co.-Conn. From Calling as Trial Witnesses the Experts Listed in its August 21, 2002 Disclosure | | | |
|---|---|---|---|---|---|
| 09/12/02 | PAG | Discuss with P. Cuniff affidavit of service for motion to withdraw intervention. | 0.10 | 215.00 | $21.50 |
| 09/13/02 | PAG | Review and prepare for filing the response to 2nd set of Admissions. | 0.50 | 215.00 | $107.50 |
| 09/13/02 | PAG | Review voice mail from S. Pope regarding discovery responses for filing. | 0.20 | 215.00 | $43.00 |
| 09/13/02 | PAG | Review and prepare for filing, response to second request for admissions. | 0.40 | 215.00 | $86.00 |
| 09/13/02 | PAG | Review and prepare for filing, joinder of W.R. Grace. | 0.50 | 215.00 | $107.50 |
| 09/16/02 | PAG | Call from S. Pope regarding filing of discovery documents. | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Review and prepare discovery document. | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Draft e-mail to S. McMillin regarding discovery documents. | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Review e-mail to S. McFarland regarding case administration. | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Review service lists for fraudulent conveyance adversary. | 0.20 | 215.00 | $43.00 |
| 09/16/02 | PAG | Call and e-mail from S. Pope regarding Notice of Services to file in adversary. | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Prepare notice of service for filing, | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PEC | File Notice of Service regarding W. R. Grace & Co Responses and Objections to Plaintiff's Third Set of Requests for Admission | 0.40 | 120.00 | $48.00 |
| 09/17/02 | SEM | Addressing issues of filing pleadings and notices of discovery including telephone conference with S. Pope and telephone conference with S. McMillian regarding same. | 0.20 | 395.00 | $79.00 |
| 09/17/02 | SEM | Review opposition to discovery and designation of deposition (.10); addressing filing and service of same (.20). | 0.30 | 395.00 | $118.50 |
| 09/17/02 | SEM | Email from and to Paula A. Galbraith regarding preparing for filing the notices of discovery in this case. | 0.10 | 395.00 | $39.50 |
| 09/17/02 | PAG | Draft e-mail to S. Pope regarding discovery document for filing. | 0.10 | 215.00 | $21.50 |
| 09/17/02 | PAG | Confer with P. Cuniff regarding filing of Notice of Service for Sealed Air Adversary and related service list issues. . | 0.30 | 215.00 | $64.50 |
| 09/17/02 | PAG | Review objections and counter deposition designations and prepare for filing. | 0.40 | 215.00 | $86.00 |
| 09/18/02 | SEM | Conference with S. McMillian regarding procedure for filing discovery notices. | 0.20 | 395.00 | $79.00 |
| 09/18/02 | PAG | Prepare deposition for filing. | 0.10 | 215.00 | $21.50 |
| 09/18/02 | PAG | Correspond with S. Mcfarland regarding signatures on pleadings. | 0.10 | 215.00 | $21.50 |
| 09/19/02 | SEM | Telephone conference with A. Running regarding motion in limine regarding expert testimony. | 0.10 | 395.00 | $39.50 |
| 09/19/02 | SEM | Review motion in limine and motion for lease to file (.20); telephone conference with Paula A. Galbraith regarding filing and service regarding same (.10). | 0.30 | 395.00 | $118.50 |
| 09/19/02 | PAG | Review voice mail from S. Pope regarding motion in Limine and draft reply to same. | 0.10 | 215.00 | $21.50 |
| 09/19/02 | PAG | Call with S. Pope and A. Running regarding filing of motions in Liminae. | 0.30 | 215.00 | $64.50 |
| 09/19/02 | PAG | Review and revise motions in liminae and coordinate filing of same. | 0.90 | 215.00 | $193.50 |
| 09/19/02 | PEC | File and serve Motion for Leave to File a Motion in Limine | 0.40 | 120.00 | $48.00 |
| 09/19/02 | PEC | File and serve Motion in Limine to Preclude the Admission of Estimation Evidence to Establish Grace's liability to any Current or Future Claimants | 0.50 | 120.00 | $60.00 |
| 09/20/02 | SEM | Review emails from S. McMillian and S. Pope regarding | 0.10 | 395.00 | $39.50 |

