IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ABESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et at., | ) | |
| Plaintiffs, | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| Against | ) | |
| SEALED AIR OBJECTION and CRYOVAC, INC., | ) | |
| Defendants. | ) | |
| OFFICIAL COMMITTEE OF ABESTOS PERSONAL INJURY CLAIMANTS and | ) | |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

| | |
|---|---|
| OFFICIAL COMMITTEE OF ABESTOS ) <br> PROPERTY DAMAGE CLAIMANTS OF ) <br> W.R. GRACE & CO., suing on behalf of the ) <br> Chapter 11 Bankruptcy Estate of W.R. ) <br> GRACE & CO., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> Against ) <br> ) <br> FRESENIUS MEDICAL CARE ) <br> HOLDINGS, INC. and ) <br> NATIONAL MEDICAL CARE, INC., ) <br> ) <br> Defendants. ) <br> ) | Adv. No. 02-2211 <br><br><br><br><br><br><br><br><br> Affects Dockets 02-2210 and 02-2211 |

**ORDER GRANTING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2002 THROUGH DECEMBER 31, 2002**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to the captioned debtors and debtors-in-possession (the "Debtors"), filed the First Interim application for allowance of compensation and reimbursement of expenses for July 1, 2002 through December 31, 2002 (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED on an interim basis. Debtors shall pay to PSZ&J the sum of $19,446.00 as compensation and $4,402.80 as reimbursement of expenses, for a total of $23,848.80 for services rendered and disbursements

incurred by PSZ&J for the period July 1, 2002 through December 31, 2002, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

                               _____
                               The Honorable Judith K. Fitzgerald
                               United States Bankruptcy Judge