UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    Chapter 11

W.R. GRACE & CO., *et al.*[1],                            Case No. 01-01139JJF
                                                          (Jointly Administered)

Debtors

### AFFIDAVIT OF JOHN P. RYNKIEWICZ IN SUPPORT OF
### APPLICATION OF THE DEBTORS TO EMPLOY
### KAYE SCHOLER LLP
### AS SPECIAL COUNSEL FOR THE DEBTORS

DISTRICT OF COLUMBIA            )
                               ) ss.
                               )

I, JOHN P. RYNKIEWICZ, being duly sworn, states as follows:

1.     I am an attorney at law and a member of the bar of the District of Columbia. I

am Counsel in the law firm of Kaye Scholer LLP ("Kaye Scholer") which maintains,

among other places, an office for the practice of law at:

---

[1]     The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

901 Fifteenth Street, N.W., Suite 700, Washington, D.C. 20005. I make this Affidavit in

support of the Application of W.R. Grace & Co., *et al.* (collectively, the "Debtors") for

an order authorizing the employment of Kaye Scholer as special counsel in intellectual

property matters for the Debtors pursuant to Sections 327(e) and 328(a) of the

Bankruptcy Code (the "Application"). This Affidavit constitutes the statement of

Kaye Scholer pursuant to Federal Rules of Bankruptcy Procedures 2014(a) and 2016.

2.      I am not related and, to the best of my knowledge after inquiry of Kaye

Scholer's members, counsel, and associates, no other attorney of Kaye Scholer is related, to

any judge of the United States Bankruptcy Court for the District of Delaware or to the United

States Trustee for this District.

3.      I do not hold or represent and, to the best of my knowledge and

information, no other attorney of Kaye Scholer holds or represents, any interest adverse to

the Debtors or their estates. Insofar as I have been able to ascertain, neither I, nor Kaye

Scholer, nor any member, counsel or associate thereof, has any connection with the Debtors'

equity security holders, insiders, creditors, or any other party in interest, or their respective

attorneys or accountants, or the United States Trustee or any of its employees, except as

hereinafter set forth.

4.      For years prior to the filing of the Debtors' Chapter 11 cases, certain

attorneys at Kaye Scholer rendered legal services to the Debtors in connection with intellectual

property and related matters, including litigation and counseling. Kaye Scholer's legal

services have primarily included responding to and managing trademark, domain name and

copyright counseling, prosecution and litigation matters before the USPTO and in federal

courts and opinion work and counseling related to intellectual property matters. None of

Kaye Scholer's representations on behalf of Debtors have related to these chapter 11 cases.

5.    In the last ten years, Kaye Scholer has represented the Debtors

in connection with the following:

a.    Various United States and foreign trademark clearance, search and opinion work for its new and existing trademarks.

b.    United States and foreign trademark application filings, responses to Examiner's Office Actions and related trademark, domain name and copyright registration work.

c.    Various United States and foreign trademark Opposition and cancellation actions against other parties.

d.    Drafting and issuance of cease and desist letters

e.    Domain name enforcement and registration matters.

f.    Counseling on company name uses and global protection.

g.    Other related intellectual property matters.

None of these services involves or has involved parties-in-interest in the Debtors' chapter 11 cases.

6.    My prior ten-year employment with the Debtors as Chief Trademark Counsel has allowed me and Kaye Scholer to develop extensive knowledge of certain of the Debtors' trademarks, products, services, processes, and technologies. Kaye Scholer renders legal services relating to such matters far more efficiently than an outside counsel unfamiliar

with them. The trademark subject matter involved in many such legal opinions and related work may often require historical and expert knowledge and requires expert knowledge of very sophisticated and technical product lines of the Debtors. The expense of such legal counseling, opinions and litigations is significantly reduced by my, as well as Kaye Scholer's, familiarity with the Debtors, their trademarks, products, services, processes or technologies that are the subject of such intellectual property legal services.

7.    Over the course of Kaye Scholer's representation of the Debtors, Kaye Scholer has periodically received regular compensation from the Debtors for services and expenses incurred. None of the fees paid to Kaye Scholer represents payments for legal services in connection with preparation or filing of these Chapter 11 cases.

8.    Kaye Scholer has not previously represented, or represented in the past, any of the Debtors' (or affiliates') significant current vendors, unsecured creditors, lenders, letter of credit issuers, equity holders, underwriters, indenture trustees, lessors, lessees, or customers, (as listed in the Kirkland & Ellis Grace Conflicts List of February 23, 2010, as reorganization counsel filed in these cases) (the "K&E Exhibits") in any matters involving Debtors or adverse to Debtors.

9.    As part of its customary practice, Kaye Scholer is retained in cases, proceedings and transactions involving many different parties, some of whom may be claimants and parties-in-interest in these chapter 11 cases. To the best of my knowledge, based upon the inquiries made to date, it is my understanding that Kaye Scholer does not perform services for any such person in connection with the Debtors or these

chapter 11 cases. Kaye Scholer has undertaken a conflicts review which involves a comparison of the persons and entities identified in the K&E Exhibits against the most complete list currently available of Kaye Scholer's clients. To the best of my knowledge and information from this comparison, Kaye Scholer has represented the parties so identified in the Exhibit A to this affidavit in matters and transactions unrelated to the Debtors or this chapter 11 case

10.    In addition, Kaye Scholer represented the legal representatives for future asbestos health claimants appointed pursuant to section 524(g) of the Bankruptcy Code in the chapter 11 cases of Armstrong World Industries, Owens Corning/Fibreboard Corporation, USG Corporation, Plibrico Corporation and Bauer Supply Company and continues to represent the legal representatives in connection with the administration of the section 524(g) trusts which emerged from the chapter 11 proceedings. The legal representatives do not represent future asbestos health claimants who may assert claims against the Debtors or any section 524(g) trust which will emerge from the Debtors' chapter 11 cases.

11.    To the best of my knowledge, no Kaye Scholer attorney is a shareholder or bondholder of any of the Debtors.

12.    Kaye Scholer intends to apply to the Court for compensation for professional services rendered in connection with the proposed representation, subject to approval of the Court and in compliance with the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedures and any Orders of this Court. Kaye Scholer will charge hourly rates to the Debtors that are consistent with customary hourly rates

charged by Kaye Scholer., Fees for legal assistants and paralegals may range from

$75.00 to $180.00;  and $190.00 to $400.00 for associates, subject to periodic

adjustments, plus reimbursement of actual and necessary expenses and other charges that

the firm incurs. The principal attorney of Kaye Scholer who has been and is currently

expected to handle the proposed representation, and his hourly rates beginning January 2010

are:

| Attorney/Paralegal | Hourly Rate |
|---|---|
| John P. Rynkiewicz | $ 567.00 per hour |

13.    As described in the Application, Kaye Scholer's representation will be that of

special counsel to represent the Debtors in certain intellectual property matters.

