```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1976250
One Town Center Road                    Invoice Date        03/26/10
Boca Raton, FL   33486                  Client Number        172573
```

================================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                    153.00
    Expenses                             0.00

                       TOTAL BALANCE DUE UPON RECEIPT       $153.00
                                                          ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1976250
One Town Center Road                    Invoice Date       03/26/10
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60026
```

================================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 02/02/10 | Lord | Update 2002 service list for quarterly fee application. | .20 |
| 02/05/10 | Ament | E-mail to team re: notice of change of 4/12/10 hearing. | .10 |
| 02/10/10 | Ament | Circulate agenda for 2/16/10 hearing to team (.10); e-mail to P. Cuniff re: hearing binders for said hearing (.10). | .20 |
| 02/12/10 | Ament | E-mails re: 2/16/10 hearing (.20); circulate amended agenda to team re: said hearing (.10). | .30 |
| | | TOTAL HOURS | .80 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| John B. Lord | 0.20 at | $ 240.00 = | 48.00 |
| Sharon A. Ament | 0.60 at | $ 175.00 = | 105.00 |

```
                        CURRENT FEES                            153.00


                                                              ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $153.00
                                                              ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1976251
5400 Broken Sound Blvd., N.W.            Invoice Date        03/26/10
Boca Raton, FL 33487                     Client Number         172573



==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                             2,592.00
    Expenses                             0.00

                       TOTAL BALANCE DUE UPON RECEIPT       $2,592.00
                                                         ==============
```

```
                    REED SMITH LLP
                    PO Box 360074M
               Pittsburgh, PA 15251-6074
                   Tax ID# 25-0749630
```

```
W. R. Grace                             Invoice Number      1976251
5400 Broken Sound Blvd., N.W.           Invoice Date       03/26/10
Boca Raton, FL 33487                    Client Number       172573
                                        Matter Number        60029
```

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/01/10 | Ament | Attend to billing matters (.10); e-mails re: same (.10). | .20 |
| 02/02/10 | Ament | Begin calculating fees and expenses for 35th quarterly fee application. | .20 |
| 02/02/10 | Lord | Work on Reed Smith quarterly fee application and service of same. | 1.20 |
| 02/03/10 | Ament | Begin drafting spreadsheets, narrative and summary for 35th quarterly fee application. | .50 |
| 02/04/10 | Ament | Continue calculating fees and expenses for 35th quarterly fee application (.70); continue drafting narrative and summary re: same (.30). | 1.00 |
| 02/05/10 | Ament | Complete calculating fees and expenses for 35th quarterly fee application (.80); prepare spreadsheet re: 35th quarterly fee application (.50); complete narrative and summary re: same (.20); provide same to A. Muha for review (.10); e-mails with J. Lord re: quarterly fee application (.10). | 1.70 |
| 02/08/10 | Ament | E-mails with A. Muha re: quarterly fee application. | .10 |

```
172573 W. R. Grace & Co.                              Invoice Number  1976251
60029  Fee Applications-Applicant                     Page     2
       March 26, 2010
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/08/10 | Muha | Review and make revisions to 35th Quarterly Fee Application. | .40 |
| 02/10/10 | Ament | Attend to billing matters (.10); e-mails with A. Muha re: 35th quarterly fee application (.10); finalize narrative and summary re: same (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 02/10/10 | Lord | Revise and supplement Reed Smith's 35th quarterly fee application (1.1); communicate with S. Ament re: same (.1). | 1.20 |
| 02/11/10 | Lord | Work on RS 35th quarterly fee application re: final revisions for prior to filing. | .70 |
| 02/12/10 | Lord | Revise, e-file and serve Reed Smith 35th quarterly fee application. | 1.00 |
| 02/15/10 | Ament | Attend to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .20 |
| 02/16/10 | Ament | Attend to billing matters. | .10 |
| 02/17/10 | Muha | Review and revise January 2010 fee and expense details. | .40 |
| 02/18/10 | Ament | E-mails re: Jan. monthly fee application. | .10 |
| 02/22/10 | Ament | Review e-mail re: Jan. monthly fee application. | .10 |
| 02/23/10 | Ament | Review e-mail re: caps for meals. | .10 |
| 02/23/10 | Lord | Research docket and draft CNO for Reed Smith December monthly fee application. | .40 |
| 02/24/10 | Ament | Attend to matters relating to billing (.20); e-mails re: same (.10). | .30 |

```
172573  W. R. Grace & Co.                       Invoice Number  1976251
60029   Fee Applications-Applicant              Page    3
        March 26, 2010
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/25/10 | Ament | Review invoices and begin drafting Jan. monthly fee application (.40); e-mail to A. Muha re: same (.10). | .50 |
| 02/25/10 | Lord | E-file and serve CNO to Reed Smith December monthly fee application. | .30 |
| 02/26/10 | Ament | Calculate fees for Jan. monthly fee application (.50); continue drafting fee application (.20); e-mails with D. Cameron and A. Muha re: same (.10). | .80 |

