REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1976272 |
| Invoice Date | 03/26/10 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 961.77 |

TOTAL BALANCE DUE UPON RECEIPT          $961.77
==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1976272
One Town Center Road                      Invoice Date        03/26/10
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60026

=============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                         14.64
    Documentation Charge                          45.00
    Duplicating/Printing/Scanning                 29.00
    Courier Service - Outside                       5.00
    Outside Duplicating                          838.13
    Secretarial Overtime                          30.00

                CURRENT EXPENSES                                 961.77
                                                            --------------

                TOTAL BALANCE DUE UPON RECEIPT              $961.77

                                                            ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1976272
One Town Center Road                     Invoice Date       03/26/10
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/17/09 | Secretarial Overtime: wrgrace.litigition: logistics assistance re: january hearings | 30.00 |
| 01/02/10 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 40 COPIES | 4.00 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 100 COPIES | 10.00 |
| 01/26/10 | Duplicating/Printing/Scanning ATTY # 1398; 4 COPIES | .40 |
| 01/27/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/Postage for service of Quarterly Fee App. | 27.20 |
| 01/31/10 | PACER | 14.64 |
| 02/01/10 | Documentation Charge -- VENDOR: NATIONAL TECHNICAL INFO. SERV.: NTIS Inter-library loan service during Oct. -Dec. 2009 | 45.00 |
| 02/02/10 | Duplicating/Printing/Scanning ATTY # 000559: 25 COPIES | 2.50 |
| 02/02/10 | Duplicating/Printing/Scanning ATTY # 000559: 25 COPIES | 2.50 |
| 02/04/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1976272
60026  Litigation and Litigation Consulting        Page   2
       March 26, 2010

| 02/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
|---|---|---|
| 02/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 02/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/12/10 | Outside Duplicating Mailout - Bankruptcy<br>Mailouts/Mailout - Envelopes/Postage for<br>service of Quarterly Fee App. | 443.28 |
| 02/15/10 | Outside Duplicating Mailout - Bankruptcy<br>Mailouts/Mailout - Envelopes/Postage for<br>service of Quarterly Fee App. | 367.65 |
| 02/16/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery | 5.00 |
| 02/25/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 6 COPIES | .60 |

```
172573 W. R. Grace & Co.                          Invoice Number  1976272
60026  Litigation and Litigation Consulting       Page    3
       March 26, 2010
```

| Date | Description | Amount |
|---|---|---|
| 02/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 02/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

```
                        CURRENT EXPENSES                    961.77
                                                       -------------
                 TOTAL BALANCE DUE UPON RECEIPT           $961.77
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                                    Invoice Number      1976273
One Town Center Road                                Invoice Date      03/26/10
Boca Raton, FL   33486                              Client Number       172573

=============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                                     0.00
    Expenses                                64.13

                    TOTAL BALANCE DUE UPON RECEIPT            $64.13
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      1976273
One Town Center Road                          Invoice Date      03/26/10
Boca Raton, FL    33486                       Client Number       172573
                                              Matter Number        60033

==========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                   37.84
    Duplicating/Printing/Scanning            7.90
    Courier Service - Outside               18.39

              CURRENT EXPENSES                                 64.13
                                                          -------------

              TOTAL BALANCE DUE UPON RECEIPT                 $64.13
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1976273
One Town Center Road                      Invoice Date       03/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033

===========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/22/10 | Courier Service - Outside 00843 UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to RICHARD C. FINKE, W.R. GRACE & CO (COLUMBIA MD 21044). | 10.89 |
| 01/31/10 | PACER- - Access of documents on electronic docket | 4.80 |
| 01/31/10 | PACER- - Access of documents on electronic docket | 2.88 |
| 01/31/10 | PACER- - Access of documents on electronic docket | 20.08 |
| 01/31/10 | PACER- - Access of documents on electronic docket | 10.08 |
| 02/08/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 02/08/10 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 02/08/10 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 02/08/10 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 02/08/10 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 02/08/10 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |

```
172573  W. R. Grace & Co.                          Invoice Number   1976273
 60033  Claim Analysis Objection, Resolution & Estimation  Page    2
        (Asbestos)
        March 26, 2010
```

| | | | |
|---|---|---|---|
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/08/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | | .60 |
| 02/12/10 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: Messenger Trip - US Bankruptcy<br>Court - 1/20/10 - - Delivery of materials<br>during hearings. | | 7.50 |

```
                        CURRENT EXPENSES                    64.13
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $64.13
                                                        ==============
```