# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

March 29, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 540213
056772

---

**CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE**

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---|
| FEES | $1,334.00 |
| DISBURSEMENTS | 15.44 |
| MATTER TOTAL | $1,349.44 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---|
| FEES | $3,211.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,211.50 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES | $1,699.50 |
| DISBURSEMENTS | 74.00 |
| MATTER TOTAL | $1,773.50 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES | $2,644.50 |
| DISBURSEMENTS | 18.46 |
| MATTER TOTAL | $2,662.96 |

---

**Amounts due may be remitted by wire transfer.**

| | |
|---|---|
| **To:** | Citibank, N.A.<br>Citicorp Center 153 E. 53rd Street NY, N.Y. 10043<br>ABA #021000089 |
| **Account:** | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| **By Order of:** | Invoice No. 540213 |
| **Citibank Contact:** | Deborah Hosking (212) 559-8634 |

**TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.**

**DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.**
**TAX ID# 13-1944339**

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES | $492.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $492.00 |

**056772-00026/OTHER**

| | |
|---|---|
| FEES | $500.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $500.50 |

| | |
|---|---|
| CLIENT GRAND TOTAL | $9,989.90 |

Kramer Levin Naftalis & Frankel LLP Page No. 3
W.R. GRACE & CO. EQUITY COMMITTEE March 29, 2010
056772-00001 Invoice No. 540213

**CASE ADMINISTRATION**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/12/10 | WIERMAN, LAUREN E | Organized case files and prepared boxes to be sent to records. | 4.60 | 1,334.00 |

| | | |
|---|---|---|
| **TOTAL HOURS AND FEES** | **4.60** | **$1,334.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MANUSCRIPT SERVICE | 0.00 |
| LONG-DISTANCE TEL. | 15.44 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$15.44** |

**TOTAL FOR THIS MATTER** **$1,349.44**

KL4 2272985.1

Kramer Levin Naftalis & Frankel LLP Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE March 29, 2010
056772-00002 Invoice No. 540213

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/09/10 | BLABEY, DAVID E | Outline talking points for quarterly committee call. | 1.30 | 799.50 |
| 02/10/10 | BLABEY, DAVID E | Call with T. Weschler and P. Bentley in prep for quarterly committee call (.3) and review notes and case developments in prep for same (.7). | 1.00 | 615.00 |
| 02/11/10 | BLABEY, DAVID E | Review notes for equity committee quarterly call (.5) and meet with P. Bentley in prep for call (.2); equity committee quarterly call (.8). | 1.50 | 922.50 |
| 02/11/10 | BENTLEY, PHILIP | Committee conf call (.8), and discs David Blabey re same (.3) | 1.10 | 874.50 |

**TOTAL HOURS AND FEES** **4.90** **$3,211.50**

**TOTAL FOR THIS MATTER** **$3,211.50**

KL4 2272985.1

**REORGANIZATION PLAN**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/02/10 | BLABEY, DAVID E | Call with Kirkland re Seaton/OneBeacon stip (.1) and review same (.1) and email to T. Weschler re same (.4). | 0.60 | 369.00 |
| 02/08/10 | BENTLEY, PHILIP | TC David Blabey | 0.10 | 79.50 |
| 02/10/10 | BENTLEY, PHILIP | Conf call with Ted Weschler and David Blabey (.3), and discs David Blabey and voicemail (.4), re confirmation issues | 0.70 | 556.50 |
| 02/15/10 | BLABEY, DAVID E | Review Seaton/OB stips and exchange emails re same. | 0.40 | 246.00 |
| 02/23/10 | BLABEY, DAVID E | Review Longacre stipulation and exchange emails re same. | 0.40 | 246.00 |
| 02/23/10 | BENTLEY, PHILIP | Review emails re current plan issues | 0.10 | 79.50 |
| 02/24/10 | BLABEY, DAVID E | Review Morgan Stanley stipulation. | 0.20 | 123.00 |
| **TOTAL HOURS AND FEES** | | | **2.50** | **$1,699.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 74.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$74.00** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$1,773.50** |

Kramer Levin Naftalis & Frankel LLP

Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

March 29, 2010
Invoice No. 540213

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/08/10 | BLABEY, DAVID E | Review bill for January fee application. | 0.20 | 123.00 |
| 02/11/10 | BLABEY, DAVID E | Draft response to fee auditor inquiry. | 0.60 | 369.00 |
| 02/12/10 | BLABEY, DAVID E | Draft quarterly fee application. | 2.20 | 1,353.00 |
| 02/15/10 | BLABEY, DAVID E | Draft quarterly fee application | 0.30 | 184.50 |
| 02/26/10 | BLABEY, DAVID E | Prepare January fee application. | 1.00 | 615.00 |
| **TOTAL HOURS AND FEES** | | | **4.30** | **$2,644.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 18.46 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$18.46** |

**TOTAL FOR THIS MATTER** **$2,662.96**

KL4 2272985.1

Kramer Levin Naftalis & Frankel LLP Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE March 29, 2010
056772-00019 Invoice No. 540213

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/16/10 | BLABEY, DAVID E | Attend omnibus hearing (.5) and email to T. Weschler re same (.3). | 0.80 | 492.00 |

| | | |
|---|---|---|
| **TOTAL HOURS AND FEES** | **0.80** | **$492.00** |

**TOTAL FOR THIS MATTER** **$492.00**

KL4 2272985.1

Kramer Levin Naftalis & Frankel LLP Page No. 8
W.R. GRACE & CO. EQUITY COMMITTEE March 29, 2010
056772-00026 Invoice No. 540213

**OTHER**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/23/10 | BARLEKAMP, JEFFREY | Participating in conference call with Debtors' counsel and financial advisor re: retirement plan issues (.5); drafting summary of same (.6) | 1.10 | 500.50 |
| **TOTAL HOURS AND FEES** | | | **1.10** | **$500.50** |

**TOTAL FOR THIS MATTER** **$500.50**

KL4 2272985.1