**EXHIBIT B**

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------------
                                                      PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                                       TO:
                 UNBILLED DISB FROM:    02/01/2010                         TO:    02/25/2010
-----------------------------------------------------------------------------------------------------------------------------------
                                               FEES                               COSTS
                                               ----                               -----
          GROSS BILLABLE AMOUNT:                       0.00                              15.44
             AMOUNT WRITTEN DOWN:      _____           _____
                        PREMIUM:       _____           _____
               ON ACCOUNT BILLED:      _____           _____
      DEDUCTED FROM PAID RETAINER:     _____           _____
                  AMOUNT BILLED:       _____           _____
                      THRU DATE:                                                     02/25/2010
      CLOSE MATTER/FINAL BILLING?      YES    OR    NO
      EXPECTED DATE OF COLLECTION:                       _____

         BILLING PARTNER APPROVAL:     _____           _____
                                       BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                      ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                      --------------------------                      --------------
                          FEES:                         0.00
                  DISBURSEMENTS:                       15.44       UNIDENTIFIED RECEIPTS:     0.00
                    FEE RETAINER:                       0.00          PAID FEE RETAINER:     0.00
                   DISB RETAINER:                       0.00         PAID DISB RETAINER:     0.00
                TOTAL OUTSTANDING:                     15.44       TOTAL AVAILABLE FUNDS:     0.00
                                                                          TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
              DATE OF LAST BILL:           02/09/10          LAST PAYMENT DATE:     02/02/10
                LAST BILL NUMBER:           538049 ACTUAL FEES BILLED TO DATE:    357,788.00
                                                    ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                       TOTAL FEES BILLED TO DATE:    357,788.00
             LAST BILL THRU DATE:         01/31/10     FEES WRITTEN OFF TO DATE:     84,019.00
                                                       COSTS WRITTEN OFF TO DATE:    22,991.31
FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:
                                           ---------------------------
          (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
          (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
          (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding           (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____      FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                           Oldest         Latest          Total
                                            Entry          Entry           Amount
----  ------------------------------        ------         ------          -----------
0840  MANUSCRIPT SERVICE                    02/01/10       02/16/10               0.00
0885  LONG-DISTANCE TEL.                    02/25/10       02/25/10              15.44

         Total                                                                   15.44


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee              Date            Amount         Index#   Batch No   Batch Date
---------------------------------------------      --------              ------          -----------    -------  ---------  ----------

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                             TAYLOR, P             02/01/10              0.00     8959395  856870     02/07/10
    MANUSCRIPT SERVICE                             TAYLOR, P             02/16/10              0.00     8970663  862067     02/22/10
                                                   0840 MANUSCRIPT SERVICE Total :             0.00

LONG-DISTANCE TEL. 0885
    PREMIERE CONFERENCING                          BLABEY, D E           02/25/10             15.44     8975544  864702     02/25/10
    PREMIERE CONFERENCING
                                                   0885 LONG-DISTANCE TEL. Total :            15.44


         Costs Total :                                                                        15.44
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
------------------------    ----------------   --------   -------------   --------------------------   ----------------

0840 MANUSCRIPT SERVICE           0.00         _____  _____   _____  _____

0885 LONG-DISTANCE TEL.          15.44         _____  _____   _____  _____


          Costs Total :         15.44          _____  _____   _____  _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status         : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
                    UNBILLED TIME FROM:                                 TO:
                    UNBILLED DISB FROM:   12/22/2009                    TO:    12/29/2009
-------------------------------------------------------------------------------------------------------------------------------
                                              FEES                              COSTS
                                              ----                              -----
            GROSS BILLABLE AMOUNT:              0.00                             74.00
             AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:                                           12/29/2009
        CLOSE MATTER/FINAL BILLING?   YES   OR   NO
        EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                      BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:


                                       ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                       --------------------------                         --------------
                            FEES:            0.00
                   DISBURSEMENTS:           74.00        UNIDENTIFIED RECEIPTS:       0.00
                     FEE RETAINER:           0.00           PAID FEE RETAINER:       0.00
                    DISB RETAINER:           0.00          PAID DISB RETAINER:       0.00
                TOTAL OUTSTANDING:          74.00        TOTAL AVAILABLE FUNDS:      0.00
                                                                 TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
                DATE OF LAST BILL:          02/09/10         LAST PAYMENT DATE:    02/02/10
                 LAST BILL NUMBER:          538049 ACTUAL FEES BILLED TO DATE:   871,561.00
                                                 ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                    TOTAL FEES BILLED TO DATE:   871,561.00
              LAST BILL THRU DATE:          01/31/10    FEES WRITTEN OFF TO DATE:   -224.00
FOR ACCTG USE ONLY:                                    COSTS WRITTEN OFF TO DATE:   2,162.00
                                       Write Down/Up Reason Codes:
                                       ---------------------------
        (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
        (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding            (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00007                                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status       : ACTIVE

