

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2090797 |
| Invoice Date | 03/16/10 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re:  Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/09/10 | TKDC | Reviewed monthly operating report | 0.7 | 420.00 |
| 02/16/10 | TKDC | Reviewed Order Authorizing Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.8 | at | $600.00 | = | 480.00 |

CURRENT FEES                                              480.00

**TOTAL AMOUNT OF THIS INVOICE**                          480.00

**NET AMOUNT OF THIS INVOICE**                            480.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090799 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/16/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 02/02/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 02/03/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 02/04/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 02/04/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 02/05/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 02/08/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 02/09/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 02/09/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 02/11/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 00004 | | WR Grace - Official Committee of Equity Security Holders<br>Case Administration | Invoice Number 2090799<br>Page 2 | |
|---|---|---|---|---|

03/16/10

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/12/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 02/16/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 02/17/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 02/18/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 02/19/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 02/22/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 02/23/10 | TKDC | Reviewed all ecf filings and distributed as appropriate to team counsel and paralegals | 0.5 | 300.00 |
| 02/24/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.8 | 480.00 |
| 02/24/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 02/25/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 02/25/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 02/26/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| | | TOTAL HOURS | 12.2 | |

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090799 |
| 00004 | | Page 3 |
| | Case Administration | |
| 03/16/10 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 1.5 | at | $195.00 | = | 292.50 |
| Teresa K.D. Currier | 10.7 | at | $600.00 | = | 6,420.00 |

CURRENT FEES      6,712.50

**TOTAL AMOUNT OF THIS INVOICE**      6,712.50

**NET AMOUNT OF THIS INVOICE**      6,712.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090800 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/16/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00005 |
| Charlottesville, VA 22902 | |

Re: Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/16/10 | TKDC | Reviewed Order (Final)Authorizing Secured Post-Petition Letter of Credit Facility and Hedging and Swap Arrangements on a Super-Priority Basis Pursuant to 11 U.S.C. sec. 364, and Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. sec. 362 and also reviewed Order Authorizing the Debtors to (A) Enter Into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $600.00 | = | 180.00 |

CURRENT FEES                                                                                        180.00

**TOTAL AMOUNT OF THIS INVOICE**                                                                    180.00

**NET AMOUNT OF THIS INVOICE**                                                                      180.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090801 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/16/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00006 |
| Charlottesville, VA 22902 | |

Re: Claim Analysis Objections & Resolutions (Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/10/10 | TKDC | Reviewed Order (MODIFIED) Regarding Trial on Canadian Property Damage Claim Numbers 11627 and 12476 | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.1 | at | $600.00 | = | 60.00 |

CURRENT FEES                                                                                   60.00

**TOTAL AMOUNT OF THIS INVOICE**                                                               60.00

**NET AMOUNT OF THIS INVOICE**                                                                 60.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2090798 |
| Invoice Date | 03/16/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re:  Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/24/10 | TKDC | Reviwed morgan stanley stipulation, communications with david blabey; approved same for equity committee | 0.4 | 240.00 |
| 02/24/10 | TKDC | More emails to finalize morgan stanley stip; reviewed final version as filed | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.8 | at | $600.00 | = | 480.00 |

CURRENT FEES                                                                 480.00

**TOTAL AMOUNT OF THIS INVOICE**                                              480.00

**NET AMOUNT OF THIS INVOICE**                                                480.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090802 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/16/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/10/10 | TKDC | Reviewed materials in preparation for committee meeting tomorrow | 0.7 | 420.00 |
| 02/11/10 | TKDC | Equity committee meeting: Attended quarterly conf call meeting | 0.8 | 480.00 |
| | | TOTAL HOURS | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $600.00 | = | 900.00 |

CURRENT FEES                                                                                       900.00

**TOTAL AMOUNT OF THIS INVOICE**                                                  900.00

**NET AMOUNT OF THIS INVOICE**                                                       900.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090803 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/16/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00010 |
| Charlottesville, VA 22902 | |

Re: Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/10/10 | TKDC | Reviewed Certification of Counsel Regarding Order Granting the Debtors' Motion to Approve Employee Benefits Claim Resolution Protocol | 0.1 | 60.00 |
| 02/16/10 | TKDC | Reviewed Order Approving Employee Benefits Claim Resolution Protocol | 0.1 | 60.00 |
| 02/16/10 | TKDC | Reviewed Motion to Authorize Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2010 | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 | at | $600.00 | = | 360.00 |

CURRENT FEES                                                                                                                             360.00

TOTAL AMOUNT OF THIS INVOICE                                                                                   360.00

NET AMOUNT OF THIS INVOICE                                                                                         360.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2090805
Invoice Date 03/16/10
Client Number 359022
Matter Number 00015

