# EXHIBIT "B"

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel:   (302) 575-1555       Fax:   (302) 575-1714

W.R. Grace Fraudulent Transfer                                April 1, 2005 – April 30, 2005

Invoice No.   16333

RE:   W.R. Grace Fraudulent Transfer

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 1.80 | 387.00 |
| B18 | Fee Applications, Others - | 0.70 | 98.00 |
| B25 | Fee Applications, Applicant - | 5.60 | 616.00 |
| B32 | Litigation and Litigation Consulting - | 1.30 | 312.00 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 0.90 | 135.00 |
| B40 | Employment Applications, Others - | 0.20 | 48.00 |
| | Total | 10.50 | $1,596.00 |
| | Grand Total | 10.50 | $1,596.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 0.30 | 49.50 |
| Rick S. Miller | 225.00 | 1.50 | 337.50 |
| Steven G. Weiler | 150.00 | 0.90 | 135.00 |
| Theodore J. Tacconelli | 240.00 | 2.10 | 504.00 |
| Legal Assistant - AD | 100.00 | 5.70 | 570.00 |
| Total | | 10.50 | $1,596.00 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 4,874.05 |
| **Total Disbursements** | **$4,874.05** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-05 | *Case Administration* - confer with TJT re: procedural issues with motion to approve settlement | 0.30 | RSM |
| | *Case Administration* - confer with TJT re: settlement motion | 0.50 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Revise reviewed settlement motion and related attachments (.2); scan, file and serve same (.6); e-mail signatories to Motion (.1) | 0.90 | SGW |
| | *Litigation and Litigation Consulting* - review email from B Wolff re: caption issue resolved | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to moving counsel re: renewed settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review and revise notice of motion re: renewed settlement motion | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler and R Miller re: notice of motion and procedure for filing renewed settlement motion | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - review email from S Weiler re: settlement motion has been filed and served | 0.10 | TJT |
| Apr-05-05 | *Case Administration* - Confer with T. Tacconelli re: 3rd Circuit Order | 0.20 | RSM |
| | *Case Administration* - Review 3rd Circuit Order re: status of settlement | 0.10 | RSM |
| | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 12/04 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve Bilzin's 12/04 Certificate of No Objection (.3) | 0.50 | AD |
| Apr-11-05 | *Case Administration* - Download and review order approving Fee Application holdbacks and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Case Administration* - e-mail to S. Baena and A. Danzeisen re: holdbacks order | 0.10 | LLC |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 1/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 2/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review order re: holdbacks | 0.10 | TJT |
| | *Fee Applications, Applicant* - briefly modify Ferry, Joseph & Pearce's 1/05 invoice; draft documents for Ferry, Joseph & Pearce's 1/05 fee app; finalize for submission to T. Tacconelli | 0.60 | AD |
| | *Fee Applications, Applicant* - briefly modify Ferry, Joseph & Pearce's 2/05 invoice; draft documents for Ferry, Joseph & Pearce's 2/05 fee app; finalize for submission to T. Tacconelli | 0.60 | AD |
| Apr-12-05 | *Fee Applications, Applicant* - prepare documents for filing and e-file and serve Ferry, Joseph & Pearce's 1/05 fee app | 0.60 | AD |
| | *Fee Applications, Applicant* - prepare documents for filing and e-file and serve Ferry, Joseph & Pearce's 2/05 fee app | 0.60 | AD |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re: Ferry, Joseph & Pearce's 10th interim fee app | 0.30 | AD |
| Apr-13-05 | *Fee Applications, Others* - review Certificate of No Objection re: Ferry, Joseph & Pearce's quarterly fee app 10/04-12/04 | 0.10 | TJT |
| Apr-14-05 | *Fee Applications, Applicant* - review docket (.1) prepare documents for filing (.1) e-file and serve Certificate of No Objection to Ferry, Joseph & Pearce's 11/04-12/04 fee app (.3) | 0.50 | AD |
| Apr-18-05 | *Fee Applications, Applicant* - review order granting motion for payment of | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | holdbacks | | |
| Apr-19-05 | *Fee Applications, Applicant* -draft Ferry, Joseph & Pearce's 3/05 fee app documents and modify invoice for filing | 0.50 | AD |
| Apr-21-05 | *Fee Applications, Applicant* - prepare for filing and e-file and serve Ferry, Joseph & Pearce's 3/05 fee app | 0.50 | AD |
| Apr-22-05 | *Case Administration* - confer with T. Tacconelli re: debtors response to settlement motion | 0.30 | RSM |
| | *Employment Applications, Others* - review response by debtors to renewed settlement motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to co-counsel re: response by debtors to renewed settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with S Baena re: response to renewed settlement motion | 0.20 | TJT |
| Apr-27-05 | *Fee Applications, Applicant* - review check from WR Grace re: holdback payments and locate corresponding invoices for accounting dept.; prepare email to S Weiler re: need to contact Grace regarding one invoice amount | 0.50 | AD |
| | *Fee Applications, Applicant* - review email from S Weiler re: contacting debtor for invoice reference | 0.10 | AD |
| Apr-28-05 | *Fee Applications, Applicant* - teleconference with J Port re: information miscellaneous invoice amount (x2), confer with T. Tacconelli and accounting re: same | 0.40 | AD |
| Apr-29-05 | *Case Administration* - review PI Committee letter to 3rd Circuit | 0.10 | RSM |
| | *Totals* | *10.50* | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Apr-05-05 | *Expense* - copying cost | 7.80 |
| | *Expense* - postage | 2.96 |
| Apr-12-05 | *Expense* - copying cost | 8.40 |
| | *Expense* - postage | 1.29 |
| Apr-28-05 | *Expense* - Parcel's, Inc. – copy and service of Renewed Motion for an Order Approving, Authorizing, and Implementing Settlement Agreement Filed by Cryovac, Inc. (152 pages on 2002 service list) | 4,853.60 |
| | *Totals* | *$4,874.05* |

**Total Fees & Disbursements**     $6,470.05

**Balance Due Now**     $6,470.05

**Ferry, Joseph & Pearce, P.A.**
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel:  (302) 575-1555          Fax:  (302) 575-1714

W.R. Grace Fraudulent Transfer                                May 1, 2005 – May 31, 2005

Invoice No.    16548

RE:    W.R. Grace Fraudulent Transfer

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---|---|
| B18 | Fee Applications, Others - | 0.50 | 50.00 |
| B25 | Fee Applications, Applicant - | 7.50 | 898.00 |
|  | **Total** | **8.00** | **$948.00** |
|  | **Grand Total** | **8.00** | **$948.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 0.40 | 66.00 |
| Steven G. Weiler | 150.00 | 0.20 | 30.00 |
| Theodore J. Tacconelli | 240.00 | 0.80 | 192.00 |
| Legal Assistant - AD | 100.00 | 6.60 | 660.00 |
| **Total** |  | **8.00** | **$948.00** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-03-05 | *Fee Applications, Applicant* - draft Ferry, Joseph & Pearce's 1/05 Certificate of No Objection and Certificate of Service | 0.30 | AD |
| | *Fee Applications, Applicant* - draft Ferry, Joseph & Pearce's 2/05 Certificate of No Objection and Certificate of Service | 0.30 | AD |
| May-04-05 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 1/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 2/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket; prepare for filing; and e-file and serve Certificate of No Objection for Ferry, Joseph & Pearce's 1/05 fee app | 0.50 | AD |
| | *Fee Applications, Applicant* - review docket; prepare for filing; and e-file and serve Certificate of No Objection for Ferry, Joseph & Pearce's 2/05 fee app | 0.50 | AD |
| May-07-05 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 4/05 prebill | 0.10 | TJT |
| May-12-05 | *Fee Applications, Applicant* - draft Ferry, Joseph & Pearce's Certificate of No Objection and Certificate of No Objection Certificate of Service for 3/05 fee app | 0.30 | AD |
| May-13-05 | *Fee Applications, Applicant* - prepare for filing, and e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection for 3/05 fee app | 0.50 | AD |
| May-18-05 | *Fee Applications, Others* - modify Ferry, Joseph & Pearce's 4/05 invoice; draft summary, notice and Certificate of Service for 4/05 fee app | 0.50 | AD |
| May-19-05 | *Fee Applications, Applicant* - Determine for Ferry, Joseph & Pearce's 4/05 Fee Application: $4,853.60 disbursement on 4/28/05 (.1); teleconference with Parcel's and review of docket re: same (.1) | 0.20 | SGW |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 4/06 fee app prior to filing | 0.10 | TJT |
| May-20-05 | *Fee Applications, Applicant* - trade emails with S Weiler re: need additional information concerning 4K Parcel charge for 4/05 fee app (x3); revise invoice to further explain 4K Parcel charge | 0.20 | AD |
| May-24-05 | *Fee Applications, Applicant* - begin drafting Ferry, Joseph & Pearce's 11th interim fee app | 0.30 | AD |
| May-25-05 | *Fee Applications, Applicant* - continue calculating quarterly totals and drafting Ferry, Joseph & Pearce's 11th interim quarterly fee app | 1.50 | AD |
| May-26-05 | *Fee Applications, Applicant* - confer with T. Tacconelli re: to include already approved fees in 11th quarterly that were omitted in holdback order (9/03-12/03 and 1/04-3/04); revise fee app doucments to include already approved fees in 11th quarterly; draft additional language explaining additional fees; confer with Coggins re: same | 1.50 | AD |
| May-31-05 | *Fee Applications, Applicant* - Review 12th quarterly Fee Application and confer with legal assistant re: same | 0.40 | LLC |
| | *Fee Applications, Applicant* - review and revise 11th quarterly fee app | 0.40 | TJT |
| | *Fee Applications, Applicant* - confer with L Coggins (x2) re: omitted fees from Ferry, Joseph & Pearce's exhibit in holdback order | 0.20 | AD |

|  | Totals | 8.00 | |

| | |
|---|---:|
| **Total Fees & Disbursements** | $948.00 |
| **Balance Due Now** | |
| | $948.00 |