# Exhibit A

Duane Morris
March 4, 2010
Page 2

File # K0248-00001                                                INVOICE #  1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/2/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/3/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/3/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 29, 2010 THROUGH FEBRUARY 2, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/3/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/4/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/4/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN . REGARDING SAME. | 0.10 | $16.00 |
| 2/4/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 3, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/5/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 4, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/5/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 2/8/2010 | 004 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 3

File # K0248-00001                                                     INVOICE #  1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/8/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 5, 2010 THROUGH FEBRUARY 7, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |
| 2/9/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 8, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/9/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/10/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 9, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/10/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/11/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 10, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 11, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/12/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/16/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 12, 2010 THROUGH FEBRUARY 15, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/16/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/17/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
March 4, 2010
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1551365

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/17/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 16, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/17/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/17/2010 | 004 | DS MARRA | UPDATE 2002 SERVICE LIST. | 0.30 | $48.00 |
| 2/17/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING TRANSCRIPT OF FEBRUARY 16, 2010 TELEPHONIC HEARING. | 0.10 | $16.00 |
| 2/17/2010 | 004 | DS MARRA | ORDER TRANSCRIPT OF FEBRUARY 16, 2010 TELEPHONIC HEARING. | 0.20 | $32.00 |
| 2/17/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/18/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/18/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 17, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/18/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/18/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM THE COURT REGARDING TRANSCRIPT OF FEBRUARY 16, 2010 TELEPHONIC HEARING. | 0.10 | $16.00 |
| 2/18/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/19/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 18, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 19, 2010 THROUGH FEBRUARY 21, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 5

File # K0248-00001                                    INVOICE #  1551365
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/22/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING PREPARATION OF CNO TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J&J COURT REPORTERS REGARDING FEBRUARY 16, 2010 HEARING TRANSCRIPT. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW FURTHER CORRESPONDENCE FROM D. MOHAMED REGARDING PREPARATION OF CNO TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW ADDITIONAL CORRESPONDENCE FROM J&J COURT REPORTS REGARDING TRANSCRIPT OF FEBRUARY 16, 2010 HEARING. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 22, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING DOCKET NO. 24326. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | RETRIEVE DOCKET NO. 24326. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 23, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 6

File # K0248-00001                                          INVOICE #  1551365
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/25/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 24, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/25/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/26/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/26/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 25, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| | | | Code Total | 7.00 | $1,221.50 |

Duane Morris
March 4, 2010
Page 7

File # K0248-00001                                    INVOICE #  1551365
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/16/2010 | 007 | WS KATCHEN | REVIEW STROOCK STATUS MEMO. | 0.10 | $79.50 |
| | | | Code Total | 0.10 | $79.50 |

Duane Morris
March 4, 2010
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1551365

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/4/2010 | 009 | MR LASTOWSKI | REVIEW AND REVISE 31ST INTERIM FEE APPLICATION | 0.60 | $426.00 |
| 2/16/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/16/2010 | 009 | DS MARRA | PREPARE THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 2/16/2010 | 009 | DS MARRA | ELECTRONICALLY FILE THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK. | 0.20 | $32.00 |
| 2/16/2010 | 009 | DS MARRA | PREPARE THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK FOR SERVICE ON 2002 LIST. | 0.30 | $48.00 |
| 2/16/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/16/2010 | 009 | DS MARRA | MEET WITH A. MAHOLCHIC REGARDING DUANE MORRIS MONTHLY AND QUARTERLY FEE APPLICATIONS AND SERVICE THEREOF. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM A. MAHOLCHIC REGARDING DUANE MORRIS FEE APPLICATIONS. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | DRAFT CERTIFICATE OF SERVICE OF NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION. | 0.20 | $32.00 |
| 2/17/2010 | 009 | DS MARRA | PREPARE CERTIFICATE OF SERVICE OF NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATE OF SERVICE OF NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | PREPARE NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION FOR SERVICE. | 0.20 | $32.00 |
| 2/18/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CAPSTONE'S NOVEMBER AND DECEMBER FEE APPLICATIONS. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 9

File # K0248-00001                                                    INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/18/2010 | 009 | DS MARRA | PREPARE SEVENTIETH MONTHLY FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.30 | $48.00 |
| 2/18/2010 | 009 | DS MARRA | PREPARE SEVENTY-FIRST MONTHLY FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.30 | $48.00 |
| 2/18/2010 | 009 | DS MARRA | ELECTRONICALLY FILE SEVENTIETH MONTHLY FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 2/18/2010 | 009 | DS MARRA | ELECTRONICALLY FILE SEVENTY-FIRST MONTHLY FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 2/18/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 29, 2010 THROUGH FEBRUARY 23, 2010 FOR REVIEW. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 29, 2010 THROUGH FEBRUARY 23, 2010 FOR ANY OBJECTIONS TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | DRAFT CERTIFICATE OF NO OBJECTION TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.30 | $48.00 |
| 2/23/2010 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| | | | Code Total | 4.30 | $1,018.00 |

Duane Morris
March 4, 2010
Page 10

File # K0248-00001                                          INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/4/2010 | 012 | S LENKIEWICZ | RECEIPT OF EMAIL FROM M. LASTOWSKI RE DUANE MORRIS 34 INTERIM (.1); REVIEW DOCKET RE SAME (.2); EMAIL TO M. LASTOWSKI AND A. MAHOLCHIC RE SAME; BEGIN PREPARATION OF 34TH INTERIM (.7) | 1.00 | $165.00 |
| 2/4/2010 | 012 | S LENKIEWICZ | REVIEW MONTHLY FEE APPLICATIONS FOR JUNE, JULY AND AUGUST AND THIRTY-THIRD QUARTERLY RE: PREPARATION OF THIRTY-FOURTH QUARTERLY | 0.30 | $49.50 |
| 2/4/2010 | 012 | S LENKIEWICZ | PREPARE 34TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 1.20 | $198.00 |
| 2/5/2010 | 012 | S LENKIEWICZ | OFFICE CONFERENCE WITH M. LASTOWSKI (.1); FORWARD WORD COPIES OF 90TH, 91ST AND 92ND MONTHLY FEE APPLICATIONS TO M. LASTOWSKI AND A. MAHOLCHIC (.1); RECEIPT AND REVIEW OF EMAIL FROM FEE AUDITOR (.1); EMAIL TO M. LASTOWSKI AND A. MAHOLCHIC RE SAME (.1) | 0.40 | $66.00 |
| 2/5/2010 | 012 | S LENKIEWICZ | REVIEW FILE RE WORD VERSIONS OF JULY, AUGUST AND SEPTEMBER INVOICES (.2); FORWARD PDF COPIES TO FEE AUDITOR (.1) | 0.30 | $49.50 |
| 2/8/2010 | 012 | MR LASTOWSKI | REVIEW AND REVISE QUARTERLY FEE APPLICATION | 0.50 | $355.00 |
| 2/8/2010 | 012 | S LENKIEWICZ | CONTINUE PREPARATION OF QUARTERLY FEE APPLICATION (1.0); EMAIL TO A. MAHOLCHIC RE DISCREPANCY IN 91ST MONTHLY (.1); REQUEST COPY OF FULL AUGUST INVOICE (.1); REVIEW SAME (.1) | 1.30 | $214.50 |
| 2/12/2010 | 012 | AC MAHOLCHIC | EDIT 34TH QUARTERLY APPLICATION AND COORDINATE FILING AND SERVICE OF THE SAME. | 1.20 | $402.00 |
| 2/17/2010 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 96TH MONTHLY FEE APPLICATION FOR JANUARY 2010 | 0.40 | $66.00 |
| 2/25/2010 | 012 | AC MAHOLCHIC | REVIEW FEE AUDITOR'S REPORT REGARDING DM 34TH INTERIM FEE APPLICATION. | 0.50 | $167.50 |
| | | | Code Total | 7.10 | $1,733.00 |

Duane Morris
March 4, 2010
Page 11

File # K0248-00001                                    INVOICE #  1551365
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/5/2010 | 014 | MR LASTOWSKI | REVIEW COMMITTEE'S PROTECTIVE OBJECTION RE: EXIT FACILITY | 0.20 | $142.00 |
| | | | Code Total | 0.20 | $142.00 |

Duane Morris
March 4, 2010
Page 12

File # K0248-00001

INVOICE # 1551365

    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/11/2010 | 015 | MR LASTOWSKI | REVIEW 2/11/10 AGENDA NOTICE AND ITEMS SET FOR HEARING | 1.60 | $1,136.00 |
| 2/11/2010 | 015 | MR LASTOWSKI | E-MAIL FROM J. PHILLIPS RE: 2/16/10 HEARING | 0.10 | $71.00 |
| 2/16/2010 | 015 | RW RILEY | ATTEND TELEPHONIC OMNIBUS HEARING | 0.90 | $513.00 |
| 2/16/2010 | 015 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR OMNIBUS HEARING AND PREPARATION FOR OMNIBUS HEARING | 0.50 | $285.00 |
| | | | Code Total | 3.10 | $2,005.00 |

Duane Morris
March 4, 2010
Page 13

File # K0248-00001                                            INVOICE # 1551365
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/3/2010 | 017 | RW RILEY | REVIEW COMMUNICATION RELATED TO INSURANCE NEUTRALITY LANGUAGE FOR PLAN | 0.40 | $228.00 |
| 2/3/2010 | 017 | RW RILEY | REVIEWING DOCKET AND FILING RELATED TO PLAN CONFIRMATION | 0.60 | $342.00 |
| | | | Code Total | 1.00 | $570.00 |

Duane Morris
March 4, 2010
Page 14

File # K0248-00001                                    INVOICE # 1551365
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/28/2010 | 025 | WS KATCHEN | CONFERENCE CALL WITH STROOCK. | 0.50 | $397.50 |
| 2/15/2010 | 025 | WS KATCHEN | REVIEW AGENDA FEB. 16TH. | 0.20 | $159.00 |
| 2/16/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 2/16/2010 | 025 | WS KATCHEN | REVIEW AMENDED STIPULATION KANEB PIPE LINE. | 0.20 | $159.00 |
| 2/16/2010 | 025 | WS KATCHEN | REVIEW STIPULATION FOR STAY BNSF. | 0.10 | $79.50 |
| 2/17/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 2/17/2010 | 025 | WS KATCHEN | REVIEW CERT. COUNSIL RE: LC & HEDGING. | 0.10 | $79.50 |
| 2/17/2010 | 025 | WS KATCHEN | REVIEW FINAL ORDER. | 0.30 | $238.50 |
| 2/22/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 2/22/2010 | 025 | WS KATCHEN | REVIEW ORDER STAYING APPEAL BNSF. | 0.10 | $79.50 |
| 2/23/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT OF 2/23/2010. | 0.20 | $159.00 |
| | | | Code Total | 2.30 | $1,828.50 |

Duane Morris
March 4, 2010
Page 15

File # K0248-00001                                    INVOICE #  1551365
        W.R. GRACE & CO.


                    TOTAL SERVICES                25.10    $8,597.50

Duane Morris
March 4, 2010
Page 16

File # K0248-00001                                                    INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 2/28/2010 | TELEPHONE | | 664.00 |
| | | Total: | $664.00 |
| 1/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #792817586062) | | 7.73 |
| 1/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791518443356) | | 11.55 |
| | | Total: | $19.28 |
| 2/28/2010 | PRINTING & DUPLICATING | | 120.60 |
| | | Total: | $120.60 |
| | | TOTAL DISBURSEMENTS | $803.88 |

DUANE MORRIS LLP