# Exhibit A

Case 01-01139-AMC    Doc 24525-2    Filed 03/29/10    Page 1 of 15

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:        )<br>              )<br>W.R. GRACE & CO., et al.,        )<br>              )<br>         Debtors,        )<br>_____)<br>OFFICIAL COMMITTEE OF ASBESTOS  )<br>PERSONAL INJURY CLAIMANTS and   )<br>OFFICIAL COMMITTEE OF ASBESTOS  )<br>PROPERTY DAMAGE CLAIMANTS OF    )<br>W.R. GRACE & CO., suing on behalf of the )<br>Chaper 11 Bankruptcy Estate of W.R. Grace )<br>& Co., et al.,        )<br>              )<br>         Plaintiffs,        )<br>              )<br>-    against-        )<br>              )<br>SEALED AIR CORPORATION        )<br>and CRYOVAC, INC.,        )<br>              )<br>         Defendants.        )<br>_____)<br>OFFICIAL COMMITTEE OF ASBESTOS  )<br>PERSONAL INJURY CLAIMANTS and   )<br>OFFICIAL COMMITTEE OF ASBESTOS  )<br>PROPERTY DAMAGE CLAIMANTS OF    )<br>W.R. GRACE & CO., suing on behalf of the )<br>Chapter 11 Bankruptcy Estate of W. R. )<br>GRACE & CO., et al.,        )<br>              )<br>         Plaintiffs,        )<br>              )<br>-    against-        )<br>              )<br>FRESENIUS MEDICAL CARE,        )<br>HOLDINGS, INC., et al.,        )<br>              )<br>         Defendants.        )<br>_____) | Chapter 11<br>Case Nos. 01-1139 through 01-1200 (JKF)<br>(Jointly Administered)<br><br><br><br><br><br><br><br><br><br><br><br><br>Adv. No. 02-2210<br>[LEAD DOCKET]<br><br><br><br><br><br><br><br><br><br><br><br><br>Adv. No. 02-2211<br><br><br><br>Affects Dockets 02-2210 and 02-2211<br><br>**Objection Deadline: September 25, 2003 at 4:00 p.m.**<br>**Hearing Date: TBD, only if necessary** |

**SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM JULY 1, 2003 THROUGH JULY 31, 2003**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **July 1, 2003, through July 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,918.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$176.05** |

This is a **X** monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately 7 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,150.00.

This application is submitted in accordance with the order of this Court, dated July 10, 2002. This is the first monthly application for interim compensation for the July-September 2003 quarter that the Debtors will file with the Court in October 2003.

The following applications have been filed previously in these fraudulent conveyance proceedings:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 8, 2002 | 6/1 – 6/30/03 | $312,859.50 | $8,190.80 | $250,287.60 | $8,190.80 |
| October 2, 2002 | 7/1 – 7/31/02 | $510,439.50 | $20,999.68 | $408,351.60 | $20,999.68 |
| October 3, 2002 | 8/1 – 8/31/02 | $642,293.00 | $25,776.96 | $513,834.40 | $25,776.96 |
| October 30, 2002 | 9/1 – 9/30/02 | $616,189.00 | $153,949.87 | $492,951.20 | $153,949.87 |
| November 27, 2002 | June – September, 2002 | $2,081,781.00 | $208,917.31 | Pending | Pending |
| December 6, 2002 | 10/1 – 10/31/02 | $169,288.50 | $56,363.97 | $135,430.80 | $56,363.97 |
| January 13, 2003 | 11/1 – 11/30/02 | $137,002.00 | $25,796.30 | $109,601.60 | $25,796.30 |
| January 30, 2003 | 12/1 – 12/31/02 | $25,927.50 | $6,270.27 | $20,742.00 | $6,270.27 |
| March 4, 2003 | October – December, 2002 | $332,218.00 | $88,430.54 | Pending | Pending |
| March 4, 2003 | 1/1 – 1/31/03 | $48,491.00 | $14,561.75 | $38,792.80 | $14,561.75 |
| April 2, 2003 | 2/1 – 2/28/03 | $43,920.50 | $1,766.17 | $35,136.40 | $1,766.17 |
| April 29, 2003 | 3/1 – 3/31/03 | $38,680.50 | $166.77 | $30,944.40 | $166.77 |
| May 15, 2003 | January – March, 2003 | $131,092.00 | $16,494.69 | Pending | Pending |
| June 3, 2003 | 4/1 – 4/30/03 | $8,340.00 | $2,293.06 | $6,672.00 | $2,293.06 |
| July 11, 2003 | 5/1 – 5/31/03 | $27,139.50 | $1,632.51 | $21,711.60 | $1,632.51 |
| July 31, 2003 | 6/1 – 6/30/03 | $18,806.00 | $12.08 | Pending | Pending |

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S. Baer | Partner | 22 Years | Bankruptcy | $625.00 | 3.50 | $2,187.50 |
| James W. Kapp | Partner | 10 Years | Bankruptcy | $510.00 | 0.80 | $408.00 |
| | | | | Total for Attorneys | 4.30 | $2,595.50 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Toni L. Wallace | Legal Assistant | 2 Years | Bankruptcy | $190.00 | 3.20 | $608.00 |
| Sorah Kim | Project Assistant | 2 Months | Litigation | $110.00 | 6.50 | $715.00 |
| | | | | Total for Paraprofessionals | 9.70 | $1,323.00 |

Grand Total for Fees:    $3,918.50
Grand Total for Hours:   14.00
Blended Rate:            $279.90

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 48 | Fraudulent Conveyance Adv. Proceeding | 14.00 | $3,918.50 |
| | Total | 14.00 | $3,918.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $1.97 |
| Fax Telephone Charge | $3.33 |
| Fax Charge | $46.50 |
| Standard Copies | $122.00 |
| Scanned Images | $2.25 |
| Total | $176.05 |

WHEREFORE, K&E respectfully requests that (a) an allowance be made to it, as fully described above for the (i) 80% of the amount of $3,918.50 for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period ($3,134.80) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period ($176.05); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware  
Dated: August 28, 2003

Respectfully submitted,

KIRKLAND & ELLIS LLP

*Christian Lane*

James H.M. Sprayregen, P.C.  
James W. Kapp III  
Christian J. Lane  
200 East Randolph Drive  
Chicago, Illinois 60601  
(312) 861-2000

5

# EXHIBIT A

### Matter 48 – Fraudulent Conveyance Adversary Proceeding – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/01/03 | Toni L Wallace | .20 | Finalize May fee application (.1); forward to local counsel for filing and service (.1). |
| 7/01/03 | James W Kapp | .20 | Review correspondence re payment of court appointed advisors. |
| 7/02/03 | Toni L Wallace | 1.00 | Draft CNOs for quarterly fee applications and forward same to local counsel for filing. |
| 7/02/03 | Janet S Baer | .20 | Follow up on settlement status and review correspondence re same. |
| 7/07/03 | Janet S Baer | .70 | Prepare letter to Committees and Sealed Air re status and issues (.5); prepare transmittal re same (.2). |
| 7/09/03 | Janet S Baer | 1.10 | Review comments on Sealed Air letter (.4); conference with E. Filon and M. Shelnitz re same (.3); further revise letter to Committees (.4). |
| 7/15/03 | James W Kapp | .20 | Review correspondence from E. Filon re Fresenius settlement and tax issues re same. |
| 7/16/03 | Janet S Baer | 1.20 | Review further correspondence on Freseneus tax issue and effect of agreement (.5); office conference re same (.4); conference with E. Filon re same (.3). |
| 7/16/03 | James W Kapp | .40 | Attend to tax issues re Fresenius settlement agreement. |
| 7/17/03 | Janet S Baer | .30 | Review letter re status of settlement and related matter. |
| 7/17/03 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/22/03 | Toni L Wallace | 1.00 | Revise June fee application (.6); prepare exhibits to same (.4). |
| 7/23/03 | Sorah Kim | 3.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/24/03 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 7/30/03 | Toni L Wallace | 1.00 | Prepare draft of fourth quarterly fee application. |
|  | Total hours: | 14.00 | |

# EXHIBIT B

### Matter 48 – Fraudulent Conveyance Adversary Proceedings – Expenses

| Description | Amount |
|---|---:|
| Telephone | $1.97 |
| Fax Telephone Charge | $3.33 |
| Fax Charge | $46.50 |
| Standard Copies | $122.00 |
| Scanned Images | $2.25 |
| **Total** | **$176.05** |

## Matter 48 – Fraudulent Conveyance Adversary Proceedings – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 4/16/03 | 1.75 | David Bernick P.C., Telephone, Cellular Service, 04/16/03, (Cellular Telephone) |
| 5/15/03 | .22 | David Bernick P.C., Telephone, Cellular Service, 05/15/03, (Cellular Telephone) |
| 6/16/03 | 2.70 | Standard Copies |
| 6/17/03 | .70 | Standard Copies |
| 6/23/03 | .60 | Standard Copies |
| 6/25/03 | 1.04 | Fax phone charge to 561-362-1323 |
| 6/25/03 | 2.29 | Fax phone charge to 410-531-4545 |
| 6/25/03 | 18.75 | Fax page charge to 561-362-1323 |
| 6/25/03 | 18.75 | Fax page charge to 410-531-4545 |
| 6/25/03 | 6.00 | Fax page charge to 561-362-1323 |
| 6/25/03 | 1.60 | Standard Copies |
| 6/30/03 | .60 | Standard Copies |
| 7/01/03 | 3.00 | Fax page charge to 202-772-2312 |
| 7/01/03 | .60 | Standard Copies |
| 7/01/03 | 2.25 | Scanned Images |
| 7/07/03 | 38.40 | Standard Copies |
| 7/07/03 | 7.00 | Standard Copies |
| 7/07/03 | 35.50 | Standard Copies |
| 7/08/03 | 2.50 | Standard Copies |
| 7/08/03 | 9.20 | Standard Copies |
| 7/09/03 | .70 | Standard Copies |
| 7/09/03 | 9.00 | Standard Copies |
| 7/09/03 | 5.20 | Standard Copies |
| 7/09/03 | .50 | Standard Copies |
| 7/09/03 | .70 | Standard Copies |
| 7/23/03 | .10 | Standard Copies |
| 7/28/03 | 6.40 | Standard Copies |
| Total: | 176.05 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al., ) <br> ) <br> Debtors, ) <br> _____ ) <br> OFFICIAL COMMITTEE OF ASBESTOS ) <br> PERSONAL INJURY CLAIMANTS and ) <br> OFFICIAL COMMITTEE OF ASBESTOS ) <br> PROPERTY DAMAGE CLAIMANTS OF ) <br> W.R. GRACE & CO., suing on behalf of the ) <br> Chaper 11 Bankruptcy Estate of W.R. Grace ) <br> & Co., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> -  against- ) <br> ) <br> SEALED AIR CORPORATION ) <br> and CRYOVAC, INC., ) <br> ) <br> Defendants. ) <br> _____ ) <br> OFFICIAL COMMITTEE OF ASBESTOS ) <br> PERSONAL INJURY CLAIMANTS and ) <br> OFFICIAL COMMITTEE OF ASBESTOS ) <br> PROPERTY DAMAGE CLAIMANTS OF ) <br> W.R. GRACE & CO., suing on behalf of the ) <br> Chapter 11 Bankruptcy Estate of W. R. ) <br> GRACE & CO., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> -  against- ) <br> ) <br> FRESENIUS MEDICAL CARE, ) <br> HOLDINGS, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 (JKF) <br> (Jointly Administered) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Adv. No. 02-2210 <br> [LEAD DOCKET] <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Adv. No. 02-2211 <br><br><br><br> Affects Dockets 02-2210 and 02-2211 |

91100-002\DOCS_DE:61150.1

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     )SS
COUNTY OF NEW CASTLE )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 5th day of September, 2003 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

> 1. SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM JULY 1, 2003 THROUGH JULY 31, 2003.

Dated: September 5, 2003

/s/ Patricia E. Cuniff
Patricia E. Cuniff

Sworn to and subscribed before
me this 5th day of September, 2003
/s/ Notary
Notary Public
My Commission Expires: 02/11/04

2

91100-002\DOCS_DE:61150.1

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP