# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-1139 through 01-1200 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. Grace | ) | |
| & Co., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -    against- | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| SEALED AIR CORPORATION | ) | |
| and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W. R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| | ) | |
| -    against- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE, | ) | |
| HOLDINGS, INC., et al., | ) | Affects Dockets 02-2210 and 02-2211 |
| | ) | |
| Defendants. | ) | |
| | ) | **Objection Deadline: October 3, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

-1-

## SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **August 1, 2003, through August 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$4,133.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$55.77** |

This is a $\underline{X}$ monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately **3 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$750.00.**

This application is submitted in accordance with the order of this Court, dated July 10, 2002. This is the second monthly application for interim compensation for the July-September 2003 quarter that the Debtors will file with the Court in October 2003.

The following applications have been filed previously in these fraudulent conveyance

proceedings:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 8, 2002 | 6/1 – 6/30/03 | $312,859.50 | $8,190.80 | $250,287.60 | $8,190.80 |
| October 2, 2002 | 7/1 – 7/31/02 | $510,439.50 | $20,999.68 | $408,351.60 | $20,999.68 |
| October 3, 2002 | 8/1 – 8/31/02 | $642,293.00 | $25,776.96 | $513,834.40 | $25,776.96 |
| October 30, 2002 | 9/1 – 9/30/02 | $616,189.00 | $153,949.87 | $492,951.20 | $153,949.87 |
| November 27, 2002 | June – September, 2002 | $2,081,781.00 | $208,917.31 | Pending | Pending |
| December 6, 2002 | 10/1 – 10/31/02 | $169,288.50 | $56,363.97 | $135,430.80 | $56,363.97 |
| January 13, 2003 | 11/1 – 11/30/02 | $137,002.00 | $25,796.30 | $109,601.60 | $25,796.30 |
| January 30, 2003 | 12/1 – 12/31/02 | $25,927.50 | $6,270.27 | $20,742.00 | $6,270.27 |
| March 4, 2003 | October – December, 2002 | $332,218.00 | $88,430.54 | Pending | Pending |
| March 4, 2003 | 1/1 – 1/31/03 | $48,491.00 | $14,561.75 | $38,792.80 | $14,561.75 |
| April 2, 2003 | 2/1 – 2/28/03 | $43,920.50 | $1,766.17 | $35,136.40 | $1,766.17 |
| April 29, 2003 | 3/1 – 3/31/03 | $38,680.50 | $166.77 | $30,944.40 | $166.77 |
| May 15, 2003 | January – March, 2003 | $131,092.00 | $16,494.69 | Pending | Pending |
| June 3, 2003 | 4/1 – 4/30/03 | $8,340.00 | $2,293.06 | $6,672.00 | $2,293.06 |
| July 11, 2003 | 5/1 – 5/31/03 | $27,139.50 | $1,632.51 | $21,711.60 | $1,632.51 |
| July 31, 2003 | 6/1 – 6/30/03 | $18,806.00 | $12.08 | $15,044.80 | $12.08 |
| August 27, 2003 | April – June, 2003 | $54,285.50 | $3,937.65 | Pending | Pending |
| September 5, 2003 | 7/1 – 7/31/03 | $3,918.50 | $176.05 | $3,134.80 | $176.05 |

The K&E attorneys who rendered professional services in these cases during the Fee

Period are:

| Name of Professional Person | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M Bernick, P.C. | Partner | 25 Years | Litigation | $715.00 | 3.50 | $2,502.50 |
| | | | | Total for Attorneys | 3.50 | $2,502.50 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Toni L. Wallace | Legal Assistant | 2 Years | Bankruptcy | $190.00 | 0.30 | $608.00 |
| Shirley A. Pope | Legal Assistant | 18 Years | Litigation | $190.00 | 5.10 | $969.00 |
| Sorah Kim | Project Assistant | 3 Months | Litigation | $110.00 | 6.50 | $715.00 |
| | | | | Total for Paraprofessionals | 9.70 | $1,323.00 |

Grand Total for Fees:     **$4,133.50**
Grand Total for Hours:     **14.40**
Blended Rate:     **$287.05**

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 48 | Fraudulent Conveyance Adv. Proceeding | 14.40 | $4,133.50 |
| | **Total** | **14.40** | **$4,133.50** |

## Expense Summary

| Description | Amount |
|---|---|
| Fax Telephone Charge | $1.66 |
| Fax Charge | $19.50 |
| Standard Copies | $21.10 |
| Computer Database Research | $13.51 |
| **Total** | **$55.75** |

4

WHEREFORE, K&E respectfully requests that (a) an allowance be made to it, as fully described above for the (i) 80% of the amount of **$4,133.50** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period (**$3,306.80**) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period (**$55.77**); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: October 1, 2003

Respectfully submitted,

KIRKLAND & ELLIS LLP


James H.M. Sprayregen, P.C.
James W. Kapp III
Christian J. Lane
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

5

# EXHIBIT A

## Matter 48 – Fraudulent Conveyance Adversary Proceeding – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/03 | David M Bernick, P.C. | 1.00 | Conduct telephone conference with William Singer. |
| 7/18/03 | David M Bernick, P.C. | 2.50 | Conduct telephone conference with D. Siegel re ZAI. |
| 8/04/03 | Sorah Kim | 2.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 8/04/03 | Shirley A Pope | 2.50 | Review adversary proceeding docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support database system (.5); review and revise litigation support database entries to ensure completeness (1.0). |
| 8/05/03 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 8/06/03 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 8/13/03 | Toni L Wallace | .30 | Revise quarterly fee application and prepare memo re same. |
| 8/15/03 | Shirley A Pope | .30 | Locate documents and organize for attorney use. |
| 8/25/03 | Shirley A Pope | 2.30 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support database entry (.5); review and compare docket entries to litigation support database to ensure completeness (.8). |
| | Total hours: | 14.40 | |

A-1

# EXHIBIT B

### Matter 48 – Fraudulent Conveyance Adversary Proceedings – Expenses

| Description | Amount |
| --- | --- |
| Fax Telephone Charge | $1.66 |
| Fax Charge | $19.50 |
| Standard Copies | $21.10 |
| Scanned Images | $13.51 |
| **Total** | **$55.75** |

## Matter 48 – Fraudulent Conveyance Adversary Proceedings – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 7/09/03 | 1.50 | Fax page charge to 202-429-3301 |
| 7/09/03 | 1.50 | Fax page charge to 305-374-7593 |
| 7/09/03 | 1.50 | Fax page charge to 212-735-2000 |
| 7/09/03 | 13.51 | PACER SERVICE CENTER - Computer Database Research, Documents Retrieved from miscellaneous Court Dockets, 4/1/03 to 6/30/03 |
| 8/01/03 | .60 | Standard Copies |
| 8/05/03 | 1.50 | Standard Copies |
| 8/05/03 | .30 | Standard Copies |
| 8/08/03 | .83 | Fax phone charge to 410-531-4783 |
| 8/08/03 | .83 | Fax phone charge to 978-264-4868 |
| 8/08/03 | 7.50 | Fax page charge to 410-531-4783 |
| 8/08/03 | 7.50 | Fax page charge to 978-264-4868 |
| 8/11/03 | 2.30 | Standard Copies |
| 8/11/03 | 10.70 | Standard Copies |
| 8/11/03 | 1.60 | Standard Copies |
| 8/12/03 | 3.80 | Standard Copies |
| 8/15/03 | .30 | Standard Copies |
| Total: | 55.77 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case Nos. 01-1139 through 01-1200 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors, ) | |
| ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PERSONAL INJURY CLAIMANTS and ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PROPERTY DAMAGE CLAIMANTS OF ) | |
| W.R. GRACE & CO., suing on behalf of the ) | |
| Chaper 11 Bankruptcy Estate of W.R. Grace ) | |
| & Co., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| - against- ) | Adv. No. 02-2210 |
| ) | [LEAD DOCKET] |
| SEALED AIR CORPORATION ) | |
| and CRYOVAC, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PERSONAL INJURY CLAIMANTS and ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PROPERTY DAMAGE CLAIMANTS OF ) | |
| W.R. GRACE & CO., suing on behalf of the ) | |
| Chapter 11 Bankruptcy Estate of W. R. ) | |
| GRACE & CO., et al., ) | |
| ) | Adv. No. 02-2211 |
| Plaintiffs, ) | |
| ) | |
| - against- ) | |
| ) | |
| FRESENIUS MEDICAL CARE, ) | |
| HOLDINGS, INC., et al., ) | Affects Dockets 02-2210 and 02-2211 |
| ) | |
| Defendants. ) | |
| ) | |

91100-002\DOCS_DE:61150.3

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )

                              )SS

COUNTY OF NEW CASTLE    )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 3rd day of October, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

1.    **SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003.**

Dated: October 3, 2003

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 3rd day of October, 2003

_Holly T Walah_
Notary Public
My Commission Expires: _02/11/04_

91100-002\DOCS_DE:61150.3

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 33512
07 – Hand Delivery
11 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*First Class Mail*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

*First Class Mail*
The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.D.PA
5490 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219