# Exhibit E

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | Adv. No. 02-2211 |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Against | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE | ) | |
| HOLDINGS, INC. and | ) | **Affects Dockets 02-2210 and 02-2211** |
| NATIONAL MEDICAL CARE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY
COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM
PERIOD, FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **November 1, 2003, through November 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,013.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$46.45** |

This is a **X** monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately **3 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$750.00.**

This application is submitted in accordance with the order of this Court, dated July 10, 2002.

The following applications have been filed previously in these fraudulent conveyance proceedings:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 8, 2002 | 6/1 – 6/30/03 | $312,859.50 | $8,190.80 | $250,287.60 | $8,190.80 |
| October 2, 2002 | 7/1 – 7/31/02 | $510,439.50 | $20,999.68 | $408,351.60 | $20,999.68 |
| October 3, 2002 | 8/1 – 8/31/02 | $642,293.00 | $25,776.96 | $513,834.40 | $25,776.96 |
| October 30, 2002 | 9/1 – 9/30/02 | $616,189.00 | $153,949.87 | $492,951.20 | $153,949.87 |
| November 27, 2002 | June – September, 2002 | $2,081,781.00 | $208,917.31 | Pending | Pending |
| December 6, 2002 | 10/1 – 10/31/02 | $169,288.50 | $56,363.97 | $135,430.80 | $56,363.97 |
| January 13, 2003 | 11/1 – 11/30/02 | $137,002.00 | $25,796.30 | $109,601.60 | $25,796.30 |
| January 30, 2003 | 12/1 – 12/31/02 | $25,927.50 | $6,270.27 | $20,742.00 | $6,270.27 |
| March 4, 2003 | October – December, 2002 | $332,218.00 | $88,430.54 | Pending | Pending |
| March 4, 2003 | 1/1 – 1/31/03 | $48,491.00 | $14,561.75 | $38,792.80 | $14,561.75 |
| April 2, 2003 | 2/1 – 2/28/03 | $43,920.50 | $1,766.17 | $35,136.40 | $1,766.17 |
| April 29, 2003 | 3/1 – 3/31/03 | $38,680.50 | $166.77 | $30,944.40 | $166.77 |
| May 15, 2003 | January – March, 2003 | $131,092.00 | $16,494.69 | Pending | Pending |
| June 3, 2003 | 4/1 – 4/30/03 | $8,340.00 | $2,293.06 | $6,672.00 | $2,293.06 |
| July 11, 2003 | 5/1 – 5/31/03 | $27,139.50 | $1,632.51 | $21,711.60 | $1,632.51 |
| July 31, 2003 | 6/1 – 6/30/03 | $18,806.00 | $12.08 | $15,044.80 | $12.08 |
| August 27, 2003 | April – June, 2003 | $54,285.50 | $3,937.65 | Pending | Pending |
| September 5, 2003 | 7/1 – 7/31/03 | $3,918.50 | $176.05 | $3,134.80 | $176.05 |
| October 1, 2003 | 8/1 – 8/31/03 | $4,133.50 | $55.77 | $3,306.80 | $55.77 |
| November 6, 2003 | 9/1 – 9/30/03 | $3,776.50 | $90.09 | $3,021.20 | $90.09 |
| November 26, 2003 | 10/1 – 10/31/03 | $1,112.50 | $152.65 | Pending | Pending |

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James W Kapp | Partner | 10 Years | Bankruptcy | $510.00 | 0.70 | $357.00 |
| Christian J Lane | Associate | 6 Years | Bankruptcy | $445.00 | 1.50 | $667.50 |
| Todd F Maynes | Partner | 16 Years | Taxation | $625.00 | 3.00 | $1,875.00 |
| Total for Attorneys | | | | | 5.20 | $2,899.50 |

The paraprofessionals of K&E who rendered professional services in these cases during

the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Toni L Wallace | Legal Assistant | 3 Years | Bankruptcy | $190.00 | 0.60 | $114.00 |
| | | | Total for Paraprofessionals | | 0.60 | $114.00 |

Grand Total for Fees:      **$3,013.50**
Grand Total for Hours:     **5.80**
Blended Rate:              **$519.57**

### Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 48 | Fraudulent Conveyance Adv. Proceeding | 5.80 | $3,013.50 |
| | **Total** | **5.80** | **$3,013.50** |

### Expense Summary

| Description | Amount |
|---|---|
| Standard Copies | $42.70 |
| Fax Charge | $3.75 |
| **Total** | **$46.45** |

4

**WHEREFORE**, K&E respectfully requests that (a) an allowance be made to it, as fully described above for the (i) 80% of the amount of **$3,013.50** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period (**$2,410.80**) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period (**$46.45**); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: December 29, 2003

Respectfully submitted,

KIRKLAND & ELLIS LLP

_____
James H.M. Sprayregen, P.C.
James W. Kapp III
Christian J. Lane
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

5

# EXHIBIT A

**Matter 48 – Fraudulent Conveyance Adversary Proceeding – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/13/03 | Christian J Lane | 1.50 | Prepare letter re final fees (.6); office conference re same (.4). |
| 11/23/03 | Todd F Maynes | 1.00 | Review of proposed new Sealed Air Agreement. |
| 11/24/03 | James W Kapp | .70 | Attend to various tax issues arising from proposed Sealed Air settlement agreement. |
| 11/24/03 | Todd F Maynes | 2.00 | Review of proposed new agreement (1.5); conference call re same (.5). |
| 11/25/03 | Toni L Wallace | .60 | Revise correspondence re quarterly fee applications. |
| | Total hours: | 5.80 | |

A-1

# EXHIBIT B

## Matter 48 – Fraudulent Conveyance Adversary Proceedings – Expenses

| Description | Amount |
|---|---|
| Standard Copies | $42.70 |
| Fax Charge | $3.75 |
| **Total** | **$46.45** |

## Matter 48 – Fraudulent Conveyance Adversary Proceedings – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 10/27/03 | 1.10 | Standard Copies |
| 10/28/03 | 2.20 | Standard Copies |
| 10/29/03 | .50 | Standard Copies |
| 11/18/03 | 22.40 | Standard Copies |
| 11/19/03 | 4.70 | Standard Copies |
| 11/21/03 | 3.75 | Fax page charge to 919-613-7165 |
| 11/21/03 | .20 | Standard Copies |
| 11/24/03 | 2.20 | Standard Copies |
| 11/24/03 | 4.50 | Standard Copies |
| 11/24/03 | 4.90 | Standard Copies |
| Total: | 46.45 | |

B-2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 29th day of December, 2003,

I caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

---

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.    SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE &
CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM
NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

David W. Carickhoff, Jr. (DE Bar No. 3715)

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com* and
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP