# **Exhibit F**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | Adv. No. 02-2211 |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Against | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE | ) | |
| HOLDINGS, INC. and | ) | **Affects Dockets 02-2210 and 02-2211** |
| NATIONAL MEDICAL CARE, INC. | ) | |
| | ) | |
| Defendants. | ) | **Objection Deadline: February 23, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **December 1, 2003, through December 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$5,880.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$116.94** |

This is a **X** monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately **3 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$750.00.**

This application is submitted in accordance with the order of this Court, dated July 10, 2002.

2

The following applications have been filed previously in these fraudulent conveyance proceedings:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 8, 2002 | 6/1 – 6/30/02 | $312,859.50 | $8,190.80 | $250,287.60 | $8,190.80 |
| October 2, 2002 | 7/1 – 7/31/02 | $510,439.50 | $20,999.68 | $408,351.60 | $20,999.68 |
| October 3, 2002 | 8/1 – 8/31/02 | $642,293.00 | $25,776.96 | $513,834.40 | $25,776.96 |
| October 30, 2002 | 9/1 – 9/30/02 | $616,189.00 | $153,949.87 | $492,951.20 | $153,949.87 |
| November 27, 2002 | June – September, 2002 | $2,081,781.00 | $208,917.31 | Pending | Pending |
| December 6, 2002 | 10/1 – 10/31/02 | $169,288.50 | $56,363.97 | $135,430.80 | $56,363.97 |
| January 13, 2003 | 11/1 – 11/30/02 | $137,002.00 | $25,796.30 | $109,601.60 | $25,796.30 |
| January 30, 2003 | 12/1 – 12/31/02 | $25,927.50 | $6,270.27 | $20,742.00 | $6,270.27 |
| March 4, 2003 | October – December, 2002 | $332,218.00 | $88,430.54 | Pending | Pending |
| March 4, 2003 | 1/1 – 1/31/03 | $48,491.00 | $14,561.75 | $38,792.80 | $14,561.75 |
| April 2, 2003 | 2/1 – 2/28/03 | $43,920.50 | $1,766.17 | $35,136.40 | $1,766.17 |
| April 29, 2003 | 3/1 – 3/31/03 | $38,680.50 | $166.77 | $30,944.40 | $166.77 |
| May 15, 2003 | January – March, 2003 | $131,092.00 | $16,494.69 | Pending | Pending |
| June 3, 2003 | 4/1 – 4/30/03 | $8,340.00 | $2,293.06 | $6,672.00 | $2,293.06 |
| July 11, 2003 | 5/1 – 5/31/03 | $27,139.50 | $1,632.51 | $21,711.60 | $1,632.51 |
| July 31, 2003 | 6/1 – 6/30/03 | $18,806.00 | $12.08 | $15,044.80 | $12.08 |
| August 27, 2003 | April – June, 2003 | $54,285.50 | $3,937.65 | Pending | Pending |
| September 5, 2003 | 7/1 – 7/31/03 | $3,918.50 | $176.05 | $3,134.80 | $176.05 |
| October 1, 2003 | 8/1 – 8/31/03 | $4,133.50 | $55.77 | $3,306.80 | $55.77 |
| November 6, 2003 | 9/1 – 9/30/03 | $3,776.50 | $90.09 | $3,021.20 | $90.09 |
| November 26, 2003 | 10/1 – 10/31/03 | $1,112.50 | $152.65 | Pending | Pending |
| December 29, 2003 | 11/1 – 11/30/03 | $3,013.50 | $46.45 | $2,410.80 | $46.45 |

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James W Kapp | Partner | 10 Years | Bankruptcy | $510.00 | 0.80 | $408.00 |
| Christian J Lane | Associate | 6 Years | Bankruptcy | $445.00 | 3.40 | $1,513.00 |
| Todd F Maynes | Partner | 16 Years | Taxation | $625.00 | 6.00 | $3,750.00 |
| | | | Total for Attorneys | | 10.20 | $5,671.00 |

3

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Toni L Wallace | Legal Assistant | 3 Years | Bankruptcy | $190.00 | 1.10 | $209.00 |
| | | | Total for Paraprofessionals | | 1.10 | $209.00 |

Grand Total for Fees:   **$5,880.00**
Grand Total for Hours:   **11.30**
Blended Rate:   **$520.35**

### Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 48 | Fraudulent Conveyance Adv. Proceeding | 11.30 | $5,880.00 |
| | **Total** | **11.30** | **$5,880.00** |

### Expense Summary

| Description | Amount |
|---|---|
| Fax Telephone Charge | $3.12 |
| Fax Charge | $55.50 |
| Standard Copies | $50.60 |
| Scanned Images | $1.35 |
| Postage | $6.37 |
| **Total** | **$116.94** |

**WHEREFORE**, K&E respectfully requests that (a) an allowance be made to it, as fully described above for the (i) 80% of the amount of **$5,880.00** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period (**$4,704.00**) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period (**$116.94**); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: January 29, 2004

Respectfully submitted,

KIRKLAND & ELLIS LLP

James H.M. Sprayregen, P.C.
James W. Kapp III
Christian J. Lane
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

5

# EXHIBIT A

## Matter 48 – Fraudulent Conveyance Adversary Proceeding – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/03 | Toni L Wallace | .60 | Revise correspondence to Judge Wolin re quarterly fee applications. |
| 12/01/03 | James W Kapp | .60 | Review correspondence re motion to approve Sealed Air Settlement Agreement (.2); develop response re same (.4). |
| 12/01/03 | Christian J Lane | 1.50 | Draft and revise correspondence re fee applications. |
| 12/02/03 | Christian J Lane | 1.10 | Revise correspondence re fee applications (.6); office conferences re same (.5). |
| 12/03/03 | Todd F Maynes | .50 | Review of Sealed Air Agreement. |
| 12/04/03 | James W Kapp | .20 | Review correspondence from M. Shelnitz re response to motion seeking approval of Sealed Air Settlement Agreement (.1); review D. Siegel correspondence re same (.1). |
| 12/04/03 | Christian J Lane | .80 | Revise correspondence re fee applications (.3); office conferences re same (.5). |
| 12/05/03 | Todd F Maynes | 1.00 | Review of Sealed Air motion. |
| 12/08/03 | Todd F Maynes | 1.50 | Review of Sealed Air objection motion and revisions to same. |
| 12/08/03 | Todd F Maynes | .50 | Telephone conferences re settlement status. |
| 12/10/03 | Todd F Maynes | 1.00 | Revisions to Sealed Air Objection. |
| 12/11/03 | Todd F Maynes | 1.50 | Revisions to Sealed Air objection. |
| 12/24/03 | Toni L Wallace | .50 | Prepare November monthly fee application and exhibits to same. |
|  | Total hours: | 11.30 |  |

A-1

# EXHIBIT B

## Matter 48 – Fraudulent Conveyance Adversary Proceedings – Expenses

| Description | Amount |
|---|---|
| Fax Telephone Charge | $3.12 |
| Fax Charge | $55.50 |
| Standard Copies | $50.60 |
| Scanned Images | $1.35 |
| Postage | $6.37 |
| **Total** | **$116.94** |

### Matter 48 – Fraudulent Conveyance Adversary Proceedings – Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 11/26/03 | 1.80 | Standard Copies |
| 12/01/03 | 24.00 | Standard Copies |
| 12/02/03 | .60 | Standard Copies |
| 12/02/03 | 1.35 | Scanned Images |
| 12/03/03 | 5.90 | Standard Copies |
| 12/05/03 | .83 | Fax phone charge to 410-531-4545 |
| 12/05/03 | 2.25 | Fax page charge to 212-806-6006 |
| 12/05/03 | 2.25 | Fax page charge to 302-652-4400 |
| 12/05/03 | 2.25 | Fax page charge to 212-715-8000 |
| 12/05/03 | 2.25 | Fax page charge to 302-575-1714 |
| 12/05/03 | 2.25 | Fax page charge to 202-429-3301 |
| 12/05/03 | 2.25 | Fax page charge to 212-868-1229 |
| 12/05/03 | 2.25 | Fax page charge to 305-374-7593 |
| 12/05/03 | 2.25 | Fax page charge to 410-531-4545 |
| 12/05/03 | 2.25 | Fax page charge to 302-426-9947 |
| 12/05/03 | 2.25 | Fax page charge to 212-644-6755 |
| 12/05/03 | 2.25 | Fax page charge to 303-312-6953 |
| 12/05/03 | 6.37 | Postage |
| 12/08/03 | 2.70 | Standard Copies |
| 12/09/03 | 1.20 | Standard Copies |
| 12/18/03 | 3.00 | Standard Copies |
| 12/18/03 | 8.50 | Standard Copies |
| 12/22/03 | .70 | Standard Copies |
| 12/22/03 | 2.20 | Standard Copies |
| 12/24/03 | 2.29 | Fax phone charge to 412-355-6501 |
| 12/24/03 | 30.00 | Fax page charge to 412-355-6501 |
| 12/24/03 | .75 | Fax page charge to 412-355-6501 |
| Total: | 116.94 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos. 01-1139 through 01-1200 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors, | |

| | |
|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS<br>PERSONAL INJURY CLAIMANTS and<br>OFFICIAL COMMITTEE OF ASBESTOS<br>PROPERTY DAMAGE CLAIMANTS OF<br>W.R. GRACE & CO., suing on behalf of the<br>Chaper 11 Bankruptcy Estate of W.R. Grace<br>& Co., et al., | |
| Plaintiffs, | |
| - against- | Adv. No. 02-2210<br>[LEAD DOCKET] |
| SEALED AIR CORPORATION<br>and CRYOVAC, INC., | |
| Defendants. | |

| | |
|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS<br>PERSONAL INJURY CLAIMANTS and<br>OFFICIAL COMMITTEE OF ASBESTOS<br>PROPERTY DAMAGE CLAIMANTS OF<br>W.R. GRACE & CO., suing on behalf of the<br>Chapter 11 Bankruptcy Estate of W. R.<br>GRACE & CO., et al., | |
| Plaintiffs, | Adv. No. 02-2211 |
| - against- | |
| FRESENIUS MEDICAL CARE,<br>HOLDINGS, INC., et al., | Affects Dockets 02-2210 and 02-2211 |
| Defendants. | |

## AFFIDAVIT OF SERVICE

91100-002\DOCS_DE:61150.3
DOCS_DE:61150.4

STATE OF DELAWARE              )
                               )SS
COUNTY OF NEW CASTLE           )

      Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 2nd day of February, 2004

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

    1.  **SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO.,
ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM
DECEMBER 1, 2003, THROUGH DECEMBER 31, 2003.**

Dated: February 2, 2004

                           Patricia E. Cuniff

Sworn to and subscribed before
me this 2nd day of February, 2004

Notary Public
My Commission Expires: 6/12/05

**KATHLEEN M. WITTIG**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires June 12, 2005

2

Grace Fee Application Service List
Case Number:  01-1139 (JKF)
Document Number:  33512
07 – Hand Delivery
11 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*First Class Mail*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

*First Class Mail*
The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.D.PA
5490 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219