# **Exhibit J**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-1139 through 01-1200 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. Grace | ) | |
| & Co., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -     against- | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| SEALED AIR CORPORATION | ) | |
| and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W. R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| | ) | |
| -     against- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE, | ) | |
| HOLDINGS, INC., et al., | ) | Affects Dockets 02-2210 and 02-2211 |
| | ) | |
| Defendants. | ) | |
| | ) | **Objection Deadline: August 18, 2004 at 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

91100-002\DOCS_DE:59630.4

-1-

**SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD, FROM JUNE 1, 2004 THROUGH JUNE 30, 2004**

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **June 1, 2004, through June 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$1,186.00[1]** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is a **X** monthly ___ interim __ final application.

This application is submitted in accordance with the order of this Court, dated July 10, 2002.

---

[1]    K&E's total fees and expenses incurred for the months of April and May 2004, were $1,760.00, therefore in the interest of saving fees and expenses associated with the preparation of the Monthly Fee Applications, K&E did not file a Monthly Fee Application for the months of April and May 2004, and K&E has included those fees and expenses herein.

The following applications have been filed previously in these fraudulent conveyance

proceedings:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 8, 2002 | 6/1 – 6/30/03 | $312,859.50 | $8,190.80 | $250,287.60 | $8,190.80 |
| October 2, 2002 | 7/1 – 7/31/02 | $510,439.50 | $20,999.68 | $408,351.60 | $20,999.68 |
| October 3, 2002 | 8/1 – 8/31/02 | $642,293.00 | $25,776.96 | $513,834.40 | $25,776.96 |
| October 30, 2002 | 9/1 – 9/30/02 | $616,189.00 | $153,949.87 | $492,951.20 | $153,949.87 |
| November 27, 2002 | June – September, 2002 | $2,081,781.00 | $208,917.31 | Pending | Pending |
| December 6, 2002 | 10/1 – 10/31/02 | $169,288.50 | $56,363.97 | $135,430.80 | $56,363.97 |
| January 13, 2003 | 11/1 – 11/30/02 | $137,002.00 | $25,796.30 | $109,601.60 | $25,796.30 |
| January 30, 2003 | 12/1 – 12/31/02 | $25,927.50 | $6,270.27 | $20,742.00 | $6,270.27 |
| March 4, 2003 | October – December, 2002 | $332,218.00 | $88,430.54 | Pending | Pending |
| March 4, 2003 | 1/1 – 1/31/03 | $48,491.00 | $14,561.75 | $38,792.80 | $14,561.75 |
| April 2, 2003 | 2/1 – 2/28/03 | $43,920.50 | $1,766.17 | $35,136.40 | $1,766.17 |
| April 29, 2003 | 3/1 – 3/31/03 | $38,680.50 | $166.77 | $30,944.40 | $166.77 |
| May 15, 2003 | January – March, 2003 | $131,092.00 | $16,494.69 | Pending | Pending |
| June 3, 2003 | 4/1 – 4/30/03 | $8,340.00 | $2,293.06 | $6,672.00 | $2,293.06 |
| July 11, 2003 | 5/1 – 5/31/03 | $27,139.50 | $1,632.51 | $21,711.60 | $1,632.51 |
| July 31, 2003 | 6/1 – 6/30/03 | $18,806.00 | $12.08 | $15,044.80 | $12.08 |
| August 27, 2003 | April – June, 2003 | $54,285.50 | $3,937.65 | Pending | Pending |
| September 5, 2003 | 7/1 – 7/31/03 | $3,918.50 | $176.05 | $3,134.80 | $176.05 |
| October 1, 2003 | 8/1 – 8/31/03 | $4,133.50 | $55.77 | $3,306.80 | $55.77 |
| November 6, 2003 | 9/1 – 9/30/03 | $3,776.50 | $90.09 | $3,021.20 | $90.09 |
| November 26, 2003 | 10/1 – 10/31/03 | $1,112.50 | $152.65 | $890.00 | $152.65 |
| December 29, 2003 | 11/1 – 11/30/03 | $3,013.50 | $46.45 | $2,410.80 | $46.45 |
| February 2, 2004 | 12/1 – 12/31/03 | $5,880.00 | $116.94 | $4,704.00 | $116.94 |
| March 3, 2004 | 1/1 – 1/31/04 | $4,034.50 | $140.19 | $3,227.60 | $140.19 |
| April 2, 2004 | 2/1 – 2/29/04 | $4,353.00 | $0.00 | $3,482.40 | $0.00 |
| May 5, 2004 | 3/1 – 3/31/04 | $3,775.00 | $0.95 | $3,020.00 | $0.95 |

The K&E attorney who rendered professional services in these cases during the Fee

Period is

| Name of Professional Person | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Samuel Blatnick | Associate | 2 Years | Bankruptcy | $320.00 | 5.50 | $1,760.00 |
| | | | | Total for Attorneys | 5.50 | $1,760.00 |

The paraprofessional of K&E who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Shirley A Pope | Legal Assistant | 19 Years | Litigation | $200.00 | 0.50 | $100.00 |
| | | | Total for Paraprofessionals | | 0.50 | $100.00 |

Grand Total for Fees:    **$1,860.00**
Grand Total for Hours:   **6.00**
Blended Rate:            **$310.00**

### Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 48 | Fraudulent Conveyance Adv. Proceeding | 6.00 | $1,860.00 |
| | **Total** | **6.50** | **$1,860.00** |

4

**WHEREFORE**, K&E respectfully requests that (a) an allowance be made to it, as fully described above for 80% of the amount of **$1,860.00** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period (**$1,488.00**); (b) that the fees are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: July **26**, 2004

Respectfully submitted,

KIRKLAND & ELLIS LLP

James H.M. Sprayregen, P.C.
James W. Kapp III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

5

# EXHIBIT A

## Matter 48 – Fraudulent Conveyance Adversary Proceeding – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/27/2004 | Samuel Blatnick | 5.50 | Research and draft motion of interim fee application to recover fees for services performed in the fraudulent conveyance matter from June 1, 2003 through December 31, 2003. |
| 6/21/2004 | Shirley A Pope | .50 | Review and download fradulent conveyance pleadings. |
| | Total hours: | 6.00 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-1139 through 01-1200 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -     against- | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| SEALED AIR CORPORATION | ) | |
| and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS, et al., | ) | |
| | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| | ) | |
| -     against- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE, | ) | |
| HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

          Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 28th day of July, 2004 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1.  **SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD, FROM JUNE 1, 2004, THROUGH JUNE 30, 2004.**

Dated: July 28, 2004

Patricia E. Cuniff

Sworn to and subscribed before
me this 28th day of July, 2004

Notary Public
My Commission Expires: 02/11/06

2

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 33512
07 – Hand Delivery
11 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100


(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*First Class Mail*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*First Class Mail*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*First Class Mail*
The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.D.PA
5490 US Steel Tower
600 Grant Street
Pittsburgh, PA  15219