# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**FEBRUARY 1, 2010 - FEBRUARY 28, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.3 | $    208.50 |
| 0013 | Business Operations | 21.2 | 14,824.00 |
| 0014 | Case Administration | 31.8 | 11,630.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 208.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 6.4 | 4,538.00 |
| 0018 | Fee Application, Applicant | 16.1 | 8,314.00 |
| 0019 | Creditor Inquiries | 0.8 | 616.00 |
| 0020 | Fee Application, Others | 4.3 | 1,221.00 |
| 0021 | Employee Benefits, Pension | 4.2 | 2,919.00 |
| 0036 | Plan and Disclosure Statement | 12.0 | 8,475.00 |
| 0037 | Hearings | 4.3 | 3,481.50 |
| | | | |
| | **Total** | **101.7** | **$ 56,435.50** |

# STROOCK

## INVOICE

| DATE | March 23, 2010 |
|---|---|
| INVOICE NO. | 500152 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/09/2010 | Attend to modified order re: trial of Canadian PD claims. | Krieger, A. | 0.1 |
| 02/16/2010 | Attend to stipulation for stay of appeal filed in Adversary Proceeding 09-763 among Debtors, Arrowood and BNSF. | Krieger, A. | 0.1 |
| 02/19/2010 | Attend to order staying appeal to BNSF adversary proceeding. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 208.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 208.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations 699843  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Exchanged memoranda with A. Cota re: LOC facility provisions (.2); memorandum to R. Higgins and J. McFarland re: status of discussion with Bank of America's counsel (.1). | Krieger, A. | 0.3 |
| 02/02/2010 | Exchanged memoranda with A. Cota re: LOC facilities (.2); exchanged memoranda with R. Higgins re: status of discussions with lender's counsel (.2). | Krieger, A. | 0.4 |
| 02/03/2010 | Review LOC order (.4); exchanged memoranda with R. Higgins re: LOC Facility discussions (.1); o/c KP re: status of discussions and filing of protective objection (.2); prepare protective objection to LOC Facility motion (2.4). | Krieger, A. | 3.1 |
| 02/04/2010 | Preparation for and call with R. Higgins re: LOC Facilities. | Krieger, A. | 1.1 |
| 02/05/2010 | T/c(s) R. Higgins re: status of LOC Facility documents revisions and extension of Committee's response date (1.1); memoranda re: status of revising documents, extension and withholding of filing objection (.6); memoranda to local counsel re: Committee's Objection (.2); memorandum to R. Higgins confirming extension of Committee's time to file a response to LOC Facilities Motion (.1); attend to comparative LOC orders and agreements (1.4). | Krieger, A. | 3.4 |
| 02/05/2010 | Review memo to Committee re: revising documents and withholding of filing objection. | Kruger, L. | 0.3 |
| 02/07/2010 | Attend to memorandum from R. Higgins re: revised LOC Facility Agreement and Order and respond thereto. | Krieger, A. | 2.3 |
| 02/08/2010 | Attend to revised proposed Order and further memorandum to R. Higgins (.8); memorandum to LK, KP re: LOC Facility matters (.2); further | Krieger, A. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | t/c(s) R. Higgins re: revised proposed Order and review of same and hedging transactions and collateral positions (1.2); memorandum to R. Higgins re: status of hedging transactions (.1); memoranda to LK, KP re: status of LOC Facility Order (.1); exchanged multiple memoranda with Debtors' counsel re: status, further extension of Committee's time to respond to the LOC Facility Motion (.5); t/c Capstone re: hedging transactions (.1). | | |
| 02/09/2010 | Exchanged memoranda with R. Higgins re: status of discussions with Lender's counsel (.6); email to local counsel re: update status of discussion and possible Committee filing (.2); prepare revised form of protective objection (.7); memorandum to LK, KP re: status of discussions on LOC Facilities motion and final order terms and errant CNO (.3); attend to Grace announcement re: Norris resignation (.1). | Krieger, A. | 1.9 |
| 02/10/2010 | Exchanged multiple memoranda with R. Higgins re: Agent counsel's position on the proposed revised Final LOC Order (.3); attend to preparation of draft objection to Motion (1.7); multiple t/c(s) R. Higgins re: revisions to the form of Order (.8); attend to further proposed revisions to the LOC Order (.6). | Krieger, A. | 3.4 |
| 02/11/2010 | Attend to proposed final from of the order and Facility Agreement, and form of certificate of counsel (1.1); telephone call R. Higgins re: same (.3). | Krieger, A. | 1.4 |
| 02/12/2010 | Memorandum to R. Higgins re: COC filing. | Krieger, A. | 0.1 |
| 02/15/2010 | Attend to revised COC re: letter of credit and hedging facility. | Krieger, A. | 0.1 |
| 02/16/2010 | Attend to Final Order entered by the Court and exchanged memoranda with J. Baer, R. Higgins re: Facility Agreement. | Krieger, A. | 0.3 |
| 02/19/2010 | Attend to filed form of LOC Facility Agreement. | Krieger, A. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 20.9 | $ 695 | $ 14,525.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,824.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,824.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2010 | Attend to Fee Auditor's initial response to SSL's 34th quarterly fee application. | Krieger, A. | 0.2 |
| 02/01/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 0.7 |
| 02/02/2010 | E-mails w/ team re: transcript of closing arguments. | Magzamen, M. | 0.1 |
| 02/03/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.4); review case file documents (.6). | Mohamed, D. | 1.6 |
| 02/04/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 0.7 |
| 02/05/2010 | Attend to preparation of response to Fee Auditor's Interim Report on SSL's 34th quarterly fee application. | Krieger, A. | 0.7 |
| 02/05/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4); obtain certain documents for attorney review (.7). | Mohamed, D. | 1.8 |
| 02/07/2010 | Attend to Fee Auditor's Interim Report on the firm's 34th quarterly fee application. | Krieger, A. | 3.1 |
| 02/08/2010 | Attend to preparation of response to Fee Auditor's Report on SSL's 34th quarterly fee period (2.5); memorandum to MM re: request for backup to address Fee Auditor's inquiry (.1). | Krieger, A. | 2.6 |
| 02/08/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.9); review case docket | Mohamed, D. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | nos. 01-771, 09-644 and 09-807 (.4); prepare documents for attorney review (.6). | | |
| 02/09/2010 | Memorandum to J. Baer confirming further extension of time to respond to the LOC Facility motion (.1); memoranda with J. Baer, R. Higgins re: follow-up on need of local counsel to withdraw CNO (.2); attend to response to Fee Auditor's interim report on 34th quarterly fee application (1.4). | Krieger, A. | 1.7 |
| 02/09/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); obtain documents for review (.4). | Mohamed, D. | 1.2 |
| 02/10/2010 | Memorandum to local counsel re: status of possible Committee filing on LOC Facilities Motion. | Krieger, A. | 0.1 |
| 02/10/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 0.7 |
| 02/11/2010 | Finalize response to fee auditor's initial report re 34th quarterly (1.4); telephone call and exchanged email with LK, KP re: 2/16/10 hearing change (.1); memoranda to MM re: hearing attendance arrangements (.1). | Krieger, A. | 1.6 |
| 02/11/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4). | Mohamed, D. | 0.6 |
| 02/12/2010 | Email and office conference KP re response to Fee Auditor's repot to SSL's 34th Quarterly application (.1); memorandum to B. Ruhlander re SSL's response (.1). | Krieger, A. | 0.2 |
| 02/12/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 1.4 |
| 02/12/2010 | Review draft response to fee examiner. | Pasquale, K. | 0.4 |
| 02/16/2010 | Memorandum with MM re: request transcript of 2/16 hearing. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/16/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.1). | Mohamed, D. | 1.3 |
| 02/17/2010 | Prepare documents for attorney review (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |
| 02/18/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 02/19/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.9 |
| 02/22/2010 | Attend to Fee Auditor's memorandum re: proposed revised meal caps. | Krieger, A. | 0.1 |
| 02/22/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4); prepare documents for review (.7). | Mohamed, D. | 1.8 |
| 02/23/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6). | Mohamed, D. | 0.8 |
| 02/24/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 09-644 and 09-807 (.4); review case file documents (.7). | Mohamed, D. | 2.1 |
| 02/25/2010 | Attend to Fee Auditor's final report on SSL's 34th quarterly fee application. | Krieger, A. | 0.1 |
| 02/25/2010 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); obtain documents for attorney review (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | | HOURS | RATE | TOTAL |
|---|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.5 | $ 695 | $ 7,297.50 |
| Magzamen, Michael S. | 0.1 | 305 | 30.50 |
| Mohamed, David | 20.8 | 190 | 3,952.00 |
| Pasquale, Kenneth | 0.4 | 875 | 350.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,630.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 11,630.00 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|----|-----------------------------------------------------------|
|    | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2010 | Attend to R. Higgins correspondence including revised notice disallowing employee benefit claims and memoranda to R. Higgins re: same. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 208.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 208.50 |
|-----------------------|----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/04/2010 | Revise proposed protective objection and memorandum to LK, KP re: same (.6); memorandum for the Committee re: LOC Facility and proposed objection thereto (.9); memoranda with local counsel re: filing and service of protective objection (.2). | Krieger, A. | 1.7 |
| 02/08/2010 | Telephone conference Capstone re: settlement possibilities. | Krieger, A. | 0.2 |
| 02/12/2010 | Memorandum for the Committee re: LOC Facilities motion. | Krieger, A. | 0.5 |
| 02/16/2010 | Attend to memorandum for the Committee re: 2/16/10 hearing. | Krieger, A. | 2.0 |
| 02/17/2010 | Telephone call P. Hulbert re: plan issues and potential emergence. | Krieger, A. | 0.2 |
| 02/22/2010 | Review Capstone memo to Committee re: Debtors' pension contributions. | Kruger, L. | 0.3 |
| 02/23/2010 | Attend to revisions to proposed memorandum for the Committee re: pension plan (.5); attend to memorandum re: pension plan discussions (1.0). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.1 | $ 695 | $ 4,239.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,538.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,538.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Preparation of 35th quarterly fee application. | Krieger, A. | 3.7 |
| 02/02/2010 | Attend to 34th quarterly fee application for response to Fee Auditor and office conference MM re: same. | Krieger, A. | 2.3 |
| 02/03/2010 | Review draft of Stroock's thirty-fifth quarterly fee application. | Mohamed, D. | 0.5 |
| 02/08/2010 | Exchanged memoranda with J. Baer re: local counsel's filing of CNO erroneously. | Krieger, A. | 2.1 |
| 02/11/2010 | Review and comment on 35th quarterly fee application. | Magzamen, M. | 0.8 |
| 02/16/2010 | Review and comment on 35th quarterly fee app (.5); review Jan fee app (.8). | Magzamen, M. | 1.3 |
| 02/16/2010 | Review Stroock's thirty-fifth quarterly fee application in preparation for filing (.8); prepare certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.7). | Mohamed, D. | 2.1 |
| 02/17/2010 | Exchanged memoranda with MM re January 2010 fee statement. | Krieger, A. | 0.1 |
| 02/18/2010 | Review/revise January Fee App. | Magzamen, M. | 0.5 |
| 02/19/2010 | Attend to Jan 2010 fee statement and office conference MM re same. | Krieger, A. | 1.4 |
| 02/19/2010 | Review A. Krieger comments and revise Fee App. | Magzamen, M. | 0.5 |
| 02/22/2010 | Office conference DM re January 2010 fee statement. | Krieger, A. | 0.1 |
| 02/22/2010 | Review changes made re draft of corrected monthly fee application for January 2010. | Mohamed, D. | 0.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.7 | $ 695 | $ 6,741.50 |
| Magzamen, Michael S. | 3.1 | 305 | 945.50 |
| Mohamed, David | 3.3 | 190 | 627.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,314.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,314.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/16/2010 | Telephone inquiry re: Grace and emails with LK, KP re: same (.3); office conference LK and telephone call A. Olsen re: Grace (.1). | Krieger, A. | 0.4 |
| 02/17/2010 | Respond to inquiry from investor re: claim status and plan treatment. | Krieger, A. | 0.2 |
| 02/17/2010 | T/c creditor re: status and timetable. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 616.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 616.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Others<br>699843  0020 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 02/16/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 02/18/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 02/18/2010 | Review Capstone's seventieth and seventy-first monthly fee applications in preparation for filing (1.5); prepare notices and certificates of service re: same and forward to local counsel for filing (1.1); prepare and effectuate service re: fee applications (.9). | Mohamed, D. | 3.5 |
| 02/22/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 695 | $ 556.00 |
| Mohamed, David | 3.5 | 190 | 665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,221.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,221.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Employee Benefits, Pension<br>699843  0021 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Attend to draft motion for authority to make April 2010 contribution to Grace's pension plans. | Krieger, A. | 0.1 |
| 02/02/2010 | Exchanged memoranda with J. Dolan re: Debtors' motion for authorization to make April 2010 pension contribution. | Krieger, A. | 0.2 |
| 02/11/2010 | Exchanged multiple memoranda with Capstone re defined contribution plan for new hires (.4); attend to J. Bear memorandum re status of pension plans (.1). | Krieger, A. | 0.5 |
| 02/12/2010 | Memorandum to Capstone re: further information on pension plan for new hires. | Krieger, A. | 0.2 |
| 02/17/2010 | Attend to Debtors' motion re: authority to make pension payment (.2); memorandum to J. Baer re: information on delayed defined contribution program for new hires (.3). | Krieger, A. | 0.5 |
| 02/22/2010 | Attend to Capstone memorandum for the Committee re: Debtors' motion for authority to make pension contributions (.8); preparation for 2/23/10 conference call with Debtors' representatives, other parties re: defined contribution plan for new hires and related matters (.3). | Krieger, A. | 1.1 |
| 02/23/2010 | Prepare for conference call with representatives for all parties re: proposed pension plan alternatives (.6); conference call with representatives for all parties re: pension plan alternatives (.6); follow-up conference call with Capstone re: pension plan discussions and follow-up issues (.4). | Krieger, A. | 1.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.2 | $ 695 | $ 2,919.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,919.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,919.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 104.60 |
| Local Transportation | 36.73 |
| Long Distance Telephone | 778.41 |
| Duplicating Costs-in House | 0.70 |
| Court Reporting Services | 192.60 |
| Word Processing | 30.00 |
| Travel Expenses - Transportation | 525.25 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,668.29 |
|-----------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,668.29 |
|-----------------------|-----------|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2010 | Attend to post-petition plan-related materials (.7); Attend to 1/25/10 transcript (.6). | Krieger, A. | 1.3 |
| 02/02/2010 | Review 1/25/10 transcript. | Kruger, L. | 0.5 |
| 02/02/2010 | Review transcript of closing argument re: lenders issues. | Pasquale, K. | 0.6 |
| 02/03/2010 | Attend to 1/25/10 transcript (2.9); attend to J. Baer memorandum re: insurance neutrality stipulation and attend to same (.3). | Krieger, A. | 3.2 |
| 02/03/2010 | Confer A. Krieger re DIP/LC issues. | Pasquale, K. | 0.2 |
| 02/04/2010 | Attend to 1/25/10 transcript. | Krieger, A. | 4.3 |
| 02/04/2010 | Review draft Committee response to DIP/LC motion. | Pasquale, K. | 0.2 |
| 02/05/2010 | Attend to Stipulation re: insurance neutrality (.5); attend to Stipulation with insurers re: Indirect PI Trust Claims Treatment (.1). | Krieger, A. | 0.6 |
| 02/05/2010 | Research re: exit commitments for A. Krieger. | Magzamen, M. | 0.5 |
| 02/18/2010 | Attend to recent decisions potentially applicable to Grace issues. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.0 | $ 695 | $ 6,950.00 |
| Kruger, Lewis | 0.5 | 995 | 497.50 |
| Magzamen, Michael S. | 0.5 | 305 | 152.50 |
| Pasquale, Kenneth | 1.0 | 875 | 875.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,475.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,475.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/11/2010 | Office conference LK re: 2/16/10 hearing. | Krieger, A. | 0.1 |
| 02/11/2010 | Review hearing agenda (.2); e-mails KP, AK re: hearing change (.1); o/c AK re: hearing (.1). | Kruger, L. | 0.4 |
| 02/11/2010 | Schedule attorneys' to appear telephonically at the 2/16/10 hearing. | Mohamed, D. | 0.2 |
| 02/12/2010 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 02/16/2010 | Attend to emails with J. O'Neill and recently filed stipulations in preparation for 2/16/10 Court hearing (.6); attend Court hearing (.7); follow-up office conference LK re: hearing (.1); attend to emails re: reported lender discussions (.1). | Krieger, A. | 1.5 |
| 02/16/2010 | Prepare for and attend telephonic court hearing (.6); t/c bank debt holder re: Bernick comment on negotiations (.2); review memo to Committee re: court hearing (.2). | Kruger, L. | 1.0 |
| 02/16/2010 | Prep for and participated by telephone in omnibus court hearing. | Pasquale, K. | 0.8 |
| 02/17/2010 | Office conference LK re: Court discussion regarding settlement discussions. | Krieger, A. | 0.1 |
| 02/17/2010 | O/c with AK re: settlement discussion. | Kruger, L. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 695 | $ 1,251.00 |
| Kruger, Lewis | 1.5 | 995 | 1,492.50 |
| Mohamed, David | 0.2 | 190 | 38.00 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,481.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,481.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 56,435.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,668.29 |
| TOTAL BILL | $ 58,103.79 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM