# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**FEBRUARY 1, 2010 - FEBRUARY 28, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 2.8 | $ 995 | $    2,786.00 |
| Pasquale, Kenneth | 2.2 | 875 | 1,925.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 65.2 | 695 | 45,314.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael S. | 3.7 | 305 | 1,128.50 |
| Mohamed, David | 27.8 | 190 | 5,282.00 |
| | | | |
| **Total** | **101.7** | | **$   56,435.50** |