# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**FEBRUARY 1, 2010 - FEBRUARY 28, 2010**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 104.60 |
| Local Transportation | | 36.73 |
| Long Distance Telephone | | 778.41 |
| Duplicating Costs-in House | | 0.70 |
| Court Reporting Services | | 192.60 |
| Word Processing | | 30.00 |
| Travel Expenses - Transportation | | 525.25 |
| | | |
| **TOTAL** | **$** | **1,668.29** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 23, 2010 |
|---|---|
| INVOICE NO. | 500152 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through February 28, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270190725149 on 01/29/2010 | 6.70 |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270192601537 on 01/29/2010 | 9.50 |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270193982722 on 01/29/2010 | 6.70 |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270195198424 on 01/29/2010 | 6.70 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270191757416 on 02/18/2010 | 6.67 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 6.67 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270192351423 on 02/18/2010 | |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196755632 on 02/18/2010 | 9.46 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270198389427 on 02/18/2010 | 6.67 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196472241 on 02/16/2010 | 10.00 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198267666 on 02/16/2010 | 10.00 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199328277 on 02/16/2010 | 15.53 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States Trustee, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199807651 on 02/16/2010 | 10.00 |

**Outside Messenger Service Total**                                                      **104.60**

**Local Transportation**

| 02/02/2010 | VENDOR: NYC Taxi; Invoice#: 887566; Invoice Date: 01/29/2010; Voucher #: 386833; Arlene Krieger 01/25/2010 06:10 from 10 EAST END AVE MANHATTAN NY to 343 7 AVE MANHATTAN NY | 36.73 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Local Transportation Total** | **36.73** |
| **Long Distance Telephone** | | |
| 09/06/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-090609; DATE: 9/6/2009 - Teleconference     09-03-2009 | 22.70 |
| 09/13/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-091309; DATE: 9/13/2009 - Teleconference     09-10-2009 | 15.47 |
| 02/01/2010 | EXTN.795562, TEL.3109969646, S.T.14:38, DUR.00:01:34 | 1.11 |
| 02/05/2010 | EXTN.795544, TEL.3126660431, S.T.11:20, DUR.00:20:12 | 11.68 |
| 02/05/2010 | EXTN.795544, TEL.3126660431, S.T.15:11, DUR.00:03:43 | 2.22 |
| 02/07/2010 | EXTN.795562, TEL.9734678282, S.T.13:57, DUR.00:01:30 | 1.11 |
| 02/11/2010 | EXTN.795544, TEL.3126660431, S.T.10:19, DUR.00:16:13 | 9.45 |
| 02/16/2010 | EXTN.795430, TEL.7032092914, S.T.11:18, DUR.00:01:48 | 1.11 |
| 02/16/2010 | EXTN.795562, TEL.2134306000, S.T.11:23, DUR.00:02:08 | 1.67 |
| 02/17/2010 | EXTN.795544, TEL.7047151728, S.T.10:23, DUR.00:06:22 | 3.89 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/07/10 Court Call LLC | 233.00 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/08/10 Court Call LLC | 219.00 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/12/10 Court Call LLC | 163.00 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/28/10 Court Call LLC | 93.00 |
| | **Long Distance Telephone Total** | **778.41** |
| **Duplicating Costs-in House** | | |
| 02/01/2010 | | 0.70 |
| | **Duplicating Costs-in House Total** | **0.70** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Court Reporting Services**

| 02/02/2010 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2010-00233; DATE: 2/2/2010 - federal court expedited 1/25 | 192.60 |
| | **Court Reporting Services Total** | **192.60** |

**Travel Expenses - Transportation**

| 02/01/2010 | VENDOR(EE): A. KRIEGER: 01/29/10 - 01/29/10; DATE: 02-01-2010; Taxi fare to Wilmington Amtrak Station following court hearing - 1/29/2010 | 10.00 * |
| 02/01/2010 | VENDOR(EE): A. KRIEGER: 01/29/10 - 01/29/10; DATE: 02-01-2010; Additional cost for Amtrak ticket resulting from hearing running longer - 1/29/2010 | 45.00 * |
| 02/02/2010 | VENDOR: AMEX; A. KRIEGER /ARLENE PIT LGA on 01/05/2010 | 215.00 * |
| 02/02/2010 | VENDOR: AMEX; A. KRIEGER /ARLENE NYP WIL NYP on 01/22/2010 | 223.00 * |
| 02/02/2010 | VENDOR: AMEX; A.KRIEGER /ARLENE on 01/22/2010 travle booking fee | 32.25 * |
| | **Travel Expenses - Transportation Total** | **525.25** |

**Word Processing - Logit**

| 02/02/2010 | | 30.00 |
| | **Word Processing - Logit Total** | **30.00** |

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 104.60 |
|---------------------------|----------|
| Local Transportation | 36.73 |
| Long Distance Telephone | 778.41 |
| Duplicating Costs-in House | 0.70 |
| Court Reporting Services | 192.60 |
| Word Processing | 30.00 |
| Travel Expenses - Transportation | 525.25 |

# STROOCK

PAGE: 5

| TOTAL DISBURSEMENTS/CHARGES | $ 1,668.29 |
| --- | --- |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM