# CERTIFICATE OF SERVICE

I, James S. Green, Jr., Esquire hereby certify that on March 30, 2010, a true and correct copy of the foregoing *Bank Lender Group's Reservation Of Rights And Limited Response To Plan Proponents' Updated And Amended Chart Summarizing Confirmation Requirements And Remaining Objections To The First Amended Joint Plan Of Reorganization* was caused to be served on the following service list via first class mail, hand-delivery or electronic service as indicated:

/s/ James S. Green, Jr.
James S. Green, Jr. (No. 4406)

W.R. Grace & Co., et al.
Case No. 01-01139 (JKF)

Service List

*Via hand-delivery*
(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

*Via first class mail*
(Counsel to Debtors)
Theodore L. Freedman, Esquire
Eric F. Leon, Esquire
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022

*Via hand-delivery*
David Klauder, Esquire
Office of the United States Trustee
844 N. King Street
Wilmington, DE  19801

*Via hand delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Via hand delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

*Via first class mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Via first class mail*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Via hand delivery*
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19801

*Via hand-delivery*
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

*Via first class mail*
(Counsel to Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 W. Madison St., Suite 2100
Chicago, IL  60602

*Via first class mail*
(Counsel to Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*Via hand-delivery*
(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips, Jr, Esquire.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*Via first class mail*
(Counsel to Debtors)
David M. Bernick, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

*Via first class mail*
(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C.  20005

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY  10152

*Via first class mail*
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020

*Via first class mail*
(Counsel to Asbestos PD Future Claimants' Representative)
Alan B. Rich, Esquire
Attorney and Counselor
Elm Place
1401 Elm Street, Suite 4620
Dallas, TX  75201

## W.R. Grace
## Email Service List

acordo@mnat.com
acraig@cuyler.com
akelley@dilworthlaw.com
akrieger@stroock.com
akushner@stblaw.com
alexander.mueller@mendes.com
allenschwartz@omm.com
anna.newsom@mendes.com
arich@alanrichlaw.com
arunning@kirkland.com
belias@omm.com
bharding@kirkland.com
bklayman@cozen.com
bmukherjee@goodwinprocter.com
bsb@capdale.com
bstansbury@kirkland.com
candon@cwg11.com
carignanj@pepperlaw.com
carl.pernicone@wilsonelser.com
carolina.acevedo@mendes.com
casarinom@whiteandwilliams.com
caseyl@pepperlaw.com
catherine.chen@wilsonelser.com
christopher.greco@kirkland.com
collins@rlf.com
cohn@cwg11.com
cprince@sonnenschein.com
craig.bruens@kirkland.com
david.klauder@usdoj.gov
david.primack@dbr.com
david.turetsky@skadden.com
dblabey@kramerlevin.com
dfelder@orrick.com
dglosband@goodwinprocter.com
dmannal@kramerlevin.com
dpastor@gilmanpastor.com
drosenbloom@mwe.com
drosendorf@kttlaw.com
dscarcella@kirkland.com
dsilver@mccarter.com
dspeights@speightsrunyan.com
ei@capdale.com
ealcabes@stblaw.com
eileen.mccabe@mendes.com
elongosz@eckertseamans.com
emdecristofaro@fmew.com

erosenthal@rmgglaw.com
ewestbrook@rpwb.com
ewolfe@skfdelaware.com
fmonaco@wcsr.com
fournierd@pepperlaw.com
frosner@mrs-law.com
gcalhoun@steptoe.com
ghorowitz@kramerlevin.com
gibbonsj@whiteandwilliams.com
gmcdaniel@bglawde.com
gsvirsky@omm.com
heather.bloom@kirkland.com
hertzbergr@pepperlaw.com
hriedel@srbp.com
ilevee@lowenstein.com
irosenberg@cozen.com
jal@capdale.com
james.freeman2@usdoj.gov
jbaer@jsbpc.com
jcarroll@cozen.com
jcohn@cozen.com
jcp@pgslaw.com
jcutler@orrick.com
jdd@stevenslee.com
jeff.friedman@kattenlaw.com
jeffrey.boerger@dbr.com
jguy@orrick.com
jk@kttlaw.com
jmeltzer@sbtklaw.com
john.mcfarland@grace.com
JOneill@pszjlaw.com
jpruggeri@hhlaw.com
jpw@capdale.com
jsakalo@bilzin.com
jsottile@zuckerman.com
jspadaro@johnsheehanspadaro.com
jwisler@cblh.com
kandestin@rlf.com
karen.f.lee@kirkland.com
kbornstein@sbtklaw.com
klove@kirkland.com
kmakowski@pszjlaw.com
kmangan@wcsr.com
kmayer@mccarter.com
kmiller@skfdelaware.com
kooshan.nayerahmadi@dbr.com

korr@orrick.com
kpasquale@stroock.com
landis@lrclaw.com
ldavis@crowell.com
lepley@crowell.com
lkruger@stroock.com
loberholzer@pszjlaw.com
locasaleg@whiteandwilliams.com
lpg@stevenslee.com
lstover@eckertseamans.com
madigan.andrea@epa.gov
madron@rlf.com
mark.shelnitz@grace.com
maward@wcsr.com
mdavis@zeklaw.com
meltzere@pepperlaw.com
merritt.pardini@kattenlaw.com
mes@stevenslee.com
meskin@camlev.com
metkin@lowenstein.com
mgiannotto@goodwinprocter.com
mhurford@camlev.com
michael.brown@dbr.com
mjoseph@ferryjoseph.com
mkramer@bilzin.com
mlastowski@duanemorris.com
mphillips@cblh.com
mplevin@crowell.com
mshiner@tuckerlaw.com
mumford@lrclaw.com
mwallace@orrick.com
mweis@dilworthlaw.com
nancy.manzer@wilmer.com
ndf@capdale.com
noah.heller@kattenlaw.com
pbentley@kramerlevin.com
pcuniff@pszjlaw.com
pkoepff@omm.com
pmahaley@orrick.com
ppantaleo@stblaw.com
pvnl@capdale.com
ramos@rlf.com
RDehney@MNAT.com
Reynolds@rlf.com
rfrankel@orrick.com
rguttmann@zeklaw.com

rhorkovich@andersonkill.com
richard.finke@grace.com
rifft@wileyrein.com
rjsidman@vorys.com
rmillner@sonnenschein.com
rwriley@duanemorris.com
rwyron@orrick.com
sbaena@bilzin.com
sfreedman@dilworthlaw.com
speirce@fulbright.com
stearn@rlf.com
swspencer@fmew.com
tcairns@pszjlaw.com
tcurrier@saul.com
tgerber@fulbright.com
theodore.freedman@kirkland.com
thomas.quinn@mendes.com
tmacauley@zuckerman.com
tmessana@mws-law.com
toolee@pepperlaw.com
travis.langenkamp@kirkland.com
tschiavoni@omm.com
tscobb@vorys.com
ttacconelli@ferryjoseph.com
ustpregion03.wl.ecf@usdoj.gov
vguldi@zuckerman.com
warren.pratt@dbr.com
wbs@capdale.com
wrussell@stblaw.com
wshelley@cozen.com
yoderj@whiteandwilliams.com
young@wildman.com
gcellarosi@eckertseamans.com