IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 through 01-1200 |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al., | ) | Adv. No. 02-2210<br>**[LEAD DOCKET]** |
| Plaintiffs, | ) | |
| -against- | ) | |
| SEALED AIR CORPORATION and CRYOVAC, INC., | ) | |
| Defendants. | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al., | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| -against- | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC., | ) | |
| | ) | **Affects Docket No. 02-2210** |
| Defendants. | ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 24417**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Interim Application for Payment of Holdbacks of

W. D. Hilton, Jr. (the "Applicant") for Services Rendered as Consultant to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2002 through August 31, 2002 (the "Application"). The undersigned further certifies that she caused the review of the Court's docket in this case which reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 29, 2010.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: March 30, 2010                          FERRY, JOSEPH & PEARCE, P.A.

                                               /s/ Lisa L. Coggins
                                               Michael B. Joseph (No. 392)
                                               Theodore J. Tacconelli (No. 2678)
                                               Lisa L. Coggins (No. 4234)
                                               824 Market Street, Suite 1000
                                               P.O. Box 1351
                                               Wilmington, DE. 19899
                                               (302) 575-1555
                                               Local Counsel to the Official Committee of
                                               Asbestos Property Damage Claimants

                                               -and-

                                               Bilzin Sumberg Baena Price & Axelrod LLP
                                               Scott L. Baena, Esquire
                                               Jay M. Sakalo, Esquire
                                               2500 Wachovia Financial Center
                                               200 South Biscayne Boulevard
                                               Miami, FL 33131-2336
                                               (305) 374-7580
                                               Counsel to the Official Committee of
                                               Asbestos Property Damage Claimants