Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2010 through February 28, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Feb-10 | BR | Preparation of memo to counsel to the ACC re debtor's proposed motion to extend maturity of revolver to JV. | 0.30 | $ 595.00 | $ 178.50 |
| 12-Feb-10 | BR | Telephone with J Sinclair re Grace's defined contribution pension plan that was not implemented on 1/1/10, as previously anticipated. | 0.30 | $ 595.00 | $ 178.50 |
| 16-Feb-10 | BR | Review of Grace weekly update reports for past two weeks. | 0.30 | $ 595.00 | $ 178.50 |
| 22-Feb-10 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| 22-Feb-10 | BR | Review of historical Grace pension-related documents in preparation for conference call to discuss adoption of direct contribution plan. | 2.10 | $ 595.00 | $ 1,249.50 |
| 23-Feb-10 | BR | Conference call with financial advisors and management to discuss direct contribution pension plan. | 0.50 | $ 595.00 | $ 297.50 |
| 24-Feb-10 | BR | Review of Grace motion to fund April 2010 contribution to defined benefit pension plan and related documents. | 1.90 | $ 595.00 | $ 1,130.50 |
| 24-Feb-10 | BR | Review of Grace 2010 Operating Plan and Capital Budget in preparation for conference call with company management and financial advisors. | 1.20 | $ 595.00 | $ 714.00 |
| 24-Feb-10 | BR | Review of other Grace-related documents and financials in preparation for conference call with company management and financial advisors. | 2.00 | $ 595.00 | $ 1,190.00 |
| 25-Feb-10 | BR | Conference call with financial advisors and management to discuss 2010 budget presentation. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total Bradley Rapp | 9.70 | | $ 5,771.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-Feb-10 | JS | Review Grace Motion to Amend ART Credit Agreement, B. Rapp's memorandum to ACC counsel, for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| 02-Feb-10 | JS | Call with FCR financial adviser (J Radecki) regarding Grace pension plans for purposes of advising ACC counsel. | 0.20 | $ 595.00 | $ 119.00 |
| 03-Feb-10 | JS | Call with ACC counsel (M Hurford) regarding Grace pension plans for purposes of advising ACC counsel. | 0.30 | $ 595.00 | $ 178.50 |
| 03-Feb-10 | JS | Review price and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 04-Feb-10 | JS | Write memorandum with exhibits to ACC counsel regarding the status of Grace pension plans for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 12-Feb-10 | JS | Review historical information including Motions, Watson Wyatt report, memoranda and emails regarding defined benefit pension plans, motions, costs, alternative structures to pension plans for purposes of advising ACC counsel and ACC. | 2.80 | $ 595.00 | $ 1,666.00 |
| 12-Feb-10 | JS | Further review of historical information regarding pension plans, alternatives, costs, communiqués, for purposes of advising ACC counsel and ACC. | 0.90 | $ 595.00 | $ 535.50 |
| 15-Feb-10 | JS | Review of Plan documents including Senior Notes and memorandum of B. Rapp for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| 15-Feb-10 | JS | Write memorandum to ACC counsel, FCR counsel, FCR financial adviser, regarding defined benefit and defined contribution pension plans for purposes of advising same. | 2.40 | $ 595.00 | $ 1,428.00 |
| 16-Feb-10 | JS | Review Certification of Counsel (COC re LOC) regarding revisions to Letter of Credit Facility and Hedging Arrangements and Termination of DIP facilities and attendant exhibits for purposes of advising ACC counsel. | 2.90 | $ 595.00 | $ 1,725.50 |
| 16-Feb-10 | JS | Review of Motion to make Minimum Contribution to Defined Benefit Plans due April 15, 2010 (DB 4/15/10 Motion) for purposes of advising ACC counsel. | 1.00 | $ 595.00 | $ 595.00 |
| 16-Feb-10 | JS | Further review of COC re LOC and attendant exhibits for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 16-Feb-10 | JS | Review 2009 earning report for monitoring and for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 16-Feb-10 | JS | Review price and valuation information, write memo to ACC counsel regarding 2009 earnings for purposes of advising same. | 0.90 | $ 595.00 | $ 535.50 |
| 17-Feb-10 | JS | Review 2010 Operating Plan in preparation for conference call on 2/25/10 with Grace and Blackstone for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 22-Feb-10 | JS | Various communiqués with ACC counsel and Blackstone in preparation for conference call regarding pension plans on 2/23/10. | 0.30 | $ 595.00 | $ 178.50 |
| 22-Feb-10 | JS | Call with J Radecki, FCR financial adviser, regarding conference call on 2/23/10 concerning pension plans. | 0.20 | $ 595.00 | $ 119.00 |
| 22-Feb-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 23-Feb-10 | JS | Conference call with Grace and Blackstone regarding undertaking by Company of a study of comparative costs of alternative pension plans. | 0.30 | $ 595.00 | $ 178.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2010 through February 28, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 24-Feb-10 | JS | Further review of 2009 financial report and 2010 Operating Plan, draft questions in preparation for conference call with Grace and Blackstone on 2/25/10 to review 2010 Plan. | 2.60 | $ 595.00 | $ 1,547.00 |
| 25-Feb-10 | JS | Conference call with Grace and Blackstone to review 2009 results and 2010 Plan. | 0.90 | $ 595.00 | $ 535.50 |
| | | Total James Sinclair | 24.50 | | $14,577.50 |

Robert Lindsay - Managing Director

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 24-Feb-10 | RL | Updated and forwarded December 2009 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |

Peter Cramp - Senior Analyst

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 01-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 04-Feb-10 | PC | Review Fourth Quarter Earnings Release for due diligence and monitoring. | 1.40 | $ 275.00 | $ 385.00 |
| 05-Feb-10 | PC | Review analysts' equity research reports for due diligence and monitoring. | 2.10 | $ 275.00 | $ 577.50 |
| 08-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.40 | $ 275.00 | $ 660.00 |
| 12-Feb-10 | PC | Prepare schedule reflecting pension funding status at request of J. Sinclair. | 1.40 | $ 275.00 | $ 385.00 |
| 16-Feb-10 | PC | Complete pension schedule. | 0.80 | $ 275.00 | $ 220.00 |
| 16-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 275.00 | $ 577.50 |
| 18-Feb-10 | PC | Review defined benefit materials for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 22-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 24-Feb-10 | PC | Review and revise January Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 25-Feb-10 | PC | Review 2010 Grace Operating Plan in preparation for conference call. | 1.20 | $ 275.00 | $ 330.00 |
| 25-Feb-10 | PC | Conference call with Blackstone and financial advisors to discuss 2010 Operating Plan. | 0.90 | $ 275.00 | $ 247.50 |
| | | Total Peter Cramp | 16.50 | | $ 4,537.50 |

Gibbons Sinclair - Analyst

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 24-Feb-10 | GS | Draft January WR Grace invoice, proof and e-mail to R Lindsay. | 1.60 | $ 275.00 | $ 440.00 |
| 25-Feb-10 | GS | Conference call with Grace regarding 2010 Operating Plan and capital budget, draft Memorandum for J Sinclair. | 0.90 | $ 275.00 | $ 247.50 |
| | | Total Gibbons Sinclair | 2.50 | | $ 687.50 |
| | | **TOTAL** | 53.40 | | $25,684.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2010 through February 28, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Employee Benefits/Pensions | | | | | |
| 02-Feb-10 | JS | Call with FCR financial adviser (J Radecki) regarding Grace pension plans for purposes of advising ACC counsel. | 0.20 | $ 595.00 | $ 119.00 |
| 03-Feb-10 | JS | Call with ACC counsel (M Hurford) regarding Grace pension plans for purposes of advising ACC counsel. | 0.30 | $ 595.00 | $ 178.50 |
| 04-Feb-10 | JS | Write memorandum with exhibits to ACC counsel regarding the status of Grace pension plans for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 12-Feb-10 | JS | Review historical information including Motions, Watson Wyatt report, memoranda and emails regarding defined benefit pension plans, motions, costs, alternative structures to pension plans for purposes of advising ACC counsel and ACC. | 2.80 | $ 595.00 | $ 1,666.00 |
| 12-Feb-10 | JS | Further review of historical information regarding pension plans, alternatives, costs, communiqués, for purposes of advising ACC counsel and ACC. | 0.90 | $ 595.00 | $ 535.50 |
| 12-Feb-10 | BR | Telephone with J Sinclair re Grace's defined contribution pension plan that was not implemented on 1/1/10, as previously anticipated. | 0.30 | $ 595.00 | $ 178.50 |
| 12-Feb-10 | PC | Prepare schedule reflecting pension funding status at request of J. Sinclair. | 1.40 | $ 275.00 | $ 385.00 |
| 15-Feb-10 | JS | Write memorandum to ACC counsel, FCR counsel, FCR financial adviser, regarding defined benefit and defined contribution pension plans for purposes of advising same. | 2.40 | $ 595.00 | $ 1,428.00 |
| 16-Feb-10 | JS | Review of Motion to make Minimum Contribution to Defined Benefit Plans due April 15, 2010 (DB 4/15/10 Motion) for purposes of advising ACC counsel. | 1.00 | $ 595.00 | $ 595.00 |
| 16-Feb-10 | PC | Complete pension schedule. | 0.80 | $ 275.00 | $ 220.00 |
| 18-Feb-10 | PC | Review defined benefit materials for due diligence. | 1.10 | $ 275.00 | $ 302.50 |
| 22-Feb-10 | JS | Various communiqués with ACC counsel and Blackstone in preparation for conference call regarding pension plans on 2/23/10. | 0.30 | $ 595.00 | $ 178.50 |
| 22-Feb-10 | JS | Call with J Radecki, FCR financial adviser, regarding conference call on 2/23/10 concerning pension plans. | 0.20 | $ 595.00 | $ 119.00 |
| 22-Feb-10 | BR | Review of historical Grace pension-related documents in preparation for conference call to discuss adoption of direct contribution plan. | 2.10 | $ 595.00 | $ 1,249.50 |
| 23-Feb-10 | JS | Conference call with Grace and Blackstone regarding undertaking by Company of a study of comparative costs of alternative pension plans. | 0.30 | $ 595.00 | $ 178.50 |
| 23-Feb-10 | BR | Conference call with financial advisors and management to discuss direct contribution pension plan. | 0.50 | $ 595.00 | $ 297.50 |
| 24-Feb-10 | BR | Review of Grace motion to fund April 2010 contribution to defined benefit pension plan and related documents. | 1.90 | $ 595.00 | $ 1,130.50 |
| | | Total Employee Benefits/Pensions | 17.70 | | $ 9,475.50 |
| Fee Applications (Applicant) | | | | | |
| 24-Feb-10 | RL | Updated and forwarded December 2009 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| 24-Feb-10 | PC | Review and revise January Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 24-Feb-10 | GS | Draft January WR Grace invoice, proof and e-mail to R Lindsay. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Fee Applications (Applicant) | 2.20 | | $ 660.00 |
| Financing | | | | | |
| 15-Feb-10 | JS | Review of Plan documents including Senior Notes and memorandum of B. Rapp for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| 16-Feb-10 | JS | Review Certification of Counsel (COC re LOC) regarding revisions to Letter of Credit Facility and Hedging Arrangements and Termination of DIP facilities and attendant exhibits for purposes of advising ACC counsel. | 2.90 | $ 595.00 | $ 1,725.50 |
| 16-Feb-10 | JS | Further review of COC re LOC and attendant exhibits for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| | | Total Financing | 5.00 | | $ 2,975.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2010 through February 28, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Valuation | | | | | |
| 01-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 02-Feb-10 | JS | Review Grace Motion to Amend ART Credit Agreement, B. Rapp's memorandum to ACC counsel, for purposes of advising ACC counsel. | 0.90 | $ 595.00 | $ 535.50 |
| 02-Feb-10 | BR | Preparation of memo to counsel to the ACC re debtor's proposed motion to extend maturity of revolver to JV. | 0.30 | $ 595.00 | $ 178.50 |
| 03-Feb-10 | JS | Review price and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 04-Feb-10 | PC | Review Fourth Quarter Earnings Release for due diligence and monitoring. | 1.40 | $ 275.00 | $ 385.00 |
| 05-Feb-10 | PC | Review analysts' equity research reports for due diligence and monitoring. | 2.10 | $ 275.00 | $ 577.50 |
| 08-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.40 | $ 275.00 | $ 660.00 |
| 16-Feb-10 | JS | Review 2009 earning report for monitoring and for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 16-Feb-10 | JS | Review price and valuation information, write memo to ACC counsel regarding 2009 earnings for purposes of advising same. | 0.90 | $ 595.00 | $ 535.50 |
| 16-Feb-10 | BR | Review of Grace weekly update reports for past two weeks. | 0.30 | $ 595.00 | $ 178.50 |
| 16-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 275.00 | $ 577.50 |
| 17-Feb-10 | JS | Review 2010 Operating Plan in preparation for conference call on 2/25/10 with Grace and Blackstone for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 22-Feb-10 | JS | Review pricing and valuation information for purposes of advising Acc counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 22-Feb-10 | BR | Review of Grace weekly update report. | 0.20 | $ 595.00 | $ 119.00 |
| 22-Feb-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 24-Feb-10 | JS | Further review of 2009 financial report and 2010 Operating Plan, draft questions in preparation for conference call with Grace and Blackstone on 2/25/10 to review 2010 Plan. | 2.60 | $ 595.00 | $ 1,547.00 |
| 24-Feb-10 | BR | Review of Grace 2010 Operating Plan and Capital Budget in preparation for conference call with company management and financial advisors. | 1.20 | $ 595.00 | $ 714.00 |
| 24-Feb-10 | BR | Review of other Grace-related documents and financials in preparation for conference call with company management and financial advisors. | 2.00 | $ 595.00 | $ 1,190.00 |
| 25-Feb-10 | JS | Conference call with Grace and Blackstone to review 2009 results and 2010 Plan. | 0.90 | $ 595.00 | $ 535.50 |
| 25-Feb-10 | BR | Conference call with financial advisors and management to discuss 2010 budget presentation. | 0.90 | $ 595.00 | $ 535.50 |
| 25-Feb-10 | PC | Review 2010 Grace Operating Plan in preparation for conference call. | 1.20 | $ 275.00 | $ 330.00 |
| 25-Feb-10 | PC | Conference call with Blackstone and financial advisors to discuss 2010 Operating Plan. | 0.90 | $ 275.00 | $ 247.50 |
| 25-Feb-10 | GS | Conference call with Grace regarding 2010 Operating Plan and capital budget, draft Memorandum for J Sinclair. | 0.90 | $ 275.00 | $ 247.50 |
| | | Total Valuation | 28.50 | | $ 12,573.50 |
| | | **TOTAL** | 53.40 | | $ 25,684.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2010 through February 28, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 9.70 | $ 595.00 | $ 5,771.50 |
| James Sinclair - Senior Managing Director | 24.50 | $ 595.00 | $ 14,577.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 16.50 | $ 275.00 | $ 4,537.50 |
| Gibbons Sinclair - Senior Analyst | 2.50 | $ 275.00 | $ 687.50 |
| Total Professional Hours and Fees | 53.40 | | $ 25,684.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - February 1, 2010 through February 28, 2010

| Date | Description of Item | Amount |
|------|---------------------|--------|
| -    | No Expenses During this Period. | $0.00 |
|      | Total Expenses February 1, 2010 through February 28, 2010 | $0.00 |