## EXHIBIT A

### Case Administration (7.20 Hours; $ 2,283.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $860 | 516.00 |
| Rita C. Tobin | .60 | $545 | 327.00 |
| Erroll G. Butts | 6.00 | $240 | 1,440.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/10 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |
| 02/01/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 02/03/10 | EGB | 240.00 | 2.00 | Review and assist with Article collection for NDF |
| 02/07/10 | EGB | 240.00 | 4.00 | Review and assist with Article collection for NDF; review Excel spreadsheet.  Manually fix errors in chart; consult with Vendor regarding chart. |
| 02/08/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets (0.2) |
| 02/10/10 | PVL | 860.00 | 0.10 | Review agenda. |
| 02/16/10 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 02/17/10 | PVL | 860.00 | 0.10 | Review 15 miscellaneous filings. |
| 02/19/10 | PVL | 860.00 | 0.10 | Review Hurford draft memo and reply. |
| 02/22/10 | PVL | 860.00 | 0.10 | Review 11 misc. filings. |
| 02/26/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |

**Total Task Code .04**      **7.20**

### Employee Benefits/Pension (2.10 Hours; $ 1,806.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | 2.10 | | $860 | 1,806.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/10 | PVL | 860.00 | 0.30 | Teleconference Sinclair. |
| 02/03/10 | PVL | 860.00 | 0.60 | Teleconference Lyons. |
| 02/04/10 | PVL | 860.00 | 0.20 | Teleconference EI (.1); review Sinclair memo and orders re pension plan (.1). |
| 02/11/10 | PVL | 860.00 | 0.40 | Review Freedman email and reply (.2); teleconference Freedman (.2). |
| 02/17/10 | PVL | 860.00 | 0.60 | Review motion re pension contribution (.1); teleconference Sinclair re same(.5). |

**Total Task Code .08        2.10**


## Fee Applications, Applicant (2.20 Hours; $ 864.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 1.20 | | $545 | 654.00 |
| Shirley D. Chisolm | | 1.00 | | $210 | 210.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/10 | RCT | 545.00 | 0.50 | Review expense issues (0.5) |
| 02/11/10 | RCT | 545.00 | 0.50 | Review prebills (0.5) |
| 02/16/10 | SDC | 210.00 | 1.00 | Preparation of fee and expense report for fee application exhibit |
| 02/22/10 | RCT | 545.00 | 0.20 | Emails asbestos group re expense issue (0.2) |

**Total Task Code .12        2.20**

**Litigation and Litigation Consulting (11.40 Hours; $ 8,540.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 7.40 | $950 | 7,030.00 |
| James P. Wehner | .80 | $510 | 408.00 |
| Kevin C. Maclay | 1.10 | $510 | 561.00 |
| Andrew J.Sackett | 1.10 | $310 | 341.00 |
| Marissa A. Fanone | 1.00 | $200 | 200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/10 | JPW | 510.00 | 0.30 | E-mails re post-trial issues |
| 02/03/10 | KCM | 510.00 | 0.20 | Review/analyze correspondence and transcript re insurance neutrality issue |
| 02/04/10 | EI | 950.00 | 0.50 | Pension plan issues with PVNL. |
| 02/05/10 | EI | 950.00 | 0.30 | Memos Frankel, et al. re: Libby status. |
| 02/07/10 | EI | 950.00 | 0.20 | Libby scheduling. |
| 02/08/10 | EI | 950.00 | 0.70 | Conf. call Frankel, et al. and PVNL re: Libby issues. |
| 02/09/10 | EI | 950.00 | 1.40 | Reviewing Libby analysis (.7); t/c PVNL re: same (.7). |
| 02/10/10 | EI | 950.00 | 1.50 | Libby memo. |
| 02/11/10 | EI | 950.00 | 0.70 | T/c PVNL re: Libby status (.5); review DC plan issues (.2). |
| 02/11/10 | KCM | 510.00 | 0.10 | Review/analyze correspondence |
| 02/12/10 | EI | 950.00 | 0.20 | Frankel memo re: Libby and set up conf. call re: same. |
| 02/12/10 | JPW | 510.00 | 0.50 | Review agenda; e-mails re hearing |
| 02/15/10 | KCM | 510.00 | 0.30 | Review/analyze correspondence and stipulation |
| 02/16/10 | EI | 950.00 | 0.80 | T/c Frankel/Wyron/PVNL re: Libby (.6); prep for trip (.2). |
| 02/17/10 | EI | 950.00 | 0.30 | T/cs ACM/AJS re: Libby termsheet. |

| 02/17/10 | AJS | 310.00 | 0.80 | Review of e-mail from EI regarding settlement agreement (0.1); phone calls with ACM regarding same (0.2); review of changed language in settlement agreement (0.5). |
| 02/17/10 | MAF | 200.00 | 1.00 | Organize Phase I and II trial exhibits and trial boxes. |
| 02/19/10 | KCM | 510.00 | 0.50 | Review/analyze hearing memo and communicate with local counsel re case status |
| 02/22/10 | EI | 950.00 | 0.10 | Weekly memo. |
| 02/24/10 | AJS | 310.00 | 0.30 | Review of e-mails from ACM and PVNL regarding TDP changes. |
| 02/26/10 | EI | 950.00 | 0.70 | Libby matters: t/c ACM re: status (.2); memos with Wyron (.5). |

**Total Task Code.16     11.40**

## Plan & Disclosure Statement (34.20 Hours; $ 26,506.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 24.10 | $860 | 20,726.00 |
| Ann c. McMillan | 7.40 | $595 | 4,403.00 |
| Jeffrey A. Liesemer | 2.70 | $510 | 1,377.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/10 | PVL | 860.00 | 0.10 | Review draft motion re section 502(e) stip. |
| 02/02/10 | PVL | 860.00 | 0.50 | Review revised stip re Sealed Air ICNA claims and reply (.1); review email and reply (.2); confer Rich (.2). |
| 02/03/10 | PVL | 860.00 | 0.20 | Review email and reply. |
| 02/04/10 | PVL | 860.00 | 1.00 | Review revised 502(e) stip and reply (.1); review revised One Beacon and CNA stips re Sealed Air and email comments (.3); review email and reply (.1); research re Libby objs (.5). |
| 02/05/10 | PVL | 860.00 | 1.30 | Review email and reply (.5); teleconference Freedman (.6); email Freedman (.2). |

| 02/05/10 | JAL | 510.00 | 0.30 | Review and analysis of materials at NDFs request re: confirmation matters. |
|----------|-----|--------|------|------|
| 02/08/10 | PVL | 860.00 | 0.80 | Teleconference Frankel, Mehaley, Felder and EI. |
| 02/08/10 | JAL | 510.00 | 0.20 | Review of stipulation relating to plan amendments. |
| 02/09/10 | PVL | 860.00 | 0.90 | Teleconference Freedman (.1); review email (.2); teleconference EI (.6). |
| 02/10/10 | PVL | 860.00 | 1.00 | Review revised draft of One Beacon stip and email Frankel et al re same (.8); review email and reply (.2). |
| 02/10/10 | ACM | 595.00 | 0.30 | Exchange e-mails with NDF, M. Eskin re Grace Boca documents. |
| 02/10/10 | JAL | 510.00 | 2.00 | Review and analysis of materials for NDF re: confirmation matters. |
| 02/11/10 | PVL | 860.00 | 1.30 | Review email and reply (.3); review revised Kaneb stip and email Baer (.2); review EI memo (.3); teleconference EI (.5). |
| 02/11/10 | ACM | 595.00 | 0.20 | Exchange e-mails with NDF, M. Eskin re Grace Boca documents. |
| 02/12/10 | PVL | 860.00 | 0.60 | Review email and reply. |
| 02/13/10 | PVL | 860.00 | 0.50 | Review revised BNSF/Insurer TS and Glosband memo re same. |
| 02/14/10 | PVL | 860.00 | 0.30 | Review email (.1); review revised One Beacon stip and email comments (.2). |
| 02/15/10 | PVL | 860.00 | 0.70 | Review email and reply (.6); review revised One Beacon stip and reply (.1). |
| 02/16/10 | PVL | 860.00 | 2.90 | Review email and reply (.4); participate in telephonic hearing (.7); teleconference Frankel, Wyron and EI (.6); teleconference Freedman (.2); review materials re Seaton claim (.1); teleconference Wyron (.9). |
| 02/17/10 | PVL | 860.00 | 1.10 | Teleconference Freedman, Baer, Frankel and Wyron (.6); review email and reply (.2); teleconference Wyron (.3). |

| 02/17/10 | ACM | 595.00 | 0.90 | Review proposed revisions to Libby Settlement Agreement and TDP (.5); teleconferences EI re same (.2); teleconference AJS re same (.2). |
|---|---|---|---|---|
| 02/18/10 | PVL | 860.00 | 2.40 | Review email and reply (.1); review drafts of order re Seaton claim (.1); review Monaco ltr. (.2); review Wyron memo (.2); teleconference Glosband and Wyron (1.1); teleconference Wyron (.2); teleconference EI (.1); review draft CNA /Sealed Air stip and email comments (.4). |
| 02/18/10 | ACM | 595.00 | 1.40 | Teleconference R. Wyron re Libby issues (.2); revise TDP and Settlement Agreement re Libby (1.2). |
| 02/19/10 | PVL | 860.00 | 1.70 | Review email and reply (.1); teleconference Wyron (.5); teleconference Glosband and Wyron (1.1). |
| 02/19/10 | JAL | 510.00 | 0.20 | Reviewed memo from M. Hurford re: omnibus hearing. |
| 02/20/10 | PVL | 860.00 | 0.10 | Review Wyron email. |
| 02/22/10 | PVL | 860.00 | 1.00 | Review email and reply (.5); review draft Longacre stip (.1); review Glosband outline and Wyron mark-up and email Wyron (.4). |
| 02/23/10 | PVL | 860.00 | 3.70 | Review e-mail and reply (.4); review draft Morgan Stanley stip (.1); review draft CNA stip and e-mail comments (.2); confer Frankel, Wyron, Mehaley and Felder (3.0). |
| 02/23/10 | ACM | 595.00 | 0.80 | Teleconference NDF, J. Hughes, M. Eskin, T. Florence re storage of Grace documents. |
| 02/24/10 | PVL | 860.00 | 0.60 | Review e-mail and reply (.3); review draft Nat'l Union stip (.1); review revised draft Libby agmt and TDP (.2). |
| 02/24/10 | ACM | 595.00 | 1.80 | Revise TDP and Libby Settlement Agreement. |
| 02/25/10 | PVL | 860.00 | 0.70 | Review e-mail and reply (.4); review revised Libby agmt and e-mail comments (.2); review revised Longacre stip (.1). |
| 02/25/10 | ACM | 595.00 | 1.20 | Review R. Wyron proposed changes to Libby Settlement Agreement (.5); revise TDP (.7). |

| 02/26/10 | PVL | 860.00 | 0.70 | Review e-mail and reply (.2); review draft motion re Longacre stip and e-mail comments (.4); review COC and order re Canada appeal (.1). |
| 02/26/10 | ACM | 595.00 | 0.80 | Exchange e-mails with R. Wyron re TDP (.2); teleconference EI re TDP and Libby Settlement Agreement (.2); revise TDP (.3); exchange e-mails with R. Frankel re Libby negotiations (.1). |

**Total Task Code .17**     **34.20**

**Travel Non Working (.20 Hours; $ 86.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $430 | 86.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/23/10 | PVL | 430.00 | 0.20 | Travel to/from Orrick office. |

**Total Task Code.21**     **.20**

**Fee Auditor Matters (5.90 Hours; $ 3,215.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.90 | $545 | 3,215.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/10 | RCT | 545.00 | 1.20 | Address fee auditor issues (1.2) |
| 02/08/10 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 02/09/10 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 02/23/10 | RCT | 545.00 | 1.20 | Address fee auditor issues (1.2) |
| 02/24/10 | RCT | 545.00 | 1.50 | Address fee auditor/fee issues (1.5) |

**Total Task Code.32**     **5.90**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 300.00 |
| Air Freight & Express Mail | 12.42 |
| Conference Meals | 58.25 |
| Court Reporting/Transcript Service | 26.00 |
| Local Transportation - DC | 20.00 |
| Long Distance-Equitrac In-House | 6.07 |
| Meals Related to Travel | 73.22 |
| Miscellaneous: Client Advances | 125.99 |
| Travel Expenses - Ground Transportation | 120.84 |
| Travel Expenses - Hotel Charges | 3,026.63 |
| Xeroxing | 26.50 |

**Total:**    **$ 3,795.92**