**EXHIBIT B**

**Case Administration (7.20 Hours; $ 2,283.00)**

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**       7.20

**Employee Benefits/Pension (2.10 Hours; $ 1,806.00)**

       Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**       2.10

**Fee Applications, Applicant (2.20 Hours; $ 864.00)**

       Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**       2.20

**Litigation and Litigation Consulting (11.40 Hours; $ 8,540.00)**

       Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**       11.40

**Plan & Disclosure Statement (34.20 Hours; $ 26,506.00)**

       Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**       34.20

**Travel Non Working (.20 Hours; $ 86.00)**

{D0173106.1 }
DOC#151898

- 2 -

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        .20**

**Fee Auditor Matters (5.90 Hours; $ 3,215.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        5.90**