## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 300.00 |
| Air Freight & Express Mail | 12.42 |
| Conference Meals | 58.25 |
| Court Reporting/Transcript Service | 26.00 |
| Local Transportation - DC | 20.00 |
| Long Distance-Equitrac In-House | 6.07 |
| Meals Related to Travel | 73.22 |
| Miscellaneous: Client Advances | 125.99 |
| Travel Expenses - Ground Transportation | 120.84 |
| Travel Expenses - Hotel Charges | 3,026.63 |
| Xeroxing | 26.50 |
| **Total:** | **$ 3,795.92** |

{D0173107.1 }