| | | | | |
|---|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter       000** | **Disbursements** | | | 3/17/2010 |
| | | | | Print Date/Time: 03/17/2010  2:43:00PM |
| Attn: | | | | |
| | | | | Invoice # |

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 2/28/2010

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 2/26/2010 | 13,655 |

$4,759.14
Client Retainers Available          Committed to Invoices:          $0.00          Remaining:          $4,759.14

$3,871,159.75
Total Expenses Billed To Date          Billing Empl:          0120     Elihu   Inselbuch
                                       Responsible Empl:      0120     Elihu   Inselbuch
                                       Alternate Empl:        0120     Elihu   Inselbuch
                                       Originating Empl:      0120     Elihu   Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount |
| Empl | Initials | Name | | | | |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 12.42 | 0.00 | 12.42 |
| 0187 | NDF | Nathan D Finch | 0.00 | 396.25 | 0.00 | 396.25 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 4.60 | 0.00 | 4.60 |
| 0227 | RH | Roxana  Healy | 0.00 | 1.70 | 0.00 | 1.70 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 5.90 | 0.00 | 5.90 |
| 0334 | JPW | James P Wehner | 0.00 | 3.20 | 0.00 | 3.20 |
| 0337 | EGB | Erroll G Butts | 0.00 | 2,256.87 | 0.00 | 2,256.87 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 20.00 | 0.00 | 20.00 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 1,078.11 | 0.00 | 1,078.11 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 16.87 | 0.00 | 16.87 |
| **Total Fees** | | | **0.00** | **3,795.92** | **0.00** | **3,795.92** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

{D0173108.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2010 |

Print Date/Time: 03/17/2010 2:43:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2487815 | Equitrac - Long Distance to 14122813700 | E | 02/01/2010 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 0.36 |
| 2487926 | Petty Cash - Working late - Cab Fare to Residence, 12/30/09  (KCM) | E | 02/02/2010 | 0338 | KCM | 0.00 | $20.00 | 0.00 | $20.00 | 20.36 |
| 2489306 | Business Card -BOA Corporate Charges, re: Hotel Accomodations for SJD while on Travel to/from Pittsburgh, PA, re: Trial, 1/3/10 - 1/6/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $1,037.63 | 0.00 | $1,037.63 | 1,057.99 |
| 2489307 | Business Card -BOA Corporate Charges, re: Hotel Accomodations for MAF while on Travel to/from Pittsburgh, PA, re: Trial, 1/3/10 - 1/6/10  (EGB) | E | 02/02/2010 | 0367 | MAF | 0.00 | $1,077.81 | 0.00 | $1,077.81 | 2,135.80 |
| 2489308 | Business Card -BOA Corporate Charges, re: Hotel Accomodations for Travel to/from Pittsburgh, PA, re: Trial, 1/3/10 - 1/6/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $911.19 | 0.00 | $911.19 | 3,046.99 |
| 2489309 | Business Card -BOA Corporate Charges, re: Snacks for Travel to/from Pittsburgh, PA, re: Trial, 1/6/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $12.23 | 0.00 | $12.23 | 3,059.22 |
| 2489310 | Business Card -BOA Corporate Charges, re: Lunch while Travel to/from Pittsburgh, PA, re: Trial, 1/6/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $8.67 | 0.00 | $8.67 | 3,067.89 |
| 2489311 | Business Card -BOA Corporate Charges, re: Auto Gas for Travel to/from Pittsburgh, PA, re: Trial, 1/3/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $32.84 | 0.00 | $32.84 | 3,100.73 |
| 2489312 | Business Card -BOA Corporate Charges, re: Transcript of Proceeds while on Travel to/from Pittsburgh, PA, re: Trial, 1/4/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $26.00 | 0.00 | $26.00 | 3,126.73 |
| 2489313 | Business Card -BOA Corporate Charges, re: Auto Gas for Travel to/from Pittsburgh, PA, re: Trial, 1/2/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $58.00 | 0.00 | $58.00 | 3,184.73 |
| 2489314 | Business Card -BOA Corporate Charges, re: Lunch while on Travel to/from Pittsburgh, PA, re: Trial, 1/3/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $6.97 | 0.00 | $6.97 | 3,191.70 |
| 2489315 | Business Card -BOA Corporate Charges, re: Paralegal Group Lunch while on Travel to/from Pittsburgh, PA, re: Trial, 1/2/10  (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $37.35 | 0.00 | $37.35 | 3,229.05 |

{D0173108.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 3/17/2010 |
| | | | | | | | | | Print Date/Time: | 03/17/2010 2:43:00PM |
| Attn: | | | | | | | | | | Invoice # |
| 2489316 | Business Card -BOA Corporate Charges, re: Software for client while on Travel to/from Pittsburgh, PA, re: Trial, 1/2/10 (EGB) | E | 02/02/2010 | 0337 | EGB | 0.00 | $125.99 | 0.00 | $125.99 | 3,355.04 |
| 2493615 | Equitrac - Long Distance to 15122944409 | E | 02/03/2010 | 0999 | C&D | 0.00 | $2.27 | 0.00 | $2.27 | 3,357.31 |
| 2490855 | Nathan D. Finch -Snack while on Travel to/from Wilmington, DE, 1/25/10 | E | 02/04/2010 | 0187 | NDF | 0.00 | $8.00 | 0.00 | $8.00 | 3,365.31 |
| 2490856 | Nathan D. Finch -First Class Train Fare for Travel to Wilmington, DE, 1/25/10 (Coach $108) | E | 02/04/2010 | 0187 | NDF | 0.00 | $208.00 | 0.00 | $208.00 | 3,573.31 |
| 2490857 | Nathan D. Finch -Caoch Train Fare for Travel from Wilmington, DE, 1/25/10 | E | 02/04/2010 | 0187 | NDF | 0.00 | $92.00 | 0.00 | $92.00 | 3,665.31 |
| 2490858 | Nathan D. Finch -Cab Fares & Parking at DC Union Station while on Travel to/from Wilmington, DE, 1/25/10 | E | 02/04/2010 | 0187 | NDF | 0.00 | $30.00 | 0.00 | $30.00 | 3,695.31 |
| 2499488 | Photocopy | E | 02/12/2010 | 0334 | JPW | 0.00 | $3.20 | 0.00 | $3.20 | 3,698.51 |
| 2499503 | Photocopy | E | 02/12/2010 | 0232 | LK | 0.00 | $5.90 | 0.00 | $5.90 | 3,704.41 |
| 2499519 | Photocopy | E | 02/12/2010 | 0227 | RH | 0.00 | $1.70 | 0.00 | $1.70 | 3,706.11 |
| 2499586 | Photocopy | E | 02/16/2010 | 0999 | C&D | 0.00 | $10.80 | 0.00 | $10.80 | 3,716.91 |
| 2494873 | Nathan D. Finch -Lunch w/ J.Sottile, 1/13/10 | E | 02/16/2010 | 0187 | NDF | 0.00 | $58.25 | 0.00 | $58.25 | 3,775.16 |
| 2495196 | Equitrac - Long Distance to 14142649461 | E | 02/16/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,775.24 |
| 2495198 | Equitrac - Long Distance to 13369269145 | E | 02/16/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,775.32 |
| 2495202 | Equitrac - Long Distance to 12124464934 | E | 02/16/2010 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 3,776.12 |
| 2495324 | Equitrac - Long Distance to 12125340611 | E | 02/17/2010 | 0999 | C&D | 0.00 | $1.76 | 0.00 | $1.76 | 3,777.88 |
| 2495329 | Equitrac - Long Distance to 19174450518 | E | 02/17/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,777.96 |

{D0173108.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter  000** | **Disbursements** | | | | | | | | | 3/17/2010 |

Print Date/Time: 03/17/2010  2:43:00PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2496487 | Federal Express -Delivery to K.Hemming, 1/27/10 (EI) | E | 02/18/2010 | 0120 | EI | 0.00 | $12.42 | 0.00 | $12.42 | 3,790.38 |
| 2500156 | Photocopy | E | 02/23/2010 | 0367 | MAF | 0.00 | $0.30 | 0.00 | $0.30 | 3,790.68 |
| 2500224 | Photocopy | E | 02/24/2010 | 0220 | SKL | 0.00 | $4.60 | 0.00 | $4.60 | 3,795.28 |
| 2499161 | Equitrac - Long Distance to 18054993572 | E | 02/24/2010 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 3,795.84 |
| 2500833 | Equitrac - Long Distance to 12123199240 | E | 02/25/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,795.92 |

**Total Expenses**                                                                $3,795.92
                                                       0.00                                       0.00                  $3,795.92

        Matter Total Fees                                                    0.00                   0.00
        Matter Total Expenses                                           3,795.92            3,795.92
        Matter Total                                     0.00         3,795.92       0.00     3,795.92

        Prebill Total Fees
        Prebill Total Expenses                                          $3,795.92           $3,795.92
        Prebill Total                                    0.00        $3,795.92       0.00    $3,795.92

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 66,545 | 01/26/2009 | 364,903.00 | 1,633.83 |
| 67,847 | 04/23/2009 | 404,063.50 | 3,331.00 |
| 69,435 | 07/28/2009 | 618,971.00 | 936.07 |
| 69,835 | 08/26/2009 | 605,649.50 | 121,129.90 |
| 70,265 | 09/23/2009 | 694,896.00 | 138,979.20 |
| 70,735 | 10/27/2009 | 717,612.25 | 143,522.43 |
| 71,431 | 11/30/2009 | 344,685.75 | 68,937.15 |
| 72,159 | 12/18/2009 | 234,924.50 | 46,984.90 |
| 72,599 | 01/26/2010 | 326,897.81 | 326,897.81 |
| 73,026 | 02/26/2010 | 161,000.56 | 161,000.56 |
| | | 6,260,753.62 | 1,063,002.15 |

{D0173108.1 }