**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:      3000-01D
STATEMENT NO:            82

Asset Analysis and Recovery

PREVIOUS BALANCE                                                                        $700.00

02/04/2010      Payment - Thank you. (October, 2009 - 80% Fees)                    -56.00

BALANCE DUE                                                                          $644.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-02D |
|  | STATEMENT NO:              105 |

Asset Disposition

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $708.80 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -224.00 |
| | BALANCE DUE | $484.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          02/28/2010
Wilmington  DE                                              ACCOUNT NO:        3000-03D
                                                                      STATEMENT NO:              92

Business Operations

PREVIOUS BALANCE                                                                     $178.00

02/04/2010      Payment - Thank you. (October, 2009 - 80% Fees)                      -56.00

BALANCE DUE                                                                          $122.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-04D |
|  | STATEMENT NO: | 105 |

Case Administration

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $1,679.17 |

| | | |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -288.40 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -347.60 |
| | TOTAL PAYMENTS | -636.00 |
| | BALANCE DUE | $1,043.17 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:    3000-05D
STATEMENT NO:    105

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $5,343.60 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/08/2010 |  |  |  |  |
| | MTH | Reviewing Pre-Trial Statement and proposed Order re Canadian Claims | 0.20 | 72.00 |
| 02/09/2010 |  |  |  |  |
| | MTH | Reviewing Modified Order re Canadian PD Trials | 0.10 | 36.00 |
| 02/19/2010 |  |  |  |  |
| | MTH | Telephone conference with asbestos claimant J. George re status, questions re claims | 0.30 | 108.00 |
| | MTH | Telephone conference with asbestos claimant re status of case | 0.40 | 144.00 |
| 02/24/2010 |  |  |  |  |
| | MTH | Telephone conference with asbestos claimant re status of Plan and Trust | 0.30 | 108.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.30 | 468.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $360.00 | $468.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 468.00 |

| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -392.00 |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -1,204.00 |
| | TOTAL PAYMENTS | -1,596.00 |
| | BALANCE DUE | $4,215.60 |

Page: 2

W.R. Grace

02/28/2010

ACCOUNT NO:        3000-05D
STATEMENT NO:            105

Claims Analysis Objection & Resolution (Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:    3000-06D
STATEMENT NO:    105

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                          $738.20

| | | | HOURS | |
|---|---|---|---|---|
| 02/26/2010 | | | | |
| | MTH | Reviewing Debtors' Objection to Employee Claims | 0.30 | 108.00 |
| | MTH | Reviewing Order entered on Debtors' Objection to Seaton Claim | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.40 | 144.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $360.00 | $144.00 |

TOTAL CURRENT WORK                                                                      144.00

| | | |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -364.00 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -140.00 |
| | TOTAL PAYMENTS | -504.00 |
| | BALANCE DUE | $378.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              02/28/2010
Wilmington  DE                                ACCOUNT NO:      3000-07D
                                              STATEMENT NO:          105

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                $28,676.34

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/01/2010 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/02/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/03/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/04/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/05/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare and file 2019 of Motley Rice LLC; e-mail confirmation of same | 0.40 | 40.00 |

W.R. Grace

ACCOUNT NO:   3000-07D
STATEMENT NO:   105

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memos | 0.70 | 252.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| **02/08/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Scott and Scott, Ltd.; e-mail confirmation of same | 0.40 | 40.00 |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **02/09/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **02/12/2010** | | | |
| PEM | Review weekly recommendation memo re: motions and pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memos | 1.00 | 360.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **02/15/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **02/16/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

Page: 3
W.R. Grace

02/28/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:              105

Committee, Creditors, Noteholders, Equity Holders

|            |                                                                                       | HOURS |        |
| ---------- | ------------------------------------------------------------------------------------- | ----- | ------ |
| 02/17/2010 |                                                                                       |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| MTH        | Review daily memo                                                                     | 0.10  | 36.00  |
| 02/18/2010 |                                                                                       |       |        |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| PEM        | Review memo re: pleadings filed.                                                      | 0.10  | 41.50  |
| MTH        | Review correspondence from FAM                                                        | 0.30  | 108.00 |
| MTH        | Review daily memo                                                                     | 0.10  | 36.00  |
| 02/19/2010 |                                                                                       |       |        |
| MK         | Review hearing memorandum.                                                            | 0.10  | 13.50  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| SMB        | Prepare weekly recommendation memorandum                                              | 0.60  | 60.00  |
| PEM        | Review memo re: recommendations re: motions and pleadings.                            | 0.10  | 41.50  |
| MTH        | Review daily memo                                                                     | 0.10  | 36.00  |
| MTH        | Review correspondence from PVNL re revisions to draft hearing memo and reviewing and revising same | 0.50  | 180.00 |
| MTH        | Review correspondence from SB to Committee re weekly recommendation memos             | 0.10  | 36.00  |
| MTH        | Prepare weekly recommendation memos                                                   | 1.00  | 360.00 |
| MTH        | Review correspondence from SB to Committee re weekly recommendation memos             | 0.10  | 36.00  |
| 02/22/2010 |                                                                                       |       |        |
| MK         | Review committee events calendar and update attorney case calendar.                   | 0.10  | 13.50  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| MTH        | Review daily memo                                                                     | 0.10  | 36.00  |
| DAC        | Review counsel's weekly memorandum                                                    | 0.30  | 142.50 |
| 02/23/2010 |                                                                                       |       |        |
| DAC        | Review memorandum re: 1/16/10 hearing                                                 | 0.20  | 95.00  |
| PEM        | Review memo re: pleadings filed.                                                      | 0.10  | 41.50  |
| MTH        | Review daily memo                                                                     | 0.10  | 36.00  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| SMB        | Attention to document management                                                      | 0.30  | 30.00  |
| 02/24/2010 |                                                                                       |       |        |
| MTH        | Review daily memo                                                                     | 0.10  | 36.00  |
| SMB        | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |

Page: 4
02/28/2010

W.R. Grace

| | | ACCOUNT NO: | 3000-07D |
| | | STATEMENT NO: | 105 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | | 0.20 | 20.00 |
| **02/25/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Correspondence to and from SB re Seaton Order | | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | | 0.10 | 11.00 |
| KH | Review daily memorandums from 2/15-2/24 for fee issues | | 0.40 | 44.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| **02/26/2010** | | | | |
| PEM | Review weekly recommendation memo re: pending matters and motions. | | 0.10 | 41.50 |
| MTH | Prepare weekly recommendation memos | | 0.80 | 288.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Review correspondence from SB re weekly recommendation memo | | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | | 0.10 | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.40 | 40.00 |
| DAC | Review counsel's weekly memorandum | | 0.30 | 142.50 |
| | FOR CURRENT SERVICES RENDERED | | 17.30 | 4,202.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $475.00 | $570.00 |
| Philip E. Milch | 0.80 | 415.00 | 332.00 |
| Michele Kennedy | 0.40 | 135.00 | 54.00 |
| Santae M. Boyd | 6.80 | 100.00 | 680.00 |
| Mark T. Hurford | 6.70 | 360.00 | 2,412.00 |
| Katherine Hemming | 1.40 | 110.00 | 154.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 4,202.00 |

| | | |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -7,404.80 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -3,880.80 |
| | TOTAL PAYMENTS | -11,285.60 |
| | BALANCE DUE | $21,592.74 |

Page: 5

W.R. Grace

02/28/2010

ACCOUNT NO:        3000-07D
STATEMENT NO:            105

Committee, Creditors, Noteholders, Equity Holders

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-08D |
|  | STATEMENT NO:    104 |

Employee Benefits/Pension

| | | PREVIOUS BALANCE | | -$570.50 |
|---|---|---|---|---|

| | | | HOURS | |
|---|---|---|---|---|
| 02/03/2010 | | | | |
| | MTH | Telephone conference with JS re pension plan issues, upcoming motions and status of switch to a DC Plan | 1.30 | 468.00 |
| | MTH | Reviewing documents and correspondence to JS re employee benefits filings | 0.20 | 72.00 |
| 02/04/2010 | | | | |
| | MTH | Review correspondence from JS re status of employee benefits issues | 0.30 | 108.00 |
| 02/15/2010 | | | | |
| | MTH | Review correspondence from PVNL re Defined Benefits Motion | 0.10 | 36.00 |
| | MTH | Review correspondence from JS and EI re Defined Benefits Motion | 0.30 | 108.00 |
| | MTH | Correspondence to PVNL, JS, NDF re COC re Hedging Motion and Defined Benefits Motion | 0.30 | 108.00 |
| | MTH | Reviewing Debtors' Pension Plan Motion | 0.50 | 180.00 |
| 02/16/2010 | | | | |
| | MTH | Review correspondence from JS and PVNL re defined benefits motion | 0.10 | 36.00 |
| 02/22/2010 | | | | |
| | MTH | Multiple correspondence to and from JS re employee benefit issues; correspondence to and from PVNL re same; Review correspondence from JB re same | 0.40 | 144.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.50 | 1,260.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.50 | $360.00 | $1,260.00 |

W.R. Grace

ACCOUNT NO:     3000-08D
STATEMENT NO:          104

Employee Benefits/Pension


TOTAL CURRENT WORK                                        1,260.00


BALANCE DUE                                              $689.50


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:       3000-10D |
|  | STATEMENT NO:              105 |

Employment Applications, Others

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,382.70 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -112.00 |
| | BALANCE DUE | $1,270.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-11D |
|  | STATEMENT NO:         103 |

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $20,427.63 |
| | | |
| 02/01/2010 | IKON - Copy/ service of Caplin & Drysdale December fee application | 157.90 |
| 02/01/2010 | IKON - Copy/ service of AKO, Charter Oak and Campbell & Levine December fee applications | 310.60 |
| 02/01/2010 | Pacer charges for the month of January | 14.40 |
| 02/12/2010 | IKON - Copy/ service interim fee application for Campbell & Levine, Anderson Kill, Charter Oak and Legal Analysis Services | 717.25 |
| 02/16/2010 | IKON - Copy/ service interim fee application for Caplin & Drysdale | 385.05 |
| 02/16/2010 | AT&T Long Distance Phone Calls | 11.83 |
| 02/25/2010 | IKON -Copy/ service of certificate of no objection for fee application for Caplin & Drysdale, Campbell & Levine, Anderson Kill and Charter Oak | 100.16 |
| 02/28/2010 | Printing Charges - February 2010 | 181.20 |
| 02/28/2010 | Scanning Charges - February 2010 | 11.10 |
| | TOTAL EXPENSES | 1,889.49 |
| | | |
| | TOTAL CURRENT WORK | 1,889.49 |
| | | |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 100% Expenses) | -5,013.74 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 100% Expenses) (Per adjustment) | -7,509.56 |
| | TOTAL PAYMENTS | -12,523.30 |
| | | |
| | BALANCE DUE | $9,793.82 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:      3000-12D
STATEMENT NO:            103

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,973.10 |

| | | HOURS | |
|---|---|---|---|
| **02/01/2010** | | | |
| PEM | Review fee application for Pgh time. | 0.10 | 41.50 |
| **02/04/2010** | | | |
| KH | Review email from DS re: payment; Research and draft responsive email | 0.20 | 22.00 |
| **02/08/2010** | | | |
| KH | Prepare C&L October-December Interim Fee Application | 1.00 | 110.00 |
| **02/09/2010** | | | |
| KCD | Review and sign C&L application | 0.30 | 102.00 |
| **02/12/2010** | | | |
| KH | Finalize and e-file C&L October-December Interim Fee Application | 0.30 | 33.00 |
| MTH | Reviewing pre-bill | 1.00 | 360.00 |
| **02/16/2010** | | | |
| MB | Interim fee application review and filing for Caplin & Drysdale | 0.50 | 50.00 |
| **02/25/2010** | | | |
| KH | Review case docket for objections to C&L December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| | FOR CURRENT SERVICES RENDERED | 4.10 | 841.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $415.00 | $41.50 |
| Matthew Brushwood | 0.50 | 100.00 | 50.00 |
| Mark T. Hurford | 1.00 | 360.00 | 360.00 |

Page: 2

W.R. Grace

02/28/2010

ACCOUNT NO:       3000-12D
STATEMENT NO:              103

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathleen Campbell Davis | 0.50 | 340.00 | 170.00 |
| Katherine Hemming | 2.00 | 110.00 | 220.00 |
| | | | |
| TOTAL CURRENT WORK | | | 841.50 |

| | | |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -720.00 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -1,004.00 |
| | TOTAL PAYMENTS | -1,724.00 |
| | BALANCE DUE | $5,090.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                  02/28/2010
Wilmington  DE                                                    ACCOUNT NO:        3000-13D
                                                                 STATEMENT NO:              90


Fee Applications, Others


           PREVIOUS BALANCE                                                      $12,652.80

                                                                  HOURS
02/01/2010
      KCD       Review C&D application                              0.30          102.00
      KH        Review e-mail from S. Chisolm re: December fee application(.1); Update
                C&D December fee application(.3); Finalize and e-file fee application(.3)    0.70     77.00

02/03/2010
      KH        Update Committee fee application tracking chart     0.50           55.00

02/05/2010
      KH        Review December fee application of PwC(.1); Update Grace Weekly
                Recommendation Memo(.1)                             0.20           22.00
      KH        Review December fee application of Duane Morris(.1); Update Grace
                Weekly Recommendation Memo(.1)                      0.20           22.00
      KH        Review December fee application of Saul Ewing(.1); Update Grace
                Weekly Recommendation Memo(.1)                      0.20           22.00
      KH        Review December fee application of Foley Hoag(.1); Update Grace
                Weekly Recommendation Memo(.1)                      0.20           22.00
      KH        Review December fee application of Stroock(.1); Update Grace Weekly
                Recommendation Memo(.1)                             0.20           22.00
      KH        Review December fee application of Ferry Joseph(.1); Update Grace
                Weekly Recommendation Memo(.1)                      0.20           22.00
      KH        Review January fee application of Alan Rich(.1); Update Grace Weekly
                Recommendation Memo(.1)                             0.20           22.00
      KH        Review December fee application of Orrick Herrington(.1); Update Grace
                Weekly Recommendation Memo(.1)                      0.20           22.00
      KH        Review April fee application of Holme Roberts(.1); Update Grace Weekly
                Recommendation Memo(.1)                             0.20           22.00
      KH        Review November fee application of Pachulski Stang(.1); Update Grace
                Weekly Recommendation Memo(.1)                      0.20           22.00
      KH        Review December fee application of Reed Smith(.1); Update Grace

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of The Law Office of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| **02/08/2010** |  |  |  |
| KH | Prepare LAS October-December Interim Fee Application | 0.80 | 88.00 |
| KH | E-mail w/ S. Chisholm re: Interim Fee Application | 0.20 | 22.00 |
| **02/09/2010** |  |  |  |
| KCD | Review LAS application | 0.30 | 102.00 |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review AKO application | 0.30 | 102.00 |
| KH | Prepare AKO October-December Interim Fee Application | 1.10 | 121.00 |
| KH | Prepare Charter Oak October-December Interim Fee Application | 1.00 | 110.00 |
| **02/12/2010** |  |  |  |
| KH | Finalize and e-file LAS October-December Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file AKO October-December Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file Charter Oak October-December Interim Fee Application | 0.30 | 33.00 |
| KH | E-mail as filed October-December Interim Fee Applications to W. Smith | 0.10 | 11.00 |
| KH | Review December fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Warren Smith(.1); | | |

W.R. Grace

Fee Applications, Others

Page: 3
02/28/2010
ACCOUNT NO:        3000-13D
STATEMENT NO:              90

| | | | HOURS | |
|---|---|---|---|---|
| | | Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review October-December Interim fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review December fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 02/15/2010 | | | | |
| | KCD | Discussions and e-mails re: interim fee applications | 0.20 | 68.00 |
| 02/16/2010 | | | | |
| | KCD | Review C&D interim application; discussion with MB re: filing and service of same | 0.40 | 136.00 |
| 02/19/2010 | | | | |
| | SMB | Review December Fee Application of Casner & Edwards (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review January Fee Application of Warren H. Smith & Associates (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review October through December 2009 Interim Fee Application of Warren H. Smith & Associates (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review October through December 2009 Interim Fee Application of Saul Ewing (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review October through December 2009 Interim Fee Application of Alan B. Rich (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review December Fee Application of Day Pitney LLP (.1); update weekly recommendation memorandum (.1) | | |
| | SMB | Review December Fee Application of Blackstone Advisory LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review October through December 2009 Interim  Fee Application of Ogilvy Renault LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review October through December 2009 Interim  Fee Application of Casner & Edwards LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review October through December 2009 Interim  Fee Application of Foley Hoag LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review September Fee Application of Pricewaterhousecoopers LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review July through September 2009 Interim  Fee Application of Orrick Herrington & Sutcliffe (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| | SMB | Review July through September 2009 Interim  Fee Application of Piper | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Jaffray & Co (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim  Fee Application of Capstone Advisory Group (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim  Fee Application of Stroock & Stroock Lavan LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review February 2006 through October 2009 Final Fee Application of Piper Jaffray (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of David T. Austern (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of Towers Perrin Tillinghast (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of Duane Morris LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of BMC Group (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of David T. Austern (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review December 2009 Fee Application of Beveridge & Diamond (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Reed Smith LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Kramer Levin Naftalis & Frankel LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Ferry Joseph & Pearce P.A. (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Stroock & Stroock & Lavan LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review November 2009 Fee Application of Capstone Advisory Group LLC (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review December 2009 Fee Application of Capstone Advisory Group LLC (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Woodcock Washburn LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Pricewaterhousecoopers LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |

Page: 5

W.R. Grace

|  |  |
| --- | --- |
| ACCOUNT NO: | 3000-13D |
| STATEMENT NO: | 90 |

02/28/2010

Fee Applications, Others

|  |  |  | HOURS |  |
| --- | --- | --- | --- | --- |
| **02/25/2010** | | | | |
| KH | Review case docket for objections to C&D December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KH | Draft e-mail to R. Finke re: December CNOs | | 0.10 | 11.00 |
| KH | Review January fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Protiviti(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| KCD | Review and sign CNO re: C&D application | | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak application | | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO application | | 0.20 | 68.00 |
| KCD | Review and sign CNO re: LAS application | | 0.20 | 68.00 |
| | FOR CURRENT SERVICES RENDERED | | 21.70 | 2,927.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Santae M. Boyd | 5.80 | $100.00 | $580.00 |
| Kathleen Campbell Davis | 2.60 | 340.00 | 884.00 |
| Katherine Hemming | 13.30 | 110.00 | 1,463.00 |

|  |  |
| --- | --- |
| TOTAL CURRENT WORK | 2,927.00 |

| | | |
| --- | --- | --- |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -1,678.00 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -2,779.60 |
| | TOTAL PAYMENTS | -4,457.60 |
| | BALANCE DUE | $11,122.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                  02/28/2010
Wilmington  DE                                            ACCOUNT NO:         3000-14D
                                                         STATEMENT NO:                 67

Financing

PREVIOUS BALANCE                                                                    $864.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/02/2010 |  |  |  |  |
|  | MTH | Review correspondence from JS re ART Motion | 0.20 | 72.00 |
|  | MTH | Correspondence to and from BR re ART Motion | 0.10 | 36.00 |
| 02/08/2010 |  |  |  |  |
|  | MTH | Review correspondence from EI and PVNL re ART Motion | 0.10 | 36.00 |
| 02/10/2010 |  |  |  |  |
|  | MTH | Review correspondence from RH (x2) re COC's and proposed Order and revised version of same | 0.60 | 216.00 |
| 02/15/2010 |  |  |  |  |
|  | MTH | Reviewing COC re Letter of Credit and Hedging Agreements | 0.50 | 180.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 1.50 | 540.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.50 | $360.00 | $540.00 |

TOTAL CURRENT WORK                                                                   540.00

BALANCE DUE                                                                        $1,404.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-15D |
| | STATEMENT NO: | 105 |

Hearings

| | | | PREVIOUS BALANCE | | $37,326.85 |
|---|---|---|---|---|---|

| | | | | HOURS | |
|---|---|---|---|---|---|
| 02/09/2010 | | | | | |
| | MTH | Review correspondence from VP re Agenda for hearing | | 0.20 | 72.00 |
| 02/11/2010 | | | | | |
| | MTH | Correspondence and preparations for February omnibus hearing | | 0.80 | 288.00 |
| 02/12/2010 | | | | | |
| | MTH | Review correspondence from VP re second amended Agenda for hearing | | 0.10 | 36.00 |
| 02/16/2010 | | | | | |
| | MTH | Attending February omnibus hearing | | 0.90 | 324.00 |
| | MTH | Review correspondence from JON re Third Amended Agenda and two recently filed documents for hearing | | 0.50 | 180.00 |
| | | FOR CURRENT SERVICES RENDERED | | 2.50 | 900.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.50 | $360.00 | $900.00 |

| | | | TOTAL CURRENT WORK | 900.00 |
|---|---|---|---|---|

| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -6,356.00 |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -959.20 |
| | TOTAL PAYMENTS | -7,315.20 |

Page: 2
02/28/2010

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:         105

Hearings


BALANCE DUE                                              $30,911.65


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:    3000-16D
STATEMENT NO:    90

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                      -$1,980.40

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/15/2010 |  |  |  |  |
| MTH | Reviewing Stipulation for Stay of BNSF Appeal | | 0.20 | 72.00 |
|  | FOR CURRENT SERVICES RENDERED | | 0.20 | 72.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

TOTAL CURRENT WORK                                                                      72.00

CREDIT BALANCE                                                                      -$1,908.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:    90 |

Plan and Disclosure Statement

|  |  | |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $65,698.80 |

| Date | | Description | HOURS | |
|---|---|---|---|---|
| **02/03/2010** | | | | |
| | MTH | Review correspondence from JB re neutrality stipulation | 0.30 | 108.00 |
| **02/05/2010** | | | | |
| | MTH | Review correspondence from VP re stipulation | 0.10 | 36.00 |
| | MTH | Review correspondence from JB re 502(e) stipulation; reviewing correspondence from JON re same and response to same | 0.40 | 144.00 |
| **02/11/2010** | | | | |
| | MRE | E-mails regarding cooperation agreement | 0.30 | 124.50 |
| | MTH | Reviewing correspondence re Kaneb stipulation and correspondence re approvals re same and correspondence to counsel re same | 0.40 | 144.00 |
| **02/12/2010** | | | | |
| | MTH | Reviewing Stipulation for Stay of Appeal | 0.10 | 36.00 |
| **02/15/2010** | | | | |
| | MTH | Reviewing draft Stipulation re Seaton and One Beacon; reviewing various correspondence from counsel re revisions to same; reviewing and signing final version and correspondence re filing of same | 0.60 | 216.00 |
| **02/17/2010** | | | | |
| | MTH | Review correspondence from MEC re insurance stipulation | 0.10 | 36.00 |
| **02/19/2010** | | | | |
| | MTH | Telephone conference with KCM re hearing events, status of insurance issues | 0.30 | 108.00 |
| **02/22/2010** | | | | |
| | MTH | Review correspondence from MAF re under seal documents | 0.10 | 36.00 |

Page: 2

W.R. Grace
02/28/2010

ACCOUNT NO:    3000-17D
STATEMENT NO:    90

Plan and Disclosure Statement

| | | | | HOURS |
|---|---|---|---|---|
| **02/23/2010** | | | | |
| | MRE | Telephone conference with NDF, AM, TF and JH re: cooperation agreement and document retention | 0.80 | 332.00 |
| | MTH | Review correspondence from MAF re under seal documents and follow up correspondence re same | 0.40 | 144.00 |
| **02/24/2010** | | | | |
| | MTH | Reviewing draft stipulation re Morgan Stanley resolution and reviewing correspondence from PVNL, TC and JP re same; correspondence to JON re same | 0.30 | 108.00 |
| | MTH | Correspondence to PVNL, NDF re COC re Debtors' Objection to Seaton Claim | 0.10 | 36.00 |
| **02/25/2010** | | | | |
| | MTH | Reviewing draft Longacre stipulation from JB and correspondence from RW and PVNL re same | 0.30 | 108.00 |
| | MTH | Review correspondence from VP re stipulation re Morgan Stanley | 0.10 | 36.00 |
| **02/26/2010** | | | | |
| | MTH | Reviewing COC and Order re Crown Appeal of Canadian ZAI Minutes of Settlement and correspondence to PVNL and NDF re same | 0.20 | 72.00 |
| | MTH | Review correspondence from JB re Longacre stipulation; reviewing same; reviewing correspondence from PVNL re same; correspondence to counsel re executed copy of same | 0.50 | 180.00 |
| | | FOR CURRENT SERVICES RENDERED | 5.40 | 2,004.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.30 | $360.00 | $1,548.00 |
| Marla R. Eskin | 1.10 | 415.00 | 456.50 |

TOTAL CURRENT WORK                                                          2,004.50

| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -10,351.20 |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -15,041.20 |
| | TOTAL PAYMENTS | -25,392.40 |
| | BALANCE DUE | $42,310.90 |

Page: 3

W.R. Grace

02/28/2010

ACCOUNT NO:    3000-17D

STATEMENT NO:    90

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:                90 |

Relief from Stay Proceedings

| PREVIOUS BALANCE | $22.30 |
|---|---|
| 02/04/2010    Payment - Thank you. (October, 2009 - 80% Fees) | -112.00 |
| CREDIT BALANCE | -$89.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          02/28/2010
Wilmington  DE                                          ACCOUNT NO:        3000-20D
                                                        STATEMENT NO:             89

Tax Litigation

PREVIOUS BALANCE                                                              $468.80

BALANCE DUE                                                                   $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-21D |
|  | STATEMENT NO:          81 |

Travel-Non-Working

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $3,732.00 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -1,204.00 |
| | BALANCE DUE | $2,528.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
02/28/2010

W.R. Grace
Wilmington  DE                                            ACCOUNT NO:        3000-22D
                                                          STATEMENT NO:             94

Valuation

PREVIOUS BALANCE                                                       $1,185.00

BALANCE DUE                                                           $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                            02/28/2010
Wilmington  DE                                                    ACCOUNT NO:        3000-23D
                                                                          STATEMENT NO:                  94

ZAI Science Trial

PREVIOUS BALANCE                                                                              $1,203.30

BALANCE DUE                                                                                        $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 700.00 | 0.00 | 0.00 | 0.00 | -56.00 | $644.00 |
| 3000-02 Asset Disposition | | | | | |
| 708.80 | 0.00 | 0.00 | 0.00 | -224.00 | $484.80 |
| 3000-03 Business Operations | | | | | |
| 178.00 | 0.00 | 0.00 | 0.00 | -56.00 | $122.00 |
| 3000-04 Case Administration | | | | | |
| 1,679.17 | 0.00 | 0.00 | 0.00 | -636.00 | $1,043.17 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,343.60 | 468.00 | 0.00 | 0.00 | -1,596.00 | $4,215.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 738.20 | 144.00 | 0.00 | 0.00 | -504.00 | $378.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 28,676.34 | 4,202.00 | 0.00 | 0.00 | -11,285.60 | $21,592.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -570.50 | 1,260.00 | 0.00 | 0.00 | 0.00 | $689.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,382.70 | 0.00 | 0.00 | 0.00 | -112.00 | $1,270.70 |
| 3000-11 Expenses | | | | | |
| 20,427.63 | 0.00 | 1,889.49 | 0.00 | -12,523.30 | $9,793.82 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,973.10 | 841.50 | 0.00 | 0.00 | -1,724.00 | $5,090.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,652.80 | 2,927.00 | 0.00 | 0.00 | -4,457.60 | $11,122.20 |
| 3000-14 Financing | | | | | |
| 864.00 | 540.00 | 0.00 | 0.00 | 0.00 | $1,404.00 |
| 3000-15 Hearings | | | | | |
| 37,326.85 | 900.00 | 0.00 | 0.00 | -7,315.20 | $30,911.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,980.40 | 72.00 | 0.00 | 0.00 | 0.00 | -$1,908.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 65,698.80 | 2,004.50 | 0.00 | 0.00 | -25,392.40 | $42,310.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 22.30 | 0.00 | 0.00 | 0.00 | -112.00 | -$89.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 3,732.00 | 0.00 | 0.00 | 0.00 | -1,204.00 | $2,528.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 186,410.49 | 13,359.00 | 1,889.49 | 0.00 | -67,198.10 | $134,460.88 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.