# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                        February 1, 2010 to February 28, 2010

Invoice No. 34618

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 20.00 | 5,330.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 0.30 | 97.50 |
| B18 | Fee Applications, Others - | 4.30 | 729.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) - | 0.20 | 65.00 |
| B25 | Fee Applications, Applicant - | 3.30 | 724.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 32.50 |
| B36 | Plan and Disclosure Statement - | 2.90 | 817.50 |
| B37 | Hearings - | 5.20 | 1,690.00 |
| | **Total** | **36.30** | **$9,486.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 2.80 | 756.00 |
| Regina Matozzo | 200.00 | 6.90 | 1,380.00 |
| Theodore J. Tacconelli | 325.00 | 19.20 | 6,240.00 |
| Legal Assistant - MH | 150.00 | 7.00 | 1,050.00 |
| Legal Assistant - SEK | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 0.20 | 30.00 |
| **Total** | | **36.30** | **$9,486.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                 **$3,586.47**

| | | | |
|---|---|---|---|
| **Invoice No. 34618** | **Page 2 of 8** | | **March 30, 2010** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-10 | *Case Administration* - Review case status memo for week ending 1/29/10 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Dec. 09 fee application for filing and confer with M. Hedden re same | 0.30 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 1/29/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review docket in State of Montana appeal in 3rd circuit re 08-3697 | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/29/10 | 0.10 | TJT |
| | *Case Administration* - Review debtors' petition for rehearing in en banc in State of Montana appeal in 3rd circuit re 08-3697 | 0.90 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.20 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's Dec. 09 fee application and related documents, prepare certificate of service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Dec. 09 fee application | 0.50 | MH |
| Feb-02-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - determine allocation of payment by debtor re Oct. and Nov. 09 fees and expenses; update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.20 | MH |
| | *Case Administration* - Download 1/25/10 hearing transcripts | 0.10 | MH |
| Feb-03-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re insurance neutrality motion with attachment | 0.20 | TJT |
| Feb-04-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review entry of appearance by S. Stamoulis | 0.10 | TJT |
| | *Hearings* - Review notice of change of April hearing date | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to co-counsel re notice of change of April hearing date | 0.20 | TJT |
| Feb-05-10 | *Case Administration* - Review entry of appearance and forward same to | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | M. Hedden | | |
| | *Case Administration* - Review additional entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Update 2002 service lists and labels documents | 0.30 | MH |
| Feb-07-10 | *Case Administration* - Review 15th amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by R. Weinblatt | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of counsel re pre-trial order re trial re two Canadian PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and certain insurers re insurance issues | 0.20 | TJT |
| Feb-08-10 | *Case Administration* - Review notice of address change and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 2/5/10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Plan and Disclosure Statement* - Review docket re case status for week ending 2/5/10; memos to T. Tacconelli and L. Coggins re same | 0.20 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/5/10 | 0.10 | TJT |
| Feb-09-10 | *Case Administration* - Review agenda re 2/16/10 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review change of address for A. Rich | 0.10 | TJT |
| Feb-10-10 | *Case Administration* - Review 2019 statement by Scott and Scott | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection re debtors' motion to extend financing for ART | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection re debtors' motion to modify exit financing | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review modified order re trial of 2 CND PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of no objection re plan proponents' motion re insurance neutrality | 0.10 | TJT |
| | *Hearings* - Review agenda for 2/16/10 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 2/16/10 hearing coverage | 0.10 | TJT |
| Feb-11-10 | *Case Administration* - Review amended agenda re 2/16/10 hearing | 0.10 | LLC |
| | *Case Administration* - Review certificate of no objection re debtors' motion re letters of credit agreements | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Dec. | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | 09 | | |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Baer re 2/16/10 hearing now telephonic only | 0.10 | TJT |
| | *Hearings* - Prepare for 2/16/10 hearing re telephonic only | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. O'Neill re amended agenda for 2/16/10 hearing | 0.10 | TJT |
| Feb-12-10 | *Case Administration* - Review second amended agenda re 2/16/10 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review notice of withdrawal of certificate of no objection re debtors' motion to terminate DIP facility, etc. | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re debtors' motion to approve employee benefit resolution protocol with attachment | 0.20 | TJT |
| | *Case Administration* - Review stipulation between plan proponents and BNSF re stay of appeal 09-703 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and Kaneb Pipeline re resolution of confirmation objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of stipulation between plan proponents and Kaneb Pipeline | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 2/16/10 hearing | 0.10 | TJT |
| Feb-13-10 | *Case Administration* - Review certificate of counsel re proposed order re debtors' motion to enter into letter of credit agreements and terminate DIP financing, etc. with attachments | 1.80 | TJT |
| | *Hearings* - Review second amended agenda for 2/16 hearing | 0.10 | TJT |
| Feb-14-10 | *Case Administration* - Review debtors' motion to make pension contributions with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review amended stipulation between plan proponents and Kaneb Pipeline with attachment | 0.20 | TJT |
| Feb-15-10 | *Case Administration* - Review case status memo for week ending 2/12/10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 2/12/10; memo to T. Tacconelli and L. Coggins re same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review notice of withdrawal of document filed by PIFCR | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/12/10 | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 2/16/10 hearing | 2.70 | TJT |
| | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 35th quarterly period; draft fee application, notice and certificate of service re same | 1.20 | MH |

| Invoice No. 34618 | | Page 5 of 8 | | March 30, 2010 |
|---|---|---|---|---|
| Feb-16-10 | *Case Administration* - Review 3rd amended agenda re 2/16/10 hearing | | 0.10 | LLC |
| | *Case Administration* - E-mail from M. Hedden re service information | | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re 2/16 hearing and case status | | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review, revise, finalize, e-file and coordinate service of 35th quarterly fee application | | 0.50 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | | 0.20 | TJT |
| | *Case Administration* - Review errata to certificate of counsel re proposed order re termination of DIP financing, etc. | | 0.10 | TJT |
| | *Case Administration* - Review claim information re current bid information for WR Grace unsecured claims | | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and OneBeacon/Seaton re resolution of objections to confirmation | | 0.40 | TJT |
| | *Hearings* - Review e-mail from J. O'Neill re 3rd amended agenda for hearing today | | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 3rd amended agenda for 2/16/10 hearing | | 0.10 | TJT |
| | *Hearings* - Review 3rd amended agenda for 2/16/10 hearing | | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | | 0.80 | TJT |
| | *Fee Applications, Applicant* - Serve 34th quarterly fee application notice | | 0.20 | KC |
| Feb-17-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order re debtors' motion re insurance neutrality | | 0.10 | TJT |
| Feb-18-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | | 0.10 | RM |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | | 0.10 | TJT |
| Feb-19-10 | *Fee Applications, Others* - Review 35th Bilzin quarterly fee application for filing | | 0.30 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | | 0.30 | RM |
| | *Case Administration* - Review order authorizing extension of credit term for ART credit agreement | | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | | 0.30 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's 35th Quarterly Fee Application and supporting documents, prepare notice and certificate of service re same | | 0.70 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 35th Quarterly Fee Application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | | 0.80 | MH |
| Feb-20-10 | *Case Administration* - Review order authorizing exit financing | | 0.10 | TJT |
| | *Case Administration* - Review final order re secured letter of credit | | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | agreements with attachments | | |
| Feb-21-10 | *Case Administration* - Review order approving employee claims resolution protocol with attachments | 0.30 | TJT |
| | *Case Administration* - Review order re staying BNSF appeal 09-763 in district court | 0.10 | TJT |
| Feb-22-10 | *Case Administration* - Review case status memo for week ending 2/19 | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review docket re status for week ending 2/19/10; memo to T. Tacconelli and L. Coggins re same | 0.40 | RM |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/19/10 | 0.10 | TJT |
| | *Case Administration* - Review e-mail B. Ruhlander re new caps for meals | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re 2/16/10 hearing transcript | 0.10 | TJT |
| Feb-23-10 | *Case Administration* - Review notice of withdrawal of D. Bernick for debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review amended 2019 statement for Baron and Budd | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 2/16/10 hearing transcript re plan issues | 0.20 | TJT |
| | *Hearings* - Confer with paralegal re 2/16/10 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 2/16/10 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Download 2/16/10 hearing transcripts; confer with T. Tacconelli | 0.20 | MH |
| | *Case Administration* - 2/16/10 hearing follow-up | 0.20 | SEK |
| Feb-24-10 | *Fee Applications, Others* - Review certificate of no objection re Bilzin Dec. 09 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re Dec. 09 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review correspondence from J. Sakalo re professional retention application previously filed by debtors and respond | 0.20 | TJT |
| | *Case Administration* - Correspond with J. Sakalo re previous motion filed by PD committee and respond | 0.20 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin Dec. 09 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Dec. 09 fee application | 0.20 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and | 0.20 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | e-file and serve certificate of no objection re Dec. 09 fee application | | |
| Feb-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel re withdrawal of objection by debtors to Seaton Ins. Co. claim | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from M. Kramer re Morgan Stanley settlement | 0.10 | TJT |
| | *Case Administration* - Download revised 2/16/10 hearing transcripts | 0.20 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's Jan. 09 fee application and related documents for filing on 3/1; prepare certificate of service re same | 0.60 | MH |
| | *Fee Applications, Others* - Correspond with L. Flores re correction on Bilzin's Jan. 09 fee application | 0.20 | MH |
| Feb-26-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review Fee Auditor's Final Report re Venable 34th interim period | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Jan. prebill | 0.90 | TJT |
| Feb-27-10 | *Case Administration* - Review Fee Auditor's Final Report re David Austern 34th interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Kramer Lavine 34th interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re Crown's appeal of amended settlement with attachment | 0.20 | TJT |
| | Totals | 36.30 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Feb-01-10 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 2.90 |
| | Photocopy Cost | 2.40 |
| | Photocopy Cost | 4.00 |
| Feb-08-10 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.00 |
| | J&J Court Transcribers | 2,449.25 |
| Feb-09-10 | Blue Marble - cc 12.60; service 11.02 (Inv # 38537) | 23.62 |
| Feb-12-10 | Photocopy Cost | 0.50 |
| | Blue Marble - hand deliveries (Inv # 13055) | 24.00 |
| Feb-15-10 | Photocopy Cost | 1.00 |

**Invoice No. 34618**  **Page 8 of 8**  **March 30, 2010**

|  |  |  |
|---|---|---:|
|  | First State Deliveries - hand delivery | 6.50 |
| Feb-16-10 | Photocopy Cost | 1.20 |
| Feb-19-10 | Photocopy Cost | 12.20 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 1.30 |
| Feb-24-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.70 |
| Feb-25-10 | Photocopy Cost | 1.60 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.10 |
| Feb-26-10 | Photocopy Cost | 0.90 |
|  | J&J Court Transcribers | 1,037.90 |
|  | Totals | **$3,586.47** |

**Total Fees & Disbursements**                                           **$13,072.47**