IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 22129, 23114, 24014 and 24476** |

**NOTICE OF FILING AND SERVICE OF PLAN PROPONENTS'
UPDATED AND AMENDED CHART (REVISED) SUMMARIZING
CONFIRMATION REQUIREMENTS AND REMAINING
OBJECTIONS TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

Please take notice that in support of the Plan Proponents' request for confirmation of the First Amended Joint Plan of Reorganization, the Plan Proponents are hereby filing and serving the attached updated and amended chart (revised) summarizing the remaining objections to its First Amended Joint Plan of Reorganization and outlining which objections have been resolved.

On March 19, 2010, the Plan Proponents filed an updated and amended chart summarizing the remaining objections to its First Amended Joint Plan of Reorganization and related appendices (Docket No. 24476). Upon review of the chart as filed, certain insurers notified the Plan Proponents that the chart and appendices failed to reflect all of the objections that have been withdrawn to date pursuant to the Stipulation and Agreed Order Resolving Neutrality Objections (Exhibit A to Plan Proponents' Joint Motion for Entry of Order Approving, Docket No. 24097) (the "Insurance Neutrality Stipulation"). The attached chart and appendices have been revised to reflect the withdrawal of these objections, and the format of Appendix B has been modified for clarity.

The Plan Proponents have also amended the chart to reflect all of the changes requested by the Bank Lender Group pursuant to the Bank Lender Group's Reservation of Rights and

Limited Response to Plan Proponents' Updated and Amended Chart Summarizing Confirmation Requirements and Remaining Objections to the First Amended Joint Plan of Reorganization (Docket No. 24541).

*[remainder of page intentionally left blank]*

Respectfully Submitted,

Dated: March 30, 2010

        KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

THE LAW OFFICES OF JANET S. BAER, P.C
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162
Facsimile: (312) 641-2165

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
Marla R. Eskin (Bar No. 2989)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Kevin Maclay
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

PHILLIPS, GOLDMAN & SPENCE, P.A.

*John C. Phillips*
John C. Phillips (Bar No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pgslaw.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel for David T Austern, Asbestos PI Future Claimants' Representative*

SAUL EWING LLP

*/s/ Teresa K.D. Currier*
Teresa K.D. Currier (Bar No. (3080)
222 Delaware Avenue, 12th Floor
Wilmington, DE 19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
David Blabey
1177 Avenue Of The Americas
New York, NY 10036
Telephone: (212) 715-9100

*Counsel for the Official Committee of Equity Security Holders*