

March 29, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   170202

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 28, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 02/28/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $1,034.00 | $6,765.51 | $7,799.51 |
| 07 - Applicant's Fee Application - .15543 | $2,298.00 | $0.00 | $2,298.00 |
| 08 - Hearings - .15544 | $1,310.00 | $0.00 | $1,310.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $262.00 | $0.00 | $262.00 |
| 18 - Plan & Disclosure Statement - .15554 | $1,159.50 | $0.00 | $1,159.50 |
| *Client Total* | *$6,063.50* | *$6,765.51* | *$12,829.01* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.90 | $675.00 | $1,282.50 |
| Kramer, Matthew I | 1.50 | $425.00 | $637.50 |
| Sakalo, Jay M | 2.40 | $495.00 | $1,188.00 |
| Snyder, Jeffrey I | 1.90 | $340.00 | $646.00 |
| Flores, Luisa M | 6.50 | $215.00 | $1,397.50 |
| Kurtz, Nicole | 4.80 | $190.00 | $912.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | | *$6,063.50* |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $261.60 |
| Long Distance Telephone-Outside Services | $5,477.49 |
| Miscellaneous Costs | $1,010.00 |
| Westlaw-Online Legal Research | $7.12 |
| Copies | $9.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$6,765.51* |
| *TOTAL BALANCE DUE THIS PERIOD* | *$12,829.01* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 02/03/10 | NK | 0.40 | 76.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/08/10 | NK | 0.40 | 76.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/09/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/11/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/16/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/17/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/18/10 | SLB | 0.80 | 540.00 | Attention to numerous papers and pleadings (.8). |
| 02/23/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/26/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES**                                                                $1,034.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 01/06/10 | Airfare Travel from Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 261.60 |
| 01/07/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02884526; DATE: 1/31/2010 - Account#306300 | 24.90 |
| 01/07/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 819994621; DATE: 2/1/2010 - Account#5306-2200-2539-5504 | 7.12 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 30.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 107.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 149.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 226.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 233.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 254.00 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 275.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 275.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 275.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 289.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 30.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 107.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 114.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 128.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 156.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 191.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 254.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 303.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 303.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 303.00 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 310.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 149.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 156.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 156.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 163.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 163.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 170.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010 - Acct. #5306-2200-2539-5504 | 170.00 |
| 01/14/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02884526; DATE: 1/31/2010 - Account#306300 | 0.54 |
| 01/21/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02884526; DATE: 1/31/2010 - Account#306300 | 13.05 |
| 02/28/10 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for January 2010   $ 1,010.00 | 1,010.00 |
| 02/26/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/26/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/01/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 02/01/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/08/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/08/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/08/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/09/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/09/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/09/10 | Copies 5 pgs @ 0.10/pg | 0.50 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| 02/09/10 | Copies 1 pgs @ 0.10/pg | | 0.10 |
| 02/16/10 | Copies 1 pgs @ 0.10/pg | | 0.10 |
| 02/16/10 | Copies 16 pgs @ 0.10/pg | | 1.60 |
| 02/25/10 | Copies 4 pgs @ 0.10/pg | | 0.40 |
| 02/26/10 | Copies 4 pgs @ 0.10/pg | | 0.40 |

**TOTAL COSTS ADVANCED**                                                                                    **$6,765.51**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| Kurtz, Nicole | 2.60 | $190.00 | $494.00 |
| *TOTAL* | *3.40* | | *$1,034.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $261.60 |
| Long Distance Telephone-Outside Services | $5,477.49 |
| Miscellaneous Costs | $1,010.00 |
| Westlaw-Online Legal Research | $7.12 |
| Copies | $9.30 |
| *TOTAL* | *$6,765.51* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    **$7,799.51**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 02/01/10 | LMF | 1.60 | 344.00 | Finalize, summary and notice for December fees and submit to local counsel for filing (.7); attend to quarterly fee application (1.1). |
| 02/08/10 | LMF | 0.40 | 86.00 | Attend to review of fees and costs for January 2010. |
| 02/09/10 | JMS | 0.80 | 396.00 | Email from J. Baer regarding fraudulent transfer holdbacks and review file regarding same (.8). |
| 02/12/10 | JIS | 1.20 | 408.00 | Review and revise January prebill. |
| 02/16/10 | LMF | 1.10 | 236.50 | Complete description of services for Bilzin Sumberg's quarterly application. |
| 02/16/10 | JIS | 0.10 | 34.00 | Finalize revisions to January prebill and confer with L. Flores thereon. |
| 02/17/10 | JIS | 0.50 | 170.00 | Review and revise 35th quarterly interim fee application. |
| 02/23/10 | LMF | 0.90 | 193.50 | Review edits to final bill and prepare and submit for filing notice and summary of Bilzin Sumberg fees for month of January 2010. |
| 02/25/10 | LMF | 0.70 | 150.50 | Review interim report from fee auditor and attend to obtaining back up information to prepare for response. |
| 02/26/10 | LMF | 1.30 | 279.50 | Draft response to fee auditor's interim report. |

PROFESSIONAL SERVICES                                                                        $2,298.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| Snyder, Jeffrey I | 1.80 | $340.00 | $612.00 |
| Flores, Luisa M | 6.00 | $215.00 | $1,290.00 |
| *TOTAL* | *8.60* | | *$2,298.00* |

CURRENT BALANCE DUE THIS MATTER                                                             $2,298.00

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| 02/10/10 | LMF | 0.20 | 43.00 | Review email and agenda regarding omnibus hearing. |
|---|---|---|---|---|
| 02/10/10 | JMS | 0.30 | 148.50 | Review hearing agenda and email to Committee thereon (.3). |
| 02/11/10 | SLB | 0.20 | 135.00 | Review agenda for February omnibus hearing (.2). |
| 02/11/10 | LMF | 0.30 | 64.50 | Assist with set up of court call confirmations for omnibus hearing. |
| 02/11/10 | JMS | 0.30 | 148.50 | Email to Committee regarding telephonic hearing and review agenda regarding same (.3). |
| 02/11/10 | NK | 1.00 | 190.00 | Arrange for telephonic hearing appearances (0.5); Send confirmations to relevant attorneys (0.5) |
| 02/16/10 | MIK | 0.90 | 382.50 | Attend hearing telephonically (.9). |
| 02/26/10 | JMS | 0.40 | 198.00 | Review summary from M. Kramer regarding financing (.4). |

**PROFESSIONAL SERVICES**     **$1,310.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 0.90 | $425.00 | $382.50 |
| Sakalo, Jay M | 1.00 | $495.00 | $495.00 |
| Flores, Luisa M | 0.50 | $215.00 | $107.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| *TOTAL* | *3.60* | | *$1,310.00* |

**CURRENT BALANCE DUE THIS MATTER**     **$1,310.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 02/08/10 | NK | 0.60 | 114.00 | Research documents relating to Canadian property damage claims |
| 02/09/10 | NK | 0.60 | 114.00 | Check list of claims against objections field |
| 02/11/10 | JIS | 0.10 | 34.00 | Call from claimant re: status of case. |

**PROFESSIONAL SERVICES**                                                                 **$262.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.10 | $340.00 | $34.00 |
| Kurtz, Nicole | 1.20 | $190.00 | $228.00 |
| *TOTAL* | *1.30* | | *$262.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                        **$262.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| 02/03/10 | SLB | 0.30 | 202.50 | Email and transcript from J. Baer regarding insurance neutrality (.3). |
| 02/04/10 | JMS | 0.30 | 148.50 | Review email from J. Baer regarding modifications to Insurance Neutrality motion and review transcript references referred to in notice (.3). |
| 02/23/10 | SLB | 0.60 | 405.00 | Review objection to confirmation of Canada (.6). |
| 02/25/10 | JMS | 0.30 | 148.50 | Review Morgan Stanley stipulation regarding post-petition interest rate (.3). |
| 02/25/10 | MIK | 0.60 | 255.00 | Review Morgan Stanley stipulation and email committee regarding same (.6). |

**PROFESSIONAL SERVICES**                                                              **$1,159.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 0.90 | $675.00 | $607.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 0.60 | $495.00 | $297.00 |
| *TOTAL* | *2.10* | | *$1,159.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                     **$1,159.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP