IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2019 THROUGH JANUARY 31,  2010

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (General Regulatory/Compliance Issues)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2010
Client/Matter #  01246-012100
Invoice # 134024
Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/11/10 | P. Marks | 1.40 | Prepare response to audit letter. |
| 01/12/10 | P. Marks | 1.30 | Gather facts in connection with audit response letter. |
| 01/12/10 | R. Fraker | 0.70 | Summarize information about Brazilian matters for W.R. Grace audit letter; follow-up on characterization of issues. |
| 01/13/10 | P. Marks | 0.80 | Prepare audit letter. |
| 01/15/10 | P. Marks | 0.50 | Prepare audit letter. |

Total Hours :          4.70

Total Fees :     $1,942.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  134024
February 28, 2010
PAGE  2

**Disbursements:**

| | |
|---|---|
| Postage | 1.76 |
| Long Distance Telephone | 0.40 |
| Duplicating | 4.00 |

Total Disbursements :                    $6.16

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 4.00 | $440.00 | $1,760.00 |
| R. Fraker | 0.70 | $260.00 | $182.00 |

Total Fees :                    $1,942.00

Total Disbursements :                    $6.16

TOTAL DUE :                    $1,948.16

# EXHIBIT B

## (Curtis Bay RCRA 2)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2010
Client/Matter #  01246-013923
Invoice # 134026
Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**  **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Curtis Bay RCRA 2**

| | | | |
|---|---|---|---|
| 01/05/10 | P. Marks | 0.50 | Status update re MDE and related emails with team. |
| 01/15/10 | P. Marks | 0.70 | Prepare for and conduct telephone conference with client team and consultants re MDE filter cake technical meeting preparation; emails and voicemails to client re same. |
| 01/26/10 | P. Marks | 0.40 | Review notes and comments from MDE meeting. |

Total Hours :  1.60

Total Fees :  $704.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  134026
February 28, 2010
PAGE   2

**Disbursements:**

Travel Expenses                                    24.75

                            Total Disbursements :              $24.75

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.60 | $440.00 | $704.00 |

|  |  |
|---|---|
| Total Fees : | $704.00 |
| Total Disbursements : | $24.75 |
| **TOTAL DUE :** | **$728.75** |

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                        February 28, 2010
Attn: Lydia B. Duff, Esq.                       Client/Matter #   01246-012629
7500 Grace Drive                                Invoice # 134025
Columbia, MD  21044                             Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/10 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application


01/20/10     P. Marks               0.30      Address pleadings and auditor issues.


                               Total Hours :              0.30

                               Total Fees :            $132.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  134025
February 28, 2010
PAGE  2

**Disbursements:**

Postage                                    5.94

                **Total Disbursements :**              **$5.94**

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $440.00 | $132.00 |

                **Total Fees :**              **$132.00**

       **Total Disbursements :**              **$5.94**

              **TOTAL DUE :**              **$137.94**