IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FEBRUARY 1, 2019 THROUGH FEBRUARY 28,  2010

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    March 12, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012100
7500 Grace Drive                            Invoice # 134142
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**General Regulatory/Compliance Issues**

| | | | |
|---|---|---|---|
| 02/23/10 | L. McAfee | 0.30 | Telephone conference with L. Duff re dioxin issue. |
| 02/23/10 | P. Marks | 0.30 | Telephone conference with L. Duff re dioxin issue and ARB document; follow-up re same. |
| 02/23/10 | D. Brian | 0.50 | Coordinate with P. Marks and telephone conference with ARB re document. |

**Total Hours :**          **1.10**

**Total Fees :**          **$401.50**

BEVERIDGE & DIAMOND, P.C.

INVOICE #  134142
March 12, 2010
PAGE  2

## Disbursements:

Postage                                            0.44

**Total Disbursements :**                        **$0.44**

## Time Summary:

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|-------------|-----------------|-------------|
| L. McAfee  | 0.30        | $465.00         | $139.50     |
| P. Marks   | 0.30        | $440.00         | $132.00     |
| D. Brian   | 0.50        | $260.00         | $130.00     |

**Total Fees :**              **$401.50**

**Total Disbursements :**     **$0.44**

**TOTAL DUE :**               **$401.94**

# EXHIBIT B

## (Curtis Bay RCRA 2)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 12, 2010
Client/Matter #  01246-013923
Invoice # 134143
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Curtis Bay RCRA 2**

| | | | |
|---|---|---|---|
| 02/09/10 | P. Marks | 3.80 | Review and evaluate EPA third request for information, prior requests and responses, and new draft response; telephone conference with B. Errera re diagrams re same and time extension; telephone conference with L. Duff and B. Errera re draft and diagrams; mark-up same. |
| 02/19/10 | P. Marks | 1.30 | Review benthic analysis; voicemail and email to P. Bucens re same; evaluate and email to L. Duff re related landfill permitting issue. |
| 02/22/10 | P. Marks | 2.10 | Prepare for and conduct telephone conferences with P. Bucens re benthic evaluation report; evaluate same. |

Total Hours :                7.20

Total Fees :          $3,168.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #   134143
March 12, 2010
PAGE   2

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 2.10 |

**Total Disbursements :** **$2.10**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 7.20 | $440.00 | $3,168.00 |

| | |
|---|---|
| **Total Fees :** | **$3,168.00** |
| **Total Disbursements :** | **$2.10** |
| **TOTAL DUE :** | **$3,170.10** |

# EXHIBIT C

## (Curtis Bay FUSRAP Bankruptcy Claim Resolution)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 2210**
**201 NORTH CHARLES STREET**
**BALTIMORE, MD 21201-4150**
**(410) 230-3850**

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 12, 2010
Client/Matter #  01246-011548
Invoice # 134141
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

<u>**Curtis Bay FUSRAP Bankruptcy Claim Resolution**</u>

| | | | |
|---|---|---|---|
| 02/25/10 | P. Marks | 0.30 | Begin review of Sledds Point and related communications. |
| 02/26/10 | P. Marks | 1.70 | Detailed review of draft memorandum and telephone conference with P. Bucens re same. |

|  |  |
|---|---|
| **Total Hours :** | **2.00** |
| **Total Fees :** | **$880.00** |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  134141
March 12, 2010
PAGE  2

<u>Time Summary:</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.00 | $440.00 | $880.00 |
|  | **Total Fees :** |  | **$880.00** |
|  | **TOTAL DUE :** |  | **$880.00** |

# EXHIBIT D

**(Bankruptcy Fee Application)**

### LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 12, 2010
Client/Matter #  01246-012629
Invoice # 134148
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/10 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

Disbursements:

| | |
|---|---|
| Postage | 1.83 |
| Duplicating | 8.00 |

Total Disbursements :        $9.83

TOTAL DUE :        $9.83