# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FORTY-NINTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2009 through November 30, 2009 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $14,828.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $56.08 |

This is a:    __XX__ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | Pending | Pending |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | Pending | Pending |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $420.00 | 31.30 | $13,146.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC Bar since 1978 | $625.00 | .30 | $187.50 |
| Heidi C. Price | Associate; Joined firm 2008; Member of MD Bar since 2008 | $230.00 | 6.50 | $1,495.00 |

Total Fees:       $14,828.50
Total Hours:      38.10
Blended Rate:     $ 389.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 38.10 | $14,828.50 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Travel Expenses | | $46.75 |
| Duplicating | | 7.40 |
| Postage | | 1.83 |
| Long Distance Telephone | | 0.10 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period November 1, 2009 through November 30, 2009, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $14,828.50 and actual and necessary expenses in the amount of $56.08 for a total allowance of $14,884.58 and payment of $11,862.80 (80% of the allowed fees) and reimbursement of $56.08 (100% of the allowed expenses) be authorized for a total payment of $11,918.88, and for such other and further relief as this Court may deem just and proper.

Dated: December 22, 2009

BEVERIDGE & DIAMOND, P.C.

_____
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 22nd day of December, 2009.

_____
Notary Public: Debora R. Melnyk
My Commission Expires: May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

December 18, 2009  
Client/Matter # 01246-011548  
Invoice # 132828  
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/04/09 | P. Marks | 1.30 | Evaluate Hazen and Geotrans reports re Sledds Point; prepare and provide comments to P. Bucens re same. |
| 11/11/09 | P. Marks | 0.80 | Prepare for and conduct telephone conference with P. Bucens re RWDA institutional controls. |
| 11/18/09 | P. Marks | 2.00 | Telephone conference with team re RWDA and institutional controls; telephone conference with E. Hammerberg (State) re same; email team re same. |
| 11/23/09 | P. Marks | 1.30 | Telephone conference with B. Dye and E. Hammerberg (MDE) and P. Bucens re institutional controls; follow-up emails and telephone conferences re same; evaluate same. |
| 11/24/09 | P. Marks | 0.20 | Coordinate with MDE re institutional control evaluation for RWDA. |
| 11/25/09 | P. Marks | 0.30 | Review Hazen revised report and transmit same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  132828
December 18, 2009
PAGE   2

|  |  |
|---|---|
| Total Hours : | 5.90 |
| Total Fees : | $2,478.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  132828
December 18, 2009
PAGE   3

**Disbursements:**

Long Distance Telephone                                    0.10

                                    **Total Disbursements :**                $0.10

**Time Summary:**

|           | Hours Worked | Billed Per Hour | Bill Amount |
|-----------|--------------|-----------------|-------------|
| P. Marks  | 5.90         | $420.00         | $2,478.00   |

                                    **Total Fees :**                $2,478.00

                                **Total Disbursements :**                $0.10

                                    **TOTAL DUE :**                $2,478.10

# EXHIBIT B

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

December 18, 2009  
Client/Matter #  01246-013923  
Invoice # 132830  
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/04/09 | P. Marks | 0.90 | Telephone conference with L. Duff re filter cake landfill and MDE groundwater contamination allegations; begin review of issues re same. |
| 11/06/09 | P. Marks | 4.00 | Review background materials; conduct telephone conference with team re state cleanup requirement (filter cake landfill plume); follow-up evaluation. |
| 11/09/09 | P. Marks | 3.80 | Conference with R. Errera at Curtis Bay Plant re groundwater contamination and landfill records; review same. |
| 11/09/09 | P. Marks | 0.40 | Conference with R. Errera re OMC plant issue. |
| 11/10/09 | K. Bourdeau | 0.30 | Telephone conference with P. Marks and H. Price re legal strategy. |
| 11/10/09 | P. Marks | 1.20 | Evaluate legal and factual issues; telephone conference with K. Bourdeau and H. Price re background and possible strategies; direct H. Price re targeted research; review additional information from R. Errera. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  132830
                                                             December 18, 2009
                                                             PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/10/09 | H. Price | 2.50 | Conference with P. Marks and K. Bourdeau re interplay of RCRA Corrective Action with State enforcement and research re same. |
| 11/11/09 | P. Marks | 2.50 | Evaluate M. Shupe analysis of differences in technical approach with MDE; telephone conference with team re same. |
| 11/11/09 | H. Price | 1.50 | Continue research and draft email correspondence with P. Marks re interplay of RCRA Corrective Action and State enforcement, and Alternative Concentration Limit policy and application. |
| 11/12/09 | P. Marks | 0.70 | Review and evaluate H. Price research re RCRA corrective action and state landfill law interface. |
| 11/12/09 | P. Marks | 0.20 | Coordinate re RCRA BB issues. |
| 11/12/09 | H. Price | 2.50 | Continue research and email correspondence with P. Marks re interplay of RCRA Corrective Action and State enforcement, Alternative Concentration Limit policy and application, and EPA's One Cleanup Program. |
| 11/13/09 | P. Marks | 1.70 | Prepare for and participate in telephone conference re filter cake landfill issues evaluation. |
| 11/18/09 | P. Marks | 0.90 | Telephone conference with E. Dexter; telephone conference with L. Duff re same; contact State re meeting times. |
| 11/19/09 | P. Marks | 1.70 | Prepare for and conduct telephone conference with team re BB rule application. |
| 11/19/09 | P. Marks | 0.40 | Attempt to contact M. Hynson re meeting; coordinate with P. Bucens re same. |
| 11/20/09 | P. Marks | 0.20 | Attempt to reach MDE; coordinate with team re preparation. |
| 11/23/09 | P. Marks | 1.40 | Telephone conference with M. Hynson re meeting; coordinate with team re same; prepare for same. |
| 11/24/09 | P. Marks | 1.80 | Review Shupe proposal and prepare for MDE filter cake meeting; telephone conference with Grace team re same; follow-up re scheduling; evaluate tasks. |

BEVERIDGE & DIAMOND, P.C.                                           INVOICE #  132830
                                                                    December 18, 2009
                                                                    PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/25/09 | P. Marks | 0.70 | Evaluate tasks and strategy; email L. Duff re same. |
| 11/30/09 | P. Marks | 1.10 | REview LDAR log for OMC plant; provide comments to R. Errera re same and wrap-up of related issues. |
| 11/30/09 | P. Marks | 1.50 | Evaluate landfill data and technical issues to support strategy development. |

                                    Total Hours :                   31.90

                                    Total Fees  :               $12,224.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 132830  
December 18, 2009  
PAGE 4

**Disbursements:**

Travel Expenses          46.75

         Total Disbursements :    $46.75

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.30 | $625.00 | $187.50 |
| P. Marks | 25.10 | $420.00 | $10,542.00 |
| H. Price | 6.50 | $230.00 | $1,495.00 |

        Total Fees :    $12,224.50

       Total Disbursements :    $46.75

        **TOTAL DUE :**    $12,271.25

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn          December 18, 2009
Attn: Lydia B. Duff, Esq.         Client/Matter #  01246-012629
7500 Grace Drive                  Invoice # 132829
Columbia, MD  21044               Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/09 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| | | | |
|---|---|---|---|
| 11/03/09 | P. Marks | 0.30 | Review petitions and backup materials. |

                                  Total Hours :              0.30

                                  Total Fees :            $126.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #   132829
                                                                   December 18, 2009
                                                                   PAGE   2

**Disbursements:**

    Postage                                                  1.83
    Duplicating                                              7.40

                                                            Total Disbursements :                           $9.23

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.30         | $420.00         | $126.00     |

                                                              Total Fees :                                    $126.00

                                         Total Disbursements :                           $9.23

                                                       TOTAL DUE :                                     $135.23