# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: April 20, 2010**

**Hearing Deadline: to be scheduled, if necessary**

# FEE DETAIL FOR OGILVY RENAULT LLP'S THIRTY-EIGHTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



| | |
|---|---|
| Client: W.R. GRACE & CO. | March 11, 2010 |
| RE: Litigation and litigation consulting | INVOICE: 976888 |
| Matter No.: 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2010

| | |
|---|---|
| FEES | $94,978.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 2,993.63 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $97,972.13 |

Canadian Funds



---

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



**OGILVY RENAULT**

W.R. GRACE & CO.                                                         01016442-0006

RE:   Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| O. Pasparakis | 75.7 | $57,532.00 |
| S. Rothfels | 1.5 | $840.00 |
| A. Kuntz | 87.1 | $33,969.00 |
| V. Sinha | 8.5 | $2,082.50 |
| N. Saint-Martin | 3 | $555.00 |
| Total | 175.80 | $94,978.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/10 | Allison Kuntz | Drafting materials for stay extension motion (3.30); discussing same with O. Pasparakis (.20); emailing J. Baer and R. Finke in respect of same (.10); revising report as per the comments of J. Baer and R. Finke (.30); reading Crown's Factum for motion for Leave to Appeal (1.30); drafting Factum in response to Crown's motion for Leave to Appeal (5.00). | 10.20 | $3,978.00 |
| 1/2/10 | Orestes Pasparakis | Reviewing and considering Factum of the Crown for leave to appeal (1.3); reviewing and considering Factum for Appeal (1.1). | 2.40 | $1,824.00 |
| 2/2/10 | Allison Kuntz | Reviewing case law in respect of leave to appeal (2.0); cites for Leave to Appeal Factum (3.0); drafting response to Leave to Appeal Factum (3.30); drafting stay extension Order (.30); exchanging emails with Crown in respect of same (.20). | 8.80 | $3,432.00 |
| 2/2/10 | Orestes Pasparakis | Drafting Leave to Appeal Factum for the Court of Appeal. | 7.70 | $5,852.00 |
| 3/2/10 | Orestes Pasparakis | Revising leave factum. | 6.20 | $4,712.00 |
| 3/2/10 | Allison Kuntz | Revising response to Leave to Appeal Factum as per the comments of O. Pasparakis (3.30); preparing Compendium (3.00); reviewing revisions to Factum with O. Pasparakis (2.00); drafting Appeal Factum (4.00). | 12.30 | $4,797.00 |

INVOICE: 976888



W.R. GRACE & CO.                                                                                      01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/2/10 | Allison Kuntz | Revising response to Leave to Appeal Factum (3.00); drafting Appeal Factum (4.00); cites on Facta (3.20); emailing US counsel in respect of same (.20). | 10.40 | $4,056.00 |
| 4/2/10 | Susan Rothfels | Reviewing and revising appeal factum. | 1.50 | $840.00 |
| 4/2/10 | Orestes Pasparakis | Finalizing draft of leave factum. | 8.20 | $6,232.00 |
| 5/2/10 | Allison Kuntz | Drafting Appeal Factum. | 3.50 | $1,365.00 |
| 6/2/10 | Allison Kuntz | Drafting Facta in respect of Crown's Appeal (3.50); reviewing case law in Crown's Facta (1.50). | 5.00 | $1,950.00 |
| 7/2/10 | Allison Kuntz | Reviewing Facta in respect of Crown Appeal (1.00); revising Appeal Factum as per O. Pasparakis' revisions (1.30); revising Leave to Appeal Factum as per the comments of J. Baer (1.00). | 3.30 | $1,287.00 |
| 7/2/10 | Orestes Pasparakis | Drafting appeal factum. | 7.80 | $5,928.00 |
| 8/2/10 | Allison Kuntz | Revising facta in respect of Crown Appeal as per O. Pasparakis (5.0); revising Compendium for appeal (2.0); revising Brief of Authorities for Appeal (2.0). | 9.00 | $3,510.00 |
| 8/2/10 | Vasuda Sinha | Finalizing facta responding to Crown appeal and Crown leave to appeal facta. | 8.50 | $2,082.50 |
| 8/2/10 | Nicholas Saint-Martin | Finalizing citations and footnotes for factum on appeal. | 2.50 | $462.50 |
| 8/2/10 | Orestes Pasparakis | Finalizing Leave to Appeal Factum (3.6); finalizing Appeal Factum (3.4); conference call with client (0.7); emails regarding settlement with Representative counsel (0.3). | 8.00 | $6,080.00 |
| 9/2/10 | Nicholas Saint-Martin | Delivering affidavit to the Court of Appeal of Ontario. | 0.50 | $92.50 |
| 9/2/10 | Orestes Pasparakis | Finalizing facta (2.6); following-up on the filing of same (0.8); preparing for motion (0.5). | 3.90 | $2,964.00 |

INVOICE: 976888



W.R. GRACE & CO.  01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/2/10 | Allison Kuntz | Finalizing facta for filing (5.0); following up with Service List regarding receipt of materials (1.0); speaking with Court of Appeal in respect of the filing of materials (.30). | 6.30 | $2,457.00 |
| 10/2/10 | Allison Kuntz | Finalizing draft order in respect of motion to extend stay (.30); discussing possibility of court mediation with Crown (.50); discussing same with O. Pasparakis (.20). | 1.00 | $390.00 |
| 10/2/10 | Orestes Pasparakis | Preparing for and attending motion (2.5); discussions with M. Moloci regarding settlement (0.3). | 2.80 | $2,128.00 |
| 10/2/10 | Orestes Pasparakis | Discussions with Grace regarding settlement with Representative Counsel and Crown counsel. | 0.60 | $456.00 |
| 11/2/10 | Orestes Pasparakis | Following-up on next steps in settlement (0.3); following-up on next steps in appeal (0.3). | 0.60 | $456.00 |
| 11/2/10 | Allison Kuntz | Discussing possibility of court mediation with Crown (.20); discussing same with O. Pasparakis (.10). | 0.30 | $117.00 |
| 16/2/10 | Orestes Pasparakis | Preparing court materials for Court of Appeal Hearing. | 3.30 | $2,508.00 |
| 16/2/10 | Allison Kuntz | Reviewing Notice of Appeal (.20); reviewing Crown case law (1.50). | 1.70 | $663.00 |
| 17/2/10 | Allison Kuntz | Exchanging emails with Representative Counsel in respect of their facta (.20); reviewing crown's case law in respect of Motion for Leave to Appeal and Appeal Motion (2.0). | 2.20 | $858.00 |
| 17/2/10 | Orestes Pasparakis | Preparing oral submissions for appeal. | 4.70 | $3,572.00 |
| 18/2/10 | Orestes Pasparakis | Preparing for Court of Appeal. | 6.70 | $5,092.00 |
| 18/2/10 | Allison Kuntz | Drafting case summaries of Crown's case law in respect of Motion for Leave to Appeal and Appeal Motion ( 6.50 ); reviewing oral argument with O. Pasparakis (1.00); exchanging emails with Representative Counsel in respect of hearing (.20). | 7.70 | $3,003.00 |

INVOICE: 976888



W.R. GRACE & CO.                                                                                    01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 19/2/10 | Allison Kuntz | Attending Crown's Motion for Leave to Appeal and Appeal Motion. | 3.30 | $1,287.00 |
| 19/2/10 | Orestes Pasparakis | Preparing for and attending Court of Appeal (7.3); participating in discussions regarding settlement (0.7); reporting to client (0.4). | 8.40 | $6,384.00 |
| 22/2/10 | Allison Kuntz | Reviewing endorsement of the Court of Appeal dismissing the Crown's motion for leave to appeal (.10); circulating endorsement (.10). | 0.20 | $78.00 |
| 22/2/10 | Orestes Pasparakis | Following-up on Court of Appeal decision (0.3); considering next steps (0.2). | 0.50 | $380.00 |
| 23/2/10 | Allison Kuntz | Drafting Order regarding Court of Appeal's dismissal of the Crown (.30); circulating draft Order (.10); revising Order as per comments of the Crown (.20). | 0.60 | $234.00 |
| 23/2/10 | Orestes Pasparakis | Following-up on form of order. | 0.50 | $380.00 |
| 24/2/10 | Orestes Pasparakis | Following-up on development. | 0.30 | $228.00 |
| 24/2/10 | Allison Kuntz | Reviewing Certificate of Counsel in respect of the Crown's motion for Leave to Appeal (.30); emailing J. Baer in respect of same (.10). | 0.40 | $156.00 |
| 25/2/10 | Orestes Pasparakis | Participating in conference call with client (0.8); participating in conference call and exchanging emails with Representative Counsel (1.6); reporting to client (0.4). | 2.80 | $2,128.00 |
| 25/2/10 | Allison Kuntz | Participating in conference call with US counsel (.20); participating in conference call with Representative Counsel in respect of Special Counsel Application (.30); emailing US Counsel in respect of same (.40). | 0.90 | $351.00 |
| 26/2/10 | Orestes Pasparakis | Following-up on settlement issues. | 0.30 | $228.00 |
| | | **TOTAL FEES** | | **$94,978.50** |

INVOICE: 976888



**OGILVY RENAULT**

W.R. GRACE & CO.                                                               01016442-0006

RE:   Litigation and litigation consulting

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 887.90 |
| Long distance calls | 28.78 |
| Overtime - Secretarial | 195.00 |
| Courier service | 111.83 |
| External DB Search/Quicklaw | 13.49 |
| Travel expenses | 106.00 |
| Process server fee | 325.00 |
| Hotel Accommodations | 469.62 |
| Meals - outside Canada | 53.50 |
| Overtime - meals | 6.67 |
| Taxis | 86.95 |
| Airfare | 708.89 |
| | **$2,993.63** |

## DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 21/1/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 80.00 |
| 24/1/10 | Orestes Pasparakis | Frais de déplacement/Travel expenses | 106.00 |
| 24/1/10 | Orestes Pasparakis | Taxis | 10.60 |
| 24/1/10 | Orestes Pasparakis | Taxis | 4.24 |
| 25/1/10 | Orestes Pasparakis | Hébergement/Hotel Accommodations | 469.62 |
| 25/1/10 | Orestes Pasparakis | Billet d'avion/Airfare | 708.89 |
| 25/1/10 | Orestes Pasparakis | Taxis | 57.69 |
| 25/1/10 | Orestes Pasparakis | Repas hors Canada/Meals - outside Canada | 53.50 |
| 29/1/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES KAP LITIGATION SERVICES | 65.00 |
| 1/2/10 | Allison Kuntz | Copies | 148.70 |
| 2/2/10 | Allison Kuntz | Long distance calls 12049574691 | 0.69 |
| 2/2/10 | Lisa Lefkowitz | External DB Search/Quicklaw | 3.01 |
| 2/2/10 | Allison Kuntz | Long distance calls 13066537777 | 0.70 |
| 2/2/10 | Allison Kuntz | Copies | 3.80 |
| 2/2/10 | Allison Kuntz | Copies | 13.40 |
| 2/2/10 | Karen Ostrom | Long distance calls 13062272222 | 0.70 |
| 3/2/10 | Allison Kuntz | Copies | 0.60 |
| 8/2/10 | Allison Kuntz | Overtime - Secretarial | 195.00 |
| 8/2/10 | Allison Kuntz | Overtime - meals - DÉPENSES/EXPENSES | 6.67 |
| 8/2/10 | Allison Kuntz | Copies | 12.40 |

INVOICE: 976888



W.R. GRACE & CO.                                                                                           01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 8/2/10 | Allison Kuntz | Copies | 0.80 |
| 8/2/10 | Allison Kuntz | Long distance calls 19055264377 | 3.36 |
| 8/2/10 | Allison Kuntz | Long distance calls 19055264377 | 0.41 |
| 8/2/10 | Allison Kuntz | Copies | 2.20 |
| 8/2/10 | Allison Kuntz | Copies | 294.10 |
| 8/2/10 | Allison Kuntz | Copies | 307.20 |
| 8/2/10 | Karen Ostrom | External DB Search/Quicklaw | 0.58 |
| 9/2/10 | Allison Kuntz | Long distance calls 12049574691 | 0.69 |
| 9/2/10 | Allison Kuntz | Copies | 59.10 |
| 9/2/10 | Allison Kuntz | Copies | 7.20 |
| 9/2/10 | Allison Kuntz | Long distance calls 19055231333 | 3.36 |
| 9/2/10 | Allison Kuntz | Long distance calls 19055231333 | 0.48 |
| 9/2/10 | Karen Ostrom | Long distance calls 13062272222 | 0.70 |
| 9/2/10 | Allison Kuntz | External DB Search/Quicklaw | 9.90 |
| 9/2/10 | Allison Kuntz | Long distance calls 13066537777 | 1.41 |
| 9/2/10 | Karen Ostrom | Long distance calls 15148744629 | 0.66 |
| 9/2/10 | Karen Ostrom | Long distance calls 19055231333 | 0.96 |
| 9/2/10 | Orestes Pasparakis | Courier service-QA Invoice #93317 | 4.88 |
| 9/2/10 | Allison Kuntz | Long distance calls 13066537777 | 2.12 |
| 9/2/10 | Allison Kuntz | Courier service-QA Invoice #93317 | 41.63 |
| 9/2/10 | Allison Kuntz | Copies | 34.00 |
| 9/2/10 | Orestes Pasparakis | Courier service-QA Invoice #93317 | 18.06 |
| 9/2/10 | Orestes Pasparakis | Courier service-QA Invoice #93317 | 14.63 |
| 9/2/10 | Orestes Pasparakis | Courier service-QA Invoice #93317 | 32.63 |
| 9/2/10 | Allison Kuntz | Copies | 3.40 |
| 9/2/10 | Allison Kuntz | Copies | 0.80 |
| 9/2/10 | Allison Kuntz | Taxis - ALLISON KUNTZ | 14.42 |
| 10/2/10 | Allison Kuntz | Long distance calls 15142838117 | 1.32 |
| 10/2/10 | Allison Kuntz | Long distance calls 15149108117 | 3.96 |
| 11/2/10 | Karen Ostrom | Copies | 0.20 |
| 11/2/10 | Allison Kuntz | Long distance calls 15142838117 | 7.26 |
| 12/2/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 100.00 |
| 12/2/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 40.00 |
| 25/2/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 40.00 |
| | | TOTAL | $2,993.63 |

INVOICE: 976888



**OGILVY RENAULT**

Client:     W.R. GRACE & CO.
RE:         Fee Applications, Applicant
Matter No.: 01016442-0008

March 11, 2010
INVOICE: 979034

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2010

| | |
|---|---:|
| FEES | $1,670.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 79.34 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,749.84 |

**COPY**

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com



W.R. GRACE & CO.                                                                                 01016442-0008

RE:   Fee Applications, Applicant

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1.2 | $690.00 |
| P. Adams | 1.2 | $228.00 |
| K. Legree | 4.3 | $752.50 |
| Total | 6.70 | $1,670.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/10 | Teresa Walsh | Reviewing and swearing 36th Monthly Fee Application. | 0.40 | $230.00 |
| 1/2/10 | Penny Adams | Dealing with issues relating to 36th Monthly Fee Application. | 0.20 | $38.00 |
| 2/2/10 | Katie Legree | Finalizing 36th Monthly Fee Application (0.20); organizing service and filing of same (0.20). | 0.40 | $70.00 |
| 2/2/10 | Penny Adams | Dealing with issues relating to 36th Monthly Fee Application. | 0.20 | $38.00 |
| 3/2/10 | Penny Adams | Reviewing and commenting on 12th Quarterly Fee Application. | 0.50 | $95.00 |
| 4/2/10 | Penny Adams | Reviewing 12th Quarterly Fee Application. | 0.30 | $57.00 |
| 4/2/10 | Katie Legree | Finalizing 12th Quarterly Fee Application (0.50); forwarding same to client for review (0.10). | 0.60 | $105.00 |
| 5/2/10 | Katie Legree | Finalizing 12th Quarterly Fee Application for signature. | 0.20 | $35.00 |
| 11/2/10 | Teresa Walsh | Reviewing and swearing 12th Quarterly Interim Fee Application. | 0.40 | $230.00 |
| 12/2/10 | Katie Legree | Finalizing 12th Quarterly Fee Application (0.20); forwarding 12th Quarterly Fee Application for service and filing (0.10); forwarding 12th Quarterly Fee Application to auditor (0.10). | 0.40 | $70.00 |

INVOICE: 979034



W.R. GRACE & CO.                                                              01016442-0008

RE:  Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 22/2/10 | Katie Legree | Preparing 37th Monthly Fee Application (2.0); reporting to R. Finke (0.10); reporting to T. Walsh (0.10). | 2.20 | $385.00 |
| 22/2/10 | Teresa Walsh | Reviewing and swearing 37th Monthly Fee Application. | 0.40 | $230.00 |
| 23/2/10 | Katie Legree | Finalizing 37th Monthly Fee Application (0.30); arranging for service and filing of 37th Monthly Fee Application (0.10); submitting 37th Monthly Fee Application to Fee Auditor (0.10). | 0.50 | $87.50 |
| | | **TOTAL FEES** | | **$1,670.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 4.60 |
| Courier service | 74.74 |
| | $79.34 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 3/2/10 | Derrick C. Tay | Courier service FedEx shipment #435904183998 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 03-02-2010, GST: 0.00, QST: 0.00 | 30.25 |
| 12/2/10 | Derrick C. Tay | Courier service FedEx shipment #435904184468 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 12-02-2010, GST: 0.00, QST: 0.00 | 44.49 |
| 12/2/10 | Christine James | Copies | 2.30 |
| 23/2/10 | Christine James | Copies | 2.30 |
| | | TOTAL | $79.34 |

INVOICE: 979034