**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 4/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE NINETEENTH MONTHLY INTERIM
PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010**

Name of Applicant:                                  Alan B. Rich, Esq.

Authorized to Provide Services To:        Hon. Alexander M. Sanders, Jr.,
                                                               Legal Representative for Future Asbestos-
                                                               Related Property Damage Claimants
                                                               and Holders of Demands

Date of Retention:                                    September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:              March 1, 2010 through March 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                    $7,200.00   [80% of $9,000.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:       $150.56

This is a(n):    ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | CNO Filed | CNO Filed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour.  In this Application period Mr. Rich billed 15.0 hours,[2] for a total amount billed of $9,000.00 of which 80% is currently sought, in the amount of $7,200.00, plus 100% of the expenses incurred during this period, in the amount of $150.56, for a total currently sought of $7,350.56.

As stated above, this is the Nineteenth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $900.00 will be requested in a future application.

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 12.0 | $7,200.00 |
| Fee Application Matters (Incl. Monthly and Quarterly Applications of  FCR & Local Counsel) | 3.0 | $1,800.00 |
| TOTAL | 15.0 hours | $9,000.00 |

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Airline Cancellation Fee (Change to Telephone Omnibus hearing) | $150.00 |
| Pacer | $0.56 |
| TOTAL | $150.56 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 1st day of April, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (March, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 3/1/2010 | Review Twenty-Eighth Omnibus Objection to Employee Claims | 0.5 |
| 3/1/2010 | Review Certification of Counsel Regarding Resolution of Crown Appeal of Amended and Restated Canadian ZAI Minutes of Settlement | 0.3 |
| 3/2/2010 | Prepare and file 18th Monthly Fee Application | 1.5 |
| 3/2/2010 | Prepare and file Certificate of No Objection re the PD FCR's 12th Monthly Fee Application | 0.1 |
| 3/2/2010 | Prepare and file Certificate of No Objection re the 35th Quarterly Fee Period Application | 0.1 |
| 3/2/2010 | Prepare and file Certificate of No Objection re the 35th Quarterly Fee Period Application of the PD FCR | 0.1 |
| 3/4/2010 | Email from Debtors' counsel re pension plan conference | 0.1 |

Page 1 of 5

| | | |
|---|---|---|
| 3/4/2010 | Review draft of proposed key employee incentive plan for 2010-2012 and emails to R. Wyron re same | 0.6 |
| 3/5/2010 | Review Monthly Operating Report for January 2010 | 0.4 |
| 3/8/2010 | Review Maryland Casualty Response to Debtors' claim objection | 0.5 |
| 3/9/2010 | Review Fee Auditors' Report on 34th Quarterly Application period and email to client re same | 0.2 |
| 3/9/2010 | Review Property Damage Settlement Motions for Health Care Corporation of St. John's, McMaster University, Mourguard Investments, Toronto District School Board and Hamilton Wentworth District School Board | 0.6 |
| 3/9/2010 | Review Libby Claimants' Joinder in Debtors' Objection to Maryland Casualty Claims | 0.1 |
| 3/10/2010 | Telephone Conference with client | 0.1 |
| 3/10/2010 | Email from R. Wyron re LTIP Motion | 0.1 |
| 3/11/2010 | Review Fee Auditor's Amended Final Report for 34th Quarter | 0.2 |
| 3/11/2010 | Email from Debtors' counsel re March Omnibus hearing | 0.1 |
| 3/12/2010 | Preparation and filing of the 13th Monthly Fee Application of PD FCR and notice thereof | 0.5 |
| 3/15/2010 | Review Certification of Counsel re 34th Quarterly Fee Applications | 0.1 |
| 3/15/2010 | Review Certification of Counsel re 34th Quarterly Project Categories | 0.1 |
| 3/15/2010 | Review Agenda for March Omnibus hearing | 0.2 |
| 3/17/2010 | Email from Debtors' counsel re March Omnibus hearing | 0.1 |
| 3/17/2010 | Review Order approving 34th Quarterly Fee Applications | 0.1 |

| | | |
|---|---|---|
| 3/18/2010 | Review Joint Motions to enter Stipulations resolving Plan Objections of National Union and Longacre | 0.4 |
| 3/18/2010 | Review Amended Agenda for March Omnibus hearing | 0.1 |
| 3/18/2010 | Review Certificate of No Objection re motion to make contributions to defined benefit plans | 0.1 |
| 3/18/2010 | Review Motion to implement Long Term Incentive Plan | 0.2 |
| 3/18/2010 | Review Property Damage Settlement Motions for City of Vancouver, Avalon East School District, Fairmall Leaseholds, Atlantic Shopping Mall, Conseillers Immobiliers and University of Guelph | 0.5 |
| 3/19/2010 | Review Second Amended Agenda for March Omnibus hearing | 0.2 |
| 3/19/2010 | Review Stipulation Among the Plan Proponents and CNA Regarding Certain Actions Against Sealed Air | 0.3 |
| 3/19/2010 | Review Certification of Counsel re Canadian ZAI Claimants Application for Appointment of Special Counsel and of Counsel to the Representative Counsel | 0.3 |
| 3/19/2010 | Review Joinder of the PI FCR is Debtors' Objections to Maryland Casualty Claims | 0.1 |
| 3/19/2010 | Review Order Striking Pro Se Intervention | 0.1 |
| 3/19/2010 | Conference with client re March Omnibus | 0.1 |
| 3/19/2010 | Email from Debtors' counsel re March Omnibus | 0.1 |
| 3/19/2010 | Review Notice of Withdrawal of CAN Stipulation | 0.1 |
| 3/22/2010 | Review replacement Stipulation Among the Plan Proponents and CNA Regarding Certain Actions Against Sealed Air | 0.2 |
| 3/22/2010 | Conference with client re March Omnibus | 0.1 |
| 3/22/2010 | Review Third Amended Agenda for March Omnibus | 0.1 |

| 3/22/2010 | Review of Fourth Set of Plan Modifications and emails to and from Plan Proponents re same | 2.0 |
|---|---|---|
| 3/22/2010 | Review Revised Chart of Objections and Confirmation Requirements | 0.5 |
| 3/24/2010 | Prepare CNO for 18th Monthly Fee Application | 0.2 |
| 3/24/2010 | Emails to and from client re PD FCR fee application | 0.1 |
| 3/24/2010 | Email from debtor re PD FCR's January fees | 0.1 |
| 3/25/2010 | Emails to and from R. Wyron re LTIP Motion issues | 0.2 |
| 3/26/2010 | Review revisions to LTIP Certification of Counsel | 0.2 |
| 3/26/2010 | Review Modified Order Granting the Canadian ZAI Claimants' Application for Appointment of Special Counsel | 0.1 |
| 3/26/2010 | Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2010 | 0.1 |
| 3/26/2010 | Review Notice of Hearing re March Omnibus matters for hearing at April Omnibus | 0.1 |
| 3/29/2010 | Emails to and from debtors' counsel re conference call | 0.1 |
| 3/30/2010 | Conference call re Pension Plan issues | 0.5 |
| 3/30/2010 | Review Certificates of No Objection regarding PD Settlement Motions for Health Care Corporation of St. John's, McMaster University, Mourguard Investments, Toronto District School Board and Hamilton Wentworth District School Board | 0.3 |
| 3/30/2010 | Review Certificates of No Objection regarding compromises of Longacre and National Union classification motions | 0.1 |
| 3/30/2010 | Review Motion to approve final fee applications in the fraudulent transfer litigation | 0.2 |

| | | |
|---|---|---|
| 3/30/2010 | Review Rule 9019 Motion re settlement of Employers Mutual Casualty Company, Mutual Marine Offce, Inc., Pacific Mutual Marine Office, Inc., and Mutual Marne Office of the Midwest Claims | 0.2 |
| 3/30/2010 | Review Bank Lender Group's Reservation Of Rights And Limited Response To Plan Proponents' Updated And Amended Chart Summarizing Confirmation Requirements And Remaining Objections To The First Amended Joint Plan Of Reorganization | 0.2 |
| 3/31/2010 | Prepare CNO for Judge Sanders' 13th Fee Application | 0.1 |

Total: 15.0 hours @ $600.00/hour = $9,000.00

Expenses:   Detail on Exhibit 1– $150.56

**Total Fees and Expenses Due:**   **$9,150.56**

EXPENSES FOR MARCH 2010                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 3/22/2010 | Airline Ticket Cancellation Penalty (Omnibus changed to Telephone only) | $150.00 |
| 3/22/2010 | Pacer | $0.56 |
| | TOTAL EXPENSES | $150.56 |