# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** April 22, 2010, at 4:00 p.m. |
| | ) | **Hearing Date:**    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

A-1

## Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/10/2010 | Christopher T Greco | 0.40 | Correspond and confer with C. Finke and R. Higgins re tax claims. |
| 2/11/2010 | Christopher T Greco | 0.30 | Correspond with C. Finke and R. Higgins re tax claims issues. |
| 2/16/2010 | Kimberly K Love | 1.00 | Prepare and organize materials requested by J. Baer re twenty-fifth omnibus claims objections. |
| 2/19/2010 | Christopher T Greco | 0.50 | Correspond with T. Freedman, J. Baer, R. Higgins and client re 10K updates re tax claims and review materials re same. |
| 2/25/2010 | Deborah L Bibbs | 6.50 | Cross-check active dockets and databases re materials relating to non-asbestos claim settlement information. |
| | Total: | 8.70 | |

A-2

### Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/1/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket report. |
| 2/1/2010 | Kimberly K Love | 3.00 | Prepare and organize materials for inclusion in applicable case databases. |
| 2/2/2010 | Anton I Stoyanov | 0.10 | Review and disseminate docket report. |
| 2/4/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket report. |
| 2/5/2010 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
| 2/5/2010 | Deborah L Bibbs | 1.50 | Update applicable case databases with recent pleadings and resource documents. |
| 2/8/2010 | Anton I Stoyanov | 0.80 | Review and disseminate docket report. |
| 2/8/2010 | Kimberly K Love | 5.60 | Prepare and organize materials, including attorney work product, for inclusion in applicable case database. |
| 2/10/2010 | Deborah L Bibbs | 6.00 | Review active dockets, pleadings and correspondence to update and revise critical dates list (3.9); review and cross-check active dockets, pleadings and correspondence to update case databases and file information (2.1). |
| 2/11/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket report. |
| 2/12/2010 | Anton I Stoyanov | 0.50 | Review and disseminate docket report re special counsel. |
| 2/15/2010 | Deborah L Bibbs | 3.70 | Review and cross-check active dockets, pleadings and correspondence to update databases and file information. |
| 2/16/2010 | Anton I Stoyanov | 1.50 | Review and disseminate docket report. |
| 2/16/2010 | Deborah L Bibbs | 1.40 | Review and cross-check active dockets, pleadings and correspondence to update databases and file information. |
| 2/18/2010 | Holly Bull | 0.50 | Review updates to critical dates list and respond to conflicts-related correspondence. |
| 2/22/2010 | Anton I Stoyanov | 0.20 | Review and disseminate docket report. |
| 2/23/2010 | Anton I Stoyanov | 0.20 | Review and disseminate docket report. |
| 2/24/2010 | Holly Bull | 2.00 | Review and respond to general case correspondence, critical dates issue, conflicts-related inquiries and other case correspondence, and review and update materials re same. |
| 2/25/2010 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |
| 2/26/2010 | Anton I Stoyanov | 0.50 | Review and disseminate docket report. |

A-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/26/2010 | Deborah L Bibbs | 6.80 | Review dockets, pleadings and correspondence to update and revise critical dates list (3.7); update database information re same (3.1). |
| | Total: | 36.20 | |

A-4

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/18/2010 | Deanna D Boll | 1.40 | Review audit request and confer with J. Baer et al. re same. |
| 2/22/2010 | Deanna D Boll | 2.00 | Review disclosure statement and draft audit letter from Dec. 2009 and consider issues re updates to same. |
| 2/23/2010 | Deanna D Boll | 1.80 | Confer with J. Hughes, J. Baer and M. Lim re audit letter and edit same. |
| 2/24/2010 | Deanna D Boll | 1.10 | Confer with D. Armstrong, R. Oslan, M. Lim, et al. re audit letter. |
|  | Total: | 6.30 |  |

A-5

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/8/2010 | Deborah L Bibbs | 6.30 | Review and categorize adversary and district court case pleading information to be incorporated into applicable document databases. |
| | Total: | 6.30 | |

A-6

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/10/2010 | Lisa G Esayian | 0.50 | Confer with D. Bernick, T. Freedman and J. Baer re agenda items for February 16 hearing. |
| 2/10/2010 | Theodore L Freedman | 0.50 | Confer with K&E team members re upcoming hearing issues. |
| 2/11/2010 | Christopher T Greco | 0.30 | Correspond with J. Baer re exit financing motion presentation and agenda and preparations re Feb 16 hearing. |
| 2/11/2010 | Deanna D Boll | 0.30 | Review amended agenda for omnibus hearing and confer with J. O'Neill re same. |
| 2/16/2010 | Christopher T Greco | 0.40 | Attend telephonic omnibus hearing in connection with exit financing motion. |
| 2/16/2010 | Deanna D Boll | 1.20 | Participate in omnibus hearing telephonically re confirmation timing and open issues. |
| 2/16/2010 | David M Bernick, P.C. | 1.00 | Prepare for omnibus hearing. |
| 2/16/2010 | John Donley | 0.80 | Attend telephonic hearing before Judge Fitzgerald (.5); prepare for same, including review of recent pleadings (.3). |
|  | Total: | 5.00 |  |

A-7

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/1/2010 | Deanna D Boll | 0.10 | Confer with D. Bernick and T. Freedman re fees. |
| 2/2/2010 | Deanna D Boll | 3.10 | Review and revise December fee application and confer with T. Wallace re same (1.1); review and revise fee auditor letter and confer with B. Ruhlander and with T. Freedman re same (2.0). |
| 2/2/2010 | Maureen McCarthy | 2.60 | Draft December fee application. |
| 2/3/2010 | Deanna D Boll | 0.70 | Finalize December fee application and confer with M. McCarthy re same. |
| 2/3/2010 | Maureen McCarthy | 1.10 | Review and finalize December fee application and prepare same for filing and service. |
| 2/4/2010 | Holly Bull | 1.90 | Review fee auditor response and update fee issues chart. |
| 2/5/2010 | Holly Bull | 3.00 | Review and edit first-round January invoices. |
| 2/6/2010 | Holly Bull | 3.10 | Review and edit first-round January invoices and prepare correspondence re information needed for January fee application. |
| 2/7/2010 | Holly Bull | 3.00 | Complete review and editing of first-round January invoices, including correspondence with billers re certain issues. |
| 2/8/2010 | Holly Bull | 4.20 | Review and update/revise all fee matters files and charts and organize same. |
| 2/12/2010 | Holly Bull | 3.00 | Review and prepare responses to various fee and expense-related correspondence (.9); update/revise fee charts re same (2.1). |
| 2/12/2010 | Maureen McCarthy | 0.70 | Prepare time and expenses record for distribution. |
| 2/13/2010 | Maureen McCarthy | 3.80 | Prepare attorney, paraprofessionals, matter category and expense totals re thirty-fifth-quarterly fee application (1.5); draft summary and thirty-fifth quarterly fee application re same (2.3). |
| 2/17/2010 | Deanna D Boll | 0.50 | Confer with H. Bull re fee applications and review and edit December fee application. |
| 2/17/2010 | Holly Bull | 3.10 | Review and edit second-round January invoices and confer with several billers re issues on same (2.8); confer with D. Boll re December fee issues (.3). |
| 2/18/2010 | Holly Bull | 4.10 | Review and edit second-round January invoices and late-entered time and expenses (3.8); confer with T. Wallace re December and January fee application and expenses issues (.3). |
| 2/19/2010 | Maureen McCarthy | 2.70 | Review and revise thirty-fifth quarterly fee application. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/22/2010 | Deanna D Boll | 0.30 | Confer with H. Bull and M. McCarthy re fees and review correspondence re same. |
| 2/22/2010 | Holly Bull | 0.80 | Review updated critical dates and motion status charts and update relevant fee charts (.5); confer with D. Boll and M. McCarthy re fee matters (.3). |
| 2/22/2010 | Maureen McCarthy | 1.20 | Review and finalize thirty-fifth quarterly fee application for filing and service (.9); confer with D. Boll and H. Bull re fee issues (.3). |
| 2/25/2010 | Holly Bull | 1.00 | Review final fee auditor report and corresponding final fee reply. |
| 2/26/2010 | Holly Bull | 3.20 | Review final fee auditor report, prepare related correspondence to fee team members, and revise/update applicable fee charts. |
|  | Total: | 47.20 |  |

A-9

## Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/5/2010 | Kristina Alexander | 1.30 | Research issues re payment of professionals. |
| 2/7/2010 | Kristina Alexander | 1.00 | Research issues re substantial contribution arguments involving professional fees. |
| 2/10/2010 | Kimberly K Love | 7.00 | Review, identify and chart information re Conway DelGenio fee applications as requested by J. Baer. |
| 2/12/2010 | Kimberly K Love | 5.90 | Prepare and organize materials for use with identifying fee application information requested by J. Baer. |
| 2/16/2010 | Kimberly K Love | 2.50 | Prepare and organize materials for use with fee application project requested by J. Baer re Pachulski and K&E. |
| 2/17/2010 | Kimberly K Love | 3.50 | Prepare and organize materials for use with fee application project requested by J. Baer. |
| 2/17/2010 | Deanna D Boll | 0.50 | Confer with M. Araki and J. Baer re potential conflicts. |
| 2/18/2010 | Kimberly K Love | 7.00 | Prepare and organize materials re K&E and Bilzin fee application information requested by J. Baer. |
| 2/19/2010 | Kimberly K Love | 5.00 | Prepare and organize materials re fee applications for Bilzin and Caplin. |
| 2/22/2010 | Kimberly K Love | 3.50 | Prepare and organize materials requested by J. Baer re special counsel application (1.0); prepare and organize Caplin and Drysdale fee application information per J. Baer (2.5). |
| 2/22/2010 | Deborah L Bibbs | 0.30 | Review precedent re application to employ counsel re OCP issues. |
| 2/23/2010 | Kimberly K Love | 5.00 | Prepare and organize Caplin and Ferry fee application materials for outstanding fee information. |
| 2/24/2010 | Kimberly K Love | 6.00 | Prepare and organize fee application information re Ferry & Joseph and Caplin as requested by J. Baer. |
| 2/25/2010 | Kimberly K Love | 0.50 | Review fee application information re Caplin & Drysdale per J. Baer. |
| | Total: | 49.00 | |

A-10

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/1/2010 | Christopher T Greco | 0.20 | Correspond with K. Alexander re exit financing and case status and review materials re same. |
| 2/1/2010 | Kristina Alexander | 0.10 | Confer with C. Greco re exit financing motion. |
| 2/1/2010 | Nate Kritzer | 2.70 | Confer with L. Esayian re Seaton/One Beacon stipulation (.2); review correspondence from ACC and FCR re same (.1); research vacatur of District Court opinion (2.4). |
| 2/1/2010 | Deanna D Boll | 7.20 | Draft Morgan Stanley stipulation and review issues re same (2.3); edit and revise FOFs and review issues re conditions for confirmation (4.9). |
| 2/1/2010 | Lisa G Esayian | 1.00 | Review B. Horkovich's settlement proposals re certain insurers (.5); correspond with R. Finke re same (.3); confer with N. Kritzer re Seaton/One Beacon stipulation (.2). |
| 2/2/2010 | Christopher T Greco | 0.40 | Correspond with J. Baer and UST re exit financing and DIP refinancing motions. |
| 2/2/2010 | Nate Kritzer | 1.60 | Confer with D. Blabey re Seaton/One Beacon stipulation (.1); confer with T. Freedman re CNA stipulation re Sealed Air successor claim objections (.1); revise same (.6); confer with T. Freedman re vacatur of District Court opinion (.2); confer with J. Baer re motion to approve 502(e) stipulation with CNA (.1); revise Seaton/One Beacon stipulation (.2); confer with L. Esayian re CNA (.3). |
| 2/2/2010 | Kimberly K Love | 6.00 | Prepare and organize confirmation pleadings and related materials for inclusion in applicable databases. |
| 2/2/2010 | Maria D Gaytan | 4.50 | Upload admitted exhibits to DMS for completeness and review all for accuracy. |
| 2/2/2010 | Deanna D Boll | 6.80 | Edit and revise Morgan Stanley stipulation and review other issues re plan objection resolution re Canadian and Longacre. |
| 2/2/2010 | Lisa G Esayian | 1.00 | Correspond with N. Kritzer re CNA successor claims stipulation (.3); revise CNA stipulation (.4); correspond with T. Freedman re Kaneb issues (.3). |
| 2/2/2010 | Theodore L Freedman | 3.00 | Conduct negotiations in drafting of settlements and stipulations with various creditor constituencies (1.4); confer with client on settlement issues (1.0); correspond with L. Esayian re Kaneb (.3); confer with N. Kritzer re Sealed Air and Seaton and issues re vacatur of District Court opinion (.3). |

A-11

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/3/2010 | Christopher T Greco | 0.40 | Correspond with J. Baer and Blackstone re revised hearing date and exit financing and DIP refinancing motions. |
| 2/3/2010 | Nate Kritzer | 4.70 | Research vacatur of District Court opinion (2.1); draft memo re same (1.3); confer with T. Freedman re same (.2); research procedure for same in bankruptcy case (1.1). |
| 2/3/2010 | Kimberly K Love | 6.80 | Prepare and organize various confirmation hearing materials for inclusion in applicable databases. |
| 2/3/2010 | Maria D Gaytan | 7.00 | Upload admitted exhibits to DMS for completeness and review all for accuracy (1.5); organize and index production files for completeness and accuracy (5.5). |
| 2/3/2010 | Deanna D Boll | 7.30 | Analyze issues re settlements of plan objections and confer with J. Baer, T. Freedman, J. Friedman and Ogilvy Renault re same. |
| 2/3/2010 | Theodore L Freedman | 3.00 | Conduct negotiations in drafting of settlements and stipulations with various creditor constituencies (1.8); confer with client and K&E team members on settlement issues (1.0); confer with N. Kritzer re Seaton (.2). |
| 2/4/2010 | Christopher T Greco | 1.60 | Correspond with D. Klauder and J. Baer re exit financing and outstanding issues (.5); correspond with T. Freedman, R. Higgins and J. Baer re carve out language and review same (1.1). |
| 2/4/2010 | Nate Kritzer | 9.80 | Revise draft of stipulation with Seaton/OneBeacon (.4); revise draft of stipulation with CNA (.4); confer with T. Freedman re stipulations with CNA, Seaton/OneBeacon (.2); draft memo to D. Bernick re vacatur of District Court opinion (.7); research collateral estoppel effect of interlocutory order (4.7); draft memo to D. Bernick re same (3.1); review District Court order (.3). |
| 2/4/2010 | Kimberly K Love | 7.00 | Prepare and organize materials requested by N. Kritzer re District Court opinions (.9); prepare and organize materials requested by L. Esayian (1.2); prepare and organize key materials for potential future use, including pleadings and subject files (4.9). |
| 2/4/2010 | Maria D Gaytan | 7.00 | Organize and index production files (1.5); review and obtain pleadings requested by L. Esayian (.6); prepare and organize various litigation and confirmation related materials (4.9). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/4/2010 | Deanna D Boll | 8.40 | Confer with J. Friedman re MS stipulation (.3); review CNA stipulation and SA comments re same (.3); review Canadian brief re leave to appeal, consider issues re same and confer with J. Baer and Ogilvy Renault re same (1.4); confer with M. Shelnitz and T. Freedman re Morgan Stanley stipulation and edit same (.8); review issues re insurer settlements and plan amendments (4.3); review and revise confirmation order (1.3). |
| 2/4/2010 | Lisa G Esayian | 0.50 | Draft stipulation re stay of BNSF's appeal of Royal settlement pending plan confirmation. |
| 2/4/2010 | Theodore L Freedman | 3.00 | Conduct negotiations in drafting of settlements and stipulations with various creditor constituencies (1.9); confer with client and K&E team members on various settlement issues (1.1). |
| 2/5/2010 | Christopher T Greco | 2.90 | Confer with T. Freedman, R. Higgins and J. Baer re proposed carve out language and professional fees in connection with DIP refinancing and research issues re same (2.4); review docket and correspond with working group re exit financing objection deadline and status update re same (.5). |
| 2/5/2010 | Nate Kritzer | 0.70 | Confer with T. Freedman re Sealed Air comments to stipulations (.2); research Delaware law on collateral estoppel (.5). |
| 2/5/2010 | Kimberly K Love | 7.00 | Prepare and organize materials re OneBeacon Seaton discovery for case files (1.0); prepare and organize trial materials for inclusion in applicable case databases (6.0). |
| 2/5/2010 | Maria D Gaytan | 6.50 | Prepare and organize case files/trial exhibits files. |
| 2/5/2010 | Deanna D Boll | 1.30 | Finalize Morgan Stanley stipulation and confer with M. Shelnitz, T. Freedman and J. Friedman re same. |
| 2/5/2010 | Lisa G Esayian | 1.00 | Review Harper/Turegum's revisions to proposed settlement agreement (.5); provide comments re same (.3); correspond with J. Posner re CNA issues (.2). |
| 2/5/2010 | Theodore L Freedman | 3.00 | Conduct negotiations in drafting of settlements and stipulations with various creditor constituencies (1.8); confer with client and K&E team members on various settlement issues (1.2). |
| 2/7/2010 | Christopher T Greco | 0.20 | Correspond with team members re exit financing and professional carve-out issue. |
| 2/8/2010 | Christopher T Greco | 0.50 | Correspond with client and exit lenders re certificate of no objection in connection with exit financing motion and correspond with team members re same. |

A-13

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/8/2010 | Nate Kritzer | 0.10 | Correspond with T. Freedman and L. Esayian re discovery requests to Seaton. |
| 2/8/2010 | Kimberly K Love | 1.40 | Review and organize materials from T. Freedman for potential additions to key briefings. |
| 2/8/2010 | Deanna D Boll | 7.80 | Confer with Ogilvy Renault re Canadian issues and review minutes of settlement re same (1.2); confer with M. Moloci and K. Davis re Canadian claims (.3); review and revise FOF and plan (6.3). |
| 2/8/2010 | Lisa G Esayian | 1.50 | Review FCR's counsel's revisions to Turegum/Harper settlement (.5); correspond with FCR's counsel re same (.3); review and address issues re BNSF's appeal re Royal settlement (.7). |
| 2/8/2010 | Theodore L Freedman | 3.00 | Conduct negotiations in drafting of settlements and stipulations with various creditor constituencies (2.1); confer with client and K&E team members on settlement issues (.9). |
| 2/9/2010 | Christopher T Greco | 0.60 | Follow up with T. Freedman re professional fee issue in connection with DIP refinancing and consider issues re same (.3); review correspondence from E. Filon and J. Baer re CNO and modifications to DIP refinancing order and review same (.3). |
| 2/9/2010 | Nate Kritzer | 4.20 | Draft spreadsheet of CNA objections and claims (3.3); confer with M. Araki re same (.1); confer with T. Freedman re same (.1); confer with L. Esayian re same (.2); revise same per T. Freedman and L. Esayian (.2); review mark-up of proposed stipulation from Seaton/OneBeacon (.2); confer with T. Freedman re same (.1). |
| 2/9/2010 | Anton I Stoyanov | 0.50 | Review and update war room deposition files. |
| 2/9/2010 | Kimberly K Love | 6.00 | Prepare and organize materials from confirmation hearings for inclusion in applicable case databases. |
| 2/9/2010 | Deanna D Boll | 6.70 | Confer with K. Davis re Canadian claims (.2); analyze issues re plan amendments and settlements of confirmation objections (6.5). |
| 2/9/2010 | Lisa G Esayian | 2.00 | Review draft settlement agreement with reimbursement insurer Employers Mutual (.8); provide comments to FCR's counsel re same (.2); correspond with T. Schiavoni and L. Casey re stipulation for stay of BNSF's appeal of Arrowood settlement (.4); review L. Casey's proposed revisions to stipulation (.2); revise N. Kritzer's summaries of CNA's claims and objections (.4). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/9/2010 | Theodore L Freedman | 3.00 | Conduct negotiations in drafting of settlements and stipulations with various creditor constituencies (2.2); confer with client on settlement issues (.8). |
| 2/10/2010 | Nate Kritzer | 1.30 | Revise stipulation with Seaton/OneBeacon per comments from Sealed Air, Seaton and OneBeacon (1.2); confer with T. Freedman re same (.1). |
| 2/10/2010 | Deanna D Boll | 1.20 | Analyze issues re plan objection settlements. |
| 2/10/2010 | Lisa G Esayian | 1.50 | Confer with T. Freedman and J. Baer re Seaton/One Beacon issues (.4); review Seaton/One Beacon's proposed revisions to stipulation (.3); correspond with T. Freedman re same (.2); correspond with T. Schiavoni and L. Casey re stipulation staying BNSF appeal re Arrowood settlement (.3); confer with T. Schiavoni re same (.3). |
| 2/10/2010 | Theodore L Freedman | 2.50 | Conduct negotiations in drafting of settlements and stipulations with various creditor constituencies (.9); confer with client and K&E team members on settlement issues (1.6). |
| 2/11/2010 | Nate Kritzer | 1.00 | Revise stipulation with Kaneb (.6); correspond with J. Baer re same (.2); assist J. Baer with discovery demands (.2). |
| 2/11/2010 | Kimberly K Love | 5.30 | Prepare and organize various materials to be forwarded to J. Donley for information re unresolved litigation issues (3.0); prepare and organize trial materials for inclusion in applicable databases (2.3). |
| 2/11/2010 | Deanna D Boll | 4.00 | Analyze issues re Morgan Stanley and Seaton settlements (1.8); confer with J. Friedman re Morgan Stanley stipulation (.4); revise plan (1.8). |
| 2/11/2010 | Lisa G Esayian | 1.00 | Confer with T. Freedman, J. Baer and K. Love re litigation issues for J. Donley (.5); correspond with T. Schiavoni, L. Casey and J. O'Neill re stipulation staying BNSF's appeal re Arrowood settlement (.5). |
| 2/11/2010 | Theodore L Freedman | 3.50 | Review and address various matters in connection with plan, Canadian settlement, 10K, accountants' letter and CNA settlement. |
| 2/12/2010 | Nate Kritzer | 0.30 | Revise Seaton/OneBeacon stipulation per comments from Sealed Air (.2); confer with T. Freedman re same (.1). |
| 2/12/2010 | Kimberly K Love | 1.60 | Prepare and organize materials requested by L. Esayian (.6); prepare and organize additional background materials requested by J. Donley (1.0). |
| 2/12/2010 | Deanna D Boll | 5.00 | Edit and revise FOF and plan amendments. |

A-15

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/12/2010 | John Donley | 3.50 | Review chapter 11 pleadings (3.0); confer with T. Freedman re numerous plan and related issues and status/strategy re same (.5). |
| 2/12/2010 | Lisa G Esayian | 1.50 | Review Sealed Air's additional proposed revisions re Seaton/One Beacon stipulation (.3); confer with T. Freedman re same (.2); review portions of 1996 Commercial Union settlement relevant to same (.5); review Employers Mutual's revisions to proposed insurance settlement (.3); correspond with FCR's counsel re same (.2). |
| 2/12/2010 | Theodore L Freedman | 3.50 | Review and address various matters in connection with plan, Canadian settlement, 10K, accountants' letter and CNA settlement. |
| 2/13/2010 | Nate Kritzer | 0.40 | Revise stipulation with Seaton/OneBeacon. |
| 2/15/2010 | Christopher T Greco | 1.10 | Draft and revise summary of exit financing motion for J. Baer and correspond with team re same. |
| 2/15/2010 | Nate Kritzer | 1.40 | Confer with T. Freedman re Seaton/OneBeacon stipulation (.3); finalize same (1.1). |
| 2/15/2010 | Deanna D Boll | 7.30 | Analyze issues re confirmation settlements and confer with T. Freedman, J. Friedman, et al. re same (3.6); edit FOFs (3.7). |
| 2/15/2010 | Lisa G Esayian | 2.50 | Review additional Sealed Air proposed language for Seaton/One Beacon stipulation (.4); confer with T. Freedman re same (.3); review final version of Seaton/One Beacon stipulation (.4); confer with T. Freedman re same (.4); draft summary of current status of various PD matters (1.0). |
| 2/15/2010 | Theodore L Freedman | 3.50 | Review and address various matters in connection with plan, Canadian settlement, 10K, accountants' letter and CNA settlement (2.8); confer and correspond with various team members re same (.7). |
| 2/16/2010 | Christopher T Greco | 0.80 | Review order approving exit financing motion and correspond with Blackstone and others re same. |
| 2/16/2010 | Deanna D Boll | 6.30 | Review and revise plan and confirmation order and review related settlements. |
| 2/16/2010 | Theodore L Freedman | 3.50 | Review and address various matters in connection with plan, Canadian settlement, 10K, accountants' letter and CNA settlement. |
| 2/16/2010 | Barbara M Harding | 1.00 | Review and respond to D. Bernick correspondence re Peto model, and review graphics re same. |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/17/2010 | Kristina Alexander | 0.70 | Correspond with J. Baer re revisions to confirmation objection chart (.3); correspond with M. Rohrhofer and J. Brooks re objection chart revisions and related documents (.4). |
| 2/17/2010 | Kimberly K Love | 1.00 | Assist with preparation of various materials requested by L. Esayian. |
| 2/17/2010 | Maria D Gaytan | 0.50 | Review and obtain various pleadings requested by L. Esayian. |
| 2/17/2010 | Deanna D Boll | 6.20 | Edit plan and review and edit objection chart per Court request. |
| 2/17/2010 | Theodore L Freedman | 3.50 | Review and address various matters in connection with plan, Canadian settlement and CNA settlement. |
| 2/18/2010 | Christopher T Greco | 0.20 | Correspond with T. Freedman re status update and review correspondence re case status. |
| 2/18/2010 | Kristina Alexander | 0.30 | Confer with J. Brooks re objection chart. |
| 2/18/2010 | Nate Kritzer | 0.60 | Review comments from CNA counsel to stipulation re Sealed Air issues (.5); revise same per comments from L. Esayian (.1). |
| 2/18/2010 | Morgan Rohrhofer | 0.50 | Prepare stipulations and orders approving stipulations to K. Alexander and J. Brooks. |
| 2/18/2010 | Deanna D Boll | 6.20 | Analyze issues re plan objection settlements and confer with J. Baer re same. |
| 2/18/2010 | Justin S Brooks | 6.00 | Update objection chart and prepare appendix and summary detailing current status of plan objections and settlements entered into for Judge. |
| 2/18/2010 | Theodore L Freedman | 3.50 | Review and address various matters in connection with plan, Canadian settlement and CNA settlement. |
| 2/19/2010 | Nate Kritzer | 1.00 | Confer with T. Freedman re revisions to CNA stipulation (.1); revise stipulation per comments from CNA, L. Esayian (.6); correspond with counsel for FCR re same (.2); correspond with counsel for FCR re Seaton/OneBeacon stipulation and National Union claim (.1). |
| 2/19/2010 | Kimberly K Love | 1.00 | Prepare and organize recently-received trial-related materials for distribution to applicable case databases. |
| 2/19/2010 | Maria D Gaytan | 1.50 | Prepare and organize admitted exhibits sets for future use. |
| 2/19/2010 | Justin S Brooks | 6.00 | Update objection chart and prepare appendix and summary detailing current status of plan objections and settlements entered into for Judge. |

A-17

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/19/2010 | Lisa G Esayian | 1.00 | Revise CNA stipulation re Sealed Air issues (.4); provide comments re revised draft Employers Mutual settlement agreement (.6). |
| 2/19/2010 | Theodore L Freedman | 3.50 | Review and address various matters in connection with plan, Canadian settlement and CNA settlement. |
| 2/20/2010 | Justin S Brooks | 6.00 | Update objection chart and prepare appendix and summary detailing current status of plan objections and settlements entered into for Judge. |
| 2/21/2010 | Nate Kritzer | 0.40 | Compile Sealed Air related objections asserted by CNA for T. Freedman. |
| 2/22/2010 | Kristina Alexander | 4.70 | Revise and redline chart of objections to confirmation (1.8); draft summaries of pending objections and correspond with J. Baer re same (2.9). |
| 2/22/2010 | Nate Kritzer | 0.60 | Correspond with D. Turetsky re CNA stipulation (.1); revise CNA stipulation per T. Freedman comments (.5). |
| 2/22/2010 | Kimberly K Love | 3.00 | Prepare and organize information requested by T. Freedman re Maryland Casualty (1.2); prepare and organize trial materials (1.8). |
| 2/22/2010 | Deanna D Boll | 5.00 | Analyze issues re Morgan Stanley stipulation and confer with J. Friedman, M. Shelnitz, and T. Freedman re same (2.3); confer with J. Brooks re insurance neutrality (.3); analyze issues re Canada and review endorsement (1.2); analyze issues re plan objection chart (1.2). |
| 2/22/2010 | Theodore L Freedman | 3.50 | Draft settlement document (1.8); conduct document review (1.2); review Maryland casualty pleadings (.5). |
| 2/23/2010 | Kristina Alexander | 4.80 | Correspond with J. Baer re summary chart edits (.1); revise summary chart and correspondence re same (2.0); revise appendix to include settled issues (2.7). |
| 2/23/2010 | Nate Kritzer | 1.00 | Revise stipulation with CNA (.4); correspond with R. Finke re Buckwalter decision (.3); confer with T. Freedman re briefing package for J. Donley re MCC (.3). |
| 2/23/2010 | Kimberly K Love | 2.00 | Preparc and organize trial and other confirmation materials for applicable databases. |
| 2/23/2010 | Deanna D Boll | 6.30 | Confer with K. Alexander re Morgan Stanley stipulation (.1); confer with J. Friedman and co-proponents re same (.8); analyze issues re plan objection updates per Court request (5.4). |

A-18

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/23/2010 | Lisa G Esayian | 0.30 | Provide comments to T. Freedman and A. Kritzer re revised CNA stipulation. |
| 2/23/2010 | Theodore L Freedman | 3.50 | Draft settlement document (2.2); conduct document review (.9); review Maryland casualty pleadings (.4). |
| 2/24/2010 | Kristina Alexander | 2.10 | Revise chart and summary chart per J. Baer's edits (1.6); review correspondence from J. Baer re same (.1); revise appendix (.4). |
| 2/24/2010 | Nate Kritzer | 0.10 | Correspond with J. Baer re status of CNA stipulation. |
| 2/24/2010 | Kimberly K Love | 1.00 | Prepare and organize trial and other confirmation materials for applicable databases. |
| 2/24/2010 | Deanna D Boll | 2.80 | Analyze issues re plan objection settlements and confer with co-proponents re same. |
| 2/24/2010 | Theodore L Freedman | 3.50 | Draft settlement document (2.5); review Maryland casualty pleadings (1.0). |
| 2/24/2010 | Deborah L Bibbs | 0.80 | Review files for historical data re lien searches. |
| 2/25/2010 | Kristina Alexander | 0.50 | Correspond with J. Baer and revise chart per J. Baer's edits. |
| 2/25/2010 | Kimberly K Love | 4.50 | Prepare and organize materials from trial for inclusion in applicable case databases. |
| 2/25/2010 | Lisa G Esayian | 0.50 | Correspond with FCR's counsel re certain insurance settlement agreement drafts. |
| 2/25/2010 | Theodore L Freedman | 3.50 | Draft settlement document (1.8); review Maryland casualty pleadings (1.7). |
| 2/26/2010 | Morgan Rohrhofer | 2.50 | Assist K. Alexander with review of cites from appendix A re all objections related to confirmation. |
| 2/26/2010 | Theodore L Freedman | 3.50 | Draft settlement document (2.1); review Maryland casualty pleadings (1.4). |
| 2/28/2010 | Kristina Alexander | 2.10 | Revise summary, chart and appendix per J. Baer's edits. |
|  | Total: | 337.10 |  |

A-19

# EXHIBIT B

K&E 16528679.2

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
| --- | --- |
| Local Transportation | $3,730.56 |
| Travel Expense | $1,124.30 |
| Airfare | $2,329.48 |
| Transportation to/from airport | $698.20 |
| Travel Meals | $5,295.85 |
| **Total:** | **$13,178.39** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 1/1/2010 | (100.76) | Credit - Airfare Expense, Derek Bremer, Pittsburgh, PA 1/1/10 |
| 1/1/2010 | 508.90 | Deanna Boll, Airfare, Pittsburgh, PA, 01/01/10 to 01/06/10, (Court Hearing) |
| 1/1/2010 | 55.00 | Deanna Boll, Transportation To/From Airport, Pittsburgh, PA, 01/01/10, (Court Hearing) |
| 1/1/2010 | 5.24 | Kimberly Love, Travel Meal, Pittsburgh, PA 01/01/10, (Trial), Breakfast |
| 1/1/2010 | 43.38 | Deanna Boll, Travel Meal, Pittsburgh, PA, 01/01/10, (Court Hearing), Dinner |
| 1/2/2010 | 25.00 | Deanna Boll, Travel Meal, Pittsburgh, PA, 01/02/10, (Court Hearing), Breakfast |
| 1/3/2010 | 50.00 | David Bernick, Transportation To/From Airport, Pittsburgh, PN, 01/03/10, (Court Hearing), supplement |
| 1/3/2010 | 25.00 | Deanna Boll, Travel Meal, Pittsburgh, PA, 01/03/10, (Court Hearing), Breakfast |
| 1/3/2010 | 197.05 | Deanna Boll, Travel Meal with Others, Pittsburgh, PA, 01/03/10, (Court Hearing), Dinner for 4 people |
| 1/4/2010 | 25.00 | Deanna Boll, Travel Meal, Pittsburgh, PA, 01/04/10, (Court Hearing), Breakfast |
| 1/5/2010 | 209.43 | Deanna Boll, Travel Meal with Others, Pittsburgh, PA, 01/05/10, (Court Hearing), Dinner for 4 people |
| 1/5/2010 | 25.00 | Deanna Boll, Travel Meal, Pittsburgh, PA, 01/05/10, (Court Hearing), Breakfast |
| 1/6/2010 | 53.00 | Deanna Boll, Transportation To/From Airport, Pittsburgh, PA, 01/06/10, (Court Hearing) |
| 1/6/2010 | 25.00 | Deanna Boll, Travel Meal, Pittsburgh, PA, 01/06/10, (Court Hearing), Breakfast |
| 1/7/2010 | 85.00 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 01/07/2010, DEREK BREMER |
| 1/7/2010 | 95.40 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 01/07/2010, KIMBERLY LOVE |
| 1/11/2010 | 4,372.98 | PARKHURST DINING SERVICES - Travel Trial Meals at Reed Smith Trial Site, 12/31/09 to 1/5/10 |
| 1/15/2010 | 575.02 | Kimberly Love, Airfare, Philadelphia, PA, 01/24/10 to 01/25/10, (Hearing) |
| 1/19/2010 | 3,346.39 | REGENCY GLOBAL TRANSPORTATION GROUP LTD. - Local Transportation, Transportation to/from Hearings in Pittsburgh, PA, 1/01-1/07/10 |

B-3

K&E 16528679.2

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 1/23/2010 | 438.90 | Deanna Boll, Hotel, Hotel DuPont, Wilmington, DE, 01/23/10, (Hearing) |
| 1/24/2010 | 118.30 | Kimberly Love, Cabfare, Philadelphia, PA, 01/24/10, (Hearing), From PHI airport to Wilmington, DE |
| 1/24/2010 | 65.00 | Deanna Boll, Cabfare, New York, NY, 01/24/10, (Court Hearing) |
| 1/24/2010 | 10.00 | Deanna Boll, Cabfare, Wilmington, DE, 01/24/10, (Court Hearing) |
| 1/24/2010 | 440.90 | Kimberly Love, Hotel, Hotel DuPont, Wilmington, DE, 01/24/10, (Hearing) |
| 1/24/2010 | 438.90 | Theodore Freedman, Hotel, Hotel DuPont, Wilmington, DE, 01/24/10, (Court Hearing) |
| 1/24/2010 | 438.90 | Justin Brooks, Hotel, Hotel DuPont, Wilmington, DE, 01/24/10, (Court Hearing) |
| 1/24/2010 | 438.90 | David Bernick, Hotel, Hotel DuPont, Wilmington, DE, 01/24/10, (Court Hearing) |
| 1/24/2010 | 223.00 | Deanna Boll, Trainfare, Wilmington, DE, 01/24/10 to 01/25/10, (Court Hearing) |
| 1/24/2010 | 387.00 | Theodore Freedman, Trainfare, Wilmington, DE, 01/24/10 to 01/25/10, (Court Hearing) |
| 1/24/2010 | 223.00 | Justin Brooks, Trainfare, Wilmington, DE, 01/24/10 to 01/25/10, (Court Hearing) |
| 1/24/2010 | 254.32 | David Bernick, Airfare, Chicago - Delaware, 01/24/10 to 01/26/10, (Court Hearing) |
| 1/24/2010 | 78.00 | David Bernick, Transportation To/From Airport, Chicago - O'Hare, 01/24/10, (Court Hearing) |
| 1/24/2010 | 50.00 | David Bernick, Transportation To/From Airport, Phil Int'l to Wilmington, 01/24/10, (Court Hearing) |
| 1/24/2010 | 95.40 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 01/24/2010,  KIMBERLY LOVE |
| 1/24/2010 | 5.18 | Kimberly Love, Travel Meal, Chicago, IL, 01/24/10, (Hearing), Breakfast |
| 1/24/2010 | 92.00 | Deanna Boll, Travel Meal with Others, Wilmington, DE, 01/24/10, (Court Hearing), Dinner for 4 people |
| 1/24/2010 | 65.00 | Deanna Boll, Travel Meal with Others, Wilmington, DE, 01/24/10, (Court Hearing), Lunch for 4 people |
| 1/24/2010 | 55.00 | Theodore Freedman, Travel Meal, Wilmington DE, 01/24/10, (Court Hearing), Dinner |
| 1/24/2010 | 55.00 | David Bernick, Travel Meal, Wilmington, DE 01/24/10, (Court Hearing), Dinner |
| 1/25/2010 | 170.37 | Kimberly Love, Cabfare, Philadelphia, PA, 01/25/10, (Hearing), From Wilmington, DE to PHI airport |

B-4

| Date | Amount | Description |
|------|--------|-------------|
| 1/25/2010 | 10.00 | Theodore Freedman, Cabfare, Wilmington, DE, 01/25/10, (Court Hearing), To Station |
| 1/25/2010 | 10.50 | Justin Brooks, Cabfare, New York, NY, 01/25/10, (Court Hearing), From station |
| 1/25/2010 | 259.00 | David Bernick, Trainfare, Wilmington to NY, 01/25/10 to 01/25/10, (Court Hearing) |
| 1/25/2010 | 94.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 01/25/2010,  KIMBERLY LOVE |
| 1/25/2010 | 20.59 | Kimberly Love, Travel Meal with Others, Philadelphia, PA, 01/25/10, (Hearing), Lunch for 2 people |
| 1/25/2010 | 25.00 | Theodore Freedman, Travel Meal, Wilmington DE, 01/25/10, (Court Hearing), Breakfast |
| 1/25/2010 | 25.00 | David Bernick, Travel Meal, Wilmington, DE 01/25/10, (Court Hearing), Breakfast |
| 2/2/2010 | 41.80 | VITAL TRANSPORTATION INC, Passenger: BERNICK DAVID, Transportation to/from airport, Date: 1/25/2010 |
| 2/26/2010 | (1,072.20) | Cash Credits - WESTIN HOTELS - CREDIT FOR UNUSED ROOMS WR GRACE CONFIRMATION HEARINGS |
| Total: | 13,178.39 | |

B-5

### Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $263.70 |
| Standard Copies or Prints | $530.60 |
| Tabs/Indexes/Dividers | $16.00 |
| Color Copies or Prints | $430.50 |
| Scanned Images | $486.70 |
| CD-ROM Duplicates | $14.00 |
| Overnight Delivery | $1,873.98 |
| Outside Messenger Services | $272.12 |
| Court Reporter Fee/Deposition | $16,301.00 |
| Appearance Fees | $334.00 |
| Professional Fees | $75,554.67 |
| Outside Computer Services | $3,330.00 |
| Catering Expenses | $62.63 |
| Computer Database Research | $4,719.41 |
| Overtime Transportation | $57.33 |
| Overtime Meals - Attorney | $96.40 |
| Secretarial Overtime | $133.32 |
| Electronic Data Storage | $1,723.38 |
| Miscellaneous Office Expenses | $564.95 |
| **Total:** | **$106,764.69** |

B-6

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|------|-------|-------------|
| 10/31/2009 | 3.18 | INTERCALL - Third Party Telephone Charges, Conference calls, A. Gregory |
| 12/16/2009 | 11.00 | Tabs/Indexes/Dividers |
| 12/31/2009 | 1,110.00 | C2 LEGAL - Outside Computer Services, Hosting charges for December 2009 |
| 1/2/2010 | 17.78 | Secretarial Overtime, Christine A. Slivka |
| 1/2/2010 | 97.76 | Secretarial Overtime, Joan M. Engstrom |
| 1/4/2010 | 8.69 | WEST, Computer Database Research, STANSBURY, BRIAN, JANUARY 2010 |
| 1/5/2010 | 1,266.10 | LEXISNEXIS, Computer Database Research, HAYNES, MEGHAN, 1/5/2010 |
| 1/5/2010 | 4.23 | WEST, Computer Database Research, BLOOM, HEATHER, JANUARY 2010 |
| 1/5/2010 | 339.36 | WEST, Computer Database Research, GLICK, MICHAEL, JANUARY 2010 |
| 1/6/2010 | 85.65 | WEST, Computer Database Research, ROHRHOFER, MORGAN, JANUARY 2010 |
| 1/7/2010 | 117.08 | WEST, Computer Database Research, ALEXANDER, KRISTINA, JANUARY 2010 |
| 1/7/2010 | 325.08 | WEST, Computer Database Research, HAYNES, MEGHAN, JANUARY 2010 |
| 1/11/2010 | 70,981.43 | ETRIAL COMMUNICATIONS - Professional Fees, Graphics and Assistance and Travel Expenses, 1/1/10 to 1/10/10 |
| 1/12/2010 | 7,897.00 | JANE ROSE REPORTING INC - Court Reporter Fee/Deposition, Copy of unofficial Transcript for Confirmation Hearing, 1/4/10 |
| 1/12/2010 | 8,404.00 | JANE ROSE REPORTING INC - Court Reporter Fee/Deposition, Copy of unofficial Transcript for Confirmation Hearing, 1/5/10 |
| 1/13/2010 | 33.27 | UPS Dlvry to: WASHINGTON,DC from: Kimberly K. Love |
| 1/13/2010 | 4,127.69 | ETRIAL COMMUNICATIONS - Professional Fees, Graphics and Assistance, 11/25/09 to 12/28/09 |
| 1/14/2010 | 11.30 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Kimberly K. Love, 1/14/2010 |
| 1/14/2010 | 62.63 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Conference, Elli Leibenstein, 01/14/10, Lunch for 3 people |
| 1/15/2010 | 43.73 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 1/15/2010 |
| 1/16/2010 | 156.00 | COURTCALL, LLC - Appearance Fees - 1/25/10 Hearing - E. Leibenstein, U.S. Bankruptcy Court-Delaware |

B-7

| **Date** | **Amount** | **Description** |
|---|---|---|
| 1/19/2010 | 13.86 | UPS Dlvry to: Reed Smith LLP, Sharon Ament PITTSBURGH, PA from: Kimberly K. Love |
| 1/19/2010 | 6.50 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Kimberly K. Love, 1/19/2010 |
| 1/21/2010 | 33.85 | UPS Dlvry to: Pachulski Stang Ziehl & Jones WILMINGTON, DE from: Kimberly K. Love |
| 1/21/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 1/21/2010 |
| 1/22/2010 | 27.50 | Fed Exp to: THEODORE FREEDMAN, WILMINGTON, DE from: Tania Torres-Sanchez |
| 1/22/2010 | 103.04 | UPS Dlvry to: Kimberly K. Love, Wilmington, DE from: CHICAGO, IL |
| 1/22/2010 | 82.87 | UPS Dlvry to: Kimberly K. Love, Wilmington, DE from: CHICAGO, IL |
| 1/22/2010 | 172.68 | WEST, Computer Database Research, KRITZER, NATHANIEL, JANUARY 2010 |
| 1/23/2010 | (20.06) | Overnight Delivery - Refund |
| 1/23/2010 | 25.99 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Justin S. Brooks, 1/23/2010 |
| 1/23/2010 | 160.59 | WEST, Computer Database Research, ESAYIAN, LISA G., JANUARY 2010 |
| 1/23/2010 | 17.78 | Secretarial Overtime, Joanne Harms |
| 1/24/2010 | 325.66 | WEST, Computer Database Research, BOLL, DEANNA D., JANUARY 2010 |
| 1/25/2010 | 585.34 | WEST, Computer Database Research, LOVE, KIMBERLY, JANUARY 2010 |
| 1/26/2010 | 359.42 | WEST, Computer Database Research, BROOKS, JUSTIN S., JANUARY 2010 |
| 1/26/2010 | 49.78 | VITAL TRANSPORTATION INC, Passenger: BOLL, DEANNA D., Overtime Transportation, Date: 1/18/2010 |
| 1/27/2010 | 620.06 | WEST, Computer Database Research, BEY, TIANA, JANUARY 2010 |
| 1/27/2010 | 138.20 | WEST, Computer Database Research, LANDAU, CHRISTOPHER, JANUARY 2010 |
| 1/30/2010 | 14.40 | WEST, Computer Database Research, TURANO, EMILY, JANUARY 2010 |
| 1/31/2010 | 37.55 | INTERCALL - Third Party Telephone Charges, Conference calls, L. Esayian |
| 1/31/2010 | 40.57 | INTERCALL - Third Party Telephone Charges, Conference calls, T. Freedman |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 1/31/2010 | 795.25 | AMERICAN RIVER LOGISTICS LTD - Overnight Delivery, Transportation of Trial Material, 1/31/10 |
| 1/31/2010 | 795.25 | AMERICAN RIVER LOGISTICS LTD - Overnight Delivery, Return Transportation of Trial Material, 1/31/10 |
| 1/31/2010 | 1,110.00 | C2 LEGAL - Outside Computer Services, Hosting charges for January 2010 |
| 1/31/2010 | 1,723.38 | Electronic Data Storage |
| 2/1/2010 | 164.12 | AT&T TELECONFERENCE SERVICES - Third Party Telephone Charges, Teleconference calls, D. Bernick, 1/4/2010 |
| 2/1/2010 | 0.50 | Standard Prints |
| 2/1/2010 | 0.10 | Standard Prints |
| 2/1/2010 | 196.87 | LEXISNEXIS COURTLINK INC. - Computer Database, Courtlink Usage for January 2010 |
| 2/1/2010 | 19.76 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 2/1/2010 |
| 2/2/2010 | 1.20 | Standard Prints |
| 2/2/2010 | 3.20 | Scanned Images |
| 2/2/2010 | 0.10 | Standard Prints |
| 2/2/2010 | 16.20 | Standard Prints |
| 2/2/2010 | 2.10 | Standard Prints |
| 2/2/2010 | 9.15 | Fed Exp to: Warren H. Smith, DALLAS, TX from: Sonya Kahn |
| 2/2/2010 | 445.55 | ETRIAL COMMUNICATIONS - Professional Fees, Print Production-High Def Print Direct White Foam, 2/2/10 |
| 2/3/2010 | 4.10 | Standard Prints |
| 2/3/2010 | 1.90 | Standard Prints |
| 2/3/2010 | 2.90 | Standard Prints |
| 2/3/2010 | 9.60 | Scanned Images |
| 2/3/2010 | 0.10 | Scanned Images |
| 2/3/2010 | 0.10 | Standard Prints |
| 2/3/2010 | 17.84 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 2/3/2010 |
| 2/4/2010 | 0.50 | Standard Prints |
| 2/4/2010 | 12.10 | Standard Prints |
| 2/4/2010 | 1.60 | Standard Prints |
| 2/4/2010 | 1.60 | Standard Prints |
| 2/4/2010 | 27.00 | Scanned Images |
| 2/4/2010 | 0.30 | Scanned Images |
| 2/4/2010 | 15.10 | Standard Prints |
| 2/4/2010 | 4.50 | Standard Prints |

B-9

| Date | Amount | Description |
|------|-------:|-------------|
| 2/4/2010 | 0.30 | Standard Prints |
| 2/4/2010 | 1.10 | Standard Prints |
| 2/4/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 2/4/2010 |
| 2/4/2010 | 28.14 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 2/4/2010 |
| 2/4/2010 | 564.95 | Kimberly Love, Internet Access, 02/04/10, for Court Hearing 1/6/2010-1/7/2010 |
| 2/5/2010 | 1.30 | Standard Prints |
| 2/5/2010 | 3.30 | Standard Prints |
| 2/5/2010 | 10.20 | Standard Prints |
| 2/5/2010 | 2.50 | Tabs/Indexes/Dividers |
| 2/5/2010 | 7.30 | Scanned Images |
| 2/5/2010 | 2.60 | Scanned Images |
| 2/5/2010 | 0.10 | Standard Prints |
| 2/5/2010 | 1.80 | Standard Prints |
| 2/8/2010 | 13.90 | Standard Copies or Prints |
| 2/8/2010 | 2.50 | Tabs/Indexes/Dividers |
| 2/8/2010 | 16.00 | Standard Prints |
| 2/8/2010 | 0.20 | Standard Prints |
| 2/8/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 2/8/2010 |
| 2/9/2010 | 0.10 | Standard Prints |
| 2/9/2010 | 0.90 | Standard Prints |
| 2/9/2010 | 0.30 | Standard Prints |
| 2/9/2010 | 3.80 | Standard Prints |
| 2/9/2010 | 6.40 | Standard Prints |
| 2/9/2010 | 2.50 | Standard Prints |
| 2/9/2010 | 30.66 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 2/9/2010 |
| 2/10/2010 | 0.90 | Standard Copies or Prints |
| 2/10/2010 | 29.80 | Standard Prints |
| 2/10/2010 | 2.70 | Standard Prints |
| 2/10/2010 | 1.50 | Scanned Images |
| 2/10/2010 | 0.20 | Scanned Images |
| 2/10/2010 | 0.70 | Standard Prints |
| 2/11/2010 | 38.10 | Standard Prints |
| 2/11/2010 | 1.20 | Standard Prints |

B-10

| Date | Amount | Description |
|------|-------:|-------------|
| 2/11/2010 | 0.10 | Standard Prints |
| 2/11/2010 | 7.30 | Standard Prints |
| 2/12/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 2/12/2010 |
| 2/13/2010 | 7.55 | FLASH CAB COMPANY, Overtime Transportation, M MCARTHY, 2/13/2010 |
| 2/15/2010 | 6.50 | Standard Prints |
| 2/15/2010 | 16.60 | Standard Prints |
| 2/15/2010 | 19.40 | Standard Prints |
| 2/15/2010 | 2.90 | Standard Prints |
| 2/15/2010 | 10.00 | Standard Prints |
| 2/15/2010 | 6.60 | Standard Prints |
| 2/15/2010 | 45.50 | Color Prints |
| 2/15/2010 | 30.00 | Color Prints |
| 2/15/2010 | 0.10 | Scanned Images |
| 2/15/2010 | 2.50 | Scanned Images |
| 2/15/2010 | 0.20 | Standard Copies or Prints |
| 2/15/2010 | 0.20 | Standard Prints |
| 2/15/2010 | 4.70 | Standard Prints |
| 2/15/2010 | 2.70 | Standard Prints |
| 2/16/2010 | 22.60 | Standard Prints |
| 2/16/2010 | 1.20 | Standard Prints |
| 2/16/2010 | 1.00 | Standard Prints |
| 2/16/2010 | 41.70 | Standard Copies or Prints |
| 2/16/2010 | 129.50 | Color Prints |
| 2/16/2010 | 68.00 | Color Copies or Prints |
| 2/16/2010 | 51.70 | Scanned Images |
| 2/16/2010 | 0.20 | Scanned Images |
| 2/16/2010 | 2.10 | Standard Prints |
| 2/16/2010 | 1.90 | Standard Prints |
| 2/17/2010 | 24.20 | Standard Copies or Prints |
| 2/17/2010 | 1.30 | Standard Copies or Prints |
| 2/17/2010 | 3.60 | Standard Prints |
| 2/17/2010 | 8.20 | Standard Prints |
| 2/17/2010 | 8.50 | Color Prints |
| 2/17/2010 | 0.20 | Scanned Images |
| 2/17/2010 | 5.00 | Scanned Images |

B-11

| Date | Amount | Description |
|------|--------|-------------|
| 2/18/2010 | 0.10 | Standard Prints |
| 2/18/2010 | 1.80 | Standard Prints |
| 2/18/2010 | 1.90 | Standard Copies or Prints |
| 2/18/2010 | 0.40 | Scanned Images |
| 2/18/2010 | 3.20 | Scanned Images |
| 2/18/2010 | 11.80 | Standard Prints |
| 2/18/2010 | 11.80 | Standard Prints |
| 2/18/2010 | 0.70 | Standard Prints |
| 2/19/2010 | 1.60 | Standard Prints |
| 2/19/2010 | 0.10 | Standard Prints |
| 2/19/2010 | 7.20 | Standard Prints |
| 2/19/2010 | 149.00 | Color Prints |
| 2/19/2010 | 4.40 | Scanned Images |
| 2/19/2010 | 0.40 | Scanned Images |
| 2/19/2010 | 1.80 | Standard Copies or Prints |
| 2/19/2010 | 1.50 | Standard Prints |
| 2/19/2010 | 0.20 | Standard Prints |
| 2/19/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 2/19/2010 |
| 2/19/2010 | 38.90 | NEW YORK CORPORATE SERVICES INC - Outside Messenger Services, D. Bernick, 2/19/10 |
| 2/22/2010 | 0.90 | Standard Prints |
| 2/22/2010 | 4.40 | Standard Prints |
| 2/22/2010 | 0.90 | Scanned Images |
| 2/22/2010 | 23.10 | Standard Prints |
| 2/22/2010 | 8.50 | Standard Prints |
| 2/22/2010 | 0.10 | Standard Prints |
| 2/23/2010 | 5.00 | Standard Copies or Prints |
| 2/23/2010 | 3.00 | Standard Prints |
| 2/23/2010 | 11.30 | Standard Prints |
| 2/24/2010 | 0.50 | Scanned Images |
| 2/24/2010 | 0.10 | Standard Prints |
| 2/25/2010 | 4.80 | Standard Prints |
| 2/25/2010 | 2.10 | Standard Prints |
| 2/26/2010 | 2.30 | Standard Prints |
| 2/26/2010 | 0.10 | Standard Prints |
| 2/26/2010 | 4.00 | Standard Prints |

B-12

| Date | Amount | Description |
|------|-------:|-------------|
| 2/26/2010 | 365.40 | Scanned Images |
| 2/26/2010 | 14.00 | CD-ROM Duplicates |
| 2/26/2010 | 35.20 | Standard Copies or Prints |
| 2/28/2010 | 18.28 | INTERCALL - Third Party Telephone Charges, Conference calls, T. Freedman |
| 2/28/2010 | 37.00 | COURTCALL, LLC - Appearance Fees - 2/16/10 Hearing - Janet Baer, U.S. Bankruptcy Court-Delaware |
| 2/28/2010 | 30.00 | COURTCALL, LLC - Appearance Fees - 2/16/10 Hearing - David Bernick, U.S. Bankruptcy Court-Delaware |
| 2/28/2010 | 37.00 | COURTCALL, LLC - Appearance Fees - 2/16/10 Hearing - John Donley, U.S. Bankruptcy Court-Delaware |
| 2/28/2010 | 37.00 | COURTCALL, LLC - Appearance Fees - 2/16/10 Hearing - Theodore Freedman, U.S. Bankruptcy Court-Delaware |
| 2/28/2010 | 37.00 | COURTCALL, LLC - Appearance Fees - 2/16/10 Hearing - Christopher Greco, U.S. Bankruptcy Court-Delaware |
| 2/28/2010 | 1,110.00 | C2 LEGAL - Outside Computer Services, Hosting charges for February 2010 |
| Total: | 106,764.69 | |

B-13