# EXHIBIT A

**WR Grace**
**October 2009 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket | 0.9 |
| | Retention matters | 2.0 |
| | Comm w/OHS (Dfu) re fee appls | 1.0 |
| Fri 2 | Review docket | 1.1 |
| Mon 5 | Review docket | 1.7 |
| Tue 6 | Review docket | 1.5 |
| Wed 7 | Hearing and prep | 2.0 |
| | Comm w/OHS (Dfe) re best interests | 0.7 |
| | Comm w/OHS (Dfe) re PJ termination | 0.6 |
| | Analysis best interests | 2.5 |
| | Review docket | 0.4 |
| Thu 8 | Review docket | 2.1 |
| | Rcomm w/OHS (Dfe) re best interests | 0.5 |
| Fri 9 | Review docket | 0.4 |
| Mon 12 | Review docket | 1.7 |
| | Comm w/OHS (Dfu) re fee appls | 0.3 |
| Tues 13 | Hearing and prep | 10.0 |
| | Review docket | 0.9 |
| Wed 14 | Hearing and prep | 8.0 |
| | Review docket | 0.5 |
| Thu 15 | Comm w/OHS (RF) re financial presentation | 0.3 |
| | Comm w/Blackstone (PZ) re confirmation, best int., financial meeting | 0.7 |
| | Review docket | 1.1 |
| Fri 16 | Review docket | 0.4 |
| Mon 19 | Review docket | 0.3 |
| Tue 20 | Review docket | 1.2 |
| Wed 21 | Review docket | 1.0 |
| Thu 22 | Analysis; financial results | 3.1 |
| | Earnings release | 1.0 |
| | Review docket | 0.3 |
| Fri 23 | Comm w/OHS (Dfe) re NJ DEP, Austin Foods | 0.6 |
| | Review docket | 0.4 |
| | Analysis: NJ DEP, AF | 2.8 |
| Mon 26 | Hearing and prep | 2.6 |
| | Review docket | 2.2 |
| Tues 27 | Analysis:3Q earnings | 3.3 |
| | Review docket | 0.3 |
| Wed 28 | Review docket | 0.4 |
| Thu 29 | Review docket | 1.0 |
| Fri 30 | Review docket | 0.2 |
| | TOTAL TIME (hrs) | 62.0 |

**WR Grace**
**October 2009 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 8 | Financial statement analysis | 2.0 |
| Fri 9 | Financial statement analysis | 2.0 |
| Mon 12 | Review docket | 1.0 |
| Mon 12 | Prep for telephone call | 0.5 |
| Tue 13 | Grace Hearing Telephone call | 4.0 |
| Tue 13 | I/C w/JR, CB re all matters | 0.5 |
| Thu 22 | Review docket | 1.0 |
| Fri 23 | Review docket | 0.5 |
| Tue 27 | I/C w/JR, re all matters | 0.25 |
| | TOTAL TIME (hrs) | 11.8 |

**WR Grace**
**October 2009 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 6 | Review financials | 0.5 |
| Wed 7 | Financial statement analysis | 1.0 |
| | Review best interest analysis | 0.5 |
| Mon 12 | Fee application prep | 1.5 |
| Tue 13 | I/C w/JR, CB re all matters | 0.5 |
| Thu 22 | Review docket | 1.0 |
| Fri 23 | Review docket | 1.0 |
| | Review financials | 0.5 |
| Mon 26 | Review docket | 0.5 |
| | TOTAL TIME (hrs) | 7.0 |

# EXHIBIT A

**WR Grace**
**November 2009 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket filings | 0.5 |
| Tue 3 | Review post-trial briefs | 3.0 |
| Wed 4 | Review post-trial briefs | 3.5 |
| Thu 5 | Review post-trial briefs | 1.5 |
|  | Comm w/Blackstone (JO) re financial review | 0.7 |
| Fri 6 | Comm w/OHS (Dfu) re CNO | 0.2 |
| Mon 9 | Comm w/OHS (RW) re employ app | 0.2 |
| Tue 10 | Review docket filings | 1.6 |
|  | Grace 3Q financial review | 1.8 |
|  | Review docket filings | 1.0 |
| Wed 11 | Comm w/OHS (Dfe, Dfu) re CNO filing | 0.7 |
|  | Review docket filings | 0.6 |
| Thu 12 | Comm w/Blackstone (JO) re financial review | 0.2 |
|  | Review docket filings | 0.5 |
| Fri 13 | Comm w/OHS (RW) re Canadian settlement | 0.8 |
|  | Comm w/OHS (RW, RF) re review meeting | 0.3 |
|  | Review docket filings | 1.0 |
| Mon 16 | Comm w/OHS (DS) re meeting | 0.2 |
|  | Financial review: analysis/draft pres | 1.5 |
|  | Review docket filings | 0.7 |
| Tue 17 | Review docket filings | 0.4 |
|  | Financial review: analysis/draft pres | 2.1 |
| Wed 18 | Comm w/OHS (RW, DS) re emp app order | 0.3 |
|  | Financial review: analysis/draft pres | 1.6 |
|  | Comm w/OHS (RW) re omnibus | 0.1 |
|  | Review docket filings | 0.6 |
| Thu 19 | Financial review w/Grace mgmt, Blackstone | 1.0 |
|  | Financial review: analysis/draft pres | 2.7 |
|  | Review docket filings | 1.1 |
| Fri 20 | Review docket filings | 0.4 |
| Mon 23 | Comm w/OHS (Dfu) re fee apps | 0.4 |
|  | Financial review: analysis/draft pres | 1.8 |
|  | Review docket filings | 0.7 |
|  | Omnibus hearing and prep | 1.7 |
| Tue 24 | Review docket filings | 0.8 |
|  | Financial review: analysis/draft pres | 2.6 |
| Wed 25 | Comm w/OHS (RF) re review mtg topics | 1.1 |
|  | Financial review: analysis/draft pres | 1.7 |
|  | Warrant/share analysis | 2.0 |
|  | Review docket filings | 0.4 |
| Mon 30 | Financial review: analysis/draft pres | 1.0 |
|  | Warrant/share analysis | 2.0 |
|  | Review docket filings | 0.9 |
|  | TOTAL TIME (hrs) | 47.9 |

**WR Grace**
**November 2009 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 5 | Review docket | 1.0 |
| Tue 10 | Review docket | 1.0 |
| Fri 13 | Review docket | 0.5 |
| Mon 16 | Financial statement analysis | 1.5 |
| Tue 17 | Financial statement analysis | 3.0 |
| Wed 18 | Prepare financial presentation/analysis | 4.0 |
| Wed 18 | Prep for telephone call | 2.0 |
| Thu 19 | Telephone call with Debtor and Debtor's Advisor | 1.0 |
| Fri 20 | Prepare financial presentation/analysis | 4.5 |
| Fri 20 | Review docket | 1.0 |
| Sat 21 | Review docket | 1.0 |
| Sat 21 | Prepare financial presentation/analysis | 1.5 |
| Sun 22 | Prepare financial presentation/analysis | 2.0 |
| Mon 23 | Prepare financial presentation/analysis | 5.5 |
| Tues 24 | Prepare financial presentation/analysis | 5.0 |
| Mon 30 | Review docket | 0.5 |
| Mon 30 | Prepare financial presentation/analysis | 5.0 |
|  | TOTAL TIME (hrs) | 40.0 |

**WR Grace**
**November 2009 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 4 | Review docket | 1.0 |
| Wed 18 | Financial statement analysis | 2.5 |
| Thu 19 | Prep for telephone call | 2.0 |
|  | Financial statement analysis | 3.0 |
|  | Telephone call with Debtor | 1.0 |
|  | Fee application prep | 2.0 |
| Fri 20 | Fee application prep | 2.0 |
| Fri 20 | Prepare financial presentation/analysis | 4.0 |
| Mon 23 | Prepare financial presentation/analysis | 4.0 |
| Tue 24 | Prepare financial presentation/analysis | 4.0 |
| Wed 25 | Prepare financial presentation/analysis | 4.0 |
| Thu 26 | Prepare financial presentation/analysis | 1.0 |
| Mon 30 | Prepare financial presentation/analysis | 3.0 |
|  | TOTAL TIME (hrs) | 33.5 |

# EXHIBIT A

**WR Grace**
**December 2009 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Work on financial presentation for FCR | 5.0 |
| | Review docket filings | 0.9 |
| Wed 2 | Work on financial presentation for FCR | 4.5 |
| | Review docket filings | 0.7 |
| Thu 3 | Work on financial presentation for FCR | 6.0 |
| | Review docket filings | 1.2 |
| Fri 4 | Work on financial presentation for FCR | 4.0 |
| | Comm w/OHS (Dfu) re fee apps | 0.9 |
| | Review docket filings | 0.4 |
| Mon 7 | Travel to Wash DC | 4.5 |
| | Meeting w/FCR, OHS re financial presentation | 2.0 |
| | Comm w/OHS (Dfu) re fee apps | 0.3 |
| Tue 8 | Travel from Wash DC | 3.5 |
| | Review docket filings | 0.7 |
| | Follow on matters re financial presentation | 4.0 |
| Wed 9 | Review docket filings | 1.4 |
| Thu 10 | Review docket filings | 1.1 |
| | Fee app work | 2.0 |
| Fri 11 | Review docket filings | 0.8 |
| Mon 14 | Review docket filings | 0.2 |
| Tue 15 | Review docket filings | 0.6 |
| Wed 16 | Review docket filings | 0.8 |
| Thu 17 | Review docket filings | 0.3 |
| Fri 18 | Comm w/OHS (Dfu) re fee apps | 0.2 |
| | Review docket filings | 1.0 |
| | Research re sale motion | 1.5 |
| Mon 21 | Comm w/Blackstone (JOC) re Project Surf | 0.4 |
| | Analysis Project Surf | 2.0 |
| | Review docket filings | 0.3 |
| Tue 22 | Review docket filings | 0.5 |
| Wed 23 | Review docket filings | 0.6 |
| Thu 24 | Review docket filings | 0.4 |
| Mon 28 | Review docket filings | 0.7 |
| Tue 29 | Review docket filings | 1.6 |
| Wed 30 | Review docket filings | 0.3 |
| Thu 31 | Review docket filings | 1.0 |
| | TOTAL TIME (hrs) | 56.3 |

**WR Grace**
**December 2009 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Prepare financial presentation/analysis | 2.0 |
| Thu 3 | Review docket | 1.5 |
| Thu 3 | Prepare financial presentation/analysis | 4.0 |
| Fri 4 | Review docket | 1.0 |
| Fri 4 | Prepare financial presentation/analysis | 5.5 |
| Sat 5 | Prepare financial presentation/analysis | 2.0 |
| Sun 5 | Prepare financial presentation/analysis | 5.0 |
| Sun 6 | Prep for meeting | 1.5 |
| Mon 7 | Travel to Washington, DC | 2.5 |
| Mon 7 | Meeting with Orrick | 1.5 |
| Mon 7 | Travel from Washington, DC | 2.5 |
| Fri 11 | Review docket | 0.5 |
| Wed 16 | Review docket | 0.5 |
| Mon 28 | Prep for confirmation hearings | 1.5 |
| Tue 29 | Prep for confirmation hearings | 1.5 |
|  | TOTAL TIME (hrs) | 33.0 |

**WR Grace**
**December 2009 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Prepare financial presentation/analysis | 3.0 |
| Thu 3 | Prepare financial presentation/analysis | 3.0 |
| Fri 4 | Prepare financial presentation/analysis | 4.0 |
| Sat 5 | Prepare financial presentation/analysis | 3.0 |
| Sun 5 | Prepare financial presentation/analysis | 4.0 |
| Sun 6 | Prep for meeting | 3.0 |
| Mon 7 | Travel to Washington, DC | 3.0 |
| Mon 7 | Meeting with Orrick | 2.0 |
| Mon 7 | Travel from Washington, DC | 3.0 |
| Tue 8 | Review docket | 0.5 |
| Fri 18 | Prepare W-9 form | 0.5 |
| Fri 18 | Prepare November Fee App | 1.5 |
| Mon 21 | Review Project Surf document | 0.8 |
| Tue 22 | Review docket | 0.5 |
| Wed 16 | Review docket | 0.5 |
|  | TOTAL TIME (hrs) | 32.3 |