# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (October 1, 2009 – December 31, 2009)**
(Dates Represent Posting Date of Expense)

October 2009
| | |
|---|---|
| Telephone | $ 127.69 |
| Express Mail | $ 49.77 |

November 2009
| | |
|---|---|
| Telephone | $ 160.26 |
| Express Mail | $ 26.13 |
| Meals | $ 25.80 |

December 2009
| | |
|---|---|
| Telephone | $ 188.03 |
| Express Mail | $ 23.96 |
| Late Night Meals | $ 68.57 |
| Airfare | $ 1,278.60 |
| Hotel | $ 325.00 |
| Transportation | $ 451.62 |
| Meals | $ 28.90 |
| Miscellaneous | $ 15.00 |

**TOTAL EXPENSES:**    **$ 2,769.33**