**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 06, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10420

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/1/2010 | AL | Update database with Venable's October Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | receive, review, and finalize BMC's 34Q IR | 0.30 | 13.50 |
|  | AL | Update database with Kramer's January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Ewing's January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Venable's October Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Stroock's January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Pachulski's 4Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Ferry's January Fee Detail | 0.10 | 4.50 |
|  | BSR | Draft e-mail to BMC re initial report for the 34th interim period | 0.10 | 26.50 |

214 698-3868

W.R. Grace & Co.                                                                                                                                           Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 3/1/2010 | DTW | Review and revise BMC Group 34th interim initial report (.1). | 0.10 | 16.50 |
|  | AL | Update database with Foley's Jan Fee Application (electronic version) | 0.10 | 4.50 |
| 3/2/2010 | AL | Update database with Stroock's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Alan Rich's February Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Bilzin's 34Q IR Response | 0.10 | 4.50 |
|  | AL | Update database with Kramer's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Morris' January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Ewing's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's 34Q FR | 0.10 | 4.50 |
|  | AL | Preliminary Draft of WHSA's Monthly Invoice | 0.40 | 18.00 |
|  | BSR | Draft final report re PwC for the 34th interim period | 0.60 | 159.00 |
|  | BSR | Draft final report re Orrick for the 34th interim period | 2.00 | 530.00 |
|  | AL | Update database with Foley's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| 3/3/2010 | AL | Electronic filing with court of Orrick's 34Q FR | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/3/2010 | AL | Update database with PWC's 34Q FR | 0.10 | 4.50 |
|  | AL | Update database with Orrick's 35Q Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Tower's 35Q Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Tower's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | BSR | Draft final report re BMC for the 34th interim period | 0.50 | 132.50 |
|  | BSR | Draft omnibus final report for the 34th interim period | 0.80 | 212.00 |
|  | AL | Update database with BMC's 34Q Response | 0.10 | 4.50 |
|  | AL | Electronic filing with court of PWC's 34Q FR | 0.40 | 18.00 |
|  | AL | Update database with Tower's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's January Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | WHS | detailed review of FR Orrick 34Q 7-9.09. | 0.20 | 59.00 |
|  | WHS | detailed review of FR PwC 34Q 7-9.09 | 0.20 | 59.00 |
|  | AL | Update database with Orrick's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                          Page    4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/3/2010 | AL | Update database with Morris' January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Tower's January Fee Application (electronic version) | 0.10 | 4.50 |
| 3/4/2010 | AL | Update database with BMC's 34Q FR | 0.10 | 4.50 |
| | AL | Electronic filing with court of BMC's 34Q FR | 0.40 | 18.00 |
| | AL | Update database with Capstone's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Morris' 34Q FR | 0.10 | 4.50 |
| | AL | Update database with Morris' 34Q FR | 0.10 | 4.50 |
| | AL | Update database with Bilzin's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ferry's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | WHS | detailed review of FR Duane Morris 34Q 7-9.09. | 0.30 | 88.50 |
| | WHS | detailed review of FR re Cred Comm 1Q | 0.20 | 59.00 |
| | WHS | detailed review of, and revisions to, fR BMC 34Q 7-9.09 | 0.20 | 59.00 |
| | JAW | Proofread W.H.Smith February 2010 fee detail and notice (0.4); e-mail to M. White re: any revisions to same (0.1) | 0.50 | 76.25 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet for the 34th interim period. | 0.10 | 15.00 |

W.R. Grace & Co.     Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/4/2010 | BSR | Draft e-mail to Anne Moran at Steptoe & Johnson inquiring as to quarterly fee applications from the firm | 0.10 | 26.50 |
| | BSR | Draft e-mail to Bernie Hawkins at Nelson Mullins inquiring as to quarterly fee applications from the firm | 0.10 | 26.50 |
| | BSR | Draft e-mail to Tony Scoles at Deloitte inquiring as to status of quarterly fee applications of Deloitte Tax and respond to email from Tony Scoles re same | 0.10 | 26.50 |
| | BSR | Draft omnibus final report for the 34th interim period | 3.60 | 954.00 |
| | BSR | Draft final report re Duane Morris for the 34th interim period | 0.30 | 79.50 |
| | BSR | Draft e-mail to BMC re final report (34Q) | 0.10 | 26.50 |
| 3/5/2010 | AL | Update database with Omnibus 34Q FR | 0.10 | 4.50 |
| | AL | Electronic filing with court of Omnibus' 34Q FR | 0.40 | 18.00 |
| | AL | Update database with Charter's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with AKO's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Caplin's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | receive, review, and respond to email from Warren Smith re omnibus final report (including email inquiry to Rita Tobin at Caplin & Drysdale) | 0.20 | 53.00 |
| | LMH | Draft category spreadsheet for the 34th interim period. | 1.60 | 240.00 |
| | WHS | detailed review of omnibus final report 34Q 7-9.09 | 0.20 | 59.00 |

W.R. Grace & Co. Page 6

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/8/2010 | | BSR | Draft fee and expense chart for attachment to 34th interim fee order | | NO CHARGE |
| | | LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: Tre Angeli's interim application and the 34th interim period category spreadsheet. | 0.30 | 45.00 |
| | | BSR | Draft fee and expense exhibit for 34th interim fee order | 3.00 | 795.00 |
| | | LMH | Receive and review e-mail from B. Ruhlander re: WD Hilton's interim application relative to the 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | | LMH | Continue drafting category spreadsheet for the 34th interim period. | 1.90 | 285.00 |
| | | BSR | Draft fee and expense recommendation exhibit for the 34th interim period | 0.30 | 79.50 |
| | | AL | E-filing of WHSA's February Fee Application | 0.50 | 22.50 |
| 3/9/2010 | | BSR | Draft fee and expense exhibit for 34th interim fee order (1.5); telephone conference with Lynzy Oberholzer re same (.1); telephone conference with Debbie Fullem re Tre Angeli quarterly fee application (.1); draft email to Lisa Hamm re chart and items for project category spreadsheet (.1) | 1.80 | 477.00 |
| | | AL | Update database with Caplin's 34Q IR Response | 0.10 | 4.50 |
| | | LMH | Continue drafting category spreadsheet for the 34th interim period. | 1.80 | 270.00 |
| | | LMH | Receive and review e-mail from B. Ruhlander re: category spreadsheet for the 34th interim period. | 0.10 | 15.00 |
| | | AL | Update database with Tre Angeli's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |
| 3/10/2010 | | LMH | Continue drafting 34th interim period category. spreadsheet. | 0.80 | 120.00 |

W.R. Grace & Co.                                                                                                                    Page    7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/10/2010 | BSR | Draft final report re Caplin & Drysdale for the 34th interim period | 5.10 | 1,351.50 |
|  | BSR | Receive and review response of Caplin & Drysdale to initial report for the 34th interim period | 0.20 | 53.00 |
| 3/11/2010 | BSR | Receive and review project category spreadsheet (.8); email to Lisa Hamm re revisions to same (.1) | 0.90 | 238.50 |
|  | BSR | Draft e-mails to Caplin & Drysdale and debtor's counsel regarding final reports | 0.20 | 53.00 |
|  | LMH | Additions to draft category spreadsheet for 34th interim period. | 1.00 | 150.00 |
|  | LMH | Receive and review multiple e-mails from B. Ruhlander re: draft category spreadsheet for the 34th interim period. | 0.70 | 105.00 |
|  | LMH | Receive and review e-mail from M. White re: category spreadsheet for the 34th interim period. | 0.10 | 15.00 |
|  | WHS | detailed review of FR Caplin 34Q 7-9.09 | 0.30 | 88.50 |
|  | WHS | detailed review of omnibus final report 34Q 7-9.09 (amended). | 0.20 | 59.00 |
|  | BSR | Revise final report re Caplin & Drysdale (34Q) per Warren Smith's instructions (.2); and draft email to Warren Smith re same (.1) | 0.30 | 79.50 |
|  | BSR | telephone conference with Lisa Hamm re project category spreadsheet and other Grace matters | 0.10 | 26.50 |
|  | AL | Update database with HRO's 34Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Electronic filing with court of Caplin's Amended 34Q FR | 0.30 | 13.50 |
|  | AL | Update database with Caplin's Amended 34Q FR | 0.10 | 4.50 |

W.R. Grace & Co.            Page    8

| Date | Staff | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/11/2010 | AL | Electronic filing with court of Amended Omnibus 34Q FR | 0.40 | 18.00 |
| | AL | Update database with Amended Omnibus 34Q FR | 0.10 | 4.50 |
| | AL | Update database with Caplin's 34Q FR | 0.10 | 4.50 |
| 3/12/2010 | AL | Update database with Sander's February Fee Detail | 0.10 | 4.50 |
| 3/15/2010 | BSR | receive, review, and respond to email from Jamie O'Neill re 34th period applicants | 0.10 | 26.50 |
| | BSR | research docket for pertinent orders and applications and review of case status | 0.40 | 106.00 |
| | AL | Update database with Blackstone's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Blackstone's January Fee Detail | 0.10 | 4.50 |
| 3/16/2010 | LMH | Receive and review e-mail from D. Mohammed, Stroock, re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | LMH | Receive and review multiple e-mails from B. Ruhlander re: Stroock cumulative category figures. | 0.30 | 45.00 |
| | AL | Update database with Casner's January Fee Detail (.1); Update database with Steptoe's October, November, and December Fee Detail (.2); Update database with Casner's January Fee Application (Hard Copy) (.1); Update database with Steptoe's October through December Fee Application (Hard Copy) (.1) | 0.50 | 22.50 |
| 3/18/2010 | BSR | research docket and respond to email from Anthony Lopez re fee order for the 34th interim period | 0.20 | 53.00 |
| | JAW | detailed review of Stroock October 2009 fee application (2.20); draft summary of same (0.60). | 2.80 | 427.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/19/2010 | BSR | receive, review, and respond to email from Lisa Hamm re project category spreadsheet | 0.10 | 26.50 |
|  | LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: Klett Rooney's cumulative fees through the 34th interim period. | 0.30 | 45.00 |
|  | JAW | detailed review of Caplin & Drysdale October 2009 fee application (1.00) | 1.00 | 152.50 |
|  | JAW | detailed review of Orrick Herrington October 2009 fee application (3.00); draft summary of same (0.60) | 3.60 | 549.00 |
|  | AL | Update database with Deloitte (Tax) September Fee Detail (.1); Update database with PWC's January Fee Detail (.1) | 0.20 | 9.00 |
| 3/22/2010 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
|  | AL | Update database with PWC's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | JAW | continued detailed review of Caplin & Drysdale October 2009 fee application (2.70); draft summary of same (0.70) | 3.40 | 518.50 |
| 3/24/2010 | AL | Update database with Pitney's January Fee Detail (.1); Update database with Pitney's January Fee Application (.1); Update database with Morris' 35Q Fee Detail (.1) | 0.30 | 13.50 |
|  | LMH | Receive and review e-mail from B. Ruhlander re: revisions to 34th interim period category spreadsheet for Klett Rooney and Stroock. | 0.10 | 15.00 |
|  | LMH | Draft e-mail to A. Lopez re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |
|  | LMH | Draft e-mail to B. Ruhlander re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |
|  | LMH | Draft revisions to 34th period category spreadsheet for Klett Rooney. | 0.10 | 15.00 |
|  | LMH | Draft revisions to 34th period category spreadsheet for Stroock. | 0.20 | 30.00 |

W.R. Grace & Co.                                                                                                              Page    10

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | **Hours** | **Amount** |
|------------|-----|-------|------|------|
| 3/25/2010  | AL  | Update database with Baer's February Fee Application (Electronic Copy) (.1); Update database with Morris' 35Q Fee Application (Hard Copy) (.1) | 0.20 | 9.00 |
|            | AL  | Revise 34th Interim Spreadsheet | 0.50 | 22.50 |
|            | LMH | telephone conference with A. Lopez re: revised category spreadsheet for the 34th interim period. | 0.10 | 15.00 |
|            | JAW | detailed review of Venable October 2009 fee application (5.20) | 5.20 | 793.00 |
| 3/26/2010  | AL  | Update database with Baer's February Fee Application (Hard Copy) | 0.10 | 4.50 |
| 3/29/2010  | AL  | Update database with Venable's October Fee Detail (.1); Update database with Orrick's February Fee Application (Electronic Copy) (.1); Update database with Lincoln's January Fee Application (Electronic Copy) (.1); Update database with Reed's February Fee Detail (.1); Update database with Kramer's February Fee Detail (.1); Update database with Ewing's February Fee Application (Electronic Copy) (.1); Update database with Orrick's February Fee Application (Hard Copy) (.1); Update database with Lincoln's January Fee Application (Hard Copy) (.1); Update database with LAS' January Fee Application (Hard Copy) (.1) | 0.90 | 40.50 |
| 3/30/2010  | AL  | Update database with Kramer's February Fee Application (Hard Copy) (.1); Update database with Saul Ewing's February Fee Application (Hard Copy) (.1); Update database with Stroock's February Fee Application (Hard Copy) (.1); Update database with Foley's February Fee Application (Hard Copy) (.1); Update database with C&L's February Fee Detail (.1); Update database with Ferry's February Fee Detail (.1); Update database with C&D's February Fee Detail (.1); Update database with AKO's February Fee Detail (.1); Update database with Charter's February Fee Detail (.1) | 0.90 | 40.50 |
|            | JAW | detailed review of Stroock November 2009 fee application (1.40); draft summary of same (0.10) | 1.50 | 228.75 |
|            | JAW | Draft summary of Venable October 2009 fee application (1.70) | 1.70 | 259.25 |
|            | AL  | Electronic filing with court of WHSA's February CNO | 0.40 | 18.00 |

W.R. Grace & Co. Page 11

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/31/2010 | AL | Update database with Ogilvy's Feberuary Fee Application (Electronic Copy) (.1); Update database with Stroock's February Fee Application (Electronic Copy) (.1); Update database with Beveridge's 35Q Fee Application (Hard Copy) (.1); Update database with Bilzin's February Fee Detail (.1) | 0.40 | 18.00 |

**For professional services rendered**   **65.40**   **$11,251.25**

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/31/2010 | Third party copies & document prep/setup. | 323.86 |
| | Copying cost | 10.00 |
| | PACER Charges | 17.20 |
| | Westlaw Charges for year ending 2/28/2010 | 1,301.75 |

**Total additional charges**   **$1,652.81**

**Total amount of this bill**   **$12,904.06**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 12.60 | 45.00 | $567.00 |
| Bobbi S. Ruhlander | 21.20 | 265.00 | $5,618.00 |
| Doreen Williams | 0.10 | 165.00 | $16.50 |
| James A. Wehrmann | 19.70 | 152.50 | $3,004.25 |
| Lisa M Hamm | 9.90 | 150.00 | $1,485.00 |
| Warren H Smith | 1.90 | 295.00 | $560.50 |