**EXHIBIT A**

# Blackstone Advisory Partners L.P.

April 6, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of October 1, 2009 through October 31, 2009: | | | $ | 100,000.00 |

Out-of-pocket expenses processed for the period through October 31, 2009:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 1,230.20 | |
| Communications | | 124.42 | 1,354.62 |
| Subtotal | | | 101,354.62 |
| Less: Payments Received | | | (81,354.62) |
| **Total Amount Due** | | $ | **20,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 40854

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through October 31, 2009**
**Invoice No. 40854**

|  | GL Detail | | Total | |
|---|---|---|---|---|
|  | Oct-09 | | Expenses | |
| Airfare | $ | 1,230.20 | $ | 1,230.20 |
| Communications - Teleconferencing | | 124.42 | | 124.42 |
| **Total Expenses** | $ | **1,354.62** | $ | **1,354.62** |
|  |  |  |  |  |
| **Airfare** | | | $ | **1,230.20** |
| **Communications** | | | | **124.42** |
|  |  |  |  |  |
| **Total Expenses** | | | $ | **1,354.62** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2009**
**Invoice No. 40854**

<u>Airfare</u>

| | | |
|---|---|---|
| Zilly (travel agency fee for booking of one-way flight to Queens, NY from Pittsburgh, PA on 09/13/09) | 09/11/09 | 20.00 |
| Zilly (one-way coach class flight to Queens, NY from Pittsburgh, PA) | 09/13/09 | 329.60 |
| Zilly (travel agency fee for booking of one-way flight to Queens, NY from Pittsburgh, PA on 09/17/09) | 09/17/09 | 20.00 |
| Zilly (one-way coach class flight to Queens, NY from Pittsburgh, PA) | 09/17/09 | 860.60 |
| **Subtotal - Airfare** | | **$ 1,230.20** |

<u>Communications - Teleconferencing</u>

| | | |
|---|---|---|
| O'Connell | 08/24/09 | 19.32 |
| O'Connell | 09/24/09 | 11.08 |
| Zilly | 08/24/09 | 94.02 |
| **Subtotal - Communications - Teleconferencing** | | **124.42** |
| **Total Expenses** | | **$ 1,354.62** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 47.9 |
| Jamie O'Connell | Vice President | 19.8 |
| Matthew Bonnano | Associate | 11.4 |
| Michael Sperling | Analyst | 38.3 |
| | Total | 117.4 |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/01/09 | 0.6 | Business Analysis | Financial analysis and call related to analysis |
| Matthew Bonnano | 10/01/09 | 0.6 | Business Analysis | Financial analysis and call related to analysis |
| Michael Sperling | 10/01/09 | 0.6 | Business Analysis | Financial analysis and call related to analysis |
| Jamie O'Connell | 10/06/09 | 0.3 | Business Analysis | Correspondence regarding financial analysis |
| Matthew Bonnano | 10/06/09 | 0.4 | Business Analysis | Financial analysis |
| Jamie O'Connell | 10/07/09 | 4.6 | Business Analysis | Financial analysis related to pre-petition claims |
| Jamie O'Connell | 10/07/09 | 0.2 | Business Analysis | Call with B. Dockman regarding financial analysis |
| Matthew Bonnano | 10/12/09 | 0.3 | Business Analysis | Financial analysis and calls related to pre-petition bank debt claim analysis |
| Matthew Bonnano | 10/20/09 | 1.5 | Business Analysis | Review and prepare financial analysis related to Q3'09 results |
| Michael Sperling | 10/20/09 | 3.7 | Business Analysis | Financial analysis related to Q3'09 results |
| Jamie O'Connell | 10/21/09 | 0.1 | Business Analysis | Review correspondence regarding financial analysis |
| Jamie O'Connell | 10/23/09 | 0.6 | Business Analysis | Status meeting with P. Zilly, M. Bonnano |
| Jamie O'Connell | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| Matthew Bonnano | 10/23/09 | 0.6 | Business Analysis | Status meeting with J O'Connell, P. Zilly |
| Matthew Bonnano | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| Michael Sperling | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| Pamela Zilly | 10/23/09 | 0.5 | Business Analysis | Call with internal team and management regarding financial projections |
| Pamela Zilly | 10/23/09 | 0.6 | Business Analysis | Status meeting with J O'Connell, M. Bonnano |
| Jamie O'Connell | 10/26/09 | 0.5 | Business Analysis | Financial analysis and related correspondence |
| Matthew Bonnano | 10/26/09 | 1.1 | Business Analysis | Financial analysis |
| Jamie O'Connell | 10/27/09 | 0.4 | Business Analysis | Financial analysis |
| Matthew Bonnano | 10/27/09 | 0.9 | Business Analysis | Financial analysis |
| Michael Sperling | 10/27/09 | 0.7 | Business Analysis | Financial analysis for K&E |
| Matthew Bonnano | 10/28/09 | 0.6 | Business Analysis | Review financial analysis related to Q3'09 results |
| Matthew Bonnano | 10/30/09 | 0.4 | Business Analysis | Review financial analysis related to Q3'09 results |
| Michael Sperling | 10/30/09 | 0.8 | Business Analysis | Financial analysis for K&E |
| Michael Sperling | 10/30/09 | 4.8 | Business Analysis | Updated financial analysis related to Q3'09 results |
| | | 26.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 10/06/09 | 3.4 | Claims Analysis Objection/Resolution | LC claim interest rate sensitivity analysis |
| Michael Sperling | 10/07/09 | 1.4 | Claims Analysis Objection/Resolution | LC claim interest rate sensitivity analysis |
| Michael Sperling | 10/08/09 | 2.7 | Claims Analysis Objection/Resolution | Interest analysis on claim amount |
| Jamie O'Connell | 10/19/09 | 0.3 | Claims Analysis Objection/Resolution | Correspondence regarding claims |
| Jamie O'Connell | 10/23/09 | 0.1 | Claims Analysis Objection/Resolution | Review correspondence regarding claims |
| Matthew Bonnano | 10/23/09 | 0.1 | Claims Analysis Objection/Resolution | Review correspondence regarding claims |
| Matthew Bonnano | 10/29/09 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel to discuss interest related analysis |
| Michael Sperling | 10/29/09 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel to discuss interest related analysis |
| | | 8.6 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/15/09 | 0.2 | Committee | Call with J. Radecki re: 3rdQ results |
| | | 0.2 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 10/01/09 | 2.3 | Corporate Finance | WACC analysis for B. Dockman |
| Michael Sperling | 10/02/09 | 1.5 | Corporate Finance | WACC analysis for B. Dockman |
| Matthew Bonnano | 10/05/09 | 0.3 | Corporate Finance | Call with management regarding financial model |
| Michael Sperling | 10/12/09 | 0.7 | Corporate Finance | WACC analysis for E. Filon |
| Matthew Bonnano | 10/23/09 | 0.3 | Corporate Finance | Meeting with P. Zilly re: status, financial analysis |
| Pamela Zilly | 10/23/09 | 0.3 | Corporate Finance | Meeting with M. Bonnano re: status, financial analysis |
| Michael Sperling | 10/26/09 | 5.7 | Corporate Finance | Deferred payment and warrant pricing analysis for H. La Force |
| Michael Sperling | 10/27/09 | 1.7 | Corporate Finance | Comparables analysis for L. Grandieri |
| Michael Sperling | 10/27/09 | 2.1 | Corporate Finance | Foreign vs. domestic cash flow breakdown analysis |
| Michael Sperling | 10/28/09 | 0.8 | Corporate Finance | Comparables analysis for L. Grandieri |
| Michael Sperling | 10/28/09 | 1.4 | Corporate Finance | Foreign vs. domestic cash flow breakdown analysis |
| Matthew Bonnano | 10/29/09 | 0.4 | Corporate Finance | Call with M. Brown to discuss cash flow analysis |
| Michael Sperling | 10/29/09 | 1.7 | Corporate Finance | Foreign vs. domestic cash flow breakdown analysis |
| Michael Sperling | 10/29/09 | 0.4 | Corporate Finance | Call with M. Brown to discuss cash flow analysis |
| Pamela Zilly | 10/29/09 | 0.6 | Corporate Finance | Review analyses |
|  |  | **20.2** |  |  |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/01/09 | 0.1 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 10/05/09 | 0.2 | Financing | Call with management regarding exit financing |
| Matthew Bonnano | 10/05/09 | 0.2 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 10/08/09 | 0.3 | Financing | Call with management and exit financing lender |
| Jamie O'Connell | 10/08/09 | 0.7 | Financing | Exit financing analysis |
| Jamie O'Connell | 10/08/09 | 0.9 | Financing | Call regarding exit financing |
| Pamela Zilly | 10/08/09 | 0.5 | Financing | Call with E. Filon, counsel re: potential exit lenders |
| Jamie O'Connell | 10/09/09 | 0.2 | Financing | Review correspondence regarding exit financing |
| Jamie O'Connell | 10/09/09 | 0.3 | Financing | Review of comparable company notes offering and correspondence related to offering |
| Pamela Zilly | 10/09/09 | 0.8 | Financing | Review documents re: potential exit lenders |
| Pamela Zilly | 10/09/09 | 0.5 | Financing | Call with E. Filon, counsel re: potential exit lenders |
| Jamie O'Connell | 10/12/09 | 0.1 | Financing | Review correspondence regarding exit financing |
| Jamie O'Connell | 10/13/09 | 0.2 | Financing | Call with E. Filon regarding various matters |
| Jamie O'Connell | 10/14/09 | 0.6 | Financing | Exit financing analysis |
| Jamie O'Connell | 10/14/09 | 0.3 | Financing | Call with E. Filon regarding exit financing |
| Jamie O'Connell | 10/14/09 | 1.1 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 10/15/09 | 1.8 | Financing | Exit financing analysis |
| Jamie O'Connell | 10/15/09 | 0.2 | Financing | Call with J. McFarland regarding exit financing |
| Jamie O'Connell | 10/15/09 | 0.2 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 10/19/09 | 0.5 | Financing | Call with management regarding exit financing |
| Matthew Bonnano | 10/19/09 | 0.5 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 10/20/09 | 1.2 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonnano | 10/20/09 | 1.2 | Financing | Call with management and counsel regarding exit financing |
| Pamela Zilly | 10/20/09 | 1.2 | Financing | Call with E. Filon, counsel re: potential exit lenders |
| Jamie O'Connell | 10/29/09 | 0.4 | Financing | Call with management and counsel regarding exit financing |
| Pamela Zilly | 10/29/09 | 0.4 | Financing | Call with E. Filon re: bank meetings |
| | | 14.6 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/12/09 | 3.0 | Non-Working Travel Time | Travel to Pittsburgh |
| Pamela Zilly | 10/13/09 | 3.5 | Non-Working Travel Time | Travel to NY |
| | | 6.5 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/07/09 | 0.2 | Other | Status call with P. Zilly |
| Michael Sperling | 10/07/09 | 0.6 | Other | Prime rate information and historical data |
| Pamela Zilly | 10/07/09 | 0.2 | Other | Call with J O'Connell |
| Pamela Zilly | 10/07/09 | 0.3 | Other | Call with E. Filon |
| Michael Sperling | 10/12/09 | 0.5 | Other | Bank debt pricing for M. Aveza |
| Jamie O'Connell | 10/14/09 | 0.3 | Other | Status meeting with P. Zilly |
| Matthew Bonanno | 10/14/09 | 0.3 | Other | Status update with P. Zilly |
| Pamela Zilly | 10/14/09 | 0.3 | Other | Status meeting with J O'Connell, M. Bonanno |
| Jamie O'Connell | 10/23/09 | 0.6 | Other | Status update with P. Zilly and M. Bonanno |
| Matthew Bonanno | 10/23/09 | 0.6 | Other | Status update with P. Zilly and J. O'Connell |
| Matthew Bonanno | 10/23/09 | 0.3 | Other | Status update with P. Zilly |
| Pamela Zilly | 10/23/09 | 0.6 | Other | Status update with J. O'Connell and M. Bonanno |
| Pamela Zilly | 10/23/09 | 0.3 | Other | Status update with M. Bonanno |
| Pamela Zilly | 10/29/09 | 0.4 | Other | Call with E. Filon |
| | | 5.5 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/07/09 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly re: status |
| Pamela Zilly | 10/07/09 | 0.2 | Plan and Disclosure Statement | Call with J O'Connell re: status |
| Pamela Zilly | 10/08/09 | 3.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/08/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 10/09/09 | 3.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/10/09 | 4.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/11/09 | 4.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/12/09 | 10.0 | Plan and Disclosure Statement | Prepare for testimony |
| Pamela Zilly | 10/13/09 | 6.0 | Plan and Disclosure Statement | Provide testimony at confirmation hearing |
| Pamela Zilly | 10/13/09 | 1.0 | Plan and Disclosure Statement | Attend confirmation hearing |
| Pamela Zilly | 10/15/09 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 10/20/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 10/20/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: confirmation hearing and motions |
| Jamie O'Connell | 10/28/09 | 0.6 | Plan and Disclosure Statement | Review draft post-trial briefs |
| Pamela Zilly | 10/28/09 | 1.0 | Plan and Disclosure Statement | Review draft post trial briefs |
| Pamela Zilly | 10/29/09 | 0.5 | Plan and Disclosure Statement | Call with counsel re: post trial briefs |
| | | 34.9 | | |

Page 9 of 9

# Blackstone Advisory Partners L.P.

April 6, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of December 1, 2009 through December 31, 2009: | $ | 100,000.00 |

Out-of-pocket expenses processed for the period through December 31, 2009.[1]

| | | | |
|---|---|---|---|
| Airfare | $ | (6.80) | |
| Ground Transportation | | 535.86 | |
| Meals | | 209.11 | |
| Lodging | | 1,080.03 | |
| Document Production | | 19.80 | |
| Research | | 1.20 | 1,839.20 |
| | | | |
| Less: Payments Received | | | (81,839.20) |
| | | | |
| **Total Amount Due** | | **$** | **20,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 43460

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through December 31, 2009**
**Invoice No. 43460**

| | GL Detail Dec-09 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | (6.80) | $ (6.80) |
| Ground Transportation - Local Travel | | 72.86 | **72.86** |
| Ground Transportation - Out of Town Travel | | 129.00 | **129.00** |
| Ground Transportation - Railroad | | 334.00 | **334.00** |
| Employee Meals | | 209.11 | **209.11** |
| Lodging | | 1,080.03 | **1,080.03** |
| Document Production | | 19.80 | **19.80** |
| External Research - Online Database | | 1.20 | **1.20** |
| **Total Expenses** | $ | 1,839.20 | $ 1,839.20 |

| | |
|---|---|
| **Airfare** | $ (6.80) |
| **Ground Transportation** | 535.86 |
| **Meals** | 209.11 |
| **Lodging** | 1,080.03 |
| **Document Production** | 19.80 |
| **Research** | 1.20 |
| **Total Expenses** | $ 1,839.20 |

W.R. Grace & Co.
Detail of Expenses Processed
Through December 31, 2009
Invoice No. 43460

**Airfare**

| | | | |
|---|---|---|---|
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 12/16/09 | 194.60 | |
| Zilly (credit issued by vendor for travel agency fee dated 09/17/09 - see Invoice No. 40854) | 09/20/09 | (20.00) | |
| Zilly (credit issued by vendor for canceled flight 09/17/09 - see Invoice No. 40854) | 09/20/09 | (860.60) | |
| Zilly (travel agency fee for booking of one-way flight to Pittsburgh, PA from Queens, NY on 10/12/09) | 10/09/09 | 20.00 | |
| Zilly (one-way coach class flight to Pittsburgh, PA from Queens, NY) | 10/12/09 | 329.60 | |
| Zilly (one-way coach class flight to Queens, NY from Pittsburgh, PA) | 10/13/09 | 329.60 | |
| | Subtotal - Airfare | | $    (6.80) |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Bonanno (taxi to client meeting in New York, NY from Blackstone) | 09/10/09 | 10.62 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 12/14/09 | 12.24 | |
| Zilly (taxi home from JFK Airport in Queens, NY) | 09/17/09 | 50.00 | |
| | Subtotal - Ground Transportation - Local Travel | | 72.86 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Zilly (taxi to hotel from airport in Pittsburgh, PA) | 09/13/09 | 43.00 | |
| Zilly (taxi to hotel from airport in Pittsburgh, PA) | 10/12/09 | 43.00 | |
| Zilly (taxi to airport from hotel in Pittsburgh, PA) | 10/13/09 | 43.00 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 129.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (travel agency fee for booking of round trip train travel to/from Baltimore, MD from/to New York, NY on 12/15 & 12/16/09) | 12/11/09 | 40.00 | |
| O'Connell (round trip train travel to/from Baltimore, MD from/to New York, NY) | 12/15/09 & 12/16/09 | 294.00 | |
| | Subtotal - Ground Transportation - Railroad | | 334.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 09/21/09 | 25.00 | |
| O'Connell (1 weeknight working dinner meal @ Blackstone while working late) | 09/21/09 | 25.00 | |
| Zilly (in-room dinner meal @ hotel in Pittsburgh, PA) | 09/13/09 | 51.88 | |
| Zilly (in-room dinner meal @ hotel in Pittsburgh, PA) | 09/15/09 | 31.88 | |
| Zilly (in-room dinner meal @ hotel in Pittsburgh, PA) | 10/12/09 | 54.69 | |
| Zilly (in-room breakfast meal @ hotel in Pittsburgh, PA) | 10/13/09 | 20.66 | |
| | Subtotal - Employee Meals | | 209.11 |

**Lodging**

| | | | |
|---|---|---|---|
| Zilly (4 day hotel stay in Pittsburgh, PA) | 09/13/09 - 09/17/09 | 1,080.03 | |
| | Subtotal - Lodging | | 1,080.03 |

**Document Production**

| | | | |
|---|---|---|---|
| Sperling (198 black & white photocopies calculated @ a rate of $0.10 per page) | 11/19/09 | 19.80 | |
| | Subtotal - Document Production | | 19.80 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved document from Court docket via P.A.C.E.R.) | 08/21/09 | 1.20 | |
| | Subtotal - External Research - Online Database | | 1.20 |

| | | | |
|---|---|---|---|
| | Total Expenses | | $    1,839.20 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2009 THROUGH DECMBER 31, 2009**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Vice President | 46.9 |
| Matthew Bonnano | Associate | 35.0 |
| Michael Sperling | Analyst | 46.1 |
| Total | | 128.0 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 12/07/09 | 2.5 | Business Analysis | Review model in preparation for updates |
| Jamie O'Connell | 12/16/09 | 0.2 | Business Analysis | Call with P. Hutton of GCP regarding new business development |
| Jamie O'Connell | 12/16/09 | 7.5 | Business Analysis | Davison operating plan session with management |
| Michael Sperling | 12/16/09 | 7.5 | Business Analysis | Davison operating plan session with management |
| Matthew Bonanno | 12/17/09 | 7.5 | Business Analysis | GCP operating plan session with management |
| Michael Sperling | 12/17/09 | 7.5 | Business Analysis | GCP operating plan session with management |
| Jamie O'Connell | 12/21/09 | 0.2 | Business Analysis | Call with J. Baer regarding Project Surf |
| Jamie O'Connell | 12/21/09 | 0.5 | Business Analysis | Review and provide comments to Project Surf materials |
| Jamie O'Connell | 12/21/09 | 0.2 | Business Analysis | Call with P. Hutton of GCP regarding new business development |
| Jamie O'Connell | 12/21/09 | 0.3 | Business Analysis | Correspondence to financial advisors regarding Project Surf |
| Jamie O'Connell | 12/22/09 | 0.5 | Business Analysis | Call with B. Dockman, M. Brown and team regarding financial model |
| Jamie O'Connell | 12/22/09 | 0.1 | Business Analysis | Correspondence regarding Project Surf |
| Matthew Bonanno | 12/22/09 | 0.4 | Business Analysis | Manage committee information request |
| Matthew Bonanno | 12/22/09 | 0.5 | Business Analysis | Call with B. Dockman, M. Brown and team regarding financial model |
| Michael Sperling | 12/22/09 | 0.5 | Business Analysis | Call with B. Dockman, M. Brown and team regarding financial model |
| Matthew Bonanno | 12/23/09 | 1.0 | Business Analysis | Call with M. Brown regarding financial model |
| Michael Sperling | 12/23/09 | 1.0 | Business Analysis | Call with M. Brown regarding financial model |
| Michael Sperling | 12/23/09 | 4.8 | Business Analysis | Follow-up analysis re: model updates |
| | | 42.7 | | |

Page 2 of 8

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 12/13/09 | 1.1 | Claims Analysis Objection/Resolution | Review claims analysis |
| Michael Sperling | 12/27/09 | 1.2 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Michael Sperling | 12/28/09 | 0.8 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Michael Sperling | 12/29/09 | 1.4 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| | | 4.5 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/14/09 | 1.2 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 12/15/09 | 0.3 | Fee Applications | Review draft fee application |
| | | 1.5 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/04/09 | 3.7 | Financing | Review and provide comments on draft engagement letters for exit lenders |
| Jamie O'Connell | 12/06/09 | 1.4 | Financing | Review and provide comments on draft engagement letters for exit lenders |
| Jamie O'Connell | 12/07/09 | 1.5 | Financing | Review and provide comments on draft motion regarding engagement letters |
| Jamie O'Connell | 12/08/09 | 1.2 | Financing | Conference call with management and counsel regarding draft motion |
| Jamie O'Connell | 12/08/09 | 1.1 | Financing | Conference call with management and counsel regarding draft engagement letters |
| Matthew Bonanno | 12/08/09 | 4.6 | Financing | Review draft motions |
| Matthew Bonanno | 12/08/09 | 1.2 | Financing | Conference call with management and counsel regarding draft motion |
| Matthew Bonanno | 12/08/09 | 1.1 | Financing | Conference call with management and counsel regarding draft engagement letters |
| Michael Sperling | 12/08/09 | 1.4 | Financing | Review draft motions |
| Jamie O'Connell | 12/09/09 | 0.5 | Financing | Review and provide comments on draft motion regarding engagement letters |
| Jamie O'Connell | 12/10/09 | 0.2 | Financing | Review draft motion regarding engagement letters |
| Jamie O'Connell | 12/10/09 | 0.2 | Financing | Call with E. Filon regarding exit financing |
| Jamie O'Connell | 12/10/09 | 0.2 | Financing | Call regarding exit financing terms |
| Jamie O'Connell | 12/14/09 | 0.2 | Financing | Call with prospective exit financing lender |
| Jamie O'Connell | 12/14/09 | 0.8 | Financing | Review revised bank engagement letters |
| Michael Sperling | 12/14/09 | 0.2 | Financing | Call with M. Bonanno |
| Jamie O'Connell | 12/15/09 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 12/15/09 | 0.4 | Financing | Call with management, counsel and prospective exit financing lender and advisors |
| Matthew Bonanno | 12/15/09 | 0.2 | Financing | Call with J. O'Connell |
| Matthew Bonanno | 12/15/09 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonanno | 12/15/09 | 0.4 | Financing | Call with management, counsel and prospective exit financing lender and advisors |
| Jamie O'Connell | 12/21/09 | 0.2 | Financing | Call with C. Greco regarding exit financing motion |
| Jamie O'Connell | 12/21/09 | 1.2 | Financing | Review draft motion to restructure existing financing arrangements |
| Jamie O'Connell | 12/21/09 | 0.2 | Financing | Call with M. Sperling regarding exit financing |
| Jamie O'Connell | 12/21/09 | 1.7 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/21/09 | 0.5 | Financing | Review and provide comments on revised draft engagement letter motion |
| Matthew Bonanno | 12/21/09 | 0.3 | Financing | Call with M. Brown |
| Matthew Bonanno | 12/21/09 | 0.4 | Financing | Review Project Surf materials |
| Matthew Bonanno | 12/21/09 | 1.2 | Financing | Review draft motions |
| Michael Sperling | 12/21/09 | 0.2 | Financing | Call with J. O'Connell regarding exit financing |
| Michael Sperling | 12/21/09 | 3.2 | Financing | Exit financing comparables analysis |
| Jamie O'Connell | 12/22/09 | 0.6 | Financing | Review and provide comments on revised draft engagement letter motion |
| Jamie O'Connell | 12/22/09 | 1.0 | Financing | Call with Grace management, Kirkland and internal team regarding exit financing |
| Jamie O'Connell | 12/22/09 | 0.1 | Financing | Correspondence to C. Greco of Kirkland regarding exit financing motion |
| Jamie O'Connell | 12/22/09 | 2.7 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/22/09 | 0.5 | Financing | Call with M. Bonanno and Kirkland regarding draft motion |
| Matthew Bonanno | 12/22/09 | 1.0 | Financing | Call with Grace management, Kirkland and internal team regarding exit financing |
| Matthew Bonanno | 12/22/09 | 0.5 | Financing | Call with J. O'Connell and Kirkland regarding draft motion |
| Matthew Bonanno | 12/22/09 | 0.2 | Financing | Status update with J. O'Connell |
| Michael Sperling | 12/22/09 | 4.4 | Financing | Exit financing comparables analysis |
| Jamie O'Connell | 12/23/09 | 0.1 | Financing | Correspondence to prospective exit financing lender |
| Jamie O'Connell | 12/23/09 | 0.2 | Financing | Review correspondence regarding financial model |
| Jamie O'Connell | 12/23/09 | 0.5 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/24/09 | 0.3 | Financing | Call with M. Bonanno in prospective exit financing lender |
| Matthew Bonanno | 12/24/09 | 0.3 | Financing | Call with J. O'Connell to prospective exit financing lender |
| Matthew Bonanno | 12/26/09 | 2.2 | Financing | Review draft motions and engagement letters |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Matthew Bonanno | 12/26/09 | 0.6 | Financing | Review financial analysis |
| Jamie O'Connell | 12/28/09 | 0.3 | Financing | Call with E. Leibenstein regarding draft document |
| Jamie O'Connell | 12/28/09 | 0.3 | Financing | Draft declaration regarding exit financing engagement letters |
| Jamie O'Connell | 12/29/09 | 0.9 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 12/29/09 | 0.1 | Financing | Call with C. Greco regarding exit financing motion |
| Jamie O'Connell | 12/29/09 | 0.1 | Financing | Follow-up call with C. Greco of Kirkland regarding exit financing motion |
| Jamie O'Connell | 12/29/09 | 0.4 | Financing | Correspondence with prospective exit financing lenders |
| Jamie O'Connell | 12/29/09 | 0.4 | Financing | Correspondence with E. Filon on Grace regarding exit financing |
| Matthew Bonanno | 12/29/09 | 0.9 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonanno | 12/29/09 | 0.6 | Financing | Review correspondence regarding exit financing engagement letters |
| Jamie O'Connell | 12/30/09 | 0.3 | Financing | Correspondence with E. Filon on Grace regarding exit financing |
| Jamie O'Connell | 12/30/09 | 0.2 | Financing | Review correspondence from E. Filon regarding exit financing motion |
| Jamie O'Connell | 12/30/09 | 0.3 | Financing | Correspondence with prospective exit financing lenders |
| Jamie O'Connell | 12/30/09 | 0.3 | Financing | Correspondence to management and counsel regarding exit financing |
| Matthew Bonanno | 12/30/09 | 0.4 | Financing | Correspondence and analysis related to default interest |
| Matthew Bonanno | 12/30/09 | 0.3 | Financing | Review correspondence regarding exit financing engagement letters |
| Matthew Bonanno | 12/31/09 | 0.3 | Financing | Correspondence with M. Sperling regarding exit financing |
| | | 51.9 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/15/09 | 3.8 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Michael Sperling | 12/15/09 | 4.0 | Non-Working Travel Time | Travel to Columbia, MD |
| Jamie O'Connell | 12/16/09 | 4.6 | Non-Working Travel Time | Travel from Columbia, MD to residence in New Jersey |
| Matthew Bonanno | 12/16/09 | 4.0 | Non-Working Travel Time | Travel to Columbia, MD |
| Matthew Bonanno | 12/17/09 | 4.0 | Non-Working Travel Time | Travel from Columbia, MD |
| Michael Sperling | 12/17/09 | 3.8 | Non-Working Travel Time | Travel from Columbia, MD to residence |
| | | 24.2 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/04/09 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman and M. Brown of Grace regarding various matters |
| Jamie O'Connell | 12/06/09 | 0.2 | Plan and Disclosure Statement | Correspondence to M. Bonanno and M. Sperling regarding various matters |
| Jamie O'Connell | 12/15/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matthew Bonanno | 12/15/09 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 12/21/09 | 0.4 | Plan and Disclosure Statement | Read Debtors' reply to Wachovia's response regarding the Allianz settlement |
| Jamie O'Connell | 12/28/09 | 0.3 | Plan and Disclosure Statement | Review correspondence regarding pre-petition bank debt interest |
| Jamie O'Connell | 12/28/09 | 0.2 | Plan and Disclosure Statement | Draft correspondence regarding pre-petition bank debt interest |
| Jamie O'Connell | 12/29/09 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman regarding pre-petition bank claims |
| Jamie O'Connell | 12/29/09 | 0.2 | Plan and Disclosure Statement | Correspondence to M. Bonanno and M. Sperling regarding pre-petition bank claims |
| Jamie O'Connell | 12/30/09 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman regarding pre-petition bank claims |
| Jamie O'Connell | 12/30/09 | 0.2 | Plan and Disclosure Statement | Call with J. Brooks of Kirkland regarding pre-petition bank claims |
| Jamie O'Connell | 12/30/09 | 0.2 | Plan and Disclosure Statement | Review correspondence from management and counsel re: pre-petition bank claims |
| | | 3.2 | | |

Page 8 of 8