IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: May 17, 2010** |

**DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM JANUARY 1, 2010, THROUGH MARCH 31, 2010**

PLEASE TAKE NOTICE that pursuant to the Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business dated May 3, 2001, as amended by subsequent orders dated December 10, 2002, July 24, 2006, and September 24, 2007, respectively, the chart attached hereto as Exhibit A lists: (a) the name of each ordinary course professional ("OCP") that the Debtors have paid for services rendered during the period commencing January 1, 2010, and terminating on March 31, 2010 (the "Fee

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Period"); (b) the amounts paid as compensation for services rendered and reimbursement of expenses incurred for each OCP during the Fee Period; and (c) a general description of the type of services rendered by each OCP during the Fee Period.

PLEASE TAKE FURTHER NOTICE that the Debtors may pay certain amounts for services rendered and expenses incurred by OCPs during the Fee Period at a later time, and any such payments will be disclosed in future statements.

*[Remainder of Page Intentionally Left Blank]*

PLEASE TAKE FURTHER NOTICE that parties in interest have forty-five (45) days from the date of this statement to file and serve objections to payments made to OCPs listed on Exhibit A. Objections must be served upon the Debtors undersigned counsel.

| | |
|---|---|
| Dated: April 8, 2010 | KIRKLAND & ELLIS LLP<br>Theodore L. Freedman<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br><br>and<br><br>THE LAW OFFICES OF JANET S. BAER, P.C.<br>Janet S. Baer, P.C.<br>Roger J. Higgins<br>70 W. Madison St., Suite 2100<br>Chicago, IL 60602-4253<br>(312) 641-2162<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>/s/ James E. O'Neill<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Kathleen P. Makowski (Bar No. 3648)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(302) 652-4100<br>(302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors-in-Possession |