# EXHIBIT A

IN WITNESS WHEREOF, the Parties have executed this Amended Agreement by their authorized representatives as of the date first above written.

Dated: 3/25/2010

W. R. GRACE & CO.

By: /s/ Richard C. Finke

Printed: RICHARD C. FINKE

Title: ASST. GEN. COUNSEL-LITIGATION

Dated: _____

MUTUAL MARINE OFFICE, INC., PACIFIC MUTUAL MARINE OFFICE, INC., MUTUAL MARINE OFFICE OF THE MIDWEST, and EMPLOYERS MUTUAL CASUALTY COMPANY (by its managing general agent and attorney-in-fact Mutual Marine Office, Inc.)

By: _____

Printed: _____

Title: _____