IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE THIRTY-FIFTH
QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR THE
PERIOD FROM OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Thirty-Fifth Quarterly Fee Application of Duane Morris LLP for the Period from October 1, 2009 through December 31, 2009 (the "Application").

BACKGROUND

1.    Duane Morris LLP ("Duane Morris") was retained as co-counsel to the Official Committee of Unsecured Creditors. In the Application, Duane Morris seeks approval of fees totaling $82,898.50 and expenses totaling $4,393.13 for its services from October 1, 2009 through December 31, 2009 (the "Application Period").

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective December 1, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Duane Morris 35Q 10-12.09.wpd

§ 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Duane Morris based on our review, and we received a response from Duane Morris, portions of which response are quoted herein.

## DISCUSSION

3.   In our initial report, we noted that paralegal SL Wolfenden ($220) billed for what appeared to be filing:

| | | | | |
|---|---|---|---|---|
| 12/16/2009 | SL WOLFENDEN | UPDATED PLEADINGS FILES (HARD COPY AND ELECTRONIC). | 0.50 | $110.00 |
| 12/24/2009 | SL WOLFENDEN | UPDATED CASE FILES (HARD COPY AND ELECTRONIC) | 0.60 | $132.00 |
| | | | 1.10 | $242.00 |

On the issue of adjusting rates downward, we find persuasive the opinion expressed by the Honorable Judith K. Fitzgerald in *In re USG Corporation*, Case No. 01-2094 (JKF), Transcript of Proceedings, August 29, 2005, pp. 49-52, wherein the Court opined that $160.00 per hour for file maintenance, even if performed electronically, was too high, and that $60.00 to $100.00 per hour for this service was more appropriate. We have been consistent in recommending that filing be billed at no more than $80.00 per hour. Thus, we asked Duane Morris to explain why this time should be compensated at the paralegal's full hourly rate. Duane Morris responded: "We will withdraw our request for the fees and expenses identified in your report." We appreciate Duane Morris' response and recommend that compensation for the time in question be reduced to $88.00,[1]

---

[1] 1.10 hours × $80.00 per hour = $88.00

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Duane Morris 35Q 10-12.09.wpd

for a reduction of $154.00 in fees.

    4.    We noted the following expenses for which more information was needed:

| Date | Description | Amount |
|---|---|---|
| 11/30/2009 | Meeting Expense | 65.41 |
| 12/31/2009 | Travel away from home | 60.37 |

As stated above, Duane Morris advised us that it would withdraw its request for the fees and expenses identified in our report. Accordingly, we recommend a reduction of $125.78 in expenses.

## CONCLUSION

    5.    Thus, we recommend approval of $82,744.50 in fees ($82,898.50 minus $154.00) and $4,267.35 in expenses ($4,393.13 minus $125.78) for Duane Morris' services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ W. H. Smith_

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 12th day of April, 2010.

                              Warren H. Smith


Case 01-01139-AMC    Doc 24603    Filed 04/12/10    Page 5 of 5

## SERVICE LIST
### Notice Parties

**The Applicant**
Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**The Debtors**
Richard Finke.
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**FEE AUDITOR'S FINAL REPORT** - Page 5
wrg FR Duane Morris 35Q 10-12.09.wpd