## NOTICE OF CLAIMS PURCHASE AGREEMENT

**AUDIOMETRICS INC,** a(n) ___LA___ (State of Incorporation), *Corporation* (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely an unconditionally sell and transfer unto **95 South Holdings a Subsidiary of Blue Heron Special Situations Fund (I),** a Delaware limited liabilit company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$1,361.00** (proof of claim amount, defined as the "Claim") against **W.R. Grace & Co.** (the "Debtor") together with interest, if any, in the United State Bankruptcy Court, **District of Delaware,** or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Numbe **01-01140** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may b entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF,** the undersigned has duly executed this Agreement by its duly authorized representative dated the ___1st___ day of ___April___, 2010.

_____
*audiometrics, Anc*
(Company Name)

Witness: ___Nona Gill___
(Signature)

_____
(Signature of Corporate Officer)

___Nona Gill   Office Manager___
(Print Name and Title of Witness)

*Teri Merriman   V.Pres.*
(Print Name and Title of Corporate Officer)

**95 South Holdings a Subsidiary of Blue Heron Special Situations Fund (I)**

Witness: _____
(Signature)

_____
(95 South Holdings a Subsidiary of Blue Heron Special
Situations Fund (I))

**Exhibit"A"**