IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 6, 2010 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grae & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc, Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.),GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Sqare Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C LiquidatingCorp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), HaydenGulch West Coal Company, H-G Coal Company.

# EXHIBIT A
**(Fee Detail)**

**FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br><br> •    asbestos matters (52000.43)        $9,323.50 <br><br> •    non-asbestos matters (2725.40)     $   52.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $9,375.50 |
| **FEE APPLICATION – APPLICANT** | $536.00 |
| **TOTAL FEES** | $9,911.50 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 9, 2010
Bill Number 121055
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH FEBRUARY 28, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/01/10 | MTM | Telephone call from in-house counsel re: 1953 Bureau of Mines vermiculite report. | 0.10 Hrs | 28.50 |
| 02/01/10 | ARA | Document control. | 5.20 Hrs | 416.00 |
| 02/01/10 | ARA | Per MTM's request, begin search for Bureau of Mines report. | 0.30 Hrs | 37.50 |
| 02/02/10 | MTM | Telephone call from ARA and telephone call to in-house counsel re: Bureau of Mines report. | 0.10 Hrs | 28.50 |
| 02/02/10 | ARA | Return MTM's call; review plant binders for Bureau of Mines Report for 1953; telephone call to MTM and discuss contents of binders; quality control binders. | 7.00 Hrs | 875.00 |
| 02/03/10 | ARA | Quality control plant binders. | 6.20 Hrs | 775.00 |
| 02/04/10 | ARA | Quality control plant binders. | 6.00 Hrs | 750.00 |
| 02/05/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 02/05/10 | ARA | Quality control plant binders. | 3.80 Hrs | 475.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH FEBRUARY 28, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/09/10 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.9). | 1.00 Hrs | 335.00 |
| 02/11/10 | ARA | Quality control plant binders. | 3.00 Hrs | 375.00 |
| 02/12/10 | ARA | Quality control plant binders. | 6.50 Hrs | 812.50 |
| 02/12/10 | ARA | Document control. | 2.00 Hrs | 160.00 |
| 02/16/10 | ARA | Document control. | 5.70 Hrs | 456.00 |
| 02/17/10 | ARA | Document control. | 7.00 Hrs | 560.00 |
| 02/18/10 | ARA | Document control. | 7.00 Hrs | 560.00 |
| 02/19/10 | RAM | Read selected documents filed in bankruptcy court (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | 67.00 |
| 02/19/10 | ARA | Document control. | 6.30 Hrs | 504.00 |
| 02/22/10 | ARA | Document control. | 0.70 Hrs | 56.00 |
| 02/23/10 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 02/24/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 02/25/10 | MTM | Telephone call from in-house Grace counsel re: questions on former Alabama expanding plant (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | 57.00 |
| 02/25/10 | ARA | Per MTM's request, review Alabama plant binders and confirm address for in-house counsel. | 0.40 Hrs | 50.00 |
| 02/25/10 | ARA | Document control. | 5.00 Hrs | 400.00 |
| 02/26/10 | ARA | Document control. | 6.70 Hrs | 536.00 |

TOTAL LEGAL SERVICES    $9,323.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 335.00 | 435.50 |
| Matthew T. Murphy | 0.40 | 285.00 | 114.00 |
| Angela R. Anderson | 33.20 | 125.00 | 4,150.00 |

Page 2

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Angela R. Anderson | 57.80 | 80.00 | 4,624.00 |
| | 92.70 | | $9,323.50 |

                           TOTAL THIS BILL        $9,323.50

# Casner & Edwards, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 9, 2010
Bill Number 121054
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH FEBRUARY 28, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/08/10 | MLL | Receipt and review of plaintiff's motion re: pre-trial conference. | 0.10 Hrs | 26.00 |
| 02/25/10 | MLL | Receipt and review of 9A filing re: motion for pre-trial conference. | 0.10 Hrs | 26.00 |

TOTAL LEGAL SERVICES     $52.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Matthew L. Lunenfeld | 0.20 | 260.00 | 52.00 |
| | 0.20 | | $52.00 |

TOTAL THIS BILL     $52.00

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 9, 2010
Bill Number 121057
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH FEBRUARY 28, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/04/10 | RAM | Work on December fee application (.3). Send it to local counsel to file (.1). | 0.40 Hrs | 134.00 |
| 02/05/10 | RAM | Email fee application to fee auditor. | 0.05 Hrs | No Charge |
| 02/09/10 | RAM | Work on quarterly fee application. | 0.40 Hrs | 134.00 |
| 02/26/10 | RAM | Work on January fee application (.7). Send it to in-house counsels to review (.1). | 0.80 Hrs | 268.00 |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $536.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.60 | 335.00 | 536.00 |
| Robert A. Murphy | 0.05 | 335.00 | No Charge |
|  | 1.65 |  | $536.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

                                                TOTAL THIS BILL          $536.00

**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| **LITIGATION AND LITIGATION CONSULTING** | $13,434.19 |
|---|---:|
| **FEE APPLICATION – APPLICANT** | $16.78 |
| **TOTAL EXPENSES** | $13,450.97 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 9, 2010
Bill Number 121058
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH FEBRUARY 28, 2010

**EXCESS POSTAGE**

| | | | |
|---|---|---|---|
| 02/28/10 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

**PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 02/01/10 | 21 copies at $.10 per copy | 2.10 | |
| | | | $2.10 |

**RENT REIMBURSEMENT**

| | | | |
|---|---|---|---|
| 02/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - February 2010. | 13,027.48 | |
| | | | $13,027.48 |

**MISCELLANEOUS**

| | | | |
|---|---|---|---|
| 02/09/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 02/01/10 through 02/28/10. | 403.05 | |
| | | | $403.05 |

| | | |
|---|---|---|
| | TOTAL COSTS | $13,434.19 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                                                    TOTAL THIS BILL        $13,434.19

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 9, 2010
Bill Number 121059
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH FEBRUARY 28, 2010

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 02/11/10 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on February 4, 2010 by R A Murphy. | 16.78 |
| | | $16.78 |
| | TOTAL COSTS | $16.78 |
| | TOTAL THIS BILL | $16.78 |

Page 1