# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 9557

**PLEASE TAKE NOTICE** that the State of Ohio, on behalf of the Ohio Environmental Protection Agency, withdraws Proof of Claim number 9557 filed against Debtor W.R. Grace & Co. – Conn.

Respectfully submitted,

**RICHARD CORDRAY
OHIO ATTORNEY GENERAL**

/s/ Timothy J. Kern
**TIMOTHY J. KERN**
(Ohio Registration No. 0034629)
Assistant Attorney General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215-3428
Telephone: (614) 466-5261
Fax No. (614) 644-1926
E-Mail: timothy.kern@ohioattorneygenral.gov

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 16, 2010 a copy of the foregoing Notice of Withdraw of Proof of Claim No. 9557 was filed electronically. Notice of this filing will be sent to those persons who have appeared in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

The undersigned also certifies that a true copy of the foregoing Notice of Withdraw of Proof of Claim No. 9557 was sent by e-mail to the following on April 16, 2010:

>Janet S. Baer, counsel for Debtor W.R. Grace & Co.
>jbaer@jsbpc.com
>
>Robert Emmett, in-house counsel at W.R. Grace & Co.
>robert.emmett@grace.com

>/s/ Timothy J. Kern
>**TIMOTHY J. KERN**
>**Assistant Attorney General**