IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | Re: Docket No. 24568 |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 19, 2010, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. April 15, 2010.**

**CONTINUED MATTERS:**

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

    Related Documents:

    a. [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to May 3, 2010, at 10:30 a.m.

2.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Related Documents:

    a.  [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.  Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    b.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    c.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    d.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    e   Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

    Status: This matter is continued to May 3, 2010, at 10:30 a.m.

## UNCONTESTED MATTERS:

3.  Motion of the Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Morguard Investments Limited [Filed: 3/2/10] (Docket No 24382)

    Related Documents:

    a.  [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Morguard Investments Limited [Filed: 3/2/10] (Docket No. 24382, Exhibit B)

    b.     Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Morguard Investments Limited [Filed: 3/29/10] (Docket No 24528)

    c.     **[Signed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Morguard Investments Limited [Filed: 4/7/10] (Docket No. 24577)**

Response Deadline: March 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

4.     Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Toronto District School Board [Filed: 3/2/10] (Docket No. 24383)

Related Documents:

    a.     [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Toronto District School Board [Filed: 3/2/10] (Docket No. 24383, Exhibit B)

    b.     Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Toronto District School Board [Filed: 3/29/10] (Docket No. 24529)

    c.     **[Signed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Toronto District School Board [Filed: 4/7/10] (Docket No. 24578)**

Response Deadline: March 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

5.     Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By McMaster University [Filed: 3/2/10] (Docket No. 24384)

Related Documents:

    a.     [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Toronto District School Board [Filed: 3/2/10] (Docket No. 24384, Exhibit B)

    b.     Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By McMaster University [Filed: 3/29/10] (Docket No. 24530)

    c.    **[Signed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By McMaster University [Filed: 4/7/10] (Docket No. 24580)**

Response Deadline: March 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

6. Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Health Care Corporation of St. John's [Filed: 3/2/10] (Docket No. 24385)

   Related Documents:

   a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Health Care Corporation of St. John's [Filed: 3/2/10] (Docket No. 24385, Exhibit B)

   b. Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Health Care Corporation of St. John's [Filed: 3/29/10] (Docket No. 24531)

   c. **[Signed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Health Care Corporation of St. John's [Filed: 4/7/10] (Docket No. 24581)**

   Response Deadline: March 26, 2010, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: An order has been entered on this matter.**

7. Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Hamilton Wentworth District School Board [Filed: 3/2/10] (Docket No. 24386)

   Related Documents:

   a. [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Hamilton Wentworth District School Board [Filed: 3/2/10] (Docket No. 24386, Exhibit B)

   b. Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Hamilton Wentworth District School Board [Filed: 3/29/10] (Docket No. 24532)

   c. **[Signed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Hamilton Wentworth District School Board [Filed: 4/7/10] (Docket No. 24582)**

   Response Deadline: March 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

8.     Joint Motion of the Plan Proponents for Entry of an Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 9553 of Longacre Master Fund, LTD. and Longacre Capital Partners (QP) and Withdrawing Plan Objections [Filed: 3/8/10] (Docket No. 24418)

Related Documents:

    a.     [Proposed] Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 9553 of Longacre Master Fund, LTD. and Longacre Capital Partners (QP) and Withdrawing Plan Objections [Filed: 3/8/10] (Docket No. 24418, Exhibit A)

    b.     Certification of No Objection Regarding Joint Motion of the Plan Proponents for Entry of an Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 9553 of Longacre Master Fund, LTD. and Longacre Capital Partners (QP) and Withdrawing Plan Objections [Filed: 3/89/10] (Docket No. 24533)

    c.     **[Signed] Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 9553 of Longacre Master Fund, LTD. and Longacre Capital Partners (QP) and Withdrawing Plan Objections [Filed: 4/7/10] (Docket No. 24583)**

Response Deadline: March 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

9.     Joint Motion of the Plan Proponents for Entry of an Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 18508 of National Union Fire Insurance Company of Pittsburgh, PA and Withdrawing Plan Objections [Filed: 3/8/10] (Docket No. 24419)

Related Documents:

    a.     [Proposed] Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 18508 of National Union Fire Insurance Company of Pittsburgh, PA and Withdrawing Plan Objections [Filed: 3/8/10] (Docket No. 24419, Exhibit A)

    b.    Certification of No Objection Regarding Joint Motion of the Plan Proponents for Entry of an Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 18508 of National Union Fire Insurance Company of Pittsburgh, PA and Withdrawing Plan Objections [Filed: 3/29/10] (Docket No. 24534)

    c.    **[Signed] Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 18508 of National Union Fire Insurance Company of Pittsburgh, PA and Withdrawing Plan Objections [Filed: 4/7/10] (Docket No. 24584)**

Response Deadline: March 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

10.    Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2010-2012 Long-Term Incentive Plan for Key Employees [Filed: 3/8/10] (Docket No. 24420)

Related Documents:

    a.    [Proposed] Order Granting the Implementation of the 2010-2012 Long-Term Incentive Plan for Key Employees [Filed: 3/8/10] (Docket No. 24420)

    b.    Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2010-2012 Long-Term Incentive Plan for Key Employees [Filed: 4/5/10] (Docket No. 24567)

    c.    **[Signed] Order Granting the Implementation of the 2010-2012 Long-Term Incentive Plan for Key Employees [Filed: 4/7/10] (Docket No. 24579)**

Response Deadline: March 26, 2010, at 4:00 p.m. *(extended until March 31, 2010 for the Creditors' Committee)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

11.    Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Kaye Scholer LLP as Counsel for Intellectual Property Matters [Filed: 3/8/10] (Docket No. 24421)

Related Documents:

    a.    [Proposed] Order Authorizing the Retention and Employment of Kaye Scholer LLP as Counsel for Intellectual Property Matters [Filed: 3/8/10] (Docket No. 24421)

    b.    Affidavit of John P. Rynkiewicz in Support of Application of the Debtors to Employ Kaye Scholer LLP as Special Counsel for the Debtors [Filed: 3/26/10] (Docket No. 24513)

    c.    Certification of No Objection Regarding Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Kaye Scholer LLP as Counsel for Intellectual Property Matters [Filed: 3/29/10] (Docket No. 24535)

    d.    **[Signed] Order Authorizing the Retention and Employment of Kaye Scholer LLP as Counsel for Intellectual Property Matters [Filed: 4/7/10] (Docket No. 24585)**

Response Deadline: March 26, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered on this matter.**

**STATUS CONFERENCES:**

12.    Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

    Related Documents:

    a.    [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

    Response Deadline: July 10, 2009, at 4:00 p.m. *(extended until March 5, 2010, at 4:00 p.m.)*

    Responses Received:

    a.    Response of Maryland Casualty Company in Opposition to Debtors' Objection to Claims [Filed: 3/5/10] (Docket No. 24407)

    b.    Joinder of Libby Claimants in the Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 3/9/10] (Docket No. 24423)

    c.    Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, and the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 3/19/10] (Docket No. 24471)

Status: This matter will go forward for status.

13. Motion of Gloria Munoz for Relief From the Automatic Stay and Related Relief [Filed: 8/18/09] (Docket No. 22844)

   Related Documents:

   a. [Proposed] Order Granting the Motion of Gloria Munoz for Relief From the Automatic Stay/Plan Injunctions [Filed: 8/18/09] (Docket No. 22844, Exhibit C)

   b. [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

   c. **Claims Settlement Notice (Claim No. 1959) [Filed: 4/7/10] (Docket No. 24587)**

   Response Deadline: October 9, 2009, at 4:00 p.m.

   Responses Received:

   a. Debtors' Brief in Opposition to Gloria Munoz' Motion for Relief From the Automatic Stay and Related Relief [Filed: 10/8/09] (Docket No. 23461)

   **Status: The parties have settled this matter and the related claim. A Notice of Settlement has been filed outlining the terms of the settlement.**

14. Status on Chapter 11 Plan Amendments, Stipulations and Objections

   Related Documents:

   a. Stipulation [Filed: 2/5/10] (Docket No. 24250)

   b. Amended Stipulation Concerning Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.'s Objections to Confirmation of Plan of Reorganization [Filed: 2/12/10] (Docket No. 24283)

   c. Stipulation Among the Plan Proponents, OneBeacon America Insurance Company and Seaton Insurance Company Between W.R. Grace & Co., et al. and OneBeacon America Insurance Company and Seaton Insurance Company [Filed: 2/15/10] (Docket No. 24294)

   d. Notice of Filing and Service of Plan Proponents' Updated and Amended Chart Summarizing Confirmation Requirements and Remaining Objections to the First Amended Joint Plan of Reorganization [Filed: 3/19/10] (Docket No. 24476)

   e. Notice of Fourth Set of Modifications to Joint Plan of Reorganization [Filed: 3/19/10] (Docket No. 24477)

   f. Stipulation Among the Plan Proponents and CNA Regarding Certain Actions Against Sealed Air [Filed: 3/19/10] (Docket No. 24479)

   g. Notice of Filing and Service of Plan Proponents' Updated and Amended Chart (Revised) Summarizing Confirmation Requirements and Remaining Objections to the First Amended Joint Plan of Reorganization [Filed: 3/30/10] (Docket No. 24549)

Responses Received:

a. Bank Lender Group's Reservation of Rights and Limited Response to Plan Proponents' Updated and Amended Chart Summarizing Confirmation Requirements and Remaining Objections to the First Amended Joint Plan of Reorganization [Filed: 3/30/10] (Docket No. 24541)

Status: This matter will go forward.

## TRIAL ON CANADIAN PROPERTY DAMAGE CLAIMS:

15. Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Two Time-Barred Canadian Asbestos Property Damage Claims [Filed: 11/9/09] (Docket No. 23724)

Related Documents:

a. [Proposed] Order Disallowing and Expunging Two Time-Barred Canadian Asbestos PD Claims [Filed: 11/9/09] (Docket No. 23724)

b. Modified Order Regarding Trial on Canadian Property Damage Claim Numbers 11627 and 12476 [Filed: 2/8/10] (Docket No. 24255)

Response Deadline: November 25, 2009, at 4:00 p.m.

Responses Received:

a. Response to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Two Time-Barred Canadian Asbestos Property Damage Claims [Filed: 11/25/09] (Docket No. 23866)

*[Remainder of Page Intentionally Left Blank]*

Status: A trial will go forward on this matter.

Dated: April 16, 2010

                                              KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

–and–

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession