IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] ) | |
| ) | Case No. 01-01139(JFK) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Objection Deadline: May 6, 2010 |
| ) | at 4:00 p.m. (Prevailing Eastern Time) |
| ) | |

**SUMMARY APPLICATION OF VENABLE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| | |
|---|---|
| Name of Applicant: | <u>Venable LLP ("Venable")</u> |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention: | <u>Retention Order entered June 24, 2009, effective as of May 22, 2009</u> |
| Period for which compensation and reimbursement is sought: | <u>November 1, 2009 through November 30, 2009</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$398,519.00</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$163,488.22</u> |

This is a  x  monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross County Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is Venable's monthly application for interim compensation of services for the interim fee period November 1, 2009 through November 30, 2009 (the "Fee Period"). The following applications were filed in the Chapter 11 cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 5, 2009 | 11/1/2008-6/30/2009 | $709,294.00 | $6,405.06 | $706,595.00 | $6,405.06 |
| November 5, 2009 | 7/1/2009-7/31/2009 | $50,849.50 | $75,008.99 | Interim approval[2] | Interim approval |
| November 24, 2009 | 8/1/2009-8/31/2009 | $134,090.00 | $102,335.48 | Interim approval | Interim approval |
| November 24, 2009 | 9/1/2009-9/30/2009 | $306,602.00 | $118,095.92 | Interim approval | Interim approval |
| November 24, 2009 | July-September 2009 | $491,541.50 | $295,440.39 | $491,292.50 | $295,440.30 |
| February 26, 2010 | 10/1/2009-10/31/2009 | $479,238.00 | $266,326.39 | Pending | Pending |

The Venable attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Laura S. Bouyea | Associate | 2003 | Business | $285.00 | 40.3 | $11,485.50 |
| Darek S. Bushnaq | Partner | 1997 | Business | $380.00 | 17.0 | $6,460.00 |
| Michael J. De Vinne | Associate | 2001 | Litigation | $360.00 | 78.7 | $28,332.00 |
| Andrew Gendron | Partner | 1986 | Litigation | $545.00 | 161.8 | $88,181.00 |
| Alexander W. Major | Associate | 2005 | Litigation | $285.00 | 112.6 | $32,091.00 |
| Colleen M. Mallon | Partner | 1999 | Litigation | $415.00 | 175.1 | $72,666.50 |
| Mark D. Maneche | Of Counsel | 1994 | Litigation | $420.00 | 48.7 | $20,454.00 |

---

[2] The fees and expenses requested in the July through September, 2009, interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on March 19, 2010.

-2-

BA3DOCS1/444834

| Name | Position | Year | Department | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|---|
| Moxila A. Upadhyaya | Associate | 2003 | Litigation | $340.00 | 98.2 | $33,388.00 |
| G. Stewart Webb, Jr. | Partner | 1975 | Litigation | $635.00 | 129.4 | $82,169.00 |
| | | | | Total for all attorneys | | $375,227.00 |
| | | | | (Less write-off) | | $9,648.00 |
| | | | | Total | | $365,579.00 |

The paraprofessionals of Venable who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Todd A. Burdick | Paralegal | 3 | Litigation | $180.00 | 103.5 | $18,630.00 |
| Jane R. Collins | Paralegal | 5 | Litigation | $195.00 | 54.7 | $10,666.50 |
| Ruth A. Lathe | Paralegal | 15 | Litigation | $225.00 | 15.4 | $3,465.00 |
| Claudia Reyes | Paralegal | 9 | Litigation | $220.00 | 40.0 | $8,800.00 |
| | | | | Total for all paraprofessionals | | $41,561.50 |
| | | | | (Less write-off) | | $8,621.50 |
| | | | | Total | | $32,940.00 |

|  |  |
|---|---|
| **Grand Total for Fees (before write-off)** | **$416,788.50** |
| **Grand Total for Fees (after write-off)** | **$398,519.00** |
| **Blended Rate (after write-off)** | **$370.58** |

BA3DOCS1/444834

## Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice in Connection with the Global Printing Litigation | 1,018.1 | $398,843.00 |
| Advice in Connection with Preparation of Fee Applications | 57.3 | $17,945.50 |
| Total for all matters | | $416,788.50 |
| (Less write-off) | | ($18,269.50)[3] |
| Total | | $398,519.00 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Expert Fees & Expenses | 137,569.58 |
| Commercial Messenger | 768.35 |
| Conferencing Services | 5.78 |
| Reproduction Costs | 1,458.93 |
| Legal Research/Westlaw | 8,163.00 |
| Long Distance Telephone | 94.30 |
| Luncheon/Dinner Conference | 551.09 |
| Postage | 34.89 |
| Transcription Expense | 14,579.60 |
| Travel Expense | 262.70 |
| Total of Expenses | $163,488.22 |

**WHEREFORE**, Venable respectfully requests (a) that an allowance be made to it, as more fully described above for (i) 80% of the amount of **$398,519.00** for reasonable and necessary professional services Venable has rendered to the Debtors during the Fee Period **($318,815.20)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Venable during the Fee Period **($163,488.22)**; (b) that both the fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such other relief as is equitable and just.

---

[3] Venable also wrote off additional amounts, related primarily to technology services. To the extent no time was billed for an individual's services, they have not been included in the above charts. The time incurred by these individuals as well as the total write-off amounts are provided in the attached fee detail.

-4-

BA3DOCS1/444834

Wilmington, Delaware
Dated: April 16, 2010

Respectfully submitted,

VENABLE LLP

*/s/ G. Stewart Webb, Jr.*
G. Stewart Webb, Jr.
Darek S. Bushnaq
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Special Litigation Counsel for the Debtors and Debtors in Possession

BA3DOCS1/444834