UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

### SIXTEENTH AMENDED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY MOTLEY RICE LLC

Joseph F. Rice, being first duly sworn, hereby deposes and states as follows:

1.  I am a member of Motley Rice LLC, with offices at 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465.

2.  This Sixteenth Amended Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and pursuant to the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated December 23, 2004 ("Revised Order").

3.  Motley Rice LLC submits herewith two sets of compact discs that include a blank, unredacted, exemplar copy of the power of attorney giving Motley Rice power to act on behalf of each individual creditor of the Debtor and an excel spread sheet setting forth all information as required by the Revised Order.

4.  Motley Rice LLC will file an amended and supplemental statement setting forth any material changes in the facts contained in this Amended Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>April 20, 2010</u>     Respectfully submitted,

*/s/ Joseph F. Rice*
_____
Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000
(843) 216-9450 (fax)