**NO ORDER REQUIRED**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 19, 2010 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 24548**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the One Hundred and Sixth Monthly Application of

Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period from February 1, 2010 through February 28, 2010 ("the Application").

The undersigned further certifies that she has caused the Court's docket in this case to be reviewed

and no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Application, objections to the Application were to be filed and served no later than

April 19, 2010 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $7,588.80 which represents 80% of the fees ($9,486.00) and

$3,586.47 which represents 100% of the expenses requested in the Application for the period

February 1, 2010 through February 28, 2010, upon the filing of this certification and without the

need for entry of a Court order approving the Application.

Dated: April 20, 2010                         FERRY, JOSEPH & PEARCE, P.A.


                                              /s/ Lisa L. Coggins
                                              Michael B. Joseph (No. 392)
                                              Theodore J. Tacconelli (No. 2678)
                                              Lisa L. Coggins (No. 4234)
                                              824 Market Street, Suite 1000
                                              P.O. Box 1351
                                              Wilmington, DE. 19899
                                              (302) 575-1555

                                              *Counsel to the Official Committee of Asbestos
                                              Property Damage Claimants*