**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/10/10 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FOURTEENTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr. |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 22, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2010 through March 31, 2010 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $2,016.00   [80% of $2,520.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | CNO Filed | CNO Filed |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 40 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 5.6 hours,[2] for a total amount billed of $2,520.00 of which 80% is currently sought, in the amount of $2,016.00.

---

[1] At 80% of the total incurred.

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

As stated above, this is the Fourteenth application for monthly fees and expenses. The time for preparation of this Application is approximately 1 hour, for which $600.00 will be requested in a future application of my counsel.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 4.8 | $2,160.00 |
| Fee Applications | .8 | $360.00 |
| TOTAL | 5.6 | $2,520.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 20th day of April, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALEXANDER M. SANDERS, JR.
## SANDERS & NETTLES, LLC
### Attorneys at Law
### 208 Lincoln Street
### Columbia, South Carolina 29201

Mailing address:  19 Water Street
Charleston, SC 29401

**INVOICE FOR PROFESSIONAL SERVICES 3/1/10 – 3/31/10**
April 19, 2010

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 3/10/10 | Review of Fee Auditor's report for the period 7/1/09 – 9/30/09 | 0.5 |
| 3/22/10 | Review of the following documents: | |
| | Order striking Motion to Intervene filed on behalf of Bernard Madoff | 0.1 |
| | Amended Notice of Agenda for March 22, 2010, hearing | 0.3 |
| | Certification of Counsel re: Canadian ZIA Claimants' Application for Appointment of Special Counsel and Application Authorizing the Retention of Daniel K. Hogan as Counsel | 0.5 |
| | Notice of Motion of Debtors for an Order Authorizing Settlement of Asbestos PD Claim by University of Guelph | 0.5 |
| | Notice of Motion for an Order Authorizing the Settlement of Asbestos PD Claim by Failmall Leaseholders, Inc. | 0.5 |
| | Notice of Motion of Debtors for an Order Authorizing the Settlement of Asbestos PD Claim by Conseillers Immobiliers GWL, Inc. | 0.5 |

**INVOICE 3/1/10 – 3/31/10**
April 19, 2010
Page 2

|  |  |  |
|---|---|---|
|  | Notice of Motion of Debtors for an Order Authorizing the Settlement of Asbestos PD Claim by Avalon East School Board | 0.5 |
|  | Notice of Motion of Debtors for an Order Authorizing the Settlement of Asbestos PD Claim by Atlantic Shopping Centres, Ltd. | 0.5 |
|  | Notice of Motion of Debtors for an Order Authorizing the Settlement of Asbestos PD Claim by City of Vancouver | 0.6 |
| 3/23/10 | Review of subpart (vi) relating to 4th Set of Plan Modifications, applying to the PI Trust and possibly applying to PD Trust as well, as requested by the PI FCR | 0.5 |
|  | Further review of multiple e-mail correspondence of March 22, 2010, regarding the above between Richard Wyron, Deanna Boll, Alan Rich, Ted Freedman, Jan Baer and Debra Felder | 0.3 |
| 3/24/10 | Review of last payment from Grace and correction of the amount (overpayment) | 0.3 |

5.6 @ $450/hour          $ 2,520.00