# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br>Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>Plaintiffs,<br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC.,<br><br>Defendants. | Adv. No. 02-2211<br><br><br><br><u>Affects Dockets 02-2210 and 02-2211</u><br><br>**Objection Date:  April 19, 2010 at 4:00 p.m.**<br>**Hearing Date:  May 3, 2010 at 10:30 a.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 24519**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twelfth Quarterly Fee Application Request of Ferry, Joseph & Pearce, P.A. For Approval And Allowance of Compensation For Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for The Period of April 1, 2005 through May 31, 2005 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 19, 2010.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

    FERRY, JOSEPH & PEARCE, P.A.

    /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Dated: April 20, 2010    Local Counsel to the Official Committee of Asbestos Property Damage Claimants