# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) <br> Jointly Administered |
| Debtors. | Re Docket No. 24523 |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 24523

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Ninety-Seventh Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2010 through February 28, 2010** [Docket No. 24523] (the "Application") filed on March 29, 2010.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Ninety-Seventh Monthly Fee Application, objections to the Application were to be filed and served no later than April 19, 2010 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $6,878.00, which represents eighty percent (80%) of the requested compensation of $8,597.50, and one hundred percent (100%) of expenses of $803.88 without further order from the court.

Dated: April 21, 2010          */s/ Michael R. Lastowski*
      Wilmington, Delaware         Michael R. Lastowski (DE 3892)
                                        DUANE MORRIS LLP
                                        1100 N. Market Street, Suite 1200
                                        Wilmington, DE 19801-1246
                                        Telephone:    (302)-657-4942
                                        Facsimile:     (302)-657-4901
                                        Email: mlastowski@duanemorris.com

                                        *Co-Counsel for the Official*
                                        *Committee of Unsecured Creditors*