**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the Month Ended February 28, 2010**

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**February 2010**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | $ 582.40 | 8.3 | $ 4,833.92 |
| Robert F Eydt | Audit Partner | 25+ | $ 990.60 | 3.0 | $ 2,971.80 |
| Thomas E Smith | Tax Partner | 21 | $ 698.50 | 66.8 | $ 46,659.80 |
| Robert Keehan | Audit Partner | 20+ | $ 698.50 | 7.5 | $ 5,238.75 |
| John Edward Newstead | Tax Partner | 10+ | $ 647.70 | 2.4 | $ 1,554.48 |
| Jennifer A James | Director | 17 | $ 698.50 | 8.6 | $ 6,007.10 |
| Kevin Mark Tom | Director | 13 | $ 560.88 | 1.5 | $ 841.32 |
| Lawrence Brager | Director | 30+ | $ 384.80 | 4.3 | $ 1,654.65 |
| David C Sands | Audit Senior Manager | 8 | $ 410.21 | 1.0 | $ 410.21 |
| Justin Bray | Audit Senior Manager | 8 | $ 410.21 | 143.6 | $ 58,906.16 |
| Alison Nicole Garleb | Audit Manager | 6 | $ 290.83 | 207.0 | $ 60,201.81 |
| Mariana Isturiz Espinoza | Tax Manager | 6 | $ 291.20 | 9.0 | $ 2,620.80 |
| Damien Hughes | Audit Manager | 6 | $ 428.64 | 3.0 | $ 1,285.92 |
| Lynda Keorlet | Audit Senior Associate | 4 | $ 227.33 | 229.9 | $ 52,263.17 |
| Edom Aweke | Audit Senior Associate | 4 | $ 330.20 | 8.7 | $ 2,872.74 |
| Jacqueline Calvo | Audit Senior Associate | 3 | $ 218.40 | 39.6 | $ 8,648.64 |
| Todd S. Chesla | Tax Senior Associate | 3 | $ 218.40 | 21.0 | $ 4,586.40 |
| Pavel Katsiak | Audit Senior Associate | 3 | $ 209.55 | 240.6 | $ 50,417.73 |
| John Bower | Audit Senior Associate | 4 | $ 330.20 | 2.0 | $ 660.40 |
| Marjored Perez | Tax Senior Associate | 4 | $ 218.40 | 8.0 | $ 1,747.20 |
| Markus Michel | Audit Senior Associate | 3 | $ 351.12 | 12.1 | $ 4,248.55 |
| Elizabeth Sama | Audit Associate | 3 | $ 150.80 | 32.0 | $ 4,825.60 |
| Annie J Park | Audit Associate | 2 | $ 170.18 | 3.0 | $ 510.54 |
| Shahin Rahmani | Audit Associate | 2 | $ 156.21 | 212.7 | $ 33,225.87 |
| Kristina N Johnson | Audit Associate | 1 | $ 156.21 | 235.2 | $ 36,740.59 |
| Andrew Wang | Audit Associate | 2 | $ 170.18 | 15.1 | $ 2,569.72 |
| Shawn C Mcneilly | Audit Associate | 1 | $ 156.21 | 194.0 | $ 30,304.74 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | $ 123.19 | 221.7 | $ 27,311.22 |
| Katherine Grace Leenhouts | Audit Associate | <1 | $ 260.35 | 31.7 | $ 8,253.10 |
| **Totals** | | | | **1,973.3** | **$ 462,372.90** |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals   16.2   $ 2,530.64

## Summary of PwC's Fees By Project Category:
### February 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 16.2 | $ 2,530.64 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |

| | | |
|---|---|---|
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1973.3 | $ 462,372.90 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,989.5 | $ 464,903.54 |

Expense Summary
February 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 3,874.78 |
| Lodging | N/A | $ 2,468.42 |
| Sundry | N/A | $ 128.18 |
| Business Meals | N/A | $ 3,641.51 |
| TOTAL: | | $ 10,112.89 |