# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended February 28, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 2/16/10 | | | | $ 100.00 | Dinner for myself and E. Filon (Grace) at Abe & Louie's in Boca Raton. Review and comment on APB 23 memo for consult. (2 people in attendance) |
| Thomas E. Smith | Integrated Audit | 2/25/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/24/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/23/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/22/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/20/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/19/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/18/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/16/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/2/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 2/1/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Marjoried Perez | Integrated Audit | 1/26/10 | | | | $ 9.58 | Lunch for one while commuting to the client site with other PwC staff |
| Justin Bray | Integrated Audit | 2/1/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/2/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/3/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/4/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/12/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/16/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/17/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/18/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/19/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/20/10 | $ 55.00 | | | | Mileage to Grace roundtrip on Weekend (Saturday)(110 miles * $0.50) |
| | Integrated Audit | 2/22/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/23/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/24/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 2/25/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Allison Garleb | Integrated Audit | 2/1/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/2/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/3/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/4/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/12/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/13/10 | $ 20.00 | | | | Mileage to Grace roundtrip (40 miles * $.50 rate), as this was a Saturday |
| | Integrated Audit | 2/15/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/16/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/17/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/19/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/20/10 | $ 20.00 | | | | Mileage to Grace roundtrip (40 miles * $.50 rate), as this was a Saturday |
| | Integrated Audit | 2/21/10 | $ 20.00 | | | $ 13.46 | Mileage to Grace roundtrip (40 miles * $.50 rate), as this was a Sunday. Lunch at client site on Sunday for myself (1 person) |
| | Integrated Audit | 2/22/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/23/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/24/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/25/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 2/26/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Todd Chesla | Integrated Audit | 1/18/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 1/19/10 | $ 46.00 | | | | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |

| Name | Type | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 1/20/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 1/21/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 1/25/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 1/26/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 1/28/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 1/29/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| Pavel Katsiak | Integrated Audit | 1/4/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/1/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/2/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/3/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/4/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/5/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/6/10 | $ 39.55 | Full mileage of regular commute of 38.7 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |
| | Integrated Audit | 2/8/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/9/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/10/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/11/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/19/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/20/10 | $ 39.55 | Full mileage of regular commute of 38.7 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |
| | Integrated Audit | 2/22/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/23/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/25/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/26/10 | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Shahin Rahmani | Integrated Audit | 1/4/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)   Round trip cost = $5.00 |
| | Integrated Audit | 1/5/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)   Round trip cost = $5.00 |
| | Integrated Audit | 1/8/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)   Round trip cost = $5.00 |
| | Integrated Audit | 1/11/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)   Round trip cost = $5.00 |
| | Integrated Audit | 1/11/10 | | 37.87 Overtime meal (dinner) for 1 person. |
| | Integrated Audit | 1/12/10 | 138.70 | One way airfare to Boston from BWI. |
| | Integrated Audit | 1/12/10 | 12.50 | Miles from Home to BWI is 45 miles (25 excess miles * $.50 = $12.50) |
| | Integrated Audit | 1/12/10 | | 35.10 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/13/10 | | 4.11 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/13/10 | | 33.48 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/14/10 | | 4.81 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/14/10 | | 7.01 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/15/10 | | 5.25 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/15/10 | | 3.75 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/16/10 | | 49.81 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/16/10 | | 50.00 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/17/10 | | 5.67 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/17/10 | | 19.07 Lunch during work - weekend day for 1 person |
| | Integrated Audit | 1/17/10 | $ 1,115.55 | Hotel Stay for 5 days: Arrival 1/12, Depart 1/17.  Daily rate $179.00 plus parking and tax of $44.11/day. |
| | Integrated Audit | 1/17/10 | | 28.43 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/18/10 | | 6.40 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/21/10 | 131.70 | One way airfare from Boston to BWI. |
| | Integrated Audit | 1/22/10 | | 11.21 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/22/10 | | 13.72 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/22/10 | | 20.00 Lunch during work - weekend day for 1 person |
| | Integrated Audit | 1/23/10 | | 41.84 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/23/10 | | 41.40 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/23/10 | | 15.54 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/24/10 | | 18.40 Lunch during work - weekend day for 1 person |
| | Integrated Audit | 1/24/10 | | 25.24 Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/24/10 | | 8.74 Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/25/10 | | 20.00 Lunch during work - weekend day for 1 person |
| | Integrated Audit | 1/25/10 | $ 1,352.87 | Hotel stay: Arrival 1/17 Depart 1/26; Room and Tax - $1244.79; Misc Sundry/Parking - $107.75; Other - $0.33 |

| Name | Type | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 1/26/10 | | Airport Parking |
| | Integrated Audit | 1/26/10 | $ 150.00 | Rental Car while in Boston |
| | Integrated Audit | 1/26/10 | $ 794.38 | |
| | Integrated Audit | 1/26/10 | $ 11.09 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | Integrated Audit | 1/27/10 | $ 12.50 | Miles from BWI to Home is 45 miles (25 excess miles * $.50 = $12.50) |
| | Integrated Audit | 1/28/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 1/29/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 1/30/10 | $ 25.00 | Miles from Home to Columbia is 25 miles (25 excess miles * $.50 = $12.50) Round trip cost = $25.00 |
| | Integrated Audit | 2/1/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/2/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/3/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/4/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/5/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/12/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/13/10 | $ 25.00 | Miles from Home to Columbia is 25 miles (25 excess miles * $.50 = $12.50) Round trip cost = $25.00 |
| | Integrated Audit | 2/15/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/16/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/17/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/18/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/19/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/20/10 | $ 25.00 | Miles from Home to Columbia is 25 miles (25 excess miles * $.50 = $12.50) Round trip cost = $25.00 |
| | Integrated Audit | 2/22/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/23/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/24/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/25/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/26/10 | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50) Round trip cost = $5.00 |
| | Integrated Audit | 2/20/10 | $ 19.55 | Lunch during work - weekend day for 3 people - S. Rahmani and S. McNeilly (PwC) and S. Scarlis (Grace) |
| | Integrated Audit | 2/13/10 | $ 3.34 | Work on Saturday breakfast for self (1 person) |
| | Integrated Audit | 2/20/10 | $ 3.34 | Work on Saturday breakfast for self (1 person) |
| Kristina N. Johnson | Integrated Audit | 2/10/10 | $ 24.14 | Postage for bankruptcy submissions |
| | Integrated Audit | 2/13/10 | | Weekend breakfast for the PwC audit team (9 people). |
| | Integrated Audit | 2/1/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50 =$32 |
| | Integrated Audit | 2/2/10 | $ 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | Integrated Audit | 2/3/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/4/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/13/10 | $ 42.00 | 84 miles to and from client and to get the team breakfast for weekend travel * .50 =$42 |
| | Integrated Audit | 2/15/10 | $ 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | Integrated Audit | 2/16/10 | $ 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | Integrated Audit | 2/17/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/18/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/19/10 | $ 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | Integrated Audit | 2/20/10 | $ 41.00 | 82 miles to and from client for weekend travel * .50= $41 |
| | Integrated Audit | 2/22/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/23/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/24/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/25/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 2/26/10 | $ 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| Shawn McNeilly | Integrated Audit | 2/8/10 | $ 28.80 | Mail Goods Receipts & Goods Issues received for Physical Inventory Cut-Off testing back to physical inventory observation plants. |
| | Integrated Audit | 2/20/10 | $ 31.00 | Mileage reimbursement for travel to Grace Site: from Annapolis, MD, to 7500 Grace Drive, Columbia, MD. (31 miles) = $15.50 each way. Roundtrip. |
| | Integrated Audit | 2/21/10 | $ 31.00 | Mileage reimbursement for travel to Grace Site: from Annapolis, MD, to 7500 Grace Drive, Columbia, MD. (31 miles) * (.50) = $15.50 each way. Roundtrip. |

| Name | Matter | Date | | Amount | | Description |
|---|---|---|---|---|---|---|
| | Integrated Audit | 2/22/10 | $ | 8.00 | | Mileage reimbursement for travel to Grace Site: from Linthicum, MD, to 7500 Grace Drive, Columbia, MD. (16 miles) * (.50) = $8.00. |
| | Integrated Audit | 2/22/10 | $ | 4.97 | | Dinner for myself (1 person) |
| | Integrated Audit | 2/23/10 | $ | 8.00 | | Mileage reimbursement for travel to Grace Site: from Linthicum, MD, to 7500 Grace Drive, Columbia, MD. (16 miles) * (.50) = $8.00. |
| | Integrated Audit | 2/23/10 | $ | 4.97 | | Dinner for myself (1 person) |
| Kathleen Bradley | Integrated Audit | 2/1/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/1/10 | | 309.40 | | Dinner to go from Olive Garden for 20 people: T.Puglisi, H.Janes, K.Franks, H. La Force, S.Hawkins, S.Scarlis, B.Dockman, T.Dyer, J.McElhenney, S.Caslin, S.Smith(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, T.Smith, J.Bray, P.Katsiak, N.Johnson and L.Keorlet (all PwC) |
| | Integrated Audit | 2/1/10 | $ | 8.00 | | Excessive mileage to pick up dinner, 8 miles each way, 16 miles * .5 = 8 |
| | Integrated Audit | 2/2/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/3/10 | | 156.30 | | Dinner to Go from Frisco Grille for 13 people: K.Bradley, L.Keorlet, P.Katsiak, S.McNeilly, A.Garleb, S.Rahmani, N.Johnson (all PwC) H.Janes, J.Day, B.Dockman, S.Scarlis, S.Hawkins, K.Blaney (all Grace) |
| | Integrated Audit | 2/3/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/4/10 | | 349.89 | | Dinner to go from Longhorn Steakhouse for 17 people: H.Janes, K.Franks, G.Wang, S.Hawkins, S.Scarlis, B.Dockman, J.McElhenney, M.Brown, J.Day, K.Blaney(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, P.Katsiak, N.Johnson and L.Keorlet (all PwC) |
| | Integrated Audit | 2/4/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/4/10 | $ | 5.00 | | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| | Integrated Audit | 2/12/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/13/10 | | 47.42 | | Lunch to go from Panera Bread for 6 people: P.Katsiak, L.Keorlet, N.Johnson, A.Garleb, S.Rahmani and K.Bradley (all PwC) |
| | Integrated Audit | 2/13/10 | $ | 5.00 | | Excessive mileage to pick up lunch, 5 miles each way, 10 miles * .5 = 5 |
| | Integrated Audit | 2/13/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/15/10 | | 136.62 | | Dinner to Go from Bertucci's for 7 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson, K.Bradley, A.Garleb, S.Rahmani |
| | Integrated Audit | 2/15/10 | $ | 6.00 | | Excessive mileage to pick up dinner, 6 miles each way, 12 miles * .5 = 6 |
| | Integrated Audit | 2/15/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/16/10 | | 291.06 | | Dinner to go from Cheesecake Factory for 14 people: T.Puglisi, L.Reynolds, S.Hawkins, S.Scarlis, J.McElhenney, J.Day(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, T.Smith, J.Bray, P.Katsiak, and L.Keorlet (all PwC) |
| | Integrated Audit | 2/16/10 | $ | 5.00 | | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| | Integrated Audit | 2/16/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/17/10 | | 256.79 | | Dinner to go from Clydes for 14 people: T.Puglisi, L.Reynolds, K.Franks, S.Scarlis, H. La Force, J.McElhenney, S.Hawkins(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, P.Katsiak, N.Johnson and L.Keorlet (all PwC) |
| | Integrated Audit | 2/17/10 | $ | 5.00 | | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| | Integrated Audit | 2/17/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/18/10 | | 258.00 | | Dinner to go from Clydes for 11 people: T.Puglisi, L.Reynolds, S.Scarlis, S.Hawkins(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, P.Katsiak, N.Johnson, J.Bray and L.Keorlet (all PwC) |
| | Integrated Audit | 2/18/10 | $ | 8.00 | | Excessive mileage to pick up dinner, 8 miles each way, 16 miles * .5 = 8 |
| | Integrated Audit | 2/18/10 | | | $ 75.24 | | Postage to send updated legal letter requests |
| | Integrated Audit | 2/18/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/19/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/20/10 | | 30.17 | | Breakfast to go for Saturday onsite from Panera Bread for 9 people: J.Bray, T.Smith, A.Garleb, L.Keorlet, N.Johnson, P.Katsiak, S.Rahmani, S.Mcneilly, K.Bradley (all PwC) |
| | Integrated Audit | 2/20/10 | | 77.95 | | Lunch to go from Kloby's Barbeque for 9: L.Keorlet, P.Katsiak, S.Mcneilly, K.Bradley, N.Johnson, S.Rahmani, A.Garleb, J.Bray, T.Smith (all PwC) |
| | Integrated Audit | 2/20/10 | $ | 4.00 | | Excessive mileage to pick up lunch, 4 miles each way, 8 miles * .5 = 4 |
| | Integrated Audit | 2/20/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/22/10 | | 315.00 | | Dinner to go for 17 people: L.Keorlet, K.Bradley, A.Garleb, N.Johnson, P.Katsiak, J.Bray, T.Smith, S.Rahmani (all PwC) T.Puglisi, J.McElhenney, S.Hawkins, S.Scarlis, K.Franks, L.Reynolds, B.Dockman, J.Day, S.Caslin (all Grace) |
| | Integrated Audit | 2/22/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/23/10 | | 345.03 | | Dinner to Go from Copelands for 15 people: L.Keorlet, K.Bradley, A.Garleb, N.Johnson, P.Katsiak, J.Bray, T.Smith, S.Rahmani (all PwC), T.Puglisi, K.Franks, S.Hawkins, S.Scarlis, J.McElhenney, L.Reynolds, B.Dockman (all grace) |
| | Integrated Audit | 2/23/10 | $ | 5.00 | | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| | Integrated Audit | 2/23/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 2/24/10 | | 236.00 | | Dinner to Go from Unos for 15 people: P.Katsiak, L.Keorlet, N.Johnson, K.Bradley, T.Smith, J.Bray, S.Rahmani, A.Garleb (all PwC), S.Hawkins, M.Brown, L.Reynolds, S.Scarlis, T.Puglisi, K.Franks, B.Dockman (all Grace) |
| | Integrated Audit | 2/24/10 | $ | 5.00 | | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| | Integrated Audit | 2/24/10 | $ | 8.00 | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Integrated Audit | 2/25/10 | | | | | | $ 127.68 Dinner to go from Don Pablos for 8 people: P.Katsiak, L.Keoriet, S.Rahmani, N.Johnson, K.Bradley, T.Smith, J.Bray, A.Garleb (all PwC) |
| Integrated Audit | 2/25/10 | $ 8.00 | | | | | Excessive mileage to pick up dinner, 8 miles each way, 16 miles * .5 = 8 |
| Integrated Audit | 2/26/10 | $ 8.00 | | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 10,112.89 | $ 3,874.78 | $ 2,468.42 | $ 128.18 | $ 3,641.51 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended February 28, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | 2/16/10 | Tax Partner | $ 100.00 | Dinner for myself and E. Filon (Grace) at Abe & Louie's in Boca Raton. Review and comment on APB 23 memo for consult. (2 people in attendance) |
| Thomas E. Smith | 2/25/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/24/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/23/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/22/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/20/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/19/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/18/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/17/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/16/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/2/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | 2/1/2010 | Audit Partner | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Marjored Perez | 1/26/10 | Tax Senior Associate | $ 9.58 | Lunch for one while commuting to the client site with other PwC staff |
| Justin Bray | 2/1/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/2/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/3/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/4/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/12/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/16/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/17/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/18/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/19/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/20/10 | Audit Senior Manager | $ 55.00 | Mileage to Grace roundtrip on Weekend (Saturday)(110 miles * $0.50) |
| | 2/22/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/23/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/24/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | 2/25/10 | Audit Senior Manager | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | 2/1/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/2/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/3/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/4/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/12/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/13/10 | Audit Manager | $ 20.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate), as this was a Saturday |
| | 2/15/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/16/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/17/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/19/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/20/10 | Audit Manager | $ 20.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate), as this was a Saturday |
| | 2/21/10 | Audit Manager | $ 20.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate), as this was a Sunday |
| | 2/21/10 | Audit Manager | $ 13.46 | Lunch at client site on Sunday for myself (1 person) |
| | 2/22/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/23/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/24/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/25/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | 2/26/10 | Audit Manager | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Todd Chesla | 1/18/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | 1/19/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 1/20/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | 1/21/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | 1/25/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | 1/26/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | 1/28/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | 1/29/10 | Tax Senior Associate | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| Pavel Katsiak | 1/4/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/1/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/2/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/3/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/4/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/5/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/6/10 | Audit Senior Associate | $ 39.55 | Full mileage of regular commute of 38.7 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |
| | 2/8/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/9/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/10/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/11/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/19/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/20/10 | Audit Senior Associate | $ 39.55 | Full mileage of regular commute of 38.7 miles one way for a round trip from Arlington, VA to Columbia, MD (weekend travel) |
| | 2/22/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/23/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/25/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | 2/26/10 | Audit Senior Associate | $ 26.36 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Shahin Rahmani | 1/4/10 | Audit Associate | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 1/5/10 | Audit Associate | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 1/8/10 | Audit Associate | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 1/11/10 | Audit Associate | $ 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 1/11/10 | Audit Associate | $ 37.87 | Overtime meal (dinner) for 1 person. |
| | 1/12/10 | Audit Associate | $ 138.70 | One way airfare to Boston from BWI. |
| | 1/12/10 | Audit Associate | $ 12.50 | Miles from Home to BWI is 45 miles (25 excess miles * $.50 = $12.50) |
| | 1/12/10 | Audit Associate | $ 35.10 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/13/10 | Audit Associate | $ 4.11 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/13/10 | Audit Associate | $ 33.48 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/13/10 | Audit Associate | $ 4.81 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/14/10 | Audit Associate | $ 7.01 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/14/10 | Audit Associate | $ 5.25 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/15/10 | Audit Associate | $ 3.75 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/15/10 | Audit Associate | $ 49.81 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/16/10 | Audit Associate | $ 50.00 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/16/10 | Audit Associate | $ 5.67 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/17/10 | Audit Associate | $ 19.07 | Lunch during work - weekend day for 1 person |
| | 1/17/10 | Audit Associate | $ 1,115.55 | Hotel Stay for 5 days: Arrival 1/12, Depart 1/17.  Daily rate $179.00 plus parking and tax of $44.11/day. |
| | 1/17/10 | Audit Associate | $ 28.43 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/18/10 | Audit Associate | $ 6.40 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/21/10 | Audit Associate | $ 131.70 | One way airfare from Boston to BWI. |
| | 1/21/10 | Audit Associate | $ 11.21 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/22/10 | Audit Associate | $ 13.72 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/22/10 | Audit Associate | $ 20.00 | Lunch during work - weekend day for 1 person |
| | 1/22/10 | Audit Associate | $ 41.84 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/23/10 | Audit Associate | $ 41.40 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/23/10 | Audit Associate | $ 15.54 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/23/10 | Audit Associate | $ 18.40 | Lunch during work - weekend day for 1 person |
| | 1/24/10 | Audit Associate | $ 25.24 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/24/10 | Audit Associate | $ 8.74 | Breakfast for 1 person while out of town working on the GCP audit of Grace. |
| | 1/24/10 | Audit Associate | $ 20.00 | Lunch during work - weekend day for 1 person |
| | 1/25/10 | Audit Associate | $ 1,352.87 | Hotel stay: Arrival 1/17 Depart 1/26; Room and Tax - $1244.79; Misc Sundry/Parking - $107.75; Other - $0.33 |
| | 1/26/10 | Audit Associate | $ 150.00 | Airport Parking |
| | 1/26/10 | Audit Associate | $ 794.38 | Rental Car while in Boston |

| | | | | | |
|---|---|---|---|---|---|
| | 1/26/10 | Audit Associate | $ | 11.09 | Dinner for 1 person while out of town working on the GCP audit of Grace. |
| | 1/26/10 | Audit Associate | $ | 12.50 | Miles from BWI to Home is 45 miles (25 excess miles * $.50 = $12.50) |
| | 1/27/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 1/28/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 1/29/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 1/30/10 | Audit Associate | $ | 25.00 | Miles from Home to Columbia is 25 miles (25 excess miles * $.50 = $12.50)  Round trip cost = $25.00 |
| | 2/1/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/2/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/3/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/4/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/5/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/12/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/13/10 | Audit Associate | $ | 25.00 | Miles from Home to Columbia is 25 miles (25 excess miles * $.50 = $12.50)  Round trip cost = $25.00 |
| | 2/15/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/16/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/17/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/18/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/19/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/20/10 | Audit Associate | $ | 25.00 | Miles from Home to Columbia is 25 miles (25 excess miles * $.50 = $12.50)  Round trip cost = $25.00 |
| | 2/22/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/23/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/24/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/25/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/26/10 | Audit Associate | $ | 5.00 | Miles from Home to Columbia is 25 miles (5 excess miles * $.50 = $2.50)  Round trip cost = $5.00 |
| | 2/20/10 | Audit Associate | $ | 19.55 | Lunch during work - weekend day for 3 people - S. Rahmani and S. McNeilly (PwC) and S. Scarlis (Grace) |
| | 2/13/10 | Audit Associate | $ | 3.34 | Work on Saturday breakfast for self (1 person) |
| | 2/20/10 | Audit Associate | $ | 3.34 | Work on Saturday breakfast for self (1 person) |
| Kristina N. Johnson | | | | | |
| | 2/10/10 | Audit Associate | $ | 24.14 | Postage for bankruptcy submissions |
| | 2/13/10 | Audit Associate | $ | 27.05 | Weekend breakfast for the PwC audit team (9 people). |
| | 2/1/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/2/10 | Audit Associate | $ | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | 2/3/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/4/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/13/10 | Audit Associate | $ | 42.00 | 84 miles to and from client and to get the team breakfast for weekend travel * .50= $42 |
| | 2/15/10 | Audit Associate | $ | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | 2/16/10 | Audit Associate | $ | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | 2/17/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/18/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/19/10 | Audit Associate | $ | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| | 2/20/10 | Audit Associate | $ | 41.00 | 82 miles to and from client for weekend travel * .50= $41 |
| | 2/22/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/23/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/24/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/25/10 | Audit Associate | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | 2/26/10 | Audit Associate | $ | 33.50 | 85 miles to and from client and Tysons office - 18 miles normal commute to the office = 67 miles every day excess * .50= $33.50 |
| Shawn McNeilly | | | | | |
| | 2/8/10 | Audit Associate | $ | 28.80 | Mail Goods Receipts & Goods Issues received for Physical Inventory Cut-Off testing back to physical inventory observation plants. |
| | 2/20/10 | Audit Associate | $ | 31.00 | Mileage reimbursement for travel to Grace Site: from Annapolis, MD, to 7500 Grace Drive, Columbia, MD. (31 miles) * (.50) = $15.50 each way. Roundtrip. |
| | 2/21/10 | Audit Associate | $ | 31.00 | Mileage reimbursement for travel to Grace Site: from Annapolis, MD, to 7500 Grace Drive, Columbia, MD. (31 miles) * (.50) = $15.50 each way. Roundtrip. |
| | 2/22/10 | Audit Associate | $ | 8.00 | Mileage reimbursement for travel to Grace Site: from Linthicum, MD, to 7500 Grace Drive, Columbia, MD. (16 miles) * (.50) = $8.00. |
| | 2/22/10 | Audit Associate | $ | 4.97 | Dinner for myself (1 person) |
| | 2/23/10 | Audit Associate | $ | 8.00 | Mileage reimbursement for travel to Grace Site: from Linthicum, MD, to 7500 Grace Drive, Columbia, MD. (16 miles) * (.50) = $8.00. |
| | 2/23/10 | Audit Associate | $ | 4.97 | Dinner for myself (1 person) |
| Kathleen Bradley | | | | | |
| | 2/1/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 2/1/10 | Audit Associate | $ | 309.40 | Dinner to go from Olive Garden for 20 people: T.Puglisi, H.Janes, K.Franks, H. La Force, S.Hawkins, S.Scarlis, B.Dockman, T.Dyer, J.McElhenney, S.Caslin, S.Smith(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, T.Smith, J.Bray, P.Katsiak, N.Johnson and L.Keorlet (all PwC) |
| 2/1/10 | Audit Associate | $ | 8.00 | Excessive mileage to pick up dinner, 8 miles each way, 16 miles * .5 = 8 |
| 2/2/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/3/10 | Audit Associate | $ | 156.30 | Dinner to Go from Frisco Grille for 13 people: K.Bradley, L.Keorlet, P.Katsiak, S.McNeilly, A.Garleb, S.Rahmani, N.Johnson (all PwC), H.Janes, J.Day, B.Dockman, S.Scarlis, S.Hawkins, K.Blaney (all Grace) |
| 2/3/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/4/10 | Audit Associate | $ | 349.89 | Dinner to go from Longhorn Steakhouse for 17 people: H.Janes, K.Franks, G.Wang, S.Hawkins, S.Scarlis, B.Dockman, J.McElhenney, M.Brown, J.Day, K.Blaney(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, P.Katsiak, N.Johnson and L.Keorlet (all PwC) |
| 2/4/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/4/10 | Audit Associate | $ | 5.00 | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| 2/12/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/13/10 | Audit Associate | $ | 47.42 | Lunch to go from Panera Bread for 6 people: P.Katsiak, L.Keorlet, N.Johnson, A.Garleb, S.Rahmani and K.Bradley (all PwC) |
| 2/13/10 | Audit Associate | $ | 5.00 | Excessive mileage to pick up lunch, 5 miles each way, 10 miles * .5 = 5 |
| 2/13/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/15/10 | Audit Associate | $ | 136.62 | Dinner to Go from Bertucci's for 7 people: P.Katsiak, L.Keorlet, S.Mcneilly, N.Johnson, K.Bradley, A.Garleb, S.Rahmani |
| 2/15/10 | Audit Associate | $ | 6.00 | Excessive mileage to pick up dinner, 6 miles each way, 12 miles * .5 = 6 |
| 2/15/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/16/10 | Audit Associate | $ | 291.06 | Dinner to go from Cheesecake Factory for 14 people: T.Puglisi, L.Reynolds, S.Hawkins, S.Scarlis, J.McElhenney, J.Day(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, T.Smith, J.Bray, P.Katsiak, and L.Keorlet (all PwC) |
| 2/16/10 | Audit Associate | $ | 5.00 | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| 2/16/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/17/10 | Audit Associate | $ | 256.79 | Dinner to go from Clydes for 14 people: T.Puglisi, L.Reynolds, K.Franks, S.Scarlis, H. La Force, J.McElhenney, S.Hawkins(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, P.Katsiak, N.Johnson and L.Keorlet (all PwC) |
| 2/17/10 | Audit Associate | $ | 5.00 | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| 2/17/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/18/10 | Audit Associate | $ | 258.00 | Dinner to go from Clydes for 11 people: T.Puglisi, L.Reynolds, S.Scarlis, S.Hawkins(all Grace) and K.Bradley, S.McNeilly, S.Rahmani, A.Garleb, P.Katsiak, N.Johnson, J.Bray and L.Keorlet (all PwC) |
| 2/18/10 | Audit Associate | $ | 8.00 | Excessive mileage to pick up dinner, 8 miles each way, 16 miles * .5 = 8 |
| 2/18/10 | Audit Associate | $ | 75.24 | Postage to send updated legal letter requests |
| 2/18/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/19/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/20/10 | Audit Associate | $ | 30.17 | Breakfast to go for Saturday onsite from Panera Bread for 9 people: J.Bray, T.Smith, A.Garleb, L.Keorlet, N.Johnson, P.Katsiak, S.Rahmani, S.Mcneilly, K.Bradley (all PwC) |
| 2/20/10 | Audit Associate | $ | 77.95 | Lunch to go from Kloby's Barbeque for 9: L.Keorlet, P.Katsiak, S.Mcneilly, K.Bradley, J.Bray, N.Johnson, S.Rahmani, A.Garleb, TSmith (all PwC) |
| 2/20/10 | Audit Associate | $ | 4.00 | Excessive mileage to pick up lunch, 4 miles each way, 8 miles * .5 = 4 |
| 2/20/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/22/10 | Audit Associate | $ | 315.00 | Dinner to go for 17 people: L.Keorlet, K.Bradley, A.Garleb, N.Johnson, PKatsiak, J.Bray, T.Smith, S.Rahmani (all PwC) T.Puglisi, J.McElhenney, S.Hawkins, S.Scarlis, K.Franks, L.Reynolds, B.Dockman, J.Day, S.Caslin (all Grace) |
| 2/22/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/23/10 | Audit Associate | $ | 345.03 | Dinner to Go from Copelands for 15 people: L.Keorlet, K.Bradley, A.Garleb, N.Johnson, P.Katsiak, J.Bray, T.Smith, S.Rahmani (all PwC), T.Puglisi, K.Franks, S.Hawkins, S.Scarlis, J.McElhenney, L.Reynolds, B.Dockman (all grace) |
| 2/23/10 | Audit Associate | $ | 5.00 | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| 2/23/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/24/10 | Audit Associate | $ | 236.00 | Dinner to Go from Unos for 15 people: P.Katsiak, L.Keorlet, N.Johnson, K.Bradley, T.Smith, J.Bray, S.Rahmani, A.Garleb (all PwC), S.Hawkins, M.Brown, L.Reynolds, S.Scarlis, T.Puglisi, K.Franks, B.Dockman (all Grace) |
| 2/24/10 | Audit Associate | $ | 5.00 | Excessive mileage to pick up dinner, 5 miles each way, 10 miles * .5 = 5 |
| 2/24/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| 2/25/10 | Audit Associate | $ | 127.68 | Dinner to go from Don Pablos for 8 people: P.Katsiak, L.Keorlet, S.Rahmani, N.Johnson, K.Bradley, T.Smith, J.Bray, A.Garleb (all PwC) |
| 2/25/10 | Audit Associate | $ | 8.00 | Excessive mileage to pick up dinner, 8 miles each way, 16 miles * .5 = 8 |
| 2/26/10 | Audit Associate | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

Summary

| | Total | |
|---|---|---|
| | $ | 10,112.89 |