**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 24634** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 24634

TO THE CLERK OF THE COURT:

Kindly withdraw the *Certificate of No Objection Regarding Docket No. 24522* [Docket No. 24634] filed on April 21, 2010.

Dated: April 21, 2010
       Wilmington, Delaware

/s/ Richard W. Riley
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
             rwriley@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

DM3\1356983.1