## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO., _et al._,**[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | |

## EXHIBIT BOOK TO FIRST AMENDED JOINT PLAN
## OF REORGANIZATION DATED FEBRUARY 27, 2009 AS MODIFIED THROUGH
## MARCH 19, 2010

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this exhibit book (the "Exhibit Book") in conjunction with the filing of the _First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee Of Equity Security Holders Dated as of February 27, 2009_ (as it may be amended or supplemented, the "Plan") and accompanying disclosure statement (as it may be amended or supplemented, the "Disclosure Statement"). The Exhibit Book contains the following documents:

| **Document Title** | **Exhibit No.** |
|---|---|
| First Amended Joint Plan of Reorganization | 1 |
| Asbestos PI Trust Agreement | 2 |

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace 11, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal 11, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai  Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Asbestos PD Trust Agreement................................................................................3

Asbestos PI Trust Distribution Procedures ...................................................................4

Schedule of Settled Asbestos Insurers Entitled to 524(g) Protection ...........................................5

Asbestos Insurance Transfer Agreement .......................................................................6

[Intentionally Left Blank] ....................................................................................7

Best Interests Analysis.......................................................................................8

CDN ZAI Minutes of Settlement..................................................................................9

Cooperation Agreement ........................................................................................10

Asbestos PI Deferred Payment Agreement.......................................................................11

Financial Information.........................................................................................12

Fresenius Settlement Agreement ..............................................................................13

Fresenius Settlement Order....................................................................................14

Grace PI Guaranty.............................................................................................15

Non-Debtor Affiliate Schedule ...............................................................................16

Plan Registration Rights Agreement...........................................................................17

Rejected Executory Contracts and Unexpired Leases Schedule...................................................18

Retained Causes of Action Schedule ..........................................................................19

Share Issuance Agreement......................................................................................20

Unresolved Asbestos PD Claims Schedule.......................................................................21

Sealed Air Settlement Agreement..............................................................................22

Sealed Air Settlement Order .................................................................................23

Warrant Agreement.............................................................................................24

Case Management Order for Class 7A Asbestos PD Claims .......................................................25

Asbestos PI/PD Inter-Creditor Agreement .....................................................................26

Deferred Payment Agreement (Class 7A PD) ....................................................................27

Deferred Payment Agreement (Class 7B ZAI) ........................................................................28

W. R. Grace & Co. Guarantee Agreement (Class 7A PD) ...........................................................29

W. R. Grace & Co. Guarantee Agreement (Class 7B ZAI) .........................................................30

Stock Incentive Plan ...........................................................................................................31

Stock Trading Restrictions Term Sheet ....................................................................................32

ZAI Trust Distribution Procedures ..........................................................................................33

Amended and Restated CDN ZAI Minutes of Settlement ............................................................34