IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. Grace & Co., *et al.*                     Bankruptcy No. 01-1139-JKF
    Debtor(s)                              Chapter 11

**Related to Doc. Nos. 24526, 24619**

---

Official Committee of Asbestos Property
Damage Claimants, Official Committee of
Asbestos Personal Injury Claimants,
    Plaintiff
v.                                             Adversary No. 02-2210

Sealed Air Corporation, Cryovac, Inc.,
Fresenius Medical Care Holdings, Inc.[1]

---

Official Committee of Asbestos Property
Damage Claimants, Official Committee of
Asbestos Personal Injury Claimants,
    Plaintiff
v.                                             Adversary No. 02-2211

Fresenius Medical Care Holdings, Inc.,
National Medical Care, Inc.,
Sealed Air Corporation and Cryovac, Inc.[2]

**ORDER DISMISSING FEE APPLICATION FILED IN BANKRUPTCY CASE
NO. 01-1139 AT DOC. NO. 24526 AND STRIKING RELATED CERTIFICATE OF
NO OBJECTION AT DOC. NO. 24619**

    **AND NOW**, this **23rd** day of **April, 2010,**

    **WHEREAS** a fee application was filed in the bankruptcy case with respect to the above-captioned Adversary proceedings but not filed in the respective Adversaries;

    **WHEREAS** the reference with respect to fee applications was withdrawn by the District

---

[1] Fresenius Medical Care Holdings, Inc. is named as a defendant on the Adversary docket sheet but not in the Complaint.

[2] Sealed Air Corporation and Cryovac, Inc. are named as a defendant on the Adversary docket sheet but not in the Complaint.

Court in both Adversaries by order dated July 11, 2002, and docketed in Lead Adversary No. 02-2210 at Doc. No. 87;

**WHEREAS** both Adversary proceedings were closed in 2005;

**WHEREAS** the Adversary proceedings have not been reopened nor were fee matters referred to the Bankruptcy Court;

**WHEREAS** neither the fee applications nor the Certificates of No Objection were filed in either Adversary;

**WHEREAS** there is an administrative fee order in effect in this case;

It is **ORDERED** that the Motion for Entry of Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered filed at Doc. No. 24526 is **dismissed** and the Certificate of No Objection filed at Doc. No. 24619 with respect to Doc. No. 24526 is **stricken.**

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge