## W. R. GRACE & CO. AND ITS DEBTOR SUBSIDIARIES

### Directors and Officers

April 23, 2010

### W. R. Grace & Co.

| Directors | Officers | |
|---|---|---|
| Class I[1]<br>Marye Anne Fox<br>John J. Murphy<br>Mark E. Tomkins | Chairman, President and Chief Executive Officer: | Alfred E. Festa |
| | Vice President: | D. Andrew Bonham |
| Class II[2]<br>John F. Akers<br>Ronald C. Cambre<br>Thomas Vanderslice | Vice President: | William M. Corcoran |
| | Senior Vice President and Chief Financial Officer: | Hudson La Force III |
| Class III[3]<br>H. Furlong Baldwin<br>Alfred E. Festa*[4]<br>Christopher J. Steffen | Senior Vice President: | W. Brian McGowan |
| | Vice President: | Gregory E. Poling |
| | Vice President, General Counsel & Secretary: | Mark A. Shelnitz |
| | Vice President: | Pamela K. Wagoner |

---

[1]  To serve until the first annual meeting of stockholders following the Effective Date.

[2]  To serve until the second annual meeting of stockholders following the Effective Date.

[3]  To serve until the third annual meeting of stockholders following the Effective Date.

[4]  Pursuant to section 1129(a)(5)(B) of the Bankruptcy Code, (i) the directors designated herein with an * are also insiders of the Debtors that will be employed or retained by the Reorganized Debtors; and (ii) unless otherwise indicated, all of the officers listed herein are insiders of the Debtors that will be employed or retained by the Reorganized Debtors, These insiders shall be compensated as directors and employees of the Reorganized Debtors under the same terms and conditions by which they were compensated by the Debtors prior to the Effective Date of the Plan. Compensation for the executive level employees is disclosed in detail in the Debtor W. R. Grace & Co.'s most recent Form 10-K.

## W. R. Grace & Co.-Conn.

| Directors* | Officers | |
|---|---|---|
| Alfred E. Festa<br>Hudson La Force III<br>Mark A. Shelnitz | Chairman, President and Chief Executive Officer: | Alfred E. Festa |
| | Vice President: | D. Andrew Bonham |
| | Vice President: | William M. Corcoran |
| | Senior Vice President and Chief Financial Officer: | Hudson La Force III |
| | Senior Vice President: | W. Brian McGowan |
| | Vice President: | Gregory E. Poling |
| | Vice President, General Counsel & Secretary: | Mark A. Shelnitz |
| | Vice President: | Pamela K. Wagoner |

**For each of the Debtors listed on Exhibit A hereto, the directors and officers shall be as follows:**

| Directors* | Officers | |
|---|---|---|
| Alfred E. Festa<br>Hudson La Force III<br>Mark A. Shelnitz | President: | Alfred E. Festa |
| | Vice President, Treasurer: | Hudson La Force III |
| | Secretary: | John A. McFarland |
| | Assistant Treasurer: | William C. Dockman |
| | Assistant Treasurer: | Elyse Filon |
| | Assistant Treasurer: | David Libow |

## Darex Puerto Rico, Inc.

| Directors* | Officers | |
|---|---|---|
| Jens Ebinghaus<br>Larry Golen<br>Hudson La Force III<br>Mark A. Shelnitz | President: | Larry Golen |
| | Vice President: | Mark A. Shelnitz |
| | Vice President-Finance and<br>  Secretary: | Jens Ebinghaus |
| | Assistant Vice President: | Dudley L. Bobolts |
| | Treasurer: | Hudson La Force III |
| | Assistant Treasurer: | William C. Dockman |
| | Assistant Treasurer: | David Libow |
| | Assistant Secretary: | John A. McFarland |

## Grace International Holdings, Inc.

| Directors* | Officers | |
|---|---|---|
| Elyse Filon<br>Richard C. Finke<br>Hudson La Force III | President: | Mark A. Shelnitz |
| | Vice President and Assistant<br>Secretary: | Carol M. Finke |
| | Vice President: | Richard C. Finke |
| | Vice President and Treasurer: | Hudson La Force III |
| | Secretary: | John A. McFarland |
| | Assistant Treasurer: | William C. Dockman |
| | Assistant Treasurer: | David Libow |

## Litigation Management, Inc.

| Directors* | Officers | |
| --- | --- | --- |
| Elyse Filon<br>Carol M. Finke<br>Richard C. Finke<br>Hudson La Force III<br>Mark A. Shelnitz | President: | Mark A. Shelnitz |
| | Vice President and Assistant Secretary: | Carol M. Finke |
| | Vice President: | Richard C. Finke |
| | Vice President and Treasurer: | Hudson La Force III |
| | Secretary: | John A. McFarland |
| | Assistant Treasurer: | William C. Dockman |
| | Assistant Treasurer: | Elyse Filon |
| | Assistant Treasurer: | David Libow |

## Remedium Group, Inc.

| Directors | Officers | |
| --- | --- | --- |
| William M. Corcoran*<br>Alfred E. Festa*<br>Elyse Filon*<br>Hudson La Force III*<br>Michael A. Miller[5]<br>Mark A. Shelnitz* | President: | William M. Corcoran |
| | Vice President and Treasurer: | Hudson La Force III |
| | Vice President and Assistant Secretary: | Mark A. Shelnitz |
| | Secretary: | John A. McFarland |
| | Assistant Treasurer: | William C. Dockman |
| | Assistant Treasurer: | Elyse Filon |
| | Assistant Treasurer: | David Libow |

---

[5] Michael A. Miller is the President and CEO of de maximis, inc.

## EXHIBIT A

| | |
|---|---|
| A-1 Bit & Tool Company | Grace Europe, Inc. |
| Alewife Boston Ltd. | Grace H-G Inc. |
| Alewife Land Corporation | Grace H-G II, Inc. |
| Amicon, Inc. | Grace Hotel Services Corporation |
| CB Biomedical, Inc. | Grace Offshore Company |
| CCHP, Inc. | Grace PAR Corporation |
| Coalgrace, Inc. | Grace Petroleum Libya Incorporated |
| Coalgrace II, Inc. | Grace Tarpon Investors, Inc. |
| Creative Food 'N Fun Company | Grace Ventures Corp. |
| Del Taco Restaurants, Inc. | Grace Washington, Inc. |
| Ecarg, Inc. | Gracoal, Inc. |
| Five Alewife Boston Ltd. | Gracoal II, Inc. |
| G C Limited Partners I, Inc. | Guanica-Caribe Land Development Corporation |
| G C Management, Inc. | Hanover Square Corporation |
| GEC Management Corporation | Homco International, Inc. |
| Gloucester New Communities Company, Inc. | Kootenai Development Company |
| GN Holdings, Inc. | LB Realty, Inc. |
| GPC Thomasville Corp. | Monolith Enterprises, Incorporated |
| Grace A-B Inc. | Monroe Street, Inc. |
| Grace A-B II Inc. | MRA Holdings Corp. |
| Grace Chemical Company of Cuba | MRA Intermedco, Inc. |
| Grace Culinary Systems, Inc. | MRA Staffing Systems, Inc. |
| Grace Drilling Company | Southern Oil, Resin & Fiberglass, Inc. |
| Grace Energy Corporation | Water Street Corporation |
| Grace Environmental, Inc. | W. R. Grace Capital Corporation |
| | W. R. Grace Land Corporation |