IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Related Docket Nos. 21345, 24407** |
| | **4/19/10 Hearing Agenda Item #12** |

## CERTIFICATION OF COUNSEL RE ORDER SETTING VARIOUS DATES REGARDING DEBTORS' OBJECTION TO MARYLAND CASUALTY COMPANY'S CLAIMS

1. At the omnibus hearing in this case on April 19, 2010, the Court held a status conference on the Debtors' objection ("Objection") to Maryland Casualty Company's ("Maryland") proofs of claim (the "Maryland Claims"). As a result of that conference, the Court set a briefing schedule on certain matters relating to the Maryland Claims and the Objection.

2. Thereafter, the Debtors prepared a draft order reflecting the rulings of the Court and circulated the draft order to Maryland, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Libby Plaintiffs.

3. Various of the parties provided comments and suggested changes to the draft order.

4. Attached hereto is the final Order Setting Various Dates Regarding Debtors' Objection to Maryland Casualty Company's Claims in the form agreed to by all parties.

5.  The Debtors respectfully request entry of the attached draft Order.

Dated: April 23, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Deanna D. Boll
Citigroup Center
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison Street, Suite 2100
Chicago, IL 60602
Telephone: (312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        joneill@pszjlaw.com
        tcairns@pszjlaw.com
        kmakowski@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

2

91100-001\DOCS_DE:159351.1