IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket Nos. 21345, 24407** |
| ) | **4/19/10 Hearing Agenda Item #12** |

**ORDER SETTING VARIOUS DATES REGARDING DEBTORS'
OBJECTION TO MARYLAND CASUALTY COMPANY'S CLAIMS**

On March 31, 2004, Maryland Casualty Company ("Maryland") filed proofs of claim in these Chapter 11 Cases asserting claims (the "Maryland Claims") against W. R. Grace & Co., et al. ("Debtors"). Debtors filed an objection (the "Objection") to the Maryland Claims on April 21, 2009. Hearing on the Objection has since been continued from month to month, and Maryland's deadline to respond was extended until March 5, 2010, when Maryland filed a response to the Objection. At the omnibus hearing on April 19, 2010, the Court held a status conference on the Objection which addressed, among other things, a schedule for further briefing. As a result of that conference, the Court has found that the following schedule is appropriate.

IT IS HEREBY ORDERED THAT:

1. Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Libby Plaintiffs (collectively, "Objecting Parties") may file any brief in reply to Maryland's response to the Objection on or before May 19, 2010; provided however, that the right of the Objecting Parties to file a brief is

without prejudice to any objection that may be raised to the standing and/or right of such parties to intervene in the Objection. These briefs shall be limited to 15 pages each.

2. Maryland may file any sur-reply on or before June 2, 2010. The sur-reply shall be limited to 5 pages.

3. Maryland may file any pleading it seeks to file with respect to the parties' standing and/or right to intervene in the Objection on or before May 19, 2010.

4. Objecting Parties may file their responses to such pleading regarding standing and/or right to intervene in the Objection on or before June 2, 2010.

5. A hearing will be held on the issues to be briefed as outlined in this Order on June 7, 2010 as part of the Grace Omnibus hearing, commencing at 10:30 a.m. in Wilmington, Delaware.

Dated: April ___, 2010

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge