**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COME NOW the SimmonsCooper Claimants, by and through counsel Lauren M. Webb of Simmons Browder Gianaris Angelides & Barnerd LLC, f/k/a SimmonsCooper LLC, and hereby enter their appearance in the above-captioned case. Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and 11 U.S.C. §§ 342 and 1109(b), counsel requests that copies of all notices, pleadings, and other papers filed or entered in the above-captioned case be served upon counsel at the following address:

Lauren M. Webb
Simmons Browder Gianaris Angelides & Barnerd LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024
(618) 259-2222
Fax (618) 259-2251
lwebb@simmonsfirm.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only all notices and papers referenced in the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, but also includes without limitation any notices, application, complaint, demand, motion, petition, pleading, and request—whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, telecopier, or otherwise filed or made in the above case.

This notice and demand is not a waiver of any rights of the persons represented by counsel, including without limitation the right to have final orders in any non-core matter

reviewed *de novo* by the U.S. District Court for the District of Delaware, the right to trial by jury, the right to move for withdrawal of the reference, or any other rights at law or in equity.

Dated: April 26th, 2010.

                                            Respectfully submitted,

                                            SIMMONS BROWDER GIANARIS
                                            ANGELIDES & BARNERD LLC

                                          By: */s/Lauren M. Webb*
                                              Lauren M. Webb, MS #102097
                                              lwebb@simmonsfirm.com
                                              707 Berkshire Boulevard
                                              Post Office Box 521
                                              East Alton, IL 62024
                                              Phone (618) 259-2222
                                              Fax (618) 259-2251

                                              Counsel for SimmonsCooper Claimants

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 26th day of April, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system and on the special notice parties by electronic mail.

                                            */s/Lauren M. Webb*
                                            Lauren M. Webb