IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 3, 2010, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

   Related Documents:

   a.    [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

   Response Deadline: April 13, 2007, at 4:00 p.m.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to June 7, 2010, at 10:30 a.m.

2.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.    [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.    Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

e     Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to June 7, 2010, at 10:30 a.m.

## UNCONTESTED MATTERS FOR WHICH A CNO HAS BEEN FILED:

3.    Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By the University of Guelph [Filed: 3/17/10[ (Docket No. 24461)

Related Documents:

a.    [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By the University of Guelph [Filed: 3/17/10] (Docket No. 24461, Exhibit B)

    b.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By the University of Guelph [Filed: 4/19/10] (Docket No. 24621)

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

4.     Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Avalon East School Board [Filed: 3/17/10] (Docket No. 24462)

    Related Documents:

    a.      [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Avalon East School Board [Filed: 3/17/10] (Docket No. 24462, Exhibit B)

    b.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Avalon East School Board [Filed: 4/19/10] (Docket No. 24623)

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

5.     Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By City of Vancouver [Filed: 3/17/10] (Docket No. 24463)

    Related Documents:

    a.      [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By City of Vancouver [Filed: 3/17/10] (Docket No. 24463, Exhibit B)

    b.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By City of Vancouver [Filed: 4/19/10] (Docket No. 24624)

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

6.      Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Conseillers Immobiliers GWL Inc. [Filed: 3/17/10] (Docket No. 24464)

Related Documents:

a.      [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Immobiliers GWL Inc. [Filed: 3/17/10] (Docket No. 24464, Exhibit B)

b.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Conseillers Immobiliers GWL Inc. [Filed: 4/19/10] (Docket No. 24625)

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

7.      Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Fairmall Leaseholds, Inc. [Filed: 3/17/10] (Docket No. 24465)

Related Documents:

a.      [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Fairmall Leaseholds, Inc. [Filed: 3/17/10] (Docket No. 24465, Exhibit B)

b.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Fairmall Leaseholds, Inc. [Filed: 4/19/10] (Docket No. 24626)

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

8.   Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Atlantic Shopping Centres LTD [Filed: 3/17/10] (Docket No. 24466)

Related Documents:

   a.   [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Atlantic Shopping Centres LTD [Filed: 3/17/10] (Docket No. 24466, Exhibit B)

   b.   Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Atlantic Shopping Centres LTD [Filed: 4/19/10] (Docket No. 24618)

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

9.   Motion of Entry of Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered [Filed: 3/29/10] (Docket No. 24526)

Related Documents:

   a.   [Proposed] Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered [Filed: 3/29/10] (Docket No. 24526)

   b.   Certification of No Objection Regarding Motion of Entry of Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered [Filed: 4/19/10] (Docket No. 24619)

   c.   **[Signed] Order Dismissing Fee Application Filed in Bankruptcy Case No. 01-1139 at Doc. No. 24519 and Striking Related Certificate of No Objection at Doc. No. 24630 [Filed: 4/23/10] (Docket No. 755)**

   d.   **[Signed] Order Dismissing Fee Application Filed in the Bankruptcy Case No. 01-1139 at Doc. No. 24526 and Striking Related Certificate of No Objection at Docket No. 24619 [Filed: 4/23/10] (Docket No. 756)**

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an order dismissing this matter.**

10.    Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Employers Mutual Casualty Company and the MMO Parties [Filed: 3/29/10] (Docket No. 24527)

Related Documents:

a.    [Proposed] Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Employers Mutual Casualty Company and the MMO Parties [Filed: 3/29/10] (Docket No. 24527)

b.    Notice of Substitution of Signature Page for Settlement Agreement Between W.R. Grace & Co. and Employers Mutual Casualty Company and the MMO Parties [Filed: 4/8/10] (Docket No. 24598)

c.    Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W. R. Grace & Co. and Employers Mutual Casualty Company and the MMO Parties [Filed: 4/19/10] (Docket No. 24620)

Response Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

*[Remainder of Page Intentionally Left Blank]*

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

Dated: April 27, 2010

                          KIRKLAND & ELLIS LLP
                          Theodore L. Freedman
                          Citigroup Center
                          601 Lexington Avenue
                          New York, NY 10022-4611
                          (212) 446-4800

                          -and—

                          PACHULSKI STANG ZIEHL & JONES LLP

                          Laura Davis Jones (Bar No. 2436)
                          James E. O'Neill (Bar No. 4042)
                          Kathleen P. Makowski (Bar No. 3648)
                          Timothy P. Cairns (Bar No. 4228)
                          919 North Market Street, 17th Floor
                          Wilmington, DE  19801
                          Telephone:  (302) 652-4100
                          Facsimile:  (302) 652-4400

                          Co-Counsel for the Debtors and Debtors in Possession