## Exhibit 1
### Summary of Fee Applications Outstanding

<u>Kirkland & Ellis LLP</u>

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 3/29/10 (#24525) | $ 35,967.00[3] | $ 779.09 | $ 7,820.60 |

<u>Pachulski, Stang, Ziehl & Jones LLP</u>

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 3/26/10 (#24512) | $ 19,446.00 | $ 4,402.80 | $ 3,889.20 |

<u>Bilzin Sumberg Baena Price & Axelrod LLP</u>

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 3/8/2010 (#24416) | $10,886.00 | $ 1.20 | $ 2,177.20 |

<u>Conway DelGenio Gries & Co. LLP</u>

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 4/3/2003 (#469) | $364,913.00 | $ 14,648.76 | $ 72,982.60 |
| 4/9/2003 (#472) | $278,191.25 | $ 18,149.73 | $ 55,538.25 |
| 4/22/2003 (#480) | $286,012.88 | $ 6,028.91 | $ 57,202.58 |
| 6/11/2003 (#515) | $126,846.00 | $ 152.15 | $ 25,369.20 |
| 9/26/2003 (#569) | $ 59,153.00 | $ 134.88 | $ 11,830.60 |
| Totals | $750,203.13 | $ 24,465.67 | $223,023.23 |

<u>Ferry Jospeh & Pearce P.A.</u>

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/15/2004 (#699) | $ 3,852.00 | $ 136.51 | $ 770.40 |
| 11/15/2004 (#700) | $ 2,407.50 | $ 390.21 | $ 481.50 |
| 3/21/2005 (#728) | $ 2,970.00 | $ 350.36 | $ 594.00 |

---

[3] The original monthly applications requested a total of $35,183. However, in preparing the quarterly application, an error was found. As a result, the total fees requested should have been the amount now stated herein and in the quarterly application. Of that amount, $28,146.40 was paid, leaving a balance now due of $7,820.60.

| 6/21/2005 (#744) | $ 5,536.50 | $ 742.22 | $1,107.30 |
| 3/29/10 (#24519) | $ 2,544.00 | $4,874.05 | $1,267.20[4] |
| Totals | $17,310.00 | $6,493.35 | $4,220.40 |

### Hamilton, Rabinovitz, Associates, Inc.

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
| --- | --- | --- | --- |
| 11/25/2002 (#375) | $175,700.00 | $ 5,099.04 | $35,140.00 |
| 3/25/2003 (#461) | $ 47,825.00 | $ 0 | $ 9,565.00 |
| Totals | $223,525.00 | $ 5,099.04 | $44,795.00 |

### W. D. Hilton, Jr.

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
| --- | --- | --- | --- |
| 3/8/2010 (#24417) | $18,600.00 | $1,763.37 | $3,720.00 |

### Caplin & Drysdale

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
| --- | --- | --- | --- |
| 8/16/2004 (#683) | $ 283.00 | $0 | $ 283.00[5] |
| 11/15/2004 (#701) | $ 6,411.50 | $0 | $1,282.30 |
| 8/12/2005 (#9180) | $ 8,030.50 | $0 | $1,606.10 |
| Totals | $14,725.00 | $0 | $3,171.40 |

---

[4] This includes 80% of the fee of $948.00 ($758.40) that was requested in the May 2005 monthly application which has not previously been paid.

[5] This includes full compensation for the fees requested in the 7th Quarterly application which had not been previously requested or paid.