# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# MARCH 1-31, 2010*

*Please note that certain time entries have been redacted for privileged and confidential information.



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

*tel +1-202-339-8400*
*fax +1-202-339-8500*

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 14, 2010
Client No. 17367
Invoice No. 1244012

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through March 31, 2010 in connection with the matters described on the attached pages:  $  348,228.50

DISBURSEMENTS as per attached pages:  10,152.39

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**  $  358,380.89

Matter(s): 17367/10, 11, 12, 13, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,160,058.92
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1244012*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1244012*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1244012*
*E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    April 14, 2010
17367                                                                Invoice No. 1244012
page 2

For Legal Services Rendered Through March 31, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 03/01/10 | P. Mahaley | Draft insurance settlement agreement. | 4.00 |
| 03/02/10 | P. Mahaley | Draft insurance settlement agreement. | 4.60 |
| 03/03/10 | P. Mahaley | Draft insurance settlement agreement (4.3); analyze insurer counsel comments re draft settlement agreement (1.5); confer with R. Wyron re proposed revisions to draft insurance settlement agreement (1.3); analyze proposed insurance settlement terms (.4). | 7.50 |
| 03/04/10 | P. Mahaley | Draft insurance settlement agreements (6.3); confer with R. Wyron re proposed insurance settlement terms (.8). | 7.10 |
| 03/05/10 | P. Mahaley | Revise insurance settlement agreement. | 2.40 |
| 03/08/10 | P. Mahaley | Analyze and revise draft summary of status of Plan objections re insurance issues (2.3); analyze documents provided by insurer re proposed settlement terms (1.1); analyze proposed insurance settlement terms (1.5); confer with R. Wyron and D. Felder re revisions to Plan documents re insurance issues (1.0). | 5.90 |
| 03/09/10 | P. Mahaley | Analyze draft submission of objection re denial of claim by Integrity Insurance Co. in Liquidation (.4); analyze proposed responses to insurer objections to confirmation (.5). | 0.90 |
| 03/10/10 | P. Mahaley | Analyze proposed revised Plan wording re insurance issues (2.5); participate by telephone in settlement meeting with insurer (1.7). | 4.20 |
| 03/11/10 | P. Mahaley | Analyze proposed changes to Plan documents re insurance issues. | 1.20 |
| 03/12/10 | P. Mahaley | Confer with R. Frankel and R. Wyron re terms of insurance settlement (1.0); confer with R. Wyron re proposed changes to Plan documents re insurance issues (.5); analyze insurance settlement proposal financial terms (2.2). | 3.70 |
| 03/15/10 | P. Mahaley | Analyze and summarize settlement status re all insurers (1.2); draft insurance settlement agreements (7.8). | 9.00 |
| 03/16/10 | P. Mahaley | Draft insurance settlement agreements (5.0); analyze proposed changes to Plan documents re insurance issues (.9); confer with R. Wyron and D. Felder re proposed changes to Plan documents re insurance issues (.7); confer with R. Wyron and D. Felder re insurance settlement strategy (.7). | 7.30 |
| 03/17/10 | P. Mahaley | Confer with R. Frankel and R. Wyron and counsel for the ACC re strategy re settlement with insurer (1.0); draft insurance settlement agreements (4.5). | 5.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     April 14, 2010
17367                                                                  Invoice No. 1244012
page 3

| 03/18/10 | P. Mahaley | Draft insurance settlement agreements. | 6.30 |
| 03/19/10 | P. Mahaley | Draft insurance settlement agreements (8.1); confer with L. Esayian and R. Wyron re insurance settlement terms (1.2). | 9.30 |
| 03/22/10 | D. Felder | Review draft settlement agreement, approval motion and proposed order and provide comments to P. Mahaley. | 1.90 |
| 03/22/10 | P. Mahaley | Prepare for and conduct telephone conference with insurer counsel re settlement terms (1.6); analyze proposed changes to Plan documents re insurance issues (1.3); draft insurance settlement agreements and related documents (6.3). | 9.20 |
| 03/23/10 | P. Mahaley | Analyze proposed changes to Plan documents re insurance issues (3.5); draft insurance settlement agreements and related documents (2.0); confer with R. Wyron and D. Felder re proposed Plan document changes re insurance issues (.7). | 6.20 |
| 03/24/10 | P. Mahaley | Draft insurance settlement agreements and related documents. | 4.90 |
| 03/25/10 | P. Mahaley | Draft insurance settlement agreements (4.3); analyze proposed changes to Plan documents re insurance issues (1.0). | 5.30 |
| 03/26/10 | P. Mahaley | Prepare for and attend conference with R. Frankel and R. Wyron re terms to be included in insurance settlement agreement (2.1); draft insurance settlement agreement (1.6). | 3.70 |
| 03/29/10 | P. Mahaley | Prepare insurance settlement agreement for filing (3.2); analyze financial settlement terms for insurer (1.3). | 4.50 |

|  | Total Hours | 114.60 |  |
|  | Total For Services |  | $74,480.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 1.90 | 645.00 | 1,225.50 |
| Peri N. Mahaley | 112.70 | 650.00 | 73,255.00 |
| Total All Timekeepers | 114.60 | $649.92 | $74,480.50 |

Disbursements
| Document Reproduction | 1.30 |  |
| Other Business Meals | 6.75 |  |
| Telephone | 1.26 |  |
| Total Disbursements |  | $9.31 |

**Total For This Matter**                                        **$74,489.81**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -  April 14, 2010
17367                                                                     Invoice No. 1244012
page 4

For Legal Services Rendered Through March 31, 2010 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 03/01/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/01/10 | D. Felder | E-mail correspondence with J. Baer and P. Lockwood regarding Longacre (.3); review edits to motion to approve Longacre stipulation (.5); attention to settlement issues (.5); review correspondence regarding same (.5); review draft stipulation (.3). | 2.10 |
| 03/01/10 | R. Wyron | Call with M. Giannotto (.3); review insurer term sheet and organize notes (.8); review Longacre stip (.3); confer with P. Mahaley on insurer and follow-up (.6); review Montana correspondence (.4); confer with R. Frankel regarding settlement issues (.3); draft and revise settlement issues (.7); review M. Peterson testimony (.3). | 3.70 |
| 03/01/10 | R. Frankel | Review transcript of M. Peterson deposition re Libby issues (.5); consider settlement issues (.3). | 0.80 |
| 03/01/10 | R. Frankel | Review stipulation with SA changes re successor claims injunction. | 0.60 |
| 03/01/10 | R. Frankel | Review P. Mahaley e-mail memo re insurance settlement agreement (.4); prepare notes re same (.4). | 0.80 |
| 03/01/10 | R. Frankel | Review settlement issues with R. Wyron. | 0.40 |
| 03/01/10 | R. Frankel | Review e-mails with R. Horkovich re settlement issues. | 0.30 |
| 03/01/10 | R. Frankel | Confer with R. Wyron re settlement structures (.4); prepare notes re same (.3). | 0.70 |
| 03/02/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/02/10 | D. Felder | Review documents underlying Debtors' objection to MCC's claim (2.9); review draft insurer settlement agreement (.8); review Debtors' motions to approve PD settlements and e-mail correspondence regarding same (.5). | 4.20 |
| 03/02/10 | R. Wyron | Review status of all pending settlements and respond to e-mails regarding same (.9); begin review of draft settlement (.8); confer with P. Lockwood on settlement proposal and response and follow-up (2.8); review National Union stipulation and e-mails regarding same (.2); review Successor Claims stipulation and e-mails regarding same (.2). | 4.90 |
| 03/02/10 | R. Frankel | Review insurer settlement issues, series of past e-mails. | 0.80 |
| 03/02/10 | R. Frankel | Telephone conference with R. Wyron re ACC issues, objector settlement issues (.6); review term sheet (.5). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     April 14, 2010
17367                                                                     Invoice No. 1244012
page 5

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/03/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/03/10 | D. Felder | Review draft settlement agreement, note issues, and e-mail correspondence with P. Mahaley regarding same. | 1.00 |
| 03/03/10 | R. Wyron | Call with D. Cohn and J. Heberling and follow-up (.9); organize issues outline (.3); call with P. Lockwood and R. Frankel regarding strategy and e-mails regarding same (2.1); revise settlement agreement (.3); review draft settlement agreement (.6); confer with P. Mahaley regarding issues on insurance settlement and notes regarding same (1.1); review additional draft (.4); review National Union stip (.2). | 5.90 |
| 03/03/10 | R. Frankel | Telephone conference with P. Lockwood, R. Wyron re objector and plan issues. | 2.00 |
| 03/03/10 | R. Frankel | Prepare notes, consider confirmation issues from P. Lockwood conversation. | 0.80 |
| 03/04/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/04/10 | D. Felder | Review e-mail correspondence regarding plan issues. | 1.00 |
| 03/04/10 | R. Wyron | Review additional objector issues (.4); call with ACC on strategy, and follow-up (1.1); review changes to TDP and term sheet (.7); review ███ issues with P. Mahaley and follow-up (.8); review revised National Union stipulation (.2); review revised draft insurance settlement agreement (.4). | 3.60 |
| 03/04/10 | R. Frankel | Review draft settlement agreement and TDPs sent to objector counsel (1.3); consider objector proposal (.6). | 1.90 |
| 03/04/10 | R. Frankel | Telephone conference with T. Freedman re plan, confirmation issues (.4); prepare e-mail, issues list to R. Wyron, P. Lockwood re same (.4). | 0.80 |
| 03/04/10 | R. Frankel | Confer with R. Wyron re Grace meeting, status. | 0.40 |
| 03/04/10 | R. Frankel | Confer with R. Wyron re objector Plan issues in preparation for conference call (1.0); notes re same (.1). | 1.10 |
| 03/04/10 | R. Frankel | Telephone conference with P. Lockwood, E. Inselbuch re objector, plan issues (.9); notes re same (.1). | 1.00 |
| 03/05/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/05/10 | J. Burke | Confer with R. Wyron regarding research assignment in support of settlement negotiations. | 0.70 |
| 03/05/10 | D. Felder | Review motion to approve National Union stipulation and e-mail correspondence regarding same (.8); review confirmation objection charts and note issues regarding same (1.5). | 2.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                April 14, 2010
17367                                                                                                Invoice No. 1244012
page 6

| 03/05/10 | R. Wyron | Begin review of objection chart from Debtors (1.2); calls with various counsel regarding potential global settlement and follow-up (1.4); review status notes on pending settlements (.4); call with F. Monaco and D. Cockrell and follow-up (.7); call with ACC counsel and follow up regarding global deal (.8); review draft stipulation (.4); review draft National Union motion and e-mails regarding same (.3). | 5.20 |
|---|---|---|---|
| 03/05/10 | R. Frankel | Review, edit draft insurer settlement agreement (1.2); prepare notes re same (.4). | 1.60 |
| 03/05/10 | R. Frankel | Review series of e-mails re status of chart of objections. | 0.40 |
| 03/07/10 | R. Frankel | Review MCC response to claim objection. | 0.90 |
| 03/07/10 | R. Frankel | Preliminary review of updated objection chart. | 1.60 |
| 03/08/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/08/10 | J. Burke | Case law research in support of settlement negotiations. | 0.50 |
| 03/08/10 | D. Felder | Conference with R. Frankel and R. Wyron regarding update, strategy and next steps (.8); follow-up regarding same (1.0); review confirmation objection charts (3.2); conference with R. Wyron and P. Mahaley regarding same and follow-up (1.0); attention to e-mail correspondence regarding same (1.8). | 7.80 |
| 03/08/10 | R. Wyron | Review preliminary agenda (.3); call with D. Cohn (.2); review settlement issues and follow-up (.3); review Grace draft objection chart and Appendix A, and organize notes (2.1); confer with P. Mahaley, D. Felder and R. Frankel (various times) on objection chart (.9); call with R. Frankel re settlement status and follow-up (.4); call with T. Freedman and follow-up (.4); review BNSF TDP section and respond to e-mails regarding same (.6). | 5.20 |
| 03/08/10 | R. Frankel | Series of e-mails re K&E meeting and insurer meeting. | 0.50 |
| 03/08/10 | R. Frankel | Review updated chart of objections. | 2.20 |
| 03/08/10 | R. Frankel | Confer with R. Wyron, D. Felder re various pending issues: chart, plan, Libby, MCC (.9); notes re same (.3). | 1.20 |
| 03/08/10 | R. Frankel | Review draft summary of remaining objections (.4); review Appendix A to chart (.8). | 1.20 |
| 03/08/10 | R. Frankel | Telephone conference with R. Wyron re comments to chart and Appendix A. | 0.40 |
| 03/09/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/09/10 | D. Fullem | Update Grace service list. | 0.30 |
| 03/09/10 | J. Burke | Case law research in support of settlement negotiations. | 2.70 |
| 03/09/10 | D. Felder | Attention to confirmation objections chart and provide comments regarding same. | 2.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

April 14, 2010
Invoice No. 1244012

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/09/10 | R. Wyron | Review e-mails on potential settlement and follow-up (.8); review draft plan changes and organize comments (1.3); confer with P. Lockwood on settlement issues and follow-up (1.2); review hearing transcript (.6); review revised objection chart and follow-up (.7). | 4.60 |
| 03/09/10 | R. Frankel | Review, consider Libby Joinder, series of e-mails re MCC response. | 0.60 |
| 03/09/10 | R. Frankel | Review agenda for 3/22 hearing; prepare notes for hearing. | 0.50 |
| 03/10/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/10/10 | J. Burke | Research in support of settlement negotiations (1.2); confer with R. Wyron regarding research findings (.5). | 1.70 |
| 03/10/10 | D. Felder | E-mail correspondence regarding confirmation objections chart and attention to same. | 1.80 |
| 03/10/10 | D. Felder | Review proposed TDP changes. | 0.40 |
| 03/10/10 | R. Wyron | Review plan changes (1.1); call with D. Cohn and follow-up (1.2); review issues for call on settlement status (.4); follow-up call to D. Cohn, and e-mail regarding same (.3); work on TDP changes (.3); review MCC response and outline issues (.7); call with M. Giannotto (.3); review changes to Appendix A and follow-up (.8); call with P. Mahaley on open issues and e-mail regarding same (.3). | 5.40 |
| 03/10/10 | R. Frankel | Review markup to objections chart (.5); review markup to Appendix A (.6); review markup to Plan (.3). | 1.40 |
| 03/10/10 | R. Frankel | Prepare issues list in preparation for meeting with K&E. | 1.20 |
| 03/10/10 | R. Frankel | Review blackline of TDP showing changes since filed (1.3); review plan amendments re insurer (.4). | 1.70 |
| 03/11/10 | D. Fullem | Review e-mail from R. Frankel re Grace's 8K. | 0.40 |
| 03/11/10 | D. Fullem | Review mandate issued in Grace v. Chakarian. | 0.20 |
| 03/11/10 | R. Wyron | Confer (several times) with R. Frankel regarding strategy for settlement negotiations and follow-up (1.1); review issues on potential settlement for call with ACC (.4); call with P. Lockwood regarding potential settlement and follow-up (1.2); review and revise agenda for meeting with Debtors' counsel (.6); review CNA stipulation and respond to Debtors' counsel regarding same (.3). | 3.60 |
| 03/11/10 | R. Frankel | Review, prepare notes re series of e-mails re settlement issues. | 1.20 |
| 03/11/10 | R. Frankel | Confer with R. Wyron re settlement issues and insurer meeting. | 0.90 |
| 03/11/10 | R. Frankel | Review marked CNA stipulation with CNA comments. | 0.40 |
| 03/11/10 | R. Frankel | Telephone conference with P. Lockwood, R. Wyron re settlement issues. | 1.10 |
| 03/11/10 | R. Frankel | Confer with R. Wyron re plan, settlement issues (.3); notes re same (.1). | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

April 14, 2010
Invoice No. 1244012

| 03/11/10 | R. Frankel | Review documents in preparation for meeting with J. Aldock (.6); confer with R. Wyron re same (.3). | 0.90 |
|---|---|---|---|
| 03/11/10 | R. Frankel | Confer with J. Aldock re issues. | 2.20 |
| 03/12/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/12/10 | D. Felder | Review recently filed pleadings (1.0); telephone conference with R. Frankel regarding same (.1); attention to e-mail correspondence regarding status of various settlement negotiations (1.2); follow-up regarding same (.5). | 2.80 |
| 03/12/10 | R. Wyron | Calls regarding settlement issues (.6); follow-up with D. Cohn (.3); confer with P. Mahaley on plan changes and follow-up (.8); review comments on draft insurance settlement agreement and follow-up e-mails regarding same (.9); work on security language for draft agreement (.2); confer with R. Frankel and P. Mahaley on term of draft settlement agreement and follow-up (1.1). | 3.90 |
| 03/12/10 | R. Frankel | Prepare memo re meeting with J. Aldock; prepare e-mail to P. Mahaley, R. Wyron re same. | 0.80 |
| 03/12/10 | R. Frankel | Confer with P. Mahaley, R. Wyron re settlement issues, next steps. | 1.00 |
| 03/12/10 | R. Frankel | Telephone conferences with J. Aldock re issues (.5); exchange series of e-mails with R. Horkovich re same (.5). | 1.00 |
| 03/12/10 | R. Frankel | Prepare spreadsheet re potential settlement (.8); prepare notes re terms of settlement (.6). | 1.40 |
| 03/12/10 | R. Frankel | Confer with R. Wyron re settlement issues. | 0.80 |
| 03/13/10 | R. Frankel | Review recently filed pleadings. | 1.30 |
| 03/15/10 | S. Cruzado | Review recently filed documents. | 1.50 |
| 03/15/10 | D. Fullem | Review recently filed documents. | 0.20 |
| 03/15/10 | J. Burke | Research and draft memorandum in support of settlement negotiations. | 10.10 |
| 03/15/10 | D. Felder | Telephone conference with J. Burke regarding research issues (.1); review e-mail correspondence regarding plan issues and confirmation objection charts (1.0); begin review of confirmation objection charts (1.2). | 2.30 |
| 03/15/10 | R. Wyron | Review draft insurer settlement agreement and provide comments (1.3); review comments from R. Frankel and P. Mahaley on insurance settlement agreement and follow-up (.6); confer with P. Mahaley regarding draft settlement agreement (.4); call with R. Frankel regarding settlement issues and follow-up (.4); draft response to settlement proposal and follow-up with ACC (1.1); review revised TDP, Plan and objection chart, and provide comments (1.4); confer with J. Burke on legal analysis (.3). | 5.50 |
| 03/15/10 | R. Frankel | Review memo, other communications re settlement issues. | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

April 14, 2010
Invoice No. 1244012

| 03/15/10 | R. Frankel | Review e-mails, draft agreement re various insurer settlement issues. | 0.80 |
|---|---|---|---|
| 03/15/10 | R. Frankel | Review e-mail from R. Wyron with draft language re status with objector (.4); telephone conferences with R. Wyron re same (.3). | 0.70 |
| 03/15/10 | R. Frankel | Review, prepare notes re possible settlement. | 1.20 |
| 03/15/10 | R. Frankel | Review revised summary of remaining confirmation objections (.6); review revised Appendix A (.8). | 1.40 |
| 03/16/10 | S. Cruzado | Conference with Debtors re exhibits introduced at confirmation hearing (.3); review trial exhibits introduced at hearing (.7). | 1.00 |
| 03/16/10 | D. Fullem | Review and respond to e-mails from D. Felder regarding hearing on March 22. | 0.50 |
| 03/16/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/16/10 | J. Burke | Revise draft memorandum in support of settlement negotiations (.7); confer with D. Felder regarding revisions to draft memorandum (.2); confer with R. Wyron regarding revisions to draft memorandum (.1). | 1.00 |
| 03/16/10 | D. Felder | Conference with R. Wyron and P. Mahaley regarding plan edits (1.3); follow-up regarding same (.5); review and revise plan documents (1.5); review J. Burke memorandum and provide comments regarding same (1.0); review confirmation objections chart, Appendix A, plan documents, and notice of filing plan modifications and provide comments regarding same (4.5); review recently filed pleadings and agenda for meeting with ACC (.2); e-mail correspondence with D. Fullem regarding omnibus hearing (.2); telephone conference with J. Radecki regarding same (.1). | 9.30 |
| 03/16/10 | R. Wyron | Review plan, TDP, objection chart, appendix and summary for comments and changes (1.9); confer with P. Mahaley and D. Felder on changes to plan, TDP, objection chart, appendix and summary (.7); review draft insurance issues outline (.4); review draft insurance settlement agreement (1.2); organize notes for meeting with Debtors' counsel (.5); review draft notice of plan modifications and provide comments (.3); review issues on potential settlement (.3). | 5.30 |
| 03/16/10 | R. Frankel | Review draft settlement agreement with insurer (1.3); confer with R. Wyron re same (.3). | 1.60 |
| 03/16/10 | R. Frankel | Review revised chart of objections; e-mail summary of comments re same. | 1.70 |
| 03/16/10 | R. Frankel | Review amended agenda for March 22 hearing. | 0.40 |
| 03/16/10 | R. Frankel | Review series of e-mails re charts, status of objections. | 0.40 |
| 03/17/10 | D. Fullem | Review e-mail from R. Wyron regarding 3/22 hearing. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

April 14, 2010
Invoice No. 1244012

| 03/17/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
|---|---|---|---|
| 03/17/10 | J. Burke | Review court filings related to settlement negotiations (2.5); confer with R. Wyron regarding research findings (.1); confer with R. Frankel and R. Wyron regarding research findings (.5). | 3.10 |
| 03/17/10 | D. Felder | Review and revise updated confirmation objections chart, Appendix A, and plan documents (2.0); e-mail correspondence to/from Debtors regarding same (1.2). | 3.20 |
| 03/17/10 | R. Wyron | Calls with T. Schiavoni regarding issues (1.1); work on agenda items for meeting with Grace counsel (.4); review two potential insurer settlements and respond to e-mails regarding same (.5); review several draft insurer settlement agreements and provide comments (1.3); call with ACC regarding insurer settlement (1.0); confer with J. Burke regarding research and follow-up (.6); review financial analysis (.4); work on "independent claim" issues (.7); review e-mail regarding issues in reimbursement agreement settlement and follow-up (.6). | 6.60 |
| 03/17/10 | R. Frankel | Telephone conference with T. Freedman re March 22 hearing (.2); review hearing issues with R. Wyron (.2). | 0.40 |
| 03/17/10 | R. Frankel | Review marked pages to chart of confirmation requirements and objections. | 0.50 |
| 03/17/10 | R. Frankel | Review series of e-mails from P. Mahaley re insurance settlements. | 0.50 |
| 03/17/10 | R. Frankel | Confer with R. Wyron, J. Burke re confirmation issues. | 0.70 |
| 03/17/10 | R. Frankel | Review MCC-related pleadings in preparation for meeting with Grace. | 0.90 |
| 03/17/10 | R. Frankel | Review issues, e-mails re Canadian rep counsel, draft order. | 0.60 |
| 03/17/10 | R. Frankel | Review Quigley decision in connection with possible objections to confirmation. | 0.80 |
| 03/17/10 | R. Frankel | Confer with R. Wyron re settlement issues. | 0.30 |
| 03/17/10 | R. Frankel | Confer with R. Wyron, P. Mahaley re insurer issues (.5); telephone conference with P. Lockwood, R. Horkovich re same (.9). | 1.40 |
| 03/18/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/18/10 | D. Fullem | Review and respond to e-mail from D. Felder regarding filing in Grace. | 0.20 |
| 03/18/10 | J. Burke | Research in support of settlement negotiations (.9); research in support of joinder to claims objection (4.5). | 5.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

April 14, 2010
Invoice No. 1244012

| | | | |
|---|---|---|---|
| 03/18/10 | D. Felder | Prepare for strategy session with Debtors and ACC (1.0); attend strategy session with Debtors and ACC and follow-up (5.3); prepare joinder to Debtors' objection to MCC's claims (.2); review COC and revised proposed orders regarding Canadian ZAI representative counsel (.3); review revised documents from Debtors regarding confirmation objections chart, appendix A and plan documents (3.0); telephone conference with D. Boll regarding same (.2); conference with R. Wyron regarding same (.1); follow-up regarding same (.5). | 10.60 |
| 03/18/10 | R. Wyron | Organize notes for meeting with ACC and Debtors (.6); meet with P. Lockwood and follow-up (.5); meet with ACC and Debtors counsel regarding strategy (4.9); confer with D. Felder regarding follow-up (.3); confer with R. Frankel regarding follow-up (.4); review e-mail from D. Hogan and follow-up regarding Rep. Counsel (.4); call with P. Mahaley regarding insurance settlements and follow-up (.6); work on joinder regarding MCC (.4). | 8.10 |
| 03/18/10 | R. Frankel | Review file in preparation for Grace meeting (.3); confer with R. Wyron in preparation for meeting (.5). | 0.80 |
| 03/18/10 | R. Frankel | Confer with R. Wyron, P. Lockwood in preparation for meeting with Grace. | 0.40 |
| 03/18/10 | R. Frankel | Confer with Debtors and ACC re case issues, timing, settlement. | 4.90 |
| 03/18/10 | R. Frankel | Confer with R. Wyron re Grace meeting, settlement issues (.4); notes re same (.4). | 0.80 |
| 03/18/10 | R. Frankel | Review draft joinder re MCC, e-mail re same. | 0.30 |
| 03/18/10 | R. Frankel | Review COC and draft orders appointing Rep. Counsel for CNDN ZAI and appointing the Hogan Firm. | 0.60 |
| 03/18/10 | R. Frankel | Confer with R. Wyron re D. Cohn telephone call, next steps (.3); notes re same (.2). | 0.50 |
| 03/19/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/19/10 | J. Burke | Confer with R. Wyron regarding research findings in support of joinder to claims objection (.2); review docket filings related to settlement negotiations (2.1). | 2.30 |
| 03/19/10 | D. Felder | E-mail correspondence to/from Debtors and ACC regarding plan modifications and related filings (1.0); review documents regarding same (2.7). | 3.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 12

April 14, 2010  
Invoice No. 1244012

| | | | |
|---|---|---|---|
| 03/19/10 | R. Wyron | Review MCC issues, including complaints and objection (.9); call with Debtor and Libby counsel regarding status conference and follow-up (.6); review joinder and e-mails regarding same (.4); review plan changes and respond to e-mails regarding same (1.2); review draft language on security for insurance settlement and provide comments (.3); review pleadings regarding Rep Counsel and follow-up (.4); confer with R. Frankel regarding MCC strategy and follow-up (.5); review CNA complaint and follow-up (.6). | 4.90 |
| 03/19/10 | R. Frankel | Review various versions of notice of fourth set of plan modifications, e-mails re same. | 0.60 |
| 03/19/10 | R. Frankel | Review redlined plan of reorganization with cumulative changes. | 1.10 |
| 03/19/10 | R. Frankel | Review redlined TDP with cumulative changes. | 0.70 |
| 03/19/10 | R. Frankel | Confer with R. Wyron re settlement issues. | 0.40 |
| 03/19/10 | R. Frankel | Telephone conference with J. Aldock (.5); notes re same (.2). | 0.70 |
| 03/19/10 | R. Frankel | Confer with R. Wyron re J. Aldock call, status (.5); prepare notes re status (.3). | 0.80 |
| 03/19/10 | R. Frankel | Review Fuller Austin motion to approve ▮▮▮settlement agreement and ▮▮▮▮▮▮▮▮▮settlement agreement. | 0.90 |
| 03/21/10 | R. Frankel | Review Pennock Complaint v. MCC, Montana and CNA. | 0.90 |
| 03/21/10 | R. Frankel | Prepare notes re settlement with insurer. | 1.20 |
| 03/22/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/22/10 | J. Burke | Confer with Orrick team regarding settlement negotiations. | 0.70 |
| 03/22/10 | D. Felder | Review filed versions of plan documents and confirmation objections chart (2.5); conference with Orrick team regarding research issues and strategy and follow-up re same (.8); follow-up conference with J. Burke regarding same and follow-up (.5). | 3.80 |
| 03/22/10 | R. Wyron | Review CNA complaints (.8); organize outline re independent claims (.6); confer with R. Frankel re strategy and follow-up (.4); meet with J. Burke and D. Felder on independent claims project (.8); call with M. Giannotto and follow-up (.2); calls with P. Mahaley re insurer settlement issues and follow-up (.8); review plan issues (.4). | 4.00 |
| 03/22/10 | R. Frankel | Confer with R. Wyron re alternative insurer settlement. | 0.60 |
| 03/22/10 | R. Frankel | Prepare further notes re modified settlement approach. | 0.40 |
| 03/22/10 | R. Frankel | Review confirmation issues (1.2); notes re same (.4). | 1.60 |
| 03/22/10 | R. Frankel | Review series of e-mails re corrections to filed chart from Geico, Federal, AXA Belgium. | 0.80 |
| 03/22/10 | R. Frankel | Confer with D. Felder, J. Burke re 524(g), settlement issues (.6); notes re same (.2). | 0.80 |
| 03/23/10 | S. Cruzado | Review recently filed documents. | 1.50 |
| 03/23/10 | D. Fullem | Review recently filed documents. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 14, 2010
Invoice No. 1244012

| 03/23/10 | D. Felder | Review confirmation objections chart and e-mail correspondence regarding same (2.5); conference with R. Wyron and P. Mahaley regarding same (.5); follow-up e-mail correspondence regarding same (.3). | 3.30 |
|---|---|---|---|
| 03/23/10 | R. Wyron | Review objection chart for changes (1.1); confer with D. Felder and P. Mahaley re objection status and follow-up (.8); review e-mails re insurance settlements and respond (.4); confer with R. Frankel re potential insurance and global settlements, and follow-up e-mails re same (.9) | 3.20 |
| 03/23/10 | R. Frankel | Review series of e-mails with P. Lockwood, R. Wyron, T. Freedman re 2nd Circuit opinion. | 0.40 |
| 03/23/10 | R. Frankel | Read 2nd Circuit Manville opinion. | 1.70 |
| 03/23/10 | R. Frankel | Telephone conference with J. Aldock (.3); notes re same (.3). | 0.60 |
| 03/23/10 | R. Frankel | Review series of e-mails re changes to chart from D. Felder, P. Lockwood, J. Baer, others (.6); review chart (.6). | 1.20 |
| 03/23/10 | R. Frankel | Telephone conference with T. Freedman re settlement status (.3); telephone conference with T. Freedman, M. Shelnitz re status (.5). | 0.80 |
| 03/23/10 | R. Frankel | Confer with R. Wyron re telephone conferences with J. Aldock, T. Freedman, M. Shelnitz, next steps (.7); notes re same (.2). | 0.90 |
| 03/23/10 | R. Frankel | Further review of Libby complaints against CNA and MCC. | 0.80 |
| 03/24/10 | S. Cruzado | Review recently filed documents. | 1.00 |
| 03/24/10 | D. Fullem | Review recently filed documents. | 0.20 |
| 03/24/10 | D. Felder | Review pleadings and related materials regarding Chakarian adversary proceeding (3.8); review docket regarding upcoming deadlines (.5); e-mail correspondence with J. Radecki regarding pension issues (.1). | 4.40 |
| 03/24/10 | R. Wyron | Continue review of objection chart (.6); work on outline for settlements (1.6); review Libby complaints (.7); review decisions in Travelers case (1.1); review draft insurer settlement agreement and provide comments (.9). | 4.90 |
| 03/24/10 | R. Frankel | Review series of e-mails re chart of objections, chart as revised and appendices. | 1.40 |
| 03/24/10 | R. Frankel | Review with R. Wyron status with objectors. | 0.70 |
| 03/25/10 | D. Fullem | Review recently filed documents. | 0.20 |
| 03/25/10 | D. Felder | E-mail correspondence regarding confirmation objections chart (.4); review same (1.0); continue review of pleadings regarding Chakarian adversary (1.3). | 2.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 14, 2010
Invoice No. 1244012

| 03/25/10 | R. Wyron | Review and revise insurer agreement (.7); continue work on outline for potential settlement (.8); review deal analysis calculations and provide comments (.4); review LTIP motion issue re stock issuance agreement (.6); confer with Z. Finley and follow-up (.4); e-mails to and from R. Smith and A. Rich re same (.6); review objection chart (.3); review documents re Libby cases (1.2). | 5.00 |
|---|---|---|---|
| 03/25/10 | R. Frankel | Review, mark up draft settlement agreement (1.3); review D. Felder e-mail re same (.1). | 1.40 |
| 03/25/10 | R. Frankel | Review, consider series of e-mails re settlement issues from R. Wyron. | 0.40 |
| 03/25/10 | R. Frankel | Telephone conference with M. Shelnitz, T. Freedman re settlement issues, update (.4); notes re same (.2). | 0.60 |
| 03/26/10 | D. Fullem | Review recently filed documents. | 0.20 |
| 03/26/10 | D. Felder | Review files regarding confirmation hearing, settlements and various research issues (3.0); review modified order regarding Canadian ZAI special counsel and e-mail correspondence regarding same (.1). | 3.10 |
| 03/26/10 | R. Wyron | Review draft insurance agreement (.8); call with R. Frankel and P. Mahaley regarding same (.6); review LTIP issue (.2); call with J. Wisler and follow-up (1.1); review final insurance settlement agreement issues (.2); review e-mails regarding MCC claims objection CMO and follow-up (.5). | 3.40 |
| 03/26/10 | R. Frankel | Telephone conference with R. Wyron, P. Mahaley re insurer settlement agreement, approval order (.8); prepare notes re same (.3). | 1.10 |
| 03/26/10 | R. Frankel | Review draft insurer settlement agreement. | 0.70 |
| 03/29/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/29/10 | D. Felder | Review appellate decisions in connection with settlement strategy and research. | 2.50 |
| 03/29/10 | D. Felder | Review revised confirmation objections chart and e-mail correspondence regarding same. | 2.00 |
| 03/29/10 | R. Wyron | Review insurance settlement draft language and call with P. Mahaley regarding same (.8); organize notes on open issues (.3); confer with R. Frankel on strategy and follow-up (.3); review comments on objection chart and respond (.5); review potential deal issues and term sheet (.4); review insurer deal analysis and call with P. Mahaley regarding same (.6). | 2.90 |
| 03/29/10 | R. Frankel | Prepare notes re potential settlement. | 0.80 |
| 03/29/10 | R. Frankel | Review issues re potential insurer settlement. | 0.90 |
| 03/29/10 | R. Frankel | Confer with R. Wyron re potential settlements. | 0.40 |
| 03/30/10 | D. Fullem | Review recently filed pleadings. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

April 14, 2010
Invoice No. 1244012

| 03/30/10 | D. Felder | E-mail correspondence and telephone call with J. Radecki regarding pension motion (.2); telephone conference with Grace and financial advisors regarding pension motion (.5); follow-up regarding same (.1); review blackline of confirmation objections charts (1.5); review Bank Lenders' response regarding same (.5); e-mail correspondence with Debtors regarding same (.4); review Debtors' motion to approve fee holdbacks regarding fraudulent conveyance action (.3). | 3.50 |
| 03/30/10 | R. Wyron | Review case law regarding global deal and follow-up (1.2); call to P. Mahaley on open items and follow-up (.6); review lender comments and follow-up (.4); review insurer deal provisions and follow-up with e-mails regarding same (.7). | 2.90 |
| 03/30/10 | R. Frankel | Review revised chart, related summaries of resolved objections and objections (2.1); series of e-mails re same (.3). | 2.40 |
| 03/30/10 | R. Frankel | Review bank lender response to chart and e-mails re same. | 0.40 |
| 03/31/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/31/10 | D. Felder | Review filed version of Plan Proponents' confirmation objections chart and exhibits. | 0.50 |
| 03/31/10 | R. Wyron | Review potential deal outline and refine (.8); review e-mails on insurance settlement issues and follow-up (.6); review latest proposed plan amendments for additional comments (.4). | 1.80 |
| 03/31/10 | R. Frankel | Review as-filed chart and appendices. | 1.30 |
| 03/31/10 | R. Frankel | Prepare for call with J. Aldock (.4); telephone conference with J. Aldock (.3). | 0.70 |

Total Hours        321.90
Total For Services              $252,003.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 28.20 | 445.00 | 12,549.00 |
| Stephen C. Cruzado | 5.00 | 240.00 | 1,200.00 |
| Debra Felder | 80.80 | 645.00 | 52,116.00 |
| Roger Frankel | 97.10 | 985.00 | 95,643.50 |
| Debra O. Fullem | 6.30 | 265.00 | 1,669.50 |
| Richard H. Wyron | 104.50 | 850.00 | 88,825.00 |
| Total All Timekeepers | 321.90 | $782.86 | $252,003.00 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 14, 2010
17367                                                                                  Invoice No. 1244012
page 16

|  |  |  |
|---|---|---|
| Document Reproduction | 55.10 | |
| Other Business Meals | 272.11 | |
| Outside Services | 30.00 | |
| Telephone | 26.48 | |
| Westlaw Research | 8,016.32 | |
| Total Disbursements | | $8,400.01 |

**Total For This Matter**          **$260,403.01**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

April 14, 2010
Invoice No. 1244012

For Legal Services Rendered Through March 31, 2010 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| 03/11/10 | R. Frankel | Review W.R. Grace 8-K. | 0.60 |
|---|---|---|---|
| 03/11/10 | R. Frankel | Review redlined draft plan. | 1.30 |
| 03/13/10 | R. Frankel | Review redlined Exhibit 5 of Settled Insurance Policies and chart from P. Mahaley re status of same. | 0.60 |
| 03/15/10 | R. Frankel | Review changes from R. Wyron to Plan and TDP. | 0.90 |
| 03/16/10 | R. Frankel | Review draft notice of filing of amended plan with fourth modifications (.5); telephone conference with R. Wyron re same (.3). | 0.80 |
| 03/16/10 | R. Frankel | Review cumulative redlined amended plan with modification. | 2.30 |
| 03/17/10 | R. Frankel | Review, edit J. Burke memo re confirmation issues (1.4); e-mails re same (.2). | 1.60 |
| 03/17/10 | R. Frankel | Review marked pages to Plan of Reorganization. | 0.60 |
| 03/18/10 | R. Frankel | Review series of e-mails with J. Sinclair, J. Radecki re calculation of value to the Trust (.4); review Grace 8-K re earnings (.3). | 0.70 |
| 03/22/10 | R. Frankel | Review J. Sinclair spreadsheet, J. Radecki e-mails (.6); telephone conference with J. Radecki re value of warrants (.2). | 0.80 |
| 03/22/10 | R. Frankel | Confer with R. Wyron re plan interest calculations; review Plan, Term Sheet re same. | 0.90 |
| 03/22/10 | R. Frankel | Review chart from Lincoln Financial re asset valuation to Trust. | 0.40 |
| 03/25/10 | Z. Finley | Review Share Issuance Agreement in response to inquiry from R. Wyron (.4); telephone conference with R. Wyron (.1). | 0.50 |
| 03/25/10 | R. Smith | E-mail to R. Wyron regarding Share Issuance Agreement issue. | 0.30 |

Total Hours                     12.30
Total For Services                          $11,905.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     April 14, 2010
17367                                                                                    Invoice No. 1244012
page 18

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Zachary S. Finley | 0.50 | 645.00 | 322.50 |
| Roger Frankel | 11.50 | 985.00 | 11,327.50 |
| Richard V. Smith | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 12.30 | $967.89 | $11,905.00 |

**Total For This Matter**                                    **$11,905.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 19

April 14, 2010
Invoice No. 1244012

For Legal Services Rendered Through March 31, 2010 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/01/10 | D. Felder | Attention to J. Biggs' supplemental disclosure and e-mail correspondence with P. Brooks and J. Biggs regarding same. | 0.80 |
| 03/01/10 | R. Wyron | Review draft J. Biggs declaration and provide comments. | 0.20 |
| 03/02/10 | D. Felder | E-mail correspondence with P. Brooks regarding supplemental disclosure and review comments regarding same. | 0.80 |
| 03/02/10 | R. Wyron | Review revised J. Biggs declaration. | 0.20 |
| 03/03/10 | D. Felder | Review comments from J. Brooks regarding Towers Watson supplemental disclosure and finalize same. | 1.00 |
| 03/05/10 | D. Felder | E-mail correspondence with J. Biggs regarding supplemental disclosure. | 0.10 |
| 03/08/10 | D. Fullem | Coordinate finalizing, filing and serving of supplemental declaration of J. Biggs for Towers Watson. | 1.00 |

|  |  |  |
|---|---|---|
| Total Hours | 4.10 |  |
| Total For Services |  | $2,346.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.70 | 645.00 | 1,741.50 |
| Debra O. Fullem | 1.00 | 265.00 | 265.00 |
| Richard H. Wyron | 0.40 | 850.00 | 340.00 |
| Total All Timekeepers | 4.10 | $572.32 | $2,346.50 |

Disbursements
| | |
|---|---|
| Document Reproduction | 268.60 |
| Postage | 267.75 |
| Total Disbursements | $536.35 |

**Total For This Matter**      **$2,882.85**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

April 14, 2010
Invoice No. 1244012

For Legal Services Rendered Through March 31, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| 03/02/10 | D. Fullem | Coordinate finalizing, filing and service of Towers Watson January monthly and quarterly fee application for Oct-Dec 09. | 1.00 |
|---|---|---|---|
| 03/08/10 | D. Fullem | Coordinate finalizing, filing and serving of Tre Angeli quarterly for Jul-Sep 09 time period. | 0.50 |
| 03/08/10 | D. Fullem | Review e-mail from C. Burke regarding status of Lincoln fee applications. | 0.10 |
| 03/09/10 | D. Fullem | Confer with D. Felder regarding Tre Angeli quarterly to be heard in June; e-mail to J. Radecki regarding same. | 0.30 |
| 03/09/10 | D. Fullem | Review Tre Angeli quarterly for Jul-Sep 2009 time period; coordinate filing of same; discuss objection period issue with D. Felder. | 0.50 |
| 03/09/10 | D. Fullem | E-mail to J. Radecki regarding quarterly for Jul-Sep 09 time period. | 0.10 |
| 03/11/10 | D. Fullem | Review and revise Tre Angeli quarterly for Oct-Dec 09; coordinate filing of same; service on parties. | 0.80 |
| 03/15/10 | D. Fullem | Review e-mail from D. Felder regarding confirmation of amounts on Debtors' submitted proposed order for fee application hearing. | 0.10 |
| 03/17/10 | D. Fullem | Review of proposed fee order by Debtors' counsel to confirm all amounts are correct; e-mail to D. Felder regarding same. | 0.30 |
| 03/23/10 | D. Fullem | Prepare CNO for January fee application filed by Towers Watson and coordinate filing and service of same. | 0.50 |
| 03/25/10 | D. Fullem | Follow-up e-mail to C. Burke at Lincoln regarding status of January 09 fee application; review response. | 0.20 |
| 03/26/10 | D. Fullem | Coordinate finalizing, filing and serving of Lincoln's January fee application. | 0.50 |
| 03/26/10 | D. Fullem | E-mail to C. Burke regarding status of filing of January 2010 fee application and quarterly to be filed at later date. | 0.20 |

Total Hours                    5.10
Total For Services                              $1,351.50



O R R I C K

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

April 14, 2010
Invoice No. 1244012

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 5.10 | 265.00 | 1,351.50 |
| Total All Timekeepers | 5.10 | $265.00 | $1,351.50 |

Disbursements
    Document Reproduction            542.10
    Express Delivery                 69.96
    Postage                      548.74
                    Total Disbursements          $1,160.80

**Total For This Matter**         **$2,512.30**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

April 14, 2010
Invoice No. 1244012

For Legal Services Rendered Through March 31, 2010 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 03/05/10 | D. Fullem | Review information on updating of 2014 disclosure. | 0.20 |
| 03/09/10 | D. Fullem | Confer with R. Wyron regarding updating of disclosure. | 0.10 |
| 03/11/10 | D. Fullem | Review docket for new appearances; prepare e-mail to R. Wyron. | 0.80 |
| 03/11/10 | D. Fullem | E-mail to R. Wyron regarding updated disclosure. | 0.20 |

Total Hours       1.30

Total For Services       $344.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.30 | 265.00 | 344.50 |
| Total All Timekeepers | 1.30 | $265.00 | $344.50 |

**Total For This Matter**       **$344.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

April 14, 2010
Invoice No. 1244012

For Legal Services Rendered Through March 31, 2010 in Connection With:

## Matter: 13 - Compensation of Professionals - Orrick

| 03/01/10 | D. Fullem | Review receipts from confirmation trial; e-mail to B. Ruhlander with response. | 0.90 |
|---|---|---|---|
| 03/01/10 | D. Fullem | Discuss edits to monthly and quarterly fee applications with R. Wyron and review edits; update D. Felder regarding same. | 0.30 |
| 03/01/10 | D. Fullem | Review e-mail from P. Mahaley regarding January invoice; e-mail to S. Vucelick re same; update R. Wyron re same. | 0.50 |
| 03/01/10 | D. Felder | Review Orrick's January monthly fee application and 16th quarterly fee application and provide comments regarding same. | 0.60 |
| 03/01/10 | R. Wyron | Review January monthly fee application (.3); review quarterly fee application (.3); respond to follow-up issue from fee auditor (.1). | 0.70 |
| 03/02/10 | D. Fullem | Coordinate finalizing, filing and service of Orrick January monthly and quarterly fee application for Oct-Dec 09. | 1.00 |
| 03/02/10 | D. Fullem | Review prebill and discuss same with R. Wyron. | 1.00 |
| 03/03/10 | R. Wyron | Review fee auditor's final report and follow-up. | 0.30 |
| 03/05/10 | D. Fullem | Review February prebill. | 1.00 |
| 03/08/10 | D. Felder | Review February prebill. | 2.00 |
| 03/09/10 | R. Wyron | Review February prebill and provide comments. | 0.60 |
| 03/12/10 | D. Fullem | Review docket update as to status of fee application filings, objection deadlines. | 0.10 |
| 03/15/10 | D. Fullem | Review e-mail from D. Felder regarding confirmation of amounts on Debtors' submitted proposed order for fee application hearing. | 0.10 |
| 03/15/10 | D. Fullem | Review e-mail from B. Ruhlander and R. Wyron regarding fee auditor final report on Jul-Sept 09 quarterly. | 0.10 |
| 03/19/10 | D. Fullem | Review final February invoice (.4); prepare draft of February fee application (1.2); e-mail to R. Wyron and D. Felder for review and comment (.1). | 1.70 |
| 03/22/10 | D. Fullem | Review e-mail from R. Wyron regarding Orrick February fee application. | 0.10 |
| 03/22/10 | D. Fullem | Review e-mail from D. Felder regarding status of review of Orrick February fee application. | 0.10 |
| 03/23/10 | D. Fullem | Confer with D. Felder regarding status of review of Orrick's draft February fee application. | 0.20 |
| 03/23/10 | D. Fullem | Prepare CNO for January fee application filed by Orrick and coordinate filing and service of same. | 0.50 |



**ORRICK**

April 14, 2010
Invoice No. 1244012

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

| | | | |
|---|---|---|---|
| 03/25/10 | D. Fullem | Review recent payment information; update fee/expense spreadsheets; circulate to R. Frankel, R. Wyron, and accounting department. | 0.50 |
| 03/26/10 | D. Fullem | Prepare edits by D. Felder to Orrick February fee application. | 0.30 |
| 03/26/10 | D. Fullem | Coordinate filing and serving of Orrick February fee application. | 0.50 |
| 03/26/10 | D. Fullem | Prepare updates to fee/expense spreadsheets; e-mail to R. Frankel, R. Wyron and V. Crossley. | 0.30 |
| 03/26/10 | D. Felder | Review February fee application. | 0.50 |

Total Hours                    13.90
Total For Services                              $5,797.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.10 | 645.00 | 1,999.50 |
| Debra O. Fullem | 9.20 | 265.00 | 2,438.00 |
| Richard H. Wyron | 1.60 | 850.00 | 1,360.00 |
| Total All Timekeepers | 13.90 | $417.09 | $5,797.50 |

Disbursements
Express Delivery                        45.92
                       Total Disbursements                    $45.92

**Total For This Matter**                              **$5,843.42**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours                    473.20
Total Fees, all Matters                         $348,228.50
Total Disbursements, all Matters                  $10,152.39
Total Amount Due                              $358,380.89