**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

April 27, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 542373
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $551.00 |
| DISBURSEMENTS | 182.88 |
| MATTER TOTAL | $733.88 |

#### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $0.00 |
| DISBURSEMENTS | 97.33 |
| MATTER TOTAL | $97.33 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $3,085.50 |
| DISBURSEMENTS | 72.00 |
| MATTER TOTAL | $3,157.50 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $615.00 |
| DISBURSEMENTS | 9.32 |
| MATTER TOTAL | $624.32 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 542373 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2276604.1

**056772-00026/OTHER**

| | |
|---|---:|
| FEES | $307.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $307.50 |
| | |
| CLIENT GRAND TOTAL | $4,920.53 |

KL4 2276604.1

Kramer Levin Naftalis & Frankel LLP                                        Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                          April 27, 2010
056772-00001                                                               Invoice No. 542373

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/26/10 | WIERMAN, LAUREN E | Prepared case files to be sent to records. | 1.90 | 551.00 |
| **TOTAL HOURS AND FEES** | | | **1.90** | **$551.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 110.40 |
| DOCUMENT RETRIEVAL FEES | 72.48 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$182.88** |

**TOTAL FOR THIS MATTER**                                                  **$733.88**

KL4 2276604.1

Kramer Levin Naftalis & Frankel LLP                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                April 27, 2010
056772-00002                                                     Invoice No. 542373

### CREDITOR COMMITTEE

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 97.33 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$97.33** |
| **TOTAL FOR THIS MATTER** | **$97.33** |

Kramer Levin Naftalis & Frankel LLP                                  Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                    April 27, 2010
056772-00007                                                         Invoice No. 542373

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/10 | BLABEY, DAVID E | Review draft 9019 motion re Longacre settlement. | 0.10 | 61.50 |
| 03/05/10 | BENTLEY, PHILIP | Review emails re plan issues | 0.10 | 79.50 |
| 03/05/10 | BLABEY, DAVID E | Review National Union settlement draft (.4) and exchange emails re same (.2). | 0.60 | 369.00 |
| 03/08/10 | BLABEY, DAVID E | Review stip, motion, and order re Longacre claims. | 0.20 | 123.00 |
| 03/09/10 | BENTLEY, PHILIP | Review emails re plan issues | 0.10 | 79.50 |
| 03/09/10 | BLABEY, DAVID E | Review LTIP motion (.4); review draft charts of objections and resolutions thereto (1.7); review TDP blackline (.2). | 2.30 | 1,414.50 |
| 03/17/10 | BLABEY, DAVID E | Review draft charts of settled and outstanding objections (.5) and draft CNA stip (.2) and notice of modifications to Plan (.1). | 0.80 | 492.00 |
| 03/19/10 | BENTLEY, PHILIP | Review emails | 0.10 | 79.50 |
| 03/19/10 | BLABEY, DAVID E | Review for filing plan modifications and CNA stip (.4) and exchange emails re same (.1). | 0.50 | 307.50 |
| 03/22/10 | BENTLEY, PHILIP | Review emails re plan issues | 0.10 | 79.50 |
| **TOTAL HOURS AND FEES** | | | **4.90** | **$3,085.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 72.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$72.00** |

**TOTAL FOR THIS MATTER**                                            **$3,157.50**

KL4 2276604.1

Kramer Levin Naftalis & Frankel LLP                                Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                  April 27, 2010
056772-00008                                                       Invoice No. 542373

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/10 | BLABEY, DAVID E | Review bills for February fee application. | 0.20 | 123.00 |
| 03/27/10 | BLABEY, DAVID E | prepare february fee application | 0.80 | 492.00 |
| **TOTAL HOURS AND FEES** | | | **1.00** | **$615.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 9.32 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$9.32** |

**TOTAL FOR THIS MATTER**                                          **$624.32**

KL4 2276604.1

Kramer Levin Naftalis & Frankel LLP

Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00026

April 27, 2010
Invoice No. 542373

**OTHER**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/30/10 | BLABEY, DAVID E | Participate in call with Debtors advisers regarding retirement plan. | 0.50 | 307.50 |
| **TOTAL HOURS AND FEES** | | | **0.50** | **$307.50** |

**TOTAL FOR THIS MATTER**                                $307.50

KL4 2276604.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00026

April 27, 2010
Invoice No. 542373