# EXHIBIT B

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 03/24/2010 TO: 03/31/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 182.88 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 03/31/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 182.88 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 182.88 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/29/10 | LAST PAYMENT DATE: | 04/19/10 |
| LAST BILL NUMBER: | 540213 | ACTUAL FEES BILLED TO DATE: | 359,122.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 359,122.00 |
| LAST BILL THRU DATE: | 02/28/10 | FEES WRITTEN OFF TO DATE: | 84,309.00 |
| | | COSTS WRITTEN OFF TO DATE: | 23,134.83 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 03/24/10 | 03/24/10 | 110.40 |
| 0972 | DOCUMENT RETRIEVAL FEES | 03/31/10 | 03/31/10 | 72.48 |
| | Total | | | 182.88 |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>WIERMAN LAUREN E | WIERMAN, L E | 03/24/10 | 110.40 | 8999374 | 878232 | 03/26/10 |
| | 0820 PHOTOCOPYING Total : | | 110.40 | | | |
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F<br>Document Retrieval Fees | PIZZARELLO, C | 03/31/10 | 72.48 | 9019598 | 886810 | 04/12/10 |
| | 0972 DOCUMENT RETRIEVAL F Total : | | 72.48 | | | |
| Costs Total : | | | 182.88 | | | |

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 110.40 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 72.48 | | | | |
| Costs Total : | 182.88 | | | | |

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 03/29/2010 TO: 03/29/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 97.33 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 03/29/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 97.33 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 97.33 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/29/10 | LAST PAYMENT DATE: | 04/19/10 |
| LAST BILL NUMBER: | 540213 | ACTUAL FEES BILLED TO DATE: | 374,048.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 374,048.50 |
| LAST BILL THRU DATE: | 02/28/10 | FEES WRITTEN OFF TO DATE: | 22,711.00 |
| | | COSTS WRITTEN OFF TO DATE: | 1,724.60 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

UNBILLED COSTS SUMMARY

| Code | Description | Total Unbilled: Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0885 | LONG-DISTANCE TEL. | 03/29/10 | 03/29/10 | 97.33 |
| | Total | | | 97.33 |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL. 0885 | | | | | | |
| PREMIERE CONFERENCING<br>PREMIERE CONFERENCING | CATON, A | 03/29/10 | 97.33 | 9006702 | 879450 | 03/29/10 |
| | 0885 LONG-DISTANCE TEL. Total : | | 97.33 | | | |
| Costs Total : | | | 97.33 | | | |

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0885 LONG-DISTANCE TEL. | 97.33 | | | | |
| Costs Total : | 97.33 | | | | |

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 03/22/2010 TO: 03/22/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 72.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 03/22/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 72.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 72.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/29/10 | LAST PAYMENT DATE: | 04/19/10 |
| LAST BILL NUMBER: | 540213 | ACTUAL FEES BILLED TO DATE: | 873,260.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 873,260.50 |
| LAST BILL THRU DATE: | 02/28/10 | FEES WRITTEN OFF TO DATE: | -224.00 |
| | | COSTS WRITTEN OFF TO DATE: | 2,162.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:______ DATE OF BILL:______ Processed by:______ FRC:______ CRC:______

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Total Unbilled: Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0990 | OTHER FEES | 03/22/10 | 03/22/10 | 72.00 |
| | Total | | | 72.00 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OTHER FEES 0990 | | | | | | |
| PLATINUM PLUS FOR BUSINE<br>PLATINUM PLUS FOR BUSINESS 01/25/10 - COURT CALL - MHU | MANNAL, D M | 03/22/10 | 72.00 | 8997920 | 877111 | 03/24/10 |
| | 0990 OTHER FEES Total : | | 72.00 | | | |
| Costs Total : | | | 72.00 | | | |

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0990 OTHER FEES | 72.00 | | | | |
| Costs Total : | 72.00 | | | | |

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: TO:
UNBILLED DISB FROM: 03/29/2010 TO: 03/29/2010

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 9.32 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 03/29/2010 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 9.32 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 9.32 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 03/29/10 | LAST PAYMENT DATE: | 04/19/10 |
| LAST BILL NUMBER: | 540213 | ACTUAL FEES BILLED TO DATE: | 212,336.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 212,336.50 |
| LAST BILL THRU DATE: | 02/28/10 | FEES WRITTEN OFF TO DATE: | 19,208.00 |
| | | COSTS WRITTEN OFF TO DATE: | 635.51 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER: ____________ DATE OF BILL: ____________ Processed by: ____________ FRC: ____________ CRC: ____________

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

## UNBILLED COSTS SUMMARY

| Code | Description | Total Unbilled: Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 03/29/10 | 03/29/10 | 9.32 |
| | Total | | | 9.32 |

## UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>Saul Ewing LLP | BLABEY, D E | 03/29/10 | 9.32 | 9017095 | 885694 | 04/08/10 |
| | 0930 MESSENGER/COURIER Total : | | 9.32 | | | |
| Costs Total : | | | 9.32 | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/27/2010 11:39:05

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 3020097
Bill Frequency: M
Status : ACTIVE

B I L L I N G  I N S T R U C T I O N S  F O R  U N B I L L E D  C O S T S  S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0930 MESSENGER/COURIER | 9.32 | | | | |
| Costs Total : | 9.32 | | | | |