# Notice Recipients

District/Off: 0311−1　　　User: Brandon　　　Date Created: 4/28/2010
Case: 01−01139−JKF　　　Form ID: ntcBK　　　Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust　　united states trustee
aty　　Lawrence A Kalina

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust　　Frank J. Perch III　　frank.j.perch@usdoj.gov
aty　　Daniel K. Hogan　　dkhogan@dkhogan.com, keharvey@dkhogan.com
aty　　Kathleen P. Makowski　　kmakowski@pszjlaw.com
aty　　Paul W. Turner　　pturner@carlilelawfirm.com
aty　　Richard Allen Keuler, Jr.　　rkeuler@reedsmith.com
aty　　Richard F. Rescho　　rrescho2001@yahoo.com
aty　　Rosalie L. Spelman　　rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty　　Stuart B. Drowos　　stuart.drowos@state.de.us

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　W.R. GRACE &CO.　　7500 Grace Drive　　Columbia, MD 21044
aty　　Curtis A. Hehn　　Pachulski Stang Ziehl &Jones LLP　　919 N. Market Street　　17th Floor　　Wilmington, DE 19801
aty　　Curtis A. Hehn　　Pachulski Stang Ziehl Young Jones &Wein　　919 N. Market Street　　16th Floor　　Wilmington, DE 19801
aty　　David W. Carickhoff　　Blank Rome LLP　　1201 Market Street, Suite 800　　Wilmington, DE 19801
aty　　David W. Carickhoff　　Blank Rome LLP　　1201 Market Street, Suite 800　　Wilmington, DE 19801
aty　　David W. Carickhoff, Jr　　Pachulski Ziehl Stang Ziehl Young Jones　　919 N. Market St.　　16th Floor　　Wilmington, DE 19899
aty　　James E. O'Neill　　Pachulski Stang Ziehl &Jones LLP　　919 North Market Street, 17th Floor　　PO Box 8705　　Wilmington, DE 19899−8705
aty　　James E. O'Neill　　Pachulski Stang Ziehl &Jones LLP　　919 North Market Street, 17th Floor　　P.O. Box 8705　　Wilmington, DE 19899−8705
aty　　Kathleen P. Makowski　　Pachulski Stang Ziehl &Jones LLP　　919 North Market Street, 17th Floor　　P.O. Box 8705　　Wilmington, DE 19899
aty　　Kathleen P. Makowski　　Pachulski Stang Ziehl &Jones LLP　　919 North Market Street, 17th Floor　　P.O. Box 8705　　Wilmington, DE 19899
aty　　Laura Davis Jones　　Pachulski Stang Ziehl &Jones LLP　　919 North Market Street　　17th Floor　　Wilmington, DE 19801
aty　　Laura Davis Jones　　Pachulski Stang Ziehl &Jones LLP　　919 N. Market Street　　17th Floor　　Wilmington, DE 19899−8705
aty　　Mark M. Billion　　Pachulski Stang Ziehl &Jones LLP　　919 N. Market Street　　17th Floor　　Wilmington, DE 19702
aty　　Michael R. Lastowski　　Duane Morris LLP　　1100 North Market Street　　Suite 1200　　Wilmington, DE 19801−1246
aty　　Paula Ann Galbraith　　211 East Ohio # 2618　　Chicago, IL 60611
aty　　Robert J. Dehney　　Morris, Nichols, Arsht &Tunnell　　1105 N. Market Street　　P. O. Box 1347　　Wilmington, DE 19899−1347
aty　　Timothy P. Cairns　　Pachulski Stang Young &Jones LLP　　919 N. Market Street　　17th Floor　　Wilmington, DE 19801
aty　　Timothy P. Cairns　　Pachulski Stang Ziehl &Jones LLP　　919 N. Market St., 17th Floor　　Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 18