```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1987559<br>Invoice Date      04/26/10<br>Client Number      172573 |

========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
    Fees                                 175.00
    Expenses                               0.00

                 TOTAL BALANCE DUE UPON RECEIPT         $175.00
                                                   ==============
```

```
                    REED SMITH LLP
                    PO Box 360074M
                Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      1987559
One Town Center Road                      Invoice Date        04/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026
```

================================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2010

| Date | Name | | Hours |
|------|------|---|------|
| 03/08/10 | Ament | Various e-mails with P. Cuniff re: 3/22/10 hearing (.10); review and update hearing binders for J. O'Neill (.20); hand deliver same to Judge Fitzgerald's chambers (.10); circulate preliminary agenda to team (.10). | .50 |
| 03/09/10 | Ament | E-mails re: Jan. hearing. | .10 |
| 03/16/10 | Ament | Circulate 3/22/10 agenda to team. | .10 |
| 03/18/10 | Ament | Circulate amended agenda to team re: 3/22/10 hearing. | .10 |
| 03/30/10 | Ament | E-mails re: K&E hearing preparation. | .20 |

```
                                            TOTAL HOURS    1.00
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 1.00 at $ 175.00 = | | 175.00 |

```
                            CURRENT FEES                             175.00


                    TOTAL BALANCE DUE UPON RECEIPT                 $175.00
                                                                ==========
```

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number    1987560 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      04/26/10 |
| Boca Raton, FL 33487 | Client Number      172573 |

================================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

| | | |
|---|---|---|
| Fees | 1,965.00 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $1,965.00 |

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

W. R. Grace  
5400 Broken Sound Blvd., N.W.  
Boca Raton, FL 33487

Invoice Number    1987560  
Invoice Date      04/26/10  
Client Number     172573  
Matter Number      60029

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 03/01/10 | Ament | E-mails re: Jan. monthly fee application (.10); calculate expenses for Jan. monthly fee application (.30); continue drafting Jan. monthly fee application (.20); provide same to A. Muha for review (.10); finalize Jan. monthly fee application and e-mail same to J. Lord for DE filing (.10). | .80 |
| 03/01/10 | Lord | Review and revise Reed Smith monthly fee application (.1); communicate with S. Ament re: same (.1) | .20 |
| 03/01/10 | Muha | Make final review of and revisions to January 2010 monthly fee application. | .70 |
| 03/02/10 | Ament | E-mails with J. Lord re: Jan. monthly fee application (.10); attend to billing matters (.10); meet with D. Cameron re: same (.10). | .30 |
| 03/02/10 | Lord | Communicate with S. Ament re: January monthly fee application (.1); revise, e-file and serve same (1.1) | 1.20 |

```
172573  W. R. Grace & Co.                              Invoice Number   1987560
60029   Fee Applications-Applicant                     Page    2
        April 26, 2010
```

| Date | Name | | Hours |
|---|---|---|---|
| 03/05/10 | Muha | Review and revise February 2009 fee and expense invoices for monthly application. | .40 |
| 03/18/10 | Ament | E-mails re: Feb. monthly fee application. | .10 |
| 03/24/10 | Ament | E-mails with K. Bailey re: billing matters (.10); calculate fees and expenses for Feb. monthly fee application (.50); draft Feb. monthly fee application and related spreadsheets (.50); provide fee application to A. Muha for review (.10). | 1.20 |
| 03/25/10 | Ament | Meet with A. Muha re: Feb. monthly fee application (.10); finalize same (.20); e-mail same to J. Lord for DE filing (.10); meet with D. Cameron re: billing matters (.10); e-mail to K. Bailey re: same (.10). | .60 |
| 03/25/10 | Lord | Revise and prepare Reed Smith 104th monthly fee application for e-filing and service. | .90 |
| 03/25/10 | Muha | Final review of and revisions to February 2010 monthly fee application. | .40 |
| 03/29/10 | Lord | E-file and serve Reed Smith 104th monthly fee application (.7); draft e-file and serve CNO to Reed Smith January monthly fee application (.5). | 1.20 |
| | | TOTAL HOURS | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1987560
60029  Fee Applications-Applicant               Page    3
       April 26, 2010
```

| TIME SUMMARY | Hours | Rate | | Value |
|---|---|---|---|---|
| Andrew J. Muha  | 1.50 at | $ 400.00 | = | 600.00 |
| John B. Lord    | 3.50 at | $ 240.00 | = | 840.00 |
| Sharon A. Ament | 3.00 at | $ 175.00 | = | 525.00 |

```
                   CURRENT FEES                                1,965.00

                                                            ------------

                   TOTAL BALANCE DUE UPON RECEIPT              $1,965.00
                                                            ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

W.R. Grace & Co.  
One Town Center Road  
Boca Raton, FL   33486

Invoice Number     1987561  
Invoice Date      04/26/10  
Client Number      172573

==========================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation  
          (Asbestos)

   Fees                                            5,441.50  
   Expenses                                       0.00

                TOTAL BALANCE DUE UPON RECEIPT       $5,441.50

```
                        REED SMITH LLP
                        PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                            Invoice Number      1987561
One Town Center Road                        Invoice Date       04/26/10
Boca Raton, FL   33486                      Client Number       172573
                                            Matter Number        60033
```

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/02/10 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 03/03/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/04/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/05/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/08/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/08/10 | Restivo | Telephone conference with E. Westbrook. | .40 |
| 03/09/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/11/10 | Rea | E-mails re: remaining claims. | .30 |
| 03/14/10 | Cameron | Review materials relating to Speights claims. | .80 |
| 03/15/10 | Cameron | Review DGS letter and damage calculation and e-mails regarding same. | .90 |

```
172573 W. R. Grace & Co.                              Invoice Number  1987561
 60033 Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       April 26, 2010
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/16/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/16/10 | Cameron | Review Canadian claims and DGS claims issues. | .70 |
| 03/16/10 | Rea | Prepared property damage settlement agreements for filing. | 1.10 |
| 03/16/10 | Restivo | Telephone calls with R. Finke and T. Rea re: Speights' Canada claims. | .40 |
| 03/17/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/17/10 | Cameron | Review settlement agreement motions. | .40 |
| 03/17/10 | Rea | Prepared motions to approve settlement agreements for filing (.6); call with J. Welsh re: DGS claims (.1). | .70 |
| 03/18/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/19/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/22/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/22/10 | Flatley | Emails re: DGS situation. | .20 |
| 03/22/10 | Rea | Call with R. Finke re: DGS claims and reviewed DGS material. | .50 |
| 03/23/10 | Rea | Multiple e-mails re: property damage settlements. | .20 |
| 03/23/10 | Restivo | Review Speights' Canadian cases and filings. | .50 |
| 03/24/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/25/10 | Ament | Assist team with various issues relating to PD claims. | .10 |

```
172573  W. R. Grace & Co.                             Invoice Number  1987561
60033   Claim Analysis Objection Resolution & EstimationPage   3
        (Asbestos)
        April 26, 2010


    Date    Name                                                        Hours
  --------  -----------                                                 -----

  03/26/10  Ament           Assist team with various issues              .10
                            relating to PD claims.

  03/26/10  Cameron         Review Speights and DGS materials.           .80

  03/28/10  Cameron         Review materials relating to                 .90
                            settlement agreements and Speights
                            claims for trial.

  03/29/10  Ament           Assist team with various issues              .10
                            relating to PD claims.

  03/30/10  Ament           Assist team with various issues              .10
                            relating to PD claims.

  03/31/10  Ament           Assist team with various issues              .10
                            relating to PD claims.
                                                                       ------
                                                      TOTAL HOURS       10.60


  TIME SUMMARY              Hours         Rate           Value
  ------------------------  ------------  ------------   -------
  Lawrence E. Flatley        0.20  at  $   635.00  =      127.00
  Douglas E. Cameron         4.50  at  $   630.00  =    2,835.00
  James J. Restivo Jr.       1.30  at  $   685.00  =      890.50
  Traci Sands Rea            2.80  at  $   455.00  =    1,274.00
  Sharon A. Ament            1.80  at  $   175.00  =      315.00

                            CURRENT FEES                              5,441.50

                                                                    ------------
                            TOTAL BALANCE DUE UPON RECEIPT            $5,441.50
                                                                    ============
```