```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1987591<br>Invoice Date      04/26/10<br>Client Number      172573 |

======================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
    Fees                                    0.00
    Expenses                            1,885.60

              TOTAL BALANCE DUE UPON RECEIPT        $1,885.60
                                                 =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number       1987591
One Town Center Road                      Invoice Date         04/26/10
Boca Raton, FL   33486                    Client Number         172573
                                          Matter Number          60026

==========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              50.90
    Courier Service - Outside                   7.50
    Outside Duplicating                        27.20
    Secretarial Overtime                    1,800.00

                CURRENT EXPENSES                              1,885.60
                                                           --------------

                TOTAL BALANCE DUE UPON RECEIPT              $1,885.60
                                                           ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1987591<br>Invoice Date       04/26/10<br>Client Number       172573<br>Matter Number        60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 01/01/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 82.50 |
| 01/01/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 157.50 |
| 01/02/10 | Secretarial Overtime: wrgrace.litigation: secretarial support for hearings | 75.00 |
| 01/02/10 | Secretarial Overtime: wrgrace.litigation: secretarial support for hearings | 150.00 |
| 01/02/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 360.00 |
| 01/03/10 | Secretarial Overtime: grace - assist k&e for hearing | 75.00 |
| 01/03/10 | Secretarial Overtime: grace - assist k&e for hearing | 172.50 |
| 01/03/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 82.50 |
| 01/04/10 | Secretarial Overtime: grace - confirmation hearing - secretarial support | 127.50 |
| 01/04/10 | Secretarial Overtime: wrgrace.litigition: secretarial support for hearings | 142.50 |
| 01/05/10 | Secretarial Overtime: grace - confirmation hearing - secretarial support | 97.50 |
| 01/05/10 | Secretarial Overtime: wrgrace.litigition: secretarial support for hearings | 180.00 |

```
172573  W. R. Grace & Co.                           Invoice Number  1987591
60026   Litigation and Litigation Consulting        Page    2
        April 26, 2010
```

| Date | Description | Amount |
|---|---|---:|
| 01/06/10 | Secretarial Overtime: grace - confirmation hearing - secretarial support | 97.50 |
| 02/26/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 27.20 |
| 03/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 199 COPIES | 19.90 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/24/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/24/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                          Invoice Number  1987591
 60026 Litigation and Litigation Consulting       Page    3
       April 26, 2010


03/24/10   Duplicating/Printing/Scanning                             .10
           ATTY # 000559: 1 COPIES

03/24/10   Duplicating/Printing/Scanning                             .10
           ATTY # 000559: 1 COPIES

03/24/10   Duplicating/Printing/Scanning                             .90
           ATTY # 000559: 9 COPIES

03/25/10   Courier Service - Outside -- VENDOR: AMERICAN            7.50
           EXPEDITING: Messenger Trip - US Bankruptcy
           Court - 3/08/10 - - Delivery of materials for
           hearing.

03/25/10   Duplicating/Printing/Scanning                             .90
           ATTY # 000559: 9 COPIES

03/25/10   Duplicating/Printing/Scanning                             .90
           ATTY # 000559: 9 COPIES

03/25/10   Duplicating/Printing/Scanning                             .90
           ATTY # 000559: 9 COPIES

03/25/10   Duplicating/Printing/Scanning                            1.00
           ATTY # 000559: 10 COPIES

03/25/10   Duplicating/Printing/Scanning                             .30
           ATTY # 000559: 3 COPIES

03/29/10   Duplicating/Printing/Scanning                            3.10
           ATTY # 0718; 31 COPIES

03/29/10   Duplicating/Printing/Scanning                            9.60
           ATTY # 0718; 96 COPIES

                              CURRENT EXPENSES                  1,885.60
                                                                --------
                              TOTAL BALANCE DUE UPON RECEIPT   $1,885.60
                                                                ========
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1987592
One Town Center Road                    Invoice Date       04/26/10
Boca Raton, FL   33486                  Client Number       172573
```

========================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

    Fees                                        0.00
    Expenses                                  122.66

                    TOTAL BALANCE DUE UPON RECEIPT         $122.66
                                                        ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1987592 |
| One Town Center Road | Invoice Date     04/26/10 |
| Boca Raton, FL   33486 | Client Number     172573 |
| | Matter Number      60033 |

===========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 19.36 |
| Duplicating/Printing/Scanning | 3.90 |
| Legal Services | 58.00 |
| General Expense | 41.40 |

                    CURRENT EXPENSES                         122.66
                                                        --------------

                    TOTAL BALANCE DUE UPON RECEIPT          $122.66
                                                        ==============

```
                      REED SMITH LLP
                      PO Box 360074M
                 Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1987592<br>Invoice Date      04/26/10<br>Client Number      172573<br>Matter Number       60033 |

======================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 01/25/10 | Legal Services<br>Court - Other - VENDOR: James J. Restivo Jr., Ja | 58.00 |
| 02/28/10 | PACER | 19.36 |
| 03/01/10 | General Expense -- VENDOR: ULTRAMAR TRAVEL MANAGEMENT: Travel Agency did not charge enough tax on flight relating to mediation, | 41.40 |
| 03/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |

```
172573  W. R. Grace & Co.                          Invoice Number   1987592
 60033  Claim Analysis Objection Resolution & EstimationPage     2
        (Asbestos)
        April 26, 2010


03/24/10   Duplicating/Printing/Scanning                              .10
           ATTY # 000559: 1 COPIES

                              CURRENT EXPENSES                      122.66
                                                                 ------------
                              TOTAL BALANCE DUE UPON RECEIPT       $122.66
                                                                 ============
```