

April 9, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   171346

FOR PROFESSIONAL SERVICES RENDERED
THROUGH March 31, 2010

**CLIENT SUMMARY**

**BALANCE AS OF- 03/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $3,348.00 | $1,489.06 | $4,837.06 |
| 03 - Creditors Committee - .15539 | $445.50 | $0.00 | $445.50 |
| 07 - Applicant's Fee Application - .15543 | $3,268.50 | $0.00 | $3,268.50 |
| 08 - Hearings - .15544 | $254.50 | $0.00 | $254.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $205.50 | $0.00 | $205.50 |
| 18 - Plan & Disclosure Statement - .15554 | $3,405.00 | $0.00 | $3,405.00 |
| 30 - Fee Application of Others - .17781 | $172.00 | $0.00 | $172.00 |
| ***Client Total*** | ***$11,099.00*** | ***$1,489.06*** | ***$12,588.06*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593                          www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.10 | $675.00 | $742.50 |
| Kramer, Matthew I | 12.90 | $425.00 | $5,482.50 |
| Sakalo, Jay M | 4.40 | $495.00 | $2,178.00 |
| Snyder, Jeffrey I | 1.30 | $340.00 | $442.00 |
| Flores, Luisa M | 5.80 | $215.00 | $1,247.00 |
| Kurtz, Nicole | 5.30 | $190.00 | $1,007.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$11,099.00** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Long Distance Telephone-Outside Services | $1,293.00 |
| Miscellaneous Costs | $160.00 |
| Postage | $1.76 |
| Copies | $34.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,489.06** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$12,588.06** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 03/02/10 | NK | 0.30 | 57.00 | Daily electronic docket update |
| 03/03/10 | NK | 0.30 | 57.00 | Daily electronic docket update (0.3) |
| 03/05/10 | NK | 0.30 | 57.00 | Daily electronic docket update |
| 03/08/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 03/10/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/12/10 | NK | 0.30 | 57.00 | Review docket and send notice to J.Sakalo and M.Kramer thereon |
| 03/16/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon. |
| 03/17/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/19/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/22/10 | LMF | 0.60 | 129.00 | Prepare several documents for attorney's review. |
| 03/23/10 | MIK | 3.00 | 1,275.00 | Review various docket entries (3.0). |
| 03/24/10 | JMS | 0.20 | 99.00 | Email to D. Scott and D. Speights regarding Committee call (.2). |
| 03/25/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/29/10 | MIK | 3.00 | 1,275.00 | Review various pleadings and filings (3.0). |
| 03/29/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/30/10 | NK | 0.20 | 38.00 | Monitor docket and send email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES** $3,348.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 51.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |



| | | |
|---|---|---:|
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010 - Acct. #5306-2200-2539-5504 | 177.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010 - Acct. #5306-2200-2539-5504 | 30.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010 - Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010 - Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010 - Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010 - Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010 - Acct. #5306-2200-2539-5504 | 37.00 |
| 03/24/10 | Postage | 1.76 |
| 03/31/10 | Miscellaneous Costs | 160.00 |
| 03/01/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 03/01/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/01/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/01/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/01/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/02/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/02/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/02/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/02/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/02/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/02/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/02/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/02/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/02/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/08/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/08/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/08/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/08/10 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 03/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/09/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/09/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/16/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/22/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/23/10 | Copies 104 pgs @ 0.10/pg | 10.40 |
| 03/30/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 03/30/10 | Copies 13 pgs @ 0.10/pg | 1.30 |

**TOTAL COSTS ADVANCED** $1,489.06

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Kramer, Matthew I | 6.00 | $425.00 | $2,550.00 |
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |
| Kurtz, Nicole | 3.00 | $190.00 | $570.00 |
| **TOTAL** | **9.80** | | **$3,348.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Long Distance Telephone-Outside Services | $1,293.00 |
| Miscellaneous Costs | $160.00 |
| Postage | $1.76 |
| Copies | $34.30 |
| **TOTAL** | **$1,489.06** |

**CURRENT BALANCE DUE THIS MATTER** $4,837.06


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 03/16/10 | JMS | 0.20 | 99.00 | Email to Committee regarding hearing agenda (.2). |
| 03/22/10 | JMS | 0.70 | 346.50 | Emails to Committee regarding cancelation and postponement of hearing (.2); follow up emails with M. Dies regarding exhibits referenced in amended agenda (.5). |

**PROFESSIONAL SERVICES** $445.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | $495.00 | $445.50 |
| ***TOTAL*** | ***0.90*** | | ***$445.50*** |

**CURRENT BALANCE DUE THIS MATTER** $445.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/02/10 | LMF | 0.60 | 129.00 | Revise and submit response to fee auditor's interim report. |
| 03/02/10 | JMS | 0.70 | 346.50 | Review and revise draft response to 34th interim report and email to B. Ruhlander thereon (.7). |
| 03/05/10 | SLB | 0.40 | 270.00 | Email from J. Baer and interoffice conference with J. Sakalo regarding Sealed Air fees (.4). |
| 03/05/10 | JMS | 1.80 | 891.00 | Revise motion for payment of holdbacks and email to professionals thereon (1.1); email to J. Baer thereon (.3); follow up emails with J. Baer (.4). |
| 03/08/10 | LMF | 2.80 | 602.00 | Attend to various telephone conversations and prepare, finalize and submit for filing quarterly application for fraudulent transfer litigation. |
| 03/10/10 | JIS | 1.30 | 442.00 | Review and revise February prebill. |
| 03/11/10 | NK | 1.00 | 190.00 | Review invoice and create summary and notice of invoice |
| 03/30/10 | JMS | 0.50 | 247.50 | Review motion to pay fraudulent transfer holdbacks and email to PD committee professionals thereon (.5). |
| 03/31/10 | LMF | 0.70 | 150.50 | Finalize notice and summary of February fees and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $3,268.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Sakalo, Jay M | 3.00 | $495.00 | $1,485.00 |
| Snyder, Jeffrey I | 1.30 | $340.00 | $442.00 |
| Flores, Luisa M | 4.10 | $215.00 | $881.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| **TOTAL** | **9.80** | | **$3,268.50** |

**CURRENT BALANCE DUE THIS MATTER** $3,268.50

Atty – SLB  
Client No.: 74817/15544

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 03/16/10 | LMF | 0.30 | 64.50 | Review agenda for hearing and confirm court call set ups. |
| 03/16/10 | NK | 1.00 | 190.00 | Arrange for the telephonic appearances of all attorneys appearing in the omnibus hearing and send electronic confirmation |

**PROFESSIONAL SERVICES** $254.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| **TOTAL** | **1.30** | | **$254.50** |

**CURRENT BALANCE DUE THIS MATTER** $254.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Case 01-01139-AMC    Doc 24686-2    Filed 04/28/10    Page 9 of 11

Page 9

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 03/02/10 | NK | 0.30 | 57.00 | Research regarding settlement agreements |
| 03/12/10 | JMS | 0.30 | 148.50 | Telephone conference with D. Speights regarding question on settlements (.3). |

**PROFESSIONAL SERVICES** $205.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Kurtz, Nicole | 0.30 | $190.00 | $57.00 |
| **TOTAL** | **0.60** | | **$205.50** |

**CURRENT BALANCE DUE THIS MATTER** $205.50

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/22/10 | SLB | 0.70 | 472.50 | Attention to CNA plan modification and stipulation and to revised confirmation status demonstrative (.7). |
| 03/22/10 | MIK | 5.00 | 2,125.00 | Review revised plan (5.0). |
| 03/25/10 | MIK | 1.90 | 807.50 | Review chart of remaining plan objections (1.9). |

**PROFESSIONAL SERVICES** $3,405.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.70 | $675.00 | $472.50 |
| Kramer, Matthew I | 6.90 | $425.00 | $2,932.50 |
| **TOTAL** | **7.60** | | **$3,405.00** |

**CURRENT BALANCE DUE THIS MATTER** $3,405.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Case 01-01139-AMC    Doc 24686-2    Filed 04/28/10    Page 11 of 11

Page 11

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| 03/08/10 | LMF | 0.80 | 172.00 | Prepare draft, finalize and submit for filing quarterly application for W. D. Hilton with respect to fraudulent transfer litigation. |

**PROFESSIONAL SERVICES** $172.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.80 | $215.00 | $172.00 |
| **TOTAL** | ***0.80*** | | ***$172.00*** |

**CURRENT BALANCE DUE THIS MATTER** $172.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP