# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**MARCH 1, 2010 - MARCH 31, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 3.5 | $  2,492.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.3 | 208.50 |
| 0013 | Business Operations | 1.3 | 903.50 |
| 0014 | Case Administration | 33.3 | 6,529.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 7.3 | 5,343.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 17.5 | 12,732.50 |
| 0018 | Fee Application, Applicant | 7.5 | 2,148.50 |
| 0019 | Creditor Inquiries | 0.9 | 685.50 |
| 0020 | Fee Application, Others | 3.6 | 1,441.50 |
| 0021 | Employee Benefits, Pension | 4.8 | 3,372.00 |
| 0036 | Plan and Disclosure Statement | 7.2 | 5,682.00 |
| 0037 | Hearings | 0.6 | 531.00 |
| 0040 | Employment Applications - Others | 0.2 | 139.00 |
| | | | |
| | **TOTAL** | **88.0** | **$ 42,209.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 21, 2010 |
| INVOICE NO. | 502703 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2010 | Attend to PD claim settlements (.1); attend to COC re: resolution of Crown's appeal (.1). | Krieger, A. | 0.2 |
| 03/04/2010 | Attend to motion(s) for approval of settlements of Canadian PD Claims and memorandum to R. Finke re: seeking additional detail regarding same. | Krieger, A. | 0.7 |
| 03/09/2010 | Review Libby/Maryland issues. | Kruger, L. | 0.2 |
| 03/10/2010 | Attend to MCC's response in opposition to Debtors' objection to MCC's claims. | Krieger, A. | 0.7 |
| 03/11/2010 | Memorandum to R. Finke re: further request for information on Canadian settlements. | Krieger, A. | 0.1 |
| 03/15/2010 | Exchanged memoranda with R. Finke re: factual information regarding Canadian PD settlements. | Krieger, A. | 0.7 |
| 03/16/2010 | Exchanged memoranda with R. Finke re Canadian PD settlements. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/31/2010 | Attend to settlement with Employer's Mutual Casualty Co and MMO Partners. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.3 | $ 695 | $ 2,293.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,492.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,492.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/12/2010 | Exchanged memoranda with Capstone re divestiture documentation. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 208.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 208.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/31/2010 | Attend to portions of Grace's 3/10 10K. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.3 | $ 695 | $ 903.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 903.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 903.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2010 | Office conference LK re: Fee Auditor's final report on 34th quarterly fee application. | Krieger, A. | 0.1 |
| 03/01/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 1.3 |
| 03/02/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.4); prepare documents for review (.5). | Mohamed, D. | 2.1 |
| 03/03/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 03/04/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.3). | Mohamed, D. | 1.9 |
| 03/05/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 09-644 and 09-807 (.3); prepare documents for review (.5). | Mohamed, D. | 1.8 |
| 03/09/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.9). | Mohamed, D. | 1.1 |
| 03/10/2010 | Review and update case docket no. 01-1139 (.2); Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain pleadings for review (.4). | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.8); obtain documents for attorney review (.4). | Mohamed, D. | 1.4 |
| 03/12/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3); prepare documents for review (.5). | Mohamed, D. | 1.7 |
| 03/15/2010 | Exchanged memoranda with DM re: order approving the 34th quarterly fee application. | Krieger, A. | 0.1 |
| 03/15/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.8); review case file documents (1.6); review case docket nos. 01-771, 09-644 and 09-807 (.3); review and compare fee auditor's project category summary for the thirty-fourth interim period for accuracy regarding Stroock's chart (.5). | Mohamed, D. | 3.4 |
| 03/16/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.1); obtain documents for review (.4). | Mohamed, D. | 1.7 |
| 03/17/2010 | E-mails re: 3/22/10 hearing. | Krieger, A. | 0.2 |
| 03/17/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.6); schedule attorneys' to appear telephonically at 3/22/10 hearing (.2). | Mohamed, D. | 1.8 |
| 03/18/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.5). | Mohamed, D. | 1.7 |
| 03/19/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.9); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/22/2010 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.6 |
| 03/23/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case file documents (1.4). | Mohamed, D. | 2.2 |
| 03/24/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.0 |
| 03/25/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4). | Mohamed, D. | 0.6 |
| 03/26/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.3). | Mohamed, D. | 1.4 |
| 03/29/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 03/30/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.0). | Mohamed, D. | 1.2 |
| 03/31/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 695 | $ 278.00 |
| Mohamed, David | 32.9 | 190 | 6,251.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,529.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 6,529.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2010 | Attend to stipulation re: Morgan Stanley Funds claim for post-petition interest (.2); attend to Debtors' 28th omnibus objection to employee claims (.3). | Krieger, A. | 0.5 |
| 03/10/2010 | Attend to National Union settlement, Morgan Stanley settlement, background information and memorandum for the Committee re: pending settlements. | Krieger, A. | 5.9 |
| 03/10/2010 | Review National Union settlement and Morgan Stanley settlement (.6); review memo to Committee re: same (.3). | Kruger, L. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.4 | $ 695 | $ 4,448.00 |
| Kruger, Lewis | 0.9 | 995 | 895.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,343.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,343.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/04/2010 | Attend to memorandum re: pension plan and status of CDN Settlement Agreement. | Krieger, A. | 0.4 |
| 03/05/2010 | Memorandum for the Committee re: status of CDN settlement. | Krieger, A. | 0.6 |
| 03/05/2010 | Review draft email re: pension issues. | Pasquale, K. | 0.2 |
| 03/09/2010 | Attend to plan proponents' motion for approval of a settlement with Longacre Master Fund and preparation of memorandum thereon. | Krieger, A. | 2.0 |
| 03/11/2010 | Finalize memorandum on pending settlements. | Krieger, A. | 1.0 |
| 03/11/2010 | Review memo to Committee re: proposed settlement. | Kruger, L. | 0.2 |
| 03/12/2010 | Memorandum for the Committee re: Canadian PD Settlements (2.1); memorandum for the Committee re: other pending settlements (.2). | Krieger, A. | 2.3 |
| 03/19/2010 | Attend to additional PD settlement motions filed and memorandum to R. Finke re: same (.6); attend to revised memorandum for the Committee re: PD settlements and R. Finke information (2.3). | Krieger, A. | 2.9 |
| 03/20/2010 | Preparation of revised memorandum for the Committee and new chart reflecting additional filed motions and information from Debtors' counsel (1.0); attend to Committee memorandum re: PD settlements (.7). | Krieger, A. | 1.7 |
| 03/22/2010 | Attend to plan modifications and prepare memorandum for the Committee re: 4th set of plan modifications. | Krieger, A. | 3.2 |
| 03/22/2010 | Review memo to Committee re: 4th set of plan | Kruger, L. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | modifications (.6); review memo to Committee re: recent court filings (.2). |  |  |
| 03/22/2010 | Review draft memos to Committee re: recent filings. | Pasquale, K. | 0.3 |
| 03/23/2010 | Memorandum to Duane Morris re: modified plan and remaining objection chart. | Krieger, A. | 0.3 |
| 03/24/2010 | Attend to Capstone's memorandum for the Committee and provide comments thereon. | Krieger, A. | 1.0 |
| 03/31/2010 | Review e-mail memo to Committee re TC on pension plan (.2); review Grace 10-K (.4). | Kruger, L. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 15.4 | $ 695 | $ 10,703.00 |
| Kruger, Lewis | 1.6 | 995 | 1,592.00 |
| Pasquale, Kenneth | 0.5 | 875 | 437.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,732.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,732.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2010 | Finalize Stroock's one hundredth and sixth monthly fee application for filing (.8); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 03/12/2010 | Review/revise February time and expense detail. | Magzamen, M. | 0.4 |
| 03/22/2010 | Review/revise February time and expense detail. | Magzamen, M. | 1.5 |
| 03/22/2010 | Prepare draft re: Stroock's one hundred and seventh monthly fee application. | Mohamed, D. | 0.5 |
| 03/23/2010 | Attend to Feb 2010 fee statement (.9); office conference MM re: same (.1). | Krieger, A. | 1.0 |
| 03/29/2010 | Finalize Stroock's one hundred and seventh monthly fee application for filing (.7); prepare certificate of service re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 03/30/2010 | Prepare and effectuate service re Stroock's 107th monthly fee application. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 695 | $ 695.00 |
| Magzamen, Michael | 1.9 | 305 | 579.50 |
| Mohamed, David | 4.6 | 190 | 874.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,148.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,148.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/25/2010 | Telephone call creditor re: case status. | Krieger, A. | 0.1 |
| 03/26/2010 | Memoranda to KP re creditor call (.1); telephone call creditor re case status (.5). | Krieger, A. | 0.6 |
| 03/26/2010 | T/c with bank lender re: status. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.7 | $ 695 | $ 486.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 685.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 685.50 |
|-----------------------|----------|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2010 | Attend to other professionals' fee applications and the Fee Auditors' final reports. | Krieger, A. | 0.3 |
| 03/03/2010 | Finalize Capstone's twenty-fourth quarterly fee application for filing (.6); prepare notice and certificate of service re: same and forward to local counsel for filing (.8); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 03/08/2010 | Attend to fee applications and Fee Auditor's reports. | Krieger, A. | 0.3 |
| 03/12/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 03/22/2010 | Attend to other professionals' fee applications and Fee Auditor's reports. | Krieger, A. | 0.5 |
| 03/31/2010 | Attend to motion for payment of fees remaining from fraudulent conveyance adversary. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.5 | $ 695 | $ 1,042.50 |
| Mohamed, David | 2.1 | 190 | 399.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,441.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,441.50 |
|------------------------|------------|

# STROOCK

| RE | Employee Benefits, Pension |
|----|----------------------------|
|    | 699843  0021               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2010 | Memorandum to Capstone re: follow-up information request to Grace re: pension material. | Krieger, A. | 0.1 |
| 03/04/2010 | J. Baer memorandum re: pension plan conference call. | Krieger, A. | 0.1 |
| 03/05/2010 | Attend to Grace's draft LTIP motion. | Krieger, A. | 0.3 |
| 03/08/2010 | Attend to information request re: defined contribution questions and conference call and exchanged memoranda with Capstone re: same. | Krieger, A. | 0.2 |
| 03/10/2010 | Attend to filed motion seeking approval of 2010-2012 LTIP program. | Krieger, A. | 0.2 |
| 03/17/2010 | Memoranda with Capstone re: review of LTIP motion and Committee memo thereon. | Krieger, A. | 0.2 |
| 03/22/2010 | Exchanged memoranda with Capstone re: delay in receipt of information for analysis of LTIP Motion (.2); memorandum to J. Baer re: requesting extension of Committee's time to respond to the motion (.1). | Krieger, A. | 0.3 |
| 03/26/2010 | Attend to R. Higgins memorandum re: LTIP and exchanged memoranda with J. Dolan re: same. | Krieger, A. | 0.2 |
| 03/29/2010 | Attend to memorandum to J. Baer re: inquiry on materials for 3/30/10 conference call. | Krieger, A. | 0.2 |
| 03/30/2010 | Preparation for and conference call with representatives for all parties re: pension alternatives (.8); follow-up conference with Capstone and notes (.6). | Krieger, A. | 1.4 |
| 03/31/2010 | Attend to memorandum re: pension plan | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | alternatives under consideration. |  |  |
| 03/31/2010 | Review email re pension plan call. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.6 | $ 695 | $ 3,197.00 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,372.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,372.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 59.48 |
| Long Distance Telephone | 107.35 |
| O/S Information Services | 414.80 |
| Westlaw | 55.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 636.63 |
|---|---|

| TOTAL FOR THIS MATTER | $ 636.63 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2010 | Attend to transcript of 2/16/10 hearing. | Krieger, A. | 0.4 |
| 03/09/2010 | Review pleadings/stipulations re: plan issues and Libby/Maryland. | Pasquale, K. | 0.3 |
| 03/11/2010 | Attend to recent cases for application to Grace issues. | Krieger, A. | 0.3 |
| 03/19/2010 | Review debtors' filing of 4th plan modifications and chart of outstanding objections. | Pasquale, K. | 2.0 |
| 03/20/2010 | Attend to COC re: CDN ZAI Claimants' Application to Appoint Special Counsel (.1); attend to stipulation among the Plan Proponents and CNA regarding actions against Sealed Air (.2). | Krieger, A. | 0.3 |
| 03/21/2010 | Attend to notice of 4th set of Plan modifications and updated chart on Plan modifications and remaining objections. | Krieger, A. | 1.8 |
| 03/29/2010 | Attend to proposed response by lenders to confirmation objection chart and memoranda with KP and lenders' counsel re: same. | Krieger, A. | 0.7 |
| 03/29/2010 | Review confirmation objection chart. | Kruger, L. | 0.2 |
| 03/29/2010 | Emails with PW re: confirmation objection chart (.2) and attention to same (.2). | Pasquale, K. | 0.4 |
| 03/30/2010 | Review lender objection to debtors' chart of objections. | Kruger, L. | 0.2 |
| 03/30/2010 | Review debtors' revised chart and lenders objection. | Pasquale, K. | 0.4 |
| 03/31/2010 | Attend to further modified confirmation chart. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  |  |  |  |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.7 | $ 695 | $ 2,571.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 3.1 | 875 | 2,712.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,682.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,682.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings<br>699843  0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/17/2010 | Review agenda and issues. | Kruger, L. | 0.2 |
| 03/17/2010 | Review agenda for omnibus hearing and underlying matters. | Pasquale, K. | 0.3 |
| 03/20/2010 | Attend to amended agenda notices for 3/22 hearing. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 531.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 531.00 |
|---|---|

# STROOCK

| RE | Employment Applications - Others |
|----|----------------------------------|
|    | 699843  0040                     |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/12/2010 | Attend to application to employ intellectual property counsel and second supplemental declaration of J. Biggs re: services to Debtors and FCR. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 139.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 139.00 |
|-----------------------|----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 42,209.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 636.63 |
| TOTAL BILL | $ 42,845.63 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM