# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## MARCH 1, 2010 - MARCH 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 3.5 | $ 995 | $ 3,482.50 |
| Pasquale, Kenneth | 4.1 | 875 | 3,587.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 38.9 | 695 | 27,035.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 1.9 | 305 | 579.50 |
| Mohamed, David | 39.6 | 190 | 7,524.00 |
|  |  |  |  |
| **TOTAL** | 88.0 |  | $ 42,209.00 |