# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**March 1, 2010 - March 31, 2010**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 59.48 |
| Long Distance Telephone | | 107.35 |
| O/S Information Services | | 414.80 |
| Westlaw | | 55.00 |
| | | |
| TOTAL | $ | 636.63 |

# STROOCK

## Disbursement Register

| | |
|---|---|
| DATE | April 21, 2010 |
| INVOICE NO. | 502703 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through March 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270190229873 on 03/01/2010 | 6.73 |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270193276290 on 03/01/2010 | 6.73 |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270193620685 on 03/01/2010 | 6.73 |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270197601046 on 03/01/2010 | 9.55 |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270190230110 on 03/03/2010 | 9.55 |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave | 6.73 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Klauder  Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270194076905 on 03/03/2010 | |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270194556495 on 03/03/2010 | 6.73 |
| 03/09/2010 | VENDOR: UPS; INVOICE#: 0000010X827100; DATE: 03/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270198619277 on 03/03/2010 | 6.73 |

**Outside Messenger Service Total**                                                              **59.48**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 03/01/2010 | EXTN.795562, TEL.3125878997, S.T.13:08, DUR.00:00:45 | 0.56 |
| 03/10/2010 | VENDOR: Chase Card Services; INVOICE#: 030210; DATE: 3/2/2010  -  visa charge 2/23/10 Court Call LLC | 37.00 |
| 03/10/2010 | VENDOR: Chase Card Services; INVOICE#: 030210; DATE: 3/2/2010  -  visa charge 2/23/10 Court Call LLC | 30.00 |
| 03/10/2010 | VENDOR: Chase Card Services; INVOICE#: 030210; DATE: 3/2/2010  -  visa charge 2/23/10 Court Call LLC | 37.00 |
| 03/22/2010 | EXTN.795562, TEL.9733765466, S.T.12:32, DUR.00:00:28 | 0.56 |
| 03/23/2010 | EXTN.795562, TEL.9734678282, S.T.14:44, DUR.00:00:13 | 0.56 |
| 03/25/2010 | EXTN.795544, TEL.2019680001, S.T.09:49, DUR.00:01:17 | 1.11 |
| 03/29/2010 | EXTN.795475, TEL.3026574938, S.T.16:44, DUR.00:00:47 | 0.56 |

**Long Distance Telephone Total**                                                              **107.35**

**O/S Information Services**

| | | |
|------|-------------|--------|
| 03/31/2010 | Pacer Search Service on 10/2/2009 | 0.32 |
| 03/31/2010 | Pacer Search Service on 12/3/2009 | 0.16 |
| 03/31/2010 | Pacer Search Service on 12/11/2009 | 0.16 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 03/31/2010 | Pacer Search Service on 12/29/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 2/20/2009 | 0.32 |
| 03/31/2010 | Pacer Search Service on 2/24/2009 | 0.48 |
| 03/31/2010 | Pacer Search Service on 3/10/2009 | 1.52 |
| 03/31/2010 | Pacer Search Service on 3/10/2009 | 2.40 |
| 03/31/2010 | Pacer Search Service on 3/13/2009 | 2.40 |
| 03/31/2010 | Pacer Search Service on 3/16/2009 | 2.08 |
| 03/31/2010 | Pacer Search Service on 3/17/2009 | 1.12 |
| 03/31/2010 | Pacer Search Service on 3/20/2009 | 1.12 |
| 03/31/2010 | Pacer Search Service on 3/23/2009 | 2.40 |
| 03/31/2010 | Pacer Search Service on 3/24/2009 | 0.96 |
| 03/31/2010 | Pacer Search Service on 3/25/2009 | 0.56 |
| 03/31/2010 | Pacer Search Service on 4/3/2009 | 1.20 |
| 03/31/2010 | Pacer Search Service on 4/10/2009 | 0.40 |
| 03/31/2010 | Pacer Search Service on 4/15/2009 | 0.96 |
| 03/31/2010 | Pacer Search Service on 4/24/2009 | 0.56 |
| 03/31/2010 | Pacer Search Service on 4/27/2009 | 1.04 |
| 03/31/2010 | Pacer Search Service on 5/4/2009 | 0.40 |
| 03/31/2010 | Pacer Search Service on 5/5/2009 | 1.04 |
| 03/31/2010 | Pacer Search Service on 5/12/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 5/14/2009 | 0.40 |
| 03/31/2010 | Pacer Search Service on 5/19/2009 | 0.40 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31/2010 | Pacer Search Service on 5/20/2009 | 1.60 |
| 03/31/2010 | Pacer Search Service on 5/22/2009 | 1.20 |
| 03/31/2010 | Pacer Search Service on 5/29/2009 | 2.40 |
| 03/31/2010 | Pacer Search Service on 6/9/2009 | 0.96 |
| 03/31/2010 | Pacer Search Service on 6/10/2009 | 0.40 |
| 03/31/2010 | Pacer Search Service on 6/12/2009 | 1.44 |
| 03/31/2010 | Pacer Search Service on 6/16/2009 | 0.96 |
| 03/31/2010 | Pacer Search Service on 6/17/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 6/19/2009 | 0.48 |
| 03/31/2010 | Pacer Search Service on 6/30/2009 | 1.68 |
| 03/31/2010 | Pacer Search Service on 7/14/2009 | 1.76 |
| 03/31/2010 | Pacer Search Service on 7/20/2009 | 0.72 |
| 03/31/2010 | Pacer Search Service on 7/21/2009 | 0.64 |
| 03/31/2010 | Pacer Search Service on 7/24/2009 | 0.88 |
| 03/31/2010 | Pacer Search Service on 8/4/2009 | 1.52 |
| 03/31/2010 | Pacer Search Service on 8/7/2009 | 3.20 |
| 03/31/2010 | Pacer Search Service on 8/10/2009 | 5.68 |
| 03/31/2010 | Pacer Search Service on 8/11/2009 | 0.32 |
| 03/31/2010 | Pacer Search Service on 8/12/2009 | 2.40 |
| 03/31/2010 | Pacer Search Service on 8/14/2009 | 1.44 |
| 03/31/2010 | Pacer Search Service on 8/17/2009 | 7.36 |
| 03/31/2010 | Pacer Search Service on 8/21/2009 | 0.56 |
| 03/31/2010 | Pacer Search Service on 8/24/2009 | 1.44 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2010 | Pacer Search Service on 8/27/2009 | 0.64 |
| 03/31/2010 | Pacer Search Service on 9/4/2009 | 1.84 |
| 03/31/2010 | Pacer Search Service on 9/11/2009 | 0.72 |
| 03/31/2010 | Pacer Search Service on 9/23/2009 | 1.36 |
| 03/31/2010 | Pacer Search Service on 9/23/2009 | 3.28 |
| 03/31/2010 | Pacer Search Service on 9/25/2009 | 0.16 |
| 03/31/2010 | Pacer Search Service on 10/1/2009 | 2.88 |
| 03/31/2010 | Pacer Search Service on 10/2/2009 | 7.84 |
| 03/31/2010 | Pacer Search Service on 10/2/2009 | 2.80 |
| 03/31/2010 | Pacer Search Service on 10/5/2009 | 2.80 |
| 03/31/2010 | Pacer Search Service on 10/6/2009 | 0.48 |
| 03/31/2010 | Pacer Search Service on 10/6/2009 | 0.32 |
| 03/31/2010 | Pacer Search Service on 10/9/2009 | 0.16 |
| 03/31/2010 | Pacer Search Service on 10/12/2009 | 0.40 |
| 03/31/2010 | Pacer Search Service on 10/12/2009 | 1.44 |
| 03/31/2010 | Pacer Search Service on 10/20/2009 | 5.20 |
| 03/31/2010 | Pacer Search Service on 10/22/2009 | 5.68 |
| 03/31/2010 | Pacer Search Service on 10/23/2009 | 0.48 |
| 03/31/2010 | Pacer Search Service on 10/26/2009 | 1.12 |
| 03/31/2010 | Pacer Search Service on 10/26/2009 | 0.16 |
| 03/31/2010 | Pacer Search Service on 10/27/2009 | 2.64 |
| 03/31/2010 | Pacer Search Service on 10/28/2009 | 33.84 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2010 | Pacer Search Service on 10/28/2009 | 0.08 |
| 03/31/2010 | Pacer Search Service on 10/29/2009 | 2.32 |
| 03/31/2010 | Pacer Search Service on 10/30/2009 | 2.40 |
| 03/31/2010 | Pacer Search Service on 11/2/2009 | 9.52 |
| 03/31/2010 | Pacer Search Service on 11/3/2009 | 72.80 |
| 03/31/2010 | Pacer Search Service on 11/3/2009 | 0.32 |
| 03/31/2010 | Pacer Search Service on 11/5/2009 | 1.36 |
| 03/31/2010 | Pacer Search Service on 11/6/2009 | 1.92 |
| 03/31/2010 | Pacer Search Service on 11/6/2009 | 0.16 |
| 03/31/2010 | Pacer Search Service on 11/9/2009 | 0.32 |
| 03/31/2010 | Pacer Search Service on 11/10/2009 | 13.52 |
| 03/31/2010 | Pacer Search Service on 11/12/2009 | 6.72 |
| 03/31/2010 | Pacer Search Service on 11/12/2009 | 1.04 |
| 03/31/2010 | Pacer Search Service on 11/13/2009 | 8.48 |
| 03/31/2010 | Pacer Search Service on 11/17/2009 | 1.36 |
| 03/31/2010 | Pacer Search Service on 11/18/2009 | 1.60 |
| 03/31/2010 | Pacer Search Service on 11/20/2009 | 11.44 |
| 03/31/2010 | Pacer Search Service on 11/23/2009 | 20.64 |
| 03/31/2010 | Pacer Search Service on 11/24/2009 | 0.40 |
| 03/31/2010 | Pacer Search Service on 11/25/2009 | 2.40 |
| 03/31/2010 | Pacer Search Service on 11/30/2009 | 1.04 |
| 03/31/2010 | Pacer Search Service on 12/1/2009 | 5.60 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2010 | Pacer Search Service on 12/1/2009 | 0.08 |
| 03/31/2010 | Pacer Search Service on 12/2/2009 | 0.48 |
| 03/31/2010 | Pacer Search Service on 12/3/2009 | 4.24 |
| 03/31/2010 | Pacer Search Service on 12/4/2009 | 21.92 |
| 03/31/2010 | Pacer Search Service on 12/7/2009 | 0.88 |
| 03/31/2010 | Pacer Search Service on 12/7/2009 | 0.72 |
| 03/31/2010 | Pacer Search Service on 12/8/2009 | 10.00 |
| 03/31/2010 | Pacer Search Service on 12/9/2009 | 6.80 |
| 03/31/2010 | Pacer Search Service on 12/10/2009 | 5.28 |
| 03/31/2010 | Pacer Search Service on 12/11/2009 | 2.88 |
| 03/31/2010 | Pacer Search Service on 12/15/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 12/16/2009 | 0.88 |
| 03/31/2010 | Pacer Search Service on 12/17/2009 | 31.36 |
| 03/31/2010 | Pacer Search Service on 12/22/2009 | 9.12 |
| 03/31/2010 | Pacer Search Service on 12/23/2009 | 3.28 |
| 03/31/2010 | Pacer Search Service on 12/24/2009 | 0.88 |
| 03/31/2010 | Pacer Search Service on 12/28/2009 | 0.96 |
| 03/31/2010 | Pacer Search Service on 12/29/2009 | 0.56 |
| 03/31/2010 | Pacer Search Service on 12/30/2009 | 4.48 |
| 03/31/2010 | Pacer Search Service on 12/31/2009 | 0.48 |
| 03/31/2010 | Pacer Search Service on 10/2/2009 | 0.08 |
| 03/31/2010 | Pacer Search Service on 10/6/2009 | 0.08 |
| 03/31/2010 | Pacer Search Service on 10/6/2009 | 1.76 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2010 | Pacer Search Service on 10/28/2009 | 0.16 |
| 03/31/2010 | Pacer Search Service on 11/4/2009 | 0.32 |
| 03/31/2010 | Pacer Search Service on 11/13/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 12/3/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 12/11/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 12/29/2009 | 0.24 |
| 03/31/2010 | Pacer Search Service on 5/7/2009 | 1.92 |
| 03/31/2010 | Pacer Search Service on 9/23/2009 | 0.08 |
| 03/31/2010 | Pacer Search Service on 11/30/2009 | 0.08 |
| | **O/S Information Services Total** | **414.80** |

**Westlaw**

| 03/11/2010 | Transactional Search by Krieger, Arlene G. | 55.00 |
|------------|---------------------------------------------|-------|
| | **Westlaw Total** | **55.00** |

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 59.48 |
|---------------------------|---------|
| Long Distance Telephone | 107.35 |
| O/S Information Services | 414.80 |
| Westlaw | 55.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 636.63 |
|-----------------------------|----------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM