## EXHIBIT A

**March 2010 Fee Detail**

**Matter 3**                                                 **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/15/10 | Review correspondence re Sneller issue and respond to same (.40); follow up with R. Higgins re same (.20). | 0.60 | $625 | $ 375.00 |
| RJH | 3/15/10 | Analyze issues re Sneller and Fanair and exchange correspondence with various parties re same (.70); analyze Michigan refund settlement issues and exchange correspondence with various parties re same (1.70); telephone conference with J. Baer re same (.20). | 2.60 | $475 | $1,235.00 |
| Total | | | 3.20 | | $1,610.00 |

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 3/01/10 | Confer with M. Shelnitz re status of several pending matters (.30); review newly filed pleadings and attend to same (.50). | 0.80 | $625 | $ 500.00 |
| JSB | 3/02/10 | Confer with M. Shelnitz re various open issues (.20); confer with T. Freedman re same (.30); review newly filed pleadings and attend to same (.30); review and respond to inquiries re case status issues (.30). | 1.10 | $625 | $ 687.50 |
| RJH | 3/3/10 | Review and revise critical dates list and exchange correspondence with various parties re same (.70). | 0.70 | $475 | $ 332.50 |
| JSB | 3/04/10 | Review newly filed pleadings and correspondence re 4/19 hearing and attend to same (.50); review correspondence re NERA invoices and confer with various parties same (.30). | 0.80 | $625 | $ 500.00 |
| JSB | 3/05/10 | Confer with creditor re case update (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 3/18/10 | Review newly filed pleadings and attend to same and related case inquiries (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 3/22/10 | Review newly filed pleadings and attend to same (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 3/23/10 | Participate in weekly company call re case status (.80); confer with J. Forgach re Employee related issues (.20); review and respond to several case inquiries (.40). | 1.40 | $625 | $ 875.00 |
| JSB | 3/24/10 | Review and respond to several inquiries re case status and post confirmation issues (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 3/29/10 | Review and attend to newly filed pleadings (.30); confer with various parties 4/19 hearing, 3/29 filings and related issues (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 3/30/10 | Confer with various parties new stay issues and effect on pending claim (.20); review correspondence re same (.20). | 0.40 | $625 | $ 250.00 |
| JSB | 3/31/10 | Confer with G. Ibar at Grace re Tennessee bond issue (.30); review numerous case inquiries and respond to same (.40) | 0.70 | $625 | $ 437.50 |
| Total | | | 8.20 | | $5,020.00 |

**Matter 6**            **Claim Analysis Objection & Resolution (Non-Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/10 | Review and analyze open claims issues (1.40); prepare for and participate in telephone conference with M. Araki re claims reports (1.30); exchange correspondence with T. Hurley re Grau claims (.30); exchange correspondence with J. Hughes re litigation claims (.20); exchange correspondence with various parties re employee claims (.40); analyze state tax claims and client reports re same (.50). | 4.10 | $475 | $1,947.50 |
| RJH | 3/2/10 | Prepare for and participate in telephone conference with T. Hurley re Grau claims (.70); review and analyze legal issues re same (.30); exchange correspondence with L. Gardner re same (.40); analyze state tax claims and client reports re same (3.60); exchange correspondence with C. Finke and others re same (.50); exchange correspondence with J. Forgach and others re employee claims issues (.70); analyze issues re Wright claim and draft memorandum to file (.50); exchange correspondence with S. Tetro re Rowe/Indmar (.20); exchange correspondence with D. Lennon re North Carolina AG tax claim stipulation (.30). | 7.20 | $475 | $3,420.00 |
| RJH | 3/3/10 | Analyze state tax claims and client reports re same (3.90); analyze open claims issues (.50). | 4.40 | $475 | $2,090.00 |
| RJH | 3/4/10 | Revise and edit draft Grau stipulation (2.30); prepare notice of settlement re same (1.80); telephone conferences with F. Zaremby and M. Araki re employee claims issues and exchange correspondence with various parties re same (.60); exchange correspondence with C. Finke and others re state tax claims (.40); review and analyze correspondence from various parties re the Big Tex settlement (.30); exchange correspondence with D. Lennon re North Carolina AG tax claim (.30). | 5.70 | $475 | $2,707.50 |
| RJH | 3/5/10 | Revise Grau stipulation and notice of settlement and circulate same to client (.90); prepare for and participate in telephone conference with C. Finke re state tax claims (1.60); analyze issues re same (1.10); prepare for and participate in telephone conference with J. Forgach, F. Zaremby, M. Araki et al. re employee claims issues (.90); revise letter to employees re issue (.50); telephone conference with M. Araki re same (.30); revise call center script re same (.90); follow-on conference call with J. Forgach, F. Zaremby, M. Araki et al. re same (.80); telephone conference with J. Baer re various claims and other issues (.50); telephone conference with D. Lennon re North Carolina tax stipulation (.50); analyze issues and draft correspondence to C. Finke re same (.70). | 8.70 | $475 | $4,132.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 3/06/10 | Review correspondence re Employee claims mailing issues and confer with R. Higgins re same (.30); review certain claims in preparation for call on outstanding claims/status (.50). | 0.80 | $625 | $ 500.00 |
| JSB | 3/08/10 | Prepare for and participate in call with client on Non Asbestos Claims matters outstanding (1.70). | 1.70 | $625 | $1,062.50 |
| RJH | 3/8/10 | Analyze state tax claims (.90); legal research re same (.80); prepare for and participate in telephone conference with T. Maynes re state tax claims issues (.90); review various client documents re same (.40); telephone conference with M. Araki re same (.40); analyze various issues re open claims and reports re same (1.30); prepare for and participate in telephone conference with R. Finke and J. MacFarland re claims reports (2.70). | 7.40 | $475 | $3,515.00 |
| RJH | 3/9/10 | Analyze Envirocare claim and exchange correspondence with various parties re same (.50); telephone conferences with L. Gardner re same and other issues (.90); telephone conference with P. Ball re same (.40); telephone conference with J. Forgach re D&O indemnification claim issues (.80); legal research and draft correspondence re same (1.30); legal research re SERP claims (.20); review and revise draft documents and exchange correspondence with T. Hurley and others re Grau settlement (1.70); attend to issues and exchange correspondence re employee claims omnibus objection (.60); telephone conference with V. Knox re claims issues and analysis re same (.70); Analyze Hanmar/Hankin claims issues and exchange correspondence with various parties re same (.80). | 7.90 | $475 | $3,752.50 |
| JSB | 3/10/10 | Confer with R. Higgins re claims meeting, status of claims and outstanding projects (.50); review correspondence and confer with various parties Grau Claims (Wilder) issues (.30). | 0.80 | $625 | $ 500.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/10/10 | Telephone conference with J. Forgach re employee claims issues (.50); analyze same (.80); prepare for and participate in telephone conference with company, AON and BMC re employee claims call center issues (.90); telephone conference with J. McFarland re Envirocare and director indemnification issues and analyze correspondence re same (.70); analyze EPA multi-site agreement (.70); telephone conference with L. Gardner re Wilder (.40); exchange correspondence with various parties re Wilder claims issues (.80); Telephone conference with B. Smith re D&O indemnification claim (.50); telephone conference with J. Baer re claims and other issues (.50); exchange correspondence with various parties re Grau (.50); exchange correspondence with S. Tetro re Rowe/Indmar (.40); exchange correspondence with J. Hughes and R. Finke re Norfolk Southern (.60). | 7.30 | $475 | $3,467.50 |
| RJH | 3/11/10 | Telephone conference with J. McFarland and M. Brown re Envirocare and other claims analysis issues (.60); telephone conferences with J. Hughes re various claims issues (.80); analyze open claims issues (1.50); telephone conference with T. Feil re same and other claims issues (.90); telephone conference with T. Feil and J. Forgach re same (.60); telephone conference with T. Hurley re Grau claim (.60); analyze tax claims (.60); review and analyze correspondence re same (.40). | 6.00 | $475 | $2,850.00 |
| RJH | 3/12/10 | Attend to issues re employee claims (.50); analyze open claims re potential objections (1.30); analyze potential allowable claims (1.50); review and analyze V. Finkelstein correspondence re Hanmar/Hankin (.30). | 3.60 | $475 | $1,710.00 |
| RJH | 3/15/10 | Exchange correspondence with V. Finkelstein re Hanmar/Hankin claim (.50); analyze open tax claim issues (.40); correspond with M. Araki re same (.30); analyze SERP claim issues (.70); analysis re Columbia pension claim and exchange correspondence with J. McFarland re same (1.40); analyze Envirocare payments issue and draft correspondence re same (1.60). | 4.90 | $475 | $2,327.50 |
| RJH | 3/16/10 | Analyze Zhagrus/Envirocare claim issues and exchange correspondence with various parties re same (1.30); exchange correspondence with D. Lennon re North Carolina tax settlement (.50); exchange correspondence and analyze issues re Big Tex with R. Emmett (.60); review and analyze Massachusetts tax claim issues (.70); prepare for and participate in telephone conference with C. Finke re same (1.60); review and analyze client documents re litigation claims (1.80); telephone conference with M. Araki re state tax claims and other issues (.40). | 6.90 | $475 | $3,277.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 3/17/10 | Analyze client materials re litigation claims (.40); telephone conference with T. Hurley re Grau stipulation (.50); prepare for and participate in telephone conference with T. Feil re scheduled claims issues (1.10); analyze reports and issues re same (.60); analyze employee claims issues (1.20); prepare for and participate in telephone conference with client and various parties re employee claims issues (.80). | 4.60 | $475 | $2,185.00 |
| RJH | 3/18/10 | Analyze various employee claims issues and exchange correspondence with various parties re same (.60). | 0.60 | $475 | $ 285.00 |
| RJH | 3/19/10 | Review and analyze various employee claims issues and employee letter responses re same (1.20). | 1.20 | $475 | $ 570.00 |
| RJH | 3/22/10 | Analyze various employee claims issues and exchange correspondence with various parties re same (.70). | 0.70 | $475 | $ 332.50 |
| RJH | 3/24/10 | Analyze various employee letter responses and legal issues re same (1.30); prepare for and participate in telephone conference with company, Aon and BMC re same (.90); revise proposed correspondence to employees re same (1.90); telephone conference with L. Gardner re claim payment issues (.60); analyze issues re same (.40). | 5.10 | $475 | $2,422.50 |
| RJH | 3/25/10 | Prepare correspondence to employees re written responses to employee claims objection (2.40); legal research re issues arising from same (1.50). | 3.90 | $475 | $1,852.50 |
| RJH | 3/25/10 | Prepare for and participate in telephone conference with M. Araki and T. Feil re emergence issues (.90); analyze issues re same (.60); prepare standard script for telephone calls (2.30); analyze various employee claims issues (1.10). | 4.90 | $475 | $2,327.50 |
| RJH | 3/26/10 | Revise correspondence to employees re written responses to employee claims objection (1.30); review and analyze employee claims issues (1.20); telephone conference with J. Forgach re same (.70). | 3.20 | $475 | $1,520.00 |
| RJH | 3/29/10 | Analyze various employee and other claims issues (.90); telephone conference with E. Lieb re employee claims issues (.80). | 1.70 | $475 | $ 807.50 |
| JSB | 3/30/10 | Confer with R. Higgins re status of outstanding litigation claims issues (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 3/30/10 | Analyze various claims issues and review client documents re same (1.90); analyze employee claims issues (.70); telephone conference with J. Baer re various claims issues (.40). | 3.00 | $475 | $1,425.00 |
| JSB | 3/31/10 | Confer with R. Finke re Munoz mediation and settlement (.30) | 0.30 | $625 | $ 187.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 3/31/10 | Analyze various employee claims issues and draft correspondence re same (2.10); prepare for and participate in telephone conference with client and others re employee claims issues (.80); follow up re same (.40); analyze various litigation claims issues and review and analyze client documents re same (.50); analyze claims emergence issues (.70). | 4.50 | $475 | $2,137.50 |
| Total | | | 111.50 | | $53,562.50 |

**Matter 8**                                    **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 3/2/10 | Review and comment on preliminary draft of LTIP motion and exchange correspondence with J. Forgach re same (.80). | 0.80 | $475 | $ 380.00 |
| JSB | 3/4/10 | Review draft LTIP motion and provide comments re same (.40); prepare transmittal re same (.20). | 0.60 | $625 | $ 375.00 |
| RJH | 3/4/10 | Revise and edit LTIP motion and exchange correspondence with various parties re same (2.90). | 2.90 | $475 | $1,377.50 |
| RJH | 3/8/10 | Prepare LTIP motion for filing and exchange correspondence with various parties re same (1.10) | 1.10 | $475 | $ 522.50 |
| RJH | 3/23/10 | Telephone conferences with J. Forgach re LTIP motion issues (.60);prepare for and participate in telephone conference with J. Baer re same and other issues (.30); analyze constituent documents re same (.20). | 1.10 | $475 | $ 522.50 |
| JSB | 3/24/10 | Telephone conference with R. Higgins re LTIP issues (.30); confer with R. Higgins and J. Forgach re Stock Incentive Plan and issues related to LTIP and DB Plan and prepare correspondence re same (.40): review draft response letters re inquiries from employees on claim motion (.30); follow up re same (.30). | 1.30 | $625 | $ 812.50 |
| RJH | 3/24/10 | Telephone conferences and exchange correspondence with J. Forgach re LTIP motion issues (.60); prepare for and participate in telephone conference with J. Baer re same and other issues (.40); analyze constituent documents re same (.50); draft certificate of counsel re same (1.20). | 2.70 | $475 | $1,282.50 |
| JSB | 3/25/10 | Confer with R. Higgins re corrections to LTIP motion and revision re COC on same (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 3/25/10 | Telephone conference with J. Forgach re LTIP issues (.80); prepare for and participate in telephone conference with J. Baer re same and other issues (.30). | 1.10 | $475 | $ 522.50 |
| RJH | 3/25/10 | Exchange correspondence with J. Forgach, M. Bonnano and other parties re LTIP issues (.90). | 0.90 | $475 | $ 427.50 |
| JSB | 3/26/10 | Review newest letters from claimants and draft info/responses re same (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 3/26/10 | Exchange correspondence with J. Forgach, M. Bonnano and other parties re LTIP issues (.80). | 0.80 | $475 | $ 380.00 |
| JSB | 3/30/10 | Participate in call with Company and Committees re pension alternatives (.70); confer with client re medical plan issues (.30) | 1.00 | $625 | $ 625.00 |
| Total | | | 14.90 | | $7,602.50 |

**Matter 10**                                    **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 3/02/10 | Confer with counsel for Kaye Scholar re retention application and conflict issues (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 3/08/10 | Prepare revisions to Kaye Scholer application to reflect Affidavit to come (2.00); prepare transmittal re same (.30). | 2.30 | $625 | $1,437.50 |
| JSB | 3/24/10 | Follow up re Kaye Scholer retention and outstanding affidavit and conflicts review (.20); respond to inquiries re same (.30). | 0.50 | $625 | $ 312.50 |
| JSB | 3/26/10 | Review Rynkiewicz affidavit for Kaye Scholar application (.30); prepare correspondence re same (.30). | 0.60 | $625 | $ 375.00 |
| Total | | | 3.90 | | $2,437.50 |

Matter 11                    Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/06/10 | Review February fee application time detail (.70). | 0.70 | $625 | $ 437.50 |
| RJH | 3/16/10 | Prepare February fee application detail and exchange correspondence with J. Baer re same (.60). | 0.60 | $475 | $ 285.00 |
| JSB | 3/17/10 | Review draft February time detail (1.00); revise same (1.00). | 2.00 | $625 | $1,250.00 |
| RJH | 3/17/10 | Prepare February fee application detail (3.30). | 3.30 | $475 | $1,567.50 |
| JSB | 3/22/10 | Prepare February Expense Detail for fee application (.60). | 0.60 | $625 | $ 375.00 |
| JSB | 3/23/10 | Complete Expense detail for February fee application (.20); review draft February fee detail (.50). | 0.70 | $625 | $ 437.50 |
| RJH | 3/24/10 | Prepare February fee detail and February fee application (2.30). | 2.30 | $475 | $1,092.50 |
| RJH | 3/25/10 | Prepare February fee application for filing and arrange for same (.90). | 0.90 | $475 | $ 427.50 |
| Total | | | 11.10 | | $5,872.50 |

**Matter 12**                                      **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/01/10 | Confer with M. Shelnitz and review OCP order re OCP retention arrangement questions (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 3/02/10 | Review historical pleadings re Fraudulent Conveyance fees (.70); prepare motion to approve fees from Fraudulent Conveyance Proceeding (2.60). | 3.30 | $625 | $2,062.50 |
| JSB | 3/03/10 | Prepare motion and exhibits re fraudulent conveyance fees and follow up on various issues re same (1.50.) | 1.50 | $625 | $ 937.50 |
| JSB | 3/04/10 | Prepare correspondence re motion on fraudulent conveyance holdbacks and explanation re same (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 3/05/10 | Review comments on motion re fraudulent conveyance fees and respond to same (.30); confer with K. Love re quarterly fee applications re same (.20); review information on quarterly applications and comments from counsel re same (.30); review revised quarterly charts and prepare correspondence re same and way to proceed (.70). | 1.50 | $625 | $ 937.50 |
| JSB | 3/25/10 | Review status of fraudulent conveyance fee applications, revise pleadings re same and prepare follow up re same (1.50); prepare Order re Fraudulent Conveyance Fees (1.00); prepare summary of outstanding fee applications and review numerous pleadings re same (2.00); prepare follow up inquiries re same (.30); prepare transmittal with revised pleading, order and summary chart (.50). | 5.30 | $625 | $3,312.50 |
| JSB | 3/26/10 | Review correspondence re further issues on Motion to approve remaining fraudulent conveyance fees and respond to same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 3/29/10 | Review and further revise fraudulent conveyance fee application (1.00); prepare correspondence re same (.20); review further correspondence re discrepancies in fee applications and further revise same (1.20); prepare correspondence re same (.30). | 2.70 | $625 | $1,687.50 |
| Total | | | 15.40 | | $9,625.00 |

| Matter 13 | | Financing | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/10 | Exchange correspondence with J. MacFarland re L/C Facility closing issues and analyze documents re same (.30). | 0.30 | $475 | $ 142.50 |
| RJH | 3/2/10 | Exchange correspondence with J. MacFarland re L/C Facility closing issues and analyze documents re same (.30). | 0.30 | $475 | $ 142.50 |
| Total | | | 0.60 | | $ 285.00 |

| Matter 14 | | | Hearings | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 3/04/10 | Review 3/22 agenda and provide comments re same (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 3/10/10 | Review and respond to correspondence re 3/22 hearing issues, timing and notice (.30); prepare correspondence re same (.40). | 0.70 | $625 | $ 437.50 |
| JSB | 3/15/10 | Several conversations re MCC and other matters set for 3/22 hearing (.40); review and respond to correspondence re same (.40). | 0.80 | $625 | $ 500.00 |
| JSB | 3/17/10 | Confer with various parties 3/22 hearing and prepare correspondence re same (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 3/26/10 | Review 4/19 Agenda and prepare comments re same (.30); follow up re open issues re same (.30); further revise agenda and confer with various parties same (.30). | 0.90 | $625 | $ 562.50 |
| Total | | | 3.20 | | $2,000.00 |

**Matter 15**                                   **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/01/10 | Revise Longacre 9019 Motion with Plan Proponent comments and prepare transmittal re same (1.00); review and respond to further correspondence re same (.30); review Canadian draft Order re special counsel (.20). | 1.50 | $625 | $ 937.50 |
| JSB | 3/02/10 | Review Canadian Order and correspondence re same (.20); review correspondence re Canadian Special counsel and respond re same (.30). | 0.50 | $625 | $ 312.50 |
| JSB | 3/03/10 | Review MCC claim objection and other pending litigation for strategy call re same (.80); participate in strategy call with T. Freedman and Grace re MCC and other outstanding litigation issues (.70); review and respond to correspondence from National Union re Stipulation for settlement and 9019 motion (.30); review and follow up re Tennessee Bond claim issues (.20). | 2.00 | $625 | $1,250.00 |
| JSB | 3/04/10 | Confer with M. Davis re comments to National Union Settlement Stipulation (.30); confer with T. Freedman re Non Asbestos Claim litigation strategy and status (.50); review Canadian Minutes re open issues (.30); confer with Canadian counsel re outstanding issues (.50); confer with Canadian Special counsel re open issues (1.00); further confer on Canadian issues re same with Grace and T. Freedman (.40); confer with R. Higgins re Grace Stipulation and Negative Notice Procedure issues (.30); prepare correspondence re National Union Issues and review follow up issues re same (.30); review National Union comments re Stipulation (.30). | 3.90 | $625 | $2,437.50 |
| JSB | 3/05/10 | Confer with Longacre's counsel re 9019 motion comments (.20); further revise same (.30); review National Union comments re Stipulation and prepare correspondence re same (.30); prepare 9019 motion re National Union Stipulation (2.50); revise National Union Stipulation (.50); prepare transmittal re National Union Stipulation(.30); further review/revise Longacre Stipulation (.30); confer with R. Finke re outstanding claims issues and coordination re same (.30); review correspondence re National Union documents (.30); confer with T. Freedman re litigation status and arrange for conference re same (.30). | 5.30 | $625 | $3,312.50 |
| JSB | 3/06/10 | Review MCC's response to Grace's claim objection (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 3/08/10 | Prepare for and participate in conference re MCC Objection and other outstanding issues (1.00). | 1.00 | $625 | $ 625.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/10/10 | Confer with T. Freedman re Canadian Special Counsel issues and related matters (.30); review and respond to further inquiries re same (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 3/17/10 | Review comments from Kaneb on PPA Otis settlement (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 3/22/10 | Confer with R. Finke re Otis documentation issues (.30); review ZAI Canadian COC re Special Counsel retention (.20); review and respond to correspondence re Otis issues with EPA (.30); review Kaneb comments to PPA on Otis (.50); review draft Consent Decree and issue raised by client and EPA re same (.40); review draft Grace Stipulation (.20); follow up on Otis issues (.30); prepare correspondence re Otis matters (.30). | 2.50 | $625 | $1,562.50 |
| JSB | 3/23/10 | Prepare correspondence re Otis PPA (.30); review comments and follow up re same (.20). | 0.50 | $625 | $ 312.50 |
| JSB | 3/24/10 | Review correspondence from R. Emmet re Otis settlement issues (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 3/25/10 | Review revised Otis PPA and prepare for client call re same (.80); confer with clients (twice) re same (1.20). | 2.00 | $625 | $1,250.00 |
| JSB | 3/26/10 | Confer with R. Finke re Otis Consent Decree issues (.30); participate in call with Samson counsel re same (1.30). | 1.60 | $625 | $1,000.00 |
| Total | | | 22.30 | | $13,937.50 |

| | | Matter 16 | | Plan and Disclosure Statement | | |
|---|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/01/10 | Confer with T. Freedman re status of several plan objections and potential resolutions (.30); review Sealed Air's most recent comments to CNA successor claims stipulation and prepare comments re same (.50). | 0.80 | $625 | $ 500.00 |
| JSB | 3/02/10 | Review correspondence on National Union Stipulation and follow up re same (.30); review and respond to inquiries re outstanding Stipulations and Plan objection chart (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 3/03/10 | Review correspondence requesting confirmation update and respond re same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 3/04/10 | Review and analyze draft revised Objection chart, appendix and summary and further revise appendix (1.00); confer with T. Freedman re same (.30); confer with D. Boll re status of Plan objection issues (.30). | 1.60 | $625 | $1,000.00 |
| JSB | 3/05/10 | Confer with T. Freedman re Objection charts (.20); review revised charts (.80); prepare transmittal re same (.40). | 1.40 | $625 | $ 875.00 |
| JSB | 3/08/10 | Review revised Longacre Order and prepare correspondence re same (.30); prepare final revisions to National Union Motion and Stipulation and prepare same for filing (1.00); prepare final revisions to Longacre Motion and Stipulation and prepare same for filing (1.00); confer with E. Westbrook re Plan status (.30); review and respond to various issues re Plan and TDP revisions (.70). | 3.30 | $625 | $2,062.50 |
| JSB | 3/09/10 | Attend meeting with clients re case status, litigation and Plan issues (4.00). | 4.00 | $625 | $2,500.00 |
| JSB | 3/10/10 | Confer with K. Alexander re claim objection charts and review comments re same (.30); review revised charts and prepare comments re same (.50). | 0.80 | $625 | $ 500.00 |
| JSB | 3/15/10 | Review correspondence and drafts re final Plan and objection charts (.40); prepare comments re same (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 3/17/10 | Review correspondence re status of various matters, including CNA and Canadian settlement (.50); participate in conference re same and related discussions re 3/22 agenda (1.50). | 2.00 | $625 | $1,250.00 |
| JSB | 3/18/10 | Participate in conference with Plan Proponents on status, negotiations, and way to proceed with open issues (3.50); review and respond to comments re finalizing objection chart (.40); review and revise notice of filing re objection charts (.60). | 4.50 | $625 | $2,812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/22/10 | Review correspondence from M. Brown re remaining objections and review related documents re same (.80); confer with various parties same (.20); review comments from P. Lockwood re Objection chart and further review and comment on chart (.80). | 1.80 | $625 | $1,125.00 |
| JSB | 3/23/10 | Confer with T. Freedman re Objection Chart changes, Otis Stipulation and Plan/Confirmation issues (.40); review full objection chart and appendix based on comments from Insurers and neutrality stipulation (.90); prepare comments and changes re same (.90); review plan in light of Carol Finke inquiries on tax issues (.40); review further comments from P. Lockwood and D. Felder on objection chart and prepare comments/follow up re same (.60). | 3.20 | $625 | $2,000.00 |
| JSB | 3/24/10 | Review revised Objection chart and notes re same and confer with various parties re final changes (1.10); prepare correspondence re same (.40); confer with C. Finke re tax interest rate issues under Plan (.30); confer with T. Maynes re tax interest rate issues (.20); confer with D. Lebo and C. Finke re tax reserve and interest issues (1.00); review and respond to several comments re objection chart and further confer with various parties same (.80) | 3.80 | $625 | $2,375.00 |
| JSB | 3/26/10 | Review correspondence re Objection chart and open issues and respond re same (.30); review most recent versions of objection charts and prepare correspondence re same (1.40). | 1.70 | $625 | $1,062.50 |
| JSB | 3/29/10 | Review revised notice re new objection charts (.20); prepare follow up re same (.30); review GEICO further changes to objection chart and prepare correspondence re same (.50); review and respond to correspondence on filing issues (.30). | 1.30 | $625 | $ 812.50 |
| JSB | 3/30/10 | Review and respond to numerous inquiries re objection chart and provide final instructions re same (.50); review Lender pleading re same (.30); confer with various parties same (.20). | 1.00 | $625 | $ 625.00 |
| Total | | | 32.80 | | $20,500.00 |

Matter 17                           **Relief From Stay Proceedings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 3/18/10 | Exchange correspondence with various parties re collection agency lien threat (1.40); multiple telephone conferences with various individuals at collection agency (1.70); telephone conferences with C. Finke re same (.80); review and revise letter to collection agency re same (.90). | 4.80 | $475 | $2,280.00 |
| RJH | 3/19/10 | Follow up with various parties re collection agency lien threat (.80). | 0.80 | $475 | $ 380.00 |
| RJH | 3/22/10 | Follow up with various parties re collection agency lien threat (.60). | 0.60 | $475 | $ 285.00 |
| RJH | 3/25/10 | Exchange correspondence with D. Bibbs and J. McFarland re collection agency lien threat and related lien search (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 3/26/10 | Exchange correspondence with various parties re automatic stay issue (.50). | 0.50 | $475 | $ 237.50 |
| RJH | 3/29/10 | Exchange correspondence with various parties re automatic stay issue (.70). | 0.70 | $475 | $ 332.50 |
| RJH | 3/31/10 | Telephone conference with C. Finke re Pennsylvania state tax agency automatic stay issue (.60); analyze client documents and Pennsylvania tax claims and draft correspondence re same (1.30); analyze documents re Virginia collection agency automatic stay issue and exchange correspondence with various parties re same (.70). | 2.60 | $475 | $1,235.00 |
| Total | | | 10.50 | | $4,987.50 |

| | Matter 20 | | Travel – Non-working | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 3/09/10 | Travel to Columbia MD for status meeting with Grace (billed at ½ time) (2.50); Travel from Columbia back to Chicago after client meeting (billed at ½ time) (2.50). | 5.00 | $625 | $3,125.00 |
| Total | | | 5.00 | | $3,125.00 |

| Category | Total |
|---|---|
| Total hours for all matters | 242.60 |
| Total amount billed for all matters | $130,565.00 |

| Attorney | Hours | | Amount |
|---|---|---|---|
| JSB Total | 102.20 | | $63,875.00 |
| RJH Total | 140.40 | | $66,690.00 |
| Total for Matters | 242.60 | | **$130,565.00** |