## EXHIBIT B

**March 2010 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, travel service fees | $590.40 |
| Transportation to/from Airport; Car Rental | $312.01 |
| Travel Meals | $8.00 |
| Long Distance/Conference Telephone Charges | $1,334.57 |
| Total: | $2,244.98 |

## ITEMIZED EXPENSES

### Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 3/09/10 | $40.00 | 303 Taxi – Transportation from Wilmette to O'Hare for flight to Baltimore for Grace meeting |
| 3/09/10 | $8.00 | Breakfast at O'Hare while waiting for flight to Baltimore |
| 3/09/10 | $287.70 | United Airlines -  One way fight to Baltimore from Chicago and travel fee re Grace meeting |
| 3/09/10 | $154.01 | Dollar Rental Cars – Car rental and gas for transportation for J. Baer and J. Donley from Baltimore to Columbia MD for Grace meeting |
| 3/09/10 | $302.70 | Southwest Airlines -  One way fight to Chicago from Baltimore and travel fee re Grace meeting |
| 3/09/10 | $60.00 | 303 Taxi – Transportation from Midway Airport to Wilmette after trip to Baltimore for Grace meeting |
| 3/10/10 | $58.00 | Best Travel - Travel Fee for cancellation of flight related to March Omnibus hearing |
| Total | $ 910.41 | |

**Non-Travel**

| Date | Amount | Service Description |
|---|---|---|
| 3/22/10 | $61.56 | Sprint – Broadband charges for Grace for March, 2010 |
| 3/25/10 | $53.16 | Long Distance Telephone – March Grace charges |
| 3/30/10 | $535.32 | T-Mobile – March cellular charges for Grace (including international conference calls) |
| 3/30/10 | $684.53 | InterCall – March Grace conference call charges |
| Total | $1,334.57 | |

Total March 2010 Expenses:  $2,244.98