IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: May 18, 2010

Hearing Deadline: to be scheduled, if necessary

FEE DETAIL FOR OGILVY RENAULT LLP'S THIRTY-NINTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

Client:      W.R. GRACE & CO.                              April 21, 2010
RE:          Litigation and litigation consulting          INVOICE: 983918
Matter No.:  01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

     For professional services rendered and disbursements incurred
     for the period ending March 31, 2010

| | |
|---|---:|
| FEES | $8,878.00 |
| DISBURSEMENTS (Taxable) | 65.00 |
| DISBURSEMENTS (Non Taxable) | 4.02 |
| GST | 3.25 |
| TOTAL FOR THIS INVOICE | $8,950.27 |

Canadian Funds

# COPY

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com



**W.R. GRACE & CO.**                                                                                     01016442-0006

RE:  Litigation and litigation consulting
_____

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| O. Pasparakis | 8.5 | $6,460.00 |
| A. Kuntz | 6.2 | $2,418.00 |
| Total | 14.70 | $8,878.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/10 | Allison Kuntz | Reviewing draft order to amended representative order (.20); discussing same with O. Pasparakis (.10); corresponding with U.S. counsel in respect of same (.20). | 0.50 | $195.00 |
| 1/3/10 | Orestes Pasparakis | Following-up on status and order. | 0.30 | $228.00 |
| 2/3/10 | Allison Kuntz | Participating in conference call with Representative Counsel and O. Pasparakis (.30); emailing client in respect of same (.30). | 0.60 | $234.00 |
| 2/3/10 | Orestes Pasparakis | Coordinating telephone calls with U.S. Counsel and Representative Counsel (.30); participating in conference call with Representative Counsel regarding next steps (.40). | 0.70 | $532.00 |
| 4/3/10 | Orestes Pasparakis | Participating in conference call with client (.50); participating in conference call with Representative Counsel (1.0); participating in further call with client (.40); following-up on next steps (.30). | 2.20 | $1,672.00 |
| 4/3/10 | Allison Kuntz | Participating in conference call with U.S. counsel and Representative Counsel. | 1.00 | $390.00 |
| 5/3/10 | Orestes Pasparakis | Following-up on issues. | 0.30 | $228.00 |
| 10/3/10 | Allison Kuntz | Participating in conference call with U.S. counsel and Representative Counsel in respect of Special counsel application. | 1.30 | $507.00 |
| 10/3/10 | Orestes Pasparakis | Participating in conference call with U.S. Counsel (.30); exchanging emails (.30); participating in conference call with Representative Counsel (.70). | 1.30 | $988.00 |

INVOICE: 983918



W.R. GRACE & CO.                                              01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 16/3/10 | Orestes Pasparakis | Following-up on status with Representative Counsel. | 0.30 | $228.00 |
| 17/3/10 | Orestes Pasparakis | Participating in conference call with client (1.0); following-up with Mr. Freedman (.40); exchanging email with Crown and Representative Counsel (.60). | 2.00 | $1,520.00 |
| 17/3/10 | Allison Kuntz | Speaking with U.S. counsel (.20); emailing materials from settlement approval motion (.20); reviewing email from J. Dais Visca in respect of Special counsel application (.20). | 0.60 | $234.00 |
| 18/3/10 | Orestes Pasparakis | Following-up on status. | 0.20 | $152.00 |
| 22/3/10 | Allison Kuntz | Conference call with representative counsel (.30); emailing group in respect of same (.30). | 0.60 | $234.00 |
| 22/3/10 | Orestes Pasparakis | Following-up with Representative Counsel regarding status (.40); emailing client regarding same (.20). | 0.60 | $456.00 |
| 25/3/10 | Orestes Pasparakis | Reviewing emails from U.S. counsel and considering status. | 0.30 | $228.00 |
| 26/3/10 | Orestes Pasparakis | Following-up on counsel's meeting. | 0.30 | $228.00 |
| 31/3/10 | Allison Kuntz | Attending 9:30 appointment before Justice Morawetz in respect of amendment to the Representative Counsel Order. | 1.60 | $624.00 |
|  |  | **TOTAL FEES** |  | **$8,878.00** |

**DISBURSEMENTS - TAXABLE**

| Process server fee | 65.00 |
|---|---|
|  | $65.00 |

INVOICE: 983918



**W.R. GRACE & CO.**                                    01016442-0006

<u>RE:  Litigation and litigation consulting</u>

### DISBURSEMENTS – NON TAXABLE

| | |
|---|---:|
| Copies | 0.20 |
| Long distance calls | 3.82 |
| | **$4.02** |

### DISBURSEMENT DETAIL – TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 5/3/10 | Allison Kuntz | Process server fee - KAP LITIGATION SERVICES | 65.00 |
| | | TOTAL | **$65.00** |

### DISBURSEMENT DETAIL – NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 2/3/10 | Karen Ostrom | Copies | 0.20 |
| 17/3/10 | Allison Kuntz | Long distance calls 12124464833 | 2.29 |
| 22/3/10 | Allison Kuntz | Long distance calls 13022522900 | 1.53 |
| | | TOTAL | **$4.02** |

INVOICE: 983918



**OGILVY RENAULT**

Client:     W.R. GRACE & CO.                                      April 21, 2010
RE:         Fee Applications, Applicant                           INVOICE: 983919
Matter No.: 01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2010

| | |
|---|---:|
| FEES | $992.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 130.05 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,122.55 |

# COPY

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com

ogilvyrenault.com



W.R. GRACE & CO.                                                                                01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.6 | $345.00 |
| K. Legree | 3.7 | $647.50 |
| Total | 4.30 | $992.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/3/10 | Katie Legree | Reviewing February monthly proformas. | 0.20 | $35.00 |
| 18/3/10 | Teresa Walsh | Reviewing Fee Auditor's Amended Combined Final Report in respect of the 34th Interim Period. | 0.20 | $115.00 |
| 24/3/10 | Katie Legree | Preparing 38th Monthly Fee Application. | 2.00 | $350.00 |
| 25/3/10 | Teresa Walsh | Reviewing and revising 38th Monthly Fee Application. | 0.40 | $230.00 |
| 25/3/10 | Katie Legree | Reviewing and revising 38th Monthly Fee Application (.50); forwarding same to client for review (.10); forwarding same to T. Walsh for signature (.10). | 0.70 | $122.50 |
| 30/3/10 | Katie Legree | Finalizing 38th Monthly Fee Application (.40); drafting emails enclosing same to L. Oberholzer and fee auditor (.20). | 0.60 | $105.00 |
| 31/3/10 | Katie Legree | Arranging for service and filing of 38th Monthly Fee Application with L. Oberholzer (.10); sending 38th Monthly Fee Application to fee auditor (.10). | 0.20 | $35.00 |
|  |  | **TOTAL FEES** |  | **$992.50** |

INVOICE: 983919



W.R. GRACE & CO.                                                                 01016442-0008

RE:  **Fee Applications, Applicant**

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Courier service | 130.05 |
| | $130.05 |

## DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 23/2/10 | Derrick C. Tay | Courier service FedEx shipment #435904184733 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 23-02-2010, GST: 0.00, QST: 0.00 | 30.25 |
| 23/2/10 | Derrick C. Tay | Courier service FedEx shipment #435904184744 FROM TORONTO, ON, CA. To: MR TODD RICHARDSON,EXACTTARGET INC, INDIANAPOLIS, IN, US. ON 23-02-2010, GST: 0.00, QST: 0.00 | 99.80 |
| | | TOTAL | $130.05 |

INVOICE: 983919