# EXHIBIT A

**W. R. Grace & Co., et al.,**
**District of Delaware, Bankruptcy Case No. 01-1139**
**Report on Settlements of Certain Claims and Causes of Action**
**January 1, 2010, through March 31, 2010**

No settlements that were reportable pursuant to the Order were made during the Settlement Period.