# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2092353 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/17/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by The University of Guelph settling claim for $62,000 | 0.3 | 180.00 |
| 03/17/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by Avalon East School Board settling claim for $16,898 | 0.3 | 180.00 |
| 03/17/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by City of Vancouver settling claim for $16,455 | 0.2 | 120.00 |
| 03/17/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by Conseillers Immobiliers GWL Inc. settling claim for $166,340 | 0.3 | 180.00 |
| 03/19/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by Atlantic Shopping Centres Ltd. | 0.3 | 180.00 |
| 03/19/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by Fairmall Leaseholds, Inc. settling claim for $266,844 | 0.3 | 180.00 |
| 03/19/10 | TKDC | Reviewed CNA/Sealed Air Stipulation as part of plan modifications | 0.4 | 240.00 |
| 03/29/10 | TKDC | Reviewed all cno's on motions to settle various claims | 0.3 | 180.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00001

04/09/10

WR Grace - Official Committee of Equity Security
Holders
Asset Disposition

Invoice Number 2092353
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/29/10 | TKDC | Reviewed Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Agreement Between W.R. Grace & Co. and Employers Mutual Casualty Company and the MMO Parties | 0.5 | 300.00 |

TOTAL HOURS    2.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 2.9 | at | $600.00 | = | 1,740.00 |

CURRENT FEES    1,740.00

**TOTAL AMOUNT OF THIS INVOICE**    1,740.00

**NET AMOUNT OF THIS INVOICE**    1,740.00

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2092354 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 04/09/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00003 |
| Charlottesville, VA  22902 | | |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/05/10 | TKDC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period January 1, 2010 through January 31, 2010 | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |
| | | | CURRENT FEES | | 240.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                240.00

**NET AMOUNT OF THIS INVOICE**                240.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2092355 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    04/09/10 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00004 |
| Charlottesville, VA  22902 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.8 | 480.00 |
| 03/03/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 03/04/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 03/05/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.3 | 58.50 |
| 03/08/10 | TKDC | Reviewed all pleadings filed in ecf system and disttributed to team counsel and paralegals | 0.6 | 360.00 |
| 03/09/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 03/10/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 03/11/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 03/12/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 03/15/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

04/09/10

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number  2092355
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/16/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 03/17/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 03/18/10 | TKDC | Reviewed ecf filings and distributed to counsel and paralegals | 0.7 | 420.00 |
| 03/18/10 | MNF | Reviewed all ecf filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | 0.4 | 78.00 |
| 03/19/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 03/22/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 03/23/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 03/24/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 03/25/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 03/26/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 03/29/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 03/30/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 03/31/10 | TKDC | Reviewed all ecf filings; distributed to team counsel and paralegals | 0.6 | 360.00 |

TOTAL HOURS    12.5

359022
00004

04/09/10

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number  2092355
Page 3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 1.1 | at | $195.00 | = | 214.50 |
| Teresa K.D. Currier | 11.4 | at | $600.00 | = | 6,840.00 |

CURRENT FEES                                    7,054.50


**TOTAL AMOUNT OF THIS  INVOICE**              7,054.50


**NET AMOUNT OF THIS INVOICE**                 7,054.50

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2092356 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00006 |

Re:   Claim Analysis Objections & Resolutions (Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/10 | TKDC | Reviewed Motion to Authorize the Settlement of Asbestos Property Damage Claims Filed by Hamilton Wentworth District School Board (for $223,624) Filed by W.R. Grace & Co., et al | 0.4 | 240.00 |
| 03/02/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by Health Care Corporation of St. John's (for $7713) Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| 03/02/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed by McMaster University (for $725,578) Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| 03/03/10 | TKDC | Reviewed Motion to Authorize the Settlement of an Asbestos Property Damage Claim Filed By Toronto District School Board (for $38,567) Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| 03/03/10 | TKDC | Reviewed Motion to Authorize The Settlement Of An Asbestos Property Damage Claim Filed by Morguard Investments Limited (for $53,558) Filed by W.R. Grace & Co., et al | 0.3 | 180.00 |
| 03/05/10 | TKDC | Reviewed Maryland Casualty Response in Opposition to Debtors' Objection to Claims | 0.4 | 240.00 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00006

04/09/10

WR Grace - Official Committee of Equity Security
Holders
Claim Analysis Objections & Resolutions (Asbestos)

Invoice Number  2092356
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/08/10 | TKDC | Reviewed Joint Motion of the Plan Proponents for Entry of an Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 18508 of National Union Fire Insurance Company of Pittsburgh, PA and Withdrawing Plan Objections , calendared dates relating to same | 0.6 | 360.00 |
| 03/08/10 | TKDC | Reviewed national union stip; signed off on it for execution and filing | 0.4 | 240.00 |

TOTAL HOURS        3.0

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 3.0 | at | $600.00 | = | 1,800.00 |

CURRENT FEES                              1,800.00


**TOTAL AMOUNT OF THIS  INVOICE**             1,800.00


**NET AMOUNT OF THIS INVOICE**              1,800.00



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2092357 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/02/10 | TKDC | Revised longacre stip to correct my name and info; forwarded as executer to jan baer | 0.4 | 240.00 |
| 03/09/10 | TKDC | Reviewed Joint Motion of the Plan Proponents for Entry of an Order Approving Stipulation Regarding Classification, Allowance and Payment of Claim No. 9553 of Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), and Withdrawing Plan Objections, reviewed all attachments; calendared dates regarding same | 0.7 | 420.00 |

TOTAL HOURS 1.1

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.1 | at | $600.00 | = | 660.00 |

CURRENT FEES 660.00

TOTAL AMOUNT OF THIS INVOICE 660.00

NET AMOUNT OF THIS INVOICE 660.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing**
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2092358 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00010 |

Re:  Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/10 | TKDC | Reviewed Omnibus Objection to Claims /Twenty-Eighth Omnibus Objection to Employee Claims (Substantive Objection) | 0.7 | 420.00 |
| 03/08/10 | TKDC | Reviewed Motion to Authorize the Implementation of the 2010-2012 Long-Term Incentive Plan for Key Employees Filed by W.R. Grace & Co., et al, calendared dates for same | 0.6 | 360.00 |
| 03/26/10 | TKDC | Reviewed Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2010 | 0.1 | 60.00 |
| | | TOTAL HOURS | 1.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.4 | at | $600.00 | = | 840.00 |

CURRENT FEES                                                                        840.00

**TOTAL AMOUNT OF THIS  INVOICE**                                     840.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00010

WR Grace - Official Committee of Equity Security
Holders
Employee Benefits/Pension

04/09/10

**NET AMOUNT OF THIS INVOICE**

840.00

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
### LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2092359 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00012 |

Re:   Employment Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/08/10 | TKDC | Reviewed Application to Employ and Retain Kaye Scholer LLP as Special Counsel for Intellectual Property Matters | 0.5 | 300.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $600.00 | = | 300.00 |

| | |
|---|---|
| CURRENT FEES | 300.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 300.00 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 300.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2092361 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/01/10 | MNF | E-file and serve 7th monthly fee app of Saul Ewing | 1.0 | 195.00 |
| 03/02/10 | MNF | Review docket re: 3rd quarterly fee app of Saul Ewing; Draft CNO re: same | 0.6 | 117.00 |
| 03/03/10 | TKDC | Reviewed cno for our monthly fee application; reviewed docket | 0.3 | 180.00 |
| 03/03/10 | MNF | E-file and serve CNO re: 3rd Quarterly fee app | 0.8 | 156.00 |
| 03/08/10 | MNF | Reviewed/make edits to February 2010 prebills | 0.6 | 117.00 |
| 03/16/10 | MNF | Draft 8th monthly fee app of Saul Ewing | 1.0 | 195.00 |
| 03/23/10 | MNF | Review docket re: obj. to 7th monthly fee app of Saul Ewing; Draft CNO re: same | 0.5 | 97.50 |
| 03/24/10 | TKDC | Reviewed cno for our fees; reviewed docket and underlying documents; finalized same for filing | 0.3 | 180.00 |
| 03/24/10 | MNF | E-file and serve CNO re: 7th monthly fee app of Saul Ewing: email to G. Bacon re: same | 0.9 | 175.50 |
| 03/25/10 | MNF | Emails to and from G. Bacon re: Quarterly fee orders | 0.5 | 97.50 |
| 03/26/10 | TKDC | Reviewed and approved our fee application for filing | 0.5 | 300.00 |
| 03/29/10 | MNF | E-file and serve 8th monthly fee app of Saul Ewing | 0.8 | 156.00 |

TOTAL HOURS                    7.8

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022          WR Grace - Official Committee of Equity Security          Invoice Number  2092361
00015           Holders                                                   Page 2
                Fee Applications/Applicant
04/09/10


TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 6.7 | at | $195.00 | = | 1,306.50 |
| Teresa K.D. Currier | 1.1 | at | $600.00 | = | 660.00 |
| | | | CURRENT FEES | | 1,966.50 |


**TOTAL AMOUNT OF THIS  INVOICE**          1,966.50


**NET AMOUNT OF THIS INVOICE**          1,966.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number     2092362 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date     04/09/10 |
| Peninsula Capital Advisors LLC | Client Number     359022 |
| 404B East Main Street | Matter Number     00016 |
| Charlottesville, VA  22902 | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/01/10 | MNF | E-file and serve 101st monthly fee app of Kramer Levin | 1.0 | 195.00 |
| 03/09/10 | TKDC | Reviewed kramer levin cno; checked docket | 0.3 | 180.00 |
| 03/09/10 | MNF | Review docket re: 31st quarterly fee app of Kramer Levin; Draft CNO re: same | 0.6 | 117.00 |
| 03/10/10 | MNF | E-file and serve CNO re: 31st quarterly fee app of Kramer Levin | 0.8 | 156.00 |
| 03/23/10 | TKDC | Reviewed and finalized cno for kramer levin | 0.3 | 180.00 |
| 03/23/10 | MNF | Review docket re: 101st monthly fee app of Kramer Levin; Draft CNO re: same | 0.5 | 97.50 |
| 03/24/10 | MNF | E-file and serve CNO re: 101st monthly fee app of Kramer Levin | 0.8 | 156.00 |
| 03/27/10 | TKDC | Reviewed kramer levin fee application; reviewed notice prior to filing | 0.5 | 300.00 |
| 03/29/10 | TKDC | Reviewed Motion to Approve Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered | 0.4 | 240.00 |
| 03/29/10 | MNF | E-file and serve 102nd monthly fee app of Kramer Levin | 0.8 | 156.00 |

TOTAL HOURS     6.0

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022                    WR Grace - Official Committee of Equity Security          Invoice Number  2092362
00016                     Holders                                                   Page 2
                          Fee Applications/Others
04/09/10


TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 4.5 | at | $195.00 | = | 877.50 |
| Teresa K.D. Currier | 1.5 | at | $600.00 | = | 900.00 |

CURRENT FEES                                                                                1,777.50


**TOTAL AMOUNT OF THIS INVOICE**                                                           1,777.50


**NET AMOUNT OF THIS INVOICE**                                                             1,777.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2092363 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re:  Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/16/10 | TKDC | Communications regarding changes in hearings | 0.3 | 180.00 |
| 03/16/10 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co | 0.4 | 240.00 |
| 03/18/10 | TKDC | Reviewed agenda for hearing | 0.3 | 180.00 |
| 03/18/10 | TKDC | More communications about hearing on 3/22 and courtcall deadline; communications with david blabey re same | 0.2 | 120.00 |
| 03/22/10 | TKDC | Communications with team about hearing today | 0.2 | 120.00 |
| 03/24/10 | TKDC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing | 0.4 | 240.00 |
| | | TOTAL HOURS | 1.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.8 | at | $600.00 | = | 1,080.00 |

CURRENT FEES                                                                       1,080.00

**TOTAL AMOUNT OF THIS INVOICE**                                     1,080.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00017

04/09/10

WR Grace - Official Committee of Equity Security
Holders
Hearings

Invoice Number  2092363
Page 2

**NET AMOUNT OF THIS INVOICE**                    1,080.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2092364 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00019 |

Re:   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/10 | TKDC | Reviewed order staying arrowood appeal | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.1 | at | $600.00 | = | 60.00 |
| | | | CURRENT FEES | | 60.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 60.00 |
| **NET AMOUNT OF THIS INVOICE** | 60.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2092365 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 04/09/10 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00020 |
| Charlottesville, VA  22902 | | |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/10:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/01/10 | TKDC | Reviewed longacre stipulation; communications with david blabey re same | 0.4 | 240.00 |
| 03/19/10 | TKDC | Reviewed plan modifications to be filed today; communications with david blabey re same and re approval process | 0.7 | 420.00 |
| 03/19/10 | TKDC | Revewed fourth set of plan modifications; communication with david blabey re same; approved same for filing | 0.7 | 420.00 |
| 03/19/10 | TKDC | Communications regarding sealed air cna stipulation | 0.2 | 120.00 |
| 03/19/10 | TKDC | Reviewed finalized and approved for filing (with david blabey) chart of objections | 0.3 | 180.00 |
| 03/29/10 | TKDC | Reviewed updated chart of plan objections for filing tonight; reviewed communications with parties, equity sign off | 0.5 | 300.00 |

TOTAL HOURS          2.8

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020

04/09/10

WR Grace - Official Committee of Equity Security
Holders
Plan and Disclosure Statement

Invoice Number  2092365
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.8 | at | $600.00 | = | 1,680.00 |

CURRENT FEES                                          1,680.00


TOTAL AMOUNT OF THIS  INVOICE               1,680.00


NET AMOUNT OF THIS INVOICE                  1,680.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2092360 |
| Invoice Date | 04/09/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Docket Entries | 375.84 |
| Messenger Service | 554.80 |
| Federal Express | 82.98 |
| Copies | 587.76 |
| **CURRENT EXPENSES** | 1,601.38 |
| | |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,601.38 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 1,601.38 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP