# EXHIBIT A



RE :    W.R. GRACE & CO., and al.
        U.S. FEE APPLICATION
        CDN ZAI CLASS ACTION
        Our file :  222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (DECEMBER 21, 2009 to MARCH 31, 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees:**

| DATE | INIT | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 2009-12-21 | CH | Receipt and study of the Affidavit of Michel Bélanger prepared by Mr. Hogan Re: fee application; | 0.33 |
| 2009-12-21 | CH | Email to Karen Harvey, Mr. Hogan's paralegal; | 0.25 |
| 2009-12-21 | CH | Review of emails from Mr. Moloci to Mr. Ferbers and to Mr. Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Moloci and Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Hogan; | 0.17 |
| 2009-12-21 | MB | Review of draft affidavit; | 1.00 |
| 2009-12-21 | MB | Letter to Mr. Moloci; | 0.25 |
| 2009-12-21 | MB | Review of emails to Mr. Ferbers and Mr. Hogan; | 0.75 |
| 2009-12-21 | MB | Meeting with Ms. Hannouche; | 0.75 |
| 2009-12-22 | MB | Review of  motions presentable under Chapter 11 ; | 2.00 |
| 2009-12-22 | MB | Review of emails from Attorney General of Canada and Grace; | 0.75 |
| 2009-12-22 | MB | Review of emails from members; | 0.75 |
| 2010-01-05 | MB | Review of a letter from A.G. Canada; | 0.50 |
| 2010-01-05 | MB | Letter to Mr. Moloci; | 0.50 |
| 2010-01-05 | MB | Review of motions filed in the US; | 1.00 |
| 2010-01-05 | MB | Meeting with Mr. Lespérance re: letter from A.G. Canada - conflict; | 0.50 |
| 2010-01-05 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci Re : letter from | 0.25 |

|            |     |                                                                                            |      |
|------------|-----|--------------------------------------------------------------------------------------------|------|
|            |     | AG Canada;                                                                                 |      |
| 2010-01-06 | MB  | Review of email from Mr. Thompson;                                                         | 0.50 |
| 2010-01-06 | MB  | Meeting with Ms. Hannouche Re: claims protocol;                                            | 0.75 |
| 2010-01-06 | MB  | Conference call with Mr. Moloci, Mr. Thompson and Ms. Hannouche;                           | 0.50 |
| 2010-01-06 | MB  | Research of documents relating to conflict of interest and memo;                           | 5.00 |
| 2010-01-06 | CH  | Conference call with Mr. Bélanger, Mr. Thompson and Mr. Moloci;                            | 0.33 |
| 2010-01-06 | CH  | Email to Mr. Thompson and Mr. Moloci;                                                      | 0.17 |
| 2010-01-08 | MB  | Review of a memo;                                                                          | 1.00 |
| 2010-01-08 | CH  | Review of a memo by Mr. Bélanger and translation Re: conflict of interest alleged by AG Canada; | 1.00 |
| 2010-01-11 | MB  | Review of emails from Mr. Moloci and Mr. Thompson;                                         | 0.33 |
| 2010-01-11 | MB  | Drafting of a memo Re: Mr. Lespérance conflict;                                            | 2.50 |
| 2010-01-11 | CH  | Email to Mr. Thompson;                                                                     | 0.17 |
| 2010-01-12 | MB  | Drafting of an affidavit;                                                                  | 2.00 |
| 2010-01-12 | CH  | Meeting with Mr. Bélanger Re: claims protocol;                                             | 2.00 |
| 2010-01-13 | MB  | Review of emails from colleagues;                                                          | 0.50 |
| 2010-01-13 | CH  | Receipt and review of a draft Notice of Motion and Affidavit from Mr. Thompson;            | 0.42 |
| 2010-01-15 | MB  | Drafting of an affidavit;                                                                  | 2.00 |
| 2010-01-15 | MB  | Meeting with Ms. Hannouche;                                                                | 0.50 |
| 2010-01-15 | MB  | Review of emails from Mr. Thompson;                                                        | 0.50 |
| 2010-01-15 | CH  | Email to Mr. Thompson;                                                                     | 0.25 |
| 2010-01-20 | CH  | Review of draft order prepared by Mr. Thompson;                                            | 0.25 |
| 2010-01-21 | CH  | Email to Mr. Thompson;                                                                     | 0.33 |
| 2010-01-22 | CH  | Telephone conversation with Ms. Drouin Re: wording of the draft order as to role of Lauzon Bélanger; | 0.25 |
| 2010-01-22 | CH  | Email to Mr. Thompson and Mr. Moloci Re: conversation with Ms. Drouin;                     | 0.17 |
| 2010-01-22 | CH  | Email to Ms. Drouin Re: conversation regarding wording of draft order;                     | 0.17 |
| 2010-01-25 | CH  | Email to Mr. Thompson and Mr. Moloci Re: draft order;                                      | 0.17 |
| 2010-01-25 | CH  | Email to Mr. Thompson and Mr. Moloci Re: draft order;                                      | 0.17 |
| 2010-01-26 | CH  | Email to Mr. Thompson and Mr. Moloci Re: draft order;                                      | 0.17 |
| 2010-01-26 | CH  | Email to Ms. Drouin Re : wording of draft order;                                           | 0.17 |
| 2010-01-28 | MB  | Review of emails from Mr. Moloci and Mr. Thompson;                                         | 0.50 |
| 2010-01-29 | CH  | Email to Mr. Thompson and Mr. Moloci Re: draft order;                                      | 0.25 |
| 2010-01-29 | CH  | Email to Ms. Drouin Re: wording of draft order;                                            | 0.17 |
| 2010-01-29 | CH  | Email to Mr. Thompson and Mr. Moloci Re: draft order;                                      | 0.17 |
| 2010-02-01 | CH  | Email to Mr. Moloci Re : conference call;                                                  | 0.17 |
| 2010-02-01 | CH  | Conference call with Mr. Thompson, Moloci and Bélanger Re: wording of draft order;         | 1.00 |
| 2010-02-01 | CH  | Email to Mr. Thompson;                                                                     | 0.17 |
| 2010-02-01 | MB  | Review of an email from Mr. Moloci;                                                        | 0.33 |
| 2010-02-01 | MB  | Conference call with Mr. Thompson, Moloci and Hannouche;                                   | 1.00 |
| 2010-02-02 | MB  | Conference call with Mr. Moloci, Mr. Thompson and                                          | 0.67 |

| | | | |
|---|---|---|---|
| | | Ms. Hannouche; | |
| 2010-02-02 | CH | Conference call with Mr. Moloci, Mr. Thompson and Mr. Bélanger; | 0.67 |
| 2010-02-02 | MB | Telephone conversation with Ms. Drouin; | 0.50 |
| 2010-02-02 | MB | Preparation of a draft order; | 0.75 |
| 2010-02-02 | MB | Review of Motion and response from Grace and A.G. Canada; | 1.00 |
| 2010-02-03 | CH | Conference call with Mr. Thompson. Mr. Moloci and Mr. Bélanger; | 0.17 |
| 2010-02-03 | CH | Conference call with Mr. Thompson, Moloci, Gagné and Bélanger, Ms. Dais-Visca and Drouin Re: wording of draft order; | 1.00 |
| 2010-02-03 | MB | Conference call with Ms. Drouin, and Mr. Moloci, and Thompson and Ms. Hannouche; | 1.00 |
| 2010-02-12 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-02-17 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-02-18 | CH | Telephone conversation with a class member; | 0.17 |
| 2010-02-19 | CH | Telephone conversation with a class member; | 0.25 |
| 2010-02-19 | MB | Review of an email from Mr. Thompson; | 0.25 |
| 2010-02-22 | CH | Email to a class member; | 0.33 |
| 2010-02-24 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-03-09 | CH | Email to a class member; | 0.17 |
| 2010-03-10 | CH | Email to a class member; | 0.25 |
| 2010-03-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-03-16 | MB | Conference call with Mr. Thompson and Moloci and Ms. Hannouche; | 0.58 |
| 2010-03-16 | CH | Conference call with Mr. Moloci, Thompson and Bélanger; | 0.58 |
| 2010-03-18 | CH | Review of time summary from September 1, 2008 - December 20, 2009 and translation Re: fee application; | 3.00 |
| 2010-03-22 | CH | Review of the translation of our time summary Re: US substantial contribution application; | 0.50 |
| 2010-03-22 | CH | Email to Mr. Moloci and Mr. Thompson; | 0.17 |
| 2010-03-22 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |

**OUR FEES :**                         **49.48**        **16,143.45**

TIME SUMMARY BY ATTORNEY :

| | | | |
|---|---|---|---|
| MB | 350.00 | 31.41 | 10,993.50 |
| CH | 285.00 | 18.07 | 5,149.95 |

**TAXABLE DISBURSEMENTS**

Fax (31 x $1.00)                                     31.00
Photocopies (331 x .10¢)                             33.10

- 4 -

| | |
|---|---|
| Messengers | 58.21 |
| **TOTAL TAXABLE DISBURSEMENTS** | **122.31** |
| **NON TAXABLE DISBURSEMENTS** | |
| Non taxable expert fees | 61,492.84 |
| **TOTAL NON TAXABLE DISBURSEMENTS** | **61,492.84** |
| | |
| **TOTAL DISBURSEMENTS** | **61,615.15** |
| | |
| **TOTAL FEES AND DISBURSEMENTS** | **77,758.60** |
| | |
| Total G.S.T. | 813.29 |
| Total Q.S.T. | 1,280.93 |
| | |
| **TOTAL** | **$ 79,852.82** |

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001