# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 21, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |
| | ) | |

**FIRST MONTHLY APPLICATION OF LAUZON BÉLANGER AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 20, 2009 |
| Period for which compensation and reimbursement is sought: | December 21, 2009, through March 31, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 16,143.45 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | $ 63,709.37 |

This is Applicant's First Monthly Application.

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| | December 21, 2009 - March 31, 2010 | $ 16,143.45 | $ 63,709.37 | Pending | Pending |

**Fee Detail by Professional for the Period of December 21, 2009, through March 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Michel Bélanger | Partner, 14 years 1994 | $350.00 | 31.41 | 10,993.50 |
| Careen Hannouche | Associate, 5 years 2005 | $285.00 | 18.07 | 5,149.95 |
| **Grand Total** | | | **49.48** | **$16,143.45** |
| Blended Rate | | | | $326.26 |

**Monthly Compensation by Matter Description for the Period of December 21, 2009, through March 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 33.81 | 11,271.25 |
| Fee Applications, Applicant | 3.50 | 997.50 |
| Fee Applications, Others | N/A | 0.00 |
| Hearings | N/A | 0.00 |
| Plan and Disclosure Statement | N/A | 0.00 |
| Meetings | 12.17 | 3,874.70 |
| **TOTAL** | **49.48** | **$ 16,143.45** |

Page | 2

**Monthly Expense Summary for the Period December 21, 2009, through March 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies | 331 @ .10 | 33.10 |
| Facsimile | 31 @ $1.00 | 31.00 |
| Messengers | | 58.21 |
| Expert Fees | | 61,492.84 |
| Goods & Services Tax (G.S.T.) | | 813.29 |
| Quebec Sales Tax (Q.S.T.) | | 1,280.93 |
| **TOTAL** | | **$ 63,709.37** |

PLEASE TAKE NOTICE that Lauzon Bélanger (the "Applicant" and/or "Lauzon Bélanger") has today filed this Notice of Monthly Fee and Expenses Invoice for December 21, 2009, through March 31, 2010, (this "Monthly Fee Statement")[1] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 21, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] Applicant's Time Summary for December 21, 2009, through March 31, 2010, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period December 21, 2009, through March 31, 2010, an allowance be made to Lauzon Bélanger for compensation in the amount of $16,143.45 and actual and necessary expenses in the amount of $63,709.37 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of $79,852.82; Actual Interim Payment of $12,914.76 (80% of the allowed fees) and reimbursement of $63,709.37 (100% of the allowed expenses) be authorized for a total payment of $76,624.13; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Michel Bélanger is attached hereto as **Exhibit B**.

Dated: April 30, 2010								Respectfully submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

-and-

**LAUZON BÉLANGER, INC**.
Careen Hannouche
Michel Bélanger
286, rue St-Paul Quest, Bureau 100
Montreal Quebec
Telephone: (514) 844-7403
careen.hannouche@lauzonbelanger.qc.ca
mbelanger@lauzonbelanger.qc.ca

**Counsel to the Canadian ZAI Claimants**

# EXHIBIT A



RE :   W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file :  222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (DECEMBER 21, 2009 to MARCH 31, 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees:**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 2009-12-21 | CH | Receipt and study of the Affidavit of Michel Bélanger prepared by Mr. Hogan Re: fee application; | 0.33 |
| 2009-12-21 | CH | Email to Karen Harvey, Mr. Hogan's paralegal; | 0.25 |
| 2009-12-21 | CH | Review of emails from Mr. Moloci to Mr. Ferbers and to Mr. Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Moloci and Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Hogan; | 0.17 |
| 2009-12-21 | MB | Review of draft affidavit; | 1.00 |
| 2009-12-21 | MB | Letter to Mr. Moloci; | 0.25 |
| 2009-12-21 | MB | Review of emails to Mr. Ferbers and Mr. Hogan; | 0.75 |
| 2009-12-21 | MB | Meeting with Ms. Hannouche; | 0.75 |
| 2009-12-22 | MB | Review of motions presentable under Chapter 11 ; | 2.00 |
| 2009-12-22 | MB | Review of emails from Attorney General of Canada and Grace; | 0.75 |
| 2009-12-22 | MB | Review of emails from members; | 0.75 |
| 2010-01-05 | MB | Review of a letter from A.G. Canada; | 0.50 |
| 2010-01-05 | MB | Letter to Mr. Moloci; | 0.50 |
| 2010-01-05 | MB | Review of motions filed in the US; | 1.00 |
| 2010-01-05 | MB | Meeting with Mr. Lespérance re: letter from A.G. Canada - conflict; | 0.50 |
| 2010-01-05 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-05 | CH | Email to  Mr. Thompson and Mr. Moloci Re : letter from | 0.25 |

Lauzon Bélanger inc.  286, rue St-Paul Ouest, Bureau 100, Montréal (Québec) H2Y 2A3
Téléphone : 514 844-4646 – Télécopieur : 514 844-7009 – www.lauzonbelanger.qc.ca

| | | | |
|---|---|---|---|
| | | AG Canada; | |
| 2010-01-06 | MB | Review of email from Mr. Thompson; | 0.50 |
| 2010-01-06 | MB | Meeting with Ms. Hannouche Re: claims protocol; | 0.75 |
| 2010-01-06 | MB | Conference call with Mr. Moloci, Mr. Thompson and Ms. Hannouche; | 0.50 |
| 2010-01-06 | MB | Research of documents relating to conflict of interest and memo; | 5.00 |
| 2010-01-06 | CH | Conference call with Mr. Bélanger, Mr. Thompson and Mr. Moloci; | 0.33 |
| 2010-01-06 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-08 | MB | Review of a memo; | 1.00 |
| 2010-01-08 | CH | Review of a memo by Mr. Bélanger and translation Re: conflict of interest alleged by AG Canada; | 1.00 |
| 2010-01-11 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.33 |
| 2010-01-11 | MB | Drafting of a memo Re: Mr. Lespérance conflict; | 2.50 |
| 2010-01-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-01-12 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-12 | CH | Meeting with Mr. Bélanger Re: claims protocol; | 2.00 |
| 2010-01-13 | MB | Review of emails from colleagues; | 0.50 |
| 2010-01-13 | CH | Receipt and review of a draft Notice of Motion and Affidavit from Mr. Thompson; | 0.42 |
| 2010-01-15 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-15 | MB | Meeting with Ms. Hannouche; | 0.50 |
| 2010-01-15 | MB | Review of emails from Mr. Thompson; | 0.50 |
| 2010-01-15 | CH | Email to Mr. Thompson; | 0.25 |
| 2010-01-20 | CH | Review of draft order prepared by Mr. Thompson; | 0.25 |
| 2010-01-21 | CH | Email to Mr. Thompson; | 0.33 |
| 2010-01-22 | CH | Telephone conversation with Ms. Drouin Re: wording of the draft order as to role of Lauzon Bélanger; | 0.25 |
| 2010-01-22 | CH | Email to Mr. Thompson and Mr. Moloci Re: conversation with Ms. Drouin; | 0.17 |
| 2010-01-22 | CH | Email to Ms. Drouin Re: conversation regarding wording of draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Ms. Drouin Re : wording of draft order; | 0.17 |
| 2010-01-28 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.50 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.25 |
| 2010-01-29 | CH | Email to Ms. Drouin Re: wording of draft order; | 0.17 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-02-01 | CH | Email to Mr. Moloci Re : conference call; | 0.17 |
| 2010-02-01 | CH | Conference call with Mr. Thompson, Moloci and Bélanger Re: wording of draft order; | 1.00 |
| 2010-02-01 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-02-01 | MB | Review of an email from Mr. Moloci; | 0.33 |
| 2010-02-01 | MB | Conference call with Mr. Thompson, Moloci and Hannouche; | 1.00 |
| 2010-02-02 | MB | Conference call with Mr. Moloci, Mr. Thompson and | 0.67 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Ms. Hannouche; | |
| 2010-02-02 | CH | Conference call with Mr. Moloci, Mr. Thompson and Mr. Bélanger; | 0.67 |
| 2010-02-02 | MB | Telephone conversation with Ms. Drouin; | 0.50 |
| 2010-02-02 | MB | Preparation of a draft order; | 0.75 |
| 2010-02-02 | MB | Review of Motion and response from Grace and A.G. Canada; | 1.00 |
| 2010-02-03 | CH | Conference call with Mr. Thompson. Mr. Moloci and Mr. Bélanger; | 0.17 |
| 2010-02-03 | CH | Conference call with Mr. Thompson, Moloci, Gagné and Bélanger, Ms. Dais-Visca and Drouin Re: wording of draft order; | 1.00 |
| 2010-02-03 | MB | Conference call with Ms. Drouin, and Mr. Moloci, and Thompson and Ms. Hannouche; | 1.00 |
| 2010-02-12 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-02-17 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-02-18 | CH | Telephone conversation with a class member; | 0.17 |
| 2010-02-19 | CH | Telephone conversation with a class member; | 0.25 |
| 2010-02-19 | MB | Review of an email from Mr. Thompson; | 0.25 |
| 2010-02-22 | CH | Email to a class member; | 0.33 |
| 2010-02-24 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-03-09 | CH | Email to a class member; | 0.17 |
| 2010-03-10 | CH | Email to a class member; | 0.25 |
| 2010-03-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-03-16 | MB | Conference call with Mr. Thompson and Moloci and Ms. Hannouche; | 0.58 |
| 2010-03-16 | CH | Conference call with Mr. Moloci, Thompson and Bélanger; | 0.58 |
| 2010-03-18 | CH | Review of time summary from September 1, 2008 - December 20, 2009 and translation Re: fee application; | 3.00 |
| 2010-03-22 | CH | Review of the translation of our time summary Re: US substantial contribution application; | 0.50 |
| 2010-03-22 | CH | Email to Mr. Moloci and Mr. Thompson; | 0.17 |
| 2010-03-22 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |

**OUR FEES :**          **49.48**          **16,143.45**

TIME SUMMARY BY ATTORNEY :

| | | | |
|---|---|---|---|
| MB | 350.00 | 31.41 | 10,993.50 |
| CH | 285.00 | 18.07 | 5,149.95 |

**TAXABLE DISBURSEMENTS**

Fax (31 x $1.00)                                                            31.00
Photocopies (331 x .10¢)                                                    33.10

| | |
|---|---:|
| Messengers | 58.21 |
| **TOTAL TAXABLE DISBURSEMENTS** | **122.31** |
| **NON TAXABLE DISBURSEMENTS** | |
| Non taxable expert fees | 61,492.84 |
| **TOTAL NON TAXABLE DISBURSEMENTS** | **61,492.84** |
| **TOTAL DISBURSEMENTS** | **61,615.15** |
| **TOTAL FEES AND DISBURSEMENTS** | **77,758.60** |
| Total G.S.T. | 813.29 |
| Total Q.S.T. | 1,280.93 |
| **TOTAL** | **$ 79,852.82** |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.  1211542736 TQ 0001