IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: May 21, 2010 @ 4:00 p.m. |
| _____ | ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |

**ORDER GRANTING FIRST QUARTERLY APPLICATION
OF LAUZON BÉLANGER FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR DECEMBER 21, 2009, THROUGH MARCH 31, 2010**

Lauzon Bélanger ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its First Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From December 21, 2009, through March 31, 2010 ("First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application.   Accordingly, it is

ORDERED that the First Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Lauzon Bélanger the sum of $16,143.45 as compensation and $63,709.37 as reimbursement of expenses, for a total of $79,852.82 for services rendered and disbursements incurred by Lauzon Bélanger for the period December 21, 2009, through March 31, 2010, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____                                    _____
                                                                                          United States Bankruptcy Judge