# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et. al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 21, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |
| | ) | |

## FIRST MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO THE REPRESENTATIVE COUNSEL AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:                         The Hogan Firm

Authorized to Provide
Professional Services to:                  Lauzon Bélanger and Scarfone Hawkins LLP
                                           ("Representative Counsel") as Special Counsel for
                                           the Canadian ZAI Claimants by Appointment Order,
                                           Dated March 19, 2010 [Docket No. 24508]

Date of Retention:                         March 19, 2010 _nunc pro tunc_ to December 21, 2009

Period for which compensation
and reimbursement is sought:               December 22, 2009, through March 31, 2010

Amount of compensation sought
as actual, reasonable and necessary:    $    56,262.00

Amount of expense reimbursement
sought as actual, reasonable and necessary: $    2,056.92

This is Applicant's First Monthly Application.

## Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| | December 22, 2009 - March 31, 2010 | $ 56,262.00 | $ 2,056.92 | Pending | Pending |

## Fee Detail by Professional for the Period of December 22, 2009, through March 31, 2010:

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $350.00 | 138.60 | $ 48,510.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 35.70 | $ 6,783.00 |
| Gillian L. Andrews | Paralegal - since 2006 | $190.00 | 5.10 | $ 969.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $190.00 | 0.0 | $ 0.00 |
| **Grand Total** | | | **179.40** | **$ 56,262.00** |
| Blended Rate | | | | $       313.61 |
| Blended Rate (excluding paralegal time): | | | | $       350.00 |

**Monthly Compensation by Matter Description for the Period of December 22, 2009, through March 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 122.5 | $ 38,283.00 |
| Fee Applications, Applicant | N/A | 0.00 |
| Fee Applications, Others | N/A | 0.00 |
| Hearings | 29.0 | $ 10,150.00 |
| Plan and Disclosure Statement | N/A | 0.00 |
| Meetings | 27.9 | $   7,829.00 |
| **TOTAL** | **179.40** | **$ 56,262.00** |

**Monthly Expense Summary for the Period December 22, 2009, through March 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | 1800 copies @ .10 (Invoiced @ .20)[1] | $ 180.00 |
| CM/ECF | U.S. Bankruptcy Court | $ 10.00 |
| Court Telephonic Appearance | CourtCall | $ 640.00 |
| Hearing Transcript | J&J Court Transcribers, Inc. | $ 346.00 |
| Postage | N/A | 0.00 |
| Outside Copy & Serve | IKON Office Solutions | $ 880.92 |
| **TOTAL** | | **$2,056.92** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this

Notice of Monthly Fee and Expenses Invoice for December 22, 2009, through March 31, 2010,

(this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application

Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the

Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No.

1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee

Statement, if any, must be filed on or before May 21, 2010, at 4:00 p.m. (prevailing Eastern Time)

---

[1] Del. Bankr. LR 2016-2(e)(iii) states copying charges shall not exceed $.10 per page.

[2] Applicant's History Bill for December 22, 2009, through March 31, 2010, is attached hereto as **Exhibit A.**

(the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period December 22, 2009, through March 31, 2010, an allowance be made to The Hogan Firm for compensation in the amount of $56,262.00 and actual and necessary expenses in the amount of $2,056.92 for a total allowance of $58,318.92; Actual Interim Payment of $45,009.60 (80% of the allowed fees) and reimbursement of $2,056.92 (100% of the allowed expenses) be authorized for a total payment of $47,066.52; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: April 30, 2010                          Respectfully submitted,

                     By:      */s/ Daniel K. Hogan*
                            Daniel K. Hogan (DE Bar No. 2814)
                            THE HOGAN FIRM
                            1311 Delaware Avenue
                            Wilmington, Delaware 19806
                            Telephone: 302.656.7540
                            Facsimile: 302.656.7599
                            Email: dkhogan@dkhogan.com

                            **Counsel to the Representative Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

THE HOGAN FIRM
Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711


Invoice submitted to:
Lauzon Belanger, inc.
c/o Yves Lauzon
Lauzon Belanger inc.
286, rue St-Paul Quest, bureau 100
Montreal, QUEBEC H2Y 2A3
Canada


April 01, 2010
In Reference To:   Canadian Zonolite Claimants
                   WRGrace Chapter 11 Bankruptcy
                   Our File No. 060124-01


      Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | December 2009 | | | | |
| 12/22/2009 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/4/2010 at 09:00 AM. | 350.00/hr | 0.30 | 105.00 |
| 12/23/2009 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24038]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/4/2010 at 09:00 AM. | 350.00/hr | 0.30 | 105.00 |
| 12/28/2009 | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed telephonic court appearance reservations for confirmation hearing closing argument. | 350.00/hr | 0.40 | 140.00 |
| | KEH | Telephone call to CourtCall to schedule telephonic appearance for DKHogan - hearings on 1/4, 1/5, &, if necessary, 1/6/2010. | 190.00/hr | 0.20 | 38.00 |
| 12/31/2009 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Approve /Plan Proponents' Joint Motion for Entry of Order Approving Stipulation and Agreed Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.50 | 175.00 |

Lauzon Belanger, inc.                                                                                              Page      2

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | [ 1.70 | | 563.00] |

January 2010

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/4/2010 | DKH | E-mail correspondence with Lloyd Boivin concerning hid US ZAI claim.  Responded to his email. | 350.00/hr | 0.30 | 105.00 |
| | DKH | Attended (telephonically) Omnibus hearing-Confirmation hearing Closing Arguments. | 350.00/hr | 8.00 | 2,800.00 |
| | DKH | E-mail correspondence with Lloyd Boivin concerning his claim. | 350.00/hr | 0.20 | 70.00 |
| 1/5/2010 | DKH | E-mail correspondence with 'Lloyd Boivin' concerning the nature of my involvement with Rep Counsel. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with 'Matt Moloci' concerning teleconference this afternoon. Replied to his email. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning Crown's position on the Special Counsel application and possible settlement.  Responded to Matt. | 350.00/hr | 0.30 | 105.00 |
| | DKH | Confirmation hearing - Telephonic attendance of Confirmation Hearing Closing Arguments.  Day 2. | 350.00/hr | 8.00 | 2,800.00 |
| 1/6/2010 | DKH | Confirmation hearing - Telephonic attendance of Confirmation Hearing Closing Arguments.  Day 3. | 350.00/hr | 5.00 | 1,750.00 |
| | DKH | E-mail correspondence with Matt Moloci.  Reviewed email from Jacqueline Dais-Visca concerning Crown's objection to the application for special status and fact that it will be seeking to disqualify both Scarfone and Lauzon firms from, among other things, being paid "special counsel fees" as a result of the conflict of interest.  Reviewed the Meridian case. | 350.00/hr | 1.00 | 350.00 |
| | DKH | E-mail correspondence with Matt Moloci.  Reviewed email from Jacqueline Dais-Visca requesting that we continue the motion hearing to February. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci regarding handicapping the likelihood that our motions will be adjourned. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with Klauder, David  (USTP) concerning the applications that you filed on behalf of the Canadian ZAI Claimants for the appointment of special counsel.  Telephone conversation with David Klauder. | 350.00/hr | 1.00 | 350.00 |

Lauzon Belanger, inc.                                                                                        Page        3

| | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/7/2010 | DKH | E-mail correspondence with David Klauder concerning Representative Counsel's motion for appointment. Transmitted record comprising basis for motions. | | 350.00/hr | 0.40 | 140.00 |
| | DKH | E-mail correspondence with Matt Moloci requesting a teleconference to discuss the confirmation hearing. | | 350.00/hr | 0.20 | 70.00 |
| | DKH | Conducted teleconference with Representative Counsel concerning developments from the Confirmation closing argument. Notes to file. | | 350.00/hr | 1.00 | 350.00 |
| 1/8/2010 | DKH | E-mail correspondence with David Thompson. Reviewed Endorsement of Morawetz, J. In support of findings of the CCAA. | | 350.00/hr | 1.00 | 350.00 |
| | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning voicemail from counsel to the Futures Claim Representative, David Austern. | | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence to Rep Counsel transmitting PI FCR's response which is consistent with the voicemail I received earlier. | | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Objection to (i) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (ii) the Application Pursuant to Sections 105, 1102(a)(2) and 1109 of the Bankruptcy Code Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[24031], [24032]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Index) | | 350.00/hr | 2.00 | 700.00 |
| | DKH | E-mail correspondence with Ana Dobson (David Thompson) concerning constructive discussion with Nathalie Drouin of the Department of Justice and the possibility of adjourning the hearing on Jan. 25. | | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with David Klauder granting the USTA an extension to object. | | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with Klauder, David (USTP) requesting a copy of the order that approved the application for US Special Counsel. Researched docket for actual order. | | 350.00/hr | 0.60 | 210.00 |

Lauzon Belanger, inc.                                                                                         Page      4

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/8/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Response to Canadian ZAI Claimants' Application for Appointment of Special Counsel (related document(s)[24031]) Filed by David Austern. | 350.00/hr | 0.40 | 140.00 |
|  | KEH | Meeting with DKHogan, re: status of motions and upcoming action needed. | 190.00/hr | 0.30 | 57.00 |
| 1/9/2010 | DKH | E-mail correspondence with Representative Counsel transmitting Objection to (i) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (ii) the Application Pursuant to Sections 105, 1102(a)(2) and 1109 of the Bankruptcy Code Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | Completed review of Objection to (i) the Canadian ZAI Claimants' Application Pursuant to Sections 105, 1102(a)(2) and 1109, or alternatively, Section 503 of the Bankruptcy Code for Appointment of Special Counsel Nunc Pro Tunc to September 1, 2008 and (ii) the Application Pursuant to Sections 105, 1102(a)(2) and 1109 of the Bankruptcy Code Authorizing Retention Nunc Pro Tunc of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[24031], [24032]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada. | 350.00/hr | 2.00 | 700.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning his availability to discuss objections of Crown to our applications. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci with regard to setting up a teleconference for Monday morning. | 350.00/hr | 0.20 | 70.00 |
|  | KEH | Review Crown's objection to Rep Counsel's motions. | 190.00/hr | 0.30 | 57.00 |
| 1/11/2010 | DKH | E-mail correspondence with Dr. Reed Stevens concerning zonolite in his attic.  Forwarded inquiry to US ZAI counsel as Dr. Stevens is a US claimant. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | Teleconference with Matt Moloci to discuss the Crown's objections. | 350.00/hr | 0.60 | 210.00 |
|  | DKH | E-mail correspondence with Klauder, David  (USTP) concerning the fee applications. | 350.00/hr | 0.20 | 70.00 |

Lauzon Belanger, inc.                                                                                                  Page     5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | Rate      | Hours | Amount   |
|------------|-----|--------|-----------|-------|----------|
| 1/11/2010  | DKH | Telephone conversation with Klauder, David  (USTP) concerning fee applications.                                                                                                                                                                                                                                                                                                                                                                                             | 350.00/hr | 0.30  | 105.00   |
|            | DKH | E-mail correspondence to David Klauder (USTP) concerning the treatment of the motions and the proposed form of order.                                                                                                                                                                                                                                                                                                                                                       | 350.00/hr | 0.30  | 105.00   |
| 1/12/2010  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Objection of Her Majesty the Queen in Right of Canada to Confirmation of the First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders dated February 3, 2009 (related document(s)[24016]) Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada (Attachments: # (1) Index # (2) Exhibit 1# (3) Exhibit 2# (4) Exhibit 3# (5) Exhibit 4# (6) Exhibit 5# (7) Exhibit 6# (8) Exhibit 7# (9) Exhibit 8# (10) Exhibit 9# (11) Exhibit 10# (12) Exhibit 11) (Ward, Matthew). | 350.00/hr | 3.00  | 1,050.00 |
|            | DKH | E-mail correspondence with Ana Dobson (David Thompson) concerning availability to teleconference with he and Matt tomorrow.                                                                                                                                                                                                                                                                                                                                                  | 350.00/hr | 0.20  | 70.00    |
|            | DKH | E-mail correspondence with Ana Dobson (David Thompson) concerning issue that  Future Claimants' Committee see themselves as acting for future Canadian ZAI claimants. Reviewed CCAA order appointing Rep Counsel.                                                                                                                                                                                                                                                             | 350.00/hr | 0.40  | 140.00   |
|            | DKH | E-mail correspondence with David Thompson concerning my availability for a teleconference tomorrow.                                                                                                                                                                                                                                                                                                                                                                          | 350.00/hr | 0.20  | 70.00    |
|            | DKH | E-mail correspondence with Ana Dobson (David Thompson) posing a series of questions related to Crown's objections to our motions.  Reviewed same.                                                                                                                                                                                                                                                                                                                            | 350.00/hr | 0.30  | 105.00   |
|            | DKH | E-mail correspondence with BRAD EISEMMENGER concerning his  CDN ZAI PD claims.  Reviewed chain of emails related to his CDN ZAI PD claims.                                                                                                                                                                                                                                                                                                                                   | 350.00/hr | 0.30  | 105.00   |
| 1/13/2010  | DKH | Teleconferences with David Thompson and Matt Moloci concerning issues related to Crown's objection to Rep. Counsel Motion for appointment as Special Counsel and related to the Crown's objection to the Plan.                                                                                                                                                                                                                                                                | 350.00/hr | 2.00  | 700.00   |

Lauzon Belanger, inc.                                                                                                  Page      6

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/13/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Date Change for February 22, 2010. All Hearings will now be on February 16, 2010 in Wilmington, Delaware. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with Gabrielle Palagruto concerning Lloyd Boivin.  He called regarding some emails I sent you regarding his claim. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting the Objection of Her Majesty The Queen in Right of Canada to Confirmation of the First Amended Joint Plan. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | Retrieved and reviewed the motion and order appointing a Representative for Future Asbestos Claimants entered May 24, 2004.  Reviewed online docket for appointment orders. | 350.00/hr | 1.30 | 455.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the Crown's argument that it made repeated requests for updates regarding negotiations. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the Crown's position that it requested information and our ability to thwart their duty argument. | 350.00/hr | 0.20 | 70.00 |
| 1/14/2010 | DKH | E-mail correspondence with Tyler Molzahn concerning his US ZAI claim.  Forwarded him to US ZAI counsel. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning our stated reasons for proceeding with the argument on January 25. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | Teleconference with Representative Counsel to discuss the Crown's objections to our applications as well as the Crown's objection to the Plan Proponents First Amended Plan of Reorganization. | 350.00/hr | 1.00 | 350.00 |
|  | DKH | E-mail correspondence with Patricia Cuniff concerning the Preliminary Agenda and Binders. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci.  Reviewed email from Grace Canada concerning our grounds for not delaying our motions on January 25. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | Began review of Bankruptcy Rules, Local Rules and Chamber Procedures concerning filing a motion for leave to file a Reply to the Crown's objections. | 350.00/hr | 1.30 | 455.00 |
|  | KEH | Meeting with DKHogan, re: preparation of reply to Crown's objection; prepare draft of motion for leave and begin draft of reply. | 190.00/hr | 5.50 | 1,045.00 |

Lauzon Belanger, inc.                                                                                      Page      7

|            |     |                                                                                                                                                                                                                                                                                                      | Rate | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|-------|----------|
| 1/14/2010  | KEH | E-mail correspondence with 'PCuniff@PSZYJW.com' (office of Debtors' counsel), re: hearing binder.                                                                                                                                                                                                     | 190.00/hr | 0.20  | 38.00    |
|            | KEH | E-mail correspondence with Rachel Bello transmitting copy of motions.                                                                                                                                                                                                                                 | 190.00/hr | 0.20  | 38.00    |
| 1/15/2010  | DKH | Teleconference with Representative Counsel concerning my conversation with Jan Baer and the need to file a Reply to Crown's objections to our motions.                                                                                                                                                 | 350.00/hr | 0.50  | 175.00   |
|            | DKH | Drafted Reply to the Objection of the Crown and to the Response of the FCR.                                                                                                                                                                                                                           | 350.00/hr | 3.00  | 1,050.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion to Authorize /Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Enter into Exit Financing Engagement Letters; (B) Pay Certain Fees and Expenses in Connection Therewith; and (C) File the Engagement Letters Under Seal Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.40  | 140.00   |
|            | DKH | E-mail correspondence with Matt Moloci concerning Reply to Crown's Objection.                                                                                                                                                                                                                         | 350.00/hr | 0.20  | 70.00    |
|            | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed correspondence to Judge Fitzgerald regarding Motion for Leave to File Reply to the Objection of Her Majesty the Queen in Right of Canada.                                                                                                        | 350.00/hr | 0.30  | 105.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Motion for Leave of the CCAA Representative Counsel to File Reply to the Objection of Her Majesty the Queen in Right of Canada and To the Response of the Asbestos PI Future Claimants' Representative Filed by Canadian ZAI Claimants. | 350.00/hr | 0.30  | 105.00   |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion to Authorize /Motion of Debtors for Authority to Enter Into Letter of Credit and Hedging Agreements and Terminate Current DIP Facilities Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.40  | 140.00   |
|            | DKH | Telephone conversation with Jan Baer concerning the issues related to our motions.                                                                                                                                                                                                                    | 350.00/hr | 0.30  | 105.00   |
|            | DKH | Began drafting motion for leave to file a reply.                                                                                                                                                                                                                                                      | 350.00/hr | 1.00  | 350.00   |

Lauzon Belanger, inc.                                                                                    Page      8

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Rate       | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-------|--------|
| 1/15/2010  | DKH | Began drafting reply to Crown's objection to motions:  issue of the concurrent conflict of interest.                                                                                                                                                                                                                                                                                                                                                               | 350.00/hr  | 1.00  | 350.00 |
|            | GLA | Drafting argument section as to conflict of interest for reply to objection and response of the Crown                                                                                                                                                                                                                                                                                                                                                              | 190.00/hr  | 0.50  | 95.00  |
|            | KEH | Continue preparation of Reply to Crown's objection; finalize motion for leave; E-mail same to 'moloci@shlaw.ca';'thompson@shlaw.ca' for approval.                                                                                                                                                                                                                                                                                                                  | 190.00/hr  | 4.20  | 798.00 |
|            | KEH | Electronically file Motion for Leave to file Reply to Crown's Objection; E-mail correspondence with Judge Fitzgerald, et. al.; Correspondence with IKON Office Solutions, re: service.                                                                                                                                                                                                                                                                              | 190.00/hr  | 0.50  | 95.00  |
| 1/19/2010  | DKH | E-mail correspondence with Representative Counsel transmitting the Plan Proponents' response to the Crown's objection to plan confirmation.                                                                                                                                                                                                                                                                                                                         | 350.00/hr  | 0.20  | 70.00  |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al. Hearing scheduled for 1/25/2010 at 09:30 AM.                                                                                                                                                                                                                                               | 350.00/hr  | 0.30  | 105.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Response /Plan Proponents' Response to Crown's Objection to Plan Confirmation (related document(s)[24144]) Filed by W.R. Grace & Co., et al.                                                                                                                                                                                                                                    | 350.00/hr  | 1.20  | 420.00 |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Reply of The CCAA Representative Counsel to The Objection of Her Majesty The Queen in Right of Canada [Docket No. 24132] and to The Asbestos PI Future Claimants' Representative's Response [Docket No. 24130] To (I) The Canadian ZAI Claimants' Application for Appointment of Special Counsel and (II) The Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s) [24031], [24032], [24130], [24132]) Filed by Canadian ZAI Claimants. | 350.00/hr  | 0.30  | 105.00 |
|            | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed correspondence to Judge Fitzgerald transmitting the CCAA Representative Counsels Reply to the Objection of Her Majesty the Queen in Right of Canada [Docket No. 24132] and To The Response of the Asbestos PI Future Claimants Representative [Docket No. 24130] (the Reply                                                                                                                                      | 350.00/hr  | 0.30  | 105.00 |

Lauzon Belanger, inc.                                                                                    Page      9

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/19/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Granting the CCAA Representative Counsel's Motion for Leave to File Reply to the Objections of Her Majesty the Queen in Right of Canada and the Response of the Asbestos PI Future Claimants' Representative. (Related Doc # [24155], [24132], [24130]) Order Signed on 1/19/2010. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with Representative Counsel regarding expected developments this week. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with Ana Dobson (David Thompson) regarding any developments relating to the January 25th hearing. | 350.00/hr | 0.20 | 70.00 |
| | KEH | Received and reviewed signed order for motion for leave (0.2); meeting with DKHogan (0.3); Prepare for filing and electronically file Reply to Crown's Objection (0.5); Correspondence with IKON Office Solutions, re: Service (0.2) | 190.00/hr | 1.20 | 228.00 |
| | KEH | Prepare Reply Binder and Confirmation Binder for DKHogan for hearing on January 25, 2010. | 190.00/hr | 1.60 | 304.00 |
| 1/20/2010 | DKH | Read caselaw on issues raised in Crown's objections to Rep Counsel Applications. | 350.00/hr | 3.00 | 1,050.00 |
| | DKH | E-mail correspondence with Bridget Despres (Matt Moloci) concerning email to Orestes Pasparakis. Reviewed same. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with Karen E. Harvey. Revised proposed orders to motions and added language to both orders to satisfy the FCR's concerns. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with Janet S. Baer concerning the Grace Special Counsel applications and her discussions with the FCR in conjunction with his response and fact that the FCR counsel has asked that we revise the Orders granting the applications to include language. | 350.00/hr | 0.30 | 105.00 |
| | KEH | Received and reviewed Agenda for hearing on January 25, 2010. | 190.00/hr | 0.20 | 38.00 |
| | KEH | Update Confirmation Binder with Plan Proponents' response to the Crown's objection to plan confirmation (0.3); Update Reply Binder with filed Reply (0.3) | 190.00/hr | 0.60 | 114.00 |
| 1/21/2010 | DKH | E-mail correspondence with Jan Baer concerning teleconference. | 350.00/hr | 0.20 | 70.00 |

Lauzon Belanger, inc.                                                                                          Page    10

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/21/2010 | DKH | E-mail correspondence with Janet S. Baer concerning the FCR issue. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci.  Reviewed email he received from Jan Baer concerning hearing on January 25. | 350.00/hr | 0.20 | 70.00 |
|  | KEH | Telephone call to CourtCall to schedule telephonic appearance of Matthew Moloci for hearing on 1/25/2010. | 190.00/hr | 0.20 | 38.00 |
| 1/22/2010 | DKH | E-mail correspondence with Jan Baer concerning the hearing on January 25 and the FCR issue. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Statement of Professionals' Compensation Paid from October 1, 2009 through December 31, 2009 Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with Jan Baer concerning our position on adjourning hearing. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | Teleconference with Representative Counsel concerning issues related to hearing set for Monday, January 25. | 350.00/hr | 0.70 | 245.00 |
|  | DKH | Teleconference with Representative Counsel concerning hearing on Monday and related issues. | 350.00/hr | 1.00 | 350.00 |
| 1/23/2010 | DKH | Prepared for hearing on Monday.  Reviewed motion, responses and objections to motions.  Prepared notes for argument. | 350.00/hr | 6.50 | 2,275.00 |
| 1/24/2010 | DKH | E-mail correspondence with Wyron, Richard H. concerning specific changes to the language they proposed. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | Reviewed Plan Proponents' 1st amended plan, the TDP and related plan documents for treatment of indirect claims.  Read case law on nunc pro tunc issues related to appointment motions. Prepared for hearing. | 350.00/hr | 8.00 | 2,800.00 |
| 1/25/2010 | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed the Order for the 2010 Omnibus Hearing dates in WRG. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed Transcript/CD Order Form for the hearing held today in the W.R. Grace. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | Attended hearing in Bankruptcy Court.  Met with Representative Counsel. | 350.00/hr | 3.00 | 1,050.00 |
| 1/27/2010 | DKH | Teleconference with Representative Counsel to discuss outcome of hearing and how to proceed; notes to file. | 350.00/hr | 1.00 | 350.00 |

Lauzon Belanger, inc.                                                                                      Page    11

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/28/2010 | DKH | E-mail correspondence with Matt Moloci concerning the availability of transcript from January 25 hearing. | 350.00/hr | 0.20 | 70.00 |
|  | | SUBTOTAL: | | [00.20 | 32,590.00] |

February 2010

| 2/1/2010 | DKH | E-mail correspondence with Janet S. Baer concerning the revised form of orders for Rep Counsel's motions. | 350.00/hr | 0.30 | 105.00 |
| 2/2/2010 | DKH | Review of transcript from January 25 hearing; notes to file relative to A&R MOS. | 350.00/hr | 2.00 | 700.00 |
| | DKH | E-mail correspondence with Jan Baer concerning Rep Counsel's position on the applications in light of the hearing transcript. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with David Thompson. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with Janet S. Baer concerning the special counsel retention motions how to proceed from the Debtors perspective. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with Jan Baer concerning the transcript from the hearing on the 25th and the Court's "suggestions" . | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with David Thompson requesting the 3rd Circuit cases related to the issue of appointment nunc pro tunc. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with David Thompson transmitting the 3rd Circuit cases on the appointment nunc pro tunc issue. | 350.00/hr | 0.30 | 105.00 |
| | KEH | E-mail correspondence with jennifer_pasierb@deb.uscourts.gov requesting update on transcript order; email from court with information. | 190.00/hr | 0.30 | 57.00 |
| | KEH | Telephone call to J & J Transcribers - transcript should be emailed this afternoon along with invoice - hard copies to follow via mail. | 190.00/hr | 0.30 | 57.00 |
| 2/3/2010 | DKH | Continued review of transcript from January 25 hearing; notes to file relative to A&R MOS. | 350.00/hr | 2.00 | 700.00 |
| 2/4/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Date Change - Hearings Scheduled for April 12, 2010 in Wilmington, DE have been moved to April 19, 2010 in Wilmington, DE. | 350.00/hr | 0.30 | 105.00 |

Lauzon Belanger, inc.                                                                                    Page    12

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|

| 2/5/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Stipulation By W.R. Grace & Co., et al. Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Order and Joint Pretrial Statement for Limitations Trial on Canadian Property Damage Claim Numbers 11627 and 12476 (related document(s)[23724], [23866]) Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.50 | 175.00 |
|  | DKH | E-mail correspondence with Vivienne Gorick concerning her ZAI claim. | 350.00/hr | 0.20 | 70.00 |
| 2/8/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order (MODIFIED) Regarding Trial on Canadian Property Damage Claim Numbers 11627 and 12476. Related to Doc #[23724], [23866], [24249] Signed on 2/8/2010. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | Telephone conversation with Matt Moloci concerning issues related to the treatment of Canadian and US ZAI claims. | 350.00/hr | 0.60 | 210.00 |
| 2/9/2010 | DKH | Reviewed docket for treatment of US ZAI claims.  Reviewed Class Settlement Agreement and the Term Sheet for Resolution of the US ZAI Claims. | 350.00/hr | 2.00 | 700.00 |
|  | DKH | E-mail correspondence with Matt Moloci transmitting the Class Settlement Agreement and the Term Sheet for Resolution of the US ZAI Claims. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/16/2010 at 10:30 AM. | 350.00/hr | 0.30 | 105.00 |
| 2/10/2010 | DKH | E-mail correspondence with John Beattie and Melody Totten concerning their Canadian ZAI claim. | 350.00/hr | 0.30 | 105.00 |
| 2/11/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24270]) Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | Telephone call to and E-mail correspondence with Courtcall.com to set up telephonic appearance at February 16 hearing. | 350.00/hr | 0.40 | 140.00 |
| 2/12/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related | 350.00/hr | 0.30 | 105.00 |

Lauzon Belanger, inc.                                                                                          Page    13

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|

document(s)[24270], [24271]) Filed by W.R. Grace & Co., et al..
Hearing scheduled for 2/16/2010 at 10:30 AM.

| 2/12/2010 | DKH | E-mail correspondence with 'John Missy Cfur and Sadie' directing their inquiry to the CCAA Representative Counsel who were appointed to represent Canadian claims. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with Gillian L. Andrews.  Prepared memorandum of arguments from the January 25 hearing. | 350.00/hr | 1.30 | 455.00 |
|  | GLA | Drafting memo outlining the respective parties' positions regarding the motion to appoint CCAA as special counsel and the Crown's objections to the confirmation of the debtors' plan. | 190.00/hr | 2.10 | 399.00 |
| 2/13/2010 | DKH | E-mail correspondence with 'David Thompson and Matt Moloci transmitting the second amended agenda for the omnibus hearing set for Tuesday. | 350.00/hr | 0.20 | 70.00 |
| 2/16/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Approving Stipulation and Agreed Order Resolving Neutrality Objections to First Amended Joint Plan of Reorganization (related document(s)[24097]). Signed on 2/16/2010. | 350.00/hr | 0.40 | 140.00 |
|  | DKH | Attended Omnibus hearing telephonically. | 350.00/hr | 1.00 | 350.00 |
|  | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning the outcome of the Omnibus hearing today. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24270], [24271], [24285]) Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.30 | 105.00 |
| 2/18/2010 | DKH | E-mail correspondence with Bridget Despres (David Thompson) concerning the hearing in the CCAA on the 19th and related matters. | 350.00/hr | 0.50 | 175.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning teleconference this afternoon. | 350.00/hr | 0.20 | 70.00 |
| 2/19/2010 | DKH | E-mail correspondence with karajo@pcsia.net (Wesley A. Brinegar) concerning US ZAI claim. | 350.00/hr | 0.20 | 70.00 |
| 2/20/2010 | DKH | E-mail correspondence with Matt Moloci concerning Crown's appeal and related topics. | 350.00/hr | 0.20 | 70.00 |

Lauzon Belanger, inc.                                                                      Page    14

| | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 2/20/2010 | DKH | E-mail correspondence with Matt Moloci concerning list of unresolved issues. | | 350.00/hr | 0.20 | 70.00 |
| 2/22/2010 | DKH | Telephone conversation with Matt Moloci concerning issues related to MOS. | | 350.00/hr | 0.40 | 140.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Withdrawal of Appearance of David Bernick Filed by W.R. Grace & Co., et al. Transmitted to client. | | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with David Thompson;'Matt Moloci' transmitting Bernick withdrawal of appearance. | | 350.00/hr | 0.30 | 105.00 |
| 2/24/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Stipulation Among the Plan Proponents and Morgan Stanley Senior Funding, Inc. Regarding Rate of Post-Petition Interest for Claims of Morgan Stanley Senior Funding, Inc. as Assignee of Certain Claims of Bank of America, N.A. Under the Joint Plan By W.R. Grace & Co., et al. Filed by W.R. Grace & Co., et al. | | 350.00/hr | 0.40 | 140.00 |
| 2/25/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Omnibus Objection to Claims /Twenty-Eighth Omnibus Objection to Employee Claims (Substantive Objection). Filed by W.R. Grace & Co., et al. | | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding Resolution of Crown Appeal of Amended and Restated Canadian ZAI Minutes of Settlement Filed by W.R. Grace & Co., et al. | | 350.00/hr | 0.40 | 140.00 |
| | DKH | E-mail correspondence with Matt Moloci.  Reviewed chain of emails concerning discussions with Grace Canada. | | 350.00/hr | 0.20 | 70.00 |
| | DKH | Teleconference with David Thompson and Matt Moloci concerning issues related to MOS and negotiations. | | 350.00/hr | 1.00 | 350.00 |
| | | SUBTOTAL: | | | [22.70 | 7,513.00] |

March 2010

| | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 3/2/2010 | DKH | E-mail correspondence with Bridget Despres (david Thompson) concerning  telephone discussion with Orestes Pasparakis and related negotiations. | | 350.00/hr | 0.30 | 105.00 |

Lauzon Belanger, inc.                                                                                                Page    15

| | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 3/2/2010 | DKH | E-mail correspondence with David Thompson concerning my availability for a teleconference. | | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with David Thompson confirming the teleconference. | | 350.00/hr | 0.20 | 70.00 |
| 3/4/2010 | DKH | Attended teleconference with Rep Counsel and Debtors counsel; notes to file.  Separate phone conversation with Rep Counsel. | | 350.00/hr | 2.00 | 700.00 |
| 3/5/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certificate of No Objection (No Order Required) Regarding Eighty-Fourth Application of Blackstone Advisory Services L.P. (Blackstone), as Financial Advisory to W. R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of November 1, 2009 through November 30, 2009. | | 350.00/hr | 0.30 | 105.00 |
| 3/10/2010 | DKH | E-mail correspondence with Matt Moloci concerning teleconference set for today. | | 350.00/hr | 0.20 | 70.00 |
| 3/11/2010 | DKH | E-mail correspondence with Matt Moloci concerning call with Careen and Michel this afternoon to be sure they are up-to-date and on-side before proceeding further. | | 350.00/hr | 0.20 | 70.00 |
| 3/12/2010 | DKH | Teleconference with David Thompson and Matt Moloci. | | 350.00/hr | 0.80 | 280.00 |
| | DKH | E-mail correspondence with David Thompson concerning conversation with Ted Freehman. | | 350.00/hr | 0.20 | 70.00 |
| | DKH | Telephone conversation with Ted Freehman concerning issues related to the Canadian ZAI claims process. | | 350.00/hr | 0.30 | 105.00 |
| 3/15/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/22/2010 at 09:30 AM. | | 350.00/hr | 0.30 | 105.00 |
| 3/16/2010 | DKH | E-mail correspondence with David Thompson transmitting Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/22/2010 at 09:30 AM. | | 350.00/hr | 0.20 | 70.00 |
| 3/17/2010 | DKH | E-mail correspondence from Matt Moloci laying out the framework for the substantial contribution motions. | | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with Ana Dobson informing the Crown of our plans. | | 350.00/hr | 0.20 | 70.00 |

Lauzon Belanger, inc.                                                                                       Page    16

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/17/2010 | DKH | E-mail correspondence with David Thompson concerning our rights with TF and voicemail from Frank Monaco who is confused by the inclusion of our matters on the agenda. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with David Thompson concerning my phone conversation with Ted Freehman. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with David Thompson concerning request that our Special Counsel appointment not end at Plan Confirmation but at the Effective Date. | 350.00/hr | 0.20 | 70.00 |
| | DKH | Teleconference with Canadian Rep Counsel. | 350.00/hr | 0.50 | 175.00 |
| | DKH | E-mail correspondence with Matt Moloci.  Reviewed email chain from the Crown regarding the two applications. | 350.00/hr | 0.30 | 105.00 |
| | DKH | Reviewed forms of order for Appointment as Special Counsel, revised same; telephone conversations with Debtors Counsel concerning Certification of Counsel. | 350.00/hr | 1.00 | 350.00 |
| | DKH | Telephone conversation with Frank Monaco concerning applications of Rep Counsel and scheduling issues. | 350.00/hr | 0.30 | 105.00 |
| | DKH | Telephone conversation with Ted Freehman concerning Representative Counsel's decision on how to proceed. | 350.00/hr | 0.50 | 175.00 |
| | KEH | AM meeting with DKHogan, re: action needed, re: motions for appointment of counsel (0.6); Begin draft of Certification of Counsel - consult with DKHogan (1.0) | 190.00/hr | 1.60 | 304.00 |
| 3/18/2010 | DKH | Worked on Certification of Counsel and related forms of order regarding appointment of Representative Counsel as Special Counsel. | 350.00/hr | 2.00 | 700.00 |
| | DKH | E-mail correspondence with Bridget Despres (David Thompson) concerning attendance at the May 3 hearing. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with response@courtcall.com.  Reviewed confirmation of telephonic court appearance for Monday March 22, 2010. | 350.00/hr | 0.20 | 70.00 |
| | DKH | E-mail correspondence with Rick Wyron transmitting proposed Certification of Counsel prepared in connection with the above referenced applications. | 350.00/hr | 0.30 | 105.00 |

Lauzon Belanger, inc.                                                                                    Page      17

|            |     |                                                                                                                                                                                                                                                                                                              | Rate       | Hours | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-------|-----------|
| 3/18/2010  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24451]) Filed by W.R. Grace & Co., et al.                                                                                                                    | 350.00/hr  | 0.30  | 105.00    |
|            | KEH | Meetings with DKHogan, re: revisions to COC and orders; Revise COC and orders per instructions - prepare blackline versions of orders; Further revision to COC and orders                                                                                                                                          | 190.00/hr  | 3.50  | 665.00    |
|            | KEH | Meeting with DKHogan (0.4); Prepare draft of certification of counsel (2.0); E-mail correspondence with Daniel K. Hogan transmitting draft of COC (0.2); Review emails from counsel and revise each order with agreed language (0.7);                                                                               | 190.00/hr  | 3.10  | 589.00    |
| 3/19/2010  | DKH | E-mail correspondence with Deanna Boll concerning form of orders.                                                                                                                                                                                                                                                 | 350.00/hr  | 0.20  | 70.00     |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Certification of Counsel Regarding the Canadian ZAI Claimants' Application for Appointment of Special Counsel and The Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel (related document(s)[24031], [24032]) Filed by Canadian ZAI Claimants. | 350.00/hr  | 0.30  | 105.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service /Notice of Fourth Set of Modifications to Joint Plan of Reorganization (related document(s)[20872], [20874], [20877]) Filed by W.R. Grace & Co., et al.                                                      | 350.00/hr  | 1.00  | 350.00    |
|            | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24451], [24467]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/22/2010 at 09:30 AM.                                                              | 350.00/hr  | 0.30  | 105.00    |
|            | DKH | E-mail correspondence with Wyron, Richard H. concerning changes to form of orders.                                                                                                                                                                                                                                | 350.00/hr  | 0.20  | 70.00     |
|            | DKH | Finalize Certification of Counsel for Special Counsel Applications and forms of order.  Telephone and email dialogue with FCR counsel and Debtors counsel concerning the language in the forms of order.                                                                                                           | 350.00/hr  | 3.00  | 1,050.00  |
|            | DKH | E-mail correspondence with Deanna Boll concerning appointment of Special Counsel through to effective date.                                                                                                                                                                                                        | 350.00/hr  | 0.20  | 70.00     |

Lauzon Belanger, inc.                                                                          Page    18

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/19/2010 | KEH | E-mail correspondences with 'Luckey, James' at IKON Office Solution regarding service of COC. | 190.00/hr | 0.40 | 76.00 |
| | KEH | Electronically file COC (0.4); E-mail correspondence with Judge Fitzgerald transmitting COC. | 190.00/hr | 0.60 | 114.00 |
| | KEH | Revision to COC consistent with proposed order. | 190.00/hr | 0.20 | 38.00 |
| | KEH | Meeting with DKHogan, revise documents per instructions; E-mail correspondence with 'dboll@kirkland.com';'rwyron@orrick.com';'tfreedman@kirkland.com' transmitting revised documents. | 190.00/hr | 0.50 | 95.00 |
| | KEH | Review and save docket dated 9/1/08 to 12/21/09 - forward same to DKHogan. | 190.00/hr | 0.30 | 57.00 |
| | KEH | Meeting with DKHogan, re: further changes to COC and orders; review email from Deanna Boll - make revisions per instructions. | 190.00/hr | 1.30 | 247.00 |
| 3/20/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Service of Plan Proponents' Updated and Amended Chart Summarizing Confirmation Requirements and Remaining Objections to the First Amended Joint Plan of Reorganization | 350.00/hr | 0.50 | 175.00 |
| 3/21/2010 | DKH | Read case law on issue of substantial contribution. | 350.00/hr | 3.00 | 1,050.00 |
| 3/22/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24451], [24467], [24480]) Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.30 | 105.00 |
| | DKH | E-mail correspondence with James O'Neill concerning the cancellation of the hearing for today. | 350.00/hr | 0.20 | 70.00 |
| | DKH | Reviewed local rules on substantial contribution requirements and related matters.  Reviewed substantial contribution application filed in 2008.  Reviewed affidavits of Michel Bélanger and Matt Moloci in support of Special Counsel applications. | 350.00/hr | 3.00 | 1,050.00 |
| | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed declarations and affidavits from special counsel motion in preparation for motions for substantial contribution motions. | 350.00/hr | 1.00 | 350.00 |
| | DKH | E-mail correspondence to Representative Counsel transmitting the pertinent parts of local bankruptcy rule 2016-2 (d) and (e). | 350.00/hr | 0.30 | 105.00 |

Lauzon Belanger, inc.                                                                                    Page    19

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/22/2010 | DKH | E-mail correspondence with Representative Counsel transmitting an example of invoicing that complies with the local rules. | 350.00/hr | 0.30 | 105.00 |
|  | KEH | Prepare History Invoice (9/1/08 to 12/21/09) in preparation of fee application and breakdown of categories on same. | 190.00/hr | 8.20 | 1,558.00 |
| 3/23/2010 | DKH | E-mail correspondence with Matt Moloci and Careen Hannouche concerning the fee applications. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | Reviewed and revised breakdown of THF invoice in preparation for substantial contribution motions. | 350.00/hr | 1.40 | 490.00 |
|  | DKH | E-mail correspondence with Matt Moloci.  Reviewed LB's and SH's draft time and disbursement summaries for September 1, 2008 through to December 20, 2009. | 350.00/hr | 0.50 | 175.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning whether the time summaries must be provided in English. | 350.00/hr | 0.20 | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci agreeing to postpone the filing of fee applications until May. | 350.00/hr | 0.20 | 70.00 |
| 3/24/2010 | DKH | E-mail correspondence with Gillian Andrews.  Reviewed memorandum and case law on issue of comity. | 350.00/hr | 1.50 | 525.00 |
|  | GLA | Review of comity cases; Drafting memo on case law; Email transmission to Dan Hogan | 190.00/hr | 2.50 | 475.00 |
| 3/26/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Hearing ALL MATTERS THAT WERE SCHEDULED FOR MARCH 22, 2010, WILL BE HEARD ON THE APRIL 19, 2010, OMNIBUS DATE. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed MODIFIED Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants (related document(s)[24032]). Signed on 3/19/2010. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed MODIFIED Order Granting the Canadian ZAI Claimants' Application for Appointment of Special Counsel (related document(s)[24031]). Signed on 3/19/2010. | 350.00/hr | 0.30 | 105.00 |
|  | DKH | E-mail correspondence with 'Matt Moloci & David Thompson transmitting the signed orders appointing Special Counsel. | 350.00/hr | 0.30 | 105.00 |

Lauzon Belanger, inc.                                                                                           Page    20

|  | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/30/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service /Notice of Filing and Service of Plan Proponents' Updated and Amended Chart (Revised) Summarizing Confirmation Requirements and Remaining Objections to the First Amended Joint Plan of Reorganization [Related to Docket Nos. 22129, 23114, 24014 and 24476] Filed by W.R. Grace & Co., et al. | 350.00/hr | 0.70 | 245.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning changes to the fee application invoices. | 350.00/hr | 0.30 | 105.00 |
| 3/31/2010 | DKH | E-mail correspondence with Matt Moloci.  Reviewed the order of the CCAA limiting LB's role going forward. | 350.00/hr | 0.30 | 105.00 |
| | KEH | E-mail correspondence with Deanna Boll, re: fee application order. | 190.00/hr | 0.20 | 38.00 |

SUBTOTAL:                                                                                [54.80      15,596.00]

For professional services rendered                                             179.40      $56,262.00

Additional Charges :

December 2009

| 12/22/2009 | IKON Office Solutions - Inv. #WIL09120277; copy and serve DKHogan Application. | 189.98 |
|---|---|---|
| 12/28/2009 | IKON Office Solutions - Inv. #WIL09120278 - copy and serve Repr Counsel's Application | 204.79 |
| 12/31/2009 | PACER Quarterly Statement - (10/1/09-12/31/09) | 10.00 |

SUBTOTAL:                                                                                       [      404.77]

January 2010

| 1/8/2010 | CourtCall costs for December 2009/January 2010 | 640.00 |
|---|---|---|
| 1/15/2010 | IKON Office Solutions- Delivery of Leave Motion | 194.67 |
| 1/19/2010 | IKON Office Solution- Deliver/Mailing of Reply | 190.95 |
| | Photocopies (in House) - Motions; Reply; Binders; Misc. documents | *360.00 |

SUBTOTAL:                                                                                      [    1,385.62]

```
*1800 copies billed @ $.20; Del. Bankr. LR 2016-2(e)(iii)
  allows for $.10 per page.  Requested amount is $180.00.
```

Lauzon Belanger, inc.                                                                          Page    21

|  |  | Amount |
|---|---|---|
| **February 2010** | | |
| 2/8/2010 | J&J Court Transcribers, Inc.; 1/25/2010 Hearing Transcript | 346.00 |
| | SUBTOTAL: | [    346.00] |
| **March 2010** | | |
| 3/19/2010 | Ikon Office Solutions- Certificate of Counsel | 100.53 |
| | SUBTOTAL: | [    100.53] |

Total additional charges          **Requested Amount $2,056.92**          $2,236.92

For professional services rendered                                    179.40      $58,498.92

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 138.60 | 350.00 | $48,510.00 |
| Gillian Andrews | 5.10 | 190.00 | $969.00 |
| Karen E. Harvey | 35.70 | 190.00 | $6,783.00 |