IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: May 21, 2010 @ 4:00 p.m. |
| _____ | ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |

**ORDER GRANTING FIRST QUARTERLY APPLICATION
OF THE HOGAN FIRM FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR DECEMBER 22, 2009, THROUGH MARCH 31, 2010**

The Hogan Firm ("Applicant"), counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel"), filed its First Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From December 22, 2009, through March 31, 2010 ("First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is

ORDERED that the First Quarterly Application is GRANTED on an interim basis. Debtors shall pay to The Hogan Firm the sum of $56,262.00 as compensation and $2,056.92 as reimbursement of expenses, for a total of $58,318.92 for services rendered and disbursements incurred by The Hogan Firm for the period December 22, 2009, through March 31, 2010, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____          _____
                                United States Bankruptcy Judge

1