IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY, | ) | Case No.: 04-11300 (JKF) |
| | ) | |
| Debtor. | ) | |
| | ) | **Objection Deadline: May 20, 2010 @ 4:00 p.m.** |
| | ) | |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

TO:   The Notice Parties as defined in the Order Appointing Fee Auditor

Name of Applicant:                                            Campbell & Levine, LLC (Delaware and Associated Counsel)

Authorized to Provide Professional Services to:   The Official Committee of Asbestos Claimants

Date of retention:                                            July 13, 2004, *nunc pro tunc* to May 18, 2004

Period for which compensation and                March 1, 2010 through March 31, 2010
reimbursement is sought:

Summary of Monthly Fee and Expense Statements:

| | | **Requested** | | **Paid** | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 8/27/04 | May 18, 2004 – June 30, 2004 | $25,437.60 (80% of $31,797.00) | $738.40 | $25,437.60 | $738.40 |
| 8/27/04 | July, 2004 | $17,922.80 (80% of $22,403.50) | $1,023.75 | $17,922.80 | $1,023.75 |
| 9/30/04 | August, 2004 | $15,803.20 (80% of $19,754.00) | $537.12 | $15,803.20 | $537.12 |
| 10/25/04 | September, 2004 | $5,767.20 (80% of $7,209.00) | $361.42 | $5,767.20 | $361.42 |
| 11/29/04 | October, 2004 | $4,894.00 (80% of $6,117.50) | $95.08 | $4,894.00 | $95.08 |
| 12/29/04 | November, 2004 | $3,928.40 (80% of $4,910.50) | $75.08 | $3,928.40 | $75.08 |
| 1/27/05 | December, 2004 | $6,711.20 (80% of $8,389.00) | $447.40 | $6,711.20 | $447.40 |

{D0174679.1 }

| | | | | | |
|---|---|---|---|---|---|
| 2/25/05 | January, 2005 | $4,754.40 (80% of $5,943.00) | $228.59 | $4,754.40 | $228.59 |
| 3/30/05 | February, 2005 | $7,573.20 (80% of $9,466.50) | $1,221.46 | $7,573.20 | $1,221.46 |
| 5/2/05 | March, 2005 | $11,219.60 (80% of $14,024.50) | $1,983.13 | $11,219.60 | $1,983.13 |
| 5/25/05 | April, 2005 | $5,806.80 (80% of $7,258.50) | $285.67 | $5,806.80 | $285.67 |
| 6/28/05 | May, 2005 | $8,578.40 (80% of $10,723.00) | $415.08 | $8,578.40 | $415.08 |
| 7/28/05 | June, 2005 | $7,889.60 (80% of $9,862.00) | $543.60 | $7,889.60 | $543.60 |
| 8/29/05 | July, 2005 | $10,538.80 (80% of $13,173.50) | $409.68 | $10,538.80 | $409.68 |
| 9/27/05 | August, 2005 | $10,088.80 (80% of $12,611.00) | $330.67 | $10,088.80 | $330.67 |
| 10/27/05 | September, 2005 | $8,996.00 (80% of $11,245.00) | $1,329.38 | $8,996.00 | $1,329.38 |
| 11/29/05 | October, 2005 | $7,471.20 (80% of $9,339.00) | $294.43 | $7,471.20 | $294.43 |
| 12/27/05 | November, 2005 | $5,490.00 (80% of $6,862.50) | $252.18 | $5,490.00 | $252.18 |
| 1/30/06 | December, 2005 | $6,107.20 (80% of $7,634.00) | $437.11 | $6,107.20 | $437.11 |
| 2/27/06 | January, 2006 | $3,927.20 (80% of $4,909.00) | $128.06 | $3,927.20 | $128.06 |
| 3/28/06 | February, 2006 | $4,216.00 (80% of $5,270.00) | $159.95 | $4,216.00 | $159.95 |
| 4/27/06 | March, 2006 | $5,654.40 (80% of $7,068.00) | $382.46 | $5,654.40 | $382.46 |
| 5/26/06 | April, 2006 | $6,815.20 (80% of $8,519.00) | $147.71 | $6,815.20 | $147.71 |
| 6/27/06 | May, 2006 | $9,968.40 (80% of $12,460.50) | $68.18 | $9,968.40 | $68.18 |

| | | | | | |
|---|---|---|---|---|---|
| 8/1/06 | June, 2006 | $8,017.60 (80% of $10,022.00) | $453.73 | $8,017.60 | $453.73 |
| 8/28/06 | July, 2006 | $4,224.80 (80% of $5,281.00) | $136.85 | $4,224.80 | $136.85 |
| 9/27/06 | August, 2006 | $6,110.80 (80% of $7,638.50) | $211.98 | $6,110.80 | $211.98 |
| 10/27/06 | September, 2006 | $5,418.00 (80% of $6,772.50) | $404.66 | $5,418.00 | $404.66 |
| 11/30/06 | October, 2006 | $4,874.80 (80% of $6,093.50) | $144.60 | $4,874.80 | $144.60 |
| 12/27/06 | November, 2006 | $5,000.40 (80% of $6,250.50) | $26.96 | $5,000.40 | $26.96 |
| 1/29/07 | December, 2006 | $6,063.60 (80% of $7,579.50) | $404.68 | $6,063.60 | $404.68 |
| 2/28/07 | January, 2007 | $7,072.80 (80% of $8,841.00) | $80.64 | $7,072.80 | $80.64 |
| 3/28/07 | February, 2007 | $5,009.60 (80% of $6,262.00) | $90.54 | $5,009.60 | $90.54 |
| 4/27/07 | March, 2007 | $6,254.00 (80% of $7,817.50) | $511.44 | $6,254.00 | $511.44 |
| 5/31/07 | April, 2007 | $3,714.80 (80% of $4,643.50) | $154.32 | $3,714.80 | $154.32 |
| 6/27/07 | May, 2007 | $5,923.20 (80% of $7,404.00) | $33.70 | $5,923.20 | $33.70 |
| 7/30/07 | June, 2007 | $10,948.80 (80% of $13,686.00) | $454.55 | $10,948.80 | $454.55 |
| 8/29/07 | July, 2007 | $8,282.00 (80% of $10,352.50) | $54.87 | $8,282.00 | $54.87 |
| 9/28/07 | August, 2007 | $4,586.80 (80% of $5,733.50) | $174.61 | $4,586.80 | $174.61 |
| 10/26/07 | September, 2007 | $5,270.80 (80% of $6,588.50) | $567.23 | $5,270.80 | $567.23 |
| 11/29/07 | October, 2007 | $10,590.80 (80% of $13,238.50) | $652.81 | $10,590.80 | $652.81 |

| | | | | | |
|---|---|---|---|---|---|
| 12/21/07 | November, 2007 | $5,988.40 (80% of $7,485.50) | $462.88 | $5,988.40 | $462.88 |
| 1/30/08 | December, 2007 | $5,679.20 (80% of $7,099.00) | $545.94 | $5,679.20 | $545.94 |
| 2/29/08 | January, 2008 | $5,194.00 (80% of $6,492.50) | $366.06 | $5,194.00 | $366.06 |
| 3/27/08 | February, 2008 | $6,100.40 (80% of $7,625.50) | $323.36 | $6,100.40 | $323.36 |
| 4/29/08 | March, 2008 | $6,398.80 (80% of $7,998.50) | $894.20 | $6,398.80 | $894.20 |
| 5/30/08 | April, 2008 | $10,006.40 (80% of $12,508.00) | $187.34 | $10,006.40 | $187.34 |
| 6/24/08 | May, 2008 | $5,464.40 (80% of $6,830.50) | $284.76 | $5,464.40 | $284.76 |
| 7/25/08 | June, 2008 | $10,712.00 (80% of $13,390.00) | $743.84 | $10,712.00 | $743.84 |
| 8/26/08 | July, 2008 | $10,618.00 (80% of $13,272.50) | $203.46 | $10,618.00 | $203.46 |
| 9/30/08 | August, 2008 | $7,583.20 (80% of $9,479.00) | $1,323.63 | $7,583.20 | $1,323.63 |
| 10/29/08 | September, 2008 | $13,512.00 (80% of $16,890.00) | $815.90 | $13,512.00 | $815.90 |
| 11/26/08 | October, 2008 | $5,786.80 (80% of $7,233.50) | $337.56 | $5,786.80 | $337.56 |
| 12/29/08 | November, 2008 | $8,992.00 (80% of $11,240.00) | $492.70 | $8,992.00 | $492.70 |
| 1/30/09 | December, 2008 | $7,017.60 (80% of $8,772.00) | $629.62 | $7,017.60 | $629.62 |
| 2/27/09 | January, 2009 | $10,691.20 (80% of $13,364.00) | $290.16 | $10,691.20 | $290.16 |
| 3/30/09 | February, 2009 | $6,630.40 (80% of $8,288.00) | $341.79 | $6,630.40 | $341.79 |
| 4/28/09 | March, 2009 | $5,125.20 (80% of $6,406.50) | $544.37 | $5,125.20 | $544.37 |

| 5/27/09 | April, 2009 | $5,218.88 (80% of $6,523.60) | $82.46 | $5,218.88 | $82.46 |
| --- | --- | --- | --- | --- | --- |
| 6/29/09 | May, 2009 | $4,392.40 (80% of $5,490.50) | $218.35 | $4,392.40 | $218.35 |
| 7/29/09 | June, 2009 | $5,694.80 (80% of $7,118.50) | $425.60 | $5,694.80 | $425.60 |
| 8/28/09 | July, 2009 | $4,797.20 (80% of $5,996.50) | $286.09 | $4,797.20 | $286.09 |
| 9/25/09 | August, 2009 | $4,595.20 (80% of $5,744.00) | $133.14 | $4,595.20 | $133.14 |
| 10/29/09 | September, 2009 | $5,975.60 (80% of $7,469.50) | $369.29 | $5,975.60 | $369.29 |
| 11/30/09 | October, 2009 | $5,076.40 (80% of $6,345.50) | $114.24 | $5,076.40 | $114.24 |
| 12/28/2009 | November, 2009 | $7,755.20 (80% of $9,694.00) | $1,172.60 | $7,755.20 | $1,172.60 |
| 1/28/09 | December, 2009 | $7,618.40 (80% of $9,523.00) | $414.24 | $7,618.40 | $414.24 |
| 2/26/10 | January, 2010 | $7,055.60 (80% of $8,819.50) | $202.50 | Pending | Pending |
| 3/29/10 | February, 2010 | $5,076.00 (80% of $6,345.00) | $493.19 | Pending | Pending |
| **4/22/10** | **March, 20101** | **$6,352.80 (80% of $7,941.00)** | **$479.47** | **Pending** | **Pending** |

PLEASE TAKE NOTICE that Campbell & Levine, LLC (the "Applicant") has today filed this Notice of Monthly Fee and Expense Invoice for March 1, 2010 through March 31, 2010 (this "Monthly Statement") pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committee and Consideration of Fee Applications (the "Fee Auditor Order").

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 20, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 4th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the Debtor and counsel to the Debtor that no objection, or an objection, has been filed with the Court relative to this Notice, whichever is applicable, after which the Debtors shall pay to the Professional an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in this Monthly Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection. All fees and expenses in this Monthly Fee Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objection at such time.

[Remainder of page intentionally left blank]

Dated: April 30, 2010

        CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*
Marla Rosoff Eskin (I.D. #2989)
Kathleen Campbell Davis (I.D. #4229)
800 N. King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900
kdavis@camlev.com

*Delaware and Associated Counsel for the Official Committee of Asbestos Claimants*