**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:    2300-00D
STATEMENT NO:    79

Costs and Expenses
1

PREVIOUS BALANCE $4,256.01

| | | |
|---|---|---:|
| 03/01/2010 | Parcels, Inc. - Hand delivery to U.S. District Court | 15.00 |
| 03/01/2010 | Parcels, Inc. - Hand delivery to Judge Fitzgerald | 7.50 |
| 03/01/2010 | Pacer charges for the month of February | 10.56 |
| 03/04/2010 | IKON - Copy/ service January 2010 fee application for Caplin & Drysdale | 46.38 |
| 03/15/2010 | IKON - Copy/ service of interim fee application for Campbell & Levine and Frank/ Gecker | 167.45 |
| 03/16/2010 | IKON - Copy/ service of interim fee application for Charter Oak and Caplin & Drysdale | 76.58 |
| 03/22/2010 | Postage - January certificates of no objection | 2.10 |
| 03/29/2010 | IKON - Copy/ service of February fee application for Frank/Gecker, Caplin & Drysdale and Campbell & Levine | 99.30 |
| 03/31/2010 | Printing Charges March 2010 | 49.60 |
| 03/31/2010 | Scanning Charges March 2010 | 5.00 |
| | TOTAL EXPENSES | 479.47 |
| | | |
| | TOTAL CURRENT WORK | 479.47 |
| | | |
| 03/08/2010 | Payment - Thank you. (December, 2009 - 100% Expenses) | -414.24 |
| 03/29/2010 | Payment - Thank you.  (January, 2010 - 100% Expenses) | -202.50 |
| | TOTAL PAYMENTS | -616.74 |
| | | |
| | BALANCE DUE | $4,118.74 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:      2300-01D
STATEMENT NO:            73

Asbestos Personal Injury Issues
1

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $372.50 |
| 03/19/2010 | Payment - Thank you.  (February, 2009 - 20% Fees) | -138.00 |
| | BALANCE DUE | $234.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:      2300-03D
STATEMENT NO:              76

Asset Analysis and Recovery
1

PREVIOUS BALANCE                                                    $6,945.00

BALANCE DUE                                                         $6,945.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:        2300-04D
STATEMENT NO:              74

Automatic Stay/Adequate Protection
1

|  |  |
|---|---|
| PREVIOUS BALANCE | $4,253.50 |
| BALANCE DUE | $4,253.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:    2300-05D
STATEMENT NO:    74

Business Operations/General Corporate/Real Estate
1

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,095.20 |
| **03/04/2010** | | | |
| MTH | Review correspondence from BR re analysis of Purchase/Lease Motion | 0.10 | 36.00 |
| **03/08/2010** | | | |
| MTH | Reviewing Aviva response to asset purchase and leaseback motion | 0.10 | 36.00 |
| MTH | Reviewing ITCAN Response to Canton GA Motion | 0.10 | 36.00 |
| **03/16/2010** | | | |
| MTH | Reviewing COC re Canton GA property | 0.10 | 36.00 |
| **03/22/2010** | | | |
| MTH | Reviewing Order entered re Canton GA property | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 0.50 | 180.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $360.00 | $180.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 180.00 |

| | | |
|---|---|---|
| 03/08/2010 | Payment - Thank you. (December, 2009 - 80% Fees) | -280.00 |
| 03/29/2010 | Payment - Thank you.  (January, 2010 - 80% Fees) | -144.00 |
| | TOTAL PAYMENTS | -424.00 |
| | BALANCE DUE | $2,851.20 |

Flintkote

03/31/2010

ACCOUNT NO:        2300-05D
STATEMENT NO:              74

Business Operations/General Corporate/Real Estate
1

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td></td><td>03/31/2010</td></tr>
<tr><td>ACCOUNT NO:</td><td>2300-06D</td></tr>
<tr><td>STATEMENT NO:</td><td>79</td></tr>
</table>

Case Administration
1

|  | PREVIOUS BALANCE |  | $28,722.64 |
|---|---|---|---|

|  |  | HOURS |  |
|---|---|---|---|
| **03/01/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Review correspondence from SB re Maclay pro hac motion | 0.10 | 36.00 |
| **03/02/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/03/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/04/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/05/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |

Flintkote

Case Administration
1

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/08/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review correspondence from EI re status of matters | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/09/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/10/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/11/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/12/2010** | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period February, 2010 Filed by The Flintkote Company, Flintkote Mines Limited. | 0.70 | 290.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/15/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |

Flintkote

Case Administration
1

| | | | HOURS | |
|---|---|---|---|---|
| **03/16/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/17/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/18/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period February 1, 2010 through February 28, 2010. | 0.70 | 290.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/19/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/22/2010** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review correspondence from SB re daily pleadings | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/23/2010** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/24/2010** | | | | |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |

Page: 4
03/31/2010

Flintkote

ACCOUNT NO:      2300-06D
STATEMENT NO:              79

Case Administration
1

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/25/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 03/26/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| 03/29/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| 03/30/2010 | | | | |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 33.00 |
| 03/31/2010 | | | | |
| | MTH | Review daily memo | 0.10 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| | | FOR CURRENT SERVICES RENDERED | 11.60 | 2,547.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 2.10 | $415.00 | $871.50 |
| Santae M. Boyd | 4.40 | 100.00 | 440.00 |
| Mark T. Hurford | 2.70 | 360.00 | 972.00 |
| Katherine Hemming | 2.40 | 110.00 | 264.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 2,547.50 |

| 03/08/2010 | Payment - Thank you. (December, 2009 - 80% Fees) | -1,699.60 |

Flintkote

Page: 5
03/31/2010
ACCOUNT NO:    2300-06D
STATEMENT NO:            79

Case Administration
1

| | | |
|---|---|---:|
| 03/19/2010 | Payment - Thank you.  (February, 2009 - 20% Fees) | -413.90 |
| 03/19/2010 | Payment - Thank you.  (March, 2009 - 20% Fees) | -400.30 |
| 03/19/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -389.32 |
| 03/29/2010 | Payment - Thank you.  (January, 2010 - 80% Fees) | -1,275.60 |
| | TOTAL PAYMENTS | -4,178.72 |
| | BALANCE DUE | $27,091.42 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:        2300-07D
STATEMENT NO:               74

Flintkote Mines
1

PREVIOUS BALANCE                                              $7,545.50

BALANCE DUE                                                   $7,545.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:        2300-08D
STATEMENT NO:               73

Claims Administration and Analysis (Non-Asbestos)
1

PREVIOUS BALANCE                                               $332.00

BALANCE DUE                                                    $332.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:      2300-09D
STATEMENT NO:              79

Committee Matters and Creditor Meetings
1

|  |  | | HOURS |  |
|---|---|---|---|---|
|  | PREVIOUS BALANCE | | | $26,148.80 |
| 03/01/2010 | | | | |
| MK | Review committee events calendar. | | 0.10 | 13.50 |
| SMB | Prepare and file 2019 of Cooney and Conway; e-mail confirmation of same | | 0.40 | 40.00 |
| 03/02/2010 | | | | |
| MTH | Correspondence re filing and service of Maclay pro hac motion; reviewing correspondence from SB to Maclay re same | | 0.10 | 36.00 |
| 03/03/2010 | | | | |
| MTH | Correspondence to KCM re pro hac order | | 0.10 | 36.00 |
| 03/04/2010 | | | | |
| MTH | Review correspondence from EI re Charter Oak analysis | | 0.10 | 36.00 |
| 03/05/2010 | | | | |
| SMB | Prepare weekly memorandum | | 0.60 | 60.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | | 0.40 | 144.00 |
| DAC | Review counsel's weekly memorandum | | 0.10 | 47.50 |
| 03/08/2010 | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.50 |
| 03/09/2010 | | | | |
| DAC | Review memorandum re: plan status | | 0.10 | 47.50 |
| 03/11/2010 | | | | |
| SMB | Prepare weekly recommendation memorandum | | 0.20 | 20.00 |

Flintkote

Committee Matters and Creditor Meetings
1

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **03/12/2010** | | | | |
| | MK | Review memorandum and update attorneys' case calendars. | 0.10 | 13.50 |
| | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 10.00 |
| | MTH | Prepare weekly recommendation memo | 0.30 | 108.00 |
| **03/15/2010** | | | | |
| | SMB | Prepare and file 2019 of Edward O'Moody; e-mail confirmation of same | 0.40 | 40.00 |
| | DAC | Review counsel's weekly memorandum | 0.10 | 47.50 |
| **03/18/2010** | | | | |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| **03/19/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| | KH | Finalize Weekly Recommendation Memos and e-mail to Committee | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| | DAC | Review counsel's weekly memorandum | 0.10 | 47.50 |
| | MTH | Prepare weekly recommendation memo | 0.50 | 180.00 |
| **03/22/2010** | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| **03/26/2010** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters for ACC. | 0.10 | 41.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| | MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| | MTH | Prepare weekly recommendation memo | 0.40 | 144.00 |
| **03/29/2010** | | | | |
| | MK | Review committee events calendar. | 0.10 | 13.50 |
| | | FOR CURRENT SERVICES RENDERED | 5.80 | 1,390.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $475.00 | $190.00 |
| Philip E. Milch | 0.30 | 415.00 | 124.50 |
| Michele Kennedy | 0.50 | 135.00 | 67.50 |
| Santae M. Boyd | 2.30 | 100.00 | 230.00 |
| Mark T. Hurford | 2.10 | 360.00 | 756.00 |
| Katherine Hemming | 0.20 | 110.00 | 22.00 |

Page: 3
03/31/2010

Flintkote

ACCOUNT NO:    2300-09D
STATEMENT NO:    79

Committee Matters and Creditor Meetings
1

TOTAL CURRENT WORK    1,390.00

| Date | Description | Amount |
|------|-------------|--------|
| 03/08/2010 | Payment - Thank you. (December, 2009 - 80% Fees) | -1,904.40 |
| 03/19/2010 | Payment - Thank you.  (February, 2009 - 20% Fees) | -617.50 |
| 03/19/2010 | Payment - Thank you.  (March, 2009 - 20% Fees) | -260.50 |
| 03/19/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -539.20 |
| 03/29/2010 | Payment - Thank you.  (January, 2010 - 80% Fees) | -2,355.60 |
| | TOTAL PAYMENTS | -5,677.20 |
| | BALANCE DUE | $21,861.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:          2300-10D
STATEMENT NO:                76

Creditor Inquiries
1

PREVIOUS BALANCE                                                                         $206.50

BALANCE DUE                                                                              $206.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:      2300-11D
STATEMENT NO:              77

Employee Benefits/Pensions
1

PREVIOUS BALANCE                                         $5,852.00

BALANCE DUE                                              $5,852.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:      2300-12D
STATEMENT NO:              7

Environmental Issues
1

PREVIOUS BALANCE                                                          $42.00

BALANCE DUE                                                               $42.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:        2300-13D
STATEMENT NO:                75

Executory Contracts/Unexpired Lease
1

PREVIOUS BALANCE                                                        $116.50

BALANCE DUE                                                            $116.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:      2300-14D
STATEMENT NO:           78

Fee Applications, Applicant
1

PREVIOUS BALANCE                                              $5,001.90

|            |     |                                                                                                                                                           | HOURS |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 03/02/2010 |     |                                                                                                                                                           |       |        |
|            | PEM | Review February prebill for Pgh time.                                                                                                                     | 0.10  | 41.50  |
| 03/04/2010 |     |                                                                                                                                                           |       |        |
|            | KH  | Review February prebill                                                                                                                                   | 0.20  | 22.00  |
| 03/10/2010 |     |                                                                                                                                                           |       |        |
|            | KH  | Draft November-January Excel spreadsheets for C&L re: professional hours v. project categories                                                            | 1.20  | 132.00 |
|            | KH  | Prepare C&L November-January Interim Fee Application                                                                                                       | 1.00  | 110.00 |
| 03/14/2010 |     |                                                                                                                                                           |       |        |
|            | MTH | Review pre-bill                                                                                                                                           | 0.40  | 144.00 |
| 03/15/2010 |     |                                                                                                                                                           |       |        |
|            | KCD | Review and sign C&L interim application                                                                                                                   | 0.30  | 102.00 |
|            | KH  | Finalize and e-file F/G November-January Interim Fee Application                                                                                           | 0.30  | 33.00  |
| 03/22/2010 |     |                                                                                                                                                           |       |        |
|            | KCD | Review and sign CNO re: C&L application                                                                                                                    | 0.20  | 68.00  |
|            | KH  | Review case docket for objections to C&L January fee application(.1); Prepare Certificate of No Objection letter(.2)                                        | 0.30  | 33.00  |
| 03/29/2010 |     |                                                                                                                                                           |       |        |
|            | KCD | Review and sign C&L monthly application                                                                                                                    | 0.30  | 102.00 |
|            | MTH | Telephone conference with RH re payment of fees, check                                                                                                     | 0.10  | 36.00  |
|            | MTH | Review correspondence from DS re payment for services, reviewing correspondence from PEM re same; reviewing correspondence from KLH re same; correspondence to and from DS re same | 0.30  | 108.00 |
|            | MTH | Correspondence to and from JON re payment for services (and call re                                                                                        |       |        |

Page: 2

Flintkote                                                          03/31/2010

ACCOUNT NO:     2300-14D
STATEMENT NO:          78

Fee Applications, Applicant
1

|  |  | HOURS |  |
|---|---|---|---|
|  | same) | 0.20 | 72.00 |
| KH | Review e-mail from DS re: February bill(.1); Prepare C&L February fee application(.4); Finalize and e-file application(.3) | 0.80 | 88.00 |
|  | FOR CURRENT SERVICES RENDERED | 5.70 | 1,091.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $415.00 | $41.50 |
| Mark T. Hurford | 1.00 | 360.00 | 360.00 |
| Kathleen Campbell Davis | 0.80 | 340.00 | 272.00 |
| Katherine Hemming | 3.80 | 110.00 | 418.00 |

TOTAL CURRENT WORK                                                1,091.50

| | | |
|---|---|---|
| 03/08/2010 | Payment - Thank you. (December, 2009 - 80% Fees) | -727.20 |
| 03/19/2010 | Payment - Thank you.  (February, 2009 - 20% Fees) | -155.30 |
| 03/19/2010 | Payment - Thank you.  (March, 2009 - 20% Fees) | -206.60 |
| 03/19/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -106.30 |
| 03/29/2010 | Payment - Thank you.  (January, 2010 - 80% Fees) | -485.20 |
| | TOTAL PAYMENTS | -1,680.60 |
| | BALANCE DUE | $4,412.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:       2300-15D
STATEMENT NO:              76

Fee Applications, Others
1

|  | PREVIOUS BALANCE | | $9,455.50 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| 03/01/2010 | | | |
| KH | E-mail as filed January fee applications to R. Hussain | 0.10 | 11.00 |
| 03/03/2010 | | | |
| KH | Update Committee Fee Application Tracking Chart | 0.30 | 33.00 |
| 03/05/2010 | | | |
| KH | Review Notice of Hearing for 20th Interim Period for accuracy and draft responsive e-mail to MTH | 0.30 | 33.00 |
| KH | Review Fee Auditor's Final Report for 20th Interim Period with no issues and e-mail to C&L, F/G, and C&D | 0.60 | 66.00 |
| KH | Review Fee Auditor Report for 20th Interim period for LAS and e-mail to D. Relles | 0.20 | 22.00 |
| KH | Review January fee application of Young Conaway(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Sidley Austin(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February fee application of Kelly Wooster(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Pachulski(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Reviewing various correspondence from KLH to professionals re fee auditor reports. | 0.10 | 36.00 |
| 03/09/2010 | | | |
| KCD | Review fee auditor's reports | 0.20 | 68.00 |
| KH | Review e-mail from G. Sinclair re: monthly application and draft responsive email | 0.20 | 22.00 |

Flintkote

Page: 2
03/31/2010
ACCOUNT NO:    2300-15D
STATEMENT NO:    76

Fee Applications, Others
1

|  |  | HOURS |  |
|---|---|---|---|
| **03/10/2010** | | | |
| MTH | Reviewing COC re interim fee applications | 0.10 | 36.00 |
| **03/11/2010** | | | |
| KH | Review e-mail from E. Benetos re: C&D Interim fee application and draft responsive email | 0.10 | 11.00 |
| **03/12/2010** | | | |
| KH | Review November-January Interim Fee Application of Irell & Manella(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November-January Interim Fee Application of McCarter & English(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November-January Interim Fee Application of Warren Smith(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January Fee Application of Vorys Sater(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February Fee Application of Warren Smith(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January Fee Application of James McMonagle(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January Fee Application of McCarter & English(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Order Approving 20th Interim Fee Applications and e-mail MTH re: the same | 0.30 | 33.00 |
| KH | Review e-mail from D. Ortiz re: November-January Interim Fee Application(.1); Update F/G Interim Fee Application(.4) | 0.50 | 55.00 |
| MTH | Correspondence to and from KLH re 20th quarterly | 0.10 | 36.00 |
| **03/15/2010** | | | |
| KCD | Review F/G interim application | 0.30 | 102.00 |
| KH | Review e-mail from B. Rapp re: December-January Fee Application(.1); Update Charter Oak November-January Interim Fee Application(.7); Meet with KCD re: Interim Fee Application(.2); E-mail updated application to B. Rapp(.1) | 1.10 | 121.00 |
| KH | Call with C. Sinclair re: Interim Fee Application | 0.10 | 11.00 |
| KH | Finalize and e-file F/G November-January Interim Fee Application | 0.30 | 33.00 |
| KH | Meet with KCD re: status of Interim Fee Applications | 0.10 | 11.00 |
| **03/16/2010** | | | |
| KCD | Review C&D interim application | 0.30 | 102.00 |
| KH | Review e-mail from C. Sinclair re: Interim Fee Application(.1); Finalize and e-file Charter Oak November-January Interim Fee Application(.3) | 0.40 | 44.00 |
| KH | Draft e-mail from E. Benetos re: C&D Interim Fee Application | 0.10 | 11.00 |
| KH | Review e-mail from E. Benetos re: November-January Interim Fee Application(.1); Update C&D Interim Fee Application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |

Flintkote

Fee Applications, Others
1

| | | | HOURS | |
|---|---|---|---|---|
| | KH | E-mail as filed Interim Fee Applications to R. Hussain | 0.10 | 11.00 |
| 03/17/2010 | | | | |
| | KH | Update Committee Fee Application Tracking Chart | 0.30 | 33.00 |
| 03/19/2010 | | | | |
| | KH | Review November-January Interim fee application of Frantz Ward(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review November-January Interim fee application of Sidley(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Schiff Hardin(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review November-January Interim fee application of Young Conaway(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review November-January Interim fee application of James McMonagle(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review November-January Interim fee application of Vorys Sater(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Snyder Miller & Orton(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Law Office of Alan Pedlar(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 03/22/2010 | | | | |
| | KCD | Review and sign CNO re: F/G application | 0.20 | 68.00 |
| | KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| | KH | Review case docket for objections to C&D January fee application(.1); Prepare Certificate of No Objection letter(.2) | 0.30 | 33.00 |
| | KH | Review case docket for objections to F/G January fee application(.1); Prepare Certificate of No Objection letter(.2) | 0.30 | 33.00 |
| | KH | E-mail CNOs to R. Hussain | 0.10 | 11.00 |
| 03/26/2010 | | | | |
| | KH | Review February fee application of Frantz Ward(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Irell & Manella(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| | KH | Review February fee application of Sidley Austin(.1); Update Flintkote Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 03/29/2010 | | | | |
| | KCD | Review and sign C&D monthly application | 0.30 | 102.00 |
| | KCD | Review and sign F/G monthly application | 0.30 | 102.00 |
| | KH | Review e-mail from E. Benetos re: February fee application(.1); Update C&D February fee application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
| | KH | Review e-mail from D. Ortiz re: February fee application(.1); Update F/G | | |

Flintkote

Page: 4
03/31/2010
ACCOUNT NO:    2300-15D
STATEMENT NO:    76

Fee Applications, Others
1

|  |  | HOURS |  |
|---|---|---|---|
|  | February fee application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
| KH | E-mail as filed February fee applications to R. Hussain | 0.10 | 11.00 |
|  | FOR CURRENT SERVICES RENDERED | 14.50 | 2,084.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |
| Kathleen Campbell Davis | 1.80 | 340.00 | 612.00 |
| Katherine Hemming | 12.40 | 110.00 | 1,364.00 |
|  |  |  |  |
| TOTAL CURRENT WORK |  |  | 2,084.00 |

| 03/08/2010 | Payment - Thank you. (December, 2009 - 80% Fees) | -1,187.20 |
|---|---|---|
| 03/19/2010 | Payment - Thank you.  (February, 2009 - 20% Fees) | -185.90 |
| 03/19/2010 | Payment - Thank you.  (March, 2009 - 20% Fees) | -331.30 |
| 03/19/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -193.00 |
| 03/29/2010 | Payment - Thank you.  (January, 2010 - 80% Fees) | -865.60 |
|  | TOTAL PAYMENTS | -2,763.00 |
|  |  |  |
|  | BALANCE DUE | $8,776.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td></td><td>03/31/2010</td></tr>
<tr><td>ACCOUNT NO:</td><td>2300-16D</td></tr>
<tr><td>STATEMENT NO:</td><td>78</td></tr>
</table>

Hearings
1

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $8,746.90 |

| | | | HOURS | |
|---|---|---|---|---|
| 03/16/2010 | | | | |
| | MTH | Correspondence to counsel at C&D re March hearing | 0.10 | 36.00 |
| | MTH | Reviewing Agenda for hearing | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.20 | 72.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 72.00 |

| | | |
|---|---|---|
| 03/08/2010 | Payment - Thank you. (December, 2009 - 80% Fees) | -1,736.00 |
| 03/19/2010 | Payment - Thank you.  (February, 2009 - 20% Fees) | -140.00 |
| 03/19/2010 | Payment - Thank you.  (March, 2009 - 20% Fees) | -75.60 |
| 03/19/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -111.80 |
| 03/29/2010 | Payment - Thank you.  (January, 2010 - 80% Fees) | -86.40 |
| | TOTAL PAYMENTS | -2,149.80 |
| | BALANCE DUE | $6,669.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

| | |
|---|---|
| | Page: 1 |
| | 03/31/2010 |
| ACCOUNT NO: | 2300-17D |
| STATEMENT NO: | 76 |

Litigation/Adversary Proceedings (Non-Claims)
1

PREVIOUS BALANCE                                                    $2,495.50

BALANCE DUE                                                         $2,495.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:      2300-19D
STATEMENT NO:            74

Plan of Reorganization/Disclosure Statement
1

|  |  |  |  |
|---|---|---|---|
| | PREVIOUS BALANCE | | $5,107.10 |
| | | HOURS | |
| **03/03/2010** | | | |
| MTH | Correspondence to PVNL, RER re Latchford deposition notice | 0.10 | 36.00 |
| **03/04/2010** | | | |
| MTH | Review correspondence from SB re notices of deposition | 0.10 | 36.00 |
| MTH | Correspondence to PVNL, RER re notices of deposition | 0.10 | 36.00 |
| **03/05/2010** | | | |
| MTH | Correspondence to PVNL, RER re ITCAN and Aviva responses | 0.10 | 36.00 |
| **03/08/2010** | | | |
| MTH | Reviewing Supplemental Designation of Fact Witnesses by ITCAN | 0.10 | 36.00 |
| **03/11/2010** | | | |
| MTH | Reviewing NOS re Debtors' Amended Responses and Objections to ITCAN Discovery | 0.10 | 36.00 |
| **03/12/2010** | | | |
| MTH | Reviewing Corrected Notice of Deposition of Eric Bower | 0.10 | 36.00 |
| **03/15/2010** | | | |
| MTH | Correspondence to PVNL, RER re Gordon deposition | 0.10 | 36.00 |
| MTH | Reviewing NOS re Gordon deposition | 0.10 | 36.00 |
| **03/18/2010** | | | |
| MTH | Correspondence to PVNL, RER re FCR reservation of rights | 0.10 | 36.00 |
| MTH | Reviewing FCR's reservation of rights re ITCAN Supplemental witness designation | 0.10 | 36.00 |

Page: 2

Flintkote                                                          03/31/2010
                                              ACCOUNT NO:          2300-19D
                                              STATEMENT NO:               74

Plan of Reorganization/Disclosure Statement
1

                                                              HOURS

03/23/2010
     MTH     Reviewing Notice of Service of Subpoena and correspondence to PVNL,
             NDF re same; reviewing correspondence from NDF re same      0.30      108.00
     MTH     Reviewing Notice of Service of Snyder subpoena              0.10       36.00

03/31/2010
     MTH     Reviewing COC and proposed Order re confirmation deadlines  0.10       36.00
             FOR CURRENT SERVICES RENDERED                               1.60      576.00

                              RECAPITULATION
     TIMEKEEPER                          HOURS     HOURLY RATE        TOTAL
     Mark T. Hurford                      1.60        $360.00       $576.00


             TOTAL CURRENT WORK                                          576.00


03/08/2010   Payment - Thank you. (December, 2009 - 80% Fees)                      -84.00
03/19/2010   Payment - Thank you.  (February, 2009 - 20% Fees)                      -7.00
03/19/2010   Payment - Thank you.  (March, 2009 - 20% Fees)                         -7.00
03/29/2010   Payment - Thank you.  (January, 2010 - 80% Fees)                   -1,843.20
             TOTAL PAYMENTS                                                     -1,941.20

             BALANCE DUE                                                        $3,741.90


             Any payments received after the statement date will be
             applied to next month's statement.  Please note your
             account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:     2300-20D
STATEMENT NO:            77

Professional Retention Issues
1

| | |
|---|---|
| PREVIOUS BALANCE | $6,560.00 |
| BALANCE DUE | $6,560.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

Page: 1
03/31/2010
ACCOUNT NO:        2300-22D
STATEMENT NO:              71

Schedules/SOFA/U.S. Trustee Reports
1

PREVIOUS BALANCE                                                       $619.50

BALANCE DUE                                                            $619.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Flintkote

ACCOUNT NO:        2300D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 2300-00 Costs and Expenses | | | | | |
| 1 | | | | | |
| 4,256.01 | 0.00 | 479.47 | 0.00 | -616.74 | $4,118.74 |
| 2300-01 Asbestos Personal Injury Issues | | | | | |
| 1 | | | | | |
| 372.50 | 0.00 | 0.00 | 0.00 | -138.00 | $234.50 |
| 2300-03 Asset Analysis and Recovery | | | | | |
| 1 | | | | | |
| 6,945.00 | 0.00 | 0.00 | 0.00 | 0.00 | $6,945.00 |
| 2300-04 Automatic Stay/Adequate Protection | | | | | |
| 1 | | | | | |
| 4,253.50 | 0.00 | 0.00 | 0.00 | 0.00 | $4,253.50 |
| 2300-05 Business Operations/General Corporate/Real Estate | | | | | |
| 1 | | | | | |
| 3,095.20 | 180.00 | 0.00 | 0.00 | -424.00 | $2,851.20 |
| 2300-06 Case Administration | | | | | |
| 1 | | | | | |
| 28,722.64 | 2,547.50 | 0.00 | 0.00 | -4,178.72 | $27,091.42 |
| 2300-07 Flintkote Mines | | | | | |
| 1 | | | | | |
| 7,545.50 | 0.00 | 0.00 | 0.00 | 0.00 | $7,545.50 |
| 2300-08 Claims Administration and Analysis (Non-Asbestos) | | | | | |
| 1 | | | | | |
| 332.00 | 0.00 | 0.00 | 0.00 | 0.00 | $332.00 |

Flintkote

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 2300-09 Committee Matters and Creditor Meetings | | | | | |
| 1 | | | | | |
| 26,148.80 | 1,390.00 | 0.00 | 0.00 | -5,677.20 | $21,861.60 |
| 2300-10 Creditor Inquiries | | | | | |
| 1 | | | | | |
| 206.50 | 0.00 | 0.00 | 0.00 | 0.00 | $206.50 |
| 2300-11 Employee Benefits/Pensions | | | | | |
| 1 | | | | | |
| 5,852.00 | 0.00 | 0.00 | 0.00 | 0.00 | $5,852.00 |
| 2300-12 Environmental Issues | | | | | |
| 1 | | | | | |
| 42.00 | 0.00 | 0.00 | 0.00 | 0.00 | $42.00 |
| 2300-13 Executory Contracts/Unexpired Lease | | | | | |
| 1 | | | | | |
| 116.50 | 0.00 | 0.00 | 0.00 | 0.00 | $116.50 |
| 2300-14 Fee Applications, Applicant | | | | | |
| 1 | | | | | |
| 5,001.90 | 1,091.50 | 0.00 | 0.00 | -1,680.60 | $4,412.80 |
| 2300-15 Fee Applications, Others | | | | | |
| 1 | | | | | |
| 9,455.50 | 2,084.00 | 0.00 | 0.00 | -2,763.00 | $8,776.50 |
| 2300-16 Hearings | | | | | |
| 1 | | | | | |
| 8,746.90 | 72.00 | 0.00 | 0.00 | -2,149.80 | $6,669.10 |
| 2300-17 Litigation/Adversary Proceedings (Non-Claims) | | | | | |
| 1 | | | | | |
| 2,495.50 | 0.00 | 0.00 | 0.00 | 0.00 | $2,495.50 |
| 2300-19 Plan of Reorganization/Disclosure Statement | | | | | |
| 1 | | | | | |
| 5,107.10 | 576.00 | 0.00 | 0.00 | -1,941.20 | $3,741.90 |
| 2300-20 Professional Retention Issues | | | | | |
| 1 | | | | | |
| 6,560.00 | 0.00 | 0.00 | 0.00 | 0.00 | $6,560.00 |

Flintkote

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 2300-22 Schedules/SOFA/U.S. Trustee Reports | | | | | |
| 1 | | | | | |
| 619.50 | 0.00 | 0.00 | 0.00 | 0.00 | $619.50 |
| 125,874.55 | 7,941.00 | 479.47 | 0.00 | -19,569.26 | $114,725.76 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.