**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | Page: 1 |  |
| W.R. Grace | 03/31/2010 |  |
| Wilmington  DE | ACCOUNT NO: | 3000-01D |
|  | STATEMENT NO: | 83 |

Asset Analysis and Recovery

| PREVIOUS BALANCE | $644.00 |
|---|---|
| BALANCE DUE | $644.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                      |                        |
|----------------------|------------------------|
|                      | Page: 1                |
| W.R. Grace           | 03/31/2010             |
| Wilmington  DE       | ACCOUNT NO:   3000-02D |
|                      | STATEMENT NO:      106 |

Asset Disposition

| PREVIOUS BALANCE |          $484.80 |
|------------------|------------------|
| BALANCE DUE      |          $484.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2010
ACCOUNT NO:        3000-03D
STATEMENT NO:              93

Business Operations

PREVIOUS BALANCE                                                                              $122.00

BALANCE DUE                                                                                   $122.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 03/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
| | STATEMENT NO:         106 |

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,043.17 |
| 03/08/2010 | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period January 1, 2010 through January 31, 2010. | 0.70 | 290.50 |
| 03/10/2010 | | | |
| KH | Attention to document management | 0.90 | 99.00 |
| 03/22/2010 | | | |
| MTH | Reviewing Order entered striking motion to intervene pro se | 0.10 | 36.00 |
| 03/23/2010 | | | |
| KH | Attention to document management | 2.10 | 231.00 |
| | FOR CURRENT SERVICES RENDERED | 3.80 | 656.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $415.00 | $290.50 |
| Mark T. Hurford | 0.10 | 360.00 | 36.00 |
| Katherine Hemming | 3.00 | 110.00 | 330.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 656.50 |
| BALANCE DUE | $1,699.67 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 03/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-05D |
|  | STATEMENT NO: | 106 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $4,215.60 |

|  |  | HOURS |  |
|---|---|---|---|
| 03/02/2010 |  |  |  |
| MTH | Reviewing Debtors' Motion re Toronto asbestos settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' Motion re Wentworth settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' Motion re McMaster asbestos settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' Motion re St. John's asbestos settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' Motion re Morguard asbestos settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' Motion re Avalon asbestos settlement | 0.20 | 72.00 |
| 03/03/2010 |  |  |  |
| MTH | Correspondence to EI, PVNL, NDF re five asbestos settlements, review of same | 0.90 | 324.00 |
| 03/08/2010 |  |  |  |
| MTH | Reviewing MCC Response to Debtors' Claims Objection | 0.40 | 144.00 |
| 03/11/2010 |  |  |  |
| MTH | Reviewing Joinder of Libby Claimants to Debtors' Objection to MCC Claims | 0.10 | 36.00 |
| 03/18/2010 |  |  |  |
| MTH | Reviewing Debtors' Motion re Guelph asbestos settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' Motion re Fairmall asbestos settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' settlement of Conseilleris asbestos settlement | 0.20 | 72.00 |
| MTH | Reviewing Debtors' settlement re Atlantic asbestos claim | 0.20 | 72.00 |
| MTH | Reviewing Debtors' Motion re Vancouver asbestos settlement | 0.20 | 72.00 |
| 03/19/2010 |  |  |  |
| KH | Draft COS for Joinder to Debtor's Objection to MCC Claim and finalize and e-file Joinder | 0.50 | 55.00 |
| MTH | Reviewing draft Joinder to Debtors' Objection to MCC claims and |  |  |

Page: 2
03/31/2010
W.R. Grace
ACCOUNT NO:        3000-05D
STATEMENT NO:             106

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | correspondence related to authorization from counsel to FCR; discussion re filing of same | 0.50 | 180.00 |
|  | MTH | Correspondence to and from JON re Joinder to Debtors' Objection to MCC claims | 0.10 | 36.00 |
| 03/29/2010 |  |  |  |  |
|  | MTH | Telephone conference with asbestos claimant re status of case | 0.30 | 108.00 |
| 03/30/2010 |  |  |  |  |
|  | MTH | Telephone conference with asbestos claimant (Jeff R) re status of case | 0.20 | 72.00 |
|  | MTH | Correspondence to EI, RH, PVNL re Debtors' Motion to Approve Employer's Mutual Settlement | 0.20 | 72.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 5.40 | 1,819.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.90 | $360.00 | $1,764.00 |
| Katherine Hemming | 0.50 | 110.00 | 55.00 |

TOTAL CURRENT WORK                                                              1,819.00


BALANCE DUE                                                                    $6,034.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
03/31/2010
ACCOUNT NO:      3000-06D
STATEMENT NO:           106


Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                                    $378.20

BALANCE DUE                                                         $378.20


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2010 |
| Wilmington  DE | ACCOUNT NO:  3000-07D |
|  | STATEMENT NO:  106 |

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $21,592.74 |
| **03/01/2010** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of Cooney & Conway | 0.40 | 40.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/02/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/03/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/04/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **03/05/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

W.R. Grace

ACCOUNT NO:  3000-07D
STATEMENT NO:  106

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| MTH | Prepare weekly recommendation memo | | 0.80 | 288.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| MTH | Various correspondence to and from NDF and BT re confirmation status | | 0.20 | 72.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 95.00 |
| **03/08/2010** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Review correspondence from MB re fee auditor reports | | 0.10 | 36.00 |
| **03/09/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **03/10/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **03/11/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.60 | 60.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **03/12/2010** | | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 30.00 |
| MTH | Prepare weekly recommendation memo | | 0.70 | 252.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |

Page: 3

W.R. Grace

03/31/2010

ACCOUNT NO:        3000-07D

STATEMENT NO:           106

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing notices of two documents filed under seal | 0.10 | 36.00 |
| **03/15/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019  of Edward O'Moody; e-mail confirmation of same | 0.40 | 40.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| **03/16/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on 3/22/10 at 9:30 a.m.; e-mail confirmation of same to W. Slocombe and R. Horkovich | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/17/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on 3/22/10; e-mail confirmation of same to P. Lockwood, MTH and R. Tobin | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/18/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | 0.10 | 11.00 |
| **03/19/2010** | | | |
| PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| KH | Finalize Weekly Recommendation Memos and e-mail to Committee | 0.20 | 22.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 40.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 1.10 | 396.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| DAC | Review counsel's weekly memorandum | | 0.30 | 142.50 |
| **03/22/2010** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review correspondence from SB re daily pleadings | | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **03/23/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **03/24/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review correspondence from EI re memo to Committee re possible settlement | | 0.20 | 72.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **03/25/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **03/26/2010** | | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters for ACC. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.40 | 40.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues | | 0.10 | 11.00 |
| **03/29/2010** | | | | |
| MK | Review committee events calendar. | | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | | |

Page: 5

W.R. Grace

03/31/2010

ACCOUNT NO:     3000-07D

STATEMENT NO:        106

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | distribute daily memo |  | 0.20 | 20.00 |
| MTH | Review daily memo |  | 0.10 | 36.00 |
| KH | Review Daily Memorandum for fee issues |  | 0.10 | 11.00 |
| **03/30/2010** |  |  |  |  |
| MTH | Review daily memo |  | 0.10 | 36.00 |
| KH | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo |  | 0.50 | 55.00 |
| **03/31/2010** |  |  |  |  |
| MTH | Review daily memo, |  | 0.10 | 36.00 |
| MTH | Review correspondence from counsel re filing of 2019's and response to same |  | 0.10 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 20.00 |
| KH | Review Daily Memorandum for fee issues |  | 0.10 | 11.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 18.70 | 4,049.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.70 | $475.00 | $332.50 |
| Philip E. Milch | 1.00 | 415.00 | 415.00 |
| Michele Kennedy | 0.40 | 135.00 | 54.00 |
| Santae M. Boyd | 7.80 | 100.00 | 780.00 |
| Mark T. Hurford | 6.00 | 360.00 | 2,160.00 |
| Katherine Hemming | 2.80 | 110.00 | 308.00 |

TOTAL CURRENT WORK                                                4,049.50

BALANCE DUE                                                      $25,642.24

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2010
ACCOUNT NO:      3000-08D
STATEMENT NO:           105

Employee Benefits/Pension

PREVIOUS BALANCE                                                                                           $689.50

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/02/2010 | | | | |
| | MTH | Review correspondence from JS re review of defined benefit motion | 0.10 | 36.00 |
| 03/03/2010 | | | | |
| | MTH | Review correspondence from JS re revised memo re Debtors' DB Plan Motion | 0.10 | 36.00 |
| 03/04/2010 | | | | |
| | MTH | Reviewing correspondence from JB re draft LTIP Motion | 0.30 | 108.00 |
| | MTH | Review correspondence from JS re Debtors' LTIP Motion | 0.10 | 36.00 |
| 03/05/2010 | | | | |
| | MTH | Review correspondence from PVNL re DB Plan Motion | 0.10 | 36.00 |
| | MTH | Review correspondence from JS re DB Plan Motion | 0.10 | 36.00 |
| 03/09/2010 | | | | |
| | MTH | Reviewing Debtors' LTIP Motion | 0.50 | 180.00 |
| 03/10/2010 | | | | |
| | MTH | Review correspondence from JS re LTIP, compensation issues | 0.20 | 72.00 |
| 03/12/2010 | | | | |
| | MTH | Correspondence to EI, PVNL and Charter Oak reps re Debtors' LTIP Motion | 0.20 | 72.00 |
| 03/23/2010 | | | | |
| | MTH | Review correspondence from EI and PVNL re Debtors' LTIP Motion | 0.10 | 36.00 |
| | MTH | Review correspondence from BR re analysis re Debtors' LTIP Motion | 0.20 | 72.00 |

Page: 2

W.R. Grace                                                                                    03/31/2010
                                                              ACCOUNT NO:        3000-08D
                                                              STATEMENT NO:           105

Employee Benefits/Pension

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/24/2010 | | | | |
| | MTH | Telephone conferences (x2) with BR re Debtors' LTIP Motion | 0.20 | 72.00 |
| | MTH | Review correspondence from JS re description of issues with LTIP | | |
| | | Motion and correspondence to JB re same | 0.20 | 72.00 |
| | MTH | Review correspondence from JB re LTIP motion | 0.10 | 36.00 |
| | MTH | Review correspondence from BR re issues with LTIP Motion, reviewing | | |
| | | documents re same | 0.40 | 144.00 |
| 03/26/2010 | | | | |
| | MTH | Review correspondence from JS re LTIP Motion | 0.10 | 36.00 |
| | MTH | Review correspondence from RH re revisions to LTIP documents | 0.40 | 144.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.40 | 1,224.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.40 | $360.00 | $1,224.00 |

TOTAL CURRENT WORK                                                          1,224.00

BALANCE DUE                                                               $1,913.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2010
ACCOUNT NO:    3000-10D
STATEMENT NO:         106

Employment Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| PREVIOUS BALANCE |  |  |  | $1,270.70 |
| 03/08/2010 |  |  |  |  |
| | MTH | Reviewing Second Supplemental Declaration of J. Biggs | 0.10 | 36.00 |
| 03/09/2010 |  |  |  |  |
| | MTH | Reviewing Debtors' Application to Retain Kaye Scholer | 0.20 | 72.00 |
| | MTH | Reviewing Affidavit of JPR re KS retention application | 0.20 | 72.00 |
| 03/12/2010 |  |  |  |  |
| | MTH | Correspondence to PVNL re Debtors' Application to Retain KS | 0.30 | 108.00 |
| 03/22/2010 |  |  |  |  |
| | MTH | Reviewing COC re Canadian ZAI special counsel applications | 0.20 | 72.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.00 | 360.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $360.00 | $360.00 |

TOTAL CURRENT WORK                                                                    360.00

BALANCE DUE                                                                          $1,630.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2010
ACCOUNT NO:      3000-11D
STATEMENT NO:            104

Expenses

|  | PREVIOUS BALANCE |  | $9,793.82 |
|---|---|---|---|
| 03/01/2010 | IKON - Copy/ service monthly fee application for Charter Oak, Anderson Kill Olick, Campbell & Levine and Caplin & Drysdale | 407.00 | |
| 03/01/2010 | Pacer charges for the month of February | 13.36 | |
| 03/09/2010 | IKON - Copy/ service certificates of no objection for interim fee applications of Charter Oak, Anderson Kill Olick and Legal Analysis Systems | 55.20 | |
| 03/10/2010 | IKON - Copy/ service certificates of no objection for interim fee applications of Caplin & Drysdale | 69.00 | |
| 03/19/2010 | IKON - Copy/ service joinder in Debtor's objection to claims filed by MD Casualty | 310.27 | |
| 03/24/2010 | IKON - Copy/ service of certificate of no objection for January fee application for Anderson Kill Olick, Legal Analysis Systems, Charter Oak, Caplin & Drysdale and Campbell & Levine, | 133.52 | |
| 03/30/2010 | IKON - Copy/ service of February fee application for Anderson Kill Olick, Charter Oak, Caplin & Drysdale and Campbell & Levine | 398.25 | |
| 03/31/2010 | Printing Charges March 2010 | 170.20 | |
| 03/31/2010 | Scanning Charges March 2010 | 48.10 | |
| 03/31/2010 | Courtcall appearance of MTH for hearing on 2/16/10 | 37.00 | |
| 03/31/2010 | Courtcall appearance of Peter Lockwood for hearing on 2/16/10 | 37.00 | |
|  | TOTAL EXPENSES | 1,678.90 | |
|  | TOTAL CURRENT WORK | 1,678.90 | |
|  | BALANCE DUE |  | $11,472.72 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-12D |
|  | STATEMENT NO:              104 |

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $5,090.60 |
| | | | HOURS | |
| **03/01/2010** | | | | |
| KCD | Review C&L application | | 0.30 | 102.00 |
| KH | Prepare Excel spreadsheet re: professional hours v. project categories for C&L January | | 0.40 | 44.00 |
| KH | Review e-mail from DS re: January bill(.1); Prepare C&L January fee application(.7); Finalize and e-file application(.3) | | 1.10 | 121.00 |
| **03/02/2010** | | | | |
| PEM | Review February prebill for Pgh time. | | 0.20 | 83.00 |
| **03/04/2010** | | | | |
| KH | Review February prebill | | 0.30 | 33.00 |
| KH | Meet with MRE and MTH re: US Trustee inquiry re: 35th Interim expenses(.3); Draft e-mail to US Trustee and fee auditor re: expense reduction(.2) | | 0.50 | 55.00 |
| MTH | Reviewing pre-bill | | 0.80 | 288.00 |
| MTH | Discussion with MRE re UST Inquiry re expense reimbursement request and reviewing information re same; discussion with KLH and MRE re response to same | | 0.40 | 144.00 |
| **03/24/2010** | | | | |
| KCD | Review and sign CNO re: C&L application | | 0.20 | 68.00 |
| KH | Review case docket for objections to C&L January fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| **03/30/2010** | | | | |
| KCD | Review C&L application | | 0.30 | 102.00 |
| KH | Prepare Excel spreadsheet re: project categories v. professional hours for C&L February | | 0.40 | 44.00 |
| KH | Review email from DS re: February bill(.1); Prepare C&L February Fee | | | |

W.R. Grace

ACCOUNT NO:   3000-12D
STATEMENT NO:   104

Fee Applications, Applicant

|  | HOURS |  |
|---|---|---|
| Application(.5); Finalize and e-file fee application(.3) | 0.90 | 99.00 |
| FOR CURRENT SERVICES RENDERED | 6.30 | 1,238.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 1.20 | 360.00 | 432.00 |
| Kathleen Campbell Davis | 0.80 | 340.00 | 272.00 |
| Katherine Hemming | 4.10 | 110.00 | 451.00 |

TOTAL CURRENT WORK    1,238.00

BALANCE DUE    $6,328.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-13D |
|  | STATEMENT NO:                91 |

Fee Applications, Others

| | PREVIOUS BALANCE | | $11,122.20 |
|---|---|---|---|
| | | HOURS | |
| **03/01/2010** | | | |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review AKO application | 0.30 | 102.00 |
| KCD | Review C&D application | 0.30 | 102.00 |
| KH | Review e-mail from A. Pelton re: January bill(.1); Prepare AKO January fee application(.7); Finalize and e-file application(.3) | 1.10 | 121.00 |
| KH | Review e-mail from B. Lindsay re: January bill(.1); Prepare Charter Oak January fee application(.6); Finalize and e-file application(.3) | 1.00 | 110.00 |
| KH | E-mail with S. Chisolm re: January fee application | 0.10 | 11.00 |
| KH | Review e-mail from S. Chisolm re: January fee application(.1); Update C&D January fee application(.3); Finalize and e-file application(.3) | 0.70 | 77.00 |
| KH | E-mail as filed January fee applications to R. Finke | 0.10 | 11.00 |
| **03/03/2010** | | | |
| KH | Update Committee Fee Application Tracking Chart | 0.40 | 44.00 |
| **03/04/2010** | | | |
| MTH | Review correspondence from JB re draft motion for payment of outstanding fees | 0.30 | 108.00 |
| **03/05/2010** | | | |
| KH | Review Fee Auditor Report for 34th Interim Period with no issues and e-mail to C&L, LAS, AKO, and Charter Oak | 0.60 | 66.00 |
| KH | Review October fee application of Venable(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Pachulski(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Law Offices of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Kramer Levin(.1); Update Grace | | |

Page: 2
W.R. Grace                                                                    03/31/2010
                                                    ACCOUNT NO:        3000-13D
                                                    STATEMENT NO:            91

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Towers Watson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Capstone Advisory(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Towers Perrin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Reviewing various correspondence from KLH to professionals re fee auditor reports. | 0.10 | 36.00 |
| MTH | Review correspondence from RT and JB re outstanding fees re fraudulent conveyance | 0.20 | 72.00 |
| **03/08/2010** | | | |
| KH | Update Committee Fee and Expense Tracking Chart | 0.50 | 55.00 |
| **03/09/2010** | | | |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: C&D application | 0.30 | 102.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: LAS application | 0.20 | 68.00 |
| KCD | Review fee auditor's reports | 0.20 | 68.00 |
| KH | Review case docket for objections to AKO October-December Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to LAS October-December Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and | | |

W.R. Grace

Page: 3
03/31/2010
ACCOUNT NO:    3000-13D
STATEMENT NO:    91

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak October-December Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **03/10/2010** |  |  |  |
| KCD | Review and sign CNO re: interim application | 0.20 | 68.00 |
| KH | Review case docket for objections to C&D October-December Interim Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **03/11/2010** |  |  |  |
| KH | Draft e-mail to DS re: February pre-bills | 0.10 | 11.00 |
| KH | Review Amended Fee Auditors Final Report for 34th Interim Period with No fee or expense issues | 0.20 | 22.00 |
| **03/12/2010** |  |  |  |
| KH | Review January Fee Application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February Fee Application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April-June Interim Fee Application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review Fee Auditor Final Report for 34th Interim Period of C&D and e-mail to R. Tobin | 0.20 | 22.00 |
| MTH | Review correspondence from KLH re fee auditor's report | 0.10 | 36.00 |
| **03/15/2010** |  |  |  |
| KCD | Review fee auditor's report | 0.10 | 34.00 |
| KH | Review COC re; 34th Interim Fee Application Approval and e-mail MTH re: the same | 0.40 | 44.00 |
| MTH | Correspondence to and from KLH re COC for fee hearing | 0.20 | 72.00 |
| **03/16/2010** |  |  |  |
| MTH | Reviewing COC re project category summary and COC re 34th Interims | 0.20 | 72.00 |
| **03/17/2010** |  |  |  |
| KH | Review e-mail from E. Benetos re: Fraud Conveyance outstanding amounts(.1); Meet with MTH re: the same(.4) | 0.50 | 55.00 |
| KH | Update Committee Fee Application Tracking Chart | 0.30 | 33.00 |
| MTH | Reviewing Fee Auditor reports for fee issue matters for March hearing for Committee professionals, reviewing Debtors' COC and proposed Order for same and drafting correspondence to RT and EB re same | 1.00 | 360.00 |
| MTH | Review correspondence from RT re fee matters up for hearing | 0.10 | 36.00 |
| MTH | Multiple correspondence re outstanding fee issues related to fraudulent conveyance litigation | 0.50 | 180.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from DP re C&E fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DP re S&J fee application | 0.10 | 36.00 |
| MTH | Review correspondence from SJ re S&E November fee application | 0.10 | 36.00 |
| MTH | Review correspondence from DP re SJ October fee application | 0.10 | 36.00 |
| **03/19/2010** | | | |
| KH | Review January fee application of Blackstone Advisory Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February fee application of Hon. Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Steptoe(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Tre Angeli(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| MTH | Review correspondence from YS re PWC invoice | 0.10 | 36.00 |
| MTH | Review correspondence from LE re Deliotte fee application | 0.10 | 36.00 |
| **03/22/2010** | | | |
| MTH | Reviewing Order entered re fee applications for 34th quarter | 0.10 | 36.00 |
| **03/23/2010** | | | |
| MTH | Review correspondence from VP re Day Pitney fee application | 0.10 | 36.00 |
| **03/24/2010** | | | |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| KCD | Review and sign LAS monthly application | 0.30 | 102.00 |
| KH | Review e-mail from D. Relles re: January bill(.1); Prepare LAS January fee application(.5); Finalize and e-file fee application(.3) | 0.90 | 99.00 |
| KH | Review case docket for objections to C&D January fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO January fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak January fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| **03/25/2010** | | | |
| MTH | Review correspondence from DP re J. Baer fee application | 0.10 | 36.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/26/2010 |  |  |  |  |
| KH | Review e-mail from A. Pelton re; AKO 34th Interim CNO and draft responsive email |  | 0.20 | 22.00 |
| KH | Review January fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review September fee application of Deliotte Tax(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review January fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review February fee application of Law Office of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) |  | 0.20 | 22.00 |
|  |  |  |  |  |
| 03/30/2010 |  |  |  |  |
| KCD | Review Charter Oak application |  | 0.30 | 102.00 |
| KCD | Review AKO application |  | 0.30 | 102.00 |
| KCD | Review C&D application |  | 0.30 | 102.00 |
| KH | E-mail as filed February fee applications to W. Smith |  | 0.10 | 11.00 |
| KH | Review email from E. Benetos re: February bill(.1); Update C&D February Fee Application(.3); Finalize and e-file fee application(.3) |  | 0.70 | 77.00 |
| KH | Review email from B. Lindsay re: February bill(.1); Prepare Charter Oak February Fee Application(.5); Finalize and e-file fee application(.3) |  | 0.90 | 99.00 |
| KH | Review email from A. Pelton re: February bill(.1); Prepare AKO February Fee Application(.6); Finalize and e-file fee application(.3) |  | 1.00 | 110.00 |
| MTH | Review correspondence from D.M. re Stroock February fee application |  | 0.10 | 36.00 |
| MTH | Correspondence to RT, PVNL, EB re Fraudulent Conveyance Fees |  | 0.20 | 72.00 |
| MTH | Reviewing Application for payment of Fraudulent Conveyance Holdbacks |  | 0.30 | 108.00 |
|  |  |  |  |  |
| 03/31/2010 |  |  |  |  |
| MTH | Review correspondence from PB re Ogilvy application |  | 0.10 | 36.00 |
| MTH | Review correspondence from PB re Beveridge fee application |  | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 28.20 | 5,145.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.40 | $360.00 | $1,584.00 |
| Kathleen Campbell Davis | 4.10 | 340.00 | 1,394.00 |
| Katherine Hemming | 19.70 | 110.00 | 2,167.00 |

TOTAL CURRENT WORK                                                                 5,145.00


BALANCE DUE                                                                         $16,267.20

Page: 6
W.R. Grace                                                                                    03/31/2010
                                                                    ACCOUNT NO:        3000-13D
                                                                    STATEMENT NO:            91
Fee Applications, Others

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2010
ACCOUNT NO:        3000-14D
STATEMENT NO:              68

Financing

PREVIOUS BALANCE                                                                $1,404.00

BALANCE DUE                                                                     $1,404.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                          03/31/2010
Wilmington  DE                                                                         ACCOUNT NO:      3000-15D
                                                                                      STATEMENT NO:           106


Hearings



|  |  | | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $30,911.65 |
| **03/08/2010** | | | | |
| MTH | Review correspondence from JON re draft hearing agenda | | 0.20 | 72.00 |
| MTH | Review correspondence from DF re preliminary hearing agenda | | 0.10 | 36.00 |
| **03/11/2010** | | | | |
| MTH | Review correspondence from JB re March hearing, time change | | 0.10 | 36.00 |
| **03/16/2010** | | | | |
| MTH | Review correspondence from PVNL re March hearing | | 0.10 | 36.00 |
| MTH | Review correspondence from SB (x2) re March hearing preparations | | 0.10 | 36.00 |
| MTH | Correspondence to counsel at C&D re matters scheduled for March hearing | | 0.30 | 108.00 |
| **03/17/2010** | | | | |
| MTH | Review correspondence from JON re March hearing | | 0.10 | 36.00 |
| MTH | Reviewing multiple correspondence from SB re hearing preparations | | 0.10 | 36.00 |
| MTH | Correspondence to counsel at C&D re March hearing preparations | | 0.10 | 36.00 |
| **03/18/2010** | | | | |
| KH | Prepare Attorney binder for 3/22 hearing | | 0.50 | 55.00 |
| MTH | Review correspondence from JON re change in hearing status | | 0.10 | 36.00 |
| **03/19/2010** | | | | |
| MTH | Review correspondence from VP re second amended agenda | | 0.10 | 36.00 |
| MTH | Reviewing Amended Agenda for March 22 hearing | | 0.10 | 36.00 |
| MTH | Preparing for hearing | | 0.80 | 288.00 |
| **03/22/2010** | | | | |
| MTH | Reviewing Second Amended Agenda | | 0.20 | 72.00 |

W.R. Grace

ACCOUNT NO:       3000-15D
STATEMENT NO:           106

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/23/2010 |  |  |  |  |
| MTH | Reviewing Third Amended Agenda |  | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 3.10 | 991.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.60 | $360.00 | $936.00 |
| Katherine Hemming | 0.50 | 110.00 | 55.00 |

TOTAL CURRENT WORK                                    991.00

BALANCE DUE                                         $31,902.65

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-16D |
|  | STATEMENT NO:              91 |

Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$1,908.40 |
| | | HOURS | |
| 03/05/2010 | | | |
| MTH | Reviewing various correspondence re National Union 9019 Motion | 0.40 | 144.00 |
| | FOR CURRENT SERVICES RENDERED | 0.40 | 144.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $360.00 | $144.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 144.00 |
| CREDIT BALANCE | -$1,764.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |  |
|---|---|---|---|
|  |  | | Page: 1 |
| W.R. Grace | | | 03/31/2010 |
| Wilmington  DE | | ACCOUNT NO: | 3000-17D |
| | | STATEMENT NO: | 91 |

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $42,310.90 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/05/2010 | | | | |
| | MTH | Correspondence to PVNL, NDF re MCC Response to Debtors' Claims Objection | 0.10 | 36.00 |
| 03/09/2010 | | | | |
| | MTH | Reviewing Joint Motion re allowance and payment of Longacre claim | 0.30 | 108.00 |
| 03/18/2010 | | | | |
| | MTH | Review correspondence from DF re draft document for filing, follow up correspondence re same | 0.30 | 108.00 |
| | MTH | Review correspondence from PVNL re draft Joinder to Debtors' Objection to MCC claim | 0.10 | 36.00 |
| | MTH | Review correspondence from NDF, MR re confirmation hearing transcripts, reviewing documents re same and response to same | 0.60 | 216.00 |
| 03/19/2010 | | | | |
| | MTH | Review correspondence from VP re CNA stipulation | 0.10 | 36.00 |
| | MTH | Review correspondence from VP (x3) re Plan modifications | 0.10 | 36.00 |
| | MTH | Review correspondence from VP re service of Amended Plan Objection Chart | 0.10 | 36.00 |
| | MTH | Review correspondence from MS re Sealed Air Stipulation | 0.10 | 36.00 |
| | MTH | Reviewing drafts related to pending Plan objections, including chart, notice and appendix thereto, sign-off for filing and related correspondence | 0.50 | 180.00 |
| | MTH | Review correspondence from JON re Fourth Set of Plan Amendments and related correspondence | 0.30 | 108.00 |
| | MTH | Review correspondence from PVNL re Sealed Air stipulation, sign-off | 0.10 | 36.00 |
| 03/22/2010 | | | | |
| | MTH | Review correspondence from JON re hearing cancellation, | | |

W.R. Grace

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| | correspondence re same | 0.20 | 72.00 |
| **03/26/2010** | | | |
| MTH | Review correspondence from EI to RH re Employers settlement | 0.10 | 36.00 |
| **03/29/2010** | | | |
| MTH | Review correspondence from DF re proposed revisions to chart of pending Plan Objections | 0.10 | 36.00 |
| MTH | Review correspondence from JON re chart of plan objections to be filed | 0.10 | 36.00 |
| **03/30/2010** | | | |
| MTH | Review correspondence from L.R. re Bank Lenders Response to PP chart of pending Plan Objections | 0.10 | 36.00 |
| MTH | Reviewing multiple correspondence from JB, TF, PVNL and KA re revisions to chart of pending Plan Objections and issues | 0.20 | 72.00 |
| MTH | Reviewing blacklines of revisions to chart of pending Plan Objections and correspondence (x2) to JON and KM re same | 0.60 | 216.00 |
| MTH | Multiple correspondence to and from JON re Plan objection chart | 0.20 | 72.00 |
| MTH | Review correspondence from DP re updated and revised chart of Plan Objections | 0.10 | 36.00 |
| MTH | Correspondence to JON re Plan Objection chart, status of sign-off from co-counsel | 0.10 | 36.00 |
| MTH | Reviewing Debtors' Motion re settlement with Employer's Mutual | 0.40 | 144.00 |
| **03/31/2010** | | | |
| MTH | Reviewing Bank Lender's Reservation of Rights and Response to Chart of pending Plan Objections | 0.20 | 72.00 |
| MTH | Reviewing Chart (Revised) of Pending Plan Objections | 0.30 | 108.00 |
| | FOR CURRENT SERVICES RENDERED | 5.40 | 1,944.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 5.40 | $360.00 | $1,944.00 |

TOTAL CURRENT WORK                                                                            1,944.00


BALANCE DUE                                                                                  $44,254.90


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          03/31/2010
Wilmington  DE                                                ACCOUNT NO:       3000-18D
                                                              STATEMENT NO:             91

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                   -$89.70

CREDIT BALANCE                                                                     -$89.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                   03/31/2010
Wilmington  DE                                                       ACCOUNT NO:        3000-20D
                                                                     STATEMENT NO:             90

Tax Litigation

PREVIOUS BALANCE                                                                      $468.80

BALANCE DUE                                                                           $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | Page: 1 |  |
| W.R. Grace | 03/31/2010 |  |
| Wilmington  DE | ACCOUNT NO: | 3000-21D |
|  | STATEMENT NO: | 82 |

Travel-Non-Working

| PREVIOUS BALANCE | $2,528.00 |
|---|---|
| BALANCE DUE | $2,528.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                   |                    |           |
|-------------------|--------------------|-----------|
|                   |                    | Page: 1   |
| W.R. Grace        |                    | 03/31/2010 |
| Wilmington  DE    | ACCOUNT NO:        | 3000-22D  |
|                   | STATEMENT NO:      | 95        |

Valuation

| | |
|---|---|
| PREVIOUS BALANCE | $1,185.00 |
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 03/31/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-23D |
|  | STATEMENT NO:            95 |

ZAI Science Trial

| PREVIOUS BALANCE | $1,203.30 |
|---|---|
| BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2010
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 644.00 | 0.00 | 0.00 | 0.00 | 0.00 | $644.00 |
| 3000-02 Asset Disposition | | | | | |
| 484.80 | 0.00 | 0.00 | 0.00 | 0.00 | $484.80 |
| 3000-03 Business Operations | | | | | |
| 122.00 | 0.00 | 0.00 | 0.00 | 0.00 | $122.00 |
| 3000-04 Case Administration | | | | | |
| 1,043.17 | 656.50 | 0.00 | 0.00 | 0.00 | $1,699.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 4,215.60 | 1,819.00 | 0.00 | 0.00 | 0.00 | $6,034.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 378.20 | 0.00 | 0.00 | 0.00 | 0.00 | $378.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 21,592.74 | 4,049.50 | 0.00 | 0.00 | 0.00 | $25,642.24 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 689.50 | 1,224.00 | 0.00 | 0.00 | 0.00 | $1,913.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,270.70 | 360.00 | 0.00 | 0.00 | 0.00 | $1,630.70 |
| 3000-11 Expenses | | | | | |
| 9,793.82 | 0.00 | 1,678.90 | 0.00 | 0.00 | $11,472.72 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,090.60 | 1,238.00 | 0.00 | 0.00 | 0.00 | $6,328.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 11,122.20 | 5,145.00 | 0.00 | 0.00 | 0.00 | $16,267.20 |
| 3000-14 Financing | | | | | |
| 1,404.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,404.00 |
| 3000-15 Hearings | | | | | |
| 30,911.65 | 991.00 | 0.00 | 0.00 | 0.00 | $31,902.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,908.40 | 144.00 | 0.00 | 0.00 | 0.00 | -$1,764.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 42,310.90 | 1,944.00 | 0.00 | 0.00 | 0.00 | $44,254.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -89.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$89.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 2,528.00 | 0.00 | 0.00 | 0.00 | 0.00 | $2,528.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 134,460.88 | 17,571.00 | 1,678.90 | 0.00 | 0.00 | $153,710.78 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.