IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF THE MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010 FILED BY CAMPBELL & LEVINE, LLC (D.I. 24703)**

**PLEASE TAKE NOTICE,** that Campbell & Levine, LLC, hereby gives notice of the withdrawal of the filing of Docket No. 24703, the Monthly Fee Application for Compensation for the Period of March 1, 2010 through March 31, 2010.

Date: April 30, 2010

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*
Marla R. Eskin  (No. 2989)
Kathleen Campbell Davis (No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0163240.1 }