# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| April 14, 2010 | INVOICE:            237024 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 03/31/10

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/01/10 | Attention to remaining factual questions re: post bankruptcy recovery. | W001 | AMA | 0.30 |
| 03/01/10 | Analysis of selected insurance policies re: limits, exclusions and other issues re: applicability to settlement and reimbursement agreements. | W001 | GFF | 4.10 |
| 03/01/10 | Reviewed settlement agreements re: exhaustion. | W001 | IF | 3.10 |
| 03/01/10 | Review issues in connection with Objection to Notice of Determination of Integrity. | W001 | RYC | 2.20 |
| 03/02/10 | Analysis of selected reimbursement agreements re: exhaustion of policies issues (1.80); analysis of selected insurance policies re: limits, exclusions and other issues re: applicability to settlement and reimbursement agreements (1.90); review and revise insurance policy data spreadsheets (.40). | W001 | GFF | 4.10 |
| 03/02/10 | Reviewed settlement agreements re: exhaustion information. | W001 | IF | 2.30 |
| 03/02/10 | Review disclosure statement and other documents to confirm payout numbers for objection (1.00); research case law re: NJ liquidation statute (1.20). | W001 | KES | 2.20 |
| 03/02/10 | Assist attorney in retrieving materials for upcoming filing of brief. | W001 | NJB | 1.80 |
| 03/02/10 | Research and analysis in connection with Objection to Notice of Determination of Integrity Insurance Company. | W001 | RYC | 1.30 |
| 03/03/10 | Begin reviewing and revising time and expense entries, request additional backup for expenses. | W011 | AHP | 0.90 |

{D0175035.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2010                                    INVOICE:            237024

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/03/10 | Attention to document factual analysis and research. | W001 | AMA | 0.30 |
| 03/03/10 | Analysis of selected insurance policies re: limits, exclusions and other issues re: applicability to settlement and reimbursement agreements (1.90); review selected settlement agreements re: exhaustion of coverage issues (2.30). | W001 | GFF | 4.20 |
| 03/03/10 | Reviewed settlement agreements re: exhaustion of policies and limits. | W001 | IF | 3.40 |
| 03/03/10 | Continue preparation of objection to liquidator's disallowance (2.40); review additional bankruptcy documents to prepare same (1.20). | W001 | KES | 3.60 |
| 03/03/10 | Work on materials for insolvent submissions and negotiations. | W001 | MG | 2.30 |
| 03/03/10 | Attention to settlements (.70); Settlement negotiation with a major insurance company (1.10); Draft report regarding same (1.20). | W001 | RMH | 3.00 |
| 03/03/10 | Attention to legal issues in connection with Objection to Notice of Determination of Integrity Liquidator (1.50). Attention to settlement discussion status and issues (.50). | W001 | RYC | 2.00 |
| 03/04/10 | Continue reviewing and revising time and expense entries. | W011 | AHP | 1.80 |
| 03/04/10 | Analysis of selected settlement agreements re: exhaustion of coverage issues (1.80); review and revise settlement data spreadsheets (1.90). | W001 | GFF | 3.70 |
| 03/04/10 | Review substance of Objection to Integrity Notice of Determination denying claims. | W001 | HEG | 2.30 |
| 03/04/10 | Reviewed proposed objection to Integrity Insurance Company Notice of Determination. | W001 | IF | 1.10 |
| 03/04/10 | Reviewed settlement agreements re: exhaustion of policies referenced. | W001 | IF | 2.40 |
| 03/04/10 | Finalize draft of objection to liquidator's objection (2.80); email to R. Chung re: same (.30); attention to information to support objection (.60); update objection per R. Chung suggestions (1.90). | W001 | KES | 5.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| April 14, 2010 | INVOICE:           237024 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/04/10 | Assist attorney in retrieving materials for upcoming filing of brief. | W001 | NJB | 1.80 |
| 03/04/10 | Address issues in connection with Objection to Notice of Determination of Integrity Liquidator. | W001 | RYC | 1.20 |
| 03/05/10 | Analysis of selected insurance policies re: limits, exclusions, and other issues re: applicability to settlement and reimbursement agreements (3.60); revise insurance data spreadsheets (.80). | W001 | GFF | 4.40 |
| 03/05/10 | Continued review of Integrity objection. | W001 | HEG | 1.60 |
| 03/05/10 | Initial review and edits of updated Reorganization Plan Ex. 5. | W001 | HEG | 2.40 |
| 03/05/10 | Reviewed revised Objection to Notice of Determination. | W001 | IF | 1.10 |
| 03/05/10 | Updated and reviewed information re: settlement agreement exhaustion information. | W001 | IF | 2.20 |
| 03/05/10 | Verify pro hac vice admission rules in anticipation of filing motion on behalf of R. Chung and R. Horkovich in connection with Integrity objection. | W001 | KES | 0.30 |
| 03/05/10 | Call with New jersey Department of Banking and Insurance re: filing of objection (.30); emails to H. Gershman re: same (.20); attention to revisions to objection (.20); update and revise objection (.80). | W001 | KES | 1.50 |
| 03/05/10 | Work on claim from insolvent company including counterproposal re: confidentiality. | W001 | MG | 1.90 |
| 03/05/10 | Coordinate and prepare Objection to Notice of Determination of Integrity Liquidator. | W001 | RYC | 1.10 |
| 03/07/10 | Review and analysis of post-bankruptcy insurance recovery documents and research. | W001 | RYC | 2.20 |
| 03/08/10 | Proof and review latest set of revisions and make additional revisions. | W011 | AHP | 1.20 |
| 03/08/10 | Analysis of selected insurance policies re: limits, exclusions and other issues re: applicability to settlement agreements (2.40); review and revise insurance policy data spreadsheets (1.30). | W001 | GFF | 3.70 |
| 03/08/10 | Prepared and circulated updated versions of Reorganization Plan Exhibit 5 documents. | W001 | HEG | 5.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

April 14, 2010                                INVOICE:            237024

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/08/10 | Reviewed settlement agreements re: "exhaustion of products limits." | W001 | IF | 2.60 |
| 03/08/10 | Update and revise objection to liquidator's disallowance of claims per comments by R. Chung. | W001 | KES | 3.60 |
| 03/08/10 | Attention to objection to Integrity claim determination (.90); Confer with insurance company counsel regarding settlement (.60). | W001 | RMH | 1.50 |
| 03/08/10 | Review and revise Objection to Liquidators Notices of Determination and coordinate with debtor. | W001 | RYC | 1.70 |
| 03/09/10 | Review latest set of revisions, revise and forward for approval. | W011 | AHP | 1.60 |
| 03/09/10 | Analysis of selected settlement and reimbursement agreements re: exhaustion of coverage issues (1.20); insurance policy analysis re: limits; exclusions and other issues re: applicability to settlement agreements (2.40). | W001 | GFF | 3.60 |
| 03/09/10 | Reviewed settlement and reimbursement agreements re: exhaustion of limits. | W001 | IF | 2.10 |
| 03/09/10 | Emails re: objection to the liquidators disallowance (.10); review final document (.50); revise objection per comments from W.R. Grace's counsel (.70); prepare letter to liquidator confirming that the ACC can file the objection on behalf of Grace (.30). | W001 | KES | 1.60 |
| 03/09/10 | Work on allocation adjustments. | W001 | MG | 3.10 |
| 03/09/10 | Finalize Objection to Liquidators Notices of Determination and resolve issues concerning filing by the ACC on behalf of the debtor (2.10). Research regarding outstanding settlement discussion matters and issues (1.80). | W001 | RYC | 3.90 |
| 03/09/10 | Review and comment upon fee application. | W011 | RYC | 0.40 |
| 03/10/10 | Analysis of selected settlement and reimbursement agreements re: exhaustion of coverage issues (1.90); insurance policy analysis re: exclusions, repetition of limits and other coverage issues (1.80). | W001 | GFF | 3.70 |
| 03/10/10 | Research and discussions re: policy limits queries by potentially settling insurance company. | W001 | HEG | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2010                                    INVOICE:            237024

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/10/10 | Reviewed and searched re: issue regarding policy limits raised during settlement discussion. | W001 | IF | 1.40 |
| 03/10/10 | Reviewed settlement and coverage in place agreements re: exhaustion of limits. | W001 | IF | 1.60 |
| 03/10/10 | Finalize cover letter to liquidator re: Grace's objection (.60); emails to R Chung re: same (.20). | W001 | KES | 0.80 |
| 03/10/10 | Work on allocation adjustments. | W001 | MG | 2.80 |
| 03/10/10 | Settlement meeting with an insurance company counsel (2.40). Prepare for same (1.00). | W001 | RMH | 3.40 |
| 03/10/10 | Revise letter to the Liquidator and revise Objection to the Integrity Liquidator's Notice of Determination and prepare for filing (2.40). Participate in settlement discussions with non-objecting insurance company and follow-up regarding defenses raised (3.50). | W001 | RYC | 5.90 |
| 03/11/10 | Proof changes, prepare and release. | W011 | AHP | 0.80 |
| 03/11/10 | Review and revise insurance policy data spreadsheets (1.10); analysis of selected insurance policies re: limits, exclusions, "loss payable" clauses and other coverage issues (2.20); draft memo re: repetition of certain policy limits (.30). | W001 | GFF | 3.60 |
| 03/11/10 | Reviewed and updated information re: settlement agreements and exhaustion. | W001 | IF | 2.50 |
| 03/11/10 | Prepare objection for filing (1.10); prepare documents to support objection (.80); file objection to the liquidator's disallowance of claims (.70). | W001 | KES | 2.60 |
| 03/11/10 | Work on allocation adjustments. | W001 | MG | 2.80 |
| 03/11/10 | Research regarding settlement discussion issues. | W001 | RYC | 1.60 |
| 03/12/10 | Analysis of selected settlement and reimbursement agreements re: exhaustion of coverage issues (1.70); revise settlement agreement data spreadsheets (.80); revise insurance data spreadsheets (1.10). | W001 | GFF | 3.60 |
| 03/12/10 | Reviewed termination language in connection with settlement discussion issues. | W001 | IF | 1.10 |

{D0175035.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

April 14, 2010                                                          INVOICE:              237024

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/12/10 | Reviewed settlements re: confirmation of exhaustion of primary and excess policies. | W001 | IF | 1.90 |
| 03/12/10 | Research for settlement discussion re: insurance recovery. | W001 | KS | 3.60 |
| 03/12/10 | Work on allocation adjustments and NPV calculation. | W001 | MG | 2.30 |
| 03/12/10 | Follow-up analysis regarding settlement discussion issues and anticipated position letter issues from insurance company (2.30). Review allocation issues relating to settlement discussions (.30). | W001 | RYC | 2.60 |
| 03/14/10 | Work on NPV calculation. | W001 | MG | 1.40 |
| 03/14/10 | Research and analysis in connection with outstanding issues impeding settlement with remaining insurance companies. | W001 | RYC | 3.40 |
| 03/15/10 | Analysis of selected insurance policies re: applicability to settlement agreements (3.20); review and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 4.30 |
| 03/15/10 | Reviewed settlement agreements and reimbursement agreements re: exhaustion of underlying and excess limits. | W001 | IF | 1.20 |
| 03/15/10 | Work on NPV (.50); work on insolvency claim (1.80). | W001 | MG | 2.30 |
| 03/15/10 | Attention to settlement negotiations with a significant insurance company. | W001 | RMH | 1.00 |
| 03/15/10 | Follow-up research and analysis in connection with outstanding issues impeding settlement with remaining insurance companies. | W001 | RYC | 4.20 |
| 03/16/10 | Revise insurance policy data spreadsheets (1.20); analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (2.60). | W001 | GFF | 3.80 |
| 03/16/10 | Reviewed available insurance policies re: multi-year limit language. | W001 | IF | 2.40 |
| 03/16/10 | Work on insolvency claim. | W001 | MG | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2010                                    INVOICE:            237024

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/16/10 | Review and analysis of policies in connection with issues raised by insurance company in settlement (1.10).  Research potential of non-New York insurance law in connection with potential settlement (1.80).  Attention to settlement allocation issues (.20). | W001 | RYC | 3.10 |
| 03/17/10 | Analysis of selected insurance policies re: follow form, limit periods and other coverage issues (2.70); review and revise insurance data spreadsheets (.70). | W001 | GFF | 3.40 |
| 03/17/10 | Reviewed available relevant policies re: settlement issues concerning policy limits. | W001 | IF | 2.50 |
| 03/17/10 | Searched files and in-house resources re: financial strength ratings from AM BEST, Standard & Poors and Moody's. | W001 | IF | 0.70 |
| 03/17/10 | Work on insolvency claim. | W001 | MG | 1.20 |
| 03/17/10 | Review and edit multiple proposed settlement agreements (2.40); Conference with plan proponents' counsel regarding same (1.20). | W001 | RMH | 3.60 |
| 03/17/10 | Research and analysis regarding insurance company settlement issues. | W001 | RYC | 3.30 |
| 03/18/10 | Analysis of selected umbrella and excess policies re: limits, policy periods, follow form and other coverage issues (2.90); review and revise insurance policy data spreadsheets (.90); research re: total available coverage limits remaining (.90). | W001 | GFF | 4.70 |
| 03/18/10 | Attention to: creation of "Absolute Availability" spread incorporating all possible sources of BI Products limits recovery. | W001 | HEG | 0.40 |
| 03/18/10 | Reviewed "available" multi-year policies re: limits related issues. | W001 | IF | 1.10 |
| 03/18/10 | Work on insolvency claim. | W001 | MG | 1.20 |
| 03/18/10 | Respond to inquiries regarding settlements in progress (1.30); Review and comments upon proposed settlement agreements (2.60). | W001 | RMH | 3.90 |
| 03/18/10 | Review and analysis related to potential settlements with remaining insurance companies. | W001 | RYC | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| April 14, 2010 | | INVOICE: | 237024 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/19/10 | Analysis of selected insurance policies re: follow form, exclusions, limits, and other issues re: applicability to settlement and reimbursement agreements (3.10); review and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 4.20 |
| 03/19/10 | Initial chart and document reviews to create template for proposed "Absolute Availability" spreadsheet (1.90); research likely parameters of same (.30); initial model begun and backup data reviewed to support entries (.70). | W001 | HEG | 2.90 |
| 03/19/10 | Reviewed available policies re: applicability of defenses relating to policy limits. | W001 | IF | 1.90 |
| 03/19/10 | Work on insolvency claim. | W001 | MG | 1.10 |
| 03/19/10 | Attention to settlements. | W001 | RMH | 1.00 |
| 03/19/10 | Prepare response to insurance company inquiries regarding limitations upon full coverage. | W001 | RYC | 1.50 |
| 03/21/10 | Edit settlement agreement with an insurance company. | W001 | RMH | 0.50 |
| 03/21/10 | Review recently received e-mails and pleadings for insurance coverage related issues. | W001 | RYC | 1.00 |
| 03/22/10 | Analysis of selected insurance policies re: follow form, aggregates, exclusions and other coverage issues (2.80); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.60 |
| 03/22/10 | Continued work on proposed "Absolute Availability" spread depicting all potential sources of future insurance recovery. | W001 | HEG | 2.80 |
| 03/22/10 | Reviewed insurance policies re: "aggregate limits" and "follow form." | W001 | IF | 1.60 |
| 03/22/10 | Reviewed available materials re:   remaining coverage still to be paid to Grace . | W001 | IF | 0.80 |
| 03/22/10 | Edit potential settlement agreement (1.00). Attention to other settlement agreements (.80). | W001 | RMH | 1.80 |
| 03/22/10 | Review and update remaining settlement discussion matters. | W001 | RYC | 2.60 |

{D0175035.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| April 14, 2010 | INVOICE:              237024 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/23/10 | Review and revise insurance policy data spreadsheets (1.30); analysis of selected umbrella and excess policies re: "follow form," limits, aggregates, and other coverage issues (3.40). | W001 | GFF | 4.70 |
| 03/23/10 | Reviewed available insurance policies re: "aggregate limits of liability" and "follow form language." | W001 | IF | 3.10 |
| 03/23/10 | Preparation and meeting with specific insurance company re:  claims. | W001 | IF | 0.40 |
| 03/23/10 | Meet with insolvent representatives re: claim. | W001 | MG | 0.40 |
| 03/23/10 | Edit settlement with insurance company (1.00). Draft memo to ACC regarding same (2.70). | W001 | RMH | 3.70 |
| 03/23/10 | Work on settlement discussion responses in connection with potential limitations upon coverage (2.20).  Follow-up regarding potential recovery from insolvent insurance companies (1.50). | W001 | RYC | 3.70 |
| 03/24/10 | Analysis of selected insurance policies re: exclusions, follow forms, limits, aggregates and other coverage issues (3.10); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.90 |
| 03/24/10 | Camomile Underwriting (CUAL) research re: insolvent coverage (.40); review insolvent insurance company established claim status and proposed proof of claim discussions and communications.(4.80). | W001 | HEG | 5.20 |
| 03/24/10 | Reviewed information re: presentation of claim to insolvent insurance company. | W001 | IF | 0.90 |
| 03/24/10 | Reviewed available insurance policies and settlement agreements re: "aggregate limit of liability" and "follow form provisions." | W001 | IF | 3.30 |
| 03/24/10 | Work on claims with insolvent companies. | W001 | MG | 1.30 |
| 03/24/10 | Respond to questions from Committee members regarding the proposed settlement with specific insurance company. | W001 | RMH | 1.20 |
| 03/25/10 | Assist P. Schwartz with anticipated payment information, telephone conversation with same (.70); e-mail to local counsel re: same (.60). | W011 | AHP | 1.30 |

{D0175035.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

April 14, 2010                                    INVOICE:              237024

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/25/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other asbestos coverage issues. | W001 | GFF | 3.70 |
| 03/25/10 | Continued research re: insolvent insurance company established scheme liability status and communications. | W001 | HEG | 1.60 |
| 03/25/10 | Reviewed available insurance policies re: "products aggregate limit of liability" and "follow form." | W001 | IF | 1.10 |
| 03/25/10 | Review communication from liquidator's office acknowledging receipt of objection (.20); prepare communication to R. Chung re: same (.20). | W001 | KES | 0.40 |
| 03/25/10 | Work on insolvent claims. | W001 | MG | 1.80 |
| 03/25/10 | Case file organization. | W001 | NJB | 2.40 |
| 03/25/10 | Attention to settlement with major insurance company (1.90); Transmit same (.30). | W001 | RMH | 2.20 |
| 03/25/10 | Prepare settlement discussion responses in connection with potential limitations upon coverage (1.80).  Pursue potential recovery from insolvent insurance companies including coordination with debtor (1.20). | W001 | RYC | 3.00 |
| 03/26/10 | Analysis of selected umbrella and excess insurance policies re: "follow form," limits, aggregates, exclusions and other asbestos coverage issues (3.40); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 4.20 |
| 03/26/10 | Reviewed available insurance policies re: "product aggregate limit of liability" and "follow form clauses." | W001 | IF | 3.20 |
| 03/26/10 | Obtain ACC approval of settlement with insurance company and transmit same (.20); Confer with Mr. Inselbuch (.50); Attention to new settlement proposal with a major insurance company (1.80). | W001 | RMH | 2.50 |
| 03/26/10 | Follow-up regarding recovery efforts from insolvent insurance companies. | W001 | RYC | 0.50 |
| 03/27/10 | Attention to major settlement agreement and communicate with Roger Frankel regarding same. | W001 | RMH | 2.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

April 14, 2010                                INVOICE:           237024

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 03/29/10 | Analysis of CNA complaint in S.D.N.Y. for factual information in connection with post-bankruptcy insurance coverage. | W001 | AMA | 0.50 |
| 03/29/10 | Analysis of selected insurance policies re: limits, exclusions, defense costs and other coverage issues. | W001 | GFF | 3.40 |
| 03/29/10 | Reviewed insurance policies re: aggregate limits of liability, follow form and policy periods. | W001 | IF | 2.90 |
| 03/29/10 | Work on confidentiality issues with insolvent insurance company. | W001 | MG | 1.60 |
| 03/29/10 | Attention to settlement discussions with specific insurance company (.60); attention to settlement discussions with additional insurance company (.40). | W001 | RMH | 1.00 |
| 03/29/10 | Follow-up investigation regarding insolvent insurance companies. | W001 | RYC | 1.70 |
| 03/30/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues. | W001 | GFF | 2.80 |
| 03/30/10 | Reviewed insurance policies re: aggregate limit information. | W001 | IF | 0.90 |
| 03/30/10 | Work on NPV and interest calculation for settlement talks. | W001 | MG | 2.30 |
| 03/30/10 | Attention to settlement with major insurance company. | W001 | RMH | 1.00 |
| 03/30/10 | Review insurance coverage issues in connection with potential settlement. | W001 | RYC | 1.80 |
| 03/31/10 | Edited memos re: factual research and analysis for post-bankruptcy insurance company. | W001 | AMA | 0.50 |
| 03/31/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, aggregates, exclusions and other coverage issues (3.70); review and revise insurance policy data spreadsheets (.60). | W001 | GFF | 4.30 |
| 03/31/10 | Reviewed insurance policies re: aggregate limits, follow form and policy periods. | W001 | IF | 1.90 |

{D0175035.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

April 14, 2010                                 INVOICE:           237024

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/31/10 | Attention to settlement negotiations with a major insurance company (.20); Edit draft settlement agreement (.30); Confer with Mr. Inselbuch (.20); Communicate with Mr. Lockwood.(.20); Communicate and provide substantive comments to FCR counsel (.50). | W001 | RMH | 1.40 |
| 03/31/10 | Review recently received pleadings in connection with potential insurance matters (0.30).   Review settlement agreement and allocation (0.40). | W001 | RYC | 0.70 |

**TOTAL FEES:**                                            **$152,077.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE             MATTER:      100055.WRG01

April 14, 2010                              INVOICE:             237024

MATTER:  CLAIMANTS COMMITTEE                ROBERT M. HORKOVICH

| FEE SUMMARY | | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| A. Marcello Antonucci | 320.00 | 1.60 | 512.00 |
| Arline H Pelton | 240.00 | 7.60 | 1,824.00 |
| Glenn F Fields | 330.00 | 89.70 | 29,601.00 |
| Harris E Gershman | 265.00 | 26.10 | 6,916.50 |
| Izak Feldgreber | 285.00 | 58.70 | 16,729.50 |
| Kenneth Seiler | 290.00 | 3.60 | 1,044.00 |
| Kenneth E. Sharperson | 495.00 | 22.20 | 10,989.00 |
| Mark Garbowski | 565.00 | 31.40 | 17,741.00 |
| Nicholas J Balsdon | 205.00 | 6.00 | 1,230.00 |
| Robert M Horkovich | 875.00 | 35.20 | 30,800.00 |
| Robert Y Chung | 585.00 | 59.30 | 34,690.50 |
| **TOTAL FEES:** | | | **$152,077.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

April 14, 2010                                            INVOICE:           237024

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001       Asset Analysis and Recovery

|                          | HOURS   | TOTALS       |
|--------------------------|---------|--------------|
| A. Marcello Antonucci    | 1.60    | 512.00       |
| Glenn F Fields           | 89.70   | 29,601.00    |
| Harris E Gershman        | 26.10   | 6,916.50     |
| Izak Feldgreber          | 58.70   | 16,729.50    |
| Kenneth E. Sharperson    | 22.20   | 10,989.00    |
| Kenneth Seiler           | 3.60    | 1,044.00     |
| Mark Garbowski           | 31.40   | 17,741.00    |
| Nicholas J Balsdon       | 6.00    | 1,230.00     |
| Robert M Horkovich       | 35.20   | 30,800.00    |
| Robert Y Chung           | 58.90   | 34,456.50    |
| **TOTAL:**               | **333.40** | **$150,019.50** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

|                   | HOURS  | TOTALS      |
|-------------------|--------|-------------|
| Arline H Pelton   | 7.60   | 1,824.00    |
| Robert Y Chung    | 0.40   | 234.00      |
| **TOTAL:**        | **8.00** | **$2,058.00** |

{D0175035.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

April 14, 2010                                                              INVOICE:            237024

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| COSTS through 03/31/10 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/22/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 03/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges February 1, 2010 through February 28, 2010 | E106 | 282.42 |
| 03/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges February 1, 2010 through February 28, 2010 | E106 | 84.49 |
| 03/01/10 | DI - PHOTOCOPYING | E101 | 3.80 |
| 03/04/10 | DI - PHOTOCOPYING | E101 | 8.40 |
| 03/05/10 | DI - PHOTOCOPYING | E101 | 17.40 |
| 03/05/10 | DI - PHOTOCOPYING | E101 | 1.20 |
| 03/05/10 | DI - PHOTOCOPYING | E101 | 1.30 |
| 03/08/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/09/10 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call charges for telephonic participation on hearing 1/25/10 | E125 | 163.00 |
| 03/10/10 | DI - PHOTOCOPYING | E101 | 0.90 |
| 03/10/10 | DI - PHOTOCOPYING | E101 | 1.20 |
| 03/11/10 | DI - PHOTOCOPYING | E101 | 176.60 |
| 03/11/10 | DI - PHOTOCOPYING | E101 | 2.40 |
| 03/16/10 | DI - FAX CHARGES | E104 | 7.50 |
| 03/16/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Court Call initial fee for Omnibus hearing 3/22/10 | E125 | 30.00 |
| 03/16/10 | Reversal from Void Check Number: 10122 Bank ID: WACHOVNY Voucher ID: 84615 Vendor: COURT CALL LLC | E125 | (30.00) |
| 03/16/10 | DI - PHOTOCOPYING | E101 | 0.60 |
| 03/16/10 | DI - PHOTOCOPYING | E101 | 1.20 |
| 03/17/10 | DI - PHOTOCOPYING | E101 | 3.60 |
| 03/17/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 03/18/10 | DI - PHOTOCOPYING | E101 | 1.50 |
| 03/19/10 | DI - PHOTOCOPYING | E101 | 9.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| April 14, 2010 | INVOICE:           237024 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 03/19/10 | DI - PHOTOCOPYING | E101 | 3.40 |
| 03/22/10 | DI - PHOTOCOPYING | E101 | 44.10 |
| 03/23/10 | DI - PHOTOCOPYING | E101 | 87.50 |
| 03/24/10 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service: service of objection on 4 different parties. | E125 | 230.00 |
| 03/24/10 | DI - PHOTOCOPYING | E101 | 2.60 |
| 03/25/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 03/26/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 03/26/10 | DI - PHOTOCOPYING | E101 | 1.40 |
| 03/30/10 | DI - PHOTOCOPYING | E101 | 9.80 |

**TOTAL COSTS:**                                    **$1,146.61**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

April 14, 2010                                   INVOICE:           237024

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| FX | DI - FAX CHARGES - | 7.50 |
| LB | LIBRARY & LEGAL RESEARCH | 366.91 |
| MR | MESSENGER SERVICE | 230.00 |
| TE | AP - TELEPHONE - | 163.00 |
| XE | DI - PHOTOCOPYING - | 379.20 |
| | **TOTAL COSTS:** | **$1,146.61** |

**TOTAL DUE:**                    **$153,224.11**

{D0175035.1 }