Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2010 through March 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 02-Mar-10 | BR | Review of memo prepared by J. Sinclair relating to Grace's motion to make minimum funding contribution for defined benefit pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 03-Mar-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 11-Mar-10 | BR | Review of Grace monthly financial and operating reports for December 2009. | 2.80 | $ 595.00 | $ 1,666.00 |
| 22-Mar-10 | BR | Review of Grace motion for authorization to implement 2010-2012 LTIP. | 1.00 | $ 595.00 | $ 595.00 |
| 22-Mar-10 | BR | Review of prior Grace motions relating to LTIPs. | 0.90 | $ 595.00 | $ 535.50 |
| 23-Mar-10 | BR | Tel C w/ James Sinclair to discuss Grace LTIP motion. | 0.20 | $ 595.00 | $ 119.00 |
| 23-Mar-10 | BR | Drafting memo to counsel to the ACC re Grace LTIP motion. | 1.50 | $ 595.00 | $ 892.50 |
| 25-Mar-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 30-Mar-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 30-Mar-10 | BR | Conf call with company and financial advisors to discuss Grace's pension plans. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Mar-10 | BR | Tel C w/ Jimmy Sinclair re topics discussed on conference call with company and financial advisors. | 0.20 | $ 595.00 | $ 119.00 |
| | | Total Bradley Rapp | 7.50 | | $ 4,462.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Mar-10 | JS | Review Defined Benefit Pension Funding Motion (Pension Funding Motion) prior years funding schedules, for purposes of advising Acc counsel. | 1.60 | $ 595.00 | $ 952.00 |
| 02-Mar-10 | JS | Write memorandum to ACC counsel regarding Pension Funding Motion for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 03-Mar-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 03-Mar-10 | JS | Commence review of 2009 10-K annual report for monitoring and valuation. | 2.80 | $ 595.00 | $ 1,666.00 |
| 05-Mar-10 | JS | Commence review of 2010-2012 LTIP Motion for purposes of advising ACC counsel. | 1.90 | $ 595.00 | $ 1,130.50 |
| 17-Mar-10 | JS | Commence review of 2009 Pro-Forma financials (8-K of 3/10/10) for valuation and for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 17-Mar-10 | JS | Review pricing and valuation materials, write memorandum to ACC counsel for purposes of advising same. | 2.10 | $ 595.00 | $ 1,249.50 |
| 18-Mar-10 | JS | Further review of 2009 10-K Annual Report for monitoring and valuation. | 2.30 | $ 595.00 | $ 1,368.50 |
| 19-Mar-10 | JS | Continue review of 2009 Pro-Forma 8-K for purposes of advising ACC counsel. | 1.80 | $ 595.00 | $ 1,071.00 |
| 22-Mar-10 | JS | Review prior LTIP motions and Grace financial performance history related to LTIP programs for purposes of advising ACC counsel | 2.70 | $ 595.00 | $ 1,606.50 |
| 23-Mar-10 | JS | Review G. Sinclair's memorandum regarding conference call of 2/25/10 addressing 2010 Operating Plan, the 2010 Operating Plan for purposes of advising ACC counsel regarding 2010-2012 LTIP Motion. | 1.60 | $ 595.00 | $ 952.00 |
| 23-Mar-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 23-Mar-10 | JS | Determine errors in payout, other discrepancies in 2010-2012 LTIP Motion, forwarding to B. Rapp for inclusion in memorandum to ACC counsel for purposes of advising counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 24-Mar-10 | JS | Write memorandum to Blackstone (O'Connell) regarding errors in 2010-2013 LTIP Motion for purposes of correcting such errors. | 1.10 | $ 595.00 | $ 654.50 |
| 24-Mar-10 | JS | Commence review of pre-petition 364 Day Revolving Credit Agreement for purposes of advising ACC counsel at counsel's request. | 1.80 | $ 595.00 | $ 1,071.00 |
| 25-Mar-10 | JS | Commence review of pre-petition 5-Year Revolving Credit Agreement for purposes of advising ACC counsel at counsel's request. | 1.50 | $ 595.00 | $ 892.50 |
| 25-Mar-10 | JS | Review current DIP Facility (expiring 4/1/10) for purposes of advising ACC counsel at counsel's request. | 1.60 | $ 595.00 | $ 952.00 |
| 26-Mar-10 | JS | Review various sections of Disclosure Statement and POR including Exhibit 12 (Financial Information), Exhibit 8 (Best Interest Analysis), Exhibit 11 (Asbestos PI Deferred Payment Agreement) for purposes of advising ACC counsel at counsel's request. | 2.80 | $ 595.00 | $ 1,666.00 |
| 29-Mar-10 | JS | Write memorandum to ACC counsel regarding interest rates on various Grace obligations pre-petition, in Chapter 11 and upon emergence, for purposes of advising counsel at counsel's request. | 2.10 | $ 595.00 | $ 1,249.50 |
| 29-Mar-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Mar-10 | JS | Conference call with Company, Blackstone and financial advisors regarding alternative pension plans. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total James Sinclair | 35.80 | | $ 21,301.00 |

Robert Lindsay - Managing Director

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2010 through March 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 24-Mar-10 | RL | Updated and forwarded February 2009 invoice. | 0.20 | $ 550.00 | $ 110.00 |
|  |  | Total Robert Lindsay | 0.20 |  | $ 110.00 |

Peter Cramp - Senior Analyst

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 01-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 08-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 08-Mar-10 | PC | Review and analyze Company's 10-K filing for due diligence and monitoring. | 2.30 | $ 275.00 | $ 632.50 |
| 09-Mar-10 | PC | Review and analyze January Monthly Operating Report for due diligence and monitoring. | 1.60 | $ 275.00 | $ 440.00 |
| 09-Mar-10 | PC | Continue to review and analyze Company's 10-K filing for due diligence and monitoring. | 2.20 | $ 275.00 | $ 605.00 |
| 15-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review Company's 8-K filing and Pro Forma Financial Statements for due diligence. | 2.60 | $ 275.00 | $ 715.00 |
| 23-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $ 275.00 | $ 330.00 |
| 24-Mar-10 | PC | Review various documents on PACER at request of J. Sinclair. | 0.90 | $ 275.00 | $ 247.50 |
| 24-Mar-10 | PC | Review and revise February fee application. | 0.40 | $ 275.00 | $ 110.00 |
| 25-Mar-10 | PC | Review DIP facility documents at request of J. Sinclair. | 0.40 | $ 275.00 | $ 110.00 |
| 29-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 30-Mar-10 | PC | Conference call with Company and financial advisors to discuss status of pension alternatives study. | 0.50 | $ 275.00 | $ 137.50 |
|  |  | Total Peter Cramp | 16.80 |  | $ 4,620.00 |

Gibbons Sinclair - Analyst

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| 22-Mar-10 | GS | Revise memorandum from 2/25/10 call and e-mail to J. Sinclair per request from same. | 0.30 | $ 275.00 | $ 82.50 |
| 24-Mar-10 | GS | Draft Grace invoice for February 2010. | 1.90 | $ 275.00 | $ 522.50 |
|  |  | Total Gibbons Sinclair | 2.20 |  | $ 605.00 |
|  |  | **TOTAL** | 62.50 |  | $ 31,098.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2010 through March 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Employee Benefits/Pensions** | | | | | |
| 01-Mar-10 | JS | Review Defined Benefit Pension Funding Motion (Pension Funding Motion) prior years funding schedules, for purposes of advising Acc counsel. | 1.60 | $ 595.00 | $ 952.00 |
| 02-Mar-10 | JS | Write memorandum to ACC counsel regarding Pension Funding Motion for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 02-Mar-10 | BR | Review of memo prepared by J. Sinclair relating to Grace's motion to make minimum funding contribution for defined benefit pension plan. | 0.10 | $ 595.00 | $ 59.50 |
| 05-Mar-10 | JS | Commence review of 2010-2012 LTIP Motion for purposes of advising ACC counsel. | 1.90 | $ 595.00 | $ 1,130.50 |
| 22-Mar-10 | JS | Review prior LTIP motions and Grace financial performance history related to LTIP programs for purposes of advising ACC counsel. | 2.70 | $ 595.00 | $ 1,606.50 |
| 22-Mar-10 | BR | Review of Grace motion for authorization to implement 2010-2012 LTIP. | 1.00 | $ 595.00 | $ 595.00 |
| 22-Mar-10 | BR | Review of prior Grace motions relating to LTIPs. | 0.90 | $ 595.00 | $ 535.50 |
| 23-Mar-10 | JS | Determine errors in payout, other discrepancies in 2010-2012 LTIP Motion, forwarding to B. Rapp for inclusion in memorandum to ACC counsel for purposes of advising counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 23-Mar-10 | BR | Tel C w/ James Sinclair to discuss Grace LTIP motion. | 0.20 | $ 595.00 | $ 119.00 |
| 23-Mar-10 | BR | Drafting memo to counsel to the ACC re Grace LTIP motion. | 1.50 | $ 595.00 | $ 892.50 |
| 24-Mar-10 | JS | Write memorandum to Blackstone (O'Connell) regarding errors in 2010-2013 LTIP Motion for purposes of correcting such errors. | 1.10 | $ 595.00 | $ 654.50 |
| 30-Mar-10 | JS | Conference call with Company, Blackstone and financial advisors regarding alternative pension plans. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Mar-10 | BR | Conf call with company and financial advisors to discuss Grace's pension plans. | 0.50 | $ 595.00 | $ 297.50 |
| 30-Mar-10 | BR | Tel C w/ Jimmy Sinclair re topics discussed on conference call with company and financial advisors. | 0.20 | $ 595.00 | $ 119.00 |
| 30-Mar-10 | PC | Conference call with Company and financial advisors to discuss status of pension alternatives study. | 0.50 | $ 275.00 | $ 137.50 |
| | | **Total Employee Benefits/Pensions** | **15.80** | | **$ 9,241.00** |
| **Fee Applications (Applicant)** | | | | | |
| 24-Mar-10 | RL | Updated and forwarded February 2009 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| 24-Mar-10 | PC | Review and revise February fee application. | 0.40 | $ 275.00 | $ 110.00 |
| 24-Mar-10 | GS | Draft Grace invoice for February 2010. | 1.90 | $ 275.00 | $ 522.50 |
| | | **Total Fee Applications (Applicant)** | **2.50** | | **$ 742.50** |
| **Financing** | | | | | |
| 24-Mar-10 | JS | Commence review of pre-petition 364 Day Revolving Credit Agreement for purposes of advising ACC counsel at counsel's request. | 1.80 | $ 595.00 | $ 1,071.00 |
| 25-Mar-10 | JS | Commence review of pre-petition 5-Year Revolving Credit Agreement for purposes of advising ACC counsel at counsel's request. | 1.50 | $ 595.00 | $ 892.50 |
| 25-Mar-10 | JS | Review current DIP Facility (expiring 4/1/10) for purposes of advising ACC counsel at counsel's request. | 1.60 | $ 595.00 | $ 952.00 |
| | | **Total Financing** | **4.90** | | **$ 2,915.50** |
| **Plan and Disclosure Statement** | | | | | |
| 26-Mar-10 | JS | Review various sections of Disclosure Statement and POR including Exhibit 12 (Financial Information), Exhibit 8 (Best Interest Analysis), Exhibit 11 (Asbestos PI Deferred Payment Agreement) for purposes of advising ACC counsel at counsel's request. | 2.80 | $ 595.00 | $ 1,666.00 |
| | | **Total Plan and Disclosure Statement** | **2.80** | | **$ 1,666.00** |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2010 through March 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---:|---:|---:|
| **Valuation** | | | | | |
| 01-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 03-Mar-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 03-Mar-10 | JS | Commence review of 2009 10-K annual report for monitoring and valuation. | 2.80 | $ 595.00 | $ 1,666.00 |
| 03-Mar-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 08-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 08-Mar-10 | PC | Review and analyze Company's 10-K filing for due diligence and monitoring. | 2.30 | $ 275.00 | $ 632.50 |
| 09-Mar-10 | PC | Review and analyze January Monthly Operating Report for due diligence and monitoring. | 1.60 | $ 275.00 | $ 440.00 |
| 09-Mar-10 | PC | Continue to review and analyze Company's 10-K filing for due diligence and monitoring. | 2.20 | $ 275.00 | $ 605.00 |
| 11-Mar-10 | BR | Review of Grace monthly financial and operating reports for December 2009. | 2.80 | $ 595.00 | $ 1,666.00 |
| 15-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review Company's 8-K filing and Pro Forma Financial Statements for due diligence. | 2.60 | $ 275.00 | $ 715.00 |
| 17-Mar-10 | JS | Commence review of 2009 Pro-Forma financials (8-K of 3/10/10) for valuation and for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 17-Mar-10 | JS | Review pricing and valuation materials, write memorandum to ACC counsel for purposes of advising same. | 2.10 | $ 595.00 | $ 1,249.50 |
| 18-Mar-10 | JS | Further review of 2009 10-K Annual Report for monitoring and valuation. | 2.30 | $ 595.00 | $ 1,368.50 |
| 19-Mar-10 | JS | Continue review of 2009 Pro-Forma 8-K for purposes of advising ACC counsel. | 1.80 | $ 595.00 | $ 1,071.00 |
| 22-Mar-10 | GS | Revise memorandum from 2/25/10 call and e-mail to J. Sinclair per request from same. | 0.30 | $ 275.00 | $ 82.50 |
| 23-Mar-10 | JS | Review G. Sinclair's memorandum regarding conference call of 2/25/10 addressing 2010 Operating Plan, the 2010 Operating Plan for purposes of advising Acc counsel regarding 2010-2012 LTIP Motion. | 1.60 | $ 595.00 | $ 952.00 |
| 23-Mar-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 23-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $ 275.00 | $ 330.00 |
| 24-Mar-10 | PC | Review various documents on PACER at request of J. Sinclair. | 0.90 | $ 275.00 | $ 247.50 |
| 25-Mar-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 25-Mar-10 | PC | Review DIP facility documents at request of J. Sinclair. | 0.40 | $ 275.00 | $ 110.00 |
| 29-Mar-10 | JS | Write memorandum to ACC counsel regarding interest rates on various Grace obligations pre-petition, in Chapter 11 and upon emergence, for purposes of advising counsel at counsel's request. | 2.10 | $ 595.00 | $ 1,249.50 |
| 29-Mar-10 | JS | Review pricing and valuation information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 29-Mar-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 30-Mar-10 | BR | Review of weekly update report on Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Valuation | 36.50 | | $ 16,533.50 |
| | | **TOTAL** | 62.50 | | $ 31,098.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2010 through March 31, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 7.50 | $ 595.00 | $ 4,462.50 |
| James Sinclair - Senior Managing Director | 35.80 | $ 595.00 | $ 21,301.00 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 16.80 | $ 275.00 | $ 4,620.00 |
| Gibbons Sinclair - Senior Analyst | 2.20 | $ 275.00 | $ 605.00 |
| Total Professional Hours and Fees | 62.50 | | $ 31,098.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - March 1, 2010 through March 31, 2010

| Date | Description of Item | Amount |
|---|---|---|
| 13-Jan-10 | Online Research - Bonds Online* | $35.00 |
| 24-Mar-10 | Online Research - Pacer | $4.96 |
| | Total Expenses March 1, 2010 through March 31, 2010 | $39.96 |

* Omitted from January 2010 Invoice