## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/24/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTIETH MONTHLY INTERIM
PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010**

Name of Applicant:                                  Alan B. Rich, Esq.

Authorized to Provide Services To:        Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention:                             September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:             April 1, 2010 through April 30, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:               $11,040.00   [80% of $13,800.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:       $805.28

This is a(n):     ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 23.0 hours,[2] for a total amount billed of $13,800.00 of which 80% is currently sought, in the amount of $11,040.00, plus 100% of the expenses incurred during this period, in the amount of $805.28, for a total currently sought of $11,845.28.

As stated above, this is the Twentieth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $900.00 will be requested in a future application.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 13.2 | $7,920.00 |
| Travel | 13.2 (@ 100%) | $3,960.00   (@ 50%) |
| Fee Application Matters (Incl. Monthly and Quarterly Applications of FCR & Local Counsel) | 3.2 | $1,920.00 |
| TOTAL | 29.6 hours | $13,800.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $805.28 |
| TOTAL | $805.28 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of May, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*

4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (April, 2010)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|------|--------------------|------|
| 4/1/2010 | Prepare 19th Monthly Fee Application | 1.5 |
| 4/1/2010 | Review Tansfer of BNSF claim | 0.1 |
| 4/2/2010 | Emails to and from Fee Auditor re 19th Application | 0.1 |
| 4/5/2010 | Attention to filing CNO for PD FCR's 13th fee application | 0.1 |
| 4/5/2010 | Review Revised Chart of Objections | 0.5 |
| 4/5/2010 | Email documents requested to Fee Auditor | 0.1 |
| 4/5/2010 | Review Monthly Operating Report (February, 2010) | 0.4 |
| 4/5/2010 | Review Agenda for April Omnibus hearing | 0.2 |
| 4/7/2010 | Review Order approving LTIP for 2010-2012 | 0.1 |

| | | |
|---|---|---|
| 4/7/2010 | Review Order approving stipulation with National Union regarding classification and withdrawal of plan objections | 0.1 |
| 4/7/2010 | Review Orders Authorizing PD Settlements (McMaster University, Health Care Corp. of St. Johns, Hamilton Wentworth School District, Morguard Investments, and Toronto District School Board) | 0.4 |
| 4/7/2010 | Review Order approving stipulation with Longacre regarding classification and withdrawal of plan objections | 0.1 |
| 4/7/2010 | Review Settlement Notice re Munoz claim | 0.1 |
| 4/7/2010 | Review Settlement Notice re Standard Chain Co. claim | 0.1 |
| 4/7/2010 | Review Order approving retention of special counsel to Debtors | 0.1 |
| 4/9/2010 | Review Notice of Filing re MMO Settlement Signatures | 0.1 |
| 4/9/2010 | Review Debtors' Statement of Professionals' Compensation 1Q10 and email to R. Finke re same | 0.2 |
| 4/12/2010 | Email from R. Finke re OCP issue | 0.1 |
| 4/12/2010 | Emails to and from Fee Auditor re various applications and forward documents to fee auditor | 0.2 |
| 4/16/2010 | Email to client re status and omnibus | 0.1 |
| 4/18/2010 | Travel (non-productive) from Dallas to Wilmington for Omnibus hearing and PD Trials (5.2 hrs @ 50%) | 2.6 |
| 4/19/2010 | Attend April Omnibus hearing and PD Trials | 2.3 |
| 4/19/2010 | Travel (non-productive) from Wilmington to Dallas (8 hrs.@ 50%) | 4.0 |
| 4/20/2010 | Prepare and PD FCR's 14th Fee Application and Notice | 1.0 |
| 4/20/2010 | Review CNO's re PD Settlements with City of Vancouver, Avalon East School District, Fairmall Leaseholds, Atlantic Shopping Mall, Conseillers Immobiliers and University of Guelph | 0.4 |

| | | |
|---|---|---|
| 4/20/2010 | Review CNO for MMO Settlement | 0.1 |
| 4/20/2010 | Review CNO for final payment of fees from fraudulent transfer litigation | 0.1 |
| 4/21/2010 | Prepare and file CNO for 18th Fee application | 0.2 |
| 4/23/2010 | Review Orders Striking Fraudulent Conveyance case Fee Applications and CNOs | 0.2 |
| 4/25/2010 | Review COC re Objection Dates for MD Casualty Claim Objections | 0.1 |
| 4/25/2010 | Review Notice of Filing of List of Post-Confirmation Officers and Directors | 0.2 |
| 4/27/2010 | Review Northstar Insurance Settlement Motion | 0.4 |
| 4/27/2010 | Review Amended Settlement Notice for Claim 6080 | 0.2 |
| 4/27/2010 | Email from debtors' counsel re PD Trustees | 0.1 |
| 4/28/2010 | Several conferences with counsel for Debtors and ZAI claimants, client and potential trustees regarding PD Trustees | 1.0 |
| 4/28/2010 | Review May Omibus agenda and notice of cancellation | 0.1 |
| 4/28/2010 | Review Order granting remaining Holdbacks in Fraudulent Conveyance Litigation | 0.1 |
| 4/28/2010 | Review Order Approving MMO Settlement | 0.2 |
| 4/28/2010 | Review Orders Approving various PD Settlements (City of Vancouver, Avalon East School District, Fairmall Leaseholds, Atlantic Shopping Mall, Conseillers Immobiliers and University of Guelph) | 0.4 |
| 4/29/2010 | Review CNO on Claims Settlement Notice | 0.1 |
| 4/29/2010 | Review Notice of DiMinimus Asset Sales for 1Q10 | 0.1 |
| 4/29/2010 | Review Notice of DiMinimus Settlements for 1Q10 | 0.1 |

| | | |
|---|---|---|
| 4/29/2010 | Emails to and from PD Committee Counsel and ZAI Counsel re 7B Trustee and related issues | 0.2 |
| 4/29/2010 | Conference with 7A Trustee Nominee | 0.1 |
| 4/30/2010 | Review Modified Plan Documents as of April 22, 2010 | 3.0 |
| 4/30/2010 | Review Proposed Confirmation Order | 1.0 |

Total: 23.0 hours @ $600.00/hour = $13,800.00

<u>Expenses:</u>   Detail on Exhibit 1– $805.28

**<u>Total Fees and Expenses Due</u>:   $14,605.28**

EXPENSES FOR MARCH 2010                                                         EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|----------------------|--------|
| 4/18/2010 | RT Coach Airfare (DFW-PHL) | $478.40 |
| 4/18/2010 | Dinner | $8.97 |
| 4/18/2010 | Hotel | $209.23 |
| 4/19/2010 | Lunch | $11.66 |
| 4/19/2010 | Hotel Parking | $10.00 |
| 4/19/2010 | Rental Car | $55.07 |
| 4/19/2010 | Internet Access | $12.95 |
| 4/19/2010 | DFW Airport Parking | $19.00 |
| | TOTAL EXPENSES | $805.28 |