IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**NOTICE OF FILING OF THE TWELFTH AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019 (EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO ALL PARTIES ON THE ATTACHED SERVICE LIST, NOTICE IS HEREBY GIVEN THAT:

Landis Rath & Cobb LLP and Cohn Whitesell & Goldberg LLP, in compliance with the October 22, 2004 Order of the Court, has filed its **Twelfth Amended and Restated Verified Statement in Connection With the Representation of Creditors as Required by Fed. R. Bankr. P. 2019.**

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk format. Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

| | |
|---|---|
| Dated: May 3, 2010<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri Mumford*<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>       mumford@lrclaw.com<br><br>- and - |

{393.001-W0007403.}

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*

2

{393.001-W0007403.}