## **EXHIBIT A**

### **Case Administration (9.20 Hours; $ 5,476.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.00 | $860 | 1,720.00 |
| Rita C. Tobin | 6.70 | $545 | 3,651.50 |
| Eugenia Benetos | .50 | $210 | 105.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/10 | PVL | 860.00 | 0.10 | Review 8 miscellaneous filings. |
| 03/02/10 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 03/03/10 | RCT | 545.00 | 1.00 | Continue research into payment issue (1.0) |
| 03/04/10 | RCT | 545.00 | 0.50 | Review files re FC action fee app records (0.5) |
| 03/05/10 | PVL | 860.00 | 0.10 | Review 7 miscellaneous filings. |
| 03/05/10 | RCT | 545.00 | 0.20 | Conference JR re outstanding holdbacks (0.2) |
| 03/05/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 03/09/10 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 03/09/10 | RCT | 545.00 | 1.90 | Additional revisions of responses as per PVNL, et al. (1.5); emails to JR re expense items (0.2); conference BH re logistics (0.2) |
| 03/12/10 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |
| 03/12/10 | RCT | 545.00 | 0.50 | Review exhibits (0.5) |
| 03/12/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 03/15/10 | PVL | 860.00 | 0.10 | Review 4 miscellaneous filings. |
| 03/15/10 | EB | 210.00 | 0.50 | T/C with APB re: filings of quarterlies on PACER and accounting issues in case. Review spreadsheets. |
| 03/16/10 | RCT | 545.00 | 0.40 | Review fee apps re missing amounts (0.4) |

{D0175250.1 }

| 03/17/10 | RCT | 545.00 | 0.90 | conference EI re outstanding amounts (0.2); conference EI and EB re same (0.3); conference EB re outstanding amounts/review memo (0.4) |
|---|---|---|---|---|
| 03/19/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 03/22/10 | PVL | 860.00 | 1.20 | Review 6 PD motions (.1); review docs for filing (1.1). |
| 03/23/10 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |
| 03/26/10 | RCT | 545.00 | 0.30 | Review EB tallies (0.3) |
| 03/26/10 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 03/30/10 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 03/30/10 | RCT | 545.00 | 0.20 | Review revised Order (0.2) |

**Total Task Code .04        9.20**


**Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/05/10 | PVL | 860.00 | 0.20 | Review MCC resp. to Grace cls. obj. |

**Total Task Code .05        .20**


**Employee Benefits/Pension (.20 Hours; $ 172.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |

{D0175250.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/10 | PVL | 860.00 | 0.10 | Review Sinclair memo re pension plan. |
| 03/23/10 | PVL | 860.00 | 0.10 | Review Rapp e-mail and reply re CTIP motion. |

**Total Task Code .08      .20**


**Fee Applications, Applicant (14.20 Hours; $ 5,239.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $675 | 67.50 |
| Rita C. Tobin | 6.60 | $545 | 3,597.00 |
| Eugenia Benetos | 6.50 | $210 | 1,365.00 |
| Shirley D. Chisolm | 1.00 | $210 | 210.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/10 | RCT | 545.00 | 1.50 | Review monthly fee application (1.5) |
| 03/01/10 | SDC | 210.00 | 1.00 | Preparation of monthly fee application and exhibits |
| 03/02/10 | RCT | 545.00 | 0.30 | Address payment issues (0.3) |
| 03/04/10 | RCT | 545.00 | 0.30 | Emails JR re fee issues (0.1); review Grace email re fee issue (0.2) |
| 03/10/10 | RCT | 545.00 | 0.40 | Review pre-bills (0.4) |
| 03/15/10 | RCT | 545.00 | 0.20 | Conference EB re fee apps |
| 03/16/10 | EB | 210.00 | 0.50 | Review fee application schedule. Send email to K. Hemming re: pending payments. Review of Certificates on Pacer. |
| 03/17/10 | RCT | 545.00 | 0.20 | Review and converse with EB re fee memo (0.2) |
| 03/17/10 | EB | 210.00 | 2.00 | Review fee application schedule. T/C with APB. Meeting with RCT. Email to K. Hemming re: pending payments. |
| 03/17/10 | EB | 210.00 | 1.00 | Review aged detail from APB. T/C with APB. Prepare a memo for EI re: pending payments. |

{D0175250.1 }

| 03/18/10 | RCT | 545.00 | 1.90 | Address fee issues (1.9) |
| 03/19/10 | EB | 210.00 | 1.50 | Work on monthly fee application and discuss with APB fee application scheduling issues. |
| 03/22/10 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 03/24/10 | EB | 210.00 | 0.50 | Email to attorney Janet Baer re: fraudulent conveyance case. |
| 03/25/10 | RCT | 545.00 | 0.40 | Conferences EB re Grace fee issue (0.4) |
| 03/26/10 | RCT | 545.00 | 0.70 | Address issues re owed fees (0.7) |
| 03/26/10 | TWS | 675.00 | 0.10 | Review draft application for payment of holdbacks |
| 03/26/10 | EB | 210.00 | 0.50 | Perform review of motion re: C&D pending payments. Email to Janet Baer re: additional pending payments. |
| 03/30/10 | RCT | 545.00 | 0.50 | Address payment issue (0.5) |
| 03/31/10 | RCT | 545.00 | 0.20 | Review fee app schedules for April (0.2) |

**Total Task Code .12        14.20**


**Litigation and Litigation Consulting (7.90 Hours; $ 4,505.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.90 | $950 | 3,705.00 |
| Marissa A. Fanone | 4.00 | $200 | 800.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/04/10 | EI | 950.00 | 1.30 | Reviewed Libby docs (.3); teleconf. re: Libby status with PVNL, Frankel & Wyron (1.0). |
| 03/05/10 | EI | 950.00 | 0.20 | T/c PVNL re: Libby status (.2). |
| 03/15/10 | EI | 950.00 | 0.30 | Memo re: Libby matters (.2); CNA status inquiry (.1). |

{D0175250.1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 03/16/10 | EI | 950.00 | 0.70 | Libby matters: memo and t/c PVNL re: status and CNA status (.7). |
| 03/23/10 | EI | 950.00 | 0.20 | Read Rapp memo re: LTIP and memo to PVNL. |
| 03/24/10 | EI | 950.00 | 0.20 | Memos re: proposed Employers Mutual settlement. |
| 03/25/10 | EI | 950.00 | 0.20 | T/c PVNL re: Libby/CNA status. |
| 03/26/10 | EI | 950.00 | 0.20 | Review Emp. Mutual settlement. |
| 03/31/10 | EI | 950.00 | 0.60 | T/c Horkovich re: CNA settlement (.2); t/c PVNL re: same (.1); t/c PVNL re: terms of debt question (.3); |
| 03/31/10 | MAF | 200.00 | 4.00 | Review and organize confirmation hearing trial materials. |

**Total Task Code .16        7.90**


**Plan & Disclosure Statement (43.80 Hours; $ 35,769.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $950 | 95.00 |
| Peter Van N. Lockwood | 36.90 | $860 | 31,734.00 |
| Nathan D. Finch | 1.30 | $625 | 812.50 |
| Ann c. McMillan | 3.80 | $595 | 2,261.00 |
| Jeffrey A. Liesemer | 1.70 | $510 | 867.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/10 | PVL | 860.00 | 0.50 | Review e-mail and reply (.1); revised draft motion re Longacre stip (.1); review Peterson depo and e-mail Wyron (.2); review revised draft CNA/Sealed Air stip (.1). |
| 03/01/10 | ACM | 595.00 | 1.20 | Review files re Libby issues and exchange e-mails with M. Peterson re same. |
| 03/02/10 | PVL | 860.00 | 2.40 | Review revised draft CNA stip (.1); teleconference Wyron (2.2); review e-mail (.1). |
| 03/02/10 | ACM | 595.00 | 0.30 | Teleconferences Grace claimants re status of plan. |

{D0175250.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/03/10 | PVL | 860.00 | 2.90 | Review e-mail and reply (.3); teleconference Freedman (.1); review original draft Libby TS and e-mail Wyron et al re same (.4); teleconference Frankel and Wyron (2.1). |
| 03/04/10 | PVL | 860.00 | 2.10 | Review e-mail and reply (.2); teleconference Frankel, Wyron and EI (1.1); review revised draft Nat'l Union stip (.1); teleconference Wyron (.1); teleconference Wisler (.6). |
| 03/05/10 | PVL | 860.00 | 2.70 | Review e-mail and reply (.5); review draft motion re Nat'l Union stip and e-mail comments (.3); teleconference EI (.3); teleconference Monaco, Cockrell and Wyron (.2); review revised draft obj chart and e-mail comments (1.4). |
| 03/05/10 | ACM | 595.00 | 0.10 | Teleconference EI re Trustees. |
| 03/08/10 | PVL | 860.00 | 2.20 | Review e-mail and reply (.7); teleconference Freedman and Donley (1.1); review revised POR black-line (.4). |
| 03/08/10 | ACM | 595.00 | 0.30 | Exchange e-mails with R. Wyron, PVNL re TDP and ADR procedures. |
| 03/09/10 | PVL | 860.00 | 2.10 | Review e-mail and reply (.7); review Orrick comments on draft obj chart (.2); review revised draft TDP provisions (.2); teleconference Wyron (.9); review revised App. A to obj chart (.1). |
| 03/09/10 | ACM | 595.00 | 1.50 | Exchange e-mails with PVNL, R. Wyron, D. Boll re TDP (.5); teleconference EI re same (.1); review revised TDP (.9). |
| 03/10/10 | PVL | 860.00 | 1.20 | Teleconference Cohn, Candon and Wyron (.9); review e-mail and reply (.3). |
| 03/10/10 | ACM | 595.00 | 0.10 | Exchange e-mails with D. Boll re TDP. |
| 03/11/10 | PVL | 860.00 | 1.30 | Review revised CNA/Sealed Air stip (.1); teleconference Frankel and Wyron (1.2). |
| 03/12/10 | PVL | 860.00 | 0.30 | Teleconference Frankel and Wyron (.1); review e-mail (.2). |
| 03/15/10 | PVL | 860.00 | 1.60 | Review e-mail and reply (.4); review revised obj chart and e-mail comments (1.0); review revised TDP and e-mail comments (.2). |

{D0175250.1 }

| | | | | |
|---|---|---|---|---|
| 03/16/10 | PVL | 860.00 | 0.90 | Review black-line POR and notice of mods (.5); teleconference EI (.4). |
| 03/16/10 | ACM | 595.00 | 0.30 | Review proposed changes to TDP and send e-mail to R. Wyron re same. |
| 03/17/10 | PVL | 860.00 | 1.30 | Teleconference Frankel, Wyron, Mahaley and Horkovich (1.0); review e-mail and reply (.2); review 3/10/10 Grace 8-K (.1). |
| 03/18/10 | PVL | 860.00 | 6.70 | Prep for meeting (.1); confer Frankel, Wyron, Felder (.7); confer Shelnitz, Finke, Freedman, Donley, Frankel, Wyron and Felder (5.0); review e-mail and reply (.1); review draft Hartford agmt. (.8). |
| 03/19/10 | PVL | 860.00 | 1.70 | Review e-mail and reply (.5); review revised drafts of notice of plan amends (.2); teleconference Donley, Cohn, Candon and Wyron (.7); teleconference Wyron (.1); review Pennock v. MCC complaint (.2). |
| 03/19/10 | JAL | 510.00 | 1.10 | Review and analysis of fourth set of modifications to plan and chart of remaining plan objections. |
| 03/21/10 | PVL | 860.00 | 0.20 | Review e-mail. |
| 03/22/10 | PVL | 860.00 | 1.80 | Review revised obj chart and e-mail comments to Freedman et al (1.2); review e-mail and reply (.2); teleconference Sinclair (.4). |
| 03/23/10 | PVL | 860.00 | 0.80 | Review e-mail re obj chart and reply (.6); review e-mail and reply (.2). |
| 03/23/10 | NDF | 625.00 | 1.30 | Read recent decision on scope of channeling injunction (1.0); memo to PVNL re same (0.3). |
| 03/24/10 | PVL | 860.00 | 1.30 | Review e-mail and reply (.3); review revised obj chart and e-mail comments (1.0). |
| 03/25/10 | PVL | 860.00 | 0.70 | Teleconference Wyron (.4); review e-mail and reply (.1); teleconference Paul (.1); teleconference EI (.1). |
| 03/25/10 | JAL | 510.00 | 0.60 | Respond to e-mail from J. Sinclair re: plan issues and tele. call w/him re: same. |
| 03/26/10 | PVL | 860.00 | 0.60 | Review e-mail and reply (.2); review draft CNA agmt (.4). |
| 03/29/10 | PVL | 860.00 | 0.30 | Review e-mail and reply (.1); review Brown draft revs to obj chart (.2). |

{D0175250.1 }

Case 01-01139-AMC    Doc 24717-1    Filed 05/03/10    Page 8 of 10

8

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 03/30/10 | PVL | 860.00 | 1.10 | Review revised obj chart and e-mail comments re same (.7); review e-mail and reply (.3); review Bank Lender resp re obj chart (.1). |
| 03/31/10 | PVL | 860.00 | 0.20 | Teleconference EI. |
| 03/31/10 | EI | 950.00 | 0.10 | T/c claimant. |

**Total Task Code .17          43.80**


**Fee Auditor Matters (7.50 Hours; $ 4,243.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $860 | 344.00 |
| Nathan D. Finch | .50 | $625 | 312.50 |
| Rita C. Tobin | 6.30 | $545 | 3,433.50 |
| Jeffrey A. Liesemer | .30 | $510 | 153.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/05/10 | RCT | 545.00 | 3.50 | Emails fee auditor re report (0.1); review spreadsheet re Grace email, fee issue (0.3); email to Grace (response) re fee issue (0.2); emails PVNL, NDF, JAL re fee auditor response (0.4); draft fee auditor response (2.5) |
| 03/05/10 | NDF | 625.00 | 0.50 | Respond to fee auditor's inquiries. |
| 03/05/10 | JAL | 510.00 | 0.30 | Drafted and revised memo to RCT in response to fee auditor's inquiries. |
| 03/08/10 | RCT | 545.00 | 2.00 | Edit letter to Fee Auditor (1.5); emails and TCs with JR, AB and BH re same (0.5) |
| 03/09/10 | PVL | 860.00 | 0.40 | Review draft letter to Smith and e-mail RCT re same. |
| 03/11/10 | RCT | 545.00 | 0.80 | Reply to additional fee auditor question (0.2); emails EGB r same (0.2); review final report (0.3); email PVNL re same (0.1) |

**Total Task Code.32          7.50**

{D0175250.1 }

{D0175250.1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 86.65 |
| Charge of Cell and/or Home Phone Useage | 20.47 |
| Local Transportation - DC | 10.00 |
| Long Distance-Equitrac In-House | 4.60 |
| NYO Long Distance Telephone | 424.48 |
| Outside Local Deliveries | 276.20 |
| Xeroxing | 20.70 |
| **Total:** | **$ 843.10** |

{D0175250.1}