**EXHIBIT B**

**Case Administration (9.20 Hours; $ 5,476.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          9.20**

**Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05          .20**

**Employee Benefits/Pension (.20 Hours; $ 172.00)**

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08          .20**

**Fee Applications, Applicant (14.20 Hours; $ 5,239.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          14.20**

**Litigation and Litigation Consulting (7.90 Hours; $ 4,505.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          7.90**

**Plan & Disclosure Statement (43.80 Hours; $ 35,769.50)**

{D0175254.1 }
DOC#151898

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        43.80**

**Fee Auditor Matters (7.50 Hours; $ 4,243.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        7.50**

{D0175254.1 }