## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 86.65 |
| Charge of Cell and/or Home Phone Useage | 20.47 |
| Local Transportation - DC | 10.00 |
| Long Distance-Equitrac In-House | 4.60 |
| NYO Long Distance Telephone | 424.48 |
| Outside Local Deliveries | 276.20 |
| Xeroxing | 20.70 |
| **Total:** | **$ 843.10** |

{D0175255.1 }