PREBILL / CONTROL REPORT

| | | |
|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 4/22/2010 |
| Attn: | | Print Date/Time: 04/22/2010  3:18:07PM |
| | | Invoice # |

Trans Date Range: 1/1/1950 to: 3/31/2010

**Matter      000**

**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 3/19/2010 |
|---|---|---|---|---|---|---|---|
| Client Retainers Available | | $4,759.14 | Committed to Invoices: | | $0.00 | Remaining: | $4,759.14 |

| | | | | |
|---|---|---|---|---|
| Total Expenses Billed To Date | $3,874,955.67 | Billing Empl: | 0120 | Elihu Inselbuch |
| | | Responsible Empl: | 0120 | Elihu Inselbuch |
| | | Alternate Empl: | 0120 | Elihu Inselbuch |
| | | Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 88.05 | 0.00 | 88.05 |
| 0187 | NDF | Nathan D Finch | 0.00 | 20.47 | 0.00 | 20.47 |
| 0221 | LW | Lisa Reichenbach | 0.00 | 0.60 | 0.00 | 0.60 |
| 0222 | BH | Barbara Holtz | 0.00 | 1.20 | 0.00 | 1.20 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 2.80 | 0.00 | 2.80 |
| 0390 | SJD | Sara Joy DelSavio | 0.00 | 10.00 | 0.00 | 10.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 719.98 | 0.00 | 719.98 |
| **Total Fees** | | | **0.00** | **843.10** | **0.00** | **843.10** |

**Detail Time / Expense by Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G ---------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2509971 | Photocopy | E | 03/01/2010 | 0999 | C&D | | 0.00 | $2.80 | | 0.00 | $2.80 | 2.80 |
| 2509974 | Photocopy | E | 03/01/2010 | 0999 | C&D | | 0.00 | $5.70 | | 0.00 | $5.70 | 8.50 |
| 2501314 | Equitrac - Long Distance to 18054993572 | E | 03/01/2010 | 0999 | C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 8.54 |
| 2501315 | Equitrac - Long Distance to 12149020553 | E | 03/01/2010 | 0999 | C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 8.62 |
| 2501317 | Equitrac - Long Distance to 12149020553 | E | 03/01/2010 | 0999 | C&D | | 0.00 | $0.96 | | 0.00 | $0.96 | 9.58 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 2 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 4/22/2010 |

Print Date/Time: 04/22/2010  3:18:07PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2501318 | Equitrac - Long Distance to 18054993572 | E | 03/01/2010 | 0999 | C&D | 0.00 | $0.96 | 0.00 | $0.96 | 10.54 |
| 2501477 | Equitrac - Long Distance to 14174614040 | E | 03/01/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 10.62 |
| 2502029 | Equitrac - Long Distance to 14097814078 | E | 03/02/2010 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 10.78 |
| 2502058 | Equitrac - Long Distance to 17079426013 | E | 03/02/2010 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 11.38 |
| 2504028 | Equitrac - Long Distance to 19174450518 | E | 03/03/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 11.42 |
| 2505086 | Equitrac - Long Distance to 13028886258 | E | 03/08/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 11.50 |
| 2505125 | Equitrac - Long Distance to 17708663200 | E | 03/08/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 11.58 |
| 2505215 | Equitrac - Long Distance to 13058560025 | E | 03/08/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 11.62 |
| 2505488 | Federal Express -Delivery to K.Hemming, 2/16/10 (EI) | E | 03/09/2010 | 0120 | EI | 0.00 | $16.43 | 0.00 | $16.43 | 28.05 |
| 2516625 | NYO Copy Charges, 2/2010 | E | 03/09/2010 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 28.85 |
| 2510566 | Photocopy | E | 03/09/2010 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 29.45 |
| 2510650 | Photocopy | E | 03/09/2010 | 0222 | BH | 0.00 | $1.20 | 0.00 | $1.20 | 30.65 |
| 2510652 | Photocopy | E | 03/09/2010 | 0221 | LW | 0.00 | $0.60 | 0.00 | $0.60 | 31.25 |
| 2505514 | Cosmic Courier LLC -Rush Svc. from Staples, 8/26/09 | E | 03/10/2010 | 0999 | C&D | 0.00 | $276.20 | 0.00 | $276.20 | 307.45 |
| 2511045 | Photocopy | E | 03/16/2010 | 0232 | LK | 0.00 | $2.20 | 0.00 | $2.20 | 309.65 |
| 2511339 | Photocopy | E | 03/19/2010 | 0999 | C&D | 0.00 | $2.60 | 0.00 | $2.60 | 312.25 |
| 2511345 | Photocopy | E | 03/19/2010 | 0999 | C&D | 0.00 | $2.60 | 0.00 | $2.60 | 314.85 |
| 2511431 | Photocopy | E | 03/22/2010 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 315.05 |
| 2511556 | NYO Long Distance Telephone - Conf call on 2/8 | E | 03/23/2010 | 0999 | C&D | 0.00 | $245.28 | 0.00 | $245.28 | 560.33 |
| 2511562 | NYO Long Distance Telephone - Conf call with Frankel, PVNL, EI re: Libby on 2/16 | E | 03/23/2010 | 0999 | C&D | 0.00 | $179.20 | 0.00 | $179.20 | 739.53 |
| 2511670 | Federal Express -Delivery to K.Hemming, 3/1/10 (EI) | E | 03/23/2010 | 0120 | EI | 0.00 | $12.48 | 0.00 | $12.48 | 752.01 |
| 2511679 | Federal Express -Delivery to W.Smith, 3/9/10 (EI) | E | 03/24/2010 | 0120 | EI | 0.00 | $19.19 | 0.00 | $19.19 | 771.20 |
| 2511680 | Federal Express -Delivery to D.Relles, 3/9/10 (EI) | E | 03/24/2010 | 0120 | EI | 0.00 | $20.15 | 0.00 | $20.15 | 791.35 |
| 2511681 | Federal Express -Delivery to M.Peterson, 3/9/10 (EI) | E | 03/24/2010 | 0120 | EI | 0.00 | $18.40 | 0.00 | $18.40 | 809.75 |
| 2511687 | Premiere Global Services -Conference Calls, 2/2010 (NDF) | E | 03/24/2010 | 0187 | NDF | 0.00 | $20.47 | 0.00 | $20.47 | 830.22 |
| 2512470 | Equitrac - Long Distance to 19143721874 | E | 03/25/2010 | 0999 | C&D | 0.00 | $1.48 | 0.00 | $1.48 | 831.70 |
| 2512853 | Petty Cash -O/T Cab Fare to Residence, 1/3/10 (SJD) | E | 03/30/2010 | 0390 | SJD | 0.00 | $10.00 | 0.00 | $10.00 | 841.70 |
| 2514322 | NY Copy Svc., 3/2010 (EI) | E | 03/31/2010 | 0120 | EI | 0.00 | $1.40 | 0.00 | $1.40 | 843.10 |
| **Total Expenses** | | | | | | 0.00 | $843.10 | 0.00 | $843.10 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 843.10 | | 843.10 | |
| | Matter Total | | | | | 0.00 | 843.10 | 0.00 | 843.10 | |
| | | | | | | | | | | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $843.10 | | $843.10 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Client Number:** 4642 | | **Grace Asbestos Personal Injury Claimants** | | | | Page: 3 |
| **Matter** 000 | | **Disbursements** | | | | 4/22/2010 |

Attn:

Print Date/Time: 04/22/2010  3:18:07PM

Invoice #

|  |  |  |  |
|---|---|---|---|
| Prebill Total | 0.00 | $843.10 | 0.00 | $843.10 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 70,735 | 10/27/2009 | 717,612.25 | 25,379.40 |
| 71,431 | 11/30/2009 | 344,685.75 | 68,937.15 |
| 72,159 | 12/18/2009 | 234,924.50 | 46,984.90 |
| 72,599 | 01/26/2010 | 288,633.50 | 57,726.70 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 47,096.42 | 47,096.42 |
| | | 1,799,271.67 | 279,388.42 |