IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 23724, 23866, 24249** |
| | ) | **4/19/10 Agenda No. 15** |
| | ) | |

## CERTIFICATE OF COUNSEL RE ORDER DISALLOWING AND EXPUNGING ASBESTOS PROPERTY DAMAGE CLAIM NUMBERS 011627 AND 012476 AS BARRED BY BRITISH COLUMBIA'S ULTIMATE LIMITATIONS PERIOD

1. This matter came before the Court for trial on April 19, 2010, at which time the Court orally ruled that based on the record established at the trial and for the reasons set forth in the Court's April 14, 2009 Memorandum Opinion [Docket No. 21270], claim numbers 011627 and 012476 should be disallowed and expunged as barred by British Columbia's 30-year ultimate limitations period.

2. The Debtors prepared a draft order consistent with the Court's oral ruling and circulated that draft order to counsel for the Claimants.

91100-001\DOCS_DE:159601.1

3.  Counsel for the Claimants has agreed to the form of the draft Order attached hereto. As a result, the Debtors respectfully request entry of the attached draft Order.

Dated: May 3, 2010

COUNSEL FOR DEBTORS:

REED SMITH LLP
James J. Restivo, Jr. (Bar No. 10113)
Douglas E. Cameron (Bar No. 41644)
Traci S. Rea (Bar No. 76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
610 Lexington Ave.
New York, NY 10022-4611
(212) 446-4800

THE LAW OFFICCES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
70 W. Madison St.
Suite 2100
Chicago, IL 60604
(312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP


/s/ Kathleen P. Makowski
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400