IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 23724, 23866, 24249 |
| | ) | 4/19/10 Agenda No. 15 |

**ORDER DISALLOWING AND EXPUNGING ASBESTOS PROPERTY DAMAGE CLAIM NUMBERS 011627 AND 012476 AS BARRED BY BRITISH COLUMBIA'S ULTIMATE LIMITATIONS PERIOD**

**AND NOW**, this _____ day of _____, 2010, upon the record established at the trial held before this Court on April 19, 2010 and for the reasons set forth in the Court's April 14, 2009 Memorandum Opinion [Docket No. 21270], it is hereby **ORDERED, ADJUDGED,** and **DECREED** that claim numbers 011627 and 012476 are hereby disallowed and expunged as barred by British Columbia's 30-year ultimate limitations period.

_____
The Honorable Judith K. Fitzgerald
United. States Bankruptcy Judge

91100-001\DOCS_DE:159601.1