# EXHIBIT B

## Thirty-Eighth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #24554 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1927863\1