**EXHIBIT 1**

# BMC Group
WR GRACE

Monthly Invoice:

## October 2009 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2009 | 0.6 | $126.00 | Telephone from N Kritzer re Kaneb claim (.1); analysis of b-Linx re Kaneb claim and docket re Order expunging (.3); prep e-mails to N Kritzer re Kaneb claim and Order expunging claim (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2009 | 0.4 | $84.00 | E-mail from N Kritzer re Seaton proof of claim (.1); analysis of b-Linx re Seaton proof of claim and amended proof of claim (.2); prep e-mail to N Kritzer re Seaton proof of claim and amendment (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2009 | 0.5 | $105.00 | E-mail from L Esayian re Speights proofs of claim filed 3/27/2005 (.1); analysis of b-Linx re Speights asbestos pd claims filed 3/2005 (.3); pre e-mail to E Esayian re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2009 | 0.3 | $63.00 | E-mails from/to D Bibbs re Harrington Tools negative notice and location |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/14/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: recent docket entries related to asbestos claim settlements, possible claim database updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2009 | 1.8 | $378.00 | E-mail from B Tate re M Weiner/Parker Poe inquiry re Polypure claims (.2); email to C Greco re inquiry (.2); analysis of e-mail from C Greco re researching inquiry (.1); research b-Linx re Polypure and related entities (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2009 | 1.7 | $357.00 | Telephone from R Higgins re M Weiner inquiry (.2); email from R Higgins re further clarification on research for M Weiner (.2); continue analysis of Polypure and related entities in Schedules, claims filed (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2009 | 2.0 | $420.00 | Email to K Davis re total ZAI claims for SEC reports (.1); prep revised SEC reports (1.3) and compare to Dist Ct reversal re 16 Calif asbestos PD claims expunged (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2009 | 1.6 | $336.00 | Revise Calif asbestos pd claims status re reversal by Dist Court |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2009 | 1.0 | $210.00 | Analysis of EPA order re interest component |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2009 | 1.7 | $357.00 | Analysis of BDN service re M Weiner clients (Polypure entities) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2009 | 1.8 | $378.00 | Further instructions from R Higgins re M Weiner research (.2); research Ntc Commencement service and BDN service re add'l Kentucky environmental parties served (1.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/20/2009 | 0.1 | $11.00 | Email correspondence with M.Araki, G.Kruse re: claim database updates related to recent docket entry related to reversal of Orders expunging claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2009 | 1.3 | $273.00 | Analysis of e-mail from R Higgins re second M Weiner request re Polypore and related cos (.2); e-mail to R Higgins re research clarification (.1); research Polypore and related cos per R Higgins request (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2009 | 0.6 | $126.00 | Prep asbestos open report (.5); prep e-mail to L Esayian re asbestos open claims report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2009 | 0.9 | $189.00 | Analysis of e-mails from R Higgins re M Weiner 2nd request re Polypore and related entities (.2); analysis of e-mail from L Esayian re asbestpos PD open claims per Plan exhibit (.1); analysis of Class 7A CMO re open asbestos PD claims (.6) |

## BMC Group
WR GRACE
Monthly Invoice:

**October 2009 -- Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2009 | 1.5 | $315.00 | Analysis of open asbestos PD claims vs L Esayian open PD claims from Class 7 case management order |
| | | Asbestos Claims Total: | | 17.9 | $3,739.00 | |

**October 2009 -- Case Administration**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 10/1/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23362-23364,23366-23370,23372-23373 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/1/2009 | 0.1 | $7.50 | Telephone with Joe Stepp at (864) 674-5557 / RE: Called with questions on the progress of the bankruptcy. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/1/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/1/2009 | 0.1 | $7.50 | Review Court docket Nos. 23375-23387 to categorize docket entries. |
| STEVEN ORDAZ - CONSULTANT | | $110.00 | 10/1/2009 | 0.2 | $22.00 | Reviewed case docket to determine whether any pleadings filed require service by BMC |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/2/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23375-23377,23379,23381,23383-23387 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/2/2009 | 0.1 | $7.50 | Review Court docket Nos. 23388-23396 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/2/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| STEVEN ORDAZ - CONSULTANT | | $110.00 | 10/2/2009 | 0.4 | $44.00 | Reviewed case docket through 10/2 to determine whether any pleadings filed require service by BMC |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/3/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23388, 23390-23391,23393-23396 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/5/2009 | 0.1 | $7.50 | Telephone with Les Turner at (315) 546-4696 / RE: Called with questions on when he would receive a disbursement. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/5/2009 | 0.1 | $7.50 | Review Court docket Nos. 23397-23406; 23408-23416 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/5/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 10/5/2009 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MABEL SOTO - CAS | | $45.00 | 10/5/2009 | 0.1 | $4.50 | Prep Transfer Notice re Fair Harbor re: dkt 23279 for service per L Shippers request |
| MABEL SOTO - CAS | | $45.00 | 10/5/2009 | 0.1 | $4.50 | Prep Transfer Notice - Essential Sealing re: dkt 23279 for service per L Shippers request |
| MABEL SOTO - CAS | | $45.00 | 10/5/2009 | 0.1 | $4.50 | ECF filing Proofs of Service re: Dkt Nos. 23279 & 23407 per L Shippers request |
| MABEL SOTO - CAS | | $45.00 | 10/5/2009 | 0.1 | $4.50 | Prep Transfer Notice re Greater Cincinnati Water Works re: dkt 23407 for service per L Shippers email |
| MABEL SOTO - CAS | | $45.00 | 10/5/2009 | 0.1 | $4.50 | Prep Transfer Notice reFair Harbor re: dkt 23407 for service per L Shippers email |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2009 | 0.9 | $189.00 | E-mail from S Cohen re outstanding 3rd Qtr claims issues (.2); analysis of first outstanding issue (.4); prep e-mail to T Feil re weekly case status update (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/5/2009 | 0.2 | $39.00 | Review and analysis of claim transfer notices (.1); review service requirements (.1) |

BMC Group
  WR GRACE
   Monthly Invoice:

**October 2009 -- Case Administration**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/5/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: current case activity, SEC quarterly reports |
| TERRI MARSHALL - MANAGER | | $185.00 | 10/5/2009 | 0.1 | $18.50 | Review and notarize two claims transfer documents. |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/6/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23397-23398, 23400-23404, 23406, 23408,23411-23416 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/6/2009 | 0.1 | $7.50 | Telephone with Shelia at (847) 446-5812 / RE: returned call |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/6/2009 | 0.1 | $7.50 | Review Court docket Nos. 23417-23427 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/6/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 10/6/2009 | 0.5 | $22.50 | Review (.2) and process (.3) Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/6/2009 | 0.9 | $189.00 | E-mail from R Higgins re notices ot employees (.1); research re notices to employees (.3); e-mail from S Cohen re draft 3rd Qtr info for SEC reports (.1); analysis of draft 3rd Qtr SEC info for reports (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/6/2009 | 0.1 | $11.00 | Email correspondence with M.Araki, E.Gilhoi re: correspondence received at BMC office in Chanhassen |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/7/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23417-23418,23421-23427 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/7/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/7/2009 | 0.1 | $7.50 | Review Court docket Nos. 23428-23434 to categorize docket entries. |
| MABEL SOTO - CAS | | $45.00 | 10/7/2009 | 0.1 | $4.50 | Prep Analytical Services Courtesy Notice re: dkt 23429 for service per L Shippers request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/7/2009 | 0.5 | $105.00 | E-mail from R Higgins re b-Linx access (.1); e-mails to/from Help Desk re set-up of R Higgins with b-Linx access (.4) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/8/2009 | 0.1 | $7.50 | Telephone with Creditor at (401) 949-0526 / RE: Called to request an update on the bankruptcy case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/8/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/8/2009 | 0.1 | $7.50 | Review Court docket Nos. 23435-23446 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/9/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23435-23446 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/9/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/9/2009 | 0.1 | $7.50 | Review Court docket Nos. 23447-23453 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/9/2009 | 0.2 | $39.00 | Reviewing Fee Application notice for David Austern (.1); forward to case clerk for archiving (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/12/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23430-23434,23447-23449,23451 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/12/2009 | 0.1 | $7.50 | Telephone with Wachovia / RE: Called to change their address, I gave them our email address to send their request to. |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/12/2009 | 0.3 | $33.00 | Review e-mail and correspondence re: Orders regarding Omni 27 relating to dockets 23238 & 23351 from S Cohen & M Araki (.1); audit claims database re: same (.2) |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ELLEN DORS - REC_TEAM | | $110.00 | 10/12/2009 | 0.6 | $66.00 | Review (.1) and reply (.1) to email re: address change related to creditor Wachovia Bank NA from S Cohen; research database for all entities that could be affected (.2); review and reply to email from Call Center requesting confirmation of possible additional addresses that could be affected (.1); update claim/objection database as required re: same (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/12/2009 | 0.3 | $33.00 | Review (.1) and reply (.1) to email re: address change related to creditor John Bowlin from S Cohen; contact creditor to verify new address and update claim/objection database as required re: same (.1) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/12/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/12/2009 | 0.1 | $7.50 | Review Court docket Nos. 23454-23467 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 10/12/2009 | 0.2 | $9.00 | Review (.1) and process (.1) Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2009 | 0.4 | $84.00 | Conf call with D Boll, Ogilvy counsel, K Davis re Canadian ZAI claims and data needed for counsel to file objections to claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2009 | 0.5 | $105.00 | E-mails from/to Help Desk re completion of R Higgins b-Linx set-up (.3); e-mail from C Greco re language to be revised for SEC 3rd Qtr report (.1); e-mail to S Cohen re revisions made to expunged St Paul claims re conditional expunge flag (.1) |
| NOREVE ROA - CAS | | $95.00 | 10/12/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Docket No.23425 and verify that no further action is required. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Audit database updates pursuant to creditor COA request; draft follow-up memo to M.Booth re: updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Email correspondence with E.Dors, D.Decker re: claim database updates required pursuant to creditor/counsel COA request |
| BRIANNA TATE - CAS | | $45.00 | 10/13/2009 | 0.1 | $4.50 | Telephone with Justin at (410) 823-1800 / RE: Wanted to know how to get a copy of his client`s claims. Referred to K Davis with Rust Consulting. |
| BRIANNA TATE - CAS | | $45.00 | 10/13/2009 | 0.1 | $4.50 | Telephone with Stephen Gunn at (704) 331-1000 / RE: Wanted to know how to obtain a copy of a claim. Referred to K Davis with Rust Consulting. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/13/2009 | 0.1 | $7.50 | Review Court docket Nos. 23468-23477 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/13/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARISTAR GO - CAS | | $95.00 | 10/13/2009 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos. 23455, 23456, 23459, 23460 - 23463, 23465-23467 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/13/2009 | 0.2 | $42.00 | Telephone from S Seranski at Longacre re schedule amendments (.1); telephone to S Seranski at Longacre re contact for add'l info re schedule amendments and supplements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/13/2009 | 2.0 | $420.00 | Analysis of files and correspondence re Hankin schedule info for R Higgins |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/14/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23468-23477 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/14/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |

BMC Group
  WR GRACE
   Monthly Invoice:

**October 2009 -- Case Administration**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/14/2009 | 0.3 | $22.50 | Review Court docket Nos. 23478-23507 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 10/14/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/14/2009 | 3.7 | $777.00 | Analysis of e-mail from D Boll re Chief report (.1); analysis of Chief report (.3); research Canadian ZAI production mail files re spot check for names/addresses (1.0); analysis of e-mail from D Boll re Chief report received 5/2008, possible transmission issue (.1); research corresp files re transmission of Chief report in 2008 (.6); e-mail to K Davis re research at Rust re parties requesting Canadian ZAI packages (.1); e-mails wtih data team re conversion of pdf to excel for data comparison (.4); research J Miller and S Kjontvedt corresp files re transmission of Chief report (1.0); prep e-mail to D Boll re no receipt of Chief report located (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/14/2009 | 2.5 | $525.00 | Continue analysis of files and correspondence re Hankin schedule record history |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/14/2009 | 0.2 | $39.00 | Call from M Araki to discuss Canadian triabal claims |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/15/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23478-23483,233490-23491 |
| BRIANNA TATE - CAS | | $45.00 | 10/15/2009 | 0.1 | $4.50 | Telephone with Creditor at (212) 616-7728 /  RE: Wanted to know how to get a copy of the claims register.  He will contact Rust Consulting. |
| BRIANNA TATE - CAS | | $45.00 | 10/15/2009 | 0.1 | $4.50 | Telephone with James Geach at (763) 537-7348 / RE: Wanted to know the status of the case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/15/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/15/2009 | 0.1 | $7.50 | Review Court docket Nos. 23508-23512 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2009 | 1.5 | $315.00 | Telephone from R Higgins re ZAI Chiefs service issue and research to be performed against full Canadian ZAI bar date mailing (.1); prep e-mail to G Kruse re data research re Chiefs report vs Canadian ZAi bar date mail files (.4); analysis of e-mails from G Kruse re data research (.2); prep e-mail to R Higgins re Kinsella contact (.1); prep e-mails to K Davis re Chiefs research against package requests file (.2); analysis of e-mails forwarded from R Higgins re data files for Canadian ZAi bar date mailing (.4); prep e-mail to R Higgins re data files forwarded relate to US ZAI mailing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2009 | 0.5 | $105.00 | Telephone to R Higgins re status of research, continuing research, estimate for completion of full research (.1); telephone to G Kruse re status of research, estimate for completion (.2); prep e-mail to R Higgins/J Baer re time estimate for full research (.1); prep e-mail to K Davis re town/postal code analysis (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2009 | 2.0 | $420.00 | Add'l Canadian Chiefs research re detail list review and matches against addresses in b-Linx for service of prior bar date notices |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2009 | 2.5 | $525.00 | Continue Canadian Chiefs research re detail list review and matches against addresses in b-Linx for service of prior bar date notices |

BMC Group
  WR GRACE
  Monthly Invoice:

**October 2009 -- Case Administration**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2009 | 2.0 | $420.00 | Canadian chiefs research - review files and emails re whether or not list transmitted previously (no record of receipt) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/16/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23508-23512 |
| BRIANNA TATE - CAS | | $45.00 | 10/16/2009 | 0.1 | $4.50 | Telephone with Ulus Warner at (502) 368-2307 / RE: returned call |
| BRIANNA TATE - CAS | | $45.00 | 10/16/2009 | 0.1 | $4.50 | Telephone with Ulus Warner at (502) 368-2307 / RE: Wanted to know the status of his claim. |
| BRIANNA TATE - CAS | | $45.00 | 10/16/2009 | 0.1 | $4.50 | Telephone with Marlene Petroff of Goodyear at (330) 796-9405 / RE: Wanted to know the amounts of their scheduled claims. |
| BRIANNA TATE - CAS | | $45.00 | 10/16/2009 | 0.1 | $4.50 | Telephone with Eileen Conroe at (201) 385-6726 / RE: Wanted to know the status of this case. |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 10/16/2009 | 0.9 | $121.50 | Communication w/ M Araki re: correspondence received in LA office regarding claim status and solicitation material requests |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/16/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/16/2009 | 0.1 | $7.50 | Review Court docket Nos. 23513-23515 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2009 | 0.8 | $168.00 | Prep weekly case status memo to team (.3); analysis of revised 3rd Qtr SEC numbers from S Cohen (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2009 | 1.1 | $231.00 | Telephone to R Higgins re Canadian Chiefs review and results, no further research necessary; Hankin schedule issue (.3); telephone from K Davis re no further results (.1); e-mails to/from G Kruse re research results (.3); telephone with S Cohen re 3rd Qtr SEC status (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2009 | 1.8 | $378.00 | Analysis of e-mail from L Esayian re bar date service on General Insurance/ Safeco (.1); research BDN service list re Safeco service (1.5); prep e-mail to L Esayian re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2009 | 2.0 | $420.00 | Research 3rd Qtr settlements |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/16/2009 | 0.3 | $58.50 | Review 48th monthly interim fee application for Towers Perrin (.2); forward to case clerk for archiving (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2009 | 0.4 | $44.00 | Status call with M.Araki re: pending issues |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/17/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23514-23515 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/19/2009 | 0.1 | $7.50 | Telephone with Warren at (502) 368-2307 / RE: Called with questions on the progress of the bankruptcy proceedings. |
| LUCINA SOLIS - CAS | | $45.00 | 10/19/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2009 | 1.5 | $315.00 | Analysis of court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2009 | 0.1 | $11.00 | Email correspondence with M.Araki, C.Greco re: revised 10-Q update, claim state changed report and & current claims summary |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/20/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/20/2009 | 0.1 | $7.50 | Review Court docket Nos. 23516-23520; 23522-23530 to categorize docket entries. |

BMC Group
 WR GRACE
  Monthly Invoice:

**October 2009 -- Case Administration**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LUCINA SOLIS - CAS | | $45.00 | 10/20/2009 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| LUCINA SOLIS - CAS | | $45.00 | 10/20/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/20/2009 | 2.0 | $420.00 | Analysis of DRTT and pleadings re settlement review for SEC reporting |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/20/2009 | 0.2 | $39.00 | Memo from (.1) and to (.1) M Araki re data tool for tracking settlement and payments in adversary case |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/21/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23516-23520,23522-23523,23528-23530 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/21/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/21/2009 | 0.1 | $7.50 | Review Court docket Nos. 23531-23543 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/22/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23531-23533,23535-23543 |
| BRIANNA TATE - CAS | | $45.00 | 10/22/2009 | 0.1 | $4.50 | Telephone with Creditor at (401) 949-0526 / RE: Wanted to know when distributions will begin. |
| BRIANNA TATE - CAS | | $45.00 | 10/22/2009 | 0.1 | $4.50 | Telephone with Patricia at (928) 425-9657 / RE: Had a change of address. She will send it to callcenter@bmcgroup.com. |
| LUCINA SOLIS - CAS | | $45.00 | 10/22/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2009 | 2.5 | $525.00 | DRTT audit and b-Linx review (1.5); revise b-Linx per audit results (1.0) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/23/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23544-23546 |
| BRIANNA TATE - CAS | | $45.00 | 10/23/2009 | 0.1 | $4.50 | Telephone with Joseph Brown at (409) 832-9132 / RE: Wanted to know the status of the case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/23/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/23/2009 | 0.1 | $7.50 | Review Court docket Nos. 23544-23552 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/24/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23547,23549-23552 |
| BRIANNA TATE - CAS | | $45.00 | 10/26/2009 | 0.1 | $4.50 | Telephone with Libby Smith at (303) 421-0903 / RE: Wanted to know the status of the case. |
| LUCINA SOLIS - CAS | | $45.00 | 10/26/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2009 | 1.5 | $315.00 | Analysis of Court docket re case status |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/27/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/27/2009 | 0.1 | $7.50 | Review Court docket Nos. 23553-23567, 23569 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 10/27/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/27/2009 | 1.9 | $399.00 | Analysis of e-mail from K Alexander re research re publication of Ntc of Commencement and Bar Date Notice (.1); analysis of docket re publication affidavits for Ntc Commencement and BDN (.5); analysis of e-mails re Ntc of Commencement publication affidavits (.5); analysis of publication affidavits for Ntc Commencement & BDN (.6); prep e-mail to K Alexander re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/27/2009 | 2.5 | $525.00 | Analysis of Court docket re sale and settlement motions |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 10/28/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23553-23560,23562-23567,23569 |
| BRIANNA TATE - CAS | | $45.00 | 10/28/2009 | 0.1 | $4.50 | Telephone with Elouise White at (419) 736-2126 / RE: Wanted to know the status of the case. |
| BRIANNA TATE - CAS | | $45.00 | 10/28/2009 | 0.1 | $4.50 | Telephone with Jack at (651) 772-0552 / RE: Wanted to know when the case will be settled. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/28/2009 | 0.1 | $7.50 | Telephone with Creditor at (908) 587-9500 / RE: Called to get an update on the bankruptcy proceedings. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/28/2009 | 0.1 | $7.50 | Review Court docket Nos. 23570-23577 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/28/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 10/28/2009 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2009 | 1.7 | $357.00 | E-mail from K Alexander re publication of Fresenius settlement (.1); research Fresenius adv dockets and main docket re publication affidavits (1.5); prep e-mail to K Alexander re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2009 | 0.4 | $84.00 | Analysis of e-mail from K Davis re new claim received (.1); prep e-mail to L Thomure/Kinsella re Fresenius settlement publication (.1); analysis of e-mail from L Thomure/Kinsella re same (.1); telephone to K Alexander re research results re Fresenius settlement publication (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/29/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23570,23573,23577 |
| BRIANNA TATE - CAS | | $45.00 | 10/29/2009 | 0.1 | $4.50 | Telephone with Yarin Stephens at (603) 623-1773 / RE: Wanted to know when he will receive a distribution. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 10/29/2009 | 0.1 | $7.50 | Telephone with Jan at (716) 907-0960 / RE: Called with questions on payments; told him case was still pending. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/29/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/29/2009 | 0.5 | $37.50 | Review Court docket Nos. 23578-23579, 23582-23613 to categorize docket entries. |
| NOREVE ROA - CAS | | $95.00 | 10/29/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Docket No. 23568 and verify that no further action is required. |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/30/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23578-23579,23596,23598-23602,23604-23612 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/30/2009 | 0.1 | $7.50 | Review Court docket Nos. 23614-23621 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/30/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 10/30/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2009 | 0.5 | $105.00 | E-mails with R dela Cruz and G Kruse re issues with dual names in Refer To field, possible solutions |
| NOREVE ROA - CAS | | $95.00 | 10/30/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Docket No. 23580 and verify that no further action is required. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2009 | 0.1 | $11.00 | Prepare claim images & send to N.Kritzer per M.Araki request; discussion with M.Araki re: additional images; email correspondence with N.Kritzer |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 10/31/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23614-23619,23621 |
| | Case Administration Total: | | | 60.6 | $10,256.50 | |

## October 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/1/2009 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/1/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/6/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/7/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 10/7/2009 | 0.1 | $9.50 | Review and update COA |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/8/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/13/2009 | 1.1 | $165.00 | Generate updated listing of active and inactive claims as per S Cohen. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/13/2009 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/13/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/14/2009 | 0.2 | $19.00 | Correspondence with project manager regarding the data conversion of document "2009-10-14_Chief Report.pdf". |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 10/14/2009 | 0.2 | $19.00 | Convert 2009-10-14_Chief Report.pdf to excel format per M. Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2009 | 3.5 | $525.00 | Parse and normalize Canadian Chiefs source file (2.5). Upload to review database (1.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2009 | 0.3 | $45.00 | Conf call with M Araki re review of Canadian Chiefs source file. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2009 | 2.7 | $405.00 | Run name and address comparison of Chiefs against Canadian Bar Date parties and verify if they have been served. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2009 | 2.8 | $420.00 | Prepare report listing of Chief's by Zip Code/City that received a Bar Date notice (2.6). Forward to M Araki (.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2009 | 1.5 | $225.00 | Create combined record set of all parties served with Canadian Bar Date Notice. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/15/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2009 | 1.0 | $150.00 | Verify matches of selected Chief parties as per M Araki manual review. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/16/2009 | 0.3 | $28.50 | Review and verify service information for address "Safeco Plaza, Seattle WA" in regards to the bar date notice. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/20/2009 | 0.5 | $75.00 | Add new Order Status to claims review drop down in b-Linx (.3). Verify and test new value is appearing correctly (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/20/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/21/2009 | 1.0 | $150.00 | Research selected returned ballots for voting party details and votes as per M Araki. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/21/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/27/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/28/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/30/2009 | 0.3 | $33.00 | Assist M Araki with liability report |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/30/2009 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.4), views and user defined functions (.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/30/2009 | 1.0 | $150.00 | Review required update regarding Refer To value in b-Linx (.4). Review b-Linx tables (.4)and compile work estimate to M Araki (.2). |
| | | Data Analysis Total: | | 18.7 | $2,643.00 | |

## October 2009 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2009 | 2.0 | $420.00 | Prep draft billing detail reports for Apr, May and Jun 09 (1.0); begin analysis of draft Apr report for prof billing reqts and Court imposed categories (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2009 | 1.5 | $315.00 | Continue analysis of draft Apr report for prof billing reqts and Court imposed categories (.7); revise Apr billing entries for fee app compliance (.8) |
| | | Fee Applications Total: | | 3.5 | $735.00 | |

## October 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2009 | 3.6 | $756.00 | Telephone from C Finke re Massachusetts sales and use tax claims against any WRG entity (.1); analysis of b-Linx re Mass sales and use tax claims (1.0); prep data queries re sales and use tax claims and other tax claims for Mass (1.5); prep ART reports (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2009 | 4.9 | $1,029.00 | Analysis of ART reports (2.0); revise queries and re-run reports (.8); analysis of revised ART reports (.8); analysis of Mass tax claims re history of amendments and current status (1.0); prep e-mail to C Finke re research results and reports (.3) |
| LELIA HUGHES - REC_TEAM | | $75.00 | 10/2/2009 | 0.2 | $15.00 | Analyze 2 claims and any related claims to identify additional noticing party information (.1); update creditor matrix & claims database as necessary (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2009 | 1.5 | $315.00 | E-mails to/from S Cohen re prep for 3rd Qtr SEC reporting (.3); analysis of e-mail from C Greco re V Knox request for info on claims for transfers (.2); analysis of b-Linx re V Knox claims (.8); prep e-mail to C Greco re research results on V Knox claims (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2009 | 1.2 | $252.00 | E-mail from R Higgins re Omin 25 status re Rowe/Indmar claims (.1); analysis of b-Linx and docket re Omni 25 and Rowe/Higgins status (.2); prep e-mail to R Higgins re Rowe/Indmar status and Omni 25 exhibit (.2); analysis of e-mail from J O'Neil re prep of new Omni 25 continued obj exhibit (.1); analysis of e-mail from S Cohen re revised Omni 25 continued obj exhibit (.1); analysis of current Omni 25 continued obj exhibit vs prior version (.2); e-mails to/from S Cohen re new report (.2); prep e-mail to J O'Neil re revised Omni 25 continued obj exhibit (.1) |

# BMC Group
WR GRACE
Monthly Invoice:

**October 2009 -- Non-Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | | $165.00 | 10/2/2009 | 0.2 | $33.00 | Discussion with S Cohen re: recent docket entries and analysis, related claims database updates. |
| MIKE BOOTH - MANAGER | | $165.00 | 10/2/2009 | 0.1 | $16.50 | Discussion with S Cohen re: recent docket entries and analysis, related claims database updates. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2009 | 0.1 | $11.00 | Discussion with M.Booth re: recent docket entries and analysis, related claims database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2009 | 2.3 | $253.00 | Analyze recently filed claims and recent docket entries (1.2); update claims database, including amount and objection records (.8); draft follow-up memos to M.Araki re: additional analysis & claim updates (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2009 | 0.2 | $22.00 | Prepare continued claims exhibit for Omni 25 per M.Araki request (.1); email correspondence with M.Araki re: exhibit and related creditor information (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2009 | 0.2 | $22.00 | Prepare revised claim reports for Seaton & OneBeacon (.1); draft follow-up memo to N.Kritzer re: report results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2009 | 0.2 | $22.00 | Discussion with M.Booth re: recent docket entries and analysis, related claims database updates |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/5/2009 | 0.3 | $33.00 | Revise b-Linx re: two claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/5/2009 | 0.3 | $33.00 | Prepare two transfer notices (.2) and forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/5/2009 | 0.3 | $33.00 | Prepare two Proofs of Service related to transfer notice (.2) and forward to the notice group for Court filing (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/5/2009 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/5/2009 | 0.7 | $77.00 | Review process of handling transfer noticing when an original creditor's address changes and/or is currently marked undeliverable, per request from M. Araki. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/5/2009 | 0.1 | $11.00 | Analysis of b-Linx re: two claims transferred. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2009 | 0.5 | $105.00 | E-mails to/from L Shippers re claim 910 transfer (.2); e-mail from V Knox re Essential Sealing updated address for transfer processing (.1); prep e-mail to L Shippers re Essential Sealing address and re-noticing transfer (.1); e-mail from C Greco re V Knox claims status on transfers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2009 | 0.5 | $105.00 | Telephone from N Kritzer re Munoz claim (.1); research b-Linx re Munoz proof of claim and docket re relief from stay motion (.3); prep e-mail to N Kritzer re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/5/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending claim reconciliation issues |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/6/2009 | 0.1 | $11.00 | Analyze Court docket nos. 23419, 23420, and 23425, verify no updates in the claims database or noticing system are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/6/2009 | 0.6 | $126.00 | E-mail from V Knox re Providence Enviro claim for transfer (.1); research b-Linx re Providence Enviro claims (.2); prep e-mail to C Greco re research results and to V Knox re C Greco (.2); prep e-mail to C Greco re V Knox claim states/status of 5 claims researched (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/6/2009 | 2.6 | $286.00 | Continue preparation and analysis of 3rd Qtr reports and related claims data for SEC reports (2.2); draft follow-up memo to M.Araki re: preliminary report results (.4) |

**BMC Group**
　WR GRACE
　Monthly Invoice:

## October 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/6/2009 | 0.1 | $11.00 | Email correspondence with M.Sprinkle, J.McElhenney re: request for research re: proofs of claims filed |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2009 | 0.1 | $11.00 | Revise b-Linx re: one claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/7/2009 | 0.2 | $22.00 | Prepare one transfer notice (.1) and forward to the notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/7/2009 | 0.4 | $84.00 | E-mails from D Boll re Sumitomo Corporation/Mitchell Corp claim (.1); analysis of b-Linx re same (.2); prep e-mail to D Boll re Mitchell Corp (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/7/2009 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for status information for Bay Area Drum Ad Hoc PRP Group claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/7/2009 | 0.1 | $11.00 | Research status information for Bay Area Drum Ad Hoc PRP Group claim per L.Gardner request; draft follow-up memo to L.Gardner re: research results |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/7/2009 | 0.2 | $22.00 | Research filed claims per M.Sprinkle, J.McElhenney reques(.1)t; prepare follow-up memo to M.Sprinkle, McElhenney re: research & claim status information (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2009 | 0.6 | $126.00 | E-mail from D Boll and J Baer re Massachusetts enviro claims (.2); e-mail to S Cohen re Massachusetts enviro claims research (.1); e-mails from/to S Cohen re data and info to provide re research request (.2); analysis of e-mail from S Cohen to D Boll/J Baer re Massachusetts enviro research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2009 | 1.0 | $210.00 | Analysis of e-mail from S Cohen, b-Linx, docket and Orders re Omni 27 outstanding issues for 3rd Qtr reporting (.7); prep e-mail to S Cohen re Omni 27 order review and determination for 3rd Qtr reporting (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/8/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: Q3 reporting and pending claim reconciliation issues |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/8/2009 | 0.6 | $66.00 | Research Commonwealth of Massachusetts claims per M.Araki/D.Boll request (.2); prepare claim report and documents (.2); draft follow-up memo to D.Boll re: research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2009 | 1.5 | $315.00 | E-mail from C Greco re open and reconciled tax claims report (.1); prep ART reports re open and reconciled tax claims (.3); analysis of open and reconciled tax claims reports (.5); prepare spreadsheets of open and reconciled tax claims (.5); prep e-mail to C Greco re requested tax claims reports (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/9/2009 | 0.2 | $33.00 | Discussion with S Cohen re: recent docket entries and analysis, related claims database updates. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: recent docket entry and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2009 | 0.2 | $22.00 | Update claims database pursuant to recently filed Omnibus Orders (.1); draft follow-up memo to E.Dors re: updates (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2009 | 0.2 | $22.00 | Discussion with M.Booth re: recent docket entries and analysis, related claims database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2009 | 0.1 | $11.00 | Audit claim database updates per recent COA request; draft follow-up memo to M.Booth re: updates |

# BMC Group
WR GRACE
Monthly Invoice:

## October 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 20 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claims updated. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2009 | 2.0 | $420.00 | Telephone from C Greco re NCI Holdings/NCI Building claims, status and pleadings (.1); analysis of b-Linx re NCI Holdings/NCI Building claims (.5); research web re NCI Holdings business and related companies (.5); research b-Linx re related subs and possible claims (.5); prep e-mail to C Greco re related companies claims, status, related pleadings impacting NCI-related subs (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/12/2009 | 1.6 | $336.00 | Analysis of St Paul stips and orders re issues for SEC 3rd Qtr reporting (.8); analysis of b-Linx re St Paul claims expunged (.3); revise St Paul expunged claims re conditional expunge flag (.2); prep e-mail to C Greco re St Paul stips and orders and issue re allowed amt (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Email correspondence with C.Greco, M.Araki re: preparation, and timeline for completion of 10-Q reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Email correspondence with E.Dors re: claim database updates pursuant to recent Omnibus Objection |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/12/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: claim updates required pursuant to recent docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/13/2009 | 0.8 | $168.00 | Analysis of e-mail from R Higgins re Hankin Lease rejection and address info for filing proof of claim (.1); analysis of b-Linx re Hankin address and amts owed (.3); prep e-mail to R Higgins re Hankin amt scheduled in b-Linx, addresses for Rust Consulting for motion (.2); analysis of e-mail from R Higgins re futher info on scheduled amt for Hankin (.1); prep e-mail to R Higgins re initial review of Hankin schedule record (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/13/2009 | 0.3 | $33.00 | Initialize preparation of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: claim data & reporting requirements (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/14/2009 | 0.1 | $16.50 | Discussion with S Cohen re: recent docket entries and analysis, related claims database updates. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/14/2009 | 0.7 | $77.00 | Analyze docket numbers 23408 to 23489 (.3); update claims database as required re: same (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/14/2009 | 0.1 | $11.00 | Discussion with M.Booth re: recent docket entries and analysis, related claims database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/14/2009 | 0.4 | $44.00 | Finalize preparation of monthly reports (.2); prepare documentation re: recently processed COA requests (.1); draft follow-up memos to K.Davis @ Rust re: report results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending claim reconciliation issues |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/19/2009 | 0.1 | $11.00 | Analyze Court docket no. 23521, verify no updates in the claims database are required. |

# BMC Group
WR GRACE
Monthly Invoice:

**October 2009 -- Non-Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2009 | 1.0 | $210.00 | Email to C Greco re SEC reporting issues (.2); email from J McFarland re BOA claims transferred to JP Morgan (.2); research BOA claims (.5); e-mail to J McFarland re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2009 | 0.2 | $22.00 | Research archived correspondence, claim databases re: Scott Company proof of claim per M.Araki request (.1); draft follow-up memo to M.Araki re: research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/20/2009 | 0.4 | $44.00 | Review (.1) and revise (.2) defective transfer tracking spreadsheet and forward to M. Araki, per request (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/20/2009 | 0.2 | $22.00 | Generate revised Q3 claim reports per M.Araki request (.1); draft follow-up memo to M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/20/2009 | 0.4 | $44.00 | Analyze docket numbers 23495 to 23527 (.2); update claim databases re: same (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2009 | 1.9 | $399.00 | E-mail from R Higgins re Omni 25 open claims report (.1); telephone with R Higgins re other open claims reports (.3); prep ART reports of open claims for R Higgins (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2009 | 3.0 | $630.00 | Analysis of draft ART reports for R Higgins re open claims (1.8); revise R Higgins open claims reports (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2009 | 2.3 | $483.00 | Prep e-mail to R Higgins re draft open claims reports (.2); telephone from R Higgins re review and revisions requested to reports (.3); revise Refer To party on open claims per R Higgins request in b-Linx (1.0); update Recon Notes per R Higgins request (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2009 | 3.0 | $630.00 | Prep ART reports of open claims into appropriate groups requested by R Higgins (1.2); analysis of new ART reports requested (.8); prep spreadsheet version of requested reports (1.0); |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2009 | 0.1 | $11.00 | Revise transfer tracking worksheet re: two claims updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2009 | 0.1 | $11.00 | Revise b-Linx to finalize two claims transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/26/2009 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 20 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2009 | 0.4 | $84.00 | Analysis of e-mail from J O'Neill re Omni 25 Order and revised exhibit (.1); prep e-mail to S Cohen re revised Omni 25 exhibit (.1); analysis of revised exhibit (.1); prep e-mail to J O'Neill re revised Omni 25 order exhibit (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2009 | 2.0 | $420.00 | Continue DRTT audit and b-Linx review (1.2); revise b-Linx per audit results (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/26/2009 | 0.2 | $22.00 | Update claim/objection data re: Omni 25 Objection/Munoz claim (.1); prepare revised Exhibit for Continuance Order per M.Araki request (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/28/2009 | 0.1 | $11.00 | Analyze Court docket no. 23568, verify no updates in the claims database or noticing system are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2009 | 0.5 | $105.00 | Analysis of e-mail from L Esayian re Fireman's Fund/Allianz claim w/out surety bond (.1); analysis of b-Linx re Firemans Fund/Allianz (.3); prep e-mail to L Esayian re research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/29/2009 | 0.2 | $22.00 | Prepare one transfer notice (.1) and forward to the notice group for service (.1) |

BMC Group
  WR GRACE
    Monthly Invoice:

**October 2009 -- Non-Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/29/2009 | 0.1 | $11.00 | Analyze Court docket nos. 23580 and 23603, verify no updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/29/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/29/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/29/2009 | 0.1 | $11.00 | Revise b-Linx re: one claim transferred. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2009 | 1.0 | $210.00 | Analysis of open non-asbestos claims re status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2009 | 1.4 | $294.00 | Prep obj detail report for G Kruse re Refer To updates to add R Higgins (1.0); prep e-mail to G Kruse re R Higgins as Refer To (.1); e-mails from/to G Kruse, R dela Cruz re issues with multiple Refer To users (.3) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/30/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/30/2009 | 0.1 | $11.00 | Revise b-Linx re: one defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/30/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one defective claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/30/2009 | 0.2 | $22.00 | Prepare one defective transfer notice (.1) and forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 10/30/2009 | 0.1 | $11.00 | Prepare one Proof of Service re: defective notice and forward to the notice group for filing. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2009 | 1.2 | $252.00 | Telephone from K Love re BNSF proofs of claim (.1); research b-Linx re BNSF proofs of claim and related orders (.5); prep ART report of BNSF claims (.3); prep e-mails to K Love re BNSF proofs of claim and related orders (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2009 | 0.3 | $63.00 | Analysis of e-mail from N Kritzer re BNSF and add'l info re type of claim to research (.1); prep e-mail to N Kritzer re no matching research results (.1); prep e-mail to K Davis re BNSF in PI group (.1); |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2009 | 2.2 | $462.00 | E-mail from D Boll re R Finke request for unresolved non-asbestos claims reports (.1); prep reply to D Boll re R Finke request (.1); analysis of 9/30/09 claims summary re outstanding claims (.3); prep revised claims summary re outstanding claims (.2); begin prep ART reports by type (1.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2009 | 0.7 | $77.00 | Analyze docket numbers 22479 to 23595 (.3); update database as required (.4) |
| | Non-Asbestos Claims Total: | | | 57.6 | $10,452.00 | |

**October 2009 -- WRG Asbestos PI Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2009 | 0.3 | $63.00 | Analysis of e-mail from J Baer re Scotts Co settlement (.1); prep e-mailto K Davis re Scotts Co claim (.1); prep e-mail to G Kruse re Scotts Co PI claim (.1) |
| | WRG Asbestos PI Claims Total: | | | 0.3 | $63.00 | |

**October 2009 -- WRG Plan & Disclosure Statement**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| KEVIN MARTIN - CONSULTANT | | $135.00 | 10/7/2009 | 0.8 | $108.00 | Communication w/ M Araki re: Plan Confirmation notice for employees |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 10/22/2009 | 0.5 | $67.50 | Communication w/ DTC and M Araki re: continued confirmation hearing |

# BMC Group
WR GRACE
Monthly Invoice:

### October 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| TERESA THOMAS - CAS | | $65.00 | 10/23/2009 | 0.1 | $6.50 | Review document received at Chanhassen office, prep e-mail to project manager re same |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 10/28/2009 | 0.5 | $67.50 | Communication w/ M Araki re: received correspondence and action to be taken |
| | WRG Plan & Disclosure Statement Total: | | | 1.9 | $249.50 | |
| | | | October 2009 Total: | 160.5 | $28,138.00 | |

# BMC Group

WR GRACE

Monthly Invoice:

| | | | |
|---|---|---|---|
| | Grand Total: | 160.5 | $28,138.00 |

# BMC Group

WR GRACE
Professional Activity Summary
Date Range: 10/1/2009 thru 10/31/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Asbestos Claims** | | | |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.2 | $22.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 17.7 | $3,717.00 |
| | Total: | 17.9 | $3,739.00 |
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 1.7 | $76.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 3.8 | $361.00 |
| Brianna Tate | $45.00 | 1.5 | $67.50 |
| Mabel Soto | $45.00 | 0.6 | $27.00 |
| Maristar Go | $95.00 | 0.4 | $38.00 |
| Noreve Roa | $95.00 | 0.3 | $28.50 |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.1 | $214.50 |
| Terri Marshall | $185.00 | 0.1 | $18.50 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.9 | $121.50 |
| Steven Ordaz | $110.00 | 0.6 | $66.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.8 | $60.00 |
| Ellen Dors | $110.00 | 1.2 | $132.00 |
| Lelia Hughes | $75.00 | 6.3 | $472.50 |
| Steffanie Cohen | $110.00 | 1.0 | $110.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 40.3 | $8,463.00 |
| | Total: | 60.6 | $10,256.50 |
| **Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.3 | $28.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 15.4 | $2,310.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 1.3 | $143.00 |
| Jacqueline Conklin | $95.00 | 1.7 | $161.50 |
| | Total: | 18.7 | $2,643.00 |
| **Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.5 | $735.00 |
| | Total: | 3.5 | $735.00 |

# BMC Group
WR GRACE
Professional Activity Summary
Date Range: 10/1/2009 thru 10/31/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.6 | $99.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 4.8 | $528.00 |
| Lelia Hughes | $75.00 | 0.2 | $15.00 |
| Steffanie Cohen | $110.00 | 11.1 | $1,221.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 40.9 | $8,589.00 |
| | Total: | 57.6 | $10,452.00 |
| **WRG Asbestos PI Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.3 | $63.00 |
| | Total: | 0.3 | $63.00 |
| **WRG Plan & Disclosure Statement** | | | |
| CAS | | | |
| Teresa Thomas | $65.00 | 0.1 | $6.50 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 1.8 | $243.00 |
| | Total: | 1.9 | $249.50 |
| | Grand Total: | 160.5 | $28,138.00 |