# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_091031**
**Expense Summary**

| Period Ending | 10/31/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $704.70 |
| | | PO Box Renewal | $660.00 |
| | | Shipping/Courier | $27.85 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,842.55** |