# EXHIBIT 1

# BMC Group

### WR GRACE

Monthly Invoice:

**November 2009 -- Asbestos Claims**

| Name            Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/3/2009 | 0.2 | $22.00 | Prepare two transfer notices (.1) and forward to the notice group for service (.1) |
| ELLEN DORS - REC_TEAM | $110.00 | 11/5/2009 | 1.1 | $121.00 | Analysis of Schedules re service upon Vermiculite parties per J Baer request |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/5/2009 | 0.7 | $77.00 | Analysis of Schedules re service upon Vermiculite parties per J Baer request |
| LELIA HUGHES - REC_TEAM | $75.00 | 11/5/2009 | 1.4 | $105.00 | Analysis of Schedules re service upon Vermiculite parties per J Baer request |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/5/2009 | 1.8 | $378.00 | E-mails to/from N Roa, M Booth  re status of EPA add'l vermiculite site list from J Baer (.4); analysis of EPA add'l vermiculite sites vs other schedules and analysis review audit (1.0); prep revised report for J Baer (.2); prep e-mail to J Baer re EPA add'l vermiculite site review (.2) |
| MIKE BOOTH - MANAGER | $165.00 | 11/5/2009 | 0.4 | $66.00 | Coordinate review of schedules re: service upon Vermiculite parties per J Baer request (.2); various discussions with team re: same (.2) |
| ELLEN DORS - REC_TEAM | $110.00 | 11/6/2009 | 0.6 | $66.00 | Analysis of claims database re: proofs of claim filed by Vermiculite parties per J Baer request (.4); update tracking spreadsheet as required (.2) |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/6/2009 | 1.4 | $154.00 | Analysis of claims database re proofs of claim filed by Vermiculite parties per J Baer request |
| LELIA HUGHES - REC_TEAM | $75.00 | 11/6/2009 | 1.1 | $82.50 | Analysis of claims database re: proofs of claim filed by Vermiculite parties per J Baer request (.7); update tracking spreadsheet as required (.4). |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/6/2009 | 1.2 | $252.00 | E-mails to/from J Baer re checking EPA add'l vermiculite sites vs proofs of claim filed (.2); coordinate POC analysis of EPA add'l vermiculite sites with M Booth, N Roa (.4); analysis of review from M Booth (.4): telephone with J Baer re EPA review, Canadian bar date mailing (.2) |
| MIKE BOOTH - MANAGER | $165.00 | 11/6/2009 | 0.4 | $66.00 | Coordinate  review and identification of whether or not any of the 247 parties on the Vermiculite List filed claims (.2); various discussions with team re: same (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/19/2009 | 0.5 | $105.00 | Analysis of e-mail from D Boll re Canadian Chiefs mailing (.1); analysis of e-mail from J Baer re Canadian Chiefs mailing and overnight use (.1);  prep e-mail to D Boll re Canadian Chiefs mailing (.1); e-mail to/from Ntc Grp re Express Mail costs estimate for Canadian Chiefs mailing (.1); prep e-mail to J Baer and D Boll re cost estimate for Express Mail to Canadian Chiefs (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/20/2009 | 0.6 | $126.00 | Analysis of e-mail from D Boll re documents for service on Canadian Chiefs re ZAI (.2); e-mails to/from Notice Group and G Kruse re prep mail files for service (.4) |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 11/23/2009 | 0.2 | $22.00 | Revise b-Linx re: one claim transferred. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/23/2009 | 1.0 | $210.00 | Analysis of Canadian Chiefs ZAI documents for service from D Boll |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/23/2009 | 0.7 | $147.00 | Prep e-mail to D Boll re issue with Lauzon Belanger telephone no on Canadian Chiefs Ntc (.2); analysis of response from D Boll re revision to Lauzon Belanger telephone no and email address (.2): revise Canadian Chiefs documents re Lauzon Belanger contact info (.3) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2009 | 1.0 | $210.00 | Analysis of Canadian Chiefs mail file vs original spreadsheet re count issue |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2009 | 1.0 | $210.00 | E-mails to/from G Kruse re revisions to Canadian Chiefs mail file re resolution of count issue (.4); e-mails from/to Notice Grp re approval of documents for production (.3); e-mails from/to Ntc Grp re USPS cutoff and splitting service (.2); prep e-mail to D Boll and J Baer re USPS cutoff and splitting service due to wait for conf of Lauzon Belanger info (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 20 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2009 | 0.4 | $84.00 | Analysis of e-mail from J Baer re corresp from R Bunge, creditor (.1); analysis of b-Linx re claims filed by R Bunge (.2); prep e-mail to J Baer re R Bunge claim filed as US ZAI (.1) |
| | | | Asbestos Claims Total: | 15.8 | $2,514.50 | |

## November 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 11/2/2009 | 0.1 | $4.50 | Telephone with Oren Steven at (603) 622-1121 / (603) 623-1773 RE:  Wanted to know the status of the case. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/2/2009 | 0.1 | $7.50 | Telephone with Pat Cheek of Central Fiber Corp at (785) 883-4603 /  RE: Called to get an update on the WR Grace Bankruptcy proceedings. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/2/2009 | 0.1 | $7.50 | Telephone with Larry Schwartz at (561) 622-6648 / RE: Called to get Rust Consulting contact number. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/2/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/2/2009 | 0.2 | $15.00 | Review Court docket Nos.  23622-23634 to categorize docket entries. |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/2/2009 | 0.1 | $19.50 | Memo from and to M Araki re new claims from Rust Consulting |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/3/2009 | 0.1 | $7.50 | Telephone with Margaret Burkus at (410) 798-4207 / RE: Called to get update on the bankruptcy proceedings. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/3/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/3/2009 | 0.4 | $30.00 | Review Court docket Nos.  23635-23651, 23654-23663  to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 11/3/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/4/2009 | 0.7 | $66.50 | Audit categorization updates related to Court Docket Nos 23622-23624,23626-23651,23654-23656,23658-23662 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/4/2009 | 0.1 | $7.50 | Review Court docket Nos.  23664-23678  to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/4/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 11/4/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| LUCINA SOLIS - CAS | | $45.00 | 11/4/2009 | 0.1 | $4.50 | Extract and prepare returned mail  summary report and email to project manager |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/5/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23644,23667-23678 |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/5/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/5/2009 | 0.1 | $7.50 | Review Court docket Nos. 23679-23686, 23693 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 11/5/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/6/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23679-23686,23693 |
| BRIANNA TATE - CAS | | $45.00 | 11/6/2009 | 0.7 | $31.50 | Reviewed Vermiculite spreadsheet to determine whether or not any of the parties listed had filed proofs of claim |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/6/2009 | 0.1 | $7.50 | Review Court docket Nos. 23694-23698 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/6/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/7/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23694,23697-23698 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/9/2009 | 0.1 | $7.50 | Telephone with Dave Wilcox at (401) 617-2680 / RE: Called with questions on the progress of the bankruptcy proceedings. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/9/2009 | 0.1 | $7.50 | Review docket Nos. 23699-23709 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/9/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/10/2009 | 0.1 | $7.50 | Telephone with David Sity at (651) 772-0552 / RE: Called to get an update on when WR Grace would be making a disbursement. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/10/2009 | 0.1 | $7.50 | Telephone with Creditor at (732) 404-5152 / RE: Called with questions on the court hearing scheduled for Jan 04 2010. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/10/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/10/2009 | 0.1 | $7.50 | Review Court docket Nos. 23710, 23714-23725 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 11/10/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2009 | 0.5 | $105.00 | E-mails and calls with A Wick re revisions to Call Center tool, ART reports and issues with billing system |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/11/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23710,23717,23719-23721 |
| JAMES MYERS - CAS | | $65.00 | 11/11/2009 | 0.1 | $6.50 | Claims Transfers: e-mail from L Shippers re 3 Notices for service |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/11/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/11/2009 | 0.1 | $7.50 | Review Court docket No. 23726 to categorize docket entries. |
| MARISTAR GO - CAS | | $95.00 | 11/11/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos. 23699, 23700-23703, 23705-23709 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2009 | 0.4 | $84.00 | E-mail to R Higgins re non-asbestos open claims project (.1); e-mails and telepehon with A Bosack re prep of documents for R Higgins in Chicago (.3) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/12/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 23726 |
| ANDREA BOSACK - CASE_INFO | | $90.00 | 11/12/2009 | 6.0 | $540.00 | Telephone call with M Araki re proofs of claim for delivery to R Higgins (.2); prepare POC documents for R Higgins (5.8) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 11/12/2009 | 0.1 | $4.50 | Telephone with Malinda Williams at (850) 656-5702 / RE: Wanted to know the status of the case. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/12/2009 | 0.1 | $7.50 | Telephone with Jeff Willaims at (850) 656-5702 / RE: Called with questions on when he would receive a disbursement. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/12/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/12/2009 | 0.1 | $7.50 | Review Court docket Nos. 23729-23732 to categorize docket entries. |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/13/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23729-23732 |
| ANDREA BOSACK - CASE_INFO | | $90.00 | 11/13/2009 | 3.0 | $270.00 | E-mail from M Araki re add'l documents for R Higgins delivery (.2); prepare additional documents for R Higgins (2.8) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/13/2009 | 0.1 | $7.50 | Telephone with Susan Lang at (920) 386-4943 / RE: Called to get an update on the bankruptcy proceedings. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/13/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/13/2009 | 0.1 | $7.50 | Review Court docket Nos. 23735-23753 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 11/13/2009 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/14/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23735-23736,23738-23749,23751 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/16/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/16/2009 | 0.1 | $7.50 | Review Court docket Nos. 23754-23762 to categorize docket entries. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/17/2009 | 0.1 | $7.50 | Telephone with Sharma at (617) 484-8352 / RE: Called to get an update on the bankruptcy proceedings. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/17/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/17/2009 | 0.1 | $7.50 | Review Court docket Nos. 23763-23777 to categorize docket entries. |
| MARISTAR GO - CAS | | $95.00 | 11/17/2009 | 0.4 | $38.00 | Audit categorization updates related to Court Docket Nos. 23754-23762 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2009 | 0.4 | $84.00 | Prep case status memo to T Feil |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/17/2009 | 0.1 | $19.50 | Review and respond to memo from T Feil re case status report |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/17/2009 | 0.1 | $11.00 | Email correspondence with T.Feil, project team re: case status, pending issues |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/18/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23763-23777 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/18/2009 | 0.2 | $15.00 | Telephone with Mark Hurford at (302) 426-9910 / RE: Called to get information about claims; directed him to contact the claims agent Rust Consulting and gave him their contact number. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/18/2009 | 0.1 | $7.50 | Review Court docket Nos. 23778-23782 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/18/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 11/18/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |

# BMC Group

### WR GRACE
Monthly Invoice:

## November 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2009 | 0.2 | $42.00 | Request from K Davis for claims registers (.1); e-mails with G Kruse re K Davis request (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/19/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23778-23779,23782 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/19/2009 | 0.2 | $15.00 | Telephone with James Bettinger at (414) 747-9995 / RE: Called to get an update on the bankruptcy proceedings. |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/19/2009 | 0.1 | $7.50 | Telephone with Anita Robinson at (504) 328-8887 / (504) 368-2575 RE: Called to get an update on the bankruptcy proceedings |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/19/2009 | 0.1 | $7.50 | Review Court docket Nos. 23783-23795  to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 11/19/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2009 | 0.6 | $126.00 | Telephone with S Ordaz re omni order review (.2); email with S Cohen re recon notes issue (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2009 | 1.5 | $315.00 | Revise reconciliation notes re order continuances in open claims for R Higgins reports |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/20/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23787-23795 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/20/2009 | 0.2 | $15.00 | Telephone with Ms. Martin at (818) 884-8354 /  RE: Called to get an update on the bankruptcy proceedings. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2009 | 0.6 | $126.00 | Telephone with R Higgins re review of active open claims lists, revisions to be made |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2009 | 0.1 | $11.00 | Email correspondence with M.Sprinkle re: request for research re: SDI claims & preparation of claim images |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2009 | 0.2 | $22.00 | Research SDI and related entity claims per M.Sprinkle request; prepare claim report (.1); draft follow-up memo to M.Brown, M.Blessing at WR Grace re: research results and claim status (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/23/2009 | 0.1 | $4.50 | Telephone with Wendy E Byrn at (603) 847-9621 / RE: Wanted to know if she could still send her ballot. |
| MABEL SOTO - CAS | | $45.00 | 11/23/2009 | 0.1 | $4.50 | Review & respond to email from M Araki transmitting doc for service for ZAI Indian Chiefs |
| MABEL SOTO - CAS | | $45.00 | 11/23/2009 | 0.1 | $4.50 | Email exchange w/ Data Analysts re population of AP MFs 35342 and 35343 |
| MABEL SOTO - CAS | | $45.00 | 11/23/2009 | 0.3 | $13.50 | Set up Noticing System/Production Folder/Noticing Instructions (.1); prepare electronic version of document-as-served/ copy service document to Call Center folder (.1): Review Production copy of document (Document ID 21615) (.1) |
| MABEL SOTO - CAS | | $45.00 | 11/23/2009 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 23802 per L Shippers request |
| MABEL SOTO - CAS | | $45.00 | 11/23/2009 | 0.2 | $9.00 | Review (.1) and  respond (.1) to emails transmitting 1. Noticing Instructions 2. Request/response re approval Service Doc & Production Instructions for WRGrace - ZAI Indian Chiefs |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/23/2009 | 0.3 | $58.50 | Calls to (.1) and from (.2) M Araki re bar date notice to Canadian Indian tribes |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MYRTLE JOHN - MANAGER | | $195.00 | 11/23/2009 | 3.1 | $604.50 | Discussion with K Martin re status of bar date notice and service deadline (.4); memos to (.2) and from (.2) M Araki re service deadline; review service documents (.5); coordinating production and service (1.0); reviewing USPS Custom forms for Canadian delivery (.8) |
| NOREVE ROA - CAS | | $95.00 | 11/23/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Docket No. 23781 and verify no further action is required. |
| MABEL SOTO - CAS | | $45.00 | 11/24/2009 | 0.1 | $4.50 | Create MF 35344 for ZAI Indian Chiefs service per K Martin request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2009 | 0.2 | $42.00 | E-mails to (.1)/from (.1) Notice Group re status of second portion of Canadian ZAI Chiefs mailing |
| BRIANNA TATE - CAS | | $45.00 | 11/25/2009 | 1.0 | $45.00 | E-mail from M Araki re R Higgins research request re latest DIP financing pleading and credit agreement (.1); analysis of Court docket re  latest DIP finance pleading and credit agreement (.8); prep e-mail to R Higgins re latest DIP finance pleading and agreement (.1). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2009 | 0.6 | $126.00 | E-mail from R Higgis re locating latest DIP financing order and exhibits (.1); prep e-mail to CASS-MAN re location of DIP order for R Higgins (.1); e-mails to (.1)/from (.1) B Tate re approx date of order and documents to transmit; analysis of e-mail from B Ruhlander re initial comments re BMC 33rd Qtrly app (.1); prep e-mail to B Ruhlander re response to be transmitted next week (.1) |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/30/2009 | 0.1 | $7.50 | Telephone with Linda at (701) 772-1858 /  RE: returned call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2009 | 1.3 | $273.00 | Analysis of Court docket re case status |
| | Case Administration Total: | | | 32.6 | $3,833.50 | |

## November 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/2/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 11/2/2009 | 0.8 | $76.00 | Update Refer to fields for listed claims provided by M. Araki |
| VINCENT NACORDA - CAS | | $75.00 | 11/2/2009 | 4.0 | $300.00 | Data capture of EPA Vermiculite Site list for J Baer review Project |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/3/2009 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/3/2009 | 0.2 | $19.00 | Extract, process, reformat bankruptcy data and modified records to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/3/2009 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/3/2009 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/3/2009 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/4/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/5/2009 | 0.1 | $11.00 | Assist M Araki with report based on 93 claims list |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/5/2009 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/5/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/6/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/10/2009 | 0.5 | $55.00 | Update time entry categories and actions to proper value for fee app at request of M Araki |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/10/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/11/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/13/2009 | 0.1 | $11.00 | Review report summary at request of M Araki regarding customizing labels |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/13/2009 | 1.0 | $150.00 | Update claim status and refer to values for selected claims as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/17/2009 | 1.1 | $165.00 | Prep updated active and inactive claims report (1.0) and forward to S Cohen (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2009 | 1.5 | $225.00 | Create updated claims register reports: separate versions sorted by Claim Nbr and sorted by Claimant Name. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/19/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/21/2009 | 1.2 | $180.00 | Upload Indian Chiefs source data to creditor table (.8) and coordinate setup of mail file (.4). |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 11/22/2009 | 0.1 | $9.50 | Correspondence with production and project team regarding scheduled mailfile 35342. |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 11/22/2009 | 0.1 | $9.50 | Populate mailfile 35342 with affected parties. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/23/2009 | 0.1 | $9.50 | Telephone correspondence with data consultant regardin updating of creditor records for the ZAI Canadian BDN mailing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/23/2009 | 0.2 | $19.00 | Correspondence with production regarding ZAI Canadian BDN mailing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/23/2009 | 0.6 | $57.00 | Prepare custom mail labels for the ZAI Canadian BDN mail files 35342 and 35343. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 11/23/2009 | 0.2 | $19.00 | Populate MailFile 35343 with APs for todays scheduled mailings |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 11/23/2009 | 0.5 | $47.50 | Update MailFiles 35342 and 35343 per M. Araki for todays scheduled mailings |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 11/23/2009 | 0.1 | $9.50 | Review and update scheduled mailfile with postion title. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/24/2009 | 0.5 | $55.00 | Customize liability report summary  labels |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/24/2009 | 0.3 | $28.50 | Populate mail file 35344 with suppl. ZAI Canadian BDN affected parties. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2009 | 0.1 | $9.50 | Update mail file data to master service list. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/30/2009 | 1.0 | $110.00 | SQL database maintenance (.3), review logs (.3), views and user defined functions (.4) |
| | | | Data Analysis Total: | 15.5 | $1,689.50 | |

## November 2009 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2009 | 2.0 | $420.00 | Analysis of May draft reports for prof billing reqts and Court imposed categories (1.0); revise billing entries for fee app compliance (1.0) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2009 | 3.0 | $630.00 | Analysis of Jun draft reports for prof billing reqts and Court imposed categories (1.5); revise billing entries for fee app compliance (1.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/9/2009 | 0.2 | $39.00 | Memos from (.1) and to (.1)M Araki re BMC fee applications - 33rd quarterly, and monthly for April, May and June |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/9/2009 | 0.5 | $97.50 | Review BMC fee applications (.4), sign and return to M Araki for filing and service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2009 | 3.0 | $630.00 | Prep April fee app (1.0); prep May fee app (1.0); prep Jun fee app (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2009 | 1.0 | $210.00 | Prep fee app spreadsheets for B Ruhlander (.8); prep e-mails to B Ruhlander re Apr-Jun and 33rd Qtrly fee app data (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2009 | 2.5 | $525.00 | Prep 33rd Qtrly fee app (1.0); prep exhibits to Apr-Jun fee apps and 33rd Qtrly fee app (1.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/25/2009 | 0.2 | $39.00 | Memo from (.1) and to (.1) Bobbi Ruhlander and comments re BMC fee application |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/25/2009 | 0.2 | $39.00 | Memos from (.1) and to (.1) M Araki re examiner's comments re BMC fee application |
| | | | Fee Applications Total: | 12.6 | $2,629.50 | |

## November 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2009 | 3.1 | $651.00 | Continue to prepare ART reports by type of active open claims/scheds (2.0); analysis of active open reports prepped (1.0); prep e-mail to R Higgins and R Finke re active open reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2009 | 0.7 | $147.00 | E-mail from J Baer re EPA list of vermiculite sites for research re Ntc Commcmt, Scheds, BDN (.1); analysis of EPA list (.4); prep e-mail to Cassman re conversion of list into data for research requested (.1); prep e-mail to J Baer re estimated delivery of research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2009 | 3.0 | $630.00 | Conitnue R Higgins revisions to open reports/summary |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2009 | 1.8 | $378.00 | E-mail from R Higgins re active open non-asbestos reports prepped (.1); telephone with R Higgins re revisions to reports (.2); begin prep of consolidated summary and revisions to reports per R Higgins (1.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2009 | 0.1 | $11.00 | Research archived correspondence per additional M.Araki request re: outstanding non-asbestos claim issues |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2009 | 0.3 | $33.00 | Research archived correspondence, files per M.Araki request re: outstanding non-asbestos claim issues |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/3/2009 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/3/2009 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/3/2009 | 0.2 | $22.00 | Revise b-Linx re: two claims transferred. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2009 | 0.4 | $84.00 | C Greco email re David Palmer POC research (.1); research David Palmer POC (.2) and prep reply to C Greco re results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2009 | 0.5 | $105.00 | E-mails to/from G Kruse, R dela Cruz, A Vllaneueva re EPA vermiculite list conversion |

EXHIBIT 1

# BMC Group

### WR GRACE

Monthly Invoice:

## November 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2009 | 2.2 | $462.00 | Telephone from R Higgins re add'l revisions to reports (.2); begin revisions to reports (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2009 | 3.0 | $630.00 | Continue prep R Higgins revised reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2009 | 2.5 | $525.00 | Furtherl prep of R Higgins reports |
| MIKE BOOTH - MANAGER | | $165.00 | 11/4/2009 | 0.1 | $16.50 | Discussion with S Cohen re: recent docket entries and analysis, related claims database updates. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/4/2009 | 0.1 | $11.00 | Discussion with M.Booth re: recent docket entries and analysis, related claims database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/4/2009 | 1.9 | $209.00 | Generate and analyze administrative, secured, priority and unsecured claim detail reports per M.Araki request (1.7); draft follow-up memo to M.Araki re: report results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/4/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: unresolved non-asbestos claim reports per R.Higgins request |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/5/2009 | 0.3 | $33.00 | Analysis of b-Linx re: six claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/5/2009 | 0.8 | $88.00 | Revise b-Linx re: five claims transferred and one defective transfer |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/5/2009 | 1.1 | $121.00 | Prepare five transfer notices, one defective notice (.9) and forward to the notice group for service (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/5/2009 | 0.4 | $44.00 | Prepare two proofs of service related to a transfer notice and defective notice (.3) and forward to the notice group for filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/5/2009 | 0.3 | $33.00 | Analysis of Court docket re: six new claim transfers. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2009 | 2.5 | $525.00 | Analysis of 6 claims requested by R Higgins (1.0); continue to revise active open reports per R Higgins request (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2009 | 1.8 | $378.00 | Telephone with A Wick re ART reports from spreadsheet (.1); prep ART reports from final spreadsheet for R Higgins (1.5); prep e-mail to R Higgins re revised ART and spreadsheet reports re active open claims (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2009 | 2.0 | $420.00 | Telephone with R Higgins re review of active open spreadsheets and revisions to be made (.5); begin revision of spreadsheets per R Higgins request (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2009 | 2.0 | $420.00 | E-mail from J Baer re General Insurance service (.2); analysis of files, data and corresp re bar date service, ntc of commencement service re General Insurance (1.0); discussion with T Feil re General Insurance (.5); analysis of e-mail from F Zaremby re PWC data on General Insurance (.2); prep e-mail to J Baer re General Insurance service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2009 | 1.0 | $210.00 | Analysis of e-mail from S Cohen re BNSF claims and settlement (.1); analysis of BNSF settlement order (.4); analysis of S Cohen revisions to b-Linx re BNSF claims (.3); prep e-mail to S Cohen re BNSF claims and plan range flag (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/5/2009 | 0.1 | $16.50 | Discussion with S Cohen re: recent docket entries and analysis, related claims database updates. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/5/2009 | 0.1 | $11.00 | Discussion with M.Booth re: recent docket entries and analysis, related claims database updates |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/5/2009 | 0.7 | $77.00 | Analyze docket numbers 23513 to 23613 & update claims database accordingly (.6); draft follow-up memo to M.Araki re: additional analysis, database updates required (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2009 | 0.6 | $126.00 | Telephone with R Higgins re revised active open reports (.1); review reports re R Higgins inquiries (.5) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/6/2009 | 0.1 | $16.50 | Discussion with S Cohen re: recent docket entries and analysis, related claims database updates. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/6/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: recent docket entries and database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/6/2009 | 0.1 | $11.00 | Discussion with M.Booth re: recent docket entries and analysis, related claims database updates |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/9/2009 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/9/2009 | 0.1 | $11.00 | Prepare one proof of service related to defective notice and forward to the notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/9/2009 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/9/2009 | 0.3 | $33.00 | Revise b-Linx re: two claims transferred and one defective transfer |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/9/2009 | 0.3 | $33.00 | Prepare two transfer notices, one defective notice (.2) and forward to the notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2009 | 2.0 | $420.00 | Begin revision of R Higgins reports per teleconf |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2009 | 1.2 | $252.00 | Telephone with R Higgins re revision of active open breakdowns, claims to move to alternate lists, renaming lists, copies of documents for R Higgins review (.6); analysis of e-mail from J O'Neill re Exxon claim info request (.1); analysis of b-Linx re Exxon claims (.3); prep e-mail to J O'Neill re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2009 | 3.0 | $630.00 | Continue revision of R Higgins lists per telecon (2.0); review b-Linx and Court docket re requested claims and pleadings (1.0) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/11/2009 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/11/2009 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/11/2009 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/11/2009 | 0.2 | $22.00 | Revise b-Linx re: two claims transferred |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2009 | 3.5 | $735.00 | Further revision of R Higgins active open lists per telecon (2.0); review of b-Linx and Court docket re claims and pleadings for review (1.5) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/12/2009 | 0.2 | $22.00 | Revise b-Linx re: two claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/12/2009 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/12/2009 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/12/2009 | 0.1 | $11.00 | Prep e-mail to Notice Group re two transfer notices for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2009 | 4.0 | $840.00 | Continue revisions to spreadsheets for R Higgins per telecon (2.0); continue prep of documents for R Higgins review from b-Linx and Court docket (1.5); telephone and e-mails with A Bosack re prep of documents for R Higgins (.5) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2009 | 1.5 | $315.00 | Prep new ART reports for next generation R Higgins active open reports after revisions made to groupings (1.0); finalize and send to R Higgins (.5) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/13/2009 | 0.2 | $22.00 | Prepare 2 transfer notices |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/13/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/13/2009 | 0.1 | $11.00 | Revise b-linx re: one claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/13/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/13/2009 | 0.1 | $11.00 | Prepare one transfer notice, forward to the notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2009 | 0.4 | $84.00 | Telephone from J McFarland re request for lists of open claims (.2); prep e-mail to J McFarland re latest version of active open lists used by R Higgins (.1); e-mail to R Higgins re status of documents for delivery (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2009 | 0.4 | $44.00 | Initialize preparation of monthly reports (.3); email correspondence with G.Kruse, L.Shippers re: claim data & reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: amended Samson Hydrocarbon claims & database updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2009 | 0.8 | $168.00 | Telephone with R Higgins re open claims reports and documents (.2); research Grau claims and pleadings per R Higgins request (.5); prep e-mail to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2009 | 1.2 | $252.00 | Analysis of e-mails from R Higgins re requests for add'l research re claims of Indiana Dept of Revenue, NY Dept of Revenue, Missouri and Pennsylvania Taxing authorities (.3); research requests from R Higgins (.6); prep e-mails to R Higgins re research results (.3) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/18/2009 | 0.3 | $33.00 | Research return mail item related to transfer notice and confirm alternate address served is valid. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2009 | 0.5 | $105.00 | E-mail from R Higgins re Century Indemnity (.1); analysis of b-Linx and Court docket re Century Indemnity (.3); prep e-mail to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2009 | 1.0 | $210.00 | Analysis of e-mails from S Cohen to K Davis re claims affected by Order or Stip and Transfer activity (.3); e-mails from R Higgins re Samson Hydrocarbon claims and pleadings (.2); analysis of b-Linx and Court docket re Samson Hydrocarbon claims and pleadings (.4); prep e-mail to R Higgins re Samson claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2009 | 0.6 | $126.00 | E-mails from R Higgins re Royal Indemnity settlement status (.1); analysis of Court docket and pleadings re Royal Indemnity status (.4); prep e-mail to R Higgins re Royal Indemnity status - on appeal (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2009 | 0.3 | $33.00 | Finalize preparation of monthly reports (.2); draft follow-up memos to K.Davis @ Rust re: report results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2009 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for copy of order approving settlement of Weatherford International claims & claim status information |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/19/2009 | 0.1 | $11.00 | Analyze Court docket no. 23781, verify no updates in the claims database or noticing system are required. |

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2009 | 0.5 | $105.00 | Research claims for C Greco - re Bordon & Remington |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2009 | 1.4 | $294.00 | Research claims for R Higgins: EPA/Wilder, Seaton and One Beacon, Commonwealth of Mass |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2009 | 0.1 | $11.00 | Email correspondence with M.Araki re: claim database updates required pursuant to Continuation Orders re: Omnibus Objections |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2009 | 1.0 | $210.00 | Begin revisions to active open reports per R Higgins telecon |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2009 | 2.5 | $525.00 | Research for J Baer re General Insurance service of bar date notice, notice of commencement |
| MIKE BOOTH - MANAGER | | $165.00 | 11/20/2009 | 0.1 | $16.50 | Discussion with S Cohen re: recent docket entries and analysis, claim database updates required re: same. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2009 | 0.1 | $11.00 | Discussion with M.Booth re: recent docket entries and analysis, claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2009 | 0.1 | $11.00 | Update claim 15370 pursuant to Objection response filed per M.Araki request; email correspondence with M.Araki re: updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2009 | 0.9 | $99.00 | Analyze docket numbers 23330 to 23786 & update claims database accordingly (.8); draft follow-up memo to M.Araki re: additional analysis, possible claim updates required (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/23/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/23/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/23/2009 | 0.1 | $11.00 | Prepare one Proof of Service re: transfer notice and forward to the notice group for filing. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/23/2009 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2009 | 1.3 | $273.00 | Continue revision of active open claims per R Higgins telecon |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2009 | 1.0 | $210.00 | Revise active open worksheets to re-bucket claims per R Higgins telecon |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2009 | 2.0 | $420.00 | Prep revised ART reports of active open claims sorted per R Higgins telecon |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2009 | 1.5 | $315.00 | Analysis of recent reconciled claims and remove from active open worksheets (.8); re-run affected ART reports (.5); prep e-mail to R Higgins re revised active open ART reports (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2009 | 1.5 | $315.00 | Research docket and claims requested by R Higgins for active open claims (1.3); prep e-mail to R Higgins re requested claims and documents (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2009 | 0.2 | $42.00 | E-mail from D Bibbs re status of Neutocrete claim (.1); prep e-mail to D Bilbbs re Neutocrete and FTF Crawlspace claims status, summary judgment pending (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.1 | $11.00 | Revise b-Linx re: one claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.2 | $22.00 | Draft email to A. Whatnall of DACA re: defective Notice of Transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/30/2009 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2009 | 0.4 | $84.00 | Analysis of e-mail from R Higgins re Hanmar POC (.1); prep e-mail to K Davis/Rust Consulting re Hanmar POC (.1); analysis of e-mail from K Davis re Hanmar and Hankin proofs of claim filed (.1); prep e-mail to R Higgins re Hanmar and Hankin proofs of claim filed (.1) |
| | Non-Asbestos Claims Total: | | | 73.9 | $14,161.00 | |

## November 2009 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| BRIANNA TATE - CAS | | $45.00 | 11/5/2009 | 0.7 | $31.50 | Analysis of Schedules re service upon Vermiculite parties per J Baer request |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/5/2009 | 1.0 | $75.00 | Analysis of Ntc of Commencement [or Scheds or Bar Date Ntc] re service upon Vermiculite parties per J Baer request |
| ERICK PIZARRO - CAS | | $75.00 | 11/5/2009 | 2.0 | $150.00 | Analysis of Ntc of Commencement re service upon Vermiculite parties per J Baer request |
| MARISTAR GO - CAS | | $95.00 | 11/5/2009 | 1.2 | $114.00 | Analysis of Ntc of Commencement [NOC part 1] re service upon Vermiculite parties per J Baer request |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 11/6/2009 | 1.0 | $75.00 | Continue analysis of Ntc of Commencement [or Scheds or Bar Date Ntc] re service upon Vermiculite parties per J Baer request |
| | WRG Asbestos PI Claims Total: | | | 5.9 | $445.50 | |

## November 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| AIRGELOU ROMERO - CAS | | $95.00 | 11/5/2009 | 4.0 | $380.00 | WRGrace Asbestos PD/ Analysis – Analysis of NOC and Schedules re service upon Vermiculite parties per J Baer request |
| ARIES ARASHIDA - CAS | | $75.00 | 11/5/2009 | 3.0 | $225.00 | Analysis of2002-06-21_BMC_POS_POC-BDN/2002-06-21_RRD_POS_POC-BDN re service upon Vermiculite parties per J Baer request |
| DAPHNE ESTORNINOS - CAS | | $75.00 | 11/5/2009 | 3.0 | $225.00 | WR Grace Asbestos PD/ Analysis of Schedules re service upon Vermiculite parties per J Baer Request. |
| JAY GIL - CAS | | $95.00 | 11/5/2009 | 3.1 | $294.50 | Analysis of Scheds re service upon Vermiculite parties per J Baer request |
| JOHN CARLOS TORALBALLA - CAS | | $75.00 | 11/5/2009 | 2.7 | $202.50 | Analysis of NOC Part 4 of 8 re service upon Vermiculite parties per J Baer request |
| JOSE UY - CebuEmp | | $75.00 | 11/5/2009 | 4.0 | $300.00 | Analysis of RRD_POS_POC-BDN re service upon Vermiculite parties per J Baer request |
| JUAN PAOLO PESITO - CAS | | $75.00 | 11/5/2009 | 4.0 | $300.00 | WRGrace Asbestos PD/ Analysis (DKT417G) re service upon Vermiculite parties per J Baer request |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 11/5/2009 | 0.4 | $54.00 | Forwarded to H Daley at DTC Notice of Continued Confirmation Hearing for posting on DTC LENS system |
| NIEL FLORITA - CAS | | $75.00 | 11/5/2009 | 4.0 | $300.00 | WRGrace Asbestos PD/ Analysis – Analysis of Ntc of Commencement and Scheds re service upon Vermiculite parties per J Baer request |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## November 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| NIEL FLORITA - CAS | | $75.00 | 11/5/2009 | 1.5 | $112.50 | WRGrace Asbestos PD/ Analysis – Analysis of Ntc of Commencement and Scheds re service upon Vermiculite parties per J Baer request |
| NOREVE ROA - CAS | | $95.00 | 11/5/2009 | 4.0 | $380.00 | Analysis of Scheds re service upon Vermiculite parties per J Baer request |
| NOREVE ROA - CAS | | $95.00 | 11/5/2009 | 3.0 | $285.00 | Analysis of Schedst re service upon Vermiculite parties per J Baer request |
| JOHN CARLOS TORALBALLA - CAS | | $75.00 | 11/6/2009 | 2.0 | $150.00 | Analysis of Schedules re service upon Vermiculite parties per J Baer request |
| JOSE UY - CebuEmp | | $75.00 | 11/6/2009 | 4.7 | $352.50 | WRGrace Asbestos PD/ Analysis – Analysis of schedule re service upon Vermiculite parties per J Baer request |
| NIEL FLORITA - CAS | | $75.00 | 11/6/2009 | 3.5 | $262.50 | WRGrace Asbestos PD/ Analysis – Analysis of Scheds re service upon Vermiculite parties per J Baer request |
| NOREVE ROA - CAS | | $95.00 | 11/6/2009 | 0.5 | $47.50 | Analysis of Scheds re service upon Vermiculite parties per J Baer request |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 11/16/2009 | 0.1 | $13.50 | Communication w/ T Feil re: case status and updates |
| | WRG Plan & Disclosure Statement Total: | | | 47.5 | $3,884.50 | |
| | November 2009 Total: | | | 203.8 | $29,158.00 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

|  | | | |
|---|---|---|---|
| Grand Total: | 203.8 | $29,158.00 |

EXHIBIT 1

# BMC Group
## WR GRACE
### Professional Activity Summary
Date Range: 11/1/2009 thru 11/30/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.8 | $132.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 1.7 | $187.00 |
| Lauri Shippers | $110.00 | 2.6 | $286.00 |
| Lelia Hughes | $75.00 | 2.5 | $187.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 8.2 | $1,722.00 |
| | Total: | 15.8 | $2,514.50 |
| | | | |
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.7 | $31.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.5 | $237.50 |
| Brianna Tate | $45.00 | 2.0 | $90.00 |
| James Myers | $65.00 | 0.1 | $6.50 |
| Mabel Soto | $45.00 | 0.9 | $40.50 |
| Maristar Go | $95.00 | 0.7 | $66.50 |
| Noreve Roa | $95.00 | 0.1 | $9.50 |
| MANAGER | | | |
| Myrtle John | $195.00 | 3.6 | $702.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 1.7 | $127.50 |
| Lelia Hughes | $75.00 | 4.6 | $345.00 |
| Steffanie Cohen | $110.00 | 0.4 | $44.00 |
| CASE_INFO | | | |
| Andrea Bosack | $90.00 | 9.0 | $810.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 6.3 | $1,323.00 |
| | Total: | 32.6 | $3,833.50 |
| | | | |
| **Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 1.5 | $142.50 |
| Vincent Nacorda | $75.00 | 4.0 | $300.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 4.8 | $720.00 |
| Sonja Millsap | $95.00 | 0.3 | $28.50 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.2 | $242.00 |
| Jacqueline Conklin | $95.00 | 2.7 | $256.50 |
| | Total: | 15.5 | $1,689.50 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 11/1/2009 thru 11/30/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.1 | $214.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.5 | $2,415.00 |
| | Total: | 12.6 | $2,629.50 |
| | | | |
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.4 | $66.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 7.8 | $858.00 |
| Steffanie Cohen | $110.00 | 5.6 | $616.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 60.1 | $12,621.00 |
| | Total: | 73.9 | $14,161.00 |
| | | | |
| **WRG Asbestos PI Claims** | | | |
| CAS | | | |
| Brianna Tate | $45.00 | 0.7 | $31.50 |
| Erick Pizarro | $75.00 | 2.0 | $150.00 |
| Maristar Go | $95.00 | 1.2 | $114.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 2.0 | $150.00 |
| | Total: | 5.9 | $445.50 |
| | | | |
| **WRG Plan & Disclosure Statement** | | | |
| CAS | | | |
| Airgelou Romero | $95.00 | 4.0 | $380.00 |
| Aries Arashida | $75.00 | 3.0 | $225.00 |
| Daphne Estorninos | $75.00 | 3.0 | $225.00 |
| Jay Gil | $95.00 | 3.1 | $294.50 |
| John Carlos Toralballa | $75.00 | 4.7 | $352.50 |
| Juan Paolo Pesito | $75.00 | 4.0 | $300.00 |
| Niel Florita | $75.00 | 9.0 | $675.00 |
| Noreve Roa | $95.00 | 7.5 | $712.50 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.5 | $67.50 |
| CebuEmp | | | |
| Jose Uy | $75.00 | 8.7 | $652.50 |
| | Total: | 47.5 | $3,884.50 |
| | | | |
| | Grand Total: | 203.8 | $29,158.00 |

EXHIBIT 1