**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_091130**
**Expense Summary**

| Period Ending | 11/30/2009 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $704.70 |
| | | Noticing Production | $17,911.00 |
| | | Shipping/Courier | $56.98 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$20,122.68** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20091123-1 | 11/23/2009 | $17,911.00 |
| | Total | $17,911.00 |



BMC Group, Inc.  
600 1st Ave., Suite 300  
Seattle, WA 98104  
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date: 11/23/2009**
**Reference #:**      021-20091123-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Canadian Chiefs ZAI-BDN | | 18 / 637 | | |
| | | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | Postage | Expedited Mail Handling | 637 Pieces @ $.25 each | $159.25 |
| | | | Express Mail | 637 Pieces @ $25.95 each | $16,530.15 |
| | | Production | Printed Impressions | 11466 Pieces @ $.10 each | $1,146.60 |
| | | | | **Total Due:** | **$17,911.00** |

*Invoice Due Upon Receipt*