# EXHIBIT 1

# BMC Group

### WR GRACE

Monthly Invoice:

## December 2009 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/4/2009 | 0.1 | $11.00 | Revise b-Linx re: one claim transferred. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2009 | 1.3 | $273.00 | E-mail from J Baer re info for Crown not CCCA claims/votes (.1); analysis of b-Linx, tabulation report and files re Crown POC, ballots transmitted and voted (.7); e-mails to/from G Kruse and J Conklin re ballots transmitted/voted, returned mail (.3); prep e-mail to J Baer re Crown POCs (.1); prep e-mail to J Baer re results of tabulation/solicitation research (.1) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 12/14/2009 | 0.1 | $20.00 | E-mail from M. Araki re Order service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2009 | 1.8 | $378.00 | Analysis of vermiculite list from L Gardner vs sites in b-Linx and possible matches |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2009 | 0.6 | $126.00 | Analysis of pleadings re Allegheny settlement (.4); revise b-Linx re Allegheny settlement split between claims due to language (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2009 | 2.4 | $504.00 | Analysis of asbestos PD claims settled (1.4); revise objection info to reflect orders (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2009 | 1.6 | $336.00 | Continue analysis of asbestos PD claims settled (1.0); revise objection info to reflect orders (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/29/2009 | 2.6 | $546.00 | Analysis of orders affecting asbestos PD claims (1.3); revise b-Linx and revise claim flags (1.3) |
| | Asbestos Claims Total: | | | 10.5 | $2,194.00 | |

## December 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/1/2009 | 0.2 | $42.00 | Analysis of e-mail from M John re telecon with D Wynn at UST-DE re entries with multiple tasks over 1 hour and breakouts w/in description |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/2/2009 | 1.5 | $112.50 | Review Court docket Nos. 23796-23801, 23803-23852, 23854-23873, 23875-23884, 23886, 23888-23907  to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/2/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 12/2/2009 | 0.4 | $18.00 | Process Proof of Service of WRGrace - ZAI Indian Chiefs |
| MABEL SOTO - CAS | | $45.00 | 12/2/2009 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 23865 per L Shippers request |
| NOREVE ROA - CAS | | $95.00 | 12/2/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Docket No. 23874 and verify no further action is required. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/3/2009 | 1.8 | $171.00 | Audit categorization updates related to Court Docket Nos  23798-23801,23803-23809,23811-23814,23816-23823,23825-23830,23832-23834,23836,23838-23847,23849,23851-23852,23854-23860,23862-23864,23867-23870 23872-23873,23875-23876,23879-23884,23886,23888-23906 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/3/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 12/3/2009 | 0.2 | $9.00 | ECF filing Proof of Service Transfer Notice re: dkt 23907 per L Shippers request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2009 | 0.4 | $84.00 | E-mails from K Davis re Canadian ZAI Chief packages for requests, processing claims (.2); prep e-mail to K Davis re docs for printing requests for Chief packages (.1); e-mail from J Baer re research any other possible notice issues and lists used for solicitation (.1) |

# BMC Group

WR GRACE

Monthly Invoice:

## December 2009 -- Case Administration

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/3/2009 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.2); revise b-Linx per audit results (.8) |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/4/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/4/2009 | 1.0 | $75.00 | Review Court docket Nos. 23908-23941 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/4/2009 | 0.1 | $21.00 | Analysis of e-mail from D Boll re inquiry and info request for tabulation for 33rd Qtr fee app for client |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/4/2009 | 1.0 | $210.00 | Research notice lists used for solicitation and any other all party mailings per J Baer request (.8); prep e-mail to J Baer re research results (.2) |
| AIRGELOU ROMERO - CAS | $95.00 | 12/5/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23908,23910-23925 |
| BRIANNA TATE - CAS | $45.00 | 12/7/2009 | 0.1 | $4.50 | Telephone with Wilma Kantori at (561) 369-7270 / RE: Wanted to know if voting on the plan was over. |
| BRIANNA TATE - CAS | $45.00 | 12/7/2009 | 0.1 | $4.50 | Telephone with Sherry Moncleary at (906) 226-6773 / RE: Wanted to know the status of the case. |
| DUSTEE DECKER - REC_TEAM | $75.00 | 12/7/2009 | 0.1 | $7.50 | Telephone with Wendell Jones at (630) 663-6122 / RE: Called to verify the confirmation hearing was sent for Jan 10-15 2010. |
| JAMES MYERS - CAS | $65.00 | 12/7/2009 | 0.1 | $6.50 | ZAI Indian Chiefs mailing (Canada): notarize Dcl of Svc |
| JAMES MYERS - CAS | $65.00 | 12/7/2009 | 0.2 | $13.00 | ZAI Canada Chiefs' mailing: revise Dcl of Svc |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/7/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/7/2009 | 0.1 | $7.50 | Review Court docket Nos. 23942-23948 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 12/7/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/7/2009 | 2.3 | $483.00 | Continue DRTT audit and b-Linx review (1.3); revise b-Linx per audit results (1.0) |
| AIRGELOU ROMERO - CAS | $95.00 | 12/8/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23815,23926-23927,23929-23930,23932-23934,23936,23940-23947 |
| DUSTEE DECKER - REC_TEAM | $75.00 | 12/8/2009 | 0.1 | $7.50 | Telephone with Creditor at (440) 357-5089 / RE: Called to get an update on the bankruptcy proceedings. |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/8/2009 | 0.1 | $7.50 | Review Court docket Nos. 23950-23962 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/8/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/8/2009 | 2.0 | $420.00 | Further DRTT audit and b-Linx review (1.1); revise b-Linx per audit results (.9) |
| AIRGELOU ROMERO - CAS | $95.00 | 12/9/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23931,23935,23937-23938,23950-23956,23958-23959 |
| DUSTEE DECKER - REC_TEAM | $75.00 | 12/9/2009 | 0.1 | $7.50 | Telephone with William at (705) 346-1605 / RE: Returned William's call regarding a package he received from WR Grace |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/9/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | $75.00 | 12/9/2009 | 0.1 | $7.50 | Review Court docket Nos. 23963-23973 to categorize docket entries. |
| LUCINA SOLIS - CAS | $45.00 | 12/9/2009 | 0.2 | $9.00 | Review (.1) and process (.1) Non-COA return mail |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/9/2009 | 1.0 | $210.00 | Analysis of Court docket re case status |

# BMC Group
### WR GRACE
Monthly Invoice:

## December 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| AIRGELOU ROMERO - CAS | | $95.00 | 12/10/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 23964-23973 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/10/2009 | 0.1 | $7.50 | Review Court docket Nos. 23974-23980 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/10/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 12/10/2009 | 0.1 | $4.50 | Review and process Non-COA return mail |
| MORGAN SMITH - PRACSUP | | $65.00 | 12/10/2009 | 0.1 | $6.50 | Canadian Chiefs ZAI-BDN: Review and audit monthly production invoices for preparation of combined invoice for delivery to client |
| NOREVE ROA - CAS | | $95.00 | 12/10/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Docket No. 23949 and verify all updates no further action is required. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/11/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23974-23980 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/11/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/11/2009 | 0.2 | $15.00 | Review Court docket Nos. 23981-23996 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2009 | 2.2 | $462.00 | Review claims reports prepped for R Higgins re updated claims status per b-Linx and Court docket |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2009 | 0.4 | $84.00 | Prep e-mail to D Boll re response to inquiry re tabulation fees for BMC for client info |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/14/2009 | 0.3 | $37.50 | Emails re docket review assignment |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/14/2009 | 0.1 | $7.50 | Review Court docket No. 23997 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/14/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2009 | 0.8 | $168.00 | Telephone with A Carter re order analysis for service assignment (.2); prep e-mail to B Daniel re A Carter assignment (.2); prep process memo to A Carter re assignment (.3); analysis of e-mails from A Carter re clarification re process (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2009 | 1.8 | $378.00 | Continue DRTT audit and b-linx review (.7); revise b-Linx per audit results (.7) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/15/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 23982-23990,23992-23994,23996-23997 |
| ANNE CARTER - CONSULTANT | | $125.00 | 12/15/2009 | 0.5 | $62.50 | Review and analysis of Docket re complete service of Orders |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/15/2009 | 0.1 | $7.50 | Review Court docket Nos. 23998-24003 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/15/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 12/15/2009 | 0.2 | $9.00 | Review (.1) and process (.1) Non-COA return mail |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/16/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 23999,24001-24003 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 12/16/2009 | 0.2 | $15.00 | Telephone with Anna Connell at (814) 446-8004 / RE: Returned Anna's call about changing her address |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/16/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/16/2009 | 0.1 | $7.50 | Review Court docket Nos. 24004-24005 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2009 | 2.0 | $420.00 | Prep ART reports re claim flags (1.0); review reports re claims flag audit (1.0) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|-------------|-------------|
| AIRGELOU ROMERO - CAS | | $95.00 | 12/17/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24004-24005 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/17/2009 | 0.1 | $7.50 | Review Court docket Nos. 24006-24016 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/17/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2009 | 0.2 | $42.00 | Telephone from A Carter re Order/Service project |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/18/2009 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos 24006-24013,24016 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/18/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/18/2009 | 0.1 | $7.50 | Review Court docket Nos. 24017-24025 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 12/18/2009 | 0.1 | $4.50 | Extract and prepare returned mail  summary report and email to project manager |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/20/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24041-24025 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/21/2009 | 0.1 | $7.50 | Review Court docket Nos. 24026-24027 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/21/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2009 | 0.5 | $105.00 | E-mail with  E Gilhoi re Scarfone issue (.1); e-mail from C Greco re Fair Harbor claims inquiry (.1); analysis of b-Linx re Fair Harbor claims inquiry (.2); prep e-mail to C Greco re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2009 | 0.5 | $105.00 | Analysis of e-mail from M Corcoran re West Publishing request (.1); analysis of b-Linx re West Publishing claims (.2); revise West Publishing notice address per request (.1); prep e-mail to M Corcoran re revisions made (.1) |
| BRIANNA TATE - CAS | | $45.00 | 12/22/2009 | 0.1 | $4.50 | Telephone with Eileen Conroe at (201) 385-6726 / RE: Wanted to know the status of the case. |
| BRIANNA TATE - CAS | | $45.00 | 12/22/2009 | 0.1 | $4.50 | Telephone with Steven Gunn at (704) 331-1000 /  RE: Wanted to know BMC`s address so that he could include us in a notice of appearance. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/22/2009 | 0.1 | $7.50 | Review Court docket Nos. 24028-24033 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/22/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 12/22/2009 | 0.1 | $4.50 | Prep Transfer Notices Fair Harbor re: dkts 24029 and 24030  for service per L Shippers request |
| MABEL SOTO - CAS | | $45.00 | 12/22/2009 | 0.1 | $4.50 | Prep Transfer Notice Campbell Petrographic re: dkt 24029  for service per L Shippers request |
| MABEL SOTO - CAS | | $45.00 | 12/22/2009 | 0.1 | $4.50 | Prep Transfer Notice State of Maryland re: dkt 24030 for service per L Shippers request |
| MABEL SOTO - CAS | | $45.00 | 12/22/2009 | 0.2 | $9.00 | ECF filing Proofs of Service Transfer Notices re: dkts 24029 and 24030 per L Shippers request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2009 | 0.4 | $84.00 | Analysis of e-mail from S Fritz re draft Nov numbers (.1); review and trim (.2); telephone with S Fritz re reductions (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/22/2009 | 0.2 | $39.00 | Review Dkt. 24030 - Notice of Transfer from Fair Harbor re St Maryland Central Collection claim (.1); review BMC notice to creditor re transfer (.1) |

EXHIBIT 1

# BMC Group

### WR GRACE
#### Monthly Invoice:

## December 2009 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | | $195.00 | 12/22/2009 | 0.2 | $39.00 | Review Dkt 24029 -Notice of Transfer from Fair Harbor re Campbell Petrographis Services claim (.1); review notice to creditor re transfer (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/23/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24026-24028,24033 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/23/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/23/2009 | 0.1 | $7.50 | Review Court docket Nos. 24034-24049 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2009 | 2.0 | $420.00 | DRTT audit and b-Linx review (1.2); revise b-Linx per audit results (.8) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/24/2009 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 24036-24037,24039-24049 |
| BRIANNA TATE - CAS | | $45.00 | 12/24/2009 | 0.1 | $4.50 | Telephone with Mrs. Goodwin at (802) 928-3338 / RE: Wanted to know the status of the case. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/24/2009 | 0.1 | $7.50 | Review Court docket Nos. 24050-24054 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/24/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/25/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket No 24050 |
| NOREVE ROA - CAS | | $95.00 | 12/27/2009 | 0.1 | $9.50 | Audit updates performed in the noticing system and claims database pursuant to Docket Nos. 24031-24032 and verify no further action is required. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/28/2009 | 0.1 | $7.50 | Review Court docket Nos. 24055-24056 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/28/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 12/28/2009 | 0.2 | $9.00 | Review (.1) and process (.1) Non-COA return mail |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/29/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24055-24056 |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 12/29/2009 | 0.1 | $7.50 | Telephone with Irene Thomas at (540) 947-2314 / RE: Called to get an update on the bankruptcy proceedings. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/29/2009 | 0.1 | $7.50 | Review Court docket Nos. 24057-24063 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/29/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/30/2009 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 24057-24059,24061 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/30/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/30/2009 | 0.1 | $7.50 | Review Court docket Nos. 24064-24085 to categorize docket entries. |
| LUCINA SOLIS - CAS | | $45.00 | 12/30/2009 | 0.1 | $4.50 | Extract and prepare returned mail  summary report and email to project manager |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/31/2009 | 0.5 | $47.50 | Audit categorization updates related to Court Docket Nos 24064-24085 |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/31/2009 | 0.1 | $7.50 | Review Court docket Nos. 24086-24094 to categorize docket entries. |
| LELIA HUGHES - REC_TEAM | | $75.00 | 12/31/2009 | 0.2 | $15.00 | Post new docket entries to DRTT. |

Case Administration Total: 38.6 $5,677.00

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2009 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/1/2009 | 0.3 | $45.00 | Research schedule amount history for Hankin Mgmt (.2) and memo back to M Araki re results (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/2/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/4/2009 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/4/2009 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/4/2009 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/4/2009 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/4/2009 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/8/2009 | 0.5 | $75.00 | Research ballots for Canadian Attorney General (.2). Verify data against plan class data (.2). Forward ballot images to M Araki (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/8/2009 | 0.1 | $9.50 | Review and verify return mail for creditor Attorney General of Canada in regards to the solicitation mailings in March '09. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/8/2009 | 0.1 | $9.50 | Correspondence with project manager regarding the verification of return mail for creditor Attorney General of Canada. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/8/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/10/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/10/2009 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/11/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/11/2009 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/15/2009 | 0.5 | $75.00 | Research selected ballot images and ballot recipients as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/15/2009 | 1.0 | $150.00 | Create updated active and inactive claims report. (.4). Export to spreadsheet (.4) and forward to S Cohen (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/16/2009 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/16/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/21/2009 | 0.3 | $45.00 | Locate source ballot data for Speights and Runyan claims (.1). Verify against tabulated data (.1) and forward to K Martin (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/22/2009 | 0.7 | $105.00 | Generate list of Speights and Runyan claimants (.6) and forward to K Martin for review (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/23/2009 | 0.1 | $11.00 | Assist with error in b-Linx transfer module |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/23/2009 | 0.1 | $9.50 | Update return mail records to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/23/2009 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 12/29/2009 | 0.1 | $9.50 | Update Returned Mail Records to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/30/2009 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.3), views and user defined functions (.3) |
| | | | Data Analysis Total: | 6.2 | $787.00 | |

EXHIBIT 1

# BMC Group

### WR GRACE

Monthly Invoice:

## December 2009 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/1/2009 | 0.5 | $105.00 | E-mail from B Ruhlander re status of BMC response to initial comments re 33rd Qtr (.1); prep draft response to Fee Examiner re 33rd Qtr initial report (.3); prep e-mail to M John re review/approval of response to Fee Examiner initial report (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/1/2009 | 0.4 | $78.00 | Calls from (.1) and to (.3) Dion Wynn, UST Analyst re BMC Fee Apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2009 | 0.4 | $84.00 | Analysis of e-mail from M John re revisions to response to initial Fee Examiner report re 33rd Qtr (.1); revise/finalize BMC response to Fee Examiner initial report 33rd Qtr (.2); prep e-mail to B Ruhlander re BMC response (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/2/2009 | 0.2 | $39.00 | Memos from (.1) and to (.1) M Araki re response to fee examiner's comments re BMC fee application |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/2/2009 | 0.5 | $97.50 | Analysis of fee examiner's comments re time entries in BMC's fee application (.2); review and revise BMC's response to fee examiner's comments (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/15/2009 | 0.3 | $58.50 | Analysis of ememo from M Araki re analysts billing issues |
| | | | Fee Applications Total: | 2.3 | $462.00 | |

## December 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2009 | 0.2 | $22.00 | Send request to notice group to re-serve transfer notice to current address identified. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2009 | 0.1 | $11.00 | Analyze Court docket nos. 23874, 23885, and 23887, verify no updates in the noticing system are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2009 | 0.2 | $22.00 | Investigate return mail item related to transfer notice. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/1/2009 | 0.1 | $11.00 | Revise address in the claims database per current address identified on notice of transfer. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/1/2009 | 1.0 | $210.00 | E-mail from V Finkelstein re Hankin Mgmt schedule record research (.1); prep e-mail to G Kruse re data history of schedule record (.1); analysis of documents re Hankin schedule record (.9) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/1/2009 | 0.3 | $58.50 | Telephone call with M Araki re reviewing claims and schedules issues |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/2/2009 | 0.2 | $22.00 | Prepare one Proof of Service re: transfer notice (.1), forward to notice group for filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2009 | 2.1 | $441.00 | Continue analysis of files and corresp re Hankin Mgmt schedule record status and revision (2.0); prep e-mail to V Finkelstein re research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2009 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2009 | 0.2 | $22.00 | Prepare one Proof of Service re: transfer notice (.1), forward to notice group for filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2009 | 0.1 | $11.00 | Revise b-Linx re: one claim transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/3/2009 | 0.3 | $33.00 | Work with A. Wick to update the database to calculate a 21 day expiration period for claim transfers pursuant to revised Federal Rules. |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

## December 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/4/2009 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/4/2009 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/4/2009 | 0.2 | $22.00 | Prepare one transfer notice (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/4/2009 | 0.2 | $22.00 | Revise address in the claims database pursuant to updated address provided on Notice of Transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/7/2009 | 0.1 | $11.00 | Analyze Court docket no. 23949, verify no updates in the noticing system are required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/9/2009 | 0.9 | $189.00 | E-mail from J Brooks re C N A claims and database access (.1); analysis of b-Linx re C N A claims (.5); e-mail to G Kruse re FTP site for C N A claims (.1); e-mail Help Desk re setup J Brooks on b-Linx (.1); e-mail J Brooks re research results for C N A claims, FTP site and b-Linx access (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.2 | $22.00 | Prepare two transfer notices (.1), forward to the notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.2 | $22.00 | Revise b-Linx re: two claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.1 | $11.00 | Audit Court docket nos. 23797 and 23848, confirm no updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 20 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.3 | $33.00 | Communicate with S. Krochek of Argo Partners to obtain current address related to Notice of Transfer (.2), revise undeliverable address in the claims database (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/15/2009 | 0.3 | $33.00 | Investigate return mail item related to transfer notice (.2), update undeliverable address of impacted entry in the claims database (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/15/2009 | 0.3 | $49.50 | Weekly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/15/2009 | 0.1 | $11.00 | Email correspondence with L.Shippers re: creditor COA processed & database updates performed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/15/2009 | 0.4 | $44.00 | Initialize preparation of monthly reports (.3); email correspondence with G.Kruse, L.Shippers re: claim data & reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/15/2009 | 0.3 | $33.00 | Weekly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/15/2009 | 0.8 | $88.00 | Analyze docket numbers 21059 to 23995 (.2); audit claim updates re: same (.3); update claim database as required (.3) |

# BMC Group

WR GRACE

Monthly Invoice:

## December 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2009 | 0.6 | $126.00 | E-mail from R Higgins re Indiana Dept of Revenue claims (.1); analysis of b-linx re Indiana Dept of Revenue claims (.4); prep e-mail to R Higgins re research results (.2); analysis of e-mails from C Finke and K Mitchell re 3rd Indiana Dept of Revenue claim paid per 1st day order (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/16/2009 | 0.4 | $44.00 | Finalize preparation of monthly reports (.3); email correspondence with K.Davis re: claim data & reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2009 | 0.5 | $105.00 | E-mail from R Higgins re Shaffer proof of claim and docs referenced in alt copy (.1); analysis of b-Linx re Shaffer POC (.1); analysis of alt copy POC (.2); prep e-mail to R Higgins re research results re Shaffer claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2009 | 1.0 | $210.00 | E-mail from R Higgins re request for report of all Indiana Dept of Revenue claims (.1); prep ART report re Indiana Dept of Revenue claims (.2); analysis of ART report (.2); revise data parameters for report (.1); prep revised ART report (.2); prep e-mail to R Higgins re Indiana Dept of Revenue ART report (.1); e-mail from K Mitchell re 3rd Indiana Dept of Revenue claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2009 | 0.4 | $84.00 | Analysis of e-mails from S Cohen re Town of Acton and Firemans Fund claim updates per pleadings filed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/18/2009 | 1.6 | $176.00 | Analyze docket numbers 23070 to 23989 (.6); audit claim updates (.4); update claim database (.4); draft follow-up memo to M.Araki re: additional analysis, claim judgments required (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/21/2009 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 20 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/21/2009 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/21/2009 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/22/2009 | 0.3 | $33.00 | Prepare two transfer notices and Certificates of Service (.2), forward to the notice group for service and filing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/22/2009 | 0.1 | $11.00 | Analyze Court docket nos. 24031 and 24032, verify no updates in the claims database or noticing system are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/22/2009 | 0.1 | $11.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/22/2009 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/22/2009 | 0.2 | $22.00 | Revise b-Linx re: two claims transferred. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/28/2009 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 20 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/28/2009 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim updated. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/28/2009 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/29/2009 | 0.4 | $84.00 | Telephone from A Hammond re Kaneb claim 4208 (.1); prep e-mail to A Hammond re Kaneb claim 4208 (.1); analysis of e-mail from S Cohen re pending docket items for review re claims state (.2) |

   EXHIBIT 1

# BMC Group

### WR GRACE

Monthly Invoice:

## December 2009 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/29/2009 | 0.3 | $33.00 | Analyze docket numbers 23101 to 24054 (.2); draft follow-up memo to M.Araki re: additional analysis required re: pending docket items (.1) |
| | Non-Asbestos Claims Total: | | | 16.9 | $2,591.00 | |

## December 2009 -- WRG Plan & Disclosure Statement

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2009 | 1.4 | $294.00 | Analysis of e-mail from J Baer re Canadian class claims and ballots (.1); research claims filed by CCCA (.4); research ballots issued and tabulation reports, ballots received (.5); telephone to M John and K Martin re CCCA ballot issues (.1); prep e-mail to J Baer re issue with CCCA Class 6 PI ballot tabulation (.2); prep email to E Gilhoi re correction to CCCA Class 6 PI ballot tabulation (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2009 | 0.1 | $21.00 | E-mail from E Gilhoi re CCCA Class 6 master ballot |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2009 | 0.1 | $21.00 | Telephone with E Gilhoi re CCCA Class 6 ballot tabulation and possible duplication |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2009 | 0.8 | $168.00 | Analysis of ballot database re E Gilhoi issue re 2 Class 6 master ballots for CCCA (.5); prep e-mail to E Gilhoi re 2nd CCCA ballot to be deleted as dupe (.1); e-mail to/from G Kruse re ballot name/Scarfone issue (.2) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 12/18/2009 | 0.5 | $67.50 | Communication w/ T Jones at DTC re: continued confirmation hearing and LENS announcement for WR Grace common shareholders |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 12/21/2009 | 0.3 | $40.50 | Review of report of Speights & Runyan Class 7A ballot (.2), forwarded to N Kritzer at K&E per request (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2009 | 0.6 | $126.00 | Telehone from N Kritzer re request re class 7 Speights claimants votes (.1); research folders re same (.2); prep e-mail to G Kruse re Speights data file for ballot (.1); analysis of info from G Kruse re original data file (.1); prep e-mail to K Martin re datafile for N Kritzer (.1) |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 12/22/2009 | 0.3 | $40.50 | Communication w/ L Esayian at K&E re: Speights & Runyan creditors that received Class 7A ballots |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2009 | 0.4 | $84.00 | Analysis of e-mail from L Esayian re request for Speights claimants solicited (.1): telephone from K Martin re L Esayian request (.1); analysis of info from G Kruse re Speights clamants solicited (.1); analysis of e-mail from K Martin to L Esayian re Speights claimants solicited (.1) |
| | WRG Plan & Disclosure Statement Total: | | | 4.5 | $862.50 | |
| | December 2009 Total: | | | 79.0 | $12,573.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice:

| | | | |
|---|---|---|---|
| | Grand Total: | 79.0 | $12,573.50 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 12/1/2009 thru 12/31/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.1 | $20.00 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 0.1 | $11.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 10.3 | $2,163.00 |
| | Total: | 10.5 | $2,194.00 |
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 1.0 | $45.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 5.0 | $475.00 |
| Brianna Tate | $45.00 | 0.5 | $22.50 |
| James Myers | $65.00 | 0.3 | $19.50 |
| Mabel Soto | $45.00 | 1.2 | $54.00 |
| Noreve Roa | $95.00 | 0.3 | $28.50 |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.4 | $78.00 |
| CONSULTANT | | | |
| Anne Carter | $125.00 | 0.8 | $100.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.6 | $45.00 |
| Lelia Hughes | $75.00 | 8.6 | $645.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 19.8 | $4,158.00 |
| PRACSUP | | | |
| Morgan Smith | $65.00 | 0.1 | $6.50 |
| | Total: | 38.6 | $5,677.00 |
| **Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.1 | $9.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 3.3 | $495.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 1.1 | $121.00 |
| Jacqueline Conklin | $95.00 | 1.7 | $161.50 |
| | Total: | 6.2 | $787.00 |
| **Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.4 | $273.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.9 | $189.00 |
| | Total: | 2.3 | $462.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 12/1/2009 thru 12/31/2009

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 5.5 | $605.00 |
| Steffanie Cohen | $110.00 | 3.9 | $429.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 6.9 | $1,449.00 |
| Total: | | 16.9 | $2,591.00 |
| | | | |
| **WRG Plan & Disclosure Statement** | | | |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 1.1 | $148.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.4 | $714.00 |
| Total: | | 4.5 | $862.50 |
| | | | |
| Grand Total: | | 79.0 | $12,573.50 |

　　　　　　　　　　EXHIBIT 1