**EXHIBIT 2**



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace**
**Invoice #: 21_091231**
**Expense Summary**

| **Period Ending** | **12/31/2009** | **Expense Type** | **Amount** |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $707.60 |
| | | Pacer | $105.84 |
| | | Shipping/Courier | $45.46 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,308.90** |