# EXHIBIT J-1



RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file :  222

**CANADIAN ZAI SUBSTANTIAL CONTRIBUTION APPLICATION**
**(OCTOBER 1, 2004 to OCTOBER 28, 2005)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees:**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 2004-10-01 | MB | Meeting with journalist; | 1.50 |
| 2004-10-04 | MB | Telephone conversation with journalist; | 0.75 |
| 2004-10-04 | MB | Research on the product and other documents; | 3.50 |
| 2004-10-04 | MB | Document research; | 3.50 |
| 2004-10-05 | MB | Review of documents; | 6.00 |
| 2004-10-05 | MB | Draft of a certification motion; | 4.00 |
| 2004-10-06 | MB | Review of the file; | 2.00 |
| 2004-10-06 | MB | Telephone conversation with journalist; | 0.67 |
| 2004-10-06 | MB | Draft of a certification motion; | 3.00 |
| 2004-10-07 | MB | Drafting of the motion; | 3.50 |
| 2004-10-08 | MB | Drafting of the motion; | 6.00 |
| 2004-10-26 | MB | Verification of documents; | 3.00 |
| 2004-10-28 | MB | Telephone conversation with journalist; | 0.50 |
| 2004-10-29 | MB | Drafting of the certification motion; | 6.00 |
| 2004-11-02 | MB | Drafting of a questionnaire for class members; | 1.00 |
| 2004-11-02 | MB | Telephone conversations with class members and media; | 1.00 |
| 2004-11-03 | MB | Telephone conversations with members; | 1.00 |
| 2004-11-25 | MB | Review of motions from Saskatchewan; | 1.25 |
| 2004-11-26 | MB | Telephone conversation with Mr. Lespérance; | 0.75 |
| 2004-11-26 | MB | Letter to Mr. Lespérance; | 0.67 |
| 2004-11-30 | MB | Meeting with M. Bernard Lafrance; | 1.25 |
| 2004-12-03 | MB | Telephone conversation with Mr. Carron; | 0.33 |
| 2004-12-03 | MB | Letter to Mr. Carron; | 0.17 |

Lauzon Bélanger inc.  286, rue St-Paul Ouest, Bureau 100, Montréal (Québec) H2Y 2A3
Téléphone : 514 844-4646 – Télécopieur : 514 844-7009 – www.lauzonbelanger.qc.ca

| | | | |
|---|---|---|---|
| 2004-12-10 | JL | Review of the certification motion RE: draft of a letter to Québec notaries' association; | 0.58 |
| 2004-12-13 | JL | Draft a letter to Québec notaries' association; | 1.42 |
| 2004-12-14 | MB | Meeting with intern; | 0.50 |
| 2004-12-14 | MB | Draft of an article for the Québec notaries' association; | 2.00 |
| 2004-12-15 | MB | Letter to Mr. Caron and Mr. Lespérance; | 0.50 |
| 2004-12-15 | MB | Telephone conversation with Mr. Lespérance; | 0.50 |
| 2004-12-15 | MB | Telephone conversation with Québec notaries' association; | 0.50 |
| 2004-12-15 | MB | Article for the Québec notaries' association; | 1.25 |
| 2004-12-21 | MB | Telephone conversation with Québec notaries' association; | 0.50 |
| 2004-12-21 | MB | Telephone conversation with M. Lafrance; | 0.33 |
| 2004-12-21 | MB | Meeting with Mr. Lincourt; | 0.50 |
| 2004-12-22 | MB | Telephone conversation with C. Boudreault; | 0.33 |
| 2004-12-22 | MB | Telephone conversations with members; | 0.50 |
| 2005-01-10 | MB | Telephone conversations with media and letter; | 0.67 |
| 2005-01-18 | JL | Correspondence with Mr. Thompson Re: participation in Zonolite file; | 0.25 |
| 2005-01-19 | JL | Telephone Ms. Voyer Re: information; | 0.08 |
| 2005-01-20 | JL | Telephone conversation with Ms. Voyer: Re: info on the action; | 0.05 |
| 2005-02-08 | MB | Telephone conversation with Mr. Donald Bisson; | 0.50 |
| 2005-02-09 | MB | Telephone conversation with Ms. Jean-Louis; | 0.75 |
| 2005-02-09 | MB | Meeting with Mr. Lauzon and Mr. Lincourt; | 0.67 |
| 2005-02-09 | YL | Meeting with Mr. Bélanger and Mr. Lincourt; | 0.67 |
| 2005-02-09 | MB | Telephone conversation with Mr. Thomas; | 0.50 |
| 2005-02-17 | MB | Telephone conversation with Mr. Lespérance; | 0.67 |
| 2005-02-24 | MB | Review of documents; | 1.25 |
| 2005-02-24 | MB | Meeting with Mr. Lincourt; | 1.00 |
| 2005-03-01 | JL | Zonolite: interview with CBC; | 0.50 |
| 2005-03-01 | JL | Review of the file Re : amendments; | 1.50 |
| 2005-03-03 | JL | Follow-up on the file; | 1.00 |
| 2005-03-04 | JL | Follow-up on the file and returning of calls; | 1.00 |
| 2005-03-07 | JL | Returning of calls; | 1.00 |
| 2005-03-09 | JL | Interview with Suzane Magas CBC; | 0.50 |
| 2005-03-11 | JL | Returning of a call and follow-up on the file; | 0.50 |
| 2005-03-24 | MB | Telephone conversation with Mr. Lespérance; | 0.25 |
| 2005-03-29 | YL | Email to Mr. Thompson and Mr. Teal Re: motion of March 31; | 0.17 |
| 2005-03-29 | YL | Review of case law; | 1.50 |
| 2005-04-01 | YL | Review of case law; | 1.00 |
| 2005-04-04 | JL | Drafting of a new motion; | 0.75 |
| 2005-04-05 | MB | Drafting of an amended motion; | 6.50 |
| 2005-04-07 | JL | Follow-up on the file and phone call with Bernard Lafrance and Ms. Turgeon Re: new class action; | 1.00 |
| 2005-08-05 | CH | Research -Chapter 11; | 0.50 |
| 2005-08-08 | CH | Review of the commercial list; | 1.17 |

| | | | |
|---|---|---|---|
| 2005-08-09 | CH | Research - Chapter 11; | 1.00 |
| 2005-08-22 | CH | Drafting of a memo Re : Zonolite Chapter 11 claims; | 1.25 |
| 2005-08-26 | CH | Draft of a letter to Justice Chaput; | 0.33 |
| 2005-09-13 | MB | Meeting with Mr. Lincourt ; | 1.00 |
| 2005-09-13 | MB | Telephone conversation with Mr. Lespérance; | 0.50 |
| 2005-09-15 | CH | Telephone conversation with Ontario Superior Court /assistant to Justice Farley in order to find information for Mr. Lincourt; | 0.25 |
| 2005-09-16 | CH | Research Companies Creditors Act (stay against A.G. Canada); | 0.92 |
| 2005-09-28 | CH | Translation of a memo; | 1.20 |
| 2005-09-29 | MB | Telephone conversation with colleagues; | 0.50 |
| 2005-09-29 | MB | Telephone conversation with Mr. Lespérance; | 0.50 |
| 2005-09-30 | MB | Telephone conversation with Mr. Lespérance; | 0.50 |
| 2005-09-30 | MB | Meeting with Mr. Lincourt; | 0.50 |
| 2005-10-07 | MB | Telephone conversation with Mr. Lespérance; | 0.50 |
| 2005-10-07 | MB | Receipt and review of a letter from counsel to Grace; | 0.25 |
| 2005-10-13 | CH | Review of a draft order for Mr. Lincourt; | 0.42 |
| 2005-10-14 | CH | Translation of the conclusions to the draft order; | 1.20 |
| 2005-10-28 | CH | Review of factum for Mr. Lincourt; | 0.20 |

**OUR FEES :**     **97.67**     **$32,450.40**

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| YL | 450.00 | 3.34 | 1,503.00 |
| MB | 350.00 | 75.76 | 26,516.00 |
| JL | 200,00 | 10.13 | 2,026.00 |
| CH | 285.00 | 8.44 | 2,405.40 |

**Our taxable disbursements:**

| | |
|---|---|
| Photocopies (366 @ 10¢) | 36.60 |
| Faxes (145 @ 1.00) | 145.00 |
| Long distance phone calls | 0.43 |
| Messengers | 185.00 |
| Parking fees | 11.30 |
| Bailiffs | 200.27 |
| LexisNexis Canada Inc. | 20.72 |

**TOTAL TAXABLE DISBURSEMENTS**     **599.32**

**Our non taxable disbursements :**

| | |
|---|---|
| Minister of finance – judicial stamp | 127.00 |
| ACQC - Membership no. 7418  Viviane Brosseau | 25.00 |

**TOTAL NON TAXABLE DISBURSEMENTS**     **152.00**

**TOTAL DISBURSEMENTS:**                                  **$ 751.32**

        GST 5%                           $1,652.49
        QST 7.5%                         $2,602.67

**TOTAL :**                                               **$ 37,456.88**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001