034





**LAUZON BÉLANGER**
AVOCATS · ATTORNEYS

home
history
contact us
français

lawyers    class action    for our members    useful links

## Michel Bélanger

Telephone: 514 844-4646
Fax: 514 844-7009
E-mail: mbelanger@lauzonbelanger.qc.ca

Mr. Michel Bélanger is specialized in class actions and environmental law. In 1996, he founded, with his associate Yves Lauzon, the law firm of Lauzon Bélanger. He possesses training as a lawyer and notary, has a masters in public law from Université de Montréal and a diploma in specialized studies in environmental law and territorial management from Université Robert Schuman, (Strasbourg, France).

He teaches environmental law at École Polytechnique de Montréal, Laval University and at UQAM.

He is president of Nature Québec (formerly known as l'Union Québécoise pour la Conservation de la Nature U.Q.C.N.)) and administrator and co-founder of the Centre québécois du droit de l'environnement (C.Q.D.E.)

Mtre Bélanger has namely plead, *pro bono*, before the Supreme Court of Canada in the *Ciment St-Laurent* case on behalf of the Friends of the Earth and the *Centre québécois du droit de l'environnement* (C.Q.D.E.)

He was an additional commissioner at the *Bureau d'audiences publiques sur l'environnement (BAPE)* and in this function he sat as commissioner for the generic hearing on residual waste (1996-1997). He was senior research associate at the Chaire en éthique et environnement Hydro-Québec/McGill (1993-1996).

**Languages**

French and English

**Professional Training**

Université Robert Schuman – Strasbourg (1992)
Environmental Law Centre
**Diploma in specialized studies DESS – Environmental law and territorial management**

Université Robert Schuman – Strasbourg (1992)
**Diploma in pollution and nuisance**

Université de Montréal (1990)
Faculty of Law – Graduate studies
**Masters in Public Law**

Quebec Bar (1988)
Professional training
**Professional Diploma**

Université d'Ottawa (1984)
Faculty of Law – Graduate studies

Diploma in notarial law

Université d'Ottawa (1983)
Faculty of law
Bachelor of law

Professional affiliations

Member of the Québec Bar
Member of the Canadian Bar Association

Publications

o «Clauses d'ordre environnemental pour offre d'achat et acte de vente d'immeuble ou terrain», amendements apportés au document de 1996, Répertoire de la Chambre des Notaires du Québec, Vente (2008).
o «Les recours collectifs intentés devant la Cour fédérale du Canada», dans Service de la formation permanente du Barreau du Québec.dans Service de la formation permanente du Barreau du Québec. Les récents développements en recours collectifs, 2005.
o «Clauses d'ordre environnemental pour offre d'achat et acte de vente d'immeuble ou terrain», amendements apportés au document de 1996, Répertoire de la Chambre des Notaires du Québec, Vente (2004).
o «Contrôle et responsabilité de l'État en environnement», dans Service de la formation permanente du Barreau du Québec, Les récents développements en droit de l'environnement 2000, Les Éditions Yvon Blais Inc., 2000, pp. 145 à 222 .
o «Lorsque la catastrophe environnementale n'est plus un cas fortuit», dans, Service de la formation permanente du Barreau du Québec, Les catastrophes naturelles et l'état du droit, Les Éditions Yvon Blais Inc., 1998, pp. 39 à 124 .
o «Clauses d'ordre environnemental pour offre d'achat et acte de vente d'immeuble ou terrain», Répertoire de la Chambre des Notaires du Québec, Vente (1996)..
o «Considérations environnementales dans les transactions immobilières» (1995) 1 Cours de perfectionnement du notariat 327 ;
o «La responsabilité de l'État et de ses sociétés mandataires en environnement», Cowansville, Les Éditions Yvon Blais Inc., 1994, 195 p.
o «La responsabilité de l'État et ses sociétés en environnement», dans Institut Canadien d'études juridiques supérieures, Droits de la personne: l'émergence de droits nouveaux, Montréal, Les Éditions Yvon Blais Inc, 1993, pp. 415-439.
o «L'utilité juridique d'une charte des droits à un environnement de qualité», dans Monique ROSS et J. Owen SAUNDERS éd., Growing Demands on a Shrinking Heritage: Managing Resource-use conflicts, Institut canadien du droit des ressources, Calgary, 1992, 389-407.
o «La faute civile en matière de responsabilité pour dommages environnementaux», dans Formation permanente du Barreau du Québec, Développements récents en droit de l'environnement, 1991, Cowansville, Les Éditions Yvon Blais Inc., 1991, 149.
o «Les récents amendements en droit de l'environnement : application du principe «pollueur-payeur» ou «notaire-payeur», (1990) 2 Cours de perfectionnement du notariat, 467.
o «La reconnaissance d'un droit fondamental à un environnement de qualité», Montréal, Les Éditions Thémis, 1990, 175 pages.
o «Le droit de l'environnement et le citoyen», dans Département de santé communautaire (D.S.C.), Hôpital de l'Enfant-Jésus, Vivre avec son environnement, Québec, Édition produite par la Direction des Communications du ministère de la Santé et des Services Sociaux, 1990, 344.
o «Environnement et conservation: érosion du concept de propriété privée» (1988) Recueil de droit immobilier, 467.
o «Le droit de l'environnement et la pratique notariale à l'égard des terrains contaminés» (1988) 5 Cours de perfectionnement du notariat, 375.

Courses and conferences

o Part-time lecturer, Université Laval (Québec), Faculty of Law, Masters in Environmental Law, "Droit et recours privés en environnement (DRT 66981)" since 2008;

036

- Part-time lecturer, École Polytechnique de Montréal, «Environmental law (SSH 5402)», 1990 to the present;
- Part-time lecturer, Université du Québec à Montréal, «Environmental law» 2002, 2003, 2006 and 2009;
- Speaker at the conference « **Droits et libertés aujourd'hui : organisations et enjeux** » given by the Canadian Association of Statutory Human Rights Agencies (CASHRA) on the theme « Environment and human rights », Montréal, June 16, 2009;
- Speaker at the *Conseil patronal de l'environnement du Québec* : «**L'acceptabilité sociale des projets** », Montréal, March 24, 2009;
- Speaker at the workshops on the conservation of national land, organized by Nature Québec : «**Maîtriser l'aspect juridique en aménagement du territoire pour intervenir efficacement**», Beaupré, March 13 and 14, 2009;
- Environmental law lecture, **"Environmental Class Actions : Comparing Experiences in Ontario and Québec"**, University of Ottawa, December 3rd 2008
- Speaker at the Canadian Bar Association conference, «Les développements récents en droit de l'environnement – Point de vue sur l'affaire Ciment du St-Laurent», Québec, August 18, 2008;
- Speaker in the context of the professional development course for chemists, University of Montréal, Department of chemistry, since 2006;
- Speaker at the Francophone Association for Knowledge congress, entitled **"Environnement et engagement citoyen"**, Chicoutimi, May 8, 9 and 10 2007;
- Speaker at the Quebec Order of Chartered Appraisers, Le recours collectif en environnement et le rôle de l'évaluateur agréé, October 5-7, 2006;
- Co-speaker at the Quebec Bar - Continuing Education Services, Les recours collectifs intentés devant la Cour fédérale du Canada, Les développements récents en recours collectifs, 2005;
- Speaker at the Canadian Institute conference «Les développements récents sur la procédure fédérale en matière de recours collectifs : tout ce que vous devez savoir», February 2005 ;
- Co-presenter at the Insight Information Inc. conference, «Le recours collectif et le droit de l'environnement: les points de vue de la demande et de la défense», January 24 and 25, 2005.
- Speaker at Insight Information Inc. conference, «Le recours collectif : mécanismes de résolution des conflits environnementaux», December 1 and 2, 2004.
- Speaker at the Canadian Institute conference «La conférence de règlement à l'amiable en recours collectif», March 27 and 28 2003.
- Speaker for the Chambre des notaires du Québec's ongoing professional training, «Les nouvelles règles en matière de contamination de sols : moins de victimes, plus de responsables», November 2002.
- Speaker at the Quebec Bar Association's ongoing professional training program «Les récents développements en droit de l'environnement – contrôle et responsabilité de l'état en environnement», Montréal, May 2000.
- Speaker at the International Research Institute, «Connaissez parfaitement vos responsabilités, celles des autorités publiques et des tiers en cas de désastre», Montréal, April, 26, 27 and 28, 1999.
- Speaker at the Quebec Bar Association's ongoing professional training symposium, «Les catastrophes naturelles et l'état du droit – lorsque la catastrophe environnementale n'est plus un cas fortuit», Montréal, December 4, 1998.
- Speaker at the Bar Convention, «Le droit de l'environnement à l'ère des catastrophes», Charlevoix, June 4, 5, and 6, 1998.
- Conference for the Canadian Institute, «Les développements en matière de droit de l'environnement au Québec et leurs impacts sur la gestion environnementale de votre entreprise», May 20 and 21, 1998.
- Speaker at the 63rd annual Association canadienne-française pour l'avancement des sciences (ACFAS) Convention entitled «Comment opérationnaliser le développement durable au sein de l'entreprise», Chicoutimi, May 26 and 27, 1995.
- Presenter at the International conference on «La dimension sociale de l'intégration continentale», organized by the Réseau québécois sur l'intégration continentale (RQIC), Montréal, May 11-13, 1995.
- Speaker in the context of notarial refresher courses, 54th session on «Droit de l'environnement», Montréal, March 24 and 25, 1995.
- Part-time lecturer, Faculty of Law, McGill University, «La responsabilité pour l'environnement», 1993-1994.
- President and reporter for the International Law Commission at the 90th Convention of

·notaires of France, Nantes, France, May 1994.

o Speaker in the context of thematic conferences organized by the Department of social and preventive medecine of Université Laval on «Le droit de l'environnement : l'état de la situation et tendances actuelles au Québec», February 24, 1994.

o Presenter at the environmental law course given by the Centre d'étude du droit de l'environnement, Faculté de droit des facultés universitaires Saint-Louis, Bruxelles, Belgique, 27 mai 1993.

o Presenter at the The Canadian Institute : «L'aspect environnemental des transactions immobilières», Montréal, November 23 and 24, 1992.

o Speaker at the Canadian Institute for Advanced Legal Studies Conference (Journées Strasbourgeoises) on : «La responsabilité de l'État et de ses sociétés mandataires en environnement», Strasbourg, France, July 12-18, 1992.

o Speaker at the Union Internationale du Notariat Latin Convention, on «La protection juridique des habitats et le rôle du notariat», Carthagene, Colombia, April 27 to May 4, 1992.

o Speaker at the Ordre des Ingénieurs du Québec conference, Plein Sud regional division on: «La législation environnementale en matière d'enfouissement ou d'incinération de déchets», Longueuil, March 11, 1992.

o Speaker at the conference organized by the University of Ottawa, Faculty of civil law, on: «Perspectives de l'État actuel et de l'évolution future de la réglementation environnementale : vers une meilleure concertation», Ottawa, February 6, 1992.

o Speaker at the XIXe annual regional conference of the Association québécoise des techniques de l'eau (A.Q.T.E) Mauricie - Bois-Franc region : «Nettoyage et décontamination des sites industriels», Trois-Rivières, November 21, 1991.

o Presenter at the Confédération des syndicats nationaux (C.S.N.) symposium: «L'environnement et les syndicats - droits et recours en matière d'environnement», Montréal, November 20, 1991.

o Speaker for The Canadian Institute: «L'aspect environnemental des transactions immobilières», Montréal, October 23 and 24, 1991.

o Speaker at the Institut canadien du droit des ressources 5th conference: «L'utilité juridique d'une charte des droits à un environnement de qualité», Ottawa, May 9-11, 1991.

o Speaker at the Quebec Bar's Ongoing professional training service Convention: «Les récents développements en droit de l'environnement - La faute en matière de responsabilité civile pour dommages environnementaux», Montréal and Québec, January 24 and 25, 1991.

o Part-time lecturer, Université de Montréal, Faculty of Continuing Education : «Droit de l'environnement», (DRT-3304 G-A), 1990-1991.

o Speaker during refresher courses in notarial law : «Les récents développements en droit de l'environnement : l'application du principe pollueur-payeur ou notaire-payeur», Québec, November 3 and 4, 1990.

o Presenter at Environment Canada's Canadian Wildlife Service's annual convention: «Les aspects juridiques associés à la conservation des habitats», Québec, October 27 and 28, 1990.

o Presenter at the Canadian Environmental Network's annual convention on the environment: «La Charte des droits à un environnement de qualité», Montréal, October 12, 1990.

o Presenter at McGill's Environmental Law Association Symposium : «Défis juridiques et politiques: comment vivre une ère environnementale», Montréal, October 10 and 11, 1990.

o Presenter at the symposium : «Le droit en question - La déjudiciarisation : comment remédier à l'inflation judiciaire», «Droit et Environnement» organized by the Agora, Centre Sheraton, Montréal, April 27 and 28, 1990.

o Presenter at The Canadian Institute : «Implications juridiques du développement de sites industriels contaminés», Montréal, October 26, 1989.

o Presenter at the Canadian Bar Association's annual convention : «Environnement et conservation: Érosion du concept de propriété privée», Montréal, April 7, 1989.

o Presenter during refresher notarial law courses: «Le droit de l'environnement et la pratique notariale à l'égard des terrains contaminés», Québec, November 4 and 5, 1988.

o Part-time lecturer, University of Ottawa, Faculty of law, Diploma in notarial law: «Les radiations» (NOT-5605), 1987-1988, 1988-1989 school years.

**Para-professional activities**

Michel Belangér's Résumé ::... Michel Belangér's Résumé ::...          Page 5 of 5

038

o President of Nature Québec since 2007.
o Vice-president of Union québécoise pour la conservation de la nature (U.Q.C.N.) (1989-2006).
o Founder and administrator of the Centre québécois du droit de l'environnement (C.Q.D.E.) (since January 1989).
o Vice-president of Nature Québec (since 1989).
o Ad hoc commissionner, Bureau d'audiences publiques sur l'environnement (B.A.P.E.) (1991-2007), having namely acted as commissioner for the generic hearing on residual waste (1996-1997).
o Member of the Advisory committee on environmental protection (ACEP) for Environment Canada and Industry, Science and Technology Canada (from 1994 to 1997).
o Director of masters thesis for Mtre Yves Corriveau, for the masters program in environment and prevention at Université de Montréal, Mrs. Véronique Meunier, for the master law program at Université de Montréal.
o Consultant and person in charge of various memoranda by the Chambre des Notaires du Québec, on environmental law (since 1991).
o Member of the advisory committee of the Centre de développement d'agrobiologie du Québec (1990-1993).
o Member of the legal committee of the Fondation québécoise en environnement (1988 – 1990).
o Member of the editorial board of the Québec Bar for the memorandum on Bill C-78 on the federal environmental evaluation process (October to December 1990).
o Quebec Bar editorial board coordinator for the memorandum on the legal aspects of hazardous waste management in Québec, presented to the Commission d'enquête sur les déchets dangereux (commission Charbonneau), June 1990.
o Member of the hazardous waste committee of Union des Municipalités du Québec (U.M.Q.) (November 1989 to May 1990).
o Consultant to the Conseil consultatif de l'environnement du Gouvernement du Québec, relative to the study of the legal point of view of «Charte de la Qualité de la Vie» (February 1988 to December 1989).
o Consultant and person in charge of writing a thesis for the Chambre des Notaires du Québec, on the public review of the Conseil de la conservation et de l'environnement du Gouvernement du Québec, January 1989: «Une stratégie de la conservation et du développement.»





## LAUZON BÉLANGER
### AVOCATS · ATTORNEYS

home
history
contact us
français

Lawyers

## Yves Lauzon

Telephone: 514 844-4646
Fax: 514 844-7009
E-mail: ylauzon@lauzonbelanger.qc.ca

Mr. Lauzon received his diploma in law from Université de Montréal in 1972 and was admitted to the Québec Bar in 1974. Mr. Lauzon is involved in the area of class actions since the coming into force of this procedure in 1979, as lawyer for the Fonds d'aide aux recours collectif first and then in private practice.

**Languages**

French and english

**Training**

Admitted to the Québec Bar (1974)

**Professional affiliations**

Member of the Québec Bar
Member of the Canadian Bar Association

**Conferences**

Mr. Lauzon has participated in many conferences, symposiums and committees on class actions for 25 years on a regular basis and has been a speaker at many conferences in Canada and abroad.

He was invited as an expert witness before a French Government committee whose mandate it was to make recommendations on the adoption of a law on collective actions in Paris.

**Publications**

o **Recours collectif**, Gérald R. Tremblay, c.r. (co-author), collection Aide-Mémoire, no. 104, 1st edition, 1988.
o **Le recours collectif québécois**, Louise Ducharme (co-author), Les éditions Yvon Blais Inc., 1988.
o **Le recours collectif**, (Points de droit), Les Éditions Yvon Blais Inc., 2001.
o **La classe nationale: Critères d'autorisation** in Développement récent sur les recours collectifs, Service de la formation permanente du Barreau du Québec, 2005, volume 232, pages 35 to 53.

**Para-professional Activities**

Member of l'Union des producteurs agricoles du Québec
Member of the Fédération des pomiculteurs du Québec





## Careen Hannouche

Telephone: 514 844-4646
Fax: 514 844-7009
E-mail: careen.hannouche@lauzonbelanger.qc.ca

Ms. Hannouche joined Lauzon Bélanger as a student at law in 2003 and as an articling student in 2005. She completed her civil law degree in 2003 and her common law degree in 2004. She was admitted to the Québec Bar in 2005. She is implicated in pleadings before the Court, written procedures and implementation of settlements and this in all the class actions taken by the firm.

**Languages**

French, English, Italian

**Professional Training**

Ontario Bar (2007)
Admitted to the Québec Bar in 2005
LL.B. University of Ottawa- National Program in common law (2004)
Certificate from the World Intellectual Property (WIPO) Worldwide Academy Distance Learning Program for the General Course on Intellectual Property
LL.B. Université de Montréal (2003)

**Professional affiliations**

Member of the Ontario Bar
Member of the Québec Bar
Member of the Canadian Bar Association
Member of the Young Montreal Bar Association

**Conferences**

Speaker at the Canadian Bar Association's, Québec Division, Third Conference on class actions – « Dans l'intérêt des membres : application du principe de protection des membres du groupe » – May 8, 2008.
Collaboration with Mr. Lauzon and Mr. Bélanger in various conferences on class actions.

**Publications**

Collaboration « Dans l'intérêt des membres : application du principe de protection des membres du groupe » in Actes de la formation juridique permanente, Association du Barreau Canadien, Division Québec, Éditions Yvon Blais, 2008, Volume 2, pages 23 to 47.

**Para-professional Activities**

President of the executive board of the Junior Associates of the Cedars Cancer Institute
Member of the Association des diplômés en droit de l'Université de Montréal (ADDUM)
Member of UNICEF

home | history | contact us | français | lawyers | class action | member services | useful resources
© Copyright Lauzon Belanger Inc. Class actions Law Firm, Montreal, Quebec, Canada

042

This is "Exhibit B" referred to in the Affidavit of MICHEL
BELANGER sworn December 4, 2009

_____
Commissioner for Taking Affidavits (or as may be)

55,827
Diane Blanchette

043

# DAVID THOMPSON

# CURRICULUM VITAE

## WORK EXPERIENCE

| | |
|---|---|
| February, 2001 to present | Barrister and Solicitor<br>SCARFONE HAWKINS LLP<br>Barristers and Solicitors<br>One James Street South, 14th Floor<br>Hamilton, Ontario<br>L8N 3P9 |

Partner

Civil Litigation Practice with a strong emphasis on Plaintiff Class Action work, and Commercial Litigation. Broad exposure to a wide range of litigation matters including class proceedings, breach of contract, shareholder and corporate disputes, injunctions and mandatory orders, fiduciary duties, negligence, misrepresentation and detrimental reliance, aborted real estate and business transactions, wrongful dismissal and labour disputes, insurance claims and debt collection.

**Responsibilities**

Client contact, determined problem areas, analyzed problems, recommended and implemented solutions. Negotiated settlements to conflict, participated in numerous interlocutory proceedings in Ontario Superior Court of Justice, numerous trials in Ontario Superior Court of Justice, etc., and appeal proceedings in the Ontario Court of Appeal and Divisional Court.

Also appeared before numerous and various administrative tribunals/committees including Land Division Committees, Academic Appeals Committees, Workers' Safety and Insurance Board of Ontario, Liquor Licence Board of Ontario and Commercial Registration Appeals Tribunal.

044

| | |
|---|---|
| February, 1988 to<br>January, 2001 | Barrister and Solicitor<br>BROWN, SCARFONE, HAWKINS<br>Barristers and Solicitors<br>1050-120 King Street West<br>Hamilton, Ontario<br>L8N 3P9<br><br>Associate February 1988 - January 1993<br>Partner February 1993 - January, 2001 |
| June, 1987 to<br>September, 1987 | Student-at-Law<br>STEPHAN M. FRANKEL<br>Barrister and Solicitor<br>4200-100 Main Street East<br>Hamilton, Ontario<br>L8N 3W6 |

Exposure to various areas of law including criminal law, civil litigation and landlord and tenant law.

**Responsibilities**

Drafting pleadings, and other documents; research and preparing memoranda of law, meeting clients, daily attendance in Ontario Court (Provincial Division) and weekly attendance in Ontario Court (General Division) on interlocutory motions and Landlord and Tenant trials.

| | |
|---|---|
| June, 1986 to<br>June, 1987 | Articled Student-at-Law<br>EVANS, PHILP<br>Barristers and Solicitors<br>1 King Street West<br>16th Floor<br>Hamilton, Ontario<br>L8P 1A4 |

Exposure to various areas of law including civil litigation, family law, criminal law, real estate and wills, labour law and administrative law.

**Responsibilities**

Drafting pleadings and other legal documents, researching and preparing memoranda of law, meeting clients, full carriage of Small Claims Court files, attendance on motions and adjournments in Ontario Court (General Division) and

045

attendance on motions and adjournments in Ontario Court (Provincial Division)

|   |   |
|---|---|
| Summer, 1985 | Student-at-Law/Clerk<br>Unified Family Court<br>55 Main Street West<br>Hamilton, Ontario<br>L8P 1H4<br>Clerk for Justices Beckett, Goodearle, Mendes da Costa, Steinberg and Van Duzer. |

**Responsibilities**

Legal research, the provision of legal opinions, and the preparation of briefs and memoranda for the five Justices.

|   |   |
|---|---|
| Summer, 1984 | Student-at-Law/Clerk<br>Unified Family Court<br>55 Main Street West<br>Hamilton, Ontario<br>L8P 1H4 |

Clerk for Justices Gravely, Steinberg and Van Duzer.

**Responsibilities**

Legal research, the provision of legal opinions, and the preparation of briefs and memoranda for the three Justices.

## EDUCATION

|   |   |
|---|---|
| September, 1987 to<br>February, 1988 | Law Society of Upper Canada<br>Bar Admission Course<br>Called to the Bar as a Barrister and Solicitor for the Province of Ontario:<br>April, 1988 |
| 1983 to 1986 | Osgoode Hall Law School<br>Overall Average: B<br>Bachelor of Laws Degree Obtained: May, 1986 |

046

| 1980 to 1983 | McMaster University<br>Overall Average: A<br>Bachelor of Arts Degree Obtained: May, 1983<br>Graduation Standing: 1 - Summa Cum Laude<br>Major: Political Science |
| --- | --- |
| 1975 to 1980 | Cathedral Boys' High School<br>Overall Average: A<br>S.S.H.G.D. Obtained: January, 1980 |

## ACADEMIC AWARDS

| 1982 to 1983 | Edwin Marwin Dalley Memorial Scholarship<br>McMaster University Dean's Honour List |
| --- | --- |
| 1981 to 1982 | Edwin Marwin Dalley Memorial Scholarship<br>McMaster University Dean's Honour List |
| 1980 to 1981 | McMaster University Chancellors' Scholarship<br>McMaster University Dean's Honour List |
| 1979 to 1980 | Ontario Scholarship<br>The Permanent Annual Student Writing Award<br>Reader's Digest Award<br>High School Class Valedictorian |

## PERSONAL/PROFESSIONAL ACHIEVEMENTS

| 1979 | Class Valedictorian - Graduating Class - Cathedral Boys' High School. |
| --- | --- |
| 1983 | Duty Counsel - Osgoode Hall Community Legal Aid Services Programme. |
| 1984 to 1985 | Assisted Justice David M. Steinberg of the Unified Family Court with research for his text, Family Law in the Family Courts, Carswell, 1986. |

1989                     Article published, February, 1989
                         Hamilton Law Association Newsmagazine - "Arguing
                         Motions in District and Supreme Court: A Back to Basics
                         Guide".

                         Articles published, June, July/August, September and
                         December, 1989
                         Let's Talk Business Magazine - Hamilton and Niagara
                         Editions - Four part series on Business Contracts.

                         Guest Speaker - Cathedral Girls' High School
                         Topic - Tort Law and Civil Litigation.

                         Guest Speaker - Hamilton Catholic High Schools
                         Conducted mock civil trial.

                         Guest Speaker - C.H.M.L. Radio
                         John Hardy Show "Your Day in Court".

                         Travelled to Tokyo, Japan to conduct cross-examinations on
                         a complex commercial litigation matter involving a heavy
                         equipment distributorship agreement. Multi-million dollar
                         settlement ultimately achieved.

1990                     Member - Editorial Board, Hamilton Law Association
                         Newsmagazine.

                         Member - Library Committee, Hamilton Law Association.

                         Article published, January, 1990
                         Hamilton Law Association Newsmagazine
                         "Far Eastern Observations".

                         Article published, June/July, 1990
                         Hamilton Law Association Newsmagazine
                         "Use of Factums in Motions Court".

                         Article published, September, 1990
                         Hamilton Law Association Newsmagazine
                         "Court Reform in the Central South Region".

048

1991            Member - Editorial Board, Hamilton Law Association
                Newsmagazine.

                Vice-Chairman - Library Committee, Hamilton Law
                Association.

                Article published, May, 1991
                Hamilton Law Association Newsmagazine
                "Civil Pre-Trials - Maximizing Their Effectiveness".

                Article published, September, 1991
                Hamilton Law Association Newsmagazine
                "Interlocutory Injunction Applications - Practical Tips".

                Guest speaker - Kelsey's Restaurant Managers' Meeting
                Tort Liability for Serving Liquor in the Hospital Industry.

                Guest speaker - LMC Management Consultants
                Employment Law Seminar
                Fiduciary Obligations of Employees.

1992            Trustee of the Board of Directors,
                Hamilton Law Association.

                Member - Editorial Board,
                The Hamilton Lawyer Newsmagazine.

                Member - Library Committee,
                Hamilton Law Association.

                Chairman - Young Lawyers' and Articling Students'
                Committee
                Hamilton Law Association.

                Article published, September, 1992
                Contact Magazine
                "What to Expect in a Lawsuit".

                Article published, September, 1992
                The Hamilton Lawyer Newsmagazine
                "Fiduciary Obligations of Real Estate Agents".

049

| 1993 | Trustee of the Board of Directors,<br>Hamilton Law Association<br>Editor-In-Chief,<br>The Hamilton Lawyer Newsmagazine. |
| | Member - Library Committee,<br>Hamilton Law Association. |
| | Regular contributor to The Hamilton Lawyer Newsmagazine,<br>Restaurant Review column. |
| | Guest speaker - Hamilton Law Association,<br>Practical Tips for the Courtroom. |
| 1994 | Trustee of the Board of Directors,<br>Hamilton Law Association. |
| | Editor-In-Chief,<br>The Hamilton Lawyer Newsmagazine. |
| | Member - Library Committee,<br>Hamilton Law Association. |
| | Guest speaker - Hamilton Law Association,<br>Evidence: A Practical Guide. |
| | Guest Speaker - C.F.M.U. Radio<br>"Court Process and Procedure". |
| | Lecturer/Speaker - Ontario Trial Lawyers Association Spring<br>Conference<br>"Breach of Fiduciary Duty". |
| 1995 | Trustee of the Board of Directors,<br>Hamilton Law Association. |
| | Member - Editorial Board<br>The Hamilton Lawyer Newsmagazine. |
| | Guest Speaker - Hamilton Law Association<br>Preparing Witnesses to Give Evidence at Trial. |
| | Guest Speaker - CHCH T.V.<br>2 on-air television appearances. |

050

| | |
|---|---|
| 1996 | Member - Advocates' Society.

Member - Editorial Board
The Hamilton Lawyer Newsmagazine.

Guest Speaker - Hamilton Law Association
Arguing Motions in Ontario Court (General Division).

Guest Speaker - The Advocates' Society
Alternative Dispute Resolution.

Guest Speaker - The Law Society of Upper Canada, The
Ontario Court of Justice and The Canadian Bar Association
- Ontario
The Simplified Rules of Civil Procedure. |
| 1997 | Member - Advocates' Society.

Member - Ontario Trial Lawyers Association.

Member - American Trial Lawyers Association.

Retained as Class Counsel on several large complex claims
under the Class Proceedings Act acting for hundreds of
thousands of class members in claims involving millions of
dollars.

Received significant media exposure regarding the Class
Action claims including Articles in The Globe & Mail, The
Financial Post, Toronto Star, etc. |
| 1998 | Member - Advocates' Society.

Member - Ontario Trial Lawyers Association.

Member - American Trial Lawyers Association.

Participation in Alberta Trial Lawyers Conference ("Rockies
Rendezvous"), Banff Springs, Alberta. |
| 1999 | Member - Advocates' Society.

Member - Ontario Trial Lawyers Association.

Member - American Trial Lawyers Association. |

051

Guest Speaker - Ancaster Mens Club - Litigation Procedures and Class Actions.

Founding principal of e-incorp Inc., Canada's online corporate services provider.

**2000**   Member - Advocates' Society.

Member - Ontario Trial Lawyers Association.

Member - American Trial Lawyers Association.

Continuing involvement as Lead Counsel in large Class Action claims including attendances in New York and Vancouver in respect of such matters.

Article published - Lorman Education Services Seminar - "Employee Termination in Ontario: Navigating The Press – – Important Termination Concerns".

Guest Speaker - Downtown Rotary Club - The Internet: Changing the Dynamics of Small Business in Canada.

**2001**   Achieved successful settlement of Vanishing Premium Class Action Claim against Canada Life Assurance Company on a national basis on behalf of approximately 135,000 policyholders.   Settlement Agreement signed February.  Court Approval obtained April.

Travel to San Diego, California for participation in Association of Fundraising Professionals International Conference on Fundraising.

Founding principal of Freewills.com, an online free will-preparation service that uniquely links will-preparation with the encouragement and availability of charitable giving. Involvement included all aspects of business start-up including strategic vision, conceptualization, design and development of product, overall management, marketing and sales, operations, implementation, securing subscriptions, preparation of business plan, etc.

Guest Speaker - Lorman Education Services Seminar, Employee Leave Issues/Maternity and Parental Leave Issues, April 26, 2001.

Guest Speaker- Lorman Education Services Seminar, Employee Termination in Ontario: Navigating the Process - Important Termination Concerns, May 17, 2001.

Article published, Spring, 2001 issue of the "The Litigator. Journal of the Ontario Trial Lawyers Association" - "Class Proceedings and Product Liability Claims".

Achieved successful settlement of Vanishing Premium Class Action Claim against London Life Insurance Company on a national basis on behalf of approximately 890,000 policyholders (settlement value $260M).    Settlement Agreement signed June, 2001; Court approval obtained October, 2001; Final Court approval by Ontario Court of Appeal, February, 2002.

Travel to Indianapolis, Indiana for participation in National Association of Gift Planners Conference.

2002    Travel to St. Louis, Missouri for participation in Association of Fundraising Professionals International Conference on Fundraising.

Guest Speaker - Lorman Education Services Seminar - Employee Leave Issues April 27, 2002.

Guest Speaker - The Canadian Institute, Litigating Class Actions Seminar, September 26 and 27, 2002.

2003    Guest Speaker - Insight Conference: Class Actions - The Litigators' Conference,  "Certification Update", January 27 and 28, 2003.

Guest Speaker - Ontario Trial Lawyers Association Spring Conference, Class Actions, May 31, 2003.

Achieved successful settlement of Class Action claim against Canada Post Corporation, Cybersurf Corp. and 3Web Corp. on a national basis on behalf of approximately 150,000 customers who purchased a CD-Rom product that did not function as represented. Settlement Agreement signed July, 2003; Court approval obtained December, 2003.

2004    Achieved successful settlement of Class Action claim against Bell Canada on a national basis on behalf of approximately 750,000 subscribers to Bell Canada's First Rate™ long distance plan in connection with unilateral

**053**

billing changes. Settlement Agreement signed March, 2004; Court approval obtained May, 2004.

Received widespread media exposure in respect of settlement of Bell First Rate Class Action, including articles in Toronto Star (lead story in Business Section, etc.,) Hamilton Spectator, etc.

Appeared as guest commentator on legal issues on CH TV "Live @ 5:30" television news program.

Received significant media exposure regarding new class action claim against Bell Canada relating to modem hijacking, including articles in the Toronto Star, Hamilton Spectator, radio news broadcasts and appearances on CH TV television news program.

Guest Legal Consultant on CH TV. Several on-air television appears on various legal topics.

2005    Speaker at Advocate's Society, Court House Series, seminar re: Mock Summary Judgment Motion and Effective Advocacy in Motions Court, February 10, 2005.

Speaker at Cross-Border Commercial Litigation Seminar re: Class Actions: Cross-Border Issues, April 7th and 8th, 2005.

Speaker at The 5th Annual Advocacy Conference, seminar re: Class Actions: Nuts & Bolts of a Class Action, April 20, 2005.

Appeared as guest commentator on various legal issues on CH TV "Live @ 5:30" television news program.

2006    Multiple Appearances as Guest Legal Consultant on CHML radio program re: Payday Loan litigation.

Chairman of the 1st Annual Hamilton Law Association Current Issues in Commercial Litigation Seminar held April 6, 2006.

2007    Co-Chairman of the 2nd Annual Hamilton Law Association Current Issues in Commercial Litigation Seminar held April 12, 2007.

054

| 2008 | Co-Chairman of the 3rd Annual Hamilton Law Association Current Issues In Commercial Litigation Seminar held March 27, 2008. |
| | Member – Board of Directors of Mark Preece Family House—a family house to be located near the Hamilton General Hospital to provide close, accessible and affordable short-term accommodation for the families of adult patients in Hamilton hospitals. |
| 2009 | Co-Chairman of the 4th Annual Hamilton Law Association Current Issues In Commercial Litigation Seminar held March 12, 2009. |
| | Member – Board of Directors of Mark Preece Family House. |
| | Speaker at Hamilton Law Association 9th Annual Advocacy Conference re: Update on Class Actions, April 30, 2009. |
| | Article published May, 2009 edition "Commercial Litigation Review" Volume 7, Number 2. Co-author of article on Blended Retainer Agreements with Heather C. Devine and James Tausendfreund (Gowlings) |
| | Multiple Appearances as Guest Legal Consultant on CHML radio program re: Facebook Terms of Service, Access to Courts for terror victims, etc. |

## CERTIFICATIONS AND SUCCESSFUL RESOLUTIONS OF CLASS PROCEEDINGS

### 2009

*Robinsons v. Rochester Financial et al.* – Certification motion argued June 23, 24, 25, the Honourable Madam Justice Lax; decision under reserve.

*Watson et al v. Northstar Aerospace, Inc., and Northstar Aerospace (Canada) Inc.* – Certification and court approval of settlement, June 18, the Honourable Mr. Justice Perell.

### 2008

*McCutcheon v. The Cash Store et al.* – Court approval of settlement, December 2, the Honourable Mr. Justice Cullity.

*Zonolite Attic Insulation* – CCAA Court approval of settlement on behalf of all Canadian ZAI claimants, October 17, the Honourable Mr. Justice Morawetz, Superior Court of Justice – Commercial Court.

**2007**

*Bellaire/LaRocca et al. v. Salim Daya and Hamilton Health Sciences Corporation,* [2007] O.J. No. 4819 – Certification and court approval of settlement, December 14, the Honourable Madam Justice Hoy.

**2006**

*McCutcheon v. The Cash Store et al,* [2006] O.J. No. 2360 - Certified May 10, the Honourable Mr. Justice Cullity.

*Jones v. Royal Botanical Gardens et al* - Certification and court approval of settlement, September 28, the Honourable Mr. Justice Crane.

*Humphreys et al. v. Select Financial et al.,* (Hamilton Court file No. 01-3510CP) (Unreported) - Certification and court approval of settlement, November 2, the Honourable Mr. Justice Crane.

*Zonolite Attic Insulation* – Appointed as Representative Counsel for all Canadian ZAI claimants, February 8, the Honourable Mr. Justice Farley.

**2004**

*Sajecki v. Bell Canada* - Certification and court approval of settlement, May 10, the Honourable Mr. Justice Crane.

**2003**

*McArthur v. Canada Post Corporation et al,* [2004] O.J. No. 1406 - Certification and court approval of settlement, December 22, the Honourable Mr. Justice Crane.

**2001**

*Gibbs v. Canada Life Assurance Co.,* [2001] O.J. No. 6269 - Certification and court approval of settlement, April 4, the Honourable Mr. Justice Cumming.

*Directright Cartage Ltd. v. London Life Insurance Co.,* [2001] O.J. No. 4073 - Certification and court approval of settlement, October 18, the Honourable Mr. Justice Cumming.

**056**

## CURRENT CLASS PROCEEDINGS

*McKee's Carpet Zone v. Sears Canada Inc., Sears, Roebuck and Co. and Home Coverings Buying Group Inc.* – This proceeding is brought on behalf of all individuals or entities in Canada who/which entered into a license agreement with Sears for operation of a "Sears Floor Covering Centre", since 1998.

*Stephanie Graham and Angela Miceli v. Imperial Parking Canada Corporation carrying on business as Impark* – This proceeding is brought on behalf of all persons who parked a vehicle or whose vehicle was parked at an Impark parking lot and were charged and paid violation fees to Impark.

*Levesque v. Ford Motor Company of Canada* - This proceeding is brought on behalf of all individuals in Canada who were offered employment by Ford commending in July, 2008 as part of a Third Work Shift at Ford's Oakville plant.

*Kafka et al. v. Allstate Insurance Company* - This proceeding is brought on behalf of all Allstate agents across Canada who were employed by Allstate as of July 27, 2007 and who were constructively dismissed.

*Robinsons v. Rochester Financial et al* - This proceeding is brought on behalf of persons who participated in the Banyan Tree Gift Program, a leveraged charitable donation program, for taxation years 2003-2007.

*Penney et al. v. Bell Canada* - This proceeding is brought on behalf of wireline telephone customers of Bell Canada, being persons who made arrangements or wireline telephone service to be installed in their homes between March 24 and December 31, 2005.

*Cotton et al. v. Michaels Stores Inc* - This proceeding is brought on behalf of persons in Canada who were/are former employees/employees of Michaels who worked in excess of 44 hours in any given week without receiving overtime pay.

057

# MATTHEW G. MOLOCI

# CURRICULUM VITAE

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1999<br>to present | **SCARFONE HAWKINS** LLP<br>Barristers and Solicitors<br>One James Street South, 14th Floor<br>Hamilton, Ontario<br>L8N 3P9 |

Associate – 1999 – 2007

Partner – 2007

Practice areas: bankruptcy/insolvency, commercial, construction, employment, estates and class action litigation

Carriage of complex litigation matters through trial and appeal

| | |
|---|---|
| 1998 – 1999 | **PENMAN & PENMAN** LLP<br>Barristers and Solicitors<br>206-4195 Dundas Street West<br>Etobicoke, Ontario<br>M8X 1Y4 |

Associate lawyer

Client development, law firm administration and carriage of litigation matters in personal injury, employment, family, commercial, construction lien and estates matters.

| | |
|---|---|
| 1996 - 1997 | **STEWART, ESTEN** LLP<br>Barristers and Solicitors<br>100 Collier Street<br>Barrie, Ontario<br>L4M 4V3 |

Student-at-law

| 1996 | **PENMAN & PENMAN** LLP |
|---|---|

**PENMAN & PENMAN** LLP
Barristers and Solicitors
206-4195 Dundas Street West
Etobicoke, Ontario
M8X 1Y4

Summer Student

1995    **MILLER THOMSON** LLP
Barristers and Solicitors
Toronto, Ontario

Summer Student

Assisted with the research and writing of John Sproat's textbook on constitutional law and the *Charter of Rights and Freedoms*

Co-author: "Non-Competition and Non-Solicitation Agreements", with John Sproat, Federated Press, Executive Employment Law seminar

1985-1993    **TNT CANADA INC./ TRANSFREIGHT INC.**

Manager, Specialized transportation and logistics

Eight-year career in specialized transportation and logistics
General management of successful operating division

## EDUCATION

February 26, 1998    Called to the Ontario Bar, Law Society of Upper Canada

1993-1996    Bachelor of Laws, Dalhousie University

1984-1986    Sheridan College of Applied Arts and Technology
Motor Carrier Administration

## NOTABLE CIVIL LITIGATION CASES

*Shekhdar v. K & M Engineering and Consulting Corporation* (2004), 71 O.R. (3d) 475 (S.C.J.). Lead counsel at trial and on appeal.

*Schaible Electric Ltd.* v. *Melloul-Blamey Construction Inc.*, [2004] O.J. No. 3088, affirmed [2005] O.J. No. 3226 (C.A.).  Lead counsel at trial and on appeal.

*Choquette v. 995146 Ontario Ltd.* [2004] O.J. No. 3593 (C.A.). Lead counsel at trial and on appeal.

## CERTIFICATIONS AND SUCCESSFUL RESOLUTIONS OF CLASS PROCEEDINGS

### 2009

*Robinsons v. Rochester Financial et al.* – Certification motion argued June 23, 24, 25, 2009, before the Honourable Madam Justice Lax; decision under reserve.

### 2008

*McCutcheon v. The Cash Store et al.*  – Court approval of settlement, December 2, by the Honourable Mr. Justice Cullity.

*Zonolite Attic Insulation* – Appointed as Representative Counsel for all Canadian ZAI claimants, February 8, 2006 by the Honourable Mr. Justice Farley. CCAA Court approval of settlement on behalf of all Canadian ZAI claimants, October 17, by the Honourable Mr. Justice Morawetz, Superior Court of Justice – Commercial Court .

### 2006

*McCutcheon v. The Cash Store et al,* [2006] O.J. No. 2360 - Certified May 10, by the Honourable Mr. Justice Cullity.

*Humphreys et al.  v. Select Financial et al.*, (Hamilton Court file No. 01-3510CP) (Unreported) - Certification and court approval of settlement, November 2, by the Honourable Mr. Justice Crane.

*Jones v. Royal Botanical Gardens et al* - Certification and court approval of settlement, September 28, by the Honourable Mr. Justice Crane.

**2003**

McArthur v. Canada Post Corporation et al, [2004] O.J. No. 1406 - Certification and court approval of settlement, December 22, by the Honourable Mr. Justice Crane.

**2001**

Gibbs v. Canada Life Assurance Co., [2001] O.J. No. 6269 - Certification and court approval of settlement, April 4, by the Honourable Mr. Justice Cumming.

Directright Cartage Ltd. v. London Life Insurance Co., [2001] O.J. No. 4073 - Certification and court approval of settlement, October 18, by the Honourable Mr. Justice Cumming.

## CURRENT CLASS PROCEEDINGS

McKee's Carpet Zone v. Sears Canada Inc., Sears, Roebuck and Co. and Home Coverings Buying Group Inc. – This proceeding is brought on behalf of all individuals or entities in Canada who/which entered into a license agreement with Sears for operation of a "Sears Floor Covering Centre", since 1998, and who alleges undisclosed rebates and/or secret commissions.

Stephanie Graham and Angela Miceli v. Imperial Parking Canada Corporation carrying on business as Impark – This proceeding is brought on behalf of all persons who parked a vehicle or whose vehicle was parked at an Impark parking lot and were charged and paid violation fees to Impark.

Kafka et al. v. Allstate Insurance Company - This proceeding is brought on behalf of all Allstate agents across Canada who were employed by Allstate as of July 27, 2007 and who were constructively dismissed.

Robinsons v. Rochester Financial et al - This proceeding is brought on behalf of persons who participated in the Banyan Tree Gift Program, a leveraged charitable donation program, for taxation years 2003-2007, which donation tax receipts and credits were denied by Canada Revenue Agency.

Penney et al. v. Bell Canada - This proceeding is brought on behalf of wireline telephone customers of Bell Canada, being persons who made arrangements or wireline telephone service to be installed in their homes between March 24 and December 31, 2005, where installation dates were not met.

Cotton et al. v. Michaels Stores Inc. - This proceeding is brought on behalf of persons in Canada who were/are former employees/employees of Michaels who worked in excess of 44 hours in any given week without receiving overtime pay.

061

## CURRICULUM VITAE

NAME:          JEFFREY CARTER TEAL

ADDRESS:       10 Harrington Place
               Ancaster, Ontario
               L9G 4Z2
               (905) 523-1333 (Business)
               (905) 648-8349 (Residence)

DATE OF BIRTH:  MARCH 14, 1960

### ACADEMIC QUALIFICATIONS

April, 1986:
      Admitted to the Law Society of Upper Canada

September 1985 to March 1986
      Law Society of Upper Canada
      Bar Admission Course, Osgoode Hall

September 1981 to May 1984
      University of Western Ontario, London
      Course: Faculty of Law
      Bachelor of Laws Degree obtained May 1984

September 1980 to May 1981
      University of Western Ontario, London
      Course: Economics
      Standing: Dean's Honour List

September 1979 to May 1980
      University of Western Ontario, London
      Course: Social Sciences
      Standing: Dean's Honour List

### SCHOLARSHIPS

University of Western Ontario Entrance Scholarship
Ontario Scholarship