# EXHIBIT H-1



December 17, 2009

| RE : | W.R. GRACE & CO., and al.<br>U.S. FEE APPLICATION<br>CDN ZAI CLASS ACTION<br>Our file :  222 |

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(September 1, 2008 to December 20, 2009)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2008-09-02 | MB | Conference call with plaintiff counsel; | 0.75 | |
| 2008-09-02 | MB | Meeting with Mtre Hannouche; | 0.50 | |
| 2008-09-02 | CH | Conference call with plaintiff counsel; | 0.25 | |
| 2008-09-02 | CH | Receipt of an email from Mtre Moloci re: change to a definition in the Final Minutes of Settlement; | 0.25 | |
| 2008-09-02 | CH | Receipt of an email from Mtre Moloci to Mtre Pasparakis; | 0.25 | |
| 2008-09-02 | CH | Email to plaintiff counsel; | 0.17 | |
| 2008-09-03 | MB | Read transcripts of hearings in the United States; | 2.00 | |
| 2008-09-03 | MB | Read emails from counsel; | 0.75 | |
| 2008-09-03 | MB | Meeting with Mtre Lauzon re : settlement; | 1.00 | |
| 2008-09-03 | YL | Meeting with Mtre Bélanger; | 1.00 | |
| 2008-09-03 | CH | Email to Charles Tanguay re : settlement; | 0.33 | |
| 2008-09-04 | MB | Phone conversations with class Members; | 1.00 | |
| 2008-09-04 | CH | Review of the 27th Report of Information Officer Finke; | 0.33 | |
| 2008-09-04 | CH | Email to plaintiff counsel; | 0.17 | |

Case 01-01139-AMC    Doc 24725-10    Filed 05/03/10    Page 3 of 15

- 2 -

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2008-09-05 | CH | Email to Mtre Moloci; | 0.25 |
| 2008-09-05 | CH | Phone conversation with a class Member; | 0.42 |
| 2008-09-08 | CH | Email to plaintiff counsel; | 0.25 |
| 2008-09-11 | CH | Email to plaintiff counsel re : portion of Mtre Hogan's fees; | 0.25 |
| 2008-09-11 | CH | Letter to plaintiff counsel re : Mtre Hogan's fees; | 0.33 |
| 2008-09-12 | CH | Conference call with Mtres Bélanger, Moloci and Thompson; | 0.33 |
| 2008-09-15 | CH | Receipt and study of a PI claimant's email; | 0.25 |
| 2008-09-15 | CH | Receipt and study of the transcript of the September Omnibus Hearing USA; | 0.42 |
| 2008-09-15 | CH | Email to Charles Tanguay re: settlement; | 0.25 |
| 2008-09-15 | CH | Receipt and review of a memo from Mtre Ferbers re: Mary Carter arrangements; | 0.42 |
| 2008-09-15 | MB | Review of emails; | 0.75 |
| 2008-09-16 | CH | Receipt of an email from Mtre Moloci; | 0.25 |
| 2008-09-16 | CH | Email to Association des consommateurs pour la qualité dans la construction (ACQC) re: updating of class Member list; | 0.25 |
| 2008-09-16 | CH | Email to Mtres Thompson and Moloci; | 0.25 |
| 2008-09-16 | CH | Email to Mtre Moloci; | 0.25 |
| 2008-09-16 | CH | Drafting of the English and French notice of settlement approving hearing on our firm's website; | 0.50 |
| 2008-09-16 | CH | Conference call with plaintiff counsel; | 0.58 |
| 2008-09-16 | CH | Conference call with Mtres Hogan, Thompson and Moloci re: bar date notice materials; | 0.83 |
| 2008-09-17 | CH | Email to Mtres Moloci and Thompson; | 0.17 |
| 2008-09-17 | CH | Email to Charles Tanguay; | 0.17 |
| 2008-09-17 | CH | Email to Albanie Morin (ACQC); | 0.17 |
| 2008-09-18 | CH | Translation of class definitions for both actions for our website ; | 0.42 |
| 2008-09-18 | MB | Review of emails; | 0.75 |
| 2008-09-19 | MB | Review of email correspondence from plaintiff counsel; | 0.50 |
| 2008-09-19 | MB | Telephone conversation with Mrs. Ling; | 0.75 |
| 2008-09-21 | CH | Review of the draft information notice to claimants prepared by Mtre Merchant and revised by Mtres Thompson and Moloci; | 0.50 |
| 2008-09-22 | CH | Email to Mtre Thompson; | 0.17 |
| 2008-09-22 | CH | Email to Mtres Moloci and Thompson re: comments on the draft information notice to claimants; | 0.33 |
| 2008-09-22 | CH | Translation of the Draft Information Notice; | 3.20 |
| 2008-09-23 | CH | Receipt and review of email from Mtres Moloci and Merchant re: notice to Members; | 0.33 |
| 2008-09-23 | CH | Email to Mtre Thompson and Moloci; | 0.17 |
| 2008-09-23 | CH | Email to Mtres Moloci and Thompson; | 0.25 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2008-09-23 | CH | Review of the notice to Members following the modifications made by Mtres Moloci and Thompson; | 1.50 | |
| 2008-09-23 | CH | Email to Mtre Thompson; | 0.17 | |
| 2008-09-23 | MB | Review of documents (re: settlement) | 2.50 | |
| 2008-09-24 | CH | Review and corrections made to the translation of the settlement; | 1.00 | |
| 2008-09-24 | MB | Meeting with Mtre Hannouche; | 0.67 | |
| 2008-09-24 | MB | Review of email correspondence from plaintiff and defence counsel; | 0.67 | |
| 2008-09-24 | MB | Review of Grace's Factum and other related documents; | 3.00 | |
| 2008-09-25 | CH | Review and modifications to the annexes of the translation settlement; | 0.75 | |
| 2008-09-25 | CH | Receipt and review of Mtre Hogan's email re: modifications to the US notice program; | 0.33 | |
| 2008-09-25 | CH | Receipt and review of Mtre Ferber's email re: Raven Thundersky's position; | 0.25 | |
| 2008-09-25 | CH | Email to Mtre Moloci; | 0.17 | |
| 2008-09-25 | CH | Email answer to a class Member re: notice to Members; | 0.25 | |
| 2008-09-25 | CH | Telephone conference with Mtres Bélanger, Thompson and Moloci; | 0.67 | |
| 2008-09-25 | CH | Receipt and review of exhibit 4 of Grace's factum and trust and distribution procedures; | 0.33 | |
| 2008-09-25 | MB | Review of billing; | 3.00 | |
| 2008-09-25 | MB | Telephone conference with plaintiff counsel; | 0.50 | |
| 2008-09-25 | MB | Review of the affidavit prepared by Mtres Thompson and Moloci; | 1.00 | |
| 2008-09-25 | CH | Receipt and review of the Affidavit of Michel Bélanger prepared by Mtres Thompson and Moloci; | 0.67 | |
| 2008-09-25 | CH | Telephone conference with Mtres Moloci, Thompson and Bélanger; | 0.50 | |
| 2008-09-25 | CH | Telephone conversation with Albanie Morin; | 0.25 | |
| 2008-09-26 | CH | Receipt and review of the affidavit prepared by Mtres Moloci and Thompson and signature of the affidavit; | 0.50 | |
| 2008-09-29 | MB | Review of documents re: approval; | 3.00 | |
| 2008-09-29 | MB | Preparation for the hearing September 30, 2008; | 3.00 | |
| 2008-09-29 | CH | Receipt and review of an email from Mtre Merchant with a list of Members; | 0.33 | |
| 2008-09-29 | CH | Telephone conversation with Mr Dextras; | 0.42 | |
| 2008-09-29 | CH | Email to a class Member re: settlement; | 0.33 | |
| 2008-09-29 | CH | Email to Mtres Moloci and Thompson re: comments from a Member on the settlement; | 0.25 | |
| 2008-09-30 | MB | Travel to Toronto and return to Montreal; | 4.00 | 700,00 |
| 2008-09-30 | MB | Hearing (CCAA); | 4.00 | |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2008-09-30 | MB | Meeting with counsel re: negotiations; | 4.00 |
| 2008-09-30 | CH | Telephone conversation with a class Member re: questions regarding settlement and Zonolite file; | 0.50 |
| 2008-09-30 | CH | Telephone conversation with Mrs. Brosseau re: settlement; | 0.33 |
| 2008-10-01 | MB | Draft of a memo re: settlement proposal of PI Canadian Claims; | 1.50 |
| 2008-10-01 | CH | Receipt and review of an email from Mtre Hogan with comments from Mtre Boll re: notice program; | 0.33 |
| 2008-10-01 | CH | Translation of Mtre Bélanger's memo to Mtres Thompson and Moloci re: PI settlement proposal; | 0.58 |
| 2008-10-01 | CH | Email to Mtres Thompson, Moloci and Ferbers; | 0.17 |
| 2008-10-01 | CH | Receipt and review of an email from Mtre Ferbers; | 0.33 |
| 2008-10-02 | MB | Review of email correspondence from colleagues; | 0.50 |
| 2008-10-02 | MB | Meeting with Mtre Hannouche and Mrs. Vetere; | 1.00 |
| 2008-10-02 | MB | Letter to Mtre Thompson re: proposal; | 0.75 |
| 2008-10-02 | CH | Translation of an email to Mtres Moloci, Thompson and Ferbers; | 0.42 |
| 2008-10-02 | CH | Receipt and review of an email from Mtre Hogan to Mtre Boll re: notice to members; | 0.33 |
| 2008-10-03 | CH | Email to a class member; | 0.17 |
| 2008-10-03 | CH | Receipt and review of an email from Mtre Ferbers re: meeting with Raven Thundersky; | 0.33 |
| 2008-10-03 | CH | Receipt and review of the motion record prepared by Mtre Thomspon re: in response to the Feds arguments; | 0.50 |
| 2008-10-03 | MB | Review of email correspondence from Mtres Thompson and Ferbers; | 0.50 |
| 2008-10-03 | MB | Review of the Attorney General of Canada's factum, Grace's factum and Mtre Thompson's factum; | 2.00 |
| 2008-10-03 | MB | Review of email correspondence from Mtre Hogan re: notice program; | 0.75 |
| 2008-10-06 | CH | Receipt and review of Grace's response to the Federal's arguments re: settlement; | 0.33 |
| 2008-10-06 | CH | Receipt and review of the Federal's factum re: settlement; | 0.42 |
| 2008-10-07 | CH | Email to a class member; | 0.25 |
| 2008-10-08 | CH | Email to Mtres Thompson and Moloci; | 0.25 |
| 2008-10-09 | CH | Receipt and review of an email from Mtre Moloci; | 0.25 |
| 2008-10-09 | CH | Receipt and review of an email from Mtre Ferbers; | 0.17 |
| 2008-10-09 | CH | Telephone conference with Mtres Bélanger, | 0.75 |

| | | Moloci and Thompson; | |
|---|---|---|---|
| 2008-10-09 | CH | Telephone conference with Mtres Thompson, Moloci, Bélanger, Hogan, Pasparakis, Boll, Baer and Rust Consulting re: translation of notice to members in Inuktitut; | 0.50 |
| 2008-10-09 | MB | Review of emails from colleagues; | 0.50 |
| 2008-10-09 | MB | Telephone conference with Mtres Thompson, Moloci and al; | 1.00 |
| 2008-10-09 | MB | Meeting with Mtre Hannouche; | 0.50 |
| 2008-10-10 | CH | Receipt and review of an email from Mtre Moloci; | 0.33 |
| 2008-10-10 | MB | Review of emails to Mtres Moloci, Ferbers and Hogan; | 1.00 |
| 2008-10-10 | MB | Meeting with Anna Vetere re: administration; | 1.00 |
| 2008-10-10 | MB | Review of emails from colleagues; | 0.25 |
| 2008-10-14 | CH | Receipt and review of an email from Mtre Ferbers; | 0.25 |
| 2008-10-16 | CH | Email to plaintiff counsel; | 0.17 |
| 2008-10-16 | CH | Receipt and review of an email from Mtre Moloci to Mtre Ferbers; | 0.25 |
| 2008-10-20 | CH | Email to Mr Tanguay; | 0.25 |
| 2008-10-20 | CH | Telephone conversation with Stéphanie Perron (Protégez-Vous) | 0.33 |
| 2008-10-20 | CH | Drafting of the content for the website re: settlement approval; | 0.33 |
| 2008-10-20 | CH | Email to Mtre Moloci; | 0.25 |
| 2008-10-23 | CH | Email to Mtres Moloci and Thompson; | 0.17 |
| 2008-10-23 | CH | Receipt and review of the Revised Minutes of Settlement; | 0.42 |
| 2008-10-24 | MB | Review of emails from Mtres Moloci and Ferbers; | 0.75 |
| 2008-10-27 | CH | Email to Mtre Tanguay and Albanie Morin (ACQC) | 0.25 |
| 2008-10-27 | CH | Email to Mtres Thompson and Moloci; | 0.17 |
| 2008-10-27 | MB | Review of emails from colleagues; | 0.75 |
| 2008-10-28 | CH | Email to Mtre Tanguay; | 0.17 |
| 2008-10-28 | CH | Telephone conversation with members; | 0.33 |
| 2008-10-30 | CH | Telephone conference with Mtres Moloci, Thompson and Bélanger; | 1.10 |
| 2008-10-30 | MB | Telephone conference with plaintiff counsel; | 1.25 |
| 2008-11-04 | CH | Translation of Canadian ZAI settlement approval judgment; | 0.33 |
| 2008-11-05 | CH | Email to Mtres Thompson and Moloci; | 0.17 |
| 2008-11-05 | CH | Translation of Canadian ZAI settlement approval judgment; | 2.50 |
| 2008-11-06 | CH | Receipt and review of an email from Mtre Moloci; | 0.17 |
| 2008-11-06 | CH | Email to Mtre Moloci; | 0.17 |
| 2008-11-07 | CH | Email to Mtres Thompson and Moloci; | 0.17 |

| Date | Init. | Description | Hours |
|---|---|---|---|
| 2008-11-10 | CH | Telephone conference with Mtres Bélanger, Thompson and Moloci; | 1.00 |
| 2008-11-10 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-11-10 | MB | Telephone conference with plaintiff counsel; | 2.00 |
| 2008-11-11 | CH | Receipt and review of Mtre Hogan's "final fee application"; | 0.42 |
| 2008-11-14 | CH | Telephone conference with Mtres Thompson, Moloci and Bélanger; | 0.67 |
| 2008-11-17 | CH | Translation of a letter to accompany the notice to Members; | 0.25 |
| 2008-11-17 | CH | Email to Mtre Moloci; | 0.25 |
| 2008-11-17 | CH | Email to Mr Tanguay; | 0.17 |
| 2008-11-18 | CH | Receipt and review of an exchange of email correspondence between Mtre Moloci and Mtre Boll re: cover letter notice; | 0.33 |
| 2008-11-18 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-11-18 | MB | Review of emails from plaintiff counsel; | 1.00 |
| 2008-11-18 | MB | Telephone conversations with class members; | 0.50 |
| 2008-11-19 | MB | Telephone conference with plaintiff counsel; | 0.75 |
| 2008-11-24 | CH | Email to a class member; | 0.17 |
| 2008-11-25 | CH | Email to Mtres Thompson and Moloci; | 0.42 |
| 2008-11-25 | CH | Review of a message to members; | 0.25 |
| 2008-11-25 | MB | Review of emails from Mtre Hogan; | 0.75 |
| 2008-11-25 | MB | Telephone conversation with Réza Dupuis; | 0.75 |
| 2008-11-25 | MB | Telephone conversation with Albanie Morin from ACQC; | 1.00 |
| 2008-11-26 | CH | Receipt and review of an email from Mtre Moloci; | 0.33 |
| 2008-11-26 | CH | Email to Mtre Merchant; | 0.17 |
| 2008-11-26 | CH | Email to Mtres Thompson, Merchant and Ferbers re: Hogan's fees; | 0.25 |
| 2008-11-26 | CH | Email to Mtres Thompson and Moloci; | 0.17 |
| 2008-11-26 | CH | Review of the message to members proposed by Union des consommateurs and comments to Mtre Bélanger; | 0.42 |
| 2008-11-26 | CH | Email to Charles Tanguay re: comments on the message to members; | 0.25 |
| 2008-11-26 | MB | Letter to colleagues; | 0.75 |
| 2008-11-26 | MB | Telephone conversation with Mrs Morin; | 0.50 |
| 2008-11-26 | MB | Letter to ACQC; | 0.50 |
| 2008-11-26 | MB | Meeting with member service personnel; | 0.50 |
| 2008-11-27 | CH | Telephone conference with Mtres Bélanger, Thompson and Moloci; | 1.00 |
| 2008-11-27 | MB | Telephone conversation with Mtre Moloci and Mtre Thompson; | 1.00 |
| 2008-11-27 | MB | Meeting with Mtre Hannouche; | 1.00 |
| 2008-11-28 | CH | Email to Mtres Thompson and Moloci; | 0.25 |
| 2008-11-28 | CH | Translation of a text for our website; | 0.42 |
| 2008-12-01 | MB | Review of notices and context for our website; | 1.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2008-12-01 | MB | Review of emails from Mtre Hogan; | 0.33 |
| 2008-12-02 | MB | Review of emails from S. Skinner; | 0.33 |
| 2008-12-04 | CH | Telephone conference with Mtres Bélanger, Thompson and Moloci; | 0.33 |
| 2008-12-04 | CH | Telephone conference with Mtres Bélanger, Moloci, Thompson, Ferbers and Merchant; | 1.25 |
| 2008-12-04 | MB | Review of draft "order"; | 0.67 |
| 2008-12-04 | MB | Review of emails from Mtre Moloci; | 0.50 |
| 2008-12-05 | CH | Email to Mtre Boll re: notices; | 0.25 |
| 2008-12-05 | MB | Letter to members and to ACQC; | 1.25 |
| 2008-12-05 | MB | Analysis of documents re: notice to members; | 1.00 |
| 2008-12-05 | MB | Letter to Mtre Thompson and al. re: disbursements | 1.00 |
| 2008-12-08 | CH | Email to Mtres Thompson and Moloci; | 0.25 |
| 2008-12-09 | MB | Telephone conversation with members of the class; | 4.00 |
| 2008-12-10 | CH | Voicemail message to members; | 0.25 |
| 2008-12-10 | CH | Telephone conversation with class member; | 0.25 |
| 2008-12-10 | CH | Telephone conversation with class member; | 0.25 |
| 2008-12-10 | MB | Telephone conversation with class members; | 6.00 |
| 2008-12-11 | MB | Telephone conversation with members of the class; | 8.00 |
| 2008-12-11 | MB | Meeting with Albanie Morin and Charles Tanguay; | 1.50 |
| 2008-12-11 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-12-11 | CH | Email to a class member; | 0.25 |
| 2008-12-12 | MB | Telephone conversation with members of the class; | 7.00 |
| 2008-12-12 | CH | Telephone conversation with two class members; | 0.33 |
| 2008-12-15 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-12-15 | CH | Telephone conversation with a class member; | 0.17 |
| 2008-12-15 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-12-15 | MB | Telephone conversation with class members; | 2.00 |
| 2008-12-16 | CH | Translation of an addition to the message on our website; | 0.33 |
| 2008-12-16 | CH | Email to plaintiff counsel; | 0.25 |
| 2008-12-16 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-12-16 | MB | Telephone conversation with class members; | 4.00 |
| 2008-12-17 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-12-17 | CH | Email to plaintiff counsel; | 0.17 |
| 2008-12-19 | CH | Telephone conversation with a class member; | 0.25 |
| 2008-12-23 | CH | Emails to Mtres Thompson, Ferbers and Merchant; | 0.25 |
| 2009-01-05 | MB | Telephone conversation with class members; | 6.50 |
| 2009-01-07 | CH | Email to a class member; | 0.25 |
| 2009-01-07 | CH | Telephone conversation with class members; | 0.75 |
| 2009-01-08 | CH | Emails to two class members; | 0.25 |
| 2009-01-09 | CH | Emails to members; | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2009-01-12 | CH | Reply to an email from a class member; | 0.25 |
| 2009-01-12 | CH | Reply to an email from a class member; | 0.25 |
| 2009-01-12 | CH | Meeting with the member service personnel re: information for calls from class members; | 0.50 |
| 2009-01-12 | CH | Email to Mtres Thompson and Moloci; | 0.25 |
| 2009-01-12 | MB | Telephone conversation with class members; | 4.00 |
| 2009-01-13 | CH | Review and modifications to a letter to members prepared by Mtre Bélanger; | 0.42 |
| 2009-01-13 | MB | Meeting with Caroline Bélanger re: calls from class members; | 1.50 |
| 2009-01-13 | MB | Telephone conversation with class members; | 2.00 |
| 2009-01-13 | MB | Telephone conversation with TVA re: show « JE »; | 0.50 |
| 2009-01-13 | MB | Letter to plaintiff counsel; | 0.50 |
| 2009-01-13 | CH | Reply to members' emails; | 0.50 |
| 2009-01-13 | CH | Email to Mtres Moloci, Thompson and Ferbers; | 0.25 |
| 2009-01-14 | MB | Telephone conversation with members; | 2.50 |
| 2009-01-14 | MB | Telephone conversation with Mtre David Thompson; | 0.75 |
| 2009-01-14 | CH | Telephone conversation with a class member; | 0.33 |
| 2009-01-14 | CH | Reply to an email with a member; | 0.25 |
| 2009-01-14 | CH | Telephone conference with Mtres Thompson, Moloci, Ferbers and Bélanger; | 1.00 |
| 2009-01-14 | CH | Email to Mtres Thompson, Ferbers and Moloci re: disbursements; | 0.25 |
| 2009-01-15 | MB | Telephone conversation with Albanie Morin and Charles Tanguay; | 0.50 |
| 2009-01-15 | MB | Telephone conversation with class members; | 2.00 |
| 2009-01-15 | CH | Telephone conversation with members; | 0.75 |
| 2009-01-16 | CH | Reply to emails from class members; | 0.75 |
| 2009-01-16 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-01-16 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-01-16 | CH | Email to Mtre Boll re: errors in the French claim form; | 0.33 |
| 2009-01-16 | CH | Email to Charles Tanguay; | 0.33 |
| 2009-01-16 | CH | Email to Deanna Boll; | 0.25 |
| 2009-01-16 | CH | Email to Mtre Merchant; | 0.17 |
| 2009-01-16 | CH | Email to Charles Tanguay; | 0.17 |
| 2009-01-19 | CH | Email to Mtre Boll; | 0.25 |
| 2009-01-19 | CH | Reply to members by email; | 0.25 |
| 2009-01-19 | CH | Email to Mtre Tanguay; | 0.25 |
| 2009-01-20 | CH | Email to Mtres Thompson, Ferbers and Merchant re: Mtre Hogan's account; | 0.33 |
| 2009-01-20 | CH | Telephone conversation with a class member; | 0.33 |
| 2009-01-20 | CH | Email to Albanie Morin and Charles Tanguay (ACQC); | 0.33 |
| 2009-01-20 | CH | Email to Mtre Ferbers; | 0.25 |
| 2009-01-20 | MB | Analysis of billing and summary; | 1.50 |
| 2009-01-21 | MB | Email to class members; | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2009-01-21 | MB | Meeting with journalists from TVA (show « JE »); | 1.50 |
| 2009-01-22 | CH | Telephone conference with plaintiff counsel; | 1.00 |
| 2009-01-22 | MB | Telephone conversation with class members; | 2.50 |
| 2009-01-22 | MB | Telephone conference with plaintiff counsel; | 0.75 |
| 2009-01-23 | MB | Email to class members; | 2.00 |
| 2009-01-26 | CH | Email to Mtre Boll; | 0.25 |
| 2009-01-26 | CH | Reply to members by email and telephone; | 1.33 |
| 2009-01-26 | CH | Translation of the letter to members; | 0.75 |
| 2009-01-26 | MB | Telephone conversations with class members; | 1.00 |
| 2009-01-28 | MB | Review of emails from plaintiff counsel; | 0.75 |
| 2009-01-29 | MB | Letter to class members; | 1.50 |
| 2009-01-30 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-01-30 | CH | Email to Mtre Tanguay; | 0.25 |
| 2009-01-30 | CH | Email to a class member; | 0.17 |
| 2009-01-30 | CH | Email to plaintiff counsel; | 0.25 |
| 2009-01-30 | MB | Letter to class members; | 1.00 |
| 2009-01-30 | MB | Review of emails from plaintiff counsel; | 1.00 |
| 2009-01-30 | MB | Meeting with Mtre Hannouche; | 0.50 |
| 2009-02-02 | CH | Reply to a class member; | 0.25 |
| 2009-02-03 | CH | Telephone conversation with a member; | 0.25 |
| 2009-02-04 | CH | Email to a class member; | 0.33 |
| 2009-02-04 | CH | Telephone conversation with a member; | 0.33 |
| 2009-02-05 | CH | Email to a class member; | 0.25 |
| 2009-02-05 | CH | Email to a class member; | 0.25 |
| 2009-02-05 | CH | Telephone conversation with a class member; | 0.25 |
| 2009-02-05 | CH | Telephone conversation with a class member; | 0.25 |
| 2009-02-05 | CH | Email to Mtre Boll; | 0.25 |
| 2009-02-05 | CH | Email to Mtre Tanguay; | 0.17 |
| 2009-02-05 | CH | Email to Mtre Tanguay; | 0.25 |
| 2009-02-06 | CH | Email to a class member; | 0.25 |
| 2009-02-06 | CH | Email to Deanna Boll; | 0.25 |
| 2009-02-06 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-02-06 | CH | Telephone conversation with a class member; | 0.33 |
| 2009-02-06 | CH | Email to a class member; | 0.33 |
| 2009-02-09 | CH | Telephone conversation with a class member; | 0.25 |
| 2009-02-09 | CH | Email to Albanie Morin (ACQC); | 0.25 |
| 2009-02-09 | CH | Email to a class member; | 0.33 |
| 2009-02-10 | CH | Reply to a member's email; | 0.25 |
| 2009-02-10 | CH | Email to plaintiff counsel re: Mtre Hogan's account; | 0.25 |
| 2009-02-11 | CH | Email to a class member; | 0.33 |
| 2009-02-11 | MB | Telephone conversation with Mtre Falquero; | 0.50 |
| 2009-02-12 | CH | Review of an email from Mtre Thompson re: disbursements; | 0.25 |
| 2009-02-17 | MB | Email to class members; | 1.00 |
| 2009-02-18 | CH | Reply by email to a class member; | 0.25 |
| 2009-02-18 | MB | Review of an email from Mtre Falquero; | 0.25 |
| 2009-02-20 | CH | Email to Mtres Thompson and Moloci; | 0.25 |

Case 01-01139-AMC    Doc 24725-10    Filed 05/03/10    Page 11 of 15

- 10 -

| | | | |
|---|---|---|---|
| 2009-02-20 | CH | Reply to two members by email; | 0.33 |
| 2009-02-20 | MB | Receipt and review of a letter from justice Prévost; | 0.25 |
| 2009-02-20 | MB | Letter to Mtre Thompson; | 0.33 |
| 2009-02-23 | CH | Telephone conversations with two class members; | 0.33 |
| 2009-02-26 | CH | Meeting with Mtre Falquero re: substitution of attorneys; | 0.50 |
| 2009-02-27 | CH | Telephone conference with Mtres Thompson, Moloci and Bélanger; | 1.00 |
| 2009-02-27 | CH | Email to two class members; | 0.33 |
| 2009-03-02 | CH | Review of a letter from Mtre Thompson re: Mtre Hogan's fees; | 0.25 |
| 2009-03-02 | CH | Telephone conversation with a class member; | 0.33 |
| 2009-03-02 | CH | Email to plaintiff and defence counsel re: substitution of attorneys; | 0.25 |
| 2009-03-03 | CH | Email to a class member re: questions regarding their claim; | 0.33 |
| 2009-03-04 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-03-05 | CH | Email to Mtre Ferbers; | 0.25 |
| 2009-03-06 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-03-09 | CH | Email to Ana Dobson; | 0.17 |
| 2009-03-10 | CH | Email to Mr Tanguay | 0.17 |
| 2009-03-11 | MB | Letter to class members; | 0.75 |
| 2009-03-12 | CH | Email to Mtre Boll; | 0.25 |
| 2009-03-12 | MB | Review of an email from Mtre Thompson; | 0.25 |
| 2009-03-13 | CH | Telephone conversations with two class members; | 0.25 |
| 2009-03-13 | CH | Email to Ana Dobson; | 0.17 |
| 2009-03-13 | CH | Telephone conversations with two class members; | 0.25 |
| 2009-03-16 | MB | Letter to class members; | 1.00 |
| 2009-03-18 | CH | Email to Mtre Tanguay; | 0.25 |
| 2009-03-18 | CH | Email to Mtre Boll; | 0.25 |
| 2009-03-18 | CH | Email to Mtre Thompson; | 0.17 |
| 2009-03-19 | CH | Email to Mtres Thompson and Moloci; | 0.17 |
| 2009-03-19 | MB | Review of email correspondence from Mtre Moloci and Mtre Thompson; | 0.50 |
| 2009-03-20 | CH | Telephone conversation with a member; | 0.17 |
| 2009-03-24 | MB | Review of emails from Mtre Thompson and Mtre Hannouche; | 0.50 |
| 2009-03-25 | MB | Letter to class members; | 1.00 |
| 2009-03-27 | CH | Email to Mtre Boll; | 0.25 |
| 2009-03-27 | CH | Telephone conversation with a class member; | 0.25 |
| 2009-03-31 | CH | Email to Mtre Boll; | 0.17 |
| 2009-04-02 | MB | Telephone conversation with Mtre Johnston; | 0.50 |
| 2009-04-03 | CH | Telephone conference with Mtres Bélanger, Thompson and Moloci; | 0.42 |
| 2009-04-03 | MB | Telephone conference with Mtre Thompson, | 0.42 |

Case 01-01139-AMC    Doc 24725-10    Filed 05/03/10    Page 12 of 15

- 11 -

| | | | |
|---|---|---|---|
| | | Mtre Moloci and Mtre Hannouche; | |
| 2009-04-06 | MB | Telephone conversation with class members; | 0.75 |
| 2009-04-07 | CH | Email to Mtre Thompson; | 0.17 |
| 2009-04-14 | CH | Letter to Mtre Thompson; | 0.25 |
| 2009-04-14 | CH | Telephone conversation with a class member; | 0.25 |
| 2009-04-20 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-04-20 | CH | Email to some members re: questions on the claim procedure; | 0.42 |
| 2009-04-20 | MB | Review of emails from Mtres Moloci and Thompson; | 0.50 |
| 2009-04-22 | CH | Email to Mtre Moloci; | 0.17 |
| 2009-04-22 | CH | Email to a journalist from Le Soleil re: report on chrysolite asbestos; | 0.17 |
| 2009-04-22 | CH | Telephone conference with Mtres Thompson, Moloci and Bélanger; | 0.50 |
| 2009-04-22 | MB | Telephone conference with Mtres Hannouche, Moloci and Thompson; | 0.75 |
| 2009-04-23 | CH | Email to Mtre Thompson; | 0.17 |
| 2009-04-24 | CH | Email to Mtre Moloci; | 0.17 |
| 2009-04-24 | MB | Review of an email from Grace and Mtre Thompson; | 0.50 |
| 2009-05-05 | MB | Review of billing; | 1.00 |
| 2009-05-06 | MB | Telephone conversation with members of the class; | 0.75 |
| 2009-05-12 | CH | Email to a class member; | 0.33 |
| 2009-05-12 | CH | Email to Mtre Moloci; | 0.25 |
| 2009-05-12 | CH | Receipt and review of Voting Ballot Canadian ZAI Class 8; | 0.33 |
| 2009-05-12 | MB | Draft of response to class members; | 0.75 |
| 2009-05-12 | MB | Review of documents to sign re: approval; | 0.50 |
| 2009-05-14 | CH | Telephone conference with Mtres Thompson and Moloci; | 2.00 |
| 2009-05-14 | CH | Email to Mtre Boll; | 0.25 |
| 2009-05-14 | CH | Email to Mtre Thompson; | 0.17 |
| 2009-05-14 | MB | Telephone conference with Mtres Thompson, Moloci and Hannouche; | 0.75 |
| 2009-05-20 | MB | Review of emails from counsel; | 0.50 |
| 2009-05-22 | MB | Telephone conversation with class members; | 1.00 |
| 2009-05-22 | CH | Email to Albanie Morin (ACQC); | 0.25 |
| 2009-06-01 | CH | Email to Mtres Dais-Visca, Tay, Pasparakis, Thompson, Moloci, Merchant and Ferbers; | 0.25 |
| 2009-06-11 | CH | Email to Albanie Morin (ACQC); | 0.17 |
| 2009-06-12 | CH | Email to Mtre Thompson; | 0.17 |
| 2009-06-19 | MB | Review of emails from Mtre Moloci; | 0.33 |
| 2009-06-26 | MB | Telephone conversation with Mtres Moloci and Thompson; | 0.75 |
| 2009-07-13 | CH | Letter to justice Picard; | 0.33 |
| 2009-07-13 | CH | Email to Albanie Morin (ACQC); | 0.17 |
| 2009-07-14 | CH | Email to Mtre Moloci; | 0.25 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2009-07-15 | CH | Email to Mtre Thompson; | 0.17 |
| 2009-07-20 | MB | Review of emails; | 1.33 |
| 2009-07-21 | MB | Meeting with Mtre Hannouche; | 0.75 |
| 2009-07-21 | MB | Telephone conference with Mtres Thompson and Moloci; | 1.00 |
| 2009-07-29 | CH | Email to Albanie Morin (ACQC); | 0.25 |
| 2009-07-30 | CH | Email to Albanie Morin (ACQC); | 0.25 |
| 2009-07-30 | CH | Email to Mtre Thompson; | 0.25 |
| 2009-07-30 | MB | Review of a letter from Mtre Thompson; | 0.50 |
| 2009-07-30 | MB | Letter to Mtre Thompson; | 0.33 |
| 2009-07-31 | CH | Telephone conversation with a member; | 0.25 |
| 2009-08-17 | CH | Email to Deanna Boll; | 0.25 |
| 2009-08-25 | CH | Email to Rust Consulting; | 0.17 |
| 2009-09-09 | CH | Email to Mtres Thompson and Moloci; | 0.25 |
| 2009-09-10 | CH | Email to Kathy Davis (Rust); | 0.17 |
| 2009-09-16 | MB | Telephone conversation with Mtre Moloci; | 0.75 |
| 2009-09-18 | MB | Telephone conference with Mtres Moloci and Thompson; | 0.50 |
| 2009-12-01 | MB | Telephone correspondence with Mtre Drouin; | 0.25 |
| 2009-12-01 | MB | Letter to Mtre Thompson re: Mtre Drouin; | 0.50 |
| 2009-12-03 | CH | Email correspondence to Mtres Thompson and Moloci; | 0.25 |
| 2009-12-03 | CH | Review of the Affidavit of Michel Bélanger re: Amended minutes of settlement and comparison with the prior version; | 1.00 |
| 2009-12-03 | CH | Review and comparison of the Settlement and the Amended Settlement re: Crown claims; | 1.00 |
| 2009-12-04 | CH | Conference call with Mtres Bélanger and Moloci; | 0.33 |
| 2009-12-04 | CH | Email correspondence to Cindy Yates; | 0.17 |
| 2009-12-04 | CH | Email correspondence to Mtres Thompson and Moloci; | 0.17 |
| 2009-12-07 | CH | Email correspondence to Albanie Morin (ACQC); | 0.17 |
| 2009-12-07 | CH | Email correspondence to Mtres Thompson and Moloci; | 0.17 |
| 2009-12-07 | MB | Telephone correspondence with Mtre Drouin; | 0.25 |
| 2009-12-07 | MB | Review of a letter to Mtre Drouin; | 0.25 |
| 2009-12-07 | MB | Letter to Mtre Thompson; | 0.50 |
| 2009-12-09 | CH | Email correspondence to Mtre Thompson; | 0.17 |
| 2009-12-09 | MB | Review of an email from Mtre Ferbers; | 0.25 |
| 2009-12-09 | MB | Preparation of a letter to Mtre Drouin; | 0.50 |
| 2009-12-10 | MB | Review of emails from colleagues; | 0.33 |
| 2009-12-10 | MB | Letter to Mtre Drouin; | 0.50 |
| 2009-12-11 | CH | Email correspondence to Mtre Thompson; | 0.17 |
| 2009-12-11 | CH | Email correspondence to Mtres Moloci and Thompson; | 0.17 |
| 2009-12-15 | CH | Email correspondence to Albanie Morin (ACQC); | 0.17 |

| Date | Init | Description | Hours |
|---|---|---|---|
| 2009-12-16 | CH | Review and translation of dockets for the US Fee Application; | 2.00 |
| 2009-12-17 | CH | Email correspondence to Mtre Hogan; | 0.25 |
| 2009-12-17 | CH | Email correspondence to Kathy Davis (Rust Consulting); | 0.17 |
| 2009-12-17 | CH | Email correspondence to Kathy Davis (Rust Consulting); | 0.17 |
| 2009-12-17 | CH | Email correspondence to Mtres Thompson and Moloci; | 0.17 |
| 2009-12-17 | MB | Review of emails from colleagues; | 0.50 |
| 2009-12-17 | MB | Review of documents (draft affidavit and motion – Chapter 11); | 2.00 |

**OUR FEES:**     265.88     **$86,127.65**

TIME SUMMARY BY ATTORNEY

| INIT | RATE | HOURS | TOTAL |
|---|---|---|---|
| YL | 450.00 | 1.00 | 450.00 |
| MB | 350.00 | 163.49 | 57,221.50 |
| MB | 175.00 | 4.00 | 700.00 |
| CH | 285.00 | 97.39 | 27,756.15 |

**TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Faxes (270 x 1,00$) | 270.00 |
| Photocopies (9 176 x,10¢) | 917.60 |
| Long distance calls | 2.23 |
| Various expenses | 72.00 |
| Messengers | 16.85 |
| Travel expenses | 491.22 |
| Parking | 31.90 |
| Conference calls | 97.04 |
| Member services (830.5 hours) | 20,056.58 |

**TOTAL TAXABLE DISBURSEMENTS**     **$21,955,42**

**NON TAXABLE DISBURSEMENTS**

Translator     718.76

**TOTAL NON TAXABLE DISBURSEMENTS**     **$718.76**

**SUB-TOTAL:**     **$108,801,83**

    GST     $ 5,404.15
    QST     $ 8,511,54

**TOTAL FEE APPLICATION:**                                              **$122,717.52**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001