**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |
| | ) | |

**ORDER GRANTING THE SECOND APPLICATION OF CANADIAN ZAI CLAIMANTS
PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSES OF THE HOGAN FIRM
INCURRED IN MAKING SUBSTANTIAL CONTRIBUTION
FOR THE PERIOD SEPTEMBER 1, 2008 THROUGH DECEMBER 21, 2009**

Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP, as Representative Counsel ("Representative Counsel") to Canadian Zonolite Attic Insulation Claimants, in the above-captioned bankruptcy case, having filed its *Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period September 1, 2008, to December 21, 2009* (the "Application"); and the Court having reviewed the Application and exhibits related thereto; and in accordance with the Amended Minutes of Settlement; and the Court having been satisfied that sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having afforded all persons with standing an opportunity to be heard on the Application at a hearing held to consider approval of the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

    1.    The Application is GRANTED.

    2.    Capitalized terms not otherwise defined herein have the meaning given to them in the Application.

3. Representative Counsel is awarded, as administrative expenses for necessary professional services and actual and necessary costs and expenses paid to The Hogan Firm, the aggregate amount of $106,150.94 for the period from September 1, 2008, through December 21, 2009, comprised of professional fees in the amount of $103,032.00 and expenses in the amount of $3,118.94 incurred by Representative Counsel during the Compensation Period.

4. The Debtors shall distribute such sums to Representative Counsel pursuant to the Amended Minutes of Settlement.

5. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: _____, 2010
Wilmington, Delaware

                                               _____
                                               United States Bankruptcy Judge