IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | April 19, 2010 Agenda Item 13 |
| ) | Related to Docket Nos. 22844, 23461, 24587, |
| ) | 19378, 19557 |

**CERTIFICATE OF COUNSEL ON ORDER DISMISSING MUNOZ
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS MOOT**

1.　　On August 26, 2008, the Debtors filed their Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Docket No. 19378) wherein the Debtors objected to Gloria Munoz's Proof of Claim identified as claim no. 1959 (the "Munoz Claim"). On September 17, 2008, Munoz filed her response in opposition to the Debtors' objection to the Munoz Claim (Docket No. 19557).

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f7kla Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, G C Limited Partners I, Inc. (Ok/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f7kla Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holding!;, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f7kla GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (Ok/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (Ok/a British Nursing Association, Inc.), Remedium Group, Inc. (Ok/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.        On August 18, 2009, Gloria Munoz filed her Motion for Relief from the Automatic Stay and Related Relief (Docket No. 22844) (the "Munoz Motion") and on October 8, 2009, the Debtors filed their opposition to the Munoz Motion.

3.        Thereafter, the parties agreed to participate in mediation with respect to the Munoz Claim and reached a settlement of the Munoz Claim by that certain Confidential Settlement Agreement and General Release dated March 30, 2010 as described in the Claims Settlement Notice filed on April 7, 2010 ( Docket No. 24587).

4.        As a result of the settlement of the Munoz Claim, which is now final, the Munoz Motion is moot.

5.        Attached hereto is a draft Order dismissing the Munoz Motion as Moot. This draft Order has been circulated to counsel for Munoz and counsel has agreed to the form of the Order.

*[Remainder of Page Intentionally Left Blank]*

6. Thus, the Debtors respectfully request entry of the attached draft Order dismissing the Munoz Motion as Moot.

Dated: May 4, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800

–and–

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Kathleen P. Makowski
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:159634.1