## NOTICE OF CLAIMS PURCHASE AGREEMENT

Subject to the terms of the Claims Purchase Agreement

Gaylon Distributing Inc., a(n) Maryland Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Restoration Holdings LTD a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $28,581.79 (proof of claim amount, defined as the "Claim") against W.R. Grace & Co. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 01-1139 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 20 day of April, 2010.

WITNESS _____ (Signature)
_____ (Print Name and Title of Witness)
Bruce E[...]

GAYLON DISTRIBUTING, INC. (Company Name)
_____ (Signature of Corporate Officer) Barbara Gaylon, President
BARBARA GAYLON, PRESIDENT (Print Name and Title of Corporate Officer)

RESTORATION HOLDINGS LTD

WITNESS _____ (Signature)
_____ (Signature of Fund Representative) Pamela M. Lawrence
Pamela M. Lawrence (Print Name, Restoration Holdings LTD)

Exhibit "A"