IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | |
|---|---|---|
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 23724, 23866, 24249 |
| | ) | 4/19/10 Agenda No. 15 |

## ORDER DISALLOWING AND EXPUNGING ASBESTOS PROPERTY DAMAGE CLAIM NUMBERS 011627 AND 012476 AS BARRED BY BRITISH COLUMBIA'S ULTIMATE LIMITATIONS PERIOD

AND NOW, this 4th day of May, 2010, upon the record established at the trial held before this Court on April 19, 2010 and for the reasons set forth in the Court's April 14, 2009 Memorandum Opinion [Docket No. 21270], it is hereby **ORDERED, ADJUDGED,** and **DECREED** that claim numbers 011627 and 012476 are hereby disallowed and expunged as barred by British Columbia's 30-year ultimate limitations period.

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United. States Bankruptcy Judge