# *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                       March 1, 2010 to March 31, 2010

Invoice No. 34959

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 19.30 | 5,137.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 0.30 | 97.50 |
| B18 | Fee Applications, Others - | 9.60 | 1,842.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 3.90 | 1,267.50 |
| B25 | Fee Applications, Applicant - | 4.30 | 850.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.90 | 942.50 |
| B36 | Plan and Disclosure Statement - | 12.80 | 4,035.00 |
| B37 | Hearings - | 3.40 | 1,105.00 |
| B45 | Professional Retention Issues - | 1.10 | 357.50 |
| | **Total** | **57.60** | **$15,634.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 3.10 | 837.00 |
| Regina Matozzo | 200.00 | 8.20 | 1,640.00 |
| Theodore J. Tacconelli | 325.00 | 35.50 | 11,537.50 |
| Legal Assistant - MH | 150.00 | 10.80 | 1,620.00 |
| **Total** | | **57.60** | **$15,634.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                    **$1,771.57**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-10 | *Case Administration* - Review case status memo for week ending 2/26/10 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Jan. 10 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Jan. fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 2/26/10; memo to T. Tacconelli and L. Coggins re same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Fee Auditor's Final Report re Saul Ewing 34th interim period with attachment | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/21/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 28th omnibus objection to employee claims with voluminous attachments | 1.90 | TJT |
| | *Plan and Disclosure Statement* - Review stipulation between plan proponents and Morgan Stanley resolving plan objection | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order re approving the withdrawal of debtors' objection to Seaton Ins. Co.'s claim | 0.10 | TJT |
| | *Case Administration* - Update fee app/CNO completion chart | 0.30 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Jan. 10 fee application | 0.40 | MH |
| | *Fee Applications, Applicant* - Edit Jan. 10 prebll | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify Jan. 10 invoice; prepare notice, fee application and certificate of service re same | 0.60 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Jan. 10 fee application | 0.40 | MH |
| Mar-02-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review Fee Auditor's Final Report re Stroock 34th interim period | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review supplemental 2019 statement filed by Cooney Conway | 0.10 | TJT |
| Mar-03-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Orrick 34th interim period with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Hamilton District School Board with attachments | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-04-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re PWC 34th interim period | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Toronto School Board with attachment | 0.30 | TJT |
| Mar-05-10 | *Case Administration* - Review Fee Auditor's Final Report re fee applications with no issues and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re BMC Group 34th interim period | 0.10 | TJT |
| | *Case Administration* - Correspond with J. Sakalo re FT fee holdbacks motion | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Morguard Investments Limited with attachment | 0.30 | TJT |
| Mar-06-10 | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with McMaster University with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Healthcare Corp. of St. John's with attachment | 0.30 | TJT |
| Mar-08-10 | *Case Administration* - Review case status memo for week ending 3/5/10 | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re Bilzin and W.D. Hilton's FT fee applications | 0.20 | LLC |
| | *Fee Applications, Others* - Multiple conferences with M. Hedden and review Bilzin quarterly FT fee application | 0.50 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 3/5/10 | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review debtors' monthly operating report for Jan. 2010 | 0.40 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re debtors' motion to authorize payment of holdbacks in FT litigation | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 3/5/10 | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection filed by debtors re debtors' motion to make pension contributions | 0.10 | TJT |
| | *Fee Applications, Others* - Review correspondence from L. Flores re Bilzin 9th quarterly fee application for work in fraudulent transfer case, review same, multiple conferences with paralegal and L. Coggins re | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | same | | |
| | *Fee Applications, Others* - Review correspondence from L. Flores re W. D. Hilton first and final fee application re fraudulent transfer case, review fee application, confer with paralegal and review notice re same | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by MCC to debtors' claim objection | 0.80 | TJT |
| | *Fee Applications, Others* - Download, review and revise Bilzin's 2/04-12/04 FT fee application; trade e-mails with L. Flores re whether notice necessary and objection date; prepare notice and certificate of service; confer with T. Tacconelli and L. Coggins re fee application documents and notice parties; teleconference with L. Flores re same; continue reviewing and revising fee application; continue preparation of notice and certificate of service; scan all documents for e-filing | 1.80 | MH |
| | *Fee Applications, Others* - Download, review and revise W.D. Hilton's July-Aug. 2002 FT fee application; teleconference with L. Flores re discrepancies on W. D. Hilton fee application; revise same; scan all documents for e-filing | 0.90 | MH |
| | *Fee Applications, Others* - Teleconference with L. Flores re Bilzin and W. D. Hilton fee applications; confer with L. Coggins re Bilzin and W. D. Hilton fee applications; call to L. Flores re same; confer with T. Tacconelli re Bilzin and W. D. Hilton fee applications; revise Bilzin and W. D. Hilton documents to reflect FT cases; rescan same for filing | 0.70 | MH |
| | *Fee Applications, Others* - E-file Bilzin's FT fee application and related documents; coordinate service of notice on 2002 list; serve fee application | 0.40 | MH |
| | *Fee Applications, Others* - E-file W.D. Hilton's FT fee application and related documents; coordinate service of notice on 2002 list; serve fee application | 0.40 | MH |
| Mar-09-10 | *Fee Applications, Others* - Confer with M. Hedden re status of Bilzin quarterly FT fee application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re 35th quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Professional Retention Issues* - Review debtors' motion to retain Kaye Scholer | 0.40 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.20 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re 35th quarterly fee application | 0.20 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re 35th quarterly fee application | 0.30 | MH |
| Mar-10-10 | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Mar-11-10 | *Case Administration* - Review amended Fee Auditor's Final Report re fee applications with no issues and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |

| Invoice No. 34959 | Page 5 of 11 | | May 4, 2010 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Claimants' joinder in debtors' objection to claim by MCC | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review docket entries by clerk re 2 dockets filed under seal during confirmation proceedings | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Baer re change of starting time for 3/22/10 hearing | 0.10 | TJT |
| Mar-12-10 | *Fee Applications, Others* - Confer with T. Tacconelli re status of hearing on W. D. Hilton quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review certificate of no objection re Bilzin 35th quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review second supplemental declaration of J. Biggs | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re combined no objections for 34th interim period | 0.10 | TJT |
| | *Case Administration* - Confer with L. Coggins re Fee Auditor's Final Report objection to W. D. Hilton's quarterly fee application and status | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion to approve settlement with Longacre resolving objection to plan with attachment | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents' motion to approve settlement with National Union re objection to plan with attachment | 0.70 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's 35th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's 35th quarterly fee application | 0.30 | MH |
| Mar-13-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review debtors' motion to approve 2010-2012 KERP | 0.60 | TJT |
| Mar-15-10 | *Case Administration* - Review case status memo for week ending 3/12/10 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 3/12/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review fee auditor's final report re amended report re no objections for 34th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re K&E 34th | 0.70 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | interim period with attachments | | |
| | *Case Administration* - Review case status memo for week ending 12/10 | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re 34th interim period project category summary and review same and confer with paralegal re W. D. Hilton's fee objection | 0.30 | TJT |
| | *Case Administration* - Review new 2019 statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Caplin Drysdale 34th interim period with attachments | 0.30 | TJT |
| | *Case Administration* - Review certificate of counsel re proposed order re 34th quarterly interim period fee applications and review attachment | 0.20 | TJT |
| Mar-16-10 | *Fee Applications, Others* - Confer with T. Tacconelli re status of W.D. Hilton quarterly fee application | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review agenda for 3/22 hearing | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 3/22/10 hearing coverage | 0.10 | TJT |
| Mar-17-10 | *Case Administration* -  Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. O'Neill re 3/22/10 hearing now telephonic only | 0.10 | TJT |
| | *Hearings* - Prepare for 3/22/10 telephonic hearing | 0.10 | TJT |
| Mar-18-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with University of Guelph with attachment | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Avalon East School Board with attachment | 0.30 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 3/22/10 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. O'Neill re 3/22 hearing | 0.10 | TJT |
| Mar-19-10 | *Case Administration* - Review second amended agenda re: March 22 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with City of Vancouver with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Atlantic Shopping Centers, Ltd. with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Conscilles GWL, Inc. with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Farmall Leasehold with attachment | 0.30 | TJT |

|            |                                                                                                                                  |      |     |
|------------|----------------------------------------------------------------------------------------------------------------------------------|------|-----|
|            | *Hearings* - Review amended agenda for 3/22 hearing                                                                              | 0.10 | TJT |
|            | *Hearings* - Review matters on agenda for 3/22/10 hearing                                                                        | 1.90 | TJT |
| Mar-20-10  | *Case Administration* - Review order striking motion to intervene by pro se party                                                | 0.10 | TJT |
|            | *Case Administration* - Review order approving 34th interim period quarterly fee applications with attachment                    | 0.10 | TJT |
|            | *Claims Analysis Obj. & Res. (Non-Asb)* - Review joinder by PIFCR in debtors' objection to MCC's claims                          | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Review stipulation between plan proponents and CNA re sealed air action                        | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Review notice of service of updated and amended chart re plan objections, etc.                 | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Start reviewing updated and amended chart re plan objections, etc.                             | 1.20 | TJT |
|            | *Hearings* - Review 2nd amended agenda for 3/22 hearing                                                                          | 0.10 | TJT |
|            | *Professional Retention Issues* - Review certificate of counsel re debtors' motion to retain CNDZAI special counsel with attachments | 0.20 | TJT |
| Mar-22-10  | *Case Administration* - Review amended agenda re: hearing                                                                        | 0.10 | LLC |
|            | *Case Administration* - Review order quarterly fee apps for 34th period and forwarded same to M. Hedden                          | 0.10 | LLC |
|            | *Case Administration* - Review case management memo re: week ending 3-19-10                                                      | 0.10 | LLC |
|            | *Case Administration* - Review 3rd amended agenda re: hearing 3-22-10                                                            | 0.10 | LLC |
|            | *Fee Applications, Applicant* - Review Certificate of No Objection re: Jan. 2010 fee app for filing                              | 0.10 | LLC |
|            | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM  |
|            | *Case Administration* - Review docket re case status for week ending 3/19/10; memo to T. Tacconelli and L. Coggins re same       | 0.30 | RM  |
|            | *Plan and Disclosure Statement* - Research re transfer of insurance rights                                                       | 0.10 | RM  |
|            | *Case Administration* - Review notice of withdrawal of document by debtors re stipulation between plan proponents and CNA        | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Review second stipulation between plan proponents and CNA re sealed air claims                 | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Continue reviewing updated and amended chart of confirmation objections, etc.                  | 2.50 | TJT |
|            | *Hearings* - Review e-mail from J. Sakalo re 2nd amended agenda for 3/22/10 hearing                                              | 0.10 | TJT |
|            | *Hearings* - Review e-mail from J. O'Neill re 3/22/10 hearing now being cancelled due to illness of judge                        | 0.10 | TJT |
|            | *Hearings* - Review 3rd amended agenda for 3/22/10 hearing                                                                       | 0.10 | TJT |
|            | *Hearings* - Review e-mail from J. Sakalo re 3/22/10 hearing cancelled -- matters on agenda to be continued to April hearing     | 0.10 | TJT |
| Mar-23-10  | *Case Administration* - Review case status memo for week ending 3/15/10                                                          | 0.10 | TJT |
|            | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings            | 0.20 | TJT |
|            | *Plan and Disclosure Statement* - Review notice of fourth set of plan modification documents and start reviewing modified plan documents | 1.70 | TJT |
|            | *Case Administration* - Update fee app/cno filed chart                                                                           | 0.10 | MH  |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's Jan. fee application | 0.30 | MH |
|  | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's Jan. fee application | 0.30 | MH |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Jan. fee application | 0.30 | MH |
|  | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Jan. 10 fee application | 0.30 | MH |
| Mar-24-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Continue reviewing modified plan documents re 4th notice | 1.50 | TJT |
| Mar-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review four miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Finish reviewing modified plan documents re 4th modification | 2.40 | TJT |
| Mar-26-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review e-mail from J. Baer re revised motion for payment of holdback fees in fraudulent transfer case | 0.10 | TJT |
| Mar-27-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review order authorizing debtor to make pension contributions | 0.10 | TJT |
|  | *Hearings* - Review docket entry by court re continuance of 3/22 hearing to 4/19 | 0.10 | TJT |
|  | *Professional Retention Issues* - Review modified order re retention of CNDZAI special counsel | 0.10 | TJT |
|  | *Professional Retention Issues* - Review declaration by Kaye Scholer attorney in support of application to retain Kaye Scholer with attachment | 0.30 | TJT |
|  | *Professional Retention Issues* - Review modified order appointing Hogan Firm as CNDZAI special counsel | 0.10 | TJT |
| Mar-29-10 | *Case Administration* - Review case management memo to  re: week ending 3/26 | 0.10 | LLC |
|  | *Fee Applications, Others* - Confer with T. Tacconelli re Bilzin and W. D. Hilton FT fee applications | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re case status for week ending 3/26/10 | 0.20 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Correspond with J. Baer re FT fee holdback motion to be filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 3/26/10 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Feb. prebill | 0.90 | TJT |
| Mar-30-10 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin's FT fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection W. D. Hilton's FT fee application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Feb. 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review motion to approve remaining fees due in fraudulent transfer case | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Healthcare Corp. of St. Johns | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with McMaster University | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review bank lender group's response to plan proponents' updated and amended chart re objections to confirmation, etc. | 0.30 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.20 | MH |
| | *Fee Applications, Applicant* - Edit Feb. 10 prebill | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify Feb. 10 invoice; prepare notice, fee application and certificate of service re same | 0.40 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Feb. 10 fee application | 0.30 | MH |
| Mar-31-10 | *Fee Applications, Others* - Review Bilzin's June 2010 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of no objection filed by debtors re Longacre settlement | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's Feb. 10 fee application and related documents, prepare certificate of service re same | 0.60 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Feb. 10 fee application | 0.40 | MH |
| | Totals | 57.60 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| Mar-01-10 | Photocopy Cost | 7.60 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.50 |
| Mar-04-10 | Court Call 2/16/10 | 37.00 |
| Mar-08-10 | Photocopy Cost | 2.20 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.50 |
| Mar-09-10 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 5.50 |
| Mar-12-10 | Photocopy Cost | 2.80 |
| | Photocopy Cost | 0.10 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.40 |
| | Blue Marble - hand deliveries (Inv #13192) | 418.00 |
| | Cost Advance - postage | 3.52 |
| Mar-15-10 | Photocopy Cost | 3.60 |
| | Blue Marble - copies 59.40; service 367.16 (Inv # 39375) | 426.56 |
| Mar-16-10 | J&J Court Transcribers | 25.20 |
| Mar-18-10 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 1.00 |
| | Blue Marble - hand deliveries (Inv # 13230) | 28.50 |
| Mar-20-10 | Photocopy Cost | 0.50 |
| Mar-22-10 | Blue Marble - cc 8.40; service 12.32 (Inv # 39381) | 20.72 |
| Mar-24-10 | Photocopy Cost | 1.10 |
| Mar-25-10 | Blue Marble - hand deliveries (Inv # 13295) | 260.91 |
| Mar-29-10 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.30 |
| Mar-30-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 3.00 |
| | Blue Marble cc 118.80; service 367.16 (Inv #39374) | 485.96 |
| Mar-31-10 | Photocopy Cost | 1.00 |

| | |
|---|---|
| **Invoice No. 34959** | **Page 11 of 11** **May 4, 2010** |

|  |  |
|---|---:|
| Photocopy Cost | 3.20 |
| First State Deliveries - hand delivery | 6.50 |
| Totals | $1,771.57 |
| **Total Fees & Disbursements** | **$17,406.07** |