IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING QUARTERLY
INTERIM FEE APPLICATION OF FOLEY HOAG LLP
FOR PERIOD OF OCTOBER 2009 THROUGH DECEMBER 2009

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Quarterly Interim Fee Application of Foley Hoag LLP for the Period of October 2009 through December 2009 (the "Application").

BACKGROUND

1.  Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to the debtor. In the Application, Foley Hoag seeks approval of fees totaling $49,702.50 and expenses totaling $253.05 for its services from October 1, 2009 through December 31, 2009 (the "Thirty-Fifth Interim Period" or the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR foley Hoag 35Q 10-12.09.wpd

§330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We e-mailed questions to Foley Hoag based on our review, and we received a response from Foley Hoag, portions of which response are quoted herein.

## DISCUSSION

3.　　We noted the following time entry in which there is a discrepancy between the total amount billed and the amount of time recorded within the time entry:

| 10/13/09 | Jaffe | Preparing for EPA meeting on 10/14 (0.9). | 1.3 | 585.00 | 760.50 |

We asked Foley Hoag about this discrepancy, and Foley Hoag responded: "...[A]lthough we have reviewed our records, we are unable to determine why there is a discrepancy between the typed description showing 0.9 hours and the hours entry of 1.3. We agree to a fee reduction to the lower figure of 0.9 hours of $526.50." We appreciate Foley Hoag's response and, accordingly, recommend that compensation for this time entry be reduced to $526.50, for a reduction of $234.00 in fees.

4.　　We noted that Foley Hoag billed for 351 in-house photocopies at a rate of $0.12 per page, or $42.12. As the Delaware Local Rules limit the per page charge for in-house photocopies to $0.10, we asked Foley Hoag if it would agree to reduce its request for reimbursement by $7.02 to correct the error. Foley Hoag responded in the affirmative, and thus we recommend a reduction of $7.02 in expenses.

## CONCLUSION

5.　　Thus, we recommend approval of $49,468.50 in fees ($49,702.50 minus $234.00) and $246.03 in expenses ($253.05 minus $7.02) for Foley Hoag's services for the Thirty-Fifth Interim Period.

>　　Respectfully submitted,
>
>　　**WARREN H. SMITH & ASSOCIATES, P.C.**
>
>
>　　By: _____
>　　　　Warren H. Smith
>　　　　Texas State Bar No. 18757050
>
>　　325 North St. Paul Street, Suite 1250
>　　Dallas, Texas  75201
>　　214-698-3868
>　　214-722-0081 (fax)
>　　whsmith@whsmithlaw.com
>
>　　**FEE AUDITOR**

## CERTIFICATE OF SERVICE

　　I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 4th day of May, 2010.

>　　_____
>　　Warren H. Smith

# SERVICE LIST
Notice Parties

**The Applicant**
Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

**The Debtors**
Richard Finke.
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

Elihu Inselbuch
Rita Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801