# EXHIBIT A

## Matter 18 - Other - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/26/2010 | Deborah L Bibbs | 0.50 | Coordinate claim lien search for Fredericksburg, VA. |
| | Total: | 0.50 | |

## Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/15/2010 | Deborah L Bibbs | 6.80 | Review pleadings for settlement information re State of Michigan re certain refund claims (1.3); review pleadings and cross-check electronic database, hard copies and indices re non-asbestos settlement agreements and orders approving settlement claims (3.8); revise index and incorporate additional related information and materials into applicable databases (1.7). |
| 3/16/2010 | Deborah L Bibbs | 6.50 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos settlement agreements and orders approving settlement claims (4.1); revise index and incorporate additional related information and materials into applicable databases (2.4). |
| 3/17/2010 | Deborah L Bibbs | 6.30 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos settlement agreements and orders approving settlement claims (3.7); revise index and incorporate additional related information and materials into applicable databases (2.6). |
| 3/19/2010 | Deborah L Bibbs | 3.30 | Review pleadings and cross-check electronic database, hard copies and indices re non-asbestos settlement agreements and orders approving settlement claims (2.4); revise index and incorporate additional related information and materials into applicable databases (.9). |
| 3/30/2010 | Christopher T Greco | 0.40 | Correspond with R. Finke re settlement amounts pursuant to Court order and review amended order re same. |
| | Total: | 23.30 | |

A-3

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/1/2010 | Ayesha Johnson | 0.80 | Review, organize and compile docket documents (.5); review and update distribution list (.3). |
| 3/1/2010 | Deborah L Bibbs | 2.00 | Review dockets, pleadings and correspondence to update and revise critical dates list. |
| 3/2/2010 | Kimberly K Love | 2.50 | Prepare and organize materials for inclusion in applicable case databases (1.5); prepare attorney appearance forms re J. Donley (1.0). |
| 3/2/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/3/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/4/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/5/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/8/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/10/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/11/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/12/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/15/2010 | Ayesha Johnson | 0.50 | Review, organize and compile docket documents. |
| 3/16/2010 | Anton I Stoyanov | 0.80 | Review and disseminate docket update. |
| 3/18/2010 | Anton I Stoyanov | 1.00 | Review and disseminate docket update. |
| 3/18/2010 | Deborah L Bibbs | 6.30 | Review dockets, pleadings and correspondence to update and revise critical dates list (3.9); update database information re same (2.4). |
| 3/19/2010 | Anton I Stoyanov | 1.00 | Review and disseminate docket update. |
| 3/22/2010 | Anton I Stoyanov | 0.80 | Review and disseminate docket report. |
| 3/24/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket update. |
| 3/26/2010 | Deborah L Bibbs | 1.60 | Review pleadings to incorporate into applicable document databases. |
| 3/29/2010 | Morgan Rohrhofer | 0.50 | Send docket update and upload new filings to document management system. |
| 3/29/2010 | Holly Bull | 0.50 | Review and respond to conflicts-related queries and other general case correspondence. |
| 3/31/2010 | Anton I Stoyanov | 0.80 | Review and disseminate docket update. |
| 3/31/2010 | Deborah L Bibbs | 2.20 | Review pleadings to incorporate into applicable document databases and files. |
| | Total: | 25.60 | |

A-4

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos)- Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/2/2010 | Deborah L Bibbs | 6.30 | Review dockets, pleadings and files for all documents re claim settlements (4.2); update and revise index re same (2.1). |
| 3/3/2010 | Deborah L Bibbs | 6.80 | Review and analyze dockets, pleadings and files for all documents re claim settlements (3.9); update index re same (2.9). |
| 3/4/2010 | Deborah L Bibbs | 5.50 | Review pleadings re omnibus procedure for settling claims (.4); review dockets, pleadings and files for all documents re claim settlements (2.6); update and revise index re same (2.5). |
| 3/8/2010 | Deborah L Bibbs | 6.80 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements and orders approving settlement claims (3.7); revise index and incorporate additional information into applicable databases re same (3.1). |
| 3/9/2010 | Deborah L Bibbs | 6.80 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements and orders approving settlement claims (2.9); revise index and incorporate additional information into applicable databases re same (3.9). |
| 3/10/2010 | Deborah L Bibbs | 6.20 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements and orders approving settlement claims (2.8); revise index and incorporate additional information into applicable databases re same (3.4). |
| 3/11/2010 | Deborah L Bibbs | 6.80 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements and orders approving settlement claims (3.9); revise index and incorporate additional information into applicable databases re same (2.9). |
| 3/12/2010 | Deborah L Bibbs | 6.80 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements and orders approving settlement claims (3.6); revise index and incorporate additional information into applicable databases re same (3.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/22/2010 | Deborah L Bibbs | 6.80 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements and orders approving settlement claims (3.7); revise index and incorporate additional information into applicable databases re same (3.1). |
| 3/26/2010 | Deborah L Bibbs | 3.50 | Review pleadings and cross-check electronic database, hard copies and indices re settlement agreements and orders approving settlement claims. |
| 3/29/2010 | Deborah L Bibbs | 6.80 | Review pleadings and cross-check electronic database, hard copies and indices re agreements and orders approving claims (3.5); revise index and incorporate additional information into applicable databases re same (3.3). |
|  | Total: | 69.10 |  |

**Matter 28 - Litigation and Litigation Consulting - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/1/2010 | Kimberly K Love | 4.50 | Prepare and organize various litigation materials for distribution to case databases, including pleadings and subject files. |
| 3/2/2010 | Kimberly K Love | 1.00 | Prepare and organize materials re BNSF case for inclusion in applicable case databases. |
| 3/26/2010 | Deborah L Bibbs | 0.90 | Review dockets for status of pending adversary, district and appeal cases. |
| | Total: | 6.40 | |

**Matter 30 - Hearings - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/17/2010 | Justin S Brooks | 0.50 | Confer with J. O'Neill re upcoming hearing. |
| 3/17/2010 | Lisa G Esayian | 1.30 | Confer with M. Shelnitz, R. Finke, T. Freedman and J. Baer re matters for 3/22 hearing and certain other potential settlements. |
| 3/21/2010 | Nate Kritzer | 0.80 | Prepare materials for reference during 3/22 hearing. |
| 3/21/2010 | John Donley | 0.80 | Prepare for omnibus hearing, outlining Maryland Casualty arguments and issues. |
| 3/22/2010 | Deanna D Boll | 0.30 | Confer with team re omnibus hearing. |
| | Total: | 3.70 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/1/2010 | Deanna D Boll | 2.10 | Analyze issues re expenses and fee applications. |
| 3/3/2010 | Holly Bull | 1.30 | Correspond with billing re certain questioned expenses, update expense issues chart and review related case materials. |
| 3/3/2010 | Maureen McCarthy | 2.70 | Draft January fee application. |
| 3/4/2010 | Deanna D Boll | 0.60 | Confer with E. Liebenstein and analyze issues re NERA expenses. |
| 3/4/2010 | Maureen McCarthy | 1.60 | Review and finalize January fee application (1.2); prepare same for filing and service (.4). |
| 3/5/2010 | Deanna D Boll | 0.70 | Confer with T. Freedman, J. Baer and R. Finke re FC fee motion (.5); confer with D. Sherrer re C2 expenses (.2). |
| 3/5/2010 | Holly Bull | 3.90 | Review and edit February invoices and confer with several billers re same. |
| 3/5/2010 | Elli Leibenstein | 0.50 | Analyze NERA issues. |
| 3/7/2010 | Holly Bull | 3.10 | Review and edit February invoices, review certain expense documentation and follow up on issues re same. |
| 3/8/2010 | Holly Bull | 3.70 | Review and edit February invoices and related backup documentation. |
| 3/14/2010 | Holly Bull | 3.80 | Review and edit second-round February invoices and respond to various correspondence re billing and expense matters. |
| 3/15/2010 | Deanna D Boll | 0.80 | Confer with NERA and K&E Accounting department and review issues re April 2008 invoice. |
| 3/15/2010 | Holly Bull | 3.30 | Review and edit second-round invoices. |
| 3/16/2010 | Holly Bull | 3.50 | Review and edit second-round February invoices, review revisions to critical dates list and incorporate into time descriptions as appropriate. |
| 3/19/2010 | Holly Bull | 3.30 | Review outstanding and revolved fee issues and update related spreadsheets. |
| 3/21/2010 | Holly Bull | 3.40 | Complete review and editing of second-round February invoices and review responses to related inquiries/correspondence and incorporate/following up as needed. |
| 3/24/2010 | Elli Leibenstein | 0.50 | Analyze NERA bill re estimation. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/25/2010 | Holly Bull | 1.10 | Review additional backup re certain 1st quarter expenses and time entries and follow up on same. |
| 3/28/2010 | Maureen McCarthy | 0.80 | Review background materials and precedent re fraudulent transfer cases. |
| 3/29/2010 | Deanna D Boll | 2.20 | Confer with M. McCarthy and J. Baer re application for fraudulent conveyance fees and edit same (.8); edit February fee application (1.0); confer with R. Oslan and T. Wallace re fees (.4). |
| 3/29/2010 | Maureen McCarthy | 4.40 | Draft and finalize fourth interim fee application re fraudulent transfer cases (3.6); prepare exhibits re same (.6); correspond with D. Boll re same (.1); correspond with T. Wallace and J. Baer re same (.1). |
| 3/30/2010 | Deanna D Boll | 0.20 | Confer with T. Wallace re January expenses. |
| 3/30/2010 | Holly Bull | 1.80 | Update billing memo and information for distribtion to case billers. |
| 3/30/2010 | Maureen McCarthy | 2.40 | Draft February fee application. |
| 3/31/2010 | Deanna D Boll | 0.30 | Confer with K. Harvey re fee application process. |
| | Total: | 52.00 | |

**Matter 35 - Fee Applications Others - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/1/2010 | Kimberly K Love | 1.00 | Review and organize information re Ferry, Joseph fee applications requested by J. Baer. |
| 3/2/2010 | Deborah L Bibbs | 0.50 | Review pleadings re OCP affidavits of disinterestedness. |
| 3/3/2010 | Kimberly K Love | 4.50 | Review files for information requested by Reed Smith re J. Kilpatrick and protective orders (2.0); prepare and organize additional information requested by J. Baer re various fee applications (2.5). |
| 3/4/2010 | Kimberly K Love | 3.80 | Prepare, organize and chart additional information re fee applications requested by J. Baer. |
| 3/5/2010 | Kimberly K Love | 4.00 | Finalize various fee application information and chart as requested by J. Baer. |
| 3/26/2010 | Kimberly K Love | 3.00 | Review and organize additional information re Caplin & Drysdale's fees as requested by J. Baer. |
| 3/29/2010 | Deanna D Boll | 0.20 | Confer with T. Freedman and J. Baer re Canadian special counsel applications. |
| | Total: | 17.00 | |

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/1/2010 | Kristina Alexander | 0.90 | Revise confirmation and objections chart appendix to include settlement and stipulation information. |
| 3/1/2010 | Nate Kritzer | 0.80 | Review suggested changes to CNA stipulation from Sealed Air (.4); confer with T. Freedman re same (.2); correspond with CNA and co-proponents re same (.2). |
| 3/1/2010 | Deanna D Boll | 5.20 | Edit FOFs. |
| 3/1/2010 | John Donley | 3.00 | Review post-trial briefing. |
| 3/1/2010 | Theodore L Freedman | 6.00 | Conduct negotiations on Canadian issues (1.8); conduct negotiations on CNA settlement (1.5); prepare for 3/9 conference (1.2); conduct various conference calls in connection with Maryland Casualty objections (1.5). |
| 3/2/2010 | Kristina Alexander | 4.30 | Revise confirmation and objections chart appendix to include settlement and stipulation information (2.5); review and revise updated appendix and correspond with J. Baer re same (1.8). |
| 3/2/2010 | Nate Kritzer | 0.90 | Confer with T. Freedman re stipulation with CNA (.2); revise same per T. Freedman (.6); correspond with CNA and plan proponents re same (.1). |
| 3/2/2010 | Theodore L Freedman | 6.00 | Conduct Canadian negotiations (2.1); conduct negotiations on CNA settlement (.9); review issues re plan modifications (1.2); prepare for 3/9 conference (.7); conduct various conference calls in connection with Maryland Casualty objections (1.1). |
| 3/3/2010 | Lisa G Esayian | 1.50 | Correspond with ACC's and FCR's counsel re several potential insurance settlements (.5); review revisions to draft settlement with Employers Mutual (.8); correspond with FCR's counsel re same (.2). |
| 3/3/2010 | Theodore L Freedman | 6.00 | Conduct Canadian negotiations (1.1); revise issues re plan settlement of objections (3.8); confer with various parties in connection with Maryland Casualty objections (1.1). |
| 3/4/2010 | Kristina Alexander | 4.00 | Confer with T. Freedman re confirmation and objections chart (.1); revise chart, summary chart and appendix (3.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/4/2010 | Nate Kritzer | 0.90 | Review Maryland Casualty proof of claim and objection to same (.5); draft outline of memorandum re MCC issues (.4). |
| 3/4/2010 | Kimberly K Love | 3.20 | Prepare and organize various confirmation-related materials requested by L. Esayian (.6); prepare and organize materials requested by J. Donley re Maryland Casualty (2.6). |
| 3/4/2010 | Deanna D Boll | 7.00 | Confer with Rep Counsel (.5); analyze issues and edit confirmation chart and FOFs (6.5). |
| 3/4/2010 | John Donley | 4.00 | Review various plan documents (3.5); confer with T. Freedman re case strategy and confirmation-related issues (.5). |
| 3/4/2010 | Theodore L Freedman | 6.00 | Conduct Canadian negotiations (1.3); conduct negotiations on settlement with CNA (1.1); review plan confirmation objection chart (1.2); prepare for 3/9 conference (1.1); conduct various conference calls in connection with Maryland Casualty objections (.7); confer with K. Alexander re confirmation chart (.1); confer with J. Donley re confirmation issues (.5). |
| 3/5/2010 | Kristina Alexander | 1.50 | Continue revisions to confirmation chart, summary chart and appendix (1.3); confer with N. Kritzer re same (.2). |
| 3/5/2010 | Nate Kritzer | 1.20 | Draft memorandum re Maryland Casualty issues (.6); review Maryland Casualty response to Debtors' claim objection (.4); confer with K. Alexander re CNA issues in objection chart (.2). |
| 3/5/2010 | Deanna D Boll | 6.80 | Review and revise plan modifications and confer with B. Horkovich, L. Esayian, et al. re same. |
| 3/5/2010 | Lisa G Esayian | 2.00 | Correspond with D. Boll re revisions to plan Exhibit 5 (Schedule of Settling Insurers) (.3); confer with T. Freedman re Maryland Casualty issues (.4); review objection to Maryland Casualty's claims and Maryland Casualty's 3/5 response (1.3). |
| 3/5/2010 | Theodore L Freedman | 6.00 | Conduct Canadian negotiations (1.0); conduct negotiations on settlement with CNA (1.4); review plan modifications (2.2); conduct various conference calls in connection with Maryland Casualty objections (.9); confer with L. Esayian re same (.5). |
| 3/6/2010 | Lisa G Esayian | 0.50 | Review Maryland Casualty indemnity language. |

A-13

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 3/7/2010 | John Donley | 3.00 | Review various Maryland Casualty and plan documents. |
| 3/8/2010 | Kristina Alexander | 1.20 | Review changes proposed to confirmation/objection chart (.2); confer with T. Freedman re revisions to chart and edit chart accordingly (.3); draft summary of objections by party for T. Freedman (.7). |
| 3/8/2010 | Nate Kritzer | 5.80 | Confer with team re Maryland Casualty claims objection and objections to plan (1.1); draft memorandum re Maryland Casualty issues (4.4); compile Hughes testimony re same for J. Donley (.3). |
| 3/8/2010 | Kimberly K Love | 4.50 | Prepare and organize various materials requested by J. Donley re Maryland Casualty (4.0); prepare and organize materials requested by L. Esayian (.5). |
| 3/8/2010 | Justin S Brooks | 2.50 | Confer with team re Maryland Casualty claims objection and objections to plan (1.1); review Maryland Casualty proof of claim and objection to same (.5); review Maryland Casualty response to Debtor's claim objection (.5); review outline of memorandum re Maryland Casualty issues from N. Kritzer (.4). |
| 3/8/2010 | John Donley | 8.70 | Confer with T. Freedman, P. Lockwood and others re Maryland Casualty objection and strategy (1.0); confer with T. Freedman and J. Baer to review case strategy and prepare for client conference (1.0); confer with L. Esayian re Maryland Casualty (.7); conduct review of documents and draft notes/outlines re issues re same (3.8); review various plan documents and pleadings (1.5); review N. Kritzer materials re Maryland Casualty (.7). |
| 3/8/2010 | Lisa G Esayian | 4.00 | Confer with T. Freedman, J. Donley, N. Kritzer and J. Baer re Maryland Casualty issues (1.2); correspond with N. Kritzer re same (.3); confer with J. Donley re Maryland Casualty indemnity issues (.7); review J. Hughes' confirmation hearing testimony re same (.5); provide edits re N. Kritzer's draft memo re Maryland Casualty issues (.8); correspond with FCR's counsel re several potential insurance settlements (.5). |
| 3/8/2010 | Theodore L Freedman | 5.80 | Conduct negotiations on settlement with CNA (1.2); prepare for 3/9 conference, including various conference calls (3.0); confer with various parties in connection with Maryland Casualty objections (1.4); confer with K. Alexander re objection chart (.2). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/9/2010 | Kristina Alexander | 0.20 | Confer with J. Baer re objection chart updates, compile revisions and confer with D. Boll re same. |
| 3/9/2010 | Nate Kritzer | 2.30 | Review hearing transcripts for Maryland Casualty issues and correspond with J. Donley re same (.4); revise memorandum re Maryland Casualty claims per comments from L. Esayian (1.2); review brief and case law re judicial estoppel issues (.7). |
| 3/9/2010 | Kimberly K Love | 3.50 | Prepare and organize information re parties cross-examining J. Hughes on various days requested by L. Esayian (.5); prepare and organize confirmation hearings materials for inclusion into applicable case databases (3.0). |
| 3/9/2010 | Deanna D Boll | 7.60 | Edit and revise plan amendments and FOFs (5.2); review and edit objection chart and confer with K. Alexander re same (2.4). |
| 3/9/2010 | John Donley | 11.00 | Prepare for and attend client strategy conference (10.5); correspond with N. Kritzer re Maryland Casualty issues (.5). |
| 3/9/2010 | Lisa G Esayian | 0.50 | Revise Anderson Kill's draft submission to Integrity Insurance liquidation. |
| 3/9/2010 | Theodore L Freedman | 10.00 | Attend client strategy conference and prepare for same. |
| 3/10/2010 | Kristina Alexander | 4.70 | Confer with T. Freedman and J. Baer re objection chart updates and claims (1.3); review and revise chart, appendix and summary chart of objections to confirmation (3.4). |
| 3/10/2010 | Nate Kritzer | 2.30 | Confer with B. Mukherjee re CNA response to draft stipulation (.1); review draft stipulation from CNA (.2); review Libby joinder to objection to Maryland Casualty claim (.2); confer with J. Donley re objection to Maryland Casualty claim (.2); review CNA post-trial brief, Kaneb lift-stay motion and prepare correspondence to T. Freedman re same (.2); review L. Esayian's comments to CNA draft stipulation (.2); review Third Circuit brief in Gerard matter (.2); research issues re creditor's standing to object to claims (.6); confer with T. Freedman and L. Esayian re CNA (.4). |
| 3/10/2010 | Kimberly K Love | 1.00 | Prepare and organize materials for applicable case databases (.5); prepare and organize materials requested by L. Esayian (.5). |

A-15

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/10/2010 | Deanna D Boll | 7.30 | Edit and review appendix and confirmation hearing materials for J. Fitzgerald. |
| 3/10/2010 | John Donley | 2.00 | Review issues re Babcock PD claims and confer with T. Manthey and R. Finke re same (.5); review briefing on Maryland Casualty and correspond with J. Whisler, P. Lockwood and R. Wyron re same (1.0); confer with N. Kritzer re same (.2); confer with L. Esayian re same (.3). |
| 3/10/2010 | Lisa G Esayian | 1.00 | Confer with J. Donley re Maryland Casualty issues (.3); review CNA's revisions to successor claims stipulation (.3); confer with T. Freedman and N. Kritzer re same (.4). |
| 3/10/2010 | Theodore L Freedman | 6.00 | Confer with representative of CNA and Sealed Air re stipulation (2.8); confer with Canadian representative re Canada issues (2.8); confer with L. Esayian and N. Kritzer re CNA (.4). |
| 3/11/2010 | Kristina Alexander | 2.90 | Revise chart, appendix and summary chart and correspond with K&E team re same (1.1); review Crown objection, incorporate into confirmation objections chart, further revise chart and appendix and correspond with T. Freedman, D. Boll and J. Baer re same (1.8). |
| 3/11/2010 | Nate Kritzer | 0.60 | Confer re CNA stipulation (.5); review correspondence re same (.1). |
| 3/11/2010 | Kimberly K Love | 3.50 | Prepare and organize various materials requested by T. Freedman re Canadian special counsel issues (2.0); prepare and organize confirmation trial materials for inclusion in case databases (1.5). |
| 3/11/2010 | Deanna D Boll | 8.20 | Confer with J. Brooks et al. re lender findings (.4); edit and revise same (7.4); correspond internally re objection chart (.4). |
| 3/11/2010 | Justin S Brooks | 6.00 | Prepare issues memorandum for bank lender appeal (5.6); confer with D. Boll and others re same (.4). |
| 3/11/2010 | Lisa G Esayian | 2.00 | Confer with CNA's counsel, T. Freedman and N. Kritzer re CNA's revisions to draft successor claims stipulation (.7); review follow-up correspondence re same (.3); review information from R. Horkovich and P. Mahaley re potential Hartford settlement (.5); correspond with R. Finke and J. Posner re issues re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/11/2010 | Theodore L Freedman | 6.00 | Conduct Canadian negotiations and review/consider related issues (4.4); confer with representative of CNA and Sealed Air and K&E re stipulation (.8); correspond with team members re objection chart (.8). |
| 3/12/2010 | Nate Kritzer | 1.30 | Confer with T. Freedman re research concerning effect of judgment by Canadian court (.1); research comity afforded to Canadian court judgments (1.2). |
| 3/12/2010 | Kimberly K Love | 6.50 | Prepare and organize various exhibit sets and materials from trial, including Sealed Air and Fresenius materials for inclusion in case databases. |
| 3/12/2010 | Lisa G Esayian | 0.50 | Correspond with R. Finke re certain Kaneb insurance issues (.2); correspond with R. Finke and J. Posner re certain potential insurance settlements (.3). |
| 3/12/2010 | Theodore L Freedman | 6.00 | Conduct Canadian negotiations (1.8); confer with representative of CNA and Sealed Air re stipulation (1.0); confer with N. Kritzer re Canadian issues (.2); review and revise various plan materials (3.0). |
| 3/15/2010 | Kristina Alexander | 0.20 | Revise appendix and prepare documents for plan proponents. |
| 3/15/2010 | Nate Kritzer | 4.90 | Confer with D. Glosband re stipulation with CNA (.2); correspond with T. Freedman, J. Donley and L. Esayian re Maryland Casualty (.3); draft memo to J. Donley re creditor's right to object to another creditor's claim (1.9); research judicial estoppel issues (2.5). |
| 3/15/2010 | Kimberly K Love | 6.00 | Prepare and organize materials returned from trial, including various exhibit sets for inclusion in applicable case databases. |
| 3/15/2010 | Deanna D Boll | 6.70 | Edit and revise plan and plan-related documents and analyze related issues for hearing on 3/22. |
| 3/15/2010 | Justin S Brooks | 4.10 | Research issues re confirmation objection matters. |
| 3/15/2010 | John Donley | 1.70 | Review documents relating to Maryland Casualty claim objection (.3); correspond with team members re same (.4); review research on Libby plaintiff joinder (.4); prepare agenda and confer and correspond with J. Baer, J. O'Neill and T. Freedman re same (.4); confer with J. Whisler and correspond with Libby plaintiff counsel re same (.2). |

A-17

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 3/15/2010 | Lisa G Esayian | 1.00 | Correspond with J. Donley, T. Freedman and N. Kritzer re Maryland Casualty issues (.3); review FCR's counsel's revised draft settlement agreements with certain insurers (.4); provide comments re same (.3). |
| 3/15/2010 | Theodore L Freedman | 3.50 | Confer with client and team members re Maryland Casualty (1.2); review objection chart (1.2); conduct negotiations on CNA settlement (1.1). |
| 3/16/2010 | Nate Kritzer | 6.10 | Research judicial estoppel in Third Circuit (2.4); draft memo re same (3.1); review Sealed Air comments re stipulation with CNA re actions against Sealed Air (.2); confer with T. Freedman re same (.1); confer with D. Turetsky re same (.1); confer with T. Freedman re comity research (.1); contact O. Pasparakis re documents from Canadian proceeding (.1). |
| 3/16/2010 | Kimberly K Love | 5.50 | Review and obtain information re Canadian issues as requested by N. Kritzer (1.5); prepare and organize various trial exhibits for inclusion in applicable case databases (4.0). |
| 3/16/2010 | Maria D Gaytan | 0.30 | Review and obtain documents requested by L. Esayian. |
| 3/16/2010 | Deanna D Boll | 7.40 | Edit and revise plan and confirmation hearing documents for 3/22 hearing. |
| 3/16/2010 | Justin S Brooks | 3.20 | Research issues re judicial estoppel. |
| 3/16/2010 | Lisa G Esayian | 1.70 | Correspond with A. Krieger re Canadian PD settlements (.3); confer with R. Finke and T. Freedman re Anderson Memorial issues (.3); review materials re same (.8); correspond with R. Finke, M. Shelnitz and T. Freedman re same (.3). |
| 3/16/2010 | Theodore L Freedman | 4.50 | Confer with client and team members re Maryland Casualty (.6); review chart (.7); prepare for conference in Washington DC (2.5); confer and correspond with client and L. Esayian re Anderson Memorial (.7). |
| 3/17/2010 | Kristina Alexander | 3.70 | Review objection chart for consistency with previous versions and prepare revised index of objecting parties (1.2); draft notice of filing and revise index to chart (.8); confer with T. Freedman and revise chart, appendix and summary to incorporate team's comments (1.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/17/2010 | Nate Kritzer | 3.90 | Confer with D. Glosband and T. Freedman re CNA stipulation (.2); confer with T. Freedman and D. Hogan re Canadian issues (.2); confer with T. Freedman and D. Boll re same (.2); review revisions to stipulation from CNA (.1); draft/revise memorandum re judicial estoppel in Third Circuit (3.2). |
| 3/17/2010 | Kimberly K Love | 6.50 | Prepare and organize materials requested by L. Esayian re D. Martin (.7); prepare and organize recently-received Canadian materials for inclusion in applicable case databases as requested by N. Kritzer (2.0); prepare and organize materials re exhibits and witness files for inclusion in applicable case databases (3.8). |
| 3/17/2010 | Deanna D Boll | 4.30 | Edit FOF and confirmation order and confer with team members re same. |
| 3/17/2010 | Lisa G Esayian | 1.20 | Work on PD issues (.4); review revisions to certain proposed insurance settlements (.5); correspond with P. Mahaley re same (.3). |
| 3/17/2010 | Theodore L Freedman | 4.00 | Prepare for conference in Washington DC (3.1); confer and correspond internally re upcoming filings and objection chart (.9). |
| 3/18/2010 | Kristina Alexander | 1.60 | Confer with team re status of confirmation chart (.2); confer with T. Freedman and N. Kritzer re tomorrow's filing (.3); revise notice, review and revise appendix and confer with D. Felder and team re filing (1.1). |
| 3/18/2010 | Nate Kritzer | 4.50 | Correspond with K. Alexander re filing of objection chart (.3); correspond with J. O'Neill re same (.1); review objection chart (2.1); confer with J. Brooks re creditor's standing to object to other creditors' claims (.2); revise memorandum re judicial estoppel (.5); review pleadings and orders from Canadian proceeding (1.3). |
| 3/18/2010 | Kimberly K Love | 4.00 | Prepare and organize materials requested by J. Brooks re Maryland Casualty claims (.5); prepare and organize materials, including pleadings and exhibits, for inclusion in applicable case databases (3.5). |
| 3/18/2010 | Morgan Rohrhofer | 1.00 | Identify and provide certain work product per B. Stansbury and H. Bloom's request. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/18/2010 | Deanna D Boll | 7.60 | Review and edit objection and appendix chart and plan modification notice exhibits. |
| 3/18/2010 | Heather Bloom | 1.40 | Identify and review certain patient files and work-product per B. Stansbury's instructions. |
| 3/18/2010 | Justin S Brooks | 1.00 | Confer with J. Donley re issues of creditor standing, estoppel and good faith. |
| 3/18/2010 | John Donley | 11.00 | Review various plan documents and pleadings (.5); confer with J. Brooks re certain strategy matters (1.0); prepare for client strategy conference (5.0); attend strategy conference with client in Washington, DC (4.5). |
| 3/18/2010 | Lisa G Esayian | 1.50 | Revise draft settlement agreement with Employers Mutual (.8); correspond with R. Finke re same (.2); correspond with P. Mahaley re issues re Hartford policies and potential settlement (.5). |
| 3/18/2010 | Theodore L Freedman | 10.00 | Prepare for client conference in Washington DC, participate in conference and follow up on issues from same. |
| 3/19/2010 | Nate Kritzer | 6.60 | Revise CNA stipulation per edits from CNA and Sealed Air (.6); confer with T. Freedman re objection chart (.3); revise objection chart to reflect completion of CNA stipulation (.8); revise objection chart and accompanying documents per edits from J. Baer, D. Boll (3.1); research comity re Canadian insolvency proceedings (1.1); correspond with J. Donley re judicial estoppel issues (.7). |
| 3/19/2010 | Kimberly K Love | 2.50 | Prepare and organize materials for case databases, including materials received from L. Esayian. |
| 3/19/2010 | Deanna D Boll | 8.20 | Edit and finalize plan amendments and objection chart for Court. |
| 3/19/2010 | Justin S Brooks | 10.10 | Review and provide feedback on memo re judicial estoppel issues (2.1); research issues re creditor's standing to objection to another creditor's claim (4.8); research diligence issues (1.7); draft memorandum on all issues (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/19/2010 | John Donley | 7.00 | Review various plan documents (1.9); analyze judicial estoppel issues and review relevant cases and research (2.5); review Maryland Casualty facts and confer with J. Hughes, J. Posner and R. Paar re same (1.2); confer and correspond with J. Whisler, D. Cohn, P. Lockwood and R. Wyron re estoppel and Maryland Casualty issues (.8); correspond with N. Kritzer re same (.6). |
| 3/19/2010 | Lisa G Esayian | 1.50 | Confer with FCR's counsel re issues re certain potential settlements with reimbursement insurers (.5); work on issues re PD claims (1.0). |
| 3/19/2010 | Theodore L Freedman | 4.00 | Conduct final negotiation on CNA's stipulation (1.9); conduct final review of chart and confer with K&E team members re same (1.0); review plan amendments (1.1). |
| 3/19/2010 | Barbara M Harding | 0.50 | Confer with J. Hughes and B. Stansbury re research issue. |
| 3/20/2010 | Justin S Brooks | 5.00 | Draft memorandum on creditor standing and diligence issues. |
| 3/20/2010 | Lisa G Esayian | 1.20 | Review correspondence from certain insurers' counsel re issues re revised version of plan Exhibit 5 (schedule of settling insurers) filed yesterday (.4); review revisions to plan Exhibit 5 (.4); correspond with certain insurers' counsel re same (.4). |
| 3/22/2010 | Nate Kritzer | 1.80 | Review Second Circuit's most recent decision in Manville (1.5); review correspondence re objection chart (.3). |
| 3/22/2010 | Kimberly K Love | 6.00 | Prepare and organize materials re objection chart and 4th modifications to plan (1.5); prepare and organize materials requested by L. Esayian re plan exhibits (.5); prepare and organize materials requested by J. Donley re Maryland Casualty claims (.6); prepare and organize various confirmation hearing materials for inclusion in applicable case databases (3.4). |
| 3/22/2010 | Maria D Gaytan | 6.50 | Prepare and organize materials returned from confirmation hearing trial for future use and inclusion in applicable case databases. |
| 3/22/2010 | John Donley | 3.10 | Review District Court/Wolin record and correspond with J. Hughes re Maryland Casualty fact record. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/22/2010 | Lisa G Esayian | 4.50 | Correspond with R. Finke re Employers Mutual settlement agreement (.3); correspond with P. Mahaley re same (.2); review correspondence from M. Brown re updated chart of plan objections (.3); review certain objections on chart (.7); correspond with T. Freedman re same (.4); review current draft and FCR's proposed revisions to American re settlement agreement (1.0); provide revisions to FCR's counsel re same (.4); consider updates needed for plan Exhibit 6, Schedule 2 (list of Asbestos Insurance settlements) (.6); correspond with FCR's counsel re same (.3); correspond with Hartford's counsel re settlement issues (.3). |
| 3/22/2010 | Theodore L Freedman | 4.00 | Conduct various conference calls with co-counsel re settlement issues (1.6); follow up from client conference in Washington, DC (.8); review and address issues related to preparation of chart, including various internal correspondence and conferences (1.6). |
| 3/23/2010 | Kristina Alexander | 0.60 | Review and correspond with team re additional amendments to filed chart (.3); confer with T. Freedman re 524(g) research (.3). |
| 3/23/2010 | Nate Kritzer | 0.60 | Correspond with J. Donley re judicial estoppel follow-up research (.3); confer with K. Alexander re objection chart edits (.1); review correspondence re same (.2). |
| 3/23/2010 | Kimberly K Love | 4.50 | Prepare and organize materials returned from hearings for inclusion in applicable case databases and update index re same (3.5); prepare and organize materials re Carol Gerard requested by L. Esayian (1.0). |
| 3/23/2010 | Maria D Gaytan | 6.80 | Prepare and organize materials returned from confirmation hearing trial for inclusion in applicable case databases. |
| 3/23/2010 | Justin S Brooks | 4.00 | Review Third Circuit decision in Philadelphia Newspapers case for T. Freedman. |
| 3/23/2010 | John Donley | 3.30 | Analyze joinder and estoppel issues (1.7); review and analyze Travelers opinion for jurisdictional and judicial estoppel impact and correspond with T. Freedman re same (1.1); correspond with N. Kritzer re same (.3); correspond with L. Esayian re Maryland Casualty (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/23/2010 | Lisa G Esayian | 4.50 | Review FCR's counsel draft notice, motion and approval order for Employer's Mutual settlement (.7); revise same (.4); review draft Hartford settlement agreement (1.2); provide comments to P. Mahaley and R. Wyron re same (.5); correspond with J. Donley re Maryland Casualty issues (.2); review certain pleadings previously filed by claimants re same (1.2); correspond with J. Donley and N. Kritzer re same (.3). |
| 3/23/2010 | Theodore L Freedman | 3.00 | Confer internally re reorganization issues (1.3); edit chart (.9); confer with various parties re Canada issues (.8). |
| 3/23/2010 | Deborah L Bibbs | 0.40 | Review pleadings for information re PI and PD Committees. |
| 3/24/2010 | Christopher T Greco | 0.60 | Correspond with D. Boll, K. Love and Blackstone re exit lenders' plan document requests and objection chart request and follow up re same. |
| 3/24/2010 | Kristina Alexander | 2.50 | Confer with J. Baer re revisions to chart (.4); review proposed changes from P. Lockwood and correspond with J. Baer re same (.3); revise chart and summary chart per additional comments from J. Baer (.5); update and revise chart and summary to reflect comments circulated post-filing (1.3). |
| 3/24/2010 | Nate Kritzer | 3.50 | Research judicial estoppel issues. |
| 3/24/2010 | Justin S Brooks | 9.00 | Review District Court case, bankruptcy case and relevant pleadings in Philadelphia Newspapers (2.5); draft memorandum for T. Freedman re 1129(b) issues (6.5). |
| 3/24/2010 | Lisa G Esayian | 1.50 | Correspond with FCR's counsel re draft settlement agreement with reimbursement insurer American Re (.3); correspond with R. Finke re Employers Mutual settlement (.4); review recent Supreme Court opinion on judicial estoppel relevant to Maryland Casualty issues (.8). |
| 3/24/2010 | Theodore L Freedman | 2.50 | Confer with co-counsel re settlement issues (1.0); prepare chart (.6); review issues in connection with follow up letter re lender appeal (.9). |
| 3/25/2010 | Nate Kritzer | 3.50 | Research judicial estoppel issues. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/25/2010 | Maria D Gaytan | 3.00 | Prepare and organize materials returned from confirmation hearing trial for inclusion in applicable case databases. |
| 3/25/2010 | Justin S Brooks | 2.50 | Review Judge Fitzgerald's findings of fact and conclusions of law in other bankruptcy cases (2.2); confer with D. Boll re proposed findings of fact and conclusions of law (.3). |
| 3/25/2010 | John Donley | 1.20 | Continue work on judicial estoppel analysis. |
| 3/25/2010 | Lisa G Esayian | 0.50 | Correspond with J. O'Neill re notice, motion and approval order for Employers Mutual settlement (.2); correspond with FCR's counsel re issues re reimbursement insurer Hartford (.3). |
| 3/26/2010 | Kristina Alexander | 1.00 | Revise chart, appendix and summary chart to reflect additional comments. |
| 3/26/2010 | Nate Kritzer | 1.80 | Research judicial estoppel issues (.8); correspond with J. Donley, L. Esayian and T. Freedman re same (.7); correspond with L. Esayian re judicial estoppel brief (.1); review notes from J. Donley re same (.2). |
| 3/26/2010 | Kimberly K Love | 3.00 | Prepare and organize information re Garlock's closing arguments as requested by L. Esayian (1.1); prepare and organize materials requested by L. Esayian re Gerard 3rd Circuit case (1.0); prepare and organize materials for inclusion into case databases (.9). |
| 3/26/2010 | John Donley | 2.50 | Continue work on judicial estoppel analysis. |
| 3/26/2010 | Lisa G Esayian | 4.50 | Confer with J. Donley, T. Freedman and N. Kritzer re Maryland Casualty issues (.8); review J. Donley's points for reply brief in support of objection to Maryland Casualty's claims re judicial estoppel issues (.4); review Third Circuit briefs filed re Maryland Casualty (1.0); begin drafting reply brief (2.3). |
| 3/29/2010 | Kristina Alexander | 1.50 | Revise appendix and draft notice to submit with filing of revised chart and appendices (.4); revise chart and appendices per M. Brown and review and confer with J. Baer re same (.5); prepare filing of chart, appendices and correspond with local counsel re same (.6). |
| 3/29/2010 | Nate Kritzer | 0.20 | Review correspondence re retention of Canadian counsel. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/29/2010 | Maria D Gaytan | 4.50 | Prepare and organize materials returned from confirmation hearing trial for inclusion into case databases. |
| 3/29/2010 | Deanna D Boll | 5.30 | Edit confirmation order and FOFs. |
| 3/29/2010 | Lisa G Esayian | 6.50 | Correspond with P. Mahaley and K. Makowski re filing of Employers Mutual settlement (.4); draft reply to Maryland Casualty's response re estoppel issues (5.9); correspond with N. Kritzer re follow-up issues re same (.2). |
| 3/29/2010 | Theodore L Freedman | 2.00 | Follow up on chart and address Canada issues. |
| 3/30/2010 | Kristina Alexander | 1.80 | Confer with N. Kritzer and D. Felder re filed chart documents (.2); review M. Brown's edits to chart documents and correspond with D. Felder re same (.2); revise chart and confer with team re edits per P. Lockwood (.3); correspond with P. Lockwood, M. Huford and team re chart and make revisions (.5); review bank lender group's proposed revisions, confer with team, revise chart and coordinate filing (.6). |
| 3/30/2010 | Maria D Gaytan | 7.00 | Prepare and organize materials returned from confirmation hearing trial for inclusion into case databases (5.7); review and obtain various pleadings requested by L. Esayian (1.3). |
| 3/30/2010 | Deanna D Boll | 6.80 | Edit and revise confirmation order and FOF (6.6); confer with J. Brooks re lender findings (.2). |
| 3/30/2010 | Thomas W Christopher | 2.00 | Research issue re classified board (1.6); draft and revise correspondence to M. Conron re same (.4). |
| 3/30/2010 | Justin S Brooks | 8.00 | Draft proposed lender findings of fact and conclusions of law. |
| 3/30/2010 | Lisa G Esayian | 6.00 | Work on issues re potential settlement with reimbursement insurer Hartford (.5); draft reply to Maryland Casualty's response to claims objection (5.5). |
| 3/30/2010 | Theodore L Freedman | 1.00 | Follow up on Maryland Casualty issues. |
| 3/31/2010 | Maria D Gaytan | 6.50 | Prepare and organize materials returned from confirmation hearing trial for inclusion into case databases (5.5); review and obtain various pleadings requested by L. Esayian and C. Greco (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/31/2010 | Deanna D Boll | 7.20 | Edit and revise FOFs. |
| 3/31/2010 | Thomas W Christopher | 1.50 | Conduct research re issue of classified board and appointment of directors upon emergence. |
| 3/31/2010 | Justin S Brooks | 8.00 | Draft and revise proposed findings of fact and conclusions of law. |
| 3/31/2010 | Deborah L Bibbs | 4.30 | Review pleadings re stipulation with Maryland Casualty and re bank lender issues in support of confirmation of plan of reorganization. |
| | Total: | 563.50 | |

## Matter 38 - Employment Applications, Others- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/10/2010 | Deborah L Bibbs | 0.60 | Review pleadings re Norfolk Southern's response to objection and application to employ and retain Kaye Scholer. |
| | Total: | 0.60 | |

### Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/9/2010 | Todd F Maynes, P.C. | 1.00 | Confer internally and with client re bar date issues and assessment issues with Massachusetts. |
| | Total: | 1.00 | |

## Matter 59 - Lyondell Reclamation Claims- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/23/2010 | Christopher T Greco | 1.10 | Review Lyondell solicitation package and voting materials (.3); correspond with client re recovery percentage of general unsecured claims (.2); draft correspondence to S. Ahern and R. Finke re voting options and April 15 voting deadline (.3); further correspond re same (.3). |
| | Total: | 1.10 | |

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/5/2010 | Christopher T Greco | 1.10 | Correspond with J. Hughes re Delphi preference matter (.5); confer with K. Alexander re same (.2); initiate conflicts searches and internal new business tasks in preparation for same (.4). |
| 3/5/2010 | Kristina Alexander | 0.20 | Confer with C. Greco re preference action in Delphi. |
| 3/6/2010 | Christopher T Greco | 0.60 | Correspond with T. Freedman and K. Alexander re Delphi preference matter and follow up re issues re same. |
| 3/7/2010 | Christopher T Greco | 0.40 | Correspond with T. Freedman re Delphi preference matter and follow up with J. Hughes re same (.3); correspond with K. Alexander re same (.1). |
| 3/7/2010 | Kristina Alexander | 0.40 | Review Rule 7012 re notice requirements and correspond with C. Greco re notice and answer re Delphi matter. |
| 3/8/2010 | Christopher T Greco | 1.10 | Confer with K. Alexander re Delphi preference matter (.3); confer with T. Freedman re same (.2); correspond with J. Hughes, L. Marchman and S. Ahern re same (.4); correspond with K. Alexander re same (.2). |
| 3/8/2010 | Kristina Alexander | 1.90 | Confer with C. Greco re Delphi preference matter (.3); review documents re Delphi preference complaint, research precedent and confer with A. Miller re same (1.0); correspond with C. Greco re same and review related federal rules and other materials (.6). |
| 3/8/2010 | Theodore L Freedman | 0.20 | Confer with C. Greco re Delphi preference matter. |
| 3/9/2010 | Christopher T Greco | 0.60 | Correspond and confer with K. Alexander and others re Delphi preference defense answer and review issues re same. |
| 3/9/2010 | Kristina Alexander | 0.10 | Confer with C. Greco re Delphi response. |
| 3/10/2010 | Christopher T Greco | 0.40 | Correspond with K. Alexander re preference defense and review issues re same. |
| 3/11/2010 | Christopher T Greco | 0.30 | Correspond with K. Alexander re Delphi preference defense issues. |
| 3/12/2010 | Christopher T Greco | 0.50 | Correspond with Delphi counsel re preference answer and settlement discussions and confer with K. Alexander and N. Kritzer re same. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/12/2010 | Kristina Alexander | 4.90 | Review precedent and draft answer to Delphi complaint (4.4); confer with N. Kritzer and C. Greco re same (.5). |
| 3/12/2010 | Nate Kritzer | 0.50 | Confer with K. Alexander and C. Greco re Delphi preference matter. |
| 3/15/2010 | Christopher T Greco | 0.90 | Confer with K. Alexander re next steps and answer re Delphi (.3); review answer and provide comments re same (.4); correspond with C. Hathey re potential settlement and documentation (.2). |
| 3/15/2010 | Kristina Alexander | 2.70 | Confer with C. Greco re Delphi answer and review comments to answer (.7); review, revise and conduct additional research re answer to Delphi's complaint (2.0). |
| 3/16/2010 | Christopher T Greco | 1.50 | Draft and revise Delphi settlement-relted correspondence (.5); confer with K. Alexander re same (.3); correspond with Delphi's counsel re same (.3); review supporting documentation re same (.4). |
| 3/16/2010 | Kristina Alexander | 1.50 | Confer with C. Greco re Delphi preference action (.3); review related documentation and draft correspondence to Delphi re same (1.2). |
| 3/19/2010 | Christopher T Greco | 0.30 | Correspond with J. Hughes re Delphi answer status and settlement status. |
| 3/23/2010 | Christopher T Greco | 0.60 | Correspond with Delphi counsel re April 5 filing extension (.2); correspond with K. Alexander re same and review issues re same (.4). |
| 3/29/2010 | Christopher T Greco | 0.50 | Correspond with L. Marchman re Delphi preference defense status update (.4); correspond with Delphi's counsel re rescheduling of pre-trial conference (.1). |
| 3/30/2010 | Christopher T Greco | 0.40 | Follow up with Delphi counsel re response and answer deadline (.2); correspond with M. Dexter and K. Alexander re review of draft answer (.2). |
| 3/30/2010 | Kristina Alexander | 0.20 | Correspond with C. Greco and M. Dexter re Delphi draft answer. |
| 3/31/2010 | Christopher T Greco | 0.20 | Correspond with S. Ahern re Delphi preference action and status update re same and follow up re same. |
| | Total: | 22.00 | |

A-31