# EXHIBIT B

## **Matter 42 – Travel non-working – Expenses**

| **Service Description** | **Amount** |
|---|---:|
| Local Transportation | $70.00 |
| Airfare | $2,817.23 |
| Transportation to/from airport | $558.04 |
| Travel Meals | $545.66 |
| **Total:** | **$3,990.93** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 9/6/2009 | 594.80 | Barbara Harding, Airfare, Pittsburgh, PA, 09/06/09 to 09/13/09, (Trial) |
| 9/6/2009 | 39.24 | Barbara Harding, Transportation To/From Airport, Pittsburgh, PA, 09/06/09, (Trial) |
| 9/8/2009 | 219.77 | Barbara Harding, Travel Meal with Others, Pittsburgh, PA, 09/08/09, (Trial), Dinner for 6 people |
| 9/9/2009 | 303.13 | Barbara Harding, Travel Meal with Others, Pittsburgh, PA, 09/09/09, (Trial), Dinner for 6 people |
| 9/13/2009 | 40.00 | Barbara Harding, Transportation To/From Airport, Pittsburgh, PA, 09/13/09, (Trial) |
| 9/13/2009 | 22.76 | Barbara Harding, Travel Meal, Pittsburgh, PA, 09/13/09, (Trial), Dinner |
| 9/15/2009 | 40.00 | Barbara Harding, Transportation To/From Airport, Pittsburgh, PA, 09/15/09, (Trial) |
| 2/18/2010 | 586.03 | John Donley, Airfare, Chicago, IL / Baltimore, MD, 03/09/10 to 03/09/10, (Client Conference) |
| 3/9/2010 | 526.00 | Theodore Freedman, Trainfare, Baltimore, MD, 03/09/10 to 03/09/10, (Client Conference) |
| 3/9/2010 | 35.00 | John Donley, Transportation To/From Airport, Chicago, IL, 03/09/10, (Client Conference), O'Hare to home |
| 3/9/2010 | 92.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 03/09/2010, JOHN DONLEY |
| 3/9/2010 | 109.60 | Theodore Freedman, Transportation To/From Airport, Columbia, MD, 03/09/10, (Client Conference), From Penn Station to client's office |
| 3/9/2010 | 100.00 | Theodore Freedman, Transportation To/From Airport, Baltimore, MD, 03/09/10, (Client Conference), From client's office to Penn Station |
| 3/15/2010 | 635.40 | John Donley, Airfare, Washington, DC, 03/18/10 to 03/18/10, (Client Conference) |
| 3/18/2010 | 34.00 | John Donley, Cabfare, Washington, DC, 03/18/10, (Client Conference) |
| 3/18/2010 | 36.00 | John Donley, Cabfare, Washington, DC, 03/18/10, (Client Conference) |
| 3/18/2010 | 475.00 | Theodore Freedman, Trainfare, Washington, DC, 03/18/10 to 03/18/10, (Client Conference) |
| 3/18/2010 | 46.00 | Theodore Freedman, Transportation To/From Airport, Washington, DC, 03/18/10, (Client Conference), From Union Station to client conference site |
| 3/18/2010 | 55.60 | Theodore Freedman, Transportation To/From Airport, Washington, DC, 03/18/10, (Client Conference), From client conference site to Union Station |
| Total: | 3,990.93 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $68.82 |
| Standard Copies or Prints | $970.90 |
| Scanned Images | $104.50 |
| CD-ROM Duplicates | $35.00 |
| Color Prints | $104.50 |
| Overnight Delivery | $16.50 |
| Outside Messenger Services | $116.56 |
| Court Reporter Fee/Deposition | $605.00 |
| Outside Computer Services | $117.23 |
| Information Broker Doc/Svcs | $69.00 |
| Computer Database Research | $1,335.15 |
| Overtime Transportation | $52.53 |
| Overtime Meals - Attorney | $16.44 |
| Word Processing Overtime | $275.76 |
| Electronic Data Storage | $1,748.82 |
| **Total:** | **$5,636.71** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 5/4/2009 | 117.23 | DIGITAL LEGAL SERVICES - Outside Computer Services, CD Master, Document Imaging, 4/30/09 |
| 2/5/2010 | 350.93 | WEST, Computer Database Research, KRITZER, NATHANIEL, FEBRUARY 2010 |
| 2/10/2010 | 16.61 | WEST, Computer Database Research, BOLL, DEANNA D., FEBRUARY 2010 |
| 2/12/2010 | 10.37 | WEST, Computer Database Research, ESAYIAN, LISA G., FEBRUARY 2010 |
| 2/23/2010 | 639.00 | WEST, Computer Database Research, ROHRHOFER, MORGAN, FEBRUARY 2010 |
| 2/23/2010 | 194.68 | WEST, Computer Database Research, STANSBURY, BRIAN, FEBRUARY 2010 |
| 2/28/2010 | 14.56 | WEST, Computer Database Research, TURANO, EMILY, FEBRUARY 2010 |
| 2/28/2010 | 1,748.82 | Electronic Data Storage |
| 3/1/2010 | 2.80 | Scanned Images |
| 3/1/2010 | 0.40 | Scanned Images |
| 3/1/2010 | 4.80 | Standard Prints |
| 3/1/2010 | 5.20 | Standard Prints |
| 3/1/2010 | 0.20 | Standard Copies or Prints |
| 3/1/2010 | 5.90 | Standard Prints |
| 3/2/2010 | 0.30 | Scanned Images |
| 3/2/2010 | 9.56 | Fed Exp to: John A. McFarland, COLUMBIA, MD from: Karla Valenti |
| 3/2/2010 | 6.94 | Fed Exp to: Roger J. Higgins, CHICAGO, IL from: Karla Valenti |
| 3/3/2010 | 2.20 | Standard Prints |
| 3/4/2010 | 4.40 | Standard Prints |
| 3/4/2010 | 37.10 | Standard Prints |
| 3/4/2010 | 1.20 | Standard Prints |
| 3/4/2010 | 0.20 | Scanned Images |
| 3/4/2010 | 11.30 | Standard Prints |
| 3/4/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 3/4/2010 |
| 3/4/2010 | 109.00 | RESTRUCTURING CONCEPTS LLC - Computer Database Research, NetDockets Usage for February 2010, K. Alexander |

| Date | Amount | Description |
|---|---|---|
| 3/4/2010 | 16.44 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Kristina Alexander, Overtime Meals - Attorney, 3/4/2010 |
| 3/5/2010 | 8.40 | Standard Prints |
| 3/5/2010 | 1.00 | Standard Prints |
| 3/5/2010 | 1.00 | Scanned Images |
| 3/5/2010 | 16.10 | Standard Prints |
| 3/8/2010 | 9.40 | Standard Prints |
| 3/8/2010 | 66.50 | Standard Prints |
| 3/8/2010 | 0.60 | Scanned Images |
| 3/8/2010 | 0.50 | Scanned Images |
| 3/8/2010 | 17.20 | Scanned Images |
| 3/8/2010 | 7.60 | Scanned Images |
| 3/8/2010 | 6.00 | Scanned Images |
| 3/8/2010 | 0.20 | Scanned Images |
| 3/8/2010 | 2.20 | Scanned Images |
| 3/8/2010 | 1.30 | Scanned Images |
| 3/8/2010 | 3.60 | Scanned Images |
| 3/8/2010 | 0.50 | Scanned Images |
| 3/8/2010 | 1.90 | Scanned Images |
| 3/8/2010 | 1.60 | Standard Prints |
| 3/8/2010 | 13.80 | Standard Prints |
| 3/8/2010 | 62.50 | Standard Prints |
| 3/8/2010 | 183.84 | Word Processing Overtime, Robert J. Fugini - Reformat TDP documents |
| 3/8/2010 | 11.49 | Word Processing Overtime, Sarah Lam - Troubleshoot PI TDP document |
| 3/9/2010 | 1.90 | Standard Copies or Prints |
| 3/9/2010 | 6.80 | Standard Prints |
| 3/9/2010 | 0.90 | Standard Prints |
| 3/9/2010 | 3.80 | Scanned Images |
| 3/9/2010 | 5.90 | Scanned Images |
| 3/9/2010 | 0.10 | Standard Prints |
| 3/9/2010 | 6.90 | Standard Prints |
| 3/9/2010 | 21.90 | Standard Prints |

| Date | Amount | Description |
|---|---|---|
| 3/9/2010 | 605.00 | MAGNA LEGAL SERVICES LLC - Court Reporter Fee/Deposition, 1 Certified Copy of Transcript of P. Zilly, 9/14/09 |
| 3/9/2010 | 34.47 | Word Processing Overtime, Robert J. Fugini - Reformat and blackline PI TDP |
| 3/10/2010 | 1.80 | Standard Prints |
| 3/10/2010 | 0.10 | Scanned Images |
| 3/10/2010 | 0.10 | Scanned Images |
| 3/10/2010 | 1.40 | Standard Prints |
| 3/10/2010 | 6.10 | Standard Copies or Prints |
| 3/11/2010 | 0.30 | Standard Prints |
| 3/11/2010 | 5.70 | Standard Prints |
| 3/11/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 3/11/2010 |
| 3/12/2010 | 3.90 | Standard Prints |
| 3/12/2010 | 4.20 | Standard Prints |
| 3/12/2010 | 16.50 | Standard Prints |
| 3/15/2010 | 0.60 | Standard Prints |
| 3/15/2010 | 0.20 | Standard Copies or Prints |
| 3/15/2010 | 0.20 | Standard Prints |
| 3/15/2010 | 0.50 | Standard Prints |
| 3/15/2010 | 0.20 | Scanned Images |
| 3/15/2010 | 9.80 | Standard Prints |
| 3/16/2010 | 2.30 | Standard Copies or Prints |
| 3/16/2010 | 3.80 | Standard Prints |
| 3/16/2010 | 2.50 | Standard Prints |
| 3/16/2010 | 0.30 | Scanned Images |
| 3/16/2010 | 3.40 | Scanned Images |
| 3/16/2010 | 0.10 | Scanned Images |
| 3/16/2010 | 0.10 | Scanned Images |
| 3/16/2010 | 0.10 | Scanned Images |
| 3/16/2010 | 0.40 | Scanned Images |
| 3/16/2010 | 0.70 | Standard Prints |
| 3/16/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 3/16/2010 |

| Date | Amount | Description |
|---|---|---|
| 3/16/2010 | 52.53 | VITAL TRANSPORTATION INC, Passenger: FUGINI, BOB, Overtime Transportation, Date: 3/9/2010 |
| 3/17/2010 | 0.40 | Standard Copies or Prints |
| 3/17/2010 | 11.10 | Standard Prints |
| 3/17/2010 | 0.10 | Scanned Images |
| 3/17/2010 | 3.20 | Standard Prints |
| 3/17/2010 | 3.90 | Standard Prints |
| 3/17/2010 | 1.20 | Standard Prints |
| 3/17/2010 | 10.00 | Standard Prints |
| 3/18/2010 | 1.90 | Standard Prints |
| 3/18/2010 | 0.70 | Standard Prints |
| 3/18/2010 | 2.50 | Standard Prints |
| 3/18/2010 | 20.20 | Standard Prints |
| 3/18/2010 | 6.30 | Standard Prints |
| 3/19/2010 | 4.10 | Standard Prints |
| 3/19/2010 | 3.50 | Standard Prints |
| 3/19/2010 | 0.30 | Standard Prints |
| 3/19/2010 | 0.80 | Standard Prints |
| 3/19/2010 | 52.00 | Color Prints |
| 3/19/2010 | 52.00 | Color Prints |
| 3/19/2010 | 0.50 | Color Prints |
| 3/19/2010 | 1.80 | Scanned Images |
| 3/19/2010 | 0.30 | Scanned Images |
| 3/19/2010 | 2.80 | Scanned Images |
| 3/19/2010 | 16.50 | Scanned Images |
| 3/19/2010 | 1.30 | Scanned Images |
| 3/19/2010 | 7.00 | Scanned Images |
| 3/19/2010 | 35.00 | CD-ROM Duplicates |
| 3/19/2010 | 1.00 | Standard Prints |
| 3/19/2010 | 0.10 | Standard Prints |
| 3/19/2010 | 3.40 | Standard Prints |
| 3/19/2010 | 2.30 | Standard Prints |
| 3/19/2010 | 66.00 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 3/19/2010 | 21.00 | Standard Prints |
| 3/19/2010 | 0.30 | Standard Prints |
| 3/19/2010 | 22.98 | Word Processing Overtime, Richard S. Preshong - Revise confirmation chart and blackline plan and disclosure statement |
| 3/21/2010 | 22.98 | Word Processing Overtime, Richard S. Preshong - Print, bind and deliver attachments |
| 3/22/2010 | 7.10 | Standard Prints |
| 3/22/2010 | 5.80 | Standard Prints |
| 3/22/2010 | 8.20 | Standard Copies or Prints |
| 3/22/2010 | 50.30 | Standard Prints |
| 3/22/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 3/22/2010 |
| 3/23/2010 | 7.80 | Standard Prints |
| 3/23/2010 | 5.20 | Standard Prints |
| 3/23/2010 | 5.90 | Scanned Images |
| 3/23/2010 | 16.50 | Standard Prints |
| 3/23/2010 | 4.80 | Standard Prints |
| 3/24/2010 | 5.00 | Standard Prints |
| 3/24/2010 | 0.20 | Standard Prints |
| 3/24/2010 | 19.60 | Standard Prints |
| 3/25/2010 | 0.10 | Standard Copies or Prints |
| 3/25/2010 | 23.00 | Standard Prints |
| 3/25/2010 | 2.60 | Standard Prints |
| 3/25/2010 | 0.30 | Standard Prints |
| 3/25/2010 | 0.10 | Scanned Images |
| 3/25/2010 | 9.00 | Standard Prints |
| 3/26/2010 | 4.50 | Standard Copies or Prints |
| 3/26/2010 | 6.00 | Standard Prints |
| 3/26/2010 | 0.20 | Standard Prints |
| 3/26/2010 | 207.10 | Standard Copies or Prints |
| 3/26/2010 | 0.30 | Scanned Images |
| 3/26/2010 | 0.20 | Scanned Images |
| 3/26/2010 | 5.20 | Scanned Images |
| 3/29/2010 | 1.90 | Standard Prints |

| Date | Amount | Description |
|---|---|---|
| 3/29/2010 | 21.20 | Standard Prints |
| 3/29/2010 | 0.20 | Scanned Images |
| 3/29/2010 | 1.40 | Scanned Images |
| 3/29/2010 | 1.80 | Standard Prints |
| 3/29/2010 | 5.00 | Standard Prints |
| 3/30/2010 | 10.80 | Standard Prints |
| 3/30/2010 | 0.90 | Standard Prints |
| 3/30/2010 | 6.10 | Standard Prints |
| 3/30/2010 | 0.40 | Scanned Images |
| 3/30/2010 | 1.70 | Standard Prints |
| 3/31/2010 | 8.40 | INTERCALL - Third Party Telephone Charges, Conference calls, J. Donley, 3/31/10 |
| 3/31/2010 | 11.53 | INTERCALL - Third Party Telephone Charges, Conference calls, L. Esayian, 3/31/10 |
| 3/31/2010 | 48.89 | INTERCALL - Third Party Telephone Charges, Conference calls, T. Freedman, 3/31/10 |
| 3/31/2010 | 1.60 | Standard Prints |
| 3/31/2010 | 0.40 | Standard Prints |
| 3/31/2010 | 0.20 | Scanned Images |
| 3/31/2010 | 10.80 | Standard Prints |
| 3/31/2010 | 10.50 | Standard Prints |
| 3/31/2010 | 0.10 | Standard Prints |
| 3/31/2010 | 69.00 | CT CORPORATION SYSTEM - Information Broker Doc/Svcs, State Tax Liens, 3/29/10 |
| Total: | 5,636.71 | |