**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,** [1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date:** May 25, 2010 at 4:00 p.m. |
| Debtors. | ) | **Hearing Date:** Scheduled if Necessary (Negative Notice) |
| | ) | |
| | ) | |

**AMENDED NINETY-THIRD MONTHLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009**

| | |
|---|---|
| **Name of Applicant:** | BMC Group ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | December 1 through December 31, 2009 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $ 12,573.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 2,308.90 |

---

[1]   The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**This is a:**     ☒ **Monthly Application**     ☐ **Quarterly Application**     ☐ **Final Application**

The total time expended for preparation of this fee application is approximately 30.0 hours and the corresponding compensation requested is approximately $7,500.00.[2]

This is the Ninety-Third Application filed by BMC.

## PRIOR APPLICATIONS

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| *3/4/2003* | *N/A* | *5th Quarterly 2002* | *$107,634.50* | *$7,740.07* | *$86,107.60* | *$7,740.07* |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| *3/4/2003* | *N/A* | *6th Quarterly 2002* | *$152,761.25* | *$15,336.23* | *$122,209.00* | *$15,336.23* |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| *3/4/2003* | *N/A* | *7th Quarterly 2002* | *$191,519.75* | *$6,893.53* | *$153,215.80* | *$6,893.53* |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| *5/15/2003* | *8 Q* | *8th Quarterly 2003* | *$229,500.25* | *$9,928.31* | *$183,600.20* | *$9,928.31* |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| *9/23/2003* | *9 Q* | *9th Quarterly 2003* | *$354,035.00* | *$15,480.10* | *$283,228.00* | *$15,480.10* |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| *2/25/2004* | *10 Q* | *10th Quarterly 2003* | *$260,926.00* | *$28,708.57* | *$260,926.00* | *$28,708.57* |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| *4/13/2004* | *11 Q* | *11th Quarterly 2003* | *$218,187.00* | *$5,819.42* | *$218,187.00* | *$2,528.88* |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| *6/18/2004* | *12 Q* | *12th Quarterly 2004* | *$216,671.00* | *$4,355.79* | *$216,671.00* | *$4,355.79* |
| 11/5/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/5/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/5/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| *11/5/2004* | *13 Q* | *13th Quarterly 2004* | *$198,219.50* | *$7,259.62* | *$198,219.50* | *$7,259.62* |

---

[2]  The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| *2/7/2005* | *14Q* | *14th Quarterly 2004* | *$181,246.00* | *$5,185.65* | *$181,246.00* | *$5,185.65* |
| 4/22/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/22/2005 | 32 | 11/1/2004 - 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/22/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| *4/22/2005* | *15Q* | *15th Quarterly 2004* | *$188,359.50* | *$39,401.44* | *$188,359.50* | *$39,401.44* |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,745.50 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 - 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| *8/11/2005* | *16Q* | *16th Quarterly 2005* | *$188,426.00* | *$7,065.88* | *$188,426.00* | *$7,065.00* |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | $88,685.50 | $2,391.33 |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | $158,852.00 | $4,552.49 |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | $232,914.00 | $13,912.17 |
| *10/31/2005* | *17Q* | *17th Quarterly 2005* | *$480,451.50* | *$20,855.99* | *$480,451.50* | *$20,855.99* |
| 1/31/2006 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | $468,997.75 | $17,359.91 |
| 1/31/2006 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | $684,403.00 | $43,446.98 |
| 1/31/2006 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | $334,412.00 | $34,731.14 |
| *2/1/2006* | *18Q* | *18th Quarterly 2005* | *$1,487,812.75* | *$95,538.03* | *$1,487,812.75* | *$95,538.03* |
| 4/20/2006 | 43 | 10/1/2005 – 10/31/2005 | $126,175.50 | $2,460.85 | $126,175.50 | $2,460.85 |
| 4/20/2006 | 44 | 11/1/2005 – 11/30/2005 | $136,980.50 | $2,010.10 | $136,980.50 | $2,010.10 |
| 4/20/2006 | 45 | 12/1/2005 – 12/31/2005 | $54,700.50 | $4,310.19 | $54,700.50 | $4,310.19 |
| *4/20/2006* | *19Q* | *19th Quarterly 2005* | *$301,963.67\** | *$8,781.14* | *$301,963.67\** | *$8,781.14* |
| 4/28/2006 | 46 | 1/1/2006 – 1/31/2006 | $52,998.50 | $2,322.75 | $52,998.50 | $2,322.75 |
| 7/17/2006 | 47 | 2/1/2006 – 2/28/2006 | $64,309.50 | $1,438.85 | $64,309.50 | $1,438.85 |
| 8/25/2006 | 48 | 3/1/2006 – 3/31/2006 | $69,538.75 | $2,732.97 | $69,538.75 | $2,732.97 |
| *8/25/2006* | *20Q* | *20th Quarterly 2006* | *$177,504.41\** | *$6,494.57* | *$177,504.41\** | *$6,494.57* |
| 11/21/2006 | 49 | 4/1/2006 – 4/30/2006 | $64,523.00 | $1,918.17 | $64,523.00 | $1,918.17 |
| 11/22/2006 | 50 | 5/1/2006 – 5/31/2006 | $83,530.00 | $2,413.38 | $83,530.00 | $2,413.38 |
| 11/22/2006 | 51 | 6/1/2006 – 6/30/2006 | $42,762.00 | $5,634.14 | $42,762.00 | $5,634.14 |
| *11/22/2006* | *21Q* | *21st Quarterly 2006* | *$181,274.25\** | *$9,965.65* | *$181,274.25\** | *$9,965.65* |
| 12/11/2006 | 52 | 7/1/2006 – 7/31/2006 | $35,134.50 | $41,219.71 | $35,134.50 | $41,219.71 |
| 12/21/2006 | 53 | 8/1/2006 – 8/31/2006 | $76,583.00 | $4,757.53 | $76,583.00 | $4,757.53 |
| 12/27/2006 | 54 | 9/1/2006 – 9/30/2006 | $71,515.00 | $24,065.05 | $71,515.00 | $24,065.05 |
| *12/27/2006* | *22Q* | *22nd Quarterly 2006* | *$174,070.88\** | *$70,042.29* | *$174,070.88\** | *$70,042.29* |
| 5/17/2007 | 55 | 10/1/2006 – 10/31/2006 | $103,882.50 | $72,054.63 | $103,882.50 | $72,054.63 |
| 5/21/2007 | 56 | 11/1/2006 – 11/30/2006 | $74,836.00 | $18,644.41 | $74,836.00 | $18,644.41 |
| 5/22/2007 | 57 | 12/1/2006 – 12/31/2006 | $66,253.50 | $24,335.71 | $66,253.50 | $24,335.71 |
| *5/22/2007* | *23Q* | *23rd Quarterly 2006* | *$232,723.40\** | *$115,034.75* | *$232,723.40\** | *$115,034.75* |
| 8/24/2007 | 58 | 1/1/2007 – 1/31/2007 | $89,031.50 | $13,162.75 | $89,031.50 | $13,162.75 |
| 8/24/2007 | 59 | 2/1/2007 – 2/28/2007 | $136,258.25 | $16,098.69 | $136,258.25 | $16,098.69 |
| 8/24/2007 | 60 | 3/1/2007 – 3/31/2007 | $80,692.00 | $1,746.97 | $80,692.00 | $1,746.97 |
| *8/24/2007* | *24Q* | *24th Quarterly 2007* | *$290,682.66\** | *$31,008.41* | *$290,682.66\** | *$31,008.41* |

---

\*        Reflects BMC's voluntary courtesy discount of 5% from actual fees for the Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Third and Twenty-Fourth Quarterly Fee Periods, and 3.5% from actual fees for the Twenty-Fifth Quarterly Period..

3

**PRIOR APPLICATIONS - continued**

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 11/9/2007 | 61 | 4/1/2007 – 4/30/2007 | $49,298.00 | $1,989.73 | $49,298.00 | $1,989.73 |
| 11/9/2007 | 62 | 5/1/2007 – 5/31/2007 | $135,172.00 | $2,067.20 | $135,172.00 | $2,067.20 |
| 11/9/2007 | 63 | 6/1/2007 – 6/30/2007 | $58,687.50 | $3,094.14 | $58,687.50 | $3,094.14 |
| *11/9/2007* | *25Q* | *25th Quarterly 2007* | *$234,646.98\** | *$7,151.07* | *$234,646.98\** | *$7,151.07* |
| 12/5/2007 | 64 | 7/1/2007 – 7/31/2007 | $48,858.00 | $2,166.14 | $48,858.00 | $2,166.14 |
| 12/7/2007 | 65 | 8/1/2007 – 8/31/2007 | $66,679.00 | $2,412.77 | $66,679.00 | $2,412.77 |
| 12/7/2007 | 66 | 9/1/2007 – 9/30/2007 | $43,504.00 | $3,307.71 | $43,504.00 | $3,307.71 |
| *12/11/2007* | *26Q* | *26th Quarterly 2007* | *$159,041.00* | *$7,886.62* | *$159,041.00* | *$7,886.62* |
| 1/7/2008 | 67 | 10/1/2007 – 10/31/2007 | $48,179.00 | $2,867.37 | $48,179.00 | $2,867.37 |
| 1/11/2008 | 68 | 11/1/2007 – 11/30/2007 | $36,004.50 | $2,273.21 | $36,004.50 | $2,273.21 |
| 2/1/2008 | 69 | 12/1/2007 – 12/31/2007 | $27,285.00 | $2,177.19 | $27,285.00 | $2,177.19 |
| *2/27/2008* | *27Q* | *27th Quarterly 2007* | *$111,468.50* | *$7,317.77* | *$111,468.50* | *$7,317.77* |
| 3/19/2008 | 70 | 1/1/2008 – 1/31/2008 | $39,843.00 | $2,370.71 | $34,105.40 | $2,370.71 |
| 5/12/2008 | 71 | 2/1/2008 – 2/29/2008 | $27,323.50 | $2,243.98 | $18,520.00 | $2,243.98 |
| 5/29/2008 | 72 | 3/1/2008 – 3/31/2008 | $21,341.50 | $2,718.61 | $17,393.50 | $2,718.61 |
| *5/29/2008* | *28Q* | *28th Quarterly 2008* | *$88,508.00* | *$7,333.30* | *$70,019.40* | *$7,333.30* |
| 10/28/2008 | 73 | 4/1/2008 – 4/30/2008 | $33,293.50 | $2,751.14 | $33,293.50 | $2,751.14 |
| 10/28/2008 | 74 | 5/1/2008 – 5/30/2008 | $24,593.50 | $2,093.58 | $21,624.50 | $2,093.58 |
| 10/28/2008 | 75 | 6/1/2008 – 6/30/2008 | $35,613.50 | $2,310.78 | $35,613.50 | $2,310.78 |
| *10/28/2008* | *29Q* | *29th Quarterly 2008* | *$93,500.50* | *$7,155.50* | *$90,531.50* | *$7,155.50* |
| 11/12/2008 | 76 | 7/1/2008 – 7/31/2008 | $32,283.50 | $4,543.30 | $23,283.50 | $4,303.28 |
| 1/16/2009 | 77 | 8/1/2008 – 8/31/2008 | $53,516.00 | $5,789.77 | $53,516.00 | $5,549.75 |
| 2/20/2009 | 78 | 9/1/2008 – 9/30/2008 | $74,290.50 | $4,590.21 | $74,209.50 | $4,350.19 |
| *2/20/2009* | *30Q* | *30th Quarterly 2008* | *$160,090.00* | *$14,923.28* | *$160,090.00* | *$14,203.22* |
| 5/4/2009 | 79 | 10/1/2008 – 10/31/2008 | $64,656.50 | $4,136.81 | $60,406.62 | $4,136.81 |
| 5/7/2009 | 80 | 11/1/2008 – 11/30/2008 | $30,925.50 | $2,121.21 | $30,925.50 | $2,121.21 |
| 5/22/2009 | 81 | 12/1/2008 – 12/31/2008 | $29,946.50 | $2,499.56 | $29,946.50 | $2,499.56 |
| *5/22/2009* | *31Q* | *31st Quarterly 2008* | *$125,528.50* | *$8,757.58* | *$121,278.62* | *$8,757.58* |
| 8/11/2009 | 82 | 1/1/2009 – 1/31/2009 | $20,014.00 | $2,067.70 | $20,014.00 | $2,067.70 |
| 8/19/2009 | 83 | 2/1/2009 – 2/28/2009 | $32,578.00 | $2,533.04 | $32,578.00 | $2,533.04 |
| 8/19/2009 | 84 | 3/1/2009 – 3/31/2009 | $122,625.50 | $4,318.32 | $122,625.50 | $4,318.32 |
| *8/19/2009* | *32Q* | *32nd Quarterly 2009* | *$175,217.50* | *$8,919.06* | *$175,217.50* | *$8,919.06* |
| 11/11/2009 | 85 | 4/1/2009 – 4/30/2009 | $156,353.50 | $80,862.01 | $156,353.50 | $80,862.01 |
| 11/11/2009 | 86 | 5/1/2009 – 5/31/2009 | $292,613.50 | $3,869.91 | $292,613.50 | $3,869.91 |
| 11/11/2009 | 87 | 6/1/2009 – 6/30/2009 | $64,022.00 | $2,172.69 | $64,022.00 | $2,172.69 |
| *11/11/2009* | *33Q* | *33rd Quarterly 2009* | *$512,989.00* | *$86,904.61* | *$512,989.00* | *$86,904.61* |
| 2/12/2010 | 88 | 7/1/2009 – 7/31/2009 | $35,788.50 | $2,306.85 | $35,788.50 | $2,206.85 |
| 2/12/2010 | 89 | 8/1/2009 – 8/31/2009 | $28,279.50 | $2,144.97 | $27,917.68 | $2,144.97 |
| 2/12/2010 | 90 | 9/1/2009 – 9/30/2009 | $34,658.50 | $2,443.21 | $34,658.50 | $2,371.14 |
| *2/12/2010* | *34Q* | *34th Quarterly 2009* | *$99,326.50* | *$6,915.03* | *$98,364.82* | *$6,722.96* |
| 5/3/2010 | 91 | 10/1/2009 – 10/31/2009 | $28,138.00 | $2,842.55 | Pending | Pending |
| 5/3/2010 | 92 | 11/1/2009 – 11/30/2009 | $29,158.00 | $20,122.68 | Pending | Pending |
| 5/3/2010 | 93 | 12/1/2009 – 12/31/2009 | $12,573.50 | $2,308.90 | Pending | Pending |

_____

\*       Reflects BMC's voluntary courtesy discount of 5% from actual fees for the Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Third and Twenty-Fourth Quarterly Fee Periods, and 3.5% from actual fees for the Twenty-Fifth Quarterly Period..

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Martha Araki | Senior Bankruptcy Consultant, 9¼ years; 20 years bankruptcy experience | $210.00 | 41.3 | $8,673.00 |
| Mike Booth | Claims Reconciliation Manager, 6¼ years; 4 years prior bankruptcy experience | $165.00 | 0.3 | $49.50 |
| Anne Carter | Consultant, 8¾ years; 22 years prior experience in bankruptcy and other legal practice areas | $125.00 | 0.8 | $100.00 |
| Steffanie Cohen | Reconciliation Consultant, 6¼ years; 2 years prior bankruptcy experience | $110.00 | 39 | $429.00 |
| Jacqueline Conklin | Data Analyst, 7 years | $95.00 | 1.7 | $161.50 |
| Brad Daniel | Senior Data Consultant, 9 years; former Software Development Project Manager, Swedelson & Gottlieb; 7 years bankruptcy and legal industry experience | $200.00 | 0.1 | $20.00 |
| Dustee Decker | Reconciliation Analyst, 6¼ years; 15 years prior experience in accounts payable and creditor negotiation | $75.00 | 0.6 | $45.00 |
| Reynante Dela Cruz | Case Analyst, 3¼ years | $95.00 | 0.1 | $9.50 |
| Leila Hughes | Reconciliation Analyst, 6¼ years; 10 years prior experience in accounts payable and creditor negotiation | $75.00 | 8.6 | $645.00 |
| Myrtle John | Director, 7½ years; 30 years experience in bankruptcy and other legal practice areas | $195.00 | 2.1 | $409.50 |
| Gunther Kruse | Data Consultant, 6 years; 8 years prior experience in IT industry as database administrator and network manager | $150.00 | 3.3 | $495.00 |
| Kevin Martin | Consultant, 6¼ years; 6 years prior experience in financial services; 2 years prior experience in mergers/acquisitions | $135.00 | 1.1 | $148.50 |
| James Myers | Case Support Clerk, 7½ years | $65.00 | 0.3 | $19.50 |

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Noreve Roa | Case Analyst, 4½ years; 2 years prior legal industry experience | $95.00 | 0.3 | $28.50 |
| Airgelou Romero | Case Analyst, 4¾ years; 3 years prior legal industry experience | $95.00 | 5.0 | $475.00 |
| Lauri Shippers | Reconciliation Consultant, 6¼ years; 4 years prior bankruptcy experience (fka Lauri Bogue) | $110.00 | 5.6 | $616.00 |
| Morgan Smith | Case Support Clerk | $65.00 | 0.1 | $6.50 |
| Lucina Solis | Case Support Associate, 5½ years | $45.00 | 1.0 | $45.00 |
| Mabel Soto | Case Support Clerk, 5¼ years | $45.00 | 1.2 | $54.00 |
| Brianna Tate | Case Information Clerk, 5¼ years | $45.00 | 0.5 | $22.50 |
| Anna Wick | Senior Data Analyst, 6¼ years | $75.00 | 1.1 | $121.00 |

| | | | |
|---|---|---|---|
| **Grand Total:** | Fees:  **$12,573.50** | | Hours: **79.0** |
| **Blended Rate:** | **$159.16** | | |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asbestos Claims | 10.5 | $2,194.00 |
| Asbestos PI Claims | 0 | $0.00 |
| Case Administration | 38.6 | $5,677.00 |
| Data Analysis | 6.2 | $787.00 |
| Fee Applications – Applicant | 2.3 | $462.00 |
| Non – Asbestos Claims | 16.9 | $2,591.00 |
| Plan & Disclosure Statement | 4.5 | $862.50 |
| Travel | 0 | $0.00 |
| **Total** | **79.0** | **$12,573.50** |

6

**EXPENSE SUMMARY**

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx User Fee | BMC | $350.00 |
| b-Linx/Data Storage | BMC | $850.00 |
| Document Storage | BMC | $707.60 |
| Pacer | US Courts | $105.84 |
| Shipping/Courier | Fed Ex | 45.46 |
| Website Hosting | BMC | $250.00 |
| | | |
| | | |
| **Total** | | **$2,308.90** |

**PRODUCTION EXPENSE SUMMARY**

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| Not Applicable | | 0.00 |
| | | |
| | | |
| | | |
| **Total** | | **$0.00** |

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $12,367.70 which is comprised of:

  (i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Ninety-Second Fee Period (80% of $12,573.50 = $10,058.80); and

  (ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Ninety-Second Fee Period ($2,308.90);

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: May 3, 2010                              BMC GROUP

By: _____
MYRTLE H. JOHN
600 1st Avenue, Suite 300
Seattle, Washington 98104
Telephone: (206) 516-3300
Telecopier: (206) 516-3304

Claims Reconciliation and Solicitation
Consultant to the Debtors and
Debtors in Possession

## **VERIFICATION**

MYRTLE H. JOHN, after being duly sworn, deposes and says:

1. I am employed by Applicant, BMC Group ("BMC"), the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). I am a Director of BMC, and I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Monthly Fee Invoice comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoice comprised of an Expense Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

DATED: May 3, 2010
El Segundo, California

*[signature]*
MYRTLE H. JOHN

| | |
|---|---|
| State of California | ) |
| | ) |
| County of Los Angeles | ) |

    On May 3, 2010, before me, James H. Myers, a Notary Public, personally appeared Myrtle H. John, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

    I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

    WITNESS my hand and official seal.

*[signature]*

> JAMES H. MYERS
> Commission # 1855175
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jul 19, 2013