# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 05, 2010

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10465

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2010 | LMH | Draft e-mail to D. Mohamed, Stroock, re: revised category spreadsheet. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from T. Currier, Saul, re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | LMH | Draft e-mail to T. Currier, Saul Ewing, re: revised category spreadsheet. | 0.10 | 15.00 |
| | JAW | detailed review of Kirkland & Ellis' November 2009 fee application (4.10) | 4.10 | 625.25 |
| | AL | Update database with Ogilvy's February Electronic Detail (.1); Draft Email to Debbie Melnyk re January and February applications (.1); Receive and review email from Lynzy at Pachulski re fee detail from Beveridge(.1); Reed Smith's February Fee Application (Hard Copy) (.1); Beveridge's February Fee Application (Hard Copy) (.1); Ogilvy's Feb Fee Application (Hard Copy) (.1) | 0.60 | 27.00 |
| 4/2/2010 | JAW | detailed review of Kirkland & Ellis' November 2009 fee application (7.20); draft summary of same (0.20) | 7.40 | 1,128.50 |
| | LMH | Receive and review e-mail from D. Mohamed, Stroock, re: revised 34th period category spreadsheet. | 0.10 | 15.00 |
| 4/3/2010 | MW | Draft monthly application of Warren H. Smith & Associates for March 2010 (.7); review fee and expense detail re same (.7); send same to J. Wehrmann for review (.1). | 1.50 | 210.00 |

214 698-3868

W.R. Grace & Co.                                                                                          Page      2

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/3/2010 | MW | Electronic filing with court of monthly application for compensation of WHS&A for March 2010 (.2); send same for service (.1). | 0.30 | 13.50 |
| 4/5/2010 | AL | Update Database with K&E's February fee detail (.1); Rich's March Fee Detail (.1), K&E's February Hard Copy Fee Detail (.1); Lincoln's 35th interim hard copy application (.1) and February fee applications of AKO (.1), Caplin (.1), Charter (.1), Campbell (.1) and Bilzin (.1). | 0.90 | 40.50 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| 4/6/2010 | BSR | Draft e-mail to James Wehrmann re Kirkland & Ellis fee application review (.1); conference with James Wehrmann re same (.1) | 0.20 | 53.00 |
| | AL | telephone conference with J. Wehrmann re status of K&E October fee application (.1). | 0.10 | 4.50 |
| | BSR | detailed review of Caplin & Drysdale's December 2009 monthly fee application, as well as expenses on Oct. 2009 monthly fee application | 0.60 | 159.00 |
| | JAW | detailed review of Kirkland & Ellis' November 2009 fee application (3.10) | 3.10 | 472.75 |
| | JAW | Proofread W.H. Smith's March 2010 fee notice and detail (0.30); draft e-mail to M. White regarding any necessary revisions (0.10) | 0.40 | 61.00 |
| | AL | Draft email re Lincoln's February fee detail formatting (.1). | 0.10 | 4.50 |
| | AL | Update database with Lincoln's 35th interim electronic application (.1). | 0.10 | 4.50 |
| | BSR | detailed review of Caplin & Drysdale's Nov. 2009 monthly fee application | 0.70 | 185.50 |
| | BSR | research docket for pertinent pleadings and case status | 0.30 | 79.50 |
| 4/7/2010 | BSR | detailed review of Bilzin Sumberg's 35th interim fee application and monthly fee applications | 0.70 | 185.50 |
| | BSR | Draft initial report re Caplin & Drysdale for the 35th interim period | 1.90 | 503.50 |

W.R. Grace & Co.                                                                                    Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/7/2010 | BSR | Draft initial report re Bilzin Sumberg for the 35th interim period | 0.50 | 132.50 |
|  | ALP | Drafted final revisions to Caplin & Drysdale's initial report regarding the 35th interim period (10-12.09) (.2) | 0.20 | 34.50 |
|  | JAW | continued detailed review of Kirkland & Ellis' November 2009 fee application (8.70) | 8.70 | 1,326.75 |
| 4/8/2010 | BSR | Draft e-mail to Bilzin Sumberg re initial report (35Q) | 0.10 | 26.50 |
|  | BSR | Draft email to Robert Chung at AKO re mathematical discrepancy in one of the firm's time entries | 0.20 | 53.00 |
|  | BSR | Draft final report re Anderson Kill & Olick for the 35th interim period | 0.50 | 132.50 |
|  | BSR | detailed review of Anderson Kill & Olick's 35th interim fee application and monthly fee applications | 0.80 | 212.00 |
|  | ALP | Drafted final revisions to Bilzin's initial report regarding the 35th interim period (10-12.09) (.3) | 0.30 | 51.75 |
|  | BSR | Draft e-mail to Caplin & Drysdale re initial report (35Q) | 0.10 | 26.50 |
|  | JAW | detailed review of Kirkland & Ellis' December 2009 fee application (8.70); draft summary of same (0.10). | 8.80 | 1,342.00 |
|  | AL | Receive, review and finalize IR of Caplin for the 35th interim (.3) and Bilzin for the 35th interim (.3). | 0.60 | 27.00 |
| 4/9/2010 | BSR | detailed review of Saul Ewing's quarterly fee application (35Q) and monthly fee applications | 0.30 | 79.50 |
|  | BSR | detailed review of Stroock's 35th interim fee application and monthly fee applications | 2.00 | 530.00 |
|  | JAW | Draft summary of Kirkland & Ellis October 2009 fee application (3.00) | 3.00 | 457.50 |

W.R. Grace & Co.                                                                                  Page      4

|            |      |                                                                                                                                                 | Hours | Amount |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/9/2010   | JAW  | detailed review of Orrick Herrington's December 2009 fee application (3.60); draft summary of same (0.10)                                        | 3.70  | 564.25 |
|            | WHS  | detailed review of FR Anderson 35Q 10-12.09                                                                                                      | 0.20  | 59.00  |
|            | BSR  | Draft initial report re Duane Morris (35Q)                                                                                                       | 0.40  | 106.00 |
|            | AL   | Receive, review and finalize IR of Morris' for the 35th interim (.3).                                                                            | 0.30  | 13.50  |
|            | ALP  | Drafted final revisions to Duane Morris' initial report regarding the 35th interim period (10-12.09) (.3)                                        | 0.30  | 51.75  |
|            | BSR  | detailed review of Duane Morris' 35th interim fee application and monthly fee applications                                                       | 0.60  | 159.00 |
|            | BSR  | Draft e-mail to Duane Morris re initial report (35Q)                                                                                             | 0.10  | 26.50  |
|            | AL   | Update database with K&E's October e-detail (.1) and December's e-detail re same (.2); Update database with AKO's 35th interim final report (.1), K&E October and December summaries (.2). | 0.60  | 27.00  |
|            | BSR  | Draft final report re Duane Morris for the 35th interim period                                                                                   | 0.50  | 132.50 |
|            | AL   | Electronic filing with court of AKO's 35th interim FR (.4).                                                                                      | 0.40  | 18.00  |
| 4/11/2010  | BSR  | research server for fee applications of Alan Rich and Alexander Sanders; draft email to Anthony Lopez re same                                    | 0.10  | 26.50  |
|            | BSR  | Continue detailed review of Saul Ewing's 35th interim fee application.                                                                           | 0.10  | 26.50  |
|            | BSR  | Draft initial report re Saul Ewing for the 35th interim period                                                                                   | 0.30  | 79.50  |
|            | BSR  | detailed review of Pachulski's 35th interim fee application and monthly fee applications                                                         | 0.90  | 238.50 |

W.R. Grace & Co.                                                                                    Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/12/2010 | BSR | detailed review of Lincoln Partners' monthly fee applications for Sept. through Dec. 2009 and quarterly fee application for the 35th interim period (.3); draft email to Debbie Fullem re quarterly covering Lincoln Partners' Sept. 2009 fees and expenses (.1) | 0.40 | 106.00 |
| | AL | research regarding all received applications from Alan Rich (.2); confer with B. Ruhlander re results of research (.1). | 0.30 | 13.50 |
| | AL | Draft email to A. Rich requesting missing fee application (.1). | 0.10 | 4.50 |
| | AL | Electronic filing with court of Morris' 35th interim FR (.3). | 0.30 | 13.50 |
| | AL | Receive, review and finalize IR of Ewing for the 35th interim (.3). | 0.30 | 13.50 |
| | AL | Update database with Lincoln's 35th interim e-detail (.1). | 0.10 | 4.50 |
| | DTW | Review and revise 3rd interim initial report for Saul Ewing, same re Baer (.1). | 0.10 | 16.50 |
| | BSR | Draft initial report re Janet Baer PC for the 35th interim period (1.0); draft email to Janet Baer re same (.1) | 1.10 | 291.50 |
| | BSR | detailed review of Reed Smith's 35th interim fee application and monthly fee applications | 0.70 | 185.50 |
| | BSR | detailed review of Janet Baer PC's 35th interim fee application and monthly fee applications | 1.20 | 318.00 |
| | BSR | research docket for Lincoln Partners' retention application and order (.2); review same (.3) | 0.50 | 132.50 |
| | BSR | detailed review of Beveridge & Diamond's monthly fee applications for Oct through Dec 2009 | 0.30 | 79.50 |
| | BSR | detailed review of Woodcock Washburn's 35th interim fee application and monthly fee applications | 0.20 | 53.00 |
| | BSR | detailed review of Legal Analysis Systems' 35th interim fee application | 0.10 | 26.50 |

W.R. Grace & Co.                                                                                                      Page        6

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/12/2010 | BSR | detailed review of Ogilvy Renault's 35th interim fee application and monthly fee applications | 0.50 | 132.50 |
| | BSR | detailed review of Kramer Levin's 35th interim fee application and monthly fee applications | 0.30 | 79.50 |
| 4/13/2010 | BSR | Draft final report re E&Y for the 4th interim period | 2.20 | 583.00 |
| | AL | Update database with Nelson's September e-detail (.1) and Deloitte Tax hard copy 34th interim fee application 9.1). | 0.20 | 9.00 |
| 4/14/2010 | BSR | detailed review of K&E's Oct. 2009 monthly fee application and fee summary re same, as well as expense portion of Nov. 2009 monthly fee application | 2.10 | 556.50 |
| | AL | Update database with Nelson's September hard copy fee application (.1). | 0.10 | 4.50 |
| 4/15/2010 | BSR | detailed review of expense portion of Kirkland & Ellis' Dec. 2009 monthly fee application | 0.20 | 53.00 |
| | AL | update database with Day Pitney's February Fee Application (Hard Copy) (.1) update database with 35th Interim Summaries (.2); update database with Beveridge's January Fee Application (Electronic Copy) (.1); update database with Pitney's February Fee Application (Hard Copy) (.1); update database with Rich's March Fee Application (Electronic Copy) (.1); draft email to Alan Rich requesting non pdf'd electronic march fee application (.1); draft requesting K&E's February fee detail (.1); update database with K&E's February Fee Application pdf version (.1); exchange multiple emails with Alan Rich regarding formatting of fee detail (.2) | 1.10 | 49.50 |
| 4/16/2010 | AL | Draft email to Pachulski requesting non pdf January Fee Detail; update database with same | 0.20 | 9.00 |
| 4/17/2010 | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 4/18/2010 | AL | Receive, review and finalize IR for K&E's 35Q | 0.30 | 13.50 |
| | AL | Draft email to B. Ruhlander re Baer's IR Response | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                          Page        7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/18/2010 | AL | Update database with 35Q summaries | 0.20 | 9.00 |
|  | DTW | Review and revise 35th interim initial report for K&E (.1). | 0.10 | 16.50 |
|  | BSR | Draft initial report re K&E for the 35th interim period | 2.00 | 530.00 |
| 4/19/2010 | AL | Update database with Casner's February Fee Application (Hard Copy) (.1); Venable's June Fee Application (Hard Copy) (.1); | 0.20 | 9.00 |
|  | BSR | detailed review of PwC's Nov. 2009 monthly fee application | 1.00 | 265.00 |
|  | BSR | detailed review (cont'd) of PwC's Oct. 2009 monthly fee application | 0.80 | 212.00 |
|  | BSR | detailed review of expense portion of Orrick's interim fee application | 0.50 | 132.50 |
|  | BSR | Draft e-mail to K&E re initial report for the 35th interim period | 0.10 | 26.50 |
|  | BSR | receive, review, and respond to email from Debbie Fullem re Piper Jaffray final fee application | 0.10 | 26.50 |
| 4/20/2010 | BSR | Draft initial report re PwC for the 35th interim period | 0.70 | 185.50 |
|  | BSR | detailed review of PwC's 35th interim fee application and Dec. 2009 monthly fee application | 0.70 | 185.50 |
| 4/21/2010 | BSR | Draft initial report re Orrick for the 35th interim period | 1.50 | 397.50 |
|  | BSR | Draft e-mail to Kathleen Miller re PwC initial report (35Q) | 0.10 | 26.50 |
|  | BSR | detailed review of Alexander Sanders' quarterly application for the 35th interim period, as well as monthly applications | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                          Page      8

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/21/2010 | BSR | detailed review of Alan Rich's quarterly interim fee application for the 35th interim period and monthly fee applications | 0.50 | 132.50 |
| | BSR | detailed review of Orrick's Nov. 2009 monthly fee application | 0.90 | 238.50 |
| | DTW | Review and revise PwC initial report for the 35th interim period (.1). | 0.10 | 16.50 |
| | AL | Update database in PWC's February Fee Application (Electronic Copy) (.1); Capstone's January and February Fee Application (electronic versions) (.2) | 0.30 | 13.50 |
| | AL | Receive, review and finalize IR for PWC's 35Q | 0.30 | 13.50 |
| 4/22/2010 | DTW | Review and revise Orrick initial report (.1). | 0.10 | 16.50 |
| | AL | Update database with CNO re Saul Ewing for February's Fee Application (.1); and Kramer Levin's CNO re same (.1); update database with hard copy fee detail for Capstone for February (.1) and January 2010 (.2). | 0.50 | 22.50 |
| | AL | Receive, review and finalize IR for Orrick's 35Q | 0.30 | 13.50 |
| | BSR | Draft e-mail to Orrick re initial report (35Q) | 0.10 | 26.50 |
| 4/23/2010 | AL | Update database with Nelson's 35Q Fee Application (electronic pdf only) | 0.10 | 4.50 |
| 4/25/2010 | BSR | research docket for recent case developments (including brief review of amended Ch. 11 plan) | 0.30 | 79.50 |
| 4/26/2010 | BSR | detailed review of Blackstone's 35th interim fee application and Oct. and Dec. 2009 monthly fee applications | 0.30 | 79.50 |
| | BSR | research server for BMC fee applications for the 35th interim period (Oct-Dec. 2009) | 0.10 | 26.50 |
| | BSR | detailed review of 35th interim fee application of Beveridge & Diamond | 0.10 | 26.50 |

W.R. Grace & Co.                                                                                           Page      9

|            |     |                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/26/2010  | BSR | detailed review of Baker Donelson's Oct. and Nov. 2009 monthly fee applications (.1); research server for Dec. 2009 and 35th interim fee application for Baker Donelson (.1); draft email to Frank Childress inquiring as to same (.1) | 0.30  | 79.50  |
|            | BSR | detailed review of Campbell & Levine's Oct. 2009 monthly fee application                                                                                                                                                   | 0.50  | 132.50 |
|            | BSR | detailed review of David Austern's Oct. 2009 monthly fee application                                                                                                                                                       | 0.10  | 26.50  |
|            | BSR | detailed review of Campbell & Levine's Nov. 2009 monthly fee application                                                                                                                                                   | 0.40  | 106.00 |
|            | BSR | detailed review of Campbell & Levine's Dec. 2009 monthly fee application and 35th interim fee application                                                                                                                  | 0.50  | 132.50 |
|            | BSR | Draft e-mail to Kathleen Campbell Davis re Campbell & Levine's 35th interim fee application                                                                                                                                 | 0.30  | 79.50  |
|            | BSR | detailed review of Capstone's 35th interim fee application and monthly fee applications                                                                                                                                    | 0.50  | 132.50 |
|            | BSR | detailed review of Casner & Edwards' 35th interim fee application and monthly fee applications                                                                                                                             | 0.30  | 79.50  |
|            | BSR | detailed review of Day Pitney's monthly fee applications for Oct. through Dec. 2009 (.1); research Day Pitney's 35th interim fee application (.1); draft email to K. Begley at Day Pitney inquiring as to status of same (.1) | 0.30  | 79.50  |
|            | BSR | research Towers Perrin Oct. 2009 monthly fee application and download same                                                                                                                                                 | 0.10  | 26.50  |
|            | BSR | Research November and December monthlies and quarterly fee application for David Austern and draft email to Debra Fullem inquiring as to status of same                                                                     | 0.20  | 53.00  |
|            | BSR | receive, review, and respond to email from Celeste Hart at PGS re timing for hearing Piper Jaffray's final fee application                                                                                                  | 0.30  | 79.50  |
|            | BSR | detailed review of Towers Perrin's quarterly interim fee application for the 35th interim period and Oct. 2009 monthly fee application                                                                                       | 0.10  | 26.50  |

W.R. Grace & Co.                                                                                    Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/2010 | BSR | detailed review of Protiviti's quarterly fee application for the 35th interim period and monthly application for same | 0.30 | 79.50 |
|  | BSR | research Protiviti's quarterly fee application for the 35th interim period and download same | 0.20 | 53.00 |
|  | BSR | Exchange emails with Debra Fullem at Orrick re timetable for hearing final fee applications | 0.10 | 26.50 |
|  | AL | Update database with Nelson's December Summary (.1)Draft email requesting Casner's February Fee Application in non pdf format. (.1) | 0.20 | 9.00 |
| 4/27/2010 | WHS | Receive and review agenda | 0.10 | 29.50 |
|  | AL | Receive, review and finalize IR of Ferry's 35Q | 0.30 | 13.50 |
|  | AL | Draft email to Orrick requesting March fee application | 0.10 | 4.50 |
|  | BSR | research status of Venable's Dec. 2009 and quarterly fee applications (not yet rec'd) (.2); detailed review of Venable's Oct. 2009 monthly fee application, along with fee summary for same (.2) | 0.40 | 106.00 |
|  | BSR | detailed review of Charter Oak's 35th interim fee application and monthly fee applications | 0.30 | 79.50 |
|  | BSR | Draft email to Adam Kahn of Foley Hoag. | 0.10 | 26.50 |
|  | BSR | Draft e-mail to Ferry Joseph re initial report on firm's 35th interim fee application | 0.10 | 26.50 |
|  | BSR | Receive and review hearing agenda for May 3rd hearing and telephone conference with Melanie White re same | 0.10 | 26.50 |
|  | BSR | Draft e-mail to Adam Kahn at Foley Hoag with inquiries concerning firm's 35th interim fee application | 0.10 | 26.50 |
|  | BSR | detailed review of Foley Hoag's quarterly interim fee application (35Q) and monthly fee applications | 0.40 | 106.00 |

W.R. Grace & Co.                                                                                                    Page    11

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/27/2010 | BSR | Draft initial report re Ferry Joseph for the 35th interim period | 0.40 | 106.00 |
| | BSR | detailed review of Ferry Joseph's monthly fee applications for October through December 2009 (.7); research Ferry Joseph's quarterly fee application (35Q) (.1) and review same (.1) | 0.90 | 238.50 |
| 4/28/2010 | DTW | Review and revise 35th initial report for Joseph Ferry (.1). | 0.10 | 16.50 |
| | AL | Draft email requesting K&L's March fee application in an editable version | 0.10 | 4.50 |
| | BSR | detailed review of Nelson Mullins' Sept. 2009 monthly fee application (.1); research server for any quarterly applications for Nelson Mullins for the 33rd and 34th interim periods (.1) | 0.20 | 53.00 |
| | BSR | detailed review of Steptoe & Johnson's monthly fee applications for October - December 2009 (.2); research server for quarterly fee applications for the 34th and 35th interim periods (.1) | 0.30 | 79.50 |
| | BSR | detailed review of Deloitte Tax's 33rd interim fee application and Sept. 2009 monthly fee application | 0.50 | 132.50 |
| | BSR | detailed review of Holme Roberts & Owen's June 2009 monthly fee application and 33rd interim fee application | 0.30 | 79.50 |
| | BSR | detailed review of Tre Angeli's quarterly fee application for July-Sept 2009 | 0.20 | 53.00 |
| | BSR | telephone conference with legal asst. from Foley Hoag concerning fee and expense reductions | 0.10 | 26.50 |
| | AL | Update database with K&L's March fee application pdf version only (.1); Ogilvy's March fee application (electronic version) (.1); with K&L's March fee application (full electronic version) (.1); Orrick's March fee application (hard copy) (.2); Reed's March fee detail (electronic version) (.1); Bilzin's March fee application (hard copy) (.2) Stroock's January fee detail (electronic version)(.1) | 0.90 | 40.50 |
| 4/29/2010 | AL | Update database with Baer's March fee application (electronic version) (.1) Ewing's March fee application (electronic version) (.1) K&L's March fee application (hard copy) (.1) Stroock's March fee application (hard copy) (.2); | 1.10 | 49.50 |

W.R. Grace & Co.                                                                                                Page    12

|  |  | Hours | Amount |
|---|---|---|---|
|  | Foley's March fee application (hard copy) (.2); Ogilvy's March fee application (hard copy) (.2); Baer's March fee application (hard copy) (.2) |  |  |
| 4/29/2010 AL | Telephone conference with B. Ruhlander re Casner's filed fee applications | 0.10 | 4.50 |
| 4/30/2010 AL | Draft email to Blackstone requesting March fee application in an editable format (.1); email to B. Ruhlander re Lauzon's March fee application (.1) | 0.20 | 9.00 |
| AL | Update database with Blackstone's March Fee Application (Hard Copy) (.2); Ewing's March Fee Application (hard copy) (.1);  Lauzon's March Fee Application (electronic) (.1); Orrick's 35Q IR Response (.1); update database with monthly fee applications of Lauzon (.3), Hogan Firm (.2) and Scarfone Hawkins (.3) for December - March 2010; update database with interim applications re Lauzon (.1) and Scarfone Hawkins (.1); Nelson's 33Q Fee Application (Hard Copy) (.2) | 1.70 | 76.50 |

**For professional services rendered**                                            **97.30** **$18,018.00**

Additional Charges :

| 4/30/2010 Copying cost |  | 39.10 |
|---|---|---|
| PACER Charges |  | 35.44 |
| Third party copies & document prep/setup. |  | 84.23 |
| Westlaw Charges |  | 31.19 |

**Total additional charges**                                                                     **$189.96**

**Total amount of this bill**                                                                      **$18,207.96**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.80 | 172.50 | $138.00 |

W.R. Grace & Co.                                                    Page     13

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Anthony Lopez | 13.40 | 45.00 | $603.00 |
| Bobbi S. Ruhlander | 40.70 | 265.00 | $10,785.50 |
| Doreen Williams | 0.50 | 165.00 | $82.50 |
| James A. Wehrmann | 39.20 | 152.50 | $5,978.00 |
| Lisa M Hamm | 0.40 | 150.00 | $60.00 |
| Melanie White | 1.50 | 140.00 | $210.00 |
| Melanie White | 0.30 | 45.00 | $13.50 |
| Warren H Smith | 0.50 | 295.00 | $147.50 |