# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 06, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10470

Professional Services

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 1/4/2010 | LMH | Draft e-mail to B. Ruhlander re: revised calculations for Richardson Patrick's cumulative category figures. | 0.10 | 15.00 |
| | AL | Update database with Casner's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with FTI's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Caplin's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Reed's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Pitney's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Kirkland's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ferry's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Bilzin's November Fee Application ( Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page      2

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/4/2010 | AL | Update database with Bilzin's October Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Beveridge's November Fee Application ( Electronic Copy) | 0.10 | 4.50 |
| | LMH | detailed review of category spreadsheet and revise formula references for Richardson Patrick's cumulative figures. | 0.20 | 30.00 |
| | BSR | detailed review of Caplin & Drysdale's July and August 2009 monthly fee applications (expenses only) and fee summaries re same, as well as Sept. 2009 monthly fee application | 2.40 | 624.00 |
| | BSR | detailed review of JS Baer PC's quarterly fee application for the 34th interim period, as well as expenses for the monthly fee applications (.5); draft email to Janet Baer with questions re same (.2) | 0.70 | 182.00 |
| | BSR | detailed review of Anderson Kill & Olick's Sept. 2009 monthly fee application and 34th quarterly fee application | 0.70 | 182.00 |
| | BSR | detailed review of Anderson Kill & Olick's July and August 2009 monthly fee applications (expenses only) | 0.20 | 52.00 |
| 1/5/2010 | AL | Update database with Casner's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's September Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Beveridge's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Casner's November Fee Detail | 0.10 | 4.50 |
| | BSR | Draft initial report re Caplin & Drysdale for the 34th interim period | 5.30 | 1,378.00 |
| 1/6/2010 | AL | receive, review, finalize, and serve IR for Caplin's 34th Interim | 0.20 | 9.00 |
| | DTW | Review Caplin initial report and draft email to B. Ruhlander re same (.2), telephone call with B. Ruhlander (.1) and revising Caplin initial report (.1). | 0.40 | 66.00 |

W.R. Grace & Co.                                                                                          Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/6/2010 | MW | Draft monthly fee application for December 2009 (.6); detailed review of fees and expenses re same (.4); send same to J. Wehrmann and W. Smith for final approval (.1) | 1.10 | 143.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: revised calculations for Richardson Patrick. | 0.10 | 15.00 |
| | BSR | Draft initial report re Bilzin Sumberg for the 34th interim period | 0.50 | 130.00 |
| | BSR | detailed review of Bilzin Sumberg's 34th interim fee application and monthly fee applications | 0.80 | 208.00 |
| | BSR | telephone conference with Doreen Williams re initial report for Caplin & Drysdale (34Q); draft email to Rita Tobin re initial report | 0.10 | 26.00 |
| 1/7/2010 | AL | Update database with Austern's October CNO | 0.10 | 4.50 |
| | AL | Update database with Reed's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | DTW | Review and revise 34th interim initial report for Bilzin (.1). | 0.10 | 16.50 |
| | JAW | Proofread W.H. Smith's fee December 2009 fee notice and fee statement (0.2); e-mail to M. White regarding any needed revisions (0.1) | 0.30 | 45.00 |
| | AL | Update database with  Baker's October and November Fee Application's (hard copies) | 0.20 | 9.00 |
| | AL | Update database with Baker's October and November Fee Application's (electronic version) | 0.20 | 9.00 |
| 1/8/2010 | AL | receive, review, finalize, and serve IR for Bilzin's 34th interim | 0.20 | 9.00 |
| | AL | Update database with Stroock's November Fee Application ( Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Beveridge's July Fee Application ( Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                                Page       4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/2010 | AL | Draft 13th Interim prior period paragraphs for all applicants, for final final reports | 2.00 | 250.00 |
| 1/11/2010 | AL | Update database with Pitney's 34th Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with HRO's 32nd Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Capstone's October Fee Application ( electronic copy) | 0.10 | 4.50 |
| | AL | E-filing with the Court of WHSA's December Invoice | 0.40 | 18.00 |
| 1/12/2010 | AL | Update database with Proviti's December Fee Application (electronic copy) | 0.10 | 4.50 |
| | AL | Update database with HRO's 32 Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Philip's 21st Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with PWC's November Fee Application ( hard copy) | 0.10 | 4.50 |
| | JAW | detailed review of Kirkland & Ellis September 2009 fee application (9.6) | 9.60 | 1,440.00 |
| | AL | Update database with Capstone's October Fee Application ( hard copy) | 0.10 | 4.50 |
| 1/13/2010 | AL | Update database with Philip's 33rd Interim Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with Woodcock's November fee detail | 0.10 | 4.50 |
| | JAW | detailed review of Kirkland & Ellis September 2009 fee application (8.8) | 8.80 | 1,320.00 |

W.R. Grace & Co.                                                                                    Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/13/2010 | BSR | Draft e-mail to Holly Bull re K&E Sept. 2009 monthly fee application; telephone conference with Maureen McCarthy re same | 0.10 | 26.00 |
| 1/14/2010 | JAW | Draft summary of Kirkland & Ellis September 2009 fee application (4.8) | 4.80 | 720.00 |
| | BSR | Receive and review fee summaries for K&E for July, August and Sept. 2009 monthly fee applications and edit same for inclusion in initial report | 1.80 | 468.00 |
| | AL | Update database with Woodcock's November Fee Application ( hard copy) | 0.10 | 4.50 |
| | AL | Update database with K&E's September Summary | 0.10 | 4.50 |
| | BSR | Conference with James Wehrmann re K&E Sept. 2009 monthly fee application and fee summary | 0.10 | 26.00 |
| 1/15/2010 | BSR | detailed review of K&E's 34th interim fee application and monthly fee applications for same (6.5), as well as fee summaries re same (.5) | 7.10 | 1,846.00 |
| 1/17/2010 | BSR | Draft initial report re K&E for the 34th interim period | 4.40 | 1,144.00 |
| 1/18/2010 | BSR | telephone conference with Deanna Boll re case status | 0.20 | 52.00 |
| | BSR | Draft e-mail to Bilzin Sumberg re initial report (34Q) | 0.10 | 26.00 |
| | BSR | telephone conference with Melanie White re case status and status of applicants' spreadsheets and "prior period" paragraphs | 0.10 | 26.00 |
| | BSR | Draft e-mail to Saul Ewing re initial report for the 34th interim period | 0.10 | 26.00 |
| | AL | receive, review, finalize, and serve K&E's 34th Q IR | 0.30 | 13.50 |
| | AL | receive, review, finalize, and serve Ewing's 34Q IR | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                      Page        6

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/18/2010 | BSR | detailed review of Pachulski's July, August and Sept. 2009 monthly fee applications | 1.10 | 286.00 |
| | BSR | Draft e-mail to L. Oberholzer inquiring as to status of Pachulski's quarterly fee application for the 34th interim period; draft email to Jamie O'Neill with inquiry as to time entry error | 0.30 | 78.00 |
| | BSR | Draft initial report re Saul Ewing for the 34th interim period | 0.60 | 156.00 |
| | BSR | Draft e-mail to Kirkland & Ellis re initial report (34th) | 0.10 | 26.00 |
| | BSR | detailed review of Saul Ewing's quarterly application (34Q) and monthly fee applications for August and Sept. 2009 | 0.50 | 130.00 |
| | BSR | detailed review of Stroock's July 2009 monthly fee application, as well as expenses and fee summary for August 2009 monthly fee application | 1.00 | 260.00 |
| | DTW | Review and revise K&E initial report for the 34th interim period (.1); same re Saul Ewing (.1) | 0.20 | 33.00 |
| 1/19/2010 | BSR | telephone conference with Teresa Currier re initial report for Saul Ewing (34Q); draft email to Teresa re same | 0.20 | 52.00 |
| | LMH | telephone conference with B. Ruhlander re: research for updated meals survey requested by the Court. | 0.10 | 15.00 |
| | BSR | telephone conference with Warren Smith re formatting of final reports on final fee applications, as well as case status (.1); conference with Anthony Lopez re same (.1) | 0.20 | 52.00 |
| | BSR | telephone conference with Warren Smith re updating meal survey; telephone conferences with Lisa Hamm and Alexa Parnell re same | 0.20 | 52.00 |
| 1/20/2010 | BSR | Draft e-mail to Anthony Lopez re Piper Jaffray prior paragraphs and chart | 0.10 | 26.00 |
| | BSR | detailed review of Campbell  & Levine's 34th interim fee application and monthly fee applications (1.0); draft email to Kathleen Davis Campbell Davis re same (.1) | 1.10 | 286.00 |

W.R. Grace & Co.                                                                                          Page        7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/20/2010 | BSR | detailed review of Beveridge & Diamond's 34th interim fee application and monthly fee applications (.3); draft email to Pamela Marks re same (.1) | 0.40 | 104.00 |
|  | WHS | Receive and review agenda | 0.10 | 29.50 |
|  | BSR | detailed review of LAS' 34th interim fee application and monthly fee applications | 0.30 | 78.00 |
|  | MW | Draft detailed spreadsheet regarding recommended fees and expenses for Piper Jaffray for the 20th interim through the 32nd interim (4.0); review PACER regarding Docket numbers re same (1.2); send same to B. Ruhlander and confer re same (.1). | 5.30 | 689.00 |
|  | AL | Draft Prior Period Paragraphs for Piper Jeffary's 20th through 33rd Interim | 4.50 | 562.50 |
|  | JAW | detailed review of Stroock September 2009 fee application (3.8) | 3.80 | 570.00 |
|  | BSR | detailed review of Venable's July and August 2009 monthly fee applications | 0.40 | 104.00 |
|  | BSR | detailed review of Piper Jaffray's 34th interim fee application and monthly invoices (.1); detailed review of Piper Jaffray's final fee application (.2) | 0.30 | 78.00 |
|  | AL | Research PACER for all filed final reports for 15th interim (2.0); research entered orders re same (.5); draft prior period paragraphs for all applicants in 15th interim.(3.4) | 5.90 | 265.50 |
|  | BSR | Receive and review hearing agenda for Jan. 25; respond to email from Melanie White re same | 0.10 | 26.00 |
| 1/21/2010 | BSR | Continued review of fee and expense spreadsheet and prior period paragraphs prepared for Piper Jaffray (2.6); draft email to Warren Smith re format used for spreadsheet and prior period paragraphs (.2) | 2.80 | 728.00 |
|  | BSR | Draft final report re Piper Jaffray's 34th interim and final fee applications | 1.20 | 312.00 |
|  | JAW | Draft summary of Stroock September 2009 fee application (1.0) | 1.00 | 150.00 |

W.R. Grace & Co.                                                                                          Page     8

|            |     |                                                                                                  | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------|-------|--------|
| 1/21/2010  | AL  | Update database with Stroock's September Summary                                                 | 0.10  | 4.50   |
| 1/22/2010  | BSR | telephone conference with Lisa Hamm re format of chart for possible use in final reports, as well as prior paragraphs | 0.10  | 26.00  |
|            | AL  | Electronic filing with court of Piper's Final Q FR                                                | 0.30  | 13.50  |
|            | AL  | Update database with Pachulski's 34th Interim Fee Application (Hard Copy)                         | 0.10  | 4.50   |
|            | AL  | Research PACER for all filed final reports for 14th interim (2.0); research entered orders re same (.5) | 2.50  | 112.50 |
| 1/23/2010  | BSR | research regarding meal prices                                                                   | 1.20  | 312.00 |
| 1/24/2010  | AL  | Draft of 14th Interim Prior Period Paragraph's                                                   | 2.00  | 250.00 |
| 1/25/2010  | JAW | detailed review of Venable September 2009 fee application (2.1); draft summary of same (0.2)      | 2.30  | 345.00 |
| 1/26/2010  | BSR | detailed review of Blackstone's 34th interim fee application and monthly fee applications         | 0.30  | 78.00  |
|            | BSR | detailed review of Holme Roberts & Owens Jan, Feb, and March 2009 monthly fee applications        | 0.20  | 52.00  |
|            | BSR | detailed review of Kramer Levin's 34th interim fee application and monthly fee applications        | 0.70  | 182.00 |
|            | BSR | Draft initial report re Kramer Levin for the 34th interim period                                  | 0.40  | 104.00 |
|            | BSR | detailed review of PwC's July 2009 monthly fee application                                        | 0.30  | 78.00  |
|            | AL  | Update database with Pachulski's October Fee Detail                                               | 0.10  | 4.50   |

W.R. Grace & Co.                                                                                        Page      9

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/27/2010 | DTW | Review and revise 34th interim initial report for PwC and Kramer Levin(.2). | 0.20 | 33.00 |
| | AL | Update database with Pachulski's October  Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | detailed review of PwC's 34th interim fee application and monthly fee applications | 1.00 | 260.00 |
| | AL | receive, review, finalize, and serve Kramer's 34Q IR | 0.20 | 9.00 |
| 1/28/2010 | BSR | Draft e-mail to Kramer Levin re initial report for the 34th interim period | 0.10 | 26.00 |
| | AL | Update database with Baer's December Fee Detail | 0.10 | 4.50 |
| | BSR | Draft initial report re PwC for the 34th interim period | 2.60 | 676.00 |
| | AL | Update database with Baer's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with PWC's December Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Morris' December Fee Detail | 0.10 | 4.50 |
| 1/29/2010 | AL | Update database with Morris' December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Holme's April Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Holme's May Fee Detail | 0.10 | 4.50 |
| | BSR | detailed review of Stroock's 34th interim fee application and Sept. 2009 monthly fee application, as well as fee summary re same | 0.70 | 182.00 |

W.R. Grace & Co.                                                                                          Page      10

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/29/2010 | AL | Update database with Caplin's 28th Interim Response | 0.10 | 4.50 |
| | AL | Update database with Orrick's 28th Interim Response | 0.10 | 4.50 |
| | AL | receive, review, finalize, and serve PWC's 34Q IR | 0.20 | 9.00 |
| | AL | Update database with Richard's December Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Ewing's December Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Stroock's December Fee Detail | 0.10 | 4.50 |
| | BSR | Draft e-mail to Kathleen Miller re PwC initial report (34Q) | 0.10 | 26.00 |
| 1/31/2010 | BSR | research server and Pacer for applications net yet received for the 34th interim period | 1.00 | 260.00 |
| | DTW | Review and revise Stroock initial report for 34th interim (.1). | 0.10 | 16.50 |
| | DTW | Review and revise Venable's initial report for the 34th interim period (.1). | 0.10 | 16.50 |
| | BSR | detailed review of Holme's quarterly fee application for the 32nd interim period | 0.10 | 26.00 |
| | BSR | detailed review of Venable's Sept. 2009 monthly fee application | 0.20 | 52.00 |
| | BSR | Draft initial report re Venable for the 34th interim period | 0.40 | 104.00 |
| | BSR | detailed review of Reed Smith 34th interim fee application and monthly fee applications | 0.80 | 208.00 |

W.R. Grace & Co.                                                                                          Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/1/2010 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: pending tasks. | 0.10 | 15.00 |
|  | LMH | Draft e-mail to B. Ruhlander re: timing for 34th interim period category spreadsheet. | 0.10 | 15.00 |
|  | LMH | Receive and review e-mail from B. Ruhlander re: schedule for 34th interim period category spreadsheet. | 0.10 | 15.00 |
|  | AL | Update database with Ferry's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Reed's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | BSR | Draft e-mails to Venable and Stroock re initial reports for the 34th interim period | 0.20 | 52.00 |
|  | BSR | detailed review of Nelson Mullins' July and August 2009 monthly fee applications | 0.10 | 26.00 |
|  | LMH | Left detailed telephone voicemail for B. Ruhlander re: pending tasks. | 0.10 | 15.00 |
|  | BSR | detailed review of Ogilvy Renault's July and August 2009 monthly fee applications | 0.20 | 52.00 |
| 2/2/2010 | AL | Update database with PWC's December Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Ogilvy's December Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Woodcock's December Fee Detail | 0.10 | 4.50 |
|  | BSR | detailed review of Ogilvey Renault's Sept. 2009 monthly fee application and 34th interim fee application | 0.30 | 78.00 |
|  | LMH | detailed review of Day Pitney's July 2009 application. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                      Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2010 | BSR | detailed review of Phillips Goldman & Spence's June 2009 monthly fee application and 33rd interim fee application | 0.40 | 104.00 |
|  | AL | Update database with Orrick's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | LMH | detailed review of Day Pitney's August 2009 application. | 0.10 | 15.00 |
|  | LMH | detailed review of Day Pitney's September 2009 application. | 0.10 | 15.00 |
|  | LMH | detailed review of Day Pitney's quarterly application for the 34th interim period, and draft e-mail to B. Ruhlander re: same. | 0.10 | 15.00 |
|  | LMH | Receive and review e-mail from B. Ruhlander re: Day Pitney's cumulative fee application fees. | 0.10 | 15.00 |
|  | BSR | receive, review, and respond to email from Lisa Hamm re Day Pitney's fee application (and their fees for fee application preparation) | 0.10 | 26.00 |
|  | BSR | Draft initial report re Phillips Goldman & Spence for the 33rd interim period | 1.00 | 260.00 |
|  | AL | Update database with Pachulski's November Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Draft and E-Filing of WHSA's December CNO | 0.40 | 18.00 |
|  | AL | Update database with Anderson's December Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Charter's December Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Campbell's December Fee Application ( Hard Copy) | 0.10 | 4.50 |
|  | LMH | detailed review of Charter Oak Financial Consultants' July 2009 application. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                           Page     13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2010 | LMH | detailed review of Charter Oak Financial Consultants' September 2009 application. | 0.10 | 15.00 |
| 2/3/2010 | AL | receive, review, finalize, and serve Phillip's 33Q IR | 0.30 | 13.50 |
|  | AL | Update database with HRO's June Fee Application (Electronic Version) | 0.10 | 4.50 |
|  | LMH | detailed review of Casner's interim fee application for the 34th period, and draft e-mail to B. Ruhlander re: same. | 0.20 | 30.00 |
|  | LMH | detailed review of Ferry Joseph's September 2009 application. | 0.20 | 30.00 |
|  | AL | Update database with Woodcock's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | LMH | detailed review of Charter Oak's interim application for the thirty-fourth interim period. | 0.10 | 15.00 |
|  | LMH | detailed review of Ferry Joseph's interim application for the thirty-fourth interim period. | 0.10 | 15.00 |
|  | LMH | detailed review of Foley Hoag's thirty-fourth interim period application. | 0.30 | 45.00 |
|  | AL | Update database with Ogilvy's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Pachulski's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Pitney's November Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Kirkland's December  Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | LMH | Draft e-mail to B. Ruhlander re: Foley Hoag's thirty-fourth interim application. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                      Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2010 | LMH | Draft e-mail to B. Ruhlander re: potentially objectionable fee entries from Ferry Joseph's thirty-fourth interim period application. | 0.40 | 60.00 |
| | LMH | Draft initial report for Capstone's 34th interim period application. | 0.80 | 120.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Casner's interim application for the thirty-fourth period. | 0.10 | 15.00 |
| | LMH | detailed review of Capstone Advisory Group's August 2009 application. | 0.40 | 60.00 |
| | LMH | Draft e-mail to B. Ruhlander re: Charter Oak's interim application for the 34th interim period. | 0.10 | 15.00 |
| | AL | Draft of WHSA's January Invoice | 0.50 | 22.50 |
| | LMH | Receive and review multiple e-mails from B. Ruhlander re: parameters for updated meal survey. | 0.20 | 30.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Ferry Joseph's thirty-fourth interim period application. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: Capstone's thirty-fourth interim period initial report. | 0.10 | 15.00 |
| | BSR | Draft e-mails to various applicants re initial reports | 0.10 | 26.00 |
| | LMH | detailed review of Capstone Advisory Group's July 2009 application. | 0.30 | 45.00 |
| | LMH | detailed review of Capstone Advisory Group's September 2009 application. | 0.40 | 60.00 |
| | LMH | detailed review of Casner's July 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Ferry Joseph's July 2009 application. | 0.30 | 45.00 |

W.R. Grace & Co.                                                                                         Page    15

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2010 | DTW | Review and revise Phillips 33rd interim initial report (.1). | 0.10 | 16.50 |
| | BSR | telephone conference with Lisa Hamm re updating meal survey (.1); forward emails to Lisa Hamm re previous meal survey methodology (.2) | 0.30 | 78.00 |
| | BSR | research regarding meal costs in areas near New York law firms working on case | 1.80 | 468.00 |
| | JAW | Proofread W.H. Smith's January 2010 fee notice and fee detail (0.4); e-mail to M. White regarding any revisions (0.1) | 0.50 | 75.00 |
| | BSR | Receive and review draft initial report re Capstone for the 34th interim period | 0.20 | 52.00 |
| | LMH | detailed review of Casner's August 2009 application. | 0.10 | 15.00 |
| | LMH | detailed review of Ferry Joseph's August 2009 application. | 0.20 | 30.00 |
| | LMH | telephone conference with B. Ruhlander re: updated meal cost survey. | 0.10 | 15.00 |
| | LMH | detailed review of Casner's September 2009 application. | 0.10 | 15.00 |
| 2/4/2010 | BSR | telephone conference with Warren Smith re addressing applicants included in omnibus quarterly applications of debtor's professionals and unsecured committee's professionals | 0.10 | 26.00 |
| | MW | detailed review of all fees and expenses for the 35th interim period (1.0); work with A. Lopez to draft interim fee application of WHS&A (.5); review same (.3); draft email to J. Wehrmann for final review (.1). | 1.90 | 247.00 |
| | AL | receive, review, finalize, and serve Capstone's 3Q IR | 0.30 | 13.50 |
| | AL | Update database with K&E's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with K&E's December Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                           Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/4/2010 | AL | Draft WHSA's 35th Interim Fee Application | 2.50 | 112.50 |
|  | AL | Update database with Lincoln's December Fee Detail | 0.10 | 4.50 |
|  | JAW | Proofread W.H. Smith's 35th Interim Fee Application (October 1, 2009 - December 31, 2009) and fee detail (0.2); e-mail to M. White regarding any revisions (0.1) | 0.30 | 45.00 |
| 2/5/2010 | AL | Update database with Saul's 35th Q Fee Application (Electronic Version) | 0.10 | 4.50 |
|  | AL | Update database with Lincoln's December Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Casner's December Fee Application (Electronic Copy) | 0.10 | 4.50 |
|  | AL | E-Filing of WHSA's January Fee Application | 0.30 | 13.50 |
|  | AL | Electronic filing with court of WHSA's 35th Interim Fee Application | 0.30 | 13.50 |
|  | AL | Update database with BKD's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| 2/7/2010 | BSR | detailed review of Orrick's 34th interim fee application and monthlies for same | 3.00 | 780.00 |
| 2/8/2010 | AL | Update database with Morris' July Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Morris' August Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Morris' September Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Saul Ewing's 35th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                        Page     17

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/8/2010 | AL | Update database with Casner's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Baer's 35th Interim Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Rich's 35th Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Beveridge's December Fee Detail | 0.10 | 4.50 |
| 2/9/2010 | BSR | telephone conference with Celeste Hart re PGS's response to initial report (33Q) | 0.10 | 26.00 |
| 2/10/2010 | WHS | Receive and review agenda | 0.10 | 29.50 |
| | BSR | research (cont.) regarding New York City meal prices (1.8); draft memo re same (1.8) | 3.60 | 936.00 |
| | AL | Update database with Sander's 35th Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Sander's January Fee Detail | 0.10 | 4.50 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: revised NYC meal survey | 0.10 | 15.00 |
| | LMH | research regarding Washington DC meal survey. | 2.10 | 315.00 |
| | BSR | Receive and review Feb. 16 hearing agenda and respond to emails from Warren Smith and Melanie White re same | 0.10 | 26.00 |
| | BSR | Receive and review memorandum re Washington DC meal prices | 0.30 | 78.00 |
| 2/11/2010 | BSR | review of itemized expense spreadsheet sent by Orrick for their July - Sept 2009 expenses and compare with monthly fee applications | 1.80 | 468.00 |

W.R. Grace & Co.                                                                                                Page     18

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/11/2010 | LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: updated meal cost survey. | 0.40 | 60.00 |
| | LMH | Continued research regarding Washington DC meal survey. | 1.30 | 195.00 |
| | BSR | research regarding Dallas meal prices (2.0); draft memo to Warren Smith re same (.5) | 2.50 | 650.00 |
| 2/12/2010 | LMH | Receive and review e-mail from B. Ruhlander re: revised meal surveys. | 0.10 | 15.00 |
| | LMH | Additional research regarding Washington DC meal survey. | 0.60 | 90.00 |
| | LMH | research regarding updated Chicago meal survey. | 2.10 | 315.00 |
| | AL | Research PACER for all filed final reports for 17th interim (1.5); research entered orders re same (.5); draft prior period paragraphs for all applicants in 17th interim.(3.0) | 5.00 | 225.00 |
| | BSR | Draft memo to Warren Smith re Dallas meal prices (.7); telephone conference with Lisa Hamm re meal research (.1) | 0.80 | 208.00 |
| 2/13/2010 | BSR | Receive and review memos re meal prices in Chicago and Washington DC (.3); draft email to Warren Smith re meal survey for New York, Chicago, Washington, DC, and Dallas (.3) | 0.60 | 156.00 |
| | LMH | Receive and review multiple e-mails from B. Ruhlander re: revised meal surveys. | 0.20 | 30.00 |
| | LMH | Additional research regarding updated Chicago meal survey. | 0.50 | 75.00 |
| | WHS | Receive and review amended agenda | 0.10 | 29.50 |
| 2/15/2010 | BSR | telephone conference with Warren Smith re comparison of 2008 meal prices with 2010; telephone conference with Lisa Hamm | 0.10 | 26.00 |
| | BSR | Draft initial report re Orrick for the 34th interim period | 1.30 | 338.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/15/2010 | BSR | Receive and review meal charge comparison spreadsheets (.4); revise same (.3) | 0.70 | 182.00 |
| | AL | Update database with BMC's 34Q Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Morris' 34Q Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Blackstone's December Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Stroock's 34Q IR Response | 0.10 | 4.50 |
| | AL | Update database with Foley's 35Q  Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Pachulski's December Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with Charter's 35Q Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | AL | Update database with LAS' 35Q Fee Application (Electronic Copy) | 0.10 | 4.50 |
| | LMH | telephone conference with B. Ruhlander re: spreadsheet for comparison of 2008 and 2010 meal surveys. | 0.10 | 15.00 |
| | LMH | Receive and review multiple e-mails from B. Ruhlander re: spreadsheet of meal comparisons between 2008 and 2010 figures. | 0.20 | 30.00 |
| | AL | Update database with BMC's 33Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Baer's 34Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Morris' 24Q Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/15/2010 | AL | Update database with Pitney's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Blackstone's December Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Orrick's 34Q Expenses | 0.10 | 4.50 |
| | AL | Update database with Austern's 34Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Tower's 34Q Fee Detail | 0.10 | 4.50 |
| | LMH | Draft spreadsheet of meal survey comparison between 2008 and 2010 figures. | 0.70 | 105.00 |
| 2/16/2010 | BSR | telephone conferences (2) with Lisa Hamm re meal survey data (.5); analysis of meal price information on spreadsheet (1.0) | 1.50 | 397.50 |
| | AL | Research PACER for all filed final reports for 16th interim (1.5); research entered orders re same (.5); draft prior period paragraphs for Campbell, Buchanon, Bilzin, BMC, Baker, and David T Austern's 16th interim.(1.0) | 3.00 | 135.00 |
| | BSR | Receive and review revised draft of meal guideline spreadsheet (1.0); draft email to Warren Smith re same (.2) | 1.20 | 318.00 |
| | BSR | Draft e-mail to Orrick re initial report for the 34th interim period | 0.10 | 26.50 |
| | BSR | detailed review of Baker Donelson's quarterly fee applications for the 33rd and 34th interim periods | 0.30 | 79.50 |
| | BSR | detailed review of David Austern's quarterly interim fee application for the 34th interim period, including monthly fee applications (.3); draft email to David Austern re same (.1) | 0.40 | 106.00 |
| | LMH | telephone conference with B. Ruhlander re: updated meal survey. | 0.10 | 15.00 |
| | LMH | detailed review of comprehensive meal survey in anticipation of conference call with B. Ruhlander re: same. | 0.20 | 30.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/16/2010 | LMH | telephone conference with B. Ruhlander re: updated meal survey. | 0.40 | 60.00 |
| | AL | Update database with Kramer's 35 Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Ogilvy's 35 Q Fee Application (electronic version) | 0.10 | 4.50 |
| | AL | Draft Prior Period Paragraphs in for the 16th Q | 0.10 | 4.50 |
| | AL | Update database with PWC's 35Q Fee Detail | 0.10 | 4.50 |
| | AL | receive, review, and finalize IR for Orrick's 34Q | 0.20 | 9.00 |
| | LMH | Draft revisions to meal survey spreadsheet, and draft e-mail to B. Ruhlander re: same. | 0.10 | 15.00 |
| | LMH | telephone conference with B. Ruhlander re: revisions to meal survey. | 0.30 | 45.00 |
| | LMH | Additional telephone conference with B. Ruhlander re: revisions to meal survey. | 0.10 | 15.00 |
| | LMH | Receive and review e-mail from B. Ruhlander re: updated meal survey. | 0.10 | 15.00 |
| 2/17/2010 | AL | Update database with Kramer's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Foley's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | research server and Pacer for David Austern's monthly fee applications for April - June 2009 and download same | 0.30 | 79.50 |
| | BSR | Draft e-mail to Capstone re initial report for the 34th interim period | 0.10 | 26.50 |

W.R. Grace & Co.                                                                                         Page    22

|            |     |                                                                                                                                                                                                                               | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/17/2010  | AL  | Update database with Stroock's 35Q Fee Detail                                                                                                                                                                                              | 0.10  | 4.50   |
|            | AL  | Update database with Stroock's November Fee Detail                                                                                                                                                                                         | 0.10  | 4.50   |
|            | AL  | Update database with Houlihan's November through December Fee Detail                                                                                                                                                                       | 0.20  | 9.00   |
|            | AL  | Update database with Stroock's 35 Q Fee Application (Hard Copy)                                                                                                                                                                            | 0.10  | 4.50   |
|            | LMH | receive, review, and respond to e-mail from B. Ruhlander re: meal survey.                                                                                                                                                                  | 0.10  | 15.00  |
| 2/18/2010  | BSR | detailed review of Holme's April and May 2009 monthly fee applications                                                                                                                                                                     | 0.10  | 26.50  |
|            | BSR | detailed review of Steptoe's July and August 2009 monthly fee applications                                                                                                                                                                | 0.10  | 26.50  |
|            | BSR | detailed review of Deloitte Tax's July and August 2009 monthly fee applications (.1); research server for Sept. 2009 and 34th interim fee application (.1); email to Anthony Lopez requesting print out of Sept. 2009 monthly fee application and telephone conference with Anthony Lopez re same (.1) | 0.30  | 79.50  |
|            | BSR | detailed review of Deloitte Tax's March 2009 monthly fee application                                                                                                                                                                       | 0.20  | 53.00  |
|            | BSR | detailed review of Deloitte Tax's April, May and June 2009 monthly fee applications                                                                                                                                                        | 0.20  | 53.00  |
| 2/19/2010  | AL  | Update database with Stroock's September Fee Detail                                                                                                                                                                                        | 0.10  | 4.50   |
|            | AL  | Update database with Capstone's November Fee Application and Fee Detail                                                                                                                                                                     | 0.20  | 9.00   |
|            | AL  | Update database with Capstone's December Fee Application and Fee Detail                                                                                                                                                                     | 0.20  | 9.00   |

W.R. Grace & Co.                                                                                    Page    23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/19/2010 | BSR | receive, review, and respond to email from Warren Smith re meal survey for LA and San Francisco (.1); research re same (including compiling addresses to use as reference points) (.4); draft email to Lisa Hamm re same (.1) | 0.60 | 159.00 |
|  | BSR | detailed review of Woodcock Washburn's 34th interim fee application and monthly fee applications | 0.30 | 79.50 |
|  | AL | Update database with Bilzin's 35Q And December Fee Detail | 0.20 | 9.00 |
|  | LMH | Receive and review multiple e-mails from B. Ruhlander re: additional meal survey cities. | 0.30 | 45.00 |
|  | LMH | Receive and review multiple e-mails from W. Smith re: additional meal survey cities. | 0.20 | 30.00 |
|  | LMH | telephone conference with B. Ruhlander re: Los Angeles and San Francisco meal surveys. | 0.10 | 15.00 |
| 2/20/2010 | BSR | detailed review of Tre Angeli's July and August 2009 monthly fee applications (.1); research server and Pacer for remaining applications (.2); draft email to D. Fullem re same (.1) | 0.40 | 106.00 |
|  | BSR | detailed review of Towers Perrin Tillinghast's 34th interim fee application and monthly fee applications (.2); draft email to Jenni Biggs re same (.1) | 0.30 | 79.50 |
|  | BSR | detailed review of Protiviti's 34th interim fee application and monthlies (.1); draft email to Scott Laliberte requesting time and expense detail (.1) | 0.20 | 53.00 |
| 2/21/2010 | AL | Draft of the 18th Interim Prior Period Paragraphs | 3.00 | 135.00 |
| 2/22/2010 | DTW | Review and revise Duane Morris 34th interim initial report (.1). | 0.10 | 16.50 |
|  | LMH | research regarding Los Angeles menu pricing. | 3.00 | 450.00 |
|  | AL | Update database with AKO's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page    24

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/22/2010 | AL | Update database with Charter's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with LAS' 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Bilzin's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ogilvy's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with BMC's 34Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Casner's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Campbell's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | receive, review, and finalize Morris' 34Q IR | 0.10 | 4.50 |
| | LMH | Receive, review, and respond to multiple e-mails from B. Ruhlander re: Los Angeles and San Francisco meal surveys. | 0.30 | 45.00 |
| | BSR | Receive and review memo for San Francisco and Los Angeles meal surveys (.2); telephone conference with Lisa re same (.1); revise memos and forward to Warren Smith for review (.3); review revised spreadsheet and forward same to Warren Smith (.4) | 1.00 | 265.00 |
| | BSR | detailed review of monthly fee applications for July - Sept. 2009, as well as 34th interim fee application re: Duane Morris. | 1.20 | 318.00 |
| | BSR | Draft e-mail to applicants concerning new meal caps | 0.30 | 79.50 |
| | BSR | Draft initial report re Duane Morris for the 34th interim period | 0.30 | 79.50 |
| | BSR | detailed review of Alexander Sanders' July - Sept 2009 monthly fee applications (.2); research server and docket for Judge Sander's quarterly fee application for the 34th interim period and download same (.3); review | 0.80 | 212.00 |

W.R. Grace & Co.                                                                                    Page    25

| | | | Hours | Amount |
|---|---|---|---|---|
| | | of Judge Sanders' interim fee application for the 34th interim period (.1); draft email to Alan Rich re expenses on Sept. 2009 monthly fee application (.2) | | |
| 2/22/2010 | LMH | Receive, review and respond to multiple e-mails from W. Smith re: Los Angeles and San Francisco meal surveys. | 0.30 | 45.00 |
| | LMH | Draft revisions to meal survey spreadsheet with Los Angeles and San Francisco survey results. | 0.20 | 30.00 |
| | AL | Update database with Proviti's 35Q Fee Detail | 0.10 | 4.50 |
| | AL | Update database with Reed's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Caplin's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Woodcock's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | LMH | research regarding San Francisco meal prices. | 1.80 | 270.00 |
| | LMH | telephone conference with B. Ruhlander re: Los Angeles and San Francisco meal surveys. | 0.20 | 30.00 |
| 2/23/2010 | AL | Update database with Ogilvy's January Fee Detail | 0.10 | 4.50 |
| | BSR | detailed review of Alan Rich's 34th interim fee application and monthly fee applications (1.5); draft email to Alan Rich re same (.1) | 1.60 | 424.00 |
| | AL | Update database with PWC's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | Receive and review K&E's response to initial report for the 34th interim period | 0.30 | 79.50 |
| | BSR | Draft final report re K&E for the 34th interim period | 0.70 | 185.50 |

W.R. Grace & Co.                                                                                    Page    26

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/24/2010 | AL | Update database with Ogilvy's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | Draft final report re K&E for the 34th interim period | 4.60 | 1,219.00 |
| | BSR | research regarding responses we have received to date to initial report for the 34th interim period (.8); draft emails to Caplin & Drysdale and Bilzin Sumberg re responses to initial reports (34Q) (.2) | 1.00 | 265.00 |
| 2/25/2010 | AL | Electronic filing with court of Ewing's 34Q FR | 0.30 | 13.50 |
| | AL | Electronic filing with court of Venable's 34Q FR | 0.40 | 18.00 |
| | AL | Update database with K&E's Version 2 FR for the 34Q | 0.10 | 4.50 |
| | WHS | detailed review of FR Venable 34Q 7-9.09 | 0.20 | 59.00 |
| | WHS | detailed review of FR Saul Ewing 34Q 7-9.09 | 0.20 | 59.00 |
| | WHS | detailed review of FR Stroock 34Q 7-9.09 | 0.20 | 59.00 |
| | WHS | detailed review of, and revisions to, FR KE 34Q 7-9.09 | 0.30 | 88.50 |
| | AL | Electronic filing with court of Stroock's 34Q FR | 0.40 | 18.00 |
| | AL | Electronic filing with court of K&E's 34Q FR | 0.30 | 13.50 |
| | AL | Update database with Austern's 34Q FR | 0.10 | 4.50 |
| | AL | Update database with Kramer's 34Q FR | 0.10 | 4.50 |

W.R. Grace & Co.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/25/2010 | AL | Electronic filing with court of Austern's 34Q FR | 0.30 | 13.50 |
|  | BSR | Draft final report re Venable for the 34th interim period | 0.60 | 159.00 |
|  | BSR | Receive and review response of Campbell & Levine to email inquiry concerning car service charges | 0.10 | 26.50 |
|  | BSR | Draft final report re Stroock for the 34th interim period | 1.10 | 291.50 |
|  | BSR | Revise K&E final report (34Q) per instructions of Warren Smith (.2); draft email to Warren Smith re same (.2) | 0.40 | 106.00 |
|  | AL | Update database with Venable's 34Q FR | 0.10 | 4.50 |
|  | AL | Update database with Levine's 34Q Response | 0.10 | 4.50 |
|  | AL | Update database with Venable's 34Q Response | 0.10 | 4.50 |
|  | BSR | Draft e-mail to Stroock re final report for the 34th interim period | 0.10 | 26.50 |
|  | BSR | Draft e-mail to K&E re final report for the 34th interim period | 0.10 | 26.50 |
|  | AL | Update database with Stroock's 34Q FR | 0.10 | 4.50 |
|  | BSR | Draft final report re David Austern for the 34th interim period | 0.30 | 79.50 |
|  | BSR | Draft final report re Kramer Levin for the 34th interim period | 0.40 | 106.00 |
|  | AL | Update database with Ewing's 34 Q FR | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                         Page    28

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/25/2010 | BSR | Draft final report re Capstone for the 34th interim period | 0.60 | 159.00 |
| | AL | Update database with K&E's 34Q FR | 0.10 | 4.50 |
| | BSR | Draft final report re PwC for the 34th interim period (.5); draft email to Kathleen Miller requesting additional information (.1) | 0.60 | 159.00 |
| | BSR | Draft final report re Saul Ewing for the 34th interim period | 0.50 | 132.50 |
| | BSR | telephone conference with Warren Smith re revision to K&E final report (34Q) | 0.10 | 26.50 |
| 2/26/2010 | AL | Electronic filing with court of Kramer's 34Q FR | 0.30 | 13.50 |
| | AL | Draft and E-file with the Court of WHSA's January CNO | 0.50 | 22.50 |
| | AL | Update database with Loeb's 2Q FR | 0.10 | 4.50 |
| | AL | Update database with K&E's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Tre Angeli's July through September Fee Detail | 0.20 | 9.00 |
| | AL | Update database with Orrick's 34Q Response | 0.10 | 4.50 |
| | WHS | detailed review of FR Austern 34Q 7-9.09 | 0.20 | 59.00 |
| | WHS | detailed review of FR Kramer 34Q 7-9.09 | 0.20 | 59.00 |
| | LMH | Draft e-mail to B. Ruhlander re: 34th interim period category spreadsheet. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                                 Page    29

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/26/2010 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: 34th interim period category spreadsheet. | 0.10 | 15.00 |
| | BSR | detailed review of BMC's 34th interim fee application | 1.90 | 503.50 |
| | BSR | telephone conference with Andrew Struthers-Kennedy re issues with Protiviti's 34th interim fee application | 0.30 | 79.50 |
| | BSR | detailed review of Protiviti's fee and expense detail for the period of July - Sept. 2009 | 0.30 | 79.50 |
| | BSR | detailed review of Tre Angeli's quarterly fee application for the 34th interim period | 0.20 | 53.00 |
| | BSR | Draft e-mail to L. Oberholzer at Pachulski re quarterly applications not yet received for the 34th interim period | 0.20 | 53.00 |
| | BSR | Receive and review response of Towers Perrin to email inquiry (34Q) | 0.10 | 26.50 |
| | BSR | Receive and review Orrick's response to initial report (34Q) (1.0); draft email to Debra Fullem re additional expense items (.1); review response from D. Fullem and draft follow-up email to D. Fullem (.2) | 1.30 | 344.50 |
| 2/27/2010 | BSR | Draft initial report re BMC Group for the 34th interim period | 0.50 | 132.50 |
| 3/1/2010 | DTW | Review and revise BMC Group 34th interim initial report (.1). | 0.10 | 16.50 |
| | AL | Update database with Foley's Jan Fee Application (electronic version) | 0.10 | 4.50 |
| | BSR | Draft e-mail to BMC re initial report for the 34th interim period | 0.10 | 26.50 |
| | AL | Update database with Venable's October Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | receive, review, and finalize BMC's 34Q IR | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                          Page     30

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/1/2010 | AL | Update database with Kramer's January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Ewing's January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Venable's October Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Stroock's January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Pachulski's 4Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Ferry's January Fee Detail | 0.10 | 4.50 |
| 3/2/2010 | AL | Update database with Bilzin's 34Q IR Response | 0.10 | 4.50 |
|  | AL | Update database with Morris' January Fee Detail | 0.10 | 4.50 |
|  | AL | Update database with Orrick's 34Q FR | 0.10 | 4.50 |
|  | AL | Preliminary Draft of WHSA's Monthly Invoice | 0.40 | 18.00 |
|  | BSR | Draft final report re Orrick for the 34th interim period | 2.00 | 530.00 |
|  | BSR | Draft final report re PwC for the 34th interim period | 0.60 | 159.00 |
|  | AL | Update database with Ewing's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Kramer's January Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                      Page    31

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/2/2010 | AL | Update database with Foley's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Stroock's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Alan Rich's February Fee Detail | 0.10 | 4.50 |
| 3/3/2010 | AL | Electronic filing with court of Orrick's 34Q FR | 0.40 | 18.00 |
|  | AL | Update database with PWC's 34Q FR | 0.10 | 4.50 |
|  | AL | Update database with Orrick's 35Q Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Tower's 35Q Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's January Fee Application (electronic version) | 0.10 | 4.50 |
|  | AL | Update database with Tower's January Fee Application (electronic version) | 0.10 | 4.50 |
|  | BSR | Draft final report re BMC for the 34th interim period | 0.50 | 132.50 |
|  | BSR | Draft omnibus final report for the 34th interim period | 0.80 | 212.00 |
|  | AL | Update database with Morris' January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Orrick's January Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/3/2010 | AL | Update database with Tower's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Tower's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Electronic filing with court of PWC's 34Q FR | 0.40 | 18.00 |
|  | AL | Update database with BMC's 34Q Response | 0.10 | 4.50 |
|  | WHS | detailed review of FR Orrick 34Q 7-9.09. | 0.20 | 59.00 |
|  | WHS | detailed review of FR PwC 34Q 7-9.09 | 0.20 | 59.00 |
| 3/4/2010 | AL | Electronic filing with court of BMC's 34Q FR | 0.40 | 18.00 |
|  | BSR | Draft e-mail to Anne Moran at Steptoe & Johnson inquiring as to quarterly fee applications from the firm | 0.10 | 26.50 |
|  | AL | Update database with Capstone's 35Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Update database with Morris' 34Q FR | 0.10 | 4.50 |
|  | BSR | Draft e-mail to Bernie Hawkins at Nelson Mullins inquiring as to quarterly fee applications from the firm | 0.10 | 26.50 |
|  | WHS | detailed review of FR re Cred Comm 1Q | 0.20 | 59.00 |
|  | WHS | detailed review of FR Duane Morris 34Q 7-9.09. | 0.30 | 88.50 |
|  | AL | Update database with Morris' 34Q FR | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                          Page    33

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/4/2010 | AL | Update database with Bilzin's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | AL | Update database with Ferry's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | Draft e-mail to BMC re final report (34Q) | 0.10 | 26.50 |
| | BSR | Draft final report re Duane Morris for the 34th interim period | 0.30 | 79.50 |
| | BSR | Draft omnibus final report for the 34th interim period | 3.60 | 954.00 |
| | BSR | Draft e-mail to Tony Scoles at Deloitte inquiring as to status of quarterly fee applications of Deloitte Tax and respond to email from Tony Scoles re same | 0.10 | 26.50 |
| | WHS | detailed review of, and revisions to, FR BMC 34Q 7-9.09 | 0.20 | 59.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet for the 34th interim period. | 0.10 | 15.00 |
| | JAW | Proofread W.H. Smith's February 2010 fee detail and notice (0.4); e-mail to M. White re: any revisions to same (0.1) | 0.50 | 76.25 |
| | AL | Update database with BMC's 34Q FR | 0.10 | 4.50 |
| 3/5/2010 | AL | Update database with Caplin's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | BSR | receive, review, and respond to email from Warren Smith re omnibus final report (including email inquiry to Rita Tobin at Caplin & Drysdale) | 0.20 | 53.00 |
| | AL | Update database with Charter's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| | WHS | detailed review of omnibus final report 34Q 7-9.09 | 0.20 | 59.00 |

W.R. Grace & Co.                                                                 Page     34

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/5/2010 | LMH | Draft category spreadsheet for the 34th interim period. | 1.60 | 240.00 |
|  | AL | Update database with AKO's January Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | AL | Electronic filing with court of Omnibus' 34Q FR | 0.40 | 18.00 |
|  | AL | Update database with Omnibus 34Q FR | 0.10 | 4.50 |
| 3/8/2010 | BSR | Draft fee and expense chart for attachment to 34th interim fee order |  | NO CHARGE |
|  | BSR | Draft fee and expense recommendation exhibit for the 34th interim period | 0.30 | 79.50 |
|  | LMH | Continue drafting category spreadsheet for the 34th interim period. | 1.90 | 285.00 |
|  | BSR | Draft fee and expense exhibit for 34th interim fee order | 3.00 | 795.00 |
|  | AL | E-filing of WHSA's February Fee Application | 0.50 | 22.50 |
|  | LMH | Receive and review e-mail from B. Ruhlander re: WD Hilton's interim application relative to the 34th interim period category spreadsheet. | 0.10 | 15.00 |
|  | LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: Tre Angeli's interim application and the 34th interim period category spreadsheet. | 0.30 | 45.00 |
| 3/9/2010 | LMH | Continue drafting category spreadsheet for the 34th interim period. | 1.80 | 270.00 |
|  | AL | Update database with Tre Angeli's July through September Fee Application (Hard Copy) | 0.10 | 4.50 |

W.R. Grace & Co.                                                                                    Page    35

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/9/2010 | BSR | Draft fee and expense exhibit for 34th interim fee order (1.5); telephone conference with Lynzy Oberholzer re same (.1); telephone conference with Debbie Fullem re Tre Angeli quarterly fee application (.1); draft email to Lisa Hamm re chart and items for project category spreadsheet (.1) | 1.80 | 477.00 |
|  | LMH | Receive and review e-mail from B. Ruhlander re: category spreadsheet for the 34th interim period. | 0.10 | 15.00 |
|  | AL | Update database with Caplin's 34Q IR Response | 0.10 | 4.50 |
| 3/10/2010 | BSR | Receive and review response of Caplin & Drysdale to initial report for the 34th interim period | 0.20 | 53.00 |
|  | BSR | Draft final report re Caplin & Drysdale for the 34th interim period | 5.10 | 1,351.50 |
|  | LMH | Continue drafting 34th interim period category. spreadsheet. | 0.80 | 120.00 |
| 3/11/2010 | WHS | detailed review of omnibus final report 34Q 7-9.09 (amended). | 0.20 | 59.00 |
|  | AL | Update database with Amended Omnibus 34Q FR | 0.10 | 4.50 |
|  | AL | Electronic filing with court of Amended Omnibus 34Q FR | 0.40 | 18.00 |
|  | AL | Update database with Caplin's Amended 34Q FR | 0.10 | 4.50 |
|  | AL | Electronic filing with court of Caplin's Amended 34Q FR | 0.30 | 13.50 |
|  | AL | Update database with HRO's 34Q Fee Application (Hard Copy) | 0.10 | 4.50 |
|  | BSR | telephone conference with Lisa Hamm re project category spreadsheet and other Grace matters | 0.10 | 26.50 |
|  | BSR | Revise final report re Caplin & Drysdale (34Q) per Warren Smith's instructions (.2); and draft email to Warren Smith re same (.1) | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                                    Page      36

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/11/2010 | BSR | Draft e-mails to Caplin & Drysdale and debtor's counsel regarding final reports | 0.20 | 53.00 |
|  | BSR | Receive and review project category spreadsheet (.8); email to Lisa Hamm re revisions to same (.1) | 0.90 | 238.50 |
|  | AL | Update database with Caplin's 34Q FR | 0.10 | 4.50 |
|  | WHS | detailed review of FR Caplin 34Q 7-9.09 | 0.30 | 88.50 |
|  | LMH | Receive and review e-mail from M. White re: category spreadsheet for the 34th interim period. | 0.10 | 15.00 |
|  | LMH | Additions to draft category spreadsheet for 34th interim period. | 1.00 | 150.00 |
|  | LMH | Receive and review multiple e-mails from B. Ruhlander re: draft category spreadsheet for the 34th interim period. | 0.70 | 105.00 |
| 3/12/2010 | AL | Update database with Sander's February Fee Detail | 0.10 | 4.50 |
| 3/15/2010 | AL | Update database with Blackstone's January Fee Detail | 0.10 | 4.50 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re 34th period applicants | 0.10 | 26.50 |
|  | BSR | research docket for pertinent orders and applications and review of case status | 0.40 | 106.00 |
|  | AL | Update database with Blackstone's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| 3/16/2010 | LMH | Receive and review multiple e-mails from B. Ruhlander re: Stroock cumulative category figures. | 0.30 | 45.00 |
|  | LMH | Receive and review e-mail from D. Mohammed, Stroock, re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                            Page      37

|  |  | Hours | Amount |
|---|---|---|---|
| 3/16/2010 AL | Update database with Casner's January Fee Detail (.1); Update database with Steptoe's October, November, and December Fee Detail (.2); Update database with Casner's January Fee Application (Hard Copy) (.1); Update database with Steptoe's October through December Fee Application (Hard Copy) (.1) | 0.50 | 22.50 |
| 3/18/2010 JAW | detailed review of Stroock October 2009 fee application (2.20); draft summary of same (0.60). | 2.80 | 427.00 |
| BSR | research docket and respond to email from Anthony Lopez re fee order for the 34th interim period | 0.20 | 53.00 |
| 3/19/2010 AL | Update database with Deloitte (Tax) September Fee Detail (.1); Update database with PWC's January Fee Detail (.1) | 0.20 | 9.00 |
| JAW | detailed review of Orrick Herrington October 2009 fee application (3.00); draft summary of same (0.60) | 3.60 | 549.00 |
| JAW | detailed review of Caplin & Drysdale October 2009 fee application (1.00) | 1.00 | 152.50 |
| LMH | receive, review, and respond to multiple e-mails from B. Ruhlander re: Klett Rooney's cumulative fees through the 34th interim period. | 0.30 | 45.00 |
| BSR | receive, review, and respond to email from Lisa Hamm re project category spreadsheet | 0.10 | 26.50 |
| 3/22/2010 WHS | Receive and review amended agenda | 0.10 | 29.50 |
| JAW | continued detailed review of Caplin & Drysdale October 2009 fee application (2.70); draft summary of same (0.70) | 3.40 | 518.50 |
| AL | Update database with PWC's January Fee Application (Hard Copy) | 0.10 | 4.50 |
| 3/24/2010 LMH | Draft revisions to 34th period category spreadsheet for Klett Rooney. | 0.10 | 15.00 |
| LMH | Draft e-mail to B. Ruhlander re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                                                    Page    38

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/24/2010 | LMH | Draft revisions to 34th period category spreadsheet for Stroock. | 0.20 | 30.00 |
|  | LMH | Draft e-mail to A. Lopez re: revisions to 34th interim period category spreadsheet. | 0.10 | 15.00 |
|  | LMH | Receive and review e-mail from B. Ruhlander re: revisions to 34th interim period category spreadsheet for Klett Rooney and Stroock. | 0.10 | 15.00 |
|  | AL | Update database with Pitney's January Fee Detail (.1); Update database with Pitney's January Fee Application (.1); Update database with Morris' 35Q Fee Detail (.1) | 0.30 | 13.50 |
| 3/25/2010 | AL | Revise 34th Interim Spreadsheet | 0.50 | 22.50 |
|  | JAW | detailed review of Venable October 2009 fee application (5.20) | 5.20 | 793.00 |
|  | AL | Update database with Baer's February Fee Application (Electronic Copy) (.1); Update database with Morris' 35Q Fee Application (Hard Copy) (.1) | 0.20 | 9.00 |
|  | LMH | telephone conference with A. Lopez re: revised category spreadsheet for the 34th interim period. | 0.10 | 15.00 |
| 3/26/2010 | AL | Update database with Baer's February Fee Application (Hard Copy) | 0.10 | 4.50 |
| 3/29/2010 | AL | Update database with Venable's October Fee Detail (.1); Update database with Orrick's February Fee Application (Electronic Copy) (.1); Update database with Lincoln's January Fee Application (Electronic Copy) (.1); Update database with Reed's February Fee Detail (.1); Update database with Kramer's February Fee Detail (.1); Update database with Ewing's February Fee Application (Electronic Copy) (.1); Update database with Orrick's February Fee Application (Hard Copy) (.1); Update database with Lincoln's January Fee Application (Hard Copy) (.1); Update database with LAS' January Fee Application (Hard Copy) (.1) | 0.90 | 40.50 |
| 3/30/2010 | JAW | Draft summary of Venable October 2009 fee application (1.70) | 1.70 | 259.25 |
|  | JAW | detailed review of Stroock November 2009 fee application (1.40); draft summary of same (0.10) | 1.50 | 228.75 |

W.R. Grace & Co.                                                                                      Page    39

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 3/30/2010 | AL | Update database with Kramer's February Fee Application (Hard Copy) (.1); Update database with Saul Ewing's February Fee Application (Hard Copy) (.1); Update database with Stroock's February Fee Application (Hard Copy) (.1); Update database with Foley's February Fee Application (Hard Copy) (.1); Update database with C&L's February Fee Detail (.1); Update database with Ferry's February Fee Detail (.1); Update database with C&D's February Fee Detail (.1); Update database with AKO's February Fee Detail (.1); Update database with Charter's February Fee Detail (.1) | 0.90 | 40.50 |
| | AL | Electronic filing with court of WHSA's February CNO | 0.40 | 18.00 |
| 3/31/2010 | AL | Update database with Ogilvy's February Fee Application (Electronic Copy) (.1); Update database with Stroock's February Fee Application (Electronic Copy) (.1); Update database with Beveridge's 35Q Fee Application (Hard Copy) (.1); Update database with Bilzin's February Fee Detail (.1) | 0.40 | 18.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| **For professional services rendered** | | **276.40** | **$48,643.25** |
| Additional Charges : | | | |
| 1/31/2010 | Third party copies & document prep/setup. | | 82.83 |
| | PACER Charges | | 19.92 |
| | Copying cost | | 17.60 |
| 2/2/2010 | Copying cost | | 31.10 |
| | Third party copies & document prep/setup. | | 269.01 |
| 3/31/2010 | Third party copies & document prep/setup. | | 323.86 |
| | Copying cost | | 10.00 |

W.R. Grace & Co.                                                                                    Page     40

|  |  | **Amount** |
|---|---|---|
| 3/31/2010 PACER Charges |  | 17.20 |
|  | Westlaw Charges for year ending 2/28/2010 | 1,301.75 |
|  | **Total additional charges** | **$2,073.27** |
|  | **Total amount of this bill** | **$50,716.52** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 8.50 | 125.00 | $1,062.50 |
| Anthony Lopez | 56.10 | 45.00 | $2,524.50 |
| Bobbi S. Ruhlander | 49.30 | 265.00 | $13,064.50 |
| Bobbi S. Ruhlander | 65.50 | 260.00 | $17,030.00 |
| Doreen Williams | 1.40 | 165.00 | $231.00 |
| James A. Wehrmann | 19.70 | 152.50 | $3,004.25 |
| James A. Wehrmann | 31.40 | 150.00 | $4,710.00 |
| Lisa M Hamm | 32.70 | 150.00 | $4,905.00 |
| Melanie White | 8.30 | 130.00 | $1,079.00 |
| Warren H Smith | 3.50 | 295.00 | $1,032.50 |