<u>**Exhibit A**</u>

**January 2010 Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 24352 under Case No. 01-01139.  Also available upon request from The Law Offices of Janet S. Baer, P.C. or Pachulski, Stang, Ziehl, & Jones LLP.