### EXHIBIT C

### March 2010 Fee Application

 Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 24688 under Case No. 01-01139.  Also available upon request from The Law Offices of Janet S. Baer, P.C. or Pachulski, Stang, Ziehl, & Jones LLP.