# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: March 25, 2010 at 4:00 p.m.** |

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRD MONTHLY INTERIM
## PERIOD FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010

Name of Applicant:                                      Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and
                                                     Debtors-in-Possession

Date of Retention:                                      July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                               January 1 through January 31, 2010

Amount of fees sought as actual,
reasonable and necessary:                              $67,941.00

Amount of expenses sought as actual,
reasonable and necessary                               $5,542.74

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#24387
3/2/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 7.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 8.60 | $5,891.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | 27.30 | $17,335.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 11.60 | $7,308.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 44.10 | $20,065.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 1.50 | $600.00 |
| Kathleen M. K. Blake | Associate | 2002 | Litigation | $370.00 | 35.90 | $13,283.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 1.40 | $336.00 |
| Marguerita T. Young-Jones | Senior Research Librarian | 10 Years | Knowledge Management | $190.00 | 2.80 | $532.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 14.80 | $2,590.00 |

**Total Fees: $67,941.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 9.00 | $1,575.00 |
| Fee Applications | 6.40 | $1,548.50 |
| Claim Analysis Objection Resolution & Estimation | 132.60 | $64,817.50 |
| **Total** | **148.00** | **$67,941.00** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:   March 2, 2010                     REED SMITH LLP
         Wilmington, Delaware

                                           By: /s/ Kurt F. Gwynne_____
                                               Kurt F. Gwynne (No. 3951)
                                               1201 Market Street, Suite 1500
                                               Wilmington, DE  19801
                                               Telephone:  (302) 778-7500
                                               Facsimile:  (302) 778-7575
                                               E-mail: kgwynne@reedsmith.com

                                                   and

                                               James J. Restivo, Jr., Esquire
                                               Lawrence E. Flatley, Esquire
                                               Douglas E. Cameron, Esquire
                                               Reed Smith Centre
                                               225 Sixth Avenue
                                               Pittsburgh, PA 15222
                                               Telephone:  (412) 288-3131
                                               Facsimile:  (412) 288-3063

                                               Special Asbestos Products Liability Defense
                                               Counsel

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $.65 | ---- |
| Telecopy Expense | $1.50 | ---- |
| Telephone – Outside | $30.00 | ---- |
| PACER | $29.44 | ---- |
| Duplicating/Printing/Scanning | $877.40 | ---- |
| Postage Expense | $14.96 | ---- |
| Courier Service – Outside | $400.89 | ---- |
| Taxi Expense | $66.50 | ---- |
| Outside Duplicating | $132.16 | ---- |
| Court Reporter Expense | $36.90 | ---- |
| Parking/Tolls/Other Transportation | $114.00 | ---- |
| Air Travel Expense | $661.29 | ---- |
| Mileage Expense | $100.00 | ---- |
| Meal Expense | $11.94 | ---- |
| Legal Services | $30.00 | ---- |
| General Expense:  1/20/10 JAMS, Inc. Mediation Services for DGS Claim Mediation; 1/27/10 All-State International Inc. charge for tabs | $3,035.11 | ---- |
| SUBTOTAL | $5,542.74 | $0.00 |
| **TOTAL** | **$5,542.74** | |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967058
One Town Center Road                      Invoice Date       02/26/10
Boca Raton, FL   33486                    Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                 1,575.00
    Expenses                                 0.00

                           TOTAL BALANCE DUE UPON RECEIPT      $1,575.00
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967058
One Town Center Road                      Invoice Date      02/26/10
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2010

| Date | Name | | Hours |
|------|------|--|-------|
| 01/04/10 | Ament | Assist K&E with hearing preparation (1.0); various e-mails, meetings and telephone calls re: same (.50). | 1.50 |
| 01/05/10 | Ament | Assist K&E with hearing preparation. | 1.00 |
| 01/06/10 | Ament | Various e-mails, conference calls and meetings to assist K&E with hearing preparation. | 1.00 |
| 01/07/10 | Ament | Various e-mails and meetings to assist K&E with conclusion of confirmation hearings in Pittsburgh (1.0); provide K. Blake with various pleadings relating to motion for summary judgment per request (.50). | 1.50 |
| 01/08/10 | Ament | Review e-mails from J. O'Neill and J. Baer re: agenda for 1/25/10 hearing (.10); attention to matters relating to conclusion of confirmation hearings (.70); various e-mails and meetings re: same (.60). | 1.40 |
| 01/11/10 | Ament | Attend to matters relating to confirmation hearings (.20); various e-mails and meetings re: same (.20); e-mails with P. Cuniff re: 1/25/10 hearing binders (.10); review preliminary agenda received | .80 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
     February 26, 2010

Invoice Number  1967058
Page    2

| Date | Name | | Hours |
|------|------|------|-------|
| | | from J. O'Neill (.10); update hearing binders (.10); hand deliver same to Judge Fitzgerald (.10). | |
| 01/12/10 | Ament | Circulate preliminary agenda to team (.10); provide various transcripts to T. Rea per request (.20). | .30 |
| 01/14/10 | Ament | E-mail to team re: change of hearing of 2/22 to 2/16. | .10 |
| 01/19/10 | Ament | Review 1/25/10 hearing binder received from J. O'Neill (.10); various e-mails with P. Cuniff re: agenda (.20). | .30 |
| 01/20/10 | Ament | Update hearing binders per J. O'Neill request (.20); e-mails with P. Cuniff re: agenda (.10); hand deliver same to Judge Fitzgerald (.10); circulate agenda to team (.10). | .50 |
| 01/21/10 | Ament | E-mails with K. Love re: confirmation hearing. | .20 |
| 01/25/10 | Ament | E-mails re: confirmation hearings. | .20 |
| 01/26/10 | Ament | Various e-mails re: Jan. confirmation hearings. | .20 |

                                       ------
                            TOTAL HOURS    9.00

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 9.00 at $ 175.00 = | | 1,575.00 |

                        CURRENT FEES                          1,575.00

                                      ------------
            TOTAL BALANCE DUE UPON RECEIPT         $1,575.00
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1967059
5400 Broken Sound Blvd., N.W.                  Invoice Date        02/26/10
Boca Raton, FL 33487                           Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        1,548.50
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,548.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1967059
5400 Broken Sound Blvd., N.W.        Invoice Date        02/26/10
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 01/04/10 | Ament | Attend to billing matters (.10); meet with D. Cameron re: same (.10); follow-up e-mails re: same (.10). | .30 |
| 01/07/10 | Ament | Attend to billing matters (.10); meet with D. Cameron re: same (.10); telephone call to Grace re: same (.10). | .30 |
| 01/15/10 | Ament | Attend to billing matters relating to 2010 billing rates for 2010 fee applications. | .50 |
| 01/22/10 | Ament | Attend to billing matters relating to 2010 rates for 2010 fee applications. | .50 |
| 01/25/10 | Ament | E-mails re: Dec. monthly fee application and quarterly fee application. | .10 |
| 01/25/10 | Muha | Revisions to fee and expense detail for December 2009 monthly fee application. | .70 |
| 01/26/10 | Lord | Draft, e-file and serve CNO to Reed Smith November monthly fee application. | .40 |
| 01/27/10 | Muha | Additional revisions to fee and expense details for December 2009 monthly application. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1967059
60029  Fee Applications-Applicant           Page    2
       February 26, 2010
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/28/10 | Ament | Calculate fees and expenses for Dec. monthly fee application (.70); prepare spreadsheet re: same (.40); draft Dec. monthly fee application (.30); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10); e-mails with J. Lord re: quarterly fee application (.10). | 1.80 |
| 01/28/10 | Lord | Revise and prepare Reed Smith 102nd monthly fee application for e-filing and service (.9); communicate with S. Ament re: same and quarterly application (.1). | 1.00 |
| 01/28/10 | Muha | Make final review of and revisions to December 2009 monthly fee application. | .40 |
| | | TOTAL HOURS | 6.40 |

```
TIME SUMMARY              Hours        Rate         Value
-------------------       ------------------        -------
Andrew J. Muha            1.50 at $  400.00  =      600.00
John B. Lord              1.40 at $  240.00  =      336.00
Sharon A. Ament           3.50 at $  175.00  =      612.50

                          CURRENT FEES                          1,548.50

                                                             ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $1,548.50
                                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1967060
One Town Center Road                      Invoice Date        02/26/10
Boca Raton, FL   33486                    Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                          64,817.50
     Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $64,817.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1967060
One Town Center Road                      Invoice Date       02/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 01/03/10 | Blake | Emails with T. Rea re: assistance preparing mediation statement. | .10 |
| 01/04/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/04/10 | Blake | Meeting with T. Rea re: mediation statement. | .10 |
| 01/04/10 | Cameron | Attention to hearing issues (0.4); review materials regarding Speights claims (0.8). | 1.20 |
| 01/04/10 | Rea | Conference with K. Blake re: mediation statement. | .30 |
| 01/05/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/05/10 | Blake | Work on mediation memorandum for T. Rea (2.0); continue review of additional claim related produced documents and sixteen claim summary (2.0). | 4.00 |
| 01/05/10 | Cameron | E-mails regarding Speights claims. | .30 |
| 01/05/10 | Restivo | Work re: Speights' two Canadian claims and research re: medical asbestos payments reporting. | .70 |

172573 W. R. Grace & Co.                           Invoice Number  1967060
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       February 26, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 01/06/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/06/10 | Blake | Work on mediation memorandum for T. Rea (2.0); continue work on sixteen claim file summary (2.5). | 4.50 |
| 01/06/10 | Cameron | Review Speights and DSG claim materials. | .90 |
| 01/06/10 | Rea | E-mails to L. Flatley re: DGS mediation. | .10 |
| 01/07/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/07/10 | Blake | Correspond with Library re: Johns Manville claim file and state property information needed (0.5); work on mediation statement (9.8). | 10.30 |
| 01/07/10 | Cameron | Review materials from prior DGS mediation. | .80 |
| 01/07/10 | Young-Jones | Research re: CA state-owned property and other issues identified by K. Blake. | 2.80 |
| 01/08/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/08/10 | Blake | Work on mediation memo for T. Rea (2.0); email draft to T. Rea (0.1). | 2.10 |
| 01/09/10 | Cameron | Review materials relating to DGS mediation. | 1.00 |
| 01/11/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/11/10 | Cameron | Review joint pretrial for Canadian claims and e-mails regarding same (0.4); review DGS claim materials (0.4). | .80 |
| 01/11/10 | Flatley | With T. Rea re: preparation for mediation with DGS. | .60 |

172573  W. R. Grace & Co.                                Invoice Number  1967060
60033   Claim Analysis Objection Resolution & EstimationPage   3
        (Asbestos)
        February 26, 2010


| Date | Name | | Hours |
|------|------|------|------|
| 01/11/10 | Rea | Conference with L. Flatley re: DGS mediation (.5); review and revise mediation statement (.8); prepare pretrial report for Canadian claims (1.2). | 2.50 |
| 01/12/10 | Ament | Assist T. Rea with various issues relating to PD claims. | .20 |
| 01/12/10 | Rea | Revised DGS mediation statement. | 5.50 |
| 01/13/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/13/10 | Flatley | With T. Rea re: DGS mediation. | .20 |
| 01/13/10 | Rea | Drafted DGS mediation statement (4.5); revised pretrial statement for Canadian claims (.4). | 4.90 |
| 01/13/10 | Restivo | Telephone calls and emails re: executed Canadian settlement papers and pre-trial conference on remaining two Canadian claims. | 1.00 |
| 01/14/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/14/10 | Blake | Email to T. Rea re: building construction dates (0.1); attention to locating information and updating chart (1.5); additional work on sixteen claim file summary (3.8) | 5.40 |
| 01/14/10 | Cameron | Review draft mediation statement and e-mails regarding same. | .80 |
| 01/14/10 | Rea | Revised DGS mediation statement (2.2); revised pretrial statement for Canadian claims (.5). | 2.70 |
| 01/14/10 | Restivo | Work on DGS Mediation, Speights Canadian claims, and audit response. | 1.50 |
| 01/15/10 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573  W. R. Grace & Co.                         Invoice Number   1967060
60033   Claim Analysis Objection Resolution & EstimationPage   4
        (Asbestos)
        February 26, 2010


| Date | Name | | Hours |
|------|------|---|-------|
| 01/15/10 | Blake | Conduct research on sixteen property locations including square footage and bids and work on sixteen claim files summary. | 5.20 |
| 01/15/10 | Flatley | Review draft mediation email and note to T. Rea (0.6); with T. Rea re: mediation statement (0.2). | .80 |
| 01/15/10 | Rea | Finalize DGS mediation statement and preparation for mediation. | 2.40 |
| 01/18/10 | Rea | Prepare motions for Canadian settlement agreements. | .90 |
| 01/18/10 | Rea | Finalize DGS mediation statement. | .50 |
| 01/19/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/19/10 | Blake | Additional research on sixteen property addresses and work on claim file summary (1.7); email to T. Rea re: claim file summary (0.1). | 1.80 |
| 01/20/10 | Blake | Final edits on sixteen claim file summary memo (1.1); conference with T. Rea on WR grace status and discovery (0.2). | 1.30 |
| 01/20/10 | Flatley | Emails re: DGS mediation. | .20 |
| 01/20/10 | Rea | Meeting with K. Blake re: DGS and e-mails re: mediation. | .60 |
| 01/21/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/21/10 | Blake | Work on asbestos square footage index needed by T. Rea for upcoming mediation and complete. | 1.10 |
| 01/21/10 | Cameron | Review DGS mediation statement and meet with T. Rea (0.9); telephone call with R. Finke regarding mediation (0.2); review notes from prior mediation (0.3). | 1.40 |

172573  W. R. Grace & Co.                    Invoice Number  1967060
60033   Claim Analysis Objection Resolution & EstimationPage   5
        (Asbestos)
        February 26, 2010


| Date | Name | | Hours |
|------|------|---|-------|

| 01/21/10 | Flatley | Emails and replies about DGS mediation preparation and other preparation for meeting/call (0.9); with T. Rea to prepare for R. Finke call (0.9); conference call with R. Finke and T. Rea re: preparation for DGS mediation and follow-up emails, etc. (1.1); emails and replies (0.4). | 3.30 |
| 01/21/10 | Rea | Preparation for DGS mediation (4.0); call with D. Speights and revisions to Canadian pretrial statement (.3). | 4.30 |
| 01/21/10 | Restivo | Pre-trial statement on remaining two Canadian claims. | .50 |
| 01/22/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/22/10 | Cameron | Review DGS materials for mediation. | .90 |
| 01/22/10 | Flatley | Emails and replies re: mediation (0.5); prepare for mediation (0.9). | 1.40 |
| 01/22/10 | Rea | Multiple e-mails re: DGS mediation (.3); compile mediation binders (.3); e-mails re: Omnibus Hearing (.2). | .80 |
| 01/25/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/25/10 | Cameron | Review materials relating to DSG and Speights claims and meet with J. Restivo and T. Rea (0.8); prepare for and participate in part of hearing/status conference regarding Speights claims (1.1). | 1.90 |
| 01/25/10 | Flatley | Preparation for DGS mediation to be held January 27 (4.8); with T. Rea and follow-up (0.4). | 5.20 |
| 01/25/10 | Rea | Meeting with J. Restivo re: Canadian trial (.3); call with J. Welsh re: DGS mediation (.8); Omnibus Hearing (1.0); revise Canadian pre-trial statement (.2); | 3.60 |

172573 W. R. Grace & Co.                          Invoice Number  1967060
60033  Claim Analysis Objection Resolution & EstimationPage   6
       (Asbestos)
       February 26, 2010


| Date | Name | | Hours |
|------|------|---|-------|
| | | preparation for DGS mediation (1.3). | |
| 01/25/10 | Restivo | Omnibus Hearing (telephonic) re: Speights' Canadian claims. | 2.50 |
| 01/26/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 01/26/10 | Cameron | Meet with T. Rea regarding mediation, review mediation statements and e-mails regarding same (0.7); review Speights claims materials (0.4). | 1.10 |
| 01/26/10 | Flatley | Preparation for DGS mediation (1.3); with T. Rea re: preparation for mediation (0.4); emails and replies (0.2); further mediation preparation, including reviewing supplemental DGS memorandum and email about it (0.9); second meeting with T. Rea (0.3). | 3.10 |
| 01/26/10 | Rea | Preparation for DGS mediation. | 4.30 |
| 01/26/10 | Restivo | DGS mediation planning; receipt/review of various pleadings. | 1.00 |
| 01/27/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 01/27/10 | Flatley | Preparation for DGS mediation during travel to Philadelphia (2.5); with T. Rea to prepare for mediation (0.5); participate in mediation (7.5); follow-up with T. Rea (0.5). | 11.00 |
| 01/27/10 | Rea | Preparation for DGS mediation on trip to Philadelphia (1.5); participation in mediation (7.5); follow up with L. Flatley (.5); preparation with L. Flatley (.5). | 10.00 |
| 01/27/10 | Restivo | Telephone conference with D. Armstrong. | .40 |

172573  W. R. Grace & Co.                          Invoice Number  1967060
60033   Claim Analysis Objection Resolution & Estimation Page    7
        (Asbestos)
        February 26, 2010


     Date   Name                                              Hours
     ------- -----------                                      -----

01/28/10 Ament          Assist team with various issues          .10
                        relating to PD claims.

01/28/10 Cameron        Attention to e-mails regarding           .50
                        mediation of DGS claims.

01/28/10 Flatley        Emails re: DGS mediation status          .80
                        and moving forward.

01/28/10 Rea            Conference with K. Blake re: DGS         .30
                        mediation.

01/28/10 Restivo        Work on issues re: DGS mediation.      1.00

01/29/10 Ament          Assist team with various issues          .10
                        relating to PD claims.

01/29/10 Flatley        Review/analyze materials following       .70
                        mediation (0.6); emails from R.
                        Finke, et al. (0.1).

01/29/10 Rea            Multiple e-mails re: Canadian            .40
                        trial order.

                                                              ------
                                            TOTAL HOURS       132.60


TIME SUMMARY                 Hours        Rate           Value
------------------------    --------    ------------    -------
Lawrence E. Flatley          27.30   at  $ 635.00  =   17,335.50
Douglas E. Cameron           11.60   at  $ 630.00  =    7,308.00
James J. Restivo Jr.          8.60   at  $ 685.00  =    5,891.00
Traci Sands Rea              44.10   at  $ 455.00  =   20,065.50
Kathleen M.K. Blake          35.90   at  $ 370.00  =   13,283.00
Sharon A. Ament               2.30   at  $ 175.00  =      402.50
Marguerita T. Young-Jones     2.80   at  $ 190.00  =      532.00

                          CURRENT FEES                      64,817.50


                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $64,817.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1967114
One Town Center Road                     Invoice Date      02/26/10
Boca Raton, FL   33486                   Client Number      172573

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

     Fees                                 0.00
     Expenses                         1,379.12

               TOTAL BALANCE DUE UPON RECEIPT      $1,379.12
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1967114 |
| One Town Center Road | Invoice Date     02/26/10 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number       60026 |

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 6.16 |
| Duplicating/Printing/Scanning | 776.20 |
| Courier Service - Outside | 390.00 |
| Outside Duplicating | 24.65 |
| Legal Services | 30.00 |
| Parking/Tolls/Other Transportation | 72.00 |
| Mileage Expense | 70.00 |
| General Expense | 10.11 |

CURRENT EXPENSES                1,379.12
                            --------------

TOTAL BALANCE DUE UPON RECEIPT      $1,379.12
                            ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number     1967114
One Town Center Road                  Invoice Date      02/26/10
Boca Raton, FL   33486                Client Number      172573
                                      Matter Number       60026
```

========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 12/14/09 | Legal Services (not yet paid) | 30.00 |
| | Court - Other - VENDOR: James J. Restivo Jr., De | |
| 12/24/09 | Outside Duplicating | 24.65 |
| | Mailout - Bankruptcy Mailouts/ | |
| 12/31/09 | PACER | 6.16 |
| 01/01/10 | Duplicating/Printing/Scanning | 90.00 |
| | ATTY # 4810; 900 COPIES | |
| 01/01/10 | Duplicating/Printing/Scanning | 12.60 |
| | ATTY # 4810; 126 COPIES | |
| 01/01/10 | Duplicating/Printing/Scanning | .10 |
| | ATTY # 4810; 1 COPIES | |
| 01/02/10 | Duplicating/Printing/Scanning | 11.90 |
| | ATTY # 4810; 119 COPIES | |
| 01/02/10 | Duplicating/Printing/Scanning | 1.20 |
| | ATTY # 4810; 12 COPIES | |
| 01/02/10 | Duplicating/Printing/Scanning | 11.90 |
| | ATTY # 4810; 119 COPIES | |
| 01/02/10 | Duplicating/Printing/Scanning | 13.40 |
| | ATTY # 4810; 134 COPIES | |
| 01/02/10 | Duplicating/Printing/Scanning | 3.50 |
| | ATTY # 4810; 35 COPIES | |
| 01/02/10 | Duplicating/Printing/Scanning | 1.20 |
| | ATTY # 4810; 12 COPIES | |

172573  W. R. Grace & Co.                          Invoice Number  1967114
60026   Litigation and Litigation Consulting       Page    2
        February 26, 2010


| | | |
|---|---|---|
| 01/02/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 01/02/10 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Kathleen A. Williams, Jan 02,<br>WRGrace.Litigation Hearings - secretarial<br>support overtime parking | 6.00 |
| 01/02/10 | Mileage Expense Mileage - VENDOR: Kathleen A.<br>Williams, Jan 02, WRGrace.Litigation Hearings -<br>secretarial support overtime - - mileage<br>to/from office | 40.00 |
| 01/03/10 | Mileage Expense Mileage - VENDOR: Teresa A.<br>Martin, Jan 03, 2010 Assist K&E with W.R. Grace<br>upcoming Hearing - mileage to/from office | 30.00 |
| 01/03/10 | Parking/Tolls/Other Transportation<br>Parking - VENDOR: Teresa A. Martin, Jan 03, 2010<br>Assist K&E with W.R. Grace upcoming Hearing<br>Parking at PNC Garage. | 6.00 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 191 COPIES | 19.10 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 83 COPIES | 8.30 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 64 COPIES | 6.40 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 136 COPIES | 13.60 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 288 COPIES | 28.80 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 137 COPIES | 13.70 |

172573  W. R. Grace & Co.                        Invoice Number  1967114
60026  Litigation and Litigation Consulting       Page   3
       February 26, 2010


| | | |
|---|---|---:|
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 44 COPIES | 4.40 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 13 COPIES | 1.30 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 113 COPIES | 11.30 |
| 01/03/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 32 COPIES | 3.20 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 01/04/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Debbie E. Steinmeyer, Jan 04, Parking<br>Expense | 20.00 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 294 COPIES | 29.40 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 304 COPIES | 30.40 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 436 COPIES | 43.60 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 338 COPIES | 33.80 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       February 26, 2010

Invoice Number  1967114
Page   4

| | | |
|---|---|---:|
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 197 COPIES | 19.70 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 105 COPIES | 10.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 28 COPIES | 2.80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 156 COPIES | 15.60 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 126 COPIES | 12.60 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 565 COPIES | 56.50 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 122 COPIES | 12.20 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 67 COPIES | 6.70 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 457 COPIES | 45.70 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 13 COPIES | 1.30 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 93 COPIES | 9.30 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 208 COPIES | 20.80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 38 COPIES | 3.80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 0559; 144 COPIES | 14.40 |

172573  W. R. Grace & Co.                          Invoice Number  1967114
60026   Litigation and Litigation Consulting       Page    5
        February 26, 2010

| Date | Description | Amount |
|---|---|---|
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 102 COPIES | 10.20 |
| 01/05/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Debbie E. Steinmeyer, Jan 05, Parking<br>Expense | 20.00 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/06/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 65 COPIES | 6.50 |
| 01/06/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 45 COPIES | 4.50 |
| 01/06/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 32 COPIES | 3.20 |
| 01/06/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 308 COPIES | 30.80 |
| 01/06/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 71 COPIES | 7.10 |
| 01/06/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 01/06/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Debbie E. Steinmeyer, Jan 06, Parking<br>Expense | 20.00 |
| 01/07/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery of materials to Bankruptcy Court<br>for continued hearings. | 5.00 |
| 01/07/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery of materials to Bankruptcy Court<br>for continued hearings. | 5.00 |
| 01/19/10 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: Messenger Service -  Delivery of<br>materials to Bankruptcy Court for continued<br>hearings. | 45.00 |

172573  W. R. Grace & Co.
60026  Litigation and Litigation Consulting
      February 26, 2010

Invoice Number  1967114
Page   6

| Date | Description | Amount |
|---|---|---|
| 01/19/10 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Trip -   Delivery of materials to Bankruptcy Court for continued hearings. | 45.00 |
| 01/20/10 | Duplicating/Printing/Scanning ATTY # 4810; 30 COPIES | 3.00 |
| 01/22/10 | Duplicating/Printing/Scanning ATTY # 4810; 10 COPIES | 1.00 |
| 01/22/10 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 01/26/10 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Trip -   Delivery of materials to Bankruptcy Court for continued hearings. | 5.00 |
| 01/26/10 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Trips - US Steel Building - Delivery of materials to Bankruptcy Court for continued hearings. | 285.00 |
| 01/26/10 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |
| 01/27/10 | General Expense -- VENDOR: ALL-STATE INTERNATIONAL, INC.: Tabs | 10.11 |
| 01/27/10 | Duplicating/Printing/Scanning ATTY # 000559: 15 COPIES | 1.50 |
| 01/28/10 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 01/28/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/28/10 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 01/28/10 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 01/28/10 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 01/28/10 | Duplicating/Printing/Scanning ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1967114
60026  Litigation and Litigation Consulting       Page   7
       February 26, 2010


01/28/10    Duplicating/Printing/Scanning                        .30
            ATTY # 000559: 3 COPIES

01/29/10    Duplicating/Printing/Scanning                       1.50
            ATTY # 000559: 15 COPIES

01/29/10    Duplicating/Printing/Scanning                       1.50
            ATTY # 000559: 15 COPIES

01/29/10    Duplicating/Printing/Scanning                      11.10
            ATTY # 0718; 111 COPIES

01/29/10    Duplicating/Printing/Scanning                       3.60
            ATTY # 0718; 36 COPIES

                        CURRENT EXPENSES                     1,379.12
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $1,379.12
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number      1967116
One Town Center Road                       Invoice Date       02/26/10
Boca Raton, FL    33486                     Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

      Fees                              0.00
      Expenses                      4,163.62

                  TOTAL BALANCE DUE UPON RECEIPT        $4,163.62
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1967116
One Town Center Road                      Invoice Date      02/26/10
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.65
        Telecopy Expense                         1.50
        PACER                                   23.28
        Duplicating/Printing/Scanning          101.20
        Postage Expense                         14.96
        Courier Service - Outside               10.89
        Outside Duplicating                    107.51
        Court Reporter Expense                  36.90
        Parking/Tolls/Other Transportation      42.00
        Air Travel Expense                     661.29
        Taxi Expense                            66.50
        Mileage Expense                         30.00
        Meal Expense                            11.94
        Telephone - Outside                     30.00
        General Expense                      3,025.00

            CURRENT EXPENSES                             4,163.62
                                                      -------------

            TOTAL BALANCE DUE UPON RECEIPT             $4,163.62
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1967116
One Town Center Road                      Invoice Date     02/26/10
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033

===========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/28/09 | Telephone - Outside<br>Telephone - VENDOR: Douglas E. Cameron, Dec 28,<br>Court Conference Call | 30.00 |
| 12/31/09 | PACER | 23.28 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 01/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/06/10 | Court Reporter Expense -- VENDOR: J & J COURT<br>TRANSCRIBERS: Hearing Transcript for 12/14/09 | 36.90 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1967116
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       February 26, 2010


| | | |
|---|---|---|
| 01/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 01/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/13/10 | Telecopy Expense<br>Fax Number: 2152460949 | 1.00 |
| 01/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 01/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 01/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 5 COPIES | .50 |
| 01/14/10 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Castello, D | .88 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 1536; 17 COPIES | 1.70 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 01/15/10 | Telecopy Expense<br>Fax Number: 2152460949 | .50 |

172573  W. R. Grace & Co.                              Invoice Number  1967116
60033   Claim Analysis Objection Resolution & EstimationPage   3
        (Asbestos)
        February 26, 2010


01/15/10    Postage Expense                                    13.64
            Postage Expense: ATTY # 001398 User: Charneicki,

01/18/10    Outside Duplicating B&W Copies D - Heavy          107.51
            Litigation/Binds - GBC/Tabs - - Binders and
            tabs for mediation materials.

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

01/18/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

172573 W. R. Grace & Co.                        Invoice Number  1967116
60033  Claim Analysis Objection Resolution & EstimationPage   4
       (Asbestos)
       February 26, 2010

| Date | Description | Amount |
|---|---|---|
| 01/18/10 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 01/19/10 | Courier Service - Outside 00843 UPS - Shipped from Traci Rea Reed Smith LLP - Pittsburgh to Jean Riffe JAMS PHILADELPHIA (PHILADELPHIA PA 19103) | 10.89 |
| 01/20/10 | General Expense -- VENDOR: JAMS, INC.: JAMS Mediation services for DGS claim mediation. | 3025.00 |
| 01/20/10 | Duplicating/Printing/Scanning ATTY # 3644; 127 COPIES | 12.70 |
| 01/20/10 | Postage Expense Postage Expense: ATTY # 001398 User: Charneicki, | .44 |
| 01/21/10 | Duplicating/Printing/Scanning ATTY # 1398; 667 COPIES | 66.70 |
| 01/21/10 | Telephone Expense 12152469494/PHILA, PA/3 | .20 |
| 01/21/10 | Telephone Expense 18039434444/HAMPTON, SC/9 | .45 |
| 01/21/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/21/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/21/10 | Duplicating/Printing/Scanning ATTY # 000559: 5 COPIES | .50 |
| 01/21/10 | Duplicating/Printing/Scanning ATTY # 000559: 5 COPIES | .50 |
| 01/22/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning ATTY # 1398; 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                          Invoice Number  1967116
60033  Claim Analysis Objection Resolution & EstimationPage  5
       (Asbestos)
       February 26, 2010


| Date | Description | Amount |
|---|---|---|
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 01/27/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Lawrence E. Flatley, Jan 27, 2 Parking<br>charge at Pittsburgh airport during mediation.. | 21.00 |
| 01/27/10 | Meal Expense Dinner - VENDOR: Lawrence E.<br>Flatley, Jan 27, 2010 - - One dinner. | 5.81 |
| 01/27/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Lawrence E. Flatley,<br>Agent Fee for ticket from Pittsburgh, PA to<br>Philadelphia, PA, and return to Pittsburgh, PA | 24.00 |
| 01/27/10 | Mileage Expense<br>Mileage - VENDOR: Lawrence E. Flatley, Jan 27, 2<br>Mileage driving to and from Pittsburgh airport | 30.00 |
| 01/27/10 | Air Travel Expense<br>Airfare - VENDOR: Lawrence E. Flatley, Jan 27, 2<br>Airfare from Pittsburgh, PA to Philadelphia, PA,<br>and return to Pittsburgh, PA | 259.40 |
| 01/27/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Lawrence E. Flatley,<br>Agent Fee for changing return flight from<br>Philadelphia, PA to Pittsburgh, PA | 24.00 |
| 01/27/10 | Taxi Expense<br>Taxi - VENDOR: Lawrence E. Flatley, Jan 27, 2010<br>Taxi charge to Philadelphia airport | 34.00 |

172573  W. R. Grace & Co.                          Invoice Number  1967116
60033   Claim Analysis Objection Resolution & Estimation Page   6
        (Asbestos)
        February 26, 2010


| Date | Description | Amount |
|---|---|---|
| 01/27/10 | Taxi Expense<br>Taxi - VENDOR: Traci Sands Rea, Jan 27, 2010<br>WRGrace.DGS Claims.Mediation (Pittsburgh to<br>Philadalphia; Philadelphia to Pittsburgh) | 32.50 |
| 01/27/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Traci Sands Rea, Jan 27, 2010<br>WRGrace.DGS Claims.Mediation  - - parking at<br>Pittsburgh airport during mediation. | 21.00 |
| 01/27/10 | Air Travel Expense<br>Airfare - VENDOR: Traci Sands Rea, Jan 27, 2010<br>WRGrace.DGS Claims.Mediation (Pittsburgh to<br>Philadalphia; Philadelphia to Pittsburgh) | 305.89 |
| 01/27/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Traci Sands Rea, Jan<br>WRGrace.DGS Claims.Mediation (Pittsburgh to<br>Philadalphia; Philadelphia to Pittsburgh) | 48.00 |
| 01/27/10 | Meal Expense Dinner - VENDOR: Traci Sands Rea,<br>Jan 27, 2010 WRGrace.DGS Claims.Mediation - -<br>One dinner. | 6.13 |
| 01/28/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 01/28/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

                        CURRENT EXPENSES                4,163.62
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $4,163.62
                                                      ============