# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: April 21, 2010 at 4:00 p.m.** |

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE ONE HUNDRED FOURTH MONTHLY INTERIM
## PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

Name of Applicant:                                     Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                                  Debtors-in-Possession

Date of Retention:                                 July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                           February 1 through February 28, 2010

Amount of fees sought as actual,
reasonable and necessary:                          $8,019.00

Amount of expenses sought as actual,
reasonable and necessary                           $1,025.90

This is a(n): X monthly    _ interim    _ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#24515
3/29/16

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/09 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 12 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | .80 | $548.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .20 | $127.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 3.90 | $2,457.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 3.90 | $1,774.50 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | .80 | $320.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 5.0 | $1,200.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 9.10 | $1,592.50 |

**Total Fees: $8,019.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | .80 | $153.00 |
| Fee Applications | 12.00 | $2,592.00 |
| Claim Analysis Objection Resolution & Estimation | 10.90 | $5,274.00 |
| **Total** | **23.70** | **$8,019.00** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Documentation Charge | $45.00 | ---- |
| PACER | $52.48 | ---- |
| Duplicating/Printing/Scanning | $36.90 | ---- |
| Courier Service – Outside | $23.39 | ---- |
| Outside Duplicating | $838.13 | ---- |
| Secretarial Overtime | $30.00 | ---- |
| SUBTOTAL | $1,025.90 | $0.00 |
| **TOTAL** | **$1,025.90** | |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:  March 29, 2010                        REED SMITH LLP
        Wilmington, Delaware

                                              By: /s/ Kurt F. Gwynne
                                                 Kurt F. Gwynne (No. 3951)
                                                 1201 Market Street, Suite 1500
                                                 Wilmington, DE  19801
                                                 Telephone:  (302) 778-7500
                                                 Facsimile:  (302) 778-7575
                                                 E-mail: kgwynne@reedsmith.com

                                                     and

                                                 James J. Restivo, Jr., Esquire
                                                 Lawrence E. Flatley, Esquire
                                                 Douglas E. Cameron, Esquire
                                                 Reed Smith Centre
                                                 225 Sixth Avenue
                                                 Pittsburgh, PA 15222
                                                 Telephone:  (412) 288-3131
                                                 Facsimile:  (412) 288-3063

                                                 Special Asbestos Products Liability Defense
                                                 Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1976250
One Town Center Road                      Invoice Date        03/26/10
Boca Raton, FL    33486                    Client Number        172573



===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                          153.00
         Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $153.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number<br>Invoice Date<br>Client Number<br>Matter Number | 1976250<br>03/26/10<br>172573<br>60026 |
|---|---|---|

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 02/02/10 | Lord | Update 2002 service list for quarterly fee application. | .20 |
| 02/05/10 | Ament | E-mail to team re: notice of change of 4/12/10 hearing. | .10 |
| 02/10/10 | Ament | Circulate agenda for 2/16/10 hearing to team (.10); e-mail to P. Cuniff re: hearing binders for said hearing (.10). | .20 |
| 02/12/10 | Ament | E-mails re: 2/16/10 hearing (.20); circulate amended agenda to team re: said hearing (.10). | .30 |

```
                                                     ------
                                  TOTAL HOURS          .80
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| John B. Lord | 0.20 at $ 240.00 = | | 48.00 |
| Sharon A. Ament | 0.60 at $ 175.00 = | | 105.00 |
| | CURRENT FEES | | 153.00 |

```
                                            ------------
       TOTAL BALANCE DUE UPON RECEIPT          $153.00
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1976251
5400 Broken Sound Blvd., N.W.            Invoice Date        03/26/10
Boca Raton, FL 33487                     Client Number        172573



===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                          2,592.00
     Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT        $2,592.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W. R. Grace | Invoice Number | 1976251 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 03/26/10 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60029 |

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2010

| Date | Name | | Hours |
| -------- | ---------- | | ----- |
| 02/01/10 | Ament | Attend to billing matters (.10); e-mails re: same (.10). | .20 |
| 02/02/10 | Ament | Begin calculating fees and expenses for 35th quarterly fee application. | .20 |
| 02/02/10 | Lord | Work on Reed Smith quarterly fee application and service of same. | 1.20 |
| 02/03/10 | Ament | Begin drafting spreadsheets, narrative and summary for 35th quarterly fee application. | .50 |
| 02/04/10 | Ament | Continue calculating fees and expenses for 35th quarterly fee application (.70); continue drafting narrative and summary re: same (.30). | 1.00 |
| 02/05/10 | Ament | Complete calculating fees and expenses for 35th quarterly fee application (.80); prepare spreadsheet re: 35th quarterly fee application (.50); complete narrative and summary re: same (.20); provide same to A. Muha for review (.10); e-mails with J. Lord re: quarterly fee application (.10). | 1.70 |
| 02/08/10 | Ament | E-mails with A. Muha re: quarterly fee application. | .10 |

172573  W. R. Grace & Co.                           Invoice Number  1976251
60029   Fee Applications-Applicant                  Page    2
        March 26, 2010


   Date   Name                                                    Hours
 -------- ----------                                              -----


02/08/10 Muha            Review and make revisions to 35th          .40
                         Quarterly Fee Application.

02/10/10 Ament           Attend to billing matters (.10);           .50
                         e-mails with A. Muha re: 35th
                         quarterly fee application (.10);
                         finalize narrative and summary re:
                         same (.20); e-mail same to J. Lord
                         for DE filing (.10).

02/10/10 Lord            Revise and supplement Reed Smith's        1.20
                         35th quarterly fee application
                         (1.1); communicate with S. Ament
                         re: same (.1).

02/11/10 Lord            Work on RS 35th quarterly fee              .70
                         application re: final revisions
                         for prior to filing.

02/12/10 Lord            Revise, e-file and serve Reed            1.00
                         Smith 35th quarterly fee
                         application.

02/15/10 Ament           Attend to billing matters (.10);           .20
                         e-mail to D. Cameron and A. Muha
                         re: same (.10).

02/16/10 Ament           Attend to billing matters.                 .10

02/17/10 Muha            Review and revise January 2010 fee         .40
                         and expense details.

02/18/10 Ament           E-mails re: Jan. monthly fee              .10
                         application.

02/22/10 Ament           Review e-mail re: Jan. monthly fee        .10
                         application.

02/23/10 Ament           Review e-mail re: caps for meals.         .10

02/23/10 Lord            Research docket and draft CNO for          .40
                         Reed Smith December monthly fee
                         application.

02/24/10 Ament           Attend to matters relating to             .30
                         billing (.20); e-mails re: same
                         (.10).

```
172573 W. R. Grace & Co.                    Invoice Number  1976251
60029  Fee Applications-Applicant           Page    3
       March 26, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/25/10 | Ament | Review invoices and begin drafting Jan. monthly fee application (.40); e-mail to A. Muha re: same (.10). | .50 |
| 02/25/10 | Lord | E-file and serve CNO to Reed Smith December monthly fee application. | .30 |
| 02/26/10 | Ament | Calculate fees for Jan. monthly fee application (.50); continue drafting fee application (.20); e-mails with D. Cameron and A. Muha re: same (.10). | .80 |

```
                                             ------
                               TOTAL HOURS   12.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 0.80 at | $  400.00 = | 320.00 |
| John B. Lord | 4.80 at | $  240.00 = | 1,152.00 |
| Sharon A. Ament | 6.40 at | $  175.00 = | 1,120.00 |

```
              CURRENT FEES                           2,592.00

                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT       $2,592.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co.     | Invoice Number | 1976252  |
|----------------------|----------------|----------|
| One Town Center Road | Invoice Date   | 03/26/10 |
| Boca Raton, FL   33486 | Client Number | 172573  |


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

       Fees                            5,274.00
       Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,274.00
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | | Invoice Number | 1976252 |
| One Town Center Road | | Invoice Date | 03/26/10 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60033 |

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
            (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/01/10 | Rea | Multiple e-mails and calls re: trial on Canadian claims. | .20 |
| 02/02/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/02/10 | Rea | E-mails/calls re: Canadian trial. | .20 |
| 02/03/10 | Cameron | Review materials relating to Speights' claim. | .60 |
| 02/04/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 02/05/10 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to T. Rea re: same (.10). | .20 |
| 02/05/10 | Rea | E-mails re: Canadian trial. | .10 |
| 02/06/10 | Cameron | Attention to Speights claims and trial preparation issues. | .90 |
| 02/08/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 02/08/10 | Cameron | Review materials relating to Canadian claims and trial preparation issues. | .90 |

172573  W. R. Grace & Co.                        Invoice Number  1976252
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        March 26, 2010


    Date   Name                                              Hours
    -------- -----------                                     -----

    02/08/10 Rea          Reviewed Canadian settlement         2.50
                          agreements and motions to approve
                          settlement agreements.

    02/08/10 Restivo      Review and execution of Canadian      .80
                          settlement agreements.

    02/09/10 Rea          E-mails re: Canadian settlements.     .20

    02/10/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/10/10 Flatley      Emails to/from T. Rea.                .20

    02/10/10 Rea          E-mails re: DGS claims.               .40

    02/11/10 Rea          E-mail to D. Speights re: Canadian    .30
                          settlements.

    02/12/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/15/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/15/10 Cameron      Review materials relating to          .70
                          outstanding claims.

    02/16/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/17/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/18/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/18/10 Cameron      Review Speights claims materials.     .80

    02/19/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/22/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

    02/23/10 Ament        Assist team with various issues       .10
                          relating to PD claims.

172573  W. R. Grace & Co.                              Invoice Number   1976252
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        March 26, 2010


```
   Date    Name                                                    Hours
-------- -----------                                               -----

02/24/10 Ament          Assist team with various issues              .30
                        relating to PD claims (.10);
                        various e-mails re: expert reports
                        (.20).

02/25/10 Ament          Assist team with various issues              .10
                        relating to PD claims.

02/26/10 Ament          Assist team with various issues              .10
                        relating to PD claims.

                                                                  ------
                                              TOTAL HOURS          10.90


TIME SUMMARY              Hours          Rate           Value
------------------------ ----------------------        -------
Lawrence E. Flatley       0.20  at  $  635.00  =         127.00
Douglas E. Cameron        3.90  at  $  630.00  =       2,457.00
James J. Restivo Jr.      0.80  at  $  685.00  =         548.00
Traci Sands Rea           3.90  at  $  455.00  =       1,774.50
Sharon A. Ament           2.10  at  $  175.00  =         367.50

                         CURRENT FEES                               5,274.00


                                                         ------------
                         TOTAL BALANCE DUE UPON RECEIPT    $5,274.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     1976272
One Town Center Road                    Invoice Date      03/26/10
Boca Raton, FL   33486                  Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        961.77

               TOTAL BALANCE DUE UPON RECEIPT         $961.77
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 1976272 |
|---|---|---|
| One Town Center Road | Invoice Date | 03/26/10 |
| Boca Raton, FL    33486 | Client Number | 172573 |
| | Matter Number | 60026 |

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| PACER | 14.64 |
| Documentation Charge | 45.00 |
| Duplicating/Printing/Scanning | 29.00 |
| Courier Service - Outside | 5.00 |
| Outside Duplicating | 838.13 |
| Secretarial Overtime | 30.00 |

CURRENT EXPENSES                      961.77
-------------

TOTAL BALANCE DUE UPON RECEIPT        $961.77

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1976272
One Town Center Road                          Invoice Date       03/26/10
Boca Raton, FL    33486                       Client Number        172573
                                              Matter Number         60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/17/09 | Secretarial Overtime: wrgrace.litigition: logistics assistance re: january hearings | 30.00 |
| 01/02/10 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 40 COPIES | 4.00 |
| 01/06/10 | Duplicating/Printing/Scanning ATTY # 4810; 100 COPIES | 10.00 |
| 01/26/10 | Duplicating/Printing/Scanning ATTY # 1398; 4 COPIES | .40 |
| 01/27/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelopes/Postage for service of Quarterly Fee App. | 27.20 |
| 01/31/10 | PACER | 14.64 |
| 02/01/10 | Documentation Charge -- VENDOR: NATIONAL TECHNICAL INFO. SERV.: NTIS Inter-library loan service during Oct. -Dec. 2009 | 45.00 |
| 02/02/10 | Duplicating/Printing/Scanning ATTY # 000559: 25 COPIES | 2.50 |
| 02/02/10 | Duplicating/Printing/Scanning ATTY # 000559: 25 COPIES | 2.50 |
| 02/04/10 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1976272
60026  Litigation and Litigation Consulting       Page    2
       March 26, 2010

| | | |
|---|---|---|
| 02/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 02/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/04/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 02/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 02/12/10 | Outside Duplicating Mailout - Bankruptcy<br>Mailouts/Mailout - Envelopes/Postage for<br>service of Quarterly Fee App. | 443.28 |
| 02/15/10 | Outside Duplicating Mailout - Bankruptcy<br>Mailouts/Mailout - Envelopes/Postage for<br>service of Quarterly Fee App. | 367.65 |
| 02/16/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery | 5.00 |
| 02/25/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 6 COPIES | .60 |

172573 W. R. Grace & Co.                    Invoice Number  1976272
60026  Litigation and Litigation Consulting    Page   3
       March 26, 2010


02/25/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

02/25/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

02/26/10   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

02/26/10   Duplicating/Printing/Scanning                    .90
           ATTY # 000559: 9 COPIES

                        CURRENT EXPENSES                 961.77
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $961.77
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 1976273 |
| One Town Center Road | Invoice Date | 03/26/10 |
| Boca Raton, FL  33486 | Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

| Fees | 0.00 |
| Expenses | 64.13 |

| TOTAL BALANCE DUE UPON RECEIPT | $64.13 |
| | ============== |

```
                        REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number    1976273
One Town Center Road                  Invoice Date      03/26/10
Boca Raton, FL    33486               Client Number      172573
                                      Matter Number       60033
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                               37.84
    Duplicating/Printing/Scanning        7.90
    Courier Service - Outside           18.39

                    CURRENT EXPENSES                    64.13
                                                  -------------

                TOTAL BALANCE DUE UPON RECEIPT        $64.13
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1976273
One Town Center Road                    Invoice Date      03/26/10
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60033

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/22/10   Courier Service - Outside 00843 UPS - Shipped          10.89
           from Traci Rea Reed Smith LLP - Pittsburgh to
           RICHARD C. FINKE, W.R. GRACE & CO (COLUMBIA MD
           21044).

01/31/10   PACER- - Access of documents on electronic             4.80
           docket

01/31/10   PACER- - Access of documents on electronic             2.88
           docket

01/31/10   PACER- - Access of documents on electronic            20.08
           docket

01/31/10   PACER- - Access of documents on electronic            10.08
           docket

02/08/10   Duplicating/Printing/Scanning                            .10
           ATTY # 000559: 1 COPIES

02/08/10   Duplicating/Printing/Scanning                            .60
           ATTY # 000559: 6 COPIES

02/08/10   Duplicating/Printing/Scanning                            .60
           ATTY # 000559: 6 COPIES

02/08/10   Duplicating/Printing/Scanning                            .60
           ATTY # 000559: 6 COPIES

02/08/10   Duplicating/Printing/Scanning                            .60
           ATTY # 000559: 6 COPIES

02/08/10   Duplicating/Printing/Scanning                            .60
           ATTY # 000559: 6 COPIES

172573  W. R. Grace & Co.                              Invoice Number   1976273
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        March 26, 2010


02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/08/10    Duplicating/Printing/Scanning                          .60
            ATTY # 000559: 6 COPIES

02/12/10    Courier Service - Outside -- VENDOR: AMERICAN         7.50
            EXPEDITING: Messenger Trip - US Bankruptcy
            Court - 1/20/10 - - Delivery of materials
            during hearings.

                        CURRENT EXPENSES                         64.13
                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $64.13
                                                            ============