# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: May 21, 2010 at 4:00 p.m. (Eastern)** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FIFTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1 through March 31, 2010 |
| Amount of fees sought as actual, reasonable and necessary: | $7,581.50 |
| Amount of expenses sought as actual, reasonable and necessary | $2,008.26 |

This is a(n): _X_ monthly   __ interim   __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# 24685
4/28/10

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

3

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 8 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $685.00 | 1.30 | $890.50 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $635.00 | .20 | $127.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $630.00 | 4.50 | $2,835.00 |
| Traci Sands Rea | Partner | 1995 | Litigation | $455.00 | 2.80 | $1,274.00 |
| Andrew J. Muha | Associate | 2001 | Litigation | $400.00 | 1.50 | $600.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 18 Years | Bankruptcy | $240.00 | 3.50 | $840.00 |
| Sharon A. Ament | Paralegal | 6 Years | Litigation | $175.00 | 5.80 | $1,015.00 |

**Total Fees: $7,581.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 1.00 | $175.00 |
| Fee Applications | 8.00 | $1,965.00 |
| Claim Analysis Objection Resolution & Estimation | 10.60 | $5,441.50 |
| **Total** | **19.60** | **$7,581.50** |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $19.36 | ---- |
| Duplicating/Printing/Scanning | $54.80 | ---- |
| Courier Service – Outside | $7.50 | ---- |
| Outside Duplicating | $27.20 | ---- |
| Secretarial Overtime | $1,800.00 | ---- |
| Legal Services | $58.00 | ---- |
| General Expense – 3/1/10 Ultramar Travel Mgmt tax on flight re: mediation | $41.40 | ---- |
| SUBTOTAL | $2,008.26 | $0.00 |
| **TOTAL** | **$2,008.26** | |

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Dated:    April 28, 2010
          Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

          and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    Reed Smith Centre
    225 Sixth Avenue
    Pittsburgh, PA 15222
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1987591
One Town Center Road                      Invoice Date       04/26/10
Boca Raton, FL   33486                    Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          0.00
        Expenses                  1,885.60

                    TOTAL BALANCE DUE UPON RECEIPT        $1,885.60
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1987591
One Town Center Road                     Invoice Date       04/26/10
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning           50.90
        Courier Service - Outside                7.50
        Outside Duplicating                     27.20
        Secretarial Overtime                 1,800.00

                    CURRENT EXPENSES                    1,885.60
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT    $1,885.60
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1987591
One Town Center Road                      Invoice Date      04/26/10
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

=======================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/01/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 82.50 |
| 01/01/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 157.50 |
| 01/02/10 | Secretarial Overtime: wrgrace.litigation: secretarial support for hearings | 75.00 |
| 01/02/10 | Secretarial Overtime: wrgrace.litigation: secretarial support for hearings | 150.00 |
| 01/02/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 360.00 |
| 01/03/10 | Secretarial Overtime: grace - assist k&e for hearing | 75.00 |
| 01/03/10 | Secretarial Overtime: grace - assist k&e for hearing | 172.50 |
| 01/03/10 | Secretarial Overtime: kirkland & ellis warroom setup & support | 82.50 |
| 01/04/10 | Secretarial Overtime: grace - confirmation hearing - secretarial support | 127.50 |
| 01/04/10 | Secretarial Overtime: wrgrace.litigition: secretarial support for hearings | 142.50 |
| 01/05/10 | Secretarial Overtime: grace - confirmation hearing - secretarial support | 97.50 |
| 01/05/10 | Secretarial Overtime: wrgrace.litigition: secretarial support for hearings | 180.00 |

172573 W. R. Grace & Co.                          Invoice Number   1987591
60026  Litigation and Litigation Consulting       Page    2
       April 26, 2010

| | | |
|---|---|---:|
| 01/06/10 | Secretarial Overtime: grace - confirmation<br>hearing - secretarial support | 97.50 |
| 02/26/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 27.20 |
| 03/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/01/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 199 COPIES | 19.90 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 17 COPIES | 1.70 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/02/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 03/24/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/24/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1987591
60026  Litigation and Litigation Consulting       Page    3
        April 26, 2010

| | | |
|---|---|---|
| 03/24/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/24/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/24/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/25/10 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: Messenger Trip - US Bankruptcy<br>Court - 3/08/10 - -  Delivery of materials for<br>hearing. | 7.50 |
| 03/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 03/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 03/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 31 COPIES | 3.10 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 96 COPIES | 9.60 |

                              CURRENT EXPENSES                  1,885.60
                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT             $1,885.60
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1987592
One Town Center Road                      Invoice Date      04/26/10
Boca Raton, FL   33486                    Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                              0.00
    Expenses                        122.66

                  TOTAL BALANCE DUE UPON RECEIPT          $122.66
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1987592 |
| Invoice Date | 04/26/10 |
| Client Number | 172573 |
| Matter Number | 60033 |

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| PACER | 19.36 |
| Duplicating/Printing/Scanning | 3.90 |
| Legal Services | 58.00 |
| General Expense | 41.40 |

| | |
|---|---:|
| CURRENT EXPENSES | 122.66 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $122.66 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1987592
One Town Center Road                      Invoice Date      04/26/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033

=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/25/10 | Legal Services<br>Court - Other - VENDOR: James J. Restivo Jr., Ja | 58.00 |
| 02/28/10 | PACER | 19.36 |
| 03/01/10 | General Expense -- VENDOR: ULTRAMAR TRAVEL<br>MANAGEMENT: Travel Agency did not charge enough<br>tax on flight relating to mediation, | 41.40 |
| 03/05/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 03/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |

172573  W. R. Grace & Co.                              Invoice Number  1987592
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        April 26, 2010


03/24/10   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

                              CURRENT EXPENSES              122.66
                                                        ------------
                       TOTAL BALANCE DUE UPON RECEIPT       $122.66
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number    1987559
One Town Center Road                  Invoice Date     04/26/10
Boca Raton, FL   33486                Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

       Fees                          175.00
       Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $175.00
                                                     ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                        Invoice Number    1987559
    One Town Center Road                    Invoice Date      04/26/10
    Boca Raton, FL   33486                  Client Number      172573
                                            Matter Number       60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2010

| Date | Name | | Hours |
|------|------|------|-------|
| 03/08/10 | Ament | Various e-mails with P. Cuniff re: 3/22/10 hearing (.10); review and update hearing binders for J. O'Neill (.20); hand deliver same to Judge Fitzgerald's chambers (.10); circulate preliminary agenda to team (.10). | .50 |
| 03/09/10 | Ament | E-mails re: Jan. hearing. | .10 |
| 03/16/10 | Ament | Circulate 3/22/10 agenda to team. | .10 |
| 03/18/10 | Ament | Circulate amended agenda to team re: 3/22/10 hearing. | .10 |
| 03/30/10 | Ament | E-mails re: K&E hearing preparation. | .20 |

```
                                              ------
                              TOTAL HOURS      1.00
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 1.00 at $ 175.00 = | | 175.00 |

```
                        CURRENT FEES                      175.00
```

```
                                                  ------------
              TOTAL BALANCE DUE UPON RECEIPT          $175.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1987560
5400 Broken Sound Blvd., N.W.        Invoice Date       04/26/10
Boca Raton, FL 33487                 Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          1,965.00
    Expenses                          0.00

             TOTAL BALANCE DUE UPON RECEIPT        $1,965.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1987560
5400 Broken Sound Blvd., N.W.            Invoice Date       04/26/10
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2010

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/01/10 | Ament | E-mails re: Jan. monthly fee application (.10); calculate expenses for Jan. monthly fee application (.30); continue drafting Jan. monthly fee application (.20); provide same to A. Muha for review (.10); finalize Jan. monthly fee application and e-mail same to J. Lord for DE filing (.10). | .80 |
| 03/01/10 | Lord | Review and revise Reed Smith monthly fee application (.1); communicate with S. Ament re: same (.1) | .20 |
| 03/01/10 | Muha | Make final review of and revisions to January 2010 monthly fee application. | .70 |
| 03/02/10 | Ament | E-mails with J. Lord re: Jan. monthly fee application (.10); attend to billing matters (.10); meet with D. Cameron re: same (.10). | .30 |
| 03/02/10 | Lord | Communicate with S. Ament re: January monthly fee application (.1); revise, e-file and serve same (1.1) | 1.20 |

```
172573  W. R. Grace & Co.                    Invoice Number  1987560
60029   Fee Applications-Applicant           Page    2
        April 26, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/05/10 | Muha | Review and revise February 2009 fee and expense invoices for monthly application. | .40 |
| 03/18/10 | Ament | E-mails re: Feb. monthly fee application. | .10 |
| 03/24/10 | Ament | E-mails with K. Bailey re: billing matters (.10); calculate fees and expenses for Feb. monthly fee application (.50); draft Feb. monthly fee application and related spreadsheets (.50); provide fee application to A. Muha for review (.10). | 1.20 |
| 03/25/10 | Ament | Meet with A. Muha re: Feb. monthly fee application (.10); finalize same (.20); e-mail same to J. Lord for DE filing (.10); meet with D. Cameron re: billing matters (.10); e-mail to K. Bailey re: same (.10). | .60 |
| 03/25/10 | Lord | Revise and prepare Reed Smith 104th monthly fee application for e-filing and service. | .90 |
| 03/25/10 | Muha | Final review of and revisions to February 2010 monthly fee application. | .40 |
| 03/29/10 | Lord | E-file and serve Reed Smith 104th monthly fee application (.7); draft e-file and serve CNO to Reed Smith January monthly fee application (.5). | 1.20 |

```
                                        ------
                           TOTAL HOURS    8.00
```

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       April 26, 2010

Invoice Number  1987560
Page    3

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha | 1.50 | at $ | 400.00 | = | 600.00 |
| John B. Lord | 3.50 | at $ | 240.00 | = | 840.00 |
| Sharon A. Ament | 3.00 | at $ | 175.00 | = | 525.00 |

CURRENT FEES                              1,965.00

                                       ------------

TOTAL BALANCE DUE UPON RECEIPT          $1,965.00
                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1987561
One Town Center Road                      Invoice Date     04/26/10
Boca Raton, FL   33486                    Client Number     172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

        Fees                          5,441.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,441.50
                                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1987561
One Town Center Road                      Invoice Date      04/26/10
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2010

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 03/02/10 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 03/03/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/04/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/05/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/08/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/08/10 | Restivo | Telephone conference with E. Westbrook. | .40 |
| 03/09/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 03/11/10 | Rea | E-mails re: remaining claims. | .30 |
| 03/14/10 | Cameron | Review materials relating to Speights claims. | .80 |
| 03/15/10 | Cameron | Review DGS letter and damage calculation and e-mails regarding same. | .90 |

172573 W. R. Grace & Co.                              Invoice Number  1987561
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       April 26, 2010


       Date   Name                                                    Hours
       ------- ----------                                             -----

       03/16/10 Ament          Assist team with various issues          .10
                               relating to PD claims.

       03/16/10 Cameron        Review Canadian claims and DGS           .70
                               claims issues.

       03/16/10 Rea            Prepared property damage                1.10
                               settlement agreements for filing.

       03/16/10 Restivo        Telephone calls with R. Finke and        .40
                               T. Rea re: Speights' Canada claims.

       03/17/10 Ament          Assist team with various issues          .10
                               relating to PD claims.

       03/17/10 Cameron        Review settlement agreement              .40
                               motions.

       03/17/10 Rea            Prepared motions to approve              .70
                               settlement agreements for filing
                               (.6); call with J. Welsh re: DGS
                               claims (.1).

       03/18/10 Ament          Assist team with various issues          .10
                               relating to PD claims.

       03/19/10 Ament          Assist team with various issues          .10
                               relating to PD claims.

       03/22/10 Ament          Assist team with various issues          .10
                               relating to PD claims.

       03/22/10 Flatley        Emails re: DGS situation.                .20

       03/22/10 Rea            Call with R. Finke re: DGS claims        .50
                               and reviewed DGS material.

       03/23/10 Rea            Multiple e-mails re: property            .20
                               damage settlements.

       03/23/10 Restivo        Review Speights' Canadian cases          .50
                               and filings.

       03/24/10 Ament          Assist team with various issues          .10
                               relating to PD claims.

       03/25/10 Ament          Assist team with various issues          .10
                               relating to PD claims.

172573 W. R. Grace & Co.                          Invoice Number  1987561
60033  Claim Analysis Objection Resolution & EstimationPage    3
       (Asbestos)
       April 26, 2010


     Date    Name                                                  Hours
   --------  -----------                                           -----

03/26/10  Ament          Assist team with various issues            .10
                         relating to PD claims.

03/26/10  Cameron        Review Speights and DGS materials.         .80

03/28/10  Cameron        Review materials relating to               .90
                         settlement agreements and Speights
                         claims for trial.

03/29/10  Ament          Assist team with various issues            .10
                         relating to PD claims.

03/30/10  Ament          Assist team with various issues            .10
                         relating to PD claims.

03/31/10  Ament          Assist team with various issues            .10
                         relating to PD claims.

                                                                  ------
                                          TOTAL HOURS              10.60


| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Lawrence E. Flatley | 0.20 | at $ | 635.00 | = | 127.00 |
| Douglas E. Cameron | 4.50 | at $ | 630.00 | = | 2,835.00 |
| James J. Restivo Jr. | 1.30 | at $ | 685.00 | = | 890.50 |
| Traci Sands Rea | 2.80 | at $ | 455.00 | = | 1,274.00 |
| Sharon A. Ament | 1.80 | at $ | 175.00 | = | 315.00 |

                         CURRENT FEES                             5,441.50


                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT               $5,441.50
                                                              ============