**Exhibit IV**

**Fee Application for the period**

**March 1, 2010 – March 31, 2010**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.[1];** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: June 1, 2010 at 4:00 p.m.**
**Hearing date:  To be scheduled only if objections are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Seventy-Fourth Interim Application

for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date Filed:  5/12/2010

Docket No:  24755

Incurred for the period from March 1, 2010 through March 31, 2010 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $88,367.20, representing 80% of $110,459.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $200.56.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 1, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, Theodore L. Freedman, Esquire, Kirkland & Ellis, Citigroup Center, 13 East 53rd Street, New York, New York 10022-4611 (fax number 212-446-4800), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, Illinois 60602 (Fax number 312-641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington,

Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax

number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware

Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi)

counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer

Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware

Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the

United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware

19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Stephen L. Bossay, Warren H.

Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax

number 214-722-0081).


**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: May 12, 2010
       Wilmington, DE

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
              rriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, New Jersey 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com


and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:       lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

Objection Deadline: June 1, 2010 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served.

## SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | March 1, 2010 through March 31, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $110,459.00): | $ 88,367.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 200.56 |
| Total Amount Due: | $ 88,567.76 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the January 2010 and February 2010 monthly fee statements, the 24th Quarterly fee application and response to fee auditor report is 9.0 hours, and corresponding compensation requested is $2,893.00.

This is the Seventy-Fourth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.40 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47,704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39, 371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| **Totals Twenty-First Quarterly** | **January 1, 2009 through March 31, 2009** | **$181,278.50** | **$688.30** | **$145,022.80** |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |
| August 18, 2009 | May 1, 2009 through May 31, 2009 | $77,884.00 | $241.67 | $62,307.20 |
| August 18, 2009 | June 1, 2009 through June 30, 2009 | $60,801.50 | $136.35 | $48,641.20 |
| **Totals Twenty-Second Quarterly** | **April 1, 2009 Through June 30, 2009** | **$195,700.00** | **$593.58** | **$156,560.00** |
| October 15, 2009 | July 1, 2009 through July 31, 2009 | $107,158.50 | $407.68 | $85,726.80 |
| November 9, 2009 | August 1, 2009 through August 31, 2009 | $122,699.00 | $94.88 | $98,159.20 |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)</u>**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| November 20, 2009 | September 1, 2009 through September 30, 2009 | $131,783.50 | 3,039.11 | $105,426.80 |
| **Totals Twenty-Third Quarterly** | **July 1, 2009 through September 30, 2009** | **$361,641.00** | **$3,541.67** | **$289,312.80** |
| December 21, 2009 | October 1, 2009 through October 31, 2009 | $58,063.50 | $366.56 | $46,450.80 |
| February 10, 2010 | November 1, 2009 through November 30, 2009 | $47,473.50 | $215.14 | $37,978.80 |
| February 11, 2010 | December 1, 2009 through December 31, 2009 | $51,980.50 | $227.98 | $41,584.40 |
| **Totals Twenty-Fourth Quarterly** | **October 1, 2009 through December 31, 2009** | **$157,517.50** | **$809.68** | **$126,014.00** |
| April 19, 2010 | January 1, 2010 through January 31, 2010 | $86,544.50 | $107.10 | $69,235.60 |
| April 19, 2010 | February 1, 2010 through February 28, 2010 | $79,398.50 | $230.09 | $63,518.80 |
| May 12, 2010 | March 1, 2010 through March 31, 2010 | $110,459.00 | $200.56 | $88,367.20 |

**SEVENTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
### Capstone Advisory Group, LLC
### Summary of Fees by Professional
### For the Period 3/1/10 through 3/31/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 16.40 | $12,464.00 |
| S. Cunningham | Member | $760 | 10.60 | $8,056.00 |
| R. Frezza | Member | $670 | 56.60 | $37,922.00 |
| J. Dolan | Consultant | $445 | 115.00 | $51,175.00 |
| M. Desalvio | Research | $175 | 2.00 | $350.00 |
| N. Backer | Paraprofessional | $120 | 4.10 | $492.00 |
| **For the Period 3/1/10 through 3/31/10** | | | **204.70** | **$110,459.00** |

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 3/1/10 through 3/31/10

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, interest calculations in relation to distributable value. | 3.00 | $1,335.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports and participated in calls. | 9.90 | $5,431.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motion related to the LTIP and prepared report to the Committee thereon. | 22.50 | $11,880.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January and February monthly fee statements, as well as the 24th Quarterly Fee Application. | 9.00 | $2,893.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 4Q09 results including peer company analysis and prepared a report to the Committee thereon. | 8.20 | $5,318.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses related to the Company's 2010 business Plan and prepared a report to the Committee thereon. | 145.40 | $80,957.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant analyzed proforma data as disclosed in recent 8K and reviewed Plan confirmation issues. | 4.70 | $2,294.00 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 2.00 | $350.00 |
| For the Period 3/1/10 through 3/31/10 | | 204.70 | $110,459.00 |

Capstone Advisory Group, LLC                                                     Page 1 of 1
Invoice for the March 2010 Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 3/1/10 through 3/31/10

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 3/29/2010 | J. Dolan | 3.00 | Updated valuation model with changes in stock price and interest rates, etc. |
| Subtotal | | 3.00 | |
| **04. Creditor Committee Matters** | | | |
| 3/2/2010 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 3/8/2010 | J. Dolan | 0.40 | Reviewed and discussed counsel's memo to the Committee. |
| 3/8/2010 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 3/8/2010 | E. Ordway | 0.40 | Returned calls to a creditor - re: case status. |
| 3/12/2010 | E. Ordway | 0.60 | Read counsel's report analyzing the disposition of the Longacre and National Union claims. |
| 3/12/2010 | J. Dolan | 0.80 | Read, analyzed and discussed counsel's memo regarding several proposed settlements. |
| 3/15/2010 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 3/22/2010 | J. Dolan | 0.90 | Read and analyzed counsel's report and analysis on recent settlements. |
| 3/22/2010 | E. Ordway | 1.10 | Read and analyzed Counsel's report on PD claims settlements in Canada. |
| 3/23/2010 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 3/23/2010 | R. Frezza | 0.50 | Read and analyzed counsel memo re: issues currently listed for hearing consideration. |
| 3/23/2010 | E. Ordway | 0.80 | Read Counsel's memo - re: POR. |
| 3/29/2010 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| Subtotal | | 9.90 | |
| **05. Employee Matters/KERP/Other** | | | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/8/2010 | J. Dolan | 0.60 | Prepared questions for Blackstone and the Debtor based on prior DC Plan call and anticipated follow up call. |
| 3/8/2010 | J. Dolan | 1.70 | Read and analyzed draft LTIP motion and compared to prior years' motions. |
| 3/10/2010 | E. Ordway | 0.50 | Read Counsel's memo - re: Pension plan issues. |
| 3/15/2010 | J. Dolan | 3.30 | Began preparing report to the Committee related to the 2010 - 2012 LTIP as proposed by the Debtors' recently filed motion. |
| 3/15/2010 | J. Dolan | 1.40 | Reviewed prior year LTIP Memos and analyzed current year changes to Plan. |
| 3/15/2010 | J. Dolan | 1.60 | Reviewed final LTIP motion and exhibits and developed request for additional information from the Company. |
| 3/15/2010 | R. Frezza | 0.90 | Reviewed LTIP motion; prepared questions for Blackstone. |
| 3/22/2010 | R. Frezza | 0.90 | Prepared question list re: LTIP motion and sent to Blackstone. |
| 3/22/2010 | J. Dolan | 1.00 | Read and analyzed LTIP information received from Blackstone and incorporated into report to the Committee. |
| 3/23/2010 | R. Frezza | 0.50 | Followed up with Blackstone re: LTIP motion and setup call to discuss. |
| 3/24/2010 | J. Dolan | 1.60 | Finalized report to the Committee regarding the 2010 - 2012 LTIP, incorporated counsel comments and distributed to the Committee. |
| 3/24/2010 | R. Frezza | 2.10 | Prepared for and participated in call with Company re: LTIP motion; and reviewed final version of LTIP memo to Committee. |
| 3/24/2010 | J. Dolan | 1.30 | Finalized LTIP report to the Committee based on information received on call for internal review. |
| 3/24/2010 | J. Dolan | 0.80 | Prepared for and particpated in meeting with Blackstone and the Debtors to discuss LTIP motion. |
| 3/26/2010 | J. Dolan | 0.50 | Reviewed changes to LTIP motion received from Blackstone, reviewed issued report and discussed with counsel. |
| 3/30/2010 | R. Frezza | 1.10 | Prepared for and participated in call with Company re: shift in Defined Contribution Pension Plan changes; debriefed at length with counsel. |
| 3/30/2010 | S. Cunningham | 1.50 | Read and analyzed LTIP information. |
| 3/30/2010 | J. Dolan | 1.20 | Prepared for and participated in meeting with Debtor regarding retirement plan alternatives. |
| Subtotal | | 22.50 | |

07. Fee Applications & Invoices

**Capstone Advisory Group, LLC**
**Invoice for the March 2010 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2010 | J. Dolan | 1.10 | Reviewed, finalized and filed quarterly fee app. |
| 3/4/2010 | E. Ordway | 0.40 | Prepared fee application. |
| 3/8/2010 | J. Dolan | 0.30 | Prepared fee application. |
| 3/16/2010 | N. Backer | 1.80 | Prepared January fee statement. |
| 3/16/2010 | N. Backer | 1.20 | Prepared February fee statement. |
| 3/17/2010 | N. Backer | 0.50 | Prepared February fee statement. |
| 3/18/2010 | J. Dolan | 1.10 | Prepared fee application. |
| 3/18/2010 | J. Dolan | 1.00 | Prepared February fee application. |
| 3/22/2010 | J. Dolan | 0.70 | Prepared fee application. |
| 3/23/2010 | E. Ordway | 0.30 | Prepared fee application. |
| 3/29/2010 | N. Backer | 0.60 | Prepared January fee statement. |
| Subtotal | | 9.00 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/8/2010 | J. Dolan | 2.30 | Reviewed monthly operating reports and related advisor only information for Dec and Jan. |
| 3/8/2010 | R. Frezza | 2.10 | Read and analyzed latest Monthly Operating Reports (Dec 09 and Jan 10). |
| 3/8/2010 | S. Cunningham | 2.20 | Reviewed Q4 financial results. |
| 3/12/2010 | S. Cunningham | 1.60 | Read and analyzed Q4 results. |
| Subtotal | | 8.20 | |

**09. Financial Analysis - Business Plan**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2010 | J. Dolan | 2.90 | Prepared analysis in connection with the business plan for report to the Committee. |
| 3/1/2010 | J. Dolan | 3.30 | Read and analyzed industry information to assess the outlook in accordance with plan amounts presented by the Debtor. |
| 3/1/2010 | J. Dolan | 1.30 | Continued review of the 2009 10k and prepared analyses thereon. |
| 3/2/2010 | J. Dolan | 1.50 | Reviewed and analyzed Company responses to our request for information. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/2/2010 | J. Dolan | 2.60 | Read and analyzed 4Q09 financial briefing received from Blackstone and updated 2009 analyses accordingly. |
| 3/2/2010 | J. Dolan | 1.90 | Prepared bridge analysis of quarterly sales and ebit for all of 2009. |
| 3/2/2010 | E. Ordway | 1.80 | Prepared and edited report to the Committee - re: 2009 operating results. |
| 3/2/2010 | R. Frezza | 3.30 | Read and analyzed company responses to follow up questions on 2010 plan. Continued review of 10K. |
| 3/3/2010 | R. Frezza | 1.20 | Continued analysis of plan data provided. |
| 3/4/2010 | E. Ordway | 1.20 | Read and analyzed 4Q 2009 financial information and summarized items for staff to follow up on. |
| 3/4/2010 | R. Frezza | 2.90 | Continued to review analysts' reports for Grace plan report; further analysis of 10k issued. |
| 3/5/2010 | S. Cunningham | 1.80 | Analyzed historical results. |
| 3/5/2010 | R. Frezza | 2.70 | Continued analyses of P&L for Q4 09 with comparative analyses to 2010 Plan info provided to date. |
| 3/8/2010 | J. Dolan | 1.30 | Updated analysis for research input including key stats, commodity prices and projections, currency prices and projections. |
| 3/9/2010 | J. Dolan | 1.70 | Prepared business plan report for the Committee including quarterly plan on a consolidated basis and by division. |
| 3/9/2010 | J. Dolan | 3.50 | Updated business plan analyses for quarterly information received from Company. |
| 3/9/2010 | J. Dolan | 3.30 | Reviewed and analyzed requested information received from Blackstone and followed up with additional questions. |
| 3/9/2010 | R. Frezza | 1.80 | Read and analyzed responses to questions on plan provided by Blackstone; continued business plan review. |
| 3/10/2010 | R. Frezza | 2.10 | Analysis of additional responses received from company re: business plan review; review latest analyst reports. |
| 3/10/2010 | J. Dolan | 2.30 | Continued preparing business plan report to the Committee including quarterly financial information received from the Company. |
| 3/10/2010 | E. Ordway | 2.40 | Prepared and edited business plan report for Committee. |
| 3/11/2010 | J. Dolan | 1.30 | Read and analyzed analyst reports to develop understanding of industry outlook and determine achievability of the 2010 plan. |
| 3/11/2010 | J. Dolan | 3.10 | Prepared commentary on our analysis of the 2010 business plan in the report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/11/2010 | J. Dolan | 2.90 | Prepared analysis of the 2010 business plan for report to the Committee including corporate operating costs, restructuring costs and commentary, market outlook. |
| 3/11/2010 | R. Frezza | 1.30 | Continued preparing P&L analyses on summary 2010 data for purposes of the business plan. |
| 3/12/2010 | E. Ordway | 1.20 | Prepared cash analysis for inclusion in report to the Committee. |
| 3/12/2010 | J. Dolan | 1.70 | Prepared commentary on analysis of 2010 business plan for report to the Committee. |
| 3/12/2010 | R. Frezza | 1.90 | Business plan analyses. |
| 3/15/2010 | R. Frezza | 1.10 | Continued analyses of 2010 data for committee report. |
| 3/16/2010 | J. Dolan | 2.10 | Prepared foreign currency analysis for report to the Committee. |
| 3/16/2010 | J. Dolan | 2.40 | Prepared key market fundamental analysis to determine reasonableness of plan assumptions. |
| 3/16/2010 | J. Dolan | 3.50 | Prepared commentary on 2010 plan analyses in report to the Committee. |
| 3/16/2010 | R. Frezza | 1.30 | Business plan analyses on Gross Margin vs Gross Profit. |
| 3/17/2010 | J. Dolan | 2.60 | Prepared peer analysis for 4Q09 to determine valuation multiple for Grace. |
| 3/17/2010 | J. Dolan | 0.90 | Prepared commentary to report to the Committee on 2010 business plan. |
| 3/17/2010 | R. Frezza | 1.80 | Continued analysis of GM vs GP for Business Plan report. |
| 3/18/2010 | J. Dolan | 3.10 | Prepared cash flow analysis for 2010 plan as compared to 2009 actual and related commentary for report to the Committee. |
| 3/18/2010 | E. Ordway | 1.30 | Read and analyzed revenue information for 2008, 2009 and forecast for 2010. |
| 3/18/2010 | E. Ordway | 0.90 | Analyzed actual and forecasted balance sheets and noted items for communicating in our report to the Committee. |
| 3/18/2010 | J. Dolan | 2.60 | Prepared corporate cost analysis for 2010 vs 2009 and related commentary in business plan report. |
| 3/18/2010 | R. Frezza | 1.70 | Business plan drafting re: cost analysis. |
| 3/19/2010 | R. Frezza | 2.90 | Business plan drafting SG&A. |
| 3/19/2010 | J. Dolan | 2.90 | Prepared divisional quarterly analysis for business plan and related commentary for report to the Committee. |
| 3/22/2010 | R. Frezza | 2.20 | Business plan considerations and analysis of risks and opportunities. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/23/2010 | E. Ordway | 1.20 | Read analyst reports assembled by staff - re: industry status. |
| 3/23/2010 | J. Dolan | 3.50 | Prepared sensitivity analysis on 2010 business plan EBITDA and related commentary in report to the Committee. |
| 3/23/2010 | R. Frezza | 1.90 | Continued consideration of Business plan risks and opportunities; public comp analyses to determine valuation multiple. |
| 3/23/2010 | J. Dolan | 2.90 | Prepared sensitivity analysis on 2010 plan cash flow for report to the Committee. |
| 3/25/2010 | J. Dolan | 2.10 | Prepared cash flow sensitivity analysis and related commentary for report to the Committee on the 2010 Plan. |
| 3/25/2010 | R. Frezza | 3.10 | Cash flow analysis of plan; report drafting. |
| 3/25/2010 | J. Dolan | 0.70 | Prepared peer analysis and commentary for report to determine valuation multiples. |
| 3/25/2010 | J. Dolan | 3.30 | Reviewed report and made necessary changes for internal review of the 2010 Plan report to the Committee. |
| 3/25/2010 | J. Dolan | 2.20 | Prepared EBITDA sensitivity analysis and commentary for the report to the Committee on the 2010 business plan. |
| 3/26/2010 | R. Frezza | 2.90 | Finalization of Cash flow analysis of plan; report drafting; review latest analyst report releases. |
| 3/26/2010 | J. Dolan | 2.30 | Read and analyzed recent analyst reports to support achievability of Plan. |
| 3/29/2010 | J. Dolan | 2.90 | Read and analyzed released peer financials to determine validity of valuation multiple of Grace. |
| 3/29/2010 | S. Cunningham | 1.50 | Read and analyzed business plan. |
| 3/29/2010 | R. Frezza | 4.10 | Report drafting and review of completed sections; incremental analyses on key indicators to support company assumptions. |
| 3/30/2010 | E. Ordway | 2.30 | Prepared and edited business plan report. |
| 3/30/2010 | R. Frezza | 4.30 | Drafting, review and supplemental analyses for 2010 Plan report to Committee. |
| 3/30/2010 | J. Dolan | 5.60 | Reviewed internal comments on business plan report and expanded analyses and comments to report accordingly. |
| 3/31/2010 | S. Cunningham | 2.00 | Continued to read and analyze business plan. |
| 3/31/2010 | R. Frezza | 3.10 | Further review and analysis in finalizing 2010 business plan report to committee; peer analysis review and update for latest filings. |

**Capstone Advisory Group, LLC**
**Invoice for the March 2010 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 145.40 | |
| 15. Plan & Disclosure Statement | | | |
| 3/10/2010 | J. Dolan | 1.50 | Read and analyzed Debtors' 8k reflecting revised proforma financial statements replacing those as filed with the POR. |
| 3/11/2010 | R. Frezza | 0.90 | Read and analyzed 8K issued regarding updated pro forma balance sheet and income statement. |
| 3/11/2010 | J. Dolan | 1.50 | Read and analyzed revised pro forma statement as filed with 8k. |
| 3/22/2010 | J. Dolan | 0.80 | Read and analyzed counsel's memo on plan confirmation issues. |
| Subtotal | | 4.70 | |
| 21. Research | | | |
| 3/18/2010 | M. Desalvio | 2.00 | Prepared analysis to assist team in Business Plan Update |
| Subtotal | | 2.00 | |
| **Total Hours** | | **204.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 3/1/10 through 3/31/10

| Date | Professional | Detail | Amount |
|------|------------|--------|-------:|
| **Research** | | | |
| 3/10/2010 | Capstone Expense | Pacer - research tool | $6.96 |
| 3/10/2010 | Capstone Expense | Factiva - research tool | $0.36 |
| Subtotal - Research | | | $7.32 |
| **Telecom** | | | |
| 3/11/2010 | Capstone Expense | February telecom - Saddle Brook office | $193.24 |
| Subtotal - Telecom | | | $193.24 |
| **For the Period 3/1/10 through 3/31/10** | | | $200.56 |