# EXHIBIT A

**WR Grace**
**February 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review pension plan issue | 1.3 |
| | Docket | 1.0 |
| | Comm w/OHS (Dfe) re pension plan | 0.3 |
| Tue 2 | Comm w/OHS (Dfe) re pension plan, ACC | 0.5 |
| | Comm w/COFC (JS) re pension | 0.6 |
| | CNAF research | 6.0 |
| | Docket | 0.6 |
| Wed 3 | Comm w/COFC (JS) re pension | 0.5 |
| | CNAF research | 4.0 |
| | Comm w/OHS (Dfe, RF) re CNAF | 0.5 |
| Thu 4 | Comm w/OHS (Dfe, PH) re CNAF | 0.5 |
| | CNAF research | 3.0 |
| | CNAF, L memo | 2.0 |
| | Docket | 0.5 |
| Fri 5 | Comm w/OHS (Dfe) re AM Best | 0.7 |
| | Docket | 0.7 |
| Sat 6 | Comm w/OHS (RF) re CNAF | 0.3 |
| Mon 8 | Comm w/OHS (Dfe) re CNAF fin rpt | 0.5 |
| | CNA fincl rept call and review of PR,K | 4.0 |
| | Docket | 0.5 |
| Tue 9 | Comm w/OHS (Dfe) re LC facilty | 0.4 |
| | Review LC facility | 1.5 |
| | Docket | 0.8 |
| Wed 10 | Review AM Best | 3.4 |
| | Docket | 1.3 |
| Thu 11 | Docket | 1.2 |
| Fri 12 | Docket | 0.7 |
| Mon 15 | Docket | 0.8 |
| Tue 16 | Omnibus hearing and prep | 3.0 |
| | Docket | 0.6 |
| Wed 17 | Commw/Blackstone (JO) re 2010 plan | 0.4 |
| | Docket | 0.9 |
| Thu 18 | Docket | 1.1 |
| Fri 19 | Docket | 0.4 |
| Sun 21 | Comm w/OHS re pension plan call | 0.3 |
| Mon 22 | Comm w/OHS (RW) re pension plan att | 0.3 |
| | Comm w/COFC (JS) re pension | 1.0 |
| | Docket | 0.3 |
| Tue 23 | Call w/Grace re pension issues | 1.0 |
| | Comm w/OHS (RW, Dfe) re pension issues | 0.7 |
| | Docket | 1.1 |
| Wed 24 | Docket | 1.4 |
| Thu 25 | Call w/Grace re 2010 plan | 1.5 |
| | Docket | 0.2 |
| Fri 26 | Docket | 0.7 |
| | TOTAL TIME (HRS) | 53.0 |

**WR Grace**
**February 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Research Insurance Re: CNAF | 4.0 |
| Mon 1 | Review docket | 0.8 |
| Tue 2 | Research Insurance Re: CNAF | 3.5 |
| Thu 4 | Financial analysis | 2.5 |
| Thu 4 | Review docket | 0.5 |
| Thu 4 | Research Insurance Re: CNAF | 3.0 |
| Mon 8 | Review docket | 1.0 |
| Mon 8 | Review insurance earnings and practices | 3.0 |
| Thu 11 | Review docket | 0.8 |
| Fri 12 | Review docket | 1.3 |
| Tue 16 | Omnibus hearing | 1.0 |
| Wed 17 | Financial analysis | 2.0 |
| Thu 18 | Review docket | 1.3 |
| Tue 23 | Prep for call | 1.5 |
| Tue 23 | Call Re: pension plan | 1.0 |
| Wed 24 | Financial analysis | 1.5 |
| Wed 24 | Review docket | 1.0 |
| Thu 25 | Review Financials / Prep for call | 1.0 |
| Thu 25 | Call Re: 2010 Financials with Debtors | 1.5 |
| Thu 25 | Review docket | 1.0 |
| Fri 26 | Review docket | 0.5 |
| | TOTAL TIME (hrs) | 33.5 |

**WR Grace**
**February 2010 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review docket | 1.0 |
| Tue 2 | CNAF research | 4.0 |
| | Review docket | 0.5 |
| Wed 3 | CNAF research | 3.0 |
| Thu 4 | CNAF research | 4.0 |
| Fri 5 | Review docket | 0.5 |
| Mon 8 | Review insurance earnings and practices | 3.0 |
| | Review docket | 0.5 |
| Wed 10 | Review docket | 0.5 |
| Thu 11 | Review docket | 0.5 |
| Tue 16 | Omnibus hearing | 2.0 |
| | Review docket | 0.5 |
| Thu 18 | Review docket | 0.5 |
| Fri 19 | Review docket | 0.5 |
| Mon 22 | Financial analysis | 3.0 |
| | Review docket | 0.5 |
| Tue 23 | Prep for pension call | 1.0 |
| | Call w/Grace re pension issues | 1.0 |
| | Review docket | 0.5 |
| Wed 24 | Review docket | 0.5 |
| Thu 25 | Call w/Grace re 2010 plan | 1.5 |
| | Review docket | 0.5 |
| Fri 26 | Review docket | 0.5 |
| | TOTAL TIME (HRS) | 30.0 |