# EXHIBIT B

### W.R. Grace
### Detail of expenses (February 1, 2010 – February 28, 2010)

| | | |
|---|---|---|
| <u>Communication</u> | | |
| Telephone | $ 52.94 | |
| Express Mail | $ 84.81 | |
| **Total Communication:** | | **$ 137.75** |
| | | |
| <u>Meals</u> | | |
| Meals | $ 27.26 | |
| | | |
| **Total Meals:** | | **$  27.26** |
| | | |
| **TOTAL EXPENSES:** | | **$ 165.01** |