# EXHIBIT A

**WR Grace**
**March 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review docket | 0.6 |
| Tue 2 | Analysis of PD settlements | 1.1 |
| | Review docket | 0.7 |
| Wed 3 | I/C re fee app | 1.0 |
| | Qtly financial analysis | 3.0 |
| | Review docket | 0.5 |
| Thu 4 | Comm w/Blackstone (MB) re pension mtg | 0.4 |
| | Comm w/OHS (RW,Dfe) re pension plans | 1.3 |
| | Review docket | 1.0 |
| Fri 5 | Review docket | 0.3 |
| | Qtly financial analysis | 2.5 |
| Mon 8 | I/C re fee app | 1.0 |
| | Comm w/OHS (Dfu) re fee apps | 0.3 |
| | Review docket | 0.5 |
| Tue 9 | Review docket | 0.6 |
| | Fee app prep | 2.0 |
| | Qtly financial analysis | 4.0 |
| Wed 10 | Review docket | 1.4 |
| | Fee app review | 2.0 |
| Thu 11 | Review docket | 0.3 |
| | Analysis of 8-K pro forma | 2.1 |
| Fri 12 | Review docket | 0.6 |
| | Analysis of 8-K pro forma | 1.7 |
| Mon 15 | Review docket | 0.4 |
| Tue 16 | Comm w/OHS (Dfe) re omnibus | 0.3 |
| | Review docket | 0.8 |
| Wed 17 | Review docket | 0.8 |
| | Comm w/OHS (RW) re COFC valuation | 0.5 |
| Thu 18 | Comm w/OHS (RF, RW) re COFC valuation | 1.0 |
| | Review docket | 0.3 |
| | Comm w/Blackstone (JOC) re pro-formas | 1.0 |
| Fri 19 | Review docket | 0.4 |
| Sun 21 | I/C re COFC valuation | 2.1 |
| Mon 22 | Comm w/OHS (RF, RW) re COFC valuation | 1.0 |
| | I/C re COFC valuation | 2.1 |
| | Review docket | 0.5 |
| Tue 23 | Analysis/review fourth POR modifications | 4.2 |
| | Review docket | 0.4 |
| Wed 24 | Anlaysis/review LTIP errors | 1.5 |
| | Review docket | 0.7 |
| | Comm w/OHS (Dfe) re LTIP motion | 0.9 |
| Thu 25 | I/C re fee apps | 0.8 |
| | Review docket | 0.4 |
| | Comm w/COFC re termsheet, valuation | 1.2 |
| Fri 26 | Comm w/Blackstone (MB) re LTIP motion mods | 0.3 |
| | Comm w/OHS (Defe) re LTIP motion mods | 0.5 |
| | Review docket | 0.9 |
| Mon 29 | Final review LTIP | 1.4 |
| | Pension review | 1.2 |
| | Review docket | 0.5 |
| Tue 30 | C/C re grace pension plans | 1.4 |
| | Review docket | 0.6 |
| | **TOTAL TIME (HRS)** | **57.0** |

**WR Grace**
**March 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review docket | 1.5 |
| Mon 8 | Review docket | 1.0 |
| Fri 12 | Analysis of 8-K pro forma | 1.5 |
| Mon 15 | Review docket | 1.0 |
| Fri 19 | Review docket | 0.5 |
| Mon 22 | Financial analysis | 4.0 |
| Tue 23 | Review docket | 1.0 |
| Thu 24 | Financial analysis | 4.5 |
| Mon 28 | Financial analysis | 6.5 |
| Mon 28 | Review docket | 1.0 |
| Tue 30 | Prep for call | 1.5 |
| Tue 30 | Grace pension call | 0.5 |
| Tue 30 | Financial analysis | 4.5 |
| Wed 31 | Review docket | 0.5 |
| Wed 31 | Financial analysis | 5.5 |
|  | TOTAL TIME (hrs) | 35.0 |

**WR Grace**
**March 2010 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Review docket | 0.5 |
| Wed 3 | I/C re fee app | 1.5 |
|  | Qtly financial analysis | 3.0 |
|  | Review docket | 0.5 |
| Thu 4 | Review docket | 0.5 |
| Fri 5 | Review docket | 0.5 |
| Mon 8 | I/C re fee app | 1.5 |
|  | Review docket | 0.5 |
| Tue 9 | Review docket | 0.5 |
|  | Fee app prep | 2.0 |
| Wed 10 | Review docket | 0.5 |
| Fri 12 | Review docket | 0.5 |
| Thu 18 | Review docket | 0.5 |
| Fri 19 | Review docket | 0.5 |
| Mon 22 | Review docket | 0.5 |
| Wed 24 | Review docket | 0.5 |
| Thu 25 | I/C re fee apps | 1.5 |
|  | Review docket | 0.5 |
| Fri 26 | Review docket | 0.5 |
| Mon 29 | Pension review and prep | 2.0 |
|  | Review docket | 0.5 |
| Tue 30 | C/C re grace pension plans | 1.5 |
|  | Review docket | 0.5 |
|  | TOTAL TIME (HRS) | 21.0 |