# EXHIBIT B

**W.R. Grace**
**Detail of expenses (March 1, 2010 – March 31, 2010)**

<u>Communication</u>
Telephone                                                                 $179.77
                    **Total Communication:**                               **$ 179.77**

**TOTAL EXPENSES:**                                                    **$ 179.77**