```
Date: 03/29/10              Legal Analysis Systems, Inc.
Time: 4:00pm                                                            Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
 02/28/10  Peterson  / (28) Data Analysis                  1.2    960.00
 #1901     Review forecast of Libby claims values       800.00
------------------------------------------------------------------------
```

{D0175553.1 }

```
Date: 03/29/10            Legal Analysis Systems, Inc.
Time: 4:00pm                                                              Page 2

                  W. R. Grace

            Summary Of Time Charges, By Month and Activity
                    February 2010 - February 2010

   MONTH        ACTIVITY                                  HOURS      AMOUNT
   ----------------------------------------------------------------
   February  - (28) Data Analysis                           1.2      960.00
   February  - (99) Total                                   1.2      960.00

   Total     - (28) Data Analysis                           1.2      960.00
   Total     - (99) Total                                   1.2      960.00

------------------------------------------------------------------------
```

{D0175553.1 }

```
Date: 03/29/10          Legal Analysis Systems, Inc.
Time: 4:00pm                                                          Page 3

               W. R. Grace

           Summary Of Time Charges, By Month and Person
                  February 2010 - February 2010

   MONTH      PERSON                                 HOURS      AMOUNT
   ----------------------------------------------------------------

   February  - Peterson                                1.2      960.00
   February  - Total                                   1.2      960.00

   Total     - Peterson                                1.2      960.00
   Total     - Total                                   1.2      960.00

   ----------------------------------------------------------------------
```

{D0175553.1 }

```
Date: 03/29/10           Legal Analysis Systems, Inc.
Time: 4:00pm                                                        Page 4

                 W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                         February 2010 - February 2010

   MONTH       PERSON                                HOURS   RATE    AMOUNT
   ----------------------------------------------------------------------
   (28) Data Analysis

   February  - Peterson                                1.2   800.    960.00

   ----------------------------------------------------------------------
```

{D0175553.1 }