```
Date: 05/11/10              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 1


                    W. R. Grace, Inc. c/o Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


 Date/Slip# Description                                    HOURS/RATE    AMOUNT
 ------------------------------------------------------------------------------
 03/01/10   Peterson  / (07) Committee, Creditors'                0.2    160.00
 #2303      Review Inselbuch memo on liabilities               800.00
```

{D0175807.1 }

```
Date: 05/11/10         Legal Analysis Systems, Inc.
Time: 9:00am                                                      Page 2

                W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
----------------------------------------------------------------------------
03/01/10   Peterson  / (28) Data Analysis                  0.3     240.00
#2301      Telephone Relles re: analyses of Libby        800.00
           claims/settlements

03/01/10   Peterson  / (28) Data Analysis                  1.4    1120.00
#2302      Review analyses of Libby claims/liabilities   800.00

03/01/10   Relles    / (28) Data Analysis                  0.8     380.00
#2501      Review analyses of Libby (.5), telephone Peterson  475.00
           (.3) re: same
----------------------------------------------------------------------------
```

{D0175807.1 }

```
Date: 05/11/10            Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 3

                  W. R. Grace

               Summary Of Time Charges, By Month and Activity
                       March 2010 - March 2010

   MONTH       ACTIVITY                                 HOURS     AMOUNT
   ---------------------------------------------------------------------
   March     - (07) Committee, Creditors'                0.2      160.00
   March     - (28) Data Analysis                        2.5     1740.00
   March     - (99) Total                                2.7     1900.00

   Total     - (07) Committee, Creditors'                0.2      160.00
   Total     - (28) Data Analysis                        2.5     1740.00
   Total     - (99) Total                                2.7     1900.00

   ---------------------------------------------------------------------
```

{D0175807.1 }

```
Date: 05/11/10            Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 4

                  W. R. Grace

            Summary Of Time Charges, By Month and Person
                     March 2010 - March 2010

    MONTH      PERSON                                   HOURS      AMOUNT
    ----------------------------------------------------------------------
    March      - Relles                                   0.8      380.00
    March      - Peterson                                 1.9     1520.00
    March      - Total                                    2.7     1900.00

    Total      - Relles                                   0.8      380.00
    Total      - Peterson                                 1.9     1520.00
    Total      - Total                                    2.7     1900.00

    ----------------------------------------------------------------------
```

{D0175807.1 }

```
Date: 05/11/10           Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 5

                W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       March 2010 - March 2010

  MONTH      PERSON                              HOURS    RATE     AMOUNT
  ---------------------------------------------------------------------
  (07) Committee, Creditors'

  March    - Peterson                              0.2    800.     160.00

  (28) Data Analysis

  March    - Relles                                0.8    475.     380.00
  March    - Peterson                              1.7    800.    1360.00


  ---------------------------------------------------------------------
```

{D0175807.1 }