## **Exhibit A**

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2009 THROUGH SEPTEMBER 30, 2009 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 9/17/2009 | 7/1/09-7/31/09 | $ 2,556.50 | $33.80 | $ 2,045.20 | $33.80 | $ 511.30 |
| 10/16/2009 | 8/1/09-8/30/09 | $17,405.50 | $63.56 | $13,924.40 | $63.56 | $3,481.10 |

## **CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 2.80 | $ 1,400.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 19.10 | *$18,562.00* |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
|  | Total | 21.90 | *$19,962.00* |

## **CUMULATIVE EXPENSE SUMMARY**

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $ 5.05 |
| Copies – Matter 32 (Fee Applications) | $   0 |
| Copies – Matter 46 (Tax Litigation) | $17.70 |
| Computer Database Research | $   0 |
| Duplicating Supplies | $   0 |
| Federal Express/Messenger | $74.61 |
| Facsimile | $   0 |
| Meals | $   0 |
| Hotel | $   0 |
| Local Transportation | $   0 |
| Parking | $   0 |
| Total | $97.36 |