**Exhibit B**
July Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #23272 Case No. 01-01139.  Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

Doc. # DC-2335020 v.1 5/11/10 01:01 PM