**Exhibit C**
August Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #23518 under Case No. 01-01139.  Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

10