## Exhibit D
September Fee Application

None filed.