## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 3/16/2010 | 10/1/09-10/31/09 | $1,478.00 | $ 18.87 | $1,182.40 | $ 18.87 | $295.60 |
| 3/16/2010 | 11/1/09-11/30/09 | $ 550.00 | $ 11.00 | $ 440.00 | $ 11.00 | $110.00 |
| 3/16/2010 | 12/1/09-12/31/09 | $3,980.50 | $ 0 | $3,184.40 | $ 0 | $796.10 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 2.50 | $1,250.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 7.40 | $4,758.00 |
| 42 | Travel (1/2 total hours billed) | 0 | $ 0 |
|  | Total | 9.90 | $6,008.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $15.02 |
| Copies – Matter 32 (Fee Applications) | $4.10 |
| Copies – Matter 46 (Tax Litigation) | $10.75 |
| Computer Database Research | $0 |
| Duplicating Supplies | $0 |
| Federal Express/Overnight Messenger | $0 |
| Facsimile | $0 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| **Total** | **$29.87** |