```
Date: 03/13/10             Legal Analysis Systems, Inc.
Time: 4:00pm                                                        Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
01/05/10   Peterson  / (07) Committee, Creditors'        1.5     1200.00
#1501      Review forecast of trust claims and payment flows   800.00
           and call Horkovich

01/07/10   Peterson  / (07) Committee, Creditors'        1.1      880.00
#1502      Memo to Horkovich re: timing of payments       800.00
------------------------------------------------------------------------
```

{D0171796.1 }

```
Date: 03/13/10            Legal Analysis Systems, Inc.
Time: 4:00pm                                                          Page 2

                W. R. Grace

           Summary Of Time Charges, By Month and Activity
                     January 2010 - January 2010

  MONTH      ACTIVITY                                  HOURS     AMOUNT
  ----------------------------------------------------------------------
  January  - (07) Committee, Creditors'                  2.6     2080.00
  January  - (99) Total                                  2.6     2080.00

  Total    - (07) Committee, Creditors'                  2.6     2080.00
  Total    - (99) Total                                  2.6     2080.00

----------------------------------------------------------------------------
```

{D0171796.1 }

```
Date: 03/13/10              Legal Analysis Systems, Inc.
Time: 4:00pm                                                              Page 3

                 W. R. Grace

              Summary Of Time Charges, By Month and Person
                     January 2010 - January 2010

   MONTH      PERSON                                     HOURS     AMOUNT
   ----------------------------------------------------------------------
   January    - Peterson                                   2.6     2080.00
   January    - Total                                      2.6     2080.00

   Total      - Peterson                                   2.6     2080.00
   Total      - Total                                      2.6     2080.00

   ----------------------------------------------------------------------
```

{D0171796.1 }

```
Date: 03/13/10           Legal Analysis Systems, Inc.
Time: 4:00pm                                                       Page 4

                W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                        January 2010 - January 2010

 MONTH      PERSON                                HOURS    RATE    AMOUNT
 ------------------------------------------------------------------------
 (07) Committee, Creditors'

 January    - Peterson                              2.6    800.    2080.00

 ------------------------------------------------------------------------
```

{D0171796.1 }