Date: 03/29/10 Legal Analysis Systems, Inc.
Time: 4:00pm 

W. R. Grace, Inc. % Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, New York 10022

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/28/10 | Peterson / (28) Data Analysis | 1.2 | 960.00 |
| #1901 | Review forecast of Libby claims values | 800.00 | |

W. R. Grace

Summary Of Time Charges, By Month and Activity
February 2010 - February 2010

| MONTH | ACTIVITY | HOURS | AMOUNT |
|---|---|---|---|
| February | - (28) Data Analysis | 1.2 | 960.00 |
| February | - (99) Total | 1.2 | 960.00 |
| Total | - (28) Data Analysis | 1.2 | 960.00 |
| Total | - (99) Total | 1.2 | 960.00 |

Date: 03/29/10 Legal Analysis Systems, Inc.
Time: 4:00pm Page 3

W. R. Grace

Summary Of Time Charges, By Month and Person
February 2010 - February 2010

| MONTH | PERSON | HOURS | AMOUNT |
|---|---|---|---|
| February | - Peterson | 1.2 | 960.00 |
| February | - Total | 1.2 | 960.00 |
| Total | - Peterson | 1.2 | 960.00 |
| Total | - Total | 1.2 | 960.00 |

Date: 03/29/10 Legal Analysis Systems, Inc.
Time: 4:00pm 

W. R. Grace

Summary Of Time Charges, By Activity, Month, and Person
February 2010 - February 2010

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| (28) Data Analysis | | | | |
| February | - Peterson | 1.2 | 800. | 960.00 |