```
Date: 05/11/10            Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 1


                   W. R. Grace, Inc. c/o Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                               HOURS/RATE    AMOUNT
---------------------------------------------------------------------------
 03/01/10  Peterson  / (07) Committee, Creditors'        0.2       160.00
 #2303     Review Inselbuch memo on liabilities         800.00
```

{D0175807.1 }

```
Date: 05/11/10          Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 2

                W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
-----------------------------------------------------------------------
03/01/10   Peterson  / (28) Data Analysis                   0.3     240.00
#2301      Telephone Relles re: analyses of Libby         800.00
           claims/settlements

03/01/10   Peterson  / (28) Data Analysis                   1.4    1120.00
#2302      Review analyses of Libby claims/liabilities    800.00

03/01/10   Relles    / (28) Data Analysis                   0.8     380.00
#2501      Review analyses of Libby (.5), telephone Peterson 475.00
           (.3) re: same
-----------------------------------------------------------------------
```

{D0175807.1 }

```
Date: 05/11/10            Legal Analysis Systems, Inc.
Time: 9:00am                                                         Page 3

               W. R. Grace

         Summary Of Time Charges, By Month and Activity
                    March 2010 - March 2010

    MONTH      ACTIVITY                                  HOURS     AMOUNT
    ----------------------------------------------------------------------
    March    - (07) Committee, Creditors'                  0.2     160.00
    March    - (28) Data Analysis                          2.5    1740.00
    March    - (99) Total                                  2.7    1900.00

    Total    - (07) Committee, Creditors'                  0.2     160.00
    Total    - (28) Data Analysis                          2.5    1740.00
    Total    - (99) Total                                  2.7    1900.00

    --------------------------------------------------------------------
```

```
Date: 05/11/10           Legal Analysis Systems, Inc.
Time: 9:00am                                                      Page 4

                W. R. Grace

            Summary Of Time Charges, By Month and Person
                      March 2010 - March 2010

    MONTH       PERSON                                 HOURS      AMOUNT
    ----------------------------------------------------------------
    March     - Relles                                   0.8      380.00
    March     - Peterson                                 1.9     1520.00
    March     - Total                                    2.7     1900.00

    Total     - Relles                                   0.8      380.00
    Total     - Peterson                                 1.9     1520.00
    Total     - Total                                    2.7     1900.00

----------------------------------------------------------------------
```

{D0175807.1 }

```
Date: 05/11/10          Legal Analysis Systems, Inc.
Time: 9:00am                                                            Page 5

                    W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                         March 2010 - March 2010

   MONTH      PERSON                              HOURS    RATE    AMOUNT
   ---------------------------------------------------------------------

   (07) Committee, Creditors'

   March     - Peterson                             0.2    800.    160.00

   (28) Data Analysis

   March     - Relles                               0.8    475.    380.00
   March     - Peterson                             1.7    800.   1360.00


   ---------------------------------------------------------------------
```

{D0175807.1 }