**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          01/31/2010
Wilmington  DE                                        ACCOUNT NO:          3000-01D
                                                      STATEMENT NO:                81

Asset Analysis and Recovery

PREVIOUS BALANCE                                                              $700.00

BALANCE DUE                                                                   $700.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

|  |  |
|---|---|
| Page: | 1 |
|  | 01/31/2010 |
| ACCOUNT NO: | 3000-02D |
| STATEMENT NO: | 104 |

Asset Disposition

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $707.80 |
| 01/29/2010 | | | |
| MTH | Reviewing Debtors' Notice re asset sales | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 36.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $360.00 | $36.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 36.00 |
| 01/04/2010  Payment - Thank you.  (May, 2009 - 100% Fees) | -35.00 |
| BALANCE DUE | $708.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:      3000-03D
STATEMENT NO:            91

Business Operations

| | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $70.00 |
| 01/22/2010 | | | | |
| MTH | Correspondence to JS and BR re Debtors' Motion re ART | | 0.20 | 72.00 |
| 01/28/2010 | | | | |
| MTH | Review correspondence from BR re ART Motion | | 0.10 | 36.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.30 | 108.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |

TOTAL CURRENT WORK                                          108.00

BALANCE DUE                                                        $178.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:    104 |

Case Administration

| | HOURS | |
|---|---|---|
| PREVIOUS BALANCE | | $1,843.97 |

| 01/07/2010 | | | HOURS | |
|---|---|---|---|---|
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2009 through November 30, 2009. | | 0.70 | 290.50 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 290.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.70 | $415.00 | $290.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 290.50 |

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -66.40 |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -362.50 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -26.40 |
| | TOTAL PAYMENTS | -455.30 |
| | BALANCE DUE | $1,679.17 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace
Wilmington  DE

01/31/2010
ACCOUNT NO:      3000-05D
STATEMENT NO:           104

Claims Analysis Objection & Resolution (Asbestos)

|  | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,604.60 |

| | | | HOURS | |
|---|---|---|---|---|
| 01/01/2010 | | | | |
| | MTH | Review correspondence from CV re questions re claim and response to same | 0.20 | 72.00 |
| 01/06/2010 | | | | |
| | MTH | Review correspondence from DF re Canadian ZAI Settlement and response to same; reviewing additional correspondence re same | 0.40 | 144.00 |
| 01/14/2010 | | | | |
| | MTH | Telephone conference with asbestos claimant re possible claim | 0.20 | 72.00 |
| 01/15/2010 | | | | |
| | MTH | Telephone conference with potential claimant Dougherty re asbestos claim | 0.20 | 72.00 |
| | MTH | Telephone conference with claimant re status of Plan Confirmation | 0.10 | 36.00 |
| | MTH | Reviewing Order entered re Anderson Memorial | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.20 | 432.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $360.00 | $432.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 432.00 |

| | | |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -203.00 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -420.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -70.00 |

Page: 2

W.R. Grace

01/31/2010

ACCOUNT NO:        3000-05D
STATEMENT NO:            104

Claims Analysis Objection & Resolution (Asbestos)

TOTAL PAYMENTS                                                  -693.00

BALANCE DUE                                                $5,343.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010

ACCOUNT NO:     3000-06D
STATEMENT NO:          104

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| PREVIOUS BALANCE |  |  |  | $955.20 |
| 01/11/2010 |  |  |  |  |
| MTH | Correspondence to and from C. Villasin |  | 0.20 | 72.00 |
| 01/15/2010 |  |  |  |  |
| MTH | Review Order entered re General Insurance |  | 0.10 | 36.00 |
| 01/19/2010 |  |  |  |  |
| MTH | Reviewing additional correspondence re status of C. Villasin claim |  | 0.30 | 108.00 |
| 01/29/2010 |  |  |  |  |
| MTH | Reviewing Debtors' Report re settlement of claims |  | 0.10 | 36.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.70 | 252.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $360.00 | $252.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 252.00 |

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -49.00 |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -385.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -35.00 |
|  | TOTAL PAYMENTS | -469.00 |
|  | BALANCE DUE | $738.20 |

Page: 2
W.R. Grace                                                                              01/31/2010
                                                                    ACCOUNT NO:        3000-06D
                                                                    STATEMENT NO:            104

Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
01/31/2010
ACCOUNT NO:    3000-07D
STATEMENT NO:    104

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $34,886.24 |
|---|---|---|---|
| | | HOURS | |
| **01/04/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **01/05/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **01/06/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| **01/07/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| KH | Review e-mail from R. Chung re: Insurer objections(.1); Research and draft responsive e-mail(.8) | 0.90 | 99.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare and file 2019 of The David Law Firm; e-mail confirmation of same | 0.40 | 40.00 |
| MTH | Review correspondence from SB re daily pleadings | 0.10 | 36.00 |
| **01/08/2010** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| KH | Review e-mail from R. Chung re: Insurer objections(.1); Research and draft responsive e-mail(.4) | 0.50 | 55.00 |

Page: 2
01/31/2010

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              104

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.60 | 60.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | | 0.80 | 288.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 36.00 |
| **01/11/2010** | | | | |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 13.50 |
| MTH | Review correspondence from EI re Plan Confirmation | | 0.10 | 36.00 |
| MTH | Review correspondence from claimant re payment of claims and response to same | | 0.20 | 72.00 |
| PEM | Review ACC memo re: closing arguments. | | 0.20 | 83.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Review, retrieve, and distribute recently filed pleadings to P. Lockwood | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **01/12/2010** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Coordinate logistics for hearing on 1/25/10 at 10:30 a.m.; e-mail confirmation of same to P. Lockwood, W. Slocombe, and R. Horkovich | | 0.20 | 20.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **01/13/2010** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.50 | 50.00 |
| MTH | Review daily memo | | 0.10 | 36.00 |
| **01/14/2010** | | | | |
| MK | Attention to electronic filing of supplemental 2019 for outside law firm. | | 0.20 | 27.00 |
| PEM | Review memo re: pleadings filed. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| **01/15/2010** | | | | |
| PEM | Review weekly recommendation memo re: pending matters. | | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 30.00 |
| MTH | Prepare weekly recommendation memo | | 0.70 | 252.00 |
| MTH | Review correspondence from SB to Committee re weekly | | | |

Page: 3
W.R. Grace 01/31/2010
ACCOUNT NO:     3000-07D
STATEMENT NO:     104

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | recommendation memo | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| DAC | Review memorandum re: efforts to modify QSF tax treatment | 0.10 | 47.50 |

01/16/2010
| MTH | Review correspondence from JH and J Cooney re tax issues | 0.10 | 36.00 |

01/18/2010
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

01/19/2010
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| MTH | Review correspondence from SB to PVNL re recently filed pleadings | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

01/20/2010
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

01/21/2010
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

01/22/2010
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| SMB | Prepare weekly recommendation memorandum | 0.10 | 10.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Prepare weekly recommendation memo | 1.60 | 576.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

01/25/2010
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |
| **01/26/2010** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| KH | Review e-mail from M. Fanone re: Estimation Daubert Briefs and meet with MTH re: the same(.4); Research and draft responsive e-mail containing briefs(1.4) | 1.80 | 198.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Drafting memorandum re hearing events and correspondence to and from counsel re same | 2.10 | 756.00 |
| **01/27/2010** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing correspondence from EI and NDF re drafting hearing memo, research for information re same and reviewing and revising same; correspondence to NDF, EI re revisions to same; review correspondence from NDF re revisions to be completed | 0.80 | 288.00 |
| **01/28/2010** | | | |
| MK | Review hearing memorandum. | 0.10 | 13.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Reviewing and revising hearing memorandum and correspondence to Committee re same | 0.30 | 108.00 |
| **01/29/2010** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 41.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 1.00 | 100.00 |
| MTH | Review correspondence from SB re weekly recommendation memo | 0.10 | 36.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memo | 1.00 | 360.00 |
| DAC | Review memo re: 1/25/10 hearings | 0.20 | 95.00 |
| | FOR CURRENT SERVICES RENDERED | 23.80 | 5,820.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $475.00 | $522.50 |

Page: 5

W.R. Grace

01/31/2010

ACCOUNT NO:    3000-07D

STATEMENT NO:    104

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.20 | 415.00 | 498.00 |
| Michele Kennedy | 0.50 | 135.00 | 67.50 |
| Santae M. Boyd | 7.80 | 100.00 | 780.00 |
| Mark T. Hurford | 10.00 | 360.00 | 3,600.00 |
| Katherine Hemming | 3.20 | 110.00 | 352.00 |

TOTAL CURRENT WORK                                5,820.00

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -1,507.80 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -8,760.50 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -1,761.60 |

TOTAL PAYMENTS                                   -12,029.90

BALANCE DUE                                       $28,676.34

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-08D |
| | STATEMENT NO: | 103 |

Employee Benefits/Pension

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $225.00 |
| | | | HOURS | |
| 01/22/2010 | | | | |
| MTH | Correspondence to and from PVNL re Grace motion re employee claims | | 0.30 | 108.00 |
| MTH | Reviewing Debtors' Motion re Employee Claims | | 0.30 | 108.00 |
| 01/29/2010 | | | | |
| MTH | Review correspondence from JB re draft pension plan motion | | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.80 | 288.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $360.00 | $288.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 288.00 |

| | | |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -84.00 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -572.50 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -427.00 |
| | TOTAL PAYMENTS | -1,083.50 |
| | CREDIT BALANCE | -$570.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:       3000-10D |
|  | STATEMENT NO:            104 |

Employment Applications, Others

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $1,533.70 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/18/2010 |  |  |  |  |
| MTH | Reviewing CCAA Rep's Motion re Reply to Objection |  | 0.30 | 108.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.30 | 108.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $360.00 | $108.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 108.00 |

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -14.00 |
|---|---|---|
| 01/04/2010 | Payment - Thank you. (May, 2009 - 100% Fees) | -245.00 |
|  | TOTAL PAYMENTS | -259.00 |
|  | BALANCE DUE | $1,382.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:      3000-11D
STATEMENT NO:            102

Expenses

PREVIOUS BALANCE                                                                $22,621.32

| | | |
|---|---|---:|
| 01/01/2010 | Parcels, Inc. - Creation of bound hearing books | 265.50 |
| 01/01/2010 | Pacer charges for the month of November | 64.88 |
| 01/01/2010 | Pacer Charges for the Month of December | 150.64 |
| 01/03/2010 | MTH - Roundtrip airfare from Philadelphia, PA to Pittsburgh, PA | 289.20 |
| 01/03/2010 | MTH - Parking at Philadelphia, PA airport, 2 days | 60.00 |
| 01/03/2010 | MTH - Stay at The Westin in Pittsburgh, PA, 2 nights | 477.35 |
| 01/03/2010 | MTH - Lunch at Philadelphia, PA airport | 10.35 |
| 01/04/2010 | MTH - Breakfast in Pittsburgh, PA | 5.00 |
| 01/05/2010 | Courtcall appearance of Mark Hurford for hearing on November 23, 2009. | 37.00 |
| 01/05/2010 | Courtcall appearance of Mark Hurford for hearing on December 14, 2009 | 156.00 |
| 01/05/2010 | MTH - Dinner at Pittsburgh, PA airport, 2 people | 32.35 |
| 01/05/2010 | MTH - Cab in Pittsburgh, PA from hotel to airport | 60.00 |
| 01/11/2010 | Federal Express to Marissa Fanore at Caplin & Drysdale on 1/7/09 (5 boxes) | 173.49 |
| 01/16/2010 | AT&T Long Distance Phone Calls | 7.49 |
| 01/18/2010 | Postage - Committee check | 0.44 |
| 01/25/2010 | MTH - Lunch in Wilmington, DE for hearing, 2 people | 60.00 |
| 01/25/2010 | IKON - Copy/ service of certificate of no objection for C&L November fee app | 96.55 |
| 01/25/2010 | Federal Express to Marissa Fanone at Caplin & Drysdale on 1/6/10 | 340.51 |
| 01/25/2010 | Courtcall appearance of P. Lockwood on 12/14/09 | 37.00 |
| 01/25/2010 | Courtcall appearance of R. Horkovich for hearing on 12/14/09 | 37.00 |
| 01/25/2010 | Courtcall appearance of MTH for hearing on 12/14/09 | 44.00 |
| 01/25/2010 | Courtcall appearance of J. Liesemer for hearing on 1/4/10 | 275.00 |
| 01/25/2010 | Courtcall appearance of J. Liesemer for hearing on 1/5/10 | 261.00 |
| 01/25/2010 | Courtcall appearance of J. Liesemer for hearing on 1/6/10 | 100.00 |
| 01/25/2010 | Courtcall appearance of MTH for hearing on 1/6/10 | 163.00 |
| 01/31/2010 | Westlaw charges for the month of January, 2010 | 28.18 |
| 01/31/2010 | Printing Charges - January 2010 | 126.50 |
| 01/31/2010 | Scanning Charges - January 2010 | 49.80 |
| | TOTAL EXPENSES | 3,408.23 |

W.R. Grace

Expenses

TOTAL CURRENT WORK                                                          3,408.23

01/04/2010        Payment - Thank you.  (May, 2009 - 100% Expenses)              -5,601.92

BALANCE DUE                                                           $20,427.63

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:     3000-12D
STATEMENT NO:          102

Fee Applications, Applicant

PREVIOUS BALANCE                                                                    $6,704.00

|  |  | HOURS |  |
|---|---|---|---|
| 01/05/2010 |  |  |  |
| PEM | Review prebill for Pgh time. | 0.20 | 83.00 |
| KH | Review prebill for fee and expense issues | 0.30 | 33.00 |
| 01/15/2010 |  |  |  |
| MTH | Reviewing pre-bill | 1.00 | 360.00 |
| 01/21/2010 |  |  |  |
| MTH | Correspondence to and from KCD re expenses related to Plan Confirmation | 0.20 | 72.00 |
| 01/22/2010 |  |  |  |
| MTH | Reviewing various correspondence re expenses for Plan Confirmation hearing and correspondence to KCD re same | 0.50 | 180.00 |
| 01/25/2010 |  |  |  |
| KCD | Review and sign CNO re: C&L application | 0.20 | 68.00 |
| MTH | Discussion with KCD re Fee Auditor inquiry and review correspondence from KCD re same | 0.20 | 72.00 |
| KH | Review case docket for objections to C&L November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| 01/26/2010 |  |  |  |
| KCD | Draft response to fee auditor re: C&L expenses | 0.20 | 68.00 |
| 01/29/2010 |  |  |  |
| KCD | Review C&L application | 0.30 | 102.00 |
| KH | Prepare Excel spreadsheet re: C&L December re: professional hours v. project category | 0.40 | 44.00 |
| KH | Review e-mail from DS re: December bill(.1); Prepare C&L December |  |  |

W.R. Grace

Fee Applications, Applicant

|  | HOURS |  |
|---|---|---|
| fee application(.7); Finalize and e-file fee application(.3) | 1.10 | 121.00 |
| FOR CURRENT SERVICES RENDERED | 5.10 | 1,258.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $415.00 | $83.00 |
| Mark T. Hurford | 1.90 | 360.00 | 684.00 |
| Kathleen Campbell Davis | 0.70 | 340.00 | 238.00 |
| Katherine Hemming | 2.30 | 110.00 | 253.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,258.00 |

| | | |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -193.50 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -1,629.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -166.40 |
| | TOTAL PAYMENTS | -1,988.90 |
| | BALANCE DUE | $5,973.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO: | 3000-13D |
|  | STATEMENT NO: | 89 |

Fee Applications, Others

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $15,516.60 |
|  |  | HOURS |  |
| 01/05/2010 |  |  |  |
| KH | Draft e-mail to Committee re: expenses | 0.10 | 11.00 |
|  |  |  |  |
| 01/08/2010 |  |  |  |
| KH | Review November fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February fee application of Holme Roberts & Owen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review March fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

Page: 2
W.R. Grace                                                                    01/31/2010
                                                           ACCOUNT NO:        3000-13D
                                                           STATEMENT NO:            89
Fee Applications, Others

|     |     | HOURS |       |
| --- | --- | --- | --- |
| KH | Review November fee application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of K&E(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review September fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Baker Donelson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Alexander Sanders(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review February 2006-October 2009 fee application of Piper Jaffray(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| 01/14/2010 | | | |
| KH | Update Committee Fee Application Tracking Chart | 0.60 | 66.00 |
| KH | Draft and review emails from S. Chisolm re: committee payment | 0.20 | 22.00 |
| 01/15/2010 | | | |
| SMB | Review November fee application of PricewaterhouseCoopers LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review December fee application of Woodcock Washburn LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review December fee application of Protiviti Inc. (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review April to June Interim fee application of Phillips Goldman & Spence, PA (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review June fee application of Phillips Goldman & Spence PA (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review January to March Interim fee application of Holme Roberts & Owens LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| SMB | Review October fee application of Capstone Advisory Group LLC (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |
| SMB | Review December fee application of Warren H. Smith & Associates P.C. (.1); update WR Grace weekly recommendation memo (.1) | | 0.20 | 20.00 |
| 01/20/2010 | | | | |
| KH | Update Committee Fee Application Tracking Chart | | 0.30 | 33.00 |
| 01/21/2010 | | | | |
| KCD | E-mails re: fee auditor inquiry | | 0.20 | 68.00 |
| 01/22/2010 | | | | |
| KH | Review e-mail from S. Chisholm re: payment status and e-mail R. Finke re: the same | | 0.20 | 22.00 |
| KH | Review July-September Interim fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | | 0.20 | 22.00 |
| 01/25/2010 | | | | |
| KCD | Review and sign CNO re: C&D application | | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO application | | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak application | | 0.20 | 68.00 |
| KH | Review case docket for objections to C&D November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak November fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KH | E-mail as filed November CNOs to R. Finke | | 0.10 | 11.00 |
| KH | Draft email to S. Chisholm re: payment status | | 0.10 | 11.00 |
| 01/26/2010 | | | | |
| KH | Review e-mail from S. Chisolm re: committee payment and draft responsive email | | 0.10 | 11.00 |
| 01/27/2010 | | | | |
| MTH | Reviewing Debtors' Statement re payments made to ordinary course professionals | | 0.10 | 36.00 |
| 01/28/2010 | | | | |
| KH | Review e-mail from A. Pelton re: December bill(.1); Prepare AKO December fee application(.7) | | 0.80 | 88.00 |
| 01/29/2010 | | | | |
| KCD | Review Charter Oak application | | 0.30 | 102.00 |
| KCD | Review AKO application | | 0.30 | 102.00 |

Page: 4
W.R. Grace                                                                                        01/31/2010
                                                          ACCOUNT NO:              3000-13D
                                                          STATEMENT NO:                    89

Fee Applications, Others

|     |                                                                                                    | HOURS |          |
| --- | -------------------------------------------------------------------------------------------------- | ----- | -------- |
| KH  | Finalize and e-file AKO December fee application                                                    | 0.30  | 33.00    |
| KH  | Review e-mail from B. Lindsay re: Charter Oak December bill(.1); Prepare December fee application(.5); Finalize and e-file fee application(.3) | 0.90  | 99.00    |
| KH  | Review October fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1)  | 0.20  | 22.00    |
| KH  | Review December fee application of The Law Offices of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20  | 22.00    |
|     | FOR CURRENT SERVICES RENDERED                                                                       | 14.30 | 1,904.00 |

RECAPITULATION

| TIMEKEEPER             | HOURS | HOURLY RATE | TOTAL    |
| ---------------------- | ----- | ----------- | -------- |
| Santae M. Boyd         | 1.60  | $100.00     | $160.00  |
| Mark T. Hurford        | 0.10  | 360.00      | 36.00    |
| Kathleen Campbell Davis | 1.40  | 340.00      | 476.00   |
| Katherine Hemming      | 11.20 | 110.00      | 1,232.00 |

TOTAL CURRENT WORK                                                                            1,904.00

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees)  | -493.80   |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees)   | -3,795.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees)   | -479.00   |
|            | TOTAL PAYMENTS                                  | -4,767.80 |
|            | BALANCE DUE                                     | $12,652.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:    3000-14D
STATEMENT NO:    66

Financing

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/08/2010 | | | | |
| | MTH | Review correspondence from JB re financing motions | 0.20 | 72.00 |
| 01/12/2010 | | | | |
| | MTH | Reviewing draft financing motions | 0.40 | 144.00 |
| 01/14/2010 | | | | |
| | MTH | Review correspondence from JS re various financing motions and response to same from Debtors' counsel | 0.20 | 72.00 |
| 01/18/2010 | | | | |
| | MTH | Reviewing Debtors' Motion re Terminate DIP | 0.60 | 216.00 |
| | MTH | Reviewing Debtors' Motion re Exit Financing | 0.40 | 144.00 |
| | MTH | Reviewing Debtors' Motion re ART Credit Agreement | 0.30 | 108.00 |
| 01/22/2010 | | | | |
| | MTH | Correspondence to Charter Oak re financing motions | 0.30 | 108.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.40 | 864.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.40 | $360.00 | $864.00 |

TOTAL CURRENT WORK                     864.00

BALANCE DUE                              $864.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:   3000-15D
STATEMENT NO:         104

Hearings

PREVIOUS BALANCE                                                      $30,434.65

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/2010 | | | | |
| | MTH | Preparing for hearing | 5.40 | 1,944.00 |
| 01/04/2010 | | | | |
| | MTH | Attending hearing | 10.20 | 3,672.00 |
| 01/05/2010 | | | | |
| | MTH | Attending hearing | 8.50 | 3,060.00 |
| 01/06/2010 | | | | |
| | MTH | Attending hearing | 5.00 | 1,800.00 |
| | MTH | Review correspondence from RH re hearing dates and response to same | 0.20 | 72.00 |
| 01/08/2010 | | | | |
| | MTH | Review correspondence from DF re matters on for Jan. hearing and call re same | 0.30 | 108.00 |
| | MTH | Review correspondence from JON re draft hearing Agenda | 0.10 | 36.00 |
| 01/12/2010 | | | | |
| | MTH | Review correspondence from JON re Jan hearing | 0.10 | 36.00 |
| | MTH | Communications re Jan 25 hearing date, logistics re same | 0.20 | 72.00 |
| | MTH | Additional correspondence with PVNL re Jan omnibus hearing; discussion with SB re same | 0.20 | 72.00 |
| | MTH | Review correspondence from SB to RH re Jan hearing | 0.10 | 36.00 |
| | MTH | Reviewing preliminary hearing agenda and correspondence to counsel re same | 0.40 | 144.00 |
| 01/20/2010 | | | | |
| | MTH | Review correspondence from JB re Jan. hearing | 0.10 | 36.00 |

Page: 2
01/31/2010

W.R. Grace

ACCOUNT NO:          3000-15D
STATEMENT NO:          104

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from DP re Jan hearing Agenda | 0.10 | 36.00 |

**01/22/2010**

| MTH | Review correspondence from NDF and PVNL re Jan. hearing | 0.20 | 72.00 |
|---|---|---|---|
| MTH | Review correspondence from NDF re Jan hearing | 0.20 | 72.00 |
| MTH | Correspondence to counsel at C&D re change in hearing date for February 2010 | 0.10 | 36.00 |
| MTH | Correspondence to NDF re hearing agenda | 0.10 | 36.00 |
| MTH | Preparing for hearing | 0.50 | 180.00 |

**01/25/2010**

| MTH | Preparing for and attending January omnibus hearing | 6.70 | 2,412.00 |
|---|---|---|---|
|  | FOR CURRENT SERVICES RENDERED | 38.70 | 13,932.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 38.70 | $360.00 | $13,932.00 |

| TOTAL CURRENT WORK |  | 13,932.00 |
|---|---|---|

| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -352.00 |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -4,515.00 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -2,172.80 |
|  | TOTAL PAYMENTS | -7,039.80 |
|  | BALANCE DUE | $37,326.85 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:     3000-16D
STATEMENT NO:           89

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                  -$2,376.40

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/12/2010 |  |  |  |  |
|  | MTH | Reviewing correspondence from PVNL re Jan. hearing; discussion with SB re same | 0.40 | 144.00 |
|  | MTH | Review correspondence from DF re question re local rules re briefing deadlines | 0.40 | 144.00 |
| 01/14/2010 |  |  |  |  |
|  | MTH | Review correspondence from DF re BNSF appeal | 0.10 | 36.00 |
|  | MTH | Correspondence to and from DF re BNSF appeal | 0.20 | 72.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 1.10 | 396.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $360.00 | $396.00 |

TOTAL CURRENT WORK                                                                  396.00

CREDIT BALANCE                                                                  -$1,980.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:         89 |

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $104,607.10 |
| **01/01/2010** | | | |
| MTH | Review correspondence from DB re closing arguments | 0.10 | 36.00 |
| **01/04/2010** | | | |
| KCD | Review of Garlock slides; e-mails re: same | 0.40 | 136.00 |
| PEM | Review exhibits and correspondence re: confirmation hearing arguments. | 0.30 | 124.50 |
| **01/05/2010** | | | |
| PEM | Review portions of transcript from confirmation hearing; indirect claims. | 0.70 | 290.50 |
| **01/06/2010** | | | |
| MTH | Correspondence to PVNL and NDF re draft hearing memo, reviewing correspondence from NDF re same; reviewing correspondence from PVNL re same | 0.20 | 72.00 |
| **01/07/2010** | | | |
| MTH | Reviewing documents re request re insurer objections to Plan and reviewing correspondence re same | 0.80 | 288.00 |
| MTH | Review correspondence from RC re Insurer Plan Objections | 0.10 | 36.00 |
| MTH | Correspondence to and from BT re status of Plan Confirmation | 0.20 | 72.00 |
| **01/08/2010** | | | |
| MTH | Review correspondence from KLH and RC re insurer Plan Objections | 0.20 | 72.00 |
| **01/11/2010** | | | |
| MTH | Correspondence to PVNL re discovery requests and FCR's response to Canadian ZAI Application | 0.30 | 108.00 |

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **01/12/2010** |  |  |  |  |
| | MRE | E-mails with PVNL re unpublished opinions: | 0.20 | 83.00 |
| | MTH | Multiple correspondence to and from PVNL and NDF re Crown Plan Objection | 0.30 | 108.00 |
| | MTH | Review correspondence from HS re Crown Plan confirmation objection | 0.10 | 36.00 |
| **01/13/2010** |  |  |  |  |
| | MTH | Review correspondence from M Ward re Montana | 0.30 | 108.00 |
| | MTH | Multiple correspondence to and from NDF re Peterson information and related reports | 0.70 | 252.00 |
| **01/19/2010** |  |  |  |  |
| | MTH | Reviewing correspondence from counsel re Plan Proponents' draft Response to Crown Plan Objection and response to same | 0.70 | 252.00 |
| | MTH | Review correspondence from C. Villasin re status of claim | 0.20 | 72.00 |
| | MTH | Reviewing draft Response to Crown Objection | 1.00 | 360.00 |
| **01/21/2010** |  |  |  |  |
| | MTH | Multiple correspondence to and from NDF re Peterson report, reviewing correspondence from D. Relles re same | 0.60 | 216.00 |
| **01/26/2010** |  |  |  |  |
| | MTH | Review correspondence from MF re request for information and documents; reviewing information re same; discussion with KH re same; reviewing correspondence from KH re same and additional correspondence to MF re same | 1.10 | 396.00 |
| **01/27/2010** |  |  |  |  |
| | MTH | Reviewing various correspondence re 502(e) stipulation, reviewing and signing same | 0.60 | 216.00 |
| | MTH | Reviewing Stipulation to extend time re briefing schedule | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 9.20 | 3,370.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.00 | $415.00 | $415.00 |
| Mark T. Hurford | 7.60 | 360.00 | 2,736.00 |
| Marla R. Eskin | 0.20 | 415.00 | 83.00 |
| Kathleen Campbell Davis | 0.40 | 340.00 | 136.00 |

TOTAL CURRENT WORK                                                                     3,370.00

01/04/2010        Payment - Thank you.  (April, 2009 - 20% Fees)                        -4,275.40

W.R. Grace

ACCOUNT NO:     3000-17D
STATEMENT NO:            89

Plan and Disclosure Statement

| | | |
|---|---|---:|
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -32,538.50 |
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -5,464.40 |
| | TOTAL PAYMENTS | -42,278.30 |
| | BALANCE DUE | $65,698.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington DE | ACCOUNT NO:    3000-18D |
|  | STATEMENT NO:    89 |

Relief from Stay Proceedings

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $71.30 |
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -14.00 |
| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -35.00 |
| | TOTAL PAYMENTS | -49.00 |
| | BALANCE DUE | $22.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2010 |
| Wilmington  DE | ACCOUNT NO:  3000-19D |
|  | STATEMENT NO:  70 |

Tax Issues

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $140.00 |
| 01/04/2010 | Payment - Thank you.  (April, 2009 - 20% Fees) | -140.00 |
| | BALANCE DUE | $0.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


Page: 1
W.R. Grace                                                                      01/31/2010
Wilmington  DE                                      ACCOUNT NO:        3000-20D
                                                    STATEMENT NO:              88


Tax Litigation


PREVIOUS BALANCE                                                          $468.80

BALANCE DUE                                                               $468.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2010
ACCOUNT NO:    3000-21D
STATEMENT NO:         80

Travel-Non-Working

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $4,637.00 |
| 01/03/2010 | | | |
| MTH | Non-working travel to Pittsburgh (billed at one-half time) | 2.50 | 900.00 |
| 01/05/2010 | | | |
| MTH | Non-working travel time from Pittsburgh (billed at one-half time) | 2.20 | 792.00 |
| | FOR CURRENT SERVICES RENDERED | 4.70 | 1,692.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.70 | $360.00 | $1,692.00 |

TOTAL CURRENT WORK                                                    1,692.00

| 01/04/2010 | Payment - Thank you.  (May, 2009 - 100% Fees) | -1,890.00 |
|---|---|---|
| 01/04/2010 | Payment - Thank you.  (June, 2009 - 20% Fees) | -707.00 |
| | TOTAL PAYMENTS | -2,597.00 |
| | BALANCE DUE | $3,732.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                      01/31/2010
Wilmington  DE                                              ACCOUNT NO:        3000-22D
                                                            STATEMENT NO:              93

Valuation

PREVIOUS BALANCE                                                              $1,185.00

BALANCE DUE                                                                   $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2010

W.R. Grace
Wilmington  DE
ACCOUNT NO:        3000-23D
STATEMENT NO:                93

ZAI Science Trial

PREVIOUS BALANCE                                                                        $1,203.30

BALANCE DUE                                                                              $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace

Wilmington  DE

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | $700.00 |
| 3000-02 Asset Disposition | | | | | |
| 707.80 | 36.00 | 0.00 | 0.00 | -35.00 | $708.80 |
| 3000-03 Business Operations | | | | | |
| 70.00 | 108.00 | 0.00 | 0.00 | 0.00 | $178.00 |
| 3000-04 Case Administration | | | | | |
| 1,843.97 | 290.50 | 0.00 | 0.00 | -455.30 | $1,679.17 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 5,604.60 | 432.00 | 0.00 | 0.00 | -693.00 | $5,343.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 955.20 | 252.00 | 0.00 | 0.00 | -469.00 | $738.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 34,886.24 | 5,820.00 | 0.00 | 0.00 | -12,029.90 | $28,676.34 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 225.00 | 288.00 | 0.00 | 0.00 | -1,083.50 | -$570.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,533.70 | 108.00 | 0.00 | 0.00 | -259.00 | $1,382.70 |
| 3000-11 Expenses | | | | | |
| 22,621.32 | 0.00 | 3,408.23 | 0.00 | -5,601.92 | $20,427.63 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,704.00 | 1,258.00 | 0.00 | 0.00 | -1,988.90 | $5,973.10 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,516.60 | 1,904.00 | 0.00 | 0.00 | -4,767.80 | $12,652.80 |
| 3000-14 Financing | | | | | |
| 0.00 | 864.00 | 0.00 | 0.00 | 0.00 | $864.00 |
| 3000-15 Hearings | | | | | |
| 30,434.65 | 13,932.00 | 0.00 | 0.00 | -7,039.80 | $37,326.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,376.40 | 396.00 | 0.00 | 0.00 | 0.00 | -$1,980.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 104,607.10 | 3,370.00 | 0.00 | 0.00 | -42,278.30 | $65,698.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 71.30 | 0.00 | 0.00 | 0.00 | -49.00 | $22.30 |
| 3000-19 Tax Issues | | | | | |
| 140.00 | 0.00 | 0.00 | 0.00 | -140.00 | $0.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 4,637.00 | 1,692.00 | 0.00 | 0.00 | -2,597.00 | $3,732.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 231,739.18 | 30,750.50 | 3,408.23 | 0.00 | -79,487.42 | $186,410.49 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.