**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-01D |
|  | STATEMENT NO:              82 |

Asset Analysis and Recovery

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $700.00 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -56.00 |
| | BALANCE DUE | $644.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
02/28/2010

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-02D
STATEMENT NO:              105

Asset Disposition

PREVIOUS BALANCE                                                                                    $708.80

02/04/2010      Payment - Thank you. (October, 2009 - 80% Fees)                      -224.00

BALANCE DUE                                                                                          $484.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:      3000-03D |
|  | STATEMENT NO:            92 |

Business Operations

| | PREVIOUS BALANCE | $178.00 |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -56.00 |
| | BALANCE DUE | $122.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          02/28/2010
Wilmington  DE                          ACCOUNT NO:      3000-04D
                                        STATEMENT NO:          105

Case Administration


PREVIOUS BALANCE                                              $1,679.17


02/04/2010      Payment - Thank you. (October, 2009 - 80% Fees)       -288.40
02/04/2010      Payment - Thank you. (November, 2009 - 80% Fees)      -347.60
                TOTAL PAYMENTS                                        -636.00

                BALANCE DUE                                        $1,043.17


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:    3000-05D
STATEMENT NO:         105

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                        $5,343.60

|            |     |                                                                      | HOURS |          |
|------------|-----|----------------------------------------------------------------------|-------|----------|
| 02/08/2010 |     |                                                                      |       |          |
|            | MTH | Reviewing Pre-Trial Statement and proposed Order re Canadian Claims  | 0.20  | 72.00    |
| 02/09/2010 |     |                                                                      |       |          |
|            | MTH | Reviewing Modified Order re Canadian PD Trials                       | 0.10  | 36.00    |
| 02/19/2010 |     |                                                                      |       |          |
|            | MTH | Telephone conference with asbestos claimant J. George re status, questions re claims | 0.30 | 108.00 |
|            | MTH | Telephone conference with asbestos claimant re status of case        | 0.40  | 144.00   |
| 02/24/2010 |     |                                                                      |       |          |
|            | MTH | Telephone conference with asbestos claimant re status of Plan and Trust | 0.30 | 108.00 |
|            |     | FOR CURRENT SERVICES RENDERED                                        | 1.30  | 468.00   |

RECAPITULATION

| TIMEKEEPER       | HOURS | HOURLY RATE | TOTAL    |
|------------------|-------|-------------|----------|
| Mark T. Hurford  | 1.30  | $360.00     | $468.00  |

TOTAL CURRENT WORK                                                         468.00

| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees)  | -392.00   |
|------------|--------------------------------------------------|-----------|
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -1,204.00 |
|            | TOTAL PAYMENTS                                   | -1,596.00 |
|            | BALANCE DUE                                      | $4,215.60 |

Page: 2

W.R. Grace

02/28/2010

ACCOUNT NO:        3000-05D
STATEMENT NO:              105

Claims Analysis Objection & Resolution (Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-06D |
|  | STATEMENT NO:        105 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | $738.20 |

| | | | HOURS | |
|---|---|---|---|---|
| 02/26/2010 | | | | |
| | MTH | Reviewing Debtors' Objection to Employee Claims | 0.30 | 108.00 |
| | MTH | Reviewing Order entered on Debtors' Objection to Seaton Claim | 0.10 | 36.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.40 | 144.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $360.00 | $144.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 144.00 |

| | | |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -364.00 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -140.00 |
| | TOTAL PAYMENTS | -504.00 |
| | BALANCE DUE | $378.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:    3000-07D
STATEMENT NO:    105

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                                        $28,676.34

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/01/2010 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/02/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/03/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/04/2010 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 36.00 |
| 02/05/2010 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| | SMB | Prepare and file 2019 of Motley Rice LLC; e-mail confirmation of same | 0.40 | 40.00 |

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:         105

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| SMB | Prepare weekly recommendation memorandum | 0.30 | 30.00 |
| PEM | Review weekly recommendation memo re: pending matters. | 0.10 | 41.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memos | 0.70 | 252.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |

02/08/2010
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|---|---|---|---|
| SMB | Prepare and file 2019 of Scott and Scott, Ltd.; e-mail confirmation of same | 0.40 | 40.00 |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

02/09/2010
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|---|---|---|---|
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| MTH | Review daily memo | 0.10 | 36.00 |

02/12/2010
| PEM | Review weekly recommendation memo re: motions and pleadings filed. | 0.10 | 41.50 |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
| SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
| MTH | Review daily memo | 0.10 | 36.00 |
| MTH | Prepare weekly recommendation memos | 1.00 | 360.00 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | 0.10 | 36.00 |
| KH | Review daily memorandum for fee issues | 0.10 | 11.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 95.00 |

02/15/2010
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |

02/16/2010
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 36.00 |

W.R. Grace

ACCOUNT NO:       3000-07D
STATEMENT NO:           105

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/17/2010** |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  |  |  |  |  |
| **02/18/2010** |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | MTH | Review correspondence from FAM | 0.30 | 108.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  |  |  |  |  |
| **02/19/2010** |  |  |  |  |
|  | MK | Review hearing memorandum. | 0.10 | 13.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.60 | 60.00 |
|  | PEM | Review memo re: recommendations re: motions and pleadings. | 0.10 | 41.50 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | MTH | Review correspondence from PVNL re revisions to draft hearing memo and reviewing and revising same | 0.50 | 180.00 |
|  | MTH | Review correspondence from SB to Committee re weekly recommendation memos | 0.10 | 36.00 |
|  | MTH | Prepare weekly recommendation memos | 1.00 | 360.00 |
|  | MTH | Review correspondence from SB to Committee re weekly recommendation memos | 0.10 | 36.00 |
|  |  |  |  |  |
| **02/22/2010** |  |  |  |  |
|  | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 13.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | DAC | Review counsel's weekly memorandum | 0.30 | 142.50 |
|  |  |  |  |  |
| **02/23/2010** |  |  |  |  |
|  | DAC | Review memorandum re: 1/16/10 hearing | 0.20 | 95.00 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 41.50 |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |
|  | SMB | Attention to document management | 0.30 | 30.00 |
|  |  |  |  |  |
| **02/24/2010** |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 36.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 20.00 |

Page: 4
W.R. Grace                                                                                                              02/28/2010
                                                                                   ACCOUNT NO:          3000-07D
                                                                                   STATEMENT NO:               105
Committee, Creditors, Noteholders, Equity Holders

|       |       |                                                                                              | HOURS |        |
|-------|-------|----------------------------------------------------------------------------------------------|-------|--------|
|       | SMB   | Prepare weekly recommendation memorandum                                                     | 0.20  | 20.00  |
| 02/25/2010 |  |                                                                                              |       |        |
|       | PEM   | Review memo re: pleadings filed.                                                             | 0.10  | 41.50  |
|       | MTH   | Review daily memo                                                                            | 0.10  | 36.00  |
|       | MTH   | Correspondence to and from SB re Seaton Order                                                | 0.10  | 36.00  |
|       | KH    | Review daily memorandum for fee issues                                                       | 0.10  | 11.00  |
|       | KH    | Review daily memorandums from 2/15-2/24 for fee issues                                       | 0.40  | 44.00  |
|       | SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
| 02/26/2010 |  |                                                                                              |       |        |
|       | PEM   | Review weekly recommendation memo re: pending matters and motions.                           | 0.10  | 41.50  |
|       | MTH   | Prepare weekly recommendation memos                                                          | 0.80  | 288.00 |
|       | MTH   | Review daily memo                                                                            | 0.10  | 36.00  |
|       | MTH   | Review correspondence from SB re weekly recommendation memo                                  | 0.10  | 36.00  |
|       | KH    | Review daily memorandum for fee issues                                                       | 0.10  | 11.00  |
|       | SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20  | 20.00  |
|       | SMB   | Prepare weekly recommendation memorandum                                                     | 0.40  | 40.00  |
|       | DAC   | Review counsel's weekly memorandum                                                           | 0.30  | 142.50 |
|       |       | FOR CURRENT SERVICES RENDERED                                                                | 17.30 | 4,202.00 |

### RECAPITULATION

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL    |
|---------------------|-------|-------------|----------|
| Douglas A. Campbell | 1.20  | $475.00     | $570.00  |
| Philip E. Milch     | 0.80  | 415.00      | 332.00   |
| Michele Kennedy     | 0.40  | 135.00      | 54.00    |
| Santae M. Boyd      | 6.80  | 100.00      | 680.00   |
| Mark T. Hurford     | 6.70  | 360.00      | 2,412.00 |
| Katherine Hemming   | 1.40  | 110.00      | 154.00   |

TOTAL CURRENT WORK                                                                                      4,202.00

| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees)  | -7,404.80  |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -3,880.80  |
|            | TOTAL PAYMENTS                                   | -11,285.60 |

BALANCE DUE                                                                                            $21,592.74

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 5
02/28/2010
ACCOUNT NO:        3000-07D
STATEMENT NO:             105

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          02/28/2010
Wilmington  DE                                           ACCOUNT NO:        3000-08D
                                                         STATEMENT NO:            104

Employee Benefits/Pension

PREVIOUS BALANCE                                                            -$570.50

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/03/2010 |  |  |  |  |
|  | MTH | Telephone conference with JS re pension plan issues, upcoming motions and status of switch to a DC Plan | 1.30 | 468.00 |
|  | MTH | Reviewing documents and correspondence to JS re employee benefits filings | 0.20 | 72.00 |
| 02/04/2010 |  |  |  |  |
|  | MTH | Review correspondence from JS re status of employee benefits issues | 0.30 | 108.00 |
| 02/15/2010 |  |  |  |  |
|  | MTH | Review correspondence from PVNL re Defined Benefits Motion | 0.10 | 36.00 |
|  | MTH | Review correspondence from JS and EI re Defined Benefits Motion | 0.30 | 108.00 |
|  | MTH | Correspondence to PVNL, JS, NDF re COC re Hedging Motion and Defined Benefits Motion | 0.30 | 108.00 |
|  | MTH | Reviewing Debtors' Pension Plan Motion | 0.50 | 180.00 |
| 02/16/2010 |  |  |  |  |
|  | MTH | Review correspondence from JS and PVNL re defined benefits motion | 0.10 | 36.00 |
| 02/22/2010 |  |  |  |  |
|  | MTH | Multiple correspondence to and from JS re employee benefit issues; correspondence to and from PVNL re same; Review correspondence from JB re same | 0.40 | 144.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 3.50 | 1,260.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.50 | $360.00 | $1,260.00 |

W.R. Grace

02/28/2010

ACCOUNT NO:        3000-08D
STATEMENT NO:            104

Employee Benefits/Pension

TOTAL CURRENT WORK                                      1,260.00

BALANCE DUE                                             $689.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:        3000-10D |
|  | STATEMENT NO:              105 |

Employment Applications, Others

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $1,382.70 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -112.00 |
| | BALANCE DUE | $1,270.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                          02/28/2010
Wilmington  DE                                                          ACCOUNT NO:     3000-11D
                                                                        STATEMENT NO:            103

Expenses

| | PREVIOUS BALANCE | $20,427.63 |
|---|---|---|
| 02/01/2010 | IKON - Copy/ service of Caplin & Drysdale December fee application | 157.90 |
| 02/01/2010 | IKON - Copy/ service of AKO, Charter Oak and Campbell & Levine December fee applications | 310.60 |
| 02/01/2010 | Pacer charges for the month of January | 14.40 |
| 02/12/2010 | IKON - Copy/ service interim fee application for Campbell & Levine, Anderson Kill, Charter Oak and Legal Analysis Services | 717.25 |
| 02/16/2010 | IKON - Copy/ service interim fee application for Caplin & Drysdale | 385.05 |
| 02/16/2010 | AT&T Long Distance Phone Calls | 11.83 |
| 02/25/2010 | IKON -Copy/ service of certificate of no objection for fee application for Caplin & Drysdale, Campbell & Levine, Anderson Kill and Charter Oak | 100.16 |
| 02/28/2010 | Printing Charges - February 2010 | 181.20 |
| 02/28/2010 | Scanning Charges - February 2010 | 11.10 |
| | TOTAL EXPENSES | 1,889.49 |
| | TOTAL CURRENT WORK | 1,889.49 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 100% Expenses) | -5,013.74 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 100% Expenses) (Per adjustment) | -7,509.56 |
| | TOTAL PAYMENTS | -12,523.30 |
| | BALANCE DUE | $9,793.82 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:         103 |

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,973.10 |

|  |  |  | HOURS | |
|---|---|---|---|---|
| **02/01/2010** | | | | |
| PEM | Review fee application for Pgh time. | | 0.10 | 41.50 |
| **02/04/2010** | | | | |
| KH | Review email from DS re: payment; Research and draft responsive email | | 0.20 | 22.00 |
| **02/08/2010** | | | | |
| KH | Prepare C&L October-December Interim Fee Application | | 1.00 | 110.00 |
| **02/09/2010** | | | | |
| KCD | Review and sign C&L application | | 0.30 | 102.00 |
| **02/12/2010** | | | | |
| KH | Finalize and e-file C&L October-December Interim Fee Application | | 0.30 | 33.00 |
| MTH | Reviewing pre-bill | | 1.00 | 360.00 |
| **02/16/2010** | | | | |
| MB | Interim fee application review and filing for Caplin & Drysdale | | 0.50 | 50.00 |
| **02/25/2010** | | | | |
| KH | Review case docket for objections to C&L December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | | 0.50 | 55.00 |
| KCD | Review and sign CNO re: C&L application | | 0.20 | 68.00 |
| | FOR CURRENT SERVICES RENDERED | | 4.10 | 841.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $415.00 | $41.50 |
| Matthew Brushwood | 0.50 | 100.00 | 50.00 |
| Mark T. Hurford | 1.00 | 360.00 | 360.00 |

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:              103

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathleen Campbell Davis | 0.50 | 340.00 | 170.00 |
| Katherine Hemming | 2.00 | 110.00 | 220.00 |
| | | | |
| TOTAL CURRENT WORK | | | 841.50 |

| | | |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -720.00 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -1,004.00 |
| | TOTAL PAYMENTS | -1,724.00 |
| | BALANCE DUE | $5,090.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-13D |
|  | STATEMENT NO:              90 |

Fee Applications, Others

| | PREVIOUS BALANCE | | $12,652.80 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| 02/01/2010 | | | |
| KCD | Review C&D application | 0.30 | 102.00 |
| KH | Review e-mail from S. Chisolm re: December fee application(.1); Update C&D December fee application(.3); Finalize and e-file fee application(.3) | 0.70 | 77.00 |
| 02/03/2010 | | | |
| KH | Update Committee fee application tracking chart | 0.50 | 55.00 |
| 02/05/2010 | | | |
| KH | Review December fee application of PwC(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Ferry Joseph(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review April fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Reed Smith(.1); Update Grace | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Kramer Levin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review November fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of The Law Office of Janet Baer(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review May fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review June fee application of Holme Roberts(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
|  |  |  |  |
| **02/08/2010** |  |  |  |
| KH | Prepare LAS October-December Interim Fee Application | 0.80 | 88.00 |
| KH | E-mail w/ S. Chisholm re: Interim Fee Application | 0.20 | 22.00 |
|  |  |  |  |
| **02/09/2010** |  |  |  |
| KCD | Review LAS application | 0.30 | 102.00 |
| KCD | Review Charter Oak application | 0.30 | 102.00 |
| KCD | Review AKO application | 0.30 | 102.00 |
| KH | Prepare AKO October-December Interim Fee Application | 1.10 | 121.00 |
| KH | Prepare Charter Oak October-December Interim Fee Application | 1.00 | 110.00 |
|  |  |  |  |
| **02/12/2010** |  |  |  |
| KH | Finalize and e-file LAS October-December Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file AKO October-December Interim Fee Application | 0.30 | 33.00 |
| KH | Finalize and e-file Charter Oak October-December Interim Fee Application | 0.30 | 33.00 |
| KH | E-mail as filed October-December Interim Fee Applications to W. Smith | 0.10 | 11.00 |
| KH | Review December fee application of Lincoln Partners(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review January fee application of Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Warren Smith(.1); |  |  |

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:         90

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Saul Ewing(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Alan Rich(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review December fee application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |

02/15/2010
| KCD | Discussions and e-mails re: interim fee applications | 0.20 | 68.00 |

02/16/2010
| KCD | Review C&D interim application; discussion with MB re: filing and service of same | 0.40 | 136.00 |

02/19/2010
| SMB | Review December Fee Application of Casner & Edwards (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review January Fee Application of Warren H. Smith & Associates (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Warren H. Smith & Associates (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Saul Ewing (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Alan B. Rich (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review December Fee Application of Day Pitney LLP (.1); update weekly recommendation memorandum (.1) | | |
| SMB | Review December Fee Application of Blackstone Advisory LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim  Fee Application of Ogilvy Renault LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim  Fee Application of Casner & Edwards LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim  Fee Application of Foley Hoag LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review September Fee Application of Pricewaterhousecoopers LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim  Fee Application of Orrick Herrington & Sutcliffe (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim  Fee Application of Piper | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Jaffray & Co (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim  Fee Application of Capstone Advisory Group (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim  Fee Application of Stroock & Stroock Lavan LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review February 2006 through October 2009 Final Fee Application of Piper Jaffray (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of David T. Austern (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of Towers Perrin Tillinghast (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of Duane Morris LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of BMC Group (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review July through September 2009 Interim Fee Application of David T. Austern (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review December 2009 Fee Application of Beveridge & Diamond (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Reed Smith LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Kramer Levin Naftalis & Frankel LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Ferry Joseph & Pearce P.A. (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Stroock & Stroock & Lavan LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review November 2009 Fee Application of Capstone Advisory Group LLC (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review December 2009 Fee Application of Capstone Advisory Group LLC (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Woodcock Washburn LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |
| SMB | Review October through December 2009 Interim Fee Application of Pricewaterhousecoopers LLP (.1); update WR Grace weekly recommendation memo (.1) | 0.20 | 20.00 |

Page: 5

W.R. Grace

02/28/2010

ACCOUNT NO:     3000-13D

STATEMENT NO:     90

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| 02/25/2010 |  |  |  |
| KH | Review case docket for objections to C&D December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to AKO December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Review case docket for objections to Charter Oak December fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 55.00 |
| KH | Draft e-mail to R. Finke re: December CNOs | 0.10 | 11.00 |
| KH | Review January fee application of Ogilvy Renault(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Protiviti(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KH | Review October-December Interim fee application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 22.00 |
| KCD | Review and sign CNO re: C&D application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 68.00 |
| KCD | Review and sign CNO re: LAS application | 0.20 | 68.00 |
|  | FOR CURRENT SERVICES RENDERED | 21.70 | 2,927.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 5.80 | $100.00 | $580.00 |
| Kathleen Campbell Davis | 2.60 | 340.00 | 884.00 |
| Katherine Hemming | 13.30 | 110.00 | 1,463.00 |

TOTAL CURRENT WORK                                                              2,927.00

| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -1,678.00 |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -2,779.60 |
|  | TOTAL PAYMENTS | -4,457.60 |
|  | BALANCE DUE | $11,122.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-14D |
|  | STATEMENT NO:          67 |

Financing

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $864.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 02/02/2010 | | | | |
| | MTH | Review correspondence from JS re ART Motion | 0.20 | 72.00 |
| | MTH | Correspondence to and from BR re ART Motion | 0.10 | 36.00 |
| 02/08/2010 | | | | |
| | MTH | Review correspondence from EI and PVNL re ART Motion | 0.10 | 36.00 |
| 02/10/2010 | | | | |
| | MTH | Review correspondence from RH (x2) re COC's and proposed Order and revised version of same | 0.60 | 216.00 |
| 02/15/2010 | | | | |
| | MTH | Reviewing COC re Letter of Credit and Hedging Agreements | 0.50 | 180.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.50 | 540.00 |

| RECAPITULATION | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| Mark T. Hurford | 1.50 | $360.00 | $540.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 540.00 |
| BALANCE DUE | | $1,404.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

|  |  |
|---|---|
| Page: | 1 |
|  | 02/28/2010 |
| ACCOUNT NO: | 3000-15D |
| STATEMENT NO: | 105 |

Hearings

|  |  |
|---|---|
| PREVIOUS BALANCE | $37,326.85 |

| | | | HOURS | |
|---|---|---|---|---|
| 02/09/2010 | | | | |
| | MTH | Review correspondence from VP re Agenda for hearing | 0.20 | 72.00 |
| 02/11/2010 | | | | |
| | MTH | Correspondence and preparations for February omnibus hearing | 0.80 | 288.00 |
| 02/12/2010 | | | | |
| | MTH | Review correspondence from VP re second amended Agenda for hearing | 0.10 | 36.00 |
| 02/16/2010 | | | | |
| | MTH | Attending February omnibus hearing | 0.90 | 324.00 |
| | MTH | Review correspondence from JON re Third Amended Agenda and two recently filed documents for hearing | 0.50 | 180.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.50 | 900.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.50 | $360.00 | $900.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 900.00 |

| | | |
|---|---|---|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -6,356.00 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -959.20 |
| | TOTAL PAYMENTS | -7,315.20 |

Page: 2

W.R. Grace

02/28/2010

ACCOUNT NO:     3000-15D
STATEMENT NO:            105

Hearings

BALANCE DUE                                                          $30,911.65

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-16D |
|  | STATEMENT NO:            90 |

Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$1,980.40 |
| | | HOURS | |
| 02/15/2010 | | | |
| MTH | Reviewing Stipulation for Stay of BNSF Appeal | 0.20 | 72.00 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 72.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $360.00 | $72.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 72.00 |
| CREDIT BALANCE | -$1,908.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:    3000-17D
STATEMENT NO:    90

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $65,698.80 |
| | | | HOURS | |
| **02/03/2010** | | | | |
| MTH | Review correspondence from JB re neutrality stipulation | | 0.30 | 108.00 |
| **02/05/2010** | | | | |
| MTH | Review correspondence from VP re stipulation | | 0.10 | 36.00 |
| MTH | Review correspondence from JB re 502(e) stipulation; reviewing correspondence from JON re same and response to same | | 0.40 | 144.00 |
| **02/11/2010** | | | | |
| MRE | E-mails regarding cooperation agreement | | 0.30 | 124.50 |
| MTH | Reviewing correspondence re Kaneb stipulation and correspondence re approvals re same and correspondence to counsel re same | | 0.40 | 144.00 |
| **02/12/2010** | | | | |
| MTH | Reviewing Stipulation for Stay of Appeal | | 0.10 | 36.00 |
| **02/15/2010** | | | | |
| MTH | Reviewing draft Stipulation re Seaton and One Beacon; reviewing various correspondence from counsel re revisions to same; reviewing and signing final version and correspondence re filing of same | | 0.60 | 216.00 |
| **02/17/2010** | | | | |
| MTH | Review correspondence from MEC re insurance stipulation | | 0.10 | 36.00 |
| **02/19/2010** | | | | |
| MTH | Telephone conference with KCM re hearing events, status of insurance issues | | 0.30 | 108.00 |
| **02/22/2010** | | | | |
| MTH | Review correspondence from MAF re under seal documents | | 0.10 | 36.00 |

Page: 2

W.R. Grace

02/28/2010

ACCOUNT NO:      3000-17D

STATEMENT NO:            90

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---:|---:|
| **02/23/2010** |  |  |  |
| MRE | Telephone conference with NDF, AM, TF and JH re: cooperation agreement and document retention | 0.80 | 332.00 |
| MTH | Review correspondence from MAF re under seal documents and follow up correspondence re same | 0.40 | 144.00 |
| **02/24/2010** |  |  |  |
| MTH | Reviewing draft stipulation re Morgan Stanley resolution and reviewing correspondence from PVNL, TC and JP re same; correspondence to JON re same | 0.30 | 108.00 |
| MTH | Correspondence to PVNL, NDF re COC re Debtors' Objection to Seaton Claim | 0.10 | 36.00 |
| **02/25/2010** |  |  |  |
| MTH | Reviewing draft Longacre stipulation from JB and correspondence from RW and PVNL re same | 0.30 | 108.00 |
| MTH | Review correspondence from VP re stipulation re Morgan Stanley | 0.10 | 36.00 |
| **02/26/2010** |  |  |  |
| MTH | Reviewing COC and Order re Crown Appeal of Canadian ZAI Minutes of Settlement and correspondence to PVNL and NDF re same | 0.20 | 72.00 |
| MTH | Review correspondence from JB re Longacre stipulation; reviewing same; reviewing correspondence from PVNL re same; correspondence to counsel re executed copy of same | 0.50 | 180.00 |
|  | FOR CURRENT SERVICES RENDERED | 5.40 | 2,004.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 4.30 | $360.00 | $1,548.00 |
| Marla R. Eskin | 1.10 | 415.00 | 456.50 |

|  |  |
|---|---:|
| TOTAL CURRENT WORK | 2,004.50 |

|  |  |  |
|---|---|---:|
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -10,351.20 |
| 02/04/2010 | Payment - Thank you. (November, 2009 - 80% Fees) | -15,041.20 |
|  | TOTAL PAYMENTS | -25,392.40 |
|  | BALANCE DUE | $42,310.90 |

Page: 3

W.R. Grace

02/28/2010

ACCOUNT NO:        3000-17D

STATEMENT NO:             90

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:     3000-18D |
|  | STATEMENT NO:            90 |

Relief from Stay Proceedings

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $22.30 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -112.00 |
| | CREDIT BALANCE | -$89.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

                                                                        Page: 1
W.R. Grace                                                              02/28/2010
Wilmington  DE                                  ACCOUNT NO:        3000-20D
                                                STATEMENT NO:             89

Tax Litigation

        PREVIOUS BALANCE                                               $468.80

        BALANCE DUE                                                    $468.80

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/28/2010 |
| Wilmington  DE | ACCOUNT NO:    3000-21D |
|  | STATEMENT NO:    81 |

Travel-Non-Working

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $3,732.00 |
| 02/04/2010 | Payment - Thank you. (October, 2009 - 80% Fees) | -1,204.00 |
| BALANCE DUE | | $2,528.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/28/2010
ACCOUNT NO:      3000-22D
STATEMENT NO:              94

Valuation

PREVIOUS BALANCE                                                          $1,185.00

BALANCE DUE                                                               $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                             02/28/2010
Wilmington  DE                                ACCOUNT NO:        3000-23D
                                              STATEMENT NO:              94

ZAI Science Trial

PREVIOUS BALANCE                                                    $1,203.30

BALANCE DUE                                                         $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE                                                          ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-01 Asset Analysis and Recovery** | | | | | |
| 700.00 | 0.00 | 0.00 | 0.00 | -56.00 | $644.00 |
| **3000-02 Asset Disposition** | | | | | |
| 708.80 | 0.00 | 0.00 | 0.00 | -224.00 | $484.80 |
| **3000-03 Business Operations** | | | | | |
| 178.00 | 0.00 | 0.00 | 0.00 | -56.00 | $122.00 |
| **3000-04 Case Administration** | | | | | |
| 1,679.17 | 0.00 | 0.00 | 0.00 | -636.00 | $1,043.17 |
| **3000-05 Claims Analysis Objection & Resolution (Asbestos)** | | | | | |
| 5,343.60 | 468.00 | 0.00 | 0.00 | -1,596.00 | $4,215.60 |
| **3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)** | | | | | |
| 738.20 | 144.00 | 0.00 | 0.00 | -504.00 | $378.20 |
| **3000-07 Committee, Creditors, Noteholders, Equity Holders** | | | | | |
| 28,676.34 | 4,202.00 | 0.00 | 0.00 | -11,285.60 | $21,592.74 |
| **3000-08 Employee Benefits/Pension** | | | | | |
| -570.50 | 1,260.00 | 0.00 | 0.00 | 0.00 | $689.50 |
| **3000-10 Employment Applications, Others** | | | | | |
| 1,382.70 | 0.00 | 0.00 | 0.00 | -112.00 | $1,270.70 |
| **3000-11 Expenses** | | | | | |
| 20,427.63 | 0.00 | 1,889.49 | 0.00 | -12,523.30 | $9,793.82 |

W.R. Grace

Page: 2
02/28/2010
ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,973.10 | 841.50 | 0.00 | 0.00 | -1,724.00 | $5,090.60 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,652.80 | 2,927.00 | 0.00 | 0.00 | -4,457.60 | $11,122.20 |
| 3000-14 Financing | | | | | |
| 864.00 | 540.00 | 0.00 | 0.00 | 0.00 | $1,404.00 |
| 3000-15 Hearings | | | | | |
| 37,326.85 | 900.00 | 0.00 | 0.00 | -7,315.20 | $30,911.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,980.40 | 72.00 | 0.00 | 0.00 | 0.00 | -$1,908.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 65,698.80 | 2,004.50 | 0.00 | 0.00 | -25,392.40 | $42,310.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 22.30 | 0.00 | 0.00 | 0.00 | -112.00 | -$89.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 3,732.00 | 0.00 | 0.00 | 0.00 | -1,204.00 | $2,528.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 186,410.49 | 13,359.00 | 1,889.49 | 0.00 | -67,198.10 | $134,460.88 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.