# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| March 11, 2010 | INVOICE: | 236585 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH | |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 02/28/10**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/01/10 | Attention to post-bankruptcy insurance recovery strategy. | W001 | AMA | 0.20 |
| 02/01/10 | Analysis of selected insurance policies re: limits, exclusions and other issues re: applicability to settlement agreements. | W001 | GFF | 7.20 |
| 02/01/10 | Research re: insolvent London Market Company (.40); review and prepare for proposed Highlands (UK) claim submission (.90). | W001 | HEG | 1.30 |
| 02/01/10 | Reviewed insurance policies re: applicability to settlement agreements. | W001 | IF | 3.30 |
| 02/01/10 | Updated and revised information re: insolvent insurance companies. | W001 | IF | 0.90 |
| 02/01/10 | Attention to settlement negotiations with two different insurance companies. | W001 | RMH | 3.10 |
| 02/01/10 | Review and analysis of settlement agreement issues (.60). Research and analysis regarding post-bankruptcy insurance coverage recovery (2.30). | W001 | RYC | 2.90 |
| 02/02/10 | Begin reviewing and revising time and expense entries. | W011 | AHP | 1.80 |
| 02/02/10 | Attention to post-bankruptcy insurance recovery strategy. | W001 | AMA | 0.30 |
| 02/02/10 | Analysis of recent settlement agreements re: terms and related issues (5.10); analysis of selected insurance policies re: limits, exclusions and other issues re: applicability to settlement agreements (1.10); review and revise policy data spreadsheets (.60). | W001 | GFF | 6.80 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

March 11, 2010                                    INVOICE:        236585

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/02/10 | Reviewed insurance policies re: follow form and limits language. | W001 | IF | 3.60 |
| 02/02/10 | Research into objecting to disallowance in anticipation of preparation of objection in Integrity liquidation. | W001 | KES | 0.40 |
| 02/02/10 | Research re: insurance companies. | W001 | MC | 0.80 |
| 02/02/10 | Work on insurance company information requests. | W001 | MG | 2.60 |
| 02/02/10 | Review status of insolvent insurance analysis and recovery efforts. | W001 | RYC | 2.30 |
| 02/03/10 | Attention to post-bankruptcy insurance recovery strategy. | W001 | AMA | 0.30 |
| 02/03/10 | Analysis of selected umbrella and excess insurance policies re: limits, exclusions and other issues re: applicability to settlement agreements. | W001 | GFF | 1.90 |
| 02/03/10 | Reviewed insurance policies re: follow form and applicability to settlement agreements and reimbursement agreements. | W001 | IF | 3.70 |
| 02/03/10 | Work on insolvent claim analysis. | W001 | MG | 2.70 |
| 02/03/10 | Settlement negotiations with two insurance companies. | W001 | RMH | 2.60 |
| 02/03/10 | Review post-bankruptcy insurance coverage recovery strategy and options. | W001 | RYC | 3.10 |
| 02/04/10 | Continue and finish first set of revisions to time/expense entries. | W011 | AHP | 1.20 |
| 02/04/10 | Attention to post-bankruptcy insurance recovery strategy. | W001 | AMA | 0.20 |
| 02/04/10 | Analysis of selected insurance policies re: limits, exclusions and other issues re: applicability to settlement agreements (2.80); draft and revise policy data spreadsheets (.80). | W001 | GFF | 3.60 |
| 02/04/10 | Reviewed insurance policies re: follow form provisions and applicability to settlement agreements and reimbursement agreements. | W001 | IF | 2.10 |
| 02/04/10 | Review and analysis regarding remaining settlement discussion matters. | W001 | RYC | 2.60 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

March 11, 2010                                INVOICE:         236585

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/05/10 | Attention to factual and legal research for post-bankruptcy insurance recovery strategy. | W001 | AMA | 0.60 |
| 02/05/10 | Analysis of selected insurance policies re: follow form, limits, exclusions and other issues re: applicability to settlement agreements (2.10); revise policy data spreadsheets (.40); review selected settlement agreements re: payment issues (1.90). | W001 | GFF | 4.40 |
| 02/05/10 | Attention to Highlands (UK) claim submission (.30); research and prepare claim form and exhibits for same (1.90). | W001 | HEG | 2.20 |
| 02/05/10 | Updated information re: settlement discussions. | W001 | IF | 0.20 |
| 02/05/10 | Reviewed insurance policies re: "follow form" and applicability to settlement agreements. | W001 | IF | 1.20 |
| 02/05/10 | Reviewed settlement agreement re: London Market reimbursement agreement. | W001 | IF | 0.30 |
| 02/05/10 | Work on Highlands UK claim analysis. | W001 | MG | 1.20 |
| 02/05/10 | Insurance company settlement negotiations. | W001 | RMH | 0.60 |
| 02/05/10 | Review post-bankruptcy insurance recovery options and strategy. | W001 | RYC | 1.90 |
| 02/06/10 | Review and analysis of insolvent insurance recovery issues and documents. | W001 | RYC | 1.60 |
| 02/08/10 | Proof changes and additional revisions (1.20); additional changes (1.80); review and forward to attorney (.40). | W011 | AHP | 3.40 |
| 02/08/10 | Drafted document re: factual research and analysis. | W001 | AMA | 4.80 |
| 02/08/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.60 |
| 02/08/10 | Analysis of selected insurance settlement agreement re: exhaustion of coverage/related issues. | W001 | GFF | 3.40 |
| 02/08/10 | Attention to Highlands (UK) Proof of Claim forms and supporting evidence. | W001 | HEG | 1.70 |
| 02/08/10 | Reviewed settlement agreements re: "exhaustion of underlying policies." | W001 | IF | 2.70 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

March 11, 2010                                                          INVOICE:        236585

MATTER:  CLAIMANTS COMMITTEE                                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/08/10 | Research re: objection to liquidator's notice of determination in preparation of preparing objection to same. | W001 | KES | 2.80 |
| 02/08/10 | Attention to settlement with two different insurance companies. | W001 | RMH | 1.70 |
| 02/08/10 | Prepare Highlands UK Final Claim Form and letter instructions to Debtor (2.10). Attention to settlement discussion status and issues (1.70). | W001 | RYC | 3.80 |
| 02/09/10 | Drafted document re: factual research and analysis. | W001 | AMA | 6.70 |
| 02/09/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.40 |
| 02/09/10 | Continued to prepare proposed Highlands (UK) proof of claim submission. | W001 | HEG | 2.10 |
| 02/09/10 | Reviewed settlement agreements re: exhaustion of settled policies and of underlying policies. | W001 | IF | 2.90 |
| 02/09/10 | Review previously filed liquidator's objections in preparation of preparing objection to Integrity liquidator. | W001 | KES | 0.70 |
| 02/09/10 | Attention to settlement with two insurance companies. | W001 | RMH | 2.30 |
| 02/09/10 | Finalize Highlands UK Final Claim Form for Debtor review. | W001 | RYC | 2.90 |
| 02/10/10 | Drafted document re: factual research and analysis. | W001 | AMA | 6.60 |
| 02/10/10 | Reviewed settlement agreements re: "exhaustion of underlying and exhaustion of settled policies." | W001 | IF | 3.70 |
| 02/10/10 | Searched files and in-house resources re: available products coverage and premises coverage. | W001 | IF | 0.70 |
| 02/10/10 | Work on confidentiality issues and insurance company requests for info. | W001 | MG | 2.00 |
| 02/10/10 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 02/10/10 | Follow-up regarding insurance recovery status in connection with impaired insurance company (.80). Review and analysis in connection with post-confirmation bankruptcy recovery strategy (1.40). | W001 | RYC | 2.20 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:      100055.WRG01

March 11, 2010                                        INVOICE:         236585

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/11/10 | Review attorney changes, prepare and have revised. | W011 | AHP | 0.90 |
| 02/11/10 | Drafted document re: factual research and analysis. | W001 | AMA | 7.70 |
| 02/11/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.40 |
| 02/11/10 | Analysis of selected settlement and reimbursement agreements re: exhaustion of policies and other coverage issues (1.70); analysis of selected insurance policies re: limits and aggregates (2.10). | W001 | GFF | 3.80 |
| 02/11/10 | Searched files and in-house resources re: information on insurance companies with available products coverage for complaint. | W001 | IF | 1.60 |
| 02/11/10 | Reviewed settlement agreements re: "exhaustion information." | W001 | IF | 1.90 |
| 02/11/10 | Organize and handle issues pertaining to Plan documents in anticipation of preparing objection to liquidator's disallowance of claims. | W001 | KES | 0.80 |
| 02/11/10 | Correspondence and teleconference with insurance company re: confidentiality issues (.70); review protective order re: same (.30); review data and earlier dealings with other insurers re: same (1.20). | W001 | MG | 2.20 |
| 02/11/10 | Attention to settlements. | W001 | RMH | 1.20 |
| 02/11/10 | Attention to insurance recovery status in connection with Highlands UK (1.40).  Follow-up review and analysis in connection with post-confirmation bankruptcy recovery strategy (.40). | W001 | RYC | 1.80 |
| 02/12/10 | Drafted document re: factual research and analysis. | W001 | AMA | 5.60 |
| 02/12/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.60 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 11, 2010 | | INVOICE: | | 236585 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/12/10 | Analysis of selected insurance policies re: applicability to settlement and reimbursement agreements (1.90); analysis of selected settlement and reimbursement agreements re: exhaustion of coverage and related insurance issues (2.20). | W001 | GFF | 4.10 |
| 02/12/10 | Assisted with insurance company parent and subsidiary research request. | W001 | HEG | 1.60 |
| 02/12/10 | Reviewed available insurance for products claims re: information for complaint preparation. | W001 | IF | 1.80 |
| 02/12/10 | Reviewed settlement agreements re: exhaustion information. | W001 | IF | 1.60 |
| 02/12/10 | Research background information re: insurance companies. | W001 | MC | 0.80 |
| 02/12/10 | Correspondence with insurance company re: confidentiality issues (.60); review protective order re: same (.20); review data and earlier dealings with other insurers re: same (.60); draft email memo re: same (.60). | W001 | MG | 2.00 |
| 02/12/10 | Attention to necessary response to claim denial regarding insolvent carrier (.70); Attention to post-bankruptcy insurance coverage research (.90). | W001 | RYC | 1.60 |
| 02/15/10 | Organize and review plan disclosure documents (1.20); Research re: objections to a liquidator's disallowance in New Jersey (1.30); review and analyze case law re: objections to liquidator's disallowance (1.30). | W001 | KES | 3.80 |
| 02/15/10 | Attention to settlement discussions with two different insurance companies. | W001 | RMH | 1.40 |
| 02/16/10 | Proof draft (.80); finalize and send (1.40). | W011 | AHP | 2.20 |
| 02/16/10 | Drafted document re: factual research and analysis. | W001 | AMA | 6.20 |
| 02/16/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.40 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

March 11, 2010                                                          INVOICE:         236585

MATTER:  CLAIMANTS COMMITTEE                                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/16/10 | Analysis of selected settlement and reimbursement agreements re: exhaustion of policies and related issues (3.10); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.90 |
| 02/16/10 | Assisted M. Antonucci and K. Sharperson with historical claim evidence research requests. | W001 | HEG | 2.20 |
| 02/16/10 | Reviewed settlement agreements re: "exhaustion information." | W001 | IF | 2.40 |
| 02/16/10 | Work on insurance company negotiations and confidentiality issues. | W001 | MG | 1.20 |
| 02/16/10 | Hearing with Judge Fitzgerald. | W001 | RMH | 0.80 |
| 02/16/10 | Review insurance recovery efforts re: insolvent insurance companies (1.10); Review insurance recovery plans for post-bankruptcy trust recovery (1.20). | W001 | RYC | 2.30 |
| 02/17/10 | Reviewing documents and update monitoring chart. | W011 | AHP | 0.90 |
| 02/17/10 | Attention to document on factual research and analysis. | W001 | AMA | 0.60 |
| 02/17/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.60 |
| 02/17/10 | Analysis of selected insurance policies re: exclusions, limits, and other coverage issues re: applicability to settlement and reimbursement agreements (2.10); review selected settlement agreements re: exhaustion of coverage issues (2.20). | W001 | GFF | 4.30 |
| 02/17/10 | Reviewed settlement and reimbursement agreements re: "exhaustion" information and confirmation. | W001 | IF | 2.40 |
| 02/17/10 | Work on insurance company negotiations and confidentiality issues including call to insurance company counsel | W001 | MG | 1.40 |
| 02/17/10 | Attention to settlement discussions with several different insurance companies. | W001 | RMH | 1.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 11, 2010 | | INVOICE: | | 236585 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/17/10 | Review and analysis of bankruptcy status and recent pleadings in connection with insurance coverage issues relating to settlements, insolvent carriers, and post-bankruptcy recoveries. | W001 | RYC | 2.30 |
| 02/18/10 | Attention to factual background of case. | W001 | AMA | 0.30 |
| 02/18/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 0.60 |
| 02/18/10 | Analysis of selected insurance policies re: limit, exclusions, and other issues re: applicability to settlement and reimbursement agreements. | W001 | GFF | 3.80 |
| 02/18/10 | Reviewed settlement and reimbursement agreements re: "exhaustion information." | W001 | IF | 2.20 |
| 02/18/10 | Attention to settlement discussions with several different insurance companies. | W001 | RMH | 1.40 |
| 02/18/10 | Review claim background and documentation for insolvent insurance recovery and disclosures. | W001 | RYC | 2.30 |
| 02/19/10 | Attention to factual information re: insurance companies remaining in case. | W001 | AMA | 0.30 |
| 02/19/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.20 |
| 02/19/10 | Analysis of selected insurance policies regarding applicability to settlement and reimbursement agreements (1.90); analysis of selected settlement and reimbursement agreements regarding exhaustion of coverage related issues (1.70); review and revise settlement data spreadsheets (.80). | W001 | GFF | 4.40 |
| 02/19/10 | Reviewed and updated Available Products Coverage information for post-bankruptcy litigation. | W001 | IF | 1.20 |
| 02/19/10 | Reviewed Coverage In Place and settlement agreements re: exhaustion. | W001 | IF | 1.10 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 11, 2010 | | INVOICE: | | 236585 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/19/10 | Review background material in preparation of completing objection and adding exhibits to support objection (1.40); continue preparation of objection (1.20). | W001 | KES | 2.60 |
| 02/19/10 | Review and research re: post-bankruptcy insurance recovery strategy and preparation of pleadings. | W001 | RYC | 2.00 |
| 02/21/10 | Continue preparation of objection to Integrity proofs of claim. | W001 | KES | 1.40 |
| 02/21/10 | Attention to issues pertaining to supporting information and documents for insolvent insurance coverage recovery. | W001 | RYC | 1.60 |
| 02/22/10 | Attention to document re: factual analysis of case. | W001 | AMA | 0.30 |
| 02/22/10 | Analysis of selected insurance policies re: applicability to settlement agreements (2.10); analysis of selected settlement and reimbursement agreements re: exhaustion and related issues (2.60). | W001 | GFF | 4.70 |
| 02/22/10 | Reviewed settlement agreements re: exhaustion information. | W001 | IF | 2.80 |
| 02/22/10 | Reviewed and updated settlement demand information. | W001 | IF | 0.80 |
| 02/22/10 | Research re: insurance policies and draft materials for review. | W001 | MC | 1.10 |
| 02/22/10 | Attention to settlements. | W001 | RMH | 1.10 |
| 02/22/10 | Attention to issues pertaining to insolvent insurance coverage (1.50). Review pending potential settlements (0.80). | W001 | RYC | 2.30 |
| 02/23/10 | Edited document re: factual analysis of case. | W001 | AMA | 0.80 |
| 02/23/10 | Review and revise settlement agreement data spreadsheets (1.30); analysis of selected settlement agreements re: exhaustion and related issues (4.10). | W001 | GFF | 5.40 |
| 02/23/10 | Reviewed settlement and coverage in place agreements re: exhaustion information. | W001 | IF | 3.60 |
| 02/23/10 | Review bankruptcy documents (1.50); update and revise objection to Integrity Proofs of Claim (1.80). | W001 | KES | 3.30 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| March 11, 2010 | | INVOICE: | 236585 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/23/10 | Work on insurance company claims for information. | W001 | MG | 1.30 |
| 02/23/10 | Settlement negotiations with 3 different insurance companies. | W001 | RMH | 2.60 |
| 02/23/10 | Follow-up regarding issues pertaining to insolvent insurance recovery (2.50). Review and update of settlement related matters (.70). | W001 | RYC | 3.20 |
| 02/24/10 | Attention to document re: factual analysis of case. | W001 | AMA | 0.30 |
| 02/24/10 | Analysis of selected insurance policies re: applicability to settlement agreement (1.80); analysis of selected settlement and reimbursement agreements re: exhaustion and related issues (1.60). | W001 | GFF | 3.40 |
| 02/24/10 | Reviewed documents requested by Midland Insurance Company (1.00); Also reviewed Midland Insurance Company policies (.70). | W001 | IF | 1.70 |
| 02/24/10 | Review disclosure statements and other documents in preparation for preparing objection to Liquidator's disallowance of claims (1.60); research and review case law re: NJ liquidation statute(2.30); continue preparation of objection and update objection per case law (2.00). | W001 | KES | 5.90 |
| 02/24/10 | Revise and review materials related to coverage issue. | W001 | MC | 1.20 |
| 02/24/10 | Work on insurance company claims for information. | W001 | MG | 2.80 |
| 02/24/10 | Attention to settlement discussions with 2 separate insurance companies (2.80); Provide material supporting settlement negotiations (1.00). | W001 | RMH | 3.80 |
| 02/24/10 | Allocation related analysis in connection with settlement discussions. | W001 | RYC | 1.70 |
| 02/25/10 | Reviewed document re: demand and settlement history of and its insurance companies. | W001 | AMA | 0.30 |
| 02/25/10 | Review, identify, and prepare specific policy provisions in W.R. Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.50 |
| 02/25/10 | Assist with Midland information request responses. | W001 | HEG | 2.20 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

March 11, 2010                                          INVOICE:            236585

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/25/10 | Reviewed Midland Insurance Company policies and determined policies to which they follow form. | W001 | IF | 2.30 |
| 02/25/10 | Review additional background materials re: insurance recovery and coverage. | W001 | MC | 2.80 |
| 02/25/10 | Work on insurance company claims for information. | W001 | MG | 2.20 |
| 02/25/10 | Work on NPV calculations re: settlement demands and proper discount rate. | W001 | MG | 2.80 |
| 02/25/10 | Attention to settlement negotiations. | W001 | RMH | 2.30 |
| 02/25/10 | Research and analysis in connection with settlement value analysis (1.20):  Attention to insolvent insurance recovery (.60). | W001 | RYC | 1.80 |
| 02/26/10 | Reviewed settlement agreements re: "exhaustion information." | W001 | IF | 1.90 |
| 02/26/10 | Update and revise objection to Liquidator's disallowance of claims. | W001 | KES | 2.10 |
| 02/26/10 | Finalize review of background material documents re: insurance recovery. | W001 | MC | 1.80 |
| 02/26/10 | Work on insurance company claims for information. | W001 | MG | 1.70 |
| 02/26/10 | Work on NPV calculations re: settlement demands. | W001 | MG | 2.70 |
| 02/26/10 | Review settlement value analysis (0.50). Review draft of dispute of claim determination from insolvent insurance company (1.80). | W001 | RYC | 2.30 |
| 02/28/10 | Edited document re: factual research and analysis for case and drafted document listing remaining questions. | W001 | AMA | 3.20 |

**TOTAL FEES:**                                                                 **$141,442.00**

{D0173102.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:   100055.WRG01

March 11, 2010                                INVOICE:        236585

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

**FEE SUMMARY**

|                       | RATE   | HOURS  | TOTALS     |
|-----------------------|--------|--------|------------|
| A. Marcello Antonucci | 320.00 | 45.30  | 14,496.00  |
| Arline H Pelton       | 240.00 | 10.40  | 2,496.00   |
| Corina K Nastu        | 220.00 | 7.30   | 1,606.00   |
| Glenn F Fields        | 330.00 | 65.10  | 21,483.00  |
| Harris E Gershman     | 265.00 | 13.30  | 3,524.50   |
| Izak Feldgreber       | 285.00 | 54.60  | 15,561.00  |
| Kenneth E. Sharperson | 495.00 | 23.80  | 11,781.00  |
| Mark Garbowski        | 565.00 | 28.80  | 16,272.00  |
| Michael Chung         | 320.00 | 8.50   | 2,720.00   |
| Robert M Horkovich    | 875.00 | 26.10  | 22,837.50  |
| Robert Y Chung        | 585.00 | 49.00  | 28,665.00  |
| **TOTAL FEES:**       |        |        | **$141,442.00** |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| March 11, 2010 | INVOICE:    236585 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001       Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---|---|
| A. Marcello Antonucci | 45.30 | 14,496.00 |
| Corina K Nastu | 7.30 | 1,606.00 |
| Glenn F Fields | 65.10 | 21,483.00 |
| Harris E Gershman | 13.30 | 3,524.50 |
| Izak Feldgreber | 54.60 | 15,561.00 |
| Kenneth E. Sharperson | 23.80 | 11,781.00 |
| Michael Chung | 8.50 | 2,720.00 |
| Mark Garbowski | 28.80 | 16,272.00 |
| Robert M Horkovich | 26.10 | 22,837.50 |
| Robert Y Chung | 48.50 | 28,372.50 |
| **TOTAL:** | **321.30** | **$138,653.50** |

**ACTIVITY CODE: W011       Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 10.40 | 2,496.00 |
| Robert Y Chung | 0.50 | 292.50 |
| **TOTAL:** | **10.90** | **$2,788.50** |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                             MATTER:        100055.WRG01

March 11, 2010                                                              INVOICE:          236585

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

**COSTS through 02/28/10**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges January 1, 2010 through January 31, 2010 | E106 | 20.30 |
| 02/01/10 | LIBRARY & LEGAL RESEARCH Westlaw Usage Charges January 1, 2010 through January 31, 2010 | E106 | 7.52 |
| 02/01/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 02/01/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 02/02/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 02/02/10 | DI - PHOTOCOPYING | E101 | 3.00 |
| 02/02/10 | DI - PHOTOCOPYING | E101 | 2.80 |
| 02/04/10 | DI - PHOTOCOPYING | E101 | 1.10 |
| 02/05/10 | DI - PHOTOCOPYING | E101 | 12.60 |
| 02/05/10 | DI - PHOTOCOPYING | E101 | 8.90 |
| 02/05/10 | DI - PHOTOCOPYING | E101 | 5.30 |
| 02/05/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 02/08/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 02/08/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 02/08/10 | DI - PHOTOCOPYING | E101 | 0.60 |
| 02/08/10 | DI - PHOTOCOPYING | E101 | 2.80 |
| 02/09/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 571433630 Tracking Number: 792175075320 Reference: 100055 WRG01 01 587 Billing Note: From: ROBERT Y CHUNG, ANDERSON KILL & OLICK, PC, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, US To: KERRY JOHNS ON, HIGHLANDS INS CO, C/O PRO INSURANCE SOLUTIONS LTD BRUTON COURT, GLOUCESTER, GL11DA, GB | E107 | 28.28 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                                MATTER:        100055.WRG01

March 11, 2010                                                                      INVOICE:           236585

MATTER:  CLAIMANTS COMMITTEE                                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/09/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 949780008 Tracking Number: 791519620703 Reference: 100055 WRG01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Fredrick Zaremby, W R  Grace & Co, 5400 Broken Sound Blvd NW Ste, BOCA RATON, FL, 33487, US | E107 | 11.83 |
| 02/09/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 949780008 Tracking Number: 792175101294 Reference: 100055 wrg01 01 587 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Lisa Esayian, Kirkland & Ellis LLP, 300 North LaSalle, CHICAGO, IL, 60654, US | E107 | 11.68 |
| 02/09/10 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. - Phone charges incurred on behalf of W.R. Grace for the month of January 2010 | E125 | 218.05 |
| 02/09/10 | DI - PHOTOCOPYING | E101 | 1.80 |
| 02/09/10 | DI - PHOTOCOPYING | E101 | 337.20 |
| 02/10/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Telephonic court appearance 2/16/10 | E125 | 30.00 |
| 02/10/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Telephonic court appearance 4/12/10 | E125 | 30.00 |
| 02/11/10 | DI - POSTAGE | E108 | 0.44 |
| 02/11/10 | DI - PHOTOCOPYING | E101 | 3.00 |
| 02/11/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 02/12/10 | DI - PHOTOCOPYING | E101 | 2.50 |
| 02/12/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 02/12/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 02/12/10 | DI - PHOTOCOPYING | E101 | 2.10 |
| 02/12/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 02/16/10 | DI - PHOTOCOPYING | E101 | 26.30 |
| 02/16/10 | DI - PHOTOCOPYING | E101 | 72.90 |
| 02/16/10 | DI - PHOTOCOPYING | E101 | 45.10 |
| 02/18/10 | DI - PHOTOCOPYING | E101 | 0.20 |

{D0173102.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 11, 2010 | INVOICE: | 236585 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/18/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 02/18/10 | DI - PHOTOCOPYING | E101 | 3.20 |
| 02/18/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 02/18/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 02/19/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 02/19/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 02/19/10 | DI - PHOTOCOPYING | E101 | 30.00 |
| 02/22/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 700295683 Tracking Number: 791257384525 Reference: 100055 WRG01 02 216 Billing Note: From: Mark Garbowski, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Leslie A Davis, Esq., Crowell & Moring LLP, 1001 Pennsylvania Ave, NW, WASHINGTON, DC, 20004, US | E107 | 12.04 |
| 02/22/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 02/23/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 02/23/10 | DI - PHOTOCOPYING | E101 | 1.30 |

**TOTAL COSTS:**                                                                                                        **$936.74**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 63.83 |
| LB | LIBRARY & LEGAL RESEARCH | 27.82 |
| PG | DI - POSTAGE - | 0.44 |
| TE | AP - TELEPHONE - | 278.05 |
| XE | DI - PHOTOCOPYING - | 566.60 |
| | **TOTAL COSTS:** | **$936.74** |
| | **TOTAL DUE:** | **$142,378.74** |

{D0173102.1 }