## EXHIBIT A

## Case Administration (39.30 Hours; $ 14,244.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 3.90 | $860 | 3,354.00 |
| Rita C. Tobin | 7.90 | $545 | 4,305.50 |
| Erroll G. Butts | 27.00 | $240 | 6,480.00 |
| Eugenia Benetos | .50 | $210 | 105.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2010 | EGB | 240.00 | 4.00 | Load boxes into truck and collect additional materials for Peter Lockwood from office for trial. |
| 1/3/2010 | EGB | 240.00 | 7.00 | Review, locate and prep documents for hearing for Nate. |
| 1/4/2010 | EGB | 240.00 | 10.00 | Review, locate and prep documents for hearing for Nate. Attend Trial and take notes |
| 1/4/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 1/7/2010 | PVL | 860.00 | 0.70 | Review docs for filing (.6); review 8 misc. filings (.1). |
| 1/11/2010 | PVL | 860.00 | 0.10 | Review 9 misc. filings. |
| 1/12/2010 | PVL | 860.00 | 0.10 | Review agenda. |
| 1/12/2010 | RCT | 545.00 | 0.20 | Review local counsel reports and dockets re EI update (0.2) |
| 1/18/2010 | PVL | 860.00 | 0.10 | Review 3 misc. filings. |
| 1/20/2010 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 1/25/2010 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 1/26/2010 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 1/29/2010 | RCT | 545.00 | 0.20 | Review local counsel and dockets re EI update (0.2) |
| 2/1/2010 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |
| 2/1/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |

| 2/3/2010 | EGB | 240.00 | 2.00 | Review and assist with Article collection for NDF |
| 2/7/2010 | EGB | 240.00 | 4.00 | Review and assist with Article collection for NDF; review Excel spreadsheet.  Manually fix errors in chart; consult with Vendor regarding chart. |
| 2/8/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets (0.2) |
| 2/10/2010 | PVL | 860.00 | 0.10 | Review agenda. |
| 2/16/2010 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 2/17/2010 | PVL | 860.00 | 0.10 | Review 15 miscellaneous filings. |
| 2/19/2010 | PVL | 860.00 | 0.10 | Review Hurford draft memo and reply. |
| 2/22/2010 | PVL | 860.00 | 0.10 | Review 11 misc. filings. |
| 2/26/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 3/1/2010 | PVL | 860.00 | 0.10 | Review 8 miscellaneous filings. |
| 3/2/2010 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 3/3/2010 | RCT | 545.00 | 1.00 | Continue research into payment issue (1.0) |
| 3/4/2010 | RCT | 545.00 | 0.50 | Review files re FC action fee app records (0.5) |
| 3/5/2010 | RCT | 545.00 | 0.20 | Conference JR re outstanding holdbacks (0.2) |
| 3/5/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 3/5/2010 | PVL | 860.00 | 0.10 | Review 7 miscellaneous filings. |
| 3/9/2010 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 3/9/2010 | RCT | 545.00 | 1.90 | Additional revisions of responses as per PVNL, et al. (1.5); emails to JR re expense items (0.2); conference BH re logistics (0.2) |
| 3/12/2010 | RCT | 545.00 | 0.50 | Review exhibits (0.5) |
| 3/12/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 3/12/2010 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |

| 3/15/2010 | PVL | 860.00 | 0.10 | Review 4 miscellaneous filings. |
|---|---|---|---|---|
| 3/15/2010 | EB | 210.00 | 0.50 | T/C with APB re: filings of quarterlies on PACER and accounting issues in case.  Review spreadsheets. |
| 3/16/2010 | RCT | 545.00 | 0.40 | Review fee apps re missing amounts (0.4) |
| 3/17/2010 | RCT | 545.00 | 0.90 | conference EI re outstanding amounts (0.2); conference EI and EB re same (0.3); conference EB re outstanding amounts/review memo (0.4) |
| 3/19/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 3/22/2010 | PVL | 860.00 | 1.20 | Review 6 PD motions (.1); review docs for filing (1.1). |
| 3/23/2010 | PVL | 860.00 | 0.10 | Review 6 miscellaneous filings. |
| 3/26/2010 | RCT | 545.00 | 0.30 | Review EB tallies (0.3) |
| 3/26/2010 | RCT | 545.00 | 0.20 | Review local counsel records and dockets re EI update (0.2) |
| 3/30/2010 | PVL | 860.00 | 0.10 | Review 5 miscellaneous filings. |
| 3/30/2010 | RCT | 545.00 | 0.20 | Review revised Order (0.2) |

**Total Task Code .04**          **39.30**

## Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/5/2010 | PVL | 860.00 | 0.20 | Review MCC resp. to Grace cls. obj. |

**Total Task Code .05**          **.20**

**Employee Benefits/Pension (2.30 Hours; $ 1,978.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.30 | $860 | 1,978.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/2/2010 | PVL | 860.00 | 0.30 | Teleconference Sinclair. |
| 2/3/2010 | PVL | 860.00 | 0.60 | Teleconference Lyons. |
| 2/4/2010 | PVL | 860.00 | 0.20 | Teleconference EI (.1); review Sinclair memo and orders re pension plan (.1). |
| 2/11/2010 | PVL | 860.00 | 0.40 | Review Freedman email and reply (.2); teleconference Freedman (.2). |
| 2/17/2010 | PVL | 860.00 | 0.60 | Review motion re pension contribution (.1); teleconference Sinclair re same(.5). |
| 3/2/2010 | PVL | 860.00 | 0.10 | Review Sinclair memo re pension plan. |
| 3/23/2010 | PVL | 860.00 | 0.10 | Review Rapp e-mail and reply re CTIP motion. |

**Total Task Code .08          2.30**

**Fee Applications, Applicant (18.40 Hours; $ 7,193.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $675 | 67.50 |
| Rita C. Tobin | 9.80 | $545 | 5,341.00 |
| Eugenia Benetos | 6.50 | $210 | 1,365.00 |
| Shirley D. Chisolm | 2.00 | $210 | 420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/4/2010 | RCT | 545.00 | 0.20 | Conference SC re fee apps/January (0.2) |
| 1/5/2010 | RCT | 545.00 | 0.30 | Address 2010 fee issues (0.3) |
| 1/14/2010 | RCT | 545.00 | 0.80 | Review pre-bills (0.8) |
| 1/15/2010 | RCT | 545.00 | 0.50 | Review exhibits (0.5) |
| 1/29/2010 | RCT | 545.00 | 0.20 | Review fee application schedules for February (0.2) |
| 2/3/2010 | RCT | 545.00 | 0.50 | Review expense issues (0.5) |
| 2/11/2010 | RCT | 545.00 | 0.50 | Review prebills (0.5) |
| 2/16/2010 | SDC | 210.00 | 1.00 | Preparation of fee and expense report for fee application exhibit |
| 2/22/2010 | RCT | 545.00 | 0.20 | Emails asbestos group re expense issue (0.2) |
| 3/1/2010 | SDC | 210.00 | 1.00 | Preparation of monthly fee application and exhibits |
| 3/1/2010 | RCT | 545.00 | 1.50 | Review monthly fee application (1.5) |
| 3/2/2010 | RCT | 545.00 | 0.30 | Address payment issues (0.3) |
| 3/4/2010 | RCT | 545.00 | 0.30 | Emails JR re fee issues (0.1); review Grace email re fee issue (0.2) |
| 3/10/2010 | RCT | 545.00 | 0.40 | Review pre-bills (0.4) |
| 3/15/2010 | RCT | 545.00 | 0.20 | Conference EB re fee apps |
| 3/16/2010 | EB | 210.00 | 0.50 | Review fee application schedule.  Send email to K. Hemming re: pending payments. Review of Certificates on Pacer. |

| 3/17/2010 | EB | 210.00 | 2.00 | Review fee application schedule. T/C with APB. Meeting with RCT. Email to K. Hemming re: pending payments. |
| 3/17/2010 | EB | 210.00 | 1.00 | Review aged detail from APB. T/C with APB. Prepare a memo for EI re: pending payments. |
| 3/17/2010 | RCT | 545.00 | 0.20 | Review and converse with EB re fee memo (0.2) |
| 3/18/2010 | RCT | 545.00 | 1.90 | Address fee issues (1.9) |
| 3/19/2010 | EB | 210.00 | 1.50 | Work on monthly fee application and discuss with APB fee application scheduling issues. |
| 3/22/2010 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 3/24/2010 | EB | 210.00 | 0.50 | Email to attorney Janet Baer re: fraudulent conveyance case. |
| 3/25/2010 | RCT | 545.00 | 0.40 | Conferences EB re Grace fee issue (0.4) |
| 3/26/2010 | RCT | 545.00 | 0.70 | Address issues re owed fees (0.7) |
| 3/26/2010 | TWS | 675.00 | 0.10 | Review draft application for payment of holdbacks |
| 3/26/2010 | EB | 210.00 | 0.50 | Perform review of motion re: C&D pending payments. Email to Janet Baer re: additional pending payments. |
| 3/30/2010 | RCT | 545.00 | 0.50 | Address payment issue (0.5) |
| 3/31/2010 | RCT | 545.00 | 0.20 | Review fee app schedules for April (0.2) |

**Total Task Code .12        18.40**

## Litigation and Litigation Consulting (127.30 Hours; $ 48,299.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 14.40 | $950 | 13,680.00 |
| Bernard Bailor | 2.50 | $645 | 1,612.50 |
| Nathan D. Finch | .50 | $625 | 312.50 |
| Kevin C. Maclay | 14.70 | $510 | 7,497.00 |

| | | | | | |
|---|---|---|---|---|---|
| James P. Wehner | | 19.40 | | $510 | 9,894.00 |
| Andrew J. Sacket | | 1.30 | | $310 | 403.00 |
| Marissa A. Fanone | | 34.50 | | $200 | 6,900.00 |
| Sarah Joy DelSavio | | 40.00 | | $200 | 8,000.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/1/2010 | KCM | 510.00 | 6.50 | Draft/revise and send out revised oral argument outline and review/analyze related materials |
| 1/1/2010 | JPW | 510.00 | 3.10 | Draft TAC demonstratives (2.5); e-mails re oral argument issues (.6) |
| 1/2/2010 | JPW | 510.00 | 3.20 | Revise TAC demonstratives (2.8); e-mails re demonstratives (.4) |
| 1/2/2010 | KCM | 510.00 | 0.30 | Review/analyze correspondence |
| 1/3/2010 | KCM | 510.00 | 0.30 | Review/analyze correspondence |
| 1/3/2010 | JPW | 510.00 | 1.30 | E-mails re oral argument (.4); revise demonstratives (.7); telephone conference with K. Love re demonstratives (.2) |
| 1/3/2010 | SJD | 200.00 | 8.00 | Closing argument preparation with NDF |
| 1/3/2010 | MAF | 200.00 | 2.00 | Compile and organize trial materials for closing arguments (2). |
| 1/4/2010 | SJD | 200.00 | 11.00 | Assisted with Grace closing argument per NDF |
| 1/4/2010 | JPW | 510.00 | 2.00 | Review hearing transcripts (1.3); e-mails re closing arguments (.3); meet with KCM re closing arguments (.4) |
| 1/4/2010 | MAF | 200.00 | 11.50 | Attend Confirmation Hearing. |
| 1/4/2010 | EI | 950.00 | 0.30 | T/c NDF re: Libby arguments (.2); memo PVNL re: status (.1). |
| 1/4/2010 | KCM | 510.00 | 0.20 | Review/analyze correspondence |
| 1/5/2010 | KCM | 510.00 | 0.60 | Review/analyze correspondence and related materials |
| 1/5/2010 | AJS | 310.00 | 0.20 | Review of Third Circuit decision regarding Libby claimants. |
| 1/5/2010 | MAF | 200.00 | 11.00 | Attend Confirmation Hearing. |

| 1/5/2010 | JPW | 510.00 | 3.40 | Meet with BSB re argument (.3); review Third Circuit decision (.8); review transcripts of argument (2.3) |
|---|---|---|---|---|
| 1/5/2010 | SJD | 200.00 | 11.00 | Assisted with Grace closing argument per PVNL |
| 1/6/2010 | SJD | 200.00 | 4.00 | Assisted with Grace closing argument per PVNL |
| 1/6/2010 | JPW | 510.00 | 2.40 | Review hearing transcripts (2.1); e-mails re argument (.3) |
| 1/6/2010 | MAF | 200.00 | 5.00 | Attend Confirmation Hearing (5). |
| 1/6/2010 | EI | 950.00 | 0.70 | T/c PVNL/NDF re: confirmation hearing arguments. |
| 1/7/2010 | KCM | 510.00 | 1.80 | Review/analyze hearing transcript |
| 1/7/2010 | BSB | 645.00 | 2.50 | Review transcripts regarding Libby. |
| 1/7/2010 | SJD | 200.00 | 2.00 | Post closing argument file organization and clean up per NDF |
| 1/8/2010 | SJD | 200.00 | 4.00 | Post closing argument file organization and clean up per NDF |
| 1/8/2010 | KCM | 510.00 | 0.50 | Organize files |
| 1/8/2010 | EI | 950.00 | 0.20 | Horkovich insurance issue. |
| 1/11/2010 | EI | 950.00 | 0.20 | Reviewed report on hearings. |
| 1/11/2010 | KCM | 510.00 | 0.20 | Review/analyze memo to Committee |
| 1/12/2010 | EI | 950.00 | 0.20 | T/c Sinclair re: exit financing issues. |
| 1/14/2010 | EI | 950.00 | 0.10 | T/c PVNL re: Montana. |
| 1/19/2010 | JPW | 510.00 | 3.20 | Review response to Crown objection; e-mails re same; review blacklining |
| 1/19/2010 | KCM | 510.00 | 0.10 | Review/analyze correspondence and filing |
| 1/21/2010 | EI | 950.00 | 0.20 | T/c PVNL/NDF re: Libby status. |
| 1/22/2010 | NDF | 625.00 | 0.50 | Emails re January 25 omnibus. |
| 1/25/2010 | KCM | 510.00 | 1.00 | Organize files |

| 1/26/2010 | KCM | 510.00 | 0.50 | Organize files |
| 1/27/2010 | KCM | 510.00 | 0.80 | Organize files |
| 1/28/2010 | KCM | 510.00 | 0.80 | Review/analyze hearing memo and organized files |
| 1/28/2010 | EI | 950.00 | 0.60 | Read Cohn memo and attempt to call Wyron and Frankel. |
| 1/29/2010 | EI | 950.00 | 0.60 | T/c Frankel re: Cohn memo (.2); memo to Cohn (.2); t/c PVNL re: same (.2). |
| 2/3/2010 | JPW | 510.00 | 0.30 | E-mails re post-trial issues |
| 2/3/2010 | KCM | 510.00 | 0.20 | Review/analyze correspondence and transcript re insurance neutrality issue |
| 2/4/2010 | EI | 950.00 | 0.50 | Pension plan issues with PVNL. |
| 2/5/2010 | EI | 950.00 | 0.30 | Memos Frankel, et al. re: Libby status. |
| 2/7/2010 | EI | 950.00 | 0.20 | Libby scheduling. |
| 2/8/2010 | EI | 950.00 | 0.70 | Conf. call Frankel, et al. and PVNL re: Libby issues. |
| 2/9/2010 | EI | 950.00 | 1.40 | Reviewing Libby analysis (.7); t/c PVNL re: same (.7). |
| 2/10/2010 | EI | 950.00 | 1.50 | Libby memo. |
| 2/11/2010 | EI | 950.00 | 0.70 | T/c PVNL re: Libby status (.5); review DC plan issues (.2). |
| 2/11/2010 | KCM | 510.00 | 0.10 | Review/analyze correspondence |
| 2/12/2010 | EI | 950.00 | 0.20 | Frankel memo re: Libby and set up conf. call re: same. |
| 2/12/2010 | JPW | 510.00 | 0.50 | Review agenda; e-mails re hearing |
| 2/15/2010 | KCM | 510.00 | 0.30 | Review/analyze correspondence and stipulation |
| 2/16/2010 | EI | 950.00 | 0.80 | T/c Frankel/Wyron/PVNL re: Libby (.6); prep for trip (.2). |
| 2/17/2010 | MAF | 200.00 | 1.00 | Organize Phase I and II trial exhibits and trial boxes. |
| 2/17/2010 | EI | 950.00 | 0.30 | T/cs ACM/AJS re: Libby termsheet. |

{D0175766.1 }

| | | | | |
|---|---|---|---|---|
| 2/17/2010 | AJS | 310.00 | 0.80 | Review of e-mail from EI regarding settlement agreement (0.1); phone calls with ACM regarding same (0.2); review of changed language in settlement agreement (0.5). |
| 2/19/2010 | KCM | 510.00 | 0.50 | Review/analyze hearing memo and communicate with local counsel re case status |
| 2/22/2010 | EI | 950.00 | 0.10 | Weekly memo. |
| 2/24/2010 | AJS | 310.00 | 0.30 | Review of e-mails from ACM and PVNL regarding TDP changes. |
| 2/26/2010 | EI | 950.00 | 0.70 | Libby matters: t/c ACM re: status (.2); memos with Wyron (.5). |
| 3/4/2010 | EI | 950.00 | 1.30 | Reviewed Libby docs (.3); teleconf. re: Libby status with PVNL, Frankel & Wyron (1.0). |
| 3/5/2010 | EI | 950.00 | 0.20 | T/c PVNL re: Libby status (.2). |
| 3/15/2010 | EI | 950.00 | 0.30 | Memo re: Libby matters (.2); CNA status inquiry (.1). |
| 3/16/2010 | EI | 950.00 | 0.70 | Libby matters:  memo and t/c PVNL re: status and CNA status (.7). |
| 3/23/2010 | EI | 950.00 | 0.20 | Read Rapp memo re: LTIP and memo to PVNL. |
| 3/24/2010 | EI | 950.00 | 0.20 | Memos re: proposed Employers Mutual settlement. |
| 3/25/2010 | EI | 950.00 | 0.20 | T/c PVNL re: Libby/CNA status. |
| 3/26/2010 | EI | 950.00 | 0.20 | Review Emp. Mutual settlement. |
| 3/31/2010 | EI | 950.00 | 0.60 | T/c Horkovich re: CNA settlement (.2); t/c PVNL re: same (.1); t/c PVNL re:  terms of debt question (.3); |
| 3/31/2010 | MAF | 200.00 | 4.00 | Review and organize confirmation hearing trial materials. |

**Total Task Code.16**          **127.30**

**Plan & Disclosure Statement (205.90 Hours; $ 155,847.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $950 | 95.00 |
| Peter Van N. Lockwood | 129.00 | $860 | 110,940.00 |
| Nathan D. Finch | 40.80 | $625 | 25,500.00 |
| Ann C. McMillan | 11.20 | $595 | 6,664.00 |
| Jeffrey A. Liesemer | 24.80 | $510 | 12,648.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/1/2010 | NDF | 625.00 | 6.50 | Prepare for closing argument. |
| 1/1/2010 | PVL | 860.00 | 3.90 | Prep for 1/4 hearing. |
| 1/2/2010 | PVL | 860.00 | 4.90 | Prep for 1/4 hearing (4.7); review email and reply (.2). |
| 1/2/2010 | NDF | 625.00 | 9.50 | Prepare for closing argument. |
| 1/3/2010 | NDF | 625.00 | 8.80 | Prepare for closing argument. |
| 1/3/2010 | PVL | 860.00 | 4.90 | Prep for hearing (4.1); review email and reply (.1); teleconference objectors' counsel, Bernick et al (.4); confer NDF (.3). |
| 1/4/2010 | PVL | 860.00 | 14.50 | Attend hearing (8.9); confer Bernick et al (.3); confer Frankel et al (.2); confer Shelnitz (.1); prep for 1/5 hearing (1.7); confer Frankel, Wyron, Mehaley and Felder (1.3); confer Heberling, Cohn and Wyron (2.0). |
| 1/4/2010 | NDF | 625.00 | 6.80 | Prepare for closing argument (2.0); do closing argument re Libby issues (4.5); memo to EI re same (0.3). |
| 1/4/2010 | JAL | 510.00 | 7.80 | Telephonic appearance at closing arguments. |
| 1/5/2010 | JAL | 510.00 | 8.30 | Telephonic appearance at closing arguments. |
| 1/5/2010 | PVL | 860.00 | 12.80 | Attend hearing (9.2); confer Bernick et al (1.0): confer Frankel and Wyron (2.3); review CA3 opinion re Montana injunction (.3). |
| 1/6/2010 | PVL | 860.00 | 3.90 | Attend hearing (3.1); prep for hearing (.1); review email (.2); teleconference EI and NDF (.5). |
| 1/6/2010 | JAL | 510.00 | 2.20 | Telephonic appearance at closing arguments. |

| 1/7/2010 | JAL | 510.00 | 0.40 | Tele. call w/KCM re: confirmation issues. |
| 1/7/2010 | PVL | 860.00 | 0.90 | Review BNSF app. br. re Arrowood (.3); review email and reply (.5); review Horkovich ltr (.1). |
| 1/8/2010 | PVL | 860.00 | 2.40 | Review Viking Pump op. (.7); review email and reply (.4); draft memo to ACC (1.3). |
| 1/9/2010 | PVL | 860.00 | 1.90 | Review draft motion and exhibits re exit financing arrangements (.9); review Viking Pumps op. (1.0). |
| 1/11/2010 | JAL | 510.00 | 0.10 | Reviewed memo from EI re: confirmation issues. |
| 1/11/2010 | JAL | 510.00 | 0.10 | E-mail exchange w/PVNL re: confirmation issue. |
| 1/11/2010 | PVL | 860.00 | 1.10 | Review email and reply (.5); email Esayian (.1); review revised TDP stip (.1); review Canada obj. re retention of CDN ZAI counsel (.4). |
| 1/12/2010 | PVL | 860.00 | 0.60 | Review email and reply (.3); teleconference Freedman (.2); review draft TDP revs (.1). |
| 1/13/2010 | PVL | 860.00 | 0.70 | Review email and reply (.3); review ltr from Monaco (.1); review Canada POR obj (.3). |
| 1/14/2010 | PVL | 860.00 | 0.60 | Review email and reply (.2); teleconference Rapp and Sinclair (.1); teleconference EI (.2); review draft reply to Monaco ltr (.1). |
| 1/14/2010 | JAL | 510.00 | 0.30 | Review and analysis of materials relating to exit financing. |
| 1/15/2010 | NDF | 625.00 | 0.50 | Emails regarding insurance issues. |
| 1/15/2010 | PVL | 860.00 | 1.50 | Review EI memo (.1); teleconference Bernick, Freedman, Baer, Pasparakis and Wyron (1.4). |
| 1/19/2010 | JAL | 510.00 | 1.00 | Reviewed draft response to Crown objection. |
| 1/19/2010 | JAL | 510.00 | 0.20 | Office conf. w/JPW re: draft response to Crown objection |
| 1/19/2010 | PVL | 860.00 | 1.30 | Review draft response to Canada obj. (.7); review revised draft BNSF TS (.2); review CCAA rep. counsel reply brief (.4). |
| 1/20/2010 | PVL | 860.00 | 3.60 | Review email and reply (.3); review revised draft BNSF/Insurer TS (.2); review revised response to Canada POR obj. (.1); teleconference Cohn, |

{D0175766.1 }

| | | | | |
|---|---|---|---|---|
| | | | | Heberling, Frankel and Wyron (2.0); teleconference Bernick, Freedman, Baer and Wyron (.5); review Giannotto ltr (.5). |
| 1/21/2010 | PVL | 860.00 | 4.30 | Teleconference EI and NDF (.7); teleconference Bernick, Freedman, Baer and Wyron (1.1); teleconference Wyron (2.5). |
| 1/22/2010 | PVL | 860.00 | 2.30 | Teleconference Bernick, Freedman, Baer, Frankel and Wyron (1.3); teleconference Glosband, Frankel, Wyron and Felder (.9); reviw email and reply (.1). |
| 1/23/2010 | PVL | 860.00 | 0.10 | Review email and reply. |
| 1/25/2010 | PVL | 860.00 | 0.40 | Review email and reply (.2); teleconference Wyron (.2). |
| 1/25/2010 | NDF | 625.00 | 6.80 | Prepare for hearing re Canada objection (read briefs) (0.7); attend omnibus hearing for ACC (5.8); confer with Hurford re case issues and memo (0.3). |
| 1/26/2010 | NDF | 625.00 | 0.60 | Revise and edit memo to ACC re January 25 hearing. |
| 1/27/2010 | PVL | 860.00 | 0.60 | Review revised Sealed Air stip; and reply (.2); review email and reply (.2); teleconference Freedman (.2). |
| 1/29/2010 | PVL | 860.00 | 0.80 | Review email and reply (.3); teleconference EI (.3); review draft One Beacon/Seaton stip (.2). |
| 2/1/2010 | PVL | 860.00 | 0.10 | Review draft motion re section 502(e) stip. |
| 2/2/2010 | PVL | 860.00 | 0.50 | Review revised stip re Sealed Air ICNA claims and reply (.1); review email and reply (.2); confer Rich (.2). |
| 2/3/2010 | PVL | 860.00 | 0.20 | Review email and reply. |
| 2/4/2010 | PVL | 860.00 | 1.00 | Review revised 502(e) stip and reply (.1); review revised One Beacon and CNA stips re Sealed Air and email comments (.3); review email and reply (.1); research re Libby objs (.5). |
| 2/5/2010 | PVL | 860.00 | 1.30 | Review email and reply (.5); teleconference Freedman (.6); email Freedman (.2). |
| 2/5/2010 | JAL | 510.00 | 0.30 | Review and analysis of materials at NDFs request re: confirmation matters. |

| 2/8/2010 | JAL | 510.00 | 0.20 | Review of stipulation relating to plan amendments. |
| 2/8/2010 | PVL | 860.00 | 0.80 | Teleconference Frankel, Mehaley, Felder and EI. |
| 2/9/2010 | PVL | 860.00 | 0.90 | Teleconference Freedman (.1); review email (.2); teleconference EI (.6). |
| 2/10/2010 | PVL | 860.00 | 1.00 | Review revised draft of One Beacon stip and email Frankel et al re same (.8); review email and reply (.2). |
| 2/10/2010 | JAL | 510.00 | 2.00 | Review and analysis of materials for NDF re: confirmation matters. |
| 2/10/2010 | ACM | 595.00 | 0.30 | Exchange e-mails with NDF, M. Eskin re Grace Boca documents. |
| 2/11/2010 | ACM | 595.00 | 0.20 | Exchange e-mails with NDF, M. Eskin re Grace Boca documents. |
| 2/11/2010 | PVL | 860.00 | 1.30 | Review email and reply (.3); review revised Kaneb stip and email Baer (.2); review EI memo (.3); teleconference EI (.5). |
| 2/12/2010 | PVL | 860.00 | 0.60 | Review email and reply. |
| 2/13/2010 | PVL | 860.00 | 0.50 | Review revised BNSF/Insurer TS and Glosband memo re same. |
| 2/14/2010 | PVL | 860.00 | 0.30 | Review email (.1); review revised One Beacon stip and email comments (.2). |
| 2/15/2010 | PVL | 860.00 | 0.70 | Review email and reply (.6); review revised One Beacon stip and reply (.1). |
| 2/16/2010 | PVL | 860.00 | 2.90 | Review email and reply (.4); participate in telephonic hearing (.7); teleconference Frankel, Wyron and EI (.6); teleconference Freedman (.2); review materials re Seaton claim (.1); teleconference Wyron (.9). |
| 2/17/2010 | PVL | 860.00 | 1.10 | Teleconference Freedman, Baer, Frankel and Wyron (.6); review email and reply (.2); teleconference Wyron (.3). |
| 2/17/2010 | ACM | 595.00 | 0.90 | Review proposed revisions to Libby Settlement Agreement and TDP (.5); teleconferences EI re same (.2); teleconference AJS re same (.2). |

| 2/18/2010 | ACM | 595.00 | 1.40 | Teleconference R. Wyron re Libby issues (.2); revise TDP and Settlement Agreement re Libby (1.2). |
|-----------|-----|--------|------|---|
| 2/18/2010 | PVL | 860.00 | 2.40 | Review email and reply (.1); review drafts of order re Seaton claim (.1); review Monaco ltr. (.2); review Wyron memo (.2); teleconference Glosband and Wyron (1.1); teleconference Wyron (.2); teleconference EI (.1); review draft CNA /Sealed Air stip and email comments (.4). |
| 2/19/2010 | PVL | 860.00 | 1.70 | Review email and reply (.1); teleconference Wyron (.5); teleconference Glosband and Wyron (1.1). |
| 2/19/2010 | JAL | 510.00 | 0.20 | Reviewed memo from M. Hurford re: omnibus hearing. |
| 2/20/2010 | PVL | 860.00 | 0.10 | Review Wyron email. |
| 2/22/2010 | PVL | 860.00 | 1.00 | Review email and reply (.5); review draft Longacre stip (.1); review Glosband outline and Wyron mark-up and email Wyron (.4). |
| 2/23/2010 | PVL | 860.00 | 3.70 | Review e-mail and reply (.4); review draft Morgan Stanley stip (.1); review draft CNA stip and e-mail comments (.2); confer Frankel, Wyron, Mehaley and Felder (3.0). |
| 2/23/2010 | ACM | 595.00 | 0.80 | Teleconference NDF, J. Hughes, M. Eskin, T. Florence re storage of Grace documents. |
| 2/24/2010 | ACM | 595.00 | 1.80 | Revise TDP and Libby Settlement Agreement. |
| 2/24/2010 | PVL | 860.00 | 0.60 | Review e-mail and reply (.3); review draft Nat'l Union stip (.1); review revised draft Libby agmt and TDP (.2). |
| 2/25/2010 | PVL | 860.00 | 0.70 | Review e-mail and reply (.4); review revised Libby agmt and e-mail comments (.2); review revised Longacre stip (.1). |
| 2/25/2010 | ACM | 595.00 | 1.20 | Review R. Wyron proposed changes to Libby Settlement Agreement (.5); revise TDP (.7). |
| 2/26/2010 | ACM | 595.00 | 0.80 | Exchange e-mails with R. Wyron re TDP (.2); teleconference EI re TDP and Libby Settlement Agreement (.2); revise TDP (.3); exchange e-mails with R. Frankel re Libby negotiations (.1). |

| 2/26/2010 | PVL | 860.00 | 0.70 | Review e-mail and reply (.2); review draft motion re Longacre stip and e-mail comments (.4); review COC and order re Canada appeal (.1). |
|---|---|---|---|---|
| 3/1/2010 | ACM | 595.00 | 1.20 | Review files re Libby issues and exchange e-mails with M. Peterson re same. |
| 3/1/2010 | PVL | 860.00 | 0.50 | Review e-mail and reply (.1); revised draft motion re Longacre stip (.1); review Peterson depo and e-mail Wyron (.2); review revised draft CNA/Sealed Air stip (.1). |
| 3/2/2010 | PVL | 860.00 | 2.40 | Review revised draft CNA stip (.1); teleconference Wyron (2.2); review e-mail (.1). |
| 3/2/2010 | ACM | 595.00 | 0.30 | Teleconferences Grace claimants re status of plan. |
| 3/3/2010 | PVL | 860.00 | 2.90 | Review e-mail and reply (.3); teleconference Freedman (.1); review original draft Libby TS and e-mail Wyron et al re same (.4); teleconference Frankel and Wyron (2.1). |
| 3/4/2010 | PVL | 860.00 | 2.10 | Review e-mail and reply (.2); teleconference Frankel, Wyron and EI (1.1); review revised draft Nat'l Union stip (.1); teleconference Wyron (.1); teleconference Wisler (.6). |
| 3/5/2010 | ACM | 595.00 | 0.10 | Teleconference EI re Trustees. |
| 3/5/2010 | PVL | 860.00 | 2.70 | Review e-mail and reply (.5); review draft motion re Nat'l Union stip and e-mail comments (.3); teleconference EI (.3); teleconference Monaco, Cockrell and Wyron (.2); review revised draft obj chart and e-mail comments (1.4). |
| 3/8/2010 | PVL | 860.00 | 2.20 | Review e-mail and reply (.7); teleconference Freedman and Donley (1.1); review revised POR black-line (.4). |
| 3/8/2010 | ACM | 595.00 | 0.30 | Exchange e-mails with R. Wyron, PVNL re TDP and ADR procedures. |
| 3/9/2010 | ACM | 595.00 | 1.50 | Exchange e-mails with PVNL, R. Wyron, D. Boll re TDP (.5); teleconference EI re same (.1); review revised TDP (.9). |
| 3/9/2010 | PVL | 860.00 | 2.10 | Review e-mail and reply (.7); review Orrick comments on draft obj chart (.2); review revised draft |

|            |     |        |      | TDP provisions (.2); teleconference Wyron (.9); review revised App. A to obj chart (.1). |
|------------|-----|--------|------|------------------------------------------------------------------|
| 3/10/2010  | PVL | 860.00 | 1.20 | Teleconference Cohn, Candon and Wyron (.9); review e-mail and reply (.3). |
| 3/10/2010  | ACM | 595.00 | 0.10 | Exchange e-mails with D. Boll re TDP. |
| 3/11/2010  | PVL | 860.00 | 1.30 | Review revised CNA/Sealed Air stip (.1); teleconference Frankel and Wyron (1.2). |
| 3/12/2010  | PVL | 860.00 | 0.30 | Teleconference Frankel and Wyron (.1); review e-mail (.2). |
| 3/15/2010  | PVL | 860.00 | 1.60 | Review e-mail and reply (.4); review revised obj chart and e-mail comments (1.0); review revised TDP and e-mail comments (.2). |
| 3/16/2010  | ACM | 595.00 | 0.30 | Review proposed changes to TDP and send e-mail to R. Wyron re same. |
| 3/16/2010  | PVL | 860.00 | 0.90 | Review black-line POR and notice of mods (.5); teleconference EI (.4). |
| 3/17/2010  | PVL | 860.00 | 1.30 | Teleconference Frankel, Wyron, Mahaley and Horkovich (1.0); review e-mail and reply (.2); review 3/10/10 Grace 8-K (.1). |
| 3/18/2010  | PVL | 860.00 | 6.70 | Prep for meeting (.1); confer Frankel, Wyron, Felder (.7); confer Shelnitz, Finke, Freedman, Donley, Frankel, Wyron and Felder (5.0); review e-mail and reply (.1); review draft Hartford agmt. (.8). |
| 3/19/2010  | PVL | 860.00 | 1.70 | Review e-mail and reply (.5); review revised drafts of notice of plan amends (.2); teleconference Donley, Cohn, Candon and Wyron (.7); teleconference Wyron (.1); review Pennock v. MCC complaint (.2). |
| 3/19/2010  | JAL | 510.00 | 1.10 | Review and analysis of fourth set of modifications to plan and chart of remaining plan objections. |
| 3/21/2010  | PVL | 860.00 | 0.20 | Review e-mail. |
| 3/22/2010  | PVL | 860.00 | 1.80 | Review revised obj chart and e-mail comments to Freedman et al (1.2); review e-mail and reply (.2); teleconference Sinclair (.4). |
| 3/23/2010  | PVL | 860.00 | 0.80 | Review e-mail re obj chart and reply (.6); review e-mail and reply (.2). |

| Date | | | | |
|------|-----|--------|------|---|
| 3/23/2010 | NDF | 625.00 | 1.30 | Read recent decision on scope of channeling injunction (1.0); memo to PVNL re same (0.3). |
| 3/24/2010 | PVL | 860.00 | 1.30 | Review e-mail and reply (.3); review revised obj chart and e-mail comments (1.0). |
| 3/25/2010 | PVL | 860.00 | 0.70 | Teleconference Wyron (.4); review e-mail and reply (.1); teleconference Paul (.1); teleconference EI (.1). |
| 3/25/2010 | JAL | 510.00 | 0.60 | Respond to e-mail from J. Sinclair re: plan issues and tele. call w/him re: same. |
| 3/26/2010 | PVL | 860.00 | 0.60 | Review e-mail and reply (.2); review draft CNA agmt (.4). |
| 3/29/2010 | PVL | 860.00 | 0.30 | Review e-mail and reply (.1); review Brown draft revs to obj chart (.2). |
| 3/30/2010 | PVL | 860.00 | 1.10 | Review revised obj chart and e-mail comments re same (.7); review e-mail and reply (.3); review Bank Lender resp re obj chart (.1). |
| 3/31/2010 | PVL | 860.00 | 0.20 | Teleconference EI. |
| 3/31/2010 | EI | 950.00 | 0.10 | T/c claimant. |

**Total Task Code .17**        **205.90**

## Travel – Non Working (48.60 Hours; $ 10,514.25)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 8.60 | $430 | 3,698.00 |
| Nathan D. Finch | 12.50 | $312.50 | 3,906.25 |
| Erroll G. Butts | 8.00 | 120 | 960.00 |
| Marissa A. Fanone | 9.00 | $100 | 900.00 |
| Sara Joy DelSavio | 10.50 | $100 | 1,050.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/3/2010 | MAF | 100.00 | 4.00 | Travel from Washington, DC to Pittsburgh, PA (4). |
| 1/3/2010 | EGB | 120.00 | 4.00 | Drive to Pittsburg for Trial prep. |
| 1/3/2010 | NDF | 312.50 | 3.00 | Travel to Pittsburgh for closing. |
| 1/3/2010 | PVL | 430.00 | 3.00 | Travel to Pittsburgh for hearing. |
| 1/3/2010 | SJD | 100.00 | 5.50 | Travel to Pittsburgh for Grace closing argument |
| 1/4/2010 | PVL | 430.00 | 0.40 | Travel to/from court. |
| 1/4/2010 | NDF | 312.50 | 4.00 | Travel back to D.C. |
| 1/5/2010 | PVL | 430.00 | 0.50 | Travel to/from court. |
| 1/5/2010 | EGB | 120.00 | 4.00 | Drive back to Washington DC from Trial. |
| 1/6/2010 | MAF | 100.00 | 5.00 | Travel from Pittsburgh, PA to Washington, DC (5). |
| 1/6/2010 | PVL | 430.00 | 4.50 | Travel to/from court (.4); return travel to DC (4.1). |
| 1/6/2010 | SJD | 100.00 | 5.00 | Travel from Pittsburgh after Grace closing argument |
| 1/25/2010 | NDF | 312.50 | 5.50 | Travel to/from Wilmington for court. |
| 2/23/2010 | PVL | 430.00 | 0.20 | Travel to/from Orrick office. |

**Total Task Code .21**          **48.60**

## Fee Auditor Matters (20.50 Hours; $ 11,328.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $860 | 344.00 |
| Nathan D. Finch | .50 | $625 | 312.50 |
| Rita C. Tobin | 19.30 | $545 | 10,518.50 |
| Jeffrey A. Liesemer | .30 | $510 | 153.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/6/2010 | RCT | 545.00 | 0.50 | Review initial report (0.5) |
| 1/12/2010 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 1/13/2010 | RCT | 545.00 | 1.50 | Address fee issues (1.5) |
| 1/14/2010 | RCT | 545.00 | 1.00 | Address fee issues (1.0) |
| 1/25/2010 | RCT | 545.00 | 1.00 | Address fee and fee auditor issues (1.0) |
| 1/26/2010 | RCT | 545.00 | 0.50 | Address fee issues (0.5) |
| 1/27/2010 | RCT | 545.00 | 1.00 | Review files re fee auditor requests (1.0) |
| 1/28/2010 | RCT | 545.00 | 0.60 | Address fee auditor matters (0.6) |
| 2/1/2010 | RCT | 545.00 | 1.20 | Address fee auditor issues (1.2) |
| 2/8/2010 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 2/9/2010 | RCT | 545.00 | 1.00 | Address fee auditor issues (1.0) |
| 2/23/2010 | RCT | 545.00 | 1.20 | Address fee auditor issues (1.2) |
| 2/24/2010 | RCT | 545.00 | 1.50 | Address fee auditor/fee issues (1.5) |
| 3/5/2010 | JAL | 510.00 | 0.30 | Drafted and revised memo to RCT in response to fee auditor's inquiries. |
| 3/5/2010 | NDF | 625.00 | 0.50 | Respond to fee auditor's inquiries. |
| 3/5/2010 | RCT | 545.00 | 3.50 | Emails fee auditor re report (0.1); review spreadsheet re Grace email, fee issue (0.3); email to Grace (response) re fee issue (0.2); emails PVNL, NDF, JAL re fee auditor response (0.4); draft fee auditor response (2.5) |
| 3/8/2010 | RCT | 545.00 | 2.00 | Edit letter to Fee Auditor (1.5); emails and TCs with JR, AB and BH re same (0.5) |

| 3/9/2010 | PVL | 860.00 | 0.40 | Review draft letter to Smith and e-mail RCT re same. |
| 3/11/2010 | RCT | 545.00 | 0.80 | Reply to additional fee auditor question (0.2); emails EGB r same (0.2); review final report (0.3); email PVNL re same (0.1) |

**Total Task Code .32**      **20.50**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $772.11 |
| Outside Local Deliveries | $276.20 |
| Research Material | $562.96 |
| Charge of Cell and/or Home Phone Useage | $33.33 |
| Air & Train Transportation | $1,134.20 |
| Meals Related to Travel | $470.94 |
| Conference Meals | $171.65 |
| Court Reporting/Transcript Service | $78.00 |
| Outside Photocopying/Duplication Service | $3.36 |
| Miscellaneous: Client Advances | $125.99 |
| Travel Expenses - Hotel Charges | $4,012.58 |
| Travel Expenses - Ground Transportation | $3,696.33 |
| Travel Expenses - LD Calls on Hotel Bill | $42.23 |
| Local Transportation – DC | $38.00 |
| Database Research | $2,947.06 |
| Xeroxing | $137.80 |
| Postage & Air Freight | $0.44 |
| Long Distance-Equitrac In-House | $13.67 |
| NYO Long Distance Telephone | $424.48 |
| **Total for Report** | **$14,941.33** |