**EXHIBIT B**

**Case Administration (39.30 Hours; $ 14,244.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04            39.30**

**Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05            .20**

**Employee Benefits/Pension (2.30 Hours; $ 1,978.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08            2.30**

**Fee Applications, Applicant (18.40 Hours; $ 7,193.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12            18.40**

**Litigation and Litigation Consulting (127.30 Hours; $ 48,299.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  127.30**

**Plan & Disclosure Statement (205.90 Hours; $ 155,847.00)**

{D0175767.1 }

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  205.90**

**Travel Non-working (48.60 Hours; $ 10,514.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  48.60**

**Fee Auditor Matters (20.50 Hours; $ 11,328.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32  20.50**