**EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $772.11 |
| Outside Local Deliveries | $276.20 |
| Research Material | $562.96 |
| Charge of Cell and/or Home Phone Useage | $33.33 |
| Air & Train Transportation | $1,134.20 |
| Meals Related to Travel | $470.94 |
| Conference Meals | $171.65 |
| Court Reporting/Transcript Service | $78.00 |
| Outside Photocopying/Duplication Service | $3.36 |
| Miscellaneous: Client Advances | $125.99 |
| Travel Expenses - Hotel Charges | $4,012.58 |
| Travel Expenses - Ground Transportation | $3,696.33 |
| Travel Expenses - LD Calls on Hotel Bill | $42.23 |
| Local Transportation – DC | $38.00 |
| Database Research | $2,947.06 |
| Xeroxing | $137.80 |
| Postage & Air Freight | $0.44 |
| Long Distance-Equitrac In-House | $13.67 |
| NYO Long Distance Telephone | $424.48 |
| **Total for Report** | **$14,941.33** |

{D0175768.1 }