IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF THIRTY-SIXTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2010 THROUGH MARCH 31, 2010**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
                                                 Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2010 through March 31, 2010

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $249,576.25

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $14,941.33

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $120,558.60

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $10,302.33

Total Amount of Holdback Fees Sought for applicable period:  $49,915.25

{D0175770.1 }

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2010 THROUGH MARCH 31, 2010**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/1/10 D.I. 24378 | 1/1/10-1/31/10 | $120,558.60 (80% of $150,698.25) | $10,302.31 | **Pending** | **Pending** |
| 3/30/10 D.I. 24546 | 2/1/10-2/28/10 | $34,640.40 (80% of $43,300.50) | $3,795.92 | **Pending** | **Pending** |
| 5/3/2010 D.I. 24717 | 3/1/10-3/31/10 | $44,462.00 (80% of $55,577.50) | $843.10 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March 2010 Hours | Cumulative January to March 2010 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $    .00 | 22.4 | $    11,758.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .0 | .00 | 18.1 | 8,065.00 |
| Case Administration | 39.3 | 14,244.50 | 5,499.1 | 1,714,365.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .2 | 172.00 | 1,875.1 | 785,283.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 131.2 | 84,362.00 |
| Employee Benefits/Pension | 2.3 | 1,978.00 | 18.6 | 12,367.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment | .0 | .00 | 83.4 | 41,095.00 |

| | | | | |
|---|---|---|---|---|
| Applications, Others | | | | |
| Fee Applications, Applicant | 18.4 | 7,193.50 | 674.5 | 216,478.50 |
| Fee Applications, Others | .0 | .00 | 120.9 | 47,240.50 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 394.4 | 311,824.00 |
| Litigation and Litigation Consulting | 127.3 | 48,299.00 | 26,832.8 | 12,030,885.50 |
| Plan & Disclosure Statement | 205.9 | 155,847.00 | 5,342.8 | 3,179,705.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.3 | 2,236.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 48.6 | 10,514.25 | 1,775.3 | 458,981.75 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 20.5 | 11,328.00 | 159.0 | 79,974.50 |
| **Totals** | **462.5** | **$249,576.25** | **43,275.6** | **$19,121,450.25** |

{D0175770.1 }

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 1/1/10 – 3/31/10 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 2,947.06 | $ 380,943.50 |
| Research Material | 562.96 | 12,204.68 |
| Air Freight & Express Mail | 772.11 | 24,567.70 |
| Outside Local Deliveries | 276.20 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 171.65 | 14,348.47 |
| Outside Photocopy Service | 3.36 | 328,605.48 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,715.86 |
| Court Reporting/Transcript Service | 78.00 | 220,225.49 |
| Miscellaneous Client Advances | 125.99 | 45,144.93 |
| Air & Train Transportation | 1,134.20 | 210,053.94 |
| Meals Related to Travel | 470.94 | 30,249.88 |
| Travel Expenses – Hotel Charges | 4,012.58 | 128,424.42 |
| Travel Expenses – Ground Transportation | 3,696.33 | 84,393.00 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | 42.23 | 1,998.66 |
| Local Transportation - DC | 38.00 | 6,648.26 |
| Local Transportation – NY | .00 | 539.80 |
| Xeroxing | 137.80 | 114,828.95 |
| Postage | .44 | 6,945.83 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 13.67 | 2,540.54 |
| NYO Long Distance Telephone | 424.48 | 16,258.04 |
| Use of Cell/Home Phone | 33.33 | 3,071.83 |
| **TOTAL** | **$ 14,941.33** | **$ 3,858,244.62** |