# EXHIBIT "C"



February 18, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   168173

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH January 31, 2010

## CLIENT SUMMARY

**BALANCE AS OF- 01/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $582.50 | $21,966.06 | $22,548.56 |
| 03 - Creditors Committee - .15539 | $2,708.00 | $0.00 | $2,708.00 |
| 06 - DIP Financing - .15542 | $553.50 | $0.00 | $553.50 |
| 07 - Applicant's Fee Application - .15543 | $1,808.00 | $0.00 | $1,808.00 |
| 08 - Hearings - .15544 | $28,515.50 | $0.00 | $28,515.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $4,978.00 | $0.00 | $4,978.00 |
| 10 - Travel - .15546 | $2,656.25 | $0.00 | $2,656.25 |
| 18 - Plan & Disclosure Statement - .15554 | $247.50 | $0.00 | $247.50 |
| 27 - Litigation Consulting - .15563 | $540.00 | $0.00 | $540.00 |
| 30 - Fee Application of Others - .17781 | $1,028.50 | $0.00 | $1,028.50 |
| *Client Total* | *$43,617.75* | *$21,966.06* | *$65,583.81* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 15.10 | $675.00 | $10,192.50 |
| Kramer, Matthew I | 42.20 | $362.06 | $15,278.75 |
| Sakalo, Jay M | 19.40 | $495.00 | $9,603.00 |
| Polit, Wendy | 16.80 | $260.00 | $4,368.00 |
| Snyder, Jeffrey I | 1.40 | $340.00 | $476.00 |
| Flores, Luisa M | 5.10 | $215.00 | $1,096.50 |
| Kurtz, Nicole | 13.70 | $190.00 | $2,603.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | | ***$43,617.75*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $1,162.90 |
| Fares, Mileage, Parking | $289.55 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $55.60 |
| Long Distance Telephone-Outside Services | $945.00 |
| Lodging | $851.58 |
| Meals | $141.60 |
| Miscellaneous Costs | $17,640.00 |
| Pacer - Online Services | $639.68 |
| Parking | $60.00 |
| Westlaw-Online Legal Research | $1.10 |
| Copies | $169.10 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$21,966.06*** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$65,583.81** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE:  **01- Case Administration**

| 01/15/10 | LMF | 0.50 | 107.50 | Review court docket and update attorneys on recent relevant filings. |
| 01/19/10 | NK | 0.50 | 95.00 | Review Updated Case Docket (0.5) |
| 01/20/10 | NK | 0.30 | 57.00 | Update of Docket Information (0.3) |
| 01/22/10 | NK | 0.40 | 76.00 | Update of Docket Information (0.4) |
| 01/25/10 | NK | 0.50 | 95.00 | Update of Docket Information (0.5) |
| 01/28/10 | NK | 0.40 | 76.00 | Docket Information Update (0.4) |
| 01/29/10 | NK | 0.40 | 76.00 | Update Docket Information (0.4) |

**PROFESSIONAL SERVICES**                                                                 **$582.50**

**COSTS ADVANCED**

| 08/23/09 | Fares, Mileage, Parking Carey Transportation service - travel Phila Int'l Airport to Sheraton Suites, Wilmington - VENDOR: DINERS CLUB; INVOICE#: 08/26/09-09/26/09; DATE: 9/26/2009  -  Acct. #5306-2200-2539-5504 | 115.98 |
| 09/30/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 282.00 |
| 10/05/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 30.00 |
| 10/05/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 30.00 |
| 10/21/09 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/25/09-10/27/09; DATE: 10/27/2009  -  Acct. #5306220025395504 | 254.00 |
| 12/03/09 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 819788940; DATE: 1/1/2010  -  Account#5306-2200-2539-5504 | 1.10 |
| 12/14/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 12/14/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |

 **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

| | | |
|---|---|---|
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 12/18/09 | Long Distance Telephone-Outside Services COURT CALLS LLC - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 44.00 |
| 12/24/09 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 11/25/09-12/28/09; DATE: 12/28/2009  -  Acct. #5306-2200-2539-5504 | 1,162.90 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 2.40 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 189.92 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 2.40 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 436.40 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 4.88 |
| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 2.40 |

| 12/31/09 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/09-12/31/09; DATE: 12/31/2009  -  Billing Cycle: 10/01/09-12/31/09 | 1.28 |
| 01/03/10 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 24.40 |
| 01/04/10 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 43.59 |
| 01/05/10 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 58.83 |
| 01/06/10 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 851.58 |
| 01/06/10 | Fares, Mileage, Parking Taxi fares - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 173.57 |
| 01/06/10 | Meals VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 14.78 |
| 01/06/10 | Parking Airport parking - Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 60.00 |
| 01/06/10 | Internet Connection (Outside Services) Travel to Pittsburgh - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-01/06/10; DATE: 1/6/2010  -  Client - 15537 | 9.95 |
| 01/13/10 | Long Distance Telephone 1(212)813-1735; 2 Mins. | 2.78 |
| 01/13/10 | Long Distance Telephone 1(212)813-1735; 2 Mins. | 2.78 |
| 01/14/10 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 4.17 |
| 01/15/10 | Long Distance Telephone 1(212)813-1735; 1 Mins. | 1.39 |
| 01/20/10 | Long Distance Telephone 1(509)455-3966; 4 Mins. | 5.56 |
| 01/20/10 | Long Distance Telephone 1(212)812-4898; 1 Mins. | 1.39 |
| 01/20/10 | Long Distance Telephone 1(212)812-4898; 1 Mins. | 1.39 |
| 01/20/10 | Long Distance Telephone 1(212)813-1735; 2 Mins. | 4.17 |
| 01/21/10 | Long Distance Telephone 1(203)521-9716; 2 Mins. | 2.78 |
| 01/21/10 | Long Distance Telephone 1(512)476-4394; 17 Mins. | 25.02 |
| 01/28/10 | Long Distance Telephone 1(202)907-9000; 3 Mins. | 4.17 |
| 01/31/10 | Miscellaneous Costs - Professional/Expert fees related to PD Estimation for January 2010 - $17,640.00 | 17,640.00 |
| 01/11/10 | Copies 222 pgs @ 0.10/pg | 22.20 |
| 01/11/10 | Copies 190 pgs @ 0.10/pg | 19.00 |
| 01/21/10 | Copies 281 pgs @ 0.10/pg | 28.10 |
| 01/21/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/21/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 01/21/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/21/10 | Copies 6 pgs @ 0.10/pg | 0.60 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/21/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/21/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/22/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/22/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/22/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/26/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/26/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/12/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/12/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/12/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/12/10 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 01/12/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/12/10 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 01/12/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/13/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/13/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/19/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/19/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/19/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/19/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 01/20/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/21/10 | Copies 72 pgs @ 0.10/pg | 7.20 |
| 01/21/10 | Copies 113 pgs @ 0.10/pg | 11.30 |
| 01/21/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 01/21/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/21/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/21/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/21/10 | Copies 106 pgs @ 0.10/pg | 10.60 |
| 01/21/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/21/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/21/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/21/10 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 20 pgs @ 0.10/pg | 2.00 |

| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 01/21/10 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/21/10 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 01/21/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/21/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/21/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/21/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/21/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/21/10 | Copies 7 pgs @ 0.10/pg | 0.70 |

**TOTAL COSTS ADVANCED**                                                                 **$21,966.06**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.50 | $215.00 | $107.50 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| **TOTAL** | **3.00** | | **$582.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,162.90 |
| Fares, Mileage, Parking | $289.55 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $55.60 |
| Long Distance Telephone-Outside Services | $945.00 |
| Lodging | $851.58 |
| Meals | $141.60 |
| Miscellaneous Costs | $17,640.00 |
| Pacer - Online Services | $639.68 |
| Parking | $60.00 |
| Westlaw-Online Legal Research | $1.10 |
| Copies | $169.10 |
| **TOTAL** | **$21,966.06** |

**CURRENT BALANCE DUE THIS MATTER**                                              **$22,548.56**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 01/07/10 | JMS | 0.20 | 99.00 | Email to committee regarding conference call and follow up with M. Kramer thereon (.2). |
| 01/07/10 | MIK | 3.10 | 1,317.50 | Prepare for committee call (2.2); hold committee call (.9). |
| 01/19/10 | SLB | 0.20 | 135.00 | Email to committee regarding news release (.2). |
| 01/21/10 | JMS | 1.20 | 594.00 | Committee call (.5); follow up telephone conference with M. Dies regarding issue raised on call (.3); telephone conference with D. Speights regarding topics covered on call (.2); emails with R. Levy regarding upcoming hearings (.2). |
| 01/21/10 | MIK | 1.10 | 467.50 | Prepare for committee call (.6); committee call (.5). |
| 01/21/10 | NK | 0.50 | 95.00 | Make arrangements with Court Call for a telephonic appearance at hearing (0.5) |

**PROFESSIONAL SERVICES** $2,708.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 4.20 | $425.00 | $1,785.00 |
| Sakalo, Jay M | 1.40 | $495.00 | $693.00 |
| Kurtz, Nicole | 0.50 | $190.00 | $95.00 |
| *TOTAL* | *6.30* | | *$2,708.00* |

**CURRENT BALANCE DUE THIS MATTER** $2,708.00

**Atty – SLB**
**Client No.: 74817/15542**

**RE: 06 - DIP Financing**

| | | | | |
|---|---|---|---|---|
| 01/12/10 | SLB | 0.60 | 405.00 | Attention to exit financing and DIP facility memo and pleadings (.6). |
| 01/20/10 | JMS | 0.30 | 148.50 | Review memo from S. Arnold regarding exit financing (.4); discuss same with M. Kramer (.3). |

**PROFESSIONAL SERVICES**                                                                                    **$553.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $675.00 | $405.00 |
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| *TOTAL* | *0.90* | | *$553.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$553.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 01/08/10 | JIS | 0.10 | 34.00 | Initial review of December 2009 prebill. |
| 01/11/10 | JIS | 0.10 | 34.00 | Call with L. Flores regarding December prebill. |
| 01/14/10 | JIS | 1.20 | 408.00 | Follow up with L. Flores regarding December prebill (0.1); review and revise December prebill (1.1). |
| 01/15/10 | LMF | 0.50 | 107.50 | Attend to edits to monthly fees. |
| 01/19/10 | NK | 1.50 | 285.00 | Update of Quarterly Fee Application (1.5) |
| 01/20/10 | LMF | 0.60 | 129.00 | Review draft of 35th quarterly application for Bilzin Sumberg. |
| 01/20/10 | NK | 2.20 | 418.00 | Update of Quarterly Fee Application (2.2) |
| 01/26/10 | LMF | 0.50 | 107.50 | Review and edit drafts of notice and summary for December 2009 fees. |
| 01/26/10 | NK | 1.50 | 285.00 | Update Notice of Fee Application and Summary of Monthly Expenses (1.5) |

**PROFESSIONAL SERVICES**                                                              **$1,808.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.40 | $340.00 | $476.00 |
| Flores, Luisa M | 1.60 | $215.00 | $344.00 |
| Kurtz, Nicole | 5.20 | $190.00 | $988.00 |
| *TOTAL* | *8.20* | | *$1,808.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$1,808.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 01/04/10 | SLB | 7.00 | 4,725.00 | Telephonic attendance at confirmation hearing (7.0). |
| 01/04/10 | LMF | 0.70 | 150.50 | Arrange for continued telephone attendance at January 6th confirmation hearing. |
| 01/04/10 | JMS | 7.30 | 3,613.50 | Review Grace's graphics for closing arguments on confirmation (.8); attend confirmation closing arguments by phone (6.5). |
| 01/04/10 | MIK | 7.50 | 3,187.50 | Attend confirmation hearing (7.0); email committee regarding same (.5). |
| 01/05/10 | SLB | 3.50 | 2,362.50 | Telephonic participation in confirmation hearing (3.5). |
| 01/05/10 | LMF | 0.60 | 129.00 | Email all courtcall confirmations for attendance at 1/6/10 confirmation hearing. |
| 01/05/10 | JMS | 3.00 | 1,485.00 | Attend confirmation closing arguments by phone (in part). |
| 01/05/10 | MIK | 9.50 | 4,037.50 | Attend hearing (9.5). |
| 01/06/10 | SLB | 2.80 | 1,890.00 | Review numerous demonstrations provided by Grace and UCC for confirmation hearing (.7); telephone participation in confirmation hearing (2.1). |
| 01/06/10 | JMS | 4.80 | 2,376.00 | Attend confirmation hearing by phone (4.8). |
| 01/06/10 | MIK | 3.00 | 1,275.00 | Attend hearing (3.0). |
| 01/20/10 | LMF | 0.60 | 129.00 | Work with assistant on arrangements for all court call appearances and hearing notebook. |
| 01/20/10 | JMS | 0.50 | 247.50 | Review January 25, hearing agenda and email to Committee regarding same (.3); review docket update from N. Kurtz (.2). |
| 01/20/10 | NK | 1.50 | 285.00 | Court Call Arrangements and Sending of Confirmation (1.5) |
| 01/21/10 | NK | 1.50 | 285.00 | Preparation of Hearing Notebooks (1.5) |
| 01/25/10 | MIK | 5.50 | 2,337.50 | Attend hearing telephonically (5.5). |

PROFESSIONAL SERVICES                                                                    $28,515.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 13.30 | $675.00 | $8,977.50 |
| Kramer, Matthew I | 25.50 | $425.00 | $10,837.50 |
| Sakalo, Jay M | 15.60 | $495.00 | $7,722.00 |
| Flores, Luisa M | 1.90 | $215.00 | $408.50 |
| Kurtz, Nicole | 3.00 | $190.00 | $570.00 |
| TOTAL | 59.30 | | $28,515.50 |

CURRENT BALANCE DUE THIS MATTER                                                          $28,515.50

**Atty – SLB**
**Client No.: 74817/15545**

RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 01/04/10 | SLB | 0.20 | 135.00 | Attention to 3rd Circuit decision regarding Anderson Memorial appeal on certification of claims (.2). |
| 01/13/10 | NK | 2.50 | 475.00 | Prepare Settlement Chart for Creditors (2.5) |
| 01/20/10 | WP | 7.10 | 1,846.00 | Prepare chart reflecting all settlements filed from commencement of case, including claim numbers, orders entered, settlement amounts etc. |
| 01/21/10 | WP | 8.50 | 2,210.00 | Prepare chart reflecting all settlements filed from commencement of case, including claim numbers, orders entered, settlement amounts etc. |
| 01/22/10 | WP | 1.20 | 312.00 | Revise Settlement Chart. |

**PROFESSIONAL SERVICES**                                                                $4,978.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Polit, Wendy | 16.80 | $260.00 | $4,368.00 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| *TOTAL* | *19.50* | | *$4,978.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                      $4,978.00

**Atty – SLB**
**Client No.: 74817/15546**

**RE:  10 - Travel**

| 01/03/10 | MIK | 6.50 | 1,381.25 | Travel to hearing (6.5). |
| 01/06/10 | MIK | 6.00 | 1,275.00 | Travel from hearing (6.0). |

**PROFESSIONAL SERVICES** $2,656.25

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Kramer, Matthew I | 12.50 | $212.50 | $2,656.25 |
| *TOTAL* | *12.50* | | *$2,656.25* |

**CURRENT BALANCE DUE THIS MATTER** $2,656.25

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| 01/03/10 | JMS | 0.50 | 247.50 | Review email exchange amongst interested parties regarding oral argument issues agenda (.5). |

**PROFESSIONAL SERVICES**                                              **$247.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| *TOTAL* | *0.50* | | *$247.50* |

**CURRENT BALANCE DUE THIS MATTER**                                    **$247.50**

**Atty – SLB**
**Client No.: 74817/15563**

**RE: 27 - Litigation Consulting**

| | | | | |
|---|---|---|---|---|
| 01/05/10 | SLB | 0.80 | 540.00 | Attention to 3rd Circuit opinion on stay against sanctions viz. State of Montana (.8). |

**PROFESSIONAL SERVICES** $540.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| *TOTAL* | *0.80* | | *$540.00* |

**CURRENT BALANCE DUE THIS MATTER** $540.00

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 01/20/10 | LMF | 0.60 | 129.00 | Attend to reimbursement to professionals. |
| 01/21/10 | JMS | 1.60 | 792.00 | Review motion to approve retention of arrangers of exit financing and confer with M. Kramer regarding same (1.3); review memo from S. Arnold thereon (.3). |
| 01/28/10 | LMF | 0.50 | 107.50 | Reconcile trust balance and arrange for payments to third party professional. |

**PROFESSIONAL SERVICES**                                                           **$1,028.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.60 | $495.00 | $792.00 |
| Flores, Luisa M | 1.10 | $215.00 | $236.50 |
| *TOTAL* | *2.70* | | *$1,028.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                 **$1,028.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP



March 29, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   170202

FOR PROFESSIONAL SERVICES RENDERED
 THROUGH February 28, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 02/28/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $1,034.00 | $6,765.51 | $7,799.51 |
| 07 - Applicant's Fee Application - .15543 | $2,298.00 | $0.00 | $2,298.00 |
| 08 - Hearings - .15544 | $1,310.00 | $0.00 | $1,310.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $262.00 | $0.00 | $262.00 |
| 18 - Plan & Disclosure Statement - .15554 | $1,159.50 | $0.00 | $1,159.50 |
| *Client Total* | *$6,063.50* | *$6,765.51* | *$12,829.01* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340   Tel 305.374.7580   Fax 305.374.7593                                            www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.90 | $675.00 | $1,282.50 |
| Kramer, Matthew I | 1.50 | $425.00 | $637.50 |
| Sakalo, Jay M | 2.40 | $495.00 | $1,188.00 |
| Snyder, Jeffrey I | 1.90 | $340.00 | $646.00 |
| Flores, Luisa M | 6.50 | $215.00 | $1,397.50 |
| Kurtz, Nicole | 4.80 | $190.00 | $912.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | **$6,063.50** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $261.60 |
| Long Distance Telephone-Outside Services | $5,477.49 |
| Miscellaneous Costs | $1,010.00 |
| Westlaw-Online Legal Research | $7.12 |
| Copies | $9.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$6,765.51** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$12,829.01** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 02/03/10 | NK | 0.40 | 76.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/08/10 | NK | 0.40 | 76.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/09/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/11/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/16/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/17/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/18/10 | SLB | 0.80 | 540.00 | Attention to numerous papers and pleadings (.8). |
| 02/23/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 02/26/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES**                                                        **$1,034.00**

**COSTS ADVANCED**

| 01/06/10 | Airfare Travel from Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 261.60 |
| 01/07/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02884526; DATE: 1/31/2010  -  Account#306300 | 24.90 |
| 01/07/10 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 819994621; DATE: 2/1/2010  -  Account#5306-2200-2539-5504 | 7.12 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 107.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 149.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 226.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 233.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 254.00 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 275.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 275.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 275.00 |
| 01/07/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 289.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 107.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 114.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 128.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 156.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 191.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 254.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 303.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 303.00 |
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 303.00 |

| Date | Description | Amount |
|---|---|---|
| 01/08/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 310.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 149.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 156.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 156.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 163.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 163.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/12/10 | Long Distance Telephone-Outside Services COURT CALL, LLC - VENDOR: DINERS CLUB; INVOICE#: 12/28/09-01/27/10; DATE: 1/27/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/14/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02884526; DATE: 1/31/2010  -  Account#306300 | 0.54 |
| 01/21/10 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 02884526; DATE: 1/31/2010  -  Account#306300 | 13.05 |
| 02/28/10 | Miscellaneous Costs Professional/Expert fees related to PD Estimation for January 2010   $ 1,010.00 | 1,010.00 |
| 02/26/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/26/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/01/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 02/01/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 02/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/08/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/08/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/08/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/09/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/09/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/09/10 | Copies 5 pgs @ 0.10/pg | 0.50 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 02/09/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/16/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/16/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/25/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/26/10 | Copies 4 pgs @ 0.10/pg | 0.40 |

**TOTAL COSTS ADVANCED**                                    **$6,765.51**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| Kurtz, Nicole | 2.60 | $190.00 | $494.00 |
| *TOTAL* | *3.40* | | *$1,034.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $261.60 |
| Long Distance Telephone-Outside Services | $5,477.49 |
| Miscellaneous Costs | $1,010.00 |
| Westlaw-Online Legal Research | $7.12 |
| Copies | $9.30 |
| *TOTAL* | *$6,765.51* |

**CURRENT BALANCE DUE THIS MATTER**                    **$7,799.51**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 02/01/10 | LMF | 1.60 | 344.00 | Finalize, summary and notice for December fees and submit to local counsel for filing (.7); attend to quarterly fee application (1.1). |
| 02/08/10 | LMF | 0.40 | 86.00 | Attend to review of fees and costs for January 2010. |
| 02/09/10 | JMS | 0.80 | 396.00 | Email from J. Baer regarding fraudulent transfer holdbacks and review file regarding same (.8). |
| 02/12/10 | JIS | 1.20 | 408.00 | Review and revise January prebill. |
| 02/16/10 | LMF | 1.10 | 236.50 | Complete description of services for Bilzin Sumberg's quarterly application. |
| 02/16/10 | JIS | 0.10 | 34.00 | Finalize revisions to January prebill and confer with L. Flores thereon. |
| 02/17/10 | JIS | 0.50 | 170.00 | Review and revise 35th quarterly interim fee application. |
| 02/23/10 | LMF | 0.90 | 193.50 | Review edits to final bill and prepare and submit for filing notice and summary of Bilzin Sumberg fees for month of January 2010. |
| 02/25/10 | LMF | 0.70 | 150.50 | Review interim report from fee auditor and attend to obtaining back up information to prepare for response. |
| 02/26/10 | LMF | 1.30 | 279.50 | Draft response to fee auditor's interim report. |

**PROFESSIONAL SERVICES**                                                                 **$2,298.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $495.00 | $396.00 |
| Snyder, Jeffrey I | 1.80 | $340.00 | $612.00 |
| Flores, Luisa M | 6.00 | $215.00 | $1,290.00 |
| *TOTAL* | *8.60* | | *$2,298.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                   **$2,298.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 02/10/10 | LMF | 0.20 | 43.00 | Review email and agenda regarding omnibus hearing. |
| 02/10/10 | JMS | 0.30 | 148.50 | Review hearing agenda and email to Committee thereon (.3). |
| 02/11/10 | SLB | 0.20 | 135.00 | Review agenda for February omnibus hearing (.2). |
| 02/11/10 | LMF | 0.30 | 64.50 | Assist with set up of court call confirmations for omnibus hearing. |
| 02/11/10 | JMS | 0.30 | 148.50 | Email to Committee regarding telephonic hearing and review agenda regarding same (.3). |
| 02/11/10 | NK | 1.00 | 190.00 | Arrange for telephonic hearing appearances (0.5); Send confirmations to relevant attorneys (0.5) |
| 02/16/10 | MIK | 0.90 | 382.50 | Attend hearing telephonically (.9). |
| 02/26/10 | JMS | 0.40 | 198.00 | Review summary from M. Kramer regarding financing (.4). |

PROFESSIONAL SERVICES                                                                 $1,310.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Kramer, Matthew I | 0.90 | $425.00 | $382.50 |
| Sakalo, Jay M | 1.00 | $495.00 | $495.00 |
| Flores, Luisa M | 0.50 | $215.00 | $107.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| *TOTAL* | *3.60* | | *$1,310.00* |

CURRENT BALANCE DUE THIS MATTER                                                      $1,310.00

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 02/08/10 | NK | 0.60 | 114.00 | Research documents relating to Canadian property damage claims |
| 02/09/10 | NK | 0.60 | 114.00 | Check list of claims against objections field |
| 02/11/10 | JIS | 0.10 | 34.00 | Call from claimant re: status of case. |

**PROFESSIONAL SERVICES**                                                                 **$262.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.10 | $340.00 | $34.00 |
| Kurtz, Nicole | 1.20 | $190.00 | $228.00 |
| *TOTAL* | *1.30* | | *$262.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                  **$262.00**

**Atty – SLB**
**Client No.: 74817/15554**

RE:  18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 02/03/10 | SLB | 0.30 | 202.50 | Email and transcript from J. Baer regarding insurance neutrality (.3). |
| 02/04/10 | JMS | 0.30 | 148.50 | Review email from J. Baer regarding modifications to Insurance Neutrality motion and review transcript references referred to in notice (.3). |
| 02/23/10 | SLB | 0.60 | 405.00 | Review objection to confirmation of Canada (.6). |
| 02/25/10 | JMS | 0.30 | 148.50 | Review Morgan Stanley stipulation regarding post-petition interest rate (.3). |
| 02/25/10 | MIK | 0.60 | 255.00 | Review Morgan Stanley stipulation and email committee regarding same (.6). |

PROFESSIONAL SERVICES $1,159.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.90 | $675.00 | $607.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 0.60 | $495.00 | $297.00 |
| *TOTAL* | *2.10* | | *$1,159.50* |

CURRENT BALANCE DUE THIS MATTER $1,159.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP



April 9, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   171346

FOR PROFESSIONAL SERVICES RENDERED
       THROUGH March 31, 2010

### CLIENT SUMMARY

**BALANCE AS OF- 03/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $3,348.00 | $1,489.06 | $4,837.06 |
| 03 - Creditors Committee - .15539 | $445.50 | $0.00 | $445.50 |
| 07 - Applicant's Fee Application - .15543 | $3,268.50 | $0.00 | $3,268.50 |
| 08 - Hearings - .15544 | $254.50 | $0.00 | $254.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $205.50 | $0.00 | $205.50 |
| 18 - Plan & Disclosure Statement - .15554 | $3,405.00 | $0.00 | $3,405.00 |
| 30 - Fee Application of Others - .17781 | $172.00 | $0.00 | $172.00 |
| *Client Total* | ***$11,099.00*** | ***$1,489.06*** | ***$12,588.06*** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.10 | $675.00 | $742.50 |
| Kramer, Matthew I | 12.90 | $425.00 | $5,482.50 |
| Sakalo, Jay M | 4.40 | $495.00 | $2,178.00 |
| Snyder, Jeffrey I | 1.30 | $340.00 | $442.00 |
| Flores, Luisa M | 5.80 | $215.00 | $1,247.00 |
| Kurtz, Nicole | 5.30 | $190.00 | $1,007.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | *$11,099.00* | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $1,293.00 |
| Miscellaneous Costs | $160.00 |
| Postage | $1.76 |
| Copies | $34.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$1,489.06* |
| **TOTAL BALANCE DUE THIS PERIOD** | **$12,588.06** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 03/02/10 | NK | 0.30 | 57.00 | Daily electronic docket update |
| 03/03/10 | NK | 0.30 | 57.00 | Daily electronic docket update (0.3) |
| 03/05/10 | NK | 0.30 | 57.00 | Daily electronic docket update |
| 03/08/10 | NK | 0.30 | 57.00 | Review docket and email to J.Sakalo and M.Kramer thereon |
| 03/10/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/12/10 | NK | 0.30 | 57.00 | Review docket and send notice to J.Sakalo and M.Kramer thereon |
| 03/16/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon. |
| 03/17/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/19/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/22/10 | LMF | 0.60 | 129.00 | Prepare several documents for attorney's review. |
| 03/23/10 | MIK | 3.00 | 1,275.00 | Review various docket entries (3.0). |
| 03/24/10 | JMS | 0.20 | 99.00 | Email to D. Scott and D. Speights regarding Committee call (.2). |
| 03/25/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/29/10 | MIK | 3.00 | 1,275.00 | Review various pleadings and filings (3.0). |
| 03/29/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 03/30/10 | NK | 0.20 | 38.00 | Monitor docket and send email to J.Sakalo and M.Kramer thereon |

        **PROFESSIONAL SERVICES**           **$3,348.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 51.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 170.00 |

 **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

| | | |
|---|---|---|
| 01/28/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 177.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 30.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 02/23/10 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 01/27/10-02/24/10; DATE: 2/24/2010  -  Acct. #5306-2200-2539-5504 | 37.00 |
| 03/24/10 | Postage | 1.76 |
| 03/31/10 | Miscellaneous Costs | 160.00 |
| 03/01/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 03/01/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/01/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/01/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/01/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/02/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/02/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/02/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/02/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/02/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/02/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/02/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/02/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/02/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/08/10 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/08/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/08/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/08/10 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 03/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/08/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/08/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/09/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/09/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/16/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/22/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/23/10 | Copies 104 pgs @ 0.10/pg | 10.40 |
| 03/30/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 03/30/10 | Copies 13 pgs @ 0.10/pg | 1.30 |

**TOTAL COSTS ADVANCED**                                   **$1,489.06**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Kramer, Matthew I | 6.00 | $425.00 | $2,550.00 |
| Sakalo, Jay M | 0.20 | $495.00 | $99.00 |
| Flores, Luisa M | 0.60 | $215.00 | $129.00 |
| Kurtz, Nicole | 3.00 | $190.00 | $570.00 |
| *TOTAL* | *9.80* | | *$3,348.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Long Distance Telephone-Outside Services | $1,293.00 |
| Miscellaneous Costs | $160.00 |
| Postage | $1.76 |
| Copies | $34.30 |
| *TOTAL* | *$1,489.06* |

**CURRENT BALANCE DUE THIS MATTER**                        **$4,837.06**



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| 03/16/10 | JMS | 0.20 | 99.00 | Email to Committee regarding hearing agenda (.2). |
| 03/22/10 | JMS | 0.70 | 346.50 | Emails to Committee regarding cancelation and postponement of hearing (.2); follow up emails with M. Dies regarding exhibits referenced in amended agenda (.5). |

**PROFESSIONAL SERVICES**                                               **$445.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | $495.00 | $445.50 |
| *TOTAL* | *0.90* | | *$445.50* |

**CURRENT BALANCE DUE THIS MATTER**                                     **$445.50**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 03/02/10 | LMF | 0.60 | 129.00 | Revise and submit response to fee auditor's interim report. |
| 03/02/10 | JMS | 0.70 | 346.50 | Review and revise draft response to 34th interim report and email to B. Ruhlander thereon (.7). |
| 03/05/10 | SLB | 0.40 | 270.00 | Email from J. Baer and interoffice conference with J. Sakalo regarding Sealed Air fees (.4). |
| 03/05/10 | JMS | 1.80 | 891.00 | Revise motion for payment of holdbacks and email to professionals thereon (1.1); email to J. Baer thereon (.3); follow up emails with J. Baer (.4). |
| 03/08/10 | LMF | 2.80 | 602.00 | Attend to various telephone conversations and prepare, finalize and submit for filing quarterly application for fraudulent transfer litigation. |
| 03/10/10 | JIS | 1.30 | 442.00 | Review and revise February prebill. |
| 03/11/10 | NK | 1.00 | 190.00 | Review invoice and create summary and notice of invoice |
| 03/30/10 | JMS | 0.50 | 247.50 | Review motion to pay fraudulent transfer holdbacks and email to PD committee professionals thereon (.5). |
| 03/31/10 | LMF | 0.70 | 150.50 | Finalize notice and summary of February fees and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                    **$3,268.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Sakalo, Jay M | 3.00 | $495.00 | $1,485.00 |
| Snyder, Jeffrey I | 1.30 | $340.00 | $442.00 |
| Flores, Luisa M | 4.10 | $215.00 | $881.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| *TOTAL* | *9.80* | | *$3,268.50* |

**CURRENT BALANCE DUE THIS MATTER**                          **$3,268.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 03/16/10 | LMF | 0.30 | 64.50 | Review agenda for hearing and confirm court call set ups. |
| 03/16/10 | NK | 1.00 | 190.00 | Arrange for the telephonic appearances of all attorneys appearing in the omnibus hearing and send electronic confirmation |

**PROFESSIONAL SERVICES**                                                                                      **$254.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| Kurtz, Nicole | 1.00 | $190.00 | $190.00 |
| *TOTAL* | *1.30* | | *$254.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                        **$254.50**

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 03/02/10 | NK | 0.30 | 57.00 | Research regarding settlement agreements |
| 03/12/10 | JMS | 0.30 | 148.50 | Telephone conference with D. Speights regarding question on settlements (.3). |

**PROFESSIONAL SERVICES**                                                                 **$205.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Kurtz, Nicole | 0.30 | $190.00 | $57.00 |
| *TOTAL* | *0.60* | | *$205.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$205.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| 03/22/10 | SLB | 0.70 | 472.50 | Attention to CNA plan modification and stipulation and to revised confirmation status demonstrative (.7). |
| 03/22/10 | MIK | 5.00 | 2,125.00 | Review revised plan (5.0). |
| 03/25/10 | MIK | 1.90 | 807.50 | Review chart of remaining plan objections (1.9). |

PROFESSIONAL SERVICES                                                      $3,405.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.70 | $675.00 | $472.50 |
| Kramer, Matthew I | 6.90 | $425.00 | $2,932.50 |
| *TOTAL* | *7.60* | | *$3,405.00* |

CURRENT BALANCE DUE THIS MATTER                                          $3,405.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 03/08/10 | LMF | 0.80 | 172.00 | Prepare draft, finalize and submit for filing quarterly application for W. D. Hilton with respect to fraudulent transfer litigation. |

**PROFESSIONAL SERVICES** $172.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.80 | $215.00 | $172.00 |
| *TOTAL* | *0.80* | | *$172.00* |

**CURRENT BALANCE DUE THIS MATTER** $172.00