## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 3, 2010 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## ONE-HUNDRED FOURTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM MARCH 1, 2010 THROUGH MARCH 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## MARCH 1, 2010 THROUGH MARCH 31, 2010[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/03/10 | Scan completed audit letter and update audit letter database and tracking index | | | |
| 14 | | D. Florence | 0.2 | 32.00 |
| 03/10/10 | Review and respond to e-mails with S. Rosenberger regarding January 2010 Fee Application documents | | | |
| 18 | | K. Begley | 0.2 | 55.00 |
| 03/17/10 | Draft January 2010 Fee Application documents | | | |
| 18 | | K. Begley | 0.3 | 82.50 |
| 03/18/10 | Draft January 2010 Fee Application documents | | | |
| 18 | | K. Begley | 0.3 | 82.50 |
| 03/19/10 | Telephone calls and work with S. Parker regarding Maryland Casualty agreement | | | |
| 14 | | A. Marchetta | 1.0 | 650.00 |
| 03/19/10 | Draft January 2010 and February 2010 Fee Application documents; review and respond to e-mails with S. Zuber regarding same | | | |
| 18 | | K. Begley | 0.8 | 220.00 |
| 03/21/10 | Draft February 2010 Fee Application documents; review and respond to e-mails regarding same | | | |
| 18 | | K. Begley | 0.4 | 110.00 |
| 03/22/10 | Review, revise and discuss with K. Begley DP's draft January 2010 Fee Application | | | |
| 14 | | S. Zuber | 0.3 | 153.00 |
| 03/22/10 | Work on project to compile documents regarding 1991 settlement agreement with Maryland Casualty, including search of Bankruptcy Court docket, review of file indices and corresponding documents from prior litigation and work with AJ Marchetta regarding same | | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | | | |
|---|---|---|---|
| 14 | S. Parker | 8.1 | 1,296.00 |
| 03/23/10 | Telephone call with J. Posner and follow up with S. Parker regarding Maryland Casualty information for client; telephone call with client regarding same | | |
| 14 | A. Marchetta | 1.0 | 650.00 |
| 03/23/10 | Finalize January 2010 Fee Application documents for filing; work with A. Marchetta on same; e-mails with local counsel regarding filing | | |
| 18 | K. Begley | 0.5 | 137.50 |
| 03/23/10 | Work on project to compile documents regarding drafting history of 1991 settlement agreement with Maryland Casualty, including working with AJ Marchetta, conference calls with J. Hughes and J. Posner regarding scope of request, and review of file indices and corresponding documents from prior litigation | | |
| 14 | S. Parker | 7.4 | 1,184.00 |
| 03/24/10 | Work with S. Parker regarding documents for client | | |
| 14 | A. Marchetta | 1.0 | 650.00 |
| 03/24/10 | Review and respond to e-mails regarding Day Pitney's January 2010 Fee Application and submitted an editable version | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 03/24/10 | Work on project to compile documents regarding drafting history of 1991 settlement agreement with Maryland Casualty, including working with AJ Marchetta, and review of file indices and corresponding documents from prior litigation | | |
| 14 | S. Parker | 5.6 | 896.00 |
| 03/25/10 | Work with S. Parker; telephone calls and follow up regarding documents to Kirkland and Ellis | | |
| 14 | A. Marchetta | 0.8 | 520.00 |
| 03/25/10 | Work on project to compile documents regarding drafting history of 1991 settlement agreement with Maryland Casualty, including review of file indices and corresponding documents from prior litigation; work with AJ Marchetta regarding scope of same; conference call with AJ Marchetta, J. Hughes and J. Posner regarding scope of same | | |
| 14 | S. Parker | 3.7 | 592.00 |
| 03/26/10 | Follow up regarding information to client | | |
| 14 | A. Marchetta | 0.2 | 130.00 |

| 03/31/10 | Review and discuss with K. Begley Day Pitney's February 2010 Fee Application | | |
| --- | --- | --- | --- |
| 14 | S. Zuber | 0.2 | 102.00 |
| 03/31/10 | Revise February 2010 Fee Application documents; e-mails with S. Zuber regarding same | | |
| 18 | K. Begley | 0.2 | 55.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 4.00 | 650.00 | 2,600.00 |
| S. Zuber | 0.50 | 510.00 | 255.00 |
| K. Begley | 2.90 | 275.00 | 797.50 |
| D. Florence | 0.20 | 160.00 | 32.00 |
| S. Parker | 24.80 | 160.00 | 3,968.00 |
| TOTALS: | 32.40 | | 7,652.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |
| K. Begley | 18 | 2.9 | 275.00 | 797.50 |
| A. Marchetta | 14 | 4.0 | 650.00 | 2,600.00 |
| S. Zuber | 14 | 0.5 | 510.00 | 255.00 |
| D. Florence | 14 | 0.2 | 160.00 | 32.00 |
| S. Parker | 14 | 24.8 | 160.00 | 3,968.00 |
| TOTALS: | | 32.4 | | 7,652.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/19/10 | Address audit request | | | |
| 14 | | W. Hatfield | 0.1 | 42.50 |
| 03/01/10 | E-mail exchange with DAG Dickinson re status of plan of reorganization | | | |
| 3 | | B. Moffitt | 0.2 | 80.00 |
| 03/03/10 | E-mails and follow up regarding request from State for information concerning Grace Plan | | | |
| 3 | | A. Marchetta | 0.2 | 130.00 |
| 03/03/10 | E-mail exchange with J. Baer regarding status of plan of reorganization | | | |
| 3 | | B. Moffitt | 0.2 | 80.00 |
| 03/22/10 | Work with S. Parker regarding information for clients; telephone call to client and J. Posner regarding same | | | |
| 14 | | A. Marchetta | 1.3 | 845.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.10 | 425.00 | 42.50 |
| A. Marchetta | 1.50 | 650.00 | 975.00 |
| B. Moffitt | 0.40 | 400.00 | 160.00 |
| TOTALS: | 2.00 | | 1,177.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.3 | | |
| | 3 | 0.2 | 650.00 | 975.00 |
| W. Hatfield | 14 | 0.1 | 425.00 | 42.50 |
| B. Moffitt | 3 | 0.4 | 400.00 | 160.00 |
| TOTALS: | | 2.0 | | 1,177.50 |

5

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## MARCH 1, 2010 THROUGH MARCH 31, 2010

| Client: 482910 W.R. GRACE & CO.<br>Matter: 095992 CHAPTER 11 ADMINISTRATION | |
|---|---|
| Photocopying | $221.20 |
| **Grand Total Expenses for the Fee Period March 1, 2010 through March 31, 2010** | **$221.20** |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 3, 2010 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey  
Dated: May 10, 2010

Respectfully submitted,  
DAY PITNEY LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950  
Telephone: (973) 966-6300  
Facsimile: (973) 966-1015