# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Matter 88 – Acton Site OU3

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.9 | $ 549.00 |
| | | | | | |
| TOTAL | | | | 0.9 | $ 549.00 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 26, 2010
Invoice No.: 456944
Matter No.: 08743.00088

**Re:** **Acton Site OU3**

For Professional Services rendered through January 31, 2010

        Fees          $549.00

      **Total Fees and Disbursements**        **$549.00**

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 456944
February 26, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 01/04/10 | Jaffe | Review sediment report and emails with team regarding same (0.9). | 0.9 |
| | | **Total Hours** | **0.9** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 456944  
February 26, 2010  
Page 3

### TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** | | **Rate** | | **Amount** |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.9 | at | 610.00 | = | 549.00 |
| **Total Fees** | | | | | **$549.00** |

| | |
|---|---|
| **Total Fees** | **$549.00** |
| **Total Fees and Disbursements** | **$549.00** |

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 26, 2010
Invoice No.: 456944
Matter No.: 08743.00088

Re:  Acton Site OU3

Total Fees and Disbursements                             $549.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 456944
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 24.8 | $ 15,128.00 |
| Malcolm G. Henderson | Partner | Business | $570.00 | 0.5 | $    285.00 |
| | | | | | |
| **TOTAL** | | | | **25.3** | **$ 15,413.00** |

### Expenses

| Description | Total | |
|---|---|---|
| Facsimiles | $ | 3.75 |
| In-House Photocopying | $ | 2.16 |
| In-House Color Photocopying | $ | 3.75 |
| | | |
| **TOTAL** | **$** | **9.66** |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 26, 2010
Invoice No.: 456945
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through January 31, 2010

| | |
|---|---:|
| Fees | $15,413.00 |
| Disbursements | 9.66 |
| **Total Fees and Disbursements** | **$15,422.66** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 01/04/10 | Jaffe | Attention to natural resource damages issues, including review of SHA and EES memoranda, preparing for drafting response to EPA and emails with team regarding same (1.9); emails with team regarding Shaffers (0.6). | 2.5 |
| 01/05/10 | Jaffe | Draft response to government regarding past costs, interim costs, and natural resource damage claims and review memoranda and emails regarding same (3.3); telephone call with Mr. Sabath (0.3). | 3.6 |
| 01/06/10 | Jaffe | Attention to special notice, including draft cost response to government, team telephone conference regarding NRD issues, reviewing PRP Group agreement, and emails with team regarding same (3.7). | 3.7 |
| 01/07/10 | Jaffe | Attention to EPA proposal, including reviewing revised drafts and emails with team (0.8). | 0.8 |
| 01/11/10 | Jaffe | Review PRP Group agreement and response to EPA and emails with team regarding same (1.6). | 1.6 |
| 01/12/10 | Jaffe | Emails with team regarding finalizing PRP agreement and offer letter and reviewing final drafts of each (1.3). | 1.3 |
| 01/13/10 | Jaffe | Review, revise draft settlement proposal to EPA and emails with team regarding same (1.4); review, revise draft PRP Group agreement and telephone call with Mr. Bucens and emails with team regarding same (1.1); review RFP documents and emails with team regarding same (0.6). | 3.1 |
| 01/14/10 | Jaffe | Finalize proposal to EPA and emails with Mr. Feldman and team regarding same (0.7); review PRP Group agreement and emails with team regarding same (0.4); emails regarding contracting effort (0.3). | 1.4 |
| 01/15/10 | Jaffe | Finalize offer to EPA and emails with team and to EPA/DOJ regarding same (1.2); emails with team regarding PRP Group agreement (0.3). | 1.5 |
| 01/19/10 | Jaffe | Team telephone conference regarding PRP Group agreement and preparation for same and emails with team regarding same (1.4). | 1.4 |
| 01/21/10 | Henderson | Opinions Committee review of audit letter (0.5). | 0.5 |
| 01/21/10 | Jaffe | Review, revise revised draft PRP Group agreement and emails with team regarding same (1.2); draft response to audit letter request (0.4). | 1.6 |
| 01/27/10 | Jaffe | Emails with team and review consent decree and SOW (0.3). | 0.3 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|
| 01/28/10 | Jaffe | Attention to special notice, including telephone call and email with Mr. Sabath and emails with team (1.6). | 1.6 |
| 01/29/10 | Jaffe | Emails with team regarding negotiations with EPA (0.4). | 0.4 |
| | | **Total Hours** | **25.3** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Malcolm G. Henderson | 0.5 | at | 570.00 | = | 285.00 |
| Seth D. Jaffe | 24.8 | at | 610.00 | = | 15,128.00 |

**Total Fees** $15,413.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/22/10 | Facsimiles | 3.75 |
| 01/22/10 | In-House Photocopying | 2.16 |
| 01/22/10 | In-House Color Photocopying | 3.75 |

**Total Disbursements** $9.66

| | |
|---|---|
| Total Fees | $15,413.00 |
| Total Disbursements | 9.66 |
| Total Fees and Disbursements | $15,422.66 |

To ensure proper credit to your account,
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 26, 2010
Invoice No.: 456945
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements                     $15,422.66

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00102, **Invoice #:** 456945
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 4.4 | $ 2,684.00 |
| | | | | | |
| TOTAL | | | | 4.4 | $ 2,684.00 |



# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 26, 2010
Invoice No.: 456960
Matter No.: 08743.00103

**Re:** Wells G&H Superfund Site

For Professional Services rendered through January 31, 2010

| | |
|---|---:|
| Fees | $2,684.00 |
| **Total Fees and Disbursements** | **$2,684.00** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 456960  
February 26, 2010  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 01/04/10 | Jaffe | Review comments on EPA response and emails with team regarding same (0.9). | 0.9 |
| 01/05/10 | Jaffe | Grace and UniFirst conference call regarding response to EPA and prepare for same, including reviewing team emails (1.7). | 1.7 |
| 01/08/10 | Jaffe | Emails with team regarding EPA comments (0.4). | 0.4 |
| 01/14/10 | Jaffe | Team telephone conference and prepare for same (1.4). | 1.4 |
| | | **Total Hours** | **4.4** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 456960  
February 26, 2010  
Page 3

### TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** | | **Rate** | | **Amount** |
|---|---|---|---|---|---|
| Seth D. Jaffe | 4.4 | at | 610.00 | = | 2,684.00 |
| Total Fees | | | | | $2,684.00 |

| | |
|---|---|
| Total Fees | $2,684.00 |
| **Total Fees and Disbursements** | **$2,684.00** |

To ensure proper credit to your account,  
please include remittance page with your payment.


**FOLEY HOAG LLP**

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 26, 2010
Invoice No.: 456960
Matter No.: 08743.00103

Re: Wells G&H Superfund Site

Total Fees and Disbursements        $2,684.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 456960
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company