# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 1.4 | $ 854.00 |
| | | | | | |
| **TOTAL** | | | | **1.4** | **$ 854.00** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 29, 2010
Invoice No.: 458689
Matter No.: 08743.00088

Re:   **Acton Site OU3**

For Professional Services rendered through February 28, 2010

|   |   |
|---|---|
| Fees | $854.00 |
| **Total Fees and Disbursements** | **$854.00** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 458689  
March 29, 2010  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/15/10 | Jaffe | Review, revise draft report to EPA and emails with team regarding same (0.9). | 0.9 |
| 02/22/10 | Jaffe | Review, revise draft submittal to EPA and emails with team regarding same (0.5). | 0.5 |
| | | **Total Hours** | **1.4** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 458689  
March 29, 2010  
Page 3

### TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** | | **Rate** | | **Amount** |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.4 | at | 610.00 | = | 854.00 |
| **Total Fees** | | | | | **$854.00** |

| | |
|---|---|
| **Total Fees** | $854.00 |
| **Total Fees and Disbursements** | **$854.00** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 29, 2010
Invoice No.: 458689
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements                     $854.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 458689
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 1.1 | $ 671.00 |
| Adam P. Kahn | Partner | Environmental | $610.00 | 0.3 | $ 183.00 |
| TOTAL | | | | 1.4 | $ 854.00 |

### Expenses

| Description | Total | |
|---|---|---|
| In-House Photocopying | $ | 71.04 |
| TOTAL | $ | 71.04 |



**FOLEY HOAG LLP**

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 29, 2010
Invoice No.: 458690
Matter No.: 08743.00101

**Re:  Bankruptcy Matters**

For Professional Services rendered through February 28, 2010

|  |  |
|---|---|
| Fees | $854.00 |
| Disbursements | 71.04 |
| **Total Fees and Disbursements** | **$925.04** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/04/10 | Jaffe | Prepare quarterly summaries (1.1). | 1.1 |
| 02/10/10 | Kahn | Revise and finalize quarterly filing to bankruptcy court (0.3). | 0.3 |
| | | **Total Hours** | **1.4** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Adam P. Kahn | 0.3 | at | 610.00 | = | 183.00 |
| Seth D. Jaffe | 1.1 | at | 610.00 | = | 671.00 |

Total Fees     **$854.00**

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/28/10 | In-House Photocopying | 71.04 |

Total Disbursements     **$71.04**

Total Fees     $854.00
Total Disbursements     71.04
Total Fees and Disbursements     **$925.04**

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 29, 2010
Invoice No.: 458690
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

Total Fees and Disbursements     **$925.04**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 458690
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON     WASHINGTON     EMERGING ENTERPRISE CENTER     FOLEYHOAG.COM

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 25.3 | $ 15,433.00 |
| Jacob N. Polatin | Partner | Real Estate | $610.00 | 7.7 | $ 4,697.00 |
| Cicely O. Parseghian | Associate | Environmental | $305.00 | 0.5 | $ 152.50 |
| Rebecca Puskas | Associate | Environmental | $305.00 | 1.0 | $ 305.00 |
| TOTAL | | | | 34.5 | $ 20,587.50 |

### Expenses

| Description | Total | |
|---|---|---|
| Meals | $ | 130.05 |
| TOTAL | $ | 130.05 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 29, 2010
Invoice No.: 458691
Matter No.: 08743.00102

**Re:  Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through February 28, 2010

| | |
|---|---|
| Fees | $20,587.50 |
| Disbursements | 130.05 |
| **Total Fees and Disbursements** | **$20,717.55** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 458691  
March 29, 2010  
Page 2

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
| --- | --- | --- | --- |
| 02/02/10 | Jaffe | Telephone calls with Mr. Sabath and emails with team regarding same (1.2). | 1.2 |
| 02/03/10 | Jaffe | Emails with team regarding settlement meeting preparation (0.4). | 0.4 |
| 02/05/10 | Jaffe | Emails with Mr. Sabath and team regarding settlement meeting (0.7). | 0.7 |
| 02/08/10 | Jaffe | Emails with Mr. Sabath at DOJ and team regarding 2/16/10 meeting (0.6). | 0.6 |
| 02/09/10 | Jaffe | Attention to special notice negotiations, including emails with Mr. Sabath at DOJ, emails with team, and reviewing natural resource damage technical support memoranda (1.7). | 1.7 |
| 02/10/10 | Jaffe | Attention to natural resource damage issues, including reviewing SHA memorandum regarding groundwater claims and emails with team and Mr. Sabath regarding same (1.4). | 1.4 |
| 02/11/10 | Jaffe | Attention to special notice issues, including telephone conference with clients, preparing for same, drafting agenda for EPA meeting, and review of consent decree language (2.4). | 2.4 |
| 02/12/10 | Jaffe | Attention to natural resource damage issues, including telephone calls and emails with Mr. Sabath and telephone calls and emails with team (2.3). | 2.3 |
| 02/15/10 | Jaffe | Prepare for 2/16 meeting with EPA, including emails with team and reviewing expert reports (1.9). | 1.9 |
| 02/16/10 | Puskas | Research regarding installation of private wells (0.8); conference with C. Parseghian regarding same (0.1); email to S. Jaffe regarding same (0.1). | 1.0 |
| 02/16/10 | Parseghian | Conduct initial research on regulations concerning private wells in the vicinity of a public drinking water supply (0.4); communicated findings to R. Puskas (0.1). | 0.5 |
| 02/16/10 | Jaffe | Settlement meeting with EPA and preparation for same and emails with team concerning same (7.2). | 7.2 |
| 02/17/10 | Polatin | Review title regarding railroad rights (1.4). | 1.4 |
| 02/18/10 | Polatin | Research regarding railroad rights and draft memo to S. Jaffe (4.6). | 4.6 |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 458691  
March 29, 2010  
Page 3

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/19/10 | Polatin | Research and write email regarding railroad title (1.7). | 1.7 |
| 02/21/10 | Jaffe | Review emails from team regarding special notice and email from Mr. Sabath regarding same (0.7). | 0.7 |
| 02/22/10 | Jaffe | Attention to special notice issues, including reviewing, revising revised draft consent decree, reviewing Grace related parties issues, reviewing railroad property rights issues, reviewing Shaffer issues, and emails with Mr. Sabath and team (2.9). | 2.9 |
| 02/24/10 | Jaffe | Attention to natural resource damages issues, including emails to team regarding same (0.5). | 0.5 |
| 02/25/10 | Jaffe | Telephone conference with Mr. Campbell and Mr. Feldman and preparing for same (1.4). | 1.4 |
| | | **Total Hours** | **34.5** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 458691
March 29, 2010
Page 4

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Cicely O. Parseghian | 0.5 | at | 305.00 | = | 152.50 |
| Jacob N. Polatin | 7.7 | at | 610.00 | = | 4,697.00 |
| Rebecca Puskas | 1.0 | at | 305.00 | = | 305.00 |
| Seth D. Jaffe | 25.3 | at | 610.00 | = | 15,433.00 |

**Total Fees** $20,587.50

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/16/10 | Meals with client during preparation for settlement meeting with EPA. | 130.05 |

**Total Disbursements** $130.05

| | |
|---|---|
| **Total Fees** | $20,587.50 |
| **Total Disbursements** | 130.05 |
| **Total Fees and Disbursements** | **$20,717.55** |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 29, 2010
Invoice No.: 458691
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements          $20,717.55

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 458691
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM