# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.3 | $    183.00 |
| | | | | | |
| **TOTAL** | | | | 0.3 | $    **183.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2010
Invoice No.: 459589
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through March 31, 2010

| | |
|---|---|
| Fees | $183.00 |
| **Total Fees and Disbursements** | **$183.00** |

Matter No.: 68743.00088
Re: Acton Site OU3

Invoice No.: 459589
April 28, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/12/10 | Jaffe | Review EPA correspondence (0.3). | 0.3 |
| | | **Total Hours** | **0.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 459589
April 28, 2010
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.3 | at | 610.00 | = | 183.00 |
| **Total Fees** | | | | | **$183.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | | | | **$183.00** |
| **Total Fees and Disbursements** | | | | | **$183.00** |

 FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2010
Invoice No.: 459589
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**            **$183.00**

| **Remittance Address:** | **Overnight Remittance Address:** |
| --- | --- |
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Attn: Accounts Receivable |
| Woburn, MA 01813-3176 | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 459589
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 54.5 | $ 33,245.00 |
| Jacob N. Polatin | Partner | Real Estate | $610.00 | 7.0 | $ 4,270.00 |
| Jonathan E. Book | Counsel | Real Estate | $530.00 | 4.2 | $ 2,226.00 |
| | | | | | |
| **TOTAL** | | | | **65.7** | **$ 39,741.00** |

Expenses

| Description | Total |
|---|---|
| Telephone | $    31.76 |
| Facsimiles | $     4.50 |
| Taxi Fare | $    41.59 |
| | |
| **TOTAL** | $    **77.85** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2010
Invoice No.: 459590
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through March 31, 2010

| | |
|---|---|
| Fees | $39,741.00 |
| Disbursements | <u>77.85</u> |
| **Total Fees and Disbursements** | **<u>$39,818.85</u>** |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/01/10 | Jaffe | Attention to special notice negotiations, including emails with Mr. Sabath and team regarding negotiating call and emails with team regarding Shaffer PRP agreement (1.4). | 1.4 |
| 03/02/10 | Jaffe | Attention to special notice negotiations, including telephone call with DOJ counsel, team telephone conference, emails with team, and reviewing PRP Group agreement revisions (2.7). | 2.7 |
| 03/03/10 | Jaffe | Attention to special notice, including reviewing, revising consent decree and PRP Group agreement and emails with team regarding same (3.2). | 3.2 |
| 03/04/10 | Jaffe | Attention to special notice, including final revisions to consent decree, review of PRP Group agreement, emails with team, and telephone conference with government and team (3.4); review bid packages and emails with team regarding same (1.1). | 4.5 |
| 03/09/10 | Jaffe | Attention to special notice issue, including finalizing consent decree, emails with team, Mr. Feldman, and Mr. Sabath, and telephone calls with Mr. Feldman, Mr. Sabath, and Ms. Duff (2.6). | 2.6 |
| 03/10/10 | Jaffe | Attention to consent decree issues, including emails with team and Mr. Feldman regarding lien priority; office conference with J. Polatin regarding same, and reviewing J. Polatin memorandum regarding same (1.4); reviewing PRP agreement and email with Mr. Campbell regarding same (0.4). | 1.8 |
| 03/10/10 | Polatin | Office conference with S. Jaffe; research regarding tax takings and draft memo for S. Jaffe regarding tax takings and environmental restrictions (5.5). | 5.5 |
| 03/11/10 | Jaffe | Attention to special notice, including emails with team regarding lien issue and reviewing J. Polatin memorandum (0.8); review design contractor proposals (0.7). | 1.5 |
| 03/12/10 | Book | Confer with S. Jaffe regarding tax redemptions and letter to Walpole Tax Collector regarding redemptions (1.1). | 1.1 |
| 03/12/10 | Jaffe | Attention to special notice, including telephone calls with Mr. Bucens and Ms. Duff and emails with team (0.8); review J. Polatin lien memorandum and email to team regarding same and office conference with J. Book regarding tax redemptions (0.5). | 1.3 |
| 03/15/10 | Book | Telephone conference with C. Hutchinson in Walpole Tax Collector's office and e-mail to S. Jaffe regarding | 0.2 |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | same (0.2). | |
| 03/15/10 | Jaffe | Emails with team regarding lien issues (0.5); attention to contractor proposal issues, including team telephone conference and reviewing proposals (2.1). | 2.6 |
| 03/16/10 | Book | Call to C. Hutchinson (0.1). | 0.1 |
| 03/16/10 | Jaffe | Attention to bidder process, including review of proposals and notes regarding same (2.7). | 2.7 |
| 03/17/10 | Jaffe | Review of contractor proposals and emails with team regarding same (2.4); attention to deed restriction lien issue, including team telephone conference and emails with team and with Mr. Feldman (1.3); review email from Mr. Sabath with consent decree (0.3). | 4.0 |
| 03/17/10 | Book | Attention to tax redemption, including call to C. Hutchinson; telephone conference with C. Hutchinson; confer with S. Jaffe; draft chart showing tax redemption amounts; telephone conference with Assessor's Office regarding tax maps to identify additional parcel (2.7) | 2.7 |
| 03/17/10 | Polatin | Review tax parcel identification issues (1.4). | 1.4 |
| 03/18/10 | Polatin | Email to S. Jaffe regarding effect of tax taking on real estate taxes (0.1). | 0.1 |
| 03/18/10 | Book | Confer with S. Jaffe regarding tax redemption (0.1). | 0.1 |
| 03/18/10 | Jaffe | Attention to special notice, including reviewing draft final consent decree and reviewing deed restriction / lien issue, including reviewing tax information and emails with team (2.7). | 2.7 |
| 03/23/10 | Jaffe | Team telephone conference regarding deed restriction issue and review of Shaffer-related issues (1.2); preparing for contractor meetings (0.7). | 1.9 |
| 03/24/10 | Jaffe | Attention to contractor selection, including emails with team, reviewing contractor responses to questions, and preparation for 3/25 meeting (1.8). | 1.8 |
| 03/25/10 | Jaffe | Attention to contractor selection, including meetings with contractors, preparing for same, and post mortem discussion (8.4); emails with team regarding negotiations with Town (0.3). | 8.7 |
| 03/26/10 | Jaffe | Attention to special notice issues, including team telephone conference, emails with team (0.5); revise consent decree, issues related to short-term response action, and reviewing contractor issues (2.8). | 3.3 |
| 03/29/10 | Jaffe | Attention to special notice issues, including revisions to consent decree and emails with team and telephone calls with Ms. Duff and Mr. Sabath regarding same, | 3.3 |

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| | | contractor selection issues, including emails with team, and reviewing, revising, letter to Town and emails with team regarding same (3.3). | |
| 03/30/10 | Jaffe | Attention to special notice, including telephone calls and emails with Mr. Sabath and team regarding consent decree finalization, and emails with team and reviewing letters to Town regarding redevelopment and deed notices (2.7). | 2.7 |
| 03/31/10 | Jaffe | Attention to special notice, including reviewing, revising letters to Town and emails with Mr. Sabath and team regarding bankruptcy issues (1.8). | 1.8 |

**Total Hours**     **65.7**

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 7.0 | at | 610.00 | = | 4,270.00 |
| Jonathan E. Book | 4.2 | at | 530.00 | = | 2,226.00 |
| Seth D. Jaffe | 54.5 | at | 610.00 | = | 33,245.00 |
| **Total Fees** | | | | | **$39,741.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 03/12/10 | Telephone | 31.76 |
| 03/12/10 | Facsimiles | 4.50 |
| 03/12/10 | Taxi Fare | 41.59 |
| **Total Disbursements** | | **$77.85** |

| | |
|---|---|
| **Total Fees** | **$39,741.00** |
| **Total Disbursements** | **77.85** |
| **Total Fees and Disbursements** | **$39,818.85** |


## FOLEY
## HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2010
Invoice No.: 459590
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

    **Total Fees and Disbursements**    **$39,818.85**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 459590
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.3 | $    183.00 |
| | | | | | |
| TOTAL | | | | 0.3 | $    183.00 |


# FOLEY
# HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2010
Invoice No.: 459591
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through March 31, 2010

| | |
|---|---|
| Fees | $183.00 |
| **Total Fees and Disbursements** | **$183.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| 03/09/10 | Jaffe | Telephone call with Ms. Duff (0.2); email to Mr. Smith (0.1). | 0.3 |
| | | **Total Hours** | **0.3** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.3 | at | 610.00 | = | 183.00 |

| | | |
|---|---|---|
| **Total Fees** | | **$183.00** |

| | |
|---|---|
| **Total Fees** | **$183.00** |
| **Total Fees and Disbursements** | **$183.00** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2010
Invoice No.: 459591
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

**Total Fees and Disbursements**        <u>**$183.00**</u>

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 459591
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company