IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 21270 and 24735 |

## NOTICE OF APPEAL

Claimants School District 68 Nanaimo-Ladysmith – Nanaimo District Senior Secondary, Canada (Claim No. 11627) and City of Vancouver – Queen Elizabeth Playhouse, Canada (Claim No. 12476) hereby appeal under 28 U.S.C. §158(a) from the Order Disallowing and Expunging Asbestos Property Damage Claim Numbers 011627 and 012476 as Barred by British Columbia's Ultimate Limitations Period (filed May 4, 2010; D.I. 24735), and the Memorandum Opinion and Order of the Bankruptcy Judge dated April 14, 2009, disallowing and expunging certain claims (D.I. 21270).

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANTS:**

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed. ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

**DEBTORS/APPELLEES:**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100

Janet S. Baer, Esquire
LAW OFFICES OF JANET S. BAER, P.C.
70 West Madison, Suite 2100
Chicago, IL 60602-4253

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone:   (412) 288-3131

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone:   (212) 446-4800

Lisa Esayian, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000

David B. Siegel
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044

**OTHER PARTIES:**

*Official Committee of Equity Security Holders*
Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

*Official Committee of Asbestos Personal Injury Claimants*
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*Official Committee of Unsecured Creditors*
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

*United States Trustee*
David M. Klauder, III, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

*Official Committee of Unsecured Creditors*
Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

*Official Committee of Asbestos Personal Injury Claimants*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

*Official Committee of Asbestos Personal Injury Claimants*
Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

***Official Committee of Equity Security Holders***
Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

***Counsel for David T. Austern,***
***Asbestos PI Future Claimants' Representative***
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005-1706

***Co-Counsel for David T. Austern,***
***Asbestos PI Future Claimants' Representative***
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806

***Official Committee of Asbestos Property Damage Claimants***
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami FL  33131

***Official Committee of Asbestos Property Damage Claimants***
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899-1351

***Legal Representative for Future Asbestos-Related Property Damage***
***Claimants and Holders of Demands***
Alexander M. Sanders, Jr.
96 Broad Street, Suite 107
Charleston, SC  29401

*Counsel to Hon. Alexander M. Sanders, Jr.,*
*Legal Representative for Future Asbestos-Related Property Damage*
*Claimants and Holders of Demands*
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202

DATED: May 14, 2010

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:  loizides@loizides.com

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC 29924
Telephone:  (803) 943-4444
Facsimile:  (803) 943-4599

-and-

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone:  (305) 372-1800
Facsimile:  (305) 372-3508

*Counsel for Claimants School District 68*
*Nanaimo-Ladysmith – Nanaimo District*
*Senior Secondary, Canada and City of*
*Vancouver – Queen Elizabeth Playhouse,*
*Canada*