**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the Month Ended March 31, 2010**

<u>**Attachment B**</u>
**To Fee Application**
**Summary of PwC's Fees By Professional**
**March 2010**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Thomas E. Smith | Audit Partner | 21 | $ 698.50 | 13.0 | $ 9,080.50 |
| Robert Keehan | Audit Partner | 20+ | $ 698.50 | 1.0 | $ 698.50 |
| Kenneth Stoler | Tax Partner | 20+ | $ 698.50 | 0.5 | $ 349.25 |
| Justin Bray | Audit Senior Manager | 8 | $ 410.21 | 25.2 | $ 10,337.29 |
| Alison Garleb | Audit Manager | 6 | $ 290.83 | 37.9 | $ 11,022.46 |
| Lynda (Keorlet) Buzzard | Audit Senior Associate | 4 | $ 227.33 | 5.6 | $ 1,273.05 |
| Jacqueline (Calvo) Bravo | Audit Senior Associate | 3 | $ 218.40 | 4.4 | $ 960.96 |
| Pavel Katsiak | Audit Senior Associate | 3 | $ 209.55 | 34.4 | $ 7,208.52 |
| Kristina N Johnson | Audit Associate | 1 | $ 156.21 | 1.3 | $ 203.07 |
| Shawn McNeilly | Audit Associate | 1 | $ 156.21 | 1.3 | $ 203.07 |
| | | | | | |
| Totals | | | | 124.6 | $ 41,336.70 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals     <u>30.0</u>     <u>$ 5,049.06</u>

## Summary of PwC's Fees By Project Category: March 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 30.0 | $ 5,049.06 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 124.6 | $ 41,336.70 |

| | |
|---|---|
| 26-Business Analysis | |
| 27-Corporate Finance | |
| 28-Data Analysis | |
| TOTAL: | 154.6 | $ 46,385.76 |

Expense Summary
March 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 806.48 |
| Lodging | N/A | $ 0.0 |
| Sundry | N/A | $ 7.03 |
| Business Meals | N/A | $ 129.43 |
| TOTAL: | | $ 942.94 |