# EXHIBIT – A

**W.R. Grace & Co.**
**Fee Application Preparation**
**Month ended March 31, 2010**

| Date | Description of Services Provided | Hours | Bill Rate | Extended Cost |
|------|----------------------------------|-------|-----------|---------------|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kristina Johnson** | | | | |
| 2-Mar | Fee Application - Gather hours and expense information to report in fee application preparation for January | 0.50 | $ 156.21 | $ 78.11 |
| 8-Mar | Fee Application - Follow up on requests for individual time submissions | 0.60 | $ 156.21 | $ 93.73 |
| 8-Mar | Fee Application - Gather updated hours and expense information to report in fee application preparation | 1.10 | $ 156.21 | $ 171.83 |
| 8-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 2.60 | $ 156.21 | $ 406.15 |
| 8-Mar | Fee Application - Update bankruptcy reporting status and consolidate everyone's submissions | 3.40 | $ 156.21 | $ 531.11 |
| 9-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 3.50 | $ 156.21 | $ 546.74 |
| 10-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 2.50 | $ 156.21 | $ 390.53 |
| 22-Mar | Fee Application - Gather hours and expense information to report in fee application preparation for February | 0.50 | $ 156.21 | $ 78.11 |
| 23-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 2.70 | $ 156.21 | $ 421.77 |
| 23-Mar | Fee Application - Update bankruptcy reporting status and consolidate everyone's submissions | 0.50 | $ 156.21 | $ 78.11 |
| 24-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 2.00 | $ 156.21 | $ 312.42 |
| 26-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 2.50 | $ 156.21 | $ 390.53 |
| 28-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 2.00 | $ 156.21 | $ 312.42 |
| 29-Mar | Fee Application - Prepare everyone's time submissions for bankruptcy reporting | 0.50 | $ 156.21 | $ 78.11 |
| | | **24.9** | | |
| **Name: Lynda (Keorlet) Buzzard** | | | | |
| 8-Mar | Review January 2010 fee application and provide comments to K.Johnson (PwC) | 2.2 | $ 227.33 | $ 500.13 |
| 9-Mar | Review January 2010 fee application and provide comments to K.Johnson (PwC) | 1 | $ 227.33 | $ 227.33 |
| 10-Mar | Review January 2010 fee application and provide comments to K.Johnson (PwC) | 1.7 | $ 227.33 | $ 386.46 |
| 18-Mar | Work on obtaining February time details for fee application | 0.2 | $ 227.33 | $ 45.47 |
| | | **5.1** | | |
| | **Total Grace Fee Application Charged Hours** | **30.0** | | **$ 5,049.06** |

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended March 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|
| Thomas E. Smith | Audit Partner | 21 | $ | 698.50 | 13.0 | $ | 9,080.50 |
| Robert Keehan | Audit Partner | 20+ | $ | 698.50 | 1.0 | $ | 698.50 |
| Kenneth Stoler | Tax Partner | 20+ | $ | 698.50 | 0.5 | $ | 349.25 |
| Justin Bray | Audit Senior Manager | 8 | $ | 410.21 | 25.2 | $ | 10,337.29 |
| Alison Garleb | Audit Manager | 6 | $ | 290.83 | 37.9 | $ | 11,022.46 |
| Lynda (Keorlet) Buzzard | Audit Senior Associate | 4 | $ | 227.33 | 5.6 | $ | 1,273.05 |
| Jacqueline (Calvo) Bravo | Audit Senior Associate | 3 | $ | 218.40 | 4.4 | $ | 960.96 |
| Pavel Katsiak | Audit Senior Associate | 3 | $ | 209.55 | 34.4 | $ | 7,208.52 |
| Kristina N Johnson | Audit Associate | 1 | $ | 156.21 | 1.3 | $ | 203.07 |
| Shawn McNeilly | Audit Associate | 1 | $ | 156.21 | 1.3 | $ | 203.07 |
| | | | | | | | |
| | | | | | | | |
| Totals | | | | | 124.6 | $ | 41,336.70 |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Thomas E. Smith**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 3-Mar | 1.4 | Team planning meeting - JBray, AGarleb, PKatsiak (all PwC) |
| 3-Mar | 0.6 | Review of planning information |
| 5-Mar | 1.0 | Review of planning information |
| 8-Mar | 0.6 | Conference call with EBull (Grace) to discuss internal control review |
| 8-Mar | 0.4 | Conference call with HLaForce (Grace) to discuss Q1 2010 accounting matters |
| 12-Mar | 1.0 | Conference call to discuss Grace internal control testing - JNewstead, JBray, AGarleb (all PwC) |
| 15-Mar | 0.7 | Review of planning information |
| 15-Mar | 0.3 | Discussion with S.Scarlis (Grace) regarding 2010 accounting matters |
| 17-Mar | 0.9 | Research 2010 accounting matters - bankruptcy emergence |
| 17-Mar | 1.2 | Meeting with B.Dockman and S.Scarlis (both Grace) to discuss accounting matters and bankruptcy emergence |
| 17-Mar | 0.4 | Discuss audit planning with J. Bray (PwC) |
| 22-Mar | 0.5 | Review annual report draft |
| 23-Mar | 1.5 | Team planning meeting - JBray, AGarleb, PKatsiak (all PwC) |
| 29-Mar | 1.0 | Research employee benefits accounting question |
| 31-Mar | 0.8 | Conference call with EFilon and BDockman (both Grace) to discuss Q1 tax provision work |
| 31-Mar | 0.7 | Meeting with MBrown (Grace) regarding non-GAAP disclosures |
| | **13.0** | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Robert Keehan**

| | | |
|---|---|---|
| 30-Mar | 1.0 | Review audit planning for Q1. |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Kenneth Stoler**

| | | |
|------|-------|----------------------------------|
| 29-Mar | 0.5 | Consult audit team on change in accounting of pension plan. |
| | 0.5 | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:  Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Mar | 0.5 | Call with A Garleb (PwC) |
| 3-Mar | 1.1 | Meeting with S Scarlis (Grace), T Dyer (Grace) and A Garleb (PwC) |
| 3-Mar | 1.2 | Call with A Garleb (PwC), T Smith (PwC), P Katsiak (PwC) |
| 3-Mar | 0.6 | Meeting with A Garleb (PwC) |
| 3-Mar | 0.8 | Review of scoping assessment |
| 5-Mar | 0.7 | Correspondence with B Dockman (Grace) |
| 5-Mar | 0.6 | Call with T Smith (PwC) |
| 15-Mar | 1.0 | Meeting with B Dockman (Grace), S Scarlis (Grace), T Dyer (Grace) |
| 15-Mar | 1.2 | Meeting with T Smith (PwC) |
| 15-Mar | 1.4 | Review of scoping assessment |
| 15-Mar | 0.5 | Documentation of risk assessment |
| 17-Mar | 2.3 | Review of scoping documents |
| 17-Mar | 1.1 | Meeting with S Scarlis (Grace), B Dockman (Grace) |
| 17-Mar | 0.7 | Research auditing standards on risk assessment |
| 19-Mar | 0.3 | Call with T Smith (PwC) |
| 22-Mar | 0.2 | Call with T Smith (PwC) |
| 22-Mar | 1.2 | Meeting with A Garleb (PwC) and P Katsiak (PwC) |
| 23-Mar | 1.8 | Call with T Smith (PwC), A Garleb (PwC), P Katsiak (PwC) |
| 24-Mar | 0.6 | Review of scoping assessment |
| 29-Mar | 1.1 | Call with B Dockman (Grace) |
| 29-Mar | 0.4 | Call with T Smith (PwC) |
| 29-Mar | 0.9 | Research independence policies |
| 30-Mar | 2.0 | Meeting with A Garleb (PwC) and P Katsiak (PwC) |
| 31-Mar | 0.9 | Meeting with B Dockman (Grace), S Scarlis (Grace), T Dyer (Grace), K Blood (Grace), A Garleb (PwC) |
| 31-Mar | 1.1 | Documentation of risk assessment |
| 31-Mar | 0.4 | Research independence policies |
| 31-Mar | 0.6 | Review of scoping assessment |
| | **25.2** | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Alison Garleb**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Mar | 0.6 | Discuss planning with J. Bray (PwC) |
| 1-Mar | 0.2 | Read and respond to emails in relation to the Grace audit |
| 2-Mar | 1.0 | Audit debrief meeting with L. Keorlet, P. Katsiak, S. Rahmani, N. Johnson, S. McNeilly, and K. Bradley (PwC) |
| 2-Mar | 0.4 | Prepare for controls meeting |
| 3-Mar | 1.5 | Prepare for meetings related to the audit |
| 3-Mar | 0.5 | Discuss deadlines and meeting topics with J. Bray (PwC) |
| 3-Mar | 1.7 | FY10 planning meeting with T. Smith, J. Bray, and P. Katsiak (PwC) |
| 3-Mar | 1.3 | Read and respond to emails in relation to the Grace audit |
| 3-Mar | 0.7 | Discuss risk management meeting with T. Smith and J. Atkinson (PwC) |
| 3-Mar | 0.3 | Discuss budget with L. Keorlet and P. Katsiak (PwC) |
| 3-Mar | 1.2 | Discuss controls with J. Bray (PwC) and S. Scarlis and T. Dyer (Grace) |
| 3-Mar | 0.3 | Prepare materials for risk management meeting |
| 3-Mar | 1.6 | Plan for FY10 audit |
| 4-Mar | 3.2 | Plan for FY10 audit |
| 5-Mar | 1.0 | Discuss ELC's with T. Smith, J. Bray, and C. Maton (PwC) |
| 5-Mar | 1.2 | Read and respond to emails in relation to the Grace audit |
| 8-Mar | 1.0 | Read and respond to emails in relation to the Grace audit |
| 9-Mar | 0.8 | Read and respond to emails in relation to the Grace audit |
| 9-Mar | 0.4 | Prepare and discuss controls project with D. Sands (PwC) |
| 11-Mar | 0.5 | Read and respond to emails in relation to the Grace audit |
| 12-Mar | 1.0 | Prep for internal controls meeting with T. Smith, J. Bray, J. Newstead, D. Sands, and C. Maton (PwC) |
| 12-Mar | 0.9 | Prepare for internal controls meeting |
| 12-Mar | 0.4 | Read and respond to emails in relation to the Grace audit |
| 15-Mar | 0.1 | Read and respond to emails in relation to the Grace audit |
| 15-Mar | 0.2 | Quality check of audit documentation |
| 16-Mar | 0.6 | Quality check of audit documentation |
| 16-Mar | 1.0 | Prep for internal controls meeting with T. Smith, J. Bray, D. Sands, and C. Maton (PwC) |
| 16-Mar | 0.4 | Read and respond to emails in relation to the Grace audit |
| 19-Mar | 1.2 | Read and respond to emails in relation to the Grace audit |
| 22-Mar | 0.3 | Read and respond to emails in relation to the Grace audit |
| 22-Mar | 0.5 | Prepare for planning meeting |
| 22-Mar | 1.3 | Discuss planning with J. Bray and P. Katsiak (PwC) |
| 23-Mar | 0.3 | Discuss planning with P. Katsiak (PwC) |
| 23-Mar | 0.5 | Discuss planning with T. Smith (PwC) |
| 23-Mar | 0.4 | Discuss the FY10 audit with E. Bull (Grace) |
| 23-Mar | 1.0 | Read annual report |
| 23-Mar | 0.3 | Discuss controls project with T. Smith (PwC) |
| 23-Mar | 1.1 | Discuss planning with T. Smith, J. Bray, and P. Katsiak (PwC) |
| 24-Mar | 0.2 | Read and respond to emails in relation to the Grace audit |
| 29-Mar | 0.5 | Read and respond to emails in relation to the Grace audit |
| 29-Mar | 0.3 | Discuss planning with P. Katsiak (PwC) |
| 29-Mar | 0.6 | Discuss pension with K. Blood (Grace) |
| 30-Mar | 1.0 | Research Grace pension question and discuss with P. Katsiak (PwC) |
| 30-Mar | 1.2 | Address proposal request from Grace |
| 30-Mar | 1.3 | Discuss Q1 procedures with J. Bray and P. Katsiak (PwC) |
| 30-Mar | 0.2 | Discuss audit planning status with J. Bray (PwC) |
| 30-Mar | 0.3 | Discuss audit status with B. Dockman (Grace) |
| 30-Mar | 0.5 | Read and respond to emails in relation to the Grace audit |
| 31-Mar | 0.2 | Research Grace pension question |

| | | |
|---|---|---|
| 31-Mar | 0.5 | Discuss Grace pension question with B. Dockman, S. Scarlis, T. Dyer, and K. Blood (Grace) and J. Bray (PwC) |
| 31-Mar | 0.2 | Read and respond to emails in relation to the Grace audit |
| | **37.9** | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:  Lynda Buzzard**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 1-Mar | 1.0 | Read and respond to Grace related emails |
| 2-Mar | 1.2 | Prepare for and conduct 2009 audit debrief call with A.Garleb, P.Katsiak, S.Rahmani, S.McNeilly, N.Johnson, S.McNeilly (all PwC) |
| 3-Mar | 0.9 | Wrap up 2009 Grace engagement files to meet archive requirements |
| 3-Mar | 0.6 | Discuss audit wrap up steps with A.Garleb, P.Katsiak and N.Johnson (separately) (all PwC). |
| 10-Mar | 0.3 | Respond to inquiries from Grace internal audit on scoping files |
| 16-Mar | 0.2 | Send email on Grace controls to P.Katsiak (PwC) |
| 19-Mar | 0.7 | Prepare for and meet with P.Katsiak (PwC) to discuss engagement management at Grace as preparation for 2010 audit |
| 26-Mar | 0.5 | Receive international team reports on statutory audit status and review |
| 30-Mar | 0.2 | Review Medicare Part D subsidy change and impact to Grace and discuss with K.Blood (Grace) |

**5.6    Total Grace Financial Statement Audit Charged Hours**

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name: Pavel Katsiak

| Date | Hours | Description of Services Provided |
|---|---|---|
| 2-Mar | 1.0 | Calling in for 2009 year-end audit debrief. Participants: L. Keorlet, S. Rahmani, N. Johnson - all PwC |
| 3-Mar | 1.0 | Internal Meeting at Grace to discuss the near term action items. Participants: T. Smith, A. Garleb, J. Bray - all PwC |
| 3-Mar | 0.5 | Documenting the summary of the action items and individuals responsible |
| 4-Mar | 0.4 | Tying out the balances for the 2009 annual report |
| 4-Mar | 0.2 | Communicating with GCP and Davison contacts regarding the plan for the quarterly review |
| 5-Mar | 0.4 | Wrap-up of the audit file and archiving of the 2009 year end database |
| 8-Mar | 1.4 | Communication with the tax team to provide the timeline for quarterly reviews |
| 8-Mar | 0.3 | Providing the new accounting pronouncements listing to J. McElhenney (Grace) |
| 8-Mar | 0.8 | Communicating with the team regarding the Grace's first quarter timeline and deadlines |
| 22-Mar | 1.7 | Grace planning meeting. Presents: A. Garleb, J. Bray (both PwC) |
| 22-Mar | 0.6 | Review of the memo outlining the Airplane Transaction (exchange of the ownership of corporate jets fleet) |
| 22-Mar | 0.4 | Coordinating comments on the annual report |
| 23-Mar | 1.2 | Grace planning meeting (scoping discussion). Present: A. Garleb, J. Bray - both PwC |
| 23-Mar | 0.3 | Coordination of the 8-K tie out to the 10-K |
| 24-Mar | 1.7 | Meeting with Grace to discuss the annual report |
| 24-Mar | 0.3 | Communicating comments on the annual report to Grace |
| 25-Mar | 3.3 | Meeting with J. Bahorich (Grace) to discuss the Airplane Transaction and respective accounting guidance |
| 25-Mar | 0.9 | Following up with J. McElhenney (Grace) regarding stock-options expensing |
| 29-Mar | 0.8 | Preparing agenda for team meeting and important items to keep in mind regarding Grace |
| 29-Mar | 0.9 | Review of the relevant data and accounting guidance related to the change in pensions discount rate |
| 30-Mar | 2.2 | Discussing quarterly review plan with A. Garleb and J. Bray - both PwC |
| 30-Mar | 1.9 | Creating Audit Control Tool with the quarterly requests for Grace |
| 30-Mar | 2.3 | Creating database for the quarterly review |
| 30-Mar | 0.9 | Communicating with the tax team regarding the timing for quarterly review and ART audit completion deadlines and planning |
| 31-Mar | 1.6 | Controls optimization project kick off meeting. Present: J. Bray, T. Smith, J. Newstead - all PwC; E. Bull, E. Henry, B. Dockman - all Grace. |
| 31-Mar | 3.1 | Meeting with E. Henry and G. Arnold (Grace) to discuss various aspects on the controls optimization project |
| 31-Mar | 0.6 | Communicating with Grace personnel the need for the additional network access accounts |
| 31-Mar | 1.9 | Researching and communicating the guidance regarding the consistency of the reporting (related to the potential pensions change) |
| 31-Mar | 1.8 | Discussing Airplane Transaction memo with J. Bray (PwC) |
| **34.4** | | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Jacqueline Bravo**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 26-Mar | 4.0 | Meeting with D. Libow (Grace) to discuss year-end debrief |
| 30-Mar | 0.4 | Tax inquires |
| | **4.4** | **Total Grace Financial Statement Audit Charged Hours** |

**W.R. Grace & Co.**
**Time Summary Report - Time Tracking**
**Month ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Kristina Johnson**

| | | |
|---|---|---|
| 2-Mar | 1.3 | Participate in audit team debrief meeting |
| | 1.3 | Total Grace Financial Statement Audit Charged Hours |

W.R. Grace & Co.
Time Summary Report - Time Tracking
Month ended March 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

Name: Shawn McNeilly

| Date | Hours | Description of Services Provided |
|---|---|---|
| 2-Mar | 0.3 | Review agenda for Year End Audit Debrief team meeting |
| 2-Mar | 1.0 | Grace Year End Audit Debrief team meeting |
| | **1.3** | **Total Grace Financial Statement Audit Charged Hours** |