# EXHIBIT – B

**Reconciliation to WIP:**

| | | |
|---|---:|---|
| $ | 2,611.57 | total 2009 Code WIP |
| $ | - | Total 2010 Code WIP |
| $ | (580.00) | Not sure where this is from. Will follow up and include in April if necessary. |
| $ | (997.61) | Nonbillable Legal/bankruptcy fees from Justin |
| $ | 1,033.96 | |
| $ | 6.93 | R Quek    From Feb |
| $ | 1,040.89 | |
| $ | (98.00) | J Bray    Additional exp. To be included in April |
| $ | 942.89 | |
| $ | 942.94 | Exp spreadsheet |
| $ | (0.05) | variance |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 3/26/10 | | | | $ 47.19 | Business meal with client and PwC (4 people total) to debrief for Q1 and Q2 with J. Calvo (PwC), Andre Clark and David Libow (Grace) |
| Thomas Smith | Integrated Audit | 3/15/10 | $ 35.00 | | | | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 3/17/10 | $ 35.00 | | | | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 3/23/10 | $ 35.00 | | | | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| | Integrated Audit | 3/31/10 | $ 35.00 | | | | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| Justin Bray | Integrated Audit | 3/3/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 3/15/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 3/17/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 3/22/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 3/30/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 3/31/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | Integrated Audit | 2/26/10 | | | | $ 82.24 | Business Team meal for 6 people total, with A. Garleb, L. Keorlet, P. Katsiak, S. Rahmani, N. Johnson, and K. Bradley (PwC). |
| | Integrated Audit | 3/3/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 3/23/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 3/30/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | Integrated Audit | 3/22/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| | Integrated Audit | 3/23/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| | Integrated Audit | 3/24/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| | Integrated Audit | 3/25/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| | Integrated Audit | 3/29/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| | Integrated Audit | 3/30/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| | Integrated Audit | 3/31/10 | $ 26.45 | | | | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| Jacqueline (Calvo) Bravo | Integrated Audit | 1/22/10 | $ 26.50 | | | | 70 miles one way less 17 regular commute = 53 miles |
| | Integrated Audit | 2/1/10 | $ 53.00 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 2/1/10 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 2/2/10 | $ 53.00 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 2/2/10 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 2/4/10 | $ 53.00 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 2/4/10 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 2/5/10 | $ 53.00 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 2/5/10 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 3/26/10 | $ 53.00 | | | | 70 miles each way less 17 regular commute = 53 miles |
| | Integrated Audit | 3/26/10 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| Richard Quek | Integrated Audit | 1/30/10 | $ 6.83 | | | | Cab fees for transportation for work performed in January |
| Kristina Johnson | Integrated Audit | 3/12/10 | | | $ 7.03 | | Postage for bankruptcy submission |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 942.94 | $ 806.48 | $ - | $ 7.03 | $ 129.43 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended March 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | Integrated Audit | 3/26/10 | $ 47.19 | Business meal with client and PwC (4 people total) to debrief for Q1 and Q2 with J. Calvo (PwC), Andre Clark and David Libow (Grace) |
| Thomas Smith | Integrated Audit | 3/15/10 | $ 35.00 | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
|  | Integrated Audit | 3/17/10 | $ 35.00 | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
|  | Integrated Audit | 3/23/10 | $ 35.00 | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
|  | Integrated Audit | 3/31/10 | $ 35.00 | (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile) |
| Justin Bray | Integrated Audit | 3/3/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | Integrated Audit | 3/15/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | Integrated Audit | 3/17/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | Integrated Audit | 3/22/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | Integrated Audit | 3/30/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
|  | Integrated Audit | 3/31/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | Integrated Audit | 2/26/10 | $ 82.24 | Business Team meal for 6 people total, with A. Garleb, L. Keorlet, P. Katsiak, S. Rahmani, N. Johnson, and K. Bradley (PwC). |
|  | Integrated Audit | 3/3/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | Integrated Audit | 3/23/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
|  | Integrated Audit | 3/30/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | Integrated Audit | 3/22/10 | $ 26.45 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
|  | Integrated Audit | 3/23/10 | $ 26.45 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
|  | Integrated Audit | 3/24/10 | $ 26.45 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
|  | Integrated Audit | 3/25/10 | $ 26.45 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
|  | Integrated Audit | 3/29/10 | $ 26.45 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
|  | Integrated Audit | 3/30/10 | $ 26.45 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
|  | Integrated Audit | 3/31/10 | $ 26.45 | Mileage in excess over regular commute of 26.45 miles one way for a round trip from Arlington, VA to Columbia, MD at $0.50/mile. |
| Jacqueline (Calvo) Bravo | Integrated Audit | 1/22/10 | $ 26.50 | 70 miles one way less 17 regular commute = 53 miles |
|  | Integrated Audit | 2/1/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
|  | Integrated Audit | 2/1/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
|  | Integrated Audit | 2/2/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
|  | Integrated Audit | 2/2/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
|  | Integrated Audit | 2/4/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
|  | Integrated Audit | 2/4/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
|  | Integrated Audit | 2/5/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
|  | Integrated Audit | 2/5/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
|  | Integrated Audit | 3/26/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles |
|  | Integrated Audit | 3/26/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| Richard Quek | Integrated Audit | 1/30/10 | $ 6.83 | Cab fees for transportation for work performed in January |
| Kristina Johnson | Integrated Audit | 3/12/10 | $ 7.03 | Postage for bankruptcy submission |

Total $ 942.94

Summary