**Summary of PwC's Fees By Individual:**
**Thirty Sixth Interim Quarterly Reporting Period**
**January 1 - March 31, 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Quarter Ended March 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B Baccash | Tax Partner | 30 | Integrated Audit | $ 582.40 | 36.9 | $ 21,490.56 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $ 990.60 | 3.0 | $ 2,971.80 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 698.50 | 138.8 | $ 96,951.80 |
| Robert R. Keehan | Audit Partner | 20+ | Integrated Audit | $ 698.50 | 10.5 | $ 7,334.25 |
| Kenneth Stoler | Tax Partner | 20+ | Integrated Audit | $ 698.50 | 0.5 | $ 349.25 |
| John Edward Newstead | Audit Partner | 10+ | Integrated Audit | $ 647.70 | 10.9 | $ 7,059.93 |
| Lisa Slotznick | Director | 30 | Integrated Audit | $ 601.98 | 2.0 | $ 1,203.96 |
| Jennifer A James | Director | 17 | Integrated Audit | $ 698.50 | 16.1 | $ 11,245.85 |
| Kevin Mark Tom | Director | 13 | Integrated Audit | $ 560.88 | 4.4 | $ 2,467.87 |
| Lawrence Brager | Director | 30+ | Integrated Audit | $ 384.80 | 16.1 | $ 6,195.29 |
| David C Sands | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 20.0 | $ 8,204.20 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 410.21 | 293.6 | $ 120,437.66 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 290.83 | 422.2 | $ 122,788.43 |
| Richard Quek | Audit Manager | 7 | Integrated Audit | $ 495.30 | 1.0 | $ 495.30 |
| Mariana Isturiz Espinoza | Tax Manager | 6 | Integrated Audit | $ 291.20 | 29.8 | $ 8,677.76 |
| Keith William Palmer | Audit Manager | 7 | Integrated Audit | $ 463.55 | 4.0 | $ 1,854.20 |
| Damien Hughes | Audit Manager | 6 | Integrated Audit | $ 428.64 | 8.0 | $ 3,429.12 |
| James C Horvath | Audit Senior Associate | 5 | Integrated Audit | $ 368.30 | 4.8 | $ 1,767.84 |
| Lynda Keorlet | Audit Senior Associate | 4 | Integrated Audit | $ 227.33 | 421.5 | $ 95,819.60 |
| Brett Czajkowski | Audit Senior Associate | 4 | Integrated Audit | $ 220.98 | 37.2 | $ 8,220.46 |
| Edom Aweke | Audit Senior Associate | 4 | Integrated Audit | $ 330.20 | 13.7 | $ 4,523.74 |

| Name | Title | | Rate | | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| Nathan W. Roller | Audit Senior Associate | 5 | Integrated Audit | $ | 368.30 | 1.0 | $ | 368.30 |
| Ashley Carver Roya | Audit Senior Associate | 4 | Integrated Audit | $ | 309.88 | 2.5 | $ | 774.70 |
| Todd S. Chesla | Tax Senior Associate | 3 | Integrated Audit | $ | 218.40 | 68.6 | $ | 14,982.24 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ | 209.55 | 510.0 | $ | 106,870.50 |
| John Bower | Audit Senior Associate | 4 | Integrated Audit | $ | 330.20 | 2.0 | $ | 660.40 |
| Phillip Crosby | Audit Senior Associate | 3 | Integrated Audit | $ | 220.98 | 7.5 | $ | 1,657.35 |
| Alexis Frometa | Audit Senior Associate | 4 | Integrated Audit | $ | 208.00 | 54.7 | $ | 11,377.60 |
| Marjored Perez | Tax Senior Associate | 4 | Integrated Audit | $ | 218.40 | 28.3 | $ | 6,180.72 |
| Markus Michel | Audit Senior Associate | 3 | Integrated Audit | $ | 351.12 | 19.4 | $ | 6,811.72 |
| Elizabeth Sama | Audit Associate | 3 | Integrated Audit | $ | 150.80 | 108.0 | $ | 16,286.40 |
| Annie J Park | Audit Associate | 2 | Integrated Audit | $ | 170.18 | 85.6 | $ | 14,567.41 |
| Shahin Rahmani | Audit Associate | 2 | Integrated Audit | $ | 156.21 | 384.8 | $ | 60,109.61 |
| Neil G Hamilton | Audit Associate | 1 | Integrated Audit | $ | 156.21 | 3.9 | $ | 609.22 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ | 156.21 | 393.0 | $ | 61,390.52 |
| Andrew Wang | Audit Associate | 2 | Integrated Audit | $ | 170.18 | 118.0 | $ | 20,081.81 |
| Shawn C Mcneilly | Audit Associate | 1 | Integrated Audit | $ | 156.21 | 408.7 | $ | 63,843.02 |
| Kathleen Elizabeth Bradley | Audit Associate | <1 | Integrated Audit | $ | 123.19 | 428.7 | $ | 52,811.55 |
| Katherine Grace Leenhouts | Audit Associate | <1 | Integrated Audit | $ | 260.35 | 55.5 | $ | 14,449.42 |
| Brian J Selden | Audit Associate | <1 | Integrated Audit | $ | 153.68 | 0.5 | $ | 76.84 |
| Leah Morelle | Audit Associate | 3 | Integrated Audit | $ | 170.18 | 3.0 | $ | 512.24 |
| Totals | | | | | | 4,316.1 | $ | 1,017,918.60 |

Summary of PwC's Fees By Project:
Thirty Sixth Interim Quarterly Reporting Period
January 1 - March 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 72.6 | $11,952.57 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |

| | | |
|---|---|---|
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 4,316.1 | $1,017,918.60 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 4,388.7 | $1,029,871.17 |

PricewaterhouseCoopers LLP
Summary of Expenses
Thirty Sixth Interim Quarterly Reporting Period
January 1 - March 31, 2010

| Type of Expense | |
|---|---|
| Transportation | $ 9,715.46 |
| Lodging | $ 3,224.68 |
| Sundry | $ 561.21 |
| Business Meals | $ 7,252.41 |
| Grand Total for the Fee Period January 1 through March 31, 2010 | $ 20,753.76 |