IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>MARCH 1, 2019 THROUGH MARCH 31, 2010</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

April 20, 2010
Client/Matter #   01246-012100
Invoice # 134793
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/01/10 | R. Brager | 0.50 | Telephone conference with J. Deadey re dioxin issue; follow-up with P. Marks re same. |
| 03/01/10 | P. Marks | 0.30 | Follow-up emails re obtaining document and check in with R. Brager re telephone conference with client re dioxin. |
| 03/01/10 | D. Brian | 0.30 | Telephone Conference with ARB re Chevron document; correspondence with P. Marks re same. |
| 03/08/10 | P. Marks | 0.20 | Follow-up re ARB document. |
| 03/16/10 | D. Brian | 0.80 | Prepare correspondence to T. Kelly re document request; prepare correspondence to public information officer re same. |
| 03/18/10 | D. Brian | 5.30 | Review documents from WR Grace EPA document request; telephone conference with Kelly Thomas re same; correspondence with P. Marks re same; telephone conference with C. Castronovo, T. Undewood, R. Henderson and E Mongar re same; correspondence with same. |

| | | | |
|---|---|---|---|
| BEVERIDGE & DIAMOND, P.C. | | | INVOICE #  134793<br>April 20, 2010<br>PAGE  2 |

| | | | |
|---|---|---|---|
| 03/19/10 | P. Marks | 0.30 | ARB document follow-up. |
| 03/22/10 | D. Brian | 1.30 | Prepare correspondence to R. Henderson re public records act request; prepare correspondence to E. Mongar re document request; telephone conference with G. Lindar re document. |
| 03/29/10 | D. Brian | 0.30 | Correspondence with E. Mongar re document request. |
| 03/30/10 | P. Marks | 0.20 | Review status of document search and correspond with clerk re same. |
| 03/30/10 | D. Brian | 0.30 | Correspondence with E. Mongar re document request. |
| 03/31/10 | P. Marks | 0.30 | Follow-up re document search. |
| 03/31/10 | D. Brian | 1.00 | Correspondence with P. Marks re document search; correspondence with E. Mongar re same. |

**Total Hours :**     11.10

**Total Fees :**     $3,315.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 134793  
April 20, 2010  
PAGE   3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 0.50 | $650.00 | $325.00 |
| P. Marks | 1.30 | $440.00 | $572.00 |
| D. Brian | 9.30 | $260.00 | $2,418.00 |
| **Total Fees :** | | | **$3,315.00** |
| **TOTAL DUE :** | | | **$3,315.00** |

# EXHIBIT B

(Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2010
Client/Matter #   01246-013923
Invoice # 134794
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/05/10 | P. Marks | 0.80 | Telephone conferences with P. Bucens re sampling plan; review and evaluate same. |
| 03/11/10 | P. Marks | 0.30 | Emails re coordination with MDE. |
| 03/26/10 | P. Marks | 0.70 | Address landfill and monitoring issues in telephone conference with P. Bucens; evaluate same. |
| 03/31/10 | P. Marks | 1.10 | Prepare for and conduct telephone conference with team re landfill monitoring and regulatory background; follow-up telephone conference with L. Duff re same and contact P. Bucens re same. |

Total Hours :     2.90

Total Fees :     $1,276.00

BEVERIDGE & DIAMOND, P.C.                                INVOICE #  134794
                                                         April 20, 2010
                                                         PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.90 | $440.00 | $1,276.00 |
|  |  | **Total Fees :** | **$1,276.00** |
|  |  | **TOTAL DUE :** | **$1,276.00** |

# EXHIBIT C

## (Investigation of VC Processing Facilities)

This comprises two invoices:

one invoice covering December 2009 time and
one invoice covering January and February 2010 time.

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000


W. R. Grace & Co.                              April 14, 2010
Attn: Richard Finke                            Client/Matter #   01246-014352
7500 Grace Drive                               Invoice # 134677
Columbia, MD  21044                            Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/09 in Connection With:

### Investigation of VC Processing Facilities

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/02/09 | K. Bourdeau | 2.20 | Review background materials in preparation for call with R. Finke; participate in conference with R. Finke; internal conferences and followup research. |
| 12/02/09 | P. Marks | 0.50 | Prepare for and conduct telephone conference with R. Finke re vermiculite plant issues. |
| 12/14/09 | K. Bourdeau | 1.00 | Meeting with S. Jawetz and P. Marks re VC processing site issues. |
| 12/14/09 | S. Jawetz | 1.50 | Review materials re VC processing facilities; conference with K. Bourdeau and P. Marks re preparation for December 21 meeting with W.R. Grace re same. |
| 12/14/09 | P. Marks | 1.20 | Review background materials re VC processing facilities project; conference with K. Bourdeau and S. Jawetz re issues. |
| 12/18/09 | K. Bourdeau | 1.00 | Internal and external communications re approach on W.R. Grace VC processing plant issues. |
| 12/18/09 | P. Marks | 1.90 | Prepare for Grace meeting. |
| 12/20/09 | K. Bourdeau | 2.00 | Review background materials in preparation for W.R. Grace meeting on VC processing plant project. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 134677
                                                             April 14, 2010
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 12/21/09 | K. Bourdeau | 6.00 | Preparation for and attendance at W.R. Grace meeting in Columbia, MD re sites that processed VC. |
| 12/21/09 | S. Jawetz | 6.00 | Prepare for and participate in meeting with W.R. Grace representatives, K. Bourdeau, and P. Marks re VC plant issues. |
| 12/21/09 | P. Marks | 5.50 | Prepare for and attend meeting with W.R. Grace, K. Bourdeau, and S. Jawetz re issues posed by VC processing sites. |
| 12/23/09 | K. Bourdeau | 0.50 | E-mail communications re VC processing plant issues. |
| 12/27/09 | K. Bourdeau | 3.00 | Review and analyze additional information forwarded by R. Finnke; prepare notes re issues posed and possible followup. |
| 12/27/09 | S. Jawetz | 0.70 | Review information and prepare questions for W.R. Grace. |
| 12/28/09 | K. Bourdeau | 1.20 | Conference with S. Jawetz and P. Marks re materials and development of comments for client. |
| 12/28/09 | S. Jawetz | 2.50 | Review and prepare questions re information; prepare for and participate in telephone conference with K. Bourdeau and P. Marks re same. |
| 12/28/09 | P. Marks | 1.50 | Review information forwarded by R. Finke; conference with K. Bourdeau and S. Jawetz re issues posed by, and comments on, same. |
| 12/29/09 | K. Bourdeau | 1.50 | Prepare draft e-mail to R. Finke re evaluation. |

                                    **Total Hours :**          39.70

                                    **Total Fees  :**     $21,248.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 134677
                                                             April 14, 2010
                                                             PAGE   3

**Disbursements:**



**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 18.40 | $625.00 | $11,500.00 |
| S. Jawetz | 10.70 | $495.00 | $5,296.50 |
| P. Marks | 10.60 | $420.00 | $4,452.00 |
| Subtotal Fees : | | | $21,248.50 |
| Less Discount : | | | (5,130.00) |
| Total Fees Billed : | | | $16,118.50 |
| Total Disbursements : | | | $0.00 |
| TOTAL DUE : | | | $16,118.50 |

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Richard Finke  
7500 Grace Drive  
Columbia, MD  21044

April 14, 2010  
Client/Matter #  01246-014352  
Invoice # 134678  
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/10 in Connection With:

**Investigation of VC Processing Facilities**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/04/10 | K. Bourdeau | 1.50 | Prepare evaluation; conference with P. Marks re same; finalize and transmit comments to R. Finke and R. Emmett re same. |
| 01/04/10 | P. Marks | 1.00 | Prepare e-mail and conference with K. Bourdeau re evaluation. |
| 01/18/10 | K. Bourdeau | 0.20 | Review communication from R. Finke; conference with P. Marks re same. |
| 01/18/10 | P. Marks | 0.50 | Review memorandum rfrom client; conference with K. Bourdeau re same; e-mail to R. Finke re same. |
| 01/22/10 | K. Bourdeau | 0.50 | Conference with R. Finke, B. Emmett, and B. Corcoran re strategy and recent developments. |
| 02/19/10 | K. Bourdeau | 0.20 | Communications with R. Finke re evaluating chart prepared by client. |
| 02/20/10 | K. Bourdeau | 0.50 | Review and prepare comments/questions on client chart. |
| 02/22/10 | K. Bourdeau | 0.20 | Communications with R. Finke re client information; review new information. |
| 02/24/10 | P. Marks | 0.80 | Evaluate information chart and develop comments re same. |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE # 134678
                                                                 April 14, 2010
                                                                 PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/25/10 | K. Bourdeau | 0.20 | Conference with P. Marks re comments on chart. |
| 02/25/10 | P. Marks | 0.40 | Prepare for and conduct telephone conference with K. Bourdeau re comments to be provided to R. Finke. |
| 02/26/10 | K. Bourdeau | 0.50 | Prepare for and conduct conference with R. Finke re evaluation. |

**Total Hours :**        6.50

**Total Fees :**     $3,658.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 134678
April 14, 2010
PAGE   3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 3.80 | $650.00 | $2,470.00 |
| P. Marks | 2.70 | $440.00 | $1,188.00 |
|  |  | **Total Fees :** | $3,658.00 |
|  |  | **TOTAL DUE :** | **$3,658.00** |

# EXHIBIT D

(Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

April 20, 2010  
Client/Matter #   01246-012629  
Invoice # 134795  
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application

**Disbursements:**

    Duplicating          11.00

                       **Total Disbursements :**      $11.00

                       **TOTAL DUE :**      $11.00