IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
ONE HUNDRED AND SECOND MONTHLY FEE APPLICATION
FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GECManagement Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover SquareCorporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holding Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp, Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/485615

# EXHIBIT A
### (Fee Detail)

## **FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** <br> • asbestos matters (52000.43)  $11,352.00 <br> • non-asbestos matters (2725.40)  $   780.00 <br> **TOTAL LITIGATION AND LITIGATION CONSULTING** | $12,132.00 |
| **FEE APPLICATION – APPLICANT** | $536.00 |
| **TOTAL FEES** | $12,668.00 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 13, 2010
Bill Number  122110
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

## FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

THROUGH MARCH 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/09/10 | MLL | Receipt and review of notice of pre-trial conference. Review file. Write client. | 0.70 Hrs | 182.00 |
| 03/30/10 | MLL | Draft Grace's portion of pre-trial memorandum. | 1.80 Hrs | 468.00 |
| 03/31/10 | MLL | Receipt and review of revised joint pre-trial memorandum. | 0.50 Hrs | 130.00 |

TOTAL LEGAL SERVICES     $780.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Matthew L. Lunenfeld | 3.00 | 260.00 | 780.00 |
|  | 3.00 |  | $780.00 |

TOTAL THIS BILL     $780.00

Page 1



# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 13, 2010
Bill Number 122111
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH MARCH 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/01/10 | ARA | Document control. | 2.80 Hrs | 224.00 |
| 03/02/10 | ARA | Document control. | 5.80 Hrs | 464.00 |
| 03/03/10 | ARA | Document control. | 5.60 Hrs | 448.00 |
| 03/04/10 | ARA | Per MTM's request, search for and review Libby personnel files and other documents for particular personnel (3.1); arrange for files to be copied by Merrill Corp. (.5). | 3.60 Hrs | 450.00 |
| 03/04/10 | ARA | Document control. | 2.80 Hrs | 224.00 |
| 03/05/10 | MTM | Letter to in-house counsel re: personnel files for former Libby employee. | 0.10 Hrs | 28.50 |
| 03/05/10 | ARA | Telephone call from MTM to confirm that only one file/social security number exists for a certain former Libby employee. | 0.10 Hrs | 12.50 |
| 03/05/10 | ARA | Document control. | 6.30 Hrs | 504.00 |
| 03/08/10 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 03/09/10 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 03/10/10 | ARA | Document control. | 6.50 Hrs | 520.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH MARCH 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/11/10 | ARA | Document control. | 6.40 Hrs | 512.00 |
| 03/12/10 | ARA | Document control. | 5.90 Hrs | 472.00 |
| 03/14/10 | RAM | Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.70 Hrs | 234.50 |
| 03/15/10 | ARA | Document control. | 5.10 Hrs | 408.00 |
| 03/16/10 | ARA | Per telephone call from MTM, check Winthrop Square information binder to confirm location list information for in-house counsel (.2). Quality control personnel files (1.0). | 1.20 Hrs | 150.00 |
| 03/16/10 | ARA | Document control. | 2.00 Hrs | 160.00 |
| 03/17/10 | ARA | Quality control personnel files. | 3.00 Hrs | 375.00 |
| 03/17/10 | ARA | Document control. | 3.40 Hrs | 272.00 |
| 03/18/10 | ARA | Document control. | 4.50 Hrs | 360.00 |
| 03/19/10 | ARA | Document control. | 6.40 Hrs | 512.00 |
| 03/22/10 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 03/23/10 | ARA | Document control. | 6.10 Hrs | 488.00 |
| 03/24/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 03/25/10 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.90 Hrs | 301.50 |
| 03/25/10 | ARA | Document control. | 5.80 Hrs | 464.00 |
| 03/26/10 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 03/29/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 03/30/10 | ARA | Document control. | 5.70 Hrs | 456.00 |
| 03/31/10 | ARA | Document control. | 4.50 Hrs | 360.00 |

TOTAL LEGAL SERVICES     $11,352.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

Page 2

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy    | 1.60   | 335.00 | 536.00 |
| Matthew T. Murphy   | 0.10   | 285.00 | 28.50 |
| Angela R. Anderson  | 7.90   | 125.00 | 987.50 |
| Angela R. Anderson  | 122.50 | 80.00  | 9,800.00 |
|                     | 132.10 |        | $11,352.00 |

                            TOTAL THIS BILL            $11,352.00

# Casner & Edwards, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 13, 2010
Bill Number 122112
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH MARCH 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/09/10 | RAM | Emails from/to in-house counsel re: OK to file fee application. | 0.05 Hrs | No Charge |
| 03/14/10 | RAM | Finalize January fee application. | 0.10 Hrs | 33.50 |
| 03/29/10 | RAM | Work on February fee application. | 1.30 Hrs | 435.50 |
| 03/30/10 | RAM | Work on February fee application. | 0.20 Hrs | 67.00 |

TOTAL LEGAL SERVICES   $536.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.60 | 335.00 | 536.00 |
| Robert A. Murphy | 0.05 | 335.00 | No Charge |
| | 1.65 | | $536.00 |

TOTAL THIS BILL   $536.00

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $13,507.18 |
| **FEE APPLICATION – APPLICANT** | $40.93 |
| **TOTAL EXPENSES** | $13,548.11 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 13, 2010
Bill Number 122113
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH MARCH 31, 2010

**EXCESS POSTAGE**

| | | | |
|---|---|---|---|
| 03/31/10 | EXCESS POSTAGE | 8.23 | |
| | | | $8.23 |

**RENT REIMBURSEMENT**

| | | | |
|---|---|---|---|
| 03/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - March 2010. | 13,095.90 | |
| | | | $13,095.90 |

**MISCELLANEOUS**

| | | | |
|---|---|---|---|
| 03/22/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 3/01/10 through 3/31/10. | 403.05 | |
| | | | $403.05 |

|  |  |
|---|---|
| TOTAL COSTS | $13,507.18 |
| TOTAL THIS BILL | $13,507.18 |

Page 1

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 13, 2010
Bill Number 122114
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH MARCH 31, 2010

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 03/08/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on February 9, 2010 by R A Murphy. | 23.99 |
| 03/30/10 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on March 15, 2010 by R A Murphy. | 16.94 |

                                                                $40.93

                                        TOTAL COSTS             $40.93

                                        TOTAL THIS BILL         $40.93