## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of May, 2010, I caused a copy of the **Objection of Maryland Casualty Company to the Proposed Participation of the Libby Claimants in the Debtors' Objection to Claims Filed by Maryland Casualty Company** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Teresa K.D. Currier, Esq. | James E. O'Neill, Esq. |
| Buchanan Ingersoll & Rooney PC | Laura Davis Jones, Esq. |
| The Brandywine Building | Pachulski, Stang, Ziehl & Jones, LLP |
| 1000 West Street, Suite 1410 | 919 North Market Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| David Klauder, Esq. | Marla Eskin, Esq. |
| Office of the United States Trustee | Campbell & Levine, LLC |
| 844 King Street, Suite 2207 | 800 N. King Street, Suite 300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| Michael R. Lastowski, Esq. | Michael B. Joseph, Esq. |
| Duane Morris LLP | Ferry & Joseph, P.A. |
| 1100 N. Market Street, Suite 1200 | 824 Market Street, Suite 904 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| Karl Hill, Esq. | Adam G. Landis, Esq. |
| Seitz Van Ogtrop & Green, P.A. | Kerri K. Mumford, Esq. |
| 222 Delaware Avenue, Suite 1500 | Landis Rath & Cobb LLP |
| Wilmington, DE 19801 | 919 Market Street, Suite 1800 |
| | Wilmington, DE 19801 |

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Thomas M. Mayer, Esq. | Theodore L. Freedman, Esq. |
| Kramer Levin Naftalis & Frankel LLP | Kirkland & Ellis LLP |
| 1177 Avenue of the Americas | 153 E. 53rd Street |
| New York, NY 10036 | New York, NY 10022 |
| | |
| Peter Van N. Lockwood, Esq. | Richard H. Wryon, Esq. |
| Ronald Reinsel, Esq. | Orrick, Herrington & Sutcliffe LLP |
| Caplin & Drysdale, Chartered | Columbia Center |
| One Thomas Circle, NW, Suite 1100 | 1152 15th Street, NW |
| Washington, DC 20005 | Washington, DC 20005 |
| | |
| Scott L. Baena, Esq. | Lewis Kruger, Esq. |
| Jay M Sakalo, Esq. | Arlene Kreiger, Esq. |
| Mindy A. Mora, Esq. | Kenneth Pasquale, Esq. |
| Bilzin Sumberg Baena Price & Axelrod LLP | Stroock & Stroock & Lavan LLP |
| 200 South Biscayne Blvd., Suite 2500 | 180 Maiden Lane |
| Miami, FL 33131-5340 | New York, NY 10038-4982 |

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152

Alan B. Rich, Esq.
1401 Elm Street, Suite 4620
Dallas, TX  75202-3909

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 W. Monroe, Suite 4400
Chicago, IL  60606

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison St., Suite 2100
Chicago, IL  60602

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

   /s/ Jeffrey C. Wisler
       Jeffrey C. Wisler

#778632