**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 19th day of May, 2010, I caused a copy of the **Reservation of Rights of Maryland Casualty Company to Seek to Limit or Prohibit Participation by the Asbestos Claimants' Committee and the Future Claimants' Representative in the Debtors' Objection to Claims Filed by Maryland Casualty Company** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Karl Hill, Esq.
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Theodore L. Freedman, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Richard H. Wryon, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Scott L. Baena, Esq.
Jay M Sakalo, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340

Lewis Kruger, Esq.
Arlene Kreiger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

D.J. Baker, Esq.  
Skadden Arps Slate Meagher & Flom LLP  
Four Times Square  
New York, NY 10036

Elihu Inselbuch, Esq.  
Caplin & Drysdale  
375 Park Avenue, 35th Floor  
New York, NY 10152

Alan B. Rich, Esq.  
1401 Elm Street, Suite 4620  
Dallas, TX 75202-3909

Daniel C. Cohn, Esq.  
Christopher M. Candon, Esq.  
Cohn Whitesell & Goldberg LLP  
101 Arch Street  
Boston, MA 02110

David S. Rosenbloom, Esq.  
McDermott, Will & Emery  
227 W. Monroe, Suite 4400  
Chicago, IL 60606

Janet S. Baer, Esq.  
The Law Offices of Janet S. Baer, P.C.  
70 W. Madison St., Suite 2100  
Chicago, IL 60602

John C. Phillips, Jr., Esq.  
Phillips Goldman & Spence, P.A.  
1200 North Broom Street  
Wilmington, DE 19806

/s/ Jeffrey C. Wisler  
    Jeffrey C. Wisler

#778945