## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Related Docket No.: 24802 |

## AMENDED CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on May 20, 2010 a copy of the *Reply of David T. Austern, Asbestos PI Future Claimants' Representative, and the Official Committee of Asbestos Personal Injury Claimants in Support of the Debtors' Objection to Claims Filed by Maryland Casualty Company* was served via first class mail on the parties on the attached 2002 service list.

Dated: May 20, 2010                                           CAMPBELL & LEVINE, LLC

/s/Mark T. Hurford
Mark T. Hurford (Bar No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

*Delaware Counsel for the Official Committee of Asbestos Personal Injury Claimants*

{D0176122.1 }