**<u>EXHIBIT B – Part 2</u>**

**<u>Monthly Fee Statement for the Period from:</u>**
**<u>February 1, 2010 – February 28, 2010</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., <u>et al.</u>, | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **April 19, 2010 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

<u>NOTICE OF FILING OF MONTHLY FEE APPLICATION</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Seventh Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period February 1, 2010 through February 28, 2010, seeking compensation in the amount of $56,435.50 and reimbursement for actual and necessary expenses in the amount of $1,668.29.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 19, 2010 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Theodore L.

Date Filed:  3/30/2010

Docket No:  24537

Freedman, Esquire, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022

(fax number 212-446-4900), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young &

Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705

(Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, The Law Offices of

Janet S. Baer, P.C., 70 West Madison Street, Suite 2100, Chicago, IL 60602 (Fax number 312-

641-2165); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger,

Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982

(fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N.

Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901);

(iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L.

Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200

South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and

Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and

Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington,

Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax

number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware

Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi)

co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer

Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: March 30, 2010
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

 /s/ Richard W. Riley
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
E-mail:   rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:   wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:   lkruger@stroock.com
              kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | April 19, 2010 at 4:00 p.m. |
|  |  | Hearing date: To be scheduled only if objections are timely filed and served. |

**ONE HUNDRED AND SEVENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM FEBRAURY 1, 2010 THROUGH FEBRAURY 28, 2010</u>**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2010 – February 28, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$56,435.50     (80%: $45,148.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,668.29** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |

**WR GRACE & CO**

**ATTACHMENT B**

**FEBRUARY 1, 2010 - FEBRUARY 28, 2010**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 2.8 | $ 995 | $  2,786.00 | 40 |
| Pasquale, Kenneth | 2.2 | 875 | 1,925.00 | 10 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 65.2 | 695 | 45,314.00 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael S. | 3.7 | 305 | 1,128.50 | 5 |
| Mohamed, David | 27.8 | 190 | 5,282.00 | 20 |
|  |  |  |  |  |
| **Total** | 101.7 |  | $ 56,435.50 |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**FEBRUARY 1, 2010 - FEBRUARY 28, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.3 | $      208.50 |
| 0013 | Business Operations | 21.2 | 14,824.00 |
| 0014 | Case Administration | 31.8 | 11,630.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 208.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 6.4 | 4,538.00 |
| 0018 | Fee Application, Applicant | 16.1 | 8,314.00 |
| 0019 | Creditor Inquiries | 0.8 | 616.00 |
| 0020 | Fee Application, Others | 4.3 | 1,221.00 |
| 0021 | Employee Benefits, Pension | 4.2 | 2,919.00 |
| 0036 | Plan and Disclosure Statement | 12.0 | 8,475.00 |
| 0037 | Hearings | 4.3 | 3,481.50 |
| | | | |
| | Total | 101.7 | $ 56,435.50 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | March 23, 2010 |
| INVOICE NO. | 500152 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/09/2010 | Attend to modified order re: trial of Canadian PD claims. | Krieger, A. | 0.1 |
| 02/16/2010 | Attend to stipulation for stay of appeal filed in Adversary Proceeding 09-763 among Debtors, Arrowood and BNSF. | Krieger, A. | 0.1 |
| 02/19/2010 | Attend to order staying appeal to BNSF adversary proceeding. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 208.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 208.50 |

# STROOCK

| RE | Business Operations<br>699843  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Exchanged memoranda with A. Cota re: LOC facility provisions (.2); memorandum to R. Higgins and J. McFarland re: status of discussion with Bank of America's counsel (.1). | Krieger, A. | 0.3 |
| 02/02/2010 | Exchanged memoranda with A. Cota re: LOC facilities (.2); exchanged memoranda with R. Higgins re: status of discussions with lender's counsel (.2). | Krieger, A. | 0.4 |
| 02/03/2010 | Review LOC order (.4); exchanged memoranda with R. Higgins re: LOC Facility discussions (.1); o/c KP re: status of discussions and filing of protective objection (.2); prepare protective objection to LOC Facility motion (2.4). | Krieger, A. | 3.1 |
| 02/04/2010 | Preparation for and call with R. Higgins re: LOC Facilities. | Krieger, A. | 1.1 |
| 02/05/2010 | T/c(s) R. Higgins re: status of LOC Facility documents revisions and extension of Committee's response date (1.1); memoranda re: status of revising documents, extension and withholding of filing objection (.6); memoranda to local counsel re: Committee's Objection (.2); memorandum to R. Higgins confirming extension of Committee's time to file a response to LOC Facilities Motion (.1); attend to comparative LOC orders and agreements (1.4). | Krieger, A. | 3.4 |
| 02/05/2010 | Review memo to Committee re: revising documents and withholding of filing objection. | Kruger, L. | 0.3 |
| 02/07/2010 | Attend to memorandum from R. Higgins re: revised LOC Facility Agreement and Order and respond thereto. | Krieger, A. | 2.3 |
| 02/08/2010 | Attend to revised proposed Order and further memorandum to R. Higgins (.8); memorandum to LK, KP re: LOC Facility matters (.2); further | Krieger, A. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | t/c(s) R. Higgins re: revised proposed Order and review of same and hedging transactions and collateral positions (1.2); memorandum to R. Higgins re: status of hedging transactions (.1); memoranda to LK, KP re: status of LOC Facility Order (.1); exchanged multiple memoranda with Debtors' counsel re: status, further extension of Committee's time to respond to the LOC Facility Motion (.5); t/c Capstone re: hedging transactions (.1). | | |
| 02/09/2010 | Exchanged memoranda with R. Higgins re: status of discussions with Lender's counsel (.6); email to local counsel re: update status of discussion and possible Committee filing (.2); prepare revised form of protective objection (.7); memorandum to LK, KP re: status of discussions on LOC Facilities motion and final order terms and errant CNO (.3); attend to Grace announcement re: Norris resignation (.1). | Krieger, A. | 1.9 |
| 02/10/2010 | Exchanged multiple memoranda with R. Higgins re: Agent counsel's position on the proposed revised Final LOC Order (.3); attend to preparation of draft objection to Motion (1.7); multiple t/c(s) R. Higgins re: revisions to the form of Order (.8); attend to further proposed revisions to the LOC Order (.6). | Krieger, A. | 3.4 |
| 02/11/2010 | Attend to proposed final from of the order and Facility Agreement, and form of certificate of counsel (1.1); telephone call R. Higgins re: same (.3). | Krieger, A. | 1.4 |
| 02/12/2010 | Memorandum to R. Higgins re: COC filing. | Krieger, A. | 0.1 |
| 02/15/2010 | Attend to revised COC re: letter of credit and hedging facility. | Krieger, A. | 0.1 |
| 02/16/2010 | Attend to Final Order entered by the Court and exchanged memoranda with J. Baer, R. Higgins re: Facility Agreement. | Krieger, A. | 0.3 |
| 02/19/2010 | Attend to filed form of LOC Facility Agreement. | Krieger, A. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 20.9 | $ 695 | $ 14,525.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,824.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,824.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration<br>699843  0014 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/01/2010 | Attend to Fee Auditor's initial response to SSL's 34th quarterly fee application. | Krieger, A. | 0.2 |
| 02/01/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 0.7 |
| 02/02/2010 | E-mails w/ team re: transcript of closing arguments. | Magzamen, M. | 0.1 |
| 02/03/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.4); review case file documents (.6). | Mohamed, D. | 1.6 |
| 02/04/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5). | Mohamed, D. | 0.7 |
| 02/05/2010 | Attend to preparation of response to Fee Auditor's Interim Report on SSL's 34th quarterly fee application. | Krieger, A. | 0.7 |
| 02/05/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4); obtain certain documents for attorney review (.7). | Mohamed, D. | 1.8 |
| 02/07/2010 | Attend to Fee Auditor's Interim Report on the firm's 34th quarterly fee application. | Krieger, A. | 3.1 |
| 02/08/2010 | Attend to preparation of response to Fee Auditor's Report on SSL's 34th quarterly fee period (2.5); memorandum to MM re: request for backup to address Fee Auditor's inquiry (.1). | Krieger, A. | 2.6 |
| 02/08/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.9); review case docket | Mohamed, D. | 2.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | nos. 01-771, 09-644 and 09-807 (.4); prepare documents for attorney review (.6). | | |
| 02/09/2010 | Memorandum to J. Baer confirming further extension of time to respond to the LOC Facility motion (.1); memoranda with J. Baer, R. Higgins re: follow-up on need of local counsel to withdraw CNO (.2); attend to response to Fee Auditor's interim report on 34th quarterly fee application (1.4). | Krieger, A. | 1.7 |
| 02/09/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6); obtain documents for review (.4). | Mohamed, D. | 1.2 |
| 02/10/2010 | Memorandum to local counsel re: status of possible Committee filing on LOC Facilities Motion. | Krieger, A. | 0.1 |
| 02/10/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 0.7 |
| 02/11/2010 | Finalize response to fee auditor's initial report re 34th quarterly (1.4); telephone call and exchanged email with LK, KP re: 2/16/10 hearing change (.1); memoranda to MM re: hearing attendance arrangements (.1). | Krieger, A. | 1.6 |
| 02/11/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4). | Mohamed, D. | 0.6 |
| 02/12/2010 | Email and office conference KP re response to Fee Auditor's repot to SSL's 34th Quarterly application (.1); memorandum to B. Ruhlander re SSL's response (.1). | Krieger, A. | 0.2 |
| 02/12/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 09-644 and 09-807 (.4). | Mohamed, D. | 1.4 |
| 02/12/2010 | Review draft response to fee examiner. | Pasquale, K. | 0.4 |
| 02/16/2010 | Memorandum with MM re: request transcript of 2/16 hearing. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/16/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.1). | Mohamed, D. | 1.3 |
| 02/17/2010 | Prepare documents for attorney review (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |
| 02/18/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 02/19/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.9 |
| 02/22/2010 | Attend to Fee Auditor's memorandum re: proposed revised meal caps. | Krieger, A. | 0.1 |
| 02/22/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.4); prepare documents for review (.7). | Mohamed, D. | 1.8 |
| 02/23/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.6). | Mohamed, D. | 0.8 |
| 02/24/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 09-644 and 09-807 (.4); review case file documents (.7). | Mohamed, D. | 2.1 |
| 02/25/2010 | Attend to Fee Auditor's final report on SSL's 34th quarterly fee application. | Krieger, A. | 0.1 |
| 02/25/2010 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently docketed pleadings in main case (1.0); obtain documents for attorney review (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.5 | $ 695 | $ 7,297.50 |
| Magzamen, Michael S. | 0.1 | 305 | 30.50 |
| Mohamed, David | 20.8 | 190 | 3,952.00 |
| Pasquale, Kenneth | 0.4 | 875 | 350.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,630.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 11,630.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Attend to R. Higgins correspondence including revised notice disallowing employee benefit claims and memoranda to R. Higgins re: same. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 208.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 208.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/04/2010 | Revise proposed protective objection and memorandum to LK, KP re: same (.6); memorandum for the Committee re: LOC Facility and proposed objection thereto (.9); memoranda with local counsel re: filing and service of protective objection (.2). | Krieger, A. | 1.7 |
| 02/08/2010 | Telephone conference Capstone re: settlement possibilities. | Krieger, A. | 0.2 |
| 02/12/2010 | Memorandum for the Committee re: LOC Facilities motion. | Krieger, A. | 0.5 |
| 02/16/2010 | Attend to memorandum for the Committee re: 2/16/10 hearing. | Krieger, A. | 2.0 |
| 02/17/2010 | Telephone call P. Hulbert re: plan issues and potential emergence. | Krieger, A. | 0.2 |
| 02/22/2010 | Review Capstone memo to Committee re: Debtors' pension contributions. | Kruger, L. | 0.3 |
| 02/23/2010 | Attend to revisions to proposed memorandum for the Committee re: pension plan (.5); attend to memorandum re: pension plan discussions (1.0). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.1 | $ 695 | $ 4,239.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,538.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,538.00 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Preparation of 35th quarterly fee application. | Krieger, A. | 3.7 |
| 02/02/2010 | Attend to 34th quarterly fee application for response to Fee Auditor and office conference MM re: same. | Krieger, A. | 2.3 |
| 02/03/2010 | Review draft of Stroock's thirty-fifth quarterly fee application. | Mohamed, D. | 0.5 |
| 02/08/2010 | Exchanged memoranda with J. Baer re: local counsel's filing of CNO erroneously. | Krieger, A. | 2.1 |
| 02/11/2010 | Review and comment on 35th quarterly fee application. | Magzamen, M. | 0.8 |
| 02/16/2010 | Review and comment on 35th quarterly fee app (.5); review Jan fee app (.8). | Magzamen, M. | 1.3 |
| 02/16/2010 | Review Stroock's thirty-fifth quarterly fee application in preparation for filing (.8); prepare certificate of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.7). | Mohamed, D. | 2.1 |
| 02/17/2010 | Exchanged memoranda with MM re January 2010 fee statement. | Krieger, A. | 0.1 |
| 02/18/2010 | Review/revise January Fee App. | Magzamen, M. | 0.5 |
| 02/19/2010 | Attend to Jan 2010 fee statement and office conference MM re same. | Krieger, A. | 1.4 |
| 02/19/2010 | Review A. Krieger comments and revise Fee App. | Magzamen, M. | 0.5 |
| 02/22/2010 | Office conference DM re January 2010 fee statement. | Krieger, A. | 0.1 |
| 02/22/2010 | Review changes made re draft of corrected monthly fee application for January 2010. | Mohamed, D. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.7 | $ 695 | $ 6,741.50 |
| Magzamen, Michael S. | 3.1 | 305 | 945.50 |
| Mohamed, David | 3.3 | 190 | 627.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,314.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,314.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/16/2010 | Telephone inquiry re: Grace and emails with LK, KP re: same (.3); office conference LK and telephone call A. Olsen re: Grace (.1). | Krieger, A. | 0.4 |
| 02/17/2010 | Respond to inquiry from investor re: claim status and plan treatment. | Krieger, A. | 0.2 |
| 02/17/2010 | T/c creditor re: status and timetable. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 616.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 616.00 |
|-----------------------|----------|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 02/16/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 02/18/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 02/18/2010 | Review Capstone's seventieth and seventy-first monthly fee applications in preparation for filing (1.5); prepare notices and certificates of service re: same and forward to local counsel for filing (1.1); prepare and effectuate service re: fee applications (.9). | Mohamed, D. | 3.5 |
| 02/22/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 695 | $ 556.00 |
| Mohamed, David | 3.5 | 190 | 665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,221.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,221.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Employee Benefits, Pension | |
| | 699843  0021 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2010 | Attend to draft motion for authority to make April 2010 contribution to Grace's pension plans. | Krieger, A. | 0.1 |
| 02/02/2010 | Exchanged memoranda with J. Dolan re: Debtors' motion for authorization to make April 2010 pension contribution. | Krieger, A. | 0.2 |
| 02/11/2010 | Exchanged multiple memoranda with Capstone re defined contribution plan for new hires (.4); attend to J. Bear memorandum re status of pension plans (.1). | Krieger, A. | 0.5 |
| 02/12/2010 | Memorandum to Capstone re: further information on pension plan for new hires. | Krieger, A. | 0.2 |
| 02/17/2010 | Attend to Debtors' motion re: authority to make pension payment (.2); memorandum to J. Baer re: information on delayed defined contribution program for new hires (.3). | Krieger, A. | 0.5 |
| 02/22/2010 | Attend to Capstone memorandum for the Committee re: Debtors' motion for authority to make pension contributions (.8); preparation for 2/23/10 conference call with Debtors' representatives, other parties re: defined contribution plan for new hires and related matters (.3). | Krieger, A. | 1.1 |
| 02/23/2010 | Prepare for conference call with representatives for all parties re: proposed pension plan alternatives (.6); conference call with representatives for all parties re: pension plan alternatives (.6); follow-up conference call with Capstone re: pension plan discussions and follow-up issues (.4). | Krieger, A. | 1.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.2 | $ 695 | $ 2,919.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,919.00 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 2,919.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 104.60 |
| Local Transportation | 36.73 |
| Long Distance Telephone | 778.41 |
| Duplicating Costs-in House | 0.70 |
| Court Reporting Services | 192.60 |
| Word Processing | 30.00 |
| Travel Expenses - Transportation | 525.25 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,668.29 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,668.29 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement 699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2010 | Attend to post-petition plan-related materials (.7); Attend to 1/25/10 transcript (.6). | Krieger, A. | 1.3 |
| 02/02/2010 | Review 1/25/10 transcript. | Kruger, L. | 0.5 |
| 02/02/2010 | Review transcript of closing argument re: lenders issues. | Pasquale, K. | 0.6 |
| 02/03/2010 | Attend to 1/25/10 transcript (2.9); attend to J. Baer memorandum re: insurance neutrality stipulation and attend to same (.3). | Krieger, A. | 3.2 |
| 02/03/2010 | Confer A. Krieger re DIP/LC issues. | Pasquale, K. | 0.2 |
| 02/04/2010 | Attend to 1/25/10 transcript. | Krieger, A. | 4.3 |
| 02/04/2010 | Review draft Committee response to DIP/LC motion. | Pasquale, K. | 0.2 |
| 02/05/2010 | Attend to Stipulation re: insurance neutrality (.5); attend to Stipulation with insurers re: Indirect PI Trust Claims Treatment (.1). | Krieger, A. | 0.6 |
| 02/05/2010 | Research re: exit commitments for A. Krieger. | Magzamen, M. | 0.5 |
| 02/18/2010 | Attend to recent decisions potentially applicable to Grace issues. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | | HOURS | RATE | TOTAL |
|---|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.0 | $ 695 | $ 6,950.00 |
| Kruger, Lewis | 0.5 | 995 | 497.50 |
| Magzamen, Michael S. | 0.5 | 305 | 152.50 |
| Pasquale, Kenneth | 1.0 | 875 | 875.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,475.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,475.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Hearings | | |
| | 699843  0037 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/11/2010 | Office conference LK re: 2/16/10 hearing. | Krieger, A. | 0.1 |
| 02/11/2010 | Review hearing agenda (.2); e-mails KP, AK re: hearing change (.1); o/c AK re: hearing (.1). | Kruger, L. | 0.4 |
| 02/11/2010 | Schedule attorneys' to appear telephonically at the 2/16/10 hearing. | Mohamed, D. | 0.2 |
| 02/12/2010 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 02/16/2010 | Attend to emails with J. O'Neill and recently filed stipulations in preparation for 2/16/10 Court hearing (.6); attend Court hearing (.7); follow-up office conference LK re: hearing (.1); attend to emails re: reported lender discussions (.1). | Krieger, A. | 1.5 |
| 02/16/2010 | Prepare for and attend telephonic court hearing (.6); t/c bank debt holder re: Bernick comment on negotiations (.2); review memo to Committee re: court hearing (.2). | Kruger, L. | 1.0 |
| 02/16/2010 | Prep for and participated by telephone in omnibus court hearing. | Pasquale, K. | 0.8 |
| 02/17/2010 | Office conference LK re: Court discussion regarding settlement discussions. | Krieger, A. | 0.1 |
| 02/17/2010 | O/c with AK re: settlement discussion. | Kruger, L. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 695 | $ 1,251.00 |
| Kruger, Lewis | 1.5 | 995 | 1,492.50 |
| Mohamed, David | 0.2 | 190 | 38.00 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,481.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 3,481.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 56,435.50 |
| TOTAL DISBURSEMENTS/CHARGES | | $ 1,668.29 |
| TOTAL BILL | | $ 58,103.79 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**FEBRUARY 1, 2010 - FEBRUARY 28, 2010**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 2.8 | $ 995 | $   2,786.00 |
| Pasquale, Kenneth | 2.2 | 875 | 1,925.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 65.2 | 695 | 45,314.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael S. | 3.7 | 305 | 1,128.50 |
| Mohamed, David | 27.8 | 190 | 5,282.00 |
|  |  |  |  |
| **Total** | **101.7** |  | **$   56,435.50** |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**FEBRUARY 1, 2010 - FEBRUARY 28, 2010**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 104.60 |
| Local Transportation | | 36.73 |
| Long Distance Telephone | | 778.41 |
| Duplicating Costs-in House | | 0.70 |
| Court Reporting Services | | 192.60 |
| Word Processing | | 30.00 |
| Travel Expenses - Transportation | | 525.25 |
| | | |
| **TOTAL** | $ | **1,668.29** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 23, 2010 |
|---|---|
| INVOICE NO. | 500152 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through  February 28, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder  Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270190725149 on 01/29/2010 | 6.70 |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270192601537 on 01/29/2010 | 9.50 |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270193982722 on 01/29/2010 | 6.70 |
| 02/11/2010 | VENDOR: UPS; INVOICE#: 0000010X827060; DATE: 02/06/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270195198424 on 01/29/2010 | 6.70 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270191757416 on 02/18/2010 | 6.67 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 6.67 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270192351423 on 02/18/2010 | |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196755632 on 02/18/2010 | 9.46 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270198389427 on 02/18/2010 | 6.67 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196472241 on 02/16/2010 | 10.00 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198267666 on 02/16/2010 | 10.00 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199328277 on 02/16/2010 | 15.53 |
| 02/22/2010 | VENDOR: UPS; INVOICE#: 0000010X827080; DATE: 02/20/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States Trustee, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199807651 on 02/16/2010 | 10.00 |

**Outside Messenger Service Total**                                      **104.60**

**Local Transportation**
| 02/02/2010 | VENDOR: NYC Taxi; Invoice#: 887566; Invoice Date: 01/29/2010; Voucher #: 386833; Arlene Krieger 01/25/2010 06:10 from 10 EAST END AVE MANHATTAN NY to 343 7 AVE MANHATTAN NY | 36.73 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Local Transportation Total** | **36.73** |
| | **Long Distance Telephone** | |
| 09/06/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-090609; DATE: 9/6/2009 - Teleconference    09-03-2009 | 22.70 |
| 09/13/2009 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-091309; DATE: 9/13/2009 - Teleconference    09-10-2009 | 15.47 |
| 02/01/2010 | EXTN.795562, TEL.3109969646, S.T.14:38, DUR.00:01:34 | 1.11 |
| 02/05/2010 | EXTN.795544, TEL.3126660431, S.T.11:20, DUR.00:20:12 | 11.68 |
| 02/05/2010 | EXTN.795544, TEL.3126660431, S.T.15:11, DUR.00:03:43 | 2.22 |
| 02/07/2010 | EXTN.795562, TEL.9734678282, S.T.13:57, DUR.00:01:30 | 1.11 |
| 02/11/2010 | EXTN.795544, TEL.3126660431, S.T.10:19, DUR.00:16:13 | 9.45 |
| 02/16/2010 | EXTN.795430, TEL.7032092914, S.T.11:18, DUR.00:01:48 | 1.11 |
| 02/16/2010 | EXTN.795562, TEL.2134306000, S.T.11:23, DUR.00:02:08 | 1.67 |
| 02/17/2010 | EXTN.795544, TEL.7047151728, S.T.10:23, DUR.00:06:22 | 3.89 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/07/10 Court Call LLC | 233.00 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/08/10 Court Call LLC | 219.00 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/12/10 Court Call LLC | 163.00 |
| 02/18/2010 | VENDOR: Chase Card Services; INVOICE#: 020210; DATE: 2/2/2010 - visa charge 01/28/10 Court Call LLC | 93.00 |
| | **Long Distance Telephone Total** | **778.41** |
| | **Duplicating Costs-in House** | |
| 02/01/2010 | | 0.70 |
| | **Duplicating Costs-in House Total** | **0.70** |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Court Reporting Services**

| 02/02/2010 | VENDOR: J & J Court Transcribers, Inc.; INVOICE#: 2010-00233; DATE: 2/2/2010 - federal court expedited 1/25 | 192.60 |
| | **Court Reporting Services Total** | **192.60** |

**Travel Expenses - Transportation**

| 02/01/2010 | VENDOR(EE): A. KRIEGER: 01/29/10 - 01/29/10; DATE: 02-01-2010; Taxi fare to Wilmington Amtrak Station following court hearing - 1/29/2010 | 10.00 * |
| 02/01/2010 | VENDOR(EE): A. KRIEGER: 01/29/10 - 01/29/10; DATE: 02-01-2010; Additional cost for Amtrak ticket resulting from hearing running longer - 1/29/2010 | 45.00 * |
| 02/02/2010 | VENDOR: AMEX; A. KRIEGER /ARLENE PIT LGA on 01/05/2010 | 215.00 * |
| 02/02/2010 | VENDOR: AMEX; A. KRIEGER /ARLENE NYP WIL NYP on 01/22/2010 | 223.00 * |
| 02/02/2010 | VENDOR: AMEX; A.KRIEGER /ARLENE on 01/22/2010 travle booking fee | 32.25 * |
| | **Travel Expenses - Transportation Total** | **525.25** |

**Word Processing - Logit**

| 02/02/2010 | | 30.00 |
| | **Word Processing - Logit Total** | **30.00** |

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 104.60 |
| Local Transportation | 36.73 |
| Long Distance Telephone | 778.41 |
| Duplicating Costs-in House | 0.70 |
| Court Reporting Services | 192.60 |
| Word Processing | 30.00 |
| Travel Expenses - Transportation | 525.25 |

# STROOCK

PAGE: 5

| TOTAL DISBURSEMENTS/CHARGES | $ 1,668.29 |
| --- | --- |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM