# EXHIBIT C

## WR GRACE & CO
## SUMMARY OF FEES
## JANUARY 1, 2010 - MARCH 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 32.3 | $ 995 | $ 32,138.50 |
| Pasquale, Kenneth | 59.4 | 875 | 51,975.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 282.8 | 695 | 196,546.00 |
| | | | |
| **Paraprofessionals** | | | |
| Cromwell, Marlon E. | 0.9 | 245 | 220.50 |
| Magzamen, Michael S. | 10.2 | 305 | 3,111.00 |
| Mohamed, David | 86.5 | 190 | 16,435.00 |
| Wojcik, Mark R. | 1.3 | 305 | 396.50 |
| | | | |
| Sub Total | 473.4 | | $ 300,822.50 |
| Less 50% Travel | (12.9) | | (10,125.25) |
| Total | 460.5 | | $ 290,697.25 |