# EXHIBIT D

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JANUARY 1, 2010 - MARCH 31, 2010

| | |
|---|---:|
| Outside Messenger Service | $ 266.89 |
| Local Transportation | 89.78 |
| Long Distance Telephone | 1040.98 |
| O/S Information Services | 414.8 |
| Duplicating Costs-in House | 1.2 |
| Court Reporting Services | 357.3 |
| Word Processing | 30 |
| In House Messenger Service | 29.26 |
| Travel Expenses - Transportation | 1103.01 |
| Travel Expenses - Lodging | 1001.75 |
| Travel Expenses - Meals | 331.07 |
| Westlaw | 802.25 |
| | |
| **TOTAL** | **$ 5,468.29** |