**EXHIBIT A**

# Blackstone Advisory Partners L.P.

May 12, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of January 1, 2010 through January 31, 2010:  $  150,000.00

Out-of-pocket expenses processed for the period through January 31, 2010:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 30.00 | |
| Ground Transportation | | 583.66 | |
| Communications | | 13.34 | |
| Meals | | 235.05 | |
| Document Production | | 18.73 | |
| Lodging | | 736.19 | |
| Research | | 16.80 | 1,633.77 |
| | | | |
| Less: Payment Received | | | (121,633.77) |
| | | | |
| **Total Amount Due** | | | **$     30,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 43584

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**

| | GL Detail Jan-10 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | 30.00 | $ | 30.00 |
| Ground Transportation - Local Travel | | 20.88 | | 20.88 |
| Ground Transportation - Out of Town Travel | | 366.18 | | 366.18 |
| Ground Transportation - Railroad | | 196.60 | | 196.60 |
| Communications  - Teleconferencing | | 13.34 | | 13.34 |
| Meals with Clients | | 68.24 | | 68.24 |
| Employee Meals | | 166.81 | | 166.81 |
| Document Production | | 18.73 | | 18.73 |
| Lodging | | 736.19 | | 736.19 |
| External Research - Online Database | | 16.80 | | 16.80 |
| **Total Expenses** | **$** | **1,633.77** | **$** | **1,633.77** |

| | | |
|---|---|---|
| **Airfare** | $ | 30.00 |
| **Ground Transportation** | | 583.66 |
| **Communications** | | 13.34 |
| **Meals** | | 235.05 |
| **Document Production** | | 18.73 |
| **Lodging** | | 736.19 |
| **Research** | | 16.80 |
| **Total Expenses** | $ | 1,633.77 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through January 31, 2010**
**Invoice No. 43584**

**Airfare**

| | | | |
|---|---|---|---|
| Bonanno (exchange fee for time change of flight to Washington, DC from Queens, NY on 12/16/09 - see Invoice No. 43460) | 12/16/09 | 30.00 | |
| | Subtotal - Airfare | | $  30.00 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Bonanno (weeknight taxi home from Blackstone after working late) | 12/15/09 | 10.32 | |
| Sperling (taxi to New York Penn Station from Blackstone) | 12/16/09 | 10.56 | |
| | Subtotal - Ground Transportation - Local Travel | | 20.88 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Bonanno (Hertz car rental for transportation while in Columbia, MD) | 12/16/09 - 12/17/09 | 191.18 | |
| O'Connell (taxi to hotel in Columbia, MD from BWI train station in Baltimore, MD) | 12/15/09 | 60.00 | |
| O'Connell (taxi to BWI train station in Baltimore, MD from client meeting in Columbia, MD) | 12/16/09 | 60.00 | |
| Sperling (taxi to hotel in Columbia, MD from BWI train station in Baltimore, MD) | 12/15/09 | 55.00 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 366.18 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Sperling (travel agency fee for booking of one-way train travel to Baltimore, MD from New York, NY on 12/15/09) | 12/14/09 | 20.00 | |
| Sperling (one-way train trip to Baltimore, MD from New York, NY) | 12/15/09 | 176.60 | |
| | Subtotal - Ground Transportation - Railroad | | 196.60 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 07/30/09 | 2.92 | |
| O'Connell | 11/24/09 | 10.42 | |
| | Subtotal - Communications - Teleconferencing | | 13.34 |

**Meals with Clients**

| | | | |
|---|---|---|---|
| O'Connell (1 working dinner meal with B. Dockman of W.R. Grace in Columbia, MD) | 12/15/09 | 68.24 | |
| | Subtotal - Meals with Clients | | 68.24 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Bonanno (1 working dinner meal while in Columbia, MD) | 12/16/09 | 51.90 | |
| Bonanno (1 working breakfast meal while in Columbia, MD) | 12/17/09 | 4.46 | |
| O'Connell (1 working lunch meal @ BWI train station in Baltimore, MD) | 12/16/09 | 16.80 | |
| Sperling (1 working dinner meal while in Columbia, MD) | 12/16/09 | 51.90 | |
| Sperling (1 working dinner meal while in Columbia, MD) | 12/17/09 | 41.75 | |
| | Subtotal - Employee Meals | | 166.81 |

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell (fee for photocopying of documents @ hotel in Columbia, MD) | 12/16/09 | 18.73 | |
| | Subtotal - Document Production | | 18.73 |

**Lodging**

| | | | |
|---|---|---|---|
| Bonanno (1 day hotel stay in Columbia, MD) | 12/16/09 - 12/17/09 | 178.83 | |
| O'Connell (1 day hotel stay in Columbia, MD) | 12/15/09 - 12/16/09 | 199.70 | |
| Sperling (2 day hotel stay in Columbia, MD) | 12/15/09 - 12/16/09 | 357.66 | |
| | Subtotal - Lodging | | 736.19 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 03/21/09 | 2.40 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 06/18/09 | 7.20 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 08/21/09 | 2.40 | |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 12/12/09 | 4.80 | |
| | Subtotal - External Research - Online Database | | 16.80 |
| | **Total Expenses** | | $  1,633.77 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 36.8 |
| Matthew Bonnano | Associate | 45.7 |
| Michael Sperling | Analyst | 97.7 |
| | **Total** | **180.2** |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/05/10 | 0.6 | Business Analysis | Review financial analysis |
| Jamie O'Connell | 01/05/10 | 0.2 | Business Analysis | Review financial analysis of deferred payments |
| Jamie O'Connell | 01/06/10 | 0.3 | Business Analysis | Status update M. Bonanno and M. Sperling |
| Matthew Bonanno | 01/06/10 | 0.3 | Business Analysis | Status update J. O'Connell and M. Sperling |
| Michael Sperling | 01/06/10 | 0.3 | Business Analysis | Status update J. O'Connell and M. Sperling |
| Matthew Bonanno | 01/08/10 | 0.2 | Business Analysis | Status update with M. Sperling |
| Michael Sperling | 01/08/10 | 0.2 | Business Analysis | Status update with M. Bonanno |
| Michael Sperling | 01/08/10 | 4.3 | Business Analysis | Financial model updates |
| Michael Sperling | 01/11/10 | 2.2 | Business Analysis | Financial model updates |
| Michael Sperling | 01/12/10 | 4.2 | Business Analysis | Financial model updates |
| Jamie O'Connell | 01/14/10 | 0.4 | Business Analysis | Financial analysis |
| Michael Sperling | 01/15/10 | 3.1 | Business Analysis | Financial model updates |
| Michael Sperling | 01/19/10 | 6.3 | Business Analysis | Financial model updates |
| Michael Sperling | 01/20/10 | 4.7 | Business Analysis | Financial model updates |
| Matthew Bonanno | 01/21/10 | 8.3 | Business Analysis | Attend management meetings in Columbia, MD |
| Michael Sperling | 01/21/10 | 8.3 | Business Analysis | Attend management meetings in Columbia, MD |
| Jamie O'Connell | 01/25/10 | 0.4 | Business Analysis | Review correspondence and financial analysis |
| Jamie O'Connell | 01/25/10 | 0.1 | Business Analysis | Review correspondence regarding committee information request |
| Michael Sperling | 01/25/10 | 1.7 | Business Analysis | Financial model updates |
| Michael Sperling | 01/26/10 | 0.1 | Business Analysis | Call w/ D. Grebow re: warrant pricing |
| Michael Sperling | 01/27/10 | 2.2 | Business Analysis | Financial model updates |
| | | 48.4 | | |

# BLACKSTONE ADVISORY PARTNERS L.P.
## HOURLY DETAILS FOR THE PERIOD OF
### JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence from management regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/03/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence from counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/03/10 | 0.2 | Claims Analysis Objection/Resolution | Correspondence to M. Bonanno regarding pre-petition bank debt claims |
| Matthew Bonanno | 01/03/10 | 1.1 | Claims Analysis Objection/Resolution | Review bank debt interest rate analysis |
| Matthew Bonanno | 01/03/10 | 0.3 | Claims Analysis Objection/Resolution | Correspondence with K&E regarding bank debt interest rate analysis |
| Michael Sperling | 01/03/10 | 2.3 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Jamie O'Connell | 01/04/10 | 0.3 | Claims Analysis Objection/Resolution | Correspondence with counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/04/10 | 0.2 | Claims Analysis Objection/Resolution | Call with M. Bonanno regarding pre-petition bank debt |
| Matthew Bonanno | 01/04/10 | 0.6 | Claims Analysis Objection/Resolution | Correspondence with K&E regarding bank debt interest rate analysis |
| Matthew Bonanno | 01/04/10 | 0.4 | Claims Analysis Objection/Resolution | Correspondence with K&E regarding bank debt interest rate analysis |
| Matthew Bonanno | 01/04/10 | 0.2 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding pre-petition bank debt |
| Michael Sperling | 01/04/10 | 1.8 | Claims Analysis Objection/Resolution | Bank debt interest rate analyses |
| Michael Sperling | 01/04/10 | 0.3 | Claims Analysis Objection/Resolution | Bank debt pricing analysis |
| Jamie O'Connell | 01/06/10 | 0.2 | Claims Analysis Objection/Resolution | Review materials from counsel regarding pre-petition bank debt claims |
| Jamie O'Connell | 01/08/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence regarding claims analysis |
| Michael Sperling | 01/08/10 | 0.7 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Jamie O'Connell | 01/09/10 | 0.2 | Claims Analysis Objection/Resolution | Call with M. Sperling regarding claims analysis |
| Jamie O'Connell | 01/09/10 | 0.3 | Claims Analysis Objection/Resolution | Review analysis of claims estimates |
| Michael Sperling | 01/09/10 | 0.2 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding claims analysis |
| Michael Sperling | 01/09/10 | 4.7 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Jamie O'Connell | 01/10/10 | 0.2 | Claims Analysis Objection/Resolution | Review analysis of claims estimates |
| Jamie O'Connell | 01/10/10 | 0.2 | Claims Analysis Objection/Resolution | Call with M. Sperling regarding claims analysis |
| Michael Sperling | 01/10/10 | 1.5 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Michael Sperling | 01/10/10 | 0.2 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding claims analysis |
| Jamie O'Connell | 01/11/10 | 0.3 | Claims Analysis Objection/Resolution | Review analysis of claims estimates |
| Michael Sperling | 01/13/10 | 2.7 | Claims Analysis Objection/Resolution | L/C interest claims analysis |
| Jamie O'Connell | 01/22/10 | 0.3 | Claims Analysis Objection/Resolution | Review claims analysis |
| Jamie O'Connell | 01/22/10 | 0.3 | Claims Analysis Objection/Resolution | Call with M. Shehnitz, T. Freedman and M. Sperling regarding claims |
| Jamie O'Connell | 01/22/10 | 0.2 | Claims Analysis Objection/Resolution | Meeting with internal team regarding claims |
| Matthew Bonanno | 01/22/10 | 0.2 | Claims Analysis Objection/Resolution | Meeting with internal team regarding claims |
| Michael Sperling | 01/22/10 | 0.3 | Claims Analysis Objection/Resolution | Call with M. Shehnitz, T. Freedman and J. O'Connell regarding claims |
| Michael Sperling | 01/22/10 | 0.2 | Claims Analysis Objection/Resolution | Meeting with internal team regarding claims |
| Jamie O'Connell | 01/25/10 | 0.2 | Claims Analysis Objection/Resolution | Review correspondence regarding pre-petition bank debt claims |
| Michael Sperling | 01/25/10 | 0.6 | Claims Analysis Objection/Resolution | Pre-petition bank debt analysis |
| Michael Sperling | 01/25/10 | 0.4 | Claims Analysis Objection/Resolution | Pre-petition bank debt analysis |
| Michael Sperling | 01/27/10 | 1.3 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 23.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/26/10 | 0.5 | Committee | Handle committee information request |
| Michael Sperling | 01/28/10 | 0.3 | Committee | Committee information requests |
| | | 0.8 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/26/10 | 0.5 | Employee Benefits/Pension | Review draft motion regarding pension funding |
| Matthew Bonanno | 01/26/10 | 0.9 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 01/28/10 | 0.5 | Employee Benefits/Pension | Review draft pension motion and circulate to financial advisors |
| | | 1.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/02/10 | 1.2 | Financing | Review draft engagement letters |
| Jamie O'Connell | 01/03/10 | 0.5 | Financing | Draft declaration regarding exit financing |
| Jamie O'Connell | 01/03/10 | 0.5 | Financing | Review draft engagement letters of prospective exit financing lenders |
| Jamie O'Connell | 01/03/10 | 0.2 | Financing | Correspondence regarding engagement letters of prospective exit financing lenders |
| Jamie O'Connell | 01/04/10 | 0.2 | Financing | Call with counsel regarding exit financing matters |
| Matthew Bonanno | 01/04/10 | 2.3 | Financing | Analysis regarding exit financing |
| Matthew Bonanno | 01/04/10 | 0.2 | Financing | Correspondence with potential exit financing lender |
| Jamie O'Connell | 01/05/10 | 0.4 | Financing | Correspondence regarding engagement letters of prospective exit financing lenders |
| Jamie O'Connell | 01/05/10 | 0.6 | Financing | Draft declaration regarding exit financing |
| Jamie O'Connell | 01/05/10 | 0.9 | Financing | Call with management, K&E and potential exit financing lenders |
| Jamie O'Connell | 01/05/10 | 0.1 | Financing | Follow up call with M. Bonanno |
| Jamie O'Connell | 01/05/10 | 0.2 | Financing | Call with K&E regarding exit financing |
| Jamie O'Connell | 01/05/10 | 0.2 | Financing | Status meeting with M. Bonanno |
| Jamie O'Connell | 01/05/10 | 0.2 | Financing | Call with prospective exit financing lender |
| Matthew Bonanno | 01/05/10 | 0.6 | Financing | Correspondence with potential exit financing lender |
| Matthew Bonanno | 01/05/10 | 1.4 | Financing | Analysis regarding exit financing |
| Matthew Bonanno | 01/05/10 | 0.9 | Financing | Call with management, K&E and potential exit financing lenders |
| Matthew Bonanno | 01/05/10 | 0.1 | Financing | Follow up call with J. O'Connell |
| Matthew Bonanno | 01/05/10 | 0.2 | Financing | Call with K&E regarding exit financing |
| Matthew Bonanno | 01/05/10 | 0.2 | Financing | Status meeting with J. O'Connell |
| Matthew Bonanno | 01/05/10 | 0.2 | Financing | Call with prospective exit financing lender |
| Jamie O'Connell | 01/06/10 | 0.3 | Financing | Discussion with M. Bonanno and M. Sperling regarding deferred payment obligations |
| Jamie O'Connell | 01/06/10 | 0.9 | Financing | Call with potential exit financing lender and management |
| Jamie O'Connell | 01/06/10 | 0.3 | Financing | Status update with M. Bonanno and M. Sperling |
| Jamie O'Connell | 01/06/10 | 0.6 | Financing | Call with E. Filon regarding deferred payment analysis and exit financing |
| Matthew Bonanno | 01/06/10 | 0.3 | Financing | Discussion with J. O'Connell and M. Sperling regarding deferred payment obligations |
| Matthew Bonanno | 01/06/10 | 0.6 | Financing | Call with E. Filon regarding deferred payment analysis and exit financing |
| Matthew Bonanno | 01/06/10 | 0.2 | Financing | Status update J O'Connell |
| Matthew Bonanno | 01/06/10 | 0.3 | Financing | Status update J O'Connell and M. Sperling |
| Matthew Bonanno | 01/06/10 | 0.4 | Financing | Financial analysis |
| Matthew Bonanno | 01/06/10 | 0.9 | Financing | Call with potential exit financing lender and management |
| Michael Sperling | 01/06/10 | 0.3 | Financing | Discussion with J. O'Connell and M. Bonanno regarding deferred payment obligations |
| Michael Sperling | 01/06/10 | 0.3 | Financing | Status update J O'Connell and M. Bonanno |
| Michael Sperling | 01/06/10 | 0.9 | Financing | Call with potential exit financing lender and management |
| Michael Sperling | 01/06/10 | 0.6 | Financing | Call with E. Filon regarding deferred payment analysis and exit financing |
| Jamie O'Connell | 01/07/10 | 0.7 | Financing | Conference call with management, counsel and prospective exit financing lenders |
| Jamie O'Connell | 01/07/10 | 0.1 | Financing | Call with C. Greco of Kirkland regarding engagement letters of exit lenders |
| Matthew Bonanno | 01/07/10 | 0.7 | Financing | Conference call with management, counsel and prospective exit financing lenders |
| Matthew Bonanno | 01/07/10 | 0.3 | Financing | Review correspondence related to exit financing |
| Michael Sperling | 01/07/10 | 0.9 | Financing | Exit financing working group list |
| Jamie O'Connell | 01/08/10 | 0.6 | Financing | Draft declaration regarding exit financing |
| Jamie O'Connell | 01/08/10 | 0.7 | Financing | Review draft exit financing motion |
| Jamie O'Connell | 01/08/10 | 0.3 | Financing | Correspondence to management and counsel regarding exit financing matters |
| Jamie O'Connell | 01/08/10 | 0.2 | Financing | Call with K&E regarding exit financing |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/08/10 | 1.3 | Financing | Calls and correspondence related to exit financing motions |
| Matthew Bonanno | 01/08/10 | 1.2 | Financing | Review draft exit financing motion and O'Connell declaration |
| Matthew Bonanno | 01/08/10 | 0.4 | Financing | Correspondence with K&E regarding exit financing |
| Matthew Bonanno | 01/08/10 | 0.2 | Financing | Call with K&E regarding exit financing |
| Matthew Bonanno | 01/08/10 | 1.3 | Financing | Calls and correspondence related to exit financing motions |
| Matthew Bonanno | 01/08/10 | 0.2 | Financing | Status update with M. Sperling |
| Michael Sperling | 01/08/10 | 0.2 | Financing | Status update with M. Bonanno |
| Michael Sperling | 01/08/10 | 0.2 | Financing | Call with M. Narducca re: exit financing working group list |
| Michael Sperling | 01/08/10 | 0.5 | Financing | Update working group list re: exit financing |
| Jamie O'Connell | 01/12/10 | 0.2 | Financing | Call with E. Leibenstein regarding various matters |
| Jamie O'Connell | 01/12/10 | 0.5 | Financing | Call with E. Filon and M. Sperling regarding committee call |
| Jamie O'Connell | 01/12/10 | 1.2 | Financing | Prepare for conference call with financial advisors |
| Jamie O'Connell | 01/12/10 | 0.9 | Financing | Conference call with financial advisors regarding exit financing |
| Jamie O'Connell | 01/12/10 | 0.3 | Financing | Internal follow-up call with M. Bonanno and M. Sperling |
| Matthew Bonanno | 01/12/10 | 0.9 | Financing | Conference call with financial advisors regarding exit financing |
| Matthew Bonanno | 01/12/10 | 0.3 | Financing | Internal follow-up call with J. O'Connell and M. Sperling |
| Michael Sperling | 01/12/10 | 0.5 | Financing | Call with E. Filon and J. O'Connell regarding exit financing advisor discussion |
| Michael Sperling | 01/12/10 | 0.9 | Financing | Conference call with financial advisors regarding exit financing |
| Michael Sperling | 01/12/10 | 0.3 | Financing | Internal follow-up call with J. O'Connell and M. Bonanno |
| Jamie O'Connell | 01/13/10 | 0.2 | Financing | Call with C. Greco of Kirkland regarding exit financing matters |
| Jamie O'Connell | 01/13/10 | 0.3 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.7 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 01/14/10 | 1.5 | Financing | Review and comment on draft motion regarding DIP and letter of credit facilities |
| Jamie O'Connell | 01/14/10 | 0.1 | Financing | Call with C. Greco of Kirkland regarding exit financing matters |
| Jamie O'Connell | 01/14/10 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.7 | Financing | Call with management, counsel and advisors to unsecureds regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.5 | Financing | Follow-up call with management and counsel regarding exit financing |
| Jamie O'Connell | 01/14/10 | 0.5 | Financing | Draft declaration regarding exit financing |
| Matthew Bonanno | 01/14/10 | 0.5 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonanno | 01/14/10 | 0.7 | Financing | Call with management, counsel and advisors to unsecureds regarding exit financing |
| Matthew Bonanno | 01/14/10 | 0.5 | Financing | Follow-up call with management and counsel regarding exit financing |
| Jamie O'Connell | 01/15/10 | 0.4 | Financing | Review motion regarding exit financing |
| Michael Sperling | 01/16/10 | 1.1 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/17/10 | 1.5 | Financing | Financial analysis regarding foreign vs. domestic cash flows |
| Jamie O'Connell | 01/17/10 | 1.2 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Matthew Bonanno | 01/17/10 | 0.3 | Financing | Call w/ M. Sperling re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/17/10 | 5.2 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/17/10 | 0.3 | Financing | Call w/ M. Bonanno re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/18/10 | 0.9 | Financing | Financial analysis regarding foreign vs. domestic cash flows |
| Jamie O'Connell | 01/18/10 | 0.6 | Financing | Calls w/ M. Sperling re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/18/10 | 1.0 | Financing | Conference call with Grace management regarding cash flow analysis |
| Matthew Bonanno | 01/18/10 | 0.5 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.6 | Financing | Calls w/ J. O'Connell re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 1.0 | Financing | Conference call with Grace management regarding cash flow analysis |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 01/18/10 | 3.7 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 3.4 | Financing | Additional financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.2 | Financing | Call w/ E. Filon re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.4 | Financing | Call w/ E. Filon re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.1 | Financing | Call w/ E. Filon re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.4 | Financing | Call w/ A. Gibbons re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 0.5 | Financing | Call w/ A. Gibbons re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/18/10 | 1.0 | Financing | Conference call with Grace management regarding cash flow analysis |
| Michael Sperling | 01/21/10 | 3.6 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/22/10 | 0.4 | Financing | Call with E. Filon and internal team regarding cash flow analysis |
| Matthew Bonanno | 01/22/10 | 0.4 | Financing | Call with Goldman Sachs regarding exit financing |
| Michael Sperling | 01/22/10 | 0.4 | Financing | Call with E. Filon and internal team regarding cash flow analysis |
| Michael Sperling | 01/22/10 | 0.4 | Financing | Call with E. Filon and internal team regarding cash flow analysis |
| Michael Sperling | 01/22/10 | 3.6 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Michael Sperling | 01/25/10 | 0.2 | Financing | Call with E. Filon and A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 0.1 | Financing | Call with A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 0.5 | Financing | Call with A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 0.3 | Financing | Call with A. Arshad regarding cash flow analysis |
| Michael Sperling | 01/25/10 | 2.1 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/26/10 | 0.7 | Financing | Call with H. La Force, E. Filon and Goldman Sachs regarding exit financing |
| Matthew Bonanno | 01/26/10 | 0.3 | Financing | Review correspondence related to exit financing |
| Matthew Bonanno | 01/26/10 | 0.7 | Financing | Call with H. La Force, E. Filon and Goldman Sachs regarding exit financing |
| Michael Sperling | 01/26/10 | 0.3 | Financing | Call with E. Filon regarding cash flow analysis |
| Michael Sperling | 01/26/10 | 0.7 | Financing | Financial analysis re: foreign vs. domestic cash flow breakdown |
| Jamie O'Connell | 01/27/10 | 0.4 | Financing | Review ART credit agreement motion |
| Jamie O'Connell | 01/28/10 | 0.2 | Financing | Review correspondence regarding exit financing |
| Jamie O'Connell | 01/29/10 | 0.2 | Financing | Call with Goldman Sachs regarding exit financing |
| Jamie O'Connell | 01/29/10 | 0.4 | Financing | Various calls related to exit financing and committee information requests |
| Matthew Bonanno | 01/29/10 | 0.4 | Financing | Correspondence and information requests related to exit financing |
| Matthew Bonanno | 01/29/10 | 0.4 | Financing | Various calls related to exit financing and committee information requests |
| | | 81.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 01/20/10 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD from NYC for management meetings |
| Michael Sperling | 01/20/10 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD from NYC for management meetings |
| Matthew Bonanno | 01/21/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Columbia, MD for management meetings |
| Michael Sperling | 01/21/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Columbia, MD for management meetings |
| | | 14.0 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 01/04/10 | 0.3 | Other | Updating contact list |
| Jamie O'Connell | 01/06/10 | 0.2 | Other | Call with management |
| Matthew Bonanno | 01/06/10 | 0.2 | Other | Call with management |
| Jamie O'Connell | 01/15/10 | 2.0 | Other | Management meeting regarding various matters |
| Jamie O'Connell | 01/15/10 | 1.2 | Other | Follow-up correspondence regarding management meeting |
| Jamie O'Connell | 01/15/10 | 0.2 | Other | Status update with M. Bonanno |
| Matthew Bonanno | 01/15/10 | 2.0 | Other | Management meeting regarding various matters |
| Matthew Bonanno | 01/15/10 | 0.2 | Other | Status update with J. O'Connell |
| Jamie O'Connell | 01/19/10 | 0.3 | Other | Correspondence and call regarding management meeting |
| | | **6.6** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/08/10 | 0.3 | Plan and Disclosure Statement | Call with J. Baer and M. Bonanno regarding closing arguments and other matters |
| Matthew Bonanno | 01/08/10 | 0.3 | Plan and Disclosure Statement | Call with J. Baer and J. O'Connell regarding closing arguments and other matters |
| Jamie O'Connell | 01/12/10 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 01/19/10 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matthew Bonanno | 01/19/10 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 01/26/10 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | 2.9 | | |

# Blackstone Advisory Partners L.P.

May 12, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of March 1, 2010 through March 31, 2010: | | | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through March 31, 2010:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 1,361.33 | |
| Ground Transportation | | 1,267.85 | |
| Communications | | 69.26 | |
| Meals | | 288.68 | |
| Document Production | | 82.08 | |
| Lodging | | 1,169.24 | 4,238.44 |
| **Total Amount Due** | | $ | **179,238.44** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 46386

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through March 31, 2010**
**Invoice No. 46386**

| | GL Detail Mar-10 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | 1,361.33 | $ 1,361.33 |
| Ground Transportation - Local Travel | | 62.40 | 62.40 |
| Ground Transportation - Out of Town Travel | | 781.45 | 781.45 |
| Ground Transportation - Railroad | | 424.00 | 424.00 |
| Communications - Teleconferencing | | 65.06 | 65.06 |
| Communications - Federal Express | | 4.20 | 4.20 |
| Employee Meals | | 288.68 | 288.68 |
| Document Production | | 82.08 | 82.08 |
| Lodging | | 1,169.24 | 1,169.24 |
| | $ | 4,238.44 | $ 4,238.44 |

| | | |
|---|---|---|
| Airfare | $ | 1,361.33 |
| Ground Transportation | | 1,267.85 |
| Communications | | 69.26 |
| Meals | | 288.68 |
| Document Production | | 82.08 |
| Lodging | | 1,169.24 |
| Total Expenses | $ | 4,238.44 |

W.R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2010
Invoice No. 46386

**Airfare**

| | | | |
|---|---|---|---|
| Bonanno (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 01/20/10) | 01/20/10 | 20.00 | |
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 01/20/10 | 240.79 | |
| Bonanno (travel agency fee for booking of one-way flight to Queens, NY from Washington, DC on 01/21/10) | 01/21/10 | 20.00 | |
| Bonanno (one-way coach class flight to Queens, NY from Washington, DC) | 01/21/10 | 234.70 | |
| Bonanno (travel agency fee for booking of one-way flight to Washington, DC from Tampa, FL on 03/03/10) | 02/26/10 | 10.00 | |
| Bonanno (one-way coach class flight to Washington, DC from Tampa, FL) | 03/03/10 | 320.35 | |
| Sperling (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 01/20/10) | 01/20/10 | 20.00 | |
| Sperling (one-way coach class flight to Washington, DC from Queens, NY) | 01/20/10 | 240.79 | |
| Sperling (travel agency fee for booking of one-way flight to Queens, NY from Washington, DC on 01/21/10) | 01/21/10 | 20.00 | |
| Sperling (one-way coach class flight to Queens, NY from Washington, DC) | 01/21/10 | 234.70 | |
| | **Subtotal - Airfare** | | $      1,361.33 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Bonanno (taxi home from Blackstone) | 01/20/10 | 12.40 | |
| Bonanno (weeknight taxi home from Blackstone after working late) | 03/05/10 | 10.50 | |
| Bonanno (weekend taxi to Blackstone from home) | 03/06/10 | 9.25 | |
| Sperling (taxi to LaGuardia Airport in Queens, NY from home) | 01/20/10 | 20.40 | |
| Sperling (weeknight taxi home from Blackstone after working late) | 01/21/10 | 9.85 | |
| | **Subtotal - Ground Transportation - Local Travel** | | 62.40 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Bonanno (hotel fee for parking of Hertz car rental) | 01/20/10 | 50.00 | |
| Bonanno (Hertz car rental for transportation to/from meetings in Baltimore, MD from/to hotel in Washington, DC) | 01/20/10 - 01/21/10 | 130.70 | |
| Bonanno (hotel fee for parking of Avis car rental) | 03/03/10 | 39.44 | |
| Bonanno (Avis car rental for transportation to/from meetings from/to hotel in Baltimore, MD) | 03/03/10 - 03/05/10 | 477.87 | |
| Bonanno (hotel fee for parking of Avis car rental) | 03/04/10 | 39.44 | |
| O'Connell (taxi to BWI train station in Baltimore, MD from client offices in Columbia, MD) | 03/04/10 | 44.00 | |
| | **Subtotal - Ground Transportation - Out of Town Travel** | | 781.45 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Bonanno (one-way train trip to New York, NY from BWI train station in Baltimore, MD) | 03/04/10 | 212.00 | |
| O'Connell (one-way train trip to New York, NY from BWI train station in Baltimore, MD) | 03/02/10 | 212.00 | |
| | **Subtotal - Ground Transportation - Railroad** | | 424.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Bonanno | 12/24/09 | 1.08 | |
| O'Connell | 01/24/10 | 49.40 | |
| O'Connell | 02/24/10 | 14.58 | |
| | **Subtotal - Communications - Teleconferencing** | | 65.06 |

**Communications - Federal Express**

| | | | |
|---|---|---|---|
| O'Connell | 03/05/10 | 4.20 | |
| | **Subtotal - Communications - Federal Express** | | 4.20 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Bonanno (1 working dinner meal while in Baltimore, MD) | 01/20/10 | 50.00 | |
| Bonanno (1 working dinner meal while in Baltimore, MD) | 03/03/10 | 50.00 | |
| Bonanno (1 working breakfast meal while in Baltimore, MD) | 03/04/10 | 3.13 | |
| Bonanno (1 working lunch meal while in Baltimore, MD) | 03/04/10 | 25.00 | |
| Bonanno (1 weekend working breakfast meal @ Blackstone) | 03/06/10 | 12.78 | |
| Bonanno (1 weekend working lunch meal @ Blackstone) | 03/06/10 | 16.17 | |
| O'Connell (1 working dinner meal while in Baltimore, MD) | 03/03/10 | 50.00 | |
| O'Connell (1 working lunch meal while in Baltimore, MD) | 03/04/10 | 25.00 | |
| Sperling (1 working dinner meal while in Baltimore, MD) | 01/20/10 | 50.00 | |
| Sperling (1 working meal @ airport in Washington, DC) | 01/21/10 | 6.60 | |
| | **Subtotal - Employee Meals** | | 288.68 |

**Document Production**

| | | | |
|---|---|---|---|
| Sperling (228 color photocopies calculated @ a rate of $0.36 per page) | 03/08/10 | 82.08 | |
| | **Subtotal -Document Production** | | 82.08 |

**Lodging**

| | | | |
|---|---|---|---|
| Bonanno (1 day hotel stay in Washington, DC) | 01/20/10 - 01/21/10 | 250.00 | |
| Bonanno (2 day hotel stay in Baltimore, MD) | 03/03/10 - 03/05/10 | 431.20 | |
| O'Connell (1 day hotel stay in Baltimore, MD) | 03/03/10 - 03/04/10 | 238.04 | |
| Sperling (1 day hotel stay in Washington, DC) | 01/20/10 - 01/21/10 | 250.00 | |
| | **Subtotal - Lodging** | | 1,169.24 |
| | **Total Expenses** | | $      4,238.44 |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
MARCH 1, 2010 THROUGH MARCH 31, 2010

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 43.0 |
| Matthew Bonnano | Associate | 54.0 |
| Michael Sperling | Analyst | 113.7 |
| Total | | 210.7 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/15/10 | 0.5 | Business Analysis | Valuation analysis |
| Jamie O'Connell | 03/16/10 | 0.4 | Business Analysis | Review 8-K filing of pro forma financial statements |
| Jamie O'Connell | 03/19/10 | 0.1 | Business Analysis | Warrant analysis |
| Jamie O'Connell | 03/22/10 | 0.8 | Business Analysis | Correspondence and calls regarding business development |
| Jamie O'Connell | 03/25/10 | 0.2 | Business Analysis | Correspondence regarding various matters |
| Jamie O'Connell | 03/29/10 | 0.2 | Business Analysis | Warrant analysis |
| Jamie O'Connell | 03/29/10 | 0.4 | Business Analysis | Status meetings with M. Bonanno |
| Matthew Bonanno | 03/29/10 | 0.4 | Business Analysis | Status meetings with J. O'Connell |
| Jamie O'Connell | 03/30/10 | 0.6 | Business Analysis | Financial analysis |
| | | 3.6 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2010 THROUGH MARCH 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 03/01/10 | 0.6 | Committee | Handle committee information request |
| Jamie O'Connell | 03/06/10 | 0.2 | Committee | Review various correspondence to committee professionals |
| Matthew Bonanno | 03/08/10 | 0.6 | Committee | Correspondence with D. Grebow regarding committee information request |
| Matthew Bonanno | 03/08/10 | 0.2 | Committee | Review various correspondence to committee professionals |
| Matthew Bonanno | 03/08/10 | 0.3 | Committee | Manage committee information request |
| Matthew Bonanno | 03/09/10 | 1.2 | Committee | Various correspondence to committee professionals regarding 2010 AOP |
| Matthew Bonanno | 03/09/10 | 0.5 | Committee | Correspondence with D. Grebow regarding committee information request |
| Jamie O'Connell | 03/15/10 | 0.2 | Committee | Call with J. Radecki regarding information request |
| Matthew Bonanno | 03/15/10 | 0.4 | Committee | Manage committee information request |
| Matthew Bonanno | 03/19/10 | 0.2 | Committee | Coordinate Capstone information request regarding LTIP |
| Jamie O'Connell | 03/22/10 | 0.1 | Committee | Call with J. Radecki regarding information request |
| Matthew Bonanno | 03/22/10 | 0.7 | Committee | Coordinate Capstone information request regarding LTIP |
| Matthew Bonanno | 03/26/10 | 0.3 | Committee | Correspondence related to LTIP motion |
| Matthew Bonanno | 03/29/10 | 0.4 | Committee | Correspondence and organization related to pension discussion call |
| Jamie O'Connell | 03/30/10 | 0.5 | Committee | Call w/ committee FAs on retirement plan |
| Jamie O'Connell | 03/30/10 | 0.2 | Committee | Manage committee information request |
| Michael Sperling | 03/30/10 | 0.5 | Committee | Call w/ committee FAs on retirement plan |
| | | 7.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/09/10 | 0.5 | Employee Benefits/Pension | Review LTIP motion |
| | | **0.5** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 03/01/10 | 0.4 | Financing | Claims analysis |
| Michael Sperling | 03/01/10 | 1.6 | Financing | Financial model analysis |
| Michael Sperling | 03/02/10 | 1.4 | Financing | Claims analysis |
| Michael Sperling | 03/02/10 | 3.1 | Financing | Financial model analysis |
| Michael Sperling | 03/03/10 | 7.0 | Financing | Review of financial model and draft presentations at Grace's offices |
| Jamie O'Connell | 03/04/10 | 5.5 | Financing | Review of financial model and draft presentations at Grace's offices |
| Matthew Bonanno | 03/04/10 | 9.5 | Financing | Review of financial model and draft presentations at Grace's offices |
| Michael Sperling | 03/04/10 | 9.5 | Financing | Review of financial model and draft presentations at Grace's offices |
| Matthew Bonanno | 03/05/10 | 4.5 | Financing | Review of financial model and draft presentations at Grace's offices |
| Michael Sperling | 03/05/10 | 4.5 | Financing | Review of financial model and draft presentations at Grace's offices |
| Matthew Bonanno | 03/06/10 | 2.5 | Financing | Review draft ratings agency presentation |
| Michael Sperling | 03/06/10 | 0.5 | Financing | Review draft ratings agency presentation |
| Matthew Bonanno | 03/08/10 | 0.4 | Financing | Conference call with third-party regarding ratings agency presentation |
| Michael Sperling | 03/08/10 | 0.4 | Financing | Conference call with third-party regarding ratings agency presentation |
| Michael Sperling | 03/08/10 | 2.5 | Financing | Financial model analysis |
| Michael Sperling | 03/08/10 | 0.2 | Financing | Call w. M Brown re. financial model analysis |
| Jamie O'Connell | 03/09/10 | 1.0 | Financing | Draft ratings agency presentation |
| Matthew Bonanno | 03/09/10 | 0.9 | Financing | Edit ratings agency presentation |
| Matthew Bonanno | 03/09/10 | 0.3 | Financing | Ratings agency presentation review with M. Brown |
| Michael Sperling | 03/09/10 | 1.7 | Financing | Financial model analysis |
| Michael Sperling | 03/09/10 | 0.3 | Financing | Call w. M Brown re. financial model analysis |
| Michael Sperling | 03/09/10 | 2.1 | Financing | Financial model analysis |
| Michael Sperling | 03/09/10 | 1.1 | Financing | Review draft ratings agency presentation |
| Matthew Bonanno | 03/10/10 | 1.1 | Financing | Edit ratings agency presentation |
| Matthew Bonanno | 03/10/10 | 0.4 | Financing | Conference call with third-party regarding ratings agency presentation |
| Michael Sperling | 03/10/10 | 0.4 | Financing | Claims analysis |
| Michael Sperling | 03/10/10 | 0.3 | Financing | Call w. M Brown re. financial model analysis |
| Michael Sperling | 03/10/10 | 0.4 | Financing | Review draft ratings agency presentation |
| Matthew Bonanno | 03/11/10 | 0.9 | Financing | Conference call with third-party regarding ratings agency presentation |
| Michael Sperling | 03/11/10 | 0.2 | Financing | Call w. M Brown re. financial model analysis |
| Michael Sperling | 03/11/10 | 2.7 | Financing | Financial model analysis |
| Jamie O'Connell | 03/12/10 | 0.3 | Financing | Correspondence regarding exit financing |
| Jamie O'Connell | 03/12/10 | 0.6 | Financing | Draft ratings agency presentation |
| Matthew Bonanno | 03/12/10 | 0.6 | Financing | Correspondence related to ratings agency presentation |
| Matthew Bonanno | 03/12/10 | 0.5 | Financing | Edit ratings agency presentation |
| Jamie O'Connell | 03/15/10 | 0.2 | Financing | Correspondence regarding financial model |
| Michael Sperling | 03/15/10 | 2.7 | Financing | Financial model analysis |
| Michael Sperling | 03/16/10 | 4.3 | Financing | Financial model analysis |
| Michael Sperling | 03/16/10 | 0.7 | Financing | WACC analysis |
| Michael Sperling | 03/16/10 | 1.8 | Financing | Analysis for H. La Force |
| Michael Sperling | 03/16/10 | 0.7 | Financing | Claims analysis |
| Jamie O'Connell | 03/17/10 | 0.2 | Financing | Review financial model |
| Jamie O'Connell | 03/17/10 | 0.8 | Financing | Call with internal team and management regarding financial model |
| Jamie O'Connell | 03/17/10 | 0.3 | Financing | Status meeting with team |
| Matthew Bonanno | 03/17/10 | 1.2 | Financing | Review financial model |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 03/17/10 | 0.8 | Financing | Call with internal team and management regarding financial model |
| Matthew Bonanno | 03/17/10 | 0.3 | Financing | Status meeting with team |
| Michael Sperling | 03/17/10 | 0.8 | Financing | Call with internal team and management regarding financial model |
| Michael Sperling | 03/17/10 | 0.3 | Financing | Status meeting with team |
| Michael Sperling | 03/17/10 | 7.7 | Financing | Financial model analysis |
| Michael Sperling | 03/17/10 | 2.1 | Financing | Foreign / direct cash flow analysis |
| Michael Sperling | 03/17/10 | 1.5 | Financing | Calls w/ M. Brown and B. Chiu re: financial model |
| Michael Sperling | 03/17/10 | 1.1 | Financing | Calls w/ M. Brown and tax team re: taxes for financial model |
| Jamie O'Connell | 03/18/10 | 0.5 | Financing | Call with management and exit lenders regarding various work streams |
| Jamie O'Connell | 03/18/10 | 0.5 | Financing | Exit financing analysis |
| Matthew Bonanno | 03/18/10 | 0.5 | Financing | Call with management and exit lenders regarding various work streams |
| Michael Sperling | 03/18/10 | 0.5 | Financing | Call with management and exit lenders regarding various work streams |
| Michael Sperling | 03/18/10 | 6.2 | Financing | Financial model analysis |
| Michael Sperling | 03/18/10 | 3.4 | Financing | Foreign / direct cash flow analysis |
| Michael Sperling | 03/18/10 | 0.7 | Financing | Analysis for H. La Force |
| Michael Sperling | 03/18/10 | 1.1 | Financing | Calls w/ M. Brown and B. Chiu re: financial model |
| Jamie O'Connell | 03/19/10 | 0.4 | Financing | Review analyses with M. Sperling |
| Jamie O'Connell | 03/19/10 | 3.8 | Financing | Financial model and valuation analysis |
| Michael Sperling | 03/19/10 | 0.4 | Financing | Review analyses with J. O'Connell |
| Michael Sperling | 03/19/10 | 4.7 | Financing | Financial model analysis |
| Michael Sperling | 03/19/10 | 0.8 | Financing | Foreign / direct cash flow analysis |
| Michael Sperling | 03/19/10 | 1.1 | Financing | Analysis for H. La Force |
| Michael Sperling | 03/19/10 | 2.3 | Financing | Calls w/ B. Chiu re: financial model |
| Michael Sperling | 03/19/10 | 1.2 | Financing | Financial model and valuation analysis |
| Jamie O'Connell | 03/22/10 | 0.5 | Financing | Financial model review |
| Jamie O'Connell | 03/22/10 | 0.5 | Financing | Call with M. Sperling regarding financial model |
| Matthew Bonanno | 03/22/10 | 0.3 | Financing | Status update with M. Sperling |
| Michael Sperling | 03/22/10 | 0.5 | Financing | Call with J. O'Connell regarding financial model |
| Michael Sperling | 03/22/10 | 0.3 | Financing | Status update with M. Bonanno |
| Matthew Bonanno | 03/23/10 | 3.0 | Financing | Prepare for meeting with exit financing lenders |
| Michael Sperling | 03/23/10 | 3.0 | Financing | Prepare for meeting with exit financing lenders |
| Jamie O'Connell | 03/24/10 | 0.5 | Financing | Financial analysis |
| Jamie O'Connell | 03/24/10 | 6.5 | Financing | Meeting with exit financing lenders and Grace management |
| Matthew Bonanno | 03/24/10 | 6.5 | Financing | Meeting with exit financing lenders and Grace management |
| Michael Sperling | 03/24/10 | 6.5 | Financing | Meeting with exit financing lenders and Grace management |
| Jamie O'Connell | 03/30/10 | 0.1 | Financing | Review correspondence related to exit financing |
| Michael Sperling | 03/30/10 | 1.1 | Financing | Foreign / direct cash flow analysis |
| Michael Sperling | 03/30/10 | 0.2 | Financing | Call with third-party re: ratings agency presentation |
| Michael Sperling | 03/31/10 | 1.7 | Financing | Foreign / direct cash flow analysis |
| | | **156.1** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2010 THROUGH MARCH 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/03/10 | 3.5 | Non-Working Travel Time | Travel to Maryland (Grace's offices) |
| Matthew Bonanno | 03/03/10 | 3.5 | Non-Working Travel Time | Travel to Maryland (Grace's offices) |
| Michael Sperling | 03/03/10 | 3.0 | Non-Working Travel Time | Travel to Maryland (Grace's offices) |
| Jamie O'Connell | 03/04/10 | 4.0 | Non-Working Travel Time | Travel from Maryland (Grace's offices) |
| Matthew Bonanno | 03/05/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Grace's offices |
| Michael Sperling | 03/05/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Grace's offices |
| Jamie O'Connell | 03/23/10 | 3.5 | Non-Working Travel Time | Travel from NYC to Columbia, MD |
| Matthew Bonanno | 03/23/10 | 3.5 | Non-Working Travel Time | Travel from NYC to Columbia, MD |
| Michael Sperling | 03/23/10 | 3.5 | Non-Working Travel Time | Travel from NYC to Columbia, MD |
| Jamie O'Connell | 03/24/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Columbia, MD |
| Matthew Bonanno | 03/24/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Columbia, MD |
| Michael Sperling | 03/24/10 | 3.5 | Non-Working Travel Time | Travel to NYC from Columbia, MD |
| | | 42.0 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2010 THROUGH MARCH 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/16/10 | 0.6 | Plan and Disclosure Statement | Review settlement motions related to National Union claims |
| Jamie O'Connell | 03/23/10 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | 1.4 | | |