THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF REQUEST OF ROGER J. HIGGINS FOR SERVICE OF NOTICES OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on the 21st day of May, 2010, Roger J. Higgins, of The Law Offices of Janet S. Baer, P.C., co-counsel for the debtors and debtors in possession hereby requests service of notices of electronic filing. Notices of electronic filing of all notices, pleadings, motions and other papers filed in the above-captioned case are requested to be served upon:

**ROGER J. HIGGINS, ESQUIRE**
**THE LAW OFFICES OF JANET S. BAER, P.C.**
**CO-COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION**
E-MAIL: rhiggins@jsbpc.com

Dated: May 21, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*