## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

In re:                                              )
                                                    )
                                                    )        **Chapter 11**
**W.R. GRACE & CO., et al.,**                       )        **Case No. 01-01139 (JKF)**
                                                    )        **(Jointly Administered)**
                    **Debtors.**                    )
_____)

### <u>AFFIDAVIT</u>

STATE OF NEW            )
YORK
                        )  ss.:
COUNTY OF NEW           )
YORK

Joseph J. Radecki, Jr. being duly sworn, deposes and says:

1.      I am the sole member of Lincoln Partners Advisors LLC ("Lincoln"), Financial

Advisor to David T. Austern, the Asbestos PI Future Claimants' Representative in the above

captioned case.

2.      During the period of October 1, 2009 through December 31, 2009 (the "Second

Interim Period"), no agreement or understanding in any form or guise exists between Lincoln

and any other person for a division of compensation for services rendered in or in connection

with this proceeding, and that no such division of compensation prohibited by §504 of the

Bankruptcy Code will be made by Lincoln, except with employees of Lincoln.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that Lincoln has

not entered into any agreement, express or implied, with any other party in interest, including the

Debtors herein, any creditor or the representative of any of them, or with any attorney for such

party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or

other compensation to be allowed out of or paid from the assets of the estate to any party in

interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Second Quarterly Interim Application of Lincoln Partners

Advisors LLC for the time period October 1, 2009 through December 31, 2009 and state that the

information set forth therein is true and correct to the best of my knowledge, information and

belief.


_/S/ JOSEPH J. RADECKI, JR._
Joseph J. Radecki, Jr.


Sworn to and subscribed before me
this 8th day of March, 2010


_/S/ MICHELLE L. ROTH_
Notary Public

My commission expires: April 27,  2013