**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:**                               )<br>                                              )<br>                                              )<br>**W.R. GRACE & CO., et al.,**   )<br>                                              )<br>                       **Debtors.**      )<br>                                              ) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)**<br>Objection Deadline: August 27, 2010 at 4:00 p.m.<br>Hearing: September 13, 2010 at 10:30 a.m. |

**COVER SHEET TO THIRD QUARTERLY INTERIM FEE APPLICATION OF**
**LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO**
**DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD OF JANUARY 1, 2010 THROUGH MARCH 31, 2010**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2010 – March 31, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $225,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $571.89 |

This is a     ___ monthly          _x_ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2010 – March 31, 2010

| **Project Category** | **Total Hours** | **Total Fees[1]** |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 360.8 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **360.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2010 – March 31, 2010

| **Expense Category** | **Total** |
|---|---|
| Telephone | 329.53 |
| Express Mail | 84.81 |
| Meals | 157.55 |
| **TOTAL** | **$571.89** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2