# EXHIBIT B

## W.R. Grace
## Lincoln Expense Detail Report (January 1, 2010 – March 31, 2010)
### (Dates Represent Posting Date of Expense)

January 2010
Telephone                        $      96.82
Meals                            $    130.29

February 2010
Telephone                        $      52.94
Express Mail                     $      84.81
Meals                            $      27.26

March 2010
Telephone                        $    179.77

**TOTAL EXPENSES:**              **$    571.89**