# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 15, 2010 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2009 THROUGH AUGUST 31, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1475139/1

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Other Expense | $ - |
| Lexis | $ - |
| Federal Express | $ - |
| Consulting Fee | $ - |
| Document Production | $ - |
| Consulting Fee | $ 33.00 |
| **Total** | **$ 33.00** |

Holme Roberts & Owen LLP

September 8, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 853801 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/30/09 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 329403; DATE: 7/30/2009 - Professional Services | $ | 33.00 |
| | | **Total Disbursements:** | **$** | **33.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 33.00 |
| **Total Disbursements:** | **$** | **33.00** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 33.00 |
| **Total Balance Due This Matter** | $ | 33.00 |

### Trust Activity

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 09/08/09 | OB | Opening Balance | | $34,259.78 |
| | | | **Trust Balance:** | **$34,259.78** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 259.90 |
| Color Copies | $ - |
| **Total** | **$ 259.90** |

Holme Roberts & Owen LLP

September 8, 2009

W.R. Grace & Co.

Page            4
Invoice No.:    853801
Client  No.:    04339
Matter  No.:    00300

**Regarding: Libby, Montana Asbestos**

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/31/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: APX0729; DATE: 7/31/2009 - Monthly Storage | $ | 259.90 |
| | | **Total Disbursements:** | $ | **259.90** |

**Disbursement Summary**

| Other Expense | $ | 259.90 |
|---|---|---|
| **Total Disbursements:** | $ | **259.90** |

| **Trust Applied to Matter** | $ | **0.00** |
|---|---|---|
| **Current Fees and Disbursements** | $ | **259.90** |
| **Total Balance Due This Matter** | $ | **259.90** |