IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------ x | | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                                      : SS:
NEW CASTLE COUNTY   :

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 21, 2010, I caused to be served:

**APPLICATION OF HOLME ROBERTS & OWEN, LLP
FOR COMENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

Service was completed upon the parties on the attached list in the manner indicated.

Dated: May 21, 2010

_____
William Weller

SWORN AND SUBSCRIBED before me this 21th day of May, 2010.

_____
Notary
My Commission Expires: _____
RUTH F. SALOTTO
Notary Public - State of Delaware
My Comm. Expires June 9, 2011

**VIA HAND DELIVERY**
David M. Klauder, Esquire
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801

**VIA FEDERAL EXPRESS AND E-MAIL**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
feeaudit@whsmithlaw.com
[Fee Auditor]

Mark Shelnitz
Senior Vice President and General Counsel
W.R. Grace and Co.
7500 Grace Drive
Columbia, Maryland 21044
richard.finke@grace.com
[Debtor]

**VIA E-MAIL**
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
joneill@pszjlaw.com
[Counsel for the Debtors]

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com
[Counsel for the Official Committee of Unsecured Creditors]

**VIA E-MAIL**
Theodore Tacconelli, Esquire
Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
ttacconelli@ferryjoseph.com
mjoseph@ferryjoseph.com
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

Mark Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
mhurford@camlev.com
[Counsel to the Official Committee of Personal Injury Claimants]

Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
tcurrier@saul.com
[Counsel to the Official Committee of Equity Holders]

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
[Counsel to David T. Austern, Personal Injury Future Claimant's Representative]

David M. Bernick, P.C.
Theodore L. Freedman
Kirkland & Ellis LLP
Citigroup Center
601 Lexington Avenue
New York, NY 10022
dbernick@kirkland.com
tfreedman@kirkland.com
[Counsel for the Debtors]

**VIA E-MAIL**
David S. Heller, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
[Counsel to the DIP Lender]

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102
wskatchen@duanemorris.com
[Counsel for the Official Committee of Unsecured Creditors]

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
lkruger@stroock.com
[Counsel for the Official Committee of Unsecured Creditors]

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
sbaena@bilzin.com
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
395 Park Avenue, 35th Floor
New York, NY 10152
ei@capdale.com
[Counsel to the Official Committee of Personal Injury Claimants]

**VIA E-MAIL**
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com
[Counsel to the Official Committee of Equity Holders]

Richard Frankel, Esq.
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
rfrankel@orrick.com
[Counsel to David T. Austern, Personal Injury Future Claimant's Representative]

Alan B. Rich, Esq.
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202
arich@alanrichlaw.com
[Counsel to the Hon. Alexander M. Sanders, Jr., as Property Damages Future Claims Representative]