# EXHIBIT A – VOLUNTARY ATTORNEY TIME AND EXPENSE REDUCTIONS

### Matter 37 - Plan and Disclosure Statement – Fees –

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 3/1/2010 | John Donley | 3.00 | Review post-trial briefing. |
| 3/4/2010 | John Donley | 4.00 | Review various plan documents (3.5); confer with T. Freedman re case strategy and confirmation-related issues (.5). |
| 3/7/2010 | John Donley | 3.00 | Review various Maryland Casualty and plan documents. |
| 3/8/2010 | John Donley | 8.70 | Confer with T. Freedman, P. Lockwood and others re Maryland Casualty objection and strategy (1.0); confer with T. Freedman and J. Baer to review case strategy and prepare for client conference (1.0); confer with L. Esayian re Maryland Casualty (.7); conduct review of documents and draft notes/outlines re issues re same (3.8); review various plan documents and pleadings (1.5); review N. Kritzer materials re Maryland Casualty (.7). |
| 3/9/2010 | John Donley | 11.00 | Prepare for and attend client strategy conference (10.5); correspond with N. Kritzer re Maryland Casualty issues (.5). |
| 3/9/2010 | Theodore L Freedman | 10.00 | Attend client strategy conference and prepare for same. |
| 3/18/2010 | John Donley | 11.00 | Review various plan documents and pleadings (.5); confer with J. Brooks re certain strategy matters (1.0); prepare for client strategy conference (5.0); attend strategy conference with client in Washington, DC (4.5). |
| 3/22/2010 | John Donley | 3.10 | Review District Court/Wolin record and correspond with J. Hughes re Maryland Casualty fact record. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| | Total Hours | 53.80 | $45,785.00 |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 2/18/2010 | 586.03 | John Donley, Airfare, Chicago, IL, 03/09/10 to 03/09/10, (Client Conference) |
| 3/9/2010 | 526.00 | Theodore Freedman, Trainfare, Baltimore, MD, 03/09/10 to 03/09/10, (Client Conference) |
| 3/9/2010 | 35.00 | John Donley, Transportation To/From Airport, Chicago, IL, 03/09/10, (Client Conference) |
| 3/9/2010 | 92.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 03/09/2010, JOHN DONLEY |
| 3/9/2010 | 109.60 | Theodore Freedman, Transportation To/From Airport, Columbia, MD, 03/09/10, (Client Conference), From Penn Station to client's office |
| 3/9/2010 | 100.00 | Theodore Freedman, Transportation To/From Airport, Baltimore, MD, 03/09/10, (Client Conference), From client's office to Penn Station |
| 3/15/2010 | 635.40 | John Donley, Airfare, Washington, DC, 03/18/10 to 03/18/10, (Client Conference) |
| 3/18/2010 | 34.00 | John Donley, Cabfare, Washington, DC, 03/18/10, (Client Conference) |
| 3/18/2010 | 36.00 | John Donley, Cabfare, Washington, DC, 03/18/10, (Client Conference) |

**Total:**      **$2,154.63**

K&E 16887991.1