**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: )<br>)<br>)<br>W.R. GRACE & CO., et al., )<br>)<br>)<br>)<br>Debtors. )<br>) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)**<br>**Reference Docket No. 24565**<br>**Objection Deadline: May 21, 2010 at 4:00 p.m.**<br>**Hearing: June 7, 2010 at 10:30 a.m.** |

**CORRECTED**
**COVER SHEET TO FIRST QUARTERLY INTERIM FEE APPLICATION OF**
**LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO DAVID T.**
**AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR**
**THE PERIOD OF JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2009 – September 30, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary: | $50,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    251.49 |

This is a    ___ monthly          _x_ interim          ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 74 | $50,000.00 |
| George Coles | Associate | NA | 5.5 | |
| Claire Burke | Analyst | NA | 9.5 | |
| Grand Total: | | | | **$50,000.00** |
| Blended Rate: | | | 89 | $561.80 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**July 1, 2009 – September 30, 2009**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **89** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Communication | $ 251.49 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 251.49** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.