IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2010, THROUGH MARCH 31, 2010

## WRG-0076
## VALVED COVER SYSTEM

| 03/11/2010 | GHL | Preparation of response to outstanding Office Action of October 7, 2009, including review of the Action and references cited therein, review of the pending specification and claims, consideration of possible claim amendments and arguments to be made to overcome the claim rejection, drafting of amendments and responsive arguments; | 1.80 |
|---|---|---|---|
| 03/23/2010 | GHL | Review of Mr. Cross's comments on proposed response, revising the response, and transmittal of revised copy to Mr. Cross for review; | 0.90 |
| 03/25/2010 | GHL | Final revisions to draft response in accordance with Mr. Cross's comments, and attending to filing response. | |

|          | SERVICES | $ | 1,904.00 |

| | GHL | GARY H. LEVIN | 3.20 | hours @ | $595.00 |
|---|---|---|---|---|---|

DISBURSEMENT TOTAL                                   $    1,110.00

SERVICE TOTAL                                        $    1,904.00

**INVOICE TOTAL**                                    $    **3,014.00**