**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** ) | ) Chapter 11 |
| **W.R. GRACE & CO.**, *et al.*, ) | ) Case No. 01-01139 (JKF) <br> ) Jointly Administered |
| **Debtors.** ) | ) Re: Docket No. 24699 |

**CERTIFICATION OF COUNSEL (NO ORDER REQUIRED)
REGARDING THE FIRST MONTHLY APPLICATION FOR COMPENSATION
OF LAUZON BÉLANGER AS SPECIAL COUNSEL FOR
THE CANADIAN ZAI CLAIMANTS [DOCKET NO. 24699] FOR THE
COMPENSATION PERIOD DECEMBER 21, 2009 THROUGH MARCH 31, 2010**

I, Daniel K. Hogan, as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, dated March 19, 2010 [Docket No. 24508], hereby certify the following:

1. On April 30, 2010, Lauzon Bélanger filed its First Monthly Application for Compensation as Special Counsel for the Canadian ZAI Claimants for the Compensation Period December 21, 2009 through March 31, 2010 [Docket No. 24699] (the "First Monthly Application").

2. The United States Trustee for the District of Delaware (the "U.S. Trustee") has provided informal comments regarding an expense listed as "expert fees" and on the exclusion of the identification of Canadian dollars on Lauzon Bélanger's First Monthly Application.

3. Warren H. Smith & Associates (the "Fee Auditor") also provided informal comments regarding the expense listed as "expert fees" on Lauzon Bélanger's First Monthly Application.

4. In the First Monthly Application for the period December 21, 2009 to March 31, 2010, Lauzon Bélanger erroneously included an entry of "expert fees" in the amount of CDN$61,492.84 in the expense summary.

5. Subsequent to the filing of the First Monthly Application, Lauzon Bélanger identified the inclusion of "expert fees", in the amount of CDN$61,492.84 in its expense summary, as fees paid by Lauzon Bélanger to The Hogan Firm during the period December 21, 2009, to March 31, 2010.

6. The Hogan Firm filed its own monthly fee application on April 30, 2010 [Docket No. 24701]. Therefore, in light of this, and the comments received from the U.S. Trustee and the Fee Auditor, Lauzon Bélanger has revised its Time and Expense Summary for the period December 21, 2009, to March 31, 2010, omitting any reference to The Hogan Firm fees. A true and correct copy of the revised Time and Expense Summary is attached hereto as **"Exhibit 1"** ("Revised T&E Summary").

7. On or about May 7, 2010, Lauzon Bélanger provided the Revised T&E Summary to the Fee Auditor.

8. In accordance with the Revised T&E Summary, Special Counsel Lauzon Bélanger requests actual and necessary expenses in the amount of CDN$2,216.53. The invoiced amounts are now CDN$16,143.45 for actual and necessary services, CDN$2,216.53 for actual and necessary expenses, CDN$813.29 Goods & Services Tax and CDN$1,280.93 for Quebec Sales Tax, for a total invoiced amount of CDN$18,359.98. Accordingly, Lauzon Bélanger is requesting payment of CDN$17,225.51, representing 80% of fees and 100% of tax and expenses.

9. For the convenience of the Court, a blackline version showing changes from Lauzon Bélanger's original Time and Expense Summary, filed as Exhibit A to the First Monthly Application, is attached hereto as **"Exhibit 2"**.

10. As of the date of this certification, no other objections to the First Monthly Application have been received.

WHEREFORE, Lauzon Bélanger respectfully requests immediate payment from the Debtors of CDN$17,225.51.

Dated: May 26, 2010                     */s/Daniel K. Hogan*
                                         Daniel K. Hogan (DE Bar No. 2814)
                                         **THE HOGAN FIRM**
                                         1311 Delaware Avenue
                                         Wilmington, Delaware 19806
                                         Telephone: (302) 656.7540
                                         Facsimile: (302) 656.7599
                                         E-Mail: dkhogan@dkhogan.com