# EXHIBIT 1



RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file : 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (DECEMBER 21, 2009 to MARCH 31, 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees:**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 2009-12-21 | CH | Receipt and study of the Affidavit of Michel Bélanger prepared by Mr. Hogan Re: fee application; | 0.33 |
| 2009-12-21 | CH | Email to Karen Harvey, Mr. Hogan's paralegal; | 0.25 |
| 2009-12-21 | CH | Review of emails from Mr. Moloci to Mr. Ferbers and to Mr. Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Moloci and Hogan; | 0.25 |
| 2009-12-21 | CH | Email to Mr. Hogan; | 0.17 |
| 2009-12-21 | MB | Review of draft affidavit; | 1.00 |
| 2009-12-21 | MB | Letter to Mr. Moloci; | 0.25 |
| 2009-12-21 | MB | Review of emails to Mr. Ferbers and Mr. Hogan; | 0.75 |
| 2009-12-21 | MB | Meeting with Ms. Hannouche; | 0.75 |
| 2009-12-22 | MB | Review of motions presentable under Chapter 11 ; | 2.00 |
| 2009-12-22 | MB | Review of emails from Attorney General of Canada and Grace; | 0.75 |
| 2009-12-22 | MB | Review of emails from members; | 0.75 |
| 2010-01-05 | MB | Review of a letter from A.G. Canada; | 0.50 |
| 2010-01-05 | MB | Letter to Mr. Moloci; | 0.50 |
| 2010-01-05 | MB | Review of motions filed in the US; | 1.00 |
| 2010-01-05 | MB | Meeting with Mr. Lespérance re: letter from A.G. Canada - conflict; | 0.50 |
| 2010-01-05 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-01-05 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-05 | CH | Email to Mr. Thompson and Mr. Moloci Re : letter from | 0.25 |

Case 01-01139-AMC    Doc 24848-1    Filed 05/26/10    Page 3 of 5

- 2 -

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | AG Canada; | |
| 2010-01-06 | MB | Review of email from Mr. Thompson; | 0.50 |
| 2010-01-06 | MB | Meeting with Ms. Hannouche Re: claims protocol; | 0.75 |
| 2010-01-06 | MB | Conference call with Mr. Moloci, Mr. Thompson and Ms. Hannouche; | 0.50 |
| 2010-01-06 | MB | Research of documents relating to conflict of interest and memo; | 5.00 |
| 2010-01-06 | CH | Conference call with Mr. Bélanger, Mr. Thompson and Mr. Moloci; | 0.33 |
| 2010-01-06 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-01-08 | MB | Review of a memo; | 1.00 |
| 2010-01-08 | CH | Review of a memo by Mr. Bélanger and translation Re: conflict of interest alleged by AG Canada; | 1.00 |
| 2010-01-11 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.33 |
| 2010-01-11 | MB | Drafting of a memo Re: Mr. Lespérance conflict; | 2.50 |
| 2010-01-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-01-12 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-12 | CH | Meeting with Mr. Bélanger Re: claims protocol; | 2.00 |
| 2010-01-13 | MB | Review of emails from colleagues; | 0.50 |
| 2010-01-13 | CH | Receipt and review of a draft Notice of Motion and Affidavit from Mr. Thompson; | 0.42 |
| 2010-01-15 | MB | Drafting of an affidavit; | 2.00 |
| 2010-01-15 | MB | Meeting with Ms. Hannouche; | 0.50 |
| 2010-01-15 | MB | Review of emails from Mr. Thompson; | 0.50 |
| 2010-01-15 | CH | Email to Mr. Thompson; | 0.25 |
| 2010-01-20 | CH | Review of draft order prepared by Mr. Thompson; | 0.25 |
| 2010-01-21 | CH | Email to Mr. Thompson; | 0.33 |
| 2010-01-22 | CH | Telephone conversation with Ms. Drouin Re: wording of the draft order as to role of Lauzon Bélanger; | 0.25 |
| 2010-01-22 | CH | Email to Mr. Thompson and Mr. Moloci Re: conversation with Ms. Drouin; | 0.17 |
| 2010-01-22 | CH | Email to Ms. Drouin Re: conversation regarding wording of draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-25 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-01-26 | CH | Email to Ms. Drouin Re : wording of draft order; | 0.17 |
| 2010-01-28 | MB | Review of emails from Mr. Moloci and Mr. Thompson; | 0.50 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.25 |
| 2010-01-29 | CH | Email to Ms. Drouin Re: wording of draft order; | 0.17 |
| 2010-01-29 | CH | Email to Mr. Thompson and Mr. Moloci Re: draft order; | 0.17 |
| 2010-02-01 | CH | Email to Mr. Moloci Re : conference call; | 0.17 |
| 2010-02-01 | CH | Conference call with Mr. Thompson, Moloci and Bélanger Re: wording of draft order; | 1.00 |
| 2010-02-01 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-02-01 | MB | Review of an email from Mr. Moloci; | 0.33 |
| 2010-02-01 | MB | Conference call with Mr. Thompson, Moloci and Hannouche; | 1.00 |
| 2010-02-02 | MB | Conference call with Mr. Moloci, Mr. Thompson and | 0.67 |

| | | | |
|---|---|---|---|
| | | Ms. Hannouche; | |
| 2010-02-02 | CH | Conference call with Mr. Moloci, Mr. Thompson and Mr. Bélanger; | 0.67 |
| 2010-02-02 | MB | Telephone conversation with Ms. Drouin; | 0.50 |
| 2010-02-02 | MB | Preparation of a draft order; | 0.75 |
| 2010-02-02 | MB | Review of Motion and response from Grace and A.G. Canada; | 1.00 |
| 2010-02-03 | CH | Conference call with Mr. Thompson. Mr. Moloci and Mr. Bélanger; | 0.17 |
| 2010-02-03 | CH | Conference call with Mr. Thompson, Moloci, Gagné and Bélanger, Ms. Dais-Visca and Drouin Re: wording of draft order; | 1.00 |
| 2010-02-03 | MB | Conference call with Ms. Drouin, and Mr. Moloci, and Thompson and Ms. Hannouche; | 1.00 |
| 2010-02-12 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-02-17 | CH | Email to Kathy Davis (Rust Consulting); | 0.17 |
| 2010-02-18 | CH | Telephone conversation with a class member; | 0.17 |
| 2010-02-19 | CH | Telephone conversation with a class member; | 0.25 |
| 2010-02-19 | MB | Review of an email from Mr. Thompson; | 0.25 |
| 2010-02-22 | CH | Email to a class member; | 0.33 |
| 2010-02-24 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| 2010-03-09 | CH | Email to a class member; | 0.17 |
| 2010-03-10 | CH | Email to a class member; | 0.25 |
| 2010-03-11 | CH | Email to Mr. Thompson; | 0.17 |
| 2010-03-16 | MB | Conference call with Mr. Thompson and Moloci and Ms. Hannouche; | 0.58 |
| 2010-03-16 | CH | Conference call with Mr. Moloci, Thompson and Bélanger; | 0.58 |
| 2010-03-18 | CH | Review of time summary from September 1, 2008 - December 20, 2009 and translation Re: fee application; | 3.00 |
| 2010-03-22 | CH | Review of the translation of our time summary Re: US substantial contribution application; | 0.50 |
| 2010-03-22 | CH | Email to Mr. Moloci and Mr. Thompson; | 0.17 |
| 2010-03-22 | CH | Email to Mr. Thompson and Mr. Moloci; | 0.17 |
| | | **OUR FEES :**           **44.90** | **16,143.45** |

TIME SUMMARY BY ATTORNEY :

| | | | |
|---|---|---|---|
| MB | 350.00 | 31.41 | 10,993.50 |
| CH | 285.00 | 18.07 | 5,149.95 |

**TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Fax (31 x $1.00) | 31.00 |
| Photocopies (331 x .10¢) | 33.10 |

| | |
|---|---:|
| Messengers | 58.21 |
| **TOTAL TAXABLE DISBURSEMENTS** | **122.31** |
| **TOTAL DISBURSEMENTS** | **122.31** |
| **TOTAL FEES AND DISBURSEMENTS** | **16,265.76** |
| Total G.S.T. | 813.29 |
| Total Q.S.T. | 1,280.93 |
| **TOTAL** | **$ 18,359.98** |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.   1211542736 TQ 0001