**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | Re Docket No. 24691 |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 24691**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Ninety-Eighth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2010 through March 31, 2010** [Docket No. 24691] (the "Application") filed on April 28, 2010.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than May 18, 2010 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\1384976.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $14,981.20, which represents eighty percent (80%) of the requested compensation of $18,726.50, and one hundred percent (100%) of expenses of $1,436.91 without further order from the court.

Dated: May 27, 2010   /s/ Michael R. Lastowski
      Wilmington, Delaware   Michael R. Lastowski (DE 3892)
      DUANE MORRIS LLP
      1100 N. Market Street, Suite 1200
      Wilmington, DE 19801-1246
      Telephone:    (302)-657-4942
      Facsimile:    (302)-657-4901
      Email: mlastowski@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*