REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000638
One Town Center Road                      Invoice Date        05/26/10
Boca Raton, FL   33486                    Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                                 332.50
     Expenses                               0.00

               TOTAL BALANCE DUE UPON RECEIPT      $332.50
                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000638
One Town Center Road                      Invoice Date        05/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

| Date | Name | | Hours |
|------|------|------|------|
| 04/16/10 | Ament | E-mails re: application to employ counsel (.20); circulate agenda for 4/19/10 hearing to team (.10). | .30 |
| 04/19/10 | Ament | Review agenda and hearing binder received from Pachulski (.10); various e-mails with P. Cuniff re: same (.20); provide application to employ RS to D. Cameron (.20); download eight CNO's and update hearing binder per J. O'Neill request (.40); additional e-mails with P. Cuniff re: same (.10); hand deliver hearing binder to Judge Fitzgerald (.20). | 1.20 |
| 04/20/10 | Ament | E-mails and telephone call re: 5/3/10 agenda and hearing binder. | .20 |
| 04/28/10 | Ament | E-mails re: 4/19/10 hearing transcript. | .20 |

                                             TOTAL HOURS     1.90

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 1.90 at $ 175.00 = | | 332.50 |

                         CURRENT FEES                          332.50

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        May 26, 2010

Invoice Number   2000638
Page    2

                    TOTAL BALANCE DUE UPON RECEIPT              $332.50
                                                          ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                   Invoice Number      2000639
5400 Broken Sound Blvd., N.W.                 Invoice Date        05/26/10
Boca Raton, FL 33487                          Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          1,340.50
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,340.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 2000639 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 05/26/10 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60029 |

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 04/09/10 | Ament | E-mails re: March monthly fee application. | .10 |
| 04/09/10 | Muha | Review and revise fee and expense detail for March 2010 monthly fee application. | .40 |
| 04/14/10 | Ament | Begin drafting March monthly fee application and spreadsheets re: same (.50); attention to billing matters (.10). | .60 |
| 04/15/10 | Ament | Begin drafting 36th quarterly fee application and spreadsheets. | .50 |
| 04/16/10 | Muha | Review and revisions to March 2010 monthly fee application materials. | .20 |
| 04/19/10 | Ament | E-mails re: March monthly fee application. | .20 |
| 04/20/10 | Ament | E-mails re: March monthly fee application. | .10 |
| 04/27/10 | Ament | Calculate fees and expenses for March monthly fee application (.50); continue drafting said fee application (.30); prepare spreadsheets re: same (.50); provide fee application to A. Muha for review (.10); e-mails re: same (.10). | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  2000639
60029  Fee Applications-Applicant                 Page   2
       May 26, 2010

```
    Date  Name                                                          Hours
 --------- -----------                                                  -----

04/28/10 Ament      E-mails re: March monthly fee            .30
                    application and quarterly fee
                    application (.10); finalize March
                    monthly fee application (.10);
                    e-mail same to J. Lord for DE
                    filing (.10).

04/28/10 Lord       Draft, e-file and serve CNO to          1.70
                    Reed Smith February monthly fee
                    application (.5); Revise, e-file
                    and serve Reed Smith March monthly
                    fee application (1.2)

04/28/10 Muha       Final review of March 2010 monthly      .20
                    fee application.

04/29/10 Ament      Attend to billing matters (.10);        .20
                    e-mails re: same (.10).
                                                           ------
                                    TOTAL HOURS             6.00
```

```
TIME SUMMARY            Hours        Rate        Value
----------------------- ------------------------ -------
Andrew J. Muha          0.80  at $  400.00  =     320.00
John B. Lord            1.70  at $  240.00  =     408.00
Sharon A. Ament         3.50  at $  175.00  =     612.50

                    CURRENT FEES                       1,340.50

                                                   ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $1,340.50
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2000640
One Town Center Road                      Invoice Date       05/26/10
Boca Raton, FL   33486                    Client Number       172573

=============================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                          23,647.00
          Expenses                           0.00

                      TOTAL BALANCE DUE UPON RECEIPT     $23,647.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2000640
One Town Center Road                    Invoice Date       05/26/10
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60033

================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/05/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/05/10 | Rea | Preparation for trial on Canadian claims. | .90 |
| 04/06/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/06/10 | Rea | Set up conference with J. Restivo re: Canadian trial. | .10 |
| 04/07/10 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with T. Rea re: exhibits for PD trial (.10); meet with T. Rea re: exhibits (.30). | .60 |
| 04/07/10 | Cameron | Review materials regarding Speights property damage claims trial (.80); meet with T. Rea regarding same (.40). | 1.20 |
| 04/07/10 | Rea | Preparation for trial on Canadian limitations periods. | 6.10 |
| 04/07/10 | Restivo | Preparation on two Canadian claims. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  2000640
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       May 26, 2010


| Date | Name | | Hours |
|------|------|------|-------|
| 04/08/10 | Ament | Various e-mails, meetings and telephone calls with team re: exhibits for PD trial (.50); review and organize exhibits (.20); create binders of exhibits for judge, debtor and opposing counsel (1.0); assist team with various issues relating to PD trial (1.50). | 3.20 |
| 04/08/10 | Rea | Preparation for Canadian property damage trial. | 5.00 |
| 04/08/10 | Restivo | Prepare for trial on two Canadian claims. | .30 |
| 04/09/10 | Ament | Assist team with various issues relating to PD claims (.30); finalize binders for judge and team (.30); hand deliver hearing binder to Judge Fitzgerald (.10); various e-mails and meetings with team re: trial (.30). | 1.00 |
| 04/09/10 | Rea | Preparation for property damage limitations trial. | 2.50 |
| 04/12/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/13/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/13/10 | Restivo | Prepare for Omnibus/Trial. | .50 |
| 04/14/10 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to T. Rea re: 4/19/10 trial (.10). | .20 |
| 04/14/10 | Restivo | Telephone call with R. Finke. | .30 |
| 04/15/10 | Ament | Assist team with various issues relating to PD claims (.10); meet with T. Rea re: 4/19/10 trial (.10). | .20 |

172573  W. R. Grace & Co.                              Invoice Number   2000640
60033   Claim Analysis Objection Resolution & EstimationPage   3
        (Asbestos)
        May 26, 2010


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 04/15/10 | Flatley | Voicemail from R. Finke (0.1); with T. Rea re: DGS negotiations (0.1). | .20 |
| 04/15/10 | Rea | Preparation for Canadian property damage limitations trial. | 3.50 |
| 04/16/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/16/10 | Flatley | With T. Rea re: DGS status (0.3); conference call with R. Finke and T. Rea about DGS negotiations strategy (.5). | .80 |
| 04/16/10 | Rea | Preparation for Canadian limitations trial (2.8); conference with L. Flatley and call to R. Finke re: DGS claims (.7). | 3.50 |
| 04/17/10 | Cameron | Review materials relating to Speights claim trial. | .80 |
| 04/19/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/19/10 | Cameron | E-mails and telephone calls regarding Speights claim trial. | .40 |
| 04/19/10 | Rea | Preparation for Omnibus hearing (3.0); attend portion of Omnibus hearing and Canadian claims trial (2.5). | 5.50 |
| 04/19/10 | Restivo | Omnibus Hearing, including trial on two Canadian claims. | 8.00 |
| 04/20/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/20/10 | Rea | Drafted Order re: Canadian claims and sent same to D. Speights. | .60 |
| 04/21/10 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/22/10 | Rea | Telephone call with Judge Welsh. | .20 |

```
172573  W. R. Grace & Co.                          Invoice Number  2000640
60033   Claim Analysis Objection Resolution & EstimationPage   4
        (Asbestos)
        May 26, 2010
```

| Date | Name | | Hours |
|------|------|------|------|
| 04/23/10 | Flatley | Emails and voicemails from R. Finke (1.2); emails from/to T. Rea (.2). | .40 |
| 04/26/10 | Flatley | Conference call with R. Finke and T. Rea. | .40 |
| 04/26/10 | Rea | Call with R. Finke re: DGS. | .30 |
| 04/27/10 | Ament | Assist team with various issues relating to PD claims (.20); meet with T. Rea re: trial (.10). | .30 |
| 04/28/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/29/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 04/30/10 | Ament | Assist team with various issues relating to PD claims. | .10 |

```
                                                        ------
                                        TOTAL HOURS      49.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|------|------|------|------|------|------|
| Lawrence E. Flatley | 1.80 | at $ | 635.00 | = | 1,143.00 |
| Douglas E. Cameron | 2.40 | at $ | 630.00 | = | 1,512.00 |
| James J. Restivo Jr. | 10.10 | at $ | 685.00 | = | 6,918.50 |
| Traci Sands Rea | 28.20 | at $ | 455.00 | = | 12,831.00 |
| Sharon A. Ament | 7.10 | at $ | 175.00 | = | 1,242.50 |

```
                        CURRENT FEES                    23,647.00


                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT            $23,647.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000641
One Town Center Road                      Invoice Date        05/26/10
Boca Raton, FL    33486                   Client Number        172573

=======================================================================

Re: W. R. Grace & Co.


(60040)  PA State Tax Advice

        Fees                          3,283.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,283.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       2000641
One Town Center Road                      Invoice Date         05/26/10
Boca Raton, FL   33486                    Client Number         172573
                                          Matter Number          60040


==============================================================================

Re: (60040)  PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2010

     Date   Name                                              Hours
  -------- -----------                                        -----

 04/02/10 Sollie          Discussion with C. Finke regarding    .40
                          successor liability issues.

 04/05/10 Jacobs          Discuss Pennsylvania bulk sale tax    .30
                          clearance liability issue with K.
                          Sollie.

 04/05/10 Sollie          Reviewed materials from C. Finke     2.00
                          (.5); reviewed sections 401 and
                          403 of Pennsylvania fiscal code
                          (.5); reviewed cases under those
                          sections (.6); telephone
                          conference with C. Finke regarding
                          same (.4).

 04/06/10 Sollie          Telephone conference with C. Finke    .50
                          and R. Higgins regarding
                          Pennsylvania tax issue.

 04/26/10 DeMaris         Statute/Regulation pull: Search      1.20
                          for 72 Pennsylvania Statute 1401
                          and 72 Pennsylvania Statute 1403
                          and a separate file of each court
                          case in the annotations to those
                          statute sections

 04/27/10 Sollie          Email C. Finke regarding              .30
                          Pennsylvania IPC tax issue.

 04/29/10 Sollie          Discussion with C. Fiske and R.       .60
                          Higgings regarding IPC's
                          Pennsylvania liability.

```
172573  W. R. Grace & Co.                    Invoice Number  2000641
60040   PA State Tax Advice                  Page   2
        May 26, 2010
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/30/10 | Sollie | Reviewed emails from C. Finke (.3); telephone conference wtih R. Higgins regarding others who have entered their appearances from Pennsylvania Deputy Attorney General's office in Grace's bankruptcy (.3); telephone call to M. Roman (.2). | .80 |

```
                                             ------
                             TOTAL HOURS      6.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Kyle O. Sollie | 4.60 | at $ | 625.00 | = | 2,875.00 |
| Michael A. Jacobs | 0.30 | at $ | 580.00 | = | 174.00 |
| Scott DeMaris | 1.20 | at $ | 195.00 | = | 234.00 |

```
              CURRENT FEES                            3,283.00


                                               ------------
              TOTAL BALANCE DUE UPON RECEIPT      $3,283.00
                                               ============
```