REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000654
One Town Center Road                      Invoice Date      05/26/10
Boca Raton, FL   33486                    Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

       Fees                              0.00
       Expenses                         73.90

                   TOTAL BALANCE DUE UPON RECEIPT            $73.90
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2000654
One Town Center Road                    Invoice Date      05/26/10
Boca Raton, FL    33486                 Client Number       172573
                                        Matter Number        60026

================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                   12.40
    Duplicating/Printing/Scanning           24.30
    Outside Duplicating                     27.20
    Courier Service - Outside               10.00

                CURRENT EXPENSES                      73.90
                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT       $73.90
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2000654
One Town Center Road                      Invoice Date    05/26/10
Boca Raton, FL   33486                    Client Number    172573
                                          Matter Number     60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 03/29/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 03/30/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 27.20 |
| 03/31/10 | PACER | 12.40 |
| 04/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/15/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 04/27/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Deliveries | 10.00 |

172573 W. R. Grace & Co.                          Invoice Number  2000654
60026  Litigation and Litigation Consulting       Page   2
       May 26, 2010

04/27/10    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                      .10
            ATTY # 000559: 1 COPIES

04/27/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/27/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                      .90
            ATTY # 000559: 9 COPIES

04/28/10    Duplicating/Printing/Scanning                     1.00
            ATTY # 000559: 10 COPIES

04/28/10    Duplicating/Printing/Scanning                     1.00
            ATTY # 000559: 10 COPIES

04/28/10    Duplicating/Printing/Scanning                     1.00
            ATTY # 000559: 10 COPIES

04/28/10    Duplicating/Printing/Scanning                      .30
            ATTY # 000559: 3 COPIES

04/28/10    Duplicating/Printing/Scanning                      .30
            ATTY # 000559: 3 COPIES

172573 W. R. Grace & Co.                      Invoice Number  2000654
60026  Litigation and Litigation Consulting    Page    3


      May 26, 2010


04/29/10   Duplicating/Printing/Scanning                    1.50
           ATTY # 000559: 15 COPIES

04/29/10   Duplicating/Printing/Scanning                    1.50
           ATTY # 000559: 15 COPIES


                        CURRENT EXPENSES                    73.90
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $73.90
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2000657
One Town Center Road                      Invoice Date        05/26/10
Boca Raton, FL   33486                    Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                 0.00
     Expenses                           956.75

                        TOTAL BALANCE DUE UPON RECEIPT        $956.75
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2000657
One Town Center Road                      Invoice Date        05/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        0.10
    PACER                                    6.88
    Duplicating/Printing/Scanning          273.10
    Courier Service - Outside               36.87
    Secretarial Overtime                    30.00
    Parking/Tolls/Other Transportation      42.00
    Air Travel Expense                     406.80
    Taxi Expense                           161.00

               CURRENT EXPENSES                       956.75
                                                   -------------

               TOTAL BALANCE DUE UPON RECEIPT      $956.75
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2000657
One Town Center Road                      Invoice Date       05/26/10
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

03/31/10   PACER                                          6.88

04/07/10   Duplicating/Printing/Scanning                   .50
           ATTY # 000559: 5 COPIES

04/07/10   Duplicating/Printing/Scanning                   .50
           ATTY # 000559: 5 COPIES

04/08/10   Duplicating/Printing/Scanning               181.90
           ATTY # 4810; 1819 COPIES

04/08/10   Duplicating/Printing/Scanning                74.00
           ATTY # 4810; 740 COPIES

04/08/10   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES

04/08/10   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES

04/08/10   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES

04/08/10   Duplicating/Printing/Scanning                   .70
           ATTY # 000559: 7 COPIES

04/08/10   Duplicating/Printing/Scanning                   .10
           ATTY # 000559: 1 COPIES

04/08/10   Duplicating/Printing/Scanning                   .50
           ATTY # 000559: 5 COPIES

04/08/10   Duplicating/Printing/Scanning                   .50
           ATTY # 000559: 5 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2000657
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       May 26, 2010


04/08/10    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

04/08/10    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

04/08/10    Courier Service - UPS - Shipped from Sharon        36.87
            Ament Reed Smith LLP - Pittsburgh to Daniel A.
            Speights, Speights & Runyan (HAMPTON SC 29924).

04/08/10    Secretarial Overtime: copying documents           30.00

04/09/10    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

04/09/10    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

04/09/10    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

04/09/10    Duplicating/Printing/Scanning                        .70
            ATTY # 000559: 7 COPIES

04/15/10    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPIES

04/15/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

04/15/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

04/15/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

04/15/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

04/15/10    Duplicating/Printing/Scanning                        .60
            ATTY # 000559: 6 COPIES

04/15/10    Duplicating/Printing/Scanning                        .80
            ATTY # 000559: 8 COPIES

04/16/10    Duplicating/Printing/Scanning                        .20
            ATTY # 000559: 2 COPIES

04/16/10    Duplicating/Printing/Scanning                        .20
            ATTY # 000559: 2 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2000657
60033  Claim Analysis Objection Resolution & EstimationPage   3
       (Asbestos)
       May 26, 2010


| | | |
|---|---|---|
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/16/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 30 COPIES | 3.00 |
| 04/19/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: James J. Restivo Jr., Apr 19, Omnibus<br>Hearing - Delaware - - Parking at PIT airport. | 21.00 |
| 04/19/10 | Taxi Expense Taxi - VENDOR: James J. Restivo<br>Jr., Apr 19, 2010 Omnibus Hearing - - Taxi from<br>PHL airport to Wilminton Courthouse. | 82.00 |
| 04/19/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: James J. Restivo Jr.,<br>Attend Omnibus Hearing - trial in Delaware on<br>two Canadian claims. | 24.00 |
| 04/19/10 | Taxi Expense Taxi - VENDOR: James J. Restivo<br>Jr., Apr 19, 2010 Omnibus Hearing - - Taxi from<br>Wilmington Courthouse to PHL airport. | 79.00 |
| 04/19/10 | Air Travel Expense Airfare - VENDOR: James J.<br>Restivo Jr., Apr 19, Attend Omnibus Hearing -<br>trial in Delaware on two Canadian claims -<br>travel from PIT to PHL and return. | 179.40 |
| 04/19/10 | Air Travel Expense<br>Airfare - VENDOR: Traci Sands Rea, Apr 19, 2010<br>WR Grace Omnibus Hearing (Pittsburgh to<br>Philadelphia; Philadelphia to Pittsburgh) | 179.40 |
| 04/19/10 | Air Travel Expense<br>Travel Agent Fee - VENDOR: Traci Sands Rea, Apr<br>WR Grace Omnibus Hearing (Pittsburgh to<br>Philadelphia; Philadelphia to Pittsburgh) | 24.00 |
| 04/19/10 | Parking/Tolls/Other Transportation Parking -<br>VENDOR: Traci Sands Rea, Apr 19, 2010 WR Grace<br>Omnibus Hearing in DE - - Parking at PIT<br>airport. | 21.00 |
| 04/19/10 | Telephone Expense<br>13026589971/WILMINGTON, DE/2 | .10 |

172573  W. R. Grace & Co.                              Invoice Number  2000657
60033   Claim Analysis Objection Resolution & EstimationPage    4
        (Asbestos)
        May 26, 2010


| Date | Description | Amount |
|------|-------------|--------|
| 04/20/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/20/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
                        CURRENT EXPENSES                    956.75
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $956.75
                                                        =============
```