

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2095925 |
| Invoice Date | 05/13/10 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/09/10 | TKDC | Reviewed a number of orders approving asbestos claim settlements | 0.3 | 180.00 |
| 04/19/10 | TKDC | Reviewed all cno's regarding settlment of various claims | 0.3 | 180.00 |
| 04/27/10 | TKDC | Reviewed all orders approving settlements of claims | 0.3 | 180.00 |
| 04/30/10 | TKDC | Reviewed Debtors' Thirty-Fifth Quarterly Report of Asset Sales from January 1, 2010 through March 31, 2010 in Accordance with That Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | 0.2 | 120.00 |
| 04/30/10 | TKDC | Reviewed Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W.R. Grace & Co. and North Star Reinsurance Corporation | 0.4 | 240.00 |

                                                TOTAL HOURS        1.5

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00001  
05/13/10

WR Grace - Official Committee of Equity Security Holders  
Asset Disposition

Invoice Number 2095925  
Page 2

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $600.00 | = | 900.00 |

CURRENT FEES     900.00

**TOTAL AMOUNT OF THIS INVOICE**     900.00

**NET AMOUNT OF THIS INVOICE**     900.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2095926 |
| Invoice Date | 05/13/10 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/02/10 | TKDC | Reviewed Debtor-In-Possession Monthly Operating Report for filing period February 1, 2010 through February 28, 2010 filed by W.R. Grace & Co., et al | 0.4 | 240.00 |
| 04/29/10 | TKDC | Reviewed amended list of officers and directors for all grace entities | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.7 | at | $600.00 | = | 420.00 |

CURRENT FEES    420.00

**TOTAL AMOUNT OF THIS INVOICE**    420.00

**NET AMOUNT OF THIS INVOICE**    420.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2095927 |
| Invoice Date | 05/13/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 04/02/10 | TKDC | Reviewed all ecf filings and distributed to team | 0.5 | 300.00 |
| 04/05/10 | TKDC | Reviewed all ecf filings and distributed to team | 0.4 | 240.00 |
| 04/06/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 04/07/10 | TKDC | Reviewed all ecf filings and distributed them to our team | 0.5 | 300.00 |
| 04/08/10 | TKDC | Reviewed all ecf filings and distributed to internal team of counsel and paralegals | 0.6 | 360.00 |
| 04/13/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 04/16/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 04/19/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 04/20/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 04/21/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 04/22/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2095927 |
| 00004 | | | Page 2 | |
| 05/13/10 | | Case Administration | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/23/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 04/26/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 04/27/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 04/28/10 | TKDC | Reviewed all incoming ecf filings and distributed to team | 0.4 | 240.00 |
| 04/29/10 | TKDC | Reviewed all ecf filings and distributed same to team counsel and paralegals | 0.4 | 240.00 |
| 04/30/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| | | TOTAL HOURS | 8.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 8.8 | at | $600.00 | = | 5,280.00 |

CURRENT FEES                                                                 5,280.00

**TOTAL AMOUNT OF THIS INVOICE**                                             5,280.00

**NET AMOUNT OF THIS INVOICE**                                               5,280.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2095929 |
| Invoice Date | 05/13/10 |
| Client Number | 359022 |
| Matter Number | 00012 |

Re:  Employment Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/17/10 | TKDC | Reviewed Order Authorizing the Retention and Employment of Kaye Scholer LLP | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.1 | at | $600.00 | = | 60.00 |

CURRENT FEES                                                           60.00

**TOTAL AMOUNT OF THIS INVOICE**                                       60.00

**NET AMOUNT OF THIS INVOICE**                                         60.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2095931 |
| Invoice Date | 05/13/10 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/07/10 | MNF | Review/make edits to prebills for March 2010 | 0.5 | 97.50 |
| 04/09/10 | MNF | Finalize March 2010 bills; coordinate same to accting | 0.3 | 58.50 |
| 04/19/10 | MNF | Draft 9th monthly fee app of Saul Ewing for March 2010 | 1.0 | 195.00 |
| 04/21/10 | MNF | Review docket re: objections; Draft CNO re: 8th monthly fee app of Saul Ewing; E-file and serve same | 1.3 | 253.50 |
| 04/28/10 | TKDC | Reviewed our monthly fee application prior to filing | 0.5 | 300.00 |
| 04/29/10 | MNF | E-file and serve 9th monthly fee app of Saul Ewing; email to fee auditor re: converted version | 1.0 | 195.00 |
| | | TOTAL HOURS | 4.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 4.1 | at | $195.00 | = | 799.50 |
| Teresa K.D. Currier | 0.5 | at | $600.00 | = | 300.00 |

CURRENT FEES    1,099.50

**TOTAL AMOUNT OF THIS INVOICE**    1,099.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00015  

05/13/10

WR Grace - Official Committee of Equity Security Holders  
Fee Applications/Applicant

Invoice Number  2095931  
Page 2

**NET AMOUNT OF THIS INVOICE**                                    1,099.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2095932 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/13/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/21/10 | MNF | Review docket re: objections and Draft CNO re: 102nd monthly fee app of Kramer Levin; E-file and serve same | 1.3 | 253.50 |
| 04/28/10 | MNF | E-file and serve 103rd monthly fee app of Saul Ewing for March 2010 | 1.0 | 195.00 |
| | | TOTAL HOURS | 2.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 2.3 | at | $195.00 | = | 448.50 |

CURRENT FEES                                                                         448.50

**TOTAL AMOUNT OF THIS INVOICE**                                      448.50

**NET AMOUNT OF THIS INVOICE**                                          448.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2095933 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/13/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00017 |
| Charlottesville, VA 22902 | |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/05/10 | TKDC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al. | 0.2 | 120.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.2 at | $600.00 = | 120.00 |

CURRENT FEES     120.00

**TOTAL AMOUNT OF THIS INVOICE**     120.00

**NET AMOUNT OF THIS INVOICE**     120.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2095934 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/13/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/29/10 | TKDC | Reviewed first amended chapter 11 plan | 0.6 | 360.00 |
| 04/30/10 | TKDC | Reviewed proposed order confirming plan | 0.4 | 240.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $600.00 | = | 600.00 |

CURRENT FEES                                                                                     600.00

**TOTAL AMOUNT OF THIS INVOICE**                                                        600.00

**NET AMOUNT OF THIS INVOICE**                                                           600.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2095930 |
| Invoice Date | 05/13/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Federal Express | 23.88 |
| CURRENT EXPENSES | 23.88 |
| **TOTAL AMOUNT OF THIS INVOICE** | 23.88 |
| **NET AMOUNT OF THIS INVOICE** | 23.88 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP