## CLASS MEMBER SERVICES
## TIME SUMMARY BY EMPLOYEE

| S.I. | D.G. | C.B. | J.G. | G.L. | |
|---|---|---|---|---|---|
| 3 | 2 | 42 | 13 | 14 | |
| 2 | 3 | 56 | 5 | 28 | |
| 5 | 3 | 56 | 11 | 16 | |
| 7 | 8 | 40 | 14 | 34 | |
| 30 | 28 | 27 | 5 | 15 | |
| 20 | 14,5 | 42,5 | 7 | 10 | |
| 30 | 8 | 16 | 14 | 6 | |
| 2 | 2 | 14 | 12 | | |
| 4 | 1 | 16 | 15 | | |
| 2 | 1 | 19 | 12 | | |
| 5 | 6 | 24,5 | 12 | | |
| 6 | | | 16 | | |
| 15 | | | 0.5 | | |
| 5,5 | | | | | |
| 5 | | | | | |
| | | | | | **TOTAL** |
| | | | | | 830.50hrs @ |
| 141.50hrs | 76.50hrs | 353hrs | 136.50hrs | 123hrs | 24.15$/h |

Work performed :

-Mailing to all registered class members re: information on Canadian ZAI Property Damage Settlement (claim, evidence and deadline);

- Telephone calls with class members re: information on Canadian ZAI Property Damage Settlement;

-Emails to class members re: information on Canadian ZAI Property Damage Settlement;