# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH *DE MINIMIS* OR NO FEE OR EXPENSE ISSUES FOR THE THIRTY-FIFTH INTERIM PERIOD

This is the amended final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have *de minimis*[1] or no fee or expense issues for the Thirty-Fifth Interim Period (collectively referred to hereafter as the "Applications").[2]

## BACKGROUND

1.  Beveridge & Diamond, P.C. ("Beveridge & Diamond"), was retained as special counsel to the Debtors. Beveridge & Diamond seeks approval of fees totaling $37,298.50 and expenses totaling $216.14 for its services during the Application Period.

2.  Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Bilzin Sumberg seeks approval of fees totaling $54,751.50 and expenses totaling $33,727.16 for its services during the

---

[1] For purposes of this report, applications with *de minimis* issues are those for which: (1) our recommended reductions total less than $100, *and* (2) the applicant has agreed to our recommended reductions.

[2] The Thirty-Fifth Interim Period encompasses October 1, 2009 through December 31, 2009 (the "Application Period").

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg omnibus final report 35Q 10-12.09.wpd

Application Period.

3.  Blackstone Advisory Services L.P. ("Blackstone") was retained as financial advisor to the Debtors. Blackstone seeks approval of a flat fee totaling $200,000.00[3] and expenses totaling $3,193.82 for its services during the Application Period.

4.  BMC Group ("BMC") was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. BMC seeks approval of fees totaling $69,869.50 and expenses totaling $25,274.13 for its services during the Application Period.

5.  Campbell & Levine, LLC ("Campbell & Levine"), was retained as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants. Campbell & Levine seeks approval of fees totaling $93,635.50 and expenses totaling $15,199.97 for its services during the Application Period.

6.  Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisor to the Official Committee of Unsecured Creditors. Capstone seeks approval of fees totaling $157,517.50 and expenses totaling $809.68 for its services during the Application Period.

7.  Casner & Edwards, LLP ("Casner"), was retained as special litigation counsel to the Debtors. Casner seeks approval of fees totaling $42,852.00 and expenses totaling $41,671.09 for its services during the Application Period.

8.  Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial advisor to the Official Committee of Asbestos Personal Injury Claimants. Charter Oak seeks approval of fees totaling $74,236.50 and expenses totaling $156.00 for its services during the

---

[3] For the Application Period, Blackstone lists 293.80 hours worked, which computes to an effective hourly rate of $680.73.


Application Period.

9. Day Pitney LLP ("Day Pitney") was retained as special counsel to the Debtors. Day Pitney seeks approval of fees totaling $23,118.50 and no expenses for its services during the Application Period.

10. Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Ferry Joseph seeks approval of fees totaling $72,712.50 and expenses totaling $4,651.73 for its services during the Application Period.

11. Holme Roberts & Owen, LLP ("Holme"), was retained as special environmental counsel to the Debtors. Holme seeks approval of fees totaling $2,656.00 and expenses totaling $1,408.04 for its services for the period of April 1, 2009 through June 30, 2009 (the "Thirty-Third Interim Period").

12. Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") was retained as co-counsel to the Official Committee of Equity Holders. Kramer Levin seeks approval of fees totaling $68,306.75 and expenses totaling $3,366.52 for its services during the Application Period.

13. Legal Analysis Systems, Inc. ("LAS"), was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. LAS seeks approval of fees totaling $15,257.00 and no expenses for its services during the Application Period.

14. Lincoln Partners Advisors LLC ("Lincoln") was retained as financial advisor to David T. Austern, Future Claimants' Representative. Lincoln seeks approval of fees totaling

$50,000.00[4] and expenses totaling $251.49 for its services during the Thirty-Fourth Interim Period.[5] Lincoln was retained by order of the Court entered November 18, 2009, *nunc pro tunc* to September 1, 2009.[6],[7]

15. Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors. Nelson Mullins seeks approval of fees totaling $780.00 and expenses totaling $0.08 for its services for the Thirty-Third Interim Period.

16. Ogilvy Renault LLP ("Ogilvy Renault") was retained as special counsel to the Debtors and Debtors-in-Possession in Canada. Ogilvy Renault seeks approval of fees totaling CDN$160,053.50[8] and expenses totaling CDN$1,235.79 for its services during the Application Period.

17. Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel

---

[4] For the Thirty-Fourth Interim Period, Lincoln lists 89 hours worked, which computes to an effective hourly rate of $561.80.

[5] The Thirty-Fourth Interim Period encompasses July 1, 2009 through September 30, 2009.

[6] Lincoln took the place of Piper Jaffray & Company and Tre Angeli LLC as financial advisor to the Future Claimants' Representative. Pursuant to the terms of Lincoln's retention, Lincoln is to receive a fee of up to $50,000.00 for each of the months of September and October 2009 and up to $75,000.00 per month thereafter. Lincoln's fee request does not exceed the amount of fees authorized in its retention order, and thus we have no objection to Lincoln's fees on that basis.

[7] This Application filed by Lincoln at Docket No. 24834 on May 25, 2010 is a corrected application for the Thirty-Fourth Interim Period filed for the purpose of correcting an incorrect application period and incorrect amounts set forth in the original application filed at Docket No. 24565 on April 5, 2010. In this corrected application, Lincoln requests a smaller amount of fees and expenses than it requested in the original application.

[8] Consistent with Ogilvy Renault's Application, all dollar amounts in this report pertaining to Ogilvy Renault are in CDN dollars, unless otherwise indicated.

to David T. Austern, future claimants' representative. Orrick seeks approval of fees totaling $1,091,059.75 and expenses totaling $45,541.09 for its services during the Application Period.

18.   Pachulski Stang Ziehl & Jones LLP ("Pachulski"), was retained as counsel to the Debtors. Pachulski seeks approval of fees totaling $137,312.50 and expenses totaling $128,237.71 for its services during the Application Period.

19.   PricewaterhouseCoopers LLP ("PwC") was retained as auditors and tax consultants to the Debtors and Debtors-in-Possession. PwC seeks approval of fees totaling $719,552.43 and expenses totaling $21,725.48 for its services during the Application Period.

20.   Protiviti Inc. ("Protiviti") was retained as Sarbanes-Oxley compliance advisor to the debtors. Protiviti seeks approval of fees totaling $10,080.00 and expenses totaling $10,201.60 for its services during the Application Period.

21.   Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors. Reed Smith seeks approval of fees totaling $81,097.50 and expenses totaling $17,991.64 for its services during the Application Period.

22.   Alan B. Rich ("Alan Rich") was retained as counsel to the Honorable Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants. Alan Rich seeks approval of $65,280.00 in fees and $2,541.51 in expenses for his services during the Application Period.

23.   The Honorable Alexander M. Sanders, Jr. ("Judge Sanders"), was retained as the Legal Representative for Future Asbestos-Related Property Damage Claimants. Judge Sanders seeks approval of fees totaling $22,995.00 and expenses totaling $1,373.21 for his services during the Application Period.

24. Saul Ewing LLP ("Saul Ewing") was retained as co-counsel to the Official Committee of Equity Holders. Saul Ewing seeks approval of fees totaling $60,202.50 and expenses totaling $946.66 for its services during the Application Period.[9]

25. Steptoe & Johnson LLP ("Steptoe") was retained as special tax counsel to the Debtors. Steptoe seeks approval of fees totaling $19,962.00 and expenses totaling $97.36 for its services from July 1, 2009 through September 30, 2009 (the "Thirty-Fourth Interim Period") and fees totaling $6,008.00 and expenses totaling $29.87 for its services during the current Application Period.

26. Stroock & Stroock & Lavan LLP ("Stroock") was retained as counsel to the Official Committee of Unsecured Creditors. Stroock seeks approval of fees totaling $617,534.75 and expenses totaling $26,074.41 for its services during the Application Period.

27. Towers Perrin Tillinghast ("Towers Perrin") was retained as actuarial consultant to David T. Austern, Future Claimants Representative. Towers Perrin seeks approval of fees totaling $12,933.00 and no expenses for its services during the Application Period.

28. Tre Angeli LLC ("Tre Angeli") was retained as financial advisor to David T. Austern, legal representative for future asbestos claimants. Tre Angeli seeks a flat fee of $100,000.00[10] and

---

[9]We noted that Saul Ewing's fees for fee application preparation, when calculated cumulatively over the course of its involvement in the case, computed to 5.8% of its total fees. Although this amount exceeds the 5% guideline for fee application preparation set by a number of courts, we also noted that Saul Ewing prepared its fee applications efficiently by utilizing the services of a lower billing paralegal for approximately 73% of the time devoted to this task. Thus, we have no objection to Saul Ewing's fees for the current Application Period, but will continue to monitor its fee application preparation fees in future applications and recommend reductions as appropriate.

[10]For the Application Period, Tre Angeli lists 121.00 hours worked, which computes to an effective hourly rate of $826.45.

expenses totaling $288.64 for its services during the Thirty-Fourth Interim Period.

29.     Woodcock Washburn LLP ("Woodcock Washburn") was retained as special litigation counsel to the Debtors. Woodcock Washburn seeks approval of fees totaling $26,818.50 and expenses totaling $1,388.00 for its services during the Application Period.

30.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2010, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

31.     We have no objections to or issues with, any of the Applications, with the exception of certain *de minimis* issues as explained in the following paragraph and corresponding footnotes.

## CONCLUSION

32.     In summary, for the Application Period, we recommend approval of the following fees and expenses for these Applicants:

       a.     Beveridge & Diamond - $37,298.50 in fees and $216.14 in expenses;

       b.     Bilzin Sumberg - $54,751.50 in fees and $33,727.16 in expenses;

    c.    Blackstone - $200,000.00 in fees and $3,193.82 in expenses;

    d.    BMC - $69,869.50 in fees and $25,274.13 in expenses;

    e.    Campbell & Levine - $93,591.50 in fees ($93,635.50 minus $44.00[11]) and $15,199.97 in expenses;

    f.    Capstone - $157,517.50 in fees and $809.68 in expenses;

    g.    Casner - $42,852.00 in fees and $41,671.09 in expenses;

    h.    Charter Oak - $74,236.50 in fees and $156.00 in expenses;

    i.    Day Pitney - $23,118.50 in fees;

    j.    Ferry Joseph - $72,675.00 in fees ($72,712.50 minus $37.50[12]) and $4,651.73 in expenses;

    k.    Holme - $2,656.00 in fees and $1,408.04 in expenses for the Thirty-Third Interim Period;

    l.    Kramer Levin - $68,306.75 in fees and $3,366.52 in expenses;

    m.    LAS - $15,257.00 in fees;

    n.    Lincoln - $50,000.00 in fees and $251.49 in expenses for the Thirty-Fourth Interim Period;

    o.    Nelson Mullins - $780.00 in fees and $0.08 in expenses for the Thirty-Third Interim Period;

    p.    Ogilvy Renault - CDN$160,053.50 in fees and CDN$1,235.79 in expenses;

---

[11]This reflects a recommended reduction of $44.00 to correct an overcharge on one of Campbell & Levine's time entries, to which reduction the applicant has agreed.

[12]This reflects a recommended reduction of $37.50 to correct an overcharge on one of Ferry Joseph's time entries, to which reduction the applicant has agreed.

q. Orrick - $1,091,059.75 in fees and $45,541.09 in expenses;

r. Pachulski - $137,312.50 in fees and $128,237.71 in expenses;

s. PwC - $719,476.21 in fees ($719,552.43 minus $76.22[13]) and $21,725.48 in expenses;

t. Protiviti - $10,080.00 in fees and $10,201.60 in expenses;

u. Reed Smith - $81,097.50 in fees and $17,991.64 in expenses;

v. Alan Rich - $65,280.00 in fees and $2,541.51 in expenses;

w. Judge Sanders - $22,995.00 in fees and $1,373.21 in expenses;

x. Saul Ewing - $60,202.50 in fees and $946.66 in expenses;

y. Steptoe & Johnson - $19,962.00 in fees and $97.36 in expenses for the Thirty-Fourth Interim Period; and $6,008.00 in fees and $29.87 in expenses for the current Application Period;

z. Stroock - $617,534.75 in fees and $26,074.41 in expenses;

aa. Towers Perrin - $12,933.00 in fees;

bb. Tre Angeli - $100,000.00 in fees and $288.64 in expenses; and

cc. Woodcock Washburn - $26,818.50 in fees and $1,388.00 in expenses.

---

[13]This reflects a recommended reduction of $76.22 for time entries which PwC agreed should have been billed at a clerical rate.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
   Warren H. Smith
   Texas State Bar No. 18757050

Republic Center
325 N. St. Paul Street, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 28th day of May, 2010.

_____
   Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicants**
Pamela D. Marks
Beveridge & Diamond, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201

Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

Pamela D. Zilly
Senior Managing Director
Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154

Myrtle H. John
BMC Group
600 1st Avenue, Suite 300
Seattle, Washington 98104

Kathleen Campbell Davis
Marla Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Edwin N. Ordway, Jr.
Capstone Advisory Group, LLC
Park 80 West, Plaza I
Saddle Brook, NJ  07663

Robert A. Murphy
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Bradley Rapp
Charter Oak Financial Consultants, LLC
430 Center Avenue
Mamaroneck, NY 10543


Anthony J. Marchetta

Day Pitney LLP
P. O. Box 1945
Morristown, NJ 07962-1945

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P. O. Box 1351
Wilmington, DE 19899

Eric E. Johnson
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10022

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA  91360

Joseph J. Radecki, Jr.
Lincoln Partners Advisors LLC
400 Madison Avenue, #21
New York, NY 10017-8901

Bernard F. Hawkins, Jr.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC  29201

Teresa J. Walsh
Ogilvy Renault LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, ON   M5J 2Z4



Roger Frankel
Richard H. Wyron

**FEE AUDITOR'S FINAL REPORT** - Page 11
wrg omnibus final report 35Q 10-12.09.wpd

Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

Scott Laliberte
Two Liberty Place
50 South 16th Street, Suite 2900
Philadelphia, PA 19102

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Lewis Kruger
Kenneth Pasquale
Arlene Krieger

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Jennifer L. Biggs
Towers Watson
101 S. Hanley Rd.
St. Louis, MO 63105

Joseph J. Radecki, Jr.
Tre Angeli LLC
Six Landmark Square, Suite 415
Stamford, CT 06901

Gary H. Levin
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Holly Bull
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**Counsel for the Official Committee of Unsecured Creditors**
Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**United States Trustee**
David Klauder

**FEE AUDITOR'S FINAL REPORT** - Page 12
wrg omnibus final report 35Q 10-12.09.wpd

Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801