## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on May 28, 2010, true and correct copies

of **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** were

served on the parties listed on the attached service list in the manner indicated thereon.

DATED:  May 28, 2010

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

DOI for Appeal re 2 Canadian Claims (Nanaimo & City of Vancouver).DOCX

## SERVICE LIST

## VIA HAND-DELIVERY AND FIRST-CLASS MAIL

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 No. Market Street, 17th Floor
Wilmington, DE  19801


## VIA FIRST CLASS MAIL

Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE  19801

Teresa K. D. Currier, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE  19801

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

David M. Klauder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street, Room 2207
Wilmington, DE  19801

Theodore Tacconelli, Esquire
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19899-1351

John C. Phillips, Jr., Esquire
PHILLIPS GOLDMAN & SPENCE PA
1200 N. Broom Street
Wilmington, DE  19806
David M. Bernick, Esquire

Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022

Janet S. Baer, Esquire
LAW OFFICES OF JANET S. BAER, P.C.
70 West Madison, Suite 2100
Chicago, IL  60602-4253

Lisa Esayian, Esquire
KIRKLAND & ELLIS LLP
300 N. LaSalle Drive
Chicago, IL  60654

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY  10038-4982

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Douglas Mannal, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC  20005-1706

Scott Baena, Esquire
Jay Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL  33131-2336

James Restivo, Jr., Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Karl Hill, Esquire
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899-0068

Alan B. Rich, Esquire
LAW OFFICE OF ALAN B. RICH
1401 Elm Street
Dallas, TX  75202

Jeffrey M. Boerger, Esquire
Kooshan Nayerahmadi, Esquire
DRINKER BIDDLE LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Alexander M. Sanders, Jr., Esquire
96 Broad Street, Suite 107
Charleston, SC  29401