# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**APRIL 1, 2010 - APRIL 30, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.7 | 486.5 |
| 0013 | Business Operations | 3.9 | 2,890.50 |
| 0014 | Case Administration | 15.0 | 2,900.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.8 | 1,946.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 14.7 | 10,960.50 |
| 0018 | Fee Application, Applicant | 15.4 | 8,451.50 |
| 0019 | Creditor Inquiries | 2.0 | 1,744.00 |
| 0020 | Fee Application, Others | 4.0 | 1,012.50 |
| 0021 | Employee Benefits, Pension | 2.1 | 1,459.50 |
| 0035 | Travel - Non Working | 4.0 | 3,500.00 |
| 0036 | Plan and Disclosure Statement | 7.1 | 5,816.50 |
| 0037 | Hearings | 6.2 | 5,047.00 |
| | | | |
| | Sub Total | 77.9 | $ 46,215.00 |
| | Less 50% Travel | (2.0) | (1,750.00) |
| | Total | 75.9 | $ 44,465.00 |

# STROOCK

## INVOICE

| DATE | May 25, 2010 |
|---|---|
| INVOICE NO. | 505091 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/06/2010 | Memorandum to L. Esayan re: inquiry on EMC/MMO settlement. | Krieger, A. | 0.1 |
| 04/07/2010 | Exchanged memoranda with L. Esayian re: 1998 Agreement. | Krieger, A. | 0.2 |
| 04/09/2010 | Attend to COC re: order and joint pretrial statement for CDN PD claims trial. | Krieger, A. | 0.1 |
| 04/12/2010 | Attend to joint pre-trial statement on statute of limitations trial on Canadian PD Calms. | Krieger, A. | 0.1 |
| 04/26/2010 | Attend to order re: briefing schedule re: litigation of Maryland Casualty's claim. | Krieger, A. | 0.1 |
| 04/27/2010 | Attend to motion to settle insurance company coverage issues. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 695 | $ 486.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 486.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 486.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2010 | Attend to 10-K. | Krieger, A. | 1.4 |
| 04/01/2010 | Review 10-K. | Kruger, L. | 0.3 |
| 04/08/2010 | Attend to Capstone report re: 2010 Business Plan Review. | Krieger, A. | 1.3 |
| 04/09/2010 | Telephone call J. Dolan re: Capstone's report for the Committee on Grace's 2010 business plan and plan performance. | Krieger, A. | 0.4 |
| 04/09/2010 | Review Capstone report on debtors' 2010 business plan. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.1 | $ 695 | $ 2,154.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 0.5 | 875 | 437.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,890.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,890.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration 699843 0014 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2010 | Review Fee Auditor project category summary pertaining to the thirty-fourth interim quarter. | Mohamed, D. | 0.5 |
| 04/01/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/02/2010 | Obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.0 |
| 04/05/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 04/06/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/07/2010 | Memorandum with DM re: telephonic attendance for AGK at 4/19/10 hearing. | Krieger, A. | 0.1 |
| 04/07/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (1.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.8 |
| 04/08/2010 | Obtain and circulate recently docketed pleadings in main case (.5); schedule A. Krieger to appear telephonically for 4.19.2010 hearing (.2). | Mohamed, D. | 0.7 |
| 04/09/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 04/12/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 04/13/2010 | Obtain and circulate recently docketed | Mohamed, D. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.3); obtain pleadings for attorney review (.6). | | |
| 04/14/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 04/15/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 04/16/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 04/19/2010 | Review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.2). | Mohamed, D. | 0.5 |
| 04/21/2010 | Obtain and circulate recently docketed pleadings in main case (.6); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.9 |
| 04/22/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 04/23/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 04/26/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.9 |
| 04/27/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 1.1 |
| 04/28/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 04/29/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 04/30/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Mohamed, David | 14.9 | 190 | 2,831.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,900.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,900.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/09/2010 | Telephone call R. Higgins re: employee claims responses, status. | Krieger, A. | 0.3 |
| 04/12/2010 | Attend to claim settlement notices for Munoz and for Standard Chain and exchanged memoranda with Debtors' counsel re additional information to support the settlements. | Krieger, A. | 0.4 |
| 04/13/2010 | Attend to Munoz settlement. | Krieger, A. | 0.3 |
| 04/14/2010 | Telephone call R. Higgins re: claim settlements. | Krieger, A. | 0.2 |
| 04/16/2010 | Telephone call R. Higgins re: information on Standard Chain settlement (.2); attend to J. Baer memorandum re: responding to inquiries (.1). | Krieger, A. | 0.3 |
| 04/19/2010 | Exchanged memoranda with J. Baer re: further inquiries regarding Munoz settlement information (.3); exchanged memoranda with R. Higgins re: settlement information on Standard Chain (.1). | Krieger, A. | 0.4 |
| 04/21/2010 | Exchanged memoranda with R. Higgins re: additional information for Standard Chain claim (.2); exchanged memoranda with J. Baer re: same (.1). | Krieger, A. | 0.3 |
| 04/22/2010 | Exchange memoranda with R. Higgins, J. Baer re: additional information for Standard Chain claim settlement re: noticing of settlement and extension on response date (.1); memoranda to J. Baer re: additional information requested (.2). | Krieger, A. | 0.3 |
| 04/26/2010 | Exchanged memoranda with J. Baer re: additional information re: Standard Chain | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlement. | | |
| 04/27/2010 | Attend to amended notice of settlement of Standard Chain claims. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.8 | $ 695 | $ 1,946.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,946.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,946.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|---------------------------------------------------------|
|    | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/05/2010 | Attend to memorandum re: motion for settlement agreement with Employers Mutual Casualty Company. | Krieger, A. | 3.7 |
| 04/05/2010 | Review memo to Committee re: Employee Mutual. | Kruger, L. | 0.4 |
| 04/06/2010 | Attend to memorandum re: pending motions (.9); exchanged memoranda with Committee member re: plan documents (.2). | Krieger, A. | 1.1 |
| 04/06/2010 | Review memo to Committee re: pending motions. | Kruger, L. | 0.2 |
| 04/07/2010 | Finalize memorandum re: pending matters. | Krieger, A. | 0.4 |
| 04/07/2010 | Review recent debtor filings. | Kruger, L. | 0.2 |
| 04/08/2010 | Memorandum to Committee re: pending motions. | Krieger, A. | 0.2 |
| 04/13/2010 | Attend to Committee memorandum re: pending settlements. | Krieger, A. | 1.4 |
| 04/13/2010 | Review memo to Committee re: pending settlements. | Kruger, L. | 0.3 |
| 04/15/2010 | Memorandum to the Committee re: claims settlements (1.3); memorandum to LK re: Plan payment terms (.4). | Krieger, A. | 1.7 |
| 04/15/2010 | Review memo to Committee re: claims settlements (.2);  review memo from AK re: plan payment terms for bank debt (.2). | Kruger, L. | 0.4 |
| 04/20/2010 | Memorandum for the Committee re: 4/19/10 hearing (.8); telephone call Committee member re: emergence (.1). | Krieger, A. | 0.9 |
| 04/20/2010 | Review memo to Committee re: hearing (.1); review issues raised at court hearing (.3). | Kruger, L. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/20/2010 | Review memo to Committee re: hearing. | Pasquale, K. | 0.1 |
| 04/21/2010 | Attend to revised memorandum for the Committee re: Munoz claim and litigation settlement. | Krieger, A. | 0.8 |
| 04/26/2010 | Memorandum to the Committee re: second amended disclosure of expected directors and officers of the Reorganized Debtors (.5); attend to additional information from Debtors' counsel and revised memorandum re: Standard Chain settlement reflecting additional information (1.4). | Krieger, A. | 1.9 |
| 04/26/2010 | Review Committee memo. | Kruger, L. | 0.4 |
| 04/26/2010 | Review draft memos to Committee. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 12.1 | $ 695 | $ 8,409.50 |
| Kruger, Lewis | 2.3 | 995 | 2,288.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,960.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,960.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/07/2010 | Attend to preparation of 36th quarterly fee application. | Krieger, A. | 1.3 |
| 04/08/2010 | Attend to 36th quarterly fee application. | Krieger, A. | 1.0 |
| 04/09/2010 | Review March invoice. | Magzamen, M. | 1.1 |
| 04/14/2010 | Prepare template for Stroock's one-hundred and eighth monthly fee application. | Mohamed, D. | 0.5 |
| 04/15/2010 | Attend to March 2010 fee statement. | Krieger, A. | 0.7 |
| 04/15/2010 | Review changes made to draft of Stroock's one hundred and eighth monthly fee application. | Mohamed, D. | 0.5 |
| 04/22/2010 | Review changes made to draft of Stroock's 108th monthly fee application. | Mohamed, D. | 0.4 |
| 04/27/2010 | Attend to March 2010 fee statement and preparation of 36th quarterly. | Krieger, A. | 2.6 |
| 04/27/2010 | Oc's w/ A. Krieger and D. Mohamed re: final review of March bill. | Magzamen, M. | 0.4 |
| 04/28/2010 | Attend to preparation of 36th quarterly fee application. | Krieger, A. | 3.6 |
| 04/28/2010 | Review Stroock's one hundred and eighth monthly fee application (.7); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 04/29/2010 | Attend to 36th quarterly fee application. | Krieger, A. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.6 | $ 695 | $ 7,367.00 |
| Magzamen, Michael | 1.5 | 305 | 457.50 |
| Mohamed, David | 3.3 | 190 | 627.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,451.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,451.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/07/2010 | Telephone conference trade creditor re: plan treatment. | Pasquale, K. | 0.3 |
| 04/08/2010 | Telephone conference trade creditor re: POR treatment of claim. | Pasquale, K. | 0.2 |
| 04/12/2010 | T/c bank debt holders. | Kruger, L. | 0.2 |
| 04/12/2010 | Telephone conference bank debt holder re: status and process. | Pasquale, K. | 0.3 |
| 04/13/2010 | Office conference M. Magzamen re: creditor inquiry on case status. | Krieger, A. | 0.1 |
| 04/14/2010 | Telephone call unsecured creditor re: case status. | Krieger, A. | 0.2 |
| 04/15/2010 | T/c bank debt holders re: bank debt payment. | Kruger, L. | 0.2 |
| 04/20/2010 | Telephone conference bank debt holder re: status. | Pasquale, K. | 0.3 |
| 04/26/2010 | Telephone conference creditor re: plan status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 1.3 | 875 | 1,137.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,744.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,744.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/09/2010 | Attend to Debtors' statement of professional's compensation. | Krieger, A. | 0.1 |
| 04/12/2010 | Attend to notice of ordinary course counsel fees for last quarter and fee application of other professionals. | Krieger, A. | 0.2 |
| 04/21/2010 | Review Capstone's 72nd and 73rd monthly fee applications in preparation for filing (1.2); prepare notices and certificates of service re: same and forward to local counsel for filing (1.5); prepare and effectuate service re: fee applications (.8). | Mohamed, D. | 3.5 |
| 04/26/2010 | Attend to fee application notices, certifications, of other professionals. | Krieger, A. | 0.1 |
| 04/27/2010 | Attend to fee applications, certifications of other professionals. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 695 | $ 347.50 |
| Mohamed, David | 3.5 | 190 | 665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,012.50 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,012.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employee Benefits, Pension |
|----|----------------------------|
|    | 699843  0021               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/12/2010 | Attend to materials re: privacy and security data planning and breaches and memorandum re: 4/19/10 conversation with Debtors' counsel. | Krieger, A. | 2.0 |
| 04/26/2010 | Telephone call J. Dolan and memorandum from Blackstone re: status of pension review. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.1 | $ 695 | $ 1,459.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,459.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,459.50 |
|-----------------------|------------|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 59.34 |
| Local Transportation | 140.70 |
| Long Distance Telephone | 29.87 |
| Duplicating Costs-in House | 5.10 |
| Westlaw | 30.50 |

| TOTAL DISBURSEMENTS/CHARGES | $ 265.51 |
|---|---|

| TOTAL FOR THIS MATTER | $ 265.51 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working |
|----|----------------------|
|    | 699843  0035         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/19/2010 | Travel to and from omnibus hearing in DE. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 4.0 | $ 875 | $ 3,500.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,500.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,500.00 |
|-----------------------|------------|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2010 | Attend to article for possible application to Grace plan issues. | Krieger, A. | 1.2 |
| 04/05/2010 | Attend to article and related case law for possible application to plan issues. | Krieger, A. | 1.4 |
| 04/19/2010 | Review post-confirmation submissions re: issues raised at court hearing. | Pasquale, K. | 1.2 |
| 04/26/2010 | Telephone call J. Dolan re: plan related matters. | Krieger, A. | 0.1 |
| 04/28/2010 | Telephone conference A. Rosenberg re: status of PPI plan issues. | Pasquale, K. | 0.2 |
| 04/30/2010 | Attend to proposed confirmation order. | Krieger, A. | 0.3 |
| 04/30/2010 | Review proposed confirmation order. | Kruger, L. | 1.2 |
| 04/30/2010 | Attention to proposed confirmation order filed by plan proponents. | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.0 | $ 695 | $ 2,085.00 |
| Kruger, Lewis | 1.2 | 995 | 1,194.00 |
| Pasquale, Kenneth | 2.9 | 875 | 2,537.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,816.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,816.50 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/06/2010 | Attend to agenda for 4/19/10 hearing. | Krieger, A. | 0.1 |
| 04/06/2010 | Review draft agenda for 4/19 hearing. | Kruger, L. | 0.2 |
| 04/07/2010 | Review omnibus hearing agenda. | Kruger, L. | 0.1 |
| 04/07/2010 | Review agenda for omnibus hearing (.2) and recent court filings by debtors (.4). | Pasquale, K. | 0.6 |
| 04/16/2010 | Prep for omnibus hearing and review agenda. | Pasquale, K. | 0.5 |
| 04/19/2010 | Preparation for and telephonic attendance at omnibus court hearing re: plan status, and other matters. | Krieger, A. | 2.1 |
| 04/19/2010 | Prep for and participated in omnibus hearing. | Pasquale, K. | 2.5 |
| 04/20/2010 | Office conference KP re: 4/19/10 hearing and status of confirmation materials. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.3 | $ 695 | $ 1,598.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 3.6 | 875 | 3,150.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,047.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 5,047.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 46,215.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 265.51 |
| TOTAL BILL | $ 46,480.51 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.