# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## APRIL 1, 2010 - APRIL 30, 2010

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 4.5 | $ 995 | $ 4,477.50 |
| Pasquale, Kenneth | 12.6 | 875 | 11,025.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 37.6 | 695 | 26,132.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.5 | 305 | 457.50 |
| Mohamed, David | 21.7 | 190 | 4,123.00 |
| | | | |
| Sub Total | 77.9 | | $ 46,215.00 |
| Less 50% Travel | (2.0) | | (1,750.00) |
| Total | 75.9 | | $ 44,465.00 |