# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**APRIL 1, 2010 - APRIL 30, 2010**

| | |
|---|---|
| Outside Messenger Service | $ 59.34 |
| Local Transportation | 140.70 |
| Long Distance Telephone | 29.87 |
| Duplicating Costs-in House | 5.10 |
| Westlaw | 30.50 |
| | |
| **TOTAL** | **$265.51** |

# STROOCK

## Disbursement Register

| DATE | May 25, 2010 |
|---|---|
| INVOICE NO. | 505091 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through April 30, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service** | |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President & General Counsel, COLUMBIA, MD 21044 Tracking #:1Z10X8270195116922 on 03/30/2010 | 6.73 |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196477317 on 03/30/2010 | 6.73 |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197133132 on 03/30/2010 | 9.55 |
| 04/05/2010 | VENDOR: UPS; INVOICE#: 0000010X827140; DATE: 04/03/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199778308 on 03/30/2010 | 6.73 |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, | 6.70 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Columbia, MD 21044 Tracking #:1Z10X8270193136477 on 04/21/2010 | |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270193478894 on 04/21/2010 | 6.70 |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270194055286 on 04/21/2010 | 9.50 |
| 04/27/2010 | VENDOR: UPS; INVOICE#: 0000010X827170; DATE: 04/24/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196577450 on 04/21/2010 | 6.70 |
| | **Outside Messenger Service Total** | **59.34** |
| **Local Transportation** | | |
| 04/26/2010 | VENDOR(EE): KPASQUALE: 04/19/10; Omnibus hearing in Wilmington, DE | 136.70 |
| 04/26/2010 | VENDOR(EE): KPASQUALE: 04/19/10; Omnibus hearing in Wilmington, DE | 4.00 |
| | **Local Transportation Total** | **140.70** |
| **Long Distance Telephone** | | |
| 01/31/2010 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-013110; DATE: 1/31/2010 - Teleconference    01-28-2010 | 22.64 |
| 04/20/2010 | EXTN.795588, TEL.7047151728, S.T.16:36, DUR.00:04:50 | 2.78 |
| 04/20/2010 | EXTN.795562, TEL.4012728800, S.T.17:15, DUR.00:07:33 | 4.45 |
| | **Long Distance Telephone Total** | **29.87** |
| **Duplicating Costs-in House** | | |
| 04/27/2010 | | 5.10 |
| | **Duplicating Costs-in House Total** | **5.10** |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Westlaw** | | |
| 04/05/2010 | Transactional Search by Krieger, Arlene G. | 30.50 |
| **Westlaw Total** | | **30.50** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 59.34 |
| Local Transportation | 140.70 |
| Long Distance Telephone | 29.87 |
| Duplicating Costs-in House | 5.10 |
| Westlaw | 30.50 |

| TOTAL DISBURSEMENTS/CHARGES | $ 265.51 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM