IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Hearing Date: To be determined<br>Objection Date: June 17, 2010 at 4:00 p.m. |

**NINETY-NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2010 through April 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,323.50 (80% $9,058.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$46.14** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the ninety-ninth monthly fee application of Duane Morris LLP.

DM3\1371530.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 1/31/04 |  |  |  |  |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21, 2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

DM3\1371530.1

|                   |                    | Requested   |          | Approved for Payment |          |
|-------------------|--------------------|-------------|----------|----------------------|----------|
| Date Filed        | Period Covered     | Fees        | Expenses | Fees                 | Expenses |
| February 6, 2006  | 12/1/05 – 12/31/05 | $20,159.00  | $1,871.84 | $16,127.20          | $1,841.84 |
| March 2, 2006     | 1/1/06 – 1/28/06   | $21,157.40  | $517.90   | $16,930.00          | $517.90   |
| March 13, 2006    | 2/1/06 – 2/28/06   | $11,268.50  | $0.00     | $9,014.80           | $0.00     |
| April 28, 2006    | 3/1/06 – 3/31/06   | $15,309.50  | $424.79   | $12,247.60          | $424.79   |
| May 30, 2006      | 4/1/06 – 4/30/06   | $14,241.50  | $1,014.93 | $11,393.20          | $1,014.93 |
| June 16, 2006     | 5/1/06 – 5/31/06   | $15,350.50  | $38.60    | $12,280.40          | $38.60    |
| August 10, 2006   | 6/1/06 – 6/30/06   | $25,877.00  | $1,968.78 | $20,701.60          | $1,968.78 |
| August 30, 2006   | 7/1/06 – 7/31/06   | $27,754.00  | $260.05   | $27,754.00          | $260.05   |
| October 6, 2006   | 8/1/06 – 8/31/06   | $32,699.50  | $235.27   | $32,699.50          | $235.27   |
| October 30, 2006  | 9/1/06 – 9/30/06   | $29,511.50  | $1,537.45 | $26,511.50          | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50  | $360.17   | $22,550.50          | $360.17   |
| January 8, 2007   | 11/1/06 – 11/30/06 | $52,715.50  | $462.28   | $52,715.50          | $462.28   |
| February 1, 2007  | 12/1/06 – 12/31/06 | $36,411.00  | $628.30   | $36,411.00          | $208.95   |
| February 28, 2007 | 1/1/07 – 1/31/07   | $39,970.50  | $770.49   | $39,970.50          | $770.49   |
| April 13, 2007    | 2/1/07 – 2/28/07   | $23,416.00  | $81.51    | $23,416.00          | $81.51    |
| May 1, 2007       | 3/1/07 – 3/31/07   | $20,408.50  | $110.79   | $20,408.50          | $110.79   |
| July 13, 2007     | 4/1/07 – 4/30/07   | $17,098.00  | $677.86   | $20,408.50          | $110.79   |
| July 13, 2007     | 5/1/07 – 5/31/07   | $20,049.00  | $7,553.02 | $20,049.00          | $7,553.02 |
| July 31, 2007     | 6/1/107 – 6/30/07  | $22,710.50  | $1,017.52 | $22,710.50          | $1,017.52 |
| October 1, 2007   | 7/1/07 – 7/31/07   | $43,373.50  | $1,544.99 | $34,698.80          | $1,544.99 |
| October 1, 2007   | 8/1/07 – 8/31/07   | $23,739.50  | $1,306.17 | $18,991.60          | $1,306.17 |
| October 30, 2007  | 9/1/07 – 9/30/07   | $36,004.00  | $48.39    | $28,803.20          | $48.39    |

4

|                  |                      | Requested    |             | Approved for Payment |             |
| ---------------- | -------------------- | ------------ | ----------- | -------------------- | ----------- |
| Date Filed       | Period Covered       | Fees         | Expenses    | Fees                 | Expenses    |
| December 3, 2007 | 10/1/07 – 10/31/07   | $28,085.50   | $3,244.17   | $22,468.40           | $3,244.17   |
| January 3, 2008  | 11/1/07 – 11/30/07   | $29,455.00   | $860.54     | $23,564.00           | $860.54     |
| January 29, 2008 | 12/1/07 – 12/31/07   | $49,823.00   | $505.80     | $47,689.06           | $505.80     |
| March 10, 2008[1]| 1/1/08 – 2/29/08     | $58,572.80   | $10,713.36  | $46,858.24           | $10,713.36  |
| May 1, 2008      | 3/1/08 – 3/31/08     | $50,913.00   | $1,171.03   | $50,301.80           | $1,171.03   |
| May 21, 2008     | 4/1/08 – 4/30/08     | $84,772.50   | $1,770.07   | $67,778.00           | $1,770.07   |
| June 27, 2008    | 5/1/08 – 5/31/08     | $23,242.00   | $1,913.97   | $18,593.60           | $1,913.97   |
| July 28, 2008    | 6/1/08 – 6/30/08     | $28,668.00   | $888.00     | $22,934.40           | $888.00     |
| August 28, 2008  | 7/1/08 – 7/31/08     | $30,341.50   | $183.79     | $24,273.20           | $183.79     |
| October 13, 2008 | 8/1/08 – 8/31/08     | $21,406.50   | $2,380.26   | $17,125.20           | $2,380.26   |
| November 12, 2008| 9/1/08 – 9/30/08     | $25,857.00   | $784.16     | $20,685.60           | $784.16     |
| November 18, 2008| 10/1/08 – 10/31/08   | $30,909.00   | $2,724.44   | $24,727.20           | $2,724.44   |
| December 30, 2008| 11/1/08 – 11/30/08   | $14,479.00   | $238.13     | $11,583.20           | $238.13     |
| February 3, 2009 | 12/1/08 – 12/31/08   | $32,930.00   | $825.68     | $26,344.00           | $825.68     |
| February 11, 2009| 1/1/09 – 1/31/09     | $47,975.00   | $828.47     | $38,380.00           | $828.47     |
| April 2, 2009    | 2/1/09 – 2/28/09     | $33,072.50   | $493.81     | $26,458.00           | $493.81     |
| April 10, 2009   | 3/1/09 – 3/31/09     | $34,393.50   | $2,281.30   | $27,514.80           | $2,281.30   |
| June 5, 2009     | 4/1/09 – 4/30/09     | $33,877.50   | $1,333.84   | $27,102.00           | $1,333.84   |
| June 5, 2009     | 5/1/09 – 5/31/09     | $38,838.00   | $18.92      | $31,070.40           | $18.92      |
| August 19, 2009  | 6/1/09 – 6/30/09     | $102,615.50  | $2,762.47   | $82,092.40           | $2,762.47   |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

|  |  | Requested |  | Approved for Payment |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| William S. Katchen | Of Counsel/41 years | $795.00 | 7.60 | $6,042.00 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 3.10 | $2,201.00 |
| Richard W. Riley | Partner | $570.00 | 2.30 | $1,311.00 |
| Adrian C. Maholchic | Associate/1 year | $335.00 | 0.30 | $100.50 |
| Beth A. Gruppo | Paralegal | $305.00 | 1.10 | $335.50 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 4.30 | $709.50 |
| Dawn S. Marra | Legal Assistant | $160.00 | 3.90 | $624.00 |
| **Total** |  |  | **22.60** | **$11,323.50** |

6

DM3\1371530.1

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 7.30 | $2,270.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.40 | $318.00 |
| Fee Applications, Applicant (12) | 2.60 | $752.50 |
| Fee Applications, Other (13) | 2.50 | $412.50 |
| Hearings (15) | 1.40 | $994.00 |
| Plan and Disclosure Statement (17) | 1.20 | $852.00 |
| Other (25) | 7.20 | $5,724.00 |
| **TOTAL** | **22.60** | **$11,323.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $28.94 |
| Court Search Service | | $17.20 |
| **TOTAL** | | **$ 46.14** |

DM3\1371530.1

WHEREFORE, Duane Morris LLP respectfully requests that, for the period April 1, 2010 through April 30, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $9,058.80 (80% of allowed fees) and $46.14 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: May 28, 2010
       Wilmington, Delaware

*[signature]*

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
        rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*