# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

May 5, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1566730                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.10 hrs. at | $710.00 /hr. = | $2,201.00 | |
| RW RILEY | PARTNER | 2.30 hrs. at | $570.00 /hr. = | $1,311.00 | |
| WS KATCHEN | OF COUNSEL | 7.60 hrs. at | $795.00 /hr. = | $6,042.00 | |
| AC MAHOLCHIC | ASSOCIATE | 0.30 hrs. at | $335.00 /hr. = | $100.50 | |
| BA GRUPPO | PARALEGAL | 1.10 hrs. at | $305.00 /hr. = | $335.50 | |
| S LENKIEWICZ | PARALEGAL | 4.30 hrs. at | $165.00 /hr. = | $709.50 | |
| DS MARRA | LEGAL ASSISTANT | 3.90 hrs. at | $160.00 /hr. = | $624.00 | |
| | | | | | $11,323.50 |

DISBURSEMENTS
COURT SEARCH SERVICE                                    17.20
OVERNIGHT MAIL                                          28.94
TOTAL DISBURSEMENTS                                                  $46.14

BALANCE DUE THIS INVOICE                                            $11,369.64

PREVIOUS BALANCE                                                    $66,139.26

TOTAL BALANCE DUE                                                   $77,508.90

DUANE MORRIS LLP

Duane Morris
May 5, 2010
Page 2

File # K0248-00001                                    INVOICE #  1566730
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/6/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/6/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 29, 2010 THROUGH MARCH 5, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/6/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/8/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED WITH RETRIEVAL & DOWNLOAD OF TWO OPINIONS REFERENCED THEREIN AND FORWARDING SAME TO W.KATCHEN | 0.20 | $61.00 |
| 4/8/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 6, 2010 THROUGH APRIL 7, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/9/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/13/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 4/13/2010 | 004 | DS MARRA | RETRIEVE ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/13/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
May 5, 2010
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1566730

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/13/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 8, 2010 THROUGH APRIL 12, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/13/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/15/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/15/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 13, 2010 THROUGH APRIL 14, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/15/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/19/2010 | 004 | RW RILEY | PREPARE AND ATTEND OMNIBUS HEARING | 2.30 | $1,311.00 |
| 4/21/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/22/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/27/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J. VILLANEUVA REGARDING RETRIEVAL OF ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.20 | $32.00 |
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO J. VILLANEUVA REGARDING SAME. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 15, 2010 THROUGH APRIL 26, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE FROM W. KATCHEN REQUESTING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS. | 0.20 | $32.00 |

Duane Morris
May 5, 2010
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1566730

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/27/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 4/28/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 4/28/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 4/28/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 4/28/2010 | 004 | DS MARRA | PREPARE ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 4/28/2010 | 004 | DS MARRA | ELECTRONICALLY FILE ONE HUNDRED AND EIGHTH MONTHLY FEE APPLICATION OF STROOCK. | 0.20 | $32.00 |
| 4/28/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 4/29/2010 | 004 | DS MARRA | RETRIEVE AMENDED JOINT PLAN OF REORGANIZATION FOR ATTORNEY REVIEW. | 0.80 | $128.00 |
| 4/29/2010 | 004 | DS MARRA | MULTIPLE CORRESPONDENCE TO J. VILLANEUVA REGARDING SAME. | 0.20 | $32.00 |
| 4/30/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| | | | Code Total | 7.30 | $2,270.50 |

Duane Morris
May 5, 2010
Page 5

File # K0248-00001                                              INVOICE #  1566730
          W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/20/2010 | 007 | WS KATCHEN | COMMITTEE MEMO PLAN STATUS. | 0.20 | $159.00 |
| 4/26/2010 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $159.00 |
| | | | Code Total | 0.40 | $318.00 |

Duane Morris
May 5, 2010
Page 6

File # K0248-00001                                          INVOICE #  1566730
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/8/2010 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS MARCH INVOICE | 0.10 | $16.50 |
| 4/9/2010 | 012 | MR LASTOWSKI | REVIEW AND RESPOND TO FEE AUDITOR REPORT RE 35TH INTERIM FEE APPLICATION | 0.30 | $213.00 |
| 4/16/2010 | 012 | S LENKIEWICZ | PREPARE NINETY-EIGHTH FEE APPLICATION OF DUANE MORRIS FOR PERIOD MARCH 2010 | 0.70 | $115.50 |
| 4/16/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS 97TH MONTHLY FEE APPLICATION FOR PERIOD FEBRUARY 2010 | 0.20 | $33.00 |
| 4/21/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS FEE APPLICATION FOR MARCH 2010. | 0.30 | $100.50 |
| 4/21/2010 | 012 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' 97TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 4/27/2010 | 012 | S LENKIEWICZ | REVISE DUANE MORRIS 98TH MONTHLY FEE APPLICATION (.1); REVIEW DOCKET (.1); PREPARE CERTIFICATE OF SERVICE (.2); FINALIZE FEE APPLICATION FOR FILING (.2) | 0.60 | $99.00 |
| 4/28/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DM MARCH 2010 FEE APPLICATION | 0.20 | $142.00 |
| | | | Code Total | 2.60 | $752.50 |

Duane Morris
May 5, 2010
Page 7

File # K0248-00001                                           INVOICE # 1566730
      W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 4/16/2010 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 107TH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN FOR PERIOD FEBRUARY 2010 | 0.20 | $33.00 |
| 4/21/2010 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING STROOCK'S 107TH MONTHLY FEE APPLICATION (.2); FORWARD AS-FILED COPY OF SAME AND E-FILING CONFIRMATION TO D. MOHAMMED (.1) | 0.30 | $49.50 |
| 4/21/2010 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE 72ND MONTHLY FEE APPLICATION (.1); PREPARE FOR EFILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY AND EFILING CONFIRMATION TO D. MOHAMMAD VIA EMAIL (.1); RECEIPT OF CAPSTONE 73RD MONTHLY FEE APPLICATINO (.1); PREPARE FOR EFILING (.2); EFILE SAME (.2); FORWARD AS-FILED COPY AND EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.20 | $198.00 |
| 4/21/2010 013 | S LENKIEWICZ | PREPARE NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION REGARDING SSL 107TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 4/21/2010 013 | S LENKIEWICZ | PREPARE CORRECTED CERTIFICATE OF NO OBJECTION REGARDING STROOCK 107TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| | | Code Total | 2.50 | $412.50 |

Duane Morris
May 5, 2010
Page 8

File # K0248-00001                                    INVOICE #  1566730
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/6/2010 | 015 | MR LASTOWSKI | REVIEW OF 4/19/10 AGENDA ITEMS | 1.40 | $994.00 |
| | | | Code Total | 1.40 | $994.00 |

Duane Morris
May 5, 2010
Page 9

File # K0248-00001                                        INVOICE #  1566730
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/30/2010 | 017 | MR LASTOWSKI | REVIEW PROPOSED CONFIRMATION ORDER | 1.20 | $852.00 |
| | | | Code Total | 1.20 | $852.00 |

Duane Morris
May 5, 2010
Page 10

File # K0248-00001                                         INVOICE # 1566730
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/5/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: MORGUARD INVESTMENTS. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: LONGACRE MASTER FUND. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: HEALTHCARE CORP. OF ST. JOHN'S. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: MCMASTER UNIVERSITY. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: HAMILTON WENTWORTH SCHOOL DISTRICT. | 0.10 | $79.50 |
| 4/5/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR APPROVAL SETTLEMENT EMPLOYERS MUTUAL INS. & MMO PARTIES. | 0.30 | $238.50 |
| 4/5/2010 | 025 | WS KATCHEN | PLAN ISSUE - UPDATE. | 0.60 | $477.00 |
| 4/5/2010 | 025 | WS KATCHEN | STIPULATION RE: NATIONAL UNION PLAN OBJECTIONS AND ALLOWANCE OF CLAIM. | 0.10 | $79.50 |
| 4/9/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.30 | $238.50 |
| 4/12/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/12/2010 | 025 | WS KATCHEN | REVIEW CLAIMS SETTLEMENT NOTICES. | 0.20 | $159.00 |
| 4/12/2010 | 025 | WS KATCHEN | REVIEW DAMAGES AWARD NJ APP. DIV. (BUTTIITA V. ALLIED SIGNAL). | 0.30 | $238.50 |
| 4/13/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| 4/13/2010 | 025 | WS KATCHEN | ADDITIONAL REVIEW CAPSTONE ANALYSIS - 2010 BUSINESS PLAN. | 0.40 | $318.00 |
| 4/13/2010 | 025 | WS KATCHEN | REVIEW APP. DIV. OPINION IN BUTTITA FORWARD TO STROOCK. | 1.30 | $1,033.50 |
| 4/19/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA 4/19/10. | 0.20 | $159.00 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (III) CITY OF VANCOUVER. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (IV) AVALON Z. SCHOOL BOARD. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (V) UNIVERSITY OF GUELPH. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (V) EMPLOYERS MUTUAL CAS. CO. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW AMENDED DISCLOSURE OF OFFICERS AND DIRECTORS. | 0.20 | $159.00 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. OF MARYLAND CAS. CO. CLAIMS. | 0.20 | $159.00 |

Duane Morris
May 5, 2010
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1566730

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/26/2010 | 025 | WS KATCHEN | REVIEW OBJECTION BY DEBTOR TO CLAIMS FILED BY MARYLAND CAS. CO. | 0.50 | $397.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW RESPONSE BY MARYLAND CAS. CO. | 0.30 | $238.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (I) FAIRMALL LEASEHOLDERS. | 0.10 | $79.50 |
| 4/26/2010 | 025 | WS KATCHEN | REVIEW CERT. NO. OBJECTION SETTLEMENT PP CLAIMS: (II) CONSEILLERS IMMOBILIERS. | 0.10 | $79.50 |
| 4/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.20 | $159.00 |
| 4/27/2010 | 025 | WS KATCHEN | REVIEW MOTION FOR SETTLEMENT - N. STAR REINSURANCE. | 0.20 | $159.00 |
| 4/27/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA. | 0.10 | $79.50 |
| | | | Code Total | 7.20 | $5,724.00 |

Duane Morris
May 5, 2010
Page 12

File # K0248-00001                                    INVOICE #  1566730
     W.R. GRACE & CO.


                 TOTAL SERVICES           22.60  $11,323.50

Duane Morris
May 5, 2010
Page 13

File # K0248-00001                                     INVOICE #  1566730
       W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 3/24/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791260666509) | 8.99 |
| 3/24/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790207917269) | 19.95 |
| | Total: | $28.94 |
| 4/30/2010 | COURT SEARCH SERVICE | 17.20 |
| | Total: | $17.20 |
| | TOTAL DISBURSEMENTS | $46.14 |

Duane Morris
May 5, 2010
Page 14

File # K0248-00001                                INVOICE #  1566730
       W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 3.10 | 710.00 | 2,201.00 |
| 02585 | RW RILEY | PARTNER | 2.30 | 570.00 | 1,311.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.60 | 795.00 | 6,042.00 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 0.30 | 335.00 | 100.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.10 | 305.00 | 335.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.30 | 165.00 | 709.50 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 3.90 | 160.00 | 624.00 |
| | | | 22.60 | | $11,323.50 |