**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Hearing Date:  To be determined<br>Objection Date:  March 23, 2010 at 4:00 p.m. |

### NINETY-SIXTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2010 through January 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$26,723.50 (80% $21,378.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$81.23** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the ninety-sixth monthly fee application of Duane Morris LLP.

DM3\1284245.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02–6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02–9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03–1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03–2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03–3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03–4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03–5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

6

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |

7

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |

8

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 5.30 | $4,213.50 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 22.10 | $15,691.00 |
| Richard W. Riley | Partner/10 years | $570.00 | 8.10 | $4,617.00 |
| Adrian C. Maholchic | Associate/1 year | $335.00 | 0.30 | $100.50 |
| Beth A. Gruppo | Paralegal | $305.00 | 0.70 | $213.50 |
| Stacie L. Wolfenden | Paralegal | $235.00 | 1.80 | $423.00 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 1.80 | $297.00 |
| Dawn S. Marra | Legal Assistant | $160.00 | 7.30 | $1,168.00 |
| Total | | | 47.40 | $26,723.50 |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 7.10 | $1,268.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 0.80 | $636.00 |
| Employment Applications – Applicant (09) | 1.00 | $160.50 |
| Fee Applications, Applicant (12) | 3.00 | $585.00 |
| Fee Applications, Others (13) | 0.80 | $188.00 |
| Hearings (15) | 10.40 | $6,250.00 |
| Plan and Disclosure Statement (17) | 19.80 | $14,058.00 |
| Other (25) | 4.50 | $3,577.50 |
| TOTAL | 47.40 | $26,723.50 |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Printing & Duplicating – Internal | | $2.10 |
| Overnight Mail | Federal Express | $16.21 |
| Conference Call | | $44.00 |
| Court Search Service | | $18.92 |
| TOTAL | | $81.23 |

9

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1, 2010 through January 31, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $21,378.80 (80% of allowed fees) and $81.23 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: March 2, 2010
      Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:     mlastowski@duanemorris.com
             rwriley@duanemorris.com

– and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:     wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

10

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

February 4, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1543585                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| MR LASTOWSKI | PARTNER | 22.10 | hrs. at | $710.00 /hr. = | $15,691.00 |
| RW RILEY | PARTNER | 8.10 | hrs. at | $570.00 /hr. = | $4,617.00 |
| WS KATCHEN | OF COUNSEL | 5.30 | hrs. at | $795.00 /hr. = | $4,213.50 |
| AC MAHOLCHIC | ASSOCIATE | 0.30 | hrs. at | $335.00 /hr. = | $100.50 |
| BA GRUPPO | PARALEGAL | 0.70 | hrs. at | $305.00 /hr. = | $213.50 |
| S LENKIEWICZ | PARALEGAL | 1.80 | hrs. at | $165.00 /hr. = | $297.00 |
| SL WOLFENDEN | PARALEGAL | 1.80 | hrs. at | $235.00 /hr. = | $423.00 |
| DS MARRA | LEGAL ASSISTANT | 7.30 | hrs. at | $160.00 /hr. = | $1,168.00 |
| | | | | | $26,723.50 |

DISBURSEMENTS
CONFERENCE CALL                              44.00
COURT SEARCH SERVICE                         18.92
OVERNIGHT MAIL                               16.21
PRINTING & DUPLICATING                        2.10
TOTAL DISBURSEMENTS                                      $81.23

BALANCE DUE THIS INVOICE                             $26,804.73

PREVIOUS BALANCE                                     $73,302.69

TOTAL BALANCE DUE                                   $100,107.42

DUANE MORRIS LLP

Duane Morris
February 4, 2010
Page 2

File # K0248-00001                                    INVOICE #  1543585
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 1/4/2010 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/4/2010 004 | DS MARRA | RECEIVED AND REVIEWED CORRESPONDENCE FROM W. KATCHEN REGARDING REQUESTED DOCUMENTS FOR REVIEW. | 0.10 | $16.00 |
| 1/4/2010 004 | DS MARRA | RETRIEVED REQUESTED ELECTRONICALLY FILED PLEADINGS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/4/2010 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/4/2010 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/4/2010 004 | SL WOLFENDEN | RECEIVED AND REVIEWED CORRESPONDENCE FROM M. LASTOWSKI RE AGENDA FOR MATTERS SCHEDULED FOR 1/4/10. | 0.10 | $23.50 |
| 1/4/2010 004 | SL WOLFENDEN | CORRESPONDENCE TO M. LASTOWSKI RE SAME. | 0.10 | $23.50 |
| 1/4/2010 004 | SL WOLFENDEN | RETRIEVED AMENDED AGENDA FOR MATTERS SCHEDULED FOR HEARING 1/4/10. | 0.20 | $47.00 |
| 1/6/2010 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 4, 2010 THROUGH JANUARY 5, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/6/2010 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/7/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/7/2010 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 6, 2010 THROUGH JANUARY 7, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/7/2010 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/8/2010 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/8/2010 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 7, 2010 THROUGH JANUARY 8, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/8/2010 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
February 4, 2010
Page 3

File # K0248-00001                                          INVOICE #  1543585
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/8/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J. VILLANUEVA REQUESTING DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/8/2010 | 004 | DS MARRA | RETRIEVE REQUESTED DOCUMENTS FOR ATTORNEY REVIEW. | 0.20 | $32.00 |
| 1/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 8, 2010 THROUGH JANUARY 10, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING VARIOUS ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RETRIEVE VARIOUS ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING SIXTY-NINTH MONTHLY FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |
| 1/11/2010 | 004 | DS MARRA | PREPARE SIXTY-NINTH FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 1/11/2010 | 004 | DS MARRA | ELECTRONICALLY FILE SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 1/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 1/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 11, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/12/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/19/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/19/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/20/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF WR GRACE AND ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
February 4, 2010
Page 4

File # K0248-00001                                                                 INVOICE # 1543585
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/20/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 19, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/20/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/20/2010 | 004 | S LENKIEWICZ | REVIEW DOCKET | 0.20 | $33.00 |
| 1/21/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF W.R. GRACE AND ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/21/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 20, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/21/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/21/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING RETRIEVAL OF VARIOUS ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 1/21/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.30 | $48.00 |
| 1/21/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 21, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FOR REVIEW. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | REVIEW ELECTRONIC DOCKET FOR OBJECTIONS TO DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION. | 0.30 | $48.00 |
| 1/22/2010 | 004 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 1/22/2010 | 004 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS' NINETY-FOURTH MONTHLY FEE APPLICATION. | 0.20 | $32.00 |
| 1/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO A. MAHOLCHIC REGARDING SAME. | 0.10 | $16.00 |

DUANE MORRIS LLP

Duane Morris
February 4, 2010
Page 5

File # K0248-00001                                                INVOICE #  1543585
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/25/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/25/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 22, 2010 THROUGH JANUARY 24, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/25/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/26/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/26/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADING FILED JANUARY 25, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/26/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/27/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 26, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/27/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 1/28/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 1/29/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 27, 2010 THROUGH JANUARY 28, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 1/29/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| | | | Code Total | 7.10 | $1,268.50 |

Duane Morris
February 4, 2010
Page 6

File # K0248-00001          INVOICE #  1543585
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/27/2010 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING JAN. 28TH - PLAN CONFIRMATION ISSUES/REVIEW DEBTORS' FILED STATEMENT. | 0.80 | $636.00 |
| | | | Code Total | 0.80 | $636.00 |

Duane Morris
February 4, 2010
Page 7

File # K0248-00001                                        INVOICE #  1543585
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/20/2010 | 009 | S LENKIEWICZ | EMAIL TO A. MAHOLCHIC RE DUANE MORRIS DRAFT FEE APPLICATION FOR DECEMBER 2009 | 0.10 | $16.50 |
| 1/21/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/21/2010 | 009 | DS MARRA | REVIEW ELECTRONIC DOCKET FOR OBJECTIONS TO STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/21/2010 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.30 | $48.00 |
| 1/22/2010 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 1/22/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION. | 0.20 | $32.00 |
| 1/22/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| | | | Code Total | 1.00 | $160.50 |

Duane Morris
February 4, 2010
Page 8

File # K0248-00001

INVOICE # 1543585

    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/4/2010 | 012 | SL WOLFENDEN | UPDATED FEE APPLICATION FILES REGARDING MONTHLY AND QUARTERLY FILED FEE APPLICATIONS. | 0.60 | $141.00 |
| 1/20/2010 | 012 | S LENKIEWICZ | PREPARE NINETY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS FOR DECEMBER 2009 | 0.50 | $82.50 |
| 1/25/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS FEE APPLICATION FOR DECEMBER 2009. | 0.30 | $100.50 |
| 1/25/2010 | 012 | S LENKIEWICZ | REVIEW EMAIL FROM A. MAHOLCHIC; REVISE DUANE MORRIS 95TH MONTHLY FEE APPLICATION | 0.20 | $33.00 |
| 1/28/2010 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS NINETY-FIFTH MONTHLY FEE APPLICATION FOR FILING | 0.20 | $33.00 |
| 1/28/2010 | 012 | S LENKIEWICZ | PREPARE SERVICE FOR DUANE MORRIS' NINETY-FIFTH MONTHLY FEE APPLICATION | 0.30 | $49.50 |
| 1/28/2010 | 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS' NINETY-FIFTH MONTHLY FEE APPLICATION | 0.30 | $49.50 |
| 1/29/2010 | 012 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 1/29/2010 | 012 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING STROOCK'S ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION. | 0.10 | $16.00 |
| 1/29/2010 | 012 | DS MARRA | PREPARE STROOCK'S ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 1/29/2010 | 012 | DS MARRA | ELECTRONICALLY FILE STROOCK'S ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION. | 0.20 | $32.00 |
| | | | Code Total | 3.00 | $585.00 |

Duane Morris
February 4, 2010
Page 9

File # K0248-00001                                    INVOICE #  1543585
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/4/2010 | 013 | SL WOLFENDEN | UPDATED FEE APPLICATION FILES REGARDING MONTHLY AND QUARTERLY FILED FEE APPLICATIONS RE SSL AND CAPSTONE. | 0.80 | $188.00 |
| | | | Code Total | 0.80 | $188.00 |

Duane Morris
February 4, 2010
Page 10

File # K0248-00001                                      INVOICE #  1543585
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/6/2010 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND (TELEPHONICALLY) CLOSING ARGUMENTS ON PLAN CONFIRMATION | 2.20 | $1,562.00 |
| 1/20/2010 | 015 | MR LASTOWSKI | E-MAIL FROM J. BAER RE: 1/25/10 HEARING | 0.10 | $71.00 |
| 1/24/2010 | 015 | RW RILEY | REVIEW AGENDA AND MATTERS SCHEDULED FOR 1/25 HEARING | 1.30 | $741.00 |
| 1/25/2010 | 015 | RW RILEY | PREPARE FOR OMNIBUS HEARING (1.0); ATTEND OMNIBUS HEARING (5.8) | 6.80 | $3,876.00 |
| | | | Code Total | 10.40 | $6,250.00 |

Duane Morris
February 4, 2010
Page 11

File # K0248-00001                                      INVOICE # 1543585
          W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 1/4/2010 | 017 | MR LASTOWSKI | ATTEND CLOSING ARGUMENTS ON PLAN CONFIRMATION (TELEPHONICALLY) | 9.60 | $6,816.00 |
| 1/5/2010 | 017 | MR LASTOWSKI | ATTEND (TELEPHONICALLY) HEARING ON FINAL ARGUMENTS CONFIRMATION) | 8.50 | $6,035.00 |
| 1/23/2010 | 017 | MR LASTOWSKI | REVIEW 1/25/10 AGENDA NOTICE AND ITEMS IDENTIFIED THEREIN | 1.70 | $1,207.00 |
| | | | Code Total | 19.80 | $14,058.00 |

Duane Morris
February 4, 2010
Page 12

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1543585

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/4/2010 | 025 | WS KATCHEN | APPEAL BY DEBTOR AND REVIEW 3D CIR. OPINION STATE OF MONTANA. | 0.50 | $397.50 |
| 1/4/2010 | 025 | WS KATCHEN | REVIEW JOINT MOTION FOR ORDER APPROVING STIPULATION RE: INSURER'S OBJECTIONS. | 0.40 | $318.00 |
| 1/9/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO AND DEBTORS "ROADMAP" ON DEFAULT INTEREST. | 0.80 | $636.00 |
| 1/12/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 1/12/2010 | 025 | WS KATCHEN | REVIEW ASBESTOS PI. | 0.10 | $79.50 |
| 1/12/2010 | 025 | WS KATCHEN | FUTURE CLAIMANTS' RESPONSE - REVIEW OBJECTION OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA. | 0.50 | $397.50 |
| 1/25/2010 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: EXIT FINANCING (.2); EMAIL TO STROOCK RE: ABOVE (.1); REVIEW MOTION RE: CREDIT AGREEMENT EXTENSION - ADVANCED REFINING TECH (.2). | 0.20 | $159.00 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.20 | $159.00 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW MOTION TO TERMINATE DIP FINANCING AND FACILITY AND TO AUTHORIZE LETTER OF CREDIT AND HEDGING. | 0.30 | $238.50 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW CCAA REP. COUNSEL REPLY. | 0.20 | $159.00 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' RESPONSE TO CROWN'S OBJECTION TO PLAN. | 0.50 | $397.50 |
| 1/26/2010 | 025 | WS KATCHEN | REVIEW NOTICE OF MOTION RE: EMPLOYEE BENEFITS PROTOCOL. | 0.20 | $159.00 |
| 1/27/2010 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| 1/27/2010 | 025 | WS KATCHEN | SCHEDULING. | 0.20 | $159.00 |
| | | | Code Total | 4.50 | $3,577.50 |

Duane Morris
February 4, 2010
Page 13

File # K0248-00001                                    INVOICE #  1543585
     W.R. GRACE & CO.

|  |  |  |
|---|---|---|
| TOTAL SERVICES | 47.40 | $26,723.50 |

Duane Morris
February 4, 2010
Page 14

File # K0248-00001                                    INVOICE #  1543585
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|-------|
| 12/18/2009 | CONFERENCE CALL | | 44.00 |
| | | Total: | $44.00 |
| 12/28/2009 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799438476483) | | 9.78 |
| 12/28/2009 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQ. AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790199132380) | | 6.43 |
| | | Total: | $16.21 |
| 1/31/2010 | COURT SEARCH SERVICE | | 18.92 |
| | | Total: | $18.92 |
| 1/31/2010 | PRINTING & DUPLICATING | | 2.10 |
| | | Total: | $2.10 |
| | TOTAL DISBURSEMENTS | | $81.23 |

Duane Morris
February 4, 2010
Page 15

File # K0248-00001                                    INVOICE #  1543585
      W.R. GRACE & CO.

TIMEKEEPER

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 22.10 | 710.00 | 15,691.00 |
| 02585 | RW RILEY | PARTNER | 8.10 | 570.00 | 4,617.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 5.30 | 795.00 | 4,213.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 0.30 | 335.00 | 100.50 |
| 02279 | BA GRUPPO | PARALEGAL | 0.70 | 305.00 | 213.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 1.80 | 165.00 | 297.00 |
| 05596 | SL WOLFENDEN | PARALEGAL | 1.80 | 235.00 | 423.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 7.30 | 160.00 | 1,168.00 |
|  |  |  | 47.40 |  | $26,723.50 |