# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
|  | **Hearing Date: To be determined**<br>**Objection Date: April 19, 2010 at 4:00 p.m.** |

**NINETY-SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2010 through February 28, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$8,597.50 (80% $6,878.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$803.88** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the ninety-seventh monthly fee application of Duane Morris LLP.

DM3\1324573.1

Docket No.: 24523
Date Filed: 3/29/10

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

6

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |

DM3\1324573.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |

8

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 2.40 | $1,908.00 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 3.00 | $2,130.00 |
| Richard W. Riley | Partner/10 years | $570.00 | 2.40 | $1,368.00 |
| Adrian C. Maholchic | Associate/1 year | $335.00 | 1.70 | $569.50 |
| Beth A. Gruppo | Paralegal | $305.00 | 0.70 | $213.50 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 4.90 | $808.50 |
| Dawn S. Marra | Legal Assistant | $160.00 | 10.00 | $1,600.00 |
| **Total** | | | **25.10** | **$8,597.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 7.00 | $1,221.50 |
| Committee (All -- Creditors, Note Holders, Equity Holders) (07) | 0.10 | $79.50 |
| Employment Applications – Applicant (09) | 4.30 | $1,018.00 |
| Fee Applications, Applicant (12) | 7.10 | $1,733.00 |
| Financing (14) | 0.20 | $142.00 |
| Hearings (15) | 3.10 | $2,005.00 |
| Plan and Disclosure Statement (17) | 1.00 | $570.00 |
| Other (25) | 2.30 | $1,828.50 |
| **TOTAL** | **25.10** | **$8,597.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Printing & Duplicating – Internal | | $120.60 |
| Overnight Mail | Federal Express | $19.28 |
| CourtCall | | $664.00 |
| **TOTAL** | | **$803.88** |

9

WHEREFORE, Duane Morris LLP respectfully requests that, for the period February 1, 2010 through February 28, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $6,878.00 (80% of allowed fees) and $803.88 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: March 29, 2010
      Wilmington, Delaware

                                Michael R. Lastowski (DE 3892)
                                Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
                rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

10

# Exhibit A

Duane Morris
March 4, 2010
Page 2

File # K0248-00001
      W.R. GRACE & CO.

INVOICE # 1551365

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 2/2/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/3/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/3/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 29, 2010 THROUGH FEBRUARY 2, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/3/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/4/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/4/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/4/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 3, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/5/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 4, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/5/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 2/8/2010 | 004 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 3

File # K0248-00001                                                    INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/8/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 5, 2010 THROUGH FEBRUARY 7, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING CERTIFICATION OF NO OBJECTION REGARDING SIXTY-NINTH FEE APPLICATION OF CAPSTONE. | 0.10 | $16.00 |
| 2/9/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 8, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/9/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/10/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 9, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/10/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/11/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 10, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/12/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/12/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 11, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/12/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/16/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 12, 2010 THROUGH FEBRUARY 15, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/16/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/17/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
March 4, 2010
Page 4

File # K0248-00001                                          INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/17/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 16, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/17/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/17/2010 | 004 | DS MARRA | UPDATE 2002 SERVICE LIST. | 0.30 | $48.00 |
| 2/17/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING TRANSCRIPT OF FEBRUARY 16, 2010 TELEPHONIC HEARING. | 0.10 | $16.00 |
| 2/17/2010 | 004 | DS MARRA | ORDER TRANSCRIPT OF FEBRUARY 16, 2010 TELEPHONIC HEARING. | 0.20 | $32.00 |
| 2/17/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/18/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 2/18/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 17, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/18/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/18/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM THE COURT REGARDING TRANSCRIPT OF FEBRUARY 16, 2010 TELEPHONIC HEARING. | 0.10 | $16.00 |
| 2/18/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/19/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 18, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 19, 2010 THROUGH FEBRUARY 21, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/22/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 5

File # K0248-00001                                      INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/22/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING PREPARATION OF CNO TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J&J COURT REPORTERS REGARDING FEBRUARY 16, 2010 HEARING TRANSCRIPT. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW FURTHER CORRESPONDENCE FROM D. MOHAMED REGARDING PREPARATION OF CNO TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW ADDITIONAL CORRESPONDENCE FROM J&J COURT REPORTS REGARDING TRANSCRIPT OF FEBRUARY 16, 2010 HEARING. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 22, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 2/23/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING DOCKET NO. 24326. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | RETRIEVE DOCKET NO. 24326. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 23, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/24/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 6

File # K0248-00001                                                    INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/25/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 24, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 2/25/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/26/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 2/26/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 25, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| | | | Code Total | 7.00 | $1,221.50 |

Duane Morris
March 4, 2010
Page 7

File # K0248-00001
     W.R. GRACE & CO.

INVOICE # 1551365

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/16/2010 | 007 | WS KATCHEN | REVIEW STROOCK STATUS MEMO. | 0.10 | $79.50 |
| | | | Code Total | 0.10 | $79.50 |

Duane Morris
March 4, 2010
Page 8

File # K0248-00001

INVOICE # 1551365

W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 2/4/2010 | 009 | MR LASTOWSKI | REVIEW AND REVISE 31ST INTERIM FEE APPLICATION | 0.60 | $426.00 |
| 2/16/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/16/2010 | 009 | DS MARRA | PREPARE THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 2/16/2010 | 009 | DS MARRA | ELECTRONICALLY FILE THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK. | 0.20 | $32.00 |
| 2/16/2010 | 009 | DS MARRA | PREPARE THIRTY-FIFTH QUARTERLY FEE APPLICATION OF STROOCK FOR SERVICE ON 2002 LIST. | 0.30 | $48.00 |
| 2/16/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/16/2010 | 009 | DS MARRA | MEET WITH A. MAHOLCHIC REGARDING DUANE MORRIS MONTHLY AND QUARTERLY FEE APPLICATIONS AND SERVICE THEREOF. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM A. MAHOLCHIC REGARDING DUANE MORRIS FEE APPLICATIONS. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | DRAFT CERTIFICATE OF SERVICE OF NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION. | 0.20 | $32.00 |
| 2/17/2010 | 009 | DS MARRA | PREPARE CERTIFICATE OF SERVICE OF NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATE OF SERVICE OF NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION. | 0.10 | $16.00 |
| 2/17/2010 | 009 | DS MARRA | PREPARE NOTICE OF DUANE MORRIS' THIRTY-FOURTH QUARTERLY FEE APPLICATION FOR SERVICE. | 0.20 | $32.00 |
| 2/18/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CAPSTONE'S NOVEMBER AND DECEMBER FEE APPLICATIONS. | 0.10 | $16.00 |

Duane Morris
March 4, 2010
Page 9

File # K0248-00001                                                    INVOICE # 1551365
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 2/18/2010 | 009 | DS MARRA | PREPARE SEVENTIETH MONTHLY FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.30 | $48.00 |
| 2/18/2010 | 009 | DS MARRA | PREPARE SEVENTY-FIRST MONTHLY FEE APPLICATION OF CAPSTONE FOR ELECTRONIC FILING. | 0.30 | $48.00 |
| 2/18/2010 | 009 | DS MARRA | ELECTRONICALLY FILE SEVENTIETH MONTHLY FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 2/18/2010 | 009 | DS MARRA | ELECTRONICALLY FILE SEVENTY-FIRST MONTHLY FEE APPLICATION OF CAPSTONE. | 0.20 | $32.00 |
| 2/18/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 29, 2010 THROUGH FEBRUARY 23, 2010 FOR REVIEW. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED JANUARY 29, 2010 THROUGH FEBRUARY 23, 2010 FOR ANY OBJECTIONS TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | DRAFT CERTIFICATE OF NO OBJECTION TO ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.30 | $48.00 |
| 2/23/2010 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED AND FIFTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 2/23/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| | | | Code Total | 4.30 | $1,018.00 |

Duane Morris
March 4, 2010
Page 10

File # K0248-00001

INVOICE # 1551365

    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|-|-------|-------|
| 2/4/2010 | 012 | S LENKIEWICZ | RECEIPT OF EMAIL FROM M. LASTOWSKI RE DUANE MORRIS 34 INTERIM (.1); REVIEW DOCKET RE SAME (.2); EMAIL TO M. LASTOWSKI AND A. MAHOLCHIC RE SAME; BEGIN PREPARATION OF 34TH INTERIM (.7) | 1.00 | $165.00 |
| 2/4/2010 | 012 | S LENKIEWICZ | REVIEW MONTHLY FEE APPLICATIONS FOR JUNE, JULY AND AUGUST AND THIRTY-THIRD QUARTERLY RE: PREPARATION OF THIRTY-FOURTH QUARTERLY | 0.30 | $49.50 |
| 2/4/2010 | 012 | S LENKIEWICZ | PREPARE 34TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 1.20 | $198.00 |
| 2/5/2010 | 012 | S LENKIEWICZ | OFFICE CONFERENCE WITH M. LASTOWSKI (.1); FORWARD WORD COPIES OF 90TH, 91ST AND 92ND MONTHLY FEE APPLICATIONS TO M. LASTOWSKI AND A. MAHOLCHIC (.1); RECEIPT AND REVIEW OF EMAIL FROM FEE AUDITOR (.1); EMAIL TO M. LASTOWSKI AND A. MAHOLCHIC RE SAME (.1) | 0.40 | $66.00 |
| 2/5/2010 | 012 | S LENKIEWICZ | REVIEW FILE RE WORD VERSIONS OF JULY, AUGUST AND SEPTEMBER INVOICES (.2); FORWARD PDF COPIES TO FEE AUDITOR (.1) | 0.30 | $49.50 |
| 2/8/2010 | 012 | MR LASTOWSKI | REVIEW AND REVISE QUARTERLY FEE APPLICATION | 0.50 | $355.00 |
| 2/8/2010 | 012 | S LENKIEWICZ | CONTINUE PREPARATION OF QUARTERLY FEE APPLICATION (1.0); EMAIL TO A. MAHOLCHIC RE DISCREPANCY IN 91ST MONTHLY (.1); REQUEST COPY OF FULL AUGUST INVOICE (.1); REVIEW SAME (.1) | 1.30 | $214.50 |
| 2/12/2010 | 012 | AC MAHOLCHIC | EDIT 34TH QUARTERLY APPLICATION AND COORDINATE FILING AND SERVICE OF THE SAME. | 1.20 | $402.00 |
| 2/17/2010 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 96TH MONTHLY FEE APPLICATION FOR JANUARY 2010 | 0.40 | $66.00 |
| 2/25/2010 | 012 | AC MAHOLCHIC | REVIEW FEE AUDITOR'S REPORT REGARDING DM 34TH INTERIM FEE APPLICATION. | 0.50 | $167.50 |
| | | | Code Total | 7.10 | $1,733.00 |

Duane Morris
March 4, 2010
Page 11

File # K0248-00001
     W.R. GRACE & CO.

INVOICE # 1551365

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/5/2010 | 014 | MR LASTOWSKI | REVIEW COMMITTEE'S PROTECTIVE OBJECTION RE: EXIT FACILITY | 0.20 | $142.00 |
| | | | Code Total | 0.20 | $142.00 |

Duane Morris
March 4, 2010
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1551365

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 2/11/2010 | 015 | MR LASTOWSKI | REVIEW 2/11/10 AGENDA NOTICE AND ITEMS SET FOR HEARING | 1.60 | $1,136.00 |
| 2/11/2010 | 015 | MR LASTOWSKI | E-MAIL FROM J. PHILLIPS RE: 2/16/10 HEARING | 0.10 | $71.00 |
| 2/16/2010 | 015 | RW RILEY | ATTEND TELEPHONIC OMNIBUS HEARING | 0.90 | $513.00 |
| 2/16/2010 | 015 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR OMNIBUS HEARING AND PREPARATION FOR OMNIBUS HEARING | 0.50 | $285.00 |
| | | | Code Total | 3.10 | $2,005.00 |

Duane Morris
March 4, 2010
Page 13

File # K0248-00001                                    INVOICE #  1551365
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/3/2010 | 017 | RW RILEY | REVIEW COMMUNICATION RELATED TO INSURANCE NEUTRALITY LANGUAGE FOR PLAN | 0.40 | $228.00 |
| 2/3/2010 | 017 | RW RILEY | REVIEWING DOCKET AND FILING RELATED TO PLAN CONFIRMATION | 0.60 | $342.00 |
| | | | Code Total | 1.00 | $570.00 |

Duane Morris
March 4, 2010
Page 14

File # K0248-00001

INVOICE # 1551365

W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/28/2010 | 025 | WS KATCHEN | CONFERENCE CALL WITH STROOCK. | 0.50 | $397.50 |
| 2/15/2010 | 025 | WS KATCHEN | REVIEW AGENDA FEB. 16TH. | 0.20 | $159.00 |
| 2/16/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 2/16/2010 | 025 | WS KATCHEN | REVIEW AMENDED STIPULATION KANEB PIPE LINE. | 0.20 | $159.00 |
| 2/16/2010 | 025 | WS KATCHEN | REVIEW STIPULATION FOR STAY BNSF. | 0.10 | $79.50 |
| 2/17/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 2/17/2010 | 025 | WS KATCHEN | REVIEW CERT. COUNSIL RE: LC & HEDGING. | 0.10 | $79.50 |
| 2/17/2010 | 025 | WS KATCHEN | REVIEW FINAL ORDER. | 0.30 | $238.50 |
| 2/22/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 2/22/2010 | 025 | WS KATCHEN | REVIEW ORDER STAYING APPEAL BNSF. | 0.10 | $79.50 |
| 2/23/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT OF 2/23/2010. | 0.20 | $159.00 |
| | | | Code Total | 2.30 | $1,828.50 |

Duane Morris
March 4, 2010
Page 15

File # K0248-00001
     W.R. GRACE & CO.

INVOICE # 1551365

TOTAL SERVICES         25.10    $8,597.50

Duane Morris
March 4, 2010
Page 16

File # K0248-00001                                           INVOICE #  1551365
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 2/28/2010 | TELEPHONE | | 664.00 |
| | | Total: | $664.00 |
| 1/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #792817586062) | | 7.73 |
| 1/28/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791518443356) | | 11.55 |
| | | Total: | $19.28 |
| 2/28/2010 | PRINTING & DUPLICATING | | 120.60 |
| | | Total: | $120.60 |
| | TOTAL DISBURSEMENTS | | $803.88 |