# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  To be determined**<br>**Objection Date:  May 18, 2010 at 4:00 p.m.** |

**NINETY-EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **March 1, 2010 through March<br>31, 2010** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$18,726.50 (80% $14,981.20)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$1,436.91** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the ninety-eighth monthly fee application of Duane Morris LLP.

Docket No.: 24691
Date Filed: 4/28/10

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01– 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02– 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/04 - 12/31/04 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

DM3\1353720.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09-11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09-12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $795.00 | 7.90 | $6,280.50 |
| Michael R. Lastowski | Partner/27 years | $710.00 | 12.30 | $8,733.00 |
| Adrian C. Maholchic | Associate/1 year | $335.00 | 1.80 | $603.00 |
| Beth A. Gruppo | Paralegal | $305.00 | 1.00 | $305.00 |
| Stephanie Lenkiewicz | Paralegal | $165.00 | 10.60 | $1,749.00 |
| Dawn S. Marra | Legal Assistant | $160.00 | 6.60 | $1,056.00 |
| Total | | | 40.20 | $18,726.50 |

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.10 | $71.00 |
| Case Administration (04) | 5.30 | $994.00 |
| Claim Analysis, Objection, Resolution and Estimation (05) | 2.90 | $2,118.50 |
| Claim Analysis, Objection and Resolution (Non-Asbestos) (06) | 0.20 | $142.00 |
| Committee (All -- Creditors, Note Holders, Equity Holders) (07) | 0.40 | $318.00 |
| Employee Benefits/Pension (08) | 0.30 | $213.00 |
| Employment Applications -- Applicant (09) | 2.70 | $542.00 |
| Employment Applications -- Other (10) | 0.20 | $142.00 |
| Fee Applications, Applicant (12) | 8.70 | $1,905.00 |
| Fee Applications, Other (13) | 3.60 | $594.00 |
| Financing (14) | 2.10 | $1,491.00 |
| Hearings (15) | 2.70 | $1,808.00 |
| Plan and Disclosure Statement (17) | 4.20 | $2,982.00 |
| Other (25) | 6.80 | $5,406.00 |
| **TOTAL** | **40.20** | **$18,726.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Printing & Duplicating -- External | Parcels | $496.05 |
| Postage | | $456.02 |
| Conference Call | CourtCall | $37.00 |
| Overnight Mail | Federal Express | $30.85 |
| Messenger Service | Parcels | $15.00 |
| Miscellaneous | Federal Court Daily | $169.40 |
| Overtime Related Costs | | $5.31 |
| Color Printing & Duplicating | Internal | .98 |
| Court Search Service | | $17.20 |
| Printing & Duplicating -- Internal | | $209.10 |
| **TOTAL** | | **$1,436.91** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period March 1, 2010 through March 31, 2010, an interim allowance be made to Duane Morris LLP for compensation in the amount of $14,981.20 (80% of allowed fees) and $1,436.91 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: April 28, 2010
     Wilmington, Delaware

_Michael R. Lastowski_

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
          rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:   wskatchen@duanemorris.com

_Co-Counsel for the Official Committee of_
_Unsecured Creditors of W. R. Grace & Co., et al._

8

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

April 8, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1560286                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 12.30 | hrs. at | $710.00 | /hr. = | $8,733.00 |
| WS KATCHEN | OF COUNSEL | 7.90 | hrs. at | $795.00 | /hr. = | $6,280.50 |
| AC MAHOLCHIC | ASSOCIATE | 1.80 | hrs. at | $335.00 | /hr. = | $603.00 |
| BA GRUPPO | PARALEGAL | 1.00 | hrs. at | $305.00 | /hr. = | $305.00 |
| S LENKIEWICZ | PARALEGAL | 10.60 | hrs. at | $165.00 | /hr. = | $1,749.00 |
| DS MARRA | LEGAL ASSISTANT | 6.60 | hrs. at | $160.00 | /hr. = | $1,056.00 |
| | | | | | | $18,726.50 |

| DISBURSEMENTS | |
|---|---|
| COLOR PRINTING & DUPLICATING - INTERNAL | .98 |
| CONFERENCE CALL | 37.00 |
| COURT SEARCH SERVICE | 17.20 |
| MESSENGER SERVICE | 15.00 |
| MISCELLANEOUS | 169.40 |
| OVERNIGHT MAIL | 30.85 |
| OVERTIME RELATED COSTS | 5.31 |
| POSTAGE | 456.02 |
| PRINTING & DUPLICATING | 209.10 |
| PRINTING & DUPLICATING - EXTERNAL | 496.05 |
| TOTAL DISBURSEMENTS | $1,436.91 |

| BALANCE DUE THIS INVOICE | $20,163.41 |
|---|---|
| PREVIOUS BALANCE | $109,508.80 |

Duane Morris
April 8, 2010
Page 2

File# K0248-00001                                    INVOICE# 1560286
TOTAL BALANCE DUE                                              $129,672.21

Duane Morris
April 8, 2010
Page 3

File # K0248-00001                                      INVOICE #  1560286
　　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/9/2010 | 003 | MR LASTOWSKI | REVIEW JANUARY 2010 MOR | 0.10 | $71.00 |
| | | | Code Total | 0.10 | $71.00 |

Duane Morris
April 8, 2010
Page 4

File # K0248-00001                                    INVOICE #  1560286
  W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 2/11/2010 | 004 | DS MARRA | COORDINATE TELEPHONIC APPEARANCE OF M. LASTOWSKI AT FEBRUARY 16, 2010 HEARING. | 0.20 | $32.00 |
| 3/1/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/1/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FEBRUARY 26, 2010 THROUGH FEBRUARY 28, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/2/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/2/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 1, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/2/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/3/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/4/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME. TO W.KATCHEN | 0.10 | $30.50 |
| 3/4/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 1, 2010 THROUGH MARCH 3, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/8/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 4, 2010 THROUGH MARCH 7, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/8/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/8/2010 | 004 | S LENKIEWICZ | RECEIPT AND REVIEW OF FEBRUARY 2010 INVOICE FROM J. PALO | 0.20 | $33.00 |
| 3/9/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |

DUANE MORRIS LLP

Duane Morris
April 8, 2010
Page 5

File # K0248-00001

INVOICE # 1560286

W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/9/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 8, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J. VILLANUEVA REGARDING UPDATE TO SERVICE LIST. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | UPDATE 2002 SERVICE LIST. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING UPDATE TO W. KATCHEN SIGNATURE BLOCK ON PLEADINGS. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | RECEIVE AND REVIEW ADDITIONAL CORRESPONDENCE FROM W. KATCHEN REGARDING ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 3/9/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS. | 0.20 | $32.00 |
| 3/9/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/11/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 9, 2010 THROUGH MARCH 10, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/11/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/11/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING PREPARATION AND FILING OF CERTIFICATES OF NO OBJECTION REGARDING PROFESSIONAL FEE APPLICATIONS. | 0.10 | $16.00 |
| 3/15/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/16/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 11, 2010 THROUGH MARCH 15, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/16/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |

Duane Morris
April 8, 2010
Page 6

File # K0248-00001                                   INVOICE #  1560286
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/17/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM J. VILLANEUVA REGARDING ANALYSIS DEFAULT INTEREST PLAN. | 0.10 | $16.00 |
| 3/17/2010 | 004 | DS MARRA | RETRIEVE AND REVIEW CORRESPONDENCE FROM W. KATCHEN REGARDING VARIOUS ELECTRONICALLY FILED DOCUMENTS. | 0.10 | $16.00 |
| 3/17/2010 | 004 | DS MARRA | RETRIEVE REQUESTED ELECTRONICALLY FILED DOCUMENTS. | 0.30 | $48.00 |
| 3/17/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 16, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/17/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/18/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/18/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 17, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/18/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/19/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 18, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/19/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/22/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/22/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 19, 2010 THROUGH MARCH 21, 2010 FOR ATTORNEY REVIEW. | 0.10 | $16.00 |
| 3/22/2010 | 004 | DS MARRA | CORRESPONDENCE FROM W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/23/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
April 8, 2010
Page 7

File # K0248-00001                                        INVOICE #  1560286
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/24/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/26/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/29/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 3/29/2010 | 004 | DS MARRA | CORRESPONDENCE TO W. KATCHEN REGARDING SAME. | 0.10 | $16.00 |
| 3/29/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MARCH 21, 2010 THROUGH MARCH 28, 2010. | 0.10 | $16.00 |
| | | | Code Total | 5.30 | $994.00 |

Duane Morris
April 8, 2010
Page 8

File # K0248-00001                                   INVOICE # 1560286
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/3/2010 | 005 | MR LASTOWSKI | REVIEW MCMASTER UNIVERSITY SETTLEMENT | 0.20 | $142.00 |
| 3/3/2010 | 005 | MR LASTOWSKI | REVIEW TORONTO DISTRICT SCHOOL BOARD SETTLEMENT | 0.10 | $71.00 |
| 3/3/2010 | 005 | MR LASTOWSKI | REVIEW WENTWORTH DISTRICT SCHOOL BOARD SETTLEMENT | 0.10 | $71.00 |
| 3/3/2010 | 005 | MR LASTOWSKI | REVIEW HEALTHCARE CORPORATION OF ST. JOHN'S SETTLEMENT | 0.20 | $142.00 |
| 3/3/2010 | 005 | MR LASTOWSKI | REVIEW MORGUARD INVESTMENTS SETTLEMENT | 0.20 | $142.00 |
| 3/9/2010 | 005 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY RESPONSE TO CLAIM OBJECTION | 0.20 | $142.00 |
| 3/18/2010 | 005 | MR LASTOWSKI | REVIEW UNIVERSITY OF GUELPH SETTLEMENT | 0.10 | $71.00 |
| 3/18/2010 | 005 | MR LASTOWSKI | REVIEW UNIVERSITY OF AVALON EAST SCHOOL BOARD SETTLEMENT | 0.10 | $71.00 |
| 3/18/2010 | 005 | MR LASTOWSKI | REVIEW UNIVERSITY OF CITY OF VANCOUVER SETTLEMENT | 0.10 | $71.00 |
| 3/18/2010 | 005 | MR LASTOWSKI | REVIEW ATLANTIC SHOPPING CENTERS SETTLEMENT | 0.10 | $71.00 |
| 3/18/2010 | 005 | MR LASTOWSKI | REVIEW CONSEILLERS IMMOBILIERS GWL SETTLEMENT | 0.10 | $71.00 |
| 3/18/2010 | 005 | MR LASTOWSKI | REVIEW FAIRMALL LEASHOLDS SETTLEMENT | 0.10 | $71.00 |
| 3/23/2010 | 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO MARYLAND CASUALTY CLAIMS. | 0.70 | $556.50 |
| 3/30/2010 | 005 | MR LASTOWSKI | REVIEW EMPLOYERS MUTUAL SETTLEMENT | 0.60 | $426.00 |
| | | | Code Total | 2.90 | $2,118.50 |

Duane Morris
April 8, 2010
Page 9

File # K0248-00001                                     INVOICE #  1560286
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/2/2010 | 006 | MR LASTOWSKI | REVIEW STIPULATION RESOLVING CROWN APPEAL OF ZAI SETTLEMENT | 0.10 | $71.00 |
| 3/19/2010 | 006 | MR LASTOWSKI | REVIEW SEALED AIR STIPULATION | 0.10 | $71.00 |
| | | | Code Total | 0.20 | $142.00 |

Duane Morris
April 8, 2010
Page 10

File # K0248-00001                                    INVOICE #  1560286
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/5/2010 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $159.00 |
| 3/22/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $159.00 |
| | | | Code Total | 0.40 | $318.00 |

Duane Morris
April 8, 2010
Page 11

File # K0248-00001                                    INVOICE # 1560286
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/10/2010 | 008 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO ENTER INTO LONG TERM EMPLOYEE INCENTIVE PLAN | 0.30 | $213.00 |
| | | | Code Total | 0.30 | $213.00 |

DUANE MORRIS LLP

Duane Morris
April 8, 2010
Page 12

File # K0248-00001

INVOICE # 1560286

    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/1/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING ONE HUNDRED AND SIXTH MONTHLY FEE APPLICATION OF STROOCK. | 0.10 | $16.00 |
| 3/1/2010 | 009 | DS MARRA | PREPARE ONE HUNDRED AND SIXTH MONTHLY FEE APPLICATION OF STROOCK FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 3/1/2010 | 009 | DS MARRA | ELECTRONICALLY FILE ONE HUNDRED AND SIXTH MONTHLY FEE APPLICATION OF STROOCK. | 0.20 | $32.00 |
| 3/3/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING CAPSTONE'S TWENTY-FOURTH QUARTERLY FEE APPLICATION. | 0.10 | $16.00 |
| 3/3/2010 | 009 | DS MARRA | PREPARE CAPSTONE'S TWENTY-FOURTH QUARTERLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.20 | $32.00 |
| 3/3/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CAPSTONE'S TWENTY-FOURTH QUARTERLY FEE APPLICATION. | 0.20 | $32.00 |
| 3/3/2010 | 009 | DS MARRA | DRAFT CERTIFICATE OF SERVICE OF NOTICE OF CAPSTONE'S TWENTY-FOURTH QUARTERLY FEE APPLICATION. | 0.20 | $32.00 |
| 3/3/2010 | 009 | DS MARRA | PREPARE CERTIFICATE OF SERVICE OF NOTICE OF CAPSTONE'S TWENTY-FOURTH QUARTERLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 3/11/2010 | 009 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED FOR REVIEW IN PREPARING CERTIFICATIONS OF NO OBJECTION REGARDING PROFESSIONAL FEE APPLICATIONS. | 0.10 | $16.00 |
| 3/11/2010 | 009 | DS MARRA | REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED FOR OBJECTIONS REGARDING STROOCK'S THIRTY-FOURTH QUARTERLY FEE APPLICATION. | 0.10 | $16.00 |
| 3/11/2010 | 009 | DS MARRA | REVIEW ELECTRONIC DOCKET OF PLEADINGS FILED FOR OBJECTIONS REGARDING CAPSTONE'S TWENTY-THIRD QUARTERLY FEE APPLICATION. | 0.10 | $16.00 |

Duane Morris
April 8, 2010
Page 13

File # K0248-00001                                    INVOICE #  1560286
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/11/2010 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S THIRTY-FOURTH QUARTERLY FEE APPLICATION. | 0.20 | $32.00 |
| 3/11/2010 | 009 | DS MARRA | DRAFT CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S TWENTY-THIRD QUARTERLY FEE APPLICATION. | 0.20 | $32.00 |
| 3/11/2010 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S THIRTY-FOURTH QUARTERLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 3/11/2010 | 009 | DS MARRA | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S TWENTY-THIRD QUARTERLY FEE APPLICATION FOR ELECTRONIC FILING. | 0.10 | $16.00 |
| 3/11/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING STROOCK'S THIRTY-FOURTH QUARTERLY FEE APPLICATION. | 0.10 | $16.00 |
| 3/11/2010 | 009 | DS MARRA | ELECTRONICALLY FILE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S TWENTY-THIRD QUARTERLY FEE APPLICATION. | 0.10 | $16.00 |
| 3/11/2010 | 009 | DS MARRA | CORRESPONDENCE TO D. MOHAMED REGARDING SAME. | 0.10 | $16.00 |
| 3/17/2010 | 009 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: ORDER APPROVING 34TH QUARTERLY FEE APPLICATIONS | 0.20 | $142.00 |
| | | | Code Total | 2.70 | $542.00 |

Duane Morris
April 8, 2010
Page 14

File # K0248-00001                                          INVOICE # 1560286
     W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 3/10/2010 010 | MR LASTOWSKI | REVIEW THE DEBTORS' APPLICATION TO RETAIN KAYE SCHOLER AS SPECIAL INTELLECTUAL PROPERTY COUNSEL | 0.20 | $142.00 |
| | | Code Total | 0.20 | $142.00 |

DUANE MORRIS LLP

Duane Morris
April 8, 2010
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1560286

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/1/2010 | 012 | AC MAHOLCHIC | REVIEW FINAL DM MONTHLY FEE APPLICATION FOR JANUARY 2010. | 0.30 | $100.50 |
| 3/1/2010 | 012 | S LENKIEWICZ | FINALIZE 96TH MONTHLY FEE APPLICATION OF DUANE MORRIS (.1); PREPARE CERTIFICATE OF SERVICE AND SERVICE LIST (.2) | 0.30 | $49.50 |
| 3/2/2010 | 012 | S LENKIEWICZ | EFILE 96TH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010 (.2); PREPARE SERVICE RE SAME (.2) | 0.40 | $66.00 |
| 3/3/2010 | 012 | AC MAHOLCHIC | EMAIL W. KATCHEN REGARDING RESPONSE TO FEE AUDITOR'S REPORT. | 0.20 | $67.00 |
| 3/11/2010 | 012 | AC MAHOLCHIC | EDIT DUANE MORRIS 35TH QUARTERLY FEE APPLICATION. | 0.40 | $134.00 |
| 3/11/2010 | 012 | S LENKIEWICZ | PREPARE 97TH MONTHLY FEE APPLICATION OF DUANE MORRIS FOR PERIOD FEBRUARY, 2010 (.4); PREPARE CERTIFICATE OF SERVICE (.1) | 0.50 | $82.50 |
| 3/11/2010 | 012 | S LENKIEWICZ | PREPARE THIRTY-FIFTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR PERIOD OCTOBER 1, 2009 THROUGH DECEMBER 31, 2009 | 1.20 | $198.00 |
| 3/15/2010 | 012 | S LENKIEWICZ | REVISE AND FINALIZE DUANE MORRIS 97TH MONTHLY FEE APPLICATION FOR PERIOD JANUARY 2010 | 0.50 | $82.50 |
| 3/15/2010 | 012 | S LENKIEWICZ | REVIEW DOCKET (.1); REVIEW PRIOR MONTHLY APPLICATIONS (.3); REVISE DUANE MORRIS 35TH QUARTERLY FEE APPLICATION (.7) | 1.10 | $181.50 |
| 3/16/2010 | 012 | AC MAHOLCHIC | EDIT DUANE MORRIS' 35TH QUARTERLY FEE APPLICATION FOR OCTOBER - DECEMBER 2009. | 0.60 | $201.00 |
| 3/17/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DM 35TH QUARTERLY FEE APPLICATION | 0.30 | $213.00 |
| 3/17/2010 | 012 | S LENKIEWICZ | REVISE QUARTERLY FEE APPLICATION AND FINALIZE SAME FOR SIGNATURE | 0.20 | $33.00 |
| 3/24/2010 | 012 | S LENKIEWICZ | FINALLIZE DUANE MORRIS 35TH QUARTERLY FEE APPLICATION AND EXHIBITS FOR FILING (.3); EFILE SAME (.2); PREPARE SERVICE BY EMAIL (.2); PREPARE SERVICE OF NOTICE ON 2002 SERVICE LIST (.5); PREPARE OVERNIGHT SERVICE OF NOTICE AND APPLICATION (.2) | 1.40 | $231.00 |

Duane Morris
April 8, 2010
Page 16

File # K0248-00001                                      INVOICE #  1560286
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/25/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS NINETY-SIXTH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 3/29/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS MONTHLY APPLICATION FOR FEBRUARY 2010. | 0.30 | $100.50 |
| 3/29/2010 | 012 | S LENKIEWICZ | REVISE NOTICE OF DUANE MORRIS 97TH MONTHLY FEE APPLICATION (.1); REVISE CERTIFICATE OF SERVICE (.1); PREPARE APPLICATION AND EXHIBIT FOR E-FILING (.1); EFILE SAME (.2); CALENDAR DEADLINE FOR CNO (.1) | 0.60 | $99.00 |
| | | | Code Total | 8.70 | $1,905.00 |

Duane Morris
April 8, 2010
Page 17

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1560286

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/11/2010 | 013 | S LENKIEWICZ | EFILE CERTIFICATION OF NO OBJECTION REGARDING 24TH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN (.2); EFILE CERTIFICATION OF NO OBJECTION REGARDING 23RD QUARTERLY FEE APPLICATION OF CAPSTONE ADVISORY GROUP LLC (.2) | 0.40 | $66.00 |
| 3/15/2010 | 013 | S LENKIEWICZ | REVIEW DOCKET (.2); PREPARE CNO'S RE 70TH AND 71ST MONTHLY FEE APPLICATIONS OF CAPSTONE ADVISORY (.2); FORWARD DRAFTS TO A. MAHOLCHIC FOR REVIEW (.1); FORWARD CNO'S AND EFILING CONFIRMATIONS TO D. MOHAMMED RE CAPSTONE 23RD INTERIM AND STROOCK 34TH INTERIM (.2) | 0.70 | $115.50 |
| 3/16/2010 | 013 | S LENKIEWICZ | EDIT CAPSTONE CNO'S (.1); EFILE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S 70TH MONTHLY FEE APPLICATION (.2); EFILE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S 71ST MONTHLY FEE APPLICATION (.2); FORWARD AS-FILED COPIES AND RECEIPTS TO D. MOHAMMED (.1) | 0.60 | $99.00 |
| 3/25/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 106TH MONTHLY FEE APPLICATION OF STROOCK & STROOCK (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 3/29/2010 | 013 | S LENKIEWICZ | PREPARE STROOCK 107TH MONTHLY FEE APPLICATION, NOTICE AND EXHIBIT FOR EFILING (.1); EFILE SAME (.2); FORWARD COPY OF CONFIRMATION TO D. MUHAMMED (.1); CALENDAR CNO DEADLINE (.1) | 0.50 | $82.50 |
| 3/30/2010 | 013 | S LENKIEWICZ | RECEIPT AND REVIEW OF EMAIL FROM D. MOHAMMAD (.1); PREPARE ATTACHMENTS FOR EFILING (.2); PREPARE NOTICE OF WITHDRAWAL OF DOCKET NO. 24522 (.2); EFILE SAME (.2); EFILE 107TH MONTHLY FEE APPLICATION OF SSL (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.00 | $165.00 |
| | | | Code Total | 3.60 | $594.00 |

Duane Morris
April 8, 2010
Page 18

File # K0248-00001                           INVOICE # 1560286
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/2/2010 | 014 | MR LASTOWSKI | ANALYSIS OF FINAL ORDER AUTHORIZING POST PETITION FINANCING | 1.20 | $852.00 |
| 3/2/2010 | 014 | MR LASTOWSKI | ANALYSIS OF ORDER GRANTING DEBTORS AUTHORITY TO ENTER IN TO LETTER OF CREDIT FACILITIES AND TO TERMINATE DIP FINANCING | 0.90 | $639.00 |
| | | | Code Total | 2.10 | $1,491.00 |

Duane Morris
April 8, 2010
Page 19

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1560286

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/17/2010 | 015 | MR LASTOWSKI | E-MAIL FROM J. O'NEAL RE: TELEPHONIC HEARING ON 3/22/10 | 0.10 | $71.00 |
| 3/17/2010 | 015 | S LENKIEWICZ | SCHEDULE M. LASTOWSKI COURTCALL APPEARANCE RE HEARING ON 3/22 | 0.20 | $33.00 |
| 3/19/2010 | 015 | MR LASTOWSKI | REVIEW SECOND AMENDED AGENDA | 0.10 | $71.00 |
| 3/21/2010 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA FOR 3/22/10 HEARING AND ITEMS LISTED FOR THEREIN | 2.20 | $1,562.00 |
| 3/22/2010 | 015 | MR LASTOWSKI | E-MAIL FROM J. O'NEAL RE: CANCELLATION OF OMNIBUS HEARING | 0.10 | $71.00 |
| | | | Code Total | 2.70 | $1,808.00 |

Duane Morris
April 8, 2010
Page 20

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1560286

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/10/2010 | 017 | MR LASTOWSKI | REVIEW NATIONAL UNION SETTLEMENT | 0.20 | $142.00 |
| 3/10/2010 | 017 | MR LASTOWSKI | REVIEW LONGACRE SETTLEMENT SETTLEMENT | 0.20 | $142.00 |
| 3/23/2010 | 017 | MR LASTOWSKI | REVIEW FOURTH SET OF MODIFICATIONS TO JOINT PLAN OF REORGANIZATION | 1.60 | $1,136.00 |
| 3/23/2010 | 017 | MR LASTOWSKI | REVIEW DEBTORS' SUMMARY OF PLAN OBJECTIONS | 0.80 | $568.00 |
| 3/24/2010 | 017 | MR LASTOWSKI | REVIEW SEALED AIR SETTLEMENTS | 0.20 | $142.00 |
| 3/31/2010 | 017 | MR LASTOWSKI | REVIEW BANK LENDER GROUP'S RESERVATION OF RIGHTS RE: DEBTORS' REVISED SUMMARY OF PLAN OBJECTIONS | 0.10 | $71.00 |
| 3/31/2010 | 017 | MR LASTOWSKI | REVIEW DEBTORS' REVISED SUMMARY OF PLAN OBJECTIONS | 1.10 | $781.00 |
| | | | Code Total | 4.20 | $2,982.00 |

Duane Morris
April 8, 2010
Page 21

File # K0248-00001                                  INVOICE #  1560286
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/1/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 3/9/2010 | 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.20 | $159.00 |
| 3/9/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH (II) TORONTO DISTRICT SCHOOL BOARD. | 0.10 | $79.50 |
| 3/9/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE LONG TERM INCENTIVE PLAN. | 0.20 | $159.00 |
| 3/9/2010 | 025 | WS KATCHEN | REVIEW JOINT MOTION OF PLAN PROPONENTS (I) APPROVE NAI UNION FIRE INSURANCE CO. CLAIM. | 0.20 | $159.00 |
| 3/9/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO APPROVE SETTLEMENT WITH (I) HAMILTON WENTWORTH DISTRICT SCHOOL BOARD. | 0.20 | $159.00 |
| 3/9/2010 | 025 | WS KATCHEN | REVIEW JOINT MOTION OF PLAN PROPONENTS (II) LONGACRE MASTER FUND, ET AL. | 0.20 | $159.00 |
| 3/11/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING SETTLEMENT P.D. CLAIM (1) BY HEALTH CARE CORP. ST. JOHN'S. | 0.10 | $79.50 |
| 3/11/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING SETTLEMENT P.D. CLAIM (2) MCMASTER UNIVERSITY. | 0.10 | $79.50 |
| 3/11/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING SETTLEMENT P.D. CLAIM (3) MORGUARD INVESTMENT LTD. | 0.10 | $79.50 |
| 3/16/2010 | 025 | WS KATCHEN | REVIEW CASE DOCKET. | 0.20 | $159.00 |
| 3/16/2010 | 025 | WS KATCHEN | UPDATE PLAN ISSUE. | 0.60 | $477.00 |
| 3/17/2010 | 025 | WS KATCHEN | REVIEW FILED PLEADINGS. | 0.20 | $159.00 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW PLAN UPDATE MEMO. | 0.10 | $79.50 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW CERTIFICATION RE: CANADIAN ZAI CLAIMANTS' APPLICATION FOR APPOINTMENT SPECIAL COUNSEL. | 0.20 | $159.00 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO AUTHORIZE SETTLEMENT - PROPERTY DAMAGE CLAIMS (I) UNIVERSITY OF GUELPH. | 0.20 | $159.00 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO AUTHORIZE SETTLEMENT - PROPERTY DAMAGE CLAIMS (II) AVALON EAST SCHOOL BOARD. | 0.20 | $159.00 |

Duane Morris
April 8, 2010
Page 22

File # K0248-00001                                          INVOICE #  1560286
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/22/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO AUTHORIZE SETTLEMENT - PROPERTY DAMAGE CLAIMS (III) ATLANTIC SHOPPING GEUTRES LTD. | 0.20 | $159.00 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO AUTHORIZE SETTLEMENT - PROPERTY DAMAGE CLAIMS (IV) CONSEILLERS IMMOBILIES. | 0.20 | $159.00 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO AUTHORIZE SETTLEMENT - PROPERTY DAMAGE CLAIMS (V) CITY OF VANCOUVER. | 0.10 | $79.50 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' MOTION TO AUTHORIZE SETTLEMENT - PROPERTY DAMAGE CLAIMS (VI) FAIR MALL LEASE HOLDER. | 0.20 | $159.00 |
| 3/22/2010 | 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF AGENDA. | 0.20 | $159.00 |
| 3/23/2010 | 025 | WS KATCHEN | FUTURE'S REP. JOINDER. | 0.10 | $79.50 |
| 3/23/2010 | 025 | WS KATCHEN | REVIEW MODIFIED PLAN THROUGH MARCH 19, 2010. | 1.20 | $954.00 |
| 3/23/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' CHART CONFIRMATION ISSUES. | 0.90 | $715.50 |
| 3/23/2010 | 025 | WS KATCHEN | REVIEW STIPULATION WITH CNA RE: SEALED AIR. | 0.20 | $159.00 |
| 3/25/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT (3/24/10). | 0.20 | $159.00 |
| | | | Code Total | 6.80 | $5,406.00 |

Duane Morris
April 8, 2010
Page 23

File # K0248-00001                                    INVOICE #  1560286
      W.R. GRACE & CO.

|                | | |
|----------------|------|-----------|
| TOTAL SERVICES | 40.20 | $18,726.50 |

DUANE MORRIS LLP

Duane Morris
April 8, 2010
Page 24

File # K0248-00001                                    INVOICE # 1560286
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 3/31/2010 | PRINTING & DUPLICATING - EXTERNAL | | 496.05 |
| | | Total: | $496.05 |
| 3/31/2010 | POSTAGE | | 456.02 |
| | | Total: | $456.02 |
| 2/23/2010 | CONFERENCE CALL | | 37.00 |
| | | Total: | $37.00 |
| 2/13/2010 | OVERNIGHT MAIL (WR GRACE SERVICE ) PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM COPY CENTER AT PARCELSINC. - WILMINGTON, DE (TRACKING #957906746214) | | 11.49 |
| 3/2/2010 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790697305842) | | 11.60 |
| 3/2/2010 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790697305496) | | 7.76 |
| | | Total: | $30.85 |
| 3/31/2010 | MESSENGER SERVICE | | 15.00 |
| | | Total: | $15.00 |
| 3/22/2010 | MISCELLANEOUS FED COURT DAILY | | 169.40 |
| | | Total: | $169.40 |
| 3/31/2010 | OVERTIME RELATED COSTS | | 5.31 |
| | | Total: | $5.31 |
| 3/31/2010 | COLOR PRINTING & DUPLICATING - INTERNAL | | 0.98 |
| | | Total: | $0.98 |
| 3/31/2010 | COURT SEARCH SERVICE | | 17.20 |
| | | Total: | $17.20 |
| 3/31/2010 | PRINTING & DUPLICATING | | 209.10 |
| | | Total: | $209.10 |
| | TOTAL DISBURSEMENTS | | $1,436.91 |

Duane Morris
April 8, 2010
Page 25

File # K0248-00001                                      INVOICE #  1560286
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 12.30 | 710.00 | 8,733.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.90 | 795.00 | 6,280.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 1.80 | 335.00 | 603.00 |
| 02279 | BA GRUPPO | PARALEGAL | 1.00 | 305.00 | 305.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 10.60 | 165.00 | 1,749.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 6.60 | 160.00 | 1,056.00 |
| | | | 40.20 | | $18,726.50 |