# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objection Deadline: 6/17/10 @4:00pm*

## EIGHTY-SEVENTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | April 1, 2010 through April 30, 2010 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $4,575.58 |
| Amount of Cash Payment Sought: | $144,575.58 |

This is a __x__ monthly __ interim ____ final application

2598412.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | 20,000.00 | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | 20,000.00 | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 120,000.00 | 1,633.77 | 30,000.00 | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 140,000.00 | 4,238.44 | 35,000.00 | -- |

# Blackstone Advisory Partners L.P.

May 28, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of April 1, 2010 through April 30, 2010: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through April 30, 2010:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 514.40 | |
| Ground Transportation | | 2,207.92 | |
| Meals | | 399.87 | |
| Lodging | | 1,442.58 | |
| External Photocopying | | 10.81 | 4,575.58 |
| **Total Amount Due** | | $ | **144,575.58** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 46634

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through April 30, 2010**
**Invoice No. 46634**

|  | GL Detail Apr-10 | Total Expenses |
|---|---|---|
| Airfare | $ 514.40 | $ 514.40 |
| Ground Transportation - Local Travel | 110.12 | 110.12 |
| Ground Transportation - Out-Of-Town Travel | 944.80 | 944.80 |
| Ground Transportation - Railroad | 1,153.00 | 1,153.00 |
| Employee Meals | 399.87 | 399.87 |
| Lodging | 1,442.58 | 1,442.58 |
| External Photocopying | 10.81 | 10.81 |
|  | $ 4,575.58 | $ 4,575.58 |

| | | |
|---|---|---|
| **Airfare** | $ | **514.40** |
| **Ground Transportation** | | **2,207.92** |
| **Meals** | | **399.87** |
| **Lodging** | | **1,442.58** |
| **External Photocopying** | | **10.81** |
| **Total Expenses** | $ | **4,575.58** |

W.R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2010
Invoice No. 46634

**Airfare**

| | | |
|---|---|---|
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 03/23/10 | 284.70 |
| Bonanno (travel agency fee for booking of one-way coach class flight to Washington, DC from Queens, NY on 04/14/10) | 04/06/10 | 20.00 |
| Bonanno (one-way coach class flight to Washington, DC from Queens, NY) | 04/14/10 | 209.70 |
| | Subtotal - Airfare | $    514.40 |

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Bonanno (weeknight taxi home from Blackstone after working late) | 03/22/10 | 12.30 |
| Bonanno (taxi to Blackstone with luggage from home en route to LaGuardia Airport in Queens, NY) | 03/23/10 | 11.25 |
| Bonanno (weeknight taxi home from Blackstone after working late) | 03/24/10 | 13.00 |
| Bonanno (weeknight taxi home from Blackstone after working late) | 03/25/10 | 12.70 |
| Bonanno (weeknight taxi home from Blackstone after working late) | 03/26/10 | 12.00 |
| Bonanno (taxi to Blackstone with luggage from home en route to LaGuardia Airport in Queens, NY) | 04/14/10 | 15.12 |
| Bonanno (weeknight taxi home from Blackstone after working late) | 04/16/10 | 10.40 |
| O'Connell (taxi to New York Penn Station home from Blackstone) | 03/23/10 | 13.40 |
| Sperling (taxi to New York Penn Station from Blackstone) | 03/03/10 | 9.95 |
| | Subtotal - Ground Transportation - Local Travel | 110.12 |

**Ground Transportation - Out-Of-Town Travel**

| | | |
|---|---|---|
| Bonanno (Hertz car rental for transportation during stay in Baltimore, MD) | 03/23/10 - 03/24/10 | 310.51 |
| Bonanno (Hertz car rental for transportation during stay in Baltimore, MD) | 04/14/10 - 04/16/10 | 634.29 |
| | Subtotal - Ground Transportation - Out-Of-Town Travel | 944.80 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Bonanno (travel agency fee for booking of one-way train trip to New York, NY from Baltimore, MD on 03/24/10) | 03/22/10 | 20.00 |
| Bonanno (one-way train trip to New York, NY from Baltimore, MD) | 03/24/10 | 162.00 |
| Bonanno (travel agency fee for booking of one-way train trip to New York, NY from Baltimore, MD on 04/08/10) | 04/08/10 | 20.00 |
| Bonanno (one-way train trip to New York, NY from Baltimore, MD) | 04/08/10 | 194.00 |
| O'Connell (round trip train travel to/from Baltimore, MD from/to New York, NY) | 03/23/10 & 03/24/10 | 335.00 |
| Sperling (travel agency fee for booking of one-way train trip to Baltimore, MD from New York, NY on 03/03/10) | 03/02/10 | 20.00 |
| Sperling (one-way train trip to Baltimore, MD from New York, NY) | 03/03/10 | 170.00 |
| Sperling (travel agency fee for booking of one-way train trip to New York, NY from Baltimore, MD on 03/05/10) | 03/05/10 | 20.00 |
| Sperling (one-way train trip to New York, NY from Baltimore, MD) | 03/05/10 | 212.00 |
| | Subtotal - Ground Transportation - Railroad | 1,153.00 |

**Employee Meals**

| | | |
|---|---|---|
| Bonanno (1 working lunch meal while in Maryland) | 03/04/10 | 5.38 |
| Bonanno (1 working dinner meal while in Maryland) | 03/05/10 | 31.15 |
| Bonanno (1 working dinner meal while in Maryland) | 03/23/10 | 38.28 |
| Bonanno (1 working lunch meal while traveling to New York, NY from Washington, DC) | 03/24/10 | 29.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 03/24/10 | 25.00 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 03/25/10 | 21.36 |
| Bonanno (1 working lunch meal while traveling to Washington, DC from New York, NY) | 04/14/10 | 6.13 |
| Bonanno (1 working lunch meal while in Maryland) | 04/15/10 | 11.10 |
| Bonanno (1 working breakfast meal while in Maryland) | 04/16/10 | 22.09 |
| Bonanno (1 working dinner meal while in Maryland) | 04/16/10 | 35.08 |
| O'Connell (1 working dinner meal while in Maryland) | 03/23/10 | 38.28 |
| Sperling (1 working dinner meal while in Maryland) | 03/05/10 | 31.15 |
| Sperling (1 working dinner meal while in Maryland) | 03/06/10 | 32.50 |
| Sperling (1 working dinner meal while in Maryland) | 03/23/10 | 38.28 |
| Sperling (1 working dinner meal while in Maryland) | 04/16/10 | 35.09 |
| | Subtotal - Employee Meals | 399.87 |

**Lodging**

| | | |
|---|---|---|
| Bonanno (1 day hotel stay in Baltimore, MD) | 03/23/10 - 03/24/10 | 231.65 |
| Bonanno (2 day hotel stay in Baltimore, MD) | 04/14/10 - 04/16/10 | 518.74 |
| O'Connell (1 day hotel stay in Baltimore, MD) | 03/23/10 - 03/24/10 | 260.99 |
| Sperling (2 day hotel stay in Baltimore, MD) | 03/03/10 - 03/05/10 | 431.20 |
| | Subtotal - Lodging | 1,442.58 |

**External Photocopying**

| | | |
|---|---|---|
| Anand for Bonanno (fee for use of printing services @ hotel business center in Las Vegas, NV) | 01/26/10 | 10.81 |
| | Subtotal - External Photocopying | 10.81 |

| | | |
|---|---|---|
| | Total Expenses | $    4,575.58 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Title | Hours |
|---|---|---|
| David Bradley | Senior Managing Director | 9.3 |
| Jamie O'Connell | Managing Director | 26.4 |
| Patrick Schumacher | Managing Director | 15.3 |
| Chris Yamamoto | Associate | 16.4 |
| Matthew Bonanno | Associate | 40.9 |
| Michael Sperling | Analyst | 55.3 |
| Katie Wu | Analyst | 15.3 |
| Nikola Pikula | Analyst | 45.6 |
| | **Total** | **224.5** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/14/10 | 0.4 | Business Analysis | Meeting with M. Bonanno to review financial analysis |
| Jamie O'Connell | 04/14/10 | 0.3 | Business Analysis | Call with M. Bonanno and M. Sperling regarding financial analysis |
| Jamie O'Connell | 04/14/10 | 0.2 | Business Analysis | Correspondence to H. La Force regarding various matters |
| Matthew Bonanno | 04/14/10 | 1.2 | Business Analysis | Review financial analysis |
| Matthew Bonanno | 04/14/10 | 0.4 | Business Analysis | Meeting with J. O'Connell to review financial analysis |
| Matthew Bonanno | 04/14/10 | 0.3 | Business Analysis | Call with J. O'Connell and M. Sperling regarding financial analysis |
| Michael Sperling | 04/14/10 | 0.3 | Business Analysis | Call with J. O'Connell and M. Bonanno regarding financial analysis |
| Michael Sperling | 04/14/10 | 2.7 | Business Analysis | Warrant analysis |
| Jamie O'Connell | 04/15/10 | 2.0 | Business Analysis | Attend (telephonically) first quarter review session (did not attend entire session) |
| Jamie O'Connell | 04/15/10 | 0.1 | Business Analysis | Call with P. Hanlon regarding new business development |
| Jamie O'Connell | 04/15/10 | 0.3 | Business Analysis | Call with internal team regarding various matters |
| Matthew Bonanno | 04/15/10 | 0.3 | Business Analysis | Call with internal team regarding various matters |
| Matthew Bonanno | 04/15/10 | 9.5 | Business Analysis | Attend first quarter review session in Columbia, MD |
| Michael Sperling | 04/15/10 | 0.3 | Business Analysis | Call with internal team regarding various matters |
| Michael Sperling | 04/15/10 | 9.5 | Business Analysis | Attend first quarter review session in Columbia, MD |
| Matthew Bonanno | 04/16/10 | 3.5 | Business Analysis | Meeting with various Grace management team members in Columbia, MD |
| Michael Sperling | 04/16/10 | 3.5 | Business Analysis | Meeting with various Grace management team members in Columbia, MD |
| Patrick Schumacher | 04/17/10 | 2.5 | Business Analysis | Operating model template |
| Jamie O'Connell | 04/18/10 | 0.2 | Business Analysis | Call with M. Bonanno regarding various matters |
| Matthew Bonanno | 04/18/10 | 0.2 | Business Analysis | Call with J. O'Connell regarding various matters |
| Chris Yamamoto | 04/20/10 | 1.0 | Business Analysis | Meet with team to discuss business analysis |
| Jamie O'Connell | 04/20/10 | 0.5 | Business Analysis | Internal discussion on financial model |
| Jamie O'Connell | 04/20/10 | 0.2 | Business Analysis | Status update with M. Bonanno and M. Sperling |
| Katie Wu | 04/20/10 | 1.0 | Business Analysis | Meet with team to discuss business analysis |
| Matthew Bonanno | 04/20/10 | 0.5 | Business Analysis | Internal discussion on financial model |
| Matthew Bonanno | 04/20/10 | 0.2 | Business Analysis | Status update with J. O'Connell and M. Sperling |
| Michael Sperling | 04/20/10 | 0.5 | Business Analysis | Internal discussion on financial model |
| Michael Sperling | 04/20/10 | 0.2 | Business Analysis | Status update with M. Bonanno and J. O'Connell |
| Nikola Pikula | 04/20/10 | 1.0 | Business Analysis | Meet with team to discuss business analysis |
| Chris Yamamoto | 04/21/10 | 0.3 | Business Analysis | Planning for on-site visit |
| Chris Yamamoto | 04/21/10 | 3.0 | Business Analysis | Precedents and comparable company analysis |
| Jamie O'Connell | 04/21/10 | 0.2 | Business Analysis | Call with internal team regarding various matters |
| Jamie O'Connell | 04/21/10 | 0.2 | Business Analysis | Review Project Oly materials and send correspondence to J. Petru |
| Katie Wu | 04/21/10 | 0.3 | Business Analysis | Planning for on-site visit |
| Matthew Bonanno | 04/21/10 | 1.3 | Business Analysis | Review core EBITDA to adjusted EBITDA 8K materials |
| Michael Sperling | 04/21/10 | 0.6 | Business Analysis | Review core EBITDA to adjusted EBITDA 8K materials |
| Nikola Pikula | 04/21/10 | 0.3 | Business Analysis | Planning for on-site visit |
| Nikola Pikula | 04/21/10 | 9.0 | Business Analysis | Precedent transaction and comparable company analysis |
| Patrick Schumacher | 04/21/10 | 2.0 | Business Analysis | Precedents and comparable company analysis |
| Chris Yamamoto | 04/22/10 | 2.0 | Business Analysis | Precedents and comparable company analysis |
| David Bradley | 04/22/10 | 1.0 | Business Analysis | Review of precedents and comparable company analysis |
| Jamie O'Connell | 04/22/10 | 1.5 | Business Analysis | Review first quarter earnings report and financial analysis |
| Matthew Bonanno | 04/22/10 | 1.2 | Business Analysis | Review GRA earnings release and materials in preparation for management meetings |
| Patrick Schumacher | 04/22/10 | 1.0 | Business Analysis | Meeting prep |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Patrick Schumacher | 04/22/10 | 1.0 | Business Analysis | Precedents and comparable company analysis |
| Chris Yamamoto | 04/23/10 | 3.3 | Business Analysis | Meeting with internal team and management at Grace's office |
| David Bradley | 04/23/10 | 3.3 | Business Analysis | Meeting with internal team and management at Grace's office |
| Jamie O'Connell | 04/23/10 | 3.3 | Business Analysis | Meeting with internal team and management at Grace's office |
| Katie Wu | 04/23/10 | 3.3 | Business Analysis | Meeting with internal team and management at Grace's office |
| Matthew Bonanno | 04/23/10 | 3.3 | Business Analysis | Meeting with internal team and management at Grace's office |
| Michael Sperling | 04/23/10 | 1.2 | Business Analysis | Respond to questions on 8-K for lenders' financial advisor |
| Nikola Pikula | 04/23/10 | 3.3 | Business Analysis | Meeting with internal team and management at Grace's office |
| Patrick Schumacher | 04/23/10 | 3.3 | Business Analysis | Meeting with internal team and management at Grace's office |
| Chris Yamamoto | 04/26/10 | 0.3 | Business Analysis | Preliminary modeling work |
| Chris Yamamoto | 04/26/10 | 1.0 | Business Analysis | Draft presentation |
| Katie Wu | 04/26/10 | 4.5 | Business Analysis | Preliminary modeling work |
| Nikola Pikula | 04/26/10 | 4.0 | Business Analysis | Precedent transaction analysis |
| Katie Wu | 04/27/10 | 1.2 | Business Analysis | Preliminary modeling work |
| Michael Sperling | 04/27/10 | 0.5 | Business Analysis | Call with S. Scarlis and K. Blood re: claims and 10-Q materials |
| Nikola Pikula | 04/27/10 | 6.0 | Business Analysis | Precedent transaction analysis |
| Nikola Pikula | 04/28/10 | 3.0 | Business Analysis | Long-run comaparable company analysis |
| Jamie O'Connell | 04/29/10 | 0.3 | Business Analysis | Status meeting with M. Sperling |
| Jamie O'Connell | 04/29/10 | 0.2 | Business Analysis | Review financial analyses with M. Sperling |
| Michael Sperling | 04/29/10 | 0.3 | Business Analysis | Status meeting with J. O'Connell |
| Michael Sperling | 04/29/10 | 0.2 | Business Analysis | Review financial analyses with J. O'Connell |
| Michael Sperling | 04/29/10 | 1.3 | Business Analysis | Analysis for S. Scarlis and K. Blood |
| Nikola Pikula | 04/29/10 | 6.0 | Business Analysis | Long-run comaparable company analysis |
| Chris Yamamoto | 04/30/10 | 0.5 | Business Analysis | Pension adjustment discussion |
| Nikola Pikula | 04/30/10 | 8.0 | Business Analysis | Long-run comaparable company analysis |
| Patrick Schumacher | 04/30/10 | 0.5 | Business Analysis | Pension adjustment discussion |
|  |  | 129.8 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 04/17/10 | 0.5 | Case Administration | Review March hours file |
| | | 0.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/29/10 | 0.3 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Michael Sperling | 04/29/10 | 0.3 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Michael Sperling | 04/30/10 | 0.6 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 1.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/05/10 | 0.2 | Committee | Call with H. La Force regarding various matters |
| Jamie O'Connell | 04/05/10 | 0.2 | Committee | Call with J. Radecki regarding committee information request |
| Jamie O'Connell | 04/05/10 | 0.1 | Committee | Manage committee information request |
| Jamie O'Connell | 04/24/10 | 0.2 | Committee | Manage committee information request |
| | | 0.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/13/10 | 0.5 | Corporate Finance | Call with H. La Force regarding various matters |
| Jamie O'Connell | 04/13/10 | 0.6 | Corporate Finance | Correspondence regarding various matters |
| | | 1.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 04/05/10 | 0.9 | Fee Applications | Review interim fee application |
| Jamie O'Connell | 04/06/10 | 1.4 | Fee Applications | Review interim fee application |
| Matthew Bonanno | 04/06/10 | 0.4 | Fee Applications | Review interim fee application |
| | | 2.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 04/05/10 | 0.4 | Financing | Grace bank debt pricing analysis |
| Michael Sperling | 04/07/10 | 1.4 | Financing | Review of foreign v. direct cash flow analysis |
| Michael Sperling | 04/08/10 | 0.8 | Financing | Emergence financing timeline |
| Jamie O'Connell | 04/09/10 | 0.2 | Financing | Correspondence with E. Filon regarding exit financing matters |
| Michael Sperling | 04/09/10 | 0.4 | Financing | Emergence financing timeline |
| Jamie O'Connell | 04/10/10 | 0.6 | Financing | Prepare schedule of exit financing work streams |
| Jamie O'Connell | 04/12/10 | 0.2 | Financing | Correspondence with E. Filon regarding exit financing matters |
| Jamie O'Connell | 04/12/10 | 0.2 | Financing | Call with B. Corcoran regarding various matters |
| Jamie O'Connell | 04/12/10 | 0.7 | Financing | Call with E. Filon and M. Sperling regarding exit financing |
| Jamie O'Connell | 04/12/10 | 0.4 | Financing | Prepare draft timeline related to exit financing |
| Jamie O'Connell | 04/12/10 | 0.1 | Financing | Correspondence with C. Greco regarding exit financing |
| Michael Sperling | 04/12/10 | 0.7 | Financing | Call with E. Filon and J. O'Connell regarding exit financing |
| Jamie O'Connell | 04/13/10 | 0.3 | Financing | Call with E. Filon and M. Bonanno regarding exit financing |
| Matthew Bonanno | 04/13/10 | 0.3 | Financing | Call with E. Filon and J. O'Connell regarding exit financing |
| Jamie O'Connell | 04/16/10 | 0.1 | Financing | Review correspondence from M. Bonanno |
| Michael Sperling | 04/19/10 | 2.3 | Financing | Financial model analysis |
| Jamie O'Connell | 04/20/10 | 0.1 | Financing | Correspondence with A. Gregory regarding exit financing |
| Michael Sperling | 04/20/10 | 1.7 | Financing | Financial model analysis |
| Michael Sperling | 04/20/10 | 0.3 | Financing | Call with B. Chiu re: financial model analysis |
| Michael Sperling | 04/20/10 | 0.8 | Financing | Claims analysis |
| Jamie O'Connell | 04/21/10 | 0.2 | Financing | Call with A. Gregory regarding exit financing |
| Jamie O'Connell | 04/21/10 | 0.2 | Financing | Follow-up call with A. Gregory regarding exit financing |
| Matthew Bonanno | 04/21/10 | 0.2 | Financing | Call with A. Gregory regarding exit financing |
| Matthew Bonanno | 04/21/10 | 0.2 | Financing | Call with internal team regarding various matters |
| Michael Sperling | 04/21/10 | 3.5 | Financing | Financial model analysis |
| Michael Sperling | 04/21/10 | 0.2 | Financing | Call with B. Chiu re: financial model analysis |
| Michael Sperling | 04/21/10 | 0.2 | Financing | Call with D. Grebow re: financial model analysis |
| Michael Sperling | 04/22/10 | 3.1 | Financing | Financial model analysis |
| Michael Sperling | 04/22/10 | 0.3 | Financing | Call with D. Grebow re: financial model analysis |
| Michael Sperling | 04/23/10 | 2.7 | Financing | Financial model analysis |
| Jamie O'Connell | 04/24/10 | 0.1 | Financing | Review correspondence from E. Filon |
| Jamie O'Connell | 04/28/10 | 0.2 | Financing | Review correspondence regarding exit financing |
| Jamie O'Connell | 04/28/10 | 0.5 | Financing | Call with E. Filon and others regarding exit financing |
| Jamie O'Connell | 04/29/10 | 0.7 | Financing | Call with management and counsel regarding exit financing |
| Jamie O'Connell | 04/29/10 | 0.4 | Financing | Call with exit financing lenders to discuss ratings agency presentation |
| Matthew Bonanno | 04/29/10 | 0.7 | Financing | Call with management and counsel regarding exit financing |
| Matthew Bonanno | 04/29/10 | 0.9 | Financing | Review draft ratings agency presentation |
| Matthew Bonanno | 04/29/10 | 0.4 | Financing | Call with exit financing lenders to discuss ratings agency presentation |
| Matthew Bonanno | 04/29/10 | 0.7 | Financing | Follow up call with exit financing lenders on ratings agency presentation |
| Michael Sperling | 04/29/10 | 0.7 | Financing | Call with management and counsel regarding exit financing |
| Michael Sperling | 04/29/10 | 0.4 | Financing | Call with exit financing lenders to discuss ratings agency presentation |
| Michael Sperling | 04/29/10 | 0.7 | Financing | Follow up call with exit financing lenders on ratings agency presentation |
| Michael Sperling | 04/29/10 | 3.8 | Financing | Financial model analysis |
| Michael Sperling | 04/29/10 | 0.3 | Financing | Call with D. Grebow re: financial model analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/30/10 | 0.2 | Financing | Correspondence to E. Filon regarding exit financing |
| Jamie O'Connell | 04/30/10 | 0.2 | Financing | Review materials regarding exit financing |
| Michael Sperling | 04/30/10 | 5.1 | Financing | Financial model analysis |
| Michael Sperling | 04/30/10 | 0.4 | Financing | Call with D. Grebow re: financial model analysis |
| | | 39.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 04/14/10 | 3.5 | Non-Working Travel Time | Travel from NYC to Columbia, MD |
| Michael Sperling | 04/14/10 | 3.5 | Non-Working Travel Time | Travel from NYC to Columbia, MD |
| Matthew Bonanno | 04/16/10 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD to NYC |
| Jamie O'Connell | 04/22/10 | 2.0 | Non-Working Travel Time | Travel to Maryland |
| Matthew Bonanno | 04/22/10 | 3.0 | Non-Working Travel Time | Travel from NYC to Baltimore, MD |
| Chris Yamamoto | 04/23/10 | 2.5 | Non-Working Travel Time | Travel to Maryland (Grace headquarters) |
| Chris Yamamoto | 04/23/10 | 2.5 | Non-Working Travel Time | Travel from Maryland (Grace headquarters) |
| David Bradley | 04/23/10 | 2.5 | Non-Working Travel Time | Travel to Maryland (Grace headquarters) |
| David Bradley | 04/23/10 | 2.5 | Non-Working Travel Time | Travel from Maryland (Grace headquarters) |
| Jamie O'Connell | 04/23/10 | 3.5 | Non-Working Travel Time | Travel from Grace's office back to residence |
| Katie Wu | 04/23/10 | 2.5 | Non-Working Travel Time | Travel to Maryland (Grace headquarters) |
| Katie Wu | 04/23/10 | 2.5 | Non-Working Travel Time | Travel from Maryland (Grace headquarters) |
| Matthew Bonanno | 04/23/10 | 3.5 | Non-Working Travel Time | Travel from Columbia, MD to NYC |
| Nikola Pikula | 04/23/10 | 2.5 | Non-Working Travel Time | Travel to Maryland (Grace headquarters) |
| Nikola Pikula | 04/23/10 | 2.5 | Non-Working Travel Time | Travel from Maryland (Grace headquarters) |
| Patrick Schumacher | 04/23/10 | 2.5 | Non-Working Travel Time | Travel to Maryland (Grace headquarters) |
| Patrick Schumacher | 04/23/10 | 2.5 | Non-Working Travel Time | Travel from Maryland (Grace headquarters) |
| | | **47.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/06/10 | 0.5 | Plan and Disclosure Statement | Review court filings related to CNA, OneBeacon and Kaye Scholer |
| Jamie O'Connell | 04/09/10 | 0.4 | Plan and Disclosure Statement | Call with M. Shelnitz regarding various matters |
| Jamie O'Connell | 04/13/10 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matthew Bonanno | 04/13/10 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/20/10 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | 2.3 | | |