# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

B3744898.1

## Matter 88 – Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 2.0 | $ 1,220.00 |
| | | | | | |
| **TOTAL** | | | | **2.0** | **$ 1,220.00** |

B3744898.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2010
Invoice No.: 461301
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through April 30, 2010

                Fees                 $1,220.00

                **Total Fees and Disbursements**       **$1,220.00**

Matter No.: 08743.00088　　　　　　　　　　　　　　　　　　　Invoice No.: 461301
Re: Acton Site OU3　　　　　　　　　　　　　　　　　　　　　May 28, 2010
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/02/10 | Jaffe | Review EPA approval and emails with team regarding same (0.4). | 0.4 |
| 04/25/10 | Jaffe | Review, revise, draft annual report and email to team regarding same (1.2); review, revise, draft well replacement letter and email to team regarding same (0.4). | 1.6 |
| | | **Total Hours** | **2.0** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 461301  
May 28, 2010  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.0 | at | 610.00 | = | 1,220.00 |

| | |
|---|---|
| Total Fees | $1,220.00 |

| | |
|---|---|
| Total Fees | $1,220.00 |
| Total Fees and Disbursements | $1,220.00 |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 28, 2010
Invoice No.: 461301
Matter No.: 08743.00088

Re:  Acton Site OU3

| Total Fees and Disbursements | **$1,220.00** |

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 461301
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 18.0 | $ 10,980.00 |
| TOTAL | | | | 18.0 | $ 10,980.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Telephone | $ | 1.95 |
| | | |
| TOTAL | $ | 1.95 |

B3744898.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2010
Invoice No.: 461302
Matter No.: 08743.00102

Re: **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through April 30, 2010

| | |
|---|---|
| Fees | $10,980.00 |
| Disbursements | 1.95 |
| **Total Fees and Disbursements** | **$10,981.95** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/01/10 | Jaffe | Emails with team regarding correspondence with town and review same (0.6); emails regarding bankruptcy issues (0.2). | 0.8 |
| 04/02/10 | Jaffe | Attention to finalizing consent decree, including telephone call with Mr. Sabath and emails with team regarding same (0.7). | 0.7 |
| 04/08/10 | Jaffe | Telephone call with Mr. Sabath (0.4); emails with team regarding design contractor (0.4). | 0.8 |
| 04/09/10 | Jaffe | Finalize consent decree, including review of outstanding issues and emails with team regarding same (0.9). | 0.9 |
| 04/12/10 | Jaffe | Finalize consent decree, including final review and emails with team and with Mr. Sabath at DOJ regarding same (1.7). | 1.7 |
| 04/13/10 | Jaffe | Finalize consent decree and emails with team and Mr. Sabath regarding same (1.2); emails with team regarding Woburn (0.4); attention to Bankruptcy Court approval of settlement, including emails with team and drafting motion in support (1.3). | 2.9 |
| 04/14/10 | Jaffe | Draft bankruptcy court motion to enter decree and review documents for same (1.1); emails with team regarding discussions with EPA over early action (0.2). | 1.3 |
| 04/15/10 | Jaffe | Draft motion in support of entry of consent decree and review documents and emails with team regarding same (2.4); emails with team regarding Shaffer settlement (0.5). | 2.9 |
| 04/16/10 | Jaffe | Draft motion to enter consent decree, including reviewing documents regarding same, emails with team and telephone call with Ms. Duff regarding same (2.4). | 2.4 |
| 04/27/10 | Jaffe | Finalize consent decree issues, including review of bankruptcy court motion, PRP agreement, and emails with team (1.4). | 1.4 |
| 04/28/10 | Jaffe | Attention to finalizing decree, bankruptcy filing and PRP agreement, including emails with team regarding same (0.9); emails with team regarding Walpole negotiations (0.3). | 1.2 |
| 04/29/10 | Jaffe | Emails with team regarding finalizing consent decree and bankruptcy motion for approval (0.6). | 0.6 |
| 04/30/10 | Jaffe | Finalize consent decree, including telephone call with Mr. Bucens and Ms. Duff and emails with team (0.4). | 0.4 |
| | | **Total Hours** | **18.0** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 18.0 | at | 610.00 | = | 10,980.00 |// 
| | **Total Fees** | | | | **$10,980.00** |

### Disbursement Summary

| Date | | | Amount |
|---|---|---|---|
| 04/16/10 | Telephone | | 1.95 |
| | **Total Disbursements** | | **$1.95** |

| | |
|---|---|
| Total Fees | $10,980.00 |
| Total Disbursements | <u>1.95</u> |
| **Total Fees and Disbursements** | **$10,981.95** |



**FOLEY HOAG LLP**

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 28, 2010
Invoice No.: 461302
Matter No.: 08743.00102

Re: **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$10,981.95**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 461302
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.2 | $ 122.00 |
| TOTAL | | | | 0.2 | $ 122.00 |

B3744898.1



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2010
Invoice No.: 461303
Matter No.: 08743.00103

**Re:   Wells G&H Superfund Site**

For Professional Services rendered through April 30, 2010

|  |  |
|---|---|
| Fees | $122.00 |
| **Total Fees and Disbursements** | **$122.00** |

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| 04/30/10 | Jaffe | Telephone call with Ms. Duff (0.2). | 0.2 |
|  |  | **Total Hours** | **0.2** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.2 | at | 610.00 | = | 122.00 |
| | | | **Total Fees** | | **$122.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$122.00** |
| **Total Fees and Disbursements** | | **$122.00** |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2010
Invoice No.: 461303
Matter No.: 08743.00103

Re:   Wells G&H Superfund Site

Total Fees and Disbursements           **$122.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 461303
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company