# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 17, 2010 |
| | ) | |

## SUMMARY APPLICATION OF THE LAW OFFICES OF JANET S. BAER, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM APRIL 1, 2010, THROUGH APRIL 30, 2010

| | |
|---|---|
| Name of Applicant: | The Law Offices of Janet S. Baer, P.C. |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered February 24, 2009, effective as of February 11, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2010, to April 30, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $107,120.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,683.52 |

This is a X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 10.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00

This is The Law Offices of Janet S. Baer P.C.'s ("JSB") monthly application for interim compensation of services for the interim fee period April 1, 2010, through April 30, 2010 (the "Fee Period"). The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 27, 2009 | 2/1 - 2/28/09 | $75,250.00 | $1,430.21 | Interim approval | Interim approval |
| April 29, 2009 | 3/1 – 3/31/09 | $113,875.00 | $2,436.16 | Interim approval | Interim approval |
| May 8, 2009 | Jan.- March, 2009 | $189,125.00 | $3,866.87 | Interim approval | Interim approval |
| May 29, 2009 | 4/1-4/30/09 | $122,500.00 | $5,441.23 | Interim approval | Interim approval |
| June 29, 2009 | 5/1-5/31/09 | $104,062.50 | $7,305.16 | Interim approval | Interim approval |
| July 29, 2009 | 6/1-6/30/09 | $157,250.00 | $6,199.89 | Interim approval | Interim approval |
| August 14, 2009 | April-June, 2009 | $383,812.50 | $18,946.28 | Interim approval | Interim approval |
| September 1, 2009 | 7/1-7/31/09 | $132,875.00 | $3495.71 | Interim approval | Interim approval |
| September 29, 2009 | 8/1-8/31/09 | $132,187.50 | $3,690.83 | Interim approval | Interim approval |
| October 27, 2009 | 9/1-9/30/09 | $209,760.00 | $7,303.75 | Interim approval | Interim approval |
| November 18, 2009 | July-Sept., 2009 | $474,822.50 | $14,490.29 | Interim approval | Interim approval |
| November 24, 2009 | 10/1-10/31/09 | $191,795.00 | $6,472.87 | Interim approval | Interim approval |
| December 21, 2009 | 11/01-11/30/09 | $122,245.00 | $744.30 | Interim approval | Interim approval |
| January 27, 2010 | 12/01-12/31/09 | $145,342.50 | $1,707.64 | Interim approval | Interim approval |
| February 4, 2010 | Oct.–Dec., 2009 | $459,382.50 | $8,924.81 | Pending | Pending |
| February 25, 2010 | 1/1/10-1/31/10 | $189,937.50 | $4,467.91 | Interim approval | Interim approval |
| March 25, 2010 | 2/1/10-2/28/10 | $154,075.00 | $11,306.92 | Interim approval | Interim approval |
| April 28, 2010 | 3/1/10-3/31/10 | $130,565.00 | $2,244.98 | Interim approval | Interim approval |
| May 11, 2010 | Jan.-March, 2010 | $474,577.50 | $8,019.81 | Pending | Pending |

The attorneys of JSB who rendered professional services in these cases during the Fee Period are as follows:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S. Baer | President | 1982 | Restructuring | $625.00 | 92.20 | $57,625.00 |
| Roger J. Higgins | Of Counsel | 1999 | Restructuring | $475.00 | 104.20 | $49,495.00 |
| **Totals for Attorneys:** | | | | | **196.40** | **$107,120.00** |

There are no paraprofessionals of JSB who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:        $107,120.00

Grand Total for Expenses:    $1,683.52

3

## COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 7.40 | $3,755.00 |
| 4 | Case Administration | 16.60 | $9,505.00 |
| 6 | Claim Analysis Objection and Resolution (Non-Asbestos) | 82.60 | $41,845.00 |
| 10 | Employment Applications, Others | 0.40 | $250.00 |
| 11 | Fee Applications, Applicant | 9.90 | $5,422.50 |
| 12 | Fee Applications, Others | 3.10 | $1,937.50 |
| 14 | Hearings | 6.70 | $4,187.50 |
| 15 | Litigation and Litigation Consulting | 19.40 | $12,125.00 |
| 16 | Plan and Disclosure Statement | 26.20 | $15,970.00 |
| 17 | Relief From Stay Proceedings | 19.60 | $9,310.00 |
| 20 | Travel – Non-Working | 4.50 | $2,812.50 |
| **Totals for Matters:** | | **196.40** | **$107,120.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, travel service fees | $639.40 |
| Transportation to/from Airport; Car Rental | $43.00 |
| Travel Meals | $49.80 |
| Hotels | $435.90 |
| Long Distance/Conference Telephone Charges | $262.36 |
| Misc services ( Pacer, Lexis) | $253.06 |
| **Total:** | **$1,683.52** |

WHEREFORE, JSB respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $107,120.00 for reasonable and necessary professional services JSB has rendered to the Debtors during the Fee Period ($85,696.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by JSB during the Fee Period ($1,683.52) (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: May 28, 2010                    Respectfully submitted,

                                       THE LAW OFFICES OF JANET S. BAER P.C.

                                       /s/ Janet S. Baer
                                       _____
                                       Janet S. Baer P.C.
                                       70 W. Madison St.
                                       Suite 2100
                                       Chicago, Illinois 60602
                                       (312) 641-2162

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 17, 2010 |
| | ) | |

## SUMMARY APPLICATION OF THE LAW OFFICES OF JANET S. BAER, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM APRIL 1, 2010, THROUGH APRIL 30, 2010

### COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Business Operations | 7.40 | $3,755.00 |
| 4 | Case Administration | 16.60 | $9,505.00 |
| 6 | Claim Analysis Objection and Resolution (Non-Asbestos) | 82.60 | $41,845.00 |
| 10 | Employment Applications, Others | 0.40 | $250.00 |
| 11 | Fee Applications, Applicant | 9.90 | $5,422.50 |
| 12 | Fee Applications, Others | 3.10 | $1,937.50 |
| 14 | Hearings | 6.70 | $4,187.50 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 15 | Litigation and Litigation Consulting | 19.40 | $12,125.00 |
| 16 | Plan and Disclosure Statement | 26.20 | $15,970.00 |
| 17 | Relief From Stay Proceedings | 19.60 | $9,310.00 |
| 20 | Travel – Non-Working | 4.50 | $2,812.50 |
| **Totals for Matters:** | | **196.40** | **$107,120.00** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, travel service fees | $639.40 |
| Transportation to/from Airport; Car Rental | $43.00 |
| Travel Meals | $49.80 |
| Hotels | $435.90 |
| Long Distance/Conference Telephone Charges | $262.36 |
| Misc services ( Pacer, Lexis) | $253.06 |
| **Total:** | **$1,683.52** |