<u>EXHIBIT A</u>

**April 2010 Fee Detail**

**Matter 3**                                     **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 4/16/10 | Review correspondence re claims report in 10-Q (.30); follow up and confer with various parties re same (.20); | 0.50 | $625 | $ 312.50 |
| RJH | 4/16/10 | Analyze and revise claims insert for 10-Q quarterly SEC filing (1.20); exchange correspondence with various parties re same (.40); conference with M. Araki re same (.50). | 2.10 | $475 | $ 997.50 |
| RJH | 4/19/10 | Analyze claims disclosure issues re 10-Q quarterly SEC filing (1.10); conference with M. Araki re same (.30). | 1.60 | $475 | $ 760.00 |
| JSB | 4/20/10 | Review revised report for 10-Q re claims information (.30); prepare correspondence re 10-Q summary (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 4/30/10 | Review inquiries re claim statements in 10-Q and follow up re issues on same (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 4/30/10 | Review and analyze issues re 10-Q claims disclosure (.40); conferences with M. Araki re same (1.10); exchange correspondence with various parties re same (.60). | 2.10 | $475 | $ 997.50 |
| Total | | | 7.40 | | $3,755.00 |

**Matter 4**                                        **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/01/10 | Review newly filed pleadings, attend to same and respond to numerous client inquiries (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 4/05/10 | Review newly filed pleadings and attend to same (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 4/5/10 | Attend to issues re quarterly asset and settlement reports and exchange correspondence with various parties re same (.50); attend to quarterly OCP reports and draft correspondence to various parties re same (.50). | 1.00 | $475 | $ 475.00 |
| JSB | 4/07/10 | Review filed pleadings and newly entered orders and attend to same (.70); prepare correspondence re newly filed pleadings (.30); prepare correspondence re entry of orders with no objections from 4/19 hearing (.30); review and respond to inquiries re orders and related matters (.30); review quarterly OCP report and provide comments re same (.30). | 1.90 | $625 | $1,187.50 |
| RJH | 4/7/10 | Review and analyze draft OCP report and correspond with various parties re same (.60). | 0.60 | $475 | $ 285.00 |
| RJH | 4/8/10 | Review and analyze OCP report and prepare for filing and correspond with various parties re same (1.10). | 1.10 | $475 | $ 522.50 |
| JSB | 4/09/10 | Review recent pleadings, draft and materials on outstanding issues, follow up and organize same (2.50). | 2.50 | $625 | $1,562.50 |
| JSB | 4/15/10 | Confer with T. Freedman re status of numerous matters (.30); confer with R. Finke re status of numerous matters (.30); confer with J. McFarland re NU Bond issues (.30); review newly filed pleadings and attend to same (.30); review agenda for 5/3 hearing and confer with various parties re same (.30). | 1.50 | $625 | $ 937.50 |
| JSB | 4/19/10 | Review correspondence and respond to inquiries re case status (.30); follow up with R. Higgins re same (.20). | 0.50 | $625 | $ 312.50 |
| RJH | 4/19/10 | Conference with J. Baer re case status inquiries (.20); follow up re same (.30). | 0.50 | $475 | $ 237.50 |
| JSB | 4/20/10 | Prepare for and participate in weekly company call re status of all matters and outcome of 4/19 hearing (.50); review and respond to numerous case inquiries (.50); review and comment re press release and reports re case status (.30); confer with G. Ibar re National Union Bond premiums, review correspondence and follow up re same (.50). | 1.80 | $625 | $1,125.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 4/22/10 | Review and respond to numerous inquiries re case status on various matters (.40); review and attend to newly filed pleadings (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 4/26/10 | Review and respond to numerous case inquiries and attend to newly filed pleadings (.70); confer with J. Freedman and A. Madigan re case/confirmation status (.30). | 1.00 | $625 | $ 625.00 |
| RJH | 4/28/10 | Prepare and file quarterly asset sale report (1.20); prepare and file quarterly settlement report (1.20); exchange correspondence with various parties re same (.20). | 2.60 | $475 | $1,235.00 |
| Total | | | 16.60 | | $9,505.00 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/01/10 | Review and analyze Munoz Settlement Agreement (.40) | 0.40 | $625 | $ 250.00 |
| RJH | 4/1/10 | Revise Grau stipulation and settlement notice and draft correspondence re same (1.20); prepare settlement notice for Microwave Specialties and analyze documents re same (1.50); exchange correspondence with L. Duff and L. Gardner re same (.70); review claims-related client documents (.80); conference with J. Hughes re claim reserve issues and draft correspondence re same (.80); analyze state tax claims issues (.70). | 5.70 | $475 | $2,707.50 |
| RJH | 4/2/10 | Analyze state tax claims issues (.80); analyze BMC reports and issues raised by same regarding exit cash flow analyses (1.10); review client documents re claims (.60); analyze issues re Helms claim and exchange correspondence with counsel re same (.60). | 3.10 | $475 | $1,472.50 |
| JSB | 4/05/10 | Review draft Brown claim negative notice and prepare comments re same (.30); prepare Munoz notice (1.50); confer with R. Finke re same (.30). | 2.10 | $625 | $1,312.50 |
| RJH | 4/5/10 | Prepare Standard Chain/Microwave Specialties stipulation for filing (1.20); draft B. Smith stipulation (1.30); analyze client documents re claim litigation (1.80); conference with J. McFarland re Confederacion de Columbia claim and follow up on issues re same (.80). | 5.10 | $475 | $2,422.50 |
| JSB | 4/06/10 | Confer with R. Higgins re IBC/PA claims issues (.40); confer with J. Rymer (NH) re tax claim and prepare follow up correspondence re same (.50); confer with R. Higgins re Confederacion de Colombia claims (.30). | 1.20 | $625 | $ 750.00 |
| RJH | 4/6/10 | Exchange correspondence with M. Araki re B. Smith stipulation (.30); review claims re same (.20); exchange correspondence with various parties re Confederacion de Columbia claim and follow up on issues re same (.30); review client documents re claims litigation (1.80). | 2.60 | $475 | $1,235.00 |
| JSB | 4/7/10 | Prepare final notice for filing Munoz claim (.30). | .30 | $625 | $ 187.50 |
| RJH | 4/7/10 | Prepare Standard Chain stipulation and settlement notice for filing and service and file same (.60). | .60 | $475 | $ 285.00 |
| RJH | 4/8/10 | Analyze various employee claims issues, update status chart re same and correspond with various parties re same (1.10); analyze B. Smith claims, draft stipulation re same and correspond with B. Smith re same (3.50). | 4.60 | $475 | $2,185.00 |
| RJH | 4/8/10 | Exchange correspondence with various parties re claims issues (.90); review and analyze client documents re litigation claim (.40). | 1.30 | $475 | $ 617.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 4/9/10 | Prepare for and participate in call with Columbian counsel and J. McFarland re Confederacion de Colombia claim (.90); legal research re same (.80); conference with J. Forgach re various issues (.80); conference with A. Krieger re employee claims issues (.70); analyze client documents re litigation claim (1.20); conference with E. Lieb et al. re employee claims issues (.60). | 5.00 | $475 | $2,375.00 |
| RJH | 4/12/10 | Analyze Hanmar claim and review client analysis re same (.70); prepare for and participate in conference with V. Finkelstein re same (.40); exchange correspondence with various parties re same (.50); prepare B. Smith stipulation for execution and exchange correspondence with various parties re same (1.20); prepare for and participate in conference with J. Hughes re various claims (.50); analyze client documents re litigation claim (1.20); prepare for and participate in conference with B. Harris and Aon representative re Ms. Harris's written response to employee claims objection (.90); attend to issues re employee claims and exchange correspondence with various parties re same (.60); revise letter to B. Harris (.70); exchange correspondence with A. Krieger re various claims settlements (.50). | 7.20 | $475 | $3,420.00 |
| RJH | 4/13/10 | Exchange correspondence with various parties re availability of insurance for certain claims (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 4/14/10 | Review and respond to inquiries on the status of various matters including Munoz, Azko Nobel, CNA, National Union Bond, other pending non-asbestos claims and related matters (.90). | 0.90 | $625 | $ 562.50 |
| RJH | 4/14/10 | Prepare for and participate in conference with A. Krieger re various claims settlements (.50); exchange correspondence with various parties re same (.40); exchange correspondence with various parties re B. Harris employee letter (.50); exchange correspondence with various parties re other employee claims issues and update status chart re same (1.10); prepare for and participate in conference with E. Moeller re employee claim and other issues (.90); prepare for and participate in conference with J. Carignan re Hanmar lease rejection claim (.70); conference with V. Finkelstein and legal analysis re same (.50); conference with R. Finke re various claims issues and draft correspondence re same (.50); exchange correspondence with and conference with client re execution of B. Smith stipulation (.70). | 5.80 | $475 | $2,755.00 |
| JSB | 4/15/10 | Follow up re Munoz issues and questions re same (.40); review Azko Nobel information re CNA coverage issues (.30); review correspondence re other CNA correspondence claims (.20); prepare correspondence re Munoz and Akzo Nobel (.30). | 1.20 | $625 | $ 750.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 4/15/10 | Prepare for and participate in conference with client and Aon re employee claims issues (1.10); draft letter to employee re same (.50); revise B. Smith stipulation and send to client for execution (.50). | 2.10 | $475 | $ 997.50 |
| JSB | 4/16/10 | Confer with Ohio AG re environmental claim to be withdrawn (.30); prepare correspondence re same (.20); confer with M. Shelitz and B. Dockman re NU Bond/Settlement issues (.30); review correspondence re employee claims issues (.30). | 1.10 | $625 | $ 687.50 |
| RJH | 4/16/10 | Analyze client documents re litigation claim (2.70); draft and revise summary judgment motion re same (.50); exchange correspondence with various parties re same (.30); analyze Microwave Specialties settlement and conferences with L. Duff re same (.70); conference with A. Krieger re same (.60); follow up on additional issues re same (.40). | 5.20 | $475 | $2,470.00 |
| RJH | 4/19/10 | Conference with L. Gardner re Microwave Specialties (.40); analyze client documents re same (.30); analyze client documents re litigation claims (5.40); review and update claims reports (1.20). | 7.30 | $475 | $3,467.50 |
| JSB | 4/20/10 | Confer with C. Finke and K. Edwards re Texas claim issue (.30); prepare correspondence re same (.20); review correspondence re same (.20); further confer with C. Finke re same (.20); review correspondence and confer with various parties re employee claims responses (.20). | 1.10 | $625 | $ 687.50 |
| JSB | 4/21/10 | Confer with C. Finke re MA and Texas tax issues (.40); confer with R. Higgins and review materials re Microwave Specialties claim settlement (.30); review materials re Texas franchise tax issues (.30); prepare correspondence re Microwave Specialties and the Texas tax matter (.30). | 1.30 | $625 | $ 812.50 |
| RJH | 4/21/10 | Confer with J. Baer re Microwave Specialties claim and follow up re same (.20) | 0.20 | $475 | $ 95.00 |
| JSB | 4/22/10 | Confer with W. Frazell re Texas tax claims issues (.30); confer with C. Finke re same (.30); review materials from Texas DOR re same (.20); confer with C. Finke re Mass assessments and non-debtor issues (.30); review materials and follow up re same (.60). | 1.70 | $625 | $1,062.50 |
| JSB | 4/26/10 | Complete revised notice re Microwave Specialties claim settlement and transmittal re same for filing (.40); review draft Walpole Consent Decree and draft motion re same (.30); review materials in support of same (.50); revise same (.80); further review and revise same (.50). | 2.50 | $625 | $1,562.50 |
| RJH | 4/26/10 | Analyze various claims issues and exchange correspondence with various parties re same (.90). | 0.90 | $475 | $ 427.50 |

6

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 4/27/10 | Complete revisions to Walpole agreement and prepare transmittal to client re same (.80); review correspondence re Status of Chomeric tax obligation and lien issues (.30). | 1.10 | $625 | $ 687.50 |
| RJH | 4/27/10 | Review and analyze employee written responses (1.20); prepare for and participate in conference with J. Forgach re same (.70); exchange correspondence with various parties re same (.50); review and analyze motion for consent decree (.60). | 3.00 | $475 | $1,425.00 |
| JSB | 4/28/10 | Prepare for and participate in call with Grace re Chomeric tax claim and indemnification and stay implications (.70); further confer with J. McFarland and R. Higgins re same (.40); review materials re same (.30). | 1.40 | $625 | $ 875.00 |
| RJH | 4/28/10 | Analyze client documents re Chomeric tax issue and exchange correspondence with various parties re same (.70); prepare for and participate in conference with client and others re same (.90); follow-on conference with J. Baer re same (.20); conference with I. Slomka re same (.30); analyze client documents re litigation claim and draft correspondence re same (1.90); prepare for and participate in conference with client re same (.60). | 4.60 | $475 | $2,185.00 |
| JSB | 4/30/10 | Review correspondence re comments on Walpole draft settlement motion and confer with various parties re same (.40); review correspondence re further status of Mass tax issues related to Chomeric and other related matters (.40); review and respond to inquiries re Montana issues (.30). | 1.10 | $625 | $ 687.50 |
| RJH | 4/30/10 | Analyze various claims issues and respond to correspondence re same (.40). | 0.40 | $475 | $ 190.00 |
| Total | | | 82.60 | | $41,845.00 |

**Matter 10**                                    **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/21/10 | Review correspondence from R. Maggio re special counsel issue and respond to same (.40). | 0.40 | $625 | $250.00 |
| Total | | | 0.40 | | $250.00 |

**Matter 11**                                        **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/15/10 | Review initial fee auditor letter re 4th Quarter 2009 fee applications and back up re same (.30); prepare response to same (.40). | 0.70 | $625 | $ 437.50 |
| JSB | 4/16/10 | Prepare March expense application (.80). | 0.80 | $625 | $ 500.00 |
| RJH | 4/16/10 | Review and analyze fee auditor response re 4th quarterly fee application and response to same (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 4/21/10 | Prepare March Expense detail for fee application (.80). | 0.80 | $625 | $ 500.00 |
| JSB | 4/23/10 | Review March detailed time records and revise expense detailed statement (2.0). | 2.00 | $625 | $1,250.00 |
| JSB | 4/26/10 | Review final draft of March fee application (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 4/26/10 | Prepare March fee detail (3.70). | 3.70 | $475 | $1,757.50 |
| RJH | 4/28/10 | Prepare March fee application for filing and arrange for same (.90) | .90 | $475 | $ 427.50 |
| Total | | | 9.90 | | $5,422.50 |

**Matter 12**                                 **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/16/10 | Confer with R. Finke re payment of Goldman Sach's counsel (.20); review DIP Engagement Letter and Order re same (.30); prepare and finalize Fee Auditor response (.30); prepare correspondence exit financing (.20). | 1.00 | $625 | $ 625.00 |
| JSB | 4/23/10 | Review order re fraudulent conveyance fees (.20). | 0.20 | $625 | $ 125.00 |
| JSB | 4/26/10 | Review order dismissing application in adversary proceeding and confer with various parties re same (.30); follow up on issues re same (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 4/27/10 | Review orders re fraudulent conveyance case and outstanding fee issues (.30); review supporting materials re same in light of entered order on same (.50). | 0.80 | $625 | $ 500.00 |
| JSB | 4/28/10 | Review further pleadings on fraudulent conveyance fee issues and jurisdiction and confer with various parties re same (.50). | 0.50 | $625 | $ 312.50 |
| Total | | | 3.10 | | $1,937.50 |

**Matter 14**                                          **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 4/05/10 | Confer and coordinate attendance at 4/19 and 5/3 hearings and agenda items re same (.50); revise 4/19 agenda and update (.30). | 0.80 | $625 | $ 500.00 |
| JSB | 4/16/10 | Review agenda and prepare materials for 4/19 omnibus hearing (.50); review revised draft 5/3 agenda (.20); prepare comments re both agendas (.20). | 0.90 | $625 | $ 562.50 |
| JSB | 4/18/10 | Review materials in preparation for April omnibus hearing (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 4/19/10 | Prepare for and confer with various parties re April omnibus hearing (1.50); attend same (2.50); confer with client and co-counsel after same (.50). | 4.50 | $625 | $2,812.50 |
| Total | | | 6.70 | | $4,187.50 |

**Matter 15**                                     **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/01/10 | Prepare for and participate in call with Grace and Samson re Otis settlement agreement (1.30); review revised PPA (.50); prepare correspondence re same (.20). | 2.00 | $625 | $1,250.00 |
| JSB | 4/05/10 | Review files re MCC Stipulation and confer with K. Love re same (.70); review Canadian Order on Special Counsel role (.20); review the most current draft of the Kaneb/Otis PPA Agreement and review client comments re same (.80); review draft CNA Agreement (.70); review correspondence re issues on same (.30); prepare for and participate in call with Grace and Kirkland re CNA issues (.60). | 3.30 | $625 | $2,062.50 |
| JSB | 4/06/10 | Review further suggestions from Samson re Otis PPA (.40); review several comments and revise drafts on Samson PPA (.80); prepare for and participate in call with Grace, Samson and Kaneb re Otis PPA (1.20); review further comments re Otis PPA and respond with comments re same (.40); review correspondence re Kaneb CNA claims issues (.30). | 3.10 | $625 | $1,937.50 |
| JSB | 4/07/10 | Review most recent comments to Otis PPA and correspondence re same (.50); prepare correspondence and revisions re same (.50); review correspondence and debate re issues on same (.40). | 1.40 | $625 | $ 875.00 |
| JSB | 4/08/10 | Review further comments re Otis PPA and respond re same (.70); review most recent revised Otis draft (.50); prepare further comments re same (.30). | 1.50 | $625 | $ 937.50 |
| JSB | 4/09/10 | Review further revised draft of Otis PPA and comments re same (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 4/12/10 | Prepare for and participate in conference call with ACC, FCR and D. Cohn re MCC status and proposition for approaching the matter going forward (.70). | 0.70 | $625 | $ 437.50 |
| JSB | 4/15/10 | Review correspondence re status of issues on Otis PPA (.40); review documents and follow up correspondence re same (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 4/16/10 | Prepare for and participate in call with Samson re Otis Settlement (.80); follow up re questions on confidential estimation reports (.30). | 1.10 | $625 | $ 687.50 |
| JSB | 4/20/10 | Prepare order on MCC objection schedule (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 4/21/10 | Revise MCC order, confer with various parties re same and circulate for comments (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 4/22/10 | Review correspondence re changes to order on MCC briefing (.30); revise same and prepare follow-up messages re same (.30). | 0.60 | $625 | $ 375.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 4/23/10 | Review MCC requested changes to objection order and prepare correspondence re same (.40); revise order (.20); prepare COC for MCC Order (.50); finalize and prepare same for filing (.30); review further correspondence on Microwave Specialties and prepare transmittal re same (.30): prepare revised notice re same (.40). | 2.10 | $625 | $1,312.50 |
| JSB | 4/27/10 | Review Samson's latest comments to Otis PPA (.50); confer with various parties re same (.80); review further changes to draft PPA re Otis (.30). | 1.60 | $625 | $1,000.00 |
| Total | | | 19.40 | | $12,125.00 |

13

**Matter 16**                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/01/10 | Review correspondence re Board issues post-emergence and prepare comments re same (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 4/05/10 | Confer with D. Boll re draft confirmation order and related issues (.30); confer with T. Freedman re status of settlement discussions and environmental claims issues (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 4/07/10 | Confer with T. Freedman re amending Board and Officer designations (.30); confer with T. Freedman re 4/19 hearing and Plan status matters (.30); prepare revised Board disclosures (.80); prepare notice for revised draft Board disclosures (.80); prepare correspondence and inquiries re same (.30). | 2.50 | $625 | $1,562.50 |
| RJH | 4/7/10 | Prepare for and participate in conference with T. Feil and M. Araki re effective date issues (.80). | .80 | $475 | $ 380.00 |
| JSB | 4/08/10 | Revise notice re amended Board disclosures and draft amended disclosures (1.20); prepare transmittal re same (.30); review correspondence and draft Order re CNA matters (.30); review and respond to correspondence re confirmation Order (.30). | 2.10 | $625 | $1,312.50 |
| JSB | 4/09/10 | Further revise Board designations and prepare correspondence re same (.50); review correspondence from client re same (.30). | 0.80 | $625 | $ 500.00 |
| JSB | 4/12/10 | Review draft Confirmation Order (1.50); confer with T. Freedman re Plan status, coordination with client re same and 4/19 hearing (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 4/14/10 | Confer with clients re confirmation process, MCC and 4/19 hearing (.70); confer with clients and co-counsel re draft confirmation order (.40). | 1.10 | $625 | $ 687.50 |
| JSB | 4/15/10 | Confer with D. Boll re comments to Plan draft Confirmation Order (.80); revise draft Board disclosure amendment and confer with J. McFarland re same (.40); review correspondence re MCC status (.20); review further correspondence re Plan Status hearing and related matters (.30). | 1.70 | $625 | $1,062.50 |
| RJH | 4/15/10 | Analyze proposed confirmation order re employee claims issues, draft proposed language re same, and exchange correspondence with various parties re same (1.50). | 1.50 | $475 | $ 712.50 |
| JSB | 4/16/10 | Review revised draft confirmation order sent to Plan Proponents (.50); prepare for and participate in call with Plan Proponents re status of all matters and status report for omnibus hearing (.50). | 1.00 | $625 | $ 625.00 |
| JSB | 4/20/10 | Confer with D. Boll re confirmation order and findings (.30); follow up re Board disclosures (.30). | 0.60 | $625 | $ 375.00 |

14

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/21/10 | Further revise D&O listing and prepare final circulation re same (.40); review draft confirmation order further and prepare further comments to same (.50); review correspondence re same (.30). | 1.20 | $625 | $ 750.00 |
| JSB | 4/23/10 | Review revised draft confirmation order and notes re changes (.40); follow up re D&O filing and prepare correspondence re same (.30); review correspondence re issues on Confirmation Order (.30). | 1.00 | $625 | $ 625.00 |
| JSB | 4/27/10 | Confer with A. Kuntz re status of case and especially status re Canadian issues (.30); confer with T. Freedman re issues re same (.20); prepare further correspondence re Canadian issues and confirmation order (.30); review issues re Injunction and Plan and follow up re same (.40). | 1.20 | $625 | $ 750.00 |
| JSB | 4/28/10 | Review Plan and confirmation order re Injunction related issues (3.30); prepare memos re same (1.20). | 4.50 | $625 | $2,812.50 |
| JSB | 4/30/10 | Review issues on draft confirmation order and respond to inquiries re same (.50); prepare for and participate in call re status of negotiations with various insurers and plan effect (1.30); review information and confer with J. Brooks re inquiries on status of lender issues (.40); confer with R. Higgins and BMC re emergence issues (.40); follow up re confirmation order issues (.30). | 2.90 | $625 | $1,812.50 |
| RJH | 4/30/10 | Confer with T. Feil, M. Araki and J. Baer re effective date issues (.40). | 0.40 | $475 | $ 190.00 |
| Total | | | 26.20 | | $15,970.00 |

**Matter 17**                              **Relief From Stay Proceedings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/1/10 | Review and analyze correspondence re Pennsylvania state tax agency tax lien issue (.50); conference with C. Finke and follow up re same (.60). | 1.10 | $475 | $ 522.50 |
| RJH | 4/5/10 | Conference with M. Conron re sale order in Pennsylvania tax issue (.50); legal research and consider issues re same (.60). | 1.10 | $475 | $ 522.50 |
| RJH | 4/6/10 | Conference with C. Finke et al. re IPC/Pennsylvania tax issue (1.20); legal research re same (.60); review client documents re same (.80); exchange correspondence with various parties re same (.30); confer with J. Baer re same (.20). | 3.10 | $475 | $1,472.50 |
| RJH | 4/7/10 | Legal research re IPC/ Pennsylvania tax issue (2.70); review and analyze client documents re same (2.50). | 5.20 | $475 | $2,470.00 |
| RJH | 4/14/10 | Legal research re IPC issue (.90). | 0.90 | $475 | $ 427.50 |
| RJH | 4/15/10 | Legal research re IPC issue (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 4/26/10 | Conference with M. Conron and C. Finke re IPC issue and exchange correspondence with various parties re same (.80). | 0.80 | $475 | $ 380.00 |
| RJH | 4/29/10 | Analyze correspondence and new issues re IPC and related issues (1.50); exchange correspondence with various parties re same (.50); conference with C. Finke re same (.70); prepare for and participate in conference with C. Finke and K. Sollie re same (.80). | 3.50 | $475 | $1,662.50 |
| RJH | 4/29/10 | Conference with C. Finke re IPC (.40); conference with K. Sollie re same (.40); legal research re same (.60). | 1.40 | $475 | $ 665.00 |
| Total | | | 19.60 | | $9,310.00 |

**Matter 20**                                    **Travel – Non-working**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 4/18/10 | Travel from Chicago to Delaware for April omnibus hearing (billed at half time) (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 4/19/10 | Travel from Delaware back to Chicago after April omnibus hearing (billed at half time) (2.50). | 2.50 | $625 | $1,562.50 |
| Total | | | 4.50 | | $2,812.50 |

| Category | | Total |
|---|---|---|
| Total hours for all matters | | 196.40 |
| Total amount billed for all matters | | $107,120.00 |

| Attorney | Hours | | Amount |
|---|---|---|---|
| JSB Total | 92.20 | | $57,625.00 |
| RJH Total | 104.20 | | $49,495.00 |
| Total for Matters | | | **$107,120.00** |