<u>**EXHIBIT B**</u>

**April 2010 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare, travel service fees | $639.40 |
| Transportation to/from Airport; Car Rental | $43.00 |
| Travel Meals | $49.80 |
| Hotels | $435.90 |
| Long Distance/Conference Telephone Charges | $262.36 |
| Misc services ( Pacer, Lexis) | $253.06 |
| Total: | **$1,683.52** |

## ITEMIZED EXPENSES

### Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 4/18/10 | $290.70 | American Airlines – One way airfare from Chicago to Philadelphia for April Omnibus hearing |
| 4/18/10 | $39.80 | Hotel DuPont - Late dinner in Wilmington DE before April Omnibus hearing |
| 4/19/10 | $10.00 | Hotel DuPont - Breakfast prior to April Omnibus hearing |
| 4/19/10 | $435.90 | Hotel DuPont - One night hotel in Wilmington DE for April Omnibus hearing |
| 4/19/10 | $290.70 | US Air – One way airfare from Philadelphia to Chicago after April Omnibus hearing |
| 4/19/10 | $8.00 | Tip for limo driver to airport in Philadelphia after Omnibus hearing |
| 4/19/10 | $58.00 | Best Travel – Travel fee for changes in Philadelphia travel re Omnibus hearing |
| 4/19/10 | $35.00 | Parking at ORD for trip to Wilmington DE for April Omnibus hearing |
| Total: | $1,168.10 | |

### Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 4/22/10 | $61.56 | Sprint – Broadband charges for Grace for April, 2010 |
| 4/25/10 | $64.17 | Long Distance Telephone – April Grace charges |
| 4/29/10 | $45.84 | Pacer - April monthly fee for Grace |
| 4/30/10 | $30.80 | T-Mobil – April cellular charges for Grace |
| 4/30/10 | $105.83 | InterCall – April Grace conference call charges |
| 4/30/10 | $207.22 | LexisNexis – April charges for Grace |
| Total: | $ 515.42 | |

Total April 2010 Expenses: $1,683.52

2