# EXHIBIT A

**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

May 27, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 544573
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES........................................................................................ | $2,001.00 |
| DISBURSEMENTS ................................................................... | 262.23 |
| MATTER TOTAL...................................................................... | $2,263.23 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES........................................................................................ | $5,176.50 |
| DISBURSEMENTS ................................................................... | 0.00 |
| MATTER TOTAL...................................................................... | $5,176.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES........................................................................................ | $615.00 |
| DISBURSEMENTS ................................................................... | 9.28 |
| MATTER TOTAL...................................................................... | $624.28 |

### 056772-00019/HEARINGS

| | |
|---|---|
| FEES........................................................................................ | $1,353.00 |
| DISBURSEMENTS ................................................................... | 0.00 |
| MATTER TOTAL...................................................................... | $1,353.00 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 544573 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP

Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE

May 27, 2010

056772

Invoice No. 544573

CLIENT GRAND TOTAL..................................................................................    $9,417.01

Kramer Levin Naftalis & Frankel LLP

Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

May 27, 2010
Invoice No. 544573

### CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/07/10 | WIERMAN, LAUREN E | Prepared boxes of documents to be sent to records. | 1.60 | 464.00 |
| 04/12/10 | WIERMAN, LAUREN E | Organized case files, created folders and red welds for organization. Prepared boxes to be sent to records. | 1.90 | 551.00 |
| 04/13/10 | WIERMAN, LAUREN E | Organized case files and prepared boxes of documents and red welds to be sent to records. | 2.00 | 580.00 |
| 04/15/10 | WIERMAN, LAUREN E | Organized case files and prepared boxes of documents and red welds to be sent to records. | 1.40 | 406.00 |

**TOTAL HOURS AND FEES**                                    6.90        $2,001.00

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 123.10 |
| STORAGE/RETRIEVAL | 139.13 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          $262.23

**TOTAL FOR THIS MATTER**                          $2,263.23

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                            May 27, 2010
056772-00007                                                               Invoice No. 544573

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/05/10 | BLABEY, DAVID E | Review asbestos PD settlement agreements (.3); review settlement with Employees Mutual (.2). | 0.50 | 307.50 |
| 04/19/10 | BLABEY, DAVID E | Review and analyze draft proposed confirmation order. | 2.50 | 1,537.50 |
| 04/23/10 | BLABEY, DAVID E | Review edits to proposed confirmation order. | 0.30 | 184.50 |
| 04/26/10 | BENTLEY, PHILIP | Review emails re recent developments | 0.10 | 79.50 |
| 04/26/10 | BLABEY, DAVID E | Review case on post-petition interest (.5); review proposed confirmation order edits (2.1). | 2.60 | 1,599.00 |
| 04/27/10 | BLABEY, DAVID E | Draft memo re proposed confirmation order issues. | 0.20 | 123.00 |
| 04/28/10 | BENTLEY, PHILIP | Trade emails re plan issues | 0.20 | 159.00 |
| 04/28/10 | BLABEY, DAVID E | Email to T. Weschler re proposed confirmation order (.2) and email to K&E re same (.5). | 0.70 | 430.50 |
| 04/29/10 | BLABEY, DAVID E | Review annexes to proposed Confirmation Order (.9); review further edits to proposed order (.2). | 1.10 | 676.50 |
| 04/30/10 | BENTLEY, PHILIP | Review emails re confirmation issues | 0.10 | 79.50 |
| **TOTAL HOURS AND FEES** | | | **8.30** | **$5,176.50** |

**TOTAL FOR THIS MATTER**                                        $5,176.50

W.R. GRACE & CO. EQUITY COMMITTEE                             May 27, 2010
056772-00008                                                 Invoice No. 544573

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/27/10 | BLABEY, DAVID E | Prepare fee application. | 1.00 | 615.00 |

**TOTAL HOURS AND FEES**                                      **1.00**   **$615.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| MESSENGER/COURIER | 9.28 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$9.28**

**TOTAL FOR THIS MATTER**                          **$624.28**

Kramer Levin Naftalis & Frankel LLP                                      Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                               May 27, 2010
056772-00019                                                    Invoice No. 544573

## HEARINGS

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/19/10 | BLABEY, DAVID E | Attend omnibus hearing by telephone (2) and report on same to client (.2). | 2.20 | 1,353.00 |

**TOTAL HOURS AND FEES**                                        **2.20**  **$1,353.00**

**TOTAL FOR THIS MATTER**                              **$1,353.00**