**EXHIBIT B**

alp_132r: Matter Detail                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/27/2010 09:58:54

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     3029162
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------
                                           PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------

           UNBILLED TIME FROM:                                TO:
           UNBILLED DISB FROM:   04/09/2010                   TO:    04/20/2010

                                       FEES                          COSTS

           GROSS BILLABLE AMOUNT:            0.00                     262.23
           AMOUNT WRITTEN DOWN:
                        PREMIUM:
               ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:                                     04/20/2010
       CLOSE MATTER/FINAL BILLING?  YES   OR   NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
       BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------
                           ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

                    FEES:             0.00
           DISBURSEMENTS:            262.23     UNIDENTIFIED RECEIPTS:     0.00
             FEE RETAINER:             0.00         PAID FEE RETAINER:     0.00
            DISB RETAINER:             0.00        PAID DISB RETAINER:     0.00
         TOTAL OUTSTANDING:           262.23     TOTAL AVAILABLE FUNDS:     0.00
                                                         TRUST BALANCE:
                                            BILLING HISTORY

           DATE OF LAST BILL:       04/27/10        LAST PAYMENT DATE:    05/11/10
           LAST BILL NUMBER:         542373  ACTUAL FEES BILLED TO DATE:  359,673.00
                                             ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                 TOTAL FEES BILLED TO DATE:  359,673.00
           LAST BILL THRU DATE:     03/31/10  FEES WRITTEN OFF TO DATE:     85,614.00
                                             COSTS WRITTEN OFF TO DATE:     23,134.83
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development      (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding           (10) Client Arrangement

   BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    2
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/27/2010 09:58:54

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    3029162
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

UNBILLED   COSTS   SUMMARY -------------- Total Unbilled ----------------
Code   Description                       Oldest      Latest       Total
                                         Entry       Entry        Amount
----   ---------------------------       ------      ------       ----------
0885   LONG-DISTANCE TEL.                04/20/10    04/20/10         123.10
0973   STORAGE/RETRIEVAL                 04/09/10    04/09/10         139.13

          Total                                                       262.23


UNBILLED   COSTS   DETAIL
Description/Code                         Employee           Date         Amount        Index#   Batch No   Batch Date
-------------------------------------    --------           ------       -----------   -------  ---------  ----------

LONG-DISTANCE TEL. 0885
   PREMIERE CONFERENCING                 CATON, A           04/20/10         123.10    9029176   891723    04/23/10
   PREMIERE CONFERENCING
                                         0885 LONG-DISTANCE TEL. Total :    123.10

STORAGE/RETRIEVAL 0973
   RECALL TOTAL INFORMATION              CAPOTORTO, V C     04/09/10         139.13    9019824   886858    04/12/10
   RECALL TOTAL INFORMATION MGMNT
                                         0973 STORAGE/RETRIEVAL Total :     139.13



          Costs Total :                                                     262.23
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/27/2010 09:58:54

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3029162
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description             Amount           Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
----------------------   ------------------   ----------  ---------------  -----------------------   ----------------

0885 LONG-DISTANCE TEL.           123.10      _____  _____  _____   _____

0973 STORAGE/RETRIEVAL            139.13      _____  _____  _____   _____


          Costs Total :           262.23      _____  _____  _____   _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/27/2010 09:58:54

Matter No: 056772-00008                             Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:    3029162
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status         : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------

                UNBILLED TIME FROM:                                    TO:
                UNBILLED DISB FROM:    04/28/2010                      TO:    04/28/2010
-------------------------------------------------------------------------------------------------------------------------------
                                       FEES                                   COSTS
                                       ----                                   -----
       GROSS BILLABLE AMOUNT:                     0.00                                   9.28
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                                       04/28/2010
    CLOSE MATTER/FINAL BILLING?       YES   OR   NO
    EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                      BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                        FEES:                     0.00
                DISBURSEMENTS:                    9.28    UNIDENTIFIED RECEIPTS:      0.00
                 FEE RETAINER:                    0.00       PAID FEE RETAINER:      0.00
                 DISB RETAINER:                   0.00      PAID DISB RETAINER:      0.00
              TOTAL OUTSTANDING:                  9.28    TOTAL AVAILABLE FUNDS:     0.00
                                                                   TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
              DATE OF LAST BILL:        04/27/10          LAST PAYMENT DATE:       05/11/10
              LAST BILL NUMBER:          542373    ACTUAL FEES BILLED TO DATE:   212,951.50
                                              ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                   TOTAL FEES BILLED TO DATE:   212,951.50
              LAST BILL THRU DATE:     03/31/10      FEES WRITTEN OFF TO DATE:    19,208.00
                                                    COSTS WRITTEN OFF TO DATE:       646.76
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
       (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
       (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding            (10) Client Arrangement

 BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```


```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    5
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/27/2010 09:58:54

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    3029162
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status       : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled -----------------
Code  Description                           Oldest      Latest        Total
                                            Entry       Entry         Amount
----  ------------------------------        ------      ------        ----------
0840  MANUSCRIPT SERVICE                    04/28/10    04/28/10           0.00
0930  MESSENGER/COURIER                     04/28/10    04/28/10           9.28

         Total                                                             9.28


U N B I L L E D    C O S T S    D E T A I L
Description/Code                             Employee              Date            Amount      Index#    Batch No   Batch Date

MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                       TAYLOR, P             04/28/10          0.00      9036317   895652     05/03/10
                                             0840 MANUSCRIPT SERVICE Total :          0.00

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                 BLABEY, D E           04/28/10          9.28      9044373   901153     05/11/10
    Saul Ewing LLP
                                             0930 MESSENGER/COURIER Total :          9.28


         Costs Total :                                                               9.28
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/27/2010 09:58:54

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3029162
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount              Bill        W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
----------------------    -------------------     ----------  --------------  -----------------------  -----------------

0840 MANUSCRIPT SERVICE            0.00           _____  _____  _____  _____

0930 MESSENGER/COURIER             9.28           _____  _____  _____  _____



         Costs Total :            9.28            _____  _____  _____  _____
```