**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

I Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Saul Ewing LLP, not less than 18 years of age and not a party to the matter concerning which service of process was made on June 1, 2010. I certify further that I caused the service of the:

**ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010**

was made on the following parties in the manner indicated on the attached service list

Melissa N. Flores

SWORN AND SUBSCRIBED before me this 1st day of June 2010.

NOTARY

MICHAEL J. FARNAN
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)
My Commission Has No Expiration Date

**W.R. GRACE**
**Fee Application Service List**

(Electronic Mail)
Theodore Freedman, Esquire
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
**(Debtor's counsel)**

(Electronic Mail)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
W.R. Grace
Attn: Mark Shelnitz,
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
**(Debtor)**

(Federal Express & Electronic Mail)
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St.Paul, Suite 1250
Dallas, TX 75201
**(Fee Auditor)**

(Electronic Mail)
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
**(Official Committee of Property Damage Claimants)**

(Electronic Mail)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
**(Official Committee of Personal Injury Claimants)**

(Hand Delivery)
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
**(U.S. Trustee)**

(Electronic Mail)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
**(Official Committee of Unsecured Creditors)**

(Electronic Mail)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
919 North Market St. - 17th Floor
Wilmington, DE 19899-8705
**(Debtor's counsel)**

(Electronic Mail)
Neil B.Glassman, Esquire
Kate Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
**(Official Committee of Personal Injury Claimants)**

(Electronic Mail)
Ethel Holzberg
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

(Electronic Mail)
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W. Suite 900
Washington, DE 20005
**(Counsel to Post-Petition Lender)**

61951