## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                         April 1, 2010 to April 30, 2010

Invoice No. 35303

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 15.00 | 3,825.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 0.30 | 97.50 |
| B18 | Fee Applications, Others - | 2.00 | 336.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 2.70 | 877.50 |
| B25 | Fee Applications, Applicant - | 1.70 | 431.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.00 | 325.00 |
| B36 | Plan and Disclosure Statement - | 13.90 | 4,417.50 |
| B37 | Hearings - | 6.70 | 2,177.50 |
| B45 | Professional Retention Issues - | 0.20 | 65.00 |
| | **Total** | **43.50** | **$12,552.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 1.60 | 432.00 |
| Regina Matozzo | 200.00 | 7.50 | 1,500.00 |
| Theodore J. Tacconelli | 325.00 | 31.20 | 10,140.00 |
| Legal Assistant - MH | 150.00 | 2.90 | 435.00 |
| Legal Assistant - SEK | 150.00 | 0.30 | 45.00 |
| **Total** | | **43.50** | **$12,552.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                         **$1,379.68**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review amended 2019 statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection filed by debtors re debtors' motion to approve settlement with Toronto School District | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan proponents motion to approve settlement with EMC with attachment | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of no objection re plan proponents motion to approve settlement with National Union | 0.10 | TJT |
| Apr-03-10 | *Case Administration* - Review debtors' monthly operating report for February 2010 | 0.50 | TJT |
| | *Case Administration* - Review certificate of no objection re debtors' motion to approve settlement with Morguard Investments | 0.10 | TJT |
| | *Professional Retention Issues* - Review certificate of no objection re debtors' motion to retain Kaye Scholer as special counsel | 0.10 | TJT |
| Apr-05-10 | *Case Administration* - Review case management memo re: week ending 4-2-10 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: hearing on April 19, 2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 4/2/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 4/2/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Hamilton Wentworth School District Board | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/19/10 hearing coverage | 0.10 | TJT |
| Apr-06-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review certificate of no objection filed by debtors re debtors' motion to approve 2010 to 2012 KERP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of plan proponents' updated and amended (revised) chart re confirmation objections, etc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing updated amended (revised) chart re confirmation objections, etc. | 1.80 | TJT |
| | *Hearings* - Review agenda for 4/19 hearing | 0.20 | TJT |
| Apr-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd | 0.20 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | circuit, district court and adversary proceedings | | |
| | *Case Administration* - Review order approving 2010-2012 KERP | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Morguard Investments Ltd. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing plan proponents updated and amended (revised) chart re objections to confirmation, etc. | 0.80 | TJT |
| Apr-08-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review 6th amended 2019 statement of Paul Weiss | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion to approve settlement with Toronto School Board | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with McMaster University | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of plan proponents updated and amended (revised) chart of confirmation objections, etc. | 1.70 | TJT |
| Apr-09-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion to approve settlement with Healthcare Corp. of St. Johns | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Hamilton Wentworth District | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' notice of settlement of claim number 6080 with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of service of substitution of signature page for debtors' motion to approve settlement with EMC | 0.10 | TJT |
| | *Hearings* - Prepare for 4/19/10 hearing | 0.10 | TJT |
| Apr-10-10 | *Case Administration* - Review amended 2019 statement for RL&C | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving plan proponents motion to approve settlement with Longacre | 0.10 | TJT |
| | *Professional Retention Issues* - Review order authorizing retention of Kaye Scholer | 0.10 | TJT |
| Apr-11-10 | *Case Administration* - Review debtors' notice of amounts paid to OCP first quarter 2010 with attachment | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Anderson Kill 35th interim period | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of claim settlement re claim no. 1959 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order approving plan proponents motion to approve settlement with National Union | 0.10 | TJT |
| Apr-12-10 | *Case Administration* - Review case management memo re: week ending Fri. April 9, 2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review docket re case status for week ending 4/9/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Fee Auditor's Final Report re Duane Morris 35th interim period | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/9/10 | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Apr-13-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Apr-14-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| Apr-15-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Kramer re committee meeting | 0.10 | TJT |
| Apr-16-10 | *Case Administration* - Review amended notice of agenda re: 4-19 hearing | 0.10 | LLC |
| | *Hearings* - Review matters on agenda for 4/19 hearing including confirmation matters but excluding PD matters | 2.90 | TJT |
| Apr-17-10 | *Claims Analysis Obj. & Res. (Asbestos)* - Review PD matters set for hearing on 4/19 re two CND PD claims | 1.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by State of Ohio re claim no. 9557 | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 4/19 hearing | 0.20 | TJT |
| Apr-19-10 | *Case Administration* - Review case management memo re: week ending 4/16/2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 4/16/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Atlantic Shopping Centers Ltd. | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re 4/19 hearing agenda and review and respond | 0.20 | TJT |
| | *Hearings* - Confer with paralegal re transcripts for hearing today | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.40 | TJT |
| | *Case Administration* - Cancel telephonic appearance of T. Tacconelli re 4/19 hearing | 0.10 | MH |

| Invoice No. 35303 | Page 5 of 8 | | May 4, 2010 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | *Case Administration* - Confer with T. Tacconelli re transcripts for hearing today; teleconference with transcriber; request transcript | 0.30 | SEK |
| Apr-20-10 | *Case Administration* - Confer with T. Tacconelli re fraudulent transfer action fee app issues and general case status and plan confirmation | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Feb 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with MH and e-mail from same re: fraudulent transfer action quarterly fee application and certificate of no objection re: same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - - Review certificate of no objection filed by debtors re motion to approve payment of FT holdbacks | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review 4/19 hearing notes | 0.20 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re Feb. 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Feb. 10 fee application | 0.30 | MH |
| Apr-21-10 | *Fee Applications, Others* - Review certificate of service of no objection re Bilzin Feb. 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review 16th amended 2019 statement of Motley Rice | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with University of Guelph | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's Feb. 2010 fee application | 0.30 | MH |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's Feb. 2010 fee application | 0.30 | MH |
| Apr-22-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Avalon East School Board | 0.10 | TJT |
| Apr-23-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | circuit, district court and adversary proceedings | | |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing exhibit book to plan as modified through 3/19/2010 | 2.40 | TJT |
| | *Hearings* - Confer with paralegal re 4/19 hearing transcript | 0.10 | TJT |
| | *Fee Applications, Others* - Teleconference with L. Flores and e-mail from L. Flores re uneditable quarterly fee application | 0.10 | MH |
| | *Fee Applications, Others* - E-mail from and to L. Flores re Bilzin's 36th quarterly fee application for filing in May 2010 | 0.10 | MH |
| Apr-24-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review notice of filing second amended disclosure of officers and directors for plan with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection filed by debtors re debtors' motion to approve settlement with Employers' Mutual | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel filed by debtors re proposed order re objection to MCC claims with attachment | 0.10 | TJT |
| | *Plan and Disclosure Statement* - reviewing exhibit book to plan as modified through 3/19/2010 | 0.50 | TJT |
| Apr-26-10 | *Case Administration* - review notice of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case management memo to re; week ending 4-23-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 4/23/10; memo to T. Tacconelli and L. Coggins re same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review entry of appearance by Simmons, et al. | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/23/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with City of Vancouver | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibit book to first amended plan as modified through 3/19/10 | 2.70 | TJT |
| | *Case Administration* - Update 2002 service list and labels documents | 0.20 | MH |
| Apr-27-10 | *Fee Applications, Others* - Confer with TJT re: approval of certain fee applications | 0.10 | LLC |
| | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review order authorizing payment of FT holdbacks | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Conseillers GWL | 0.10 | TJT |

**Invoice No. 35303**                                **Page 7 of 8**                                **May 4, 2010**

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of no objection re debtors' motion to approve settlement with Fairmall Leaseholds | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's March prebill | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibit book to first amended joint plan as modified through 3/19/10 | 0.70 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 5/3/10 hearing | 0.10 | TJT |
| Apr-28-10 | *Fee Applications, Others* - Review Bilzin March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re sending briefing schedule for MCC claim objection | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibit book to first amended joint plan as modified through 3/19/10 | 0.60 | TJT |
| | *Hearings* - Review agenda for 5/3/10 hearing | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's March 2010 fee application and related documents; prepare certificate of service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's March 2010 fee application | 0.40 | MH |
| Apr-29-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion to approve settlement with University of Guelph | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' claim settlement notice at docket no. 24578 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re PD trustee appointments | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibits in exhibit book to first amended plan as modified through 3/19/10 | 0.80 | TJT |
| Apr-30-10 | *Case Administration* - Review docket re status for week ending 4/16/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by PI Committee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion to approve settlement with Avalon East School Board | 0.10 | TJT |
| | Totals | 43.50 | |

| Invoice No. 35303 | Page 8 of 8 | May 4, 2010 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Apr-06-10 | Blue Marble   - hand deliveries (Inv # 13363) | 28.50 |
| Apr-08-10 | First State Deliveries - hand delivery | 6.50 |
| Apr-09-10 | Blue Marble   - cc 5.60; service 12.32 (Inv #40385) | 17.92 |
| Apr-12-10 | Blue Marble   - cc 89.10; service 367.16 (Inv #40395) | 456.26 |
| Apr-13-10 | Blue Marble   - cc 2.80; service 12.32 (Inv #40399) | 15.12 |
| Apr-14-10 | Pacer Service Center - 1/1/10-3/31/10 (RM) Account # FJ0497) | 58.32 |
| Apr-17-10 | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.10 |
| Apr-19-10 | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 7.20 |
| Apr-20-10 | Photocopy Cost | 1.00 |
| | Blue Marble   - hand deliveries (Inv # 13397) | 237.50 |
| Apr-21-10 | Pacer Service Center - 1/1/10-3/31/10 (Account # FJ0321) | 33.52 |
| | Pacer Service Center - (TJT) 1/1/10-3/31/10 (Account # FJ0093) | 51.44 |
| Apr-22-10 | Court Call | 44.00 |
| Apr-23-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.60 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.00 |
| Apr-26-10 | Photocopy Cost | 1.20 |
| Apr-27-10 | J&J Court Transcribers | 397.70 |
| Apr-28-10 | Photocopy Cost | 3.40 |
| | Photocopy Cost | 1.00 |
| Apr-30-10 | Photocopy Cost | 3.70 |
| | Totals | $1,379.68 |

**Total Fees & Disbursements**  $13,931.68