**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 6/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE TWENTY-FIRST MONTHLY
INTERIM PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                May 1, 2010 through May 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $5,808.00   [80% of $7,260.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $44.00

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 12.1 hours,[2] for a total amount billed of $7,260.00 of which 80% is currently sought, in the amount of $5,808.00, plus 100% of the expenses incurred during this period, in the amount of $44.00, for a total currently sought of $5,852.00.

As stated above, this is the Twenty-First application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 8.9 | $5,340.00 |
| Fee Application Matters (Incl. Monthly Applications of FCR) | 3.2 | $1,920.00 |
| TOTAL | 12.1 hours | $7,260.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Court Call | $44.00 |
| TOTAL | $44.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

    I certify that on the 1st day of June, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                                                      */s/ MBR*

                                                      _____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (May, 2010)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 5/1/2010 | Prepare 20th Monthly Fee Application | 1.5 |
| 5/3/2010 | Emails to and from ZAI counsel re PD Trustees | 0.1 |
| 5/3/2010 | Review Certification of Counsel re BC Canadian claims trial cases and signed Order | 0.2 |
| 5/4/2010 | Review Certification of Counsel re dismissal of Munoz claim as moot | 0.1 |
| 5/4/2010 | Review of 1st and 2nd Monthly and 1st Quarterly Fee Applications of Canadian ZAI Claimants (Hogan Firm, Lauzon, Scarfone) | 1.2 |
| 5/4/2010 | Review of 1st and 2nd Substantial Contribution Applications of the Canadian ZAI Claimants; email to D. Hogan re clarification of applications | 1.8 |
| 5/5/2010 | Email from D. Hogan | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 5/5/2010 | Prepare 15th Monthly Fee Application and Notice for Judge Sanders and attention to filing and service of same | 1.0 |
| 5/10/2010 | Emails to and from D. Hogan re Canadian ZAI fee issues and review of revised Lauzon bills to be submitted | 0.5 |
| 5/10/2010 | Prepare , file and service CNO for PD FCR's 14th Monthly Fee Application | 0.3 |
| 5/11/2010 | Emails to counsel re service of pleadings | 0.1 |
| 5/11/2010 | Review Certification of Counsel Regarding Corrected Order Pursuant To Sections 105, 363, 107 and 1108 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between W. R. Grace & Co. And Employers Mutual Casualty Company and the MMO Parties | 0.2 |
| 5/12/2010 | Review Claims Settlement Notice | 0.2 |
| 5/12/2010 | Review Corrected Order regarding Maryland Casualty Settlement | 0.1 |
| 5/13/2010 | Review Monthly Operating Statement (March 2010) | 0.4 |
| 5/14/2010 | Review Notice of Appeal from Canadian PD Trial | 0.1 |
| 5/17/2010 | Emails to and from client and debtors' counsel re substantial contribution application for Candian ZAI counsel | 0.2 |
| 5/19/2010 | Review Maryland Casualty brief regarding Libby participation in Debtors' claim objection and Libby's Reply | 0.6 |
| 5/20/2010 | Review ACC and PI FCR Response re Maryland Casualty Claim Objection | 0.2 |
| 5/20/2010 | Review Maryland Casualty's Reservation of Rights re ACC and PI FCR participation in claim objection | 0.1 |
| 5/20/2010 | Review Debtors' Reply in Support of Claims objection re Maryland Casualty | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 5/20/2010 | Review renotices of hearings on Scarfone, Hawkins, Hogan and Lauzon Quarterly fee applications and first Substantial Contibution application | 0.2 |
| 5/21/2010 | Review service request for R. Higgins from J. Baer's offices | 0.1 |
| 5/24/2010 | Review CNO re Settlement with Northstar Reinsurance | 0.1 |
| 5/24/2010 | Prepare and file CNO re 20th Monthly Fee Application | 0.2 |
| 5/26/2010 | Certification of Counsel regarding Lauzon first Monthly Fee Application for Canadian ZAI claimants | 0.2 |
| 5/27/2010 | Emails to and from client re status | 0.2 |
| 5/28/2010 | Review Fee Auditor's Report on 35th Quarterly Fee Applications and emails to and from client re same | 0.2 |
| 5/28/2010 | Review British Columbia PD appellants statement of issues on appeal and designation of record | 0.3 |
| 5/28/2010 | Review Fee Auditor's Reports on various Canadian ZAI claimants' fee applications | 0.4 |
| 5/28/2010 | Review draft charts and exhibits and Certification of Counsel received from Debtor re quarterly fee applications | 0.2 |
| 5/29/2010 | Review Agenda for June Omnibus hearing | 0.2 |
| 5/30/2010 | Review Motion to Approved Settlement Agreement with Harper Insurance Ltd. | 0.3 |
| 5/30/2010 | Drafting and filing of CNO for Judge Sanders' Fifteenth Monthly Fee Application | 0.2 |

Total: 12.1 hours @ $600.00/hour = $7,260.00

Expenses:   Detail on Exhibit 1– $44.00

**Total Fees and Expenses Due:   $7,304.00**

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 4/27/2010 | Courtcall | $44.00 |
| | TOTAL EXPENSES | $44.00 |