# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

May 20, 2010

RE :    W.R. GRACE & CO., and al.
        U.S. FEE APPLICATION
        CDN ZAI CLASS ACTION
        Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(April 1st 2010 to April 30th 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 2010-04-01 | CH | Email to Mr. Moloci re : confirmation as to review of time and disbursement summaries in order to comply with the local bankruptcy rules for substantial contribution and quarterly/monthly applications; | 0.25 |
| 2010-04-09 | CH | Review and translation of the fee summary for the Substantial Contribution Application (April 2005 to August 2008); | 6.00 |
| 2010-04-12 | CH | Email to Mr. Hogan re : bankruptcy rules and time summary; | 0.25 |
| 2010-04-13 | CH | Email to Karen Harvey re: time summary; | 0.17 |
| 2010-04-16 | CH | Email to Mr. Hogan, Mr. Moloci and Mr. Thompson re: time summary; | 0.25 |
| 2010-04-21 | CH | Letter to Mr. Thompson re: portion of Mr. Hogan's fees; | 0.17 |
| 2010-04-22 | CH | Email to Karen Harvey re: time summary; | 0.33 |
| | | **OUR FEES :**                              7.42 | $2,114.70 |

TIME SUMMARY BY LAWYER

| INIT | TAUX | HOURS | TOTAL |
|---|---|---|---|
| CH | 285.00$ | 7.42 | 2,114.70 |

**Total G .S.T.**                                                                                       $105.74
**Total Q.S.T.**                                                                                        $166.53

    **TOTAL**                                                                    $ 2,386.97

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001