IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 24876** |
| | ) | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 24876

    PLEASE TAKE NOTICE that The Canadian ZAI Claimants wish to withdraw docket no. 24876, the Second Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants.  This filing omitted some of the Detail by Professional, i.e., the Position of the Applicant, Number of Years in that Position, and Year License Was Obtained.  The application will be re-filed with the correct information.

Dated: June 1, 2010                                                                                     Respectfully submitted,

                                                                                                     /s/Daniel K. Hogan
                                                                                                     Daniel K. Hogan (DE #2814)
                                                                                                     THE HOGAN FIRM
                                                                                                     1311 Delaware Avenue
                                                                                                     Wilmington, DE 19806
                                                                                                     Telephone: 302-656-7540
                                                                                                     Facsimile: 302-656-7599