

May 27, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   173991

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH April 30, 2010

### CLIENT SUMMARY

BALANCE AS OF- 04/30/10

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $608.00 | $530.35 | $1,138.35 |
| 07 - Applicant's Fee Application - .15543 | $3,045.00 | $0.00 | $3,045.00 |
| 08 - Hearings - .15544 | $1,940.50 | $0.00 | $1,940.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $679.00 | $0.00 | $679.00 |
| 18 - Plan & Disclosure Statement - .15554 | $1,583.50 | $0.00 | $1,583.50 |
| 30 - Fee Application of Others - .17781 | $86.00 | $0.00 | $86.00 |
| *Client Total* | *$7,942.00* | *$530.35* | *$8,472.35* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.70 | $675.00 | $1,147.50 |
| Kramer, Matthew I | 0.60 | $425.00 | $255.00 |
| Sakalo, Jay M | 4.30 | $495.00 | $2,128.50 |
| Snyder, Jeffrey I | 2.10 | $340.00 | $714.00 |
| Flores, Luisa M | 8.80 | $215.00 | $1,892.00 |
| Kurtz, Nicole | 9.50 | $190.00 | $1,805.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$7,942.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $9.73 |
| Pacer - Online Services | $345.52 |
| Copies | $175.10 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$530.35*** |

**TOTAL BALANCE DUE THIS PERIOD** **$8,472.35**

MIAMI 2191818.1 7481715537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| | | | | |
|---|---|---|---|---|
| 04/01/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/05/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to M.Kramer and J.Sakalo thereon |
| 04/06/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/07/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/08/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/12/10 | NK | 0.20 | 38.00 | Research docket and send email to J.Sakalo and M.Kramer thereon |
| 04/13/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/15/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/19/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/20/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/21/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kraner thereon |
| 04/22/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/27/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/28/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/29/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |
| 04/30/10 | NK | 0.20 | 38.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES**                                                                                    **$608.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| 03/31/10 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 5.56 |
|---|---|---|
| 03/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12010; DATE: 4/7/2010 - Account#RB0120 | 55.44 |
| 03/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12010; DATE: 4/7/2010 - Account#RB0120 | 287.04 |
| 03/31/10 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q12010; DATE: 4/7/2010 - Account#RB0120 | 3.04 |
| 04/26/10 | Long Distance Telephone 1(212)446-4800; 2 Mins. | 4.17 |
| 04/19/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/09/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/16/10 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/16/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/16/10 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/16/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/16/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 04/16/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/16/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/16/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/19/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/19/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/19/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/06/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/19/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/19/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/19/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/19/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/19/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/21/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 04/21/10 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/26/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/26/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/26/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 04/26/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/26/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/26/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 04/26/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/26/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 04/26/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 04/26/10 | Copies 42 pgs @ 0.10/pg | 4.20 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 04/26/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/26/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/26/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/26/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 04/26/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/26/10 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 04/26/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 04/26/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/26/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/26/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/26/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/26/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 04/26/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 04/26/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/26/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/26/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/26/10 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 04/26/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/26/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/26/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 04/26/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/26/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/26/10 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 04/26/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/26/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/26/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 04/26/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/26/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 04/26/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/27/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/27/10 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 04/27/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 04/27/10 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 04/27/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/27/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/27/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 04/27/10 | Copies 70 pgs @ 0.10/pg | 7.00 |
| 04/27/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 04/29/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/29/10 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/29/10 | Copies 2 pgs @ 0.10/pg | 0.20 |

| 04/30/10 | Copies 87 pgs @ 0.10/pg | | 8.70 |

**TOTAL COSTS ADVANCED** $530.35

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 3.20 | $190.00 | $608.00 |
| *TOTAL* | *3.20* | | *$608.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $9.73 |
| Pacer - Online Services | $345.52 |
| Copies | $175.10 |
| *TOTAL* | *$530.35* |

**CURRENT BALANCE DUE THIS MATTER** $1,138.35

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| 04/07/10 | LMF | 0.60 | 129.00 | Review costs on March 2010 prebill, obtain statement for professional services from advisor and meet with accounting regarding edits to same. |
| 04/07/10 | JIS | 0.70 | 238.00 | Review and revise March prebill. |
| 04/08/10 | LMF | 0.70 | 150.50 | Begin preparation of quarterly fee application. |
| 04/08/10 | NK | 0.50 | 95.00 | Begin working on Jan-March 2010 invoice |
| 04/12/10 | LMF | 0.80 | 172.00 | Work on preparation of quarterly application. |
| 04/13/10 | LMF | 0.40 | 86.00 | Review and edit draft of quarterly fee application. |
| 04/13/10 | NK | 2.00 | 380.00 | Complete 36th interim fee application for Bilzin Sumberg |
| 04/16/10 | LMF | 0.40 | 86.00 | Attend to trust account and disbursements. |
| 04/19/10 | LMF | 1.30 | 279.50 | Attend to finalizing statement, disbursement request, notice and summary and submit to local counsel for filing. |
| 04/21/10 | LMF | 1.50 | 322.50 | Finalize description of services and fee application for attorney's review. |
| 04/21/10 | JIS | 1.30 | 442.00 | Review and revise 36th quarterly fee application and confer with L. Flores thereon. |
| 04/22/10 | LMF | 0.60 | 129.00 | Further revisions to quarterly application and submit to local counsel for filing. |
| 04/28/10 | LMF | 0.40 | 86.00 | Review fee auditor's initial response for 35th quarterly application and meet with accounting for backup. |
| 04/28/10 | JMS | 0.30 | 148.50 | Review order approving holdbacks from fraudulent transfer litigation and emails to F. Rabinovitz and D. Hilton thereon (.3). |
| 04/29/10 | LMF | 0.90 | 193.50 | Draft response to fee auditor's interim report for 35th quarterly period. |
| 04/30/10 | LMF | 0.50 | 107.50 | Revise and email response to fee auditor's interim report for the 35th quarterly fee application period. |

PROFESSIONAL SERVICES                                **$3,045.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $495.00 | $148.50 |
| Snyder, Jeffrey I | 2.00 | $340.00 | $680.00 |
| Flores, Luisa M | 8.10 | $215.00 | $1,741.50 |
| Kurtz, Nicole | 2.50 | $190.00 | $475.00 |
| *TOTAL* | *12.90* | | *$3,045.00* |

CURRENT BALANCE DUE THIS MATTER               **$3,045.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| 04/06/10 | NK | 1.20 | 228.00 | Arrange for telephonic hearing appearances for all attorneys and send confirmation emails thereon |
| 04/07/10 | LMF | 0.30 | 64.50 | Review agenda, emails and court call confirmations. |
| 04/07/10 | NK | 0.20 | 38.00 | Attend to telephonic hearing appearance cancellation |
| 04/16/10 | JIS | 0.10 | 34.00 | Emails from/to M. Kramer regarding coverage of 4/19 hearing. |
| 04/16/10 | NK | 1.00 | 190.00 | Prepare notebook for omnibus hearing |
| 04/19/10 | JMS | 2.80 | 1,386.00 | Prepare for and attend omnibus hearing (2.8). |

**PROFESSIONAL SERVICES**                                                                $1,940.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Sakalo, Jay M | 2.80 | $495.00 | $1,386.00 |
| Snyder, Jeffrey I | 0.10 | $340.00 | $34.00 |
| Flores, Luisa M | 0.30 | $215.00 | $64.50 |
| Kurtz, Nicole | 2.40 | $190.00 | $456.00 |
| *TOTAL* | *5.60* | | *$1,940.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                $1,940.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 04/19/10 | JMS | 0.30 | 148.50 | Telephone conference with D. Speights regarding PD claim issue (.3). |
| 04/19/10 | JMS | 0.60 | 297.00 | Telephone conference with A. Madian regarding terminating role as PD expert and emails with A. Madian regarding same (.6). |
| 04/30/10 | JMS | 0.30 | 148.50 | Telephone conference with A. Madian regarding status of case (.3). |
| 04/30/10 | MIK | 0.20 | 85.00 | Telephone call with creditor regarding status of case (.2). |

**PROFESSIONAL SERVICES**                                                                 **$679.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $425.00 | $85.00 |
| Sakalo, Jay M | 1.20 | $495.00 | $594.00 |
| *TOTAL* | *1.40* | | *$679.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$679.00**

MIAMI 2191818.1 7481715537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| 04/12/10 | SLB | 0.70 | 472.50 | Review revised confirmation objection matrix and stipulation of Morgan Stanley regarding post-petition interest on line of credit obligations (.7). |
| 04/26/10 | MIK | 0.40 | 170.00 | Review revised plan (.4). |
| 04/26/10 | NK | 0.80 | 152.00 | Review and analyze docket and send email to J.Sakalo and M.Kramer thereon (0.2); assist M. Kramer regarding plan and disclosure statement. |
| 04/27/10 | NK | 0.60 | 114.00 | Assist M. Kramer regarding plan and disclosure statement. |
| 04/28/10 | SLB | 0.20 | 135.00 | Email from A. Rich and circulate same regarding selection of Class 7 Trustee (.2). |
| 04/29/10 | SLB | 0.80 | 540.00 | Email from and to A. Rich and to and from E. Westbrook and to PD Committee regarding nomination of PD Trustees (.5); telephone call from M. Dies regarding same (.3). |

**PROFESSIONAL SERVICES**                                    $1,583.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.70 | $675.00 | $1,147.50 |
| Kramer, Matthew I | 0.40 | $425.00 | $170.00 |
| Kurtz, Nicole | 1.40 | $190.00 | $266.00 |
| *TOTAL* | *3.50* | | *$1,583.50* |

**CURRENT BALANCE DUE THIS MATTER**                          $1,583.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

04/09/10    LMF    0.40         86.00    Confirm trust balances for disbursement to professionals.

**PROFESSIONAL SERVICES**                                                          **$86.00**

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.40 | $215.00 | $86.00 |
| *TOTAL* | *0.40* | | *$86.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                **$86.00**