## EXHIBIT A

### Business Operations (.30 Hours; $ 258.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $860 | 258.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/19/10 | PVL | 860.00 | 0.30 | Review 8-K. |

**Total Task Code .03          .30**

### Case Administration (4.40 Hours; $ 2,232.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.60 | $860 | 1,376.00 |
| Rita C. Tobin | .80 | $545 | 436.00 |
| Eugenia Benetos | 2.00 | $210 | 420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/10 | RCT | 545.00 | 0.20 | Rev Dockets and Local Counsel Recommendations re EI update. |
| 04/05/10 | PVL | 860.00 | 0.30 | Review 15 miscellaneous filings (.2); review agenda (.1). |
| 04/05/10 | EB | 210.00 | 0.50 | As per RCT's request and print out EI deposition transcript. |
| 04/08/10 | PVL | 860.00 | 1.00 | Review docs for filing. |
| 04/12/10 | EB | 210.00 | 1.00 | As per EI's request retreive plan documents. |
| 04/16/10 | RCT | 545.00 | 0.20 | Rev. Dockets and Local Counsel Recommendations re EI update. |
| 04/20/10 | PVL | 860.00 | 0.10 | Review Hurford memo and e-mail comments. |
| 04/23/10 | PVL | 860.00 | 0.10 | Review 8 misc. filings. |

{D0181624.1 }

| 04/23/10 | RCT | 545.00 | 0.20 | Rev. dockets and  Local Counsel Recommendations re EI update. |
| 04/26/10 | PVL | 860.00 | 0.10 | Review 7 misc. filings. |
| 04/27/10 | EB | 210.00 | 0.50 | Email sent to EI re: fraud conveyance fees. |
| 04/30/10 | RCT | 545.00 | 0.20 | Rev. Dockets and Local Counsel recommendations re EI update. |

**Total Task Code .04**       **4.40**

## Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/21/10 | PVL | 860.00 | 0.10 | Review draft order re MCC claim. |
| 04/22/10 | PVL | 860.00 | 0.10 | Review revised draft order re MCC cls obj. |

**Total Task Code .05**       **.20**

## Employee Benefits/Pension (.40 Hours; $ 362.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $950 | 190.00 |
| Peter Van N. Lockwood | .20 | $860 | 172.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/10 | EI | 950.00 | 0.20 | T/c Sinclair re: retirement plan issues. |
| 04/09/10 | PVL | 860.00 | 0.20 | Teleconference Sinclair re pension plan issues. |

**Total Task Code .08**          **.40**


## Fee Applications, Applicant (7.60 Hours; $ 3,639.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 6.10 | $545 | 3,324.50 |
| Eugenia Benetos | 1.50 | $210 | 315.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/10 | RCT | 545.00 | 1.00 | Address fee issues |
| 04/02/10 | RCT | 545.00 | 0.20 | Rev, fee app schedules for April. |
| 04/05/10 | RCT | 545.00 | 0.90 | Address fee issues. |
| 04/05/10 | RCT | 545.00 | 0.30 | Address fee issues. |
| 04/07/10 | RCT | 545.00 | 0.40 | Address fee issues. |
| 04/15/10 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 04/19/10 | RCT | 545.00 | 1.50 | Rev. Pre-bills |
| 04/20/10 | RCT | 545.00 | 0.60 | Review Exhibits. |
| 04/21/10 | RCT | 545.00 | 1.00 | Rev. monthly fee application. |
| 04/22/10 | EB | 210.00 | 1.00 | Work on monthly fee application. |
| 04/30/10 | RCT | 545.00 | 0.20 | Rev. fee application schedules for April. |


**Total Task Code .12**          **7.60**


## Hearings (.10 Hours; $ 86.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $860 | 86.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

{D0181624.1 }1

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 04/07/10 | PVL | 860.00 | 0.10 | Review 2 claims settlement notices. |

**Total Task Code .15**          **.10**

### Litigation and Litigation Consulting (11.20 Hours; $ 2,765.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---------------|-----------------|--------------|-------|
| Elihu Inselbuch | .70 | $950 | 665.00 |
| Marissa A. Fanone | 10.50 | $200 | 2,100.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 04/01/10 | EI | 950.00 | 0.50 | Conf. Rice re: senior debt interest issue (.2); memo re: same (.1); researched senior debt issue (.2). |
| 04/07/10 | MAF | 200.00 | 4.50 | Organize confirmation hearing materials. |
| 04/08/10 | MAF | 200.00 | 3.00 | Organize confirmation hearing materials. |
| 04/09/10 | MAF | 200.00 | 3.00 | Organize confirmation hearing materials. |
| 04/16/10 | EI | 950.00 | 0.20 | Review of North Star proposal. |

**Total Task Code .16**          **11.20**

**Plan & Disclosure Statement (21.50 Hours; $ 17,239.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $950 | 380.00 |
| Peter Van N. Lockwood | 16.00 | $860 | 13,760.00 |
| Nathan D. Finch | 3.00 | $625 | 1,875.00 |
| Ann c. McMillan | 1.80 | $595 | 1,071.00 |
| Jeffrey A. Liesemer | .30 | $510 | 153.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/10 | EI | 950.00 | 0.10 | Memo to claimant. |
| 04/05/10 | PVL | 860.00 | 0.20 | Review e-mail. |
| 04/05/10 | ACM | 595.00 | 0.10 | Teleconference claimant. |
| 04/06/10 | PVL | 860.00 | 0.10 | Review Grace revs to CNA agmt. |
| 04/07/10 | PVL | 860.00 | 0.10 | Review draft CNA approval order. |
| 04/08/10 | PVL | 860.00 | 0.60 | Review draft CNA order and e-mail comments (.3); review e-mail and reply (.3). |
| 04/09/10 | PVL | 860.00 | 0.20 | Review e-mail and reply. |
| 04/10/10 | PVL | 860.00 | 0.10 | Prep for 4/12 call. |
| 04/12/10 | PVL | 860.00 | 1.10 | Teleconference Donley, Freedman, Esayian, Baer, Wyron, Cohn and Candon (.7); review e-mail and reply (.1); review revised draft CNA agmt and e-mail comments (.3). |
| 04/12/10 | NDF | 625.00 | 3.00 | Research and emails to constituent re scope of injunction issue. |
| 04/13/10 | PVL | 860.00 | 0.40 | Teleconference Wyron (.2); review Orrick memo (.2). |
| 04/14/10 | ACM | 595.00 | 0.60 | Review North Star Agreement and send e-mail to B. Horkovich re same. |
| 04/15/10 | PVL | 860.00 | 0.80 | Prep for mtg w/Frankel et al (.5); review revised draft CNA agmt and motion re same (.3). |
| 04/15/10 | JAL | 510.00 | 0.30 | Review and analyze materials from R. Horkovich regarding proposed insurance settlement. |

{D0181624.1 }1

| 04/16/10 | PVL | 860.00 | 3.40 | Confer Frankel, Wyron and Felder (2.7); review draft conf order (.2); teleconference Shelnitz, Freedman, Donley, Frankel, Wyron et al (.4); prep for hearing (.1). |
| 04/17/10 | PVL | 860.00 | 1.30 | Review draft conf order and e-mail comments to Boll et al. |
| 04/19/10 | PVL | 860.00 | 2.10 | Attend hearing (1.6); confer Frankel (.5). |
| 04/21/10 | EI | 950.00 | 0.10 | Memo re: North Star settlement. |
| 04/22/10 | PVL | 860.00 | 0.60 | Review e-mail and reply (.2); review revised draft conf order and e-mail comments. (.4). |
| 04/23/10 | PVL | 860.00 | 1.50 | Review e-mail and reply (.7); review revised draft Hartford agmt (.7); review revised draft conf order (.1). |
| 04/25/10 | PVL | 860.00 | 0.10 | Review amended item 3 to Plan Suppl. |
| 04/28/10 | EI | 950.00 | 0.20 | T/c Frankel re: Libby status. |
| 04/28/10 | ACM | 595.00 | 0.10 | Teleconference EI, R. Frankel re Libby issues. |
| 04/29/10 | PVL | 860.00 | 1.10 | Teleconference Horkovich (.1); review revised conf. order (.6); review revised CNA motion (.1); review e-mail and reply (.3). |
| 04/29/10 | ACM | 595.00 | 1.00 | Review American Re Settlement Agreement (.5); exchange e-mails with R. Horkovich re same (.4); teleconference R. Horkovich re same (.1). |
| 04/30/10 | PVL | 860.00 | 2.30 | Teleconference Donley, Freedman, Baer, Esayian, Wyron et al (1.6); review revised draft conf order (.2); review e-mail and reply (.1); review revised draft CNA agmt (.4). |

**Total Task Code .17        21.50**

**Travel Non-working (4.70 Hours; $ 2,021.00)**

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | 4.70 | | $430 | 2,021.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/19/10 | PVL | 430.00 | 4.70 | Travel to/from Wilmington for hearing. |

**Total Task Code .21**      **4.70**


## Fee Auditor Matters (7.90 Hours; $ 3,803.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 6.40 | | $545 | 3,488.00 |
| Eugenia Benetos | | 1.50 | | $200 | 315.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/08/10 | RCT | 545.00 | 2.40 | Rev. fee auditor report (.8); obtain info for reply to same (1.6). |
| 04/12/10 | RCT | 545.00 | 1.50 | Collect info re fee auditor response. |
| 04/16/10 | EB | 210.00 | 1.00 | Review Fee Auditor Report for EI.  Conference with EI re: Caplin & Drysdale fee reductions. |
| 04/20/10 | EB | 210.00 | 0.50 | T/C with RCT re: fee auditor breakdown. |
| 04/22/10 | RCT | 545.00 | 2.50 | Work on Fee Auditor Response. |

**Total Task Code.32**      **7.90**

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 2,785.10 |
| Air Freight & Express Mail | 7.72 |
| Database Research | 141.66 |
| Long Distance-Equitrac In-House | 1.12 |
| Meals Related to Travel | 8.45 |
| Research Material | 5.12 |
| Travel Expenses - Ground Transportation | 39.00 |
| Xeroxing | 2.80 |
| **Total:** | **$ 2,990.97** |