## EXHIBIT B

### Business Operations (.30 Hours; $ 258.00)

Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**          **.30**

### Case Administration (4.40 Hours; $ 2,232.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          **4.40**

### Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 172.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**          **.20**

### Employee Benefits/Pension (.40 Hours; $ 362.00)

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**          **.40**

### Fee Applications, Applicant (7.60Hours; $ 3,639.50)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**          **7.60**

### Hearings (.10 Hours; $ 86.00)

- 2 -

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        .10**


**Litigation and Litigation Consulting (11.20 Hours; $ 2,765.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        11.20**


**Plan & Disclosure Statement (21.50 Hours; $ 17,239.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        21.50**


**Travel – Non-Working (4.70 Hours; $ 2,021.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        4.70**


**Fee Auditor Matters (7.90 Hours; $ 3,803.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        7.90**