## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,785.10 |
| Air Freight & Express Mail | 7.72 |
| Database Research | 141.66 |
| Long Distance-Equitrac In-House | 1.12 |
| Meals Related to Travel | 8.45 |
| Research Material | 5.12 |
| Travel Expenses - Ground Transportation | 39.00 |
| Xeroxing | 2.80 |
| **Total:** | **$ 2,990.97** |

{D0181626.1 }