| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter         000** | **Disbursements** | | 5/19/2010 |

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:   1/1/1950  to: 4/30/2010

**Matter         000**
**Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start:   4/16/2001    Last Billed :    4/22/2010 | 13,655 |
| | $4,759.14 | | | | |
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $4,759.14 |

|  |  |  |  |
|---|---|---|---|
| | $3,875,798.77 | | |
| Total Expenses Billed To Date | | Billing Empl: | 0120    Elihu  Inselbuch |
| | | Responsible Empl: | 0120    Elihu  Inselbuch |
| | | Alternate Empl: | 0120    Elihu  Inselbuch |
| | | Originating Empl: | 0120    Elihu  Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,832.55 | 0.00 | 2,832.55 |
| 0120 | EI  | Elihu  Inselbuch | 0.00 | 12.84 | 0.00 | 12.84 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 145.58 | 0.00 | 145.58 |
| **Total Fees** | | | **0.00** | **2,990.97** | **0.00** | **2,990.97** |

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2513454 | Federal Express -Delivery to K.Hemming, 3/19/10 (EI; Split b/w clients 4642 & 5334) | E | 04/01/2010 | EI 0120 | | 0.00 | $7.72 | | 0.00 | $7.72 | 7.72 |
| 2520359 | Equitrac - Long Distance to 19143721874 | E | 04/13/2010 | C&D 0999 | | 0.00 | $0.08 | | 0.00 | $0.08 | 7.80 |
| 2520370 | Equitrac - Long Distance to 19143721874 | E | 04/13/2010 | C&D 0999 | | 0.00 | $0.08 | | 0.00 | $0.08 | 7.88 |

{D0181627.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/19/2010 |

Print Date/Time: 05/19/2010 4:20:22PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2520674 | Equitrac - Long Distance to 19143721874 | E | 04/13/2010 | 0999 | C&D | 0.00 | $0.96 | 0.00 | $0.96 | 8.84 |
| 2519959 | Photocopy | E | 04/15/2010 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 9.04 |
| 2531495 | Photocopy | E | 04/22/2010 | 0999 | C&D | 0.00 | $2.60 | 0.00 | $2.60 | 11.64 |
| 2524016 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Pittsburgh, PA, 4/19/10 (PVNL) | E | 04/26/2010 | 0020 | PVL | 0.00 | $39.00 | 0.00 | $39.00 | 50.64 |
| 2524017 | Petty Cash -Meal while on travel to/from Pittsburgh, PA, 4/19/10 (PVNL) | E | 04/26/2010 | 0020 | PVL | 0.00 | $8.45 | 0.00 | $8.45 | 59.09 |
| 2524739 | Pacer Service Center -Research, 1/1/10 - 3/31/10 (EI) | E | 04/28/2010 | 0120 | EI | 0.00 | $5.12 | 0.00 | $5.12 | 64.21 |
| 2526220 | Executive Travel Associates -Agent Fee, re: Coach Airfare for travel to/from Pittsburgh, PA, 4/21/10 (PVNL) | E | 04/30/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 104.21 |
| 2526221 | Executive Travel Associates -Coach Airfare for travel to/from Pittsburgh, PA, 4/21/10 (PVNL) | E | 04/30/2010 | 0020 | PVL | 0.00 | $1,803.40 | 0.00 | $1,803.40 | 1,907.61 |
| 2526222 | Executive Travel Associates -Coach One-Way Airfare travel to Pittsburgh, PA, 4/21/10 (PVNL) | E | 04/30/2010 | 0020 | PVL | 0.00 | $901.70 | 0.00 | $901.70 | 2,809.31 |
| 2526223 | Executive Travel Associates -Agent Fee, re: Coach One-Way Airfare travel to Pittsburgh, PA, 4/21/10 (PVNL) | E | 04/30/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 2,849.31 |
| 2526758 | Database Research - Westlaw by NDF on 4/6 | E | 04/30/2010 | 0999 | C&D | 0.00 | $141.66 | 0.00 | $141.66 | 2,990.97 |

**Total Expenses**                                                                                                           $2,990.97                         $2,990.97

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 |  | 0.00 |  |
|  | Matter Total Fees |  |  | 0.00 |  | 0.00 |
|  | Matter Total Expenses |  |  | 2,990.97 |  | 2,990.97 |
|  | Matter Total |  | 0.00 | 2,990.97 | 0.00 | 2,990.97 |
|  | Prebill Total Fees |  |  |  |  |  |
|  | Prebill Total Expenses |  |  | $2,990.97 |  | $2,990.97 |
|  | Prebill Total |  | 0.00 | $2,990.97 | 0.00 | $2,990.97 |

{D0181627.1 }

| | | | |
|---|---|---|---|
| **Client Number:    4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter      000** | **Disbursements** | | 5/19/2010 |

Print Date/Time: 05/19/2010  4:20:22PM

Attn:

Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 71,431 | 11/30/2009 | 344,685.75 | 68,937.15 |
| 72,159 | 12/18/2009 | 234,924.50 | 46,984.90 |
| 72,599 | 01/26/2010 | 288,633.50 | 57,726.70 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 56,420.60 | 56,420.60 |
| | | 1,134,284.10 | 271,993.30 |

{D0181627.1 }