Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2010 through April 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 3-Apr-10 | BR | Review of Grace 10-K for year ended 12/31/09. | 3.30 | $ 595.00 | $ 1,963.50 |
| 4-Apr-10 | BR | Continued review of Grace 10-K for year ended 12/31/09. | 3.50 | $ 595.00 | $ 2,082.50 |
| 5-Apr-10 | BR | Review of Grace 2009 Annual Report. | 0.50 | $ 595.00 | $ 297.50 |
| 5-Apr-10 | BR | Analysis of trends in operating performance from 2007 through 2009. | 1.90 | $ 595.00 | $ 1,130.50 |
| 20-Apr-10 | BR | Review of weekly update report on Grace for W/E 4/9/10. | 0.10 | $ 595.00 | $ 59.50 |
| 20-Apr-10 | BR | Review of Grace 8-K filing relating to change in the methodology for financial reporting. | 0.50 | $ 595.00 | $ 297.50 |
| 20-Apr-10 | BR | Review of weekly update report on Grace for W/E 4/16/10. | 0.10 | $ 595.00 | $ 59.50 |
| 28-Apr-10 | BR | Review of COFC weekly update report for W/E 4/23/10. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Bradley Rapp | 10.00 | | $ 5,950.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 1-Apr-10 | JS | Review ACC counsel's comments on estimated returns on Trust assets for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 6-Apr-10 | JS | Review pricing and market data for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 12-Apr-10 | JS | Review pricing and market data, changes in accounting for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| 19-Apr-10 | JS | Draft memorandum to ACC counsel regarding pricing and value of reorganization package to Asbestos Trust for purposes of advising ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| 27-Apr-10 | JS | Review, analyze quarterly reports of various comparable chemical companies for valuation and for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 27-Apr-10 | JS | Review pricing and market data for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 27-Apr-10 | JS | Review, analyze Grace's 1st Quarter 2010 results for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| | | Total James Sinclair | 10.50 | | $ 6,247.50 |
| **Robert Lindsay - Managing Director** | | | | | |
| 15-Apr-10 | RL | Updated and forwarded March 2010 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 5-Apr-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 14-Apr-10 | PC | Review March Fee Application. | 1.10 | $ 275.00 | $ 302.50 |
| 26-Apr-10 | PC | Prepare weekly share price and settlement package value update for E. | 1.70 | $ 275.00 | $ 467.50 |
| 26-Apr-10 | PC | Review and analyze Company's 1Q Earnings Release. | 1.20 | $ 275.00 | $ 330.00 |
| 27-Apr-10 | PC | Continue to review and analyze Company's 1Q Earnings Release for due diligence and monitoring. | 1.90 | $ 275.00 | $ 522.50 |
| | | Total Peter Cramp | 7.50 | | $ 2,062.50 |
| **Gibbons Sinclair - Analyst** | | | | | |
| 14-Apr-10 | GS | Draft March 2010 invoice. | 1.60 | $ 275.00 | $ 440.00 |
| | | Total Gibbons Sinclair | 1.60 | | $ 440.00 |
| | | **TOTAL** | 29.80 | | $ 14,810.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2010 through April 30, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 1-Apr-10 | JS | Review ACC counsel's comments on estimated returns on Trust assets for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 19-Apr-10 | JS | Draft memorandum to ACC counsel regarding pricing and value of reorganization package to Asbestos Trust for purposes of advising ACC counsel. | 2.10 | $ 595.00 | $ 1,249.50 |
| | | Total Asset Analysis and Recovery | 2.80 | | $ 1,666.00 |
| **Fee Applications (Applicant)** | | | | | |
| 14-Apr-10 | PC | Review March Fee Application. | 1.10 | $ 275.00 | $ 302.50 |
| 14-Apr-10 | GS | Draft March 2010 invoice. | 1.60 | $ 275.00 | $ 440.00 |
| 15-Apr-10 | RL | Updated and forwarded March 2010 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Fee Applications (Applicant) | 2.90 | | $ 852.50 |
| **Valuation** | | | | | |
| 3-Apr-10 | BR | Review of Grace 10-K for year ended 12/31/09. | 3.30 | $ 595.00 | $ 1,963.50 |
| 4-Apr-10 | BR | Continued review of Grace 10-K for year ended 12/31/09. | 3.50 | $ 595.00 | $ 2,082.50 |
| 5-Apr-10 | BR | Review of Grace 2009 Annual Report. | 0.50 | $ 595.00 | $ 297.50 |
| 5-Apr-10 | BR | Analysis of trends in operating performance from 2007 through 2009. | 1.90 | $ 595.00 | $ 1,130.50 |
| 5-Apr-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 6-Apr-10 | JS | Review pricing and market data for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 12-Apr-10 | JS | Review pricing and market data, changes in accounting for purposes of advising ACC counsel. | 1.30 | $ 595.00 | $ 773.50 |
| 20-Apr-10 | BR | Review of weekly update report on Grace for W/E 4/9/10. | 0.10 | $ 595.00 | $ 59.50 |
| 20-Apr-10 | BR | Review of Grace 8-K filing relating to change in the methodology for financial reporting. | 0.50 | $ 595.00 | $ 297.50 |
| 20-Apr-10 | BR | Review of weekly update report on Grace for W/E 4/16/10. | 0.10 | $ 595.00 | $ 59.50 |
| 26-Apr-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 26-Apr-10 | PC | Review and analyze Company's 1Q Earnings Release. | 1.20 | $ 275.00 | $ 330.00 |
| 27-Apr-10 | JS | Review, analyze quarterly reports of various comparable chemical companies for valuation and for purposes of advising ACC counsel. | 2.30 | $ 595.00 | $ 1,368.50 |
| 27-Apr-10 | JS | Review pricing and market data for purposes of advising ACC counsel. | 0.70 | $ 595.00 | $ 416.50 |
| 27-Apr-10 | JS | Review, analyze Grace's 1st Quarter 2010 results for purposes of advising ACC counsel. | 2.60 | $ 595.00 | $ 1,547.00 |
| 27-Apr-10 | PC | Continue to review and analyze Company's 1Q Earnings Release for due diligence and monitoring. | 1.90 | $ 275.00 | $ 522.50 |
| 28-Apr-10 | BR | Review of COFC weekly update report for W/E 4/23/10. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Valuation | 24.10 | | $ 12,291.50 |
| | | **TOTAL** | 29.80 | | $ 14,810.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2010 through April 30, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 10.00 | $ 595.00 | $ 5,950.00 |
| James Sinclair - Senior Managing Director | 10.50 | $ 595.00 | $ 6,247.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 7.50 | $ 275.00 | $ 2,062.50 |
| Gibbons Sinclair - Senior Analyst | 1.60 | $ 275.00 | $ 440.00 |
| Total Professional Hours and Fees | 29.80 | | $ 14,810.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - April 1, 2010 through April 30, 2010

| Date | Description of Item | Amount |
|---|---|---|
| | Total Expenses April 1, 2010 through April 30, 2010 | $0.00 |