# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| May 13, 2010 | INVOICE:    237603 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 04/30/10

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/01/10 | Analysis of selected umbrella and excess insurance policies re: limits, aggregates, exclusions and other coverage issues (4.20); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 5.10 |
| 04/01/10 | Reviewed insurance policies re: multi-year policy limits and aggregates. | W001 | IF | 2.80 |
| 04/01/10 | Review and analysis in connection with potential settling insurance companies regarding Trust operations and post-bankruptcy claims issues. | W001 | RYC | 4.20 |
| 04/02/10 | Review and revise insurance policy data spreadsheets. | W001 | GFF | 0.70 |
| 04/02/10 | IBNR claim research re: Integrity NOD objection | W001 | HEG | 1.20 |
| 04/02/10 | Prepare response to potentially settling insurance company in connection with additional coverage defenses. | W001 | RYC | 3.60 |
| 04/05/10 | Begin reviewing and revising time/expense entries. | W011 | AHP | 1.20 |
| 04/05/10 | Analysis of selected umbrella and excess policies re: follow form, limits, aggregates and other asbestos coverage issues (3.20); review and revise insurance policy data spreadsheets (1.20). | W001 | GFF | 4.40 |
| 04/05/10 | Reviewed insurance policies re: aggregate limits of liability and follow form language. | W001 | IF | 2.30 |
| 04/05/10 | Attention to settlement negotiations with three different insurance companies. | W001 | RMH | 2.10 |
| 04/05/10 | Review and analysis regarding preparation for post-bankruptcy insurance recovery. | W001 | RYC | 1.80 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 13, 2010 | | INVOICE: | | 237603 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/06/10 | Continue reviewing and revising time/expense entries and request relevant backup. | W011 | AHP | 1.70 |
| 04/06/10 | Draft and revise insurance policy data spreadsheets (1.30); analysis of selected insurance policies re: follow form, limits, aggregates, exclusions and other coverage issues (4.80). | W001 | GFF | 6.10 |
| 04/06/10 | Assist co-counsel with request for updated reorganization plan exhibits. | W001 | HEG | 1.20 |
| 04/06/10 | Reviewed insurance policies re: exhaustion information and follow form for aggregate limits. | W001 | IF | 3.10 |
| 04/06/10 | Case document organization and send files to records department. | W001 | NJB | 1.60 |
| 04/06/10 | Research and analysis in connection with procedural issues raised by settling insurance companies (1.50).  Research and analysis in connection with insurance defenses raised by settling insurance companies (1.90). | W001 | RYC | 3.40 |
| 04/07/10 | Continue and finish initial review (.40); Reviewing and organizing documents/update monitoring chart (.80). | W011 | AHP | 1.20 |
| 04/07/10 | Analysis of selected insurance policies re: follow form, limits, aggregates and other coverage issues (4.40); revise insurance policy data spreadsheets (.80). | W001 | GFF | 5.20 |
| 04/07/10 | Reviewed insurance policies re: exhaustion of aggregate limits and follow form information. | W001 | IF | 2.70 |
| 04/07/10 | Meeting regarding settlement with a major insurance company (1.00).  Prepare for same (1.40).  Confer with counsel regarding settlement with another insurance company (.50). | W001 | RMH | 2.90 |
| 04/07/10 | Draft settlement letter to insurance company regarding insurance coverage issues raised during settlement discussion meeting (1.40). Participate in initial settlement meeting with another insurance company and follow-up regarding issues raised by counsel (3.60). | W001 | RYC | 5.00 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE             MATTER:     100055.WRG01

May 13, 2010                                INVOICE:     237603

MATTER:  CLAIMANTS COMMITTEE                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/08/10 | Review and revise insurance policy data spreadsheets (1.10); analysis of selected insurance policies re: follow form, limits, aggregates and other coverage issues (1.80). | W001 | GFF | 2.90 |
| 04/08/10 | Reviewed exhaustion information re: aggregate limits of liability. | W001 | IF | 2.20 |
| 04/08/10 | Retrieve various materials for attorney review. | W001 | NJB | 2.10 |
| 04/08/10 | Respond to fee auditor comments. | W011 | RYC | 0.20 |
| 04/08/10 | Prepare letter to potentially settling insurance company regarding underlying claims. | W001 | RYC | 1.20 |
| 04/09/10 | Analysis of selected umbrella and excess insurance policies re: "follow form," limits, aggregates, and other asbestos coverage issues (2.80); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.60 |
| 04/09/10 | Reviewed insurance policies re: aggregate limit of liability and follow form. | W001 | IF | 1.60 |
| 04/09/10 | Review and analysis of supporting documentation in connection with settlement negotiations and research additional supporting underlying facts. | W001 | RYC | 2.60 |
| 04/12/10 | Proof most recent set of changes. | W011 | AHP | 0.80 |
| 04/12/10 | Review and revise insurance policy data spreadsheets (.90); analysis of selected insurance policies re: follow form, limits, aggregates, and other coverage issues (2.80). | W001 | GFF | 3.70 |
| 04/12/10 | Assisted R. Chung in researching certain coverage exhaustion exhibits and testimony as part of insurance company settlement discussions. | W001 | HEG | 2.30 |
| 04/12/10 | Reviewed insurance policies re: "aggregate limits" and "follow form excess language." | W001 | IF | 2.30 |
| 04/12/10 | Reviewed insurance policies re: multi-year policy aggregate limit language. | W001 | IF | 1.40 |
| 04/12/10 | Review case files and records for materials for attorney review. | W001 | NJB | 2.80 |
| 04/12/10 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 04/12/10 | Investigate insurance settlement issues regarding underlying asbestos claims. | W001 | RYC | 2.60 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 13, 2010 | | INVOICE: | | 237603 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/13/10 | Review and submit additional changes. | W011 | AHP | 0.80 |
| 04/13/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, exclusions and other asbestos coverage issues. | W001 | GFF | 3.30 |
| 04/13/10 | Reviewed insurance policies re: "information on exhaustion of underlying policy." | W001 | IF | 2.40 |
| 04/13/10 | Work on insolvency claim. | W001 | MG | 1.60 |
| 04/13/10 | Attention to settlement negotiations with insurance companies. | W001 | RMH | 2.80 |
| 04/14/10 | Review and proof changes, finalize and send. | W011 | AHP | 0.60 |
| 04/14/10 | Review, identify, and prepare specific policy provisions in insurance company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 3.70 |
| 04/14/10 | Research and prepare responses to settlement discussion communications. | W001 | RYC | 2.80 |
| 04/15/10 | Review, identify, and prepare specific policy provisions in insurance company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 6.20 |
| 04/15/10 | Retrieval and preparation of Mealey's insurance documents. | W001 | EQ | 0.10 |
| 04/15/10 | Review communication from R. Chung re: status of objection to liquidator's disallowance (.20); review procedures and prepare communication to R. Chung re: same (.60). | W001 | KES | 0.80 |
| 04/15/10 | Attention to settlement with insurance company. | W001 | RMH | 2.60 |
| 04/16/10 | Review, identify, and prepare specific policy provisions in insurance company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 5.80 |
| 04/16/10 | Work on insolvency claim. | W001 | MG | 2.80 |
| 04/16/10 | Attention to insolvency issues including moving forward with claim against Integrity (1.60). Research regarding insurance settlement issues in connection with demand (2.40). | W001 | RYC | 4.00 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                   MATTER:        100055.WRG01

May 13, 2010                                     INVOICE:           237603

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/19/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, aggregates and other asbestos coverage issues. | W001 | GFF | 2.20 |
| 04/19/10 | Review amended liquidation plan (.30); pull and send copy to R. Chung (.10). | W001 | KES | 0.40 |
| 04/19/10 | Work on insolvency claim. | W001 | MG | 2.40 |
| 04/19/10 | Hearing before Judge Fitzgerald. | W001 | RMH | 2.00 |
| 04/19/10 | Research and review concerns relating to potential settlement with insurance carrier (2.30). Review recent correspondence from insolvent carriers regarding amended allowance and prepare response (2.80). | W001 | RYC | 5.10 |
| 04/20/10 | Analysis of selected umbrella and excess insurance policies re: limits, aggregates, exclusions and other asbestos coverage issues. | W001 | GFF | 3.10 |
| 04/20/10 | Reviewed insurance policies re: method for exhausting underlying coverage. | W001 | IF | 1.10 |
| 04/20/10 | Follow-up and review potential actions in connection with insolvent insurance company's refusal to amend claim. | W001 | RYC | 0.50 |
| 04/21/10 | Analysis of selected insurance policies re: limits, aggregates, exclusions and other coverage issues (2.10); review and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.00 |
| 04/21/10 | Reviewed insurance policies re: "exhaustion of underlying policies" and "follow form." | W001 | IF | 2.90 |
| 04/21/10 | Work on insolvency claim. | W001 | MG | 2.30 |
| 04/21/10 | Attention to obtaining approval for settlement with insurance company and communicate with client regarding same. | W001 | RMH | 2.60 |
| 04/21/10 | Review Allstate/Northbrook brief related to the work design/plan exclusion. | W001 | RYC | 0.50 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 13, 2010 | | INVOICE: | | 237603 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/22/10 | Review and revise selected insurance company settlement agreements re: method of payment and other issues (1.20); analysis of selected insurance policies re: follow form, limits, aggregates, exclusions and other coverage issues (2.20). | W001 | GFF | 3.40 |
| 04/22/10 | Reviewed insurance policies re: "exhaustion of underlying limit information" and "follow form." (2.40); reviewed new settlement agreement with insurance company (.80). | W001 | IF | 3.20 |
| 04/22/10 | Work on insolvency claim. | W001 | MG | 1.50 |
| 04/22/10 | Attention to settlement with different insurance companies. | W001 | RMH | 2.60 |
| 04/22/10 | Follow-up regarding Court petition in connection with insolvent insurance company disallowance (1.00). Research and make inquiries regarding insurance settlement issues (2.80). | W001 | RYC | 3.80 |
| 04/23/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, aggregates, exclusions and other coverage issues (2.90); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 3.80 |
| 04/23/10 | Attention to settlement negotiations with one insurance company (.80); Alert five insurance companies to potential deadline for getting a deal done (2.00). | W001 | RMH | 2.80 |
| 04/23/10 | Research and analysis regarding settlement negotiation issues regarding policies (2.90). Review and update settlement negotiation status with carriers (1.30). | W001 | RYC | 4.20 |
| 04/26/10 | Analysis of selected umbrella and excess insurance policies re: follow form, limits, aggregates, exclusions and other coverage issues (2.50); review and revise insurance policy data spreadsheets (.80). | W001 | GFF | 3.30 |
| 04/26/10 | Edit settlement agreement. | W001 | RMH | 0.60 |
| 04/26/10 | Research and review documents in connection with post-bankruptcy settlement recovery analysis. | W001 | RYC | 2.40 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 13, 2010                                      INVOICE:          237603

MATTER: CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/27/10 | Reviewed insurance policies re: "exhaustion of underlying limit information" and "follow form." | W001 | IF | 1.40 |
| 04/27/10 | Follow-up regarding settlement related documents (2.00). Resolve outstanding settlement issues in connection with coverage defenses (1.60). Attention to moving along claims against insolvent insurance companies (2.10). | W001 | RYC | 5.70 |
| 04/28/10 | Reviewed insurance policies re: "exhaustion of policy limits" and "follow form" language and endorsements. | W001 | IF | 1.30 |
| 04/28/10 | Draft analysis and recommendation of settlement agreement with an insurance company for the Committee (2.40). Attention to negotiations with another insurance company (.20). | W001 | RMH | 2.60 |
| 04/28/10 | Research and review documents in connection with post-bankruptcy settlement recovery analysis (1.80). Research and analysis regarding settlement of remaining insurance coverage (1.20). | W001 | RYC | 3.00 |
| 04/29/10 | Reviewed insurance policies re: "exhaustion information" and "follow form" language. | W001 | IF | 1.10 |
| 04/29/10 | Attention to negotiations with insurance company (1.20); Propose alternative language (.80); Confer with co-counsel (.20); Confer with Leslie Davis (.30). | W001 | RMH | 2.50 |
| 04/29/10 | Continue research and review of documents in connection with post-bankruptcy settlement recovery analysis (1.90); Continue research and analysis re: settlement of remaining insurance coverage (1.70). | W001 | RYC | 3.60 |
| 04/30/10 | Attention to factual analysis of coverage. | W001 | AMA | 0.30 |
| 04/30/10 | Reviewed insurance policies re: "exhaustion information from settled insurance company policies." | W001 | IF | 3.40 |
| 04/30/10 | Attention to settlement with two different insurance companies and conferences with each (1.40); Prepare for same (.80). | W001 | RMH | 2.20 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:     100055.WRG01

May 13, 2010          INVOICE:     237603

MATTER:  CLAIMANTS COMMITTEE          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/30/10 | Participate in follow-up settlement discussion meeting (2.20); Resolve back-up documentation and confidentiality issues in connection with settlement discussions (1.30). | W001 | RYC | 3.50 |

**TOTAL FEES:**          **$104,398.00**

{D0181617.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                                           MATTER:       100055.WRG01

May 13, 2010                                                                                       INVOICE:         237603

MATTER:  CLAIMANTS COMMITTEE                                                   ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| A. Marcello Antonucci | 320.00 | 0.30 | 96.00 |
| Arline H Pelton | 240.00 | 6.30 | 1,512.00 |
| Corina K Nastu | 220.00 | 15.70 | 3,454.00 |
| Esther Quiles | 110.00 | 0.10 | 11.00 |
| Glenn F Fields | 330.00 | 53.80 | 17,754.00 |
| Harris E Gershman | 265.00 | 4.70 | 1,245.50 |
| Izak Feldgreber | 285.00 | 35.20 | 10,032.00 |
| Kenneth E. Sharperson | 495.00 | 1.20 | 594.00 |
| Mark Garbowski | 565.00 | 10.60 | 5,989.00 |
| Nicholas J Balsdon | 205.00 | 6.50 | 1,332.50 |
| Robert M Horkovich | 875.00 | 28.30 | 24,762.50 |
| Robert Y Chung | 585.00 | 64.30 | 37,615.50 |
| **TOTAL FEES:** |  |  | **$104,398.00** |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| May 13, 2010 | INVOICE:    237603 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001    Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---:|---:|
| A. Marcello Antonucci | 0.30 | 96.00 |
| Corina K Nastu | 15.70 | 3,454.00 |
| Esther Quiles | 0.10 | 11.00 |
| Glenn F Fields | 53.80 | 17,754.00 |
| Harris E Gershman | 4.70 | 1,245.50 |
| Izak Feldgreber | 35.20 | 10,032.00 |
| Kenneth E. Sharperson | 1.20 | 594.00 |
| Mark Garbowski | 10.60 | 5,989.00 |
| Nicholas J Balsdon | 6.50 | 1,332.50 |
| Robert M Horkovich | 28.30 | 24,762.50 |
| Robert Y Chung | 63.50 | 37,147.50 |
| **TOTAL:** | **219.90** | **$102,418.00** |

**ACTIVITY CODE: W011    Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 6.30 | 1,512.00 |
| Robert Y Chung | 0.80 | 468.00 |
| **TOTAL:** | **7.10** | **$1,980.00** |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| May 13, 2010 | INVOICE:   237603 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

### COSTS through 04/30/10

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 04/01/10 | LIBRARY & LEGAL RESEARCH March 1, 2010 through March 31, 2010 Westlaw Us age | E106 | 132.23 |
| 04/02/10 | DI - PHOTOCOPYING | E101 | 28.90 |
| 04/05/10 | DI - PHOTOCOPYING | E101 | 24.80 |
| 04/06/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 04/06/10 | DI - PHOTOCOPYING | E101 | 19.60 |
| 04/07/10 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial CourtCall fee for telephonic participation 5/3/10 | E125 | 30.00 |
| 04/07/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 04/07/10 | DI - PHOTOCOPYING | E101 | 1.70 |
| 04/08/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 705787155 Tracking Number: 790701281274 Reference: 100055 wrg01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Robert P Siegel, Esq, Traub Eglin Lieberman Straus, Mid Westchester Executive Park, HAWTHORN E, NY, 10532, US | E107 | 7.79 |
| 04/08/10 | DI - PHOTOCOPYING | E101 | 1.50 |
| 04/08/10 | DI - PHOTOCOPYING | E101 | 12.00 |
| 04/09/10 | DI - PHOTOCOPYING | E101 | 4.70 |
| 04/12/10 | DI - PHOTOCOPYING | E101 | 71.80 |
| 04/12/10 | DI - PHOTOCOPYING | E101 | 7.90 |
| 04/13/10 | DI - PHOTOCOPYING | E101 | 6.50 |
| 04/14/10 | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS   ACCT # 118FDM LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: LEXISNEXIS   ACCT # 118FDM 3/10 services | E125 | 939.62 |
| 04/14/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 04/14/10 | DI - PHOTOCOPYING | E101 | 6.80 |

{D0181617.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| May 13, 2010 | INVOICE: | 237603 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 04/20/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 04/20/10 | DI - PHOTOCOPYING | E101 | 2.00 |
| 04/21/10 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# B0310-3263 Local travel expenses on 01/04/10 - from home to airport for hearing before Judge Fitzgerald. | E109 | 283.10 |
| 04/21/10 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# B0310-3263 Local travel expenses on 01/05/10 - from airport to home after hearing before Judge Fitzgerald. | E109 | 283.10 |
| 04/23/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 04/23/10 | DI - PHOTOCOPYING | E101 | 3.90 |
| 04/26/10 | DI - PHOTOCOPYING | E101 | 0.10 |
| 04/27/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 04/29/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 04/30/10 | FILING OR WITNESS FEES - VENDOR: TD BANK Office of Sec of State | E125 | 11.60 |
| 04/30/10 | FILING OR WITNESS FEES - VENDOR: TD BANK Natl Archives Nrelc Lees  Summit | E125 | 70.00 |
| 04/30/10 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE 03/15/10 - CARFARE - PICK UP ACCESSION NUMBER UP FROM USDC/SDNY FOR I. FELDGREBER | E109 | 4.50 |
| 04/30/10 | DI - PHOTOCOPYING | E101 | 35.90 |

**TOTAL COSTS:**                                                                                                              **$1,992.34**

{D0181617.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

May 13, 2010                                  INVOICE:        237603

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------:|
| AF | AIRFREIGHT | 7.79 |
| FE | FILING OR WITNESS FEES | 81.60 |
| LB | LIBRARY & LEGAL RESEARCH | 132.23 |
| LT | LOCAL TRAVEL | 570.70 |
| MY | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS | 939.62 |
| TE | AP - TELEPHONE - | 30.00 |
| XE | DI - PHOTOCOPYING - | 230.40 |
| | **TOTAL COSTS:** | **$1,992.34** |
| | **TOTAL DUE:** | **$106,390.34** |

{D0181617.1 }