IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 24735, 24774, |
| | ) | and 24857 |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL AND OBJECTIONS TO CLAIMANTS'
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Debtors submit the following Designation of Additional Items To Be Included In The Record On Appeal and object as follows to the Designation Of Items To Be Included In The Record on Appeal [Docket No. 24857] that

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Egarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I., Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc., ) GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

was filed by Claimants School District 68 Nanaimo-Ladysmith –Nanaimo District Senior Secondary and City of Vancouver – Queen Elizabeth Playhouse ("Claimants"):

I. **DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL.**

The following items were not included in Claimants' Designation of Items to be Included in the Record on Appeal and Debtors hereby designate these additional items for inclusion in the record on appeal:

ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Date | Docket No. | Description |
| --- | --- | --- |
| 2/17/07 | 14600 | Debtors' Appendix to Rule 1006 Summaries with Information Attached (Tab E) |
| 3/23/07 | 14964 | Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD Claims |
| 4/9/07 | 15123 | Debtors' Objection to Anderson Memorial and the Speights & Runyan Canadian Claimants' Motion to Strike the Supplemental Declaration of Graeme Mew or In the Alternative to Require Further Examination and Further Relief |
| 4/10/07 | 15125 | Order Granting Anderson Memorial Hospital and The Speights & Runyan Canadian Claimants' Motion for Further Examination of Graeme Mew |
| 5/18/07 | 15701 | Canadian Claimants' Response to Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims |
| 5/23/07 | 15787 | Debtors' Reply in Support of Their Motion for Leave to Amend Their Objections to Certain Property Damage Claims |
| 9/5/07 | 16755 | Debtors' Supplemental Submission in Support of Their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) – Now Fifty-Five (55) – Time Barred Canadian Asbestos Property Damage Claims |
| 9/5/07 | 16757 | Appendix to Debtors' Supplemental Submission in Support of Their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) – Now Fifty-Five (55) – Time Barred Canadian Asbestos Property Damage Claims |
| 10/26/07 | 17171 | Debtors' Reply to Anderson Memorial Hospital's Supplemental Post-Hearing Memorandum Re: Canadian Statute of Limitations |

DOCS_DE:160533.1

In addition, while Claimants included the items in the following chart in their Designation of Items to be Included in the Record on Appeal, Debtors are including them here to correct the reference to the name of the document and/or the relevant portions of the documents to be included in the record on appeal:

CORRECTIONS FOR ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Date | Docket No. | Description |
| --- | --- | --- |
| 3/23/07 | 14965 | Debtors' Reply in Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims |
| 4/09/07 | 15117 | Transcript of April 9, 2007 Hearing pp. 182-192 |
| 6/07/07 | 15988 | Transcript of May 30, 2007 Hearing, pp. 7-65 |
| 7/31/07 | 16449 | Transcript of June 25, 2007 Hearing, pp. 20-32 |
| 8/22/07 | NA | Transcript of Deposition of John C. Irvine with Exhibits |
| 8/31/07 | NA | Transcript of Deposition of John C. Irvine with Exhibits |
| 9/5/07 | 16754 | Notice of Filing of Expert Report of Professor John C. Irvine |
| 12/02/08 | 20170 | Transcript of November 24, 2008 Hearing, pp. 150-202 |

II. **DEBTORS' OBJECTIONS TO CLAIMANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL.**

Debtors object to the inclusion in the record of the following material which was listed in Claimants' Designation of Items to be Included in the Record on Appeal [Docket No. 24857] as a "Joint" Designation of Items to be Included in the Record on Appeal.[2] Debtors object because the following material: (1) was never designated by Debtors for inclusion in the record; (2) was not presented to, or considered by, the Bankruptcy Court in connection with its May 4, 2010

---

[2] Claimants similarly filed a Statement of Issues to be Presented on Appeal [Docket No. 24858] with a purported "Joint Statement" of Issues To Be Presented. Debtors did not and do not join in Claimants' Statement of the Issues To Be Presented on appeal and specifically reserve their right to object to Claimants' characterization of the issues to be presented on appeal.

Order [Docket No. 24735] from which Claimants are appealing; and/or (3) is wholly irrelevant to the Order that is the subject of the appeal. Inclusion of the material in the following chart in the record on appeal accordingly would be improper. *See Fed. R. App. Proc. 10; see also In re Capital Cities/ABC, Inc's Application for Access to Sealed Transcripts*, 913 F.2d 89 (3d Cir. 1990) (appellate court generally may not consider material that was never presented to or considered by the trial court).

MATERIAL INAPPROPRIATE TO INCLUDE IN THE RECORD ON APPEAL

| Date | Docket No. | Description |
| --- | --- | --- |
| 12/25/2005 | NA | Confirmation Order and Confirmed Plan of Reorganization *In re: United States Mineral Products Co.*, Case No. 01-2471 |
| 1/16/06 | 14322 | Expert Report of Gordon Spratt |
| 6/15/2006 | NA | Confirmation Order and Confirmed Plan of Reorganization *In re: United States Gypsum Co.*, Case No. 01-2094 |
| 1/03/07 | 14206 | Transcript of December 19, 2006 Omnibus Hearing |
| 2/01/07 | 14465 | Transcript of January 23, 2007 Omnibus Hearing |
| 4/06/07 | NA | Transcript of Deposition of Gordon Spratt with Exhibits |
| 11/08/2007 | NA | Confirmation Order and Confirmed Plan of Reorganization *In re: Federal Mogul*, Case No. 01-10578 |

Dated: June 3, 2010

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence E. Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
Traci S. Rea, Esq. (#76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

and

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

By: _/s/ James E. O'Neill_
Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:160533.1