# EXHIBIT A

### Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/2/2010 | Christopher T Greco | 0.20 | Correspond with J. Wall re claim settlement payment and follow up with R. Higgins re same. |
| 4/2/2010 | Deborah L Bibbs | 2.30 | Review pleadings and cross-check database and indices re agreements and orders approving claims. |
| 4/7/2010 | Lisa G Esayian | 1.80 | Review certain provisions, including insurance-related provisions, in draft Kaneb settlement agreement and provide comments re same. |
| 4/8/2010 | Lisa G Esayian | 1.30 | Further revise proposed Kaneb settlement. |
| 4/8/2010 | Deborah L Bibbs | 1.60 | Review pleadings and cross-check electronic database and indices re agreements and orders approving claims (.7); revise index and upload additional information to databases re same (.9). |
| 4/9/2010 | Lisa G Esayian | 1.00 | Review revised draft Kaneb settlement (.8); correspond with client re same (.2). |
| 4/28/2010 | Deborah L Bibbs | 1.50 | Review pleadings for information re settled claims for purposes of preparing settlement and asset sale reports. |
|  | Total: | 9.70 |  |

A-2

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2010 | Deborah L Bibbs | 6.80 | Review dockets, pleadings and correspondence to update and revise critical dates list (4.4); review pleadings to incorporate into applicable document databases and files (2.4). |
| 4/2/2010 | Anton I Stoyanov | 0.50 | Review and disseminate docket update. |
| 4/5/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket update. |
| 4/5/2010 | Deborah L Bibbs | 1.60 | Review and cross-check active dockets, pleadings and correspondence to update case databases and file information. |
| 4/6/2010 | Anton I Stoyanov | 0.50 | Review and disseminate docket update. |
| 4/7/2010 | Anton I Stoyanov | 1.00 | Review and disseminate docket update. |
| 4/8/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket update. |
| 4/8/2010 | Deborah L Bibbs | 1.40 | Review and cross-check active dockets, pleadings and correspondence to update case databases and file information. |
| 4/9/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket update. |
| 4/12/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket update. |
| 4/13/2010 | Anton I Stoyanov | 0.30 | Review and disseminate docket update. |
| 4/13/2010 | Kimberly K Love | 1.00 | Prepare and organize recently-received materials for inclusion in applicable case databases. |
| 4/26/2010 | Anton I Stoyanov | 1.00 | Review and disseminate docket update. |
| 4/26/2010 | Deborah L Bibbs | 1.90 | Review pleadings and cross-check electronic database and indices re same. |
| 4/27/2010 | Anton I Stoyanov | 1.00 | Review and disseminate docket update. |
| 4/27/2010 | Deborah L Bibbs | 3.50 | Review dockets, pleadings and correspondence to update and revise critical dates list. |
| 4/29/2010 | Anton I Stoyanov | 0.50 | Review and disseminate docket update. |
| | Total: | 22.20 | |

A-3

### Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/15/2010 | Theodore L Freedman | 6.50 | Conduct and attend to various matters in preparation for omnibus hearing. |
| 4/16/2010 | Theodore L Freedman | 3.50 | Prepare for omnibus hearing. |
| 4/18/2010 | John Donley | 6.00 | Prepare for Maryland Casualty hearing, including review of pleadings and authorities and outlining arguments and responses. |
| 4/18/2010 | Theodore L Freedman | 2.00 | Prepare for omnibus hearing. |
| 4/19/2010 | Nate Kritzer | 1.40 | Telephonically attend omnibus hearing arguments on Maryland Casualty issues. |
| 4/19/2010 | Deanna D Boll | 0.80 | Participate in omnibus hearing re plan confirmation status. |
| 4/19/2010 | John Donley | 7.80 | Prepare for omnibus hearing (1.8); participate in hearing and argue Maryland Casualty issues (2.0); confer with T. Freedman, J. Baer and R. Finke re preparation for hearing (.5); review materials pre- and post-hearing (3.5). |
| 4/19/2010 | Lisa G Esayian | 1.50 | Participate in portions of omnibus hearing re objection to Maryland Casualty's claims and plan status. |
| 4/19/2010 | Theodore L Freedman | 7.00 | Prepare for and participate in omnibus hearing. |
| | Total: | 36.50 | |

A-4

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/2/2010 | Deanna D Boll | 0.40 | Confer with M. McCarthy re February fee application (.2); confer with B. Ruhlander re same and review files for word version (.2). |
| 4/5/2010 | Deanna D Boll | 0.10 | Confer with M. McCarthy re fees and expenses for February application. |
| 4/7/2010 | Holly Bull | 2.90 | Review and edit first-round March invoices. |
| 4/9/2010 | Deanna D Boll | 0.20 | Confer with H. Bull re fee application issues. |
| 4/9/2010 | Holly Bull | 2.90 | Review and edit first-round invoices, follow up on issues re same, and respond to billing inquiries re April time/expenses. |
| 4/9/2010 | Holly Bull | 3.00 | Review and edit first-round March invoices. |
| 4/10/2010 | Holly Bull | 3.00 | Complete review of first-round March invoices. |
| 4/13/2010 | Holly Bull | 2.80 | Review and edit second-round March invoices. |
| 4/14/2010 | Holly Bull | 3.40 | Review and edit second-round March invoices and update chart re same. |
| 4/15/2010 | Holly Bull | 2.80 | Complete review of second-round March invoices and follow up with T. Wallace on issues for same. |
| 4/19/2010 | Holly Bull | 2.80 | Review fee auditor initial report re 35th interim period (.5); review and update fee issues chart re same (1.9); prepare correspondence to T. Wallace and M. McCarthy re auditor report (.4). |
| 4/20/2010 | Deanna D Boll | 0.70 | Review and consider issues re fee auditor letter (.6); confer with H. Bull and T. Wallace re fee reduction issues (.1). |
| 4/20/2010 | Holly Bull | 4.40 | Review initial fee auditor report and confer with various billers re issues for preparing response to same. |
| 4/21/2010 | Holly Bull | 5.40 | Begin draft of fee auditor reply and confer/correspond with various billers on information needed for same (4.3); review relevant agendas and transcripts for fee reply (.8); correspond internally re requested expense information/documentation for reply (.3). |
| 4/23/2010 | Holly Bull | 7.00 | Draft and revise fee reply and exhibits and confer with various billers for same. |

A-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/24/2010 | Holly Bull | 5.80 | Prepare correspondence to various billers on issues for fee reply and follow up on same (1.5); correspond with M. McCarthy and T. Wallace re additional information needed (.6); draft fee reply (1.4); work on fee reply exhibits (2.3). |
| 4/25/2010 | Holly Bull | 6.00 | Draft fee auditor reply and review related materials including expense information and responsive correspondence from billers (4.1); correspond with various case billers and billing department re reply issues (1.9). |
| 4/25/2010 | Maureen McCarthy | 2.80 | Review back-up documentation for questioned charges re response to fee auditor (.4); draft correspondence to K. Love and S. Fiore re same (.4); review back-up documentation re hotel charges (.2); draft correspondence to S. Fiore re same (.2); review back-up documentation re questioned airfare (.4); begin preparing summary re same (1.2). |
| 4/26/2010 | Holly Bull | 5.30 | Draft and revise fee reply (3.1); follow up with various case billers re issues for same (1.2); correspond with M. McCarthy and review expense information for same (1.0). |
| 4/26/2010 | Maureen McCarthy | 4.20 | Review back-up documentation re airfare expenses noted in fee auditor initial report (.6); correspond with T. Langenkamp, K. McGrath, J. Brooks, J. Colleton and Best Travel re airfare details (.8); review and revise summary re same (2.8). |
| 4/27/2010 | Holly Bull | 9.00 | Draft and revise fee reply, prepare exhibits and correspond with M. McCarthy re same. |
| 4/27/2010 | Maureen McCarthy | 3.70 | Correspond with S. Fiore re details for hotel prepayment invoices re response to fee auditor and review back-up documentation re same (.8); prepare summaries re same (1.6); correspond with R. Dubyak re final invoice (.3); prepare summary re car service transportation (.7); finalize airfare summary (.3). |
| 4/28/2010 | Holly Bull | 6.50 | Review and revise fee auditor reply (3.9); correspond with M. McCarthy re exhibits and other needed information for same (.7); correspond with several billers on time details (.4); finalize draft reply and exhibits and prepare correspondence to D. Boll re same (1.5). |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/28/2010 | Maureen McCarthy | 0.70 | Correspond with R. Dubyak re hotel invoice (.2); review and revise summary re same (.5). |
| | Total: | 85.80 | |

A-7

## Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2010 | Deanna D Boll | 0.40 | Confer with M. McCarthy re original fee order for D. Hogan office and confer with D. Hogan's office re same. |
| 4/5/2010 | Deanna D Boll | 0.40 | Confer with D. Hogan's office re fee application process. |
| 4/13/2010 | Nate Kritzer | 0.20 | Confer with D. Hogan re filing of fee application for rep counsel (.1); correspond with T. Freedman re same (.1). |
| 4/21/2010 | Nate Kritzer | 0.10 | Confer with D. Hogan re fee application and application for substantial contribution. |
| | Total: | 1.10 | |

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2010 | Kristina Alexander | 2.80 | Confer with T. Freedman re disclosure requirements and conduct research re same. |
| 4/1/2010 | Nate Kritzer | 4.10 | Review documents re negotiation/drafting history of 1991 agreement with Maryland Casualty (2.1); research judicial estoppel issues (.8); prepare correspondence to L. Esayian re same (.3); research parol evidence rule issues (.9). |
| 4/1/2010 | Deanna D Boll | 3.60 | Confer with M. Shelnitz re emergence directors and review issues re same with T. Freedman (1.3); review and edit confirmation order (2.3). |
| 4/1/2010 | Thomas W Christopher | 1.50 | Correspond with T. Freedman and M. Shelnitz re composition of board upon emergence (.4); conduct further research re same (1.1). |
| 4/1/2010 | Justin S Brooks | 6.80 | Draft and revise proposed findings of fact and conclusions of law. |
| 4/1/2010 | Lisa G Esayian | 2.50 | Confer with FCR's counsel re CNA issues (.4); review draft CNA settlement agreement (1.2); confer with R. Finke re issues re same (.4); confer with P. Mahaley re same (.5). |
| 4/2/2010 | Nate Kritzer | 6.50 | Research parol evidence rule issues (3.8); review and summarize documents showing drafting and negotiation history of 1991 settlement agreement with Maryland Casualty (2.4); correspond with L. Esayian re same (.3). |
| 4/2/2010 | Deanna D Boll | 6.70 | Review and edit lender findings (2.9); edit and revise confirmation order (3.8). |
| 4/2/2010 | Lisa G Esayian | 4.00 | Confer with FCR's counsel re CNA issues (.5); correspond with B. Horkovich re questions from various insurers re plan confirmation (.5); correspond with N. Kritzer re Maryland Casualty issues (.2); draft response to estoppel issues raised by Maryland Casualty (2.8). |
| 4/5/2010 | Nate Kritzer | 5.20 | Draft chart summarizing documents in negotiating history of 1991 Maryland Casualty agreement (2.8); draft executive summary of same (2.2); prepare correspondence to L. Esayian, J. Donley and T. Freedman re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/5/2010 | Kimberly K Love | 4.00 | Confer with D. Boll re admitted exhibit list (.4); review files for information re Maryland Casualty stipulation and prepare materials for L. Esayian re same (3.6). |
| 4/5/2010 | Deanna D Boll | 8.50 | Review admitted trial exhibit list and certain exhibits for potential reference in confirmation order and confer with K. Love re same (3.5); confer with J. Brooks re revised plan documents and clean internal working copies and review exhibits related to same (.8); confer with P. Mahaley and B. Horkovich re insurance-related plan documents (.4); review and revise confirmation order and lender findings (3.8). |
| 4/5/2010 | Justin S Brooks | 2.00 | Draft revisions to plan and exhibits (1.7); confer with D. Boll re same (.3). |
| 4/5/2010 | Lisa G Esayian | 5.50 | Correspond with R. Finke and J. Posner re CNA issues (.5); correspond with J. Donley and N. Kritzer re Maryland Casualty issues (.3); confer with T. Freedman re CNA issues (.3); review all prior CNA settlement agreements (1.8); summarize key points in same (1.0); confer with R. Finke, T. Freedman and J. Baer re CNA issues (.6); correspond with R. Finke re environmental issues and CNA (.3); work on Maryland Casualty estoppel issues (.7). |
| 4/5/2010 | Theodore L Freedman | 4.50 | Confer with L. Esayian re CNA issues (.3); confer with R. Finke, J. Baer and L. Esayian re same (.7); confer with K&E team members re Maryland Casualty issues (1.1); review and provide comments on confirmation order (2.4). |
| 4/5/2010 | Deborah L Bibbs | 0.90 | Review pleadings re stipulation with Maryland Casualty. |
| 4/6/2010 | Nate Kritzer | 2.30 | Draft memo to J. Donley, L. Esayian and T. Freedman re parol evidence rule (1.9); conduct research re same (.4). |
| 4/6/2010 | Kimberly K Love | 2.00 | Prepare and organize binder of post-trial materials requested by T. Freedman (.7); prepare and organize information re CNA policies requested by L. Esayian (1.3). |
| 4/6/2010 | Christian O Nagler | 2.00 | Confer with various parties re high yield bond covenants. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/6/2010 | Brian T Stansbury | 0.80 | Research Libby claimant data to provide FCR counsel with information about individual claimants and counsel (.5); confer with FCR counsel and H. Bloom re same (.3). |
| 4/6/2010 | Justin S Brooks | 3.00 | Draft revisions to plan and exhibits. |
| 4/6/2010 | John Donley | 2.40 | Review documents re Maryland Casualty and research and review cases re parol evidence issues. |
| 4/6/2010 | Lisa G Esayian | 5.50 | Confer with T. Freedman re CNA issues (.3); correspond with J. Posner re same (.5); conduct further work on same (1.5); correspond with FCR's counsel re same (.4); analyze Kaneb issues in connection with CNA issues (1.3); provide revisions to FCR's counsel re various proposed insurance settlements (1.5). |
| 4/6/2010 | Theodore L Freedman | 6.00 | Edit confirmation order (2.1); review settlement document (1.0); review memos on Maryland Casualty issues (1.5); confer with various parties re plan amendment issues (1.1); confer with L. Esayian re CNA (.3). |
| 4/7/2010 | Kimberly K Love | 2.00 | Prepare and organize materials requested by J. Baer re various plan supplements. |
| 4/7/2010 | Deanna D Boll | 4.00 | Edit and revise confirmation order and lender findings (3.5); confer with T. Freedman re same (.2); review issues re director disclosure and confer with J. Baer re same (.3). |
| 4/7/2010 | Justin S Brooks | 3.00 | Draft revisions to plan and exhibits. |
| 4/7/2010 | John Donley | 4.00 | Review cases, research and case history/pleadings/precedent re judicial estoppel and outline points and authorities. |
| 4/7/2010 | Lisa G Esayian | 3.50 | Work on CNA issues (1.2); analyze prior CNA settlement agreements (1.5); reply to questions from unsecured creditors' committee re certain insurance settlements (.4); confer with A. Mueller re status of certain confirmation issues (.4). |
| 4/7/2010 | Theodore L Freedman | 5.00 | Draft and revise confirmation order (1.9); review settlement document (.8); review memos re Maryland Casualty issues (1.3); confer with various parties re plan amendment issues and draft confirmation order (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/8/2010 | Christopher T Greco | 0.80 | Confer with T. Freedman, N. Kritzer, J. Baer, K. Alexander and D. Boll re draft confirmation order (.3); review same (.5). |
| 4/8/2010 | Nate Kritzer | 0.80 | Review proposed confirmation order (.5); correspond with team members re same (.3). |
| 4/8/2010 | Kimberly K Love | 2.00 | Prepare and organize information re Posner requested by L. Esayian (.7); prepare and organize materials requested by L. Esayian re 5th omnibus briefings (1.3). |
| 4/8/2010 | Deanna D Boll | 4.50 | Confer with T. Freedman, C. Greco, K. Alexander, N. Kritzer and J. Baer re confirmation order (.3); review and revise same (4.2). |
| 4/8/2010 | John Donley | 1.20 | Draft and revise parol evidence witness notes re Maryland Casualty and review additional documentation (.8); correspond with L. Esayian and N. Kritzer re same (.4). |
| 4/8/2010 | Lisa G Esayian | 4.50 | Confer with T. Freedman re CNA issues (.3); confer with P. Mahaley re same (.5); work on Maryland Casualty negotiation history issues (1.2); correspond with J. Donley and N. Kritzer re same (.3); review certain proposed insurance settlements (1.5); provide comments to FCR's counsel re same (.7). |
| 4/8/2010 | Theodore L Freedman | 4.50 | Draft and revise confirmation order (1.6); review and comment on memos re Maryland Casualty issues (1.1); confer with team members re confirmation order (.5); confer with various parties re plan amendments (1.0); confer with L. Esayian re CNA (.3). |
| 4/9/2010 | Nate Kritzer | 5.30 | Draft memo re parol evidence rule (2.1); revise summary of negotiating documents re Maryland Casualty 1991 agreement (2.9); correspond with L. Esayian and J. Donley re same (.3). |
| 4/9/2010 | Kimberly K Love | 3.00 | Prepare and organize various materials requested by L. Esayian re Posner (1.2); prepare and organize information requested by L. Esayian re workers compensation policies re CNA and Maryland Casualty (1.8). |
| 4/9/2010 | Deanna D Boll | 4.80 | Review issues re plan settlements and outstanding objections re findings and legal conclusions for confirmation over objections. |

A-12

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 4/9/2010 | John Donley | 1.40 | Analyze Maryland Casualty issues, research and documents re parol evidence and relevant case law (1.0); correspond with A. Marchetta and with L. Esayian and N. Kritzer re same (.4). |
| 4/9/2010 | Lisa G Esayian | 5.50 | Confer with P. Mahaley re CNA issues (.7); confer with T. Freedman re same (.3); conduct additional work on same (1.7); confer with J. Posner re same (.3); continue drafting reply to Maryland Casualty's brief re estoppel issues (2.3); correspond with J. Donley and N. Kritzer re same (.2). |
| 4/9/2010 | Theodore L Freedman | 4.00 | Revise confirmation order (.8); review settlement documents (1.1); review memos re Maryland Casualty issues (.5); confer with various parties re plan amendment issues (1.3); confer with L. Esayian re CNA (.3). |
| 4/11/2010 | Kristina Alexander | 4.10 | Research procedure for seeking affirmance of confirmation order and draft correspondence to team re same (3.3); review proposed confirmation order (.8). |
| 4/12/2010 | Christopher T Greco | 0.70 | Correspond with D. Boll, J. O'Connell and T. Christopher re draft confirmation order and review same. |
| 4/12/2010 | Nate Kritzer | 1.20 | Review case law on judicial estoppel (.7); draft correspondence to J. Donley and L. Esayian re same (.5). |
| 4/12/2010 | Kimberly K Love | 2.00 | Obtain and review precedent materials re parol evidence requested by J. Donley (1.1); review and organize precedent material requested by L. Esayian (.9). |
| 4/12/2010 | Deanna D Boll | 4.50 | Edit and revise confirmation order and lender findings (4.2); confer with C. Greco re confirmation order edits (.1); correspond with team members re same (.2). |
| 4/12/2010 | John Donley | 2.60 | Review N. Kritzer parol evidence memo (.2); confer with L. Esayian re Maryland Casualty strategy (.3); prepare for conference with Libby, ACC and FCR counsel (.7); draft memorandum re possible joint approach (.6); participate in conference with Libby, ACC and FCR counsel (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/2010 | Lisa G Esayian | 5.50 | Confer with J. Posner re CNA issues (.9); work on same (1.2); correspond with FCR's counsel re same (.5); draft reply to Maryland Casualty's estoppel issues (2.6); confer with J. Donley re same (.3). |
| 4/12/2010 | Theodore L Freedman | 6.00 | Edit and revise confirmation order and conduct various conferences with team members re same (3.4); review memos re Maryland Casualty issues (.8); confer with various parties re plan amendment issues (1.8). |
| 4/13/2010 | Christopher T Greco | 1.20 | Correspond with T. Christopher and A. Gregory re draft confirmation order language (.4); correspond with J. O'Connell re same (.4); review and follow up re same (.4). |
| 4/13/2010 | Nate Kritzer | 1.80 | Review proposed confirmation order. |
| 4/13/2010 | Kimberly K Love | 2.00 | Prepare and organize precedent information re parol evidence requested by J. Donley (1.2); prepare and organize various materials re CNA and Maryland Casualty requested by L. Esayian (.8). |
| 4/13/2010 | Lisa G Esayian | 4.50 | Correspond with R. Finke, J. Baer and R. Higgins re certain claims in connection with CNA issues (1.0); correspond with R. Finke re certain proposed insurance settlements (.8); work on Maryland Casualty issues (2.7). |
| 4/13/2010 | Theodore L Freedman | 4.50 | Edit and revise confirmation order (1.7); review settlement materials (1.0); confer with co-proponent and K&E team re confirmation issues and follow up on various issues re same (1.8). |
| 4/14/2010 | Christopher T Greco | 2.30 | Confer with M. Shelnitz, T. Freedman and others re confirmation order and next steps (.4); prepare for same and follow up re same (.7); correspond with T. Christopher re securities issue in confirmation order and review same (.4); correspond with team members re exit financing issue in confirmation order and review same (.4); draft markup of confirmation order and provide comments to D. Boll re same (.4). |
| 4/14/2010 | Kristina Alexander | 1.00 | Confer with team re confirmation order and confirmation proceedings strategy. |
| 4/14/2010 | Nate Kritzer | 1.70 | Review proposed confirmation order (.6); confer with team re same (1.1). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/14/2010 | Kimberly K Love | 7.00 | Prepare and organize exhibits and topical subject files re lender information and production. |
| 4/14/2010 | Maria D Gaytan | 7.00 | Prepare and organize materials returned from confirmation hearing trial for inclusion in applicable case databases. |
| 4/14/2010 | Morgan Rohrhofer | 2.00 | Redact transcript containing confidential patient information for B. Stansbury. |
| 4/14/2010 | Deanna D Boll | 3.80 | Confer with K&E team and co-proponents re confirmation order (1.1); consider issues re PD litigation post-confirmation and confer with L. Esayian re same (.3); confer with J. Baer re FOFs (.1); edit and revise confirmation order (2.3). |
| 4/14/2010 | Justin S Brooks | 1.90 | Review proposed confirmation order (.8); confer with co-proponents and K&E team re same (1.1). |
| 4/14/2010 | John Donley | 3.30 | Review parol evidence and judicial estoppel cases and research (1.6); draft memo to client re Maryland Casualty objection (.3); correspond with T. Freedman re same (.2); review/analyze relevant case law re same (.5); confer with client re strategy (.7). |
| 4/14/2010 | Lisa G Esayian | 6.00 | Correspond with FCR's counsel re certain insurance settlements (.7); correspond with R. Finke re PD issues (.3); confer with D. Boll re same (.2); work on Maryland Casualty discovery issues and reply brief (4.8). |
| 4/14/2010 | Theodore L Freedman | 6.50 | Draft and revise confirmation order (2.5); review settlement document (1.0); confer with various parties re plan amendment issues (1.1); confer with client and co-proponents re confirmation strategy (1.2); confer with R. Frankel re FCR issues (.5); correspond with J. Donley re Maryland Casualty (.2). |
| 4/15/2010 | Nate Kritzer | 1.80 | Review draft brief on estoppel issues (.6); draft discovery requests to Maryland Casualty (1.2). |
| 4/15/2010 | Kimberly K Love | 5.00 | Prepare and organize various materials re Maryland Casualty requested by L. Esayian and J. Donley (2.2); prepare and organize CDs and production materials for inclusion in case databases (2.8). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/15/2010 | Deanna D Boll | 7.00 | Confer with J. Baer and T. Freedman re confirmation order issues (.3); confer with J. Baer and R. Higgins re employee benefits issues for confirmation order (.5); confer with co-proponents re confirmation order (.8); edit and revise confirmation order (5.4). |
| 4/15/2010 | Justin S Brooks | 6.80 | Conduct research on creditors' right to object to claim of another creditor (3.1); draft memorandum re same (3.7). |
| 4/15/2010 | John Donley | 6.30 | Review case law authority and research re judicial estoppel (5.2); review case law, pleadings from other cases and research re 502(a) and joinder questions and confer with T. Freedman re same (.5); correspond with L. Esayian re joinder and judicial estoppel issues (.3); work on Maryland Casualty discovery (.3). |
| 4/15/2010 | Lisa G Esayian | 5.50 | Correspond with P. Mahaley re settlement issues (.5); revise draft CNA settlement (1.0); correspond with M. Giannotto re same (.5); draft Maryland Casualty reply brief (3.5). |
| 4/16/2010 | Christopher T Greco | 0.70 | Confer with T. Freedman and Blackstone re potential warrant buyback issue and prepare for same. |
| 4/16/2010 | Nate Kritzer | 2.60 | Draft scheduling order for Maryland Casualty objection (1.2); draft discovery requests to Maryland Casualty (1.4). |
| 4/16/2010 | Kimberly K Love | 3.00 | Prepare and organize materials re attorney work product for inclusion in applicable case databases. |
| 4/16/2010 | Maria D Gaytan | 7.00 | Prepare and organize materials returned from confirmation hearing trial for inclusion in case databases. |
| 4/16/2010 | John Donley | 3.00 | Review and analyze research re claim objection joinder and intervention issues (1.0); review draft confirmation order (.8); review various recent pleadings (.3); confer with ACC, FCR and K&E re hearing and plan issues (.5); confer with L. Esayian re Maryland Casualty issues (.4). |
| 4/16/2010 | Lisa G Esayian | 5.50 | Consider issues re Libby claimants' joinder to objection to Maryland Casualty's claims (.7); confer with J. Donley re same (.3); work on CNA issues (1.0); confer with J. Posner re same (.5); draft reply brief re Maryland Casualty (3.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/16/2010 | Theodore L Freedman | 3.50 | Confer with Blackstone and K&E team members re financing issues and follow up on certain matters after same (1.5); confer with ACC, FCR and K&E team members and further confer with K&E and follow up after same (2.0). |
| 4/18/2010 | Nate Kritzer | 2.20 | Draft discovery requests to Maryland Casualty. |
| 4/19/2010 | Nate Kritzer | 2.10 | Draft discovery requests to Maryland Casualty (1.7); summarize issues from Maryland Casualty claim objection briefing (.4). |
| 4/19/2010 | Kimberly K Love | 4.00 | Prepare and organize Maryland Casualty information requested by J. Donley (1.2); prepare and organize attorney work product from confirmation hearings for inclusion in case databases (2.8). |
| 4/19/2010 | Maria D Gaytan | 6.00 | Prepare and organize materials returned from confirmation hearing trial for inclusion in applicable case databases. |
| 4/19/2010 | Deanna D Boll | 6.60 | Confer with J. Baer and T. Freedman re confirmation order and proposed findings (.5); consider issues re PD litigation post-confirmation (.4); confer with J. O'Neill re plan request from Court (.2); review and revise confirmation order with P. Lockwood, R. Finke and other comments (3.1); edit and revise lender findings (2.4). |
| 4/19/2010 | Lisa G Esayian | 1.50 | Work on CNA issues (1.0); work on Hartford issues (.5). |
| 4/20/2010 | Kristina Alexander | 0.20 | Follow up with J. O'Neill re procedure for District Court review (.1); confer with T. Freedman re same (.1). |
| 4/20/2010 | Nate Kritzer | 3.50 | Confer with L. Esayian and J. Donley re Maryland Casualty claim objection (.3); review objection to Maryland Casualty claim and response to same (.5); outline argument sections for reply brief re same (.7); research ripeness and burden of proof issues (2.0). |
| 4/20/2010 | Maria D Gaytan | 7.00 | Review and obtain various documents requested by L. Esayian, N. Kritzer and D. Boll (3.4); prepare and organize materials returned from confirmation hearing trial for inclusion in case databases (3.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/20/2010 | Deanna D Boll | 8.30 | Organize and review plan documents per J. Fitzgerald request (.8); coordinate filing of same with Pachulski (.3); review Canadian ZAI PD claims report from Rust re late claims (.2); edit and revise FOFs and confirmation order (6.3); confer with J. Brooks re confirmation order (.2); confer with R. Wyron re plan confirmation issues (.2); confer with BMC re voting issues (.3). |
| 4/20/2010 | Justin S Brooks | 0.70 | Review proposed confirmation order (.5); confer with D. Boll re same (.2). |
| 4/20/2010 | John Donley | 0.70 | Work on draft order and Maryland Casualty follow-up issues and outline briefing (.3); confer with L. Esayian and N. Kritzer re same (.4). |
| 4/20/2010 | Lisa G Esayian | 2.50 | Confer with J. Donley and N. Kritzer re Maryland Casualty issues in light of yesterday's hearing (.5); work on same (1.0); work on issues re CNA insurance policies to be covered by potential settlement agreement (1.0). |
| 4/20/2010 | Theodore L Freedman | 5.00 | Confer with client re strategy (1.6); address issues re confirmation order, including conferences with various team members (1.1); follow up on matters re Maryland Casualty order (1.3); follow up on matters re final plan (1.0). |
| 4/21/2010 | Kimberly K Love | 1.00 | Review and edit information requested by D. Boll re various objections to plan. |
| 4/21/2010 | Maria D Gaytan | 6.00 | Prepare and organize materials returned from confirmation hearing trial for inclusion in case databases (5.8); confer with D. Boll re plan objection materials (.2). |
| 4/21/2010 | Deanna D Boll | 8.10 | Review preliminary and final plan objections re settlement issues (3.2); confer with M. Gaytan re same (.2); confer with Pachulski re plan filing (.2); confer with J. Baer, T. Freedman and plan proponents re draft confirmation order and edit same (2.1); edit FOFs re lender issues (2.4). |
| 4/21/2010 | Ashley S Gregory | 0.50 | Confer with J. O'Donnell and C. Nagler re timing of financing documents. |
| 4/21/2010 | Lisa G Esayian | 1.00 | Reply to inquiries from various insurers' counsel re status of plan confirmation process (.7); review final version of motion for approval of North Star settlement (.3). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/21/2010 | Theodore L Freedman | 6.00 | Address various matters related to confirmation order and strategies for moving case forward, including various conferences on same (4.5); review CNA matters (1.5). |
| 4/21/2010 | Travis J Langenkamp | 1.00 | Research H. Mason deposition video issues. |
| 4/22/2010 | Lisa G Esayian | 4.00 | Review draft confirmation order and consider additional material re insurance issues that may need to be added (1.0); correspond with P. Mahaley re several draft insurance settlements (.5); correspond with T. Freedman re insurance issues relevant to Libby settlement issues (.3); correspond with F. Zaremby re certain CNA policies (.2); confer with P. Mahaley re CNA issues (.6); review Hartford's proposed revisions to draft settlement agreement (1.0); correspond with P. Mahaley re same (.4). |
| 4/22/2010 | Theodore L Freedman | 3.50 | Finalize draft of confirmation order (2.2); review comments (.9); correspond with L. Esayian re Libby settlement (.4). |
| 4/23/2010 | John Donley | 1.10 | Review and comment on draft confirmation order. |
| 4/23/2010 | Lisa G Esayian | 5.50 | Confer with P. Mahaley re various proposed insurance settlement agreements (.5); review Hartford's proposed revisions to proposed settlement agreement (1.0); provide comments to P. Mahaley re same (.5); review proposed CNA settlement approval motion (.8); confer with T. Freedman re same (.2); review insurance and PD provisions in current draft confirmation order (.8); consider additional language to be added re same (.5); work on Maryland Casualty issues (1.2). |
| 4/23/2010 | Theodore L Freedman | 3.50 | Finalize draft of confirmation order (3.3); confer with L. Esayian re CNA (.2). |
| 4/25/2010 | Lisa G Esayian | 0.50 | Work on approval motions and orders for various insurance settlements. |
| 4/26/2010 | Kimberly K Love | 2.00 | Review and obtain various pleadings requested by J. Baer re reference of case being given back to Court from Judge Wolin. |
| 4/26/2010 | Ashley S Gregory | 0.50 | Confer with D. Tarr (.1); review recent Deutsche Bank precedent agreements (.4). |

A-19

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/26/2010 | Lisa G Esayian | 5.30 | Revise draft approval motion for CNA settlement (1.0); confer with T. Freedman re same (.4); correspond with T. Freedman re Maryland Casualty issues (.4); add material to draft confirmation order re several insurance settlements (1.0); revise judicial estoppel arguments for reply in support of objections to Maryland Casualty claims (2.5). |
| 4/26/2010 | Theodore L Freedman | 5.00 | Edit draft of confirmation order (3.6); review FCR comments (.8); confer with L. Esayian re Maryland Casualty and CNA (.6). |
| 4/27/2010 | Nate Kritzer | 1.60 | Draft brief inserts re ripeness, burden of proof for reply to Maryland Casualty brief opposing claims objection. |
| 4/27/2010 | Kimberly K Love | 1.00 | Prepare and organize materials requested by L. Esayian (.2); review docket for information re order for reference to be reinstated (.8). |
| 4/27/2010 | Deanna D Boll | 8.30 | Review and revise confirmation order and confer with co-proponents re same (7.8); correspond with L. Esayian re PD issues (.5). |
| 4/27/2010 | Ye (Cecilia) Hong | 0.80 | Review commitment papers markup (.2); correspond with K&E team re term sheet drafting (.3); draft exit term sheets (.3). |
| 4/27/2010 | John Donley | 0.50 | Analyze Maryland Casualty issues and possible settlement (.3); review correspondence re Wisler approach and respond to T. Freedman re same (.2). |
| 4/27/2010 | Lisa G Esayian | 3.50 | Draft portions of reply brief in support of objections to Maryland Casualty's claims (2.5); correspond with D. Boll re issues re PD settlements for confirmation order (.5); correspond with P. Mahaley re insurers' comments re several proposed insurance settlements (.5). |
| 4/27/2010 | Theodore L Freedman | 6.00 | Edit draft of confirmation order and confer with various team members and client re same. |
| 4/28/2010 | Nate Kritzer | 2.20 | Draft brief inserts re ripeness, burden of proof for reply to Maryland Casualty brief opposing claims objection. |
| 4/28/2010 | Kimberly K Love | 6.00 | Review materials for information requested by J. Baer re referring jurisdiction |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/28/2010 | Maria D Gaytan | 1.00 | Prepare and organize materials returned from confirmation hearing trial for inclusion in case databases. |
| 4/28/2010 | Deanna D Boll | 7.50 | Edit and revise confirmation order and confer with co-proponents re same. |
| 4/28/2010 | Ashley S Gregory | 1.50 | Coordinate term sheet preparation (.6); review precedents for credit documentation (.9). |
| 4/28/2010 | Paul Fraumann | 2.10 | Research, organize and distribute to Y. Hong precedent re exit credit agreements, commitment letters and term sheets. |
| 4/28/2010 | Ye (Cecilia) Hong | 0.90 | Review current draft commitment papers and markups (.4); confer with K&E team re term sheet drafting (.2); prepare and draft term sheets (.3). |
| 4/28/2010 | John Donley | 1.40 | Analyze issues and next steps re CNA settlement (1.2); review recent pleadings and orders (.2). |
| 4/28/2010 | Lisa G Esayian | 1.00 | Review proposed revisions to various insurance settlement agreements. |
| 4/28/2010 | Theodore L Freedman | 4.00 | Finalize draft of confirmation order (3.0); review comments re same (1.0). |
| 4/29/2010 | Nate Kritzer | 2.50 | Draft brief insert for Maryland Casualty objection reply brief re ripeness, burden of proof (1.9); confer with T. Freedman re same (.3); review proposed settlement with CNA (.3). |
| 4/29/2010 | Kimberly K Love | 1.00 | Prepare and organize materials requested by L. Esayian re settlement agreements. |
| 4/29/2010 | Maria D Gaytan | 4.80 | Prepare and organize materials returned from confirmation hearing trial for inclusion in case databases. |
| 4/29/2010 | Deanna D Boll | 8.40 | Edit and revise confirmation order and confer with K&E and co-proponents re same. |
| 4/29/2010 | Christian O Nagler | 1.30 | Confer with co-proponents re financing timing and logistics. |
| 4/29/2010 | Ashley S Gregory | 1.00 | Confer with team and co-proponents re exit issues. |
| 4/29/2010 | Ye (Cecilia) Hong | 5.60 | Confer with client and team re exit financing (1.2); further confer with K&E team re exit financing term sheets (1.1); draft exit financing term sheets (3.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/29/2010 | Justin S Brooks | 2.00 | Confer with T Freedman re lender issues (.4); confer with J. Baer re same (.2); confer with J. O'Neill re same (.2); review status of lender appeal of claims allowance appeal re default interest and prepare summary re same (1.2). |
| 4/29/2010 | John Donley | 3.80 | Work on draft confirmation order, edits to same and review ACC/FCR comments and correspond re same (2.0); analyze CNA issues and settlement and impact on other aspects of case and confer with L. Esayian and T. Freedman re same (1.8). |
| 4/29/2010 | Lisa G Esayian | 4.50 | Review and provide comments re revised draft approval motion for American Re settlement (.5); review revisions to draft confirmation order re certain insurance issues (.5); correspond with R. Wyron, P. Mahaley and D. Boll re same (.3); confer with T. Freedman and J. Donley re CNA issues (1.2); revise draft approval motion for CNA settlement (1.3); review certain portions of PD settlement agreements and consider provisions re same for draft confirmation order (.5); correspond with D. Boll re same (.2). |
| 4/29/2010 | Theodore L Freedman | 5.00 | Address various issues in connection with confirmation order (2.7); confer with client re confirmation order issues (1.8); confer with J. Donley and L. Esayian re CNA issues (.5). |
| 4/30/2010 | Nate Kritzer | 3.40 | Confer with client re confirmation order and CNA settlement (1.6); revise Maryland Casualty brief insert re ripeness, burden of proof (1.8). |
| 4/30/2010 | Kimberly K Love | 2.00 | Prepare and organize materials requested by L. Esayian re Maryland Casualty (1.1); prepare and organize various materials requested by N. Kritzer (.9). |
| 4/30/2010 | Maria D Gaytan | 6.50 | Prepare and organize materials returned from confirmation hearing trial for inclusion in case databases. |
| 4/30/2010 | Deanna D Boll | 6.50 | Finalize and file proposed confirmation order and coordinate same with local counsel and co-proponents. |
| 4/30/2010 | Justin S Brooks | 1.60 | Confer with co-proponents and K&E re confirmation order and settlements. |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/2010 | John Donley | 2.00 | Analyze CNA settlement issues, including jurisdictional and factual elements and outline issues (1.0); confer with R. Wyron, P. Lockwood and T. Freedman re same (1.0). |
| 4/30/2010 | Lisa G Esayian | 4.50 | Review final insurance-related revisions to draft confirmation order (.8); correspond with D. Boll re same (.2); review final revisions to Am Re settlement (.4); correspond with P. Mahaley re same (.2); confer with R. Wyron, P. Lockwood, T. Freedman and J. Donley re CNA and Maryland Casualty issues (1.5); revise Maryland Casualty reply brief (1.2); correspond with J. Donley and N. Kritzer re same (.2). |
| 4/30/2010 | Theodore L Freedman | 2.50 | Confer with team and co-proponents re CNA issues and follow up on matters re same. |
| | Total: | 520.70 | |

A-23

## Matter 59 - Lyondell Reclamation Claims- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/7/2010 | Christopher T Greco | 0.50 | Correspond with S. Ahern and E. Eller re Grace voting ballots and follow up re same. |
| 4/7/2010 | Nate Kritzer | 0.10 | Reply to correspondence re creditor entities for Lyondell claims. |
| 4/8/2010 | Christopher T Greco | 0.30 | Correspond with S. Ahern and E. Eller re voting ballot follow up and delivery confirmation re same. |
| 4/16/2010 | Christopher T Greco | 0.30 | Correspond with E. Eller re W-9 form in connection with Lyondell distribution. |
| | Total: | 1.20 | |

**Matter 60 - Delphi Preference Defense - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/1/2010 | Christopher T Greco | 0.40 | Correspond with M. Dexter re Delphi answer and review comments to same. |
| 4/2/2010 | Christopher T Greco | 0.20 | Correspond with Delphi counsel re April 12 answer extension and follow up with client re same. |
| 4/5/2010 | Christopher T Greco | 0.40 | Follow up with K. Alexander re Delphi answer and review same. |
| 4/7/2010 | Christopher T Greco | 0.60 | Correspond with Delphi counsel re extension re answer and settlement discussions and follow up with K. Alexander and L. Marchman re same. |
| 4/9/2010 | Christopher T Greco | 0.50 | Correspond with Delphi counsel re extension and follow up with L. Marchman and K. Alexander re documentation. |
| 4/12/2010 | Christopher T Greco | 0.20 | Correspond with K. Alexander re documentation of payment history re Delphi and follow up re same. |
| 4/12/2010 | Kristina Alexander | 1.30 | Confer with C. Greco re Delphi response (.2); review documentation re defense to Delphi preference action, summarize same and correspond with C. Greco re same (1.1). |
| 4/13/2010 | Kristina Alexander | 1.80 | Review documentation re defense to Delphi preference action, summarize and correspond with C. Greco and M. Kaysiewicz re same (.6); review and revise summary of defense documentation (1.2). |
| 4/14/2010 | Christopher T Greco | 0.60 | Correspond with Delphi counsel re settlement issues and review documentation re same. |
| 4/21/2010 | Kristina Alexander | 0.20 | Correspond with C. Greco re Delphi claim and prepare correspondence to D. Devine, et al. re same. |
| 4/22/2010 | Christopher T Greco | 0.40 | Review correspondence re Delphi answer extension and correspond with K. Alexander re same. |
| 4/22/2010 | Kristina Alexander | 0.30 | Confer with C. Greco re Delphi response and correspond with D. Devine re same. |
| | Total: | 6.90 | |

# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Local Transportation | $199.00 |
| Travel Expense | $438.90 |
| Airfare | $974.40 |
| Transportation to/from airport | $128.60 |
| **Total:** | **$1,740.90** |

**Matter 42 – Travel non-working – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 3/18/2010 | 92.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 03/18/2010, JOHN DONLEY, Home to ORD |
| 4/15/2010 | 602.40 | John Donley, Airfare, Philadelphia, PA, 04/18/10 to 04/19/10, (Court Hearing) |
| 4/18/2010 | 90.00 | John Donley, Cabfare, Wilmington, DE, 04/18/10, (Court Hearing), Airport to hotel |
| 4/18/2010 | 438.90 | John Donley, Hotel, Hotel DuPont, Wilmington, DE, 04/18/10, (Court Hearing) |
| 4/19/2010 | 109.00 | John Donley, Cabfare, Wilmington, DE, 04/19/10, (Court Hearing), Pachulski to airport |
| 4/19/2010 | 372.00 | Theodore Freedman, Trainfare, New York, NY / Wilmington, DE, 04/19/10 to 04/19/10, (Court Hearing) |
| 4/19/2010 | 36.00 | John Donley, Transportation To/From Airport, Chicago, IL, 04/19/10, (Court Hearing), MDW to home |
| Total: | 1,740.90 | |

B-3

**Matter 52 – Expenses – Expenses**

| Service Description | Amount |
| --- | --- |
| Third Party Telephone Charges | $79.98 |
| Standard Copies or Prints | $2,991.20 |
| Binding | $240.80 |
| Tabs/Indexes/Dividers | $54.50 |
| Color Copies or Prints | $61.00 |
| Scanned Images | $39.40 |
| Postage | $70.51 |
| Overnight Delivery | $244.74 |
| Outside Messenger Services | $131.15 |
| Court Reporter Fee/Deposition | $853.30 |
| Calendar/Court Services | $25.00 |
| Professional Fees | $341,960.77 |
| Outside Computer Services | $1,127.20 |
| Computer Database Research | $4,988.68 |
| Overtime Transportation | $7.90 |
| Overtime Meals - Attorney | $200.39 |
| Electronic Data Storage | $2,771.09 |
| **Total:** | **$355,847.61** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/31/2009 | 1.62 | INTERCALL - Third Party Telephone Charges, Conference call, K. Alexander |
| 1/25/2010 | 150.00 | AMERICAN RIVER LOGISTICS LTD - Overnight Delivery, Shipment from Pittsburgh, 1/25/10 |
| 1/31/2010 | 13.51 | INTERCALL - Third Party Telephone Charges, Conference calls, C. Greco |
| 3/4/2010 | 49.77 | WEST, Computer Database Research, LOVE, KIMBERLY, MARCH 2010 |
| 3/15/2010 | 18.99 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 3/15/2010 |
| 3/16/2010 | 27.62 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 3/16/2010 |
| 3/17/2010 | 13.18 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 3/17/2010 |
| 3/18/2010 | 19.51 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 3/18/2010 |
| 3/19/2010 | 52.80 | WEST, Computer Database Research, DONLEY, JOHN, MARCH 2010 |
| 3/22/2010 | 92.59 | WEST, Computer Database Research, BOLL, DEANNA D., MARCH 2010 |
| 3/23/2010 | 19.47 | WEST, Computer Database Research, WELCH, MELINDA, MARCH 2010 |
| 3/24/2010 | 191.46 | LEXISNEXIS, Computer Database Research, KRITZER, NATHANIEL, 3/24/2010 |
| 3/26/2010 | 298.70 | WEST, Computer Database Research, KRITZER, NATHANIEL, MARCH 2010 |
| 3/26/2010 | 17.53 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Justin S. Brooks, Overtime Meals - Attorney, 3/26/2010 |
| 3/27/2010 | 353.81 | WEST, Computer Database Research, BROOKS, JUSTIN S., MARCH 2010 |
| 3/30/2010 | 53.39 | WEST, Computer Database Research, ESAYIAN, LISA G., MARCH 2010 |
| 3/31/2010 | 1,127.20 | C2 LEGAL - Outside Computer Services, User License Fee, 3/31/10 |
| 3/31/2010 | 14.57 | WEST, Computer Database Research, TURANO, EMILY, MARCH 2010 |

B-5

| Date | Amount | Description |
|------|--------|-------------|
| 3/31/2010 | 1,750.39 | Electronic Data Storage |
| 4/1/2010 | 0.30 | Standard Prints |
| 4/1/2010 | 22.80 | Standard Prints |
| 4/1/2010 | 0.50 | Standard Prints |
| 4/1/2010 | 2.40 | Standard Prints |
| 4/2/2010 | 23.20 | Standard Prints |
| 4/2/2010 | 3.40 | Standard Prints |
| 4/2/2010 | 0.10 | Scanned Images |
| 4/2/2010 | 6.30 | Standard Prints |
| 4/2/2010 | 1.40 | Standard Prints |
| 4/2/2010 | 28.14 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 4/2/2010 |
| 4/5/2010 | 0.70 | Standard Prints |
| 4/5/2010 | 13.10 | Standard Prints |
| 4/5/2010 | 0.30 | Standard Copies or Prints |
| 4/5/2010 | 1.60 | Standard Prints |
| 4/5/2010 | 6.30 | Binding |
| 4/5/2010 | 1.00 | Tabs/Indexes/Dividers |
| 4/5/2010 | 0.60 | Scanned Images |
| 4/5/2010 | 0.40 | Standard Prints |
| 4/5/2010 | 16.10 | Standard Prints |
| 4/5/2010 | 10.00 | Standard Prints |
| 4/5/2010 | 135.50 | Standard Prints |
| 4/5/2010 | 63.40 | Fed Exp to: NEW YORK CITY, NY from: Morgan Rohrhofer |
| 4/5/2010 | 209.00 | RESTRUCTURING CONCEPTS LLC - Computer Database Research, NetDocket Usage for March 2010, K. Alexander |
| 4/5/2010 | 20.42 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 4/5/2010 |
| 4/6/2010 | 3.80 | Standard Prints |
| 4/6/2010 | 0.20 | Standard Prints |
| 4/6/2010 | 119.20 | Standard Copies or Prints |
| 4/6/2010 | 0.40 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 4/6/2010 | 2.40 | Tabs/Indexes/Dividers |
| 4/6/2010 | 40.00 | Standard Prints |
| 4/6/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 4/6/2010 |
| 4/7/2010 | 3.20 | Standard Prints |
| 4/7/2010 | 2.70 | Standard Prints |
| 4/7/2010 | 184.10 | Binding |
| 4/7/2010 | 17.50 | Tabs/Indexes/Dividers |
| 4/7/2010 | 1.80 | Scanned Images |
| 4/7/2010 | 0.30 | Scanned Images |
| 4/7/2010 | 6.40 | Standard Prints |
| 4/7/2010 | 0.60 | Standard Prints |
| 4/7/2010 | 0.20 | Standard Prints |
| 4/7/2010 | 2.50 | Standard Prints |
| 4/7/2010 | 299.80 | Standard Copies or Prints |
| 4/7/2010 | 6.42 | Fed Exp to: COLUMBIA, MD from: Christopher Greco |
| 4/7/2010 | 341,960.77 | NERA - Professional Fees Economic Analysis Services - 02/26/08 - 03/24/08 |
| 4/7/2010 | 3,653.12 | PACER SERVICE CENTER, Computer Database Research, 1/1/2010 through 3/31/2010 |
| 4/8/2010 | 3.50 | Standard Prints |
| 4/8/2010 | 4.70 | Standard Prints |
| 4/8/2010 | 1.80 | Standard Prints |
| 4/8/2010 | 50.40 | Binding |
| 4/8/2010 | 33.60 | Tabs/Indexes/Dividers |
| 4/8/2010 | 1.80 | Scanned Images |
| 4/8/2010 | 1,234.70 | Standard Copies or Prints |
| 4/8/2010 | 6.40 | Standard Prints |
| 4/8/2010 | 271.60 | Standard Copies or Prints |
| 4/8/2010 | 853.30 | MAGNA LEGAL SERVICES LLC - Court Reporter Fee/Deposition, Deposition Transcript of Pamela D. Zilly, 09/14/09 |
| 4/9/2010 | 44.30 | Standard Prints |
| 4/9/2010 | 6.20 | Standard Prints |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 4/9/2010 | 0.10 | Standard Prints |
| 4/9/2010 | 0.40 | Standard Copies or Prints |
| 4/9/2010 | 6.30 | Standard Prints |
| 4/9/2010 | 0.30 | Standard Prints |
| 4/9/2010 | 0.20 | Scanned Images |
| 4/9/2010 | 1.60 | Scanned Images |
| 4/9/2010 | 4.50 | Scanned Images |
| 4/9/2010 | 0.30 | Scanned Images |
| 4/9/2010 | 1.30 | Scanned Images |
| 4/9/2010 | 1.10 | Scanned Images |
| 4/9/2010 | 0.40 | Scanned Images |
| 4/9/2010 | 302.90 | Standard Copies or Prints |
| 4/9/2010 | 0.90 | Standard Prints |
| 4/9/2010 | 0.90 | Standard Prints |
| 4/9/2010 | 7.20 | Standard Prints |
| 4/9/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 4/9/2010 |
| 4/9/2010 | 19.25 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 4/9/2010 |
| 4/12/2010 | 55.50 | Postage |
| 4/12/2010 | 12.95 | Fed Exp to: Richard Wyron, WASHINGTON, DC from: Ted Freedman |
| 4/13/2010 | 6.30 | Standard Prints |
| 4/13/2010 | 2.20 | Standard Prints |
| 4/13/2010 | 0.20 | Scanned Images |
| 4/13/2010 | 2.20 | Standard Copies or Prints |
| 4/13/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 4/13/2010 |
| 4/14/2010 | 5.50 | Standard Copies or Prints |
| 4/14/2010 | 0.20 | Standard Prints |
| 4/14/2010 | 2.10 | Standard Prints |
| 4/14/2010 | 4.70 | Standard Prints |
| 4/14/2010 | 0.10 | Scanned Images |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 4/14/2010 | 8.90 | Standard Prints |
| 4/14/2010 | 43.73 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LASALLE, Holly Bull, 4/14/2010 |
| 4/14/2010 | 16.45 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 4/14/2010 |
| 4/15/2010 | 13.90 | Standard Prints |
| 4/15/2010 | 8.80 | Standard Prints |
| 4/15/2010 | 5.70 | Standard Prints |
| 4/15/2010 | 0.30 | Scanned Images |
| 4/15/2010 | 3.00 | Scanned Images |
| 4/15/2010 | 9.80 | Standard Prints |
| 4/15/2010 | 9.70 | Standard Copies or Prints |
| 4/15/2010 | 7.90 | Justin Brooks, Cabfare, New York, NY, 04/15/10, (Overtime Transportation) |
| 4/16/2010 | 34.40 | Standard Prints |
| 4/16/2010 | 13.60 | Standard Prints |
| 4/16/2010 | 2.00 | Standard Prints |
| 4/16/2010 | 13.80 | Standard Copies or Prints |
| 4/16/2010 | 0.20 | Standard Prints |
| 4/16/2010 | 5.00 | Scanned Images |
| 4/16/2010 | 6.30 | Standard Prints |
| 4/16/2010 | 0.60 | Standard Prints |
| 4/16/2010 | 19.30 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 4/16/2010 |
| 4/19/2010 | 0.10 | Standard Prints |
| 4/19/2010 | 0.10 | Scanned Images |
| 4/19/2010 | 12.20 | Standard Copies or Prints |
| 4/19/2010 | 0.60 | Standard Prints |
| 4/19/2010 | 14.57 | Postage |
| 4/19/2010 | 11.97 | Fed Exp to: James O'Neill, Esq., WILMINGTON, DE from: Deanna Boll |
| 4/20/2010 | 3.10 | Standard Prints |
| 4/20/2010 | 0.10 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 4/20/2010 | 12.40 | Standard Prints |
| 4/20/2010 | 25.00 | Calendar/Court Services |
| 4/21/2010 | 1.20 | Standard Prints |
| 4/21/2010 | 0.30 | Standard Prints |
| 4/21/2010 | 5.50 | Standard Prints |
| 4/21/2010 | 0.44 | Postage |
| 4/22/2010 | 8.50 | Standard Prints |
| 4/22/2010 | 1.30 | Standard Prints |
| 4/23/2010 | 14.00 | Standard Prints |
| 4/23/2010 | 9.70 | Standard Prints |
| 4/23/2010 | 6.90 | Standard Prints |
| 4/26/2010 | 11.50 | Standard Copies or Prints |
| 4/26/2010 | 0.70 | Standard Prints |
| 4/26/2010 | 0.30 | Standard Prints |
| 4/26/2010 | 5.80 | Standard Prints |
| 4/26/2010 | 0.10 | Standard Prints |
| 4/26/2010 | 2.30 | Standard Prints |
| 4/26/2010 | 37.50 | Color Prints |
| 4/26/2010 | 1.20 | Scanned Images |
| 4/26/2010 | 16.60 | Standard Prints |
| 4/28/2010 | 1.70 | Standard Prints |
| 4/28/2010 | 8.90 | Standard Prints |
| 4/28/2010 | 17.70 | Standard Prints |
| 4/28/2010 | 1.20 | Scanned Images |
| 4/29/2010 | 6.10 | Standard Prints |
| 4/29/2010 | 0.60 | Standard Prints |
| 4/29/2010 | 0.10 | Standard Prints |
| 4/29/2010 | 1.50 | Standard Prints |
| 4/29/2010 | 23.50 | Color Prints |
| 4/29/2010 | 5.80 | Scanned Images |
| 4/29/2010 | 5.90 | Standard Prints |

B-10

| Date | Amount | Description |
|------|-------:|-------------|
| 4/29/2010 | 33.80 | Standard Prints |
| 4/29/2010 | 1.00 | Standard Prints |
| 4/29/2010 | 0.70 | Standard Prints |
| 4/30/2010 | 6.49 | INTERCALL - Third Party Telephone Charges, Conference calls, L. Esayian, 4/30/10 |
| 4/30/2010 | 58.36 | INTERCALL - Third Party Telephone Charges, Conference calls, T. Freedman, 4/30/10 |
| 4/30/2010 | 3.30 | Standard Prints |
| 4/30/2010 | 18.80 | Standard Prints |
| 4/30/2010 | 8.50 | Scanned Images |
| 4/30/2010 | 0.60 | Standard Prints |
| 4/30/2010 | 16.30 | Standard Prints |
| 4/30/2010 | 0.90 | Standard Prints |
| 4/30/2010 | 1,020.70 | Electronic Data Storage |
| Total: | 355,847.61 | |

## Matter 60 – Delphi Preference Defense – Expenses

| Service Description | Amount |
|---|---|
| Computer Database Research | $3.38 |
| **Total:** | **$3.38** |

**Matter 60 – Delphi Preference Defense – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 3/31/2010 | 3.38 | WEST, Computer Database Research, ALEXANDER, KRISTINA, MARCH 2010 |
| Total: | 3.38 | |