# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: June 22, 2010** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

### FEE DETAIL FOR OGILVY RENAULT LLP'S FORTIETH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

May 18, 2010
INVOICE: 991187

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending April 30, 2010

| | |
|---|---|
| FEES | $1,110.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 4.18 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,114.18 |

Canadian Funds

# COPY

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                                        01016442-0006

RE: Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 0.4 | $420.00 |
| O. Pasparakis | 0.6 | $456.00 |
| A. Kuntz | 0.6 | $234.00 |
| Total | 1.60 | $1,110.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/4/10 | Allison Kuntz | Circulating Order amending representative counsel order. | 0.10 | $39.00 |
| 16/4/10 | Orestes Pasparakis | Reviewing Representative Counsel emails. | 0.20 | $152.00 |
| 27/4/10 | Allison Kuntz | Speaking with J. Baer regarding status of U.S. proceedings. | 0.50 | $195.00 |
| 27/4/10 | Orestes Pasparakis | Following-up with U.S. counsel on status. | 0.40 | $304.00 |
| 29/4/10 | Derrick C. Tay | Dealing with recognition of U.S. confirmation order. | 0.40 | $420.00 |
|  |  | **TOTAL FEES** |  | **$1,110.00** |

## DISBURSEMENTS - NON TAXABLE

| Copies | 0.20 |
|---|---|
| Long distance calls | 3.98 |
|  | $4.18 |

INVOICE: 991187



**OGILVY RENAULT**

W.R. GRACE & CO.                                               01016442-0006

**RE: Litigation and litigation consulting**

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 16/4/10 | Allison Kuntz | Copies | 0.20 |
| 27/4/10 | Allison Kuntz | Long distance calls 13126412162 | 3.98 |
| | | TOTAL | $4.18 |

INVOICE: 991187



**OGILVY RENAULT**

Client: W.R. GRACE & CO.  
RE: Fee Applications, Applicant  
Matter No.: 01016442-0008

May 18, 2010  
INVOICE: 991188

GST: R111340006

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke  
Senior Litigation Counsel

For professional services rendered and disbursements incurred  
for the period ending April 30, 2010

| | |
|---|---|
| FEES | $1,475.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 60.92 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,535.92 |

**COPY**

Payable upon receipt

Please remit by Bank Transfer to  
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA  
Bank 003, Transit 00002, Acc. No. 106-030-0  
ABA # 021000021  
Swift Code # ROYCCAT2  
IBAN # 003106030000002  
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.  
Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street, P.O. Box 84  
Toronto, Ontario M5J 2Z4  
CANADA  
T: 416.216.4000  
F: 416.216.3930  
toronto@ogilvyrenault.com  
ogilvyrenault.com

Case 01-01139-AMC   Doc 24893-1   Filed 06/02/10   Page 6 of 7



**W.R. GRACE & CO.**  01016442-0008

RE: Fee Applications, Applicant

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.8 | $460.00 |
| K. Legree | 5.8 | $1,015.00 |
| Total | 6.60 | $1,475.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/4/10 | Katie Legree | Reviewing March 2010 Proformas. | 0.20 | $35.00 |
| 26/4/10 | Katie Legree | Preparing 39th Monthly Fee Application. | 1.70 | $297.50 |
| 27/4/10 | Katie Legree | Revising 39th Monthly Fee Application (0.40); forwarding same to R. Finke for review (0.10); forwarding same to T. Walsh for signature (0.10); drafting 13th Quarterly Interim Application (2.20). | 2.80 | $490.00 |
| 27/4/10 | Teresa Walsh | Reviewing 39th Monthly Fee Application (0.30); swearing of same (0.10). | 0.40 | $230.00 |
| 28/4/10 | Katie Legree | Arranging for service and filing of 39th Monthly Fee Application (0.10); providing same to Fee Auditor (0.10). | 0.20 | $35.00 |
| 29/4/10 | Katie Legree | Finalizing 13th Quarterly Interim Application (0.70); forwarding same to R. Finke for review (0.10); forwarding same to T. Walsh for signature (0.10). | 0.90 | $157.50 |
| 29/4/10 | Teresa Walsh | Reviewing and swearing of 13th Quarterly Interim Application. | 0.40 | $230.00 |
|  |  | **TOTAL FEES** |  | **$1,475.00** |

INVOICE: 991188



OGILVY RENAULT

W.R. GRACE & CO.                                                    01016442-0008

RE:  Fee Applications, Applicant

DISBURSEMENTS - NON TAXABLE
Courier service                                                           60.92
                                                                         $60.92

DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|------|------------|-------------|--------|
| 31/3/10 | Derrick C. Tay | Courier service FedEx shipment #435904185990 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 31-03-2010, GST: 0.00, QST: 0.00 | 30.53 |
| 28/4/10 | Derrick C. Tay | Courier service FedEx shipment #435904186942 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 28-04-2010, GST: 0.00, QST: 0.00 | 30.39 |
|  |  | TOTAL | $60.92 |

INVOICE: 991188