**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et. al</u>. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Related Docket Nos. 21801, 22424, 22741, 23102, 23204 |

**LONDON MARKET INSURANCE COMPANIES' WITHDRAWAL OF ALL PLAN OBJECTIONS AND CONSENT TO INSURANCE ASSIGNMENT**

Pursuant to Paragraph XIV.H. of their Bankruptcy Court-approved Amended and Restated Asbestos Settlement Agreement with Debtors (Dkt. Nos. 22741, 23102, 23204), and subject in all respects to the terms and conditions of that Settlement Agreement, and because the Approval Order has become a Final Order, certain London Market Insurance Companies as identified on Exhibit "A" to their Notice of Appearance filed on January 5, 2009, hereby: (i) withdraw all of their objections to confirmation of the Joint Plan of Reorganization and all plan-related documents (Dkt. Nos. 21801, 22424 ) and (ii) consent to the assignment of Asbestos Insurance Rights as provided in the Asbestos Insurance Transfer Agreement, Exhibit 6 to the Joint Plan of Reorganization (Dkt. No. 20872, 23474).

Dated: June 3, 2010                     Respectfully submitted,

                                        JOHN SHEEHAN SPADARO, LLC


                                        /s/ John S. Spadaro
                                        _____
                                        John S. Spadaro (Bar No. 3155)
                                        724 Yorklyn Road, Suite 375
                                        Hockessin, DE  19707
                                        (302) - 235 - 2516
                                        (302) - 235 – 2536

        Thomas J. Quinn
        Alexander Mueller
        Mendes & Mount LLP
        750 Seventh Avenue
        New York, NY  10019
        Telephone:  (212) 261-8000
        Facsimile:  (212) 261-8750

        Michael A. Shiner
        Tucker Arensberg, P.C.
        1500 One PPG Place
        Pittsburgh, PA 15222
        Telephone:  (412) 594-5586
        Facsimile:  (412) 594-5619

        *Counsel for Certain London Market Insurance Companies*