**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 6/23/10** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SIXTEENTH MONTHLY INTERIM PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010**

Name of Applicant:                               Hon. Alexander M. Sanders, Jr.

Authorized to Provide Services To:      Future Asbestos-Related Property Damage
                                                              Claimants and Holders of Demands

Date of Retention:                               September 22, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:            May 1, 2010 through May 31, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:                 $2,484.00   [80% of $3,105.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:      $0.00

This is a(n):  ☒Monthly        ☐Interim        ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | CNO Filed | CNO Filed |
| | | | | | |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period.  Judge Sanders has practiced law for over 40 years, and his billing rate is $450 per hour.

---

[1] At 80% of the total incurred.

In this Application period Judge Sanders billed 6.9 hours,[2] for a total amount billed of $3,105.00 of which 80% is currently sought, in the amount of $2,484.00.

As stated above, this is the sixteenth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1 hour, for which $600.00 will be requested in a future application of my counsel.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 6.9 | $3,105.00 |
| TOTAL | 6.9 | $3,105.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| None | $0.00 |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

### CERTIFICATE OF SERVICE

I certify that on the 3rd day of June, 2010,  this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*SANDERS & NETTLES, LLC*
*Attorneys at Law*
*208 Lincoln Street*
*Columbia, South Carolina 29201*

*Mailing address:  19 Water Street*
*Charleston, SC 29401*

## INVOICE FOR PROFESSIONAL SERVICES 5/1/10 – 5/31/10

June 3, 2010

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)


| Date | Services Performed | Time |
|---|---|---|
| 5/4/10 | Review of complex proposed order (unsolicited) confirming First Amended Joint Plan of Reorganization of W.R. Grace & Co., et al., etc. (71 pages plus Annex I and II, an additional 12 pages) | 4.5 |
| 5/5/10 | Review of e-mail Alan Rich, Esq., to Dan Hogan, Esq., regarding CCAA representative counsel use of Canadian dollars; distribution to representative counsel pursuant to Amended Minutes of Settlement; hiring of Pinchin as a "Qualified Expert" and Canadian ZAI counsel's monthly applications for reimbursement of payments made to Pinchin; failure to list PD FCR's counsel not being listed as a notice party on notices of applications | 1.0 |
| 5/16/10 | Review of e-mail from Dan Hogan to Alan Rich of May 10, 2010, and attachment consisting of Fee Application of Lauzon Belanger in connection with CDN ZAI Class Action (April 6, 2005, to April 31, 2008, and December 21, 2009, to March 31, 2010) (approx. 80 pages) | 1.0 |
| 5/18/10 | E-mail to Alan Rich re: above. | 0.2 |
| 5/18/10 | Review of e-mail from Alan Rich to me and e-mail from Janet Baer to him re: payment of CDN ZAI fees as per 5/16/10 entry above | 0.2 |


6.9 @ $450/hour        $ 3,105.00