IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., <u>et. al</u>. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors | ) |
| | ) Related Docket Nos. 21767, 22406, 22521, 22787, 23205 |

**ALLSTATE INSURANCE COMPANY'S WITHDRAWAL OF ALL PLAN OBJECTIONS AND CONSENT TO INSURANCE ASSIGNMENT**

Pursuant to Paragraph XV.G. of their Bankruptcy Court-approved Amended and Restated Asbestos Settlement Agreement with Debtors (Dkt. Nos. 22787, 23205), and subject in all respects to the terms and conditions of that Settlement Agreement, and because the Approval Order has become a Final Order, Allstate Insurance Company hereby: (i) withdraws all of its objections to confirmation of the Joint Plan of Reorganization and all plan-related documents (Dkt. Nos. 21767, 22406, 22521) and (ii) consents to the assignment of Asbestos Insurance Rights as provided in the Asbestos Insurance Transfer Agreement, Exhibit 6 to the Joint Plan of Reorganization (Dkt. No. 20872, 23474).

Dated: June 3, 2010

Respectfully submitted,

Andrew K. Craig
CUYLER BURK, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
Telephone: (973) 734-3200
Facsimile: (973) 734-3201

   /s/ James S. Yoder
James S. Yoder (Bar No. 2643)
WHITE & WILLIAMS LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 467-4524
*Counsel for Allstate Insurance Company*

6387057v.1