```
Date: 06/03/10            Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/20/10  Peterson  / (16) Plan and Disclosure Statement      2.5    2000.00
 #2601     Research source of proposal for Libby compensation; 800.00
           review TDP; telephone McMillan
-------------------------------------------------------------------------------
```

{D0181696.1 }                                                              Page 1

```
Date: 06/03/10           Legal Analysis Systems, Inc.
Time: 9:00am                                                    Page 2

                   W. R. Grace

            Summary Of Time Charges, By Month and Activity
                     April 2010 - April 2010

  MONTH      ACTIVITY                                   HOURS    AMOUNT
  ----------------------------------------------------------------------
  April      - (16) Plan and Disclosure Statement        2.5    2000.00
  April      - (99) Total                                2.5    2000.00

  Total      - (16) Plan and Disclosure Statement        2.5    2000.00
  Total      - (99) Total                                2.5    2000.00

----------------------------------------------------------------------------
```

{D0181696.1 }

```
Date: 06/03/10           Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 3

              W. R. Grace

           Summary Of Time Charges, By Month and Person
                   April 2010 - April 2010

   MONTH      PERSON                                   HOURS      AMOUNT
   ----------------------------------------------------------------
   April    - Peterson                                   2.5     2000.00
   April    - Total                                      2.5     2000.00

   Total    - Peterson                                   2.5     2000.00
   Total    - Total                                      2.5     2000.00

------------------------------------------------------------------------
```

{D0181696.1 }

```
Date: 06/03/10          Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 4

                W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                    April 2010 - April 2010

   MONTH      PERSON                              HOURS    RATE    AMOUNT
   ----------------------------------------------------------------------
   (16) Plan and Disclosure Statement

   April    - Peterson                              2.5    800.    2000.00

   ----------------------------------------------------------------------
```

{D0181696.1 }