**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |
| | ) | |
| | ) | Re: Docket Nos. 24726 & 24853 |

**CERTIFICATION OF COUNSEL REGARDING THE SECOND APPLICATION
OF CANADIAN ZAI CLAIMANTS PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND (b)(4)
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES OF THE HOGAN FIRM
INCURRED IN MAKING SUBSTANTIAL CONTRIBUTION FOR THE PERIOD
SEPTEMBER 1, 2008, THROUGH DECEMBER 21, 2009 [DOCKET NO. 24726]**

I, Daniel K. Hogan, as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel") for the Canadian ZAI Claimants, hereby certify the following:

1. On May 3, 2010, the Canadian ZAI Claimants filed the *Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009* [Docket No. 24726] ("THF's Second Substantial Contribution Application").

2. On May 21, 2010, Warren H. Smith & Associates, P.C., (the "Fee Auditor") issued the *Fee Auditor's Initial Report Regarding The Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period of September 1, 2008 through December 21, 2009* (the "Initial Report").

3. The Fee Auditor's Initial Report raised the following issues: (1) none of the time entries for The Hogan Firm were for less than 0.2 hours and should have been billed in tenths of an

hour (six minutes) as required by Del.L.R. 2016-1(d)(iv); (2) travel arrangements, an administrative task, should not have been charged to the bankruptcy estate; (3) non-working travel should have been billed at no more than 50% of regular hourly rates; and (4) there is an expense entry of $373.06 for "Travel Expense-Hotel-Hearing in Pittsburgh" for which detailed itemization should be provided.

4. In light of the Initial Report received from the Fee Auditor, on or about May 27, 2010, The Hogan Firm provided the Fee Auditor with its revised Time and Expense Summary for the Period September 1, 2008, through December 21, 2009. A true and correct copy of the revised Time and Expense Summary is attached hereto as **"Exhibit A"** ("Revised T&E Summary").

5. For the convenience of the Court, a redline version of the Revised T&E Summary showing changes from The Hogan Firm's original Time and Expense Summary is attached hereto as **"Exhibit B"**.

6. The Hogan Firm also provided the Fee Auditor with invoices and itemization for the "Travel Expense-Hotel-Hearing in Pittsburgh" as follows: "The hotel expense listed on 10/27/2008 is for the Omni William Penn Hotel, 530 William Penn Place, Pittsburgh, PA. The room rate was $279.00 USD plus $39.06 tax and Meal Expenses of $55.00 (Dinner 10/26/08 and Breakfast 10/27/08)."

7. On May 28, 2010, the Fee Auditor filed the *Fee Auditor's Final Report Regarding The Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making*

*Substantial Contribution for the Period of September 1, 2008 through December 21, 2009* (the "Fee Auditor's Final Report") [Docket No. 24853].

8. The undersigned certifies that he has reviewed the Court's docket and, as of the date of this certification, no answer, responsive pleading or other objections to THF's Second Substantial Contribution Application appear thereon and none have been received.

9. Therefore, the Canadian ZAI Claimants request payment in the aggregate amount of $103,612.94 US Dollars, comprised of: (i) professional fees in the amount of $100,494.00 US Dollars and expenses in the amount of $3,118.94 US Dollars. Accordingly, the Canadian ZAI Claimants respectfully request that the revised order, attached hereto as "**Exhibit C**", be entered for the allowance of immediate payment from the Debtors in the amount of $103,612.94 US Dollars.

Dated:   June 3, 2010                             Respectfully submitted,

                                        By:    */s/Daniel K. Hogan*
                                               Daniel K. Hogan (DE Bar No. 2814)
                                               **THE HOGAN FIRM**
                                               1311 Delaware Avenue
                                               Wilmington, Delaware 19806
                                               Telephone: (302) 656.7540
                                               Facsimile: (302) 656.7599
                                               E-Mail: dkhogan@dkhogan.com

                                               **Counsel for Representative Counsel to
                                               Canadian ZAI Claimants**