# EXHIBIT C

IN THE UNITED STATE BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |
| | ) | |
| | ) | Re: Docket Nos. 24726 & 24853 |

### ORDER GRANTING THE SECOND APPLICATION OF CANADIAN ZAI CLAIMANTS PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES OF THE HOGAN FIRM INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION FOR THE PERIOD SEPTEMBER 1, 2008, THROUGH DECEMBER 21, 2009 [DOCKET NO. 24726]

Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP, as Representative Counsel ("Representative Counsel") to Canadian Zonolite Attic Insulation Claimants, in the above-captioned bankruptcy case, having filed its Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making A Substantial Contribution for the Period September 1, 2008, through December 21, 2009 [Docket No. 24726] (the "Application"); and the Court having reviewed the Application and exhibits related thereto, including the Amended Minutes of Settlement; and the Court having been satisfied that sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having afforded all persons with standing an opportunity to be heard on the Application at a hearing held to consider approval of the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

    1.    The Application is GRANTED.

2. Capitalized terms not otherwise defined herein have the meaning given to them in the Application.

3. The Canadian ZAI Claimants are awarded the sum of US$100,494.00 as compensation for necessary professional services and US$3,118.94 for actual and necessary costs and expenses paid to The Hogan Firm for the period September 1, 2008, through December 21, 2009, for a total payment of US$103,612.94.

4. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: _____, 2010
Wilmington, Delaware

                                                                                       _____
United States Bankruptcy Judge