IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 23, 2010 |
| | : | Hearing Date: TBD, if necessary |

FEE DETAIL FOR DAY PITNEY LLP'S
ONE-HUNDRED FIFTH INTERIM FEE APPLICATION FOR THE PERIOD
FROM APRIL 1, 2010 THROUGH APRIL 30, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## APRIL 1, 2010 THROUGH APRIL 30, 2010[2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| Date | Description | Timekeeper | Hours | Dollars |
|---|---|---|---|---|
| 04/29/10 3 | E-mails and follow up with W. Hatfield regarding asbestos issues at Hamilton site | A. Marchetta | 0.3 | 195.00 |
| 04/29/10 3 | Address DEP status case issues and memo from client | W. Hatfield | 0.3 | 127.50 |
| 04/30/10 3 | DEP issues regarding Hamilton | A. Marchetta | 0.5 | 325.00 |
| 04/30/10 3 | Address memos on developing issues with NJDEP; review prior reports; call with B. Moffit and memo to T. Marchetta on matter; memo to clients in response to URS memo; review email from NJDEP on site inspection issues | W. Hatfield | 1.8 | 765.00 |
| 04/30/10 3 | Review e-mails regarding recent NJDEP site inspection and work with A. Marchetta and W. Hatfield re same | B. Moffitt | 1.1 | 462.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 2.10 | 425.00 | 892.50 |
| A. Marchetta | 0.80 | 650.00 | 520.00 |
| B. Moffitt | 1.10 | 420.00 | 462.00 |
| TOTALS: | 4.00 | | 1,874.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

## FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | TASK CODE | <u>HOURS</u> | <u>RATE</u> | <u>FEE</u> |
|---|---|---|---|---|
| A. Marchetta | 3 | 0.8 | 650.00 | 520.00 |
| W. Hatfield | 3 | 2.1 | 425.00 | 892.50 |
| B. Moffitt | 3 | 1.1 | 420.00 | 462.00 |
| TOTALS: | | 4.0 | | 1,874.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/01/10<br>18 | Review and respond to e-mails regarding filing of February 2010 Fee Application documents<br>K. Begley | | 0.2 | 55.00 |
| 04/09/10<br>14 | Follow up regarding information for J. Hughes<br>A. Marchetta | | 0.4 | 260.00 |
| 04/12/10<br>14 | Follow up with S. Parker regarding information requested by client; review information provided<br>A. Marchetta | | 0.3 | 195.00 |
| 04/12/10<br>14 | Work on project to compile documents regarding drafting history of 1996 settlement agreements with Maryland Casualty, including review of file indices and corresponding documents from prior litigation<br>S. Parker | | 5.4 | 864.00 |
| 04/14/10<br>14 | Conference with S. Parker and follow up regarding Maryland Casualty indemnity; e-mail to client regarding same<br>A. Marchetta | | 0.5 | 325.00 |
| 04/20/10<br>18 | Draft 35th Quarterly Fee Application documents; review and print docket entries for file<br>K. Begley | | 0.4 | 110.00 |
| 04/22/10<br>18 | Draft 35th Quarterly Fee Application documents; draft e-mail to S. Zuber regarding same<br>K. Begley | | 2.6 | 715.00 |
| 04/23/10<br>14 | Review, revise and discuss with K. Begley DP's draft Fee Application for Fourth Quarter 2009<br>S. Zuber | | 0.4 | 204.00 |
| 04/25/10<br>18 | Revise 35th Quarterly Fee Application documents and organize for filing<br>K. Begley | | 0.3 | 82.50 |
| 04/26/10<br>14 | Follow up regarding information for client on insurance cases<br>A. Marchetta | | 0.3 | 195.00 |

4

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.50 | 650.00 | 975.00 |
| S. Zuber | 0.40 | 510.00 | 204.00 |
| K. Begley | 3.50 | 275.00 | 962.50 |
| S. Parker | 5.40 | 160.00 | 864.00 |
| TOTALS: | 10.80 | | 3,005.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 3.5 | 275.00 | 962.50 |
| A. Marchetta | 14 | 1.5 | 650.00 | 975.00 |
| S. Zuber | 14 | 0.4 | 510.00 | 204.00 |
| S. Parker | 14 | 5.4 | 160.00 | 864.00 |
| TOTALS: | | 10.8 | | 3,005.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/16/10 | | E-mails regarding Deputy Attorney General request and follow up regarding same | | |
| 3 | | A. Marchetta | 0.3 | 195.00 |
| 04/16/10 | | Various e-mails regarding request by DAG Dickinson for update regarding status of Plan confirmation | | |
| 3 | | B. Moffitt | 0.3 | 120.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 650.00 | 195.00 |
| B. Moffitt | 0.30 | 400.00 | 120.00 |
| TOTALS: | 0.60 | | 315.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 0.3 | 650.00 | 195.00 |
| B. Moffitt | 3 | 0.3 | 400.00 | 120.00 |
| TOTALS: | | 0.6 | | 315.00 |

6

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## APRIL 1, 2010 THROUGH APRIL 30, 2010

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | |
|---|---|---:|
| 03/25/10 | VENDOR: UNITED PARCEL SERVICE INVOICE#: 000000081207130A DATE: 3/27/2010 UNITED PARCEL SERVICE; 000000081207130; 03/27/2010; Shipped to John Donley, Esq.; Chicago, IL | 37.39 |
| | Matter Total Engagement Cost: | 37.39 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | |
|---|---|---:|
| 03/07/10 | VENDOR: AMERICAN EXPRESS; INVOICE#: AME040210AJM; DATE: 4/2/2010 - ATTM - Alpharetta - GA | 24.00 |
| | Matter Total Engagement Cost: | 24.00 |

| | |
|---|---:|
| **Grand Total Expenses for the Fee Period April 1, 2010 through April 30, 2010** | **$61.39** |

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 23, 2010 |
| | : | Hearing Date: TBD, if necessary |

### VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey  
Dated: June 3, 2010

Respectfully submitted,  
DAY PITNEY LLP

_/s/ Anthony J. Marchetta_  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950  
Telephone: (973) 966-6300  
Facsimile: (973) 966-1015

2