## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) ) ) | **Case No. 01-1139 (JKF)** |
| Debtors. | ) ) | Objection Deadline: June 2, 2010 at 4:00 p.m. Ref. No. 24760 |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 24760
### (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventh Monthly Interim Application (the "Application") of Lincoln Partners Advisors LLC ("Lincoln"), Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative for the period from March 1, 2010 through March 31, 2010 (the "Period"), filed with the Court on May 13, 2010, and entered on the Court's docket as Docket No. 24760. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than June 2, 2010.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals entered May 3, 2001, the Debtors are authorized to pay Lincoln $60,000.00 (80% of $75,000.00) and expenses in the amount of $179.77 for a total of $60,179.77 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

              ORRICK, HERRINGTON & SUTCLIFFE LLP

              By: */S/ RICHARD H. WYRON*
                  Roger Frankel, admitted *pro hac vice*
                  Richard H. Wyron, admitted *pro hac vice*
                  Debra L. Felder, admitted *pro hac vice*
                  Columbia Center
                  1152 15th Street, NW
                  Washington, DC  20005
                  (202) 339-8400
                  (202) 339-8500 (fax)

—and—

              PHILLIPS, GOLDMAN & SPENCE, P.A.
              John C. Phillips, Jr. (#110)
              1200 North Broom Street
              Wilmington, DE 19806
              (302) 655-4200
              (302) 655-4210 (fax)

              *Co-Counsel to David T. Austern,*
              *Asbestos PI Future Claimants' Representative*

Dated: June 4, 2010