IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**Re: Docket No. 24864**

<u>AMENDED</u> **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 7, 2010, AT 10:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**CONTINUED MATTERS:**

1.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

    Related Documents:

    a.  [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

    Response Deadline: April 13, 2007, at 4:00 p.m.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to July 12, 2010, at 10:30 a.m.

2.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.    [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a.    Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

e     Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to July 12, 2010, at 10:30 a.m.


**UNCONTESTED MATTERS:**

3.    Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and North Star Reinsurance Corporation [Filed: 4/26/10] (Docket No. 24667)

Related Documents:

a.    [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R.

Grace & Co. and North Star Reinsurance Corporation [Filed: 4/26/10] (Docket No. 24667)

b.     Certification of No Objections Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and North Star Reinsurance Corporation [Filed: 5/24/10] (Docket No. 24829)

c.     **[Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Settlement Between W. R. Grace & Co. and North Star Reinsurance Corporation [Filed: 6/2/10] (Docket No. 24879)**

Response Deadline: May 21, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an order on this matter.**


## FEE APPLICATIONS AND SUBSTANTIAL CONTRIBUTION APPLICATIONS

4.     Thirty-Fifth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2009 through December 31, 2009

Related Documents:

a.     Certification of Counsel Regarding Thirty-Fifth Quarter Project Category Summary **[Filed: 6/2/10] (Docket No. 24886)**

b.     Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Thirty-Fourth Period **[Filed: 6/2/10] (Docket No. 24885)**

Status:  This matter is going forward.

5.     Final Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as Former Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative, for the Period February 13, 2006 Through October 31, 2009 [Filed: 12/22/09] (Docket No. 24036)

Related Documents:

a.     [Proposed] Order Approving Final Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as Former Financial Advisor to David T. Austern, Asbestos PI Future Claimants'

Representative, for the Period February 13, 2006 Through October 31, 2009 [Filed: 12/22/09] (Docket No. 24036)

Response Deadline: March 5, 2010 at 4:00 p.m.

Responses Received:

a.      Fee Auditor's Final Report Regarding Thirty-Fourth Interim and Final Fee Applications of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as Former Financial Advisor to David T. Austern, Asbestos PI Future Claimants' Representative, for the Period February 13, 2006 Through October 31, 2009 [Filed: 1/22/10] (Docket No. 24176)

Status: This matter will go forward.

6.      First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 [Filed: 5/3/10] (Docket No. 24724)

Related Documents:

a.      [Proposed] Order Granting the First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 [Filed: 5/3/10] (Docket No. 24724)

b.      Re-Notice of First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 [Filed: 5/20/10] (Docket No. 24808)

c.      Fee Auditor Report [Filed: TBD] (Docket No. TBD)

Response Deadline: May 21, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued until July 12, 2010, at 10:30 a.m. The Applicant will be filing an Amended Application for this matter.

7.    Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period September 1, 2008 to December 20, 2009 [Filed: 5/3/10] (Docket No. 24725)

Related Documents:

a.    [Proposed] Order Granting the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period September 1, 2008 to December 20, 2009 [Filed: 5/3/10] (Docket No. 24725)

b.    Fee Auditor's Final Report Regarding the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP Incurred in Making Substantial Contribution for the Period of September 1, 2008 through December 20, 2009 [Filed: 5/28/10] (Docket No. 24854)

c.    **Certification of Counsel Regarding the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period September 1, 2008 to December 20, 2009 with Revised Proposed Order [Filed: 6/3/10] (Docket No. 24900)**

Response Deadline: May 21, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of counsel with revised order has been filed. The applicant has agreed to the fee auditor's recommendations.**

8.    Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period September 1, 2008 to December 21, 2009 [Filed: 5/3/10] (Docket No. 24726)

Related Documents:

a.    [Proposed] Order Granting the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial

Contribution for the Period September 1, 2008 to December 21, 2009 [Filed: 5/3/10] (Docket No. 24726)

b.  Fee Auditor's Final Report Regarding the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of the Hogan Firm Incurred in Making Substantial Contribution for the Period of September 1, 2008 through December 21, 2009 [Filed: 5/28/10] (Docket No. 24853)

c.  **Certification of Counsel Regarding the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period September 1, 2008 to December 21, 2009 with revised Proposed Order  [Filed: 6/3/10] (Docket No. 24899)**

Response Deadline: May 21, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of counsel with revised order has been filed. The applicant has agreed to the fee auditor's recommendations.**


**OTHER MATTERS GOING FORWARD:**

9.  Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

Related Documents:

a.  [Proposed] Order Granting Related Relief Sought in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 4/21/09] (Docket No. 21345)

b.  [Signed] Order Setting Various Dates Regarding Debtors' Objection to Maryland Casualty Company's Claims [Filed: 4/26/10] (Docket No. 24665)

Response Deadline: July 10, 2009, at 4:00 p.m. *(extended until March 5, 2010, at 4:00 p.m.)*

Responses Received:

a.  Response of Maryland Casualty Company in Opposition to Debtors' Objection to Claims [Filed: 3/5/10] (Docket No. 24407)

b.  Joinder of Libby Claimants in the Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 3/9/10] (Docket No. 24423)

c.  Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, and

the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 3/19/10] (Docket No. 24471)

Additional Documents Filed by Maryland Casualty Company:

a.     Objection of Maryland Casualty Company to the Proposed Participation of the Libby Claimants in the Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 5/19/10] (Docket No. 24795)

b.     Reservation of Rights of Maryland Casualty Company to Seek to Limit or Prohibit Participation by the Asbestos Claimants' Committee and the Future Claimants' Representative in the Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 5/19/10] (Docket No. 24796)

Deadline to File Replies: May 19, 2010

Replies Received:

a.     Libby Claimants' Reply to Response of Maryland Casualty Company in Opposition to Debtors' Objection to Claims [Filed: 5/19/10] (Docket No. 24797)

b.     Debtors' Reply in Support of Objections to Claims of Maryland Casualty Company [Filed: 5/19/10] (Docket No. 24801)

c.     Reply of David T. Austern, Asbestos PI Future Claimants' Representative, and the Official Committee of Asbestos Personal Injury Claimants in Support of the Debtors' Objection to Claims Filed by Maryland Casualty Company [Filed: 5/19/10] (Docket No. 24802)

Deadline to File Sur-Reply and for Objecting Parties to File Pleadings Regarding Standing or Right to Intervene in Objection:  June 2, 2010

Sur-Replies Received:

**a.     Sur-Reply of Maryland Casualty Company in Opposition to Debtors' Objection to Claims [Filed: 6/2/10] (Docket No. 24890)**

Additional Pleadings Filed Regarding Standing or Right to Intervene in Objection:

**a.     Libby Claimants' Response to Maryland Casualty Company's Objection to Libby Claimants' Participation in Debtors' Objection to Claims Filed By Maryland Casualty Company [Filed: 6/2/10] (Docket No. 24887)**

**b.     Debtors' Reservation of Rights Regarding Participation of Non-Debtors in Debtors' Objection to Maryland Casualty Company's Claims [Filed: 6/2/10]**

**b.    Debtors' Reservation of Rights Regarding Participation of Non-Debtors in Debtors' Objection to Maryland Casualty Company's Claims [Filed: 6/2/10] (Docket No. 24889)**

<u>Status:</u> This matter will go forward for argument.

Dated: June 4, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 W. Madison St., Suite 2100
Chicago, IL 60602-4253
(312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession