## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


June 04, 2010

In Reference To:   #01-1139 (JKF)
Invoice #10509

    Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/2/2010 | BSR | Draft initial report re Deloitte Tax for the 34th interim period | 1.90 | 503.50 |
| 5/3/2010 | BSR | receive, review, and respond to email from Nancy Wilbur of Foley Hoag re response to initial report (35Q) | 0.10 | 26.50 |
|  | BSR | Draft e-mail to Tony Scoles re initial report on Deloitte Tax for the period of Jan-Sept 2009 | 0.10 | 26.50 |
|  | BSR | Draft final report re Janet S Baer PC for the 35th interim period | 0.50 | 132.50 |
|  | BSR | Draft final report re Foley Hoag for the 35th interim period | 0.50 | 132.50 |
|  | WHS | detailed review of FR Baer 35Q 10-12.09. | 0.20 | 59.00 |
|  | AL | Update database with Venable's December Fee Application (electronic pdf only) (.1); Alan Rich's April Fee Application (electronic version) (.2); Ogilvy's 35 Q fee application (electronic version) (.1); Venable's December Fee Application (hard copy) (.2); Bilzin's March Fee Application (Hard Copy) (.2); Pitney's 35Q Fee Application (Hard Copy) (.2); Reed's March Fee Application (Hard Copy) (.2); Sidley's January Fee Application (Hard Copy) (.2); Charter Oak's March Fee Application (electronic copy) (.1); AKO's March Fee Application (electronic copy) (.1); C&L's March Fee Application | 2.00 | 90.00 |

W.R. Grace & Co.                                                                                                                        Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | (electronic copy) (.2); C&D's March Fee Application (electronic copy) (.1); Baer's 35Q FR (.1) |  |  |
| 5/3/2010 | AL | Receive, review and finalize IR of Deloitte Tax 34Q | 0.30 | 13.50 |
| 5/4/2010 | BSR | Draft e-mail to Foley Hoag re final report for the 35th interim period | 0.10 | 26.50 |
|  | BSR | review and analyze Orrick's response to initial report (35th interim) | 1.00 | 265.00 |
|  | BSR | telephone conference with Debra Fullem re Piper Jaffray final fee application hearing. | 0.10 | 26.50 |
|  | AL | Draft multiple emails to BMC requesting October through December electronic fee detail | 0.20 | 9.00 |
|  | AL | Electronic filing with the court of Baer's 35Q FR (.4); Foley's 35Q FR (.4) | 0.80 | 36.00 |
|  | AL | Update database with Foley's 35Q FR (.1); BMC's 35Q electronic detail (.1); Kirkland expense detail for the month of February (.1); BMC's October (.2) November (.2) and December (.2) fee applications (hard copies), Charter's March fee application (.1), Anderson's fee application for March (.1), Campbell's March hard copy fee application (.1) | 1.20 | 54.00 |
|  | WHS | detailed review of FR Foley Hoag 35Q 10-12.09 | 0.20 | 59.00 |
| 5/5/2010 | BSR | Left detailed telephone voicemail for Jamie O'Neill concerning Piper Jaffray final fee application (.1); respond to email re same from Debbie Fullem at Orrick (.1). | 0.20 | 53.00 |
|  | BSR | Receive and review response of Kirkland & Ellis to initial report for the 35th interim period | 0.20 | 53.00 |
|  | BSR | Draft final report re K&E for the 35th interim period (4.5); draft email to Deanna Boll with follow-up questions (.6) | 5.10 | 1,351.50 |
|  | JAW | detailed review of Venable November 2009 fee application (3.9) | 3.90 | 594.75 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/5/2010 | AL | Telephone conference with B. Ruhlander re Lauzon's first and second fee applications | 0.10 | 4.50 |
|  | AL | Draft email to B. Ruhlander re K&E IR response received.(.1); draft email to Lauzon requesting editable fee and expense detail for first monthly fee application (.1) | 0.20 | 9.00 |
|  | AL | Update database with K&E's March Fee Application (pdf version only) (.1); Orrick's 35Q Expense Detail (.1); Lauzon's first and second monthly fee applications (hard copies) (.2); K&E's March Fee Application (Hard Copy) (.2); BMC's 35Q Fee Application (hard copy) (.2); Lauzon's first monthly fee application (electronic copy) (.1); Lauzon's second monthly fee application (electronic copy) (.2); K&E 35Q IR Response (.1); Judge Sander's March Fee Application (electronic copy) (.2) | 1.40 | 63.00 |
| 5/6/2010 | BSR | Receive and review response of Saul Ewing to initial report for the 35th interim period | 0.10 | 26.50 |
|  | BSR | detailed review of Nelson Mullins 33rd interim fee application | 0.10 | 26.50 |
|  | BSR | research docket for Nelson Mullins quarterly application for the 34th interim period and other applications not yet received | 0.30 | 79.50 |
|  | BSR | detailed review of Day Pitney's 35th interim fee application | 0.10 | 26.50 |
|  | BSR | Draft final report re PwC (35Q) | 0.20 | 53.00 |
|  | BSR | Draft final report re Saul Ewing for the 35th interim period | 0.60 | 159.00 |
|  | BSR | Receive and review response of Bilzin Sumberg to initial report for the 35th interim period | 0.10 | 26.50 |
|  | BSR | detailed review of Venable's Oct. 2009 monthly fee application (.4) review fee summary re same (.4). | 0.80 | 212.00 |
|  | JAW | proofread WHSmith's April 2010 fee notice and detail (0.3); e-mail to M. White re: any revisions needed to same (0.1) | 0.40 | 61.00 |

W.R. Grace & Co. Page 4

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/6/2010 | JAW | proofread WHSmith's 36th Interim Fee Application (1-1-10 to 3-31-10) (0.3); e-mail to M. White re: any revisions needed to same (0.1) | 0.40 | 61.00 |
| | JAW | Draft summary of Venable November 20009 fee application (1.10) | 1.10 | 167.75 |
| | BSR | Receive and review response of PwC to initial report (35Q) | 0.10 | 26.50 |
| | BSR | Receive and review response of Campbell & Levine to email inquiry re 35th interim fee application; make note to include Campbell & Levine in final report for de minimis objections | 0.10 | 26.50 |
| | MW | Draft Interim Fee Application of Warren H. Smith & Associates (1.4); detailed review of fees and expenses for December - March (2.0); send same to J. Wehrmann for review (.1); revise accordingly and send for service (.3). | 3.80 | 532.00 |
| | MW | Draft Application for Compensation of WHSA for April 2010 (.9); preliminary review of same (.2); send invoice to J. Wehrmann for final review (.1); revise per J. Wehrmann's comments (.2); update database with docket numbers, fees and expense amounts (.1). | 1.50 | 210.00 |
| | AL | Assist M. White with draft of WHSA's 36Q Fee Application and review of fee and expenses for period | 1.50 | 67.50 |
| | AL | Update database with PWC's 35Q IR Response | 0.10 | 4.50 |
| 5/7/2010 | AL | Update database with 35Q IR Response of Saul Ewing (.1); Ewing's 35Q FR (.2);Bilzin's 35Q IR Response (.1); Campbell's 35Q IR Response (.2) | 0.60 | 27.00 |
| | AL | Electronic filing with the court of WHSA's April Fee Application | 0.40 | 18.00 |
| | AL | Update database with Ogilvy's March Fee Application (hard copy) (.2); Venable's 35Q Fee Application (hard copy) (.2); Caplin's March Fee Application (hard copy) (.1); Ferry's March Fee Application (hard copy) (.2) | 0.70 | 31.50 |
| | BSR | research regarding taxi fares and car rental costs in relation to final report for Kirkland & Ellis (35Q) (.7); draft email to Deanna Boll of K&E re follow-up inquiry we had sent earlier (.1) | 0.80 | 212.00 |

W.R. Grace & Co.                                                                                                                         Page     5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/7/2010 | BSR | receive, review, and respond to email from Warren Smith re Saul Ewing's fees for fee application preparation, including research of paralegal time spent on fee application preparation | 0.30 | 79.50 |
|  | BSR | Receive and review additional emails from Deanna Boll with expense information | 0.10 | 26.50 |
|  | BSR | Receive and review email from James Wehrmann re Venable Dec. 2009 monthly fee application; telephone conference with James Wehrmann re same | 0.20 | 53.00 |
|  | BSR | Draft final report re K&E for the 35th interim period | 3.30 | 874.50 |
| 5/8/2010 | BSR | Draft final report re K&E for the 35th interim period | 1.20 | 318.00 |
|  | BSR | Draft e-mail to Darek Bushnak re errors on Venable Dec. 2009 monthly fee application (.1); brief review of same (.1). | 0.20 | 53.00 |
|  | BSR | Draft e-mail to Anne Moran inquiring as to Steptoe & Johnson's quarterly fee applications (.1); review same (.1). | 0.20 | 53.00 |
| 5/10/2010 | BSR | Receive and review email from Anne Moran re Steptoe's 35th interim fee application | 0.10 | 26.50 |
|  | BSR | Draft email to Deanna Boll and Holly Bull re final report for Kirkland & Ellis (35Q) | 0.10 | 26.50 |
|  | BSR | detailed review of BMC's 35th interim fee application and monthly fee applications | 1.10 | 291.50 |
|  | AL | Update database with K&E's 35Q FR | 0.10 | 4.50 |
|  | JAW | detailed review of Janet S. Baer January 2010 fee application (2.1); draft summary of same (0.4) | 2.50 | 381.25 |
|  | BSR | telephone conference with Warren Smith re Hogan Firm 503(b) application and review email from Warren Smith re same | 0.10 | 26.50 |
|  | BSR | telephone conference with Laura Bouyea of Venable re issues with Dec. 2009 monthly application (.1); draft email to James Wehrmann re same (.1) | 0.20 | 53.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/10/2010 | BSR | telephone conference with Karen Harvey at the Hogan Firm re issues with 503(b) applications of Canadian ZAI counsel (.2); review email forwarded by Karen Harvey re same (.1) | 0.30 | 79.50 |
| | BSR | telephone conference with Melanie White and with Warren Smith re telephone call from Hogan firm | 0.20 | 53.00 |
| | AL | Electronic filing with the court of K&E's 35Q FR | 0.40 | 18.00 |
| | WHS | detailed review of, and revisions to, FR KE 35Q 10-12.09 | 0.30 | 88.50 |
| 5/11/2010 | BSR | telephone conference with Dan Hogan of Hogan Law Firm re 503(b) motions of Canadian ZAI counsel | 0.30 | 79.50 |
| | BSR | research docket and server for First Interim applications of Canadian ZAI counsel and review docket no. 24724 (.4); telephone conference with Anthony Lopez re same (.1); telephone conference with Karen Harvey of Hogan Firm to obtain copy of First interim applications of Canadian ZAI counsel (.1) | 0.60 | 159.00 |
| | AL | telephone conference with B. Ruhlander re Lauzon's first monthly fee application | 0.10 | 4.50 |
| | JAW | detailed review of Venable December 2009 fee application (3.3); draft summary of same (0.9) | 4.20 | 640.50 |
| | JAW | detailed review of Orrick Herrington January 2010 fee application (2.5); draft summary of same (1.1) | 3.60 | 549.00 |
| 5/12/2010 | BSR | receive, review, and respond to email from L. Oberholzer re Steptoe quarterly (35Q) | 0.10 | 26.50 |
| | AL | Update database with Capstone's March electronic detail | 0.10 | 4.50 |
| | JAW | detailed review of PwC January 2010 fee application (5.6); draft summary of same (2.3) | 7.90 | 1,204.75 |
| 5/13/2010 | BSR | detailed review of Canadian ZAI claimants 503(b) fee application | 3.10 | 821.50 |

W.R. Grace & Co.                                                                                         Page    7

|            |     |                                                                                                                                                                                                                                                               | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/13/2010  | AL  | Update database with Capstone's March Fee Application (hard copy) (.2); Lincoln's February and March Electronic detail (pdf versions only) (.2); Lincoln's full electronic detail for the months of February and March (.2); Capstone's 36Q electronic detail (.1) | 0.70  | 31.50  |
|            | AL  | Draft email to D. Fullem requesting editable version's of Lincoln's February and March fee applications                                                                                                                                                       | 0.10  | 4.50   |
| 5/14/2010  | AL  | Draft email to Day Pitney requesting a non pdf version of their March fee application                                                                                                                                                                          | 0.10  | 4.50   |
|            | AL  | Update database with Pitney's full electronic detail for the month of March                                                                                                                                                                                   | 0.10  | 4.50   |
|            | AL  | Update database with Foley's 36Q Fee Application (electronic detail) (.1); Capstone's 36Q fee Application (hard copy) (.2); Day Pitney's March fee application (electronic copy) (.1) ; Ferry's 36 Q fee application (electronic version) (.1); Bilzin's 36Q fee application (electronic copy) (.1) | 0.60  | 27.00  |
| 5/17/2010  | BSR | conduct research re quarterly applications not yet received, and status of filing final reports (35Q)                                                                                                                                                         | 0.30  | 79.50  |
|            | BSR | detailed review of Steptoe & Johnson's 34th and 35th interim fee applications                                                                                                                                                                                  | 0.30  | 79.50  |
|            | BSR | Draft e-mail to James Wehrmann re Venable monthly fee applications for the 35th interim period                                                                                                                                                                | 0.10  | 26.50  |
|            | BSR | Draft e-mail to Tony Scoles inquiring as to status of Deloitte Tax response (35Q)                                                                                                                                                                              | 0.10  | 26.50  |
|            | BSR | Draft e-mail to Caplin & Drysdale inquiring as to response to initial report (35Q)                                                                                                                                                                            | 0.10  | 26.50  |
|            | BSR | Receive and review response of Ferry Joseph to initial report (35Q)                                                                                                                                                                                           | 0.10  | 26.50  |
|            | BSR | detailed review of Canadian ZAI counsel's application for the period of Sept. 2008 through Dec 2009                                                                                                                                                           | 2.50  | 662.50 |
|            | LMH | telephone conference with B. Ruhlander re: category spreadsheet for the most recent interim applications.                                                                                                                                                      | 0.10  | 15.00  |

W.R. Grace & Co. Page 8

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 5/17/2010 | BSR | Draft omnibus final report for the 35th interim period | 1.20 | 318.00 |
| | AL | Update database with PWC's March electronic detail (.1) and 36Q electronic detail (.1); Ferry's 35Q IR response (.1); Pitney's March Fee Application (.2); Legal Analysis' 36th interim application (.1); AKO's 36th interim fee application (.2); Campbell's 36th interim fee application (.2); Charter Oak's 36th interim hard copy fee detail (.1); Caplin's 36th interim hard copy fee application (.1); Foley Hoag's 36th interim fee detail (.2); Steptoe's July-Sept 09 fee detail Hard Copy (.2); Steptoe's October - December Fee Detail (.1); Reed Smith's 36th interim hard copy fee application (.2); Ferry's 36th interim fee application (hard copy) (.1); Bilzin's 36th interim fee detail (.2); Baer's 36th interim fee application (.1); Casner's electronic pdf March fee application (.1) | 2.40 | 108.00 |
| | AL | Draft email requesting Casner's March electronic fee application | 0.10 | 4.50 |
| 5/18/2010 | AL | Update database with Orrick's January Summary (.1); Kramer's 36Q electronic fee application (.1); Casner's March fee application (hard copy) (.2); Beveridge's March fee application (hard copy) (.2); Campbell's 36 interim electronic version (.1); Caplin's 36Q fee application (electronic version) (.1); AKO's 36Q fee application (electronic version) (.1); Chater Oak's 36Q fee application (electronic version) (.1); LAS' 36Q fee application (electronic version) (.1); | 1.10 | 49.50 |
| | AL | Update database with HRO's 2009 fee application (hard copy) | 0.20 | 9.00 |
| | BSR | Draft omnibus final report for the 35th interim period | 2.50 | 662.50 |
| | BSR | detailed review (cont.) of Canadian ZAI counsels' fee applications for the period of Sept 2008 through Dec. 2009, as well as exhibits thereto and court transcript | 2.50 | 662.50 |
| | BSR | detailed review of Canadian ZAI counsel (Scarfone Hawkins) 503(b) application for Feb. 2005 through Aug. 2008 | 2.00 | 530.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: category spreadsheet. | 0.10 | 15.00 |

W.R. Grace & Co. Page 9

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/18/2010 | BSR | receive, review, and respond to email from Karen Harvey re substantial contribution applications of Canadian ZAI claimants | 0.20 | 53.00 |
| 5/19/2010 | BSR | detailed review of Hogan Firm's 503(b) application for Sept. 2008 through Dec. 2009 | 0.80 | 212.00 |
| | AL | Draft email to B. Ruhlander re HRO's July 2009 fee application | 0.10 | 4.50 |
| | AL | Update database with Venable's January (.2) February (.1) and March (.2) fee applications (hard copies); Casner's 36Q fee application (hard copy) (.2); Stroock's 35Q fee application (electronic version) (.1) | 0.80 | 36.00 |
| | BSR | detailed review (cont'd) of Canadian ZAI counsels' 503(b) application for the period of Oct. 2004 through Aug. 2008 | 0.80 | 212.00 |
| | AL | Receive, review, and finalize Lauzon's 35Q IR | 0.30 | 13.50 |
| | BSR | Telephone conference with Lisa Hamm re WR Grace chart and files (.1); conference with Lisa Hamm re same (.1) | 0.20 | 53.00 |
| | BSR | detailed review of Venable's Nov. 2009 monthly fee application and summary re same | 0.20 | 53.00 |
| 5/20/2010 | ALP | Drafted final revisions to initial report re Lauzon Belanger for the 35th interim period (9.09-12.09) (.3) | 0.30 | 51.75 |
| | BSR | Receive and review order approving 1st 503(b) application of Canadian ZAI counsel | 0.10 | 26.50 |
| | BSR | Draft initial report re Canadian ZAI counsel's 503(b) application for the period of Sept. 2008 through Dec. 2009 (2.3); draft email to Dan Hogan re same (.1) | 2.40 | 636.00 |
| | BSR | detailed review of 503(b) application of The Hogan Firm for the period of Sept. 2008 through Dec. 2009 | 1.40 | 371.00 |
| | BSR | Draft initial report re The Hogan Firm's 503(b) application for the period of Sept. 2008 through December 2009 | 0.60 | 159.00 |
| | BSR | telephone conference with Dan Hogan of the Hogan Firm re Canadian ZAI counsel 503(b) applications | 0.40 | 106.00 |

W.R. Grace & Co. Page 10

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/21/2010 | BSR | Draft initial report re Venable for the 35th interim period | 1.50 | 397.50 |
| | AL | Update database with Lincoln's 35 and 36 Q fee applications (electronic versions) (.2); Ewing's 36Q fee application (pdf only) (.1) Ewing's full electronic detail (.1); PWC's March fee application (hard copy) (.2); PWC's 36Q fee application (hard copy) (.2); HRO's August electronic detail (pdf format only) (.1) | 0.90 | 40.50 |
| | AL | Receive, review and finalize IR for Venable's 35 Q | 0.30 | 13.50 |
| | AL | Draft email to Saul Ewing requesting full electronic detail for the 36Q (.1); draft email to HRO requesting full electronic detail for August (.1) | 0.20 | 9.00 |
| | BSR | Draft e-mail to Venable re initial report for the 35th interim period | 0.20 | 53.00 |
| | BSR | Draft initial report re The Hogan Firm's 503(b) application for the period of Sept. 2008 through Dec. 2009 | 0.40 | 106.00 |
| | BSR | Continue detailed review of Venable's Nov. and Dec. 2009 monthly fee applications and fee summaries re same, as well as 35th interim fee application (.9); draft email to Laura Bouyea re same (.1) | 1.00 | 265.00 |
| | BSR | Draft e-mail to Dan Hogan re initial report for Hogan Firm's 503(b) application for Sept. 2008 through Dec. 2009 | 0.10 | 26.50 |
| | ALP | Drafted final revisions to initial report of Venable regarding 35th interim period (10.09-12.09) (.3) | 0.30 | 51.75 |
| | ALP | Drafted final revisions to initial report re Hogan firm regarding 35th interim period (9.09-12.09) (.4) | 0.40 | 69.00 |
| | AL | Receive, review and finalize IR for Hogan's 35 Q | 0.30 | 13.50 |
| 5/22/2010 | BSR | receive, review, and respond to email from Laura Bouyea re Venable quarterly fee application | 0.10 | 26.50 |
| | BSR | Draft e-mail to Lisa Hamm re Venable project category chart | 0.30 | 79.50 |

W.R. Grace & Co.                                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/22/2010 | BSR | Draft final report re Deloitte Tax (32-34th interim periods) | 0.80 | 212.00 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Venerable's late-filed application to be included in the category spreadsheet. | 0.10 | 15.00 |
| 5/23/2010 | AL | Update database with Deloitte Tax 34 Q FR (.1); Ewing's 36th Q fee application (hard copy) (.2); Lincoln's January through March fee application (hard copy) (.2); Venable's 36Q fee application (hard copy) (.2); Blackstone's 36Q fee application (hard copy) (.2) | 0.90 | 40.50 |
|  | AL | Electronic filing with the court of Deloitte Tax 34Q FR | 0.40 | 18.00 |
|  | BSR | Draft exhibit A to proposed fee order for the 35th interim period | 1.50 | 397.50 |
| 5/24/2010 | BSR | Receive and review email from Jamie O'Neill re K&E March 2009 monthly fee application and draft email to A. Lopez re same | 0.10 | 26.50 |
|  | WHS | detailed review of FR Deloitte Tax 34Q 1-9.09 | 0.20 | 59.00 |
|  | BSR | research prior orders on ZAI science trial to determine if they were intended to apply to the Canadian litigation | 0.30 | 79.50 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: fee and expense recommendations for the 35th interim period. | 0.10 | 15.00 |
|  | BSR | telephone conference with Warren Smith re information needed to evaluate Canadian ZAI claimants $2m 503(b) motion | 0.20 | 53.00 |
|  | BSR | Draft e-mail to Debra Fullem and Celeste Hart re Lincoln Partners' Sept. 2009 fees | 0.20 | 53.00 |
|  | BSR | telephone conference with Lynzy Oberholzer at Pachulski re Piper Jaffray final fee application; left message for Patricia Cuniff at Pachulski re timetable for plan confirmation | 0.10 | 26.50 |
|  | BSR | Receive and review revised final report for Deloitte Tax (34Q) (.1); draft email to Tony Scoles re same (.1) | 0.20 | 53.00 |

W.R. Grace & Co.                                                                                                                  Page     12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/24/2010 | BSR | Draft fee and expense chart for the 35th interim fee order (1.5); draft email to Lisa Hamm re same (.1) | 1.60 | 424.00 |
| 5/25/2010 | BSR | receive, review, and respond to email from Debra Fullem re proposed order for Piper Jaffray final fee application | 0.30 | 79.50 |
|  | BSR | telephone conference with Debra Fullem re amendment of Lincoln Partners' application for July-Sept. 2009 | 0.10 | 26.50 |
|  | BSR | receive, review, and respond to additional email from Debra Fullem attaching proposed fee order for Piper Jaffray | 0.30 | 79.50 |
|  | BSR | Receive and review email from Debra Fullem with revised proposed order for Piper Jaffray's final fee application; forward same to Anthony Lopez with instructions for hearing binder | 0.20 | 53.00 |
|  | BSR | telephone conference with A. Lopez re June 7 hearing and forward omnibus hearing order to him | 0.10 | 26.50 |
|  | BSR | Draft revisions to omnibus final report and fee and expense exhibit for the 35th interim period to reflect Lincoln Partners' corrected application | 0.60 | 159.00 |
|  | BSR | Exchange emails with Debra Fullem, Celeste Hartman, and Lynzy Oberholzer re various applications on the June 7 docket | 0.50 | 132.50 |
|  | BSR | Draft final report re The Hogan Firm's § 503(b) application for Aug. 2008 through Sept. 2009 | 0.80 | 212.00 |
|  | LMH | Draft category spreadsheet for the 35th interim period. | 2.40 | 360.00 |
|  | BSR | research regarding previous orders in ZAI science trial | 0.40 | 106.00 |
|  | MW | Conference with B. Ruhlander re Piper Jaffray being added to June 7th hearing (.1); confer with A. Lopez re same (.1). | 0.20 | 28.00 |
|  | AL | Update database with HRO's August 2009 fee application (hard copy) (.2), Amendment to K&E's March fee application (.1); Woodcock's 36Q fee application (electronic version) (.1); Lincoln's 34Q fee application (pdf electronic only) (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                                                  Page    13

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 5/26/2010 | LMH | Addition to draft category spreadsheet for the 35th interim period. | 3.40 | 510.00 |
|  | BSR | telephone conference with Deanna Boll re Canadian ZAI claimants 503(b) application and issues related to plan confirmation | 0.20 | 53.00 |
|  | MW | Draft revisions to Project Category Spreadsheet for 42 applicants for interims 23-28 (6.0); confer with B. Ruhlander re same (.1). | 6.10 | 854.00 |
|  | BSR | Receive and review project category spreadsheet for the 35th interim period | 4.60 | 1,219.00 |
|  | BSR | Draft memo to Melanie White re project category spreadsheet (35th) and revisions to be made (1.3); draft transmittal email to Melanie re same (.2) | 1.50 | 397.50 |
|  | BSR | Draft e-mail to Rita Tobin requesting Caplin & Drysdale response | 0.10 | 26.50 |
|  | AL | Update database with Hogan's 35Q FR (.1); Hogan's 35Q IR Response (.1) | 0.20 | 9.00 |
| 5/27/2010 | BSR | Revise final report for Hogan Firm 503(b) application per request of Warren Smith (1.0); additional revision of Hogan Firm final report (.3); draft email to Warren Smith re same (.1) | 1.40 | 371.00 |
|  | BSR | Receive and review revised invoice provided by Hogan Firm reflecting reductions to 0.1 hours where appropriate (.5); telephone conference with Dan Hogan re same (.1); continued review of revised invoice to isolate discrepancies (1.5) | 2.10 | 556.50 |
|  | BSR | telephone conference with Dan Hogan re objections to firm's application and additional information to be provided (.1); draft email to Warren Smith re same (.1) | 0.20 | 53.00 |
|  | BSR | Draft final report re Venable for the 35th interim period | 0.80 | 212.00 |
|  | BSR | Draft e-mail to Darek Bushnaq of Venable re final report (35Q) | 0.10 | 26.50 |
|  | BSR | Receive and review response of Caplin & Drysdale to initial report (35Q) | 0.10 | 26.50 |

W.R. Grace & Co.                                                    Page 14

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/27/2010 | BSR | Draft omnibus final report for the 35th interim period (.4); draft email to Warren Smith re same (.1) | 0.50 | 132.50 |
| | BSR | telephone conference with Melanie White re project category spreadsheet | 0.10 | 26.50 |
| | BSR | Receive and review project category spreadsheet with Melanie White's revisions | 0.50 | 132.50 |
| | BSR | Draft (finalize) chart with fee and expense recommendations to be attached to the fee order for the 35th interim period | 0.30 | 79.50 |
| | BSR | receive, review, and respond to emails from Melanie White re project category spreadsheet | 0.10 | 26.50 |
| | BSR | Draft final report re Lauzon Belanger's and Scarfone Hawkins' 503(b) application for the period of Sept. 08 through Dec. 2009 | 2.60 | 689.00 |
| | BSR | Draft final report re Caplin & Drysdale for the 35th interim period | 2.30 | 609.50 |
| | BSR | telephone conference with Lynzy Oberholzer re timetable for turning in documents for the 35th interim period; left voicemail with Dan Hogan are issues with Hogan firm's fee application | 0.10 | 26.50 |
| | BSR | Receive and review response of Venable to our initial report (35Q) | 0.20 | 53.00 |
| | BSR | receive, review, and respond to emails from Warren Smith re final report for the Hogan Firm 503(b) | 0.30 | 79.50 |
| | BSR | detailed review of Lincoln Partners' corrected fee application for the 34th interim period | 0.20 | 53.00 |
| | MW | Draft revisions to Project Category Spreadsheet for 42 applicants for interims 29-35 (10.0) | 10.00 | 1,400.00 |
| | WHS | detailed review of, and revisions to, FR Venable 35Q 10-12.09 | 0.30 | 88.50 |
| | WHS | detailed review of, and revisions to, FR Lauzon and Scarfone 35Q 503(b) | 0.30 | 88.50 |

W.R. Grace & Co.                                                                                                               Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/27/2010 | WHS | detailed review of, and revisions to, omnibus final report 35Q 10-12.09 | 0.30 | 88.50 |
|  | WHS | detailed review of, and revisions to, FR Hogan Firm 35Q 503(b) | 0.30 | 88.50 |
|  | AL | Electronic filing with the court of Venable's 35Q FR | 0.40 | 18.00 |
|  | AL | Update database with Venable's 35Q IR response (.1); Venable's 35Q FR (.1); Lauzon's 35Q IR Response (.1); Caplin's 35Q IR response (.1); Hogan's 35Q Revised FR (.1) | 0.50 | 22.50 |
| 5/28/2010 | BSR | receive, review, and respond to email from Jamie O'Neill re § 503(b) applicants | 0.10 | 26.50 |
|  | BSR | Draft e-mails (2) to Lynzy Oberholzer forwarding the fee and expense chart (.1) and project category spreadsheet (.1) for the 35th interim period | 0.20 | 53.00 |
|  | WHS | detailed review of, and revisions to, FR Caplin 35Q 10-12.09 | 0.30 | 88.50 |
|  | BSR | telephone conference with A. Parnell re: initial reports | 0.30 | 79.50 |
|  | BSR | Draft e-mail to all applicants included in the combined final report (35Q) regarding the report | 0.50 | 132.50 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill re our recommendations (.3); draft email to Caplin & Drysdale (.1) and Venable (.1) re same | 0.50 | 132.50 |
|  | BSR | Draft revision to final report for Caplin & Drysdale for the 35th interim period | 0.20 | 53.00 |
|  | BSR | receive, review, and respond to email from Warren Smith concerning the final report for Caplin & Drysdale for the 35th interim period | 0.30 | 79.50 |
|  | BSR | telephone conferences (2) with Anthony Lopez re filing of final reports for the hearing on the 35th interim fee applications (.1) and forwarding the project category spreadsheet for the 35th interim period (.1) | 0.20 | 53.00 |

W.R. Grace & Co. Page 16

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/28/2010 | BSR | Draft e-mails (2) to Dan Hogan re final reports for Lauzon Belanger/Scarfone Hawkins and the Hogan Firm § 503(b) applications | 0.20 | 53.00 |
| | MW | Conference with B. Ruhlander re final revisions and formatting to project category spreadsheet (.3); receive and review agenda for 6.7 hearing (.1); forward same to B. Ruhlander (.1). | 0.50 | 70.00 |
| | AL | Prepare and electronic filing with the court of WHSA's April CNO | 0.50 | 22.50 |
| | AL | Update database with Caplin's 35Q FR (.1); 35Q interim chart (.1) | 0.20 | 9.00 |
| | AL | Ewing's April fee application (electronic version) (.1); Stroock's March fee application (electronic detail)(.1) | 0.20 | 9.00 |
| | AL | Electronic filing with the court of Hogan's 35Q FR (.4); Lauzon's 35Q FR (.5); Caplin's 35Q FR (.4); Omnibus 35Q FR (.4) | 1.70 | 76.50 |
| 5/30/2010 | BSR | Legal research re compensability of lunch meals | 2.00 | 530.00 |
| 5/31/2010 | BSR | Continue Legal research re compensability of lunch meals | 1.20 | 318.00 |
| | BSR | Draft memo to Warren Smith re compensability of lunch meals unrelated to travel | 1.70 | 450.50 |
| | AL | Update database with June 7, 2010 hearing agenda (.1); Foley's April fee application (electronic pdf only) (.1); Baer April fee application (electronic pdf only) (.1) | 0.30 | 13.50 |

**For professional services rendered** **161.20 $31,176.00**

Additional Charges :

5/31/2010 Third party copies & document prep/setup. 633.88

Copying cost 39.60

W.R. Grace & Co. Page 17

| | **Amount** |
|---|---|
| 5/31/2010  PACER Charges | 29.52 |

**Total additional charges** $703.00

**Total amount of this bill** $31,879.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 1.00 | 172.50 | $172.50 |
| Anthony Lopez | 24.30 | 45.00 | $1,093.50 |
| Bobbi S. Ruhlander | 81.20 | 265.00 | $21,518.00 |
| James A. Wehrmann | 24.00 | 152.50 | $3,660.00 |
| Lisa M Hamm | 6.20 | 150.00 | $930.00 |
| Melanie White | 22.10 | 140.00 | $3,094.00 |
| Warren H Smith | 2.40 | 295.00 | $708.00 |