IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 3, 2010 at 4:00 p.m.** |
| | ) | **Hearing Date: September 13, 2010 at 10:30 a.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 24773**

        The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Thirty-Sixth Quarterly Fee Application of Ferry,

Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period from January 1, 2010 through March 31, 2010 ("the Application").  The

undersigned further certifies that she has caused the Court's docket in this case to be reviewed

and no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Application, objections to the Application were to be filed and served no later

than June 3, 2010[1] at 4:00 p.m.

Dated: June 4, 2010

                                        FERRY, JOSEPH & PEARCE, P.A.

                                         /s/ Lisa L. Coggins
                                        Michael B. Joseph (No. 392)
                                        Theodore J. Tacconelli (No. 2678)
                                        Lisa L. Coggins (No. 4234)
                                        824 Market Street, Suite 1000
                                        P.O. Box 1351
                                        Wilmington, DE 19899
                                        Tel:    (302) 575-1555
                                        Fax:    (302) 575-1714

                                        *Counsel to the Official Committee of
                                        Asbestos Property Damage Claimants*

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.