## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et. al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Hearing Date: June 7, 2010 @ 10:30 a.m. |
| ) | |
| ) | Re: Docket Nos. 24725 & 24854 |
| ) | |

### ORDER GRANTING THE SECOND APPLICATION OF CANADIAN ZAI CLAIMANTS PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES OF LAUZON BÉLANGER S.E.N.C.R.L. AND SCARFONE HAWKINS LLP AS REPRESENTATIVE COUNSEL INCURRED IN MAKING SUBSTANTIAL CONTRIBUTION FOR THE PERIOD SEPTEMBER 1, 2008 THROUGH DECEMBER 20, 2009

Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP, as Representative Counsel ("Representative Counsel") to Canadian Zonolite Attic Insulation Claimants, in the above-captioned bankruptcy case, having filed its *Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period September 1, 2008, to December 20, 2009* (the "Application"); and the Court having reviewed the Application and exhibits related thereto, including the Amended Minutes of Settlement; and the Court having been satisfied that sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having afforded all persons with standing an opportunity to be heard on the Application at a hearing held to consider approval of the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

1

2.  Capitalized terms not otherwise defined herein have the meaning given to them in the Application.

3.  The Canadian ZAI Claimants are awarded as administrative expenses, in recognition of Representative Counsel's substantial contributions in these Chapter 11 cases, the aggregate amount of CDN$448,786.33 comprised of: (i) professional fees in the amount of CDN$393,408.54 and expenses in the amount of CDN$55,377.79 incurred by Representative Counsel during the Compensation Period.

4.  This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: June 7, 2010
Wilmington, Delaware

*Judith K. Fitzgerald*

United States Bankruptcy Judge

SJS