# Exhibit A

**W.R. Grace – 35th Interim (October -- December 2009)**
**Fee and Expense Chart with Recommendations**
**Exhibit A**

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24275 | TOTAL: | $632,543.50 | $8,688.60 | $632,205.50 | $8,688.60 |

| JANET S. BAER, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24235 | TOTAL: | $459,382.50 | $8,924.81 | $459,170.00 | $8,924.81 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24553 | TOTAL: | $37,298.50 | $216.14 | $37,298.50 | $216.14 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24324 | TOTAL | $54,751.50 | $33,727.16 | $54,751.50 | $33,727.16 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24589 | TOTAL: | $200,000.00 | $3,193.82 | $200,000.00 | $3,193.82 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24723 | TOTAL: | $69,869.50 | $25,274.13 | $69,869.50 | $25,274.13 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24276 | TOTAL: | $93,635.50 | $15,199.97 | $93,591.50 | $15,199.97 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24307 | TOTAL: | $868,243.75 | $147,341.92 | $867,211.25 | $146,715.81 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24399 | TOTAL: | $157,517.50 | $809.68 | $157,517.50 | $809.68 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24290 | TOTAL: | $42,852.00 | $41,671.09 | $42,852.00 | $41,671.09 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24274 | TOTAL: | $74,236.50 | $156.00 | $74,236.50 | $156.00 |

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24679 | TOTAL: | $23,118.50 | $0.00 | $23,118.50 | $0.00 |

| DELOITTE TAX LLP (32nd, 33rd, and 34th)[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24601 | TOTAL: | $125,471.00 | $2,143.00 | $95,054.00 | $2,143.00 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24489 | TOTAL: | $82,898.50 | $4,393.13 | $82,744.50 | $4,267.35 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24306 | TOTAL: | $72,712.50 | $4,651.73 | $72,675.00 | $4,651.73 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24291 | TOTAL: | $49,702.50 | $253.05 | $49,468.50 | $246.03 |

| HOLME ROBERTS & OWEN, LLP (33rd)[2] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24425 | TOTAL: | $2,656.00 | $1,408.04 | $2,656.00 | $1,408.04 |

| KIRKLAND & ELLIS, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24327 | TOTAL: | $3,387,893.00 | $966,793.14 | $3,387,163.00 | $959,355.64 |

---

[1] Deloitte Tax filed a combined fee application covering the period of January 1, 2009 through September 30, 2009, which period comprises the Thirty-Second, Thirty-Third, and Thirty-Fourth Interim Periods.

[2] The Thirty-Third Interim Period encompasses April through June 2009.

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24300 | TOTAL: | $68,306.75 | $3,366.52 | $68,306.75 | $3,366.52 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24273 | TOTAL: | $15,257.00 | $0.00 | $15,257.00 | $0.00 |

| LINCOLN PARTNERS ADVISORS LLC (34th)[3] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24834[4] | TOTAL: | $50,000.00 | $251.49 | $50,000.00 | $251.49 |

| NELSON MULLINS RILEY & SCARBOROUGH, LLP (33rd) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24669 | TOTAL: | $780.00 | $0.08 | $780.00 | $0.08 |

| OGILVY RENAULT LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24288 | TOTAL: | CDN$160,053.50 | CDN$1,235.79 | CDN$160,053.50 | CDN$1,235.79 |

[3] The Thirty-Fourth Interim Period encompasses July through September 2009.

[4] This Application filed by Lincoln Partners Advisors LLC ("Lincoln") at Docket No. 24834 on May 25, 2010 is a corrected application for the Thirty-Fourth Interim Period filed for the purpose of correcting an incorrect application period and incorrect amounts set forth in the original application filed at Docket No. 24565 on April 5, 2010. In this corrected application, Lincoln requests a smaller amount of fees and expenses than it requested in the original application.

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24397 | TOTAL: | $1,091,059.75 | $45,541.09 | $1,091,059.75 | $45,541.09 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24353 | TOTAL: | $137,312.50 | $128,237.71 | $137,312.50 | $128,237.71 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24305 | TOTAL: | $719,552.43 | $21,725.48 | $719,476.21 | $21,725.48 |

| PROTIVITI INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24328 | TOTAL: | $10,080.00 | $10,201.60 | $10,080.00 | $10,201.60 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24272 | TOTAL: | $81,097.50 | $17,991.64 | $81,097.50 | $17,991.64 |

| ALAN B. RICH | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24257 | TOTAL: | $65,280.00 | $2,541.51 | $65,280.00 | $2,541.51 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24263 | TOTAL: | $22,995.00 | $1,373.21 | $22,995.00 | $1,373.21 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24242 | TOTAL: | $60,202.50 | $946.66 | $60,202.50 | $946.66 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24248 | TOTAL: | $46,033.00 | $824.55 | $46,033.00 | $824.55 |

| STEPTOE & JOHNSON LLP (34th and 35th) | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 34th | 24763 | TOTAL: | $19,962.00 | $97.36 | $19,962.00 | $97.36 |
| 35th | 24764 | TOTAL: | $6,008.00 | $29.87 | $6,008.00 | $29.87 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24308 | TOTAL: | $617,534.75 | $26,074.41 | $617,534.75 | $26,074.41 |

| TOWERS PERRIN TILLINGHAST | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24396 | TOTAL: | $12,933.00 | $0.00 | $12,933.00 | $0.00 |

| TRE ANGELI LLC (34th) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24437 | TOTAL: | $100,000.00 | $288.64 | $100,000.00 | $288.64 |

| VENABLE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24727 | TOTAL: | $1,182,999.96 | $538,269.54 | $1,179,018.46 | $538,269.54 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 24322 | TOTAL: | $26,818.50 | $1,388.00 | $26,818.50 | $1,388.00 |