# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# APRIL 1-30, 2010

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042  

May 14, 2010  
Client No. 17367  
Invoice No. 1251965  

Orrick Contact: Roger Frankel  

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through April 30, 2010 in connection with the matters described on the attached pages: | $ | 240,733.50 |
| DISBURSEMENTS as per attached pages: | | 1,322.52 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount)**: | **$** | **242,056.02** |

Matter(s):  17367/11, 12, 13, 15, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:  
Previous Balance not included in this invoice:  
$407,216.61  
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,  
please reference your **INVOICE** and **CLIENT** numbers on your remittance.  
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | *Wire Transfers Only:* | *ACH Transfers Only:* |
| 4253 Collections Center Drive | *ABA Number 0260-0959-3* | *ABA Number 121-000358* |
| Chicago, IL  60693 | *Bank of America* | *Bank of America* |
| Reference: 17367/ Invoice: 1251965 | *100 West 33rd Street, NY, NY 10001* | *San Francisco Main Branch* |
| E.I.N. 94-2952627 | *Account of* | *Account of* |
| Overnight deliveries:  (312) 974-1642 | *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* |
| | *Account Number: 1499410382* | *Account Number: 1499410382* |
| | *Reference: 17367/ Invoice: 1251965* | *Reference: 17367/ Invoice: 1251965* |
| | *E.I.N. 94-2952627* | *E.I.N. 94-2952627* |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

May 14, 2010  
Invoice No. 1251965

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

May 14, 2010  
Client No. 17367  
Invoice No. 1251965

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2010 in Connection With:

**Matter:  7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/01/10 | P. Mahaley | Revise insurance settlement documents. | 0.80 |
| 04/02/10 | P. Mahaley | Analyze proposed changes to terms of insurance settlement agreements (3.9); confer with R. Wyron re proposed changes to terms of insurance settlement agreement (.7); draft insurance settlement agreement (1.8); draft summaries re status of insurance settlement negotiations (.7). | 7.10 |
| 04/06/10 | P. Mahaley | Confer with L. Esayian re Grace comments to draft insurance settlement agreement. | 0.90 |
| 04/07/10 | P. Mahaley | Draft insurance settlement agreements and related documents (1.5); draft communication to counsel for Plan Proponents re comments on proposed changes to draft insurance settlement agreement (.9); analyze proposed changes to insurance settlement agreement (.5); participate telephonically in settlement meeting with insurer counsel (1.3). | 4.20 |
| 04/08/10 | P. Mahaley | Confer with R. Wyron and L. Esayian re proposed changes to insurance settlement agreements and related documents. | 1.20 |
| 04/09/10 | P. Mahaley | Confer with L. Esayian re proposed changes to insurance settlement agreement (.8); draft revisions to insurance settlement agreement (1.3). | 2.10 |
| 04/13/10 | P. Mahaley | Draft revisions to insurance settlement agreement (2.3); analyze proposed changes to insurance settlement agreement and communicate same to Debtors' counsel (1.3). | 3.60 |
| 04/14/10 | D. Felder | Attention to motion to approve insurance settlement agreement (1.0); review draft settlement agreement and provide comments to P. Mahaley (1.5). | 2.50 |
| 04/14/10 | P. Mahaley | Draft insurance settlement agreement and related documents. | 3.40 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

May 14, 2010  
Invoice No. 1251965

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/15/10 | D. Felder | E-mail correspondence to/from P. Mahaley regarding motion to approve insurance settlement agreement (.2); telephone conference with Orrick team regarding same (.3); review and revise same (1.3); review Debtors' comments regarding proposed insurance settlement agreement (1.0). | 2.80 |
| 04/15/10 | P. Mahaley | Revise insurance settlement agreement and related documents (1.1); confer with R. Frankel and R. Wyron re motion for approval of insurance settlement agreement (.5). | 1.60 |
| 04/19/10 | P. Mahaley | Review and propose revisions to draft Confirmation Order re insurance settlement and stipulation issues (7.7); prepare for and confer with R. Wyron re draft Confirmation Order re insurance settlement and stipulation issues (.9). | 8.60 |
| 04/20/10 | P. Mahaley | Review and analyze insurance settlement agreements to ensure that draft confirmation order incorporates all elements required by such settlements (3.2); confer with R. Wyron and D. Felder re proposed additional changes necessary to draft Confirmation Order to address insurance settlement issues (1.0). | 4.20 |
| 04/21/10 | P. Mahaley | Communicate with counsel for Plan Proponents re insurance settlement logistics (.8); confer with counsel for insurer re proposed changes to draft settlement agreement (.3); analyze proposed changes to insurance settlement agreement and communicate with Plan Proponents counsel re same (1.8); attend to finalization of motion papers re completed insurance settlement (1.0); analyze proposed changes to draft Confirmation Order re insurance issues (1.1); prepare for and confer with R. Wyron and D. Felder re proposed changes to draft Confirmation Order re insurance issues (.6). | 5.60 |
| 04/22/10 | P. Mahaley | Confer with counsel for insurer re proposed changes to insurance settlement agreement (.8); confer with counsel for Debtor re proposed changes to insurance settlement agreement (.6). | 1.40 |
| 04/23/10 | P. Mahaley | Analyze insurer proposed changes to insurance settlement agreement (3.1); confer with R. Wyron re proposed changes to insurance settlement agreement (1.6); confer with counsel for Debtors and ACC re proposed changes to insurance settlement agreement (.6); draft communications responding to proposed changes to insurance settlement agreements to insurer counsel (1.7). | 7.00 |
| 04/26/10 | P. Mahaley | Draft insurance settlement agreements (5.3); analyze proposed changes to insurance settlement agreement and draft memorandum re same (3.1). | 8.40 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 4

May 14, 2010  
Invoice No. 1251965

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/27/10 | P. Mahaley | Draft insurance settlement agreements (3.9); analyze proposed changes to insurance settlement agreements (2.0); confer with R. Wyron re proposed changes to insurance settlement agreement (1.0). | 6.90 |
| 04/28/10 | P. Mahaley | Confer with counsel for insurer re proposed changes to insurance settlement agreement (.3); review draft Confirmation Order re insurance issues (.8); draft insurance settlement agreements and related documents (8.0). | 9.10 |
| 04/29/10 | P. Mahaley | Draft insurance settlement agreements and related documents (6.8); communicate with counsel for Debtors, ACC and insurers re proposed changes to insurance settlement agreements (1.3). | 8.10 |
| 04/30/10 | P. Mahaley | Confer with counsel for Plan Proponents re proposed changes to draft motion papers for insurance settlement (1.3); participate in telephonic settlement meeting with insurer counsel (.6); communicate with counsel for Debtors re insurance settlement agreement (.8); draft insurance settlement agreements and related documents (2.4). | 5.10 |

|  | Total Hours | 94.60 |  |
|---|---|---|---|
|  | Total For Services |  | $61,463.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.30 | 645.00 | 3,418.50 |
| Peri N. Mahaley | 89.30 | 650.00 | 58,045.00 |
| Total All Timekeepers | 94.60 | $649.72 | $61,463.50 |

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 8.10 | |
| Telephone | 6.48 | |
| Total Disbursements | | $14.58 |

**Total For This Matter**     **$61,478.08**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

May 14, 2010  
Invoice No. 1251965

For Legal Services Rendered Through April 30, 2010 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 04/01/10 | S. Cruzado | Review recently filed documents. | 1.50 |
| 04/01/10 | D. Fullem | Review recently filed pleadings in case. | 0.20 |
| 04/01/10 | D. Felder | Due diligence regarding MCC claims objection. | 3.00 |
| 04/01/10 | D. Felder | Conference with R. Frankel and R. Wyron regarding settlement strategy and next steps (1.5); e-mail correspondence with J. Baer and B. Stansbury regarding asbestos claimants and related issues (.3). | 1.80 |
| 04/01/10 | R. Wyron | Work on draft language for insurance settlement (.6); review open issues regarding insurance settlement with P. Mahaley and follow-up (.4); revise settlement outline (.5); confer with R. Frankel and D. Felder on settlement issues, and follow-up (.9). | 2.40 |
| 04/01/10 | R. Frankel | Confer with D. Felder, R. Wyron re settlement issues, structure (1.4); notes re same (.1). | 1.50 |
| 04/01/10 | R. Frankel | Prepare notes re settlement issues (1.1); preliminary review with R. Wyron (.2). | 1.30 |
| 04/02/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/02/10 | D. Felder | Attention to insurance settlement issues and strategy and e-mail correspondence regarding same. | 1.00 |
| 04/02/10 | R. Wyron | Review e-mails on recent filings (.2); refine outline of settlement issues (.4); review and revise language for insurance settlement approval order and e-mails regarding same (.9); confer with R. Frankel regarding strategy and follow-up (.3); review insurance settlement strategy and follow-up (.7). | 2.50 |
| 04/02/10 | R. Frankel | Review file, follow-up re settlement issues. | 0.80 |
| 04/02/10 | R. Frankel | Review e-mails, pleadings re MCC indemnity claims (.5); review relevant prior pleadings (.6). | 1.10 |
| 04/02/10 | R. Frankel | Review e-mail memo re status of insurer settlements, chart re same from P. Mahaley. | 1.20 |
| 04/02/10 | R. Frankel | Confer with P. Mahaley re modified chart (.5); confer with R. Wyron re settlement issues (.4). | 0.90 |
| 04/02/10 | R. Frankel | Review draft settlement agreement. | 1.10 |
| 04/05/10 | D. Felder | Revise proposed order regarding insurance settlement (.5); consider issues regarding same (.7); attention to settlement issues with various objectors (3.0). | 4.20 |

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | May 14, 2010 |
|---|---|---|---|
| page 6 | | | Invoice No. 1251965 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/05/10 | R. Wyron | Review and revise proposed order for insurance settlement (.4); confer with R. Frankel re strategy and follow-up (.3); review settlement issues with P. Mahaley and follow-up e-mails re same (.6); review agenda and confer with R. Frankel re follow-up (.4); review objections chart for open items and potential plan changes (.8). | 2.50 |
| 04/05/10 | R. Frankel | Review and consider T. Freedman e-mail re settlement issues (.3); review with R. Wyron issues re settlement (.5). | 0.80 |
| 04/05/10 | R. Frankel | Review agenda for 4/19 hearing (.4); confer with R. Wyron re same (.3). | 0.70 |
| 04/05/10 | R. Frankel | Review settlement and confirmation issues. | 0.80 |
| 04/05/10 | R. Frankel | Review settlement issues. | 0.90 |
| 04/06/10 | D. Felder | Telephone conference with B. Stansbury regarding claimant issues (.2); review and revise proposed order regarding insurance settlement (.5); attention to settlement issues and strategy (4.5). | 5.20 |
| 04/06/10 | D. Felder | Conference with H. Quinn regarding update and background. | 1.50 |
| 04/06/10 | R. Wyron | Review and revise draft approval order for settlement (.8); work on settlement issues and confer with D. Felder (.6); review e-mails re insurance issues and respond (.3); call with insurer's counsel (.3); call with T. Freedman and follow-up (.4); prepare notes for omnibus hearing (.4). | 2.80 |
| 04/06/10 | R. Frankel | Confer with R. Wyron re omnibus hearing, status (.4); telephone conference with H. Huge re status (.3). | 0.70 |
| 04/06/10 | R. Frankel | Confer with R. Wyron re settlement and confirmation issues (.4); review issues in connection with confirmation order, entry thereof (.5). | 0.90 |
| 04/07/10 | D. Fullem | Review and respond to e-mail from P. Mahaley regarding settlement issues. | 0.20 |
| 04/07/10 | D. Fullem | Review and respond to e-mail from R. Frankel regarding 8-K. | 0.20 |
| 04/07/10 | D. Felder | Review and revise approval order for insurance settlement (.6); review recently filed orders regarding April omnibus hearing (.2); attention to insurance settlement strategy (1.5); review insurance settlement agreement and begin preparing motion to approve same (1.7); telephone conference with R. Wyron and P. Mahaley regarding proposed approval order and revise same (.5); conference with R. Wyron regarding insurance settlement strategy (.5). | 5.00 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

May 14, 2010  
Invoice No. 1251965

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/07/10 | R. Wyron | Confer with R. Frankel re strategy and follow-up (.4); review draft insurance settlement agreement and respond to e-mails from P. Mahaley re same (.9); review draft approval order (.3); confer with D. Felder on draft outline for settlement and follow-up (.9); review revised draft outline and provide comments (.6). | 3.10 |
| 04/07/10 | R. Frankel | Review L. Esayian e-mail and revised settlement agreement. | 1.10 |
| 04/07/10 | R. Frankel | Review Longacre, National Union approved orders. | 0.30 |
| 04/07/10 | R. Frankel | Review draft settlement order (.4); review 524(g) issues (.6); confer with R. Wyron re same (.3). | 1.30 |
| 04/07/10 | R. Frankel | Review 8-K re accounting framework changes (.7); e-mail R. Smith re same (.2). | 0.90 |
| 04/08/10 | D. Felder | E-mail correspondence regarding proposed order approving insurance settlement. | 0.20 |
| 04/08/10 | R. Wyron | Review revised outline on settlement and provide comments (.8); call with insurer's counsel and follow-up (.6); review and revise proposed insurer settlement approval order and respond to e-mails re same (1.3); review issues with P. Mahaley and proposed settlements and follow-up (.8); begin work on approval hearing and follow-up (1.1). | 4.60 |
| 04/08/10 | R. Frankel | Confer with R. Wyron re settlement issues (.4); confer with R. Wyron re telephone conference with insurer's counsel (.3). | 0.70 |
| 04/08/10 | R. Frankel | Series of e-mails regarding settlement with D. Felder, P. Lockwood and R. Wyron. | 1.20 |
| 04/08/10 | R. Frankel | Review and edit Power Point from D. Felder regarding settlement. | 2.20 |
| 04/09/10 | D. Felder | Attention to insurance settlement issues (.5); review recently filed pleadings (1.0); conference with R. Frankel and R. Wyron regarding insurance settlement strategy (1.0); attention to same (2.0); review and revise proposed order approving insurance settlement agreement (.1); attention to claimant data from Debtors (1.6). | 6.20 |
| 04/09/10 | R. Wyron | Work on insurance settlement documents and follow-up (1.2); review status of open items on settlement terms and follow-up (.4); review draft insurer approval order and follow-up (.8). | 2.40 |
| 04/09/10 | R. Frankel | Review plan issues. | 0.80 |
| 04/09/10 | R. Frankel | Confer with R. Wyron and D. Felder regarding presentation, issues in connection with settlements (1.1); notes regarding same (.3). | 1.40 |
| 04/09/10 | R. Frankel | Review series of e-mails regarding settlement. | 0.30 |
| 04/12/10 | S. Cruzado | Review recently filed documents. | 1.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 8

May 14, 2010  
Invoice No. 1251965

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/12/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/12/10 | J. Burke | Confer with R. Wyron regarding claims objection. | 0.30 |
| 04/12/10 | D. Felder | Review pleadings for May omnibus hearing (.4); e-mail correspondence regarding same (.1); review and revise motion to approve insurance settlement agreement (1.0); conference with R. Wyron regarding same (.1); e-mail correspondence with P. Mahaley regarding same (.1); telephone conference with R. Wyron regarding settlement strategy (.1); review presentation regarding same (.3). | 2.10 |
| 04/12/10 | R. Wyron | Work on settlement analysis and follow-up (.7); call to P. Lockwood and insurer counsel (.3); conference call re MCC CMO and follow-up (.6); review revised hearing agenda (.2); revise approval order (.4); confer with J. Burke on estoppel research re MCC and follow-up (.3). | 2.50 |
| 04/12/10 | R. Frankel | Review draft order sent to insurer. | 0.60 |
| 04/12/10 | R. Frankel | Review revised presentation of settlement structures from D. Felder. | 0.90 |
| 04/12/10 | R. Frankel | Review e-mail correspondence re MCC CMO issues (.6); review D. Felder e-mail re various objections due (.2). | 0.80 |
| 04/13/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/13/10 | D. Felder | Review and revise proposed approval order regarding insurance settlement agreement (.5); e-mail correspondence with P. Mahaley regarding same (.1). | 0.60 |
| 04/13/10 | R. Wyron | Review draft approval motion and work on additional language (.8); review draft approval order (.3); revise global settlement analysis (.8); call with P. Lockwood and follow-up (.4). | 2.30 |
| 04/13/10 | R. Frankel | Review draft agreement. | 0.80 |
| 04/13/10 | R. Frankel | Review settlement issues in preparation for meeting with T. Freedman (.9); telephone conference with R. Wyron re same (.3). | 1.20 |
| 04/14/10 | J. Burke | Research in support of claims objection. | 0.70 |
| 04/14/10 | R. Wyron | Review draft insurance settlement (.6); call with R. Frankel re strategy (.2); call with insurer's counsel and follow-up (.3); review status of open issues and follow-up (.2); review revised draft approval motion and provide comments (1.1). | 2.40 |
| 04/14/10 | R. Frankel | Review file in preparation for meeting with T. Freedman (.5); confer with T. Freedman re case issues (.9). | 1.40 |
| 04/14/10 | R. Frankel | Telephone conference with R. Wyron re meeting with T. Freedman, issues with insurer, notes re same. | 0.40 |
| 04/15/10 | D. Fullem | Review returned mail packages, research new addresses, update service lists. | 0.50 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 9

May 14, 2010  
Invoice No. 1251965

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/15/10 | R. Wyron | Revise draft insurance settlement approval motion and follow-up (.8); confer with R. Frankel re issues and follow-up (.6); review Grace comments to draft insurance settlement agreement and follow-up (.4); review revised coverage-in-place agreement (.9). | 2.70 |
| 04/15/10 | R. Frankel | Review, edit draft motion to approve insurance settlement. | 0.90 |
| 04/15/10 | R. Frankel | Telephone conference with T. Freedman re omnibus hearing; confer with R. Wyron re same. | 0.70 |
| 04/15/10 | R. Frankel | Confer with R. Wyron, D. Felder (phone) re settlement motion. | 0.60 |
| 04/15/10 | R. Frankel | Review revised settlement motion based on meeting with D. Felder. | 0.50 |
| 04/15/10 | R. Frankel | Review marked changes to settlement agreement from L. Esayian. | 0.90 |
| 04/16/10 | D. Felder | Conference with P. Lockwood and Orrick team regarding strategy and follow-up regarding same (2.5); telephone conference with Debtors and ACC regarding April 19 omnibus hearing (.3); attention to settlement strategy issues (1.0); review and revise motion to approve insurance settlement agreement (.8); conference with R. Wyron regarding settlement strategy issues (.1); begin reviewing draft confirmation order (1.5). | 6.20 |
| 04/16/10 | R. Wyron | Review comments to draft insurance settlement order (.4); confer with P. Lockwood re settlement issues and follow-up (2.1); begin review of draft confirmation order (1.8); call with Debtors' counsel regarding status conference and settlement, and follow-up (.8); call with insurance counsel and follow-up (.4); call with D. Cohn re MCC claims objections and follow-up (.5); review strategy with R. Frankel and follow-up (.4). | 6.40 |
| 04/16/10 | R. Frankel | Review presentation of settlement issues in preparation for meeting with P. Lockwood. | 0.50 |
| 04/16/10 | R. Frankel | Confer with P. Lockwood, R. Wyron, D. Felder re settlement. | 2.50 |
| 04/16/10 | R. Frankel | Telephone conference with T. Freedman, M. Shelnitz, R. Wyron re omnibus hearing (.5); confer with R. Wyron, D. Felder re same (.4). | 0.90 |
| 04/16/10 | R. Frankel | Confer with R. Wyron re calls with objectors (.3); telephone conference with insurance counsel re status (.2). | 0.50 |
| 04/16/10 | R. Frankel | Review pleadings for omnibus hearing. | 0.30 |
| 04/18/10 | R. Frankel | Review, edit confirmation order. | 1.80 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 10

May 14, 2010  
Invoice No. 1251965

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/19/10 | D. Felder | Review draft confirmation order and note issues regarding same (2.3); telephonic participation in omnibus hearing (2.0); telephone conference with P. Mahaley regarding proposed settlement and follow-up regarding same (.3). | 4.60 |
| 04/19/10 | R. Wyron | Participate in telephonic hearing on confirmation issues and follow-up (1.4); review draft confirmation order and follow-up (2.1); review case law on MCC estoppel issues and follow-up (.9); review update on asbestos liabilities from Towers Watson (.5). | 4.90 |
| 04/19/10 | R. Frankel | Attend omnibus hearing in DE re MCC and Plan Status. | 3.30 |
| 04/19/10 | R. Frankel | Review draft confirmation order, chart of objections. | 2.50 |
| 04/19/10 | R. Frankel | Confer with R. Wyron re MCC, Plan issues after hearing; notes re same. | 0.50 |
| 04/20/10 | D. Felder | Review and revise draft confirmation order (5.8); conference with R. Wyron and P. Mahaley regarding same and follow-up (1.4). | 7.20 |
| 04/20/10 | R. Wyron | Review draft confirmation order and organize comments (1.7); confer with D. Felder and P. Mahaley on changes to draft order, and follow-up (1.6); review insurance settlement status and follow-up (.3); review MCC pleadings re status and follow-up (.2). | 3.80 |
| 04/21/10 | S. Cruzado | Review recently filed documents. | 1.00 |
| 04/21/10 | D. Felder | Review draft scheduling order regarding objection to MCC's claims (.1); review and revise draft confirmation order and conferences with R. Wyron and M. Wallace regarding same (4.5); e-mail correspondence with P. Mahaley regarding upcoming hearings and deadlines (.2); review and revise insurance settlement approval motion, proposed order and notice (.6); conference with R. Wyron and P. Mahaley regarding draft confirmation order (.3); follow-up regarding same (1.0). | 6.70 |
| 04/21/10 | R. Wyron | Review comments on draft confirmation order and follow-up (1.3); review issues on insurance settlement agreement and respond to e-mails re same (.6); review TDP re indirect claims issues (.7). | 2.60 |
| 04/22/10 | D. Fullem | Review news and filings regarding Grace's first quarter 2010 results; e-mail to R. Frankel and R. Wyron. | 0.80 |
| 04/22/10 | R. Wyron | Review MCC draft order and respond to e-mails re same (.4); continue to work on draft confirmation order (1.1); calls and e-mails re draft order (.6). | 2.10 |
| 04/22/10 | R. Frankel | Review draft order re MCC, series of e-mails re same. | 0.40 |
| 04/22/10 | R. Frankel | Review 1st quarter press release issued by WRG. | 0.40 |
| 04/22/10 | R. Frankel | Review draft confirmation order with revisions (1.9); telephone conference with R. Wyron re same (.4). | 2.30 |

| | | David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 11 | May 14, 2010<br>Invoice No. 1251965 |
|---|---|---|---|
| 04/23/10 | D. Felder | Review and revise draft confirmation order (1.5); review draft settlement approval motion and provide comments (.5). | 2.00 |
| 04/23/10 | R. Wyron | Review revisions to draft insurance settlement agreement and respond to e-mails re same (1.2); confer with P. Mahaley re insurance settlement and follow-up (.8); review revised motion to approve settlement and follow-up (.3); review revisions to confirmation order and follow-up with e-mails re same (1.1); review draft re MCC objection (.4). | 3.80 |
| 04/23/10 | R. Frankel | Review P. Lockwood proposed changes to confirmation order (.5); review series of e-mails re District Court affirmation (.4). | 0.90 |
| 04/25/10 | R. Frankel | Review transcript of 4/19 hearing re Plan confirmation and MCC issues. | 1.10 |
| 04/26/10 | D. Fullem | Review recent filing of 8-K by Grace; e-mail to R. Frankel and R. Wyron. | 0.30 |
| 04/26/10 | R. Wyron | Review and revise draft approval motion (.7); organize notes on confirmation order for review and conference call (.6); work on MCC issues (.3). | 1.60 |
| 04/26/10 | R. Frankel | Prepare notes re open issues re settlements. | 0.60 |
| 04/26/10 | R. Frankel | Review orders entered by court re Sealed Air & Fresenius (.2); e-mail from D. Felder re same (.3). | 0.50 |
| 04/27/10 | D. Fullem | Review and respond to e-mail from R. Frankel regarding recently filed pleadings. | 0.20 |
| 04/27/10 | D. Felder | E-mail correspondence regarding draft confirmation order and attention to same. | 0.50 |
| 04/27/10 | R. Wyron | Review draft insurance settlement agreement (1.2); confer with P. Mahaley re open issues (.9); calls re potential settlement and follow-up (.8); review financials and follow-up (.6); review approval motion and follow-up (.4). | 3.90 |
| 04/27/10 | R. Frankel | Series of e-mails with J. Radecki, R. Wyron re status meeting (.3); telephone conference with D. Austern re same (.2). | 0.50 |
| 04/27/10 | R. Frankel | Review marked draft confirmation order (1.3); telephone conference with R. Wyron re status, procedure to USDC (.3). | 1.60 |
| 04/27/10 | R. Frankel | Review, consider e-mail from T. Freedman re MCC (.4); telephone conference with R. Wyron re same (.2). | 0.60 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 12

May 14, 2010  
Invoice No. 1251965

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/28/10 | D. Felder | Review and revise amended draft confirmation order and provide comments regarding same (3.6); conference with R. Frankel and R. Wyron and follow-up regarding same (.5); telephone conference with P. Mahaley regarding same (.1); e-mail correspondence with D. Boll regarding same (.1); follow-up revisions regarding same (2.0); review draft settlement agreement and provide comments regarding same (1.5); review draft settlement approval motion, proposed order and notice and provide comments regarding same (.3). | 8.10 |
| 04/28/10 | R. Wyron | Work on draft confirmation order (.8); confer with D. Felder and R. Frankel and follow-up (.5); e-mails regarding changes to draft confirmation order (.3); review financial summary and calls re same ( .6). | 2.20 |
| 04/28/10 | R. Frankel | Series of e-mails with J. Radecki, D. Austern to set up meeting re pending issues. | 0.40 |
| 04/28/10 | R. Frankel | Review revised marked and clean confirmation order from K&E. | 1.90 |
| 04/28/10 | R. Frankel | Confer with R. Wyron re status of objector discussions (.1), settlement agreement (.2), and notes re same (.1). | 0.40 |
| 04/28/10 | R. Frankel | Confer with R. Wyron, D. Felder re revisions to draft confirmation order. | 0.80 |
| 04/28/10 | R. Frankel | Review further e-mails re draft confirmation order. | 0.30 |
| 04/29/10 | D. Felder | Review draft confirmation order and e-mail correspondence regarding same. | 0.80 |
| 04/29/10 | R. Wyron | Continue work on draft confirmation order (2.1); respond to e-mails re insurance provisions and follow-up (.8); review Debtors' comments on insurance settlement motion and follow-up (.9). | 3.80 |
| 04/29/10 | R. Frankel | Telephone conference with insurer's counsel re status (.4); confer with R. Wyron re same (.3). | 0.70 |
| 04/29/10 | R. Frankel | Review P. Lockwood e-mail re confirmation order, sections of confirmation order, R. Wyron e-mail. | 0.40 |
| 04/29/10 | R. Frankel | Review draft confirmation order. | 1.20 |
| 04/29/10 | R. Frankel | Review Debtors' suggested revisions to motion to approve settlement, e-mails re same (.6); confer with R. Wyron in advance of conference call (.3). | 0.90 |
| 04/29/10 | R. Frankel | Confer with R. Wyron re status with various objectors (.2); review issues re possible settlement (.6). | 0.80 |
| 04/30/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/30/10 | D. Felder | Attention to revised drafts of confirmation order (2.0); conference call with Debtors and ACC counsel regarding strategy and settlement issues (1.5); review draft comments regarding settlement approval motion (.3). | 3.80 |

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 13 | | | May 14, 2010<br>Invoice No. 1251965 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/30/10 | R. Wyron | Work on confirmation order issues and follow-up (.8); call with Debtors' and ACC counsel re claims objections, potential settlement with insurer and confirmation order, and follow-up (1.5); review changes to proposed order (.3); calls regarding insurance settlement and follow-up (.4); review revisions to draft settlement (.6). | 3.60 |
| 04/30/10 | R. Frankel | Confer with R. Wyron re call re confirmation order, settlement approval motion. | 0.40 |

Total Hours 210.30
Total For Services $167,982.00

**Timekeeper Summary**

| | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 1.00 | 445.00 | 445.00 |
| Stephen C. Cruzado | 4.00 | 240.00 | 960.00 |
| Debra Felder | 70.70 | 645.00 | 45,601.50 |
| Roger Frankel | 62.50 | 985.00 | 61,562.50 |
| Debra O. Fullem | 3.20 | 265.00 | 848.00 |
| Richard H. Wyron | 68.90 | 850.00 | 58,565.00 |
| Total All Timekeepers | 210.30 | $798.77 | $167,982.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 9.40 |
| Express Delivery | 57.89 |
| Other Business Meals | 115.83 |
| Outside Reproduction Services | 16.00 |
| Outside Services | 239.00 |
| Telephone | 57.45 |
| Westlaw Research | 261.12 |
| Total Disbursements | $756.69 |

**Total For This Matter**     **$168,738.69**

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | May 14, 2010 |
| page 14 | | | Invoice No. 1251965 |

For Legal Services Rendered Through April 30, 2010 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 04/01/10 | D. Fullem | E-mail to D. Austern regarding status of November, December 2009 billing invoices as well as January-March 2010. | 0.20 |
| 04/01/10 | D. Fullem | Review e-mail from Piper regarding status of final fee application; e-mail to local counsel regarding hearing status. | 0.20 |
| 04/01/10 | D. Felder | Review Lincoln quarterly fee application. | 0.10 |
| 04/02/10 | D. Fullem | Finalize for filing Lincoln's first quarterly fee application; e-mail to C. Hartman for filing; coordinate service of same. | 0.80 |
| 04/12/10 | D. Fullem | Review e-mail from D. Davis regarding hearing status for PJC final fee application; e-mail to C. Hartman regarding same. | 0.20 |
| 04/13/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding Lincoln quarterly fee applications and status of same; prepare e-mail to C. Burke at Lincoln regarding quarterly needed for the Sept 09 time period. | 0.20 |
| 04/15/10 | D. Fullem | Follow-up with C. Hartman regarding status of hearing on Piper's final fee application. | 0.10 |
| 04/16/10 | D. Fullem | Prepare CNO for Lincoln January fee application; coordinate filing and serving of same. | 0.40 |
| 04/16/10 | D. Felder | Review CNO for Lincoln. | 0.10 |
| 04/19/10 | D. Fullem | Review e-mail from B. Ruhlander regarding status of Piper's final fee application and their final report on same; determine the best process to be heard by the Court. | 0.40 |
| 04/27/10 | D. Fullem | Review e-mail from D. Felder regarding Lincoln. | 0.10 |
| 04/27/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding status of D. Austern's November and December fee applications. | 0.20 |
| 04/27/10 | D. Fullem | E-mail to D. Austern regarding status of monthly billing for November and December 2009. | 0.10 |
| 04/29/10 | D. Fullem | Telephone call to D. Austern regarding status of his billing for November 09-March 10; update fee auditor regarding same. | 0.20 |

|  |  |
|---|---|
| Total Hours | 3.30 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 15

May 14, 2010  
Invoice No. 1251965

|  | Total For Services | | $950.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 0.20 | 645.00 | 129.00 |
| Debra O. Fullem | 3.10 | 265.00 | 821.50 |
| Total All Timekeepers | 3.30 | $288.03 | $950.50 |

Disbursements
- Document Reproduction      155.30
- Express Delivery      34.98
- Postage      277.31

Total Disbursements      $467.59

**Total For This Matter**      **$1,418.09**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 16

May 14, 2010  
Invoice No. 1251965

For Legal Services Rendered Through April 30, 2010 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/27/10 | D. Fullem | Review e-mail from R. Wyron regarding disclosures. | 0.20 |
| 04/29/10 | D. Fullem | Research conflict lists and e-mail to R. Wyron and R. Frankel regarding same. | 0.20 |

|  | Total Hours | 0.40 |  |
|---|---|---|---|
|  | Total For Services |  | $106.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 0.40 | 265.00 | 106.00 |
| Total All Timekeepers | 0.40 | $265.00 | $106.00 |

**Total For This Matter**   **$106.00**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 17

May 14, 2010  
Invoice No. 1251965

For Legal Services Rendered Through April 30, 2010 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 04/02/10 | D. Fullem | Review and respond to e-mail from fee auditor regarding Feb fee application. | 0.20 |
| 04/06/10 | D. Felder | Review March prebill. | 1.90 |
| 04/06/10 | R. Wyron | Review March prebill and provide comments. | 0.50 |
| 04/13/10 | D. Fullem | Review March prebill. | 1.20 |
| 04/15/10 | D. Fullem | Review fee/expense charts for status of filings and payments. | 0.20 |
| 04/15/10 | D. Fullem | Review and respond to B. Ruhlander regarding expense detail for Oct-Dec 09 fee apps. | 0.20 |
| 04/15/10 | D. Fullem | Request expense detail for Oct-Dec 09 period from accounting. | 0.10 |
| 04/15/10 | D. Fullem | Follow up with P. Reyes regarding March invoice. | 0.20 |
| 04/16/10 | D. Fullem | Prepare updates to fee/expense chart; circulate to R. Frankel, R. Wyron and V. Crossley. | 0.30 |
| 04/16/10 | D. Fullem | Review expense detail for Oct-Dec 09 from accounting; prepare e-mail to B. Ruhlander with attached detailed spreadsheet. | 0.50 |
| 04/16/10 | D. Fullem | Prepare CNO for Orrick's February fee application; coordinate filing and serving of same. | 0.40 |
| 04/16/10 | D. Felder | Review CNO for Orrick. | 0.10 |
| 04/19/10 | D. Fullem | Review and respond to e-mail from V. Crossley regarding recent payment from Grace and proper application to invoices. | 0.50 |
| 04/19/10 | D. Fullem | Update Orrick fee/expense spreadsheets; e-mail to R. Frankel and R. Wyron. | 0.20 |
| 04/20/10 | D. Fullem | Review and update Grace fee/expense spreadsheets. | 0.40 |
| 04/22/10 | D. Fullem | Prepare drafts of charts with meal and travel expenses as requested by fee auditor initial report. | 0.70 |
| 04/22/10 | D. Fullem | Review e-mail from fee auditor and initial report for Orrick's quarterly for Oct-Dec 09 time period. | 0.30 |
| 04/22/10 | D. Fullem | Prepare initial draft of response to fee auditor report; e-mail status to R. Wyron and D. Felder. | 0.80 |
| 04/22/10 | R. Wyron | Review fee auditor's report and organize response. | 0.30 |
| 04/23/10 | D. Fullem | Begin initial draft of response letter to fee auditor report and related charts of meal, travel expenses. | 1.00 |
| 04/26/10 | D. Fullem | Review D. Felder's draft response to fee auditor report; revise same; circulate to R. Wyron and D. Felder for review. | 0.90 |
| 04/26/10 | D. Fullem | Review and revise draft of March fee application. | 1.00 |
| 04/26/10 | D. Felder | Prepare insert for draft response to fee auditor and review hearing transcripts regarding same. | 1.00 |
| 04/26/10 | R. Wyron | Review draft response to fee auditor's inquiry and follow-up. | 0.60 |

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 18

May 14, 2010  
Invoice No. 1251965

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/27/10 | D. Fullem | Review and redact certain information in March invoice as per P. Mahaley and R. Wyron. | 0.30 |
| 04/27/10 | D. Fullem | Finalize Orrick March fee application for filing and service. | 1.00 |
| 04/27/10 | D. Fullem | Review latest draft of Orrick March fee application and update certain information; send to R. Wyron and D. Felder. | 0.80 |
| 04/27/10 | D. Felder | Review exhibits in response to fee auditor and provide comments. | 0.10 |
| 04/27/10 | D. Felder | Review March fee application. | 0.30 |
| 04/27/10 | R. Wyron | Review March monthly fee application. | 0.40 |
| 04/29/10 | D. Fullem | Review e-mail from R. Wyron; revise Orrick's response letter to fee auditor initial report; finalize charts of meals, travel expenses; e-mail to R. Wyron and D. Felder for review and comment. | 1.00 |
| 04/29/10 | D. Felder | Review draft response to fee auditor. | 0.20 |
| 04/29/10 | R. Wyron | Finalize response to fee auditor's inquiries (.4); review status of pending payments and follow-up (.2). | 0.60 |
| 04/30/10 | D. Fullem | Coordinate revisions to response to fee auditor report for Oct-Dec 09 time period (.3); finalize response (.2); confer with R. Wyron and coordinate attachments (.4); prepare e-mail to B. Ruhlander (.3). | 1.20 |
| 04/30/10 | D. Fullem | Revise and finalize Orrick March fee application; coordinate for filing and service. | 1.00 |
| 04/30/10 | D. Fullem | Confer with H. Quinn regarding edits and final of Orrick's March fee application. | 0.20 |
| 04/30/10 | D. Felder | Review response to fee auditor and provide comments to D. Fullem. | 0.20 |

Total Hours 20.80  
Total For Services $8,360.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.80 | 645.00 | 2,451.00 |
| Debra O. Fullem | 14.60 | 265.00 | 3,869.00 |
| Richard H. Wyron | 2.40 | 850.00 | 2,040.00 |
| Total All Timekeepers | 20.80 | $401.92 | $8,360.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 0.80 |
| Express Delivery | 81.81 |
| Postage | 1.05 |
| Total Disbursements | $83.66 |

**Total For This Matter** **$8,443.66**

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | May 14, 2010<br>Invoice No. 1251965 |
| page 19 | |

For Legal Services Rendered Through April 30, 2010 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---:|
| 04/13/10 | R. Frankel | Travel to NY. | 1.00 |
| 04/14/10 | R. Frankel | Travel to DC from NY. | 1.00 |
| 04/19/10 | R. Frankel | Travel to/from DE. | 1.80 |

|  | Total Hours | 3.80 | |
|---|---|---|---:|
|  | Total For Services | | $1,871.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| Roger Frankel | 3.80 | 492.50 | 1,871.50 |
| Total All Timekeepers | 3.80 | $492.50 | $1,871.50 |

|  | **Total For This Matter** | **$1,871.50** |
|---|---|---:|

* * * **COMBINED TOTALS** * * *

|  | |
|---|---:|
| Total Hours | 333.20 |
| Total Fees, all Matters | $240,733.50 |
| Total Disbursements, all Matters | $1,322.52 |
| Total Amount Due | $242,056.02 |