# **EXHIBIT B**

### Exhibit B

### Schedule of Projected Minimum Required Contributions to the Grace Retirement Plans from 2008 to 2011

| Payment Due Date | Contributions Per Plan Year | | | |
| --- | --- | --- | --- | --- |
| | 2008 | 2009 | 2010[3] | 2011[4] |
| **2008** | | | | |
| January 15 | | | | |
| April 15 | $17,823,645 | | | |
| July 15 | $20,284[1] | | | |
| September 15 | | | | |
| October 15 | $5,820,937 | | | |
| **2009** | | | | |
| January 15 | $7,604,629 | | | |
| April 15 | | $8,533,803 | | |
| July 15 | | $8,164,422 | | |
| September 15 | $4,834,598 | | | |
| October 15 | | $8,628,679 | | |
| **2010** | | | | |
| January 15 | | $8,757,675 | | |
| April 15 | | | $9,924,866 | |
| July 15 | | | $9,922,832 | |
| September 15 | | $7,399,564 | | |
| October 15 | | | $9,923,857 | |
| **2011** | | | | |
| January 15 | | | $9,923,857 | |
| April 15 | | | | $13,199,103 |
| July 15 | | | | $13,199,103 |
| September 15 | | | $16,256,444 | |
| October 15 | | | | $13,199,103 |
| **Totals** | **$36,104,093** | **$41,484,143** | **$55,951,856** | **$39,597,309**[2] |

---

[1] The amount of the contributions for July 15 and October 15, 2008, take into account an offset for the "excess" contributed on April 15. Without the offset, each of the quarterly contributions would have been approximately $7.6 million.

[2] This amount does not include contributions related to the 2011 plan year, which are due after the 2011 calendar year.

[3] The reasons the minimum funding amounts have increased for the 2010 plan year (which is based on January 1, 2010 data) are: (i) the interest rate used to calculate liability decreased from 2009 (resulting in an increase in the liability amount) and (ii) an actuarial value of the assets was applied resulting in the recognition of 2/3 of the losses from 2008, while only 1/3 of the gains from 2009.

[4] The 2011 plan year estimates are based on the provision in current law that permits minimum quarterly contributions of no more than 25% of the required total minimum contribution for the prior plan year (i.e., 2010 plan year, in this case).