# <u>EXHIBIT C</u>

<u>**EXHIBIT C**</u>

**Total Contributions By Calendar Year[1]**

| Due Date | 2007 | 2008 | 2009 | 2010[3] | 2011[4] |
|---|---|---|---|---|---|
| January 15 | $16,279,562 | $14,830,385 | $7,604,629 | $8,757,675 | **$9,923,857** |
| April 15 | $20,567,271 | $17,823,645 | $8,533,803 | $9,924,866 | $13,199,103 |
| July 15 | $8,982,359 | $20,284 | $8,164,422 | **$9,922,832[2]** | $13,199,103[3] |
| September 15 | $15,343,157 | $10,528,926 | $4,834,598 | **$7,399,564** | $16,256,444 |
| October 15 | $14,830,385 | $5,820,937 | $8,628,679 | **$9,923,857** | $13,199,103 |
| **Totals** | $76,002,734 | $49,024,177 | $37,766,131 | $45,928,794[4] | $65,777,610 |

---

[1]  Amounts include all contributions made to the Grace Retirement Plans, including past contributions to union plans to effectuate benefits increases.

[2]  Bolded amounts indicate minimum required contributions for the 10-11 Funding Period:  July 2010 to January 2011.  The contributions noted for July 15 and October 15, 2010, and January 15, 2011, are the remaining quarterly contributions for the 2010 plan year.  The contribution noted for September 15, 2010 is the last contribution for the 2009 plan year.  The contribution noted for September 15, 2011 is the last contribution for the 2010 plan year.

[3]  The contributions noted for April 15, July 15 and October 15, 2011, are estimates for quarterly contributions for the 2011 plan year.

[4]  Consistent with the Prior Funding Motion, filed May 2009, the estimated total contributions for the 2010 calendar year in that Motion were also approximately $45.9 million.  The reasons the minimum funding amounts have increased for the 2010 plan year (which is based on January 1, 2010 date), the interest rate used to calculate liability decreased from 2009, and the actuarial value of the assets was calculated by recognizing 2/3 of the losses from 2008, while only 1/3 of the gains from 2009.