**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Travelers Casualty And Surety Company's Withdrawal Of All Plan Objections And Proof Of Claim And Consent To Insurance Assignment** was caused to be made on June 8, 2010, in the manner indicated upon the parties identified on the attached servicelist.

Dated: June 8, 2010              */s/ Ann C. Cordo*
                                                     Ann C. Cordo (No. 4817)

2647086.11