# SERVICE LIST

**VIA HAND DELIVERY**

Teresa D. Currier
Buchanin Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE  19801

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE  19801

Michael R. Lastowski
Richard Riley
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

David Klauder
Office of the United States Trustee
Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
16th Floor
Wilmington, DE  19801

John C. Phillips, Jr.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE  19801

Steven M. Yoder
Bayard, P.A.
222 Delaware Ave
Suite 900
PO Box 25130
Wilmington, DE  19899

Mark D. Collins
Deborah E. Spivack
Richard Layton & Finger PA
One Rodney Square
PO Box 551
Wilmington, DE  19899

Michael B. Joseph
Ferry & Joseph PA
824 Market Street
Suite 904
PO Box 1351
Wilmington, DE  19899

R. Karl Hill
Seitz Van Ogtrop & Green
222 Delaware Ave
Suite 1500
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY  10153

David M. Bernick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY  10022

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis
   & Frankel LLP
1177 Avenue fo the Americas
New York, NY  10036

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington
   & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC  20005

Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

Janet S. Baer
Law Offices of Janet S. Baer PC
70 W. Madison Street
Suite 2100
Chicago, IL  60602

Mark D. Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Scott L. Baena
Bilzin Sumberg Dunn Baena
   Price & Axelrod
First Union Financial Center
200 S. Biscayne Blvd
Suite 2500
Miami, FL  33131

William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

J. Douglas Bacon
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Alan B. Rich
Law Office of Alan B. rich
One Main Place, 1201 Main St.
Suite 1910, LB 201
Dallas, TX  75202

2775864.1