# <u>EXHIBIT A</u>

## AMENDED AND RESTATED ASBESTOS SETTLEMENT AGREEMENT

This Amended and Restated Asbestos Settlement Agreement ("Amended Agreement") is made as of the Execution Date by and between W. R. GRACE & CO. (hereinafter referred to as "Grace") and MUNICH REINSURANCE AMERICA, INC. f/k/a AMERICAN RE-INSURANCE COMPANY (hereinafter referred to as the "Subject Insurer") (Grace and the Subject Insurer being referred to hereinafter collectively as the "Parties").

### WITNESSETH THAT:

**WHEREAS**, the Subject Insurer issued certain insurance policies to Grace as more fully set forth and identified on Attachment A hereto (hereinafter referred to collectively as the "Subject Insurance Policies"); and

**WHEREAS**, Grace has incurred, and the Trust (as defined below) may incur in the future, certain liabilities, expenses or losses that might impact the products liability aggregate limits of the Subject Insurance Policies, including claims, proceedings and actions made, asserted or filed, or which may in the future be made, asserted or filed, against Grace or the Trust by claimants alleging bodily injury arising out of exposure to asbestos or asbestos-containing materials; and

**WHEREAS**, Grace has demonstrated to the satisfaction of the Subject Insurer that the applicable products liability aggregates of the primary insurance policies issued to Grace by Continental Casualty Company, Maryland Casualty Company, Royal Indemnity Company, General Insurance Company of America and Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) have been fully and properly exhausted, and that the applicable products liability coverage provided by the excess insurance policies listed on Attachment B has been impaired as shown on such Attachment; and

**WHEREAS**, the Subject Insurer provided excess or umbrella liability coverage to Grace pursuant to certain policies, including the Subject Insurance Policies, for the period between January 27, 1965 and June 30, 1977; and

**WHEREAS**, Grace and the Subject Insurer previously entered into an Asbestos Settlement Agreement dated June 14, 1996 (the "1996 Agreement"); and

**WHEREAS**, the 1996 Agreement completely released certain excess or umbrella liability policies in effect from January 27, 1965 through June 30, 1973, but not the Subject Insurance Policies, for all Asbestos-Related Claims (as defined in the 1996 Agreement); and

**WHEREAS**, on or about April 2, 2001, Grace and various affiliated companies filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, In re W.R. Grace & Co., et al., No. 01-1139 (JKF) (the "Bankruptcy Case"), and they continue to operate their businesses as debtors and debtors-in-possession; and

**WHEREAS**, the proposed plan of reorganization in the Bankruptcy Case contemplates the creation of the Trust under Bankruptcy Code Section 524(g) to direct the processing, liquidation and payment of claims for bodily injury due to exposure to asbestos or asbestos-containing materials; and

**WHEREAS**, the Parties disagree regarding the extent to which their respective rights and obligations under the 1996 Agreement will continue to apply in the event that a plan of reorganization is approved in the Bankruptcy Case; and

**WHEREAS**, the Parties wish to fully and finally compromise and resolve their disputes regarding the application of the rights and obligations under the 1996 Agreement to the changed circumstances occasioned by the filing of the Bankruptcy Case by amending the 1996

2

Agreement and entering into such supplemental agreements as are necessary in light of such changed circumstances; and

WHEREAS, this Amended Agreement is unrelated to the merits of the respective claims of the Parties hereto, subject to a complete reservation of rights as to matters not specifically resolved by this Amended Agreement, and without prejudice to their respective positions on policy wording or coverage pursuant to the Subject Insurance Policies; and

WHEREAS, by this Amended Agreement the Parties intend to adopt, by way of compromise and accord, a mechanism for allocating the responsibility for Defense Costs and Indemnity Payments (each as defined herein) with respect to past, pending and future Bodily Injury Claims (as defined below) that might impact the products liability aggregates of the Subject Insurance Policies; and

WHEREAS, the Parties acknowledge that this Amended Agreement is not intended to govern all claims for which Grace or the Trust may in the future seek coverage from the Subject Insurer under the Subject Insurance Policies or otherwise;

NOW, THEREFORE, in consideration of the foregoing and of the mutual agreements herein contained, and subject to the terms and conditions set forth below, and intending to be legally bound, the Parties agree as follows:

## I.   SCOPE OF AGREEMENT

This Amended Agreement sets forth an arrangement among the Parties under the Subject Insurance Policies by which the Subject Insurer shall reimburse the Trust for amounts to be paid by the Trust for Defense Costs and Indemnity Payments in connection with Bodily Injury Claims that constitute Asbestos PI Claims (as defined below). This Amended Agreement shall not affect the rights and obligations of the Parties under the Subject Insurance Policies with respect to insurance coverage for claims that are not Asbestos-Related Claims, except as

3

provided in Section IX with respect to the release of claims based on or arising out of Non-Asbestos Products Liability Claims in accordance with that Section. Such unaffected claims shall include, but are not limited to, environmental claims.

## II.  **DEFINITIONS**

The following definitions shall apply to the listed terms wherever those terms appear in this Amended Agreement, as well as in any exhibits or attachments hereto. Moreover, each defined term stated in a singular form shall include the plural form, and each defined term stated in a plural form shall include the singular form, and each defined term stated in the masculine form or in the feminine form shall include the other. Capitalized terms not otherwise defined in this Amended Agreement shall have the meanings set forth in the Joint Plan of Reorganization. Section and subsection numbers used in this Amended Agreement refer to sections and subsections of this Amended Agreement unless otherwise specifically stated.

A.    1996 Agreement

"1996 Agreement" means the Asbestos Settlement Agreement entered into between Grace and the Subject Insurer dated June 14, 1996.

B.    Approval Order

"Approval Order" means an order of the Bankruptcy Court, to be entered in the Bankruptcy Case, in form and substance satisfactory to the Parties, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving this Amended Agreement and the compromise and settlement memorialized herein.

C.    Asbestos Insurance Settlement Agreement

"Asbestos Insurance Settlement Agreement" has the meaning set forth in the Joint Plan of Reorganization.

4

D.    Asbestos PI Channeling Injunction

"Asbestos PI Channeling Injunction" has the meaning set forth in the Joint Plan of Reorganization.

E.    Asbestos PI Claim

"Asbestos PI Claim" has the meaning set forth in the Joint Plan of Reorganization.

F.    Asbestos-Related Claim

"Asbestos-Related Claim" means either a "Bodily Injury Claim" or a "Building Claim" as those terms are defined below.

G.    Bankruptcy Case

"Bankruptcy Case" means In re W.R. Grace & Co., et al., No. 01-1139 (JKF) and the other bankruptcy cases that are jointly administered under Case No. 01-1139, including any appeals of decisions in the Bankruptcy Case.

H.    Bankruptcy Code

"Bankruptcy Code" means Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended from time to time.

I.    Bankruptcy Court

"Bankruptcy Court" means the United States Bankruptcy Court for the District of Delaware and, to the extent it exercises jurisdiction over the Bankruptcy Case, the United States District Court for the District of Delaware.

J.      Bell Curve Allocation Method

"Bell Curve Allocation Method" means the percentages set forth in Attachment C for allocating Defense Costs paid by the Grace Group or the Trust for certain specified types of Bodily Injury Claims.

K.      Bodily Injury Claim

"Bodily Injury Claim" means any claim, demand, suit, action or request for relief or action, or any portion of same, that seeks monetary damages or other payment or relief from any member of the Grace Group or the Trust for bodily injury alleged to have been caused, in whole or in part, by exposure to asbestos-containing materials manufactured, sold or distributed by any member of the Grace Group or any of its licensees, except as follows:

1.      Claims or lawsuits brought against the Grace Group or the Trust by former Grace Group employees under any workers' compensation statute, occupational disease law or law of similar import or any claim or lawsuit brought by anyone else for contribution or indemnity, or other legal relief, arising out of bodily injury suffered by current or former Grace Group employees in the course and scope of their employment with the Grace Group shall not be considered Bodily Injury Claims for purposes of this Amended Agreement.

2.      Claims against the Grace Group or the Trust which do not arise out of products liability, including but not limited to claims by or on behalf of individuals who allege that they were injured as a result of exposure to asbestos at premises owned or operated by the Grace Group, shall not be considered Bodily Injury Claims for purposes of this Amended Agreement.

The Parties reserve all of their respective rights under the Subject Insurance Policies with respect to the claims described in subsections (1) and (2) of this Section, and such claims shall not be

considered within the scope of this Amended Agreement notwithstanding that such claims may arise out of exposure to asbestos-containing materials.

      L.    <u>Building Claim</u>

         "<u>Building Claim</u>" means any claim, demand, suit, action or request for relief or action (or any portion thereof) that seeks monetary damages from any member of the Grace Group for damage to, destruction of or loss of use or diminution of value of property arising from the presence of a Grace Product or claims or suits for the removal or abatement of asbestos or asbestos-containing products from buildings.

      M.    <u>Committee</u>

         "<u>Committee</u>" means the Official Committee of Asbestos Personal Injury Claimants appointed in the Bankruptcy Case.

      N.    <u>Confirmation Order</u>

         "<u>Confirmation Order</u>" means an order entered by the District Court in the Bankruptcy Case confirming the Joint Plan of Reorganization or affirming or reissuing the order of the Bankruptcy Court confirming the Joint Plan of Reorganization.

      O.    <u>Debtors</u>

         "<u>Debtors</u>" has the meaning set forth in the Joint Plan of Reorganization.

      P.    <u>Defense Costs</u>

         "<u>Defense Costs</u>" means all fees, expenses and costs incurred by the Grace Group in connection with defending Asbestos-Related Claims or by the Trust in defending Bodily Injury Claims. The Parties agree that such fees, expenses and costs shall include, but are not limited to, all attorneys' fees (except those of the Grace Group's or the Trust's in-house legal staff), costs and expenses; experts' fees, costs and expenses; court fees, costs and expenses; costs

and expenses for responding to requests for production of documents; and costs and expenses for

storing documents produced in response to a request for production of documents or otherwise

compiled in connection with defending Asbestos-Related Claims; except that Defense Costs

shall not include the Grace Group's or the Trust's general overhead, administrative or internal

expenses, in-house attorney expenses, or any fees, expenses and costs incurred by the Grace

Group or the Trust in connection with the litigation, negotiation or resolution of insurance

coverage issues.

    Q.    <u>Effective Date</u>

          "<u>Effective Date</u>" has the meaning set forth in the Joint Plan of Reorganization.

    R.    <u>Excess Insurance Policies</u>

          "<u>Excess Insurance Policies</u>" means all of the excess and umbrella insurance

policies, including but not limited to the Subject Insurance Policies, that were issued to Grace

and were in effect prior to July 1, 1985 and did not contain "asbestos exclusions." Attachment B

sets forth a schedule of all Excess Insurance Policies, including the Subject Insurance Policies,

showing the remaining available products liability coverage under each such policy as of April 2,

2001, after allocating costs paid by the Grace Group prior to April 2, 2001.

    S.    <u>Execution Date</u>

          "<u>Execution Date</u>" means the first date on which both Grace and the Subject

Insurer have executed this Amended Agreement.

    T.    <u>Final Order</u>

          "<u>Final Order</u>" means an order or judgment (including any modification or

amendment thereof) that remains in effect and has not been reversed, vacated, stayed or amended

and as to which the time to appeal or seek review, rehearing or writ of certiorari has expired and

8

as to which no appeal or petition for review, reconsideration, rehearing or certiorari has been taken or, if taken, remains pending.

U.    Futures Representative

"Futures Representative" means David Austern, the Asbestos PI Future Claimants' Representative appointed, for each Debtor, by Order of the Bankruptcy Court dated May 24, 2004, and any successor to him.

V.    Grace

"Grace" means W. R. GRACE & CO.

W.    Grace Group

"Grace Group" means (i) Grace, (ii) the past and present subsidiaries and affiliates of Grace and the predecessors and successors of such subsidiaries and affiliates, (iii) the directors, officers, agents and employees of the entities described in subsections (i) and (ii) above, solely in their capacities as such; (iv) any other entity that was insured or allegedly insured under the Subject Insurance Policies (including endorsements), and those insureds' subsidiaries, affiliates and successors; and (v) the directors, officers, agents and employees of the entities described in subsection (iv) above, solely in their capacities as such.

X.    Grace Product

"Grace Product" means any asbestos-containing product manufactured, handled, sold or distributed by the Grace Group, or for which the Grace Group faces liability exposure.

Y.    Indemnity Payments

"Indemnity Payments" means the amounts paid by the Trust to holders of Asbestos PI Claims with respect to Bodily Injury Claims (but not to holders of Indirect PI Trust Claims) pursuant to the Trust Distribution Procedures.  For the avoidance of doubt, Indemnity

Payments shall mean the actual amounts paid by the Trust after application of any Payment

Percentage as described in Section IV of the Trust Distribution Procedures.

      Z.     <u>Joint Plan of Reorganization</u>

      "<u>Joint Plan of Reorganization</u>" means the First Amended Joint Plan of

Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the

Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'

Representative, and the Official Committee of Equity Security Holders as modified through

March 19, 2010, including all exhibits thereto, as such plan has been and may be modified from

time to time.

      AA.    <u>Non-Asbestos Products Liability Claim</u>

      "<u>Non-Asbestos Products Liability Claim</u>" means any claim, demand, suit, action

or request for relief or action, or any portion of same, that seeks monetary damages or other

payment or relief from any member of the Grace Group or the Trust which falls within the

products liability coverage and aggregate limits of one or more of the Subject Insurance Policies,

other than those claims that constitute Asbestos-Related Claims, except as follows:

      1.     Claims or lawsuits brought against the Grace Group or the Trust by former

Grace Group employees under any workers' compensation statute, occupational disease law or

law of similar import or any claim or lawsuit brought by anyone else for contribution or

indemnity, or other legal relief, arising out of bodily injury suffered by current or former Grace

Group employees in the course and scope of their employment with the Grace Group shall not be

considered Non-Asbestos Products Liability Claims for purposes of this Amended Agreement.

      2.     Claims against the Grace Group or the Trust which do not arise out of

products liability, including but not limited to claims by or on behalf of individuals who allege

that they were injured as a result of exposure at premises owned or operated by the Grace Group, shall not be considered Non-Asbestos Products Liability Claims for purposes of this Amended Agreement.

The Parties reserve all of their respective rights under the Subject Insurance Policies with respect to the claims described in subsections (1) and (2) of this Section, and such claims shall not be considered within the scope of this Amended Agreement.

BB.   Person

"Person" means an individual, a corporation, a partnership, a joint venture, an association, a joint stock company, a limited liability company, a limited liability partnership, an estate, an unincorporated organization, a trust, a class or group of individuals or any other entity or organization, including any federal, state or local governmental or quasi-governmental body or political subdivision, department, agency or instrumentality thereof.

CC.   Settled Asbestos Insurance Company

"Settled Asbestos Insurance Company" has the meaning set forth in the Joint Plan of Reorganization.

DD.   Subject Insurer

"Subject Insurer" means MUNICH REINSURANCE AMERICA, INC. f/k/a AMERICAN RE-INSURANCE COMPANY.

EE.   Subject Insurance Policies

"Subject Insurance Policies" means all of the insurance policies listed on Attachment A hereto.

FF.     Triggered Policy Years (Bodily Injury Claims)

"Triggered Policy Years" for a Bodily Injury Claim means every policy year effective in whole or in part during the period beginning on the date on which the injured person was first exposed to a Grace Product and ending on the earlier of (i) the date on which the person's disease first became known (i.e. the earliest of the date of diagnosis, death, claim or suit) or (ii) June 30, 1985. The determination of the date of an injured person's first exposure to a Grace Product shall be based upon the following factors set forth in decreasing order of preference:

1.      The first date of the injured person's actual exposure to a Grace Product that is alleged to have caused the person's injury, based upon objective facts available to Grace or the Trust; or

2.      The first date of the injured person's claimed exposure to a Grace Product that is alleged to have caused the person's injury, as set forth in the complaint or other claim documentation, or as reflected by other information reasonably available to Grace or the Trust.

GG.     Trust

"Trust" means the WRG Asbestos PI Trust established pursuant to the Joint Plan of Reorganization, or such other trust as may be established under Section 524(g) of the Bankruptcy Code to process and pay Asbestos PI Claims pursuant to a plan of reorganization filed by Grace, the Committee and the Futures Representative.

HH.     Trust Distribution Procedures

"Trust Distribution Procedures" means the WRG Asbestos PI Trust Distribution Procedures substantially in the form attached as Exhibit 4 to the Joint Plan of Reorganization.

## III.    EXHAUSTION OF INSURANCE COVERAGE

The Parties agree and acknowledge: (A) that the applicable products liability aggregates of the primary insurance policies issued to Grace by Continental Casualty Company, Maryland Casualty Company, Royal Indemnity Company, General Insurance Company of America and Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) have been fully and properly exhausted without regard to any payment being made pursuant to this Amended Agreement; and (B) that for purposes of this Amended Agreement, Grace's remaining insurance coverage for Asbestos-Related Claims as of April 2, 2001 shall be deemed to exist only in the years, and only in the amounts, set forth on Attachment B. The remaining insurance coverage reflected on Attachment B has been determined after allocating to the Excess Insurance Policies amounts paid by the Grace Group prior to April 2, 2001 with respect to Asbestos-Related Claims.

## IV.    DETERMINATION OF TRIGGERED POLICY YEARS AND ALLOCATION OF DEFENSE COSTS FOR BODILY INJURY CLAIMS

Defense Costs paid after April 2, 2001 with respect to Bodily Injury Claims shall be allocated among the Subject Insurance Policies and all other Excess Insurance Policies in accordance with the following procedures and the provisions of Section VI:

A.    The Trust shall determine the Triggered Policy Years for each individual injured person and all Defense Costs with respect to the Bodily Injury Claims regarding such injured person shall be allocated equally among such Triggered Policy Years. By "allocate equally," the Parties mean the following:

1.    For each individual Bodily Injury Claim, the total sum of Defense Costs for which the Trust seeks reimbursement (whether from the Subject Insurer or from other insurers) shall be spread among the Triggered Policy Years. The Parties acknowledge that law

13

firms defending the Grace Group or the Trust on multiple Bodily Injury Claims may submit a single report covering multiple cases and that the Trust will allocate such Defense Costs equally among all open cases defended by each such law firm. The Subject Insurer agrees to accept such allocation for purposes of this Amended Agreement.

      2.     Defense Costs for a Bodily Injury Claim allocable to a Triggered Policy Year shall be allocated to the lowest layer Excess Insurance Policy with remaining products liability coverage for such Triggered Policy Year. Upon exhaustion of the lowest layer Excess Insurance Policy for a Triggered Policy Year, Defense Costs allocable to such Triggered Policy Year shall be allocated to the next layer Excess Insurance Policy for such Triggered Policy Year. When all layers of insurance in a Triggered Policy Year have been exhausted, Defense Costs allocable to such Triggered Policy Year shall be borne by the Trust.

      3.     Consistent with the foregoing, no allocation shall be made to an Excess Insurance Policy that expires before the date of first exposure to a Grace Product or to an Excess Insurance Policy that incepts after the date of diagnosis, death or date of filing of the claim, whichever is earliest. If, however, the Trust does not have sufficient information to determine Triggered Policy Years for an injured person, the Defense Costs for Bodily Injury Claims regarding such injured person shall be allocated to each year in accord with the Bell Curve Allocation Method and within the Coverage Block as referenced in Attachment C. When all policies in a year become exhausted, the percentage allocated to said year shall be borne by the Trust. Once the Triggered Policy Years become known for such injured person, future Defense Costs for Bodily Injury Claims regarding such injured person shall be allocated only to Triggered Policy Years; but any Defense Costs which had previously been allocated shall not be reallocated.

4.      The allocation of Defense Costs for Bodily Injury Claims shall reflect: (a) the time on risk for each Excess Insurance Policy to which Defense Costs for a Bodily Injury Claim are to be allocated (in order to account for policies having a term of less than a full year and situations in which only a portion of a policy's term is triggered by a claim), and (b) the participation percentage of each Excess Insurance Policy in the applicable layer of insurance coverage.

B.      The Parties recognize that, in some instances, the Trust may initially be required to rely on allegations in the complaint or other claim documentation to determine Triggered Policy Years for Defense Costs with respect to particular injured persons.  In such circumstances, the Trust shall, as soon as practicable, establish, by cost-effective means, objective evidence of the first date of actual exposure to a Grace Product and the date of diagnosis or death for such injured person.

## V.   DETERMINATION OF TRIGGERED POLICY YEARS AND ALLOCATION OF INDEMNITY PAYMENTS (BODILY INJURY CLAIMS)

Indemnity Payments paid after April 2, 2001 with respect to Bodily Injury Claims shall be allocated among the Subject Insurance Policies and all other Excess Insurance Policies in accordance with the following procedures and the provisions of Section VI:

A.      The Trust shall determine the Triggered Policy Years for each individual injured person by obtaining documentation which confirms the presence of a compensable asbestos-related disease or injury, as well as documentation confirming exposure by the injured person to a Grace Product.  In the absence of other objective evidence, the Trust shall require each injured person to provide:

1.      an affidavit stating the date of first exposure to a Grace Product which is alleged to have caused the injury or disease;

2.      competent medical evidence that the injured person has sustained a
compensable asbestos-related disease or injury; and

3.      where necessary due to the absence of objective evidence, an affidavit that
states the date of diagnosis or death.

B.      Once the Trust has determined the Triggered Policy Years for an individual
injured person, all Indemnity Payments paid by the Grace Group or the Trust with respect to the
Bodily Injury Claims regarding such injured person shall be allocated equally among such
Triggered Policy Years.  By "allocate equally," the Parties mean the following:

1.      For each individual Bodily Injury Claim, the total sum of Indemnity
Payments shall be spread among the Triggered Policy Years.

2.      Indemnity Payments allocable to a Triggered Policy Year shall be
allocated to the lowest layer Excess Insurance Policy for such Triggered Policy Year.  Upon
exhaustion of the lowest layer Excess Insurance Policy for a Triggered Policy Year, Indemnity
Payments allocable to such Triggered Policy Year shall be allocated to the next layer Excess
Insurance Policy for such Triggered Policy Year.  When all layers of insurance for a Triggered
Policy Year have been exhausted, Indemnity Payments allocable to such Triggered Policy Year
shall be borne by the Trust.

3.      Consistent with the foregoing, no allocation shall be made to an Excess
Insurance Policy that expires before the date of first exposure to a Grace Product or to an Excess
Insurance Policy that incepts after the date of diagnosis, death or date of filing of the claim,
whichever is earliest.

4.      The allocation of Indemnity Payments for Bodily Injury Claims shall
reflect:  (a) the time on risk for each Excess Insurance Policy to which Indemnity Payments for a

Bodily Injury Claim are to be allocated (in order to account for policies having a term of less than a full year and situations in which only a portion of a policy's term is triggered by a claim); and (b) the participation percentage of each Excess Insurance Policy in the applicable layer of insurance coverage.

## VI.    GENERAL PROVISIONS REGARDING ALLOCATIONS

A.    Allocation to each Triggered Policy Year of Defense Costs and Indemnity Payments for Bodily Injury Claims shall be made notwithstanding the presence of insurer insolvencies or refusals by the insurers of triggered Excess Insurance Policies to make payments in connection with such claims. If any insurer fails to reimburse the Trust for that insurer's allocation of Defense Costs or Indemnity Payments as determined under this Amended Agreement, then the Trust and not the Subject Insurer shall be responsible for that particular unreimbursed allocation. Wherever the Trust is deemed to be responsible under this Amended Agreement for an insurer's unreimbursed allocation of any Defense Costs or Indemnity Payments, such insurer shall be deemed to have paid such allocation for purposes of determining the exhaustion of policy limits of the Excess Insurance Policy to which such allocation was made. Nothing in this Amended Agreement shall be construed to in any way limit the Trust's ability to enforce its rights against any such non-paying insurer.

B.    Where an allocation of Defense Costs or Indemnity Payments is made to an Excess Insurance Policy that is not a Subject Insurance Policy and such Excess Insurance Policy has available, non-exhausted products liability coverage, the allocation shall be treated, for purposes of this Amended Agreement, as if it will be paid under such Excess Insurance Policy up to its available limits, even if the insurer that issued such policy declines to pay the allocation established by this Amended Agreement, or has separately agreed with Grace or the Trust to make payments on some other basis under such Excess Insurance Policy. The Subject Insurer

17

acknowledges that it is aware that Grace or the Trust has entered into settlement agreements with other insurers with regard to coverage of Asbestos-Related Claims under the Excess Insurance Policies and that allocations of Defense Costs and Indemnity Payments under such other settlements may differ from the allocations to be made pursuant to this Amended Agreement.

C.    The amount of Defense Costs and Indemnity Payments paid by the Grace Group or the Trust after April 2, 2001 shall be determined without regard to any amounts already received by the Grace Group or the Trust, or received by the Grace Group or the Trust in the future, from other insurers, whether as a result of settlement agreements or otherwise. The Trust shall be responsible for the share of Defense Costs and Indemnity Payments allocated for purposes of this Amended Agreement to Excess Insurance Policies that are otherwise attributable to an insurer that is not a party to this Amended Agreement, including but not limited to those insurers with whom Grace or the Trust has entered into settlement agreements.

**VII.    CLAIMS HANDLING**

A.    The Subject Insurer authorizes the Trust to handle all Bodily Injury Claims pursuant to the provisions of this Amended Agreement. The Subject Insurer shall have neither the right nor the duty to assume charge of defending or handling any Bodily Injury Claims. The Trust shall have the right, without prior approval or consent of the Subject Insurer, to settle any Bodily Injury Claim.

B.    The Trust agrees to obtain and retain documents supporting all Bodily Injury Claims. If and when any report submitted to the Subject Insurer under Section VIII indicates that payments are due from the Subject Insurer to the Trust under this Amended Agreement, the Subject Insurer shall have the right, upon reasonable notice, to review the Trust's files relating to both Defense Costs and Indemnity Payments for the applicable Bodily Injury Claims solely for the purpose of determining whether the Trust's allocations of Indemnity Payments and Defense

Costs to the Subject Insurer pursuant to Section VIII comply with the requirements of this

Amended Agreement or of obtaining reinsurance for any portion of the payments made by the

Subject Insurer to the Trust under this Amended Agreement. Notwithstanding the foregoing, the

Trust shall not be obligated to provide the Social Security Identification Number of any holder of

an Asbestos PI Claim beyond the last four digits. Further, for the avoidance of doubt, the results

of the Subject Insurer's review of the Trust's files shall not (1) affect the Subject Insurer's

obligations under this Amended Agreement, except as permitted under Section VIII.D,

(2) obligate the Trust to collect any information that it is not otherwise obligated to collect, or

(3) give the Subject Insurer any right to challenge the allowance or payment of any Asbestos PI

Claim by the Trust.

      C.    The Subject Insurer acknowledges that the insurers under the Excess Insurance

Policies other than the Subject Insurance Policies may be obligated to reimburse the Trust for

Defense Costs and Indemnity Payments with respect to Bodily Injury Claims before the Subject

Insurer has any obligation to do so under this Amended Agreement. Any allocation made by the

Trust in good faith pursuant to this Amended Agreement, prior to the time when any Defense

Costs or Indemnity Payments are allocable to the Subject Insurance Policies under this Amended

Agreement, shall be conclusive, whether such allocation involves allocating a Bodily Injury

Claim to a Triggered Policy Year or allocating Defense Costs or Indemnity Payments for Bodily

Injury Claims among the Excess Insurance Policies.

      D.    The Subject Insurer shall keep any reports or other information obtained from the

Trust pursuant to this Section VII or Section VIII (the "Material") confidential, except that the

Subject Insurer may provide such Material to: (i) its reinsurers solely for the purpose of

obtaining reinsurance for any portion of the payments made by the Subject Insurer to the Trust

19

under this Amended Agreement, provided that the Subject Insurer first obtains from such

reinsurers a written pledge (which requirement may be satisfied by transmission of an electronic

mail message) to maintain the confidentiality of the Material and not to disclose such material to

any other Person other than such reinsurers' retrocessionaires who have likewise provided such a

written pledge; and (ii) its attorneys, provided that they agree not to disclose such Material to any

other Person.  In the event that disclosure of any Material in the Subject Insurer's possession is

sought pursuant to subpoena or other legal process, the Subject Insurer shall immediately notify

the Trust of the request for disclosure and cooperate with the Trust in seeking a protective order

regarding the Material.  Upon resolution of all reinsurance issues, the Subject Insurer shall, at the

Trust's option, return or destroy all Material.

      E.     Nothing in this Amended Agreement obligates the Subject Insurer to make

payments on the Trust's behalf, as opposed to reimbursing the Trust for monies the Trust has

paid for Defense Costs and Indemnity Payments.

## VIII.  PAYMENT OF INDEMNITY PAYMENTS AND DEFENSE COSTS

      A.     For any period during which no Defense Costs or Indemnity Payments for Bodily

Injury Claims are allocable to the Subject Insurance Policies, the Trust shall provide to the

Subject Insurer summary annual reports specifying the aggregate Defense Costs and Indemnity

Payments for Bodily Injury Claims within the scope of this Amended Agreement that have been

paid by the Trust during the period covered by the report, and the remaining available products

liability coverage under the Excess Insurance Policies as of the end of such period after

allocation of Defense Costs and Indemnity Payments pursuant to the terms of this Amended

Agreement.

      B.     If and when any Defense Costs or Indemnity Payments for Bodily Injury Claims

are allocable to the Subject Insurance Policies, the Trust shall submit quarterly reports to the

Subject Insurer, identifying Defense Costs and Indemnity Payments for Bodily Injury Claims within the scope of this Amended Agreement that have been paid by the Trust during the period covered by the report. Said quarterly reports shall identify for each Bodily Injury Claim the name of the claimant or injured person, the Triggered Policy Year(s), and the amount of any Indemnity Payments and any Defense Costs paid in connection therewith (or allocated thereto in accordance with this Amended Agreement) during the period covered by the report. The quarterly reports shall further allocate the Indemnity Payments and Defense Costs to each of the Excess Insurance Policies, including the Subject Insurance Policies, and to the Trust in accordance with this Amended Agreement.

C.      The Trust will allocate payments to the Excess Insurance Policies and Subject Insurance Policies in the same order that actual payments for Bodily Injury Claims (Defense Costs and Indemnity Payments) are made by the Trust during the quarter.

D.      Within thirty (30) days after receipt of a report setting forth the information specified in subsection (B) of this Section, the Subject Insurer shall make a payment to the Trust in an amount equal to its share of the total amount of the Defense Costs and Indemnity Payments shown on the report. If the Subject Insurer fails to make such payment to the Trust within sixty (60) days of such receipt, the Subject Insurer shall pay interest to the Trust on the unpaid amount thereof with interest for the period commencing on the thirty-first day after receipt of such report and ending on the date of payment at the rate of interest announced from time to time during such period by the main office of Citibank, N.A. in New York, N.Y. as its "prime rate." Any such interest payments shall not be counted in determining whether the products liability aggregate limits of any of the Subject Insurance Policies have been exhausted and shall be in addition to such limits. Should the Subject Insurer dispute any portion of the statement, it shall

pay the undisputed portion in accordance with this paragraph. The Parties recognize that because of the complexity of this arrangement and the amount of data required to perform the allocations, there will be instances where there are administrative or relatively insignificant errors in calculations. The Subject Insurer shall advise the Trust of the disputed items, and cooperate with the Trust to resolve the dispute. If the dispute is not promptly resolved, either Party may refer it to arbitration in accord with Section XIX of this Amended Agreement. To the extent the Subject Insurer wishes to contest any allocation made by the Trust, then the burden shall be on the Subject Insurer to substantiate the allocations it believes are correct. Interest as set forth in this paragraph shall continue to accrue on any disputed amounts which the Subject Insurer ultimately becomes obligated to pay.

E.     All payments by the Subject Insurer to the Trust shall be made in accordance with written instructions provided by the Trust to the Subject Insurer.

F.     For the avoidance of doubt, the Trust will not seek reimbursement from the Subject Insurer, and the Subject Insurer shall have no obligation to make payment to the Trust, with respect to (1) any Asbestos-Related Claims that are not Bodily Injury Claims; (2) any Building Claims; or (3) any Non-Asbestos Products Liability Claims.

G.     The Subject Insurer will not seek reimbursement of any payments made to the Trust pursuant to this Amended Agreement, whether by way of contribution, subrogation, reimbursement, indemnification or otherwise, from any Person, other than the Subject Insurer's reinsurers and/or retrocessionaires in their capacities as such. Notwithstanding the foregoing, if another insurer of the Grace Group pursues a claim sounding in contribution, subrogation, reimbursement, indemnification or otherwise against the Subject Insurer, then the Subject Insurer will be free to assert a claim sounding in contribution, subrogation, reimbursement,

22

indemnification or otherwise against such other insurer, to the extent permitted by the Joint Plan of Reorganization.  To the extent that the Subject Insurer recovers a judgment or settlement against such other insurer with respect to a payment made under this Amended Agreement, the net proceeds thereof (i.e. less any fees, costs and expenses incurred by the Subject Insurer in prosecuting and defending such claim) will be distributed promptly to Grace or, after the Effective Date, to the Trust.  Grace and the Trust will use their reasonable best efforts to obtain from all insurers with which they settle disputes regarding coverage for Asbestos PI Claims agreements similar to the conditions set forth in this Section VIII.G.

      H.      Following the Effective Date, in the event that:

      1.      Grace, the Trust and/or any other Person becomes entitled to receive a payment from one or more of the insurers other than the Subject Insurer for any claims that have been released and discharged as against the Subject Insurer pursuant to this Amended Agreement; and

      2.      As a result of such other insurer's obligation to pay described in Section VIII.H.1 above, such insurer either:

      a.      enters into a settlement with the Subject Insurer, which settlement has been consented to by Grace or the Trust (as applicable) and such other Person, requiring the Subject Insurer to reimburse some or all of the payment made or to be made by such insurer; or

      b.      obtains a final, non-appealable judicial or quasi-judicial determination or award entitling such insurer to obtain a sum certain from the Subject Insurer for contribution, subrogation or indemnification or other similar claim, against the Subject Insurer

23

for the latter's alleged share or equitable share, or to enforce

subrogation rights, if any, relating to such payment referenced in

Section VIII.H.1 above,

the Person entitled to receive such payment shall voluntarily reduce the amount of payment to be

received by such Person by the amount necessary to reduce or eliminate such settlement,

determination, or award against the Subject Insurer. To ensure that such a reduction is

accomplished, the Subject Insurer shall be entitled to assert this Section VIII.H as a defense to

any action against it for any such portion of the determination or award against the Subject

Insurer and shall be entitled to have the court or appropriate tribunal issue such orders as are

necessary to effectuate the reduction to protect the Subject Insurer from any liability for the

determination or award. In any proceeding against other insurers in which Grace or the Trust

makes a claim for insurance rights or benefits for any claim that may give rise to the events

referenced in Section VIII.H.1 above, notice will be provided to the Subject Insurer of such

claim within thirty (30) days of the time Grace or the Trust first becomes aware that such claim

is reasonably likely to result in a claim against the Subject Insurer and shall consent to the

Subject Insurer's intervention in any such proceeding to effectuate the intent of this Section

VIII.H.

## IX.    **RELEASE**

When and if the Subject Insurer pays the products/completed operations aggregate

limit of a Subject Insurance Policy pursuant to Section VIII of this Amended Agreement, Grace,

on behalf of itself and the Debtors, and the Trust agree that the Subject Insurer will be fully

released and discharged from any other Asbestos-Related Claims and Non-Asbestos Products

Liability Claims with respect to that Subject Insurance Policy.

Grace, on behalf of itself and the Debtors, and the Trust hereby waive and forever discharge any and all claims which they may have, arising under common or statutory law, against the Subject Insurer for breach of the covenant of good faith and fair dealing (including however else a claim of "bad faith" or for "extra-contractual damages" may be characterized) in connection with the losses and/or payments within the scope of this Amended Agreement, arising at any time in the past up to and including the date of this Amended Agreement.  Nothing in this Section IX shall be construed as a release of either Party from its obligations under this Amended Agreement.

## X.    **CONFIDENTIALITY**

A.    The Parties agree that all information relating to the negotiation of this Amended Agreement (collectively referred to as "Information," except that such term does not include information that is or becomes available other than as a result of an act or omission of any of the Parties) shall be confidential and is not to be disclosed except as follows:

1.    The fact that the Parties have entered into this Amended Agreement may be disclosed to any Person;

2.    The Information may be disclosed as necessary to obtain an Approval Order from the Bankruptcy Court;

3.    The Information may be disclosed by order of court, or pursuant to a written agreement of the Parties;

4.    The Information may be disclosed by the Subject Insurer to its reinsurers, directly or through intermediaries;

5.    Grace or the Trust may disclose the Information to other insurers and their representatives;

25

6.      The Information may be disclosed to outside auditors or accountants of any Party or to the Internal Revenue Service;

7.      A Party may disclose the Information to its accountants, to its counsel, to underwriters in connection with offerings of securities to be issued by such Party and to counsel for such underwriters; and

8.      The Information may be disclosed in any action brought to enforce the terms of this Amended Agreement;

provided, however, that a Party making disclosure of any of the Information pursuant to one of the exceptions set forth in clauses (3) through (7) above shall inform any Person to which such disclosure is made of the confidential nature of the Information and of the understanding upon which it has been disclosed and shall use reasonable efforts to obtain the agreement of such Person to hold the Information in confidence.

B.      A Party may describe and/or make reference to this Amended Agreement to the extent that such disclosure is required to comply with any statute, rule or other requirement of any government or governmental agency or other authority.  Without limiting the foregoing, the Parties agree that Grace may describe and or make reference to this Amended Agreement in a Current Report on Form 8-K, a Quarterly Report on Form 10-Q, an Annual Report on Form 10-K or any other report or filing that, on advice of counsel, Grace is required to make pursuant to the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended, and in any financial statements and/or related notes included or incorporated by reference in any such report or filing.

C.      In the event a court, litigant or governmental body requests or requires disclosure of anything protected by this paragraph, the Party from whom disclosure is sought shall

immediately give written notice to the other Party in order to allow each Party to take such protective steps as may be appropriate.

D.    Material protected by this Section shall be deemed to fall within the protection afforded compromises and offers of compromise by Rule 408 of the Federal Rules of Evidence and similar provisions of state law or state rules of court.

## XI.    <u>INDEMNIFICATION</u>

A.    Following the Effective Date, when and if the Subject Insurer pays to the Trust the products/completed operations aggregate limit of a Subject Insurance Policy, the Trust shall indemnify and hold the Subject Insurer harmless from and against any and all liability, loss, cost or expense (except as otherwise provided in subsections (B), (D), (E) and (H) of this Section) imposed upon or incurred by the Subject Insurer as a result of any claims, demands, lawsuits, causes of action or proceedings that are asserted, initiated or continued by any Person not a party to this Amended Agreement against the Subject Insurer that are based upon such Subject Insurance Policy and are Bodily Injury Claims that constitute Asbestos PI Claims that are subject to the Asbestos PI Channeling Injunction.  (The matters for which the Trust is obligated pursuant to this Section to indemnify and hold harmless the Subject Insurer are hereinafter referred to as "Indemnifiable Claims.")

B.    The Trust's obligation to indemnify the Subject Insurer for Indemnifiable Claims with respect to any Subject Insurance Policy shall be subject to an aggregate limit equal to the aggregate amount reimbursed to Grace and/or the Trust by the Subject Insurer with respect to such Subject Insurance Policy for Defense Costs and Indemnity Payments under this Amended Agreement.  Once the Trust has paid or incurred liabilities, losses, costs and expenses for Indemnifiable Claims in an amount equal to such reimbursed amount, the Trust shall not be

27

obligated to indemnify the Subject Insurer for further Indemnifiable Claims with respect to such Subject Insurance Policy.

C.      As soon as practicable after receipt by the Subject Insurer of notice of any complaint or the commencement or continuation of any action or proceeding that constitutes an Indemnifiable Claim, the Subject Insurer shall notify the Trust in writing of such Indemnifiable Claim and shall tender the defense thereof to the Trust.

D.      Any failure by the Subject Insurer to promptly notify the Trust of any Indemnifiable Claim, or to so tender the defense thereof to the Trust, shall relieve the Trust from any indemnification obligation with respect thereto.

E.      After the Trust receives any notice of an Indemnifiable Claim pursuant to subsection (C) of this Section, the Trust shall promptly notify the Subject Insurer whether the Trust will assume the defense of the Subject Insurer against such Indemnifiable Claim.  If the Trust elects to assume the defense of such Indemnifiable Claim, the Trust shall select counsel to represent the Subject Insurer (which may include counsel presently representing Grace with respect to asbestos-related claims, or, after the Effective Date, counsel representing the Trust) and the Trust shall assume the payment of the fees and disbursements of such counsel; except that the Trust's selection of counsel to represent the Subject Insurer shall be subject to the consent of the Subject Insurer, which consent shall not be unreasonably withheld.  In any action or proceeding in which the Trust assumes the defense of the Subject Insurer, the Subject Insurer shall have the right to participate in such litigation and to retain its own counsel at the Subject Insurer's own expense.

F.      The Trust and the Subject Insurer shall consult to the extent practicable about all decisions to be made, either procedural or substantive, by counsel retained on behalf of the

Subject Insurer pertaining in any material manner to the Subject Insurer in the defense of any

Indemnifiable Claim.  In the event the Parties are unable to agree, the final decision with respect

to the defense of the Subject Insurer, either procedural or substantive, shall rest with the Trust,

except that the Trust shall allow the Subject Insurer complete control over the positions asserted

in the interpretation of the language of the Subject Insurance Policies.  The Trust shall keep the

Subject Insurer apprised in a timely manner of all significant developments in such defense and

shall provide the Subject Insurer, at its request, status reports that advise the Subject Insurer of

such developments.

G.      Any settlement or compromise made by the Trust on behalf of the Subject Insurer

with respect to an Indemnifiable Claim shall not require the Subject Insurer's approval, but shall

provide that it is not an admission of liability by the Subject Insurer and is without precedent

beyond the scope of the matters addressed by such compromise or settlement.  The Trust shall

give notice and provide reasonable and timely disclosure as soon as is practicable to the Subject

Insurer of any proposed settlement or compromise.  The Subject Insurer shall have such time as

is practicable to review the proposed settlement or compromise and to present its views to the

Trust.  The Trust shall make reasonable efforts to accommodate the Subject Insurer before

agreeing to any settlement or compromise.  The Subject Insurer shall not dispute any decision

that was lawful and that was reasonably made within the discretion of the Trust.  The Trust shall

use best efforts to keep such settlement or compromise confidential.  In no event shall any

settlement by the Trust be allocated, for purposes of this Amended Agreement, in a manner that

is inconsistent with the allocation and exhaustion methods set out in this Amended Agreement.

H.      If the Trust declines to assume the defense of any Indemnifiable Claim, or fails to

assume such defense in a timely manner, then the Subject Insurer may employ and exclusively

direct counsel to defend against such Indemnifiable Claim, and Subject Insurer shall pay the reasonable fees and disbursements of such counsel and seek reimbursement from the Trust. Such reimbursement shall be limited to fees of only one law firm. If the Subject Insurer settles any such Indemnifiable Claim without previously obtaining the Trust's consent, which consent shall not be unreasonably withheld, then the Trust shall be relieved of any obligation to indemnify the Subject Insurer for such settlement. The Subject Insurer shall use reasonable efforts to keep such settlement or compromise confidential. Any dispute as to whether a matter is an Indemnifiable Claim and/or regarding the Trust's obligation to indemnify the Subject Insurer and to reimburse the Subject Insurer for its attorney's fees and disbursements shall be resolved in accordance with Section XIX of this Amended Agreement.

I.      Nothing herein shall constitute any waiver of the Subject Insurer's attorney-client privilege, which privilege shall extend only to such counsel retained to represent the Subject Insurer and shall not extend to the Trust or its counsel unless specifically waived by the Subject Insurer in writing with reference to a particular attorney-client communication.

J.      The Subject Insurer and the Trust shall cooperate reasonably with each other to protect their respective interests with respect to Indemnifiable Claims. If the Trust has assumed the defense of any action or proceeding, the Subject Insurer shall comply in a timely manner with the Trust's appointed counsel's requests for access to documentation or information requested by the Trust's appointed counsel for purposes of defense. The Trust shall cooperate with the Subject Insurer to avoid taking any positions in such litigation which are adverse to the general business interests of the Subject Insurer. If the Trust has failed or declined to assume the defense of any action or proceeding, the Trust shall comply in a timely manner with any of the

Subject Insurer's requests for access to documentation or information requested by the Subject Insurer for purposes of such defense.

K.      For the avoidance of doubt, amounts paid by the Trust pursuant to this Section XI to or on behalf of the Subject Insurer in connection with Indemnified Claims shall be paid in full within ninety (90) days and shall not be subject to any Payment Percentage as described in Section IV of the Trust Distribution Procedures.

## XII.    PUNITIVE DAMAGES

The Subject Insurer shall have no obligation under the Subject Insurance Policies or otherwise to reimburse or indemnify the Trust or Grace for fines, penalties, punitive or exemplary damages, or any damages where the amount is a multiple of the compensatory damages.

The Parties further agree that fines, penalties, punitive or exemplary damages, or any damages where the amount is a multiple of compensatory damages shall not be used to exhaust coverage underlying the Subject Insurer's coverage.

## XIII.    BANKRUPTCY-RELATED OBLIGATIONS

A.      Committee and Futures Representative Approval.  By executing this Amended Agreement, the Subject Insurer acknowledges receipt of the Committee's and the Futures Representative's written approval of this Amended Agreement and the releases contained herein.

B.      Approval Motion.  Promptly following the Execution Date, Grace will prepare and file a motion seeking entry of the Approval Order with the Bankruptcy Court, which motion will be in form and substance satisfactory to the Parties.  Grace will use its reasonable best efforts promptly to obtain entry of the Approval Order, and promptly to obtain entry of the Approval Order as a Final Order.  The Subject Insurer, at its own expense, will cooperate with Grace in obtaining the Approval Order.

31

C.      Approval Order. Grace will use its reasonable best efforts to cause the

Bankruptcy Court to enter an order providing, among other things:

1.      That the terms of this Amended Agreement are approved in their entirety,

and that Grace is authorized to take all actions necessary to implement and effectuate the terms

of the Amended Agreement;

2.      That this Amended Agreement will be designated an Asbestos Insurance

Settlement Agreement, and that the Subject Insurer will be designated a Settled Asbestos

Insurance Company, with respect to the Subject Insurance Policies and the claims released

herein, on Exhibit 5 to the Exhibit Book of the Joint Plan of Reorganization; and

3.      That the Trust, upon its creation, will be bound to the provisions of this

Amended Agreement with the same force and effect as if the Trust was a Party to this Amended

Agreement from the Execution Date, provided that the Joint Plan of Reorganization is

confirmed.

D.      Designation of the Subject Insurer as a Settled Asbestos Insurance Company.

Upon the Approval Order becoming a Final Order, Grace shall designate this Amended

Agreement as an Asbestos Insurance Settlement Agreement, and the Subject Insurer as a Settled

Asbestos Insurance Company, with respect to the Subject Policies and the claims released herein,

on Exhibit 5 of the Exhibit Book to the Joint Plan of Reorganization.

E.      Withdrawal of Settled Asbestos Insurance Company Designation. In the event

that, at any time after the Effective Date, the Trust believes that the Subject Insurer has failed to

make a payment as required by Section VIII of this Amended Agreement, the Trust will provide

the Subject Insurer with written notice of default. The Subject Insurer will have sixty (60) days

from the date of the notice of default to cure or dispute any default in writing. In the event that

the Subject Insurer does not cure or dispute the default in writing within sixty (60) days, the

Trust may withdraw the designation of the Subject Insurer as a Settled Asbestos Insurance

Company. In the event that the Subject Insurer disputes the existence of a default in writing

within sixty (60) days of the notice of default, the Trust and the Subject Insurer shall submit the

dispute to arbitration pursuant to Section XIX. In the event that the Arbitrator finds that the

Subject Insurer defaulted on its payment obligation under this Amended Agreement, the Trust

may withdraw the designation of the Subject Insurer as a Settled Asbestos Insurance Company,

unless the Subject Insurer cures the default within thirty (30) days of the Arbitrator's decision, or

within such shorter time as the Arbitrator may order. If at any time after the Trust has withdrawn

the designation of the Subject Insurer as a Settled Asbestos Insurance Company, the Subject

Insurer provides documentation demonstrating that it has paid the outstanding arbitration award,

the Subject Insurer shall be reinstated as a Settled Asbestos Insurance Company.

      F.    <u>Trust as a Party</u>. Upon the Effective Date, the Trust automatically and without

need for further action will become a Party to this Amended Agreement.

      G.    <u>No Bankruptcy-Related Activities</u>. Effective upon the Execution Date, the

Subject Insurer (1) shall take no action of any nature (including filing any objection to the Joint

Plan of Reorganization and initiating or taking discovery) that may hinder, delay or oppose

actions of the Debtors, the Committee and/or the Futures Representative in the Bankruptcy Case;

and (2) shall not oppose the entry of a Confirmation Order. Notwithstanding the foregoing,

nothing in this Amended Agreement shall prohibit the Subject Insurer from taking any actions

necessary to obtain the entry of the Approval Order as a Final Order. Upon the Approval Order

becoming a Final Order, the Subject Insurer expressly consents to the assignment of Asbestos

Insurance Rights as provided in the Asbestos Insurance Transfer Agreement, Exhibit 6 to the

Joint Plan of Reorganization.

## XIV.  **TERMINATION**

A.      After the Execution Date, this Amended Agreement shall terminate upon the

occurrence of any of the following events:

1.      The entry of an order of the Bankruptcy Court denying approval of this

Amended Agreement or the entry of an order by the District Court reversing the Approval Order;

or

2.      The failure of the Effective Date to occur, coupled with circumstances that

make clear that the Effective Date will never be reached; or

3.      The entry of an order by the Bankruptcy Court dismissing the Bankruptcy

Case or converting it into a Chapter 7 case.

B.      The Subject Insurer shall have the option to terminate this Amended Agreement

by providing written notice of termination to Grace, the Trust (if it is then in existence), the

Committee and the Futures Representative within thirty (30) days of the occurrence of any of the

following events:

1.      Grace's failure to designate this Amended Agreement as an Asbestos

Insurance Settlement Agreement, and/or the Subject Insurer as a Settled Asbestos Insurance

Company, with respect to the Subject Insurance Policies and the claims released herein, on

Exhibit 5 to the Exhibit Book of the Joint Plan of Reorganization, in accordance with Section

XIII.D, except as provided in Section XIII.E;

2.      The entry of any order that becomes a Final Order that denies the Subject

Insurer the protections of the Asbestos PI Channeling Injunction with respect to claims against

34

the Subject Insurer based on or arising out of the Subject Insurance Policies that are Asbestos PI Claims, except as provided in Section XIII.E; or

   3. The confirmation of a Chapter 11 plan of reorganization other than the Joint Plan of Reorganization that materially and adversely affects the interests of the Subject Insurer under this Amended Agreement.

The Parties may agree, in writing, to extend the period in which the Subject Insurer may exercise its option to terminate this Amended Agreement pursuant to this Section XIV.B.  Failure by the Subject Insurer to give timely notice of the exercise of its option to terminate this Amended Agreement with respect to any of the above conditions will be deemed a permanent waiver of the option to terminate with respect to that condition.

   C. In the event that this Amended Agreement is terminated pursuant to Section XIV.A or XIV.B:

   1. This Amended Agreement shall be of no further force and effect, and the Parties shall have no further obligations under this Amended Agreement, except the obligations set forth in Section X, which shall survive termination;

   2. Except as otherwise provided in the 1996 Agreement, the Subject Insurance Policies shall have the same force and effect as if this Amended Agreement had never existed, and the Parties shall have all of the rights, defenses and obligations under or with respect to the Subject Policies, if any, that they would have had if this Amended Agreement had never existed; and

   3. The 1996 Agreement will remain in force and effect as if this Amended Agreement had never existed.

## XV.    NON-PREJUDICE AND CONSTRUCTION OF AGREEMENT

A.     This Amended Agreement shall not be construed as an admission of coverage under the Subject Insurance Policies or any other policies subscribed or issued by the Subject Insurer in favor of the Grace Group nor shall this Amended Agreement or any provision hereof be construed as a waiver, modification or retraction of the positions of the Parties with respect to the interpretation and application of any such policies.  Any allocations of responsibility for Defense Costs or Indemnity Payments made pursuant to this Amended Agreement to an insurer that is not a party is solely for the convenience of the Parties and shall in no way affect Grace's or the Trust's rights against such other insurers or Grace's or the Trust's rights to settle claims against such other insurers on an entirely different basis.

B.     This Amended Agreement is the product of informed negotiations and involves compromises of the Parties' previously-stated legal positions.  Accordingly, this Amended Agreement does not reflect upon the Parties' views as to rights and obligations with respect to matters or Persons outside the scope of this Amended Agreement.  This Amended Agreement is without prejudice to the positions taken by the Subject Insurer with regard to other insureds, and without prejudice with regard to positions taken by Grace or the Trust with regard to other insurers.  The Parties specifically disavow any intention to create rights in third parties under or in relation to this Amended Agreement except as expressly provided herein.

C.     This Amended Agreement is the jointly drafted product of arms'-length negotiations between the Parties with the benefit of advice from counsel, and the Parties agree that it shall be so construed.  In particular, with respect to interpretation of this Amended Agreement, the Parties waive any benefits from the principle of *contra proferentem* or other principles which would result in the interpretation of any ambiguities against insurers.  No Party shall be deemed to be the drafter of this Amended Agreement or of any particular provision or

provisions, and no part of this Amended Agreement shall be construed against any Party on the basis of the Party's identity as an insurance company or as the drafter of any part of this Amended Agreement.

## XVI.  NO MODIFICATION

This Amended Agreement may be amended, modified, superseded or canceled, and any of the terms hereof may be waived, only by a written instrument which specifically states that it amends, modifies, supersedes or cancels this Amended Agreement, executed by or on behalf of all of the Parties or, in the case of a waiver, by or on behalf of the Party waiving compliance.  The failure of a Party at any time or times to require performance of any provision of this Amended Agreement shall in no manner affect the right at a later time to enforce the same.  No waiver by a Party of any condition, or of any breach of any term, covenant, representation or warranty contained in this Amended Agreement, in any one or more instances, shall be deemed to be or construed as a further or continuing waiver of any such condition or breach, or a waiver of any other condition or of any breach of any other term, covenant or warranty.

## XVII.  EXECUTION

This Amended Agreement may be executed in multiple counterparts, each of which shall be deemed an original but all of which shall constitute one and the same instrument. This Amended Agreement shall become effective as to each Party from and after the Execution Date.

## XVIII. GOVERNING LAW

This Amended Agreement and the performance of the transactions contemplated hereby shall be governed by and construed and enforced in accordance with the laws of the State

of New York, other than any conflict-of-laws provisions thereof that would otherwise require the application of the substantive law of any other jurisdiction.

## XIX.  **ARBITRATION**

A.     The Parties agree to resolve any dispute which arises regarding the terms of this Amended Agreement or the implementation thereof (a "Dispute") by way of binding arbitration in accordance with the Center for Public Resources Rules for Non-Administered Arbitration of Business Disputes (the "Rules") and the provisions of this Section.

B.     In the event any Dispute arises that the Parties are unable to resolve by agreement, any Party to such Dispute shall have the right to commence binding arbitration of such Dispute under this Section by sending written notice demanding such arbitration to the other Party in accordance with Section XX.  Such notice shall briefly describe the Dispute as well as the relief sought by the Party demanding arbitration.  Promptly following any such notice, the Parties shall attempt to agree upon the selection of an arbitrator (the "Arbitrator") to resolve such Dispute.  If the Parties have not agreed upon the selection of the Arbitrator by the fifteenth day following delivery of the notice demanding arbitration, then any Party may request the Center for Public Resources to select the Arbitrator, provided that any Arbitrator selected by the Center for Public Resources shall be a retired federal or state court judge.  Any such selection of the Arbitrator by the Center for Public Resources shall be conclusive and binding on the Parties.

C.     All arbitrations under this Section shall be conducted in accordance with the Rules and the Parties shall faithfully abide by the Rules and abide by and perform any award rendered by the Arbitrator.  All such arbitrations shall be governed by the United States Arbitration Act, 9 U.S.C. §§ 1-16, and judgment upon the award may be entered by any court having jurisdiction thereof.  Any such arbitration shall be conducted in New York, New York.

## XX.  NOTICES

A.     All notices, requests, demands and other communications required or permitted to be given under this Amended Agreement shall be deemed to have been duly given if in writing and delivered personally, mailed first-class postage prepaid, or by registered or certified mail or transmitted by facsimile, addressed as follows:

If to Grace:                          W. R. Grace & Co.
                                      7500 Grace Drive
                                      Columbia, MD  21044
                                      Attn: General Counsel
                                      Telephone:  (410) 531-4000
                                      Facsimile:  (410) 531-4545

With a copy to:                       Kirkland & Ellis LLP
                                      601 Lexington Avenue
                                      New York, NY  10022
                                      Attn:  Theodore L. Freedman
                                      Telephone:  (212) 446-4800
                                      Facsimile:  (212) 446-4900

If to the Subject Insurer:            Munich Reinsurance America, Inc.
                                      555 College Road East
                                      P.O. Box 5241
                                      Princeton, NJ  08543-5241
                                      Attn.:  Mr. Gregory Caruso
                                      Telephone:  (609) 243-4200

With a copy to:                       Crowell & Moring LLP
                                      1001 Pennsylvania Avenue, N.W.
                                      Washington, DC  20004-2595
                                      Attn.:  Mark D. Plevin
                                      Telephone:  (202) 624-2801
                                      Facsimile:  (202) 628-5116

                                      and

                                      Bates & Carey LLP
                                      191 N. Wacker Drive, Suite 2400
                                      Chicago, IL 60606
                                      Attn:  Maria G. Enriquez
                                      Telephone:  (312) 762-3100
                                      Facsimile:  (312) 762-3200

If to the Committee:

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC  20005
Attn:  Peter Lockwood
Telephone:  (202) 862-5000
Facsimile:  (202) 862-3301

and

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152
Attn:  Elihu Inselbuch
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755

With a copy to:

Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, NY  10020
Attn:  Robert M. Horkovich
Telephone:  (212) 278-1322
Facsimile:  (212) 278-1733

If to the Futures Representative:

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683
Telephone:  (703) 205-0835
Facsimile:  (703) 205-6249

With a copy to:

Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Attn:  Roger Frankel
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500

B.     Any Party may change the address to which such communications are to be

directed to it by giving notice to the others, in the manner provided in this Section.

## XXI.   **INTEGRATION**

This Amended Agreement, including the attachments hereto, constitutes the entire

agreement and understanding between the Subject Insurer and Grace with respect to the subject

matter hereof, and supersedes all prior agreements, arrangements and understandings relating to the subject matter hereof. For the avoidance of doubt, this Amended Agreement supersedes the 1996 Agreement only with respect to the Subject Insurance Policies as defined herein. The 1996 Agreement will have no further force and effect with respect to the Subject Insurance Policies as defined herein, unless this Amended Agreement is terminated in accordance with Section XIV.

## XXII. HEADINGS

The Section headings contained in this Amended Agreement are for convenient reference only, and shall not in any way affect the meaning or interpretation of this Amended Agreement.

## XXIII. AUTHORITY

A.    The Subject Insurer represents and warrants to Grace that all necessary corporate approvals have been obtained for its execution and delivery of this Amended Agreement to Grace.

B.    Grace represents and warrants to the Subject Insurer that all necessary corporate approvals have been obtained for its execution and delivery of this Amended Agreement to the Subject Insurer, subject to the Approval Order becoming a Final Order.

**IN WITNESS WHEREOF**, the Parties have executed this Amended Agreement by their authorized officers.

Date: _JUNE 7, 2010_          W. R. GRACE & CO.

                               Signed: _Richard C. Finke_

                               Name: _RICHARD C. FINKE_

                               Title: _ASSISTANT GENERAL COUNSEL_

Date: _____          MUNICH REINSURANCE AMERICA, INC.
f/k/a AMERICAN RE-INSURANCE
COMPANY


                               Signed: _____

                               Name: _____

                               Title: _____

**IN WITNESS WHEREOF,** the Parties have executed this Amended Agreement

by their authorized officers.

Date: _____    W.R. GRACE & CO.

Signed: _____

Name: _____

Title: _____

Date: ___6/8/2010___    AMERICAN RE-INSURANCE COMPANY
n/k/a MUNICH REINSURANCE AMERICA,
INC.

Signed: _____

Name: ___GREGORY CARUSO___

Title: ___VICE PRESIDENT___

42

AMENDED AND RESTATED ASBESTOS SETTLEMENT AGREEMENT

<u>Schedule of Attachments</u>

Attachment A:          Subject Insurance Policies

Attachment B:          Excess Insurance Policies, including Subject Insurance Policies, showing
                       remaining coverage as of April 2, 2001

Attachment C:          Bell Curve Allocation Percentages

**ATTACHMENT A**

**SUMMARY OF SUBJECT INSURANCE POLICIES –**
**MUNICH REINSURANCE AMERICA, INC. f/k/a AMERICAN RE-INSURANCE**
**COMPANY**

| Policy Number | Policy Period | Limits of Liability – Products/Completed Operations | Underlying Limits |
|---|---|---|---|
| M-0085374 | 06/30/1973-06/30/1974 | $3 million part of $30 million per occurrence p.i. and p.d. combined and $3 million annual aggregate | $20 million |
| M-1025776 | 06/30/1974-06/30/1977 | $3 million part of $30 million per occurrence and $3 million annual aggregate | $20 million |

**ATTACHMENT B**

| Insurance Period | | | | | | Policy Period | | | | | | | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Insurance |
| 10/20/62 | 10/20/63 | 1 | $5,000,000 | $0 | American Employers | 10/20/62 | 10/20/63 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/62 | 10/20/63 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/62 | 10/20/63 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $10,000,000 | | $10,000,000 | $0 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/63 | 10/20/64 | 1 | $5,000,000 | $0 | American Employers | 10/20/63 | 10/20/64 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/63 | 10/20/64 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/63 | 10/20/64 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $10,000,000 | | $10,000,000 | $0 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/64 | 10/20/65 | 1 | $5,000,000 | $0 | American Employers | 10/20/64 | 10/20/65 | A-15-2127-51 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/64 | 10/20/65 | HEC9543206 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 3 | $10,000,000 | $10,000,000 | American Employers | 01/27/65 | 10/20/65 | A-15-8138-001 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/64 | 10/20/65 | 4 | $5,000,000 | $20,000,000 | Fireman's Fund | 01/27/65 | 10/20/65 | XL76937 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/64 | 10/20/65 | 5 | $5,000,000 | $25,000,000 | American Reinsurance Co | 01/27/65 | 10/20/65 | M-6672-0001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | **Period Totals:** | | $30,000,000 | | $30,000,000 | $0 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/65 | 10/20/66 | 1 | $5,000,000 | $0 | American Employers | 10/20/65 | 10/20/66 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/65 | 10/20/66 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/65 | 10/20/66 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/65 | 10/20/66 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/65 | 10/20/66 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/65 | 10/20/66 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 05/17/66 | 10/20/66 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 05/17/66 | 10/20/66 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 1.985000% | $198,500 | No | $65,211 | $133,289 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.964000% | $496,400 | No | $163,077 | $333,323 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 3.971000% | $397,100 | No | $130,455 | $266,645 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.963500% | $496,350 | No | $163,060 | $333,290 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 6.453000% | $645,300 | No | $211,993 | $433,307 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 0.993000% | $99,300 | No | $32,622 | $66,678 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.963500% | $496,350 | No | $163,060 | $333,290 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 3.971000% | $397,100 | No | $130,455 | $266,645 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 8.934000% | $893,400 | No | $293,499 | $599,901 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 4.964000% | $496,400 | No | $163,077 | $333,323 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 05/17/66 | 10/20/66 | 66/180390 | 42.422000% | $4,242,200 | No | $1,393,642 | $2,848,558 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 9.927000% | $992,700 | No | $326,121 | $666,579 |
| 10/20/65 | 10/20/66 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 05/17/66 | 10/20/66 | 66/180390 | 1.489000% | $148,900 | No | $48,916 | $99,984 |

Period Totals: $50,000,000    $43,285,187    $6,714,813

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/66 | 10/20/67 | 1 | $5,000,000 | $0 | American Employers | 10/20/66 | 10/20/67 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/66 | 10/20/67 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/66 | 10/20/67 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/66 | 10/20/67 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/66 | 10/20/67 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/66 | 10/20/67 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 10/20/66 | 10/20/67 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 10/20/66 | 10/20/67 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 0.993000% | $99,300 | No | $99,300 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 8.934000% | $893,400 | No | $893,400 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 1.985000% | $198,500 | No | $198,500 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 9.927000% | $992,700 | No | $992,700 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 6.453000% | $645,300 | No | $645,300 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 10/20/66 | 10/20/67 | 66/180390 | 42.422000% | $4,242,200 | No | $4,242,200 | $0 |
| 10/20/66 | 10/20/67 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 10/20/66 | 10/20/67 | 66/180390 | 1.489000% | $148,900 | No | $148,900 | $0 |
| | | | | | | | | **Period Totals:** | | $50,000,000 | | $50,000,000 | $0 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/67 | 10/20/68 | 1 | $5,000,000 | $0 | American Employers | 10/20/67 | 10/20/68 | A-16-8220-001 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/67 | 10/20/68 | HEC9544498 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/67 | 10/20/68 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/67 | 10/20/68 | 4 | $5,000,000 | $20,000,000 | American Employers | 10/20/67 | 10/20/68 | A-16-8220-002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 5 | $5,000,000 | $25,000,000 | American Home Assurance | 10/20/67 | 10/20/68 | CE351082 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 6 | $5,000,000 | $30,000,000 | American Reinsurance Co | 10/20/67 | 10/20/68 | M-6672-0002 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 7 | $5,000,000 | $35,000,000 | Fireman's Fund | 10/20/67 | 10/20/68 | XL91085 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Dominion Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 9.927000% | $992,700 | No | $992,700 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Swiss Union Gen. Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | British National Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | English & American Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 6.453000% | $645,300 | No | $645,300 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Lloyds Underwriters | 10/20/67 | 10/20/68 | 66/180390 | 42.422000% | $4,242,200 | No | $4,242,200 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | St. Helens Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 1.489000% | $148,900 | No | $148,900 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Minster Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.963500% | $496,350 | No | $496,350 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Sphere Drake Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 1.985000% | $198,500 | No | $198,500 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | London & Overseas Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Orion Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 3.971000% | $397,100 | No | $397,100 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Stronghold Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 8.934000% | $893,400 | No | $893,400 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | World Auxiliary Ins. Corp Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 0.993000% | $99,300 | No | $99,300 | $0 |
| 10/20/67 | 10/20/68 | 8 | $10,000,000 | $40,000,000 | Andrew Weir Ins. Co. Ltd. | 10/20/67 | 10/20/68 | 66/180390 | 4.964000% | $496,400 | No | $496,400 | $0 |
| | | | | | | | | **Period Totals:** | | $50,000,000 | | $50,000,000 | $0 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/68 | 10/20/69 | 1 | $5,000,000 | $0 | American Employers | 10/20/68 | 10/20/69 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/68 | 10/20/69 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/68 | 10/20/69 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/68 | 10/20/69 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/68 | 10/20/69 | 411-4307 | 5.000000% | $1,500,000 | No | $1,500,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/68 | 10/20/69 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/68 | 10/20/69 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/68 | 10/20/69 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/68 | 10/20/69 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/68 | 10/20/69 | WRG-1. | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/68 | 10/20/69 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/68 | 10/20/69 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | **Period Totals:** | | $50,000,000 | | $50,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/69 | 10/20/70 | 1 | $5,000,000 | $0 | American Employers | 10/20/69 | 10/20/70 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/69 | 10/20/70 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/69 | 10/20/70 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/69 | 10/20/70 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/69 | 10/20/70 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/69 | 11/14/69 | 411-4307 | 5.000000% | $1,500,000 | No | $268,489 | $1,231,511 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/69 | 10/20/70 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/69 | 10/20/70 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/69 | 10/20/70 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/69 | 10/20/70 | WRG-1. | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/69 | 10/20/70 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 11/14/69 | 10/20/70 | 914/1/4116 | 3.500000% | $1,050,000 | No | $1,050,000 | $0 |
| 10/20/69 | 10/20/70 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 11/14/69 | 10/20/70 | 411-4307. | 1.500000% | $450,000 | No | $450,000 | $0 |

Period Totals:    $51,500,000        $50,268,489    $1,231,511

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/70 | 06/30/71 | 1 | $5,000,000 | $0 | American Employers | 10/20/70 | 06/30/71 | A-16-8220-003 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 10/20/70 | 06/30/71 | HEC9304605 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 3 | $10,000,000 | $10,000,000 | INA | 10/20/70 | 06/30/71 | XBC1834 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 10/20/70 | 06/30/71 | WRG-1 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/70 | 06/30/71 | 914-102502 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 10/20/70 | 06/30/71 | WRG-1. | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | British Northwestern | 10/20/70 | 06/30/71 | 411-4307. | 1.500000% | $450,000 | No | $450,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | US Fire Insurance Co | 10/20/70 | 06/30/71 | XS2108 | 1.666667% | $500,000 | No | $500,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 10/20/70 | 06/30/71 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Fireman's Fund | 10/20/70 | 06/30/71 | XLX1026877 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | American Employers | 10/20/70 | 06/30/71 | A-16-8220-004 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 10/20/70 | 06/30/71 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 10/20/70 | 06/30/71 | 914/1/4116 | 3.500000% | $1,050,000 | No | $1,050,000 | $0 |
| | | | | | | | | **Period Totals:** | | $50,000,000 | | $50,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/71 | 06/30/72 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/71 | 06/30/72 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/71 | 06/30/72 | HEC8919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 3 | $10,000,000 | $10,000,000 | INA | 06/30/71 | 06/30/72 | XCP3745 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/71 | 06/30/72 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union | 06/30/71 | 06/30/72 | EY8220006 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/71 | 06/30/72 | CE2691919 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/71 | 06/30/72 | 914105953 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/71 | 06/30/72 | WRG-2 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/71 | 06/30/72 | 01XN150WCA | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/71 | 06/30/72 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/71 | 06/30/72 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| | | | | | | | | **Period Totals:** | | $50,000,000 | | $50,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/72 | 06/30/73 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/72 | 06/30/73 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/72 | 06/30/73 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 3 | $10,000,000 | $10,000,000 | INA | 06/30/72 | 06/30/73 | XCP3745 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/72 | 06/30/73 | WRG-2 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/72 | 06/30/73 | CE2691918 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/72 | 06/30/73 | 01XN150WCA | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/72 | 06/30/73 | 914105953 | 16.666667% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/72 | 06/30/73 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union | 06/30/72 | 06/30/73 | EY8220006 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/72 | 06/30/73 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/72 | 06/30/73 | M0085374 | 10.000000% | $3,000,000 | No | $3,000,000 | $0 |
| 06/30/72 | 06/30/73 | 5 | $25,000,000 | $50,000,000 | Unigard Security | 02/27/73 | 06/30/73 | 1-0589 | 80.000000% | $20,000,000 | No | $20,000,000 | $0 |
| 06/30/72 | 06/30/73 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 02/27/73 | 06/30/73 | HEC4356740 | 20.000000% | $5,000,000 | No | $5,000,000 | $0 |
| | | | | | | | | Period Totals: | | $75,000,000 | | $75,000,000 | $0 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/73 | 06/30/74 | 1 | $5,000,000 | $0 | Employers Comm'l Union | 06/30/73 | 06/30/74 | EY8220005 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 2 | $5,000,000 | $5,000,000 | Home Insurance Co | 06/30/73 | 08/09/73 | HEC9919945 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 3 | $10,000,000 | $10,000,000 | INA | 06/30/73 | 08/09/73 | XCP3745 | 50.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 3 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 08/09/73 | 06/30/74 | RDX8836833 | 50.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/73 | 06/30/74 | CE2691919 | 16.666667% | $5,000,000 | No | $1,098,199 | $3,901,801 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/73 | 06/30/74 | XL1611 (WRG-2) | 13.333333% | $4,000,000 | No | $878,559 | $3,121,441 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Maryland Casualty Co. | 06/30/73 | 06/30/74 | WRG-2 | 16.666667% | $5,000,000 | No | $1,098,199 | $3,901,801 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Employers Comm'l Union | 06/30/73 | 06/30/74 | EY8220006 | 10.000000% | $3,000,000 | No | $658,920 | $2,341,081 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/73 | 06/30/74 | 914105953 | 16.666667% | $5,000,000 | No | $1,098,199 | $3,901,801 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | Aetna Casualty & Surety | 06/30/73 | 06/30/74 | 01XN150WCA | 16.666667% | $5,000,000 | No | $1,098,199 | $3,901,801 |
| 06/30/73 | 06/30/74 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/73 | 06/30/74 | M0085374 | 10.000000% | $3,000,000 | No | $658,920 | $2,341,081 |
| 06/30/73 | 06/30/74 | 5 | $25,000,000 | $50,000,000 | Unigard Security | 06/30/73 | 06/30/74 | 1-0589 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/73 | 06/30/74 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/73 | 06/30/74 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| | | | | | | | | Period Totals: | | $75,000,000 | | $26,589,195 | $48,410,805 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | 1 | $10,000,000 | $0 | Unigard Security | 06/30/74 | 06/30/75 | 1-2517 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/74 | 06/30/75 | 2 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/74 | 06/30/75 | RDX9166645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.335000% | $400,500 | No | $111,758 | $288,742 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.295000% | $88,500 | No | $24,696 | $63,804 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 0.176687% | $53,006 | No | $14,791 | $38,215 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.591513% | $177,454 | No | $49,518 | $127,936 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/74 | 06/30/75 | 74DD662C | 0.055000% | $16,500 | No | $4,604 | $11,896 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 17.810000% | $5,343,000 | No | $1,490,945 | $3,852,055 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.182360% | $354,708 | No | $98,980 | $255,728 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/74 | 06/30/75 | 74DD662C | 22.250000% | $6,675,000 | No | $1,862,635 | $4,812,365 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 0.221610% | $66,483 | No | $18,552 | $47,931 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/74 | 06/30/75 | 74DD662C | 0.886437% | $265,931 | No | $74,207 | $191,724 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.664827% | $199,448 | No | $55,655 | $143,793 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.335000% | $400,500 | No | $111,758 | $288,742 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.090000% | $27,000 | No | $7,534 | $19,466 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/74 | 06/30/75 | 74DD662C | 1.182360% | $354,708 | No | $98,980 | $255,728 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/74 | 06/30/75 | 74DD662C | 0.443553% | $133,066 | No | $37,132 | $95,934 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/74 | 06/30/75 | 74DD662C | 0.150000% | $45,000 | No | $12,557 | $32,443 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/74 | 06/30/75 | 74DD662C | 1.330657% | $399,197 | No | $111,395 | $287,802 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/74 | 06/30/75 | SR10579 | 16.666667% | $5,000,000 | No | $1,395,232 | $3,604,768 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/74 | 06/30/75 | M81721 | 16.666667% | $5,000,000 | No | $1,395,232 | $3,604,768 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/74 | 06/30/75 | M1025776 | 10.000000% | $3,000,000 | No | $841,976 | $2,158,024 |
| 06/30/74 | 06/30/75 | 3 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/74 | 08/30/75 | 111017056574-7 | 6.666667% | $2,000,000 | No | $558,093 | $1,441,907 |
| 06/30/74 | 06/30/75 | 4 | $25,000,000 | $50,000,000 | Unigard Security | 06/30/74 | 06/30/75 | 1-0589 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/74 | 06/30/75 | 4 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/74 | 06/30/75 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Midland Insurance Co | 07/17/74 | 06/30/75 | 111017161174B | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 07/17/74 | 06/30/75 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Boston Old Colony Ins. Co | 07/17/74 | 06/30/75 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Mission Insurance Co | 07/17/74 | 06/30/75 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Mission Insurance Co | 07/17/74 | 06/30/75 | SR10580 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 5 | $25,000,000 | $75,000,000 | Home Insurance Co | 07/17/74 | 06/30/76 | HEC44958872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 07/17/74 | 06/30/75 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Home Assurance | 07/17/74 | 06/30/75 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Argonaut Northwest Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.189596% | $94,798 | No | $0 | $94,798 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | National Casualty of America | 07/17/74 | 06/30/75 | 74DD663C | 0.126492% | $63,246 | No | $0 | $63,246 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.337184% | $168,592 | No | $0 | $168,592 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 07/17/74 | 06/30/75 | 74DD663C | 1.000000% | $500,100 | No | $0 | $500,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Acc. & Casualty Ins. of Winterthur | 07/17/74 | 06/30/75 | 74DD663C | 0.252794% | $126,397 | No | $0 | $126,397 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.059400% | $29,700 | No | $0 | $29,700 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.119400% | $59,700 | No | $0 | $59,700 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.168688% | $84,344 | No | $0 | $84,344 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.063198% | $31,599 | No | $0 | $31,599 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Home Assurance | 07/17/74 | 06/30/75 | 74DD663C | 0.022276% | $11,138 | No | $0 | $11,138 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.037124% | $18,562 | No | $0 | $18,562 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 07/17/74 | 06/30/75 | 74DD663C | 0.952200% | $476,100 | No | $0 | $476,100 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Bishopsgate Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.050388% | $25,194 | No | $0 | $25,194 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 07/17/74 | 06/30/75 | 74DD663C | 0.337184% | $168,592 | No | $0 | $168,592 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Walbrook Ins. Co. Ltd. | 07/17/74 | 06/30/75 | 74DD663C | 0.379476% | $189,738 | No | $0 | $189,738 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 07/17/74 | 06/30/75 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 07/17/74 | 06/30/75 | 462013040 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 07/17/74 | 06/30/75 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 07/17/74 | 06/30/75 | 053700098732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | North Star Reinsurance | 07/17/74 | 06/01/75 | NXS12398 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 07/17/74 | 06/30/75 | 01XN608WCA | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | 6 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/01/75 | 06/30/75 | 01XN608WCA. | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| | | | | | | **Period Totals:** | | | | $153,000,001 | | $28,376,231 | $124,623,770 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/75 | 06/30/76 | 1 | $1,000,000 | $0 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001170 | 100.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | New Hampshire Insurance | 06/30/75 | 06/30/76 | 51750444 | 25.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001171 | 37.500000% | $1,500,000 | No | $1,500,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Admiral Insurance | 06/30/75 | 06/30/76 | 75DD1064C | 12.500000% | $500,000 | No | $500,000 | $0 |
| 06/30/75 | 06/30/76 | 2 | $4,000,000 | $1,000,000 | Central National Ins Co | 06/30/75 | 06/30/76 | CNU123383 | 25.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | New Hampshire Insurance | 06/30/75 | 06/30/76 | 51750445 | 12.500000% | $625,000 | No | $625,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | California Union Ins Co | 06/30/75 | 06/30/76 | ZCX001391/75DD1068 | 5.000000% | $250,000 | No | $250,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001172 | 70.000000% | $3,500,000 | No | $3,500,000 | $0 |
| 06/30/75 | 06/30/76 | 3 | $5,000,000 | $5,000,000 | First State Ins Co | 06/30/75 | 06/30/76 | 922099 | 12.500000% | $625,000 | No | $625,000 | $0 |
| 06/30/75 | 06/30/76 | 4 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/75 | 06/30/76 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | M81721 | 16.666667% | $5,000,000 | No | $1,417,925 | $3,582,075 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/75 | 06/30/76 | M1025776 | 10.000000% | $3,000,000 | No | $855,592 | $2,144,408 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.176687% | $53,006 | No | $15,032 | $37,974 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | 74DD662C | 0.055000% | $16,500 | No | $4,679 | $11,821 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.591513% | $177,454 | No | $50,323 | $127,131 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/75 | 06/30/76 | 74DD662C | 0.886437% | $265,931 | No | $75,414 | $190,517 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.295000% | $88,500 | No | $25,097 | $63,403 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.150000% | $45,000 | No | $12,761 | $32,239 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 17.810000% | $5,343,000 | No | $1,515,195 | $3,827,805 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD662C | 0.443553% | $133,066 | No | $37,736 | $95,330 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $113,576 | $286,924 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.221610% | $66,483 | No | $18,854 | $47,629 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.664827% | $199,448 | No | $56,560 | $142,888 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 0.090000% | $27,000 | No | $7,657 | $19,343 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/75 | 06/30/76 | 74DD662C | 20.025000% | $6,007,500 | No | $1,703,637 | $4,303,863 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.182360% | $354,708 | No | $100,590 | $254,118 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $113,576 | $286,924 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. | 06/30/75 | 06/30/76 | 74DD662C | 1.182360% | $354,708 | No | $100,590 | $254,118 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 0.890000% | $267,000 | No | $75,717 | $191,283 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD662C | 1.335000% | $400,500 | No | $113,576 | $286,924 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD662C | 1.330657% | $399,197 | No | $113,206 | $285,991 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/75 | 06/30/76 | 11101705574-7 | 6.666667% | $2,000,000 | No | $567,170 | $1,432,830 |
| 06/30/75 | 06/30/76 | 5 | $30,000,000 | $20,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | SR10579 | 16.666667% | $5,000,000 | No | $1,417,925 | $3,582,075 |
| 06/30/75 | 06/30/76 | 6 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/75 | 06/30/76 | 63001173 | 80.000000% | $20,000,000 | No | $0 | $20,000,000 |
| 06/30/75 | 06/30/76 | 6 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/75 | 06/30/76 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | SR10580 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/75 | 06/30/76 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Boston Old Colony Ins Co | 06/30/75 | 06/30/76 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Midland Insurance Co | 06/30/75 | 06/30/76 | 1110171611746 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/75 | 06/30/76 | 7 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/75 | 06/30/76 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 06/30/75 | 06/30/76 | 053700086732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 06/30/75 | 06/30/76 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 06/30/75 | 06/30/76 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Highlands Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.059850% | $29,925 | No | $0 | $29,925 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.095900% | $47,950 | No | $0 | $47,950 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/75 | 06/30/76 | 74DD663C | 1.872500% | $936,250 | No | $0 | $936,250 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Mission Insurance Co | 06/30/75 | 06/30/76 | 74DD663C | 0.119700% | $59,850 | No | $0 | $59,850 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Argonaut Northwest Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.190820% | $95,410 | No | $0 | $95,410 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/75 | 06/30/76 | 74DD663C | 0.254426% | $127,213 | No | $0 | $127,213 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.050712% | $25,356 | No | $0 | $25,356 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Walbrook Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.339362% | $169,681 | No | $0 | $169,681 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD663C | 0.127308% | $63,654 | No | $0 | $63,654 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.339362% | $169,681 | No | $0 | $169,681 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.037406% | $18,703 | No | $0 | $18,703 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/75 | 06/30/76 | 74DD663C | 0.022444% | $11,222 | No | $0 | $11,222 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.958300% | $479,150 | No | $0 | $479,150 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 06/30/75 | 06/30/76 | 74DD663C | 0.169776% | $84,888 | No | $0 | $84,888 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/75 | 06/30/76 | 74DD663C | 0.063606% | $31,803 | No | $0 | $31,803 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/75 | 06/30/76 | 01XN608WCA. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/75 | 06/30/76 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/75 | 06/30/76 | 462013040 | 9.000000% | $4,500,000 | No | $0 | $4,500,000 |
| 06/30/75 | 06/30/76 | 8 | $50,000,000 | $100,000,000 | National Casualty Co. of America | 06/30/75 | 06/30/76 | 74DD663C | 0.381926% | $190,963 | No | $0 | $190,963 |

Period Totals: $150,000,000    $28,512,388    $121,487,612

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/76 | 06/30/77 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/76 | 06/30/77 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901145 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/76 | 06/30/77 | 76DD1595C | 9.224000% | $461,200 | No | $461,200 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 2.768000% | $138,400 | No | $138,400 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 4.189040% | $209,497 | No | $209,497 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 6.426940% | $321,347 | No | $321,347 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 10.481320% | $524,066 | No | $524,066 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/76 | 06/30/77 | 76DD1595C | 0.920000% | $46,000 | No | $46,000 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/76 | 06/30/77 | 76DD1595C | 5.536000% | $276,800 | No | $276,800 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 76DD1595C | 28.352000% | $1,417,600 | No | $1,417,600 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 5.590900% | $279,545 | No | $279,545 | $0 |
| 06/30/76 | 06/30/77 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/76 | 06/30/77 | 76DD1595C | 0.920000% | $46,000 | No | $46,000 | $0 |
| 06/30/76 | 06/30/77 | 3 | $10,000,000 | $10,000,000 | Continental Casualty Co. | 06/30/76 | 06/30/77 | RDX9156645 | 100.000000% | $10,000,000 | No | $10,000,000 | $0 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Hartford Insurance | 06/30/76 | 06/30/77 | 10XS100043 | 6.666667% | $2,000,000 | No | $570,983 | $1,429,017 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Granite State ins | 06/30/76 | 06/30/77 | SCLD80-93954 | 6.666667% | $2,000,000 | No | $570,983 | $1,429,017 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | American Reinsurance Co | 06/30/76 | 06/30/77 | M1025776 | 10.000000% | $3,000,000 | No | $861,311 | $2,138,689 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Midland Insurance Co | 06/30/76 | 06/30/77 | 111017056574-7 | 6.666667% | $2,000,000 | No | $570,983 | $1,429,017 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Argonaut Northwest Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.665457% | $199,637 | No | $56,996 | $142,642 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.183480% | $355,044 | No | $101,362 | $253,682 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Acc. & Casualty Ins. of Winterthur | 06/30/76 | 06/30/77 | 74DD662C | 0.887277% | $266,183 | No | $75,993 | $190,190 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.650000% | $195,000 | No | $55,671 | $139,329 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 16.141667% | $4,842,500 | No | $1,382,491 | $3,460,009 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.221820% | $66,546 | No | $18,998 | $47,548 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.183480% | $355,044 | No | $101,362 | $253,682 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/76 | 06/30/77 | 74DD662C | 0.443973% | $133,192 | No | $38,025 | $95,167 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.593667% | $178,100 | No | $50,846 | $127,254 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Bishopsgate Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 0.176853% | $53,056 | No | $15,147 | $37,909 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 74DD662C | 16.592333% | $4,977,700 | No | $1,421,090 | $3,556,610 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.334667% | $400,400 | No | $114,311 | $286,089 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Terra Nova Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD662C | 1.334667% | $400,400 | No | $114,311 | $286,089 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD662C | 0.592073% | $177,622 | No | $50,710 | $126,912 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | National Casualty Co. of America | 06/30/76 | 06/30/77 | 74DD662C | 1.331917% | $399,575 | No | $114,075 | $285,500 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | First State Ins Co | 06/30/76 | 06/30/77 | 923099 | 6.666667% | $2,000,000 | No | $570,983 | $1,429,017 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Mission Insurance Co | 06/30/76 | 06/30/77 | M81721. | 13.333333% | $4,000,000 | No | $1,141,965 | $2,858,035 |
| 06/30/76 | 06/30/77 | 4 | $30,000,000 | $20,000,000 | Insurance Co State of PA | 06/30/76 | 06/30/77 | 4176-7052 | 6.666667% | $2,000,000 | No | $570,983 | $1,429,017 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Hartford Insurance | 06/30/76 | 06/30/77 | 10XS100044 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/76 | 06/30/77 | 63002049 | 68.000000% | $17,000,000 | No | $0 | $17,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901146 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/76 | 06/30/77 | HEC4356740 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Prudential Reinsurance | 06/30/76 | 06/30/77 | DXC901147 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 08/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/76 | 06/30/77 | 01XN607WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Midland Insurance Co | 06/30/76 | 06/30/77 | 111017161748 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/76 | 06/30/77 | XLX1202930 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Boston Old Colony Ins Co | 06/30/76 | 06/30/77 | LX2666569 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | First State Ins Co | 06/30/76 | 06/30/77 | 923100 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Mission Insurance Co | 06/30/76 | 06/30/77 | M81722 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 6 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/76 | 06/30/77 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/76 | 06/30/77 | 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/76 | 06/30/77 | IRDSR4010 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | American Manufacturers Mutual | 06/30/76 | 06/30/77 | 4SG-010001 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Wausau Insurance Co | 06/30/76 | 06/30/77 | 053700088732 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/76 | 06/30/77 | 74DD663C | 1.843000% | $921,500 | No | $0 | $921,500 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Yasuda Fire & Marine Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.094500% | $47,250 | No | $0 | $47,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Turegum Ins. Co. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/76 | 06/30/77 | 74DD663C | 0.942500% | $471,250 | No | $0 | $471,250 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | London & Edinburgh General Ins. Co. | 06/30/76 | 06/30/77 | 74DD663C | 0.235000% | $117,500 | No | $0 | $117,500 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Harbor Insurance Co | 06/30/76 | 06/30/77 | 120346 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | American Home Assurance | 06/30/76 | 06/30/77 | CE3436358 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/76 | 06/30/77 | 462013040 | 9.000000% | $4,500,000 | No | $0 | $4,500,000 |
| 06/30/76 | 06/30/77 | 7 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/76 | 06/30/77 | 01XN608WCA. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| | | | | | | | | **Period Totals:** | | $149,999,999 | | $28,569,575 | $121,430,424 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/77 | 06/30/78 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/77 | 06/30/78 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 2.930000% | $146,500 | No | $146,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 76DD1595C | 31.540000% | $1,577,000 | No | $1,577,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | CNA Reinsurance of London Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 3.910000% | $195,500 | No | $195,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/77 | 06/30/78 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 4.443060% | $222,153 | No | $222,153 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 76DD1595C | 5.870000% | $293,500 | No | $293,500 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 6.815200% | $340,760 | No | $340,760 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/77 | 06/30/78 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 11.114480% | $555,724 | No | $555,724 | $0 |
| 06/30/77 | 06/30/78 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/77 | 06/30/78 | 3 | $5,000,000 | $10,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0250 | 100.000000% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0251 | 20.000000% | $2,000,000 | No | $2,000,000 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 2.288000% | $228,800 | No | $228,800 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 7.875200% | $787,520 | No | $787,520 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 4.924800% | $492,480 | No | $492,480 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1631C | 34.280000% | $3,428,000 | No | $3,428,000 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 7.385600% | $738,560 | No | $738,560 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 2.288000% | $228,800 | No | $228,800 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Lexington Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 9.144000% | $914,400 | No | $914,400 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Winterthur Swiss Ins. Co. | 06/30/77 | 06/30/78 | 77DD1631C | 4.921600% | $492,160 | No | $492,160 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 3.692800% | $369,280 | No | $369,280 | $0 |
| 06/30/77 | 06/30/78 | 4 | $10,000,000 | $15,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1631C | 3.200000% | $320,000 | No | $320,000 | $0 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | 4177-7981 | 16.000000% | $4,000,000 | No | $628,919 | $3,371,081 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/77 | 06/30/78 | SCLD8093266 | 8.000000% | $2,000,000 | No | $314,459 | $1,685,541 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/77 | 06/30/78 | 10XS100176 | 12.000000% | $3,000,000 | No | $471,689 | $2,528,311 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/77 | 06/30/78 | 49/99/6212/01 | 4.000000% | $1,000,000 | No | $157,230 | $842,770 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Turegum Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 1.140092% | $285,023 | No | $44,814 | $240,209 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 2.776000% | $694,000 | No | $109,117 | $584,883 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 0.740800% | $185,200 | No | $29,119 | $156,081 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 1.139382% | $284,938 | No | $44,785 | $240,053 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/77 | 06/30/78 | 77DD1632C | 7.408000% | $1,852,000 | No | $291,189 | $1,560,811 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1632C | 20.556000% | $5,139,000 | No | $808,003 | $4,330,997 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 0.854884% | $213,721 | No | $33,603 | $180,118 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.823108% | $455,777 | No | $71,862 | $384,116 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.709768% | $427,442 | No | $67,207 | $360,235 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1632C | 1.852000% | $463,000 | No | $72,797 | $390,203 |
| 06/30/77 | 06/30/78 | 5 | $25,000,000 | $25,000,000 | Prudential Reinsurance | 06/30/77 | 06/30/78 | DXCDX0252 | 20.000000% | $5,000,000 | No | $786,149 | $4,213,851 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/77 | 06/30/78 | 63003296 | 70.000000% | $17,500,000 | No | $0 | $17,500,000 |
| 06/30/77 | 06/30/78 | 6 | $25,000,000 | $50,000,000 | Natl Union Fire Pittsbrgh | 06/30/77 | 06/30/78 | 1228593 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Continental Casualty Co. | 06/30/77 | 06/30/78 | RDX1788117 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | 4177-7982 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/77 | 06/30/78 | IRDSR401072 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/77 | 06/30/78 | XLX1299553 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Natl Union Fire Pittsbrgh | 06/30/77 | 06/30/78 | 1228593. | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/77 | 06/30/78 | EL2046 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/77 | 06/30/78 | 01XN1400WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | 7 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | HEC4495872 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Royale Belge S.A. | 06/30/77 | 06/30/78 | AVB102. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Eisen Und Stahl | 06/30/77 | 06/30/78 | 6-1-31-181-001 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | INA | 06/30/77 | 06/30/78 | XCP12378 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Natl Union Fire Pittsbrgh | 06/30/77 | 06/30/78 | 1228593.. | 15.000000% | $7,500,000 | No | $0 | $7,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Swiss Reinsurance | 06/30/77 | 06/30/78 | ZHR4020/0601 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Granite State Ins | 06/30/77 | 06/30/78 | SCLD80-93292 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 0.804222% | $402,111 | No | $0 | $402,111 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 0.804222% | $402,111 | No | $0 | $402,111 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | English & American Ins. Co. Ltd. | 06/30/77 | 06/30/78 | 77DD1826 | 2.011400% | $1,005,700 | No | $0 | $1,005,700 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/77 | 06/30/78 | 77DD1826 | 3.380152% | $1,690,076 | No | $0 | $1,690,076 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/77 | 06/30/78 | 01XN1422WCA | 11.000000% | $5,500,000 | No | $0 | $5,500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/77 | 06/30/78 | 10XS100181 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Insurance Co State of PA | 06/30/77 | 06/30/78 | SEP 396-3996 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/77 | 06/30/78 | 462-01-68-10 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/77 | 06/30/78 | (78) 79221530 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/77 | 06/30/78 | H00011428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | AG Belge de 1830 | 06/30/77 | 06/30/78 | AVB102 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Continental Casualty Co. | 06/30/77 | 06/30/78 | RDX1788118 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/77 | 06/30/78 | XL152467 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/77 | 06/30/78 | 8 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/77 | 06/30/78 | HEC9531436 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |

Period Totals:     $150,000,000     $28,930,744     $121,069,256

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/78 | 06/30/79 | 63002048 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 25.976000% | $1,298,800 | No | $1,298,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 13.856000% | $692,800 | No | $692,800 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 10.384000% | $519,200 | No | $519,200 | $0 |
| 06/30/78 | 06/30/79 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1594C | 15.928000% | $796,400 | No | $796,400 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 2.930000% | $146,500 | No | $146,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 76DD1595C | 31.540000% | $1,577,000 | No | $1,577,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 11.114480% | $555,724 | No | $555,724 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 4.443060% | $222,153 | No | $222,153 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 6.815200% | $340,760 | No | $340,760 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Assicurazioni Generali S.p.A. | 06/30/78 | 06/30/79 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 76DD1595C | 5.870000% | $293,500 | No | $293,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | CNA Reinsurance of London Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 3.910000% | $195,500 | No | $195,500 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 76DD1595C | 9.780000% | $489,000 | No | $489,000 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 5.928640% | $296,432 | No | $296,432 | $0 |
| 06/30/78 | 06/30/79 | 2 | $5,000,000 | $5,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/78 | 06/30/79 | 76DD1595C | 0.980000% | $49,000 | No | $49,000 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | 61780491 | 33.333333% | $5,000,000 | No | $5,000,000 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1417C | 24.198000% | $3,629,700 | No | $3,629,700 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 3.306500% | $495,975 | No | $495,975 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 5.154000% | $773,100 | No | $773,100 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 11.476780% | $1,721,517 | No | $1,721,517 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 1.548000% | $232,200 | No | $232,200 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Winterthur Swiss Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 2.917187% | $437,578 | No | $437,578 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 3.890480% | $583,572 | No | $583,572 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 78DD1417C | 2.064000% | $309,600 | No | $309,600 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1417C | 5.445030% | $816,758 | No | $816,758 | $0 |
| 06/30/78 | 06/30/79 | 3 | $15,000,000 | $10,000,000 | Gerling Konzern Ins | 06/30/78 | 06/30/79 | 01/49/99/6282 | 6.666667% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/78 | 06/30/79 | 75100696 | 8.000000% | $2,000,000 | No | $295,699 | $1,704,301 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/78 | 06/30/79 | 10XS100666 | 12.000000% | $3,000,000 | No | $443,549 | $2,556,451 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 0.846668% | $211,667 | No | $31,286 | $180,372 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 0.488800% | $122,200 | No | $18,067 | $104,133 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 3.330968% | $832,742 | No | $123,121 | $709,621 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.580344% | $395,086 | No | $58,413 | $336,673 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.960400% | $490,100 | No | $72,461 | $417,639 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1418C | 30.914000% | $7,728,500 | No | $1,142,636 | $6,685,841 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 1.129156% | $282,289 | No | $41,736 | $240,553 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 7.846800% | $1,961,700 | No | $290,037 | $1,671,663 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1418C | 0.959664% | $239,916 | No | $35,471 | $204,445 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Turegum Ins. Co. | 06/30/78 | 06/30/79 | 78DD1418C | 2.943200% | $735,800 | No | $108,788 | $627,012 |
| 06/30/78 | 06/30/79 | 4 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | 61780492 | 28.000000% | $7,000,000 | No | $1,034,947 | $5,965,053 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1419C | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Natl Union Fire Pittsbrgh | 06/30/78 | 06/30/79 | 1231895 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/78 | 06/30/79 | 63004784 | 50.000000% | $12,500,000 | No | $0 | $12,500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | MMC-70347 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | American Centennial | 06/30/78 | 06/30/79 | CC000304 | 2.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/78 | 06/30/79 | XL200420 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 5 | $25,000,000 | $50,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC9694109 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | MM0-70348 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Fireman's Fund | 06/30/78 | 06/30/79 | XLX1362955 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/78 | 06/30/79 | 6178-0493 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | American Centennial | 06/30/78 | 06/30/79 | CC000306 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/78 | 06/30/79 | Z17052/3 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/78 | 06/30/79 | EL2787 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Aetna Casualty & Surety | 06/30/78 | 06/30/79 | 01XN1846WCA | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/78 | 06/30/79 | 1231895. | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 6 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC9694108 (CITY) | 14.000000% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/78 | 06/30/79 | SE6073371 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/78 | 06/30/79 | 75100695 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Stronghold Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1420C | 0.724500% | $362,250 | No | $0 | $362,250 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/78 | 06/30/79 | 78DD1420C | 0.724500% | $362,250 | No | $0 | $362,250 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/78 | 06/30/79 | 78DD1420C | 3.551000% | $1,775,500 | No | $0 | $1,775,500 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/78 | 06/30/79 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Swiss Reinsurance | 06/30/78 | 06/30/79 | ZHR4020/0601 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | INA | 06/30/78 | 06/30/79 | XCP14341 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/78 | 06/30/79 | XL147450 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Employers Mutual Cas Co | 06/30/78 | 06/30/79 | (79) 79227260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Royale Belge S.A. | 06/30/78 | 06/30/79 | MM0-70349 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/78 | 06/30/79 | 1231895.. | 15.000000% | $7,500,000 | No | $0 | $7,500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Aetna Casualty & Surety | 06/30/78 | 06/30/79 | 01XN1847WCA | 12.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | AG Belge de 1830 | 06/30/78 | 06/30/79 | AVB124 | 1.000000% | $500,000 | No | $0 | $500,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/78 | 06/30/79 | 10XS100665 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | American Centennial | 06/30/78 | 06/30/79 | CC000305 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/78 | 06/30/79 | 462017826 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/78 | 06/30/79 | 7 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/78 | 06/30/79 | HEC9694110 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| | | | | | | | | **Period Totals:** | | $150,000,001 | | $28,696,241 | $121,303,760 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/79 | 06/30/80 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005794 | 25.000000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1634C | 11.720000% | $1,758,000 | No | $1,758,000 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.206893% | $481,034 | No | $481,034 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.634920% | $545,238 | No | $545,238 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 3.848933% | $577,340 | No | $577,340 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1634C | 5.355000% | $803,250 | No | $803,250 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 4.276960% | $641,544 | No | $641,544 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 15.820460% | $2,373,069 | No | $2,373,069 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1634C | 2.136833% | $320,525 | No | $320,525 | $0 |
| 06/30/79 | 06/30/80 | 2 | $15,000,000 | $5,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791383 | 25.000000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Gerling Konzam Ins | 06/30/79 | 06/30/80 | 49/99/6340/01 | 3.333333% | $1,000,000 | No | $298,066 | $701,934 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101107 | 10.000000% | $3,000,000 | No | $894,199 | $2,105,801 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1635C | 30.095000% | $9,028,500 | No | $2,691,093 | $6,337,407 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Mentor Ins. Co. (U.K.) Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 1.410000% | $423,000 | No | $126,082 | $296,918 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1635C | 7.835000% | $2,350,500 | No | $700,605 | $1,649,895 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.732933% | $219,880 | No | $65,539 | $154,341 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Stronghold Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 3.135000% | $940,500 | No | $280,331 | $660,169 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.488373% | $146,512 | No | $43,670 | $102,842 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.879673% | $263,902 | No | $78,560 | $185,342 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 3.615763% | $1,084,729 | No | $323,321 | $761,408 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1635C | 0.977497% | $293,249 | No | $87,408 | $205,841 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | 10XS100842 | 6.666667% | $2,000,000 | No | $596,133 | $1,403,867 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | SCU955191 | 6.666667% | $2,000,000 | No | $596,133 | $1,403,867 |
| 06/30/79 | 06/30/80 | 3 | $30,000,000 | $20,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791384 | 23.333333% | $7,000,000 | No | $2,086,465 | $4,913,535 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101107 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.089140% | $22,285 | No | $0 | $22,285 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1636C | 15.084800% | $3,771,200 | No | $0 | $3,771,200 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.106988% | $26,747 | No | $0 | $26,747 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.059396% | $14,849 | No | $0 | $14,849 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.439752% | $109,938 | No | $0 | $109,938 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1636C | 0.118884% | $29,721 | No | $0 | $29,721 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | SCU955192 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/79 | 06/30/80 | 63005795 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/79 | 06/30/80 | 9782319 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791385 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/79 | 06/30/80 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/79 | 06/30/80 | XL200699 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/79 | 06/30/80 | EL794120 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | 10XS100841 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/79 | 06/30/80 | SCU955193 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/79 | 06/30/80 | 61791386 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/79 | 06/30/80 | 9782319 | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/79 | 06/30/80 | 5 | $25,000,000 | $75,000,000 | Home Insurance Co | 06/30/79 | 06/30/80 | HEC9826188 (CITY) | 22.000000% | $5,500,000 | No | $0 | $5,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | European General | 06/30/79 | 06/30/80 | FU78819413178 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | DM025 A/B | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/79 | 06/30/80 | 10XS100843 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/79 | 06/30/80 | XLX1370426 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/79 | 06/30/80 | 462019494 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/79 | 06/30/80 | 75101109 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/79 | 06/30/80 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/79 | 06/30/80 | SE6073508 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1637C | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/79 | 06/30/80 | (80) 79227260  ·· | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/79 | 06/30/80 | Z17052/4 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/79 | 06/30/80 | XL147540 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/79 | 06/30/80 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pittsbrgh | 06/30/79 | 06/30/80 | 9782319.. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Home Insurance Co | 06/30/79 | 06/30/80 | HEC9826189 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | European General | 06/30/79 | 06/30/80 | FU78619413679 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Dominion Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 1.430000% | $715,000 | No | $0 | $715,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Stronghold Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 1.430000% | $715,000 | No | $0 | $715,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | C.A.M.A.T. | 06/30/79 | 06/30/80 | 79DD1638C | 1.071200% | $535,600 | No | $0 | $535,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/79 | 06/30/80 | 79DD1638C | 2.501200% | $1,250,600 | No | $0 | $1,250,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Lexington Ins. Co. | 06/30/79 | 06/30/80 | 79DD1638C | 3.572400% | $1,786,200 | No | $0 | $1,786,200 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Lloyds Underwriters | 06/30/79 | 06/30/80 | 79DD1638C | 15.995200% | $7,997,600 | No | $0 | $7,997,600 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pittsbrgh | 06/30/79 | 06/30/80 | 9782319... | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/79 | 06/30/80 | 01XN2306WCA | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Haftpflichtverband | 06/30/79 | 06/30/80 | EWI1016 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/79 | 06/30/80 | DM025. A/B | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/79 | 06/30/80 | (80) 79227298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/79 | 06/30/80 | RDX1784282 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/79 | 06/30/80 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/79 | 06/30/80 | XLX1370427 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |

Period Totals:  $200,000,000         $28,941,992   $171,058,008

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/80 | 06/30/81 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/80 | 06/30/81 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5013 | 20.000000% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Northbrook Co | 06/30/80 | 06/30/81 | 63006854 | 18.750000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1643C | 6.007500% | $1,201,500 | No | $1,201,500 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 7.998750% | $1,599,750 | No | $1,599,750 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 4.104940% | $820,988 | No | $820,988 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 2.140895% | $428,179 | No | $428,179 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 3.028285% | $605,657 | No | $605,657 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 1.784080% | $356,816 | No | $356,816 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 3.208245% | $641,649 | No | $641,649 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 2.674570% | $534,914 | No | $534,914 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1643C | 0.533675% | $106,735 | No | $106,735 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 7.306975% | $1,461,395 | No | $1,461,395 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1643C | 11.216250% | $2,243,250 | No | $2,243,250 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1643C | 1.780980% | $356,196 | No | $356,196 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1643C | 4.464855% | $892,971 | No | $892,971 | $0 |
| 06/30/80 | 06/30/81 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955565 | 5.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955566 | 8.000000% | $2,000,000 | No | $295,288 | $1,704,712 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Gerling Konzem Ins | 06/30/80 | 06/30/81 | 49/99/6409/01 | 4.000000% | $1,000,000 | No | $147,644 | $852,356 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1644C | 1.500244% | $375,061 | No | $55,375 | $319,686 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 2.455228% | $613,807 | No | $90,625 | $523,182 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1644C | 29.318400% | $7,329,600 | No | $1,082,171 | $6,247,429 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.379308% | $344,827 | No | $50,912 | $293,915 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.598428% | $149,607 | No | $22,089 | $127,518 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.898688% | $224,672 | No | $33,171 | $191,501 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.078008% | $269,502 | No | $39,790 | $229,712 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1644C | 0.179320% | $44,830 | No | $6,619 | $38,211 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.737600% | $434,400 | No | $64,137 | $370,263 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.719368% | $179,842 | No | $26,553 | $153,289 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1644C | 6.518400% | $1,629,600 | No | $240,601 | $1,389,000 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 0.599472% | $149,868 | No | $22,127 | $127,741 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1644C | 1.017540% | $254,385 | No | $37,558 | $216,827 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | K110029. | 2.000000% | $500,000 | No | $73,822 | $426,178 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 75102424 | 8.000000% | $2,000,000 | No | $295,288 | $1,704,712 |
| 06/30/80 | 06/30/81 | 3 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 10XS100990 | 6.000000% | $1,500,000 | No | $221,466 | $1,278,534 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 6480-5014 | 24.000000% | $6,000,000 | No | $885,863 | $5,114,137 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.078080% | $19,520 | No | $0 | $19,520 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Winterthur Swiss Ins. Co. | 06/30/80 | 06/30/81 | 80DD1645C | 0.045920% | $11,480 | No | $0 | $11,480 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.115120% | $28,780 | No | $0 | $28,780 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.068960% | $17,240 | No | $0 | $17,240 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/80 | 06/30/81 | 80DD1645C | 0.082720% | $20,680 | No | $0 | $20,680 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.013760% | $3,440 | No | $0 | $3,440 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.188400% | $47,100 | No | $0 | $47,100 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Bryanston Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.105840% | $26,460 | No | $0 | $26,460 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.046000% | $11,500 | No | $0 | $11,500 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Louisville Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1645C | 0.055200% | $13,800 | No | $0 | $13,800 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1645C | 15.200000% | $3,800,000 | No | $0 | $3,800,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/80 | 06/30/81 | XL201688 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/80 | 06/30/81 | SCU955567 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | 75102422 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/80 | 06/30/81 | 63006855 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5015 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 4 | $25,000,000 | $50,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362. | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Ideal Mutual | 06/30/80 | 06/30/81 | 0052 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Reunion-Adriatica | 06/30/80 | 06/30/81 | EL794416 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Gibraltar Cas. Co. | 06/30/80 | 06/30/81 | GMX00656 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/80 | 06/30/81 | 6480-5016 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 09/30/80 | 06/30/81 | SCU955568 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 10XS100988 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/80 | 06/30/81 | SE6073646 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/80 | 06/30/81 | 10XS100989 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | American Int'l Underwriter | 06/30/80 | 06/30/81 | 75102423 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/80 | 06/30/81 | XL706665 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362.. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | European General | 06/30/80 | 06/30/81 | FU78819413180 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1646C | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/80 | 06/30/81 | 462023810 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/80 | 06/30/81 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/80 | 06/30/81 | ZIB7434/5 | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/80 | 06/30/81 | (81) 7922-7260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | KJ10029.. | 3.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/80 | 06/30/81 | XLX1437060 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 6 | $50,000,000 | $100,000,000 | Home Insurance Co | 06/30/80 | 06/30/81 | HEC9826576 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/80 | 06/30/81 | (81) 7922-7298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/80 | 06/30/81 | XLX1437061 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/80 | 06/30/81 | RDX1784981 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/80 | 06/30/81 | KJ10029 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Haftpflichtverband | 06/30/80 | 06/30/81 | EWI-1030 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/80 | 06/30/81 | 9910362... | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Lloyds Underwriters | 06/30/80 | 06/30/81 | 80DD1647C | 17.149600% | $8,574,800 | No | $0 | $8,574,800 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Stronghold Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 1.417000% | $708,500 | No | $0 | $708,500 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Lexington Ins. Co. | 06/30/80 | 06/30/81 | 80DD1647C | 3.538600% | $1,769,300 | No | $0 | $1,769,300 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | North Atlantic Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 2.477800% | $1,238,900 | No | $0 | $1,238,900 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Dominion Ins. Co. Ltd. | 06/30/80 | 06/30/81 | 80DD1647C | 1.417000% | $708,500 | No | $0 | $708,500 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | European General | 06/30/80 | 06/30/81 | FU78819413680 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/80 | 06/30/81 | 7 | $50,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/80 | 06/30/81 | 01XN2669WCA | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |

| | | | | | | | | Period Totals: | | $200,000,001 | | $28,691,098 | $171,308,903 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63005793 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 5.192000% | $259,600 | No | $259,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 38.440000% | $1,922,000 | No | $1,922,000 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | St. Katherine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 7.792000% | $389,600 | No | $389,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 9.352000% | $467,600 | No | $467,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 10.392000% | $519,600 | No | $519,600 | $0 |
| 06/30/81 | 06/30/82 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 79DD1633C | 8.832000% | $441,600 | No | $441,600 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955978 | 5.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5220 | 20.000000% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 3.208245% | $641,649 | No | $641,649 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | St. Katherine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 2.674570% | $534,914 | No | $534,914 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 1.780980% | $356,196 | No | $356,196 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/81 | 06/30/82 | 80DD1643C | 6.007500% | $1,201,500 | No | $1,201,500 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | 80DD1643C | 11.216250% | $2,243,250 | No | $2,243,250 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 1.784080% | $356,816 | No | $356,816 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 7.998750% | $1,599,750 | No | $1,599,750 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | 80DD1643C | 0.533675% | $106,735 | No | $106,735 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. | 06/30/81 | 06/30/82 | 80DD1643C | 4.104940% | $820,988 | No | $820,988 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | 80DD1643C | 4.464855% | $892,971 | No | $892,971 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 7.306975% | $1,461,395 | No | $1,461,395 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 3.028285% | $605,657 | No | $605,657 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | 80DD1643C | 2.140895% | $428,179 | No | $428,179 | $0 |
| 06/30/81 | 06/30/82 | 2 | $20,000,000 | $5,000,000 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63008153 | 18.750000% | $3,750,000 | No | $3,750,000 | $0 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | PY030181 | 0.237580% | $59,395 | No | $9,692 | $49,703 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.920368% | $230,092 | No | $37,546 | $192,546 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.899612% | $474,903 | No | $77,494 | $397,409 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.069112% | $267,278 | No | $43,614 | $223,664 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/81 | 06/30/82 | PY030181 | 6.456000% | $1,614,000 | No | $263,369 | $1,350,631 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | PY030181 | 1.186872% | $296,718 | No | $48,418 | $248,300 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030181 | 29.491200% | $7,372,800 | No | $1,203,077 | $6,169,723 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 1.723200% | $430,800 | No | $70,297 | $360,503 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.949292% | $237,323 | No | $38,726 | $198,597 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.712744% | $178,186 | No | $29,078 | $149,110 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 0.593952% | $148,488 | No | $24,230 | $124,258 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030181 | 2.760068% | $690,017 | No | $112,595 | $577,422 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | SCU955979 | 24.000000% | $6,000,000 | No | $979,066 | $5,020,934 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955979 | 8.000000% | $2,000,000 | No | $326,355 | $1,673,645 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 15-102841 | 8.000000% | $2,000,000 | No | $326,355 | $1,673,645 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102369 | 6.000000% | $1,500,000 | No | $244,767 | $1,255,233 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040. | 2.000000% | $500,000 | No | $81,589 | $418,411 |
| 06/30/81 | 06/30/82 | 3 | $25,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/81 | 06/30/82 | 49/6409/01 | 4.000000% | $1,000,000 | No | $163,178 | $836,822 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Winterthur Swiss Ins. Co. | 06/30/81 | 06/30/82 | PY030281 | 0.053312% | $13,328 | No | $0 | $13,328 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | El Paso Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.041344% | $10,336 | No | $0 | $10,336 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Bryanston Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.026680% | $6,670 | No | $0 | $6,670 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Walbrook Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.123980% | $30,995 | No | $0 | $30,995 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030281 | 14.608000% | $3,652,000 | No | $0 | $3,652,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/81 | 06/30/82 | PY030281 | 0.010672% | $2,668 | No | $0 | $2,668 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Stronghold Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.928000% | $232,000 | No | $0 | $232,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Louisville Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.032016% | $8,004 | No | $0 | $8,004 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.048024% | $12,006 | No | $0 | $12,006 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.042640% | $10,660 | No | $0 | $10,660 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Kraft Ins. Co. Ltd. | 06/30/81 | 06/30/82 | PY030281 | 0.085328% | $21,332 | No | $0 | $21,332 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Integrity Insurance Co | 06/30/81 | 06/30/82 | XL203279 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955980 | 20.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Northbrook Ins Co | 06/30/81 | 06/30/82 | 63008154 | 28.000000% | $7,000,000 | No | $0 | $7,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5222 | 16.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 4 | $25,000,000 | $50,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102642 | 8.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102370 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Granite State Ins | 06/30/81 | 06/30/82 | 6481-5223 | 34.000000% | $8,500,000 | No | $0 | $8,500,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Ideal Mutual | 06/30/81 | 06/30/82 | 0076 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | American Centennial | 06/30/81 | 06/30/82 | CC002418 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931. | 24.000000% | $6,000,000 | No | $0 | $6,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955981 | 12.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Gibraltar Cas. Co. | 06/30/81 | 11/01/81 | GMX01275 | 10.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | Lexington Ins. Co. | 11/01/81 | 06/30/82 | KY003382 | 4.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 5 | $25,000,000 | $75,000,000 | CNA Reinsurance of London Ltd. | 11/01/81 | 06/30/82 | KY003382 | 6.000000% | $1,500,000 | No | $0 | $1,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Hartford Insurance | 06/30/81 | 06/30/82 | 10XS102371 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Associated International | 06/30/81 | 06/30/82 | AEL00208C | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Transit Casualty | 06/30/81 | 06/30/82 | SCU955982 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931.. | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Federal Insurance Co | 06/30/81 | 06/30/82 | (82) 7922-7260 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Allianz Underwriters Ins | 06/30/81 | 06/30/82 | H0001428 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481490 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Birmingham Fire Ins Co | 06/30/81 | 06/30/82 | SE6073657 | 4.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Zurich Insurance Co | 06/30/81 | 06/30/82 | ZIB7631-81-C | 7.000000% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Lloyds Underwriters | 06/30/81 | 06/30/82 | PY030381 | 5.000000% | $2,500,000 | No | $0 | $2,500,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Centennial Ins Co | 06/30/81 | 06/30/82 | 462021419 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | American Centennial | 06/30/81 | 06/30/82 | CC002419 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 6 | $50,000,000 | $100,000,000 | Midland Insurance Co | 06/30/81 | 06/30/82 | XL724449 | 6.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/81 | 06/30/82 | KJ10040. | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/81 | 06/30/82 | RDX1784981 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/81 | 06/30/82 | XUB1806925 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481491 | 8.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Buffalo Reinsurance | 06/30/81 | 06/30/82 | BR507551 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Zurich Insurance Co | 06/30/81 | 06/30/82 | ZIB7632-81-C | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/81 | 06/30/82 | 9602931... | 18.000000% | $9,000,000 | No | $0 | $9,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Federal Insurance Co | 06/30/81 | 06/30/82 | (82) 7922-7298 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 7 | $50,000,000 | $150,000,000 | Home Insurance Co | 06/30/81 | 06/30/82 | HEC1198526 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | London Guarantee & Acc | 06/30/81 | 06/30/82 | LX3193640 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | American Int'l Underwriter | 06/30/81 | 06/30/82 | 75-102643 | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Continental Ins Co | 06/30/81 | 06/30/82 | SRX3193093 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Fireman's Fund | 06/30/81 | 06/30/82 | XLX1481492 | 14.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Mission Insurance Co | 06/30/81 | 06/30/82 | M877286 | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | GEICO | 06/30/81 | 06/30/82 | GXU30031 | 20.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Integrity Insurance Co | 06/30/81 | 06/30/82 | XL203280 | 2.000000% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/81 | 06/30/82 | 8 | $50,000,000 | $200,000,000 | Home Insurance Co | 06/30/81 | 06/30/82 | HEC1198525 (CITY) | 10.000000% | $5,000,000 | No | $0 | $5,000,000 |

|  |  |  |  |  |  |  |  | Period Totals: | $252,499,999 |  | $29,079,443 | $223,420,556 |

## ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/82 | 06/30/83 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/82 | 06/30/83 | UMB950239 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU956259 | 23.750000% | $4,750,000 | No | $4,750,000 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017782 | 6.721875% | $1,344,375 | No | $1,344,375 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017782 | 4.702500% | $940,500 | No | $940,500 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017782 | 0.770975% | $154,195 | No | $154,195 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 11.180955% | $2,236,191 | No | $2,236,191 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 8.966250% | $1,793,250 | No | $1,793,250 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.471185% | $694,237 | No | $694,237 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 6.748735% | $1,349,747 | No | $1,349,747 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 3.087490% | $617,498 | No | $617,498 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017782 | 2.890265% | $578,053 | No | $578,053 | $0 |
| 06/30/82 | 06/30/83 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 6482-5442 | 20.000000% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Gerling Konzem Ins | 06/30/82 | 06/30/83 | 49/6409/01. | 2.000000% | $1,000,000 | No | $74,965 | $925,035 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/82 | 06/30/83 | 75102158 | 8.000000% | $4,000,000 | No | $299,861 | $3,700,139 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Hartford Insurance | 06/30/82 | 06/30/83 | 10XS102369. | 3.000000% | $1,500,000 | No | $112,448 | $1,387,552 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU956260 | 28.000000% | $14,000,000 | No | $1,049,512 | $12,950,488 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/82 | 06/30/83 | XL204091 | 4.000000% | $2,000,000 | No | $149,930 | $1,850,070 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/82 | 06/30/83 | KY017882 | 0.967612% | $483,836 | No | $36,271 | $447,565 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 1.694102% | $847,051 | No | $63,499 | $783,552 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/82 | 06/30/83 | 0109 | 0.725528% | $362,764 | No | $27,196 | $335,569 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017882 | 16.736000% | $8,368,000 | No | $627,308 | $7,740,692 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.775038% | $387,519 | No | $29,050 | $358,469 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.967672% | $483,836 | No | $36,271 | $447,565 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 0.871354% | $435,677 | No | $32,661 | $403,016 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 1.564800% | $782,400 | No | $58,653 | $723,747 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017882 | 4.697600% | $2,348,800 | No | $176,078 | $2,172,722 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/82 | 06/30/83 | KY017882 | 0.193534% | $96,767 | No | $7,254 | $89,513 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/82 | 06/30/83 | KY017882 | 2.806698% | $1,403,349 | No | $105,202 | $1,298,147 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Guarantee Insurance Co | 06/30/82 | 06/30/83 | SL0950030 | 1.000000% | $500,000 | No | $37,483 | $462,517 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Natl Union Fire Ptsbrgh | 06/30/82 | 06/30/83 | 9603133 | 2.000000% | $1,000,000 | No | $74,965 | $925,035 |
| 06/30/82 | 06/30/83 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 6482-5443 | 20.000000% | $10,000,000 | No | $749,651 | $9,250,349 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/82 | 06/30/83 | ZIB7631-82-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/82 | 06/30/83 | CC005317 | 6.666667% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/82 | 06/30/83 | 6482-5444 | 18.000000% | $13,500,000 | No | $0 | $13,500,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Fireman's Fund | 06/30/82 | 06/30/83 | XLX1532474 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/82 | 06/30/83 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/82 | 06/30/83 | SCU956261 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/82 | 06/30/83 | SE8073957 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/82 | 06/30/83 | KY017982 | 11.856000% | $8,892,000 | No | $0 | $8,892,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Lexington Ins. Co. | 06/30/82 | 06/30/83 | KY017982 | 1.477333% | $1,108,000 | No | $0 | $1,108,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/82 | 06/30/83 | XL739548 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/82 | 06/30/83 | 9603133. | 21.333333% | $16,000,000 | No | $0 | $16,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Guarantee Insurance Co | 06/30/82 | 06/30/83 | SL0950031 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Ideal Mutual | 06/30/82 | 06/30/83 | 0109 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Centennial Ins Co | 06/30/82 | 06/30/83 | 462023979 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/82 | 06/30/83 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/82 | 06/30/83 | 10XS102370. | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |

ATTACHMENT B

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Fireman's Fund | 06/30/82 | 06/30/83 | XLX1532475 | 11.000000% | $11,000,000 | No | $0 | $11,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/82 | 06/30/83 | RDX1785056 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | GEICO | 06/30/82 | 06/30/83 | GXU30152 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Integrity Insurance Co | 06/30/82 | 06/30/83 | XL204091. | 3.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Continental Ins Co | 06/30/82 | 06/30/83 | SRX1591702 | 15.000000% | $15,000,000 | No | $0 | $15,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Buffalo Reinsurance | 06/30/82 | 06/30/83 | BR508040 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Natl Union Fire Pttsbrgh | 06/30/82 | 06/30/83 | 9603133.. | 9.000000% | $9,000,000 | No | $0 | $9,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | American Int'l Underwriter | 06/30/82 | 06/30/83 | 75102159 | 7.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/82 | 06/30/83 | XUB1807108 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Mission Insurance Co | 06/30/82 | 06/30/83 | M685801 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | London Guarantee & Acc | 06/30/82 | 06/30/83 | LX1898010 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/82 | 06/30/83 | 5 | $100,000,000 | $150,000,000 | Home Insurance Co | 06/30/82 | 06/30/83 | HEC1199602 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| | | | | | | | | Period Totals: | | $249,999,999 | | $28,748,256 | $221,251,743 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/83 | 06/30/84 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/83 | 06/30/84 | UMB950239 | 20.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956535 | 23.750000% | $4,750,000 | No | $4,750,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5666 | 20.000000% | $4,000,000 | No | $4,000,000 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 2.890265% | $578,053 | No | $578,053 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.087490% | $617,498 | No | $617,498 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY017782 | 4.702500% | $940,500 | No | $940,500 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 6.748735% | $1,349,747 | No | $1,349,747 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 11.180955% | $2,236,191 | No | $2,236,191 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 8.966250% | $1,793,250 | No | $1,793,250 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY017782 | 0.770975% | $154,195 | No | $154,195 | $0 |
| 06/30/83 | 06/30/84 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY017782 | 3.471185% | $694,237 | No | $694,237 | $0 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/83 | 06/30/84 | 75103044 | 8.000000% | $4,000,000 | No | $323,771 | $3,676,229 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/83 | 06/30/84 | KY048183 | 1.236268% | $618,134 | No | $50,033 | $568,101 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.164330% | $1,082,165 | No | $87,593 | $994,572 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Ludgate Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.741760% | $370,880 | No | $30,020 | $340,860 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 1.113216% | $556,608 | No | $45,053 | $511,555 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.990164% | $495,082 | No | $40,073 | $455,009 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Stronghold Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.000000% | $1,000,000 | No | $80,943 | $919,057 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | British National Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 4.000000% | $2,000,000 | No | $161,885 | $1,838,115 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 0.926912% | $463,456 | No | $37,513 | $425,943 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY048183 | 8.498840% | $4,249,920 | No | $344,000 | $3,905,920 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY048183 | 6.000000% | $3,000,000 | No | $242,828 | $2,757,172 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 1.236268% | $618,134 | No | $50,033 | $568,101 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/83 | 06/30/84 | KY048183 | 0.247254% | $123,627 | No | $10,007 | $113,620 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048183 | 2.843990% | $1,421,995 | No | $115,100 | $1,306,895 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Natl Union Fire Pttsbrgh | 06/30/83 | 06/30/84 | 9607141 | 2.000000% | $1,000,000 | No | $80,943 | $919,057 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074145 | 1.000000% | $500,000 | No | $40,471 | $459,529 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/83 | 06/30/84 | XL207784 | 4.000000% | $2,000,000 | No | $161,885 | $1,838,115 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5667 | 20.000000% | $10,000,000 | No | $809,427 | $9,190,573 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956536 | 28.000000% | $14,000,000 | No | $1,133,197 | $12,866,803 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Gerling Konzern Ins | 06/30/83 | 06/30/84 | 49/6409/01. | 2.000000% | $1,000,000 | No | $80,943 | $919,057 |
| 06/30/83 | 06/30/84 | 3 | $50,000,000 | $25,000,000 | Hartford Insurance | 06/30/83 | 06/30/84 | 10XS102369. | 3.000000% | $1,500,000 | No | $121,414 | $1,378,586 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Fireman's Fund | 06/30/83 | 06/30/84 | XLX1532227 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/83 | 06/30/84 | ZIB-70-631-83-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/83 | 06/30/84 | XL748917 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Century Indemnity Co | 06/30/83 | 06/30/84 | CIZ426249 | 5.000000% | $3,750,000 | No | $0 | $3,750,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Dairyland Insurance Co | 06/30/83 | 06/30/84 | XL17275 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Republic Insurance Co | 06/30/83 | 06/30/84 | CDE0749 | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/83 | 06/30/84 | 6483-5666 | 18.000000% | $13,500,000 | No | $0 | $13,500,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/83 | 06/30/84 | SCU956537 | 5.333333% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Natl Union Fire Pttsbrgh | 06/30/83 | 06/30/84 | 9607141. | 16.333333% | $12,250,000 | No | $0 | $12,250,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/83 | 06/30/84 | KY048283 | 8.215733% | $6,161,800 | No | $0 | $6,161,800 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Lexington Ins. Co. | 06/30/83 | 06/30/84 | KY048283 | 2.693333% | $2,020,000 | No | $0 | $2,020,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | British National Ins. Co. Ltd. | 06/30/83 | 06/30/84 | KY048283 | 2.424267% | $1,818,200 | No | $0 | $1,818,200 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Ins | 06/30/83 | 06/30/84 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/83 | 06/30/84 | 10XS102370. | 4.000000% | $3,000,000 | No | $0 | $3,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074146 | 3.200000% | $2,400,000 | No | $0 | $2,400,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/83 | 06/30/84 | SE6074116 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | Royal Insurance Co | 06/30/83 | 06/30/84 | ED102071. | 3.466667% | $2,600,000 | No | $0 | $2,600,000 |
| 06/30/83 | 06/30/84 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/83 | 06/30/84 | CC016780 | 6.666667% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/83 | 06/30/84 | 9607141.. | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Protective Nat'l Ins Co | 06/30/83 | 06/30/84 | XUB1807216 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Midland Insurance Co | 06/30/83 | 06/30/84 | XL748919 | 2.000000% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | London Guarantee & Acc | 06/30/83 | 06/30/84 | LX2107836 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/83 | 06/30/84 | RDX1785096 | 8.000000% | $8,000,000 | No | $0 | $8,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | INA | 06/30/83 | 06/30/84 | XCP145667 | 4.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Ilinois National | 06/30/83 | 06/30/84 | 886-7134 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Fireman's Fund | 06/30/83 | 06/30/84 | XLX1532228 | 11.000000% | $11,000,000 | No | $0 | $11,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | GEICO | 06/30/83 | 06/30/84 | GXU30267 | 10.000000% | $10,000,000 | No | $0 | $10,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Republic Insurance Co | 06/30/83 | 06/30/84 | CDE0750 | 6.600000% | $6,600,000 | No | $0 | $6,600,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | National Casualty Co. of America | 06/30/83 | 06/30/84 | XU000042 | 4.000000% | $4,000,000 | No | $0 | $4,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | American Int'l Underwriter | 06/30/83 | 06/30/84 | 75103045 | 7.000000% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Continental Ins Co | 06/30/83 | 06/30/84 | SRX1591976 | 15.000000% | $15,000,000 | No | $0 | $15,000,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Royal Insurance Co | 06/30/83 | 06/30/84 | ED102071 | 7.400000% | $7,400,000 | No | $0 | $7,400,000 |
| 06/30/83 | 06/30/84 | 5 | $100,000,000 | $150,000,000 | Twin City Fire Ins Co | 06/30/83 | 06/30/84 | 97CXS100005 | 5.000000% | $5,000,000 | No | $0 | $5,000,000 |

**Period Totals:** $250,000,001   $29,047,134   $220,952,867

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 7.744000% | $387,200 | No | $387,200 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Cie Europeene D'Ass. Industrielles | 06/30/84 | 06/30/85 | KY017582 | 1.720000% | $86,000 | No | $86,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 6.888000% | $344,400 | No | $344,400 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 6.448000% | $322,400 | No | $322,400 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 15.056000% | $752,800 | No | $752,800 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017582 | 24.944000% | $1,247,200 | No | $1,247,200 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY017582 | 8.600000% | $430,000 | No | $430,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Pacific Employers Ins Co | 06/30/84 | 06/30/85 | XM0017204 | 5.000000% | $250,000 | No | $250,000 | $0 |
| 06/30/84 | 06/30/85 | 1 | $5,000,000 | $0 | Transit Casualty | 06/30/84 | 06/30/85 | UM8950239. | 15.000000% | $750,000 | No | $750,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5867 | 23.750000% | $4,750,000 | No | $4,750,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956881 | 6.250000% | $1,250,000 | No | $1,250,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Pacific Employers Ins Co | 06/30/84 | 06/30/85 | XCC012283 | 8.750000% | $1,750,000 | No | $1,750,000 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 2.890265% | $578,053 | No | $578,053 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 11.180955% | $2,236,191 | No | $2,236,191 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | English & American Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 8.966250% | $1,793,250 | No | $1,793,250 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 3.087490% | $617,498 | No | $617,498 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Lexington Ins. Co. | 06/30/84 | 06/30/85 | KY017782 | 6.721875% | $1,344,375 | No | $1,344,375 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 3.471185% | $694,237 | No | $694,237 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/84 | 06/30/85 | KY017782 | 0.770975% | $154,195 | No | $154,195 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 6.748735% | $1,349,747 | No | $1,349,747 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY017782 | 4.702500% | $940,500 | No | $940,500 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY017782 | 3.854885% | $770,977 | No | $770,977 | $0 |
| 06/30/84 | 06/30/85 | 2 | $20,000,000 | $5,000,000 | Continental Casualty Co. | 06/30/84 | 06/30/85 | RDX1784529 | 5.000000% | $1,000,000 | No | $1,000,000 | $0 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | International Insurance | 06/30/84 | 06/30/85 | 522-036121-5 | 20.000000% | $10,000,000 | Yes | $804,304 | $9,195,696 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Transamerica Ins Co. | 06/30/84 | 06/30/85 | USE13397786 | 8.000000% | $4,000,000 | No | $321,722 | $3,678,278 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Natl Union Fire Pttsbrgh | 06/30/84 | 06/30/85 | 9607216 | 4.000000% | $2,000,000 | Yes | $160,861 | $1,839,139 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Federal Insurance Co | 06/30/84 | 06/30/85 | 7928-26-20 | 1.000000% | $500,000 | No | $40,215 | $459,785 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Integrity Insurance Co | 06/30/84 | 06/30/85 | XL208627 | 4.000000% | $2,000,000 | No | $160,861 | $1,839,139 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Zurich Insurance Co | 06/30/84 | 06/30/85 | ZIB70964-84-C | 13.000000% | $6,500,000 | No | $522,798 | $5,977,202 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | American Int'l Underwriter | 06/30/84 | 06/30/85 | 75103845 | 11.000000% | $5,500,000 | No | $442,367 | $5,057,633 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5866 | 9.100000% | $4,550,000 | No | $365,958 | $4,184,042 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Birmingham Fire Ins Co | 06/30/84 | 06/30/85 | SE0074398 | 3.775000% | $1,887,500 | Yes | $151,812 | $1,735,688 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | British National Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 3.860000% | $1,930,000 | No | $155,231 | $1,774,769 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Bermuda Fire & Marine Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.955616% | $477,758 | No | $38,426 | $439,332 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY048183 | 7.237258% | $3,618,629 | No | $291,048 | $3,327,581 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Winterthur Swiss Ins. Co. | 06/30/84 | 06/30/85 | KY048183 | 1.193008% | $596,504 | No | $47,977 | $548,527 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Louisville Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.894478% | $447,239 | No | $35,972 | $411,267 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Folksam International Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.965000% | $482,500 | No | $38,808 | $443,692 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | El Paso Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 1.193008% | $596,504 | No | $47,977 | $548,527 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Lodgate Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 0.715804% | $357,902 | No | $28,798 | $329,116 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Walbrook Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 2.744472% | $1,372,236 | No | $110,370 | $1,261,866 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Ancon Ins. Co. (U.K.) | 06/30/84 | 06/30/85 | KY048183 | 0.965000% | $482,500 | No | $38,808 | $443,692 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Cie Europeene D'Ass. Industrielles | 06/30/84 | 06/30/85 | KY048183 | 0.238602% | $119,301 | No | $9,595 | $109,706 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Mutual Reinsurance Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 1.074262% | $537,131 | No | $43,202 | $493,929 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Kraft Ins. Co. Ltd. | 06/30/84 | 06/30/85 | KY048183 | 2.088594% | $1,044,297 | No | $83,993 | $960,304 |
| 06/30/84 | 06/30/85 | 3 | $50,000,000 | $25,000,000 | Midland Insurance Co | 06/30/84 | 06/30/85 | XL770372 | 2.000000% | $1,000,000 | Yes | $80,430 | $919,570 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Transamerica Ins Co. | 06/30/84 | 06/30/85 | USE13397798 | 1.333333% | $1,000,000 | Yes | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Hartford Insurance | 06/30/84 | 06/30/85 | 10XS103326 | 4.000000% | $3,000,000 | Yes | $0 | $3,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Royale Belge S.A. | 06/30/84 | 06/30/85 | 1251427 | 1.500000% | $1,125,000 | No | $0 | $1,125,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | London Guarantee & Acc | 06/30/84 | 06/30/85 | LX2110809 | 13.333333% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Granite State Ins | 06/30/84 | 06/30/85 | 6484-5890 | 3.500000% | $2,625,000 | No | $0 | $2,625,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | American Int'l Underwriter | 06/30/84 | 06/30/85 | 75103864 | 9.333333% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Allianz Underwriters Inc | 06/30/84 | 06/30/85 | C7300025 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Midland Insurance Co | 06/30/84 | 06/30/85 | XL770373 | 8.000000% | $6,000,000 | Yes | $0 | $6,000,000 |

**ATTACHMENT B**

| Insurance Period Begin | End | Layer | Layer Amount | Underlying Limit | Insurer | Policy Period Begin | End | Policy Number | Layer Pct | Policy Amount | Exclusion | Impairment | Remaining Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Industrial Indemnity | 06/30/84 | 06/30/85 | JE8843126 | 6.666667% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Lloyds Underwriters | 06/30/84 | 06/30/85 | KY048283 | 7.000000% | $5,250,000 | No | $0 | $5,250,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Evanston Insurance Co | 06/30/84 | 06/30/85 | EX11452 | 2.666667% | $2,000,000 | Yes | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Zurich Insurance Co | 06/30/84 | 06/30/85 | ZiB70631-84-C | 4.666667% | $3,500,000 | No | $0 | $3,500,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Birmingham Fire Ins Co | 06/30/84 | 06/30/85 | SE6074318 | 2.666667% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Wausau Insurance Co | 06/30/84 | 06/30/85 | 573500101008 | 13.333333% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | New England Reins Corp | 06/30/84 | 06/30/85 | NE000081 | 2.000000% | $1,500,000 | Yes | $0 | $1,500,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Republic Insurance Co | 06/30/84 | 06/30/85 | CDE1000 | 6.666667% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Haftpflichtverband | 06/30/84 | 06/30/85 | EWI1067 | 1.333333% | $1,000,000 | No | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956882 | 9.333333% | $7,000,000 | No | $0 | $7,000,000 |
| 06/30/84 | 06/30/85 | 4 | $75,000,000 | $75,000,000 | American Centennial | 06/30/84 | 06/30/85 | CC015996 | 1.333333% | $1,000,000 | Yes | $0 | $1,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | California Union Ins Co | 06/30/84 | 06/30/85 | ZCX007225 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Fireman's Fund | 06/30/84 | 06/30/85 | XLX1688067 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Transit Casualty | 06/30/84 | 06/30/85 | SCU956883 | 1.333333% | $2,000,000 | Yes | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | New England Reins Corp | 06/30/84 | 06/30/85 | NE000082 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | First State Ins Co | 06/30/84 | 06/30/85 | EU001638 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Arab Insurance Group | 06/30/84 | 06/30/85 | 3900077100 | 1.000000% | $1,500,000 | Yes | $0 | $1,500,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Allianz Underwriters Ins | 06/30/84 | 06/30/85 | AUX5203042 | 5.333333% | $8,000,000 | Yes | $0 | $8,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | INA | 06/30/84 | 06/30/85 | XCP156206 | 5.333333% | $8,000,000 | Yes | $0 | $8,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Aetna Casualty & Surety | 06/30/84 | 06/30/85 | 01XN4270WCA | 13.250000% | $19,875,000 | Yes | $0 | $19,875,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Federal Insurance Co | 06/30/84 | 06/30/85 | 7928-26-20. | 1.333333% | $2,000,000 | No | $0 | $2,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Evanston Insurance Co | 06/30/84 | 06/30/85 | EX11453 | 2.000000% | $3,000,000 | Yes | $0 | $3,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Industrial Indemnity | 06/30/84 | 06/30/85 | JE8843127 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Nat'l Union Fire Pttsbrgh | 06/30/84 | 06/30/85 | 9607216. | 3.416667% | $5,125,000 | Yes | $0 | $5,125,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Safety Mutual Cas. Co | 06/30/84 | 06/30/85 | UF1257NY | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Continental Ins Co | 06/30/84 | 06/30/85 | SRX1592218 | 8.000000% | $12,000,000 | Yes | $0 | $12,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Transport Indemnity | 06/30/84 | 06/30/85 | TEL00909C | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Gibraltar Cas. Co. | 06/30/84 | 06/30/85 | GMX020683 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Continental Casualty Co. | 06/30/84 | 06/30/85 | RDX1784530 | 5.666667% | $8,500,000 | Yes | $0 | $8,500,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Royal Insurance Co | 06/30/84 | 06/30/85 | ED102834 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Pacific Insurance Co | 06/30/84 | 06/30/85 | P133100 | 6.666667% | $10,000,000 | Yes | $0 | $10,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Atlanta Int'l Ins Co | 06/30/84 | 06/30/85 | XL06282 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Atlanta Int'l Ins Co | 05/17/85 | 06/30/85 | XL06282 | 2.666667% | $4,000,000 | Yes | $0 | $4,000,000 |
| 06/30/84 | 06/30/85 | 5 | $150,000,000 | $150,000,000 | Home Insurance Co | 06/30/84 | 06/30/85 | HXL1636423 | 3.333333% | $5,000,000 | Yes | $0 | $5,000,000 |

|  |  |  |
|---|---|---|---|
| **Period Totals:** | $304,000,001 | $29,021,522 | $274,978,479 |
| **Report Totals:** | $2,761,000,002 | $811,742,984 | $1,949,257,018 |

ATTACHMENT C

| Policy Period | Property Damage | | Bodily Injury | |
|---|---|---|---|---|
| | Defense | Indemnity | Defense | Indemnity |
| 10/20/62 - 10/20/63 | 2.5989938214% | 3.0743465582% | 3.7947174858% | 3.7947174858% |
| 10/20/63 - 10/20/64 | 4.0843720429% | 4.1825909835% | 3.8783015714% | 3.8783015714% |
| 10/20/64 - 10/20/65 | 5.3244783412% | 4.4587436879% | 3.9786024741% | 3.9786024741% |
| 10/20/65 - 10/20/66 | 4.7718329518% | 4.6639692797% | 4.0821865597% | 4.0821865597% |
| 10/20/66 - 10/20/67 | 5.6172036879% | 5.9709910377% | 4.1457706453% | 4.1457706453% |
| 10/20/67 - 10/20/68 | 10.3581720882% | 8.4261312511% | 4.2293547309% | 4.2293547309% |
| 10/20/68 - 10/20/69 | 8.1685835117% | 8.6594780649% | 4.2982219993% | 4.2982219993% |
| 10/20/69 - 10/20/70 | 8.3843124733% | 6.5789133160% | 4.3463724507% | 4.3483724507% |
| 10/20/70 - 06/30/71 | 11.2005201095% | 7.3779184678% | 4.3965229020% | 4.3965229020% |
| 06/30/71 - 06/30/72 | 24.4634524242% | 28.5902015484% | 4.4299565363% | 4.4299565363% |
| 06/30/72 - 06/30/73 | 15.0280785479% | 20.0367158067% | 4.4988238047% | 4.4988238047% |
| 06/30/73 - 06/30/74 | | | 4.5135406219% | 4.5135406219% |
| 06/30/74 - 06/30/75 | | | 4.5302574390% | 4.5302574390% |
| 06/30/75 - 06/30/76 | | | 4.5302574390% | 4.5302574390% |
| 08/30/76 - 06/30/77 | | | 4.5469742561% | 4.5469742561% |
| 06/30/77 - 06/30/78 | | | 4.5469742561% | 4.5469742561% |
| 06/30/78 - 06/30/79 | | | 4.5469742561% | 4.5469742561% |
| 06/30/79 - 06/30/80 | | | 4.5302574390% | 4.5302574390% |
| 06/30/__ - 06/30/81 | | | 4.5302574390% | 4.5302574390% |
| __ - 06/30/82 | | | 4.5135406219% | 4.5135406219% |
| __/__/__ - 06/30/83 | | | 4.4633901705% | 4.4633901705% |
| 06/30/83 - 06/30/84 | | | 4.3965229020% | 4.3965229020% |
| 06/30/84 - 06/30/85 | | | 4.2982219993% | 4.2982219993% |

1