IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Federal-Mogul Global** | **Chapter 11** |
| Debtor(s) | Case No.: 01-10578 |
| **The Flintkote Company** | **Chapter 11** |
| Debtor(s) | Case No.: 04-11300 |
| **W.R. Grace & Co.** | **Chapter 11** |
| Debtor(s) | Case No.: 01-1139 |

**NOTICE OF DATE CHANGE**

All hearings that were scheduled for July 12, 2010, in Wilmington, Delaware have been moved to July 14, 2010, in Wilmington Delaware.

June 10, 2010
_____
Date

_/s/ Judith K. Fitzgerald_
_____
The Honorable Judith K. Fitzgerald