# Exhibit A

# Exhibit A
**Omnibus Hearing Dates and Filing and Objection Deadlines**

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines (35 days) | Objection Deadlines (17 days) | Preliminary Agenda Due (2 weeks) | Final Agenda Due (7 days) |
|---|---|---|---|---|
| July 14, 2010 at **10:00 a.m.** | June 7, 2010 | June 25, 2010 | June 28, 2010 | July 2, 2010 |
| August 9, 2010 at **10:00 a.m.** | July 2, 2010 | July 23, 2010 | July 26, 2010 | August 2, 2010 |
| September 13, 2010 at **10:00 a.m.** (36th Quarterly Fee Hearing) | August 9, 2010 | August 27, 2010 | August 30, 2010 | September 3, 2010 |
| October 18, 2010 at **10:00 a.m.** | September 13, 2010 | October 1, 2010 | October 4, 2010 | October 8, 2010 |
| November 15, 2010 at **10:00 a.m.** | October 8, 2010 | October 29, 2010 | November 1, 2010 | November 8, 2010 |
| December 13, 2010 at **10:00 a.m.** (37th Quarterly Fee Hearing) | November 8, 2010 | November 26, 2010 | November 29, 2010 | December 6, 2010 |