# Notice Recipients

| District/Off: 0311−1 | User: Al | Date Created: 6/14/2010 |
|---|---|---|
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust       united states trustee
aty       Lawrence A Kalina

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust       Frank J. Perch III       frank.j.perch@usdoj.gov
aty       Daniel K. Hogan       dkhogan@dkhogan.com, keharvey@dkhogan.com
aty       Kathleen P. Makowski       kmakowski@pszjlaw.com
aty       Paul W. Turner       pturner@carlilelawfirm.com
aty       Richard Allen Keuler, Jr.       rkeuler@reedsmith.com
aty       Richard F. Rescho       rrescho2001@yahoo.com
aty       Rosalie L. Spelman       rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty       Stuart B. Drowos       stuart.drowos@state.de.us

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        W.R. GRACE &CO.       7500 Grace Drive       Columbia, MD 21044
aty       Curtis A. Hehn       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19801
aty       Curtis A. Hehn       Pachulski Stang Ziehl Young Jones &Wein       919 N. Market Street       16th Floor       Wilmington, DE 19801
aty       David W. Carickhoff       Blank Rome LLP       1201 Market Street, Suite 800       Wilmington, DE 19801
aty       David W. Carickhoff       Blank Rome LLP       1201 Market Street, Suite 800       Wilmington, DE 19801
aty       David W. Carickhoff, Jr       Pachulski Ziehl Stang Ziehl Young Jones       919 N. Market St.       16th Floor       Wilmington, DE 19899
aty       James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       PO Box 8705       Wilmington, DE 19899−8705
aty       James E. O'Neill       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899−8705
aty       Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899
aty       Kathleen P. Makowski       Pachulski Stang Ziehl &Jones LLP       919 North Market Street, 17th Floor       P.O. Box 8705       Wilmington, DE 19899
aty       Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP       919 North Market Street       17th Floor       Wilmington, DE 19801
aty       Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19899−8705
aty       Mark M. Billion       Pachulski Stang Ziehl &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19702
aty       Michael R. Lastowski       Duane Morris LLP       1100 North Market Street       Suite 1200       Wilmington, DE 19801−1246
aty       Paula Ann Galbraith       211 East Ohio # 2618       Chicago, IL 60611
aty       Robert J. Dehney       Morris, Nichols, Arsht &Tunnell       1105 N. Market Street       P. O. Box 1347       Wilmington, DE 19899−1347
aty       Timothy P. Cairns       Pachulski Stang Young &Jones LLP       919 N. Market Street       17th Floor       Wilmington, DE 19801
aty       Timothy P. Cairns       Pachulski Stang Ziehl &Jones LLP       919 N. Market St., 17th Floor       Wilmington, DE 19801

TOTAL: 18