Case 01-01139-AMC   Doc 24943-14   Filed 06/14/10   Page 1 of 5

**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 24724 & 24808 |
| | ) | |
| | ) | Objection Deadline: July 5, 2010 at 4:00 p.m. |
| | ) | Hearing Date: July 14, 2010 at 10:00 a.m. |

**SUMMARY OF AMENDED[1] APPLICATION OF CANADIAN ZAI CLAIMANTS
PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND (b)(4) FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSES OF LAUZON BÉLANGER S.E.N.C.R.L. AND
SCARFONE HAWKINS LLP AS CCAA REPRESENTATIVE COUNSEL
INCURRED IN MAKING SUBSTANTIAL CONTRIBUTION
FOR THE PERIOD OCTOBER 1, 2004 TO AUGUST 31, 2008**

| | |
|---|---|
| Name of Applicant: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants) |
| Professional Services of: | Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP ("Representative Counsel") |
| Date of Retention: | February 8, 2006 |
| Period for which compensation and reimbursement is sought: | October 1, 2004, through August 31, 2008 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 2,000,000.00[2] CDN (**$818,746.15 CDN Actual Fees in Comp. Period**) |

---

[1] Movants originally filed the Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Bélanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004, to August 31, 2008, filed on May 3, 2010, [Docket No. 24724] (the "Original Application").

[2] On or about November 16, 2009, the Debtors and Representative Counsel acknowledged and agreed to the Amended and Restated Minutes of Settlement wherein paragraph 22(a) provides: "The CDN ZAI PD Claims Fund shall be used for the following purposes and the funds shall be distributed as follows: (a) As soon as reasonably practicable following the Effective Date, two million Canadian dollars (CDN$2,000,000) shall be paid to CCAA Representative Counsel in respect of legal fees and disbursements;"

2

Amount of expense reimbursement
(Includes Goods & Service Tax and
Quebec Sales Tax) sought as actual,
reasonable and necessary:                              $  108,150.16 CDN

This is Applicant's Amended Application[3].

[Remainder of Page Intentionally Left Blank]

---

[3] On May 3, 2010, the Canadian ZAI Claimants filed a Second Application Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) For Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP Incurred in Making a Substantial Contribution for the Period September 1, 2008 Through December 20, 2009 (the "Second Application") [Docket No. 24725]. The Second Application is independent from the Original Application and this Amended Application and no fees or expenses are duplicated.

**Fee Detail by Professional for the Period of October 1, 2004 through August 31, 2008:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Yves Lauzon | Partner, 14 years 1974 | $450.00 $225.00 | 141.87 9.00 | 63,841.50 2,025.00 |
| Michel Bélanger | Partner, 14 years 1994 | $350.00 $175.00 | 558.50 26.00 | 195,475.00 4,550.00 |
| Jean-Phillippe Lincourt | No longer employed by Lauzon Bélanger, was employed for 4 years as Associate 2004 | $200.00 | 208.31 | 41,662.00 |
| Careen Hannouche | Associate, 5 years 2005 | $285.00 | 258.59 | 73,698.15 |
| **Sub-Total (LB)** | | | **1202.27** | **$ 381,251.65** |
| **Blended Rate LB** | | | | **$ 317.11** |
| Jeffrey C. Teal | Partner, 22 years 1986 | $450.00 | 1.00 | 450.00 |
| David Thompson David Thompson – Travel | Partner, 22 years 1988 | $450.00 $225.00 | 543.35 29.40 | 244,507.50 6,615.00 |
| Matthew G. Moloci Matthew G. Moloci- Travel | Partner, 11 years 1998 | $350.00 $175.00 | 456.80 47.00 | 159,880.00 8,225.00 |
| Mike Stanton | Associate, 3 years 2006 | $250.00 | 3.75 | 937.50 |
| Todd Storms Todd Storms – Travel | Associate, 1 year 2009 | $250.00 $125.00 | 34.20 10.00 | 8,550.00 1,250.00 |
| Articling Student | | $100.00 | 32.05 | 3,205.00 |
| Law Clerk | | $90.00 | 43.05 | 3,874.50 |
| **Sub-Total (SH)** | | | **1200.6** | **$437,494.50** |
| **Blended Rate SH** | | | | **$ 364.40** |
| **GRAND TOTAL** | | | **2402.87** | **$818,746.15** |
| **Blended Rate** | | | | **$ 340.74** |

**Cumulative Compensation by Matter Description for the Period of October 1, 2004, through August 31, 2008:**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| **Case Administration** | 1172.82 | 403,328.90 |
| **Hearings** | 356.36 | 106,808.30 |
| **Meetings** | 873.69 | 308,608.95 |
| **TOTAL** | **2402.87** | **$818,746.15** |

**Expense Summary for the Period of October 1, 2004, through August 31, 2008**

| Expense | Lauzon Belanger | Scarfone Hawkins | Total Expenses |
|---|---:|---:|---:|
| Facsimiles | 465.00 | 6.05 | 471.05 |
| Photocopies | 997.30 | 0.00 | 997.30 |
| Postage |  | .51 | .51 |
| Courier Fees | 353.06 | 470.89 | 823.95 |
| Long Distance Calls | 175.63 | 541.82 | 717.45 |
| Various Fees | 932.55 | 99.10 | 1,031.65 |
| Travel Fees | 13,258.66 | 3,061.73 | 16,320.39 |
| Parking | 232.41 | 119.00 | 351.41 |
| Lodging | 3,266.12 | 2,127.06 | 5,393.18 |
| Case Law | 365.21 | 1,079.46 | 1,444.67 |
| Conference Calls | 4,698.46 | 296.78 | 4,995.24 |
| Bailiffs | 419.83 |  | 419.83 |
| Messengers | 185.00 |  | 185.00 |
| Stenographer | 25.00 |  | 25.00 |
| Tapes/Transcripts |  | 73.80 | 73.80 |
| ACQC – Viviane Brousseau | 25.00 |  | 25.00 |
| Court fees | 127.00 | 127.00 | 254.00 |
| Goods & Services Tax | 20,331.30 | 22,267.64 | 42,598.94 |
| Quebec Sales Tax | 32,021.79 |  | 32,021.79 |
| **TOTAL** | **$ 77,879.32** | **$30,270.84** | **$108,150.16** |