IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | Objection Deadline: May 21, 2010 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: June 7, 2010 at 10:30 a.m. |
| | ) | Ref . Dkt. No. 24036 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 24036

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Final Fee Application (the "Final Application") of Piper Jaffray & Co., Financial Advisor to David T. Austern, Future Claimants' Representative for the period from February 13, 2006 through October 31, 2009 (the "Period") filed with the Court on December 22, 2009, and entered on the Court's docket as Dkt. No. 24036. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and, other than the Fee Auditors' Final Report filed January 22, 2010 at Dkt. No. 24176 stating no issues with, and approval of, the Final Application, no other answer, objection or other responsive pleading to the Final Application appears on the docket. Pursuant to the Notice of the Final Application, objections to the Final Application were due no later than May 21, 2010.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 15, 2010   By:/S/ DEBRA L. FELDER
　　　　　　　　　　　Roger Frankel, admitted *pro hac vice*
　　　　　　　　　　　Richard H. Wyron, admitted *pro hac vice*
　　　　　　　　　　　Debra L. Felder, admitted *pro hac vice*
　　　　　　　　　　　1152 15th Street, NW
　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　(202) 339-8400

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

*Co-Counsel to David T. Austern,*
*Asbestos PI Future Claimants' Representative*