# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 8, 2010 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1478634/1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 390.00 | 1.20 | $ 468.00 |
| | | | | |
| Total | | | 1.20 | 468.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 256.69 |
| Color Copies | $ - |
| **Total** | **$ 256.69** |

|  |  | Holme Roberts & Owen LLP |
|---|---|---|
| W.R. Grace & Co. | 10/30/09 | Page 4 |
|  |  | Invoice No 858396 |
|  |  | Client No.: 04339 |
|  |  | Matter No.: 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/21/09 | KJC | Review box tracking index and email same to R. Finke (0.1); email exchange with LStreet re same (0.1). | 0.20 | $ 78.00 |
| 09/22/09 | KJC | Email exchange with LStreet re ledger boxes (0.1); email Iron Mountain re same (0.1). | 0.20 | 78.00 |
| 09/24/09 | KJC | Telephone conference with D.C. Orr re restoration at Export Plant (0.6); email R. Emmett and W. Corcoran re same (0.2). | 0.80 | 312.00 |
|  |  | **Total Fees Through September 30, 2009:** | **1.20** | **$ 468.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 1.20 | $ 468.00 |
|  |  |  | **Total Fees:** | **1.20** | **$ 468.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/30/09 |  | Other Expense: VENDOR: Iron Mountain; INVOICE#: AWA0546; DATE: 9/30/2009 - Monthly Storage Fee | $ 256.69 |
|  |  | **Total Disbursements:** | **$ 256.69** |

### Disbursement Summary

| Other Expense | $ 256.69 |
|---|---|
| **Total Disbursements:** | **$ 256.69** |

**Total Balance Due This Matter**           $           724.69

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Johnson, Eric | Partner | $ 440.00 | 0.3 | $132.00 |
| Haag, Susan | Paralegal | $ 185.00 | 1.3 | $240.50 |
| | | | | |
| Total | | | 1.60 | $ 372.50 |

Holme Roberts & Owen LLP

October 30, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 858396 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/30/09 | EEJ | Review, revise and sign three monthly fee applications. | 0.30 | $ 132.00 |
| 09/30/09 | SH | Revise October 2008 monthly fee application. | 0.40 | 74.00 |
| 09/30/09 | SH | Revise November 2008 monthly fee application. | 0.40 | 74.00 |
| 09/30/09 | SH | Revise December 2008 monthly fee application. | 0.50 | 92.50 |
| | | **Total Fees Through September 30, 2009:** | **1.60** | **$ 372.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.30 | $ 132.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.30 | 240.50 |
| | | **Total Fees:** | | **1.60** | **$ 372.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |