IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 24822)

On May 21, 2010, Saul Ewing LLP, ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Fourth Quarterly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Equity Security Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2010 through March 31, 2010 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 10, 2010. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an order approving this Application at its earliest convenience.

SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6826
(302) 421-5861 (Fax)

Delaware Counsel to the Official
Committee of Equity Security Holders

-and-

|  |  |
|---|---|
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Philip Bentley, Esq.<br>Douglas H. Mannal, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 |
| Dated: June 15, 2010 | Co-Counsel to the Official Committee<br>of Equity Security Holders |