IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 7/6/10 @ 4:00 pm |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2010, THROUGH APRIL 30, 2010

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 04/02/2010 | GHL | Review of final office action; review of pending claims, and email communication with Mr. Cross regarding same. | 1.00 |
|---|---|---|---|

SERVICES $ 570.00

| | GHL | GARY H. LEVIN12.90 | 1.00 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **570.00**

## WRG-GENERAL

| | | | |
|---|---|---|---|
| 04/12/2010 | LDS | Consider applicability of Grace chromatography application for expedited prosecution under Patent and Trademark Office "highway" rules; at request of Mr. Bunch; contact United States Patent and Trademark Office to discuss particulars of PCT-PPH program; | 1.00 |
| 04/19/2010 | GHL | Consider with Ms. Swanson eligibility of Grace's chromatography patents for accelerated prosecution in view of earlier PCT filings; | 0.30 |
| 04/20/2010 | LDS | Follow-up telephone call to Bill Bunch to determine particulars of his case; advise Mr. Bunch on operation of Patent and Trademark Office's "Patent Protection Highway;" | 0.50 |
| 04/21/2010 | GHL | Telephone conference with Mr. Bunch regarding proposed meeting with third party involving party's allegation of infringement of chromatography patent. | 0.30 |

|  |  | SERVICES | $ | 822.00 |
|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.60 | hours @ | $595.00 |
|---|---|---|---|---|---|
| | LDS | LORI ANNE D. SWANSON | 1.50 | hours @ | $310.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 4.72 |
|---|---|

| DISBURSEMENT TOTAL | $ | 4.72 |
|---|---|---|
| SERVICE TOTAL | $ | 822.00 |
| **INVOICE TOTAL** | $ | **826.72** |

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*E-mail: tfreedman@kirkland.com*
(Co-Counsel for the Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

*E-mail: jbaer@jsbpc.com*
(Co-Counsel for the Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602

*E-mail: david.heller@lw.com*
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*E-mail: WSKatchen@duanemorris.com*
(Counsel for the Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*E-mail: lkruger@stroock.com*
(Counsel for the Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail: sbaena@bilzin.com*
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

*E-mail: ei@capdale.com*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*E-mail: pbentley@kramerlevin.com*
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail: rfrankel@orrick.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270