**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**April 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended April 30, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 31.5 | $ 18,673.20 |
| Saverio M Fato | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 6.5 | $ 4,680.59 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $ 1,019.81 | 2.0 | $ 2,039.62 |
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 720.09 | 58.5 | $ 42,125.27 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 103.0 | $ 43,559.73 |
| Alison Nicole Garleb | Audit Manager | 6 | Integrated Audit | $ 299.72 | 69.3 | $ 20,770.60 |
| Ronaldo T Garay | Project Specialist | 6 | Integrated Audit | $ 133.35 | 1.5 | $ 200.03 |
| Jerry Puzey | Tax Manager | 6 | Integrated Audit | $ 301.60 | 69.0 | $ 20,810.40 |
| Jacqueline Bravo | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 76.7 | $ 17,548.96 |
| Todd Chesla | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 24.5 | $ 5,605.60 |
| Elizabeth Sama | Tax Senior Associate | 3 | Integrated Audit | $ 156.00 | 42.0 | $ 6,552.00 |
| Romina Miguez | Project Specialist | 3 | Integrated Audit | $ 133.35 | 2.2 | $ 293.37 |
| Lynda Buzzard | Audit Senior Associate | 4 | Integrated Audit | $ 233.68 | 1.2 | $ 280.42 |
| Ellen J Calfo | Audit Senior Associate | 3 | Integrated Audit | $ 233.68 | 133.8 | $ 31,266.38 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 132.8 | $ 28,671.52 |
| Louisa Feve | Project Specialist | 3 | Integrated Audit | $ 133.35 | 1.5 | $ 200.03 |
| Christina M Kmetz | Project Specialist | 1 | Integrated Audit | $ 133.35 | 2.0 | $ 266.70 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 161.29 | 124.2 | $ 20,032.22 |
| Kathleen Elizabeth Bradley | Audit Associate | >1 | Integrated Audit | $ 127.00 | 136.7 | $ 17,360.90 |
| Amer Ali | Project Specialist | 1 | Integrated Audit | $ 133.35 | 6.0 | $ 800.10 |
| | | | | | | |
| Totals | | | | | 1,024.9 | $ 281,737.61 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    8.5    $ 1,515.76

Summary of PwC's Fees By Project Category:
April 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 8.5 | $ 1,515.76 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |

| | | |
|---|---|---|
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,024.9 | $ 281,737.61 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,033.4 | $ 283,253.37 |

Expense Summary
April 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,611.72 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 1,193.65 |
| Business Meals | N/A | $ 40.55 |
| TOTAL: | | $ 3,845.92 |