# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended April 30, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 4/15/10 | | | | $ 40.55 | Lunch meeting with J. Bravo (PwC) for 2 people regarding Q1 review process. |
| | Integrated Audit | 4/28/10 | $ 46.00 | | | | 96 miles excess mileage to and from the client * $0.50/mile |
| | Integrated Audit | 4/29/10 | $ 52.00 | | | | 104 miles excess mileage to and from the client * $0.50/mile |
| Thomas Smith | Integrated Audit | 4/30/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/29/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/28/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/26/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/20/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/19/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/16/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/15/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/12/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/5/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | Integrated Audit | 4/7/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/12/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/13/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/14/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/15/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/19/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/20/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/21/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/22/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/26/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/27/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/28/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/29/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/30/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garieb | Integrated Audit | 4/5/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/8/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/9/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/19/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/20/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/21/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/22/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/26/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/27/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/28/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/29/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/30/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | Integrated Audit | 4/1/10 | $ 26.43 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/2/10 | $ 26.43 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/5/10 | $ 26.43 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/9/10 | $ 26.43 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/12/10 | $ 26.43 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/14/10 | $ 26.43 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/15/10 | $ 26.43 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Jacqueline (Calvo) Bravo | Integrated Audit | 4/12/10 | $ 53.00 | | | | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 4/12/10 | $ 9.00 | | | | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/15/10 | $ 71.50 | | | | 70 miles each way - returned back to the office therefore no deduction for regular commute |

| Name | Type | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 4/15/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/20/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 4/20/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/21/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 4/21/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/22/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles |
| | Integrated Audit | 4/22/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/24/10 | $ 16.22 | Lunch on Saturday April 24th, 2010 for one person |
| Todd Chesla | Integrated Audit | 4/15/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 4/16/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 4/19/10 | $ 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| Kristina Johnson | Integrated Audit | 3/31/10 | $ 580.00 | Fee for analysis of appropriateness of discount rates, bond pricing, and yield curve development. |
| | Integrated Audit | 4/30/10 | $ 600.00 | Fee for services to value plan assets as part of our testing of pensions. |
| | Integrated Audit | 4/13/10 | $ 13.65 | Postage to mail items |
| | Integrated Audit | 4/12/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/13/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/14/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/15/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/16/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/19/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/20/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/21/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/22/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/23/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/26/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/27/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/28/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/29/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/30/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| Ellen Calfo | Integrated Audit | 4/12/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/13/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/14/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/15/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/16/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/19/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/20/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/21/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/22/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/26/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/27/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/28/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/29/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/30/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Elizabeth Sama | Integrated Audit | 4/15/10 | $ 52.00 | Roundtrip (104 miles) From Miami to Client (68miles less 16 miles regular office commute= 52 Miles) |
| | Integrated Audit | 4/16/10 | $ 52.00 | Roundtrip (104 miles) From Miami to Client (68miles less 16 miles regular office commute= 52 Miles) |
| | Integrated Audit | 4/19/10 | $ 52.00 | Roundtrip (104 miles) From Miami to Client (68miles less 16 miles regular office commute= 52 Miles) |
| Kathleen Bradley | Integrated Audit | 4/12/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/13/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/14/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/15/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/16/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/19/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/20/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/21/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/22/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/26/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 4/27/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| | | Total | Transportation | | | | |
|---|---|---|---|---|---|---|---|
| Integrated Audit | 4/28/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/29/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/30/10 | | $ 8.00 | | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | $ 3,845.92 | $ 2,611.72 | $ - | $ 1,193.65 | $ 40.55 | |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended April 30, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| George Baccash | Integrated Audit | 4/15/10 | $ 40.55 | Lunch meeting with J. Bravo (PwC) for 2 people regarding Q1 review process. |
| | Integrated Audit | 4/28/10 | $ 46.00 | 96 miles excess mileage to and from the client * $0.50/mile |
| | Integrated Audit | 4/29/10 | $ 52.00 | 104 miles excess mileage to and from the client * $0.50/mile |
| Thomas Smith | Integrated Audit | 4/30/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/29/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/28/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/26/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/20/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/19/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/16/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/15/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/12/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| | Integrated Audit | 4/5/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | Integrated Audit | 4/7/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/12/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/13/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/14/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/15/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/19/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/20/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/21/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/22/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/26/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/27/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/28/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/29/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 4/30/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | Integrated Audit | 4/5/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/8/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/9/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/19/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/20/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/21/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/22/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/26/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/27/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/28/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/29/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 4/30/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Pavel Katsiak | Integrated Audit | 4/1/10 | $ 26.43 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/2/10 | $ 26.43 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/5/10 | $ 26.43 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/9/10 | $ 26.43 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/12/10 | $ 26.43 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/14/10 | $ 26.43 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Type | Date | | Amount | Description |
|---|---|---|---|---|---|
| Jacqueline (Calvo) Bravo | Integrated Audit | 4/15/10 | $ | 26.43 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/12/10 | $ | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 4/12/10 | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/15/10 | $ | 71.50 | 70 miles each way - returned back to the office therefore no deduction for regular commute |
| | Integrated Audit | 4/15/10 | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/20/10 | $ | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 4/20/10 | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/21/10 | $ | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 4/21/10 | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/22/10 | $ | 53.00 | 70 miles each way less 17 regular commute = 53 miles |
| | Integrated Audit | 4/22/10 | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |
| | Integrated Audit | 4/24/10 | $ | 16.22 | Lunch on Saturday April 24th, 2010 for one person |
| Todd Chesla | Integrated Audit | 4/15/10 | $ | 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 4/16/10 | $ | 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| | Integrated Audit | 4/19/10 | $ | 46.00 | Roundtrip 92 miles from Miami to Grace. This excludes the .5 mile commute from my home to the Miami office. |
| Kristina Johnson | Integrated Audit | 3/31/10 | $ | 580.00 | Fee for analysis of appropriateness of discount rates, bond pricing, and yield curve development. |
| | Integrated Audit | 4/30/10 | $ | 600.00 | Fee for services to value plan assets as part of our testing of pensions. |
| | Integrated Audit | 4/13/10 | $ | 13.65 | Postage to mail items |
| | Integrated Audit | 4/12/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/13/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/14/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/15/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/16/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/19/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/20/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/21/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/22/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/23/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/26/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/27/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/28/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/29/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 4/30/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| Ellen Calfo | Integrated Audit | 4/12/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/13/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/14/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/15/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58.miles every day excess * .5 = 29. |
| | Integrated Audit | 4/16/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/19/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/20/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/21/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/22/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/26/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/27/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/28/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/29/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 4/30/10 | $ | 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Elizabeth Sama | Integrated Audit | 4/15/10 | $ | 52.00 | Roundtrip (104 miles) From Miami to Client (68miles less 16 miles regular office commute= 52 Miles) |
| | Integrated Audit | 4/16/10 | $ | 52.00 | Roundtrip (104 miles) From Miami to Client (68miles less 16 miles regular office commute= 52 Miles) |
| | Integrated Audit | 4/19/10 | $ | 52.00 | Roundtrip (104 miles) From Miami to Client (68miles less 16 miles regular office commute= 52 Miles) |
| Kathleen Bradley | Integrated Audit | 4/12/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 4/13/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/14/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/15/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/16/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/19/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/20/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/21/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/22/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/26/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/27/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/28/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/29/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 4/30/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

**Total** $ 3,845.92

**Summary**