**EXHIBIT A**
(Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)        $6,645.50<br>• non-asbestos matters (2725.40)    $1,437.50 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $8,083.00 |
| **FEE APPLICATION – APPLICANT** | $100.50 |
| **TOTAL FEES** | $8,183.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 15, 2010
Bill Number 123181
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

LEGAL SERVICES

THROUGH APRIL 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/02/10 | MLL | Receipt and review of Gleeson's additions to memo; review file for Monday's hearing. | 0.60 Hrs | 156.00 |
| 04/05/10 | MLL | Prepare for and attend pre-trial conference. | 3.20 Hrs | 832.00 |
| 04/06/10 | RAM | Read summary of pretrial conference. | 0.10 Hrs | 33.50 |
| 04/06/10 | MLL | Review file, draft report of pretrial conference. | 0.60 Hrs | 156.00 |
| 04/07/10 | MLL | Receipt and review of trial orders. Assessment of trial needs and motions in limine per order. | 0.60 Hrs | 156.00 |
| 04/09/10 | MLL | Review several writings re: mediation. | 0.20 Hrs | 52.00 |
| 04/12/10 | MLL | Calls/confer with counsel re: mediation. | 0.20 Hrs | 52.00 |

TOTAL LEGAL SERVICES    $1,437.50

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.10 | 335.00 | 33.50 |

Page 1

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

| | | | |
|---|---|---|---|
| Matthew L. Lunenfeld | 5.40 | 260.00 | 1,404.00 |
| | 5.50 | | $1,437.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $1,437.50 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 15, 2010
Bill Number 123182
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH APRIL 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/01/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 04/02/10 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 04/05/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 04/06/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 04/07/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 04/08/10 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 04/09/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 04/13/10 | MTM | Telephone call from in-house Grace counsel re: document showing asbestos suppliers (.2); review files re: same (.5); review Smola and Behan deposition transcripts at Winthrop Square re: same (.6) email to in-house counsel re: same (.2). | 1.50 Hrs | 427.50 |
| 04/14/10 | MTM | Telephone call to in-house counsel re: asbestos suppliers information (.1); review Smola transcript exhibits for reference to specific chemicals (.2). | 0.30 Hrs | 85.50 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH APRIL 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/21/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 04/22/10 | ARA | Document control. | 5.80 Hrs | 464.00 |
| 04/23/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 04/26/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 100.50 |
| 04/26/10 | ARA | Document control. | 5.50 Hrs | 440.00 |
| 04/27/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 04/28/10 | ARA | Document control. | 4.40 Hrs | 352.00 |

TOTAL LEGAL SERVICES    $6,645.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.30 | 335.00 | 100.50 |
| Matthew T. Murphy | 1.80 | 285.00 | 513.00 |
| Angela R. Anderson | 75.40 | 80.00 | 6,032.00 |
|  | 77.50 |  | $6,645.50 |

TOTAL THIS BILL    $6,645.50

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 15, 2010
Bill Number 123183
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:  Fee Applications, Applicant

## LEGAL SERVICES

THROUGH APRIL 30, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/15/10 | RAM | Finalize February fee application and send it to local counsel to file. | 0.20 Hrs | 67.00 |
| 04/26/10 | RAM | Send February fee application to fee auditor. | 0.10 Hrs | 33.50 |
| | | TOTAL LEGAL SERVICES | | $100.50 |

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.30 | 335.00 | 100.50 |
| | 0.30 | | $100.50 |

TOTAL THIS BILL        $100.50

Page 1

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $11,945.00 |
| **FEE APPLICATION – APPLICANT** | $1.56 |
| **TOTAL EXPENSES** | $11,946.56 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 15, 2010
Bill Number 123188
File Number 02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA 02140

## FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

## LEGAL SERVICES

### COSTS

THROUGH APRIL 30, 2010

TRAVEL

| | | |
|---|---|---|
| 04/06/10 | MATTHEW LUNENFELD: 30 miles to Middlesex Court; 30 x .50 = $15.00; Parking $11.00 | 26.00 |
| | | $26.00 |
| | TOTAL COSTS | $26.00 |
| | TOTAL THIS BILL | $26.00 |

Page 1

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 15, 2010
Bill Number 123189
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH APRIL 30, 2010

**PACER ONLINE SEARCH**

| 04/21/10 | Delaware Bankruptcy Court | 60.96 | |
|---|---|---|---|
| | | | $60.96 |

**OUTSIDE PHOTOCOPYING**

| 04/20/10 | MERRILL COMMUNICATIONS, LLC: 2 Libby personnel files on 3/04/10 | 67.54 | |
|---|---|---|---|
| | | | $67.54 |

**PHOTOCOPYING**

| 04/28/10 | 218 copies at $.10 per copy | 21.80 | |
|---|---|---|---|
| | | | $21.80 |

**RENT REIMBURSEMENT**

| 04/01/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - April 2010. | 11,365.65 | |
|---|---|---|---|
| | | | $11,365.65 |

**MISCELLANEOUS**

| 04/20/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 4/01/10 through 4/30/10. | 403.05 |
|---|---|---|

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH APRIL 30, 2010

|  |  |
|---|---|
|  | $403.05 |
| TOTAL COSTS | $11,919.00 |
| TOTAL THIS BILL | $11,919.00 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 15, 2010
Bill Number 123190
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH APRIL 30, 2010

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 04/30/10 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |
| | TOTAL COSTS | | $1.56 |
| | TOTAL THIS BILL | | $1.56 |

Page 1