**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF NO OBJECTION
REGARDING FEE APPLICATION (DOCKET NO. 24827)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Summary of Application of Holme Roberts & Owen, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Interim Period from August 1, 2009 through August 31, 2009** (the "Application") [Docket No. 24827], as filed on May 21, 2010.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Summary of Application, objections to the Application were to be filed and served no later than June 15, 2010 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are hereby authorized to immediately pay compensation in the amount of $0.00 (80% of the requested fee compensation of $0.00) and reimbursement of expenses in the amount of $292.90 (which represents 100% of the expenses requested in the Application) without further order from the court.

Dated: June 18, 2010                    **MORRIS JAMES LLP**

                                        _/s/ Carl N. Kunz, III_
                                        Carl N. Kunz, III (DE Bar No. 3201)
                                        500 Delaware Avenue, Suite 1500
                                        P.O. Box 2306
                                        Wilmington, DE 19899-2306
                                        Telephone: (302) 888-6800
                                        Fax: (302) 571-1750
                                        E-mail: ckunz@morrisjames.com