IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W. R. Grace & Co. et al. ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| | Objection Deadline: July 12, 2010 at 4:00 p.m. |
| | Hearing date: To be scheduled only if objections are timely filed and served. |

**SEVENTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2010 THROUGH APRIL 30, 2010)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | April 1, 2010 through April 30, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $96,408.00): | $ 77,126.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 361.54 |
| Total Amount Due: | $ 77,487.94 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the January, February and March 2010 monthly fee statements is 12.2 hours, and corresponding compensation requested is $3,764.50.

This is the Seventy-Fifth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows: