IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WR GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DECLARATION OF RR DONNELLEY RE SERVICE OF NOTICE OF OBJECTION TO AND TREAMENT OF EMPLOYEE CLAIMS [Re: DOCKET 24363]

| | |
|---|---|
| NOTICE OF OBJECTION TO AND TREATMENT OF EMPLOYEE CLAIM NO. [###] (SINGLE CLAIM) | Copy attached hereto as Exhibit A |
| NOTICE OF OBJECTION TO AND TREATMENT OF EMPLOYEE CLAIM NOS. [###, ###, ###] (MULTIPLE CLAIMS) | Copy attached hereto as Exhibit B |

I, Frank Rogers, hereby declare and testify under penalty of perjury as follows:

1. I am over eighteen years of age hereby declare and testify under penalty of perjury as follows. I believe the statements contained herein are tru based on my personal

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

knowledge. I am an employee of RR Donnelley f/k/a/ R.R. Donnelley & Sons Company, and my business address is 75 Park Place, New York, New York 10007.

2. On February 26, 2010, at the direction of BMC Group, Inc., upon instructions from the Law Offices of Janet S. Baer, P.C., co-counsel to the debtors and debtors in possession in the above-captioned cases, I caused the above-referenced documents to be served upon the Parties as indicated below: .

    a. Parties who filed a single proof of claim form were served with a customized form of Exhibit A along with a copy of the first page of their proof of claim form.[2] The parties who received Exhibit A and their single proof of claim form are reflected in the service list attached hereto as Exhibit 1, and are designated by service list numbers 32454, 32878, 36944, and 36946.

    b. Parties who filed multiple proofs of claim form were served with a customized form of Exhibit B along with copies of the first pages of their proof of claim forms. The parties who received Exhibit B and their multiple proof of claim forms are reflected in the service list attached hereto as Exhibit 1, and are dsignated by service list numbers 32877, 36945, 36947, and 36948.

3. .Service commenced on February 26, 2010 and was completed on March 1, 2010.

[continued on next page]

---

[2] Copies of sample proof of claim forms are not attached, as the forms contain personal information.

4.  All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 24, 2010
New York, New York

_____
Frank Rogers
RR Donnelley
75 Park Place
New York, NY 10007