**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 15, 2010 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIFTY-THIRD MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MAY 1, 2010 THROUGH MAY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | May 1, 2010 through May 31, 2010 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,490.00 |
| 80% of fees to be paid: | $3,592.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $3,592.00 |

This is an:    __  interim    X  monthly    __  final application.

**COMPENSATION SUMMARY**
**May 2010**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Julianne Callaway | Analyst (6 years) ACAS | $340 | 9.50 | $3,230.00 |
| Adam Luechtefeld | Analyst (7 years) | $260 | 4.00 | $1,040.00 |
| Caroline Muegge | Analyst (1 year) | $220 | 1.00 | $220.00 |
| **Total Blended Rate: $309.66** | | | **14.50** | **$4,490.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 14.50 | $4,490.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **May 2010 – Grand Total** | **$4,490.00** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
   Jennifer L. Biggs, FCAS, MAAA
   101 S. Hanley Rd.
   St. Louis, MO 63105
   (314) 719-5843

Dated: June 14, 2010