| EXHIBIT A | | | | | |
|---|---|---|---|---|---|
| | | W.R. Grace (Bankruptcy) | | | |
| | | Towers Perrin Time Records | | | |
| | | May-10 | | | |
| Julianne Callaway | 5/20/2010 | 1.00 | $340 | $340.00 | Compare 4/2010 Libby law firm lists to lists prev sent |
| Julianne Callaway | 5/24/2010 | 3.50 | $340 | $1,190.00 | Libby compare to prior law firm lists |
| Julianne Callaway | 5/26/2010 | 4.50 | $340 | $1,530.00 | Libby compare to prior law firm lists |
| Julianne Callaway | 5/27/2010 | 0.50 | $340 | $170.00 | Libby compare to prior law firm lists |
| | | 9.50 | | $3,230.00 | |
| Adam Luechtefeld | 5/28/2010 | 4.00 | $260 | $1,040.00 | Tech reviewed Libby comparison |
| | | 4.00 | | $1,040.00 | |
| Caroline Muegge | 5/26/2010 | 1.00 | $220 | $220.00 | Tech reviewed 2010 Libby list update |
| | | 1.00 | | $220.00 | |
| | | 14.50 | | $4,490.00 | |