# EXHIBIT A

**WR Grace**
**April 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Comm w/Blackstone(JOC) re Grace financials | 0.7 |
|  | Review docket filings | 0.7 |
| Fri 2 | Review docket filings | 0.9 |
| Mon 5 | Comm w/Blackstone(JS) re Grace financials | 0.2 |
|  | Review Grace financial info | 4.0 |
|  | Review docket filings | 0.5 |
| Tue 6 | Review Grace financial info | 3.1 |
|  | Review docket filings | 0.6 |
| Wed 7 | Review Grace financial info | 2.3 |
|  | Work on Grace valuation | 4.0 |
| ` | I/C re valuation method | 0.7 |
|  | Review docket filings | 0.7 |
| Thu 8 | Review Grace financial info | 1.2 |
|  | Review docket filings | 1.0 |
| Fri 9 | Comm w/OHS(Dfe) re hearing | 0.2 |
|  | Review docket filings | 1.0 |
| Mon 12 | Review docket filings | 0.2 |
| Tue 13 | Review docket filings | 0.7 |
| Wed 14 | Review Grace valuation materials | 3.2 |
|  | Review docket filings | 0.6 |
| Thu 15 | Review docket filings | 1.1 |
| Fri 16 | Review docket filings | 0.8 |
|  | Comm w/OHS(Dfe) re hearing | 0.3 |
| Mon 19 | Prep and attend Grace omnibus hearing | 1.5 |
|  | Review docket filings | 0.8 |
| Tue 20 | Review docket filings | 0.8 |
| Wed 21 | Review docket filings | 0.9 |
| Thu 22 | Review docket filings | 0.2 |
| Fri 23 | Review docket filings | 0.4 |
| Mon 26 | Review docket filings | 0.4 |
| Tue 27 | Review docket filings | 0.5 |
|  | Comm w/OHS(Dfe) re hearing | 0.5 |
|  | Comm w/OHS (RF) re financial info, meeting | 0.5 |
| Wed 28 | Review docket filings | 1.0 |
|  | Comm w/OHS (RF) re financial info, meeting | 1.1 |
| Thu 29 | Review docket filings | 0.3 |
| Fri 30 | Review docket filings | 1.1 |
|  | TOTAL TIME (HRS) | 38.7 |

**WR Grace**
**April 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 6 | Review docket | 1.5 |
| Tue 6 | Financial analysis | 3.0 |
| Wed 7 | Financial analysis | 4.0 |
| Thu 8 | Financial analysis | 5.0 |
| Fri 9 | Review docket | 0.5 |
| Wed 14 | Review docket | 0.5 |
| Thu 15 | Financial analysis | 5.0 |
| Fri 16 | Financial analysis | 5.5 |
| Tue 20 | Financial analysis | 4.0 |
| Wed 21 | Financial analysis | 4.0 |
| Thu 22 | Review docket | 1.5 |
| Thu 22 | Financial analysis | 3.0 |
| Fri 23 | Financial analysis | 5.0 |
| Thu 29 | Review docket | 1.5 |
| Fri 30 | Financial analysis | 5.0 |
| | TOTAL TIME (hrs) | 49.0 |

**WR Grace**
**April 2010 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Review docket | 1.0 |
| Tue 6 | Review docket | 1.0 |
| Fri 9 | Review docket | 0.5 |
| Fri 7 | Review docket | 1.0 |
| | Fee app prep | 1.0 |
| Mon 12 | Review docket | 0.3 |
| Tue 13 | Review docket | 0.5 |
| Thu 15 | I/C re fee app | 2.0 |
| Fri 16 | Review docket | 1.0 |
| Wed 21 | Review docket | 0.5 |
| Fri 23 | Review docket | 1.0 |
| Mon 26 | Review docket | 1.0 |
| Tue 27 | Review docket | 1.2 |
| Wed 28 | Financial analysis | 6.0 |
| | Review docket | 0.5 |
| | TOTAL TIME (HRS) | 18.5 |