# EXHIBIT B

**W.R. Grace**
**Detail of expenses (April 1, 2010 – April 30, 2010)**

Communication
Telephone $138.95
        **Total Communication:**    **$ 138.95**

**TOTAL EXPENSES:**          **$ 138.95**