# EXHIBIT A

**WR Grace**
**May 2010 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review docket filings | 0.3 |
|  | Review/analyze Grace projections | 3.2 |
|  | Comm w/OHS(RW) re fee apps | 0.4 |
| Tue 4 | Review docket filings | 1.0 |
|  | Review/analyze Grace projections | 1.4 |
| Wed 5 | Review docket filings | 0.5 |
|  | Review/analyze Grace projections | 4.1 |
| Thu 6 | Review docket filings | 0.7 |
| Fri 7 | Review docket filings | 0.7 |
| Mon 10 | Comm w/OHS (Various) re 8-k, DPA, team assignment | 2.8 |
|  | Review docket filings | 0.3 |
| Tue 11 | Comm w/Blackstone re project Oly | 0.2 |
|  | Analysis Project Oly | 2.2 |
|  | Review docket filings | 0.5 |
| Wed 12 | Analysis Project Oly | 0.5 |
|  | Review docket filings | 0.5 |
|  | Review/analyze warrant issues | 4.1 |
|  | Comm w/Blackstone(MB) re pension | 0.4 |
| Thu 13 | Review and analyze pension motion | 2.5 |
|  | Comm w/OHS (RW) re warrants | 0.7 |
|  | Review docket filings | 1.0 |
| Fri 14 | Review and analyze pension motion | 2.0 |
|  | Prep for wt call | 2.1 |
|  | Review docket filings | 0.8 |
|  | Comm w/Blackstone re pension | 0.6 |
| Mon 17 | Comm w/OHS (RS) re warrants | 1.0 |
|  | Analysis for presentation | 1.3 |
|  | Review docket filings | 0.3 |
| Tue 18 | Comm w/OHS (RF) re financial meeting, analysis | 0.3 |
|  | Analysis for presentation | 1.2 |
|  | Review docket filings | 0.5 |
| Wed 19 | Comm w/OHS (RW) re financial meeting, analysis | 0.3 |
|  | Review docket filings | 2.1 |
| Thu 20 | C/C re pension plan | 1.0 |
|  | Review docket filings | 0.3 |
| Fri 21 | Review docket filings | 0.5 |
|  | Analysis for presentation | 2.5 |
| Mon 24 | Comm w/OHS (Dfe) re financial meeting, analysis | 0.4 |
|  | Review draft presentation fincl info | 2.4 |
|  | Review docket filings | 0.7 |
| Tue 25 | Comm w/OHS (Dfe,RW) re hearings, fee auditor, PJC | 0.7 |
|  | Review draft presentation fincl info | 1.2 |
|  | Review docket filings | 0.4 |
| Wed 26 | Travel to and from Wash DC | 7.5 |
|  | Presentation of fincl info to FCR | 2.5 |
| Thu 27 | Review docket filings | 0.8 |
| Fri 28 | Comm w/OHS (RW) re fincl info, meeting | 0.7 |
|  | TOTAL TIME (HRS) | 62.1 |

**WR Grace**
**May 2010 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 12 | Review information on Project Oly | 1.5 |
| | Review pension information | 2.0 |
| | Review docket | 0.2 |
| Thu 13 | Review 8k and Plan Documents | 1.0 |
| | Discussions re: Case status | 0.5 |
| | Review docket | 0.2 |
| Fri 14 | Review docket | 0.2 |
| Mon 17 | Conference call re: plan issues | 0.3 |
| | Review of financial presentation | 2.0 |
| | Review docket | 0.1 |
| Tue 18 | Review of financial presentation/financial analysis | 3.0 |
| | Review docket | 0.1 |
| Wed 19 | Review docket | 0.2 |
| Thu 20 | Review of financial presentation/financial analysis | 2.0 |
| | Review docket | 0.2 |
| Fri 21 | Review docket | 0.3 |
| Mon 24 | Review of financial presentation/financial analysis | 2.0 |
| | Review docket | 0.3 |
| Tue 25 | Review of financial presentation/financial analysis | 3.0 |
| | Review docket | 0.2 |
| Wed 26 | Travel to Washington, DC | 3.5 |
| Wed 26 | Orrick meeting | 2.5 |
| Wed 26 | Travel from Washington, DC | 3.0 |
| Thu 27 | Review docket | 0.3 |
| Fri 28 | Review of financial information | 0.5 |
| | TOTAL TIME (hrs) | 29.1 |

**WR Grace**
**May 2010 Time - George Coles, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Financial analysis | 2.0 |
| Mon 3 | Review docket | 1.5 |
| Fri 7 | Review docket | 0.5 |
| Mon 10 | Financial analysis | 3.0 |
| Thu 13 | Review docket | 1.5 |
| Thu 13 | Financial analysis | 3.0 |
| Thu 20 | Prepare financial presentation/analysis | 3.0 |
| Fri 21 | Prepare financial presentation/analysis | 4.0 |
| Sun 23 | Prepare financial presentation/analysis | 6.5 |
| Mon 24 | Prepare financial presentation/analysis | 7.0 |
| Tue 25 | Prep for meeting | 4.0 |
| Wed 26 | Travel to Washington, DC | 2.5 |
| Wed 26 | Orrick meeting | 2.5 |
| Wed 26 | Travel from Washington, DC | 2.5 |
| Fri 28 | Review docket | 1.5 |
| | TOTAL TIME (hrs) | 45.0 |

**WR Grace**
**May 2010 Time - Claire Burke, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Financial analysis | 2.0 |
| Mon 3 | Review docket | 0.2 |
| Thu 8 | Review docket | 0.2 |
| Tue 11 | Review docket | 0.2 |
| Thu 13 | Review docket | 0.2 |
| Fri 14 | Review docket | 0.2 |
| Sun 16 | Prepare financial presentation/analysis | 7.0 |
| Mon 17 | Prepare financial presentation/analysis | 4.0 |
| Tue 18 | Prepare financial presentation/analysis | 4.0 |
| Wed 19 | Prepare financial presentation/analysis | 4.0 |
| Thu 20 | Prepare financial presentation/analysis | 3.0 |
| Fri 21 | Prepare financial presentation/analysis | 3.0 |
| Sun 23 | Prepare financial presentation/analysis | 2.0 |
| Mon 24 | Prepare financial presentation/analysis | 5.0 |
| Tue 25 | Prep for meeting | 1.0 |
| Fri 28 | Financial analysis | 1.0 |
|  | TOTAL TIME (hrs) | 37.0 |