# EXHIBIT B

**W.R. Grace**
**Detail of expenses (May 1, 2010 – May 31, 2010)**

| | | |
|---|---|---|
| Communication | | |
| Telephone | $140.55 | |
| Express Mail | $ 14.99 | |
| **Total Communication:** | | **$ 155.54** |
| | | |
| Meals | | |
| Meals | $ 43.88 | |
| **Total Meals:** | | **$  43.88** |
| | | |
| **TOTAL EXPENSES:** | | **$ 199.42** |