# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# MAY 1-31, 2010



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 11, 2010
Client No. 17367
Invoice No. 1252978

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 31, 2010 in connection with the matters described on the attached pages: | $ | 200,003.00 |
| DISBURSEMENTS as per attached pages: | | 24,037.53 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 224,040.53 |

Matter(s): 17367/11, 12, 13, 7, 8, 9

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$643,430.54
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | *Wire Transfers Only:* | *ACH Transfers Only:* |
| 4253 Collections Center Drive | ABA Number 0260-0959-3 | ABA Number 121-000358 |
| Chicago, IL 60693 | Bank of America | Bank of America |
| Reference: 17367/ Invoice: 1252978 | 100 West 33rd Street, NY, NY 10001 | San Francisco Main Branch |
| E.I.N. 94-2952627 | Account of | Account of |
| Overnight deliveries: (312) 974-1642 | Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| | Account Number: 1499410382 | Account Number: 1499410382 |
| | Reference: 17367/ Invoice: 1252978 | Reference: 17367/ Invoice: 1252978 |
| | E.I.N. 94-2952627 | E.I.N. 94-2952627 |

Case 01-01139-AMC    Doc 24985-3    Filed 06/25/10    Page 3 of 19



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 11, 2010
Client No. 17367
Invoice No. 1252978

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2010 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/02/10 | P. Mahaley | Analyze changes to draft settlement agreement proposed by insurer. | 1.00 |
| 05/03/10 | P. Mahaley | Draft insurance settlement agreements (1.5); confer with R. Frankel, R. Wyron and D. Felder re proposed responses to changes to insurance settlement agreement sought by insurer (1.5). | 3.00 |
| 05/04/10 | P. Mahaley | Draft insurance settlement agreement. | 1.00 |
| 05/05/10 | P. Mahaley | Respond to ACC counsel's comments on proposed changes to insurance settlement agreements (1.3); review and revise draft of key settlement issues to discuss with insurer (1.1); participate in telephonic settlement conference with insurer and follow-up (.4). | 2.80 |
| 05/06/10 | P. Mahaley | Draft insurance settlement agreements. | 0.90 |
| 05/07/10 | P. Mahaley | Draft insurance settlement agreements and related documents. | 2.50 |
| 05/10/10 | P. Mahaley | Draft motions and proposed orders re approval of insurance settlement agreements. | 1.50 |
| 05/11/10 | P. Mahaley | Draft insurance settlement agreements and related documents (.7); confer with counsel for insurers re revisions to settlement agreements (1.6); confer with R. Wyron re status of insurance settlement negotiations (.8); confer with R. Wyron re proposed agreements to motion papers re insurance settlement agreement (.7). | 3.80 |
| 05/12/10 | P. Mahaley | Draft motion papers re insurance settlement agreements (2.5); resolve issues re remaining policy limits for insurance settlement agreements (1.0). | 3.50 |
| 05/13/10 | P. Mahaley | Confer with R. Wyron and counsel for Debtors re terms of proposed settlement agreement with insurer (.4); revise motion papers for insurance settlement agreement (.3). | 0.70 |
| 05/14/10 | P. Mahaley | Draft insurance settlement agreement. | 1.20 |
| 05/15/10 | P. Mahaley | Draft insurance settlement agreement. | 1.50 |
| 05/17/10 | P. Mahaley | Draft insurance settlement agreement. | 0.90 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

June 11, 2010  
Invoice No. 1252978

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/18/10 | P. Mahaley | Draft insurance settlement agreements (.9); communicate with D. Austern re authority for insurance settlement (.3). | 1.20 |
| 05/19/10 | P. Mahaley | Confer with R. Wyron re proposed draft approval order for insurance settlement agreement (.5); draft insurance settlement agreement and related documents (1.8). | 2.30 |
| 05/20/10 | P. Mahaley | Confer with R. Wyron re progress of insurance settlement negotiations. | 0.50 |
| 05/24/10 | P. Mahaley | Analyze revised insurance settlement proposal (2.8); prepare insurance settlement agreement and motion papers for filing (.5). | 3.30 |
| 05/25/10 | P. Mahaley | Draft insurance settlement agreements and related documents. | 1.60 |
| 05/27/10 | P. Mahaley | Prepare for and confer with R. Wyron re analysis of insurance proceeds for Trust. | 1.50 |
| 05/28/10 | P. Mahaley | Communicate with insurer counsel re insurance settlement negotiations. | 1.10 |

Total Hours 35.80  
Total For Services $23,270.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 35.80 | 650.00 | 23,270.00 |
| Total All Timekeepers | 35.80 | $650.00 | $23,270.00 |

Disbursements  
Document Reproduction 2.90  
Outside Services 3.28  
Telephone 2.16  
Total Disbursements $8.34

**Total For This Matter** $23,278.34


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

June 11, 2010
Invoice No. 1252978

For Legal Services Rendered Through May 31, 2010 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/01/10 | R. Wyron | Confer with counsel for objector. | 0.90 |
| 05/02/10 | R. Frankel | Review draft insurance settlement agreement from counsel for insurer along with draft order. | 2.20 |
| 05/02/10 | R. Frankel | Review redlined version of filed confirmation order. | 0.80 |
| 05/03/10 | D. Fullem | Review recently filed pleadings. | 0.10 |
| 05/03/10 | D. Felder | Review revisions to proposed settlement agreement, approval order and motion and note issues regarding same (1.5); conference with Orrick team regarding same (1.2). | 2.70 |
| 05/03/10 | R. Wyron | Review issues list for insurance settlement (.2); review draft settlement documents (1.3); meet with R. Frankel, P. Mahaley and D. Felder re agreement and follow-up (1.1); prepare outline for follow-up meeting (.4); confer with R. Frankel re strategy, confirmation order and Libby issues (.6). | 3.60 |
| 05/03/10 | R. Frankel | Review as filed clean order compared to D. Felder suggested open issues (.6); notes re same (.3). | 0.90 |
| 05/03/10 | R. Frankel | Confer with R. Wyron re insurer status, meeting with counsel for objector, next steps, confirmation order. | 0.80 |
| 05/03/10 | R. Frankel | Review proof of claim of insurer in connection with agreement. | 0.60 |
| 05/03/10 | R. Frankel | Telephone conference with insurer counsel re status (.3); confer with R. Wyron re same (.3). | 0.60 |
| 05/03/10 | R. Frankel | Confer with R. Wyron, P. Mahaley, D. Felder re insurance settlement agreement, draft order (1.6); notes re same (.2). | 1.80 |
| 05/04/10 | R. Wyron | Review insurance settlement issues and respond to e-mails re same (.6); call with P. Lockwood re potential settlements and strategy (2.1); confer with R. Frankel re strategy and follow-up (.5); review docket pleadings for next hearing (.3). | 3.50 |
| 05/04/10 | R. Frankel | Prepare issues list, notes re insurance settlement agreement draft and draft order. | 1.30 |
| 05/04/10 | R. Frankel | Review various pleadings, applications re Canadian counsel. | 0.50 |
| 05/04/10 | R. Frankel | Telephone conference with R. Wyron re call with P. Lockwood, status with certain objectors (.3); notes re same (.3). | 0.60 |
| 05/05/10 | D. Felder | Review e-mails regarding ZAI substantial contribution applications and consider issues regarding same (.5); e-mail correspondence regarding 2019 statement and exhibits and review prior exhibits regarding same (.5). | 1.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

June 11, 2010
Invoice No. 1252978

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/05/10 | R. Wyron | Review insurer comments on proposed order (.4); review summary of issues and e-mails re same (.8); confer with P. Mahaley on issues in insurance settlement and follow-up (.5); call with insurer counsel and follow-up (1.1). | 2.80 |
| 05/05/10 | R. Frankel | Prepare open issues list in connection with insurance settlement (1.3); e-mails with R. Wyron re same (.3). | 1.60 |
| 05/05/10 | R. Frankel | Review Libby claimants updated 2019 statement. | 0.70 |
| 05/05/10 | R. Frankel | Consider issues, prepare notes re multiple party settlement. | 1.20 |
| 05/06/10 | R. Wyron | Review status of settlements and e-mails re same. | 0.80 |
| 05/06/10 | R. Frankel | Review revised open issues list in preparation for insurer counsel call (.6); telephone conference with insurer counsel re insurance settlement issues (.4); notes re same (.3). | 1.30 |
| 05/06/10 | R. Frankel | Review issues re 524(g) findings in connection with insurance settlement. | 0.90 |
| 05/07/10 | R. Frankel | Review, exchange series of e-mails re meeting with insurer (.4); review, edit open major issue memo re insurer (.4). | 0.80 |
| 05/10/10 | J. Burke | Research in support of reply in support of claims objection. | 5.20 |
| 05/10/10 | D. Felder | Review draft settlement approval motion and proposed order and note issues regarding same. | 1.20 |
| 05/10/10 | R. Wyron | Review issues on Representative Counsel application and e-mails re same. | 0.40 |
| 05/10/10 | R. Frankel | Review series of e-mails re MCC legal issues, research. | 0.40 |
| 05/10/10 | R. Frankel | Review series of e-mails with A. Rich and response with attachments from D. Hogan re substantial contribution application. | 1.10 |
| 05/11/10 | D. Fullem | Review news and 8-K filing by Grace. | 0.20 |
| 05/11/10 | J. Burke | Research in support of reply in support of claims objection. | 7.40 |
| 05/11/10 | D. Felder | Conference with R. Wyron regarding update and strategy (.1); review e-mail from objector regarding settlement issues (.1); e-mail correspondence with J. Burke regarding MCC issues (.1); conference with J. Burke and follow-up regarding same (.5). | 0.80 |
| 05/11/10 | R. Wyron | Review notes re MCC and follow-up on research (.6); organize comments for 5/12 call with Debtors (.6); review revised settlement proposal (.3); review insurance agreement issues list and follow-up (.9); review and comment on settlement motion and order (.8); follow-up with P. Mahaley re status (.7). | 3.90 |
| 05/11/10 | R. Frankel | Review objector's e-mail proposal (.8); confer with R. Wyron re same, open Grace issues (.4). | 1.20 |
| 05/11/10 | R. Frankel | Review Rand material from client (.5); series of e-mails re same (.3). | 0.80 |
| 05/11/10 | R. Frankel | Review materials sent to objector in February with proposal. | 0.70 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -         June 11, 2010
17367                                                                         Invoice No. 1252978
page 5

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/11/10 | R. Frankel | Confer with R. Wyron re MCC issues, insurance valuation issues (.5); notes re same (.2). | 0.70 |
| 05/12/10 | D. Fullem | Review e-mail from R. Frankel; obtain recent 8-K filing and forward to R. Frankel. | 0.30 |
| 05/12/10 | J. Burke | Research in support of reply in support of claims objection (4.1); draft reply in support of claims objection (1.7). | 5.80 |
| 05/12/10 | D. Felder | Review e-mail correspondence from J. Burke and consider issues regarding same (.8); review MCC claims objection issues and follow-up with J. Burke regarding same (1.8). | 2.60 |
| 05/12/10 | R. Wyron | Review estoppel issues re MCC (.6); confer with J. Burke re research and follow-up (.4); call with Debtors re status of insurance settlements and follow-up (1.2); prepare for insurer meeting (.6); confer with R. Frankel re strategy and follow-up (.4); revise language for insurance settlement (.3). | 3.50 |
| 05/12/10 | R. Frankel | Confer with R. Wyron re various objectors' status, settlements. | 0.70 |
| 05/13/10 | D. Fullem | Review and respond to e-mail from D. Felder regarding pleadings from Chakarian adversary. | 0.20 |
| 05/13/10 | J. Burke | Draft reply in support of claims objection. | 7.20 |
| 05/13/10 | R. Wyron | Confer with R. Frankel re strategy and follow-up (.3); draft response to objector's counsel (.4); confer with J. Burke re response to MCC and review cases re same (.8); call with J. Radecki on warrant issues and follow-up (.8); review comments on insurance settlement agreement and organize notes (.9). | 3.20 |
| 05/13/10 | R. Frankel | Telephone conference with D. Austern re general matters in connection with confirmation, objections (.3); notes re same (.1). | 0.40 |
| 05/13/10 | R. Frankel | Review R. Wyron e-mail re MCC status. | 0.20 |
| 05/13/10 | R. Frankel | Review series of e-mails re objector's status (.3); confer with R. Wyron re same (.3); telephone conference with R. Wyron re e-mail (.3). | 0.90 |
| 05/14/10 | D. Felder | Review and revise reply in support of Debtors' objection to MCC's claims (2.1); various conferences with J. Burke regarding same and follow-up (1.0); review recently filed pleadings and attention to PD appeal (.5); telephone conference with R. Frankel regarding same (.1); attention to June omnibus hearing and review docket regarding same (.5). | 4.20 |
| 05/14/10 | R. Wyron | Work on draft insurance agreement (.8); organize notes for 5/18 meeting (.4); review draft response to MCC and provide comments (.7). | 1.90 |
| 05/14/10 | R. Frankel | Series of e-mails re objector issues (.4); telephone conference with E. Inselbuch re status (.3). | 0.70 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

June 11, 2010
Invoice No. 1252978

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/14/10 | R. Frankel | Review chart of objections, issues re entry of confirmation order. | 1.30 |
| 05/14/10 | R. Frankel | Review D. Speights' notice of appeal (.1); telephone conference with D. Felder re same (.2). | 0.30 |
| 05/17/10 | S. Cruzado | Review recently filed documents. | 1.50 |
| 05/17/10 | J. Burke | Revise draft reply in support of claims objection. | 4.70 |
| 05/17/10 | D. Felder | Review and revise reply in support of objection to MCC's claims (2.0); review Debtors' reply in support of same (.3); telephone conference with J. Burke regarding same (.1); review draft insurance settlement agreement and provide comments regarding same (2.0). | 4.40 |
| 05/17/10 | R. Wyron | Organize notes for insurer meeting (.4); review draft estoppel response and follow-up (.8). | 1.20 |
| 05/17/10 | R. Frankel | Review March 2010 decision of 2nd Circuit of In re Johns Manville in connection with insurance settlement (1.0); notes re same (.3). | 1.30 |
| 05/17/10 | R. Frankel | Review motion to reopen adversary proceeding, exhibits thereto. | 0.70 |
| 05/17/10 | R. Frankel | Review draft pleading from Kirkland in response to MCC. | 1.20 |
| 05/17/10 | R. Frankel | Review, consider e-mails re Libby health reform legislation. | 0.30 |
| 05/18/10 | J. Burke | Revise draft reply in support of claims objection (1.9); correspond with P. Lockwood regarding research issues (.9); review draft reply by Libby Claimants in support of claims objection (.2). | 3.00 |
| 05/18/10 | D. Felder | Review and revise reply in support of Debtors' objection to MCC's claims (2.3); telephone conference with R. Frankel regarding same (.1); conferences with J. Burke regarding same (.3); review draft reply from Libby (.4). | 3.10 |
| 05/18/10 | R. Wyron | Review open issues on insurance settlement (.4); meet with insurer counsel re issues and follow-up (2.4); review potential changes to draft confirmation order (.6); work on MCC response and follow-up (1.3). | 4.70 |
| 05/18/10 | R. Frankel | Review draft reply to MCC of FCR and ACC from J. Burke (.8); review earlier draft from Kirkland of Debtors' response (.4). | 1.20 |
| 05/18/10 | R. Frankel | Telephone conference with D. Felder re reply (.2); prepare notes re MCC issues (.1). | 0.30 |
| 05/18/10 | R. Frankel | Review e-mail memo to P. Lockwood re insurer settlement issues (.4); telephone conference with R. Wyron re same (.2). | 0.60 |
| 05/18/10 | R. Frankel | Review revised draft reply of FCR, ACC to MCC (.5); review series of e-mails, related cases re judicial estoppel (.7). | 1.20 |
| 05/19/10 | J. McLune | Research final version of Healthcare bill and send to D. Felder. | 0.50 |



David Austern, Futures Claims Representative for W.R. Grace & Co. -    June 11, 2010
17367
page 7                                                                  Invoice No. 1252978

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/19/10 | J. Burke | Revise and arrange for filing of draft reply in support of claims objection (3.1); review Debtors' proposed reply in support of claims objection and correspond with Debtors' counsel (.8). | 3.90 |
| 05/19/10 | D. Felder | Telephone conference with J. Burke regarding reply in support of Debtors' objection to MCC's claims (.1); follow-up regarding same (.6); e-mail correspondence to/from Debtors and ACC regarding same (.3); follow-up with M. Hurford and J. Phillips regarding same (.2). | 1.20 |
| 05/19/10 | R. Wyron | Review and revise response to MCC and follow-up re comments (1.7); review Debtors' draft response and provide comments (.4); review Libby draft response and call with D. Cohn re same (1.1); work on insurance settlement issues and follow-up with R. Frankel re same (1.2); call with P. Lockwood re strategy on insurance settlement and follow-up (.7); review draft settlement approval order with P. Mahaley and follow-up (.7); organize follow-up notes for settlement discussions (.3). | 6.10 |
| 05/19/10 | R. Frankel | Review issues re various replies to MCC Response (.3); review draft reply from D. Cohn (.5). | 0.80 |
| 05/19/10 | R. Frankel | Confer with R. Wyron re insurer, Libby issues, MCC pleadings. | 0.60 |
| 05/19/10 | R. Frankel | Confer with R. Wyron re call with D. Cohn. | 0.30 |
| 05/19/10 | R. Frankel | Review final revised joint reply to MCC of ACC/FCR. | 0.70 |
| 05/19/10 | R. Frankel | Telephone conference with insurer's counsel re status of various settlement discussions, next steps (.6); confer with R. Wyron re insurer's counsel call, next steps (.5). | 1.10 |
| 05/19/10 | R. Frankel | Review Reservation of Rights by MCC as to ACC and FCR (.4); review Objection of MCC to Libby participation in claims objection (.4). | 0.80 |
| 05/20/10 | J. Burke | Review MCC's reservation of rights with respect to future claimants' representative's participation in claims objection (.3); research relating to MCC's reservation of rights (4.6). | 4.90 |
| 05/20/10 | R. Wyron | Confer with R. Frankel re settlement strategy and follow-up (.9); review open items and follow-up with P. Mahaley (.7); call with objector's counsel (.3); review MCC pleadings and follow-up (.6); confer with J. Burke on 408 issues and follow-up (.3). | 2.80 |
| 05/20/10 | R. Frankel | Review correspondence, draft agreements in connection with objector's settlement. | 1.40 |
| 05/20/10 | R. Frankel | Confer with R. Wyron re telephone conference with P. Lockwood, status of settlement discussions and next steps. | 0.60 |
| 05/20/10 | R. Frankel | Review as filed Libby Reply to MCC Response (.6); read J. Wolin opinion re same (.7). | 1.30 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

June 11, 2010
Invoice No. 1252978

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/20/10 | R. Frankel | Review as filed Grace reply to MCC Response. | 0.70 |
| 05/20/10 | R. Frankel | Review conditions of confirmation and effective date of plan. | 0.80 |
| 05/21/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/21/10 | J. Burke | Research relating to MCC's reservation of rights with respect to future claimants' representative's participation in claims objection (5.1); e-mail R. Wyron regarding research findings (.6); research relating to discovery (.4). | 6.10 |
| 05/21/10 | D. Felder | E-mail correspondence with J. Callaway regarding claimant issues (.1); review pleadings regarding MCC (1.0); review recently filed pleadings (.3); conference with J. Burke regarding MCC issues and follow-up (.8); research and review legislative history regarding Libby issues (3.0). | 5.20 |
| 05/21/10 | R. Frankel | Review series of e-mails with R. Wyron and objectors' counsel re settlement discussions, confidentiality issues (.8); prepare notes re confidentiality issues (.4). | 1.20 |
| 05/21/10 | R. Frankel | Telephone conference with P. Lockwood, meeting with insurer, Libby related issues (.4); review original term sheet re settlement (.4). | 0.80 |
| 05/22/10 | R. Wyron | Review e-mails re settlement negotiations and respond (.8); call with R. Frankel re strategy and follow-up (.6); prepare for 5/24 settlement meeting (.5). | 1.90 |
| 05/22/10 | R. Frankel | Telephone conference with R. Wyron in preparation for conference call with Caplin (.4); notes re same (.3). | 0.70 |
| 05/22/10 | R. Frankel | Review D. Felder memo re Libby provisions of new federal legislation, e-mails re same. | 0.50 |
| 05/24/10 | J. McLune | Research legislative history of Healthcare bill for D. Felder. | 1.00 |
| 05/24/10 | D. Felder | Review research regarding Libby issues (1.0); e-mail correspondence with J. Burke regarding MCC issues (.3); e-mail correspondence with J. Radecki regarding upcoming meeting (.1); telephone conference with J. Radecki regarding same (.1). | 1.50 |
| 05/24/10 | R. Wyron | Review settlement issues with R. Frankel and follow-up (.3); confer with ACC on settlement strategy and follow-up (1.2); meet with insurer counsel and follow-up (1.8); confer with P. Lockwood (.3); review correspondence from objectors re settlement status (.6); work on financial analysis (.4); continue work on settlement outline and strategy (.8). | 5.40 |
| 05/24/10 | R. Frankel | Review prior settlement drafts in preparation for conference call. | 0.90 |
| 05/24/10 | R. Frankel | Telephone conference with P. Lockwood, E. Inselbuch, R. Wyron re insurer, objector issues (1.0); prepare notes re same for meeting (.7). | 1.70 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 9

June 11, 2010  
Invoice No. 1252978

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/24/10 | R. Frankel | Confer with R. Wyron in preparation for meeting with objector's counsel, et al. | 0.40 |
| 05/24/10 | R. Frankel | Confer with objectors' counsel, P. Lockwood, R. Wyron re case issues (2.9); confer with R. Wyron re same (.3). | 3.20 |
| 05/25/10 | D. Fullem | Review e-mail from D. Felder regarding Royal appeal docket; confer with H. Quinn regarding same; e-mail to D. Felder regarding status. | 0.20 |
| 05/25/10 | J. Burke | Confer with R. Wyron regarding research assignment in support of settlement negotiations (.4); research relating to discovery requests (1.7). | 2.10 |
| 05/25/10 | D. Felder | Review status of various appeals (.5); review preliminary agenda and follow-up regarding same (.8). | 1.30 |
| 05/25/10 | R. Wyron | Review data for financial advisors meeting (.4); review preliminary agenda and follow-up (.3); review MCC issues and respond to e-mails re same (.3); review issues on insurer settlement approval order and follow-up (.9); review and respond to e-mails re confirmation order language (.4); review MCC standing analysis (.4); review and provide comments on memo re settlement structures (.3); confer with R. Frankel re alternative settlement structures and follow-up (1.1). | 4.10 |
| 05/25/10 | R. Frankel | Prepare notes, memo re meeting with insurer's counsel, et al.; consider next steps. | 0.60 |
| 05/25/10 | R. Frankel | Review agenda for June 7 hearing (.3); series of e-mails re same (.4). | 0.70 |
| 05/25/10 | R. Frankel | Confer with R. Wyron re insurer settlement structure, status with certain claims objection (.8); notes re insurer settlement alternative (.3). | 1.10 |
| 05/25/10 | R. Frankel | Telephone conference with insurer's counsel re insurer settlement issues (.4); notes re same (.2). | 0.60 |
| 05/25/10 | R. Frankel | Review prior memos re insurer objection issues (.8); review, sort files (.3). | 1.10 |
| 05/26/10 | J. Burke | Research relating to discovery. | 1.00 |
| 05/26/10 | D. Felder | Conference with D. Austern and Lincoln team regarding financial issues and update. | 2.80 |
| 05/26/10 | R. Wyron | Review MCC issues and call with P. Lockwood re same (.9); participate in strategy discussion and briefing with D. Austern, R. Frankel and J. Radecki regarding financial issues, feasibility and plan issues and follow-up re same (3.6); follow-up on open issues (.4). | 4.90 |
| 05/26/10 | R. Frankel | Review Orr v. State. | 0.40 |
| 05/26/10 | R. Frankel | Prepare issues list, agenda for meeting with Lincoln (.6); review prior financial advisory reports (.6). | 1.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -  June 11, 2010
17367  Invoice No. 1252978
page 10

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/26/10 | R. Frankel | Confer with J. Radecki, J. Solganick, D. Austern, R. Wyron and D. Felder for Grace financial review, status report (2.7); review details of presentation book (.4). | 3.10 |
| 05/27/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/27/10 | J. Burke | Research in support of settlement negotiations. | 4.60 |
| 05/27/10 | R. Wyron | Work on MCC analysis (.8); confer with J. Burke on status and follow-up on research (.7); confer with R. Frankel re strategy and e-mails re same (.4); confer with P. Mahaley on insurance estimates for financial analysis and follow-up (.7). | 2.60 |
| 05/27/10 | R. Frankel | Confer with R. Wyron re June 7 hearing (.3); review issues in connection with MCC proof of claim (.6). | 0.90 |
| 05/28/10 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/28/10 | R. Wyron | Review MCC status and e-mails re same (.3); call with J. Wisler re objection and follow-up (.7); confer with R. Frankel re strategy and follow-up e-mails (.4). | 1.40 |
| 05/28/10 | R. Frankel | Confer with R. Wyron re status of MCC issues for hearing (.4); prepare notes re same (.3). | 0.70 |
| 05/28/10 | R. Frankel | Review, consider remaining confirmation issues, objections. | 0.80 |
| 05/30/10 | R. Wyron | Review MCC research and underlying claim in preparation for hearing (1.3); organize outline on estoppel issues (1.4). | 2.70 |

Total Hours 217.30
Total For Services $161,094.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 55.90 | 445.00 | 24,875.50 |
| Stephen C. Cruzado | 1.50 | 240.00 | 360.00 |
| Debra Felder | 32.00 | 645.00 | 20,640.00 |
| Roger Frankel | 62.50 | 985.00 | 61,562.50 |
| Debra O. Fullem | 1.60 | 265.00 | 424.00 |
| Jennifer L. McLune | 1.50 | 185.00 | 277.50 |
| Richard H. Wyron | 62.30 | 850.00 | 52,955.00 |
| Total All Timekeepers | 217.30 | $741.35 | $161,094.50 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -　　　　　　June 11, 2010
17367　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 1252978
page 11

Disbursements
| | |
|---|---|
| Document Reproduction | 2.10 |
| Express Delivery | 35.08 |
| Local Taxi Expense | 29.76 |
| Other Business Meals | 11.25 |
| Outside Services | 723.60 |
| Postage | 1.56 |
| Telephone | 17.55 |
| Westlaw Research | 22,789.19 |
| Total Disbursements | $23,610.09 |

**Total For This Matter**　　　　$184,704.59


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

June 11, 2010
Invoice No. 1252978

For Legal Services Rendered Through May 31, 2010 in Connection With:

Matter: 9 - Plan & Disclosure Statement

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/10/10 | R. Frankel | Review April 8-K re ancillary plan documents (.7); series of e-mails with R. Smith, J. Radecki re same (.2). | 0.90 |
| 05/11/10 | R. Smith | Review 8-K. | 0.60 |
| 05/12/10 | R. Smith | Review 8-K and deferred payment agreement. | 1.30 |
| 05/12/10 | R. Frankel | Review 8-K filed by Grace re AICP (.4); review e-mail memo from Lincoln re acquisition (.3). | 0.70 |
| 05/13/10 | R. Frankel | Review e-mail from R. Smith, issues re WRG 8-K, non-GAAP measures (.5); review DPA (.6). | 1.10 |
| 05/17/10 | R. Smith | Call with J. Radecki regarding registration rights and warrant shares (.3); review related documents and prepare for call (.4); e-mail to R. Frankel and R. Wyron regarding same (.2); attention to e-mail messages (.1). | 1.00 |
| 05/17/10 | R. Frankel | Review, consider R. Smith e-mail, issues re exercise of warrants. | 0.60 |

Total Hours 6.20
Total For Services $5,715.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.30 | 985.00 | 3,250.50 |
| Richard V. Smith | 2.90 | 850.00 | 2,465.00 |
| Total All Timekeepers | 6.20 | $921.85 | $5,715.50 |

Total For This Matter $5,715.50



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

June 11, 2010
Invoice No. 1252978

For Legal Services Rendered Through May 31, 2010 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/03/10 | D. Fullem | Review C. Burke's e-mail with Lincoln's February fee application and status of March and quarterly fee apps. | 0.20 |
| 05/04/10 | D. Fullem | Several e-mails with fee auditor, C. Hartman, J. O'Neill and D. Davis regarding Piper final fee application and efforts to have same heard on June 7 omnibus hearing. | 0.50 |
| 05/04/10 | D. Fullem | Review and respond to e-mail from C. Burke regarding Lincoln February fee application. | 0.20 |
| 05/07/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding status of Piper final fee application. | 0.20 |
| 05/07/10 | D. Felder | Review ZAI representative counsel's fee applications and e-mail correspondence regarding same. | 1.50 |
| 05/11/10 | R. Frankel | Review fee auditor report re K&E. | 0.40 |
| 05/13/10 | D. Fullem | Finalize and coordinate filing and service of Lincoln's February and March 2010 monthly fee applications. | 1.00 |
| 05/20/10 | D. Fullem | Review docket for Lincoln monthly fee application filings; telephone call with C. Burke at Lincoln regarding status. | 0.30 |
| 05/21/10 | D. Fullem | Prepare notices for filing of Lincoln second and third quarterly fee applications; finalize related pleadings and format for filing; coordinate filing and service of same. | 0.90 |
| 05/21/10 | D. Felder | Review notice of Lincoln fee application. | 0.10 |
| 05/24/10 | D. Fullem | Review Lincoln monthly and quarterly fee applications. | 0.50 |
| 05/24/10 | D. Fullem | Review e-mail from D. Felder to J. O'Neill regarding Piper's final fee application and follow-up. | 0.30 |
| 05/24/10 | D. Felder | Telephone conference with D. Fullem regarding Tre Angeli CNO and Piper Jaffray final fee application. | 0.10 |
| 05/25/10 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding Piper proposed order on final fee application (.2); research and send same for review (.2); several follow-up e-mails with B. Ruhlander, C. Hartman and D. Davis regarding proposed order on final fee application (.4); revise proposed order and resend same per discussions (.2). | 1.00 |
| 05/25/10 | D. Fullem | Review e-mail from D. Felder to J. O'Neill regarding COC's on upcoming quarterly fee applications heard June 7. | 0.20 |
| 05/25/10 | D. Fullem | Prepare corrected first quarterly fee application for Lincoln; coordinate filing and service. | 0.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

June 11, 2010
Invoice No. 1252978

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/25/10 | D. Felder | E-mail correspondence with J. O'Neill and D. Fullem regarding Piper Jaffray's final fee application (.3); conferences with D. Fullem regarding Lincoln fee application and review same (.5). | 0.80 |
| 05/28/10 | D. Fullem | Review e-mail from D. Felder and Debtors' counsel regarding fees/expenses as requested and to be approved for FCR professionals; review for accuracy; e-mail same to D. Felder. | 0.50 |

Total Hours 9.50
Total For Services $3,755.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.50 | 645.00 | 1,612.50 |
| Roger Frankel | 0.40 | 985.00 | 394.00 |
| Debra O. Fullem | 6.60 | 265.00 | 1,749.00 |
| Total All Timekeepers | 9.50 | $395.32 | $3,755.50 |

Disbursements
  Document Reproduction        274.10
  Express Delivery              36.32
  Outside Services              33.60
  Postage                        5.52
      Total Disbursements            $349.54

Total For This Matter            $4,105.04


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

June 11, 2010
Invoice No. 1252978

For Legal Services Rendered Through May 31, 2010 in Connection With:

Matter: 12 - Retention of Professionals - Orrick

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/04/10 | D. Fullem | Review and respond to e-mail from R. Wyron regarding information on recent conflict search. | 0.20 |
| 05/04/10 | D. Fullem | Review e-mail from R. Wyron regarding entities on Grace conflict lists; review same and connections; prepare summary to R. Wyron and R. Frankel. | 0.50 |
| 05/04/10 | R. Wyron | Review information on new matter and confirm disclosures. | 0.30 |
| 05/06/10 | D. Fullem | Review Grace docket for status of Debtors' objection to Wells Fargo claim. | 0.80 |
| 05/18/10 | D. Fullem | Review e-mail from R. Wyron; check conflict lists for various entities; e-mail to R. Wyron regarding same. | 0.50 |

Total Hours 2.30
Total For Services $785.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.00 | 265.00 | 530.00 |
| Richard H. Wyron | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 2.30 | $341.30 | $785.00 |

Disbursements
  Outside Services        7.84
            Total Disbursements            $7.84

Total For This Matter            $792.84



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

June 11, 2010
Invoice No. 1252978

For Legal Services Rendered Through May 31, 2010 in Connection With:

Matter: 13 - Compensation of Professionals - Orrick

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/06/10 | D. Fullem | Review April prebill. | 1.30 |
| 05/07/10 | D. Felder | Begin review of April prebill. | 1.20 |
| 05/10/10 | D. Fullem | Review edits to time entries from J. Cutler; update April prebill with same; confer with R. Wyron and D. Felder regarding status. | 0.30 |
| 05/10/10 | D. Fullem | Begin drafting quarterly for Jan-Mar 2010. | 1.00 |
| 05/10/10 | D. Felder | Finish review of April prebill. | 0.60 |
| 05/10/10 | R. Wyron | Review April prebill. | 0.50 |
| 05/11/10 | D. Fullem | Prepare quarterly for Jan-Mar 2010 time period. | 1.00 |
| 05/11/10 | D. Felder | Review 17th quarterly fee application. | 0.30 |
| 05/11/10 | R. Wyron | Review draft fee application and provide comments (.4); follow-up on expense items (.2). | 0.60 |
| 05/12/10 | D. Fullem | Prepare e-mail to P. Reyes regarding status of April prebills. | 0.10 |
| 05/12/10 | D. Fullem | Research questions/comments from R. Wyron to Orrick's Jan-Mar quarterly (.3); prepare edits to quarterly (.6); circulate new version (.1). | 1.00 |
| 05/12/10 | D. Fullem | Review and respond to e-mail from R. Wyron regarding recent payments for Jan and Feb invoices; prepare updates to fee/expense charts and circulate. | 0.80 |
| 05/12/10 | R. Wyron | Follow-up on quarterly fee application and respond to e-mails re same. | 0.20 |
| 05/18/10 | D. Fullem | Prepare updated fee/expense charts and circulate to R. Frankel, R. Wyron. | 0.40 |
| 05/18/10 | D. Fullem | Prepare CNO for Orrick's March fee application; coordinate filing and service of same. | 0.50 |
| 05/18/10 | D. Fullem | E-mail to S. Vucelick regarding April fee/expense charts; confer with H. Quinn regarding same for fee application. | 0.20 |
| 05/20/10 | D. Fullem | Review and comment on draft April fee application; discuss edits with H. Quinn. | 0.80 |
| 05/21/10 | D. Fullem | Review status/timing of fee applications, monthly and quarterly, payments made, amounts remaining due and owing. | 0.50 |
| 05/24/10 | D. Fullem | Review and revise draft of April fee application. | 0.80 |
| 05/24/10 | D. Fullem | Review April billing with P. Reyes. | 0.20 |
| 05/26/10 | D. Fullem | Review and respond to H. Quinn regarding status of draft of Orrick April fee application. | 0.20 |
| 05/26/10 | D. Felder | Review April fee application. | 0.30 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

June 11, 2010
Invoice No. 1252978

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/27/10 | D. Fullem | Prepare final draft of April fee application (.9); forward to R. Wyron and D. Felder for review (.1). | 1.00 |
| 05/27/10 | D. Fullem | Review and respond to e-mail from P. Reyes regarding updated April invoice. | 0.20 |

Total Hours 14.00
Total For Services $5,382.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.40 | 645.00 | 1,548.00 |
| Debra O. Fullem | 10.30 | 265.00 | 2,729.50 |
| Richard H. Wyron | 1.30 | 850.00 | 1,105.00 |
| Total All Timekeepers | 14.00 | $384.46 | $5,382.50 |

Disbursements
  Document Reproduction    5.10
  Express Delivery        35.82
  Outside Services        20.80
  Total Disbursements            $61.72

Total For This Matter            $5,444.22

* * * COMBINED TOTALS * * *

Total Hours                          285.10
Total Fees, all Matters                       $200,003.00
Total Disbursements, all Matters              $24,037.53
Total Amount Due                              $224,040.53