# EXHIBIT A

## General - 00000

| Description | July | August | September | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Temporary Staffing | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ - | $ - | $ - |
| Consulting Fees | $ - | $ 33.00 | $ - | $ 33.00 |
| Velo Binding | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ - | $ 33.00 | $ - | $ 33.00 |

Holme Roberts & Owen LLP

September 8, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 853801 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/30/09 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 329403; DATE: 7/30/2009 - Professional Services | $ 33.00 |
| | | **Total Disbursements:** | **$ 33.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 33.00 |
| **Total Disbursements:** | **$** | **33.00** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 33.00 |
| **Total Balance Due This Matter** | $ | 33.00 |

### Trust Activity

| Date | Type | Description | Amount |
|---|---|---|---|
| 09/08/09 | OB | Opening Balance | $34,259.78 |
| | | **Trust Balance:** | **$34,259.78** |

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|---|---|---|---|---|---|---|
| | | | July | August | September | Total Comp. |
| Coggon, Katheryn | Special Counsel | $ 390.00 | 0.2 | 0 | 1.2 | $ 546.00 |
| Stacey, Paula | Paralegal | $ 195.00 | 0 | | | $ - |
| | | | | | | |
| TOTAL | | | 0.2 | 0 | 1.2 | $ 546.00 |


**Libby, Montana Asbestos Litigation - 00300**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 256.69 | $ 259.90 | $ 256.69 | $ 773.28 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
|  |  |  |  | $ - |
| **TOTAL** | **$ 256.69** | **$ 259.90** | **$ 256.69** | **$ 773.28** |

Holme Roberts & Owen LLP

August 14, 2009

W.R. Grace & Co.

Page                4
Invoice No.:        851843
Client  No.:        04339
Matter  No.:        00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/01/09 | KJC | Review final URS reports re export plant. | 0.20 | $ 78.00 |
|  |  | **Total Fees Through July 31, 2009:** | **0.20** | **$ 78.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 0.20 | $ 78.00 |
|  |  |  | **Total Fees:** | **0.20** | **$ 78.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/20/09 |  | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: ALG2151; Document Storage June 2009 | $ 256.69 |
|  |  | **Total Disbursements:** | **$ 256.69** |

### Disbursement Summary

| Other Expense | $ | 256.69 |
|---|---|---|
| **Total Disbursements:** | **$** | **256.69** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
|  | 05/24/04 | Cash Receipt | -4,937.89 |
|  | 10/19/04 | Cash Receipt | -1,253.75 |
|  | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 684108 | 11/01/04 | Bill | 12,357.10 |

Holme Roberts & Owen LLP

September 8, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 853801 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/31/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: APX0729; DATE: 7/31/2009 - Monthly Storage | $ | 259.90 |
| | | **Total Disbursements:** | $ | 259.90 |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 259.90 | |
| **Total Disbursements:** | $ | 259.90 | |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 259.90 |
| **Total Balance Due This Matter** | $ | 259.90 |

Holme Roberts & Owen LLP

10/30/09

W.R. Grace & Co.

| | |
|---|---|
| Page | 4 |
| Invoice No | 858396 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/21/09 | KJC | Review box tracking index and email same to R. Finke (0.1); email exchange with LStreet re same (0.1). | 0.20 | $ 78.00 |
| 09/22/09 | KJC | Email exchange with LStreet re ledger boxes (0.1); email Iron Mountain re same (0.1). | 0.20 | 78.00 |
| 09/24/09 | KJC | Telephone conference with D.C. Orr re restoration at Export Plant (0.6); email R. Emmett and W. Corcoran re same (0.2). | 0.80 | 312.00 |
| | | Total Fees Through September 30, 2009: | 1.20 | $ 468.00 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $390.00 | 1.20 | $ 468.00 |
| | | | Total Fees: | 1.20 | $ 468.00 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/30/09 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: AWA0546; DATE: 9/30/2009 - Monthly Storage Fee | $ 256.69 |
| | | Total Disbursements: | $ 256.69 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 256.69 |
| Total Disbursements: | $ | 256.69 |

**Total Balance Due This Matter**    $    724.69

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED ||| Total Comp. |
| | | | July | August | September | |
|---|---|---|---|---|---|---|
| Eric E. Johnson | Partner | $ 440.00 | 0 | 0 | 0.3 | $ 132.00 |
| Haag, Susan | Paralegal | $ 185.00 | 0 | 0 | 1.3 | $ 240.50 |
| | | | | | | |
| TOTAL | | | 0 | 0 | 1.6 | $ 372.50 |

Holme Roberts & Owen LLP

October 30, 2009

W.R. Grace & Co.

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 858396 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/30/09 | EEJ | Review, revise and sign three monthly fee applications. | 0.30 | $ 132.00 |
| 09/30/09 | SH | Revise October 2008 monthly fee application. | 0.40 | 74.00 |
| 09/30/09 | SH | Revise November 2008 monthly fee application. | 0.40 | 74.00 |
| 09/30/09 | SH | Revise December 2008 monthly fee application. | 0.50 | 92.50 |
| | | **Total Fees Through September 30, 2009:** | **1.60** | **$ 372.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EEJ | Eric E. Johnson | Partner | $440.00 | 0.30 | $ 132.00 |
| SH | Susan Haag | Paralegal | 185.00 | 1.30 | 240.50 |
| | | **Total Fees:** | | **1.60** | **$ 372.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner | Bankruptcy | $440.00 | 0.3 | $132.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $390.00 | 1.4 | $546.00 |
| Susan Haag | Paralegal | Bankruptcy | $185.00 | 1.3 | $240.50 |
| TOTAL | | | | 3 | $918.50 |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $0.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $773.28 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $33.00 |
| Velo Binding | $0.00 |
| TOTALS | $806.28 |