## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

**EIGHTY-EIGHTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2010 through May 31, 2010 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | <u>Total</u> $175,000.00 | <u>(Holdback @ 20%)</u> ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,750.24 |
| Amount of Cash Payment Sought: | $147,750.24 |

This is a _x_ monthly __ interim ____ final application

2598457.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | 30,000.00 |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 140,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 140,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 140,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 80,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 80,000.00 | 1,354.62 | 20,000.00 | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 80,000.00 | 1,839.20 | 20,000.00 | |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 120,000.00 | 1,633.77 | 30,000.00 | |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 140,000.00 | 4,238.44 | 35,000.00 | |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | -- | -- | -- | |

# Blackstone Advisory Partners L.P.

June 22, 2010

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of May 1, 2010 through May 31, 2010: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through May 31, 2010:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 764.10 | |
| Ground Transportation | | 2,177.26 | |
| Meals | | 326.20 | |
| Lodging | | 872.90 | |
| Document Production | | 532.80 | |
| Research | | 3,076.98 | 7,750.24 |
| **Total Amount Due** | $ | | **147,750.24** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 46925

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Through May 31, 2010**
**Invoice No. 46925**

| | GL Detail May-10 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | 764.10 | $ | 764.10 |
| Ground Transportation - Local Travel | | 86.46 | | 86.46 |
| Ground Transportation - Out-of-Town Travel | | 398.80 | | 398.80 |
| Ground Transportation - Railroad | | 1,692.00 | | 1,692.00 |
| Employee Meals | | 326.20 | | 326.20 |
| Lodging | | 872.90 | | 872.90 |
| Document Production | | 532.80 | | 532.80 |
| Internal Research | | 1,725.00 | | 1,725.00 |
| External Research - Dow Jones | | 391.76 | | 391.76 |
| External Research - Online Database | | 53.89 | | 53.89 |
| External Research - Reuters | | 906.33 | | 906.33 |
| | $ | 7,750.24 | $ | 7,750.24 |

| | | |
|---|---|---|
| **Airfare** | $ | 764.10 |
| **Ground Transportation** | | 2,177.26 |
| **Meals** | | 326.20 |
| **Lodging** | | 872.90 |
| **Document Production** | | 532.80 |
| **Research** | | 3,076.98 |
| **Total Expenses** | $ | 7,750.24 |

W.R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2010
Invoice No. 46925

**Airfare**

| | | |
|---|---|---|
| Sperling (travel agency fee for booking of one-way flight to Washington, DC from Queens, NY on 03/23/10) | 03/22/10 | 20.00 |
| Sperling (one-way coach class flight to Washington, DC from Queens, NY) | 03/23/10 | 284.70 |
| Sperling (travel agency fee for booking of one-way flight to Queens, NY from Washington, DC on 04/14/10) | 04/06/10 | 20.00 |
| Sperling (travel agency fee for booking of one-way flight to Boston, MA from Washington, DC on 04/16/10) | 04/08/10 | 20.00 |
| Sperling (one-way coach class flight to Queens, NY from Washington, DC) | 04/14/10 | 209.70 |
| Sperling (one-way coach class flight to Boston, MA from Baltimore, MD) | 04/16/10 | 209.70 |
| Subtotal - Airfare | | $ 764.10 |

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Bradley (taxi to New York Penn Station from home) | 04/23/10 | 9.96 |
| Bradley (taxi home from New York Penn Station) | 04/23/10 | 15.20 |
| O'Connell (taxi to New York Penn Station from Blackstone) | 04/22/10 | 14.60 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/06/10 | 8.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/08/10 | 7.80 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/08/10 | 6.30 |
| Pikula (weeknight taxi home from Blackstone after working late) | 04/12/10 | 8.70 |
| Sperling (weeknight taxi home from Blackstone after working late) | 03/24/10 | 15.60 |
| Subtotal - Ground Transportation - Local Travel | | 86.46 |

**Ground Transportation - Out-of-Town Travel**

| | | |
|---|---|---|
| O'Connell (taxi to client offices in Columbia, MD from hotel in Baltimore, MD) | 04/23/10 | 65.00 |
| O'Connell (taxi to Baltimore Penn from client offices in Columbia, MD) | 04/23/10 | 65.00 |
| Yamamoto (car to client offices in Columbia, MD from BWI station in Baltimore, MD) | 04/23/10 | 134.40 |
| Yamamoto (car to BWI station in Baltimore, MD from client offices in Columbia, MD) | 04/23/10 | 134.40 |
| Subtotal - Ground Transportation - Out-of-Town Travel | | 398.80 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Bradley (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/23/10 | 346.00 |
| O'Connell (travel agency fee for booking of round trip train trip to/from Baltimore. MD from/to New York, NY on 04/22 & 04/23/10) | 04/21/10 | 40.00 |
| O'Connell (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/22/10 04/23/10 | 432.00 |
| Schumacher (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/21/10 | 346.00 |
| Sperling (travel agency fee for booking of one-way train travel to New York, NY from Baltimore, MD on 03/24/10) | 03/22/10 | 20.00 |
| Sperling (one-way train travel to New York, NY from Baltimore, MD) | 03/24/10 | 162.00 |
| Yamamoto (round trip train travel to/from Baltimore, MD from/to New York, NY) | 04/21/10 | 346.00 |
| Subtotal - Ground Transportation - Railroad | | 1,692.00 |

**Employee Meals**

| | | |
|---|---|---|
| Bonanno (1 working dinner meal while in Baltimore, MD) | 04/15/10 | 30.45 |
| Bonanno (1 weeknight working dinner meal @ Blackstone while working late) | 05/24/10 | 25.00 |
| Bradley (1 working breakfast meal @ New York Penn Station) | 04/23/10 | 6.12 |
| Bradley (1 working lunch meal while in Baltimore, MD) | 04/23/10 | 10.44 |
| Bradley (1 working dinner meal @ BWI train station in Baltimore, MD) | 04/23/10 | 11.25 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/05/10 | 19.75 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/06/10 | 25.00 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/08/10 | 23.55 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/09/10 | 7.94 |
| Pikula (1 weekend working lunch meal @ Blackstone) | 04/10/10 | 6.25 |
| Pikula (1 weekend working dinner meal @ Blackstone) | 04/10/10 | 25.00 |
| Pikula (1 weeknight working dinner meal @ Blackstone while working late) | 04/12/10 | 10.25 |
| Schumacher (1 working meal @ Newark Airport in Newark, NJ) | 04/23/10 | 5.15 |
| Sperling (1 working lunch meal while in Columbia, MD) | 04/23/10 | 26.95 |
| Sperling (1 working breakfast meal @ hotel in Baltimore, MD) | 03/24/10 | 14.95 |
| Sperling (1 working lunch meal @ BWI train station in Baltimore, MD) | 03/24/10 | 19.50 |
| Sperling (1 working dinner meal while in Baltimore, MD) | 04/15/10 | 30.45 |
| Sperling (1 working dinner meal while in Baltimore, MD) | 04/16/10 | 28.20 |
| Subtotal - Employee Meals | | 326.20 |

**Lodging**

| | | |
|---|---|---|
| O'Connell (1 day hotel stay in Baltimore, MD) | 04/22/10 - 04/23/10 | 236.71 |
| Sperling (1 day hotel stay in Baltimore, MD) | 03/23/10 - 03/24/10 | 231.65 |
| Sperling (2 day hotel stay in Baltimore, MD) | 04/14/10 - 04/16/10 | 404.54 |
| Subtotal - Lodging | | 872.90 |

**Document Production**

| | | |
|---|---|---|
| Pikula (216 color photocopies calculated @ a rate of $0.36 per page) | 05/03/10 | 77.76 |
| Pikula (555 color photocopies calculated @ a rate of $0.36 per page) | 05/21/10 | 199.80 |
| Wu (344 color photocopies calculated @ a rate of $0.36 per page) | 05/21/10 | 123.84 |
| Yamamoto (105 color photocopies calculated @ a rate of $0.36 per page) | 05/12/10 | 37.80 |
| Yamamoto (260 color photocopies calculated @ a rate of $0.36 per page) | 05/19/10 | 93.60 |
| Subtotal - Document Production | | 532.80 |

**Internal Research**

| | | |
|---|---|---|
| Pikula (online data research) | 05/10/10 | 701.25 |
| Pikula (online data research) | 05/17/10 | 911.25 |
| Pikula (online data research) | 05/24/10 | 112.50 |
| Subtotal - Internal Research | | 1,725.00 |

**External Research - Dow Jones**

| | | |
|---|---|---|
| Pikula (online data research) | 05/23/10 - 05/29/10 | 391.76 |
| Subtotal - External Research - Dow Jones | | 391.76 |

**External Research - Online Database**

| | | |
|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 01/11/10 | 2.40 |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 02/03/10 | 4.00 |
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 02/05/10 | 6.08 |

W.R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2010
Invoice No. 46925

| | | |
|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 03/10/10 | 2.56 |
| Sperling (in-room internet access @ hotel in Baltimore, MD re: online data research) | 03/23/10 | 12.95 |
| Sperling (in-room internet access @ hotel in Baltimore, MD re: online data research) | 04/14/10 | 12.95 |
| Sperling (in-room internet access @ hotel in Baltimore, MD re: online data research) | 04/15/10 | 12.95 |
| **Subtotal - External Research - Online Database** | | 53.89 |
| | | |
| **External Research - Reuters** | | |
| Yamamoto (online data research) | 05/02/10 - 05/08/10 | 67.69 |
| Yamamoto (online data research) | 05/09/10 - 05/15/10 | 342.23 |
| Yamamoto (online data research) | 05/16/10 - 05/22/10 | 188.85 |
| Yamamoto (online data research) | 05/23/10 - 05/29/10 | 307.56 |
| **Subtotal - External Research - Reuters** | | 906.33 |
| | | |
| **Total Expenses** | | $ 7,750.24 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Title | Hours |
|---|---|---|
| David Bradley | Senior Managing Director | 15.0 |
| Jamie O'Connell | Managing Director | 16.7 |
| Patrick Schumacher | Managing Director | 36.5 |
| Chris Yamamoto | Associate | 73.6 |
| Matthew Bonanno | Associate | 22.0 |
| Jonathan Kaufman | Associate | 17.4 |
| Michael Sperling | Analyst | 26.3 |
| Katie Wu | Analyst | 85.0 |
| Nikola Pikula | Analyst | 228.5 |
| | **Total** | **521.0** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Nikola Pikula | 05/01/10 | 4.0 | Business Analysis | Analysis of comparable companies |
| Nikola Pikula | 05/02/10 | 8.0 | Business Analysis | Analysis of comparable companies |
| Nikola Pikula | 05/03/10 | 1.0 | Business Analysis | Analysis of comparable companies |
| Nikola Pikula | 05/04/10 | 2.0 | Business Analysis | Analysis of comparable companies |
| Katie Wu | 05/05/10 | 2.0 | Business Analysis | Model refinement on Davison division |
| Nikola Pikula | 05/05/10 | 8.0 | Business Analysis | Analysis of comparable companies |
| Chris Yamamoto | 05/06/10 | 1.0 | Business Analysis | Analysis of comparable companies |
| Katie Wu | 05/06/10 | 2.5 | Business Analysis | Model refinement on Davison division |
| Nikola Pikula | 05/06/10 | 13.0 | Business Analysis | Analysis of comparable companies |
| Nikola Pikula | 05/07/10 | 12.5 | Business Analysis | Analysis of comparable companies |
| Nikola Pikula | 05/08/10 | 10.5 | Business Analysis | Analysis of comparable companies |
| Nikola Pikula | 05/09/10 | 11.5 | Business Analysis | Analysis of comparable companies |
| Katie Wu | 05/10/10 | 2.5 | Business Analysis | Model refinement on Construction division |
| Nikola Pikula | 05/10/10 | 3.0 | Business Analysis | Prepare draft presentation |
| Patrick Schumacher | 05/10/10 | 3.0 | Business Analysis | Prepare materials for GCP management discussion |
| Patrick Schumacher | 05/10/10 | 3.0 | Business Analysis | Prepare materials for Davison management discussion |
| Chris Yamamoto | 05/11/10 | 1.0 | Business Analysis | Analysis of comparable companies |
| Katie Wu | 05/11/10 | 2.0 | Business Analysis | Model refinement on Construction division |
| Nikola Pikula | 05/11/10 | 10.0 | Business Analysis | Prepare draft presentation |
| Chris Yamamoto | 05/12/10 | 2.0 | Business Analysis | Draft presentation materials |
| Nikola Pikula | 05/12/10 | 11.5 | Business Analysis | Prepare draft presentation |
| Patrick Schumacher | 05/12/10 | 0.5 | Business Analysis | Call with counsel |
| Chris Yamamoto | 05/13/10 | 3.0 | Business Analysis | Financial analysis of comparable companies |
| Katie Wu | 05/13/10 | 3.5 | Business Analysis | Model refinement on Construction division |
| Nikola Pikula | 05/13/10 | 12.0 | Business Analysis | Analysis of comparable companies |
| Chris Yamamoto | 05/14/10 | 5.0 | Business Analysis | Financial analysis of comparable companies and financial modeling |
| Chris Yamamoto | 05/14/10 | 0.2 | Business Analysis | Call with Michael Brown of Grace |
| Nikola Pikula | 05/14/10 | 13.0 | Business Analysis | Analysis of comparable companies |
| Chris Yamamoto | 05/15/10 | 2.0 | Business Analysis | Financial analysis of comparable companies and financial modeling |
| Nikola Pikula | 05/15/10 | 10.0 | Business Analysis | Analysis of comparable companies |
| Chris Yamamoto | 05/16/10 | 2.0 | Business Analysis | Financial analysis of comparable companies and financial modeling |
| Nikola Pikula | 05/16/10 | 9.0 | Business Analysis | Analysis of comparable companies |
| Chris Yamamoto | 05/17/10 | 0.4 | Business Analysis | Call with Michael Brown |
| Chris Yamamoto | 05/17/10 | 5.0 | Business Analysis | Financial analysis of comparable companies and financial modeling |
| Katie Wu | 05/17/10 | 4.5 | Business Analysis | Model refinement and roll-up for consolidated Grace |
| Nikola Pikula | 05/17/10 | 8.5 | Business Analysis | Analysis of comparable companies |
| Chris Yamamoto | 05/18/10 | 3.0 | Business Analysis | Financial analysis of comparable companies and financial modeling |
| Katie Wu | 05/18/10 | 3.0 | Business Analysis | Model refinement and roll-up for consolidated Grace |
| Nikola Pikula | 05/18/10 | 10.0 | Business Analysis | Analysis of comparable companies |
| Chris Yamamoto | 05/19/10 | 5.0 | Business Analysis | Financial analysis of comparable companies and financial modeling |
| David Bradley | 05/19/10 | 1.0 | Business Analysis | GCP meeting prep |
| Katie Wu | 05/19/10 | 3.5 | Business Analysis | Model refinement and roll-up for consolidated Grace |
| Nikola Pikula | 05/19/10 | 6.0 | Business Analysis | Prepare draft presentation |
| Chris Yamamoto | 05/20/10 | 1.5 | Business Analysis | Meeting with GCP management |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Bradley | 05/20/10 | 1.5 | Business Analysis | Meeting with GCP management |
| Jamie O'Connell | 05/20/10 | 1.8 | Business Analysis | Meeting with GCP management regarding business update |
| Katie Wu | 05/20/10 | 10.5 | Business Analysis | Model refinement and roll-up for consolidated Grace |
| Nikola Pikula | 05/20/10 | 8.0 | Business Analysis | Prepare draft presentation |
| Patrick Schumacher | 05/20/10 | 1.5 | Business Analysis | Meeting with GCP management |
| Chris Yamamoto | 05/21/10 | 2.0 | Business Analysis | Modeling meeting with Michael Brown |
| David Bradley | 05/21/10 | 1.0 | Business Analysis | Davison meeting prep |
| Katie Wu | 05/21/10 | 2.0 | Business Analysis | Modeling meeting with Michael Brown |
| Nikola Pikula | 05/21/10 | 7.0 | Business Analysis | Prepare draft presentation |
| Patrick Schumacher | 05/21/10 | 2.0 | Business Analysis | Modeling meeting with management |
| Nikola Pikula | 05/22/10 | 10.0 | Business Analysis | Analysis of comparable companies |
| Nikola Pikula | 05/23/10 | 4.0 | Business Analysis | Prepare draft presentation |
| Chris Yamamoto | 05/24/10 | 1.5 | Business Analysis | Meeting with Davison management |
| David Bradley | 05/24/10 | 1.5 | Business Analysis | Meeting with Davison management |
| Jonathan Kaufman | 05/24/10 | 2.2 | Business Analysis | Meeting with Davison management regarding business update |
| Katie Wu | 05/24/10 | 7.5 | Business Analysis | Model refinement on Davison and Construction divisions |
| Matthew Bonanno | 05/24/10 | 2.2 | Business Analysis | Meeting with Davison management regarding business update |
| Nikola Pikula | 05/24/10 | 8.0 | Business Analysis | Prepare draft presentation |
| Patrick Schumacher | 05/24/10 | 1.5 | Business Analysis | Meeting with Davison management |
| Chris Yamamoto | 05/25/10 | 6.0 | Business Analysis | Draft presentation materials |
| Katie Wu | 05/25/10 | 6.0 | Business Analysis | Valuation analysis |
| Nikola Pikula | 05/25/10 | 8.0 | Business Analysis | Prepare draft presentation |
| Chris Yamamoto | 05/26/10 | 5.0 | Business Analysis | Draft presentation materials |
| Katie Wu | 05/26/10 | 12.0 | Business Analysis | Valuation analysis |
| Nikola Pikula | 05/26/10 | 9.0 | Business Analysis | Prepare draft presentation |
| Chris Yamamoto | 05/27/10 | 6.0 | Business Analysis | Draft presentation materials |
| Chris Yamamoto | 05/27/10 | 2.0 | Business Analysis | Valuation review with P. Schumacher |
| Katie Wu | 05/27/10 | 5.5 | Business Analysis | Valuation analysis |
| Nikola Pikula | 05/27/10 | 5.0 | Business Analysis | Prepare draft presentation |
| Patrick Schumacher | 05/27/10 | 3.0 | Business Analysis | Draft presentation materials |
| Patrick Schumacher | 05/27/10 | 2.0 | Business Analysis | Valuation review with C. Yamamoto |
| Chris Yamamoto | 05/28/10 | 2.0 | Business Analysis | Draft presentation materials |
| Katie Wu | 05/28/10 | 8.0 | Business Analysis | Valuation analysis |
| Nikola Pikula | 05/28/10 | 3.0 | Business Analysis | Prepare draft presentation |
| Patrick Schumacher | 05/28/10 | 3.0 | Business Analysis | Draft presentation materials |
| Chris Yamamoto | 05/29/10 | 3.0 | Business Analysis | Draft presentation materials |
| Katie Wu | 05/29/10 | 3.5 | Business Analysis | Valuation analysis |
| Patrick Schumacher | 05/29/10 | 2.0 | Business Analysis | Draft presentation materials |
| Katie Wu | 05/30/10 | 1.5 | Business Analysis | Valuation analysis |
| Nikola Pikula | 05/31/10 | 3.0 | Business Analysis | Prepare draft presentation |
| | | **399.8** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 05/05/10 | 0.3 | Claims Analysis Objection/Resolution | Discussions w/ BMC re: claims database |
| Michael Sperling | 05/06/10 | 0.2 | Claims Analysis Objection/Resolution | Discussions w/ BMC re: claims database |
| Michael Sperling | 05/07/10 | 1.8 | Claims Analysis Objection/Resolution | Claims analysis |
| Michael Sperling | 05/10/10 | 0.7 | Claims Analysis Objection/Resolution | Discussions w/ BMC re: claims database |
| Michael Sperling | 05/10/10 | 0.3 | Claims Analysis Objection/Resolution | Discussions w/ S. Scarlis re: claims database |
| Michael Sperling | 05/14/10 | 0.4 | Claims Analysis Objection/Resolution | Discussions w/ BMC re: claims database |
| Michael Sperling | 05/26/10 | 1.3 | Claims Analysis Objection/Resolution | Claims analysis |
| Michael Sperling | 05/27/10 | 2.8 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 7.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/11/10 | 0.2 | Committee | Project Oly correspondence |
| Matthew Bonanno | 05/11/10 | 0.6 | Committee | Correspondence related to Project Oly |
| Matthew Bonanno | 05/11/10 | 1.4 | Committee | Financial review and correspondence related to pension analytics |
| Michael Sperling | 05/11/10 | 0.3 | Committee | Discussion w/ Capstone re: diligence requests |
| Matthew Bonanno | 05/12/10 | 0.2 | Committee | Handle committee information request related to Project Oly |
| Jamie O'Connell | 05/14/10 | 0.2 | Committee | Review correspondence regarding committee information request |
| Michael Sperling | 05/25/10 | 1.3 | Committee | Review Capstone diligence questions |
| Jonathan Kaufman | 05/26/10 | 0.3 | Committee | Call with M. Brown to discuss Capstone diligence requests |
| Michael Sperling | 05/26/10 | 0.3 | Committee | Call with M. Brown to discuss Capstone diligence requests |
| | | 4.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matthew Bonanno | 05/12/10 | 0.5 | Fee Applications | Review Blackstone April hours |
| Jamie O'Connell | 05/15/10 | 1.1 | Fee Applications | Review thirty-second quarterly interim fee application |
| Jamie O'Connell | 05/24/10 | 0.7 | Fee Applications | Prepare monthly fee statement |
| | | 2.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Michael Sperling | 05/03/10 | 0.2 | Financing | Call w/ B. Chiu regarding forecast |
| Michael Sperling | 05/04/10 | 2.3 | Financing | Financial model analysis |
| Jamie O'Connell | 05/05/10 | 1.5 | Financing | Conference call with management and banks re: rating agency presentation |
| Matthew Bonanno | 05/05/10 | 0.3 | Financing | Review financial analysis with M. Sperling |
| Michael Sperling | 05/05/10 | 0.3 | Financing | Review financial analysis with M. Bonanno |
| Jonathan Kaufman | 05/06/10 | 1.5 | Financing | Conference call with management and banks re: rating agency presentation |
| Matthew Bonanno | 05/06/10 | 0.8 | Financing | Pre meeting with banks re: ratings agency presentation |
| Matthew Bonanno | 05/06/10 | 1.5 | Financing | Conference call with management and banks re: rating agency presentation |
| Michael Sperling | 05/06/10 | 0.8 | Financing | Pre meeting with banks re: ratings agency presentation |
| Michael Sperling | 05/06/10 | 1.5 | Financing | Conference call with management and banks re: rating agency presentation |
| Michael Sperling | 05/07/10 | 0.3 | Financing | Discussion w/ B. Chiu re: 1Q Business Review |
| Jonathan Kaufman | 05/10/10 | 1.0 | Financing | Term sheet markup review |
| Jamie O'Connell | 05/11/10 | 0.6 | Financing | Review draft exit financing term sheet |
| Michael Sperling | 05/12/10 | 1.4 | Financing | Financial model analysis |
| Michael Sperling | 05/13/10 | 1.7 | Financing | Financial model analysis |
| Jamie O'Connell | 05/14/10 | 0.1 | Financing | Call with A. Gregory regarding exit financing |
| Michael Sperling | 05/14/10 | 0.9 | Financing | Financial model analysis |
| Jamie O'Connell | 05/16/10 | 0.4 | Financing | Review draft exit financing term sheet |
| Jamie O'Connell | 05/18/10 | 0.5 | Financing | Review draft exit financing term sheet with J. Kaufman |
| Jamie O'Connell | 05/18/10 | 0.1 | Financing | Call with E. Filon regarding exit financing |
| Jamie O'Connell | 05/18/10 | 0.7 | Financing | Call with counsel regarding exit financing |
| Jonathan Kaufman | 05/18/10 | 0.5 | Financing | Review draft exit financing term sheet with J. O'Connell |
| Jonathan Kaufman | 05/18/10 | 0.7 | Financing | Call with counsel regarding exit financing |
| Matthew Bonanno | 05/18/10 | 0.1 | Financing | Call with E. Filon regarding exit financing |
| Michael Sperling | 05/18/10 | 0.7 | Financing | Call with counsel regarding exit financing |
| Michael Sperling | 05/19/10 | 1.3 | Financing | Review of financial presentation |
| Michael Sperling | 05/19/10 | 0.3 | Financing | Model discussion w/ B. Chiu |
| Michael Sperling | 05/20/10 | 2.0 | Financing | Financial model analysis |
| Jamie O'Connell | 05/21/10 | 0.3 | Financing | Status update |
| Jamie O'Connell | 05/21/10 | 0.2 | Financing | Call with M. Conron and J. Kaufman regarding exit financing |
| Jonathan Kaufman | 05/21/10 | 0.2 | Financing | Call with M. Conron and J. O'Connell regarding exit financing |
| Michael Sperling | 05/21/10 | 1.3 | Financing | Financial model analysis |
| Jamie O'Connell | 05/22/10 | 0.2 | Financing | Correspondence to management and counsel regarding exit financing |
| Jamie O'Connell | 05/24/10 | 0.1 | Financing | Correspondence with M. Conron regarding exit financing |
| Jamie O'Connell | 05/24/10 | 0.1 | Financing | Correspondence with Goldman regarding exit financing |
| Jamie O'Connell | 05/24/10 | 0.4 | Financing | Call with management, counsel and Goldman regarding exit financing |
| Jonathan Kaufman | 05/24/10 | 3.5 | Financing | Meetings with management regarding exit financing and process |
| Matthew Bonanno | 05/24/10 | 5.5 | Financing | Meetings with management regarding exit financing and process |
| Michael Sperling | 05/24/10 | 0.8 | Financing | Review of financing presentation |
| Matthew Bonanno | 05/25/10 | 0.4 | Financing | Call with E. Filon regarding exit financing |
| Matthew Bonanno | 05/25/10 | 1.2 | Financing | Review of financing presentation |
| Matthew Bonanno | 05/26/10 | 0.7 | Financing | Call with Goldman regarding financing presentation |
| Matthew Bonanno | 05/26/10 | 0.6 | Financing | Review of financing presentation |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/27/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Jonathan Kaufman | 05/27/10 | 1.5 | Financing | Conference call with management and counsel regarding exit financing |
| Michael Sperling | 05/27/10 | 0.8 | Financing | Financial model analysis |
| | | **43.3** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2010 THROUGH MAY 31, 2010

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Chris Yamamoto | 05/20/10 | 2.5 | Non-Working Travel Time | Travel to GCP (Boston) |
| Chris Yamamoto | 05/20/10 | 2.5 | Non-Working Travel Time | Travel from GCP (Boston) |
| David Bradley | 05/20/10 | 2.5 | Non-Working Travel Time | Travel to GCP (Boston) |
| David Bradley | 05/20/10 | 2.5 | Non-Working Travel Time | Travel from GCP (Boston) |
| Jamie O'Connell | 05/20/10 | 3.0 | Non-Working Travel Time | Travel from New York to Cambridge, MA |
| Jamie O'Connell | 05/20/10 | 3.0 | Non-Working Travel Time | Travel from Cambridge, MA to New York |
| Patrick Schumacher | 05/20/10 | 2.5 | Non-Working Travel Time | Travel to GCP (Boston) |
| Patrick Schumacher | 05/20/10 | 2.5 | Non-Working Travel Time | Travel from GCP (Boston) |
| Chris Yamamoto | 05/21/10 | 2.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Chris Yamamoto | 05/21/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Katie Wu | 05/21/10 | 2.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Katie Wu | 05/21/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Patrick Schumacher | 05/21/10 | 2.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Patrick Schumacher | 05/21/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Chris Yamamoto | 05/24/10 | 2.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Chris Yamamoto | 05/24/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| David Bradley | 05/24/10 | 2.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| David Bradley | 05/24/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| Jonathan Kaufman | 05/24/10 | 3.0 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Jonathan Kaufman | 05/24/10 | 3.0 | Non-Working Travel Time | Travel from Maryland to New York |
| Matthew Bonanno | 05/24/10 | 3.0 | Non-Working Travel Time | Travel from NYC to Columbia, MD |
| Matthew Bonanno | 05/24/10 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD to NYC |
| Patrick Schumacher | 05/24/10 | 2.0 | Non-Working Travel Time | Travel to Grace (Maryland) |
| Patrick Schumacher | 05/24/10 | 3.0 | Non-Working Travel Time | Travel from Grace (Maryland) |
| | | **63.0** | | |