IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 24898** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING
THE MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS OF
W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
APRIL 1, 2010 THROUGH APRIL 30, 2010 (DOCKET NO. 24898)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on June 3, 2010 a monthly application ("Application") [Docket No. 24898] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before June 23, 2010. No objections to the Application have been received by the undersigned.

{D0182785.1 }

Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Legal Analysis Systems, Inc. eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: June 28, 2010

                        LEGAL ANALYSIS SYSTEMS, INC

                        Mark A. Peterson
                        970 Calle Arroyo
                        Thousand Oaks, CA  91360

                        Asbestos-Related Bodily Injury Consultant
                        for the Official Committee of Asbestos

                                - and -

                        CAMPBELL & LEVINE, LLC

                        */s/Kathleen Campbell Davis*
                        Marla R. Eskin (I.D. #2989)
                        Kathleen Campbell Davis (I.D. #4229)
                        800 N. King Street, Suite 300
                        Wilmington, DE  19899
                        (302) 426-1900

                        Counsel for the Official Committee
                        of Asbestos Personal Injury Claimants