# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### MAY 1, 2010 - MAY 31, 2010

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 6.4 | $ 4,682.00 |
| 0013 | Business Operations | 0.8 | 610.00 |
| 0014 | Case Administration | 10.5 | 1,995.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 139.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 15.1 | 10,860.50 |
| 0018 | Fee Application, Applicant | 8.8 | 3,320.50 |
| 0019 | Creditor Inquiries | 0.9 | 769.50 |
| 0020 | Fee Application, Others | 5.2 | 1,594.00 |
| 0021 | Employee Benefits, Pension | 3.6 | 2,502.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 9.3 | 6,436.50 |
| 0036 | Plan and Disclosure Statement | 5.3 | 4,037.50 |
| | Total | 66.1 | $ 36,946.50 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 17, 2010 |
| INVOICE NO. | 507738 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2010, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/10/2010 | Memorandum to L. Esayan re: inquiry with respect to North Star insurance. | Krieger, A. | 0.1 |
| 05/20/2010 | Review MCC pleadings re: claims issues. | Pasquale, K. | 0.8 |
| 05/25/2010 | Attend to Libby claimants, Debtors and FCR's pleading responding in opposition to MMC claims and MMC's objection to Libby claimants' participation. | Krieger, A. | 1.6 |
| 05/25/2010 | Review pleadings re: Libby, Debtors, FCR re: MMC claims. | Kruger, L. | 0.3 |
| 05/26/2010 | Attend to proposed settlement between Grace and Harper Insurance Ltd. and preparation of Committee memorandum thereon. | Krieger, A. | 3.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.3 | $ 695 | $ 3,683.50 |
| Kruger, Lewis | 0.3 | 995 | 298.50 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,682.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 4,682.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Business Operations 699843 0013 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/17/2010 | Attend to Capstone memorandum re: Grace Brazil's acquisition and memorandum to Capstone re: questions and other related matters. | Krieger, A. | 0.2 |
| 05/18/2010 | Attend to Capstone memorandum Grace Brazil acquisition. | Krieger, A. | 0.1 |
| 05/20/2010 | Attend to Capstone memorandum re: Grace Brazil's acquisition of concrete and cement additive business and provide comments thereon. | Krieger, A. | 0.2 |
| 05/21/2010 | Review Capstone report on WRG acquisition. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 695 | $ 347.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 610.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 610.00 |
|---|---|

# STROOCK

| | RE | Case Administration<br>699843 0014 | | |
|---|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |
| 05/04/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 05/05/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 05/06/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 05/07/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 05/11/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 05/12/2010 | Review and update case docket no. 01-1139 (.2); obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.2). | Mohamed, D. | 1.1 |
| 05/13/2010 | Obtain and circulate recently docketed pleadings in main case (.3); obtain pleadings for attorney review (.4). | Mohamed, D. | 0.7 |
| 05/14/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case file documents (1.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 2.1 |
| 05/17/2010 | Obtain and circulate recently docketed pleadings in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 05/18/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/19/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 05/20/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 05/21/2010 | Obtain and circulate recently docketed pleadings in main case (.4); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.7 |
| 05/24/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 05/26/2010 | Obtain and circulate recently docketed pleadings in main case (.5); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.8 |
| 05/28/2010 | Obtain and circulate recently docketed pleadings in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 10.5 | $ 190 | $ 1,995.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,995.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,995.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2010 | Attend to recent filings, orders. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 139.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 139.00 |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/10/2010 | Attend to Debtors' motion for approval of settlement agreement with North Star Reinsurance Corporation and prepare memorandum for the Committee thereon. | Krieger, A. | 3.1 |
| 05/10/2010 | Review memo to Committee re: North Star settlement. | Kruger, L. | 0.3 |
| 05/11/2010 | Memorandum to the Committee re: North Star Reinsurance Corp. settlement. | Krieger, A. | 0.3 |
| 05/20/2010 | Attend to memorandum for the Committee re: proposed settlement of Grau parties' environmental claims against Grace. | Krieger, A. | 1.8 |
| 05/21/2010 | Prepare draft memorandum for the Committee re: Grau Settlement. | Krieger, A. | 1.3 |
| 05/25/2010 | Memorandum to the Committee re: Grau settlement. | Krieger, A. | 3.1 |
| 05/25/2010 | Review memo re: Grau settlement. | Kruger, L. | 0.2 |
| 05/25/2010 | Attention to draft memo re: proposed settlement. | Pasquale, K. | 0.2 |
| 05/26/2010 | T/c bank debt holder re: status of Chapter 11, review settlement between Grace & Harper (.2); review draft memo re: same to Committee (.2). | Kruger, L. | 0.4 |
| 05/27/2010 | Attend to memorandum re: Harper Insurance Settlement. | Krieger, A. | 1.4 |
| 05/28/2010 | Attend to Committee memo re: Harper settlement and exchanged memoranda with L. Esayian re: requested additional information and attend to underlying settlement agreement. | Krieger, A. | 2.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/28/2010 | Review memo to Committee re: Harper settlement. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 13.8 | $ 695 | $ 9,591.00 |
| Kruger, Lewis | 1.1 | 995 | 1,094.50 |
| Pasquale, Kenneth | 0.2 | 875 | 175.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,860.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,860.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
|    | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/12/2010 | Attend to firm's 36th quarterly fee application. | Krieger, A. | 0.6 |
| 05/13/2010 | Exchanged memoranda with MM, DM re: 36th quarterly fee application (.2); attend to further revision to 36th quarterly (.8). | Krieger, A. | 1.0 |
| 05/17/2010 | Memorandum to DM re: 36th quarterly fee application. | Krieger, A. | 0.2 |
| 05/17/2010 | Review Stroock's thirty-sixth quarterly fee application and made changes. | Mohamed, D. | 0.5 |
| 05/20/2010 | Finalize SSL thirty-sixth quarterly fee application for filing (.8); prepare certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.1 |
| 05/20/2010 | Attention to quarterly fee application. | Pasquale, K. | 0.6 |
| 05/21/2010 | Prepare Stroock's 109th monthly fee application. | Mohamed, D. | 0.4 |
| 05/24/2010 | Review/revise April 2010 invoice. | Magzamen, M. | 1.1 |
| 05/27/2010 | Attend to April 2010 fee statement. | Krieger, A. | 0.4 |
| 05/28/2010 | Finalize Stroock's 109th monthly fee application for filing (.6); prepare certificate of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 695 | $ 1,529.00 |
| Magzamen, Michael | 1.1 | 305 | 335.50 |
| Mohamed, David | 4.9 | 190 | 931.00 |
| Pasquale, Kenneth | 0.6 | 875 | 525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,320.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,320.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2010 | Telephone conference creditor re: proposed confirmation order. | Pasquale, K. | 0.3 |
| 05/21/2010 | Telephone conference creditor re: plan status. | Pasquale, K. | 0.3 |
| 05/26/2010 | Telephone call creditor re: case status. | Krieger, A. | 0.1 |
| 05/27/2010 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 695 | $ 69.50 |
| Pasquale, Kenneth | 0.8 | 875 | 700.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 769.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 769.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2010 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.2 |
| 05/10/2010 | Attend to other professionals' fee applications, certifications, fee auditor's reports. | Krieger, A. | 0.2 |
| 05/12/2010 | Finalize Capstone's 74th monthly fee application for filing (.6); prepare notice and certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 05/13/2010 | Finalize Capstone's 25th quarterly fee application for filing (.8); prepare notice and certificate of service re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.1 |
| 05/20/2010 | Attend to fee applications of other professionals (.7) and motion to re-open fraudulent conveyance adversary to permit filing of remaining fee applications (.1). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 695 | $ 834.00 |
| Mohamed, David | 4.0 | 190 | 760.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,594.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,594.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employee Benefits, Pension 699843 0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/12/2010 | Attend to pension related issues and case law. | Krieger, A. | 3.1 |
| 05/20/2010 | Attend to Capstone memo re: conversation with AON representatives and telephone call J. Dolan re: discussion. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.6 | $ 695 | $ 2,502.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,502.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,502.00 |
|---|---|

# STROOCK

| | RE | Environmental Matters/Regulations/Litigation<br>699843 0022 | | |
|---|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2010 | Attend to Oldon LP correspondence (.1); telephone call J. Baer re: claims asserted by Oldon (.1). | Krieger, A. | 0.2 |
| 05/04/2010 | Telephone call counsel for Oldon LP Communication re: environmental claims under negotiation, claims process, status of confirmation and emergence (.4); telephone call J. Baer re: Oldon site liabilities and EPA discussions regarding site remediation (.2). | Krieger, A. | 0.6 |
| 05/13/2010 | Attend to proposed claims settlement re: Grau claim for environmental remediation (.1); memorandum to R. Higgins re: inquiry regarding same (.1); attend to proofs of claim and further memorandum to R. Higgins seeking additional information (.3). | Krieger, A. | 0.5 |
| 05/19/2010 | Attend to R. Higgins' memorandum re: underlying agreement for proposed settlement of Grace claims and review documentation. | Krieger, A. | 1.6 |
| 05/20/2010 | Memorandum to R. Higgins re: additional inquiries re: Grau claim settlement (.2); exchanged memoranda with R. Higgins re: conference call to discuss outstanding questions (.2); telephone conference R. Higgins re proposed claim settlement re: issues and subsequent memorandum re: additional issue (.5). | Krieger, A. | 0.9 |
| 05/21/2010 | Telephone call R. Higgins re: conference call to discuss Grau Settlement. | Krieger, A. | 0.1 |
| 05/24/2010 | Review documentation in preparation of conference call with Grace counsel re Grau settlement conference call with Grace counsel and revise committee memorandum thereon. | Krieger, A. | 4.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/25/2010 | Telephone conversation with A. Krieger re: Grau. | Berg, M. | 0.6 |
| 05/25/2010 | Telephone call M. Berg re: Grau settlement. | Krieger, A. | 0.5 |
| 05/27/2010 | Memorandum to R. Higgins re: Committee position on Grau Settlement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.6 | $ 650 | $ 390.00 |
| Krieger, Arlene G. | 8.7 | 695 | 6,046.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,436.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,436.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Expenses 699843 0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 119.60 |
| Long Distance Telephone | 100.91 |
| O/S Information Services | 320.64 |
| Westlaw | 229.75 |
| TOTAL DISBURSEMENTS/CHARGES | $ 770.90 |
| TOTAL FOR THIS MATTER | $ 770.90 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2010 | Attend to proposed form of confirmation order. | Krieger, A. | 2.8 |
| 05/06/2010 | Review proposed form of confirmation order. | Kruger, L. | 1.0 |
| 05/11/2010 | Complete review of proposed confirmation order. | Krieger, A. | 0.9 |
| 05/12/2010 | Exchanged memoranda with R. Cobb re: plan terms. | Krieger, A. | 0.3 |
| 05/26/2010 | Review debtors' 9019 motion re: Harper Insurance. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.0 | $ 695 | $ 2,780.00 |
| Kruger, Lewis | 1.0 | 995 | 995.00 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,037.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,037.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 36,946.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 770.90 |
| TOTAL BILL | $ 37,717.40 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.