# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
MAY 1, 2010 - MAY 31, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 2.4 | $ 995 | $ 2,388.00 |
| Pasquale, Kenneth | 3.0 | 875 | 2,625.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 0.6 | 650 | 390.00 |
| Krieger, Arlene G. | 39.6 | 695 | 27,522.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.1 | 305 | 335.50 |
| Mohamed, David | 19.4 | 190 | 3,686.00 |
| | | | |
| **Total** | **66.1** | | **$ 36,946.50** |