# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
MAY 1, 2010 - MAY 31, 2010

| | |
|---|---:|
| Outside Messenger Service | $ 119.60 |
| Long Distance Telephone | 100.91 |
| O/S Information Services | 320.64 |
| Westlaw | 229.75 |
| | |
| **Total** | **$ 770.90** |

# STROOCK

## Disbursement Register

| DATE | June 17, 2010 |
|---|---|
| INVOICE NO. | 507738 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through May 31, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270194769345 on 04/28/2010 | 6.70 |
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196090967 on 04/28/2010 | 9.50 |
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270196549570 on 04/28/2010 | 6.70 |
| 05/03/2010 | VENDOR: UPS; INVOICE#: 0000010X827180; DATE: 05/01/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270197312957 on 04/28/2010 | 6.70 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270193883624 on 05/12/2010 | 6.79 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270195010634 on 05/12/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196054818 on 05/12/2010 | 9.63 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270199344428 on 05/12/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270196050689 on 05/13/2010 | 9.63 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196628869 on 05/13/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270199092496 on 05/13/2010 | 6.79 |
| 05/20/2010 | VENDOR: UPS; INVOICE#: 0000010X827200; DATE: 05/15/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270199361472 on 05/13/2010 | 6.79 |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270192810249 on 05/20/2010 | 6.79 |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; | 6.79 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270195939025 on 05/20/2010 |  |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States Trustee, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196228407 on 05/20/2010 | 6.79 |
| 05/24/2010 | VENDOR: UPS; INVOICE#: 0000010X827210; DATE: 05/22/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270199933416 on 05/20/2010 | 9.63 |
| **Outside Messenger Service Total** | | **119.60** |
| **Long Distance Telephone** | | |
| 05/03/2010 | EXTN.795544, TEL.3126412162, S.T.18:15, DUR.00:04:11 | 2.78 |
| 05/03/2010 | EXTN.795544, TEL.4137371131, S.T.18:22, DUR.00:02:13 | 1.67 |
| 05/11/2010 | EXTN.795562, TEL.2015412126, S.T.14:56, DUR.00:04:56 | 2.78 |
| 05/13/2010 | VENDOR: Chase Card Services; INVOICE#: 050210A; DATE: 5/2/2010 - visa charge 04/29/2010 Court Call LLC | 72.00 |
| 05/20/2010 | EXTN.795544, TEL.2015877144, S.T.11:53, DUR.00:25:29 | 14.46 |
| 05/20/2010 | EXTN.795475, TEL.3026574900, S.T.09:46, DUR.00:04:02 | 2.78 |
| 05/21/2010 | EXTN.795544, TEL.3126660431, S.T.10:52, DUR.00:01:31 | 1.11 |
| 05/26/2010 | EXTN.795544, TEL.9738973334, S.T.15:25, DUR.00:01:05 | 1.11 |
| 05/28/2010 | EXTN.795475, TEL.3026574900, S.T.12:48, DUR.00:03:51 | 2.22 |
| **Long Distance Telephone Total** | | **100.91** |
| **O/S Information Services** | | |
| 05/04/2010 | Pacer Search Service on 1/22/2010 | 0.16 |
| 05/04/2010 | Pacer Search Service on 2/19/2010 | 0.24 |

# STROOCK

| PAGE: 4 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 05/04/2010 | Pacer Search Service on 1/4/2010 | 3.52 |
| 05/04/2010 | Pacer Search Service on 1/5/2010 | 0.32 |
| 05/04/2010 | Pacer Search Service on 1/6/2010 | 3.60 |
| 05/04/2010 | Pacer Search Service on 1/7/2010 | 2.96 |
| 05/04/2010 | Pacer Search Service on 1/10/2010 | 20.24 |
| 05/04/2010 | Pacer Search Service on 1/11/2010 | 3.76 |
| 05/04/2010 | Pacer Search Service on 1/12/2010 | 20.00 |
| 05/04/2010 | Pacer Search Service on 1/13/2010 | 0.08 |
| 05/04/2010 | Pacer Search Service on 1/14/2010 | 20.56 |
| 05/04/2010 | Pacer Search Service on 1/19/2010 | 12.40 |
| 05/04/2010 | Pacer Search Service on 1/20/2010 | 5.36 |
| 05/04/2010 | Pacer Search Service on 1/22/2010 | 1.44 |
| 05/04/2010 | Pacer Search Service on 1/25/2010 | 0.64 |
| 05/04/2010 | Pacer Search Service on 1/26/2010 | 1.84 |
| 05/04/2010 | Pacer Search Service on 1/28/2010 | 4.80 |
| 05/04/2010 | Pacer Search Service on 1/29/2010 | 4.32 |
| 05/04/2010 | Pacer Search Service on 1/29/2010 | 3.92 |
| 05/04/2010 | Pacer Search Service on 2/1/2010 | 1.36 |
| 05/04/2010 | Pacer Search Service on 2/4/2010 | 0.08 |
| 05/04/2010 | Pacer Search Service on 2/5/2010 | 11.36 |
| 05/04/2010 | Pacer Search Service on 2/8/2010 | 3.68 |
| 05/04/2010 | Pacer Search Service on 2/8/2010 | 0.16 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 5 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 05/04/2010 | Pacer Search Service on 2/9/2010 | 3.28 |
| 05/04/2010 | Pacer Search Service on 2/11/2010 | 0.56 |
| 05/04/2010 | Pacer Search Service on 2/12/2010 | 9.12 |
| 05/04/2010 | Pacer Search Service on 2/15/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 2/16/2010 | 20.88 |
| 05/04/2010 | Pacer Search Service on 2/16/2010 | 1.52 |
| 05/04/2010 | Pacer Search Service on 2/17/2010 | 5.84 |
| 05/04/2010 | Pacer Search Service on 2/18/2010 | 7.68 |
| 05/04/2010 | Pacer Search Service on 2/19/2010 | 0.48 |
| 05/04/2010 | Pacer Search Service on 2/23/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 2/24/2010 | 0.48 |
| 05/04/2010 | Pacer Search Service on 2/25/2010 | 2.00 |
| 05/04/2010 | Pacer Search Service on 3/1/2010 | 28.96 |
| 05/04/2010 | Pacer Search Service on 3/2/2010 | 19.20 |
| 05/04/2010 | Pacer Search Service on 3/3/2010 | 10.32 |
| 05/04/2010 | Pacer Search Service on 3/5/2010 | 5.28 |
| 05/04/2010 | Pacer Search Service on 3/8/2010 | 1.44 |
| 05/04/2010 | Pacer Search Service on 3/9/2010 | 15.68 |
| 05/04/2010 | Pacer Search Service on 3/11/2010 | 4.16 |
| 05/04/2010 | Pacer Search Service on 3/12/2010 | 0.40 |
| 05/04/2010 | Pacer Search Service on 3/15/2010 | 3.68 |
| 05/04/2010 | Pacer Search Service on 3/18/2010 | 11.76 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04/2010 | Pacer Search Service on 3/19/2010 | 3.04 |
| 05/04/2010 | Pacer Search Service on 3/22/2010 | 20.64 |
| 05/04/2010 | Pacer Search Service on 3/24/2010 | 0.56 |
| 05/04/2010 | Pacer Search Service on 3/25/2010 | 0.16 |
| 05/04/2010 | Pacer Search Service on 3/26/2010 | 0.48 |
| 05/04/2010 | Pacer Search Service on 3/29/2010 | 0.96 |
| 05/04/2010 | Pacer Search Service on 3/30/2010 | 9.68 |
| 05/04/2010 | Pacer Search Service on 3/31/2010 | 2.80 |
| 05/04/2010 | Pacer Search Service on 1/13/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 1/22/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 2/19/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/5/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/12/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/19/2010 | 0.24 |
| 05/04/2010 | Pacer Search Service on 3/12/2010 | 0.88 |
| **O/S Information Services Total** | | **320.64** |
| **Westlaw** | | |
| 05/12/2010 | Transactional Search by Krieger, Arlene G. | 229.75 |
| **Westlaw Total** | | **229.75** |

# STROOCK

| PAGE: 7 |  |
|---|---|
| **BILL DISBURSEMENT SUMMARY** | |
| Outside Messenger Service | $ 119.60 |
| Long Distance Telephone | 100.91 |
| O/S Information Services | 320.64 |
| Westlaw | 229.75 |
| **TOTAL DISBURSEMENTS/CHARGES** | **$ 770.90** |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM