# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 7, 2010

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1575537                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2010 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.00 | hrs. at | $710.00 | /hr. = | $1,420.00 |
| WS KATCHEN | OF COUNSEL | 3.10 | hrs. at | $795.00 | /hr. = | $2,464.50 |
| AC MAHOLCHIC | ASSOCIATE | 1.10 | hrs. at | $335.00 | /hr. = | $368.50 |
| BA GRUPPO | PARALEGAL | 0.90 | hrs. at | $305.00 | /hr. = | $274.50 |
| S LENKIEWICZ | PARALEGAL | 8.80 | hrs. at | $165.00 | /hr. = | $1,452.00 |
| DS MARRA | LEGAL ASSISTANT | 1.40 | hrs. at | $160.00 | /hr. = | $224.00 |

$6,203.50

DISBURSEMENTS
DOCUMENT RETRIEVAL                                    60.00
PRINTING & DUPLICATING                                15.40
PRINTING & DUPLICATING - EXTERNAL                    869.59
TOTAL DISBURSEMENTS                                                      $944.99

BALANCE DUE THIS INVOICE                                                $7,148.49

PREVIOUS BALANCE                                                       $69,827.02

TOTAL BALANCE DUE                                                      $76,975.51

Duane Morris
June 7, 2010
Page 2

File # K0248-00001                                              INVOICE # 1575537
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 5/4/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/6/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/7/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/10/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/10/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED APRIL 27, 2010 THROUGH MAY 9, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| 5/11/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/12/2010 | 004 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING SEVENTY-FOURTH MONTHLY FEE APPLICATION OF CAPSTONE (.1); PREPARE APPLICATION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE APPLICATION (.2); CORRESPONDENCE TO D. MOHAMED REGARDING SAME (.1). | 0.50 | $80.00 |
| 5/13/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/14/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |

Duane Morris
June 7, 2010
Page 3

File # K0248-00001                                    INVOICE #  1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/20/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/24/2010 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $30.50 |
| 5/27/2010 | 004 | DS MARRA | RETRIEVE ELECTRONIC DOCKET OF PLEADINGS FILED MAY 11, 2010 THROUGH MAY 26, 2010 FOR ATTORNEY REVIEW (.1); CORRESPONDENCE TO W. KATCHEN REGARDING SAME (.1). | 0.20 | $32.00 |
| | | | Code Total | 1.80 | $418.50 |

Duane Morris
June 7, 2010
Page 4

File # K0248-00001                                        INVOICE #  1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/4/2010 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL IN SUPPORT OF ORDER DENYING CERTAIN CLAIMS AS BEING TIME BARRED UNDER BRITISH COLUMBIA LAW | 0.20 | $142.00 |
| | | | Code Total | 0.20 | $142.00 |

Duane Morris
June 7, 2010
Page 5

File # K0248-00001                                    INVOICE # 1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/25/2010 | 007 | WS KATCHEN | REVIEW STROOCK MEMO RE: CLAIMS SETTLEMENTS. | 0.20 | $159.00 |
| | | | Code Total | 0.20 | $159.00 |

Duane Morris
June 7, 2010
Page 6

File # K0248-00001                                    INVOICE #  1575537
          W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/28/2010 | 009 | DS MARRA | RECEIVE AND REVIEW CORRESPONDENCE FROM D. MOHAMED REGARDING STROOCK'S ONE HUNDRED AND NINTH MONTHLY FEE APPLICATION (.1); PREPARE FEE APPLICATION FOR ELECTRONIC FILING (.1); ELECTRONICALLY FILE SAME (.2); CORRESPONDENCE TO D. MOHAMMED REGARDING SAME (.1). | 0.50 | $80.00 |
| | | | Code Total | 0.50 | $80.00 |

Duane Morris
June 7, 2010
Page 7

File # K0248-00001                                    INVOICE #  1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/10/2010 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS 99TH MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 2010 | 0.80 | $132.00 |
| 5/27/2010 | 012 | AC MAHOLCHIC | REVIEW CNO FOR DUANE MORRIS MONTHLY APPLICATION FOR MARCH 2010. | 0.10 | $33.50 |
| 5/27/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS 36TH QUARTERLY FEE APPLICATION FOR JAN-MAR 2010. | 0.50 | $167.50 |
| 5/27/2010 | 012 | AC MAHOLCHIC | REVIEW DUANE MORRIS MONTHLY APPLICATION FOR APRIL 2010. | 0.50 | $167.50 |
| 5/27/2010 | 012 | S LENKIEWICZ | REVIEW DOCKET (.1); PREPARE CERTIFICATE OF NO OBJECTION RE DUANE MORRIS 98TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.50 | $82.50 |
| 5/27/2010 | 012 | S LENKIEWICZ | REVIEW MONTHLY APPLICATIONS AND DOCKET AND PREPARE 36TH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP | 2.30 | $379.50 |
| 5/28/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 36TH QUARTERLY FEE APPLICATION | 0.30 | $213.00 |
| 5/28/2010 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 99TH MONTHLY FEE APPLICATION | 0.20 | $142.00 |
| 5/28/2010 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE (.1); PREPARE SERVICE (.1) FINALIZE AND EFILE DUANE MORRIS 99TH MONTHLY FEE APPLICATION (.3); FINALIZE AND EFILE DUANE MORRIS 36TH QUARTERLY FEE APPLICATION (.3) | 0.80 | $132.00 |
| 5/28/2010 | 012 | S LENKIEWICZ | REVISE DUANE MORRIS 36TH QUARTERLY FEE APPLICATION (.3); PREPARE CERTIFICATE OF SERVICE RE DUANE MORRIS 36TH QUARTERLY (.1); PREPARE SERVICE LIST AND LABELS (.2); | 0.60 | $99.00 |
| | | | Code Total | 6.60 | $1,548.50 |

Duane Morris
June 7, 2010
Page 8

File # K0248-00001                                    INVOICE #  1575537
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/13/2010 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE ADVISORY'S 25TH QUARTERLY FEE APPLICATION AND PREPARE SAME FOR E-FILING (.3); PREPARE COS RE SERVICE ON 2002 SERVICE LIST (.2); PREPARE LABELS RE SAME (.1); EFILING CAPSTONE 25TH QUARTERLY FEE APPLICATION (.2); PREPARE AND FORWARD AS-FILED COPY OF SAME AND EFILING CONFIRMATION TO D. MOHAMMAD (.2) | 0.80 | $132.00 |
| 5/14/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 72ND AND 73RD MONTHLY FEE APPLICATIONS OF CAPSTONE (.3); EFILE SAME (.3) | 0.60 | $99.00 |
| 5/20/2010 | 013 | S LENKIEWICZ | FINALIZE FOR EFILING AND EFILE STROOCK & STROOCK & LAVAN 36TH QUARTERLY FEE APPLICATION (.3); SERVICE OF SAME (.2) | 0.50 | $82.50 |
| 5/21/2010 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1) ; PREPARE CERTIFICATE OF NO OBJECTION REGARDING 108TH MONTHLY FEE APPLICATION OF STROOCK (.1); EFILE SAME (.2); FORWARD AS-FILED COPY AND CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $82.50 |
| 5/21/2010 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE 36TH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK AND LAVAN (.2); EFILE SAME (.2) | 0.40 | $66.00 |
| 5/25/2010 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1); PREPARE CERTIFICATION OF NO OBJECTION RE CAPSTONE 24TH MONTHLY (.2); PREPARE CERTIFICATION OF NO OBJECTION RE STROOCK 35TH MONTHLY (.2); FORWARD TO A. MAHOLCHIC FOR REVIEW (.1) | 0.60 | $99.00 |
| 5/26/2010 | 013 | S LENKIEWICZ | EFILE CERTIFICATE OF NO OBJECTION REGARDING 35TH QUARTERLY APPLICATION OF STROOCK (.2); AND 24TH QUARTERLY APPLICATION OF CAPSTONE (.2) | 0.40 | $66.00 |
| | | | Code Total | 3.80 | $627.00 |

Duane Morris
June 7, 2010
Page 9

File # K0248-00001                                    INVOICE #  1575537
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/3/2010 | 017 | MR LASTOWSKI | REVIEW AND ANALYSIS OF PROPOSED CONFIRMATION ORDER | 1.30 | $923.00 |
| | | | Code Total | 1.30 | $923.00 |

Duane Morris
June 7, 2010
Page 10

File # K0248-00001                                            INVOICE #  1575537
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/30/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 4/30/2010 | 025 | WS KATCHEN | ANALYSIS AMENDED CLAIMS SETTLEMENT NOTICE. | 0.10 | $79.50 |
| 4/30/2010 | 025 | WS KATCHEN | REVIEW PROPOSED ORDER CONFIRMING FIRST AMENDED PLAN. | 1.00 | $795.00 |
| 5/14/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 5/19/2010 | 025 | WS KATCHEN | REVIEW CONVERTED ORDER FOR SETTLEMENT BETWEEN DEBTOR AND EMPLOYERS MUTUAL CASUALTY CO./REVIEW SETTLEMENT AGREEMENT - AMENDED - RESTATED. | 0.30 | $238.50 |
| 5/24/2010 | 025 | WS KATCHEN | REVIEW DEBTORS' REPLY-OBJECTIONS TO CLAIM OF MARYLAND CASUALTY CO. | 0.40 | $318.00 |
| 5/24/2010 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO RE: BRASIL TRANSACTION. | 0.20 | $159.00 |
| 5/25/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $159.00 |
| 5/25/2010 | 025 | WS KATCHEN | REVIEW D. AUSTERN REPLY RE: OBJECTION TO MARYLAND CASUALTY CO. CLAIM. | 0.20 | $159.00 |
| 5/27/2010 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.10 | $79.50 |
| | | | Code Total | 2.90 | $2,305.50 |

Duane Morris
June 7, 2010
Page 11

File # K0248-00001                                INVOICE #  1575537
      W.R. GRACE & CO.


            TOTAL SERVICES                17.30    $6,203.50

Duane Morris
June 7, 2010
Page 12

File # K0248-00001                                        INVOICE #  1575537
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2010 | PRINTING & DUPLICATING - EXTERNAL | | 869.59 |
| | | Total: | $869.59 |
| 4/28/2010 | ` DOCUMENT RETRIEVAL | | 60.00 |
| | | Total: | $60.00 |
| 5/31/2010 | PRINTING & DUPLICATING | | 15.40 |
| | | Total: | $15.40 |
| | TOTAL DISBURSEMENTS | | $944.99 |

Duane Morris
June 7, 2010
Page 13

File # K0248-00001                                  INVOICE #  1575537
     W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.00 | 710.00 | 1,420.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.10 | 795.00 | 2,464.50 |
| 04281 | AC MAHOLCHIC | ASSOCIATE | 1.10 | 335.00 | 368.50 |
| 02279 | BA GRUPPO | PARALEGAL | 0.90 | 305.00 | 274.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 8.80 | 165.00 | 1,452.00 |
| 03434 | DS MARRA | LEGAL ASSISTANT | 1.40 | 160.00 | 224.00 |
| | | | 17.30 | | $6,203.50 |