# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that on June 28, 2010, I served a copy of the *One-Hundredth Monthly Fee Application of Duane Morris LLP For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2010 through May 31, 2010* upon the individuals on the attached Service List as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 28, 2010
      Wilmington, Delaware

                                                /s/ Michael R. Lastowski
                                                Michael R. Lastowski (DE ID 3892)
                                                DUANE MORRIS LLP
                                                1100 North Market Street, Suite 1200
                                                Wilmington, DE 19801
                                                302.657-4900

## W. R. GRACE FEE APPLICATION SERVICE LIST

***Hand Delivery***
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

***Via Overnight Mail***
David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

***Via Overnight Mail***
Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

***Via E-Mail***
william.sparks@grace.com
jbaer@jsbpc.com
joneill@pszyj.com
syoder@potteranderson.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com

DM3\1392300.1