# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | Objection Deadline: Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 0.9 | $   549.00 |
| Adam P. Kahn | Partner | Environmental | $610.00 | 0.5 | $   305.00 |
| | | | | | |
| TOTAL | | | | 1.4 | $   854.00 |

### Expenses

| Description | Total |
|---|---|
| In-House Photocopying | $   63.80 |
| | |
| TOTAL | $   63.80 |

B3765228.1

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462942
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through May 31, 2010

| | |
|---|---:|
| Fees | $854.00 |
| Disbursements | 63.80 |
| **Total Fees and Disbursements** | **$917.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 462942
June 28, 2010
Page 2

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 05/05/10 | Jaffe | Quarterly fee application (0.9). | 0.9 |
| 05/11/10 | Kahn | Attention to quarterly filing (0.5). | 0.5 |
| | | **Total Hours** | **1.4** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 462942<br>
June 28, 2010<br>
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Adam P. Kahn | 0.5 | at | 610.00 | = | 305.00 |
| Seth D. Jaffe | 0.9 | at | 610.00 | = | 549.00 |
| **Total Fees** | | | | | **$854.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/31/10 | In-House Photocopying | 63.80 |
| **Total Disbursements** | | **$63.80** |

| | |
|---|---|
| **Total Fees** | $854.00 |
| **Total Disbursements** | 63.80 |
| **Total Fees and Disbursements** | $917.80 |



Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462942
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

**Total Fees and Disbursements**          <u>**$917.80**</u>

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 462942
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 – Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 8.5 | $  5,185.00 |
| TOTAL | | | | 8.5 | $  5,185.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $    19.97 |
| TOTAL | $    19.97 |

B3765228.1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462941
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through May 31, 2010

| | |
|---|---|
| Fees | $5,185.00 |
| Disbursements | 19.97 |
| **Total Fees and Disbursements** | **$5,204.97** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 462941
June 28, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/03/10 | Jaffe | Emails with team and Mr. Sabath regarding finalizing consent decree and negotiations with Town of Walpole (0.9). | 0.9 |
| 05/04/10 | Jaffe | Emails with team regarding Town of Walpole (0.2). | 0.2 |
| 05/06/10 | Jaffe | Plan for meeting with Town, including emails with team and review of institutional control issues (0.8). | 0.8 |
| 05/10/10 | Jaffe | Attention to negotiations with Walpole, including team telephone conference, emails with team, and review of materials from Mr. Bucens (1.6). | 1.6 |
| 05/11/10 | Jaffe | Emails with team regarding negotiations with Town (0.2). | 0.2 |
| 05/19/10 | Jaffe | Meeting with Walpole officials and preparations for same and post meeting discussions with team (2.9). | 2.9 |
| 05/20/10 | Jaffe | Emails with team regarding Town meeting (0.4). | 0.4 |
| 05/21/10 | Jaffe | Draft meeting summary and emails with team regarding same, including reviewing, revising, Ms. Zeigler summary (1.2). | 1.2 |
| 05/22/10 | Jaffe | Review draft bankruptcy motion and email to Ms. Duff regarding same (0.3). | 0.3 |
| | | **Total Hours** | **8.5** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 462941
June 28, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 8.5 | at | 610.00 | = | 5,185.00 |
| **Total Fees** | | | | | **$5,185.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/13/10 | Telephone | 19.97 |
| **Total Disbursements** | | **$19.97** |

| | |
|---|---|
| **Total Fees** | **$5,185.00** |
| **Total Disbursements** | **19.97** |
| **Total Fees and Disbursements** | **$5,204.97** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462941
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$5,204.97**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 462941
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 1.1 | $    671.00 |
| | | | | | |
| **TOTAL** | | | | 1.1 | $    671.00 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462943
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through May 31, 2010

| | |
|---|---|
| Fees | $671.00 |
| **Total Fees and Disbursements** | **$671.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/20/10 | Jaffe | Emails with Mr. Smith and reviewing documents (1.1). | 1.1 |
| | | **Total Hours** | **1.1** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 462943
June 28, 2010
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.1 | at | 610.00 | = | 671.00 |

**Total Fees**  $671.00

**Total Fees**  $671.00
**Total Fees and Disbursements**  $671.00



FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462943
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$671.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 462943
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 104 – General Environmental Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 6.2 | $ 3,782.00 |
| | | | | | |
| **TOTAL** | | | | 6.2 | $ 3,782.00 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462944
Matter No.: 08743.00104

Re:    **General Environmental Matters**

For Professional Services rendered through May 31, 2010

|  |  |
|---|---|
| Fees | $3,782.00 |
| **Total Fees and Disbursements** | **$3,782.00** |

Matter No.: 08743.00104
Re: General Environmental Matters

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 05/24/10 | Jaffe | Prepare for quarterly EHS meeting (2.3). | 2.3 |
| 05/25/10 | Jaffe | Prepare for quarterly EHS meeting; EHS meeting in Cambridge (3.9). | 3.9 |
| | | **Total Hours** | **6.2** |

Matter No.: 08743.00104
Re: General Environmental Matters

Invoice No.: 462944
June 28, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 6.2 | at | 610.00 | = | 3,782.00 |
| **Total Fees** | | | | | **$3,782.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$3,782.00** |
| **Total Fees and Disbursements** | | **$3,782.00** |


# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2010
Invoice No.: 462944
Matter No.: 08743.00104

Re:    **General Environmental Matters**

   **Total Fees and Disbursements**   <u>**$3,782.00**</u>

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Overnight Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00104, **Invoice #:** 462944
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company