| | | filing objections to U.S. Trial Exhibits and supplemental exhibit list. | | | |
|---|---|---|---|---|---|
| 09/23/02 | SEM | Responding to requests for information from J. Navotnec regarding status of case due to Cybergenics decision. | 0.30 | 395.00 | $118.50 |
| 09/23/02 | PAG | Call from S. Pope regarding joinder to sealed air objection to designation and supplemental trial exhibit list. | 0.20 | 215.00 | $43.00 |
| 09/23/02 | PAG | Review voice mail from S. Pope regarding motion in liminae to be filed. | 0.10 | 215.00 | $21.50 |
| 09/23/02 | PAG | Review e-mail from S. McFarland regarding sealed air conference before J. Wolin. Inquire regarding same with S. McMillin. (.2) Review reply of same and return call to inquiring party. (.2) | 0.40 | 215.00 | $86.00 |
| 09/23/02 | PAG | Review e-mail from S. McMillin and S. Pope regarding filing of trial exhibits and supplemental exhibits. | 0.20 | 215.00 | $43.00 |
| 09/23/02 | PAG | Coordinate filing of trial exhibits. | 0.40 | 215.00 | $86.00 |
| 09/23/02 | ALE | Prepare for Efiling and Service the Objection of W.R. Grace and Co.-Conn. To Plaintiff' Counter Deposition Designations. | 0.20 | 120.00 | $24.00 |
| 09/23/02 | ALE | Efile the Objection of W.R. Grace and Co.-Conn. To Plaintiffs' Counter Deposition Designations. | 0.20 | 120.00 | $24.00 |
| 09/23/02 | ALE | Serve the Objection of W.R. Grace and Co.-Conn. To Plantiffs' Counter Deposition Designations. | 0.20 | 120.00 | $24.00 |
| 09/24/02 | PAG | Review voice mail from S. Pope regarding filing.motions in liminae. | 0.10 | 215.00 | $21.50 |
| 09/24/02 | PAG | Call with S. McMillan regarding status of sealed air trial. | 0.20 | 215.00 | $43.00 |
| 09/24/02 | PAG | Review and revise discovery motions and coordinate filing of same. | 1.20 | 215.00 | $258.00 |
| 09/24/02 | PAG | Review, revise and coordinate filing of discovery motions. | 1.20 | 215.00 | $258.00 |
| 09/24/02 | LDJ | Review and finalize withdrawal of witness designation | 0.20 | 550.00 | $110.00 |
| 09/24/02 | LDJ | Review and finalize response to United States' Motion in Limine to Exclude Reports of Six Experts | 0.20 | 550.00 | $110.00 |
| 09/24/02 | PAG | Review, revise and coordinate filing of second and third motions in limine. | 0.70 | 215.00 | $150.50 |
| 09/25/02 | PAG | Forward discovery filings to S. Pope. | 0.30 | 215.00 | $64.50 |
| 09/26/02 | PAG | Review and revise discovery responses and prepare for filing. Discuss filing of the same with S. McFarland and S. McMillin. | 0.50 | 215.00 | $107.50 |
| 09/26/02 | PAG | Draft e-mail to S. McMillin regarding document preparation. | 0.20 | 215.00 | $43.00 |
| 09/30/02 | PAG | Call from S. Pope regarding expected filing. | 0.10 | 215.00 | $21.50 |
| 10/02/02 | SEM | Review letter to counsel from Wolin regarding Cybergenics case. | 0.10 | 395.00 | $39.50 |
| 10/02/02 | PAG | Review show cause order. | 0.10 | 215.00 | $21.50 |
| 10/02/02 | PAG | Call from S. McMillan regarding show cause order(.10) Call to bankruptcy court regarding the same(.10) | 0.20 | 215.00 | $43.00 |
| 10/06/02 | LDJ | Correspondence with David Bernick, Esq. re: Rule to Show Cause on Sealed Air Litigation | 0.20 | 550.00 | $110.00 |
| 10/07/02 | SEM | Review UST brief on Cybergenics issue. | 0.30 | 395.00 | $118.50 |
| 10/07/02 | PAG | Listen to voice mail from Kathleen at Kramer Levin regarding response to show cause order. Draft e-mail to S. Pope regarding same. | 0.10 | 215.00 | $21.50 |
| 10/07/02 | PAG | Phone call with S. Pope regarding status of show cause hearing and follow-up. | 0.10 | 215.00 | $21.50 |
| 10/08/02 | PAG | Call from S. McMillin regarding case status hearing and related filings. | 0.10 | 215.00 | $21.50 |
| 10/09/02 | SEM | Telephone conference with Paula A. Galbraith regarding status of case. | 0.20 | 395.00 | $79.00 |
| 10/09/02 | SEM | Telephone conference with J. Baer regarding status of ruling on trustee in fraudulent conveyance action. | 0.10 | 395.00 | $39.50 |

Invoice number  54487      91100    00002                                  Page    6

| 10/09/02 | PAG | Draft e-mail to S. Pope regarding size of attachments for motion for appointment of examiner or trustee. | 0.10 | 215.00 | $21.50 |
|---|---|---|---|---|---|
| 10/09/02 | PAG | Call from S. Pope regarding transfer of documents for filing on 10/11. | 0.10 | 215.00 | $21.50 |
| 10/10/02 | PAG | Call from S. Pope regarding exhibits for motion to appoint examiner. | 0.10 | 215.00 | $21.50 |
| 10/11/02 | PAG | Call from S. Pope regarding filing of motion to appoint examiner. | 0.20 | 215.00 | $43.00 |
| 10/11/02 | PAG | Call from S. Pope regarding status and timing of motion to appoint examiner. | 0.10 | 215.00 | $21.50 |
| 10/11/02 | PAG | Calls with S. Pope regarding status, changes to exhibits and service of motion to appoint examiner. | 0.30 | 215.00 | $64.50 |
| 10/11/02 | PAG | Coordinate, review and instruct preparation of exhibits for motion to appoint examiner. | 2.50 | 215.00 | $537.50 |
| 10/11/02 | PAG | Draft notice for motion to appoint examiner. (.3)  Review motion to appoint examiner and revise same (.2). Coordinate with P. Cuniff preparation for service of motion to appoint examiner (.2).  Change exhibits as requested by K&E (.3).  Supervise filing and service of motion to appoint examiner (.5). | 1.50 | 215.00 | $322.50 |
| 10/11/02 | PEC | Prepare service list for fraudulent conveyance pleading | 0.20 | 120.00 | $24.00 |
| 10/11/02 | SEM | Review emails from and draft emails to S. McMillan and telephone conference with Paula A. Galbraith regarding filing and service of pleading. | 0.20 | 395.00 | $79.00 |
| 10/14/02 | PAG | Instructions to P. Cuniff regarding additional service of exhibits for motion to appoint examiner. | 0.30 | 215.00 | $64.50 |
| 10/16/02 | PEC | Serve Letter Order adjourning October 17th and 18th Hearing sine dine (.2); Draft Affidavit of Service (.1); File Affidavit with the Court (.3) | 0.60 | 120.00 | $72.00 |
| 10/16/02 | SEM | Responding to request of attorney for interested party regarding status of hearing in front of Wolin tomorrow. | 0.30 | 395.00 | $118.50 |
| 10/24/02 | PAG | Review Wolin opinion regarding motion to appoint examiner (.20) and discuss with S. McFarland. (10.) | 0.30 | 215.00 | $64.50 |
| 10/24/02 | SEM | Review and consider Wohin opinion regarding how to proceed with trial (.40); conference with Paula A. Galbraith regarding same (.10) | 0.50 | 395.00 | $197.50 |
| 11/01/02 | SEM | Review and respond to emails from S. Pope regarding filing appeal with Third Circuit (.10); telephone conferences with M. Browder regarding filing of appeal with Third Circuit (.20). | 0.30 | 395.00 | $118.50 |
| 11/01/02 | SEM | Review rules for filing appeals with Third Circuit (.40); conferences with Paula A. Galbraith and P. Cuniff regarding same (.20). | 0.60 | 395.00 | $237.00 |
| 11/01/02 | SEM | Assembling filing for Third Circuit regarding appeal of decision to go forward with trial (.30). | 0.30 | 395.00 | $118.50 |
| 11/01/02 | SEM | Review email from C. Landau regarding requirements of filing appeal with Third Circuit. | 0.10 | 395.00 | $39.50 |
| 11/01/02 | PAG | Telephone call from S. Pope regarding filing of petition for appeal. [.10].  Telephone call to Scotta E. McFarland regarding same. [.10]. | 0.20 | 215.00 | $43.00 |
| 11/01/02 | PAG | Discuss with Scotta E. McFarland filing of appeal petition. | 0.20 | 215.00 | $43.00 |
| 11/01/02 | PAG | Telephone call with S. Pope regarding exhibits to appeal petition. | 0.20 | 215.00 | $43.00 |
| 11/01/02 | PAG | Review peition for appeal. [10].  Coordinate filing. [.20]. Telephone calls to and from S. Pope regarding filing. [.20]. | 0.50 | 215.00 | $107.50 |
| 11/01/02 | PAG | Research document request from the Court of Appeals. | 0.20 | 215.00 | $43.00 |
| 11/01/02 | PAG | Correspondence from S. Pope regarding appeal information.  Draft reply to same. | 0.10 | 215.00 | $21.50 |
| 11/04/02 | PAG | Inquire with P. Cuniff and staff at third circuit about status | 0.30 | 215.00 | $64.50 |

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | of petition for appeal. | | | |
| 11/04/02 | PAG | Coordinate filing of motion to consolidate and review cover letter to court. | 0.30 | 215.00 | $64.50 |
| 11/04/02 | PAG | Review correspondence from S. Pope regarding motion to consolidate. Call to P. Cuniff regarding same (.10). Review and revise motion (.10). Discuss with B. Groshgal and reply to S. Pope (.10). | 0.30 | 215.00 | $64.50 |
| 11/04/02 | PAG | Draft e-mail to S. Pope regarding Cybergenics documents. | 0.10 | 215.00 | $21.50 |
| 11/04/02 | PAG | Telephone call with S. Pope regarding filing of motion to consolidate. | 0.20 | 215.00 | $43.00 |
| 11/05/02 | SEM | Coordinating with Paula A. Galbraith and P. Cuniff regarding service of matters filed with Third Circuit. | 0.20 | 395.00 | $79.00 |
| 11/05/02 | PAG | Draft correspondence to S. Pope. regarding service of petition for appeal. [.10]. Discuss same with P. Cuniff. [.10]. | 0.20 | 215.00 | $43.00 |
| 11/05/02 | PAG | Discuss with Scotta E. McFarland filing of appeal petition. | 0.20 | 215.00 | $43.00 |
| 11/05/02 | PAG | Review correspondence from S. McMnulvin and Scotta E. McFarland regarding service of appeal petition and motion to consolidate. [.10]. Reply to correspondence from Scotta E. McFarland. [.10]  Discuss additional service with P. Cuniff. [.10]. Discuss service of petition and motion with Scotta E. McFarland. [.20]. | 0.50 | 215.00 | $107.50 |
| 11/05/02 | PAG | Review correspondence from S. Pope and S. McMulvin and draft correspondence to P. Cuniff regarding service for adversary filings. | 0.10 | 215.00 | $21.50 |
| 11/06/02 | PAG | Telephone calls to and from S. Pope regarding service of appeal petition and motion to consolidate. | 0.10 | 215.00 | $21.50 |
| 11/06/02 | PAG | Telephone call to S. Pope regarding service of adversary documents and parties to serve. | 0.10 | 215.00 | $21.50 |
| 11/06/02 | PAG | Discuss with P. Cuniff additional service of petition to appeal and consolidation motion. | 0.20 | 215.00 | $43.00 |
| 11/12/02 | PAG | Discuss with P. Cuniff motion to consolidate appeal petitions. review e-mail regarding same. Draft correspondence to S. McMillian regarding same. | 0.10 | 215.00 | $21.50 |
| 11/13/02 | PAG | Review Cybergenics documents requested by S. Pope and forward same. | 0.10 | 215.00 | $21.50 |
| 11/13/02 | SEM | Email from S. McMillan regarding joinder in Sealed Air Motion for Stay. | 0.10 | 395.00 | $39.50 |
| 11/14/02 | PAG | Telephone call with D. Hursh regarding joint motion to stay adversary. [.10]. Review motion to stay. [.20]. | 0.30 | 215.00 | $64.50 |
| 11/14/02 | PAG | Confer with P. Cuniff regarding status of appeal petition. | 0.10 | 215.00 | $21.50 |
| 11/14/02 | PAG | Telephone call with Scotta E. McFarland regarding status of motion to stay litigation. | 0.10 | 215.00 | $21.50 |
| 11/14/02 | PAG | Telephone call to 3rd Circuit clerk's office regarding status of petition. [.30]. Draft correspondence to S. Pope regarding access to records of appeal. [.10]. | 0.40 | 215.00 | $86.00 |
| 11/18/02 | PEC | Prepare W. R. Grace & Co., -Conn.'s Objections and Counter Deposition Designations to Plaintiffs' Supplemental Deposition Designations for e-filing and service (.3); Draft Affidavit of Service (.1); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 11/18/02 | PEC | Review and revise Fraudulent Transfer service list | 0.40 | 120.00 | $48.00 |
| 11/25/02 | PEC | File and serve Objections of W. R. Grace & Co.-Conn.'s to Plaintiff'sTrial Exhibits (.4);'Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 11/25/02 | SEM | Review and sign objections to plaintiffs' supplement exhibit list (.20); coordinate for filing and service of same (.20). | 0.40 | 395.00 | $158.00 |

| | | Task Code Total | 53.70 | | $14,239.00 |
|---|---|---|---|---|---|

**WRG-CLAIM ANALYSIS (ASBESTOS)**

| | | | | | |
|---|---|---|---|---|---|
| 08/20/02 | SEM | A. Running regarding filing of Debtor's response brief regarding case management order for litigation of personal injury claims. | 0.20 | 395.00 | $79.00 |
| 08/20/02 | SEM | Addressing Kirkland & Ellis inquiry regarding oversized briefs being filed with Judge Wolin re case management on personal injury issues (.20); draft email to A. Running re filing oversized briefs (.10). | 0.30 | 395.00 | $118.50 |
| 08/20/02 | SEM | Telephone conference with A. Running regarding filing brief with Judge Wolin regarding case management of personal injury issues. | 0.10 | 395.00 | $39.50 |
| 08/20/02 | SEM | Email to P. Cuniff regarding filing issues with reply regarding case management of litigation of personal injury claims. | 0.10 | 395.00 | $39.50 |
| 08/21/02 | SEM | Telephone conference with P. Cuniff regarding filing reply brief regarding litigation of asbestos claimant issues. | 0.10 | 395.00 | $39.50 |
| 08/21/02 | SEM | Review reply memo from PI Comm regarding estimation of PI Asbestos Claims and forward same to C. Lane and A. Running. | 0.30 | 395.00 | $118.50 |
| 08/21/02 | SEM | Telephone conference with A. Running regarding filing reply brief regarding procedures for litigation PI claims that is no longer than order allows. | 0.20 | 395.00 | $79.00 |
| 08/21/02 | SEM | Revise motion for leave to file reply brief on PI claims litigation that exceeds 15-page limit. | 0.20 | 395.00 | $79.00 |
| 08/21/02 | SEM | Review reply brief for filing PI claims litigation. | 0.20 | 395.00 | $79.00 |
| 08/21/02 | SEM | Addressing filing and service of reply brief re PI claims litigation. | 0.20 | 395.00 | $79.00 |
| 08/21/02 | PEC | Prepare Reply Brief on Procedures for Litigation of the Common Personal Injury Liability Issues for filing and service. | 0.50 | 120.00 | $60.00 |
| 10/06/02 | PAG | Draft e-mail to M. Dalsin regarding sample affidavit for service of claim forms. | 0.30 | 215.00 | $64.50 |

| | | Task Code Total | 2.70 | | $875.00 |
|---|---|---|---|---|---|

**WRG-FEE APPLICATIONS, OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 08/08/02 | KKY | Serve (.10) and prepare for service (.20) Kirkland & Ellis June 2002 fee app (re adversary proceeding no. 02-2210) | 0.30 | 125.00 | $37.50 |
| 08/13/02 | DWC | Call with T. Taconelli re: fee applications in fraudulent transfer proceeding | 0.20 | 280.00 | $56.00 |
| 08/14/02 | SEM | Review K&E fee application filings for adversary and for main case. | 0.10 | 395.00 | $39.50 |
| 08/31/02 | SEM | Draft email to Paula A. Galbraith regarding preparing a memo regarding the status of the Debtors' professionals applications. | 0.20 | 395.00 | $79.00 |
| 09/18/02 | PEC | Draft Certificate of No Objection regarding Kirkland & Ellis' June Fraudulent Conveyance Fee Application and Certificate of Service (.5); File and serve (.4) | 0.90 | 120.00 | $108.00 |
| 09/25/02 | PAG | Attend to inquiries regarding status of fee order. | 0.20 | 215.00 | $43.00 |
| 10/02/02 | PEC | File and serve Kirkland & Ellis' July Fee Application per adversary (.4); Draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |
| 10/02/02 | PEC | File and serve Kirkland & Ellis' August Fee Application (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 10/23/02 | PEC | Draft Certificate of No Objection regarding Kirkland & | 0.80 | 120.00 | $96.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Ellis' July 2002 Fraudulent Conveyance Monthly Fee Application and Affidavit of Service (.4); File and serve (.4) |  |  |  |
| 10/23/02 | PEC | Draft Certificate of No Objection regarding Kirkland & Ellis' August 2002 Fraudulent Conveyance Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 10/30/02 | PEC | File and serve Kirkland & Ellis September Monthly Fee Application (.7); Draft Certificate of Service (.1) | 0.80 | 120.00 | $96.00 |
| 11/26/02 | PEC | Draft Notice of Filing of Kirkland & Ellis First Quarterly Fee Application and Affidavit of Service (.4); Prepare for e-filing and service (.3) | 0.70 | 120.00 | $84.00 |
| 11/26/02 | PEC | Prepare Kirkland & Ellis First Quarterly Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 120.00 | $48.00 |
| 11/27/02 | PEC | File and serve Kirkland & Ellis First Quarterly Fee Application | 0.50 | 120.00 | $60.00 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **7.00** | **$975.00** |

**WRG-HEARINGS**

| 10/07/02 | PEC | Return calls to various creditors regarding 10/7/02 hearing before Judge Wolin to show cause for case management order | 0.50 | 120.00 | $60.00 |
|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| **Task Code Total** | **0.50** | **$60.00** |

|  |  |  |
|---|---|---|
| **Total professional services:** | 63.90 | **$16,149.00** |

### *Costs Advanced:*

| 10/14/2002 | FX | (AGR 45 @1.00 PER PG) | $45.00 |
|---|---|---|---|
| 10/14/2002 | RE | (CORR 2097 @0.15 PER PG) | $314.55 |
| 10/14/2002 | RE | (CORR 1140 @0.15 PER PG) | $171.00 |
| 10/14/2002 | RE | (CORR 487 @0.15 PER PG) | $73.05 |
| 10/14/2002 | RE | (CORR 2933 @0.15 PER PG) | $439.95 |
| 10/14/2002 | RE | (AGR 4 @0.15 PER PG) | $0.60 |
| 10/14/2002 | RE | (AGR 50 @0.15 PER PG) | $7.50 |
| 10/14/2002 | RE | (CORR 8818 @0.15 PER PG) | $1,322.70 |
| 10/14/2002 | RE | (CORR 7483 @0.15 PER PG) | $1,122.45 |
| 10/23/2002 | RE | (AGR 38 @0.15 PER PG) | $5.70 |
| 10/23/2002 | RE | (AGR 4 @0.15 PER PG) | $0.60 |
| 11/01/2002 | RE | (AGR 888 @0.15 PER PG) | $133.20 |
| 11/04/2002 | RE | (AGR 56 @0.15 PER PG) | $8.40 |
| 11/04/2002 | RE | (CORR 57 @0.15 PER PG) | $8.55 |
| 11/05/2002 | RE | (AGR 1 @0.15 PER PG) | $0.15 |
| 11/06/2002 | RE | (CORR 59 @0.15 PER PG) | $8.85 |
| 11/07/2002 | RE | (AGR 35 @0.15 PER PG) | $5.25 |
| 11/07/2002 | RE | (AGR 2 @0.15 PER PG) | $0.30 |
| 11/08/2002 | RE | (CORR 96 @0.15 PER PG) | $14.40 |
| 11/18/2002 | FX | (AGR 9 @1.00 PER PG) | $9.00 |
| 11/18/2002 | FX | (AGR 9 @1.00 PER PG) | $9.00 |

|  |  |
|---|---|
| **Total Expenses:** | **$3,700.20** |

### *Summary:*

|  |  |  |
|---|---|---|
| Total professional services | | $16,149.00 |
| Total expenses | | $3,700.20 |
| Net current charges | | $19,849.20 |

**Total balance now due**            $19,849.20

## Billing Summary

| | | | | |
|---|---|---|---|---|
| ALE | Espinosa, Amy L. | 0.60 | $120.00 | $72.00 |
| DWC | Carickhoff, David W | 7.60 | $280.00 | $2,128.00 |
| KKY | Yee, Karina K. | 0.50 | $125.00 | $62.50 |
| LDJ | Jones, Laura Davis | 1.70 | $550.00 | $935.00 |
| PAG | Galbraith, Paula A. | 26.20 | $215.00 | $5,633.00 |
| PEC | Cuniff, Patricia E. | 12.60 | $120.00 | $1,512.00 |
| SEM | McFarland, Scotta E. | 14.70 | $395.00 | $5,806.50 |
| | | 63.90 | | $16,149.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| BL | BANKRUPTCY LITIGATION [L430] | 53.70 | $14,239.00 |
| CR01 | WRG-CLAIM ANALYSIS (ASBESTOS) | 2.70 | $875.00 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 7.00 | $975.00 |
| HR | WRG-HEARINGS | 0.50 | $60.00 |
| | | 63.90 | $16,149.00 |

## Expense Code Summary

| | |
|---|---|
| Fax Transmittal. [E104] | $63.00 |
| Reproduction Expense. [E101] | $3,637.20 |
| | $3,700.20 |