14.    The hourly rates set forth above are subject to periodic adjustments to

reflect economic and other conditions. Other attorneys and paralegals may from time to

time serve the Debtors as well in the matters for which Kaye Scholer's retention is sought..

Kaye Scholer's rates are set at a level designed to compensate Kaye Scholer fairly for the

work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is

Kaye Scholer's policy to charge its clients in all areas of practice for all other expenses

incurred in connection with the client's case. The expenses charged to clients include,

among other things, mail and express mail charges, special or hand delivery charges,

document processing, photocopying charges, travel expenses, hotel expenses, airfare,

expenses for "working meals," computerized research, messengers, and other non-

ordinary overhead expenses. Kaye Scholer will charge the Debtors for these expenses in a

manner and at rates consistent with charges generally made to Kaye Scholer's other clients.

15.    No promises have been received by Kaye Scholer as to compensation in

connection with this case other than in accordance with the provisions of the Bankruptcy

Code. Kaye Scholer has no agreement with any other entity to share (a) any compensation it has received or may receive for services rendered in connection with this case with another party or person, and (b) any compensation another party or person has received or may receive for services rendered in connection with this case.

16.    If, at any time during the period of its retention, Kaye Scholer should discover any facts bearing on the matters described herein, Kaye Scholer will supplement the information contained in this Affidavit.

John P. Rynkiewicz

Subscribed and sworn to before me this 25th day of March, 2010, by John P. Rynkiewicz Witness my hand and official seal.

My commission expires: 1/1/ 2012

Notary Public

Jerry L. McBride
Notary Public, District of Columbia
My Commission Expires 1/1/2012

7

# EXHIBIT  A

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Dune Capital | Ad Hoc Equity Members Committee | |
| Dune Capital Management LP | Ad Hoc Equity Members Committee | |
| Halcyon Asset Management LLC | Ad Hoc Equity Members Committee | |
| Simon Atlas | Ad Hoc Equity Members Committee | |
| Anderson Memorial Hospital | Ad Hoc Equity Members Committee/Asbestos Cl | |
| Angus W. Mercer | Asbestos Claimants | |
| Barclays Bank plc | Asbestos Claimants | Yes |
| Caxton Associates LLC | Asbestos Claimants | |
| Joan McKay Young | Asbestos Claimants | |
| Joseph A. Rightmyer | Asbestos Claimants | |
| Maulden, John Wesley | Asbestos Claimants | |
| McComb Public Library | Asbestos Claimants | |
| PARA Omnibus LLC | Asbestos Claimants | |
| Parent, Thomas | Asbestos Claimants | |
| Patricia Stanley | Asbestos Claimants | |
| PricewaterhouseCoopers LLP | Asbestos Claimants | Yes |
| Pro-Chem, Inc. | Asbestos Claimants | |
| Quentin Alexander | Asbestos Claimants | |
| Safeway, Inc. | Asbestos Claimants | |
| Hampshire Chemical Corp. | Asbestos Claimants/Top 30 Unsecured Creditors | |
| Anthony Angiuli | Asbestos Personal Injury Claimants Committee | |
| Harvey Blair | Asbestos Personal Injury Claimants Committee | |
| John Russell | Asbestos Personal Injury Claimants Committee | |
| John Smutko | Asbestos Personal Injury Claimants Committee | |
| Nathan O. Phillips, Jr. | Asbestos Personal Injury Claimants Committee | |
| Roberta Jeffery | Asbestos Personal Injury Claimants Committee | |
| Steven Jones | Asbestos Personal Injury Claimants Committee | |
| Bayshore Community Hospital (NJ) | Bank Creditors | |
| Harbor Insurance Co | Bank Creditors | |
| Lloyds Underwriters | Bank Creditors | |
| Northern Trust Capital, LP | Bank Creditors | |
| Wachovia Bank & Trust Company, N.A. | Bank Creditors | Yes |
| ICI Americas | Bank Creditors/Top 30 Unsecured Creditors | |
| Florida Department of Environmental Protection | Counsel to Ad Hoc Committee | |
| Weitz & Luxenberg | Counsel to Ad Hoc Committee | |
| ABN Amro | Debtholders | |
| Akzo Nobel Surface Chemistry LLC | Debtholders | Yes |
| Azteca Restaurants (El Torita-La Fiesta) | Debtholders | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Bank of America Capital Corporation | Debtholders | |
| Bank One Corp. | Debtholders | |
| Barclays Global Investors (UK) Ltd. | Debtholders | |
| Battery Park High Yield Long Short | Debtholders | |
| Battery Park High Yield Op Strat | Debtholders | |
| Battery Park High Yield Opportunity Master Fund, Ltd. | Debtholders | |
| Bayard Firm, The | Debtholders | |
| Bear Stearns & Co. | Debtholders | |
| Bear Stearns Asset Management Inc. | Debtholders | |
| Capsules Zapata Auscan, Inc. (Canada) | Debtholders | |
| Cass Information Systems Inc | Debtholders | |
| Citibank F.S.B. | Debtholders | |
| Citigroup, Inc. | Debtholders | Yes |
| Continental Casualty Co. | Debtholders | |
| Credit Suisse First Boston | Debtholders | Yes |
| Credit Suisse Securities (USA) LLC | Debtholders | |
| D.E. Shaw & Co. L.P. | Debtholders | Yes |
| Dairyland Insurance Co | Debtholders | |
| Dinosaur Spiret Loan Trust | Debtholders | |
| Dominion Ins. Co. Ltd. | Debtholders | |
| Dresdner Kleinwort Benson | Debtholders | |
| Fabro Oriented Polymers, Inc. | Debtholders | |
| Fibertech Group, Inc. | Debtholders | |
| First Union Bank | Debtholders | |
| Goldberg, Persky | Debtholders | |
| Goldentree Credit Opportunities | Debtholders | |
| Goldman Sachs Credit Partners LP | Debtholders | |
| GPC XLI, LLC | Debtholders | |
| Grace, Margaret F | Debtholders | Yes |
| Highlands Ins. Co. | Debtholders | |
| Kane, Timothy | Debtholders | |
| Kitti, Samantha | Debtholders | |
| KS International | Debtholders | |
| Lack & Lindsay | Debtholders | |
| Leonard L. Brown | Debtholders | |
| Lloyds Bank, Dubai | Debtholders | |
| London & Edinburgh General Ins. Co. | Debtholders | |
| Myers Park Trading LLC | Debtholders | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| National Casualty Co. of America | Debtholders | |
| North Star Reinsurance | Debtholders | |
| Northern Trust Corp. | Debtholders | |
| OTR | Debtholders | |
| Parent, Jennette | Debtholders | |
| Peninsula Capital Partners | Debtholders | |
| Reunion-Adriatica | Debtholders | |
| Ronald C. Cambre | Debtholders | |
| South Pacific Development Company | Debtholders | |
| St Paul Companies Inc, The | Debtholders | |
| Terra Nova Ins. Co., Ltd. | Debtholders | |
| Wachovia Bank & Trust Co., N.A. | Debtholders | Yes |
| DK Acquisitions Partners LP | Debtholders/Shareholders/Debtholders (22 Jan 2008) | |
| Bank of Nova Scotia | Debtholders/Shrhld/Debtldrs(22Jan2008) | Yes |
| Morgan Stanley Senior Funding Inc. | Debtholders/Shrhlds/Debtholders (22 Jan 2008) | |
| Bank of America | Debtholders/Top 30 Unsecured Creditors | Yes |
| Internal Revenue Service | Debtholders/Top 30 Unsecured Creditors | |
| Massachusetts, The Commonwealth of | Debtholders/Top 30 Unsecured Creditors | |
| Aetna Casualty & Surety | Insurers | |
| AG Belge de 1830 | Insurers | |
| AIG | Insurers | |
| Allianz Underwriters Ins. | Insurers | |
| American Manufacturers Mutual | Insurers | |
| American Reinsurance Co | Insurers | |
| Asbestos Claims Management Corp. (f/k/a National Gypsum Co.) | Insurers | |
| Atlas-Turner Co. Ltd. | Insurers | |
| BlackRock Investment Management LLC | Insurers | |
| Brencourt Advisors | Insurers | |
| Burlington Northern Santa Fe Railroad | Insurers | |
| California Public Employees' Retirement System (CalPERS) | Insurers | |
| CAP Fund LP | Insurers | |
| Chaffey Community College | Insurers | |
| Citadel Investment Group | Insurers | Yes |
| College Retirement Equities Fund | Insurers | |
| Continental Ins Co | Insurers | |
| Contrarian Capital Trade Claims LP | Insurers | |
| Daisy Salzo Casilla | Insurers | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Don Pearson | Insurers | |
| Electric Power Board Of Chattanooga | Insurers | |
| Endeavour Capital Advisors Inc. | Insurers | |
| Everest Capital Master Fund LP | Insurers | |
| Fernwood Associates, LP | Insurers | |
| Fireman's Fund Insurance Co. | Insurers | |
| First Union | Insurers | |
| Foreco Srl | Insurers | |
| General Motors Investment Management | Insurers | Yes |
| Gert H. Teska | Insurers | |
| Haig Torigian | Insurers | |
| Harold A. Eckmann | Insurers | |
| Her Majesty the Queen (Canada) | Insurers | |
| Hilda Salz O | Insurers | |
| Loctite Corp. | Insurers | |
| London Guarantee & Acc. | Insurers | |
| Longacre Master Fund | Insurers | |
| National Union Fire Insurance Company | Insurers | |
| Northbrook Ins Co | Insurers | |
| Northern Trust Bank | Insurers | |
| Restoration Holdings Ltd. | Insurers | |
| Richard J. Nozemack | Insurers | |
| Royale Belge S.A. | Insurers | |
| Rudolf B. Peest | Insurers | |
| SRI Fund LP | Insurers | |
| St. Paul Companies, Inc. | Insurers | |
| Sunoco, Inc. | Insurers | |
| Sylvania City School District | Insurers | |
| Texas Commerce National Bank Association | Insurers | |
| Twin City Fire Ins Co | Insurers | |
| U.S. Attorney District of New Jersey | Insurers | |
| Waverly City School District | Insurers | |
| World Auxiliary Ins. Corp. Ltd. | Insurers | |
| Yasuda Fire & Marine Ins. Co. Ltd. | Insurers | |
| Zapata | Insurers | |
| American International Group, Inc. | Letters of Credit | Yes |
| Ball Corp. | Letters of Credit | Yes. |
| Bank of Montreal, Bank of America | Letters of Credit | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Citicorp Diner's Club, Inc. | Letters of Credit | |
| Firemans Fund Insurance Company | Letters of Credit | |
| Hartford Insurance | Letters of Credit | |
| J.P. Morgan Investment Management Inc. (New York) | Letters of Credit | Yes |
| St. Paul Companies, The | Letters of Credit | |
| Treasury, Department of | Letters of Credit | |
| Wachovia Bank National Association | Letters of Credit/Top 30 Unsecured Creditors | Yes |
| Abadic, Arcel | Post-Petition Claimants | |
| Atofina Chemicals, Inc. f/k/a Elf Atochem North America Inc. f/k/a Pennwalt Corp. | Post-Petition Claimants | |
| Contrarian Funds, LLC | Post-Petition Claimants | |
| Coshocton City School District | Post-Petition Claimants | |
| ELF ATOCHEM S.A. | Post-Petition Claimants | |
| Freeman Associates Investment Management LLC | Post-Petition Claimants | |
| Gloria Munoz | Post-Petition Claimants | |
| Gregory E. Poling | Post-Petition Claimants | |
| Jeanette L Vachon Trust UA | Post-Petition Claimants | |
| Loriot & Co. | Post-Petition Claimants | |
| Mulberry Limited | Post-Petition Claimants | |
| Polyfibron Technologies, Inc. | Post-Petition Claimants | |
| Rae C. Heiple | Post-Petition Claimants | |
| State Street Global Advisors (US) | Post-Petition Claimants | |
| UOP, LLC (joint venture with Union Carbide) | Post-Petition Claimants | |
| US Bankruptcy Judge Jerry A. Brown | Post-Petition Creditor | |
| ABN Amro Chicago Corp. | Post-Petition Creditor | |
| ABN Amro Informational Technology Services | Post-Petition Creditor | Yes |
| ABN Amro Private Equity | Pre-Petition Creditor | Yes |
| Adam Grainger | Pre-Petition Creditor | |
| Ahmanson Center | Pre-Petition Creditor | |
| AIG Capital Partners, Inc. | Pre-Petition Creditor | |
| Akzo Nobel, Inc. | Pre-Petition Creditor | |
| Amoco Production Co. | Pre-Petition Creditor | |
| Associated International | Pre-Petition Creditor | |
| Atofina Chemicals Inc | Pre-Petition Creditor | |
| Atrium Palace Condominium Assn., The | Pre-Petition Creditor | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Atticus Capital LP | Pre-Petition Creditor | |
| Ava L. Little Whirlwind | Pre-Petition Creditor | |
| Avenue Capital | Pre-Petition Creditor | |
| Banc of America Securities, LLC, Montgomery Division | Pre-Petition Creditor | Yes |
| BancAmerica Capital Investments | Pre-Petition Creditor | Yes |
| BancAmerica Corporation | Pre-Petition Creditor | Yes |
| BancAmerica Robertson Stephens | Pre-Petition Creditor | Yes |
| Bank Hapoalim | Pre-Petition Creditor | |
| Bank of America Corporation | Pre-Petition Creditor | |
| Bank of America N.T. & S.A. | Pre-Petition Creditor | Yes |
| Barbara Cates Baynard | Pre-Petition Creditor | Yes |
| Basso Multi-Strategy Holding Fund | Pre-Petition Creditor | |
| Besswell Corporation, N.V | Pre-Petition Creditor | |
| Betty D. Green | Pre-Petition Creditor | |
| Bliss Memorial Public Library | Pre-Petition Creditor | |
| Blue Ridge Capital | Pre-Petition Creditor | |
| Bob Robert Sunness | Pre-Petition Creditor | |
| Buffalo Reinsurance | Pre-Petition Creditor | |
| Caruccio | Pre-Petition Creditor | |
| Caspian Capital Partners, LP | Pre-Petition Creditor | |
| Catholic Archdiocese of New Orleans | Pre-Petition Creditor | |
| Charles H. Erhart Jr. | Pre-Petition Creditor | |
| Chase Capital Partners | Pre-Petition Creditor | |
| Chase Manhattan Banc, Irwin Trust | Pre-Petition Creditor | |
| Chase Manhattan Bank Trust | Pre-Petition Creditor | |
| Chase Merchant Banking | Pre-Petition Creditor | |
| Chase Merchant/CIBC Wood Grundy | Pre-Petition Creditor | |
| Chevron Phillips Chemical Company, L.P. | Pre-Petition Creditor | |
| CHEVRON RES/RICHMOND | Pre-Petition Creditor | |
| Cie Europeene D'Ass. Industrielles | Pre-Petition Creditor | |
| Citibank Global Asset Management | Pre-Petition Creditor | |
| Citibank Private Bank, The | Pre-Petition Creditor | Yes |
| Citibank, N.A. | Pre-Petition Creditor | Yes |
| Citibank, N.A. | Pre-Petition Creditor | Yes |
| Citicorp Mezzanine III, L.P. | Pre-Petition Creditor | |
| Citicorp Mezzanine Investment | Pre-Petition Creditor | |
| Citicorp Mezzanine Partners | Pre-Petition Creditor | |
| Citicorp US, Inc. | Pre-Petition Creditor | |
| Citicorp Venture Capital, Ltd. | Pre-Petition Creditor | Yes |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Citigroup | Pre-Petition Creditor | Yes |
| CMSS as Exchange Agent for Unexchanged Holders of Chomerics, Inc. | Pre-Petition Creditor | |
| County of Renfrew | Pre-Petition Creditor | |
| Crane Environmental Products, Inc. | Pre-Petition Creditor | |
| Credit Lyonnais | Pre-Petition Creditor | |
| CVC Capital Partners Limited | Pre-Petition Creditor | Yes |
| Cypress Management Partnership | Pre-Petition Creditor | |
| DavCo Restaurants, Inc. | Pre-Petition Creditor | |
| David B. Siegel | Pre-Petition Creditor | |
| Deknatel | Pre-Petition Creditor | |
| Delta Chemicals | Pre-Petition Creditor | |
| Delta Partners | Pre-Petition Creditor | |
| Deutsche Asset Management Americas | Pre-Petition Creditor | |
| Dorothy F. Sellers | Pre-Petition Creditor | |
| Du Pont, E. I. De Nemours and Company Inc | Pre-Petition Creditor | |
| Duma Capital Management LP | Pre-Petition Creditor | |
| Ed Hipkin | Pre-Petition Creditor | |
| Edmund F. Guaraldi Revocable Trust | Pre-Petition Creditor | |
| Ellen R. Saxl | Pre-Petition Creditor | |
| Elliott Machinery Company | Pre-Petition Creditor | |
| Elyse B. Napoli | Pre-Petition Creditor | |
| European General | Pre-Petition Creditor | |
| Federal Insurance Co | Pre-Petition Creditor | |
| Fireman's Fund | Pre-Petition Creditor | |
| First Union National Bank | Pre-Petition Creditor | |
| Fitzgerald, Judith K | Pre-Petition Creditor | |
| Foreco/Forrestall | Pre-Petition Creditor | |
| Forestall Srl | Pre-Petition Creditor | |
| Fortress Investment Group LLC | Pre-Petition Creditor | |
| Gary A. Messersmith and Joe E. Coleman as Trustees of the Jaime Abercrombie Robinson | Pre-Petition Creditor | |
| 1967 Trust | Pre-Petition Creditor | |
| GEICO | Pre-Petition Creditor | |
| General Refractories Co. | Pre-Petition Creditor | |
| George Montgomery | Pre-Petition Creditor | |
| GMAM Investment Funds Trust II | Pre-Petition Creditor | |
| Goldentree | Pre-Petition Creditor | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Greater Cincinnati Water Works | Pre-Petition Creditor | |
| H.K. Porter Co. | Pre-Petition Creditor | |
| Haftpflichtverband | Pre-Petition Creditor | |
| HFR DS Restoration Master Trust | Pre-Petition Creditor | |
| HSBC Private Equity Europe, Ltd. | Pre-Petition Creditor | |
| IMV Nevada | Pre-Petition Creditor | Yes |
| Industrial Holders Co. | Pre-Petition Creditor | |
| Industrial Safety Equipment Association | Pre-Petition Creditor | |
| Institutional Benchmarks Master Fund | Pre-Petition Creditor | |
| International Mineral and Chemical Corp. | Pre-Petition Creditor | |
| Intertech Group, Inc., The | Pre-Petition Creditor | |
| Iowa Department of Revenue | Pre-Petition Creditor | |
| Jacques Gliksberg, an officer of Bank of America N.T. & S.A. | Pre-Petition Creditor | |
| James G. Schaefer | Pre-Petition Creditor | |
| JC Ehrlich Co Inc. | Pre-Petition Creditor | |
| Joanna M. Foley & Joseph P. Foley | Pre-Petition Creditor | |
| John O. Flender | Pre-Petition Creditor | |
| Joseph Rygiel, an officer of Bank of America N.T. & S.A. | Pre-Petition Creditor | |
| Joyce M. Mercer | Pre-Petition Creditor | |
| Kathryn C. Mattingly | Pre-Petition Creditor | |
| Kemet Electronics Corp. | Pre-Petition Creditor | |
| Kennametal Inc | Pre-Petition Creditor | |
| King Street Capital, LP | Pre-Petition Creditor | |
| KS Capital Partners, LP | Pre-Petition Creditor | |
| Laurey Mercer Rigsbee | Pre-Petition Creditor | |
| Lehman | Pre-Petition Creditor | |
| LL Peachtree Funding LLC | Pre-Petition Creditor | Yes |
| Loeb Partners Corp. | Pre-Petition Creditor | |
| M. Evelyn Bowman | Pre-Petition Creditor | |
| MARATHON ASHLAND - ROBINSON, IL | Pre-Petition Creditor | |
| Marco Viola, an officer of Bank of America N.T. & S.A. | Pre-Petition Creditor | |
| Margaret M. Sokol | Pre-Petition Creditor | |
| Mark A. Shleinitz | Pre-Petition Creditor | |
| Mellon Private Wealth Management | Pre-Petition Creditor | |
| Mitsui & Co. (U.S.A.), Inc. | Pre-Petition Creditor | |
| MLH Capital LLC | Pre-Petition Creditor | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| MOBIL OIL—CHANNAHON, IL | Pre-Petition Creditor | |
| Montana Department of Environmental Quality, State of | Pre-Petition Creditor | |
| Motors Insurance Corp. | Pre-Petition Creditor | |
| MSC Industrial Supply Co | Pre-Petition Creditor | |
| New Jersey, State of | Pre-Petition Creditor | Yes |
| Northern Trust Investments NA | Pre-Petition Creditor | |
| Oceanwood Capital Management LLP | Pre-Petition Creditor | |
| OHH Loan Funding | Pre-Petition Creditor | |
| Owners, Strata plan LMNS 2262, The | Pre-Petition Creditor | |
| P.S. DeBeaumont | Pre-Petition Creditor | |
| Pacific Freeholds | Pre-Petition Creditor | |
| Pharmacia Corporation | Pre-Petition Creditor | Yes |
| Phyllis Schriger | Pre-Petition Creditor | |
| Polymer Group, Inc. | Pre-Petition Creditor | |
| Potash Corporation of Saskatchewan Inc | Pre-Petition Creditor | Yes |
| Price, Paul | Pre-Petition Creditor | |
| Princeton University, The Trustees of | Pre-Petition Creditor | |
| Profit Sharing Trust | Pre-Petition Creditor | |
| Prudential Insurance Company of America, The | Pre-Petition Creditor | |
| Radian International | Pre-Petition Creditor | |
| Raymark Industries, Inc. | Pre-Petition Creditor | |
| Raymond E. Smiley | Pre-Petition Creditor | |
| Renaissance Technologies Corp. | Pre-Petition Creditor | |
| Rio Tinto Iron & Titanium, Inc. | Pre-Petition Creditor | |
| Robert Bendheim | Pre-Petition Creditor | |
| Robert H. & Joan P. Beber | Pre-Petition Creditor | |
| Robert L. Cox Jr. | Pre-Petition Creditor | |
| Ryan, Royce N | Pre-Petition Creditor | |
| Sierra Liquidity Fund | Pre-Petition Creditor | |
| Smurfit Stone Container Corp | Pre-Petition Creditor | |
| SOF Investments LLC | Pre-Petition Creditor | |
| Sphere Drake Ins. Co. Ltd. | Pre-Petition Creditor | |
| Steven A. Garcia | Pre-Petition Creditor | |
| Steven S. Paloumbis | Pre-Petition Creditor | |
| Swiss Reinsurance | Pre-Petition Creditor | |
| Sylvia M. Erhart | Pre-Petition Creditor | |
| Tapon (Zapata) France | Pre-Petition Creditor | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Tempo Master Fund LP | Pre-Petition Creditor | |
| Thomas Arlen Evans & Dotzie Kay Evans | Pre-Petition Creditor | |
| Thomas, John M | Pre-Petition Creditor | |
| Tina Kohl | Pre-Petition Creditor | |
| Tocqueville Asset Management LP | Pre-Petition Creditor | |
| Toronto Dominion Capital, Inc. | Pre-Petition Creditor | |
| Torray LLC | Pre-Petition Creditor | |
| Travelers Insurance Co., The | Pre-Petition Creditor | |
| Tru Serv Corporation (f/k/a Cotter & Company) | Pre-Petition Creditor | |
| Tudor Investment Corp. | Pre-Petition Creditor | |
| Turegum Ins. Co. | Pre-Petition Creditor | |
| U.S. Department of Justice | Pre-Petition Creditor | |
| UBS O'Connor LLC | Pre-Petition Creditor | |
| Uniroyal Holdings, Inc. | Pre-Petition Creditor | |
| United States Gypsum Co | Pre-Petition Creditor | |
| URS Corporation | Pre-Petition Creditor | |
| US District Court Judge Sarah Vance | Pre-Petition Creditor | |
| US Mineral Products Company, Inc. (d/b/a Isolatek International) | Pre-Petition Creditor | |
| USG Corporation | Pre-Petition Creditor | Yes |
| USS. A Div. Of USX Corp. | Pre-Petition Creditor | |
| VAN LEER-MUNO NV | Pre-Petition Creditor | |
| Vanguard Group Inc. | Pre-Petition Creditor | |
| Victorian Workcover Authority | Pre-Petition Creditor | |
| W. Brian McGowan | Pre-Petition Creditor | |
| W.R. Grace & Co Book Entry Memo A/C | Pre-Petition Creditor | Yes |
| Wachtell, Lipton, Rosen & Katz | Pre-Petition Creditor | |
| Wausau Insurance Co | Pre-Petition Creditor | |
| Wayne T. Smith | Pre-Petition Creditor | |
| Wellington Management Co., LLP | Pre-Petition Creditor | |
| Willie H. Blanton | Pre-Petition Creditor | |
| William K. Langfan and Aaron Ziegelman | Pre-Petition Creditor | |
| William L. Monroe | Pre-Petition Creditor | |
| Zapata Industries | Pre-Petition Creditor | |
| Zurich Insurance Co | Pre-Petition Creditor | |
| J.P. Morgan & Chase Co. | Pre-Petition Creditor/Bank Creditors | Yes |
| HSBC/Marine Midland | Pre-Petition Creditor/Debtholders | Yes |
| Bank of New York | Pre-Petition Creditor/Shrhld/Debthldrs(22Jan2008) | Yes |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Burrell Leonard | Pre-Petition Creditor/Shrhld/Debthldrs(22Jan2008) | |
| Bank of America NA | Pre-Petition Creditor/Shrhld/Debthldrs(22Jan2008) | |
| Commerzbank AG | Pre-Petition Creditor/Shrhldrs/Debthldrs(22 Jan 2008) | Yes |
| Cambridge, Massachusetts, City of | Pre-Petition Creditor/Shrhlds/Debtholders(22Jan2008) | |
| Baker, William C | Pre-Petition Creditor/Top 30 Unsecured Creditors | |
| Samson Hydrocarbons Company | Pre-Petition Creditor/Top 30 Unsecured Creditors | |
| Argo Partners | Shareholders/Debtholders (22 Jan 2008) | |
| Avenue Capital Group | Shareholders/Debtholders (22 Jan 2008) | |
| Avenue Investments, LP | Shareholders/Debtholders (22 Jan 2008) | |
| BBT Fund, LP | Shareholders/Debtholders (22 Jan 2008) | |
| Bear Stearns & Co. Inc. | Shareholders/Debtholders (22 Jan 2008) | |
| Brencourt Advisors LLC | Shareholders/Debtholders (22 Jan 2008) | |
| Chase Bank of Texas, NA | Shareholders/Debtholders (22 Jan 2008) | |
| Citadel Investment Group LLC | Shareholders/Debtholders (22 Jan 2008) | Yes |
| Citigroup Financial Products Inc. | Shareholders/Debtholders (22 Jan 2008) | Yes |
| CNA Reinsurance of London Ltd. | Shareholders/Debtholders (22 Jan 2008) | |
| CVC Capital Funding, LLC | Shareholders/Debtholders (22 Jan 2008) | |
| Delta Partners LLC | Shareholders/Debtholders (22 Jan 2008) | |
| Dune Capital LLC | Shareholders/Debtholders (22 Jan 2008) | |
| Garcia Diaz | Shareholders/Debtholders (22 Jan 2008) | |
| Goldentree 2004 Trust | Shareholders/Debtholders (22 Jan 2008) | |
| Grantham Mayo Van Otterloo & Co. LLC | Shareholders/Debtholders (22 Jan 2008) | |
| Guardian Industries Corp. | Shareholders/Debtholders (22 Jan 2008) | |
| Hapoalim | Shareholders/Debtholders (22 Jan 2008) | |
| IMC Global | Shareholders/Debtholders (22 Jan 2008) | |
| International Media Group | Shareholders/Debtholders (22 Jan 2008) | |
| Lehman Brothers Inc. | Shareholders/Debtholders (22 Jan 2008) | |
| Mason Sunnyside Credit Master Fund Ltd. | Shareholders/Debtholders (22 Jan 2008) | |
| Maulden, Beverly | Shareholders/Debtholders (22 Jan 2008) | |
| Morgan Stanley & Co. Inc. | Shareholders/Debtholders (22 Jan 2008) | |
| Neenah Foundry Company | Shareholders/Debtholders (22 Jan 2008) | Yes |
| Noel A. Lee | Shareholders/Debtholders (22 Jan 2008) | |
| Olaf B. Schubbe | Shareholders/Debtholders (22 Jan 2008) | |
| One Hill Hub Fund | Shareholders/Debtholders (22 Jan 2008) | |
| Oppenheimer Asset Management Inc. | Shareholders/Debtholders (22 Jan 2008) | |
| Pegasus Trading LLC | Shareholders/Debtholders (22 Jan 2008) | |
| Peninsula Capital Partners LP | Shareholders/Debtholders (22 Jan 2008) | |
| Sealed Air Corporation | Shareholders/Debtholders (22 Jan 2008) | |
| Seneca Meadows Inc | Shareholders/Debtholders (22 Jan 2008) | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Silver Point Capital, L.P. | Shareholders/Debtholders (22 Jan 2008) | |
| SOF Investments, LP | Shareholders/Debtholders (22 Jan 2008) | |
| Standard Register Company, The | Shareholders/Debtholders (22 Jan 2008) | |
| Wachovia Bank of North Carolina | Shareholders/Debtholders (22 Jan 2008) | |
| Winterthur Swiss Ins. Co. | Shareholders/Debtholders (22 Jan 2008) | Yes |
| Attorney General for California | Significant Equity Holders | |
| Avenue Investments | Significant Equity Holders | |
| Barclays Global Investors NA | Significant Equity Holders | |
| BASF AG | Significant Equity Holders | |
| Bellfontaine City School District | Significant Equity Holders | Yes |
| Blackstone Group LP, The | Significant Equity Holders | |
| BMCE, Inc. | Significant Equity Holders | |
| Brown & Williamson Tobacco Corporation | Significant Equity Holders | |
| Cambridge, City of, Massachusetts | Significant Equity Holders | |
| Cede & Co | Significant Equity Holders | |
| Citi Investment Research (US) | Significant Equity Holders | |
| Citibank | Significant Equity Holders | |
| Collins Packing Co. | Significant Equity Holders | Yes |
| CS First Boston | Significant Equity Holders | |
| Deposit Guaranty National Bank | Significant Equity Holders | |
| Deutsche Bank Trust Company Americas | Significant Equity Holders | |
| Duma Capital Partners, L.P. | Significant Equity Holders | Yes |
| DuPont Dow Elastomers | Significant Equity Holders | |
| Erin Ricker | Significant Equity Holders | |
| Fred P. Brandt & Catherine A. Brandt | Significant Equity Holders | |
| FrontPoint Partners LLC | Significant Equity Holders | |
| Gamma Holding NV | Significant Equity Holders | |
| Graphic Design Technologies | Significant Equity Holders | |
| Hammack, Barbar Ellen | Significant Equity Holders | |
| ISG Resources d/b/a Midwest Fly Ash | Significant Equity Holders | |
| J.P. Morgan Securities, Inc. | Significant Equity Holders | |
| Kekst and Company, Incorporated | Significant Equity Holders | Yes |
| Merle Reppert | Significant Equity Holders | |
| Minerals Management Service, Inc. | Significant Equity Holders | |
| mobil | Significant Equity Holders | |
| Morgan Stanley Emerging Markets, Inc. | Significant Equity Holders | |
| O' Sullivan Graev | Significant Equity Holders | Yes |
| Ogden Teck, Inc. | Significant Equity Holders | |
| Oppenheimer Funds Inc. | Significant Equity Holders | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Ore Hill Hub Fund Ltd. | Significant Equity Holders | |
| Pension Benefit Guarantee Corporation | Significant Equity Holders | |
| R. Ronald Kleiman | Significant Equity Holders | |
| Republic Insurance Co | Significant Equity Holders | |
| Stephen Zimmer, an officer of Bank of America N.T. & S.A. | Significant Equity Holders | |
| Stronghold Ins. Co. Ltd. | Significant Equity Holders | |
| Timothy Kane | Significant Equity Holders | |
| Toronto Dominion Bank, The | Significant Equity Holders | |
| Toyota Motor Corp. | Significant Equity Holders | Yes |
| Tullino | Significant Equity Holders | |
| UDS - MARTINEZ, CA | Significant Equity Holders | |
| Vess J. Barnes, Joyce A. Barnes, & Terry Smith as Trustees of Barnes Jewelry, Inc. | Significant Equity Holders | |
| Employees | | |
| Western Fuels-Colorado | Significant Equity Holders | |
| Lehman Commercial Paper Inc. | Significant EquityHolders/Shdrs/Debtrdrs(22Jan2008) | |
| Alanna Forshay Fenske | Top 100 Equity Security Holders | |
| Ann G. Fitzgerald | Top 100 Equity Security Holders | |
| Barbenti, Marco | Top 100 Equity Security Holders | |
| Bishopsgate Ins. Co. Ltd. | Top 100 Equity Security Holders | |
| Bolduc, JP | Top 100 Equity Security Holders | |
| Boston Old Colony Ins Co | Top 100 Equity Security Holders | |
| C.A.M.A.T. [CAMAT] | Top 100 Equity Security Holders | |
| Celwyn Company, Inc. | Top 100 Equity Security Holders | |
| Centennial Ins Co | Top 100 Equity Security Holders | |
| Charleston, City of, South Carolina | Top 100 Equity Security Holders | |
| CNA Insurance | Top 100 Equity Security Holders | |
| Daniel Grainger | Top 100 Equity Security Holders | |
| David Lawrence | Top 100 Equity Security Holders | |
| Dawn Grainger | Top 100 Equity Security Holders | |
| Dorothy G. Kleiman | Top 100 Equity Security Holders | |
| Douglas V. Reynolds | Top 100 Equity Security Holders | |
| Edna M. Loos | Top 100 Equity Security Holders | |
| Eileen Margaret Grimsditch | Top 100 Equity Security Holders | |
| Eisen Und Stahl | Top 100 Equity Security Holders | |
| Elliott Company | Top 100 Equity Security Holders | |
| Employers Mutual Casualty Co | Top 100 Equity Security Holders | |
| Freda E. Strahl | Top 100 Equity Security Holders | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Fredrick Brothers Corporation | Top 100 Equity Security Holders | |
| George R. Perrin | Top 100 Equity Security Holders | |
| George T. Fukui & Katherine K. Fukui | Top 100 Equity Security Holders | |
| Gerald W. Halmo | Top 100 Equity Security Holders | |
| Gerlina Konzem Ins | Top 100 Equity Security Holders | |
| Gischel Machine Co Inc | Top 100 Equity Security Holders | |
| Hain Capital Holdings | Top 100 Equity Security Holders | |
| Harry S. Rinker Trust | Top 100 Equity Security Holders | |
| Hartford Financial Services Group, Inc., The | Top 100 Equity Security Holders | |
| Holmes Oil Company | Top 100 Equity Security Holders | |
| Honeywell International, Inc. | Top 100 Equity Security Holders | |
| Janet L. Farr & Edward S. Farr | Top 100 Equity Security Holders | |
| Jay Grandchamp | Top 100 Equity Security Holders | |
| Jeffrey Chwala | Top 100 Equity Security Holders | |
| John A. Santillo & Rose Santillo | Top 100 Equity Security Holders | |
| John McKay Young | Top 100 Equity Security Holders | |
| John Nuveen Company, The | Top 100 Equity Security Holders | |
| John W. Austin Jr. & Patsy W. Austin Trust UA | Top 100 Equity Security Holders | |
| Johnny P. Forehand Jr. | Top 100 Equity Security Holders | |
| Jones, Thomas J | Top 100 Equity Security Holders | |
| Joseph Everson | Top 100 Equity Security Holders | |
| Joyner, Simeon D | Top 100 Equity Security Holders | |
| JPMorgan Chase | Top 100 Equity Security Holders | Yes |
| Keeley Asset Management Corp. | Top 100 Equity Security Holders | |
| Laminar Portfolios LLC | Top 100 Equity Security Holders | |
| Lawrence M. Pucci | Top 100 Equity Security Holders | |
| Lee's Niagara Drug Corp. | Top 100 Equity Security Holders | |
| Lillian Berman | Top 100 Equity Security Holders | |
| Lister Properties Co., a Texas Corporation | Top 100 Equity Security Holders | |
| Louise Loffredo | Top 100 Equity Security Holders | |
| Louise Turner | Top 100 Equity Security Holders | |
| Macedon Homes | Top 100 Equity Security Holders | |
| Malech 1989 Family Trust | Top 100 Equity Security Holders | |
| Management, Inc. | Top 100 Equity Security Holders | |
| Maria O. De Salz | Top 100 Equity Security Holders | |
| Mario & Dibono Plastering Co., Inc. | Top 100 Equity Security Holders | |
| Mary C. Kodis Trust | Top 100 Equity Security Holders | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| Maryland Casualty Company | Top 100 Equity Security Holders | |
| Merrill Lynch & Co., Inc. | Top 100 Equity Security Holders | Yes |
| Normandy Hill Master Fund LP | Top 100 Equity Security Holders | |
| Pachulski, Stang, Ziehl, Young & Jones | Top 100 Equity Security Holders | |
| Paul J. Norris | Top 100 Equity Security Holders | |
| Pegasus Trading | Top 100 Equity Security Holders | |
| Phyllis Schriger & William D. Roger | Top 100 Equity Security Holders | |
| Pollock Co | Top 100 Equity Security Holders | |
| Quentin L. Thelen | Top 100 Equity Security Holders | |
| QVT Financial LP | Top 100 Equity Security Holders | |
| R.R. Donnelly & Sons Company | Top 100 Equity Security Holders | |
| Ralph Mason | Top 100 Equity Security Holders | |
| Redel | Top 100 Equity Security Holders | |
| Richard J. Schoofs | Top 100 Equity Security Holders | |
| Ricky M. Albury | Top 100 Equity Security Holders | |
| Robert E. Anderson & Mary F. Anderson | Top 100 Equity Security Holders | |
| Robert Grady, senior managing director of | Top 100 Equity Security Holders | |
| Robertson, Stephens & Co. | Top 100 Equity Security Holders | |
| Robert H. Locke | Top 100 Equity Security Holders | |
| Rockview Trading | Top 100 Equity Security Holders | |
| Rose M. Johnston | Top 100 Equity Security Holders | |
| Royal Indemnity Company | Top 100 Equity Security Holders | |
| Russell | Top 100 Equity Security Holders | Yes |
| Smiley BBN Family Partnership, The | Top 100 Equity Security Holders | |
| Smith Barney Inc. | Top 100 Equity Security Holders | |
| Straus Capital Management LLC | Top 100 Equity Security Holders | |
| T. Roma's a/k/a Romacorp, Inc. | Top 100 Equity Security Holders | |
| Thomas C. Denison, an officer of Bank of America N.T. & S.A. | Top 100 Equity Security Holders | |
| W. H. C. Realty Corp. (successor to Simon Konover) | Top 100 Equity Security Holders | |
| Wachovia | Top 100 Equity Security Holders | Yes |
| Wachovia Capital Associates, Inc. | Top 100 Equity Security Holders | Yes |
| Weil, Gotshal & Manges LLP | Top 100 Equity Security Holders | |
| William A. Maude | Top 100 Equity Security Holders | |
| William D. Roger | Top 100 Equity Security Holders | |
| William M. Corcoran | Top 100 Equity Security Holders | |
| Dresdner Bank AG | Top 100 Equity Security Holders/Debtholders | |
| Ardsley Partners | Top 100 Equity Security Holders/Signif Equity Hld | |

| Name Searched | Categories | Current or Former Client |
|---|---|---|
| GTE Operations Support Inc | Top 100 Equity Security Holders/Top 30 Uinsec Crdtr | |
| Oldcastle APG Northeast Inc | Top 100 Equity Security Holders/Top 30 Uinsec Crdtr | |
| Williams Industries Inc | Top 100 Equity Security Holders/Top 30 Uinsec Crdtr | |
| Argonaut Northwest Ins. Co. | Top 30 Unsecured Creditors | |
| Bonnie Nagai | Top 30 Unsecured Creditors | |
| Campbell, Cherry, Harrison & Dove, L.L.P. | Top 30 Unsecured Creditors | |
| D.K. Acquisition Partners, LP | Top 30 Unsecured Creditors | |
| First State Ins Co | Top 30 Unsecured Creditors | |
| Folksam International Ins. Co. Ltd. | Top 30 Unsecured Creditors | |
| Gamma Holdings NV | Top 30 Unsecured Creditors | |
| Grand Central Asset Trust, DES series | Top 30 Unsecured Creditors | |
| Jeffrey, Frank | Top 30 Unsecured Creditors | |
| Kaneb Services, Inc. | Top 30 Unsecured Creditors | |
| Kettering City School District | Top 30 Unsecured Creditors | |
| Kootenai Development Company | Top 30 Unsecured Creditors | |
| LaSalle National Bank | Top 30 Unsecured Creditors | |
| Longacre Master Fund Ltd | Top 30 Unsecured Creditors | Yes |
| Magdalen Sleeman | Top 30 Unsecured Creditors | |
| Montana Department of Public Health & Human Services, State of | Top 30 Unsecured Creditors | |
| Montana, State of | Top 30 Unsecured Creditors | |
| Perry | Top 30 Unsecured Creditors | |
| Royal Insurance Co | Top 30 Unsecured Creditors | |
| Sequa Corporation | Top 30 Unsecured Creditors | |
| St. Katherine Ins. Co. Ltd. | Top 30 Unsecured Creditors | |
| Tiger Management LLC | Top 30 Unsecured Creditors | |
| Tri-State Generation & Transmission | Top 30 Unsecured Creditors | |
| Halcyon Asset Management LLC | Top 30 Unsecured Creditors, 24 Apr 2006 | |
| MOTIVA - DELAWARE CITY, DE | Top 30 Unsecured Creditors, 24 Apr 2006 | |
| Silver Point Capital | Top 30 Unsecured Creditors, 24 Apr 2006/SignifEqHldr | |
| Banc America Capital Investors II, LP | Top 30 Unsecured Creditors, 28 Apr 2007 | |
| 1114 Trizichahn Swig Llc [Trizechahn] | Unsecured Creditors Committee | Yes |
| First Union Corporation | Unsecured Creditors Committee | |
| J.P. Morgan Chase & Co. | Unsecured Creditors Committee | |
| Secondary Loan and Distressed Credit | Unsecured Creditors Committee | Yes |
| U.S. Environmental Protection Agency | Unsecured Creditors Committee | |
| U.S. Justice Department | Unsecured Creditors Committee | |
| Wachovia Bank & Trust Company, N.A. | Unsecured Creditors Committee | Yes |