```
                                            TOTAL HOURS    12.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha   | 0.80 | at $ | 400.00 | = |   320.00 |
| John B. Lord     | 4.80 | at $ | 240.00 | = | 1,152.00 |
| Sharon A. Ament  | 6.40 | at $ | 175.00 | = | 1,120.00 |

```
                CURRENT FEES                              2,592.00


                TOTAL BALANCE DUE UPON RECEIPT           $2,592.00
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA 15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number      1976252
   One Town Center Road                   Invoice Date       03/26/10
   Boca Raton, FL   33486                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

      Fees                                5,274.00
      Expenses                                0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $5,274.00
                                                         ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1976252 |
| One Town Center Road | Invoice Date      03/26/10 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 02/01/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/01/10 | Rea | Multiple e-mails and calls re: trial on Canadian claims. | .20 |
| 02/02/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/02/10 | Rea | E-mails/calls re: Canadian trial. | .20 |
| 02/03/10 | Cameron | Review materials relating to Speights' claim. | .60 |
| 02/04/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/05/10 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to T. Rea re: same (.10). | .20 |
| 02/05/10 | Rea | E-mails re: Canadian trial. | .10 |
| 02/06/10 | Cameron | Attention to Speights claims and trial preparation issues. | .90 |
| 02/08/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 02/08/10 | Cameron | Review materials relating to Canadian claims and trial preparation issues. | .90 |

172573 W. R. Grace & Co.                                      Invoice Number   1976252
60033  Claim Analysis Objection, Resolution & Estimation Page   2
       (Asbestos)
       March 26, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 02/08/10 | Rea | Reviewed Canadian settlement agreements and motions to approve settlement agreements. | 2.50 |
| 02/08/10 | Restivo | Review and execution of Canadian settlement agreements. | .80 |
| 02/09/10 | Rea | E-mails re: Canadian settlements. | .20 |
| 02/10/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/10/10 | Flatley | Emails to/from T. Rea. | .20 |
| 02/10/10 | Rea | E-mails re: DGS claims. | .40 |
| 02/11/10 | Rea | E-mail to D. Speights re: Canadian settlements. | .30 |
| 02/12/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/15/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/15/10 | Cameron | Review materials relating to outstanding claims. | .70 |
| 02/16/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/17/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/18/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/18/10 | Cameron | Review Speights claims materials. | .80 |
| 02/19/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/22/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/23/10 | Ament | Assist team with various issues relating to PD claims. | .10 |

```
172573  W. R. Grace & Co.                            Invoice Number   1976252
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        March 26, 2010
```

| Date | Name | | Hours |
|------|------|---|------|
| 02/24/10 | Ament | Assist team with various issues relating to PD claims (.10); various e-mails re: expert reports (.20). | .30 |
| 02/25/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/26/10 | Ament | Assist team with various issues relating to PD claims. | .10 |

```
                                              TOTAL HOURS   10.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley  | 0.20 | at | $ 635.00 | = | 127.00 |
| Douglas E. Cameron   | 3.90 | at | $ 630.00 | = | 2,457.00 |
| James J. Restivo Jr. | 0.80 | at | $ 685.00 | = | 548.00 |
| Traci Sands Rea      | 3.90 | at | $ 455.00 | = | 1,774.50 |
| Sharon A. Ament      | 2.10 | at | $ 175.00 | = | 367.50 |

```
        CURRENT FEES                                           5,274.00

        TOTAL BALANCE DUE UPON RECEIPT                        $5,274.00
```