UNBILLED   COSTS   SUMMARY -------------- Total Unbilled ----------------
Code  Description                    Oldest      Latest         Total
                                     Entry       Entry          Amount
----  ------------------------       ------      ------         -----------
0990  OTHER FEES                     12/22/09    12/29/09            74.00

         Total                                                       74.00


UNBILLED   COSTS   DETAIL
Description/Code                                Employee          Date           Amount          Index#   Batch No   Batch Date
---------------------------------------         --------          ------         -----------     -------  --------   ----------

OTHER FEES 0990
    PLATINUM PLUS FOR BUSINE                    MANNAL, D M       12/22/09           37.00       8975376  864376     02/25/10
    PLATINUM PLUS FOR BUSINESS 12/22/09-COURT CALL -
    MHU
    PLATINUM PLUS FOR BUSINE                    MANNAL, D M       12/29/09           37.00       8975377  864376     02/25/10
    PLATINUM PLUS FOR BUSINESS 12/29/09-COURT CALL -
    MHU
                                                0990 OTHER FEES Total :              74.00



         Costs Total :                                                               74.00
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill        W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
-------------------------     -------------    ---------   --------------    ------------------------- -----------------

0990 OTHER FEES                 74.00


         Costs Total :          74.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE    7
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                                      TO:
                 UNBILLED DISB FROM:    02/01/2010                        TO:     02/16/2010
-----------------------------------------------------------------------------------------------------------------------------------------------
                                              FEES                              COSTS
                                              ----                              -----
           GROSS BILLABLE AMOUNT:                            0.00                            18.46
             AMOUNT WRITTEN DOWN:       _____       _____
                        PREMIUM:        _____       _____
                ON ACCOUNT BILLED:      _____       _____
       DEDUCTED FROM PAID RETAINER:     _____       _____
                  AMOUNT BILLED:        _____       _____
                     THRU DATE:                                                          02/16/2010
       CLOSE MATTER/FINAL BILLING?      YES   OR   NO
       EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                   BILLING COMMENTS:
                                        _____       _____


-----------------------------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH
                                     --------------------------                             --------------
                         FEES:                      0.00
                 DISBURSEMENTS:                    18.46          UNIDENTIFIED RECEIPTS:           0.00
                   FEE RETAINER:                    0.00             PAID FEE RETAINER:           0.00
                  DISB RETAINER:                    0.00            PAID DISB RETAINER:           0.00
              TOTAL OUTSTANDING:                   18.46          TOTAL AVAILABLE FUNDS:          0.00
                                                                          TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ---------------
              DATE OF LAST BILL:          02/09/10            LAST PAYMENT DATE:    02/02/10
              LAST BILL NUMBER:           538049  ACTUAL FEES BILLED TO DATE:     209,692.00
                                                  ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                      TOTAL FEES BILLED TO DATE:  209,692.00
          LAST BILL THRU DATE:            01/31/10     FEES WRITTEN OFF TO DATE:   19,208.00
                                                       COSTS WRITTEN OFF TO DATE:     624.26
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         --------------------------
            (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
            (2) Late Time & Costs Posted (5) Business Development     (8) Premium
            (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding              (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    8
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00008                                               Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest         Total
                                           Entry       Entry          Amount
----  ------------------------------       ------      ------         -----------
0930  MESSENGER/COURIER                    02/01/10    02/16/10            18.46

         Total                                                             18.46


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee            Date           Amount       Index#   Batch No  Batch Date
--------------------------------------        --------            ------         -----------  -------  --------- ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                  BLABEY, D E         02/01/10             9.23   8967210  859969    02/16/10
    Saul Ewing LLP
    FEDERAL EXPRESS CORPORAT                  BLABEY, D E         02/16/10             9.23   8975757  864708    02/25/10
    Saul Ewing LLP
                                              0930 MESSENGER/COURIER Total :          18.46



         Costs Total :                                                                18.46
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    9
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/11/2010 16:04:24

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3011113
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

BILLING    INSTRUCTIONS    FOR  UNBILLED    COSTS   SUMMARY
Code Description             Amount         Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward
-----------------------    -------------    --------    -----------    -----------------------  -------------

0930 MESSENGER/COURIER           18.46     _____  _____  _____  _____


          Costs Total :         18.46      _____  _____  _____  _____
```