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/04/10 | TKDC | Reviewed, approved quarterly fee application for filing | 0.5 | 300.00 |
| 02/05/10 | MNF | E-file and serve Notice and 3rd Quarterly fee request of Saul Ewing for Oct-Dec 2009; Draft and E-file AOS re: same | 1.0 | 195.00 |
| 02/08/10 | MNF | Review/make edits to pre-bills for Jan 2010 time | 0.6 | 117.00 |
| 02/15/10 | MNF | Draft 7th monthly fee app of Saul Ewing for Jan 2010 | 1.0 | 195.00 |
| 02/19/10 | TKDC | Reviewed our CNO for Sixth Application | 0.2 | 120.00 |
| 02/19/10 | MNF | Review docket re: objections to 6th monthly fee app of Saul Ewing; Draft CNO re: same | 0.5 | 97.50 |
| 02/23/10 | TKDC | Reviewed saul cno for its fee app | 0.2 | 120.00 |
| 02/23/10 | MNF | E-file and serve CNO re: 6th monthly fee app of Saul Ewing | 0.8 | 156.00 |
| 02/26/10 | TKDC | Reviewed fee auditor's report RE SAUL EWING | 0.2 | 120.00 |
| 02/26/10 | TKDC | Reviewed/approved and finalized saul ewing fee application | 0.7 | 420.00 |
| | | TOTAL HOURS | 5.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2090805 |
| 00015 | Holders | Page 2 |
| | Fee Applications/Applicant | |
| 03/16/10 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value | |
|---|---|---|---|---|---|---|
| Melissa N. Flores | 3.9 | at | $195.00 | = | 760.50 | |
| Teresa K.D. Currier | 1.8 | at | $600.00 | = | 1,080.00 | |
| CURRENT FEES | | | | | | 1,840.50 |

**TOTAL AMOUNT OF THIS INVOICE**     1,840.50

**NET AMOUNT OF THIS INVOICE**     1,840.50



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090818 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/16/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/10 | TKDC | Supervised filing of kramer levin fee app; approved notice for same | 0.5 | 300.00 |
| 02/01/10 | MNF | E-file and serve 100th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 02/15/10 | TKDC | Reviewed kramer levin fee app (quarterly) and prepared and reviewed notice for same; approved for filing | 0.4 | 240.00 |
| 02/15/10 | MNF | Draft Notice re: 33rd quarterly fee app of Kramer Levin | 0.5 | 97.50 |
| 02/16/10 | MNF | E-file and serve 31st quarterly fee request of Kramer Levin | 1.0 | 195.00 |
| 02/23/10 | TKDC | Reviewed kramer levin cno for its fee app | 0.2 | 120.00 |
| 02/24/10 | MNF | E-file and serve CNO re: 100th monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 02/26/10 | TKDC | Reviewed kramer levin fee app before filing | 0.4 | 240.00 |
| 02/26/10 | TKDC | Reviewed fee auditor report on kramer levin | 0.2 | 120.00 |
| | | TOTAL HOURS | 4.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 3.1 | at | $195.00 | = | 604.50 |
| Teresa K.D. Currier | 1.7 | at | $600.00 | = | 1,020.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2090818 |
| 00016 | Holders | Page 2 |
| | Fee Applications/Others | |
| 03/16/10 | | |

|  |  |
|---|---|
| CURRENT FEES | 1,624.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,624.50 |
| **NET AMOUNT OF THIS INVOICE** | 1,624.50 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2090807 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 03/16/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00017 |
| Charlottesville, VA  22902 | | |

Re:  Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/10/10 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| 02/10/10 | TKDC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing | 0.2 | 120.00 |
| 02/12/10 | TKDC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing, communications to equity counsel re same | 0.3 | 180.00 |
| 02/16/10 | TKDC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing | 0.2 | 120.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $600.00 | = | 600.00 |

CURRENT FEES                                                                                                600.00

**TOTAL AMOUNT OF THIS INVOICE**                                                              600.00

**NET AMOUNT OF THIS INVOICE**                                                                    600.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2090807 |
| 00017 | Holders | Page 2 |
| | Hearings | |
| 03/16/10 | | |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2090808 |
| Invoice Date | 03/16/10 |
| Client Number | 359022 |
| Matter Number | 00019 |

Re: Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/11/10 | TKDC | Reviewed draft kaneb stipulation; signoff for equity from david blabey; approved same for filing | 0.5 | 300.00 |
| 02/12/10 | TKDC | Reviewed kaneb stipulation as filed | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.6 at | $600.00 | = | 360.00 |

CURRENT FEES                                                               360.00

**TOTAL AMOUNT OF THIS INVOICE**                                           360.00

**NET AMOUNT OF THIS INVOICE**                                             360.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2090809 |
| Invoice Date | 03/16/10 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/04/10 | TKDC | Reviewed communications about Grace Insurance Neutrality Motion; reviewed portions of transcript for clarification regarding same | 0.3 | 180.00 |
| 02/05/10 | TKDC | Reviewed, signoff on 502(e) stipulation | 0.4 | 240.00 |
| 02/10/10 | TKDC | Reviewed Certificate of No Objection Regarding Plan Proponents' Joint Motion for Entry of Order Approving Stipulation and Agreed Order Resolving Neutrality Objections to First Amended Joint Plan Reorganization | 0.1 | 60.00 |
| 02/15/10 | TKDC | Reviewed seaton stipulation at the request of david blabey; communications are approval of same; contacted debtor to give approval for equity committee | 0.6 | 360.00 |
| 02/15/10 | TKDC | Reviewed approved final one beacon stipulation re sealed air | 0.3 | 180.00 |
| | | TOTAL HOURS | 1.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2090809 |
| 00020 | Plan and Disclosure Statement | Page 2 |
| 03/16/10 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.7 | at | $600.00 | = | 1,020.00 |

CURRENT FEES    1,020.00

**TOTAL AMOUNT OF THIS INVOICE**    1,020.00

**NET AMOUNT OF THIS INVOICE**    1,020.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2090819 |
| Invoice Date | 03/16/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 0.60 |
| Federal Express | 11.89 |
| CURRENT EXPENSES | 12.49 |
| **TOTAL AMOUNT OF THIS INVOICE** | 12.49 |
| **NET AMOUNT OF THIS INVOICE** | 12.49 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP