```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      2012842
One Town Center Road                     Invoice Date       06/28/10
Boca Raton, FL   33486                   Client Number       172573
```

====================================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
     Fees                                157.50
     Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $157.50
                                                       ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      2012842<br>Invoice Date        06/28/10<br>Client Number        172573<br>Matter Number         60026 |

==========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 05/05/10 | Ament | E-mails with P. Cuniff re: 4/19/10 hearing transcript (.10); circulate said transcript to client and team (.10). | .20 |
| 05/24/10 | Ament | Various e-mails with P. Cuniff re: hearing binders for 6/7/10 hearing (.20); review agenda and hearing binders received from Pachulski (.10); update hearing binders (.20); hand deliver hearing binders to Judge Fitzgerald (.10). | .60 |
| 05/25/10 | Ament | E-mails with C. Susi and P. Cuniff re: hearing binders for 6/7/10 hearing (.10); e-mails with P. Cuniff re: agenda for said hearing (.10). | .10 |

                                                 TOTAL HOURS      .90

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 0.90  at  $ 175.00  = | | 157.50 |

                        CURRENT FEES                                157.50

                        TOTAL BALANCE DUE UPON RECEIPT             $157.50

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number    2012843 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      06/28/10 |
| Boca Raton, FL 33487 | Client Number     172573 |

================================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                            2,200.50
    Expenses                                      0.00

                        TOTAL BALANCE DUE UPON RECEIPT            $2,200.50
                                                               ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      2012843
5400 Broken Sound Blvd., N.W.            Invoice Date       06/28/10
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

| Date | Name | | Hours |
|---|---|---|---|
| 05/12/10 | Ament | Continue calculating fees and expenses for quarterly fee application (.50); e-mails with A. Muha and J. Lord re: same (.10). | .60 |
| 05/12/10 | Lord | Communicate with S. Ament re: Reed Smith quarterly fee application (.1); review and revise same (.6); prepare service for same (.3) | 1.00 |
| 05/13/10 | Ament | Continue calculating fees and expenses for quarterly fee application (.50); finalize spreadsheets re: same (.40); continue drafting summary and narrative for quarterly fee application (.80); provide same to A. Muha for review (.10); finalize and e-mail same to J. Lord for DE filing (.10). | 1.90 |
| 05/13/10 | Lord | Revise, e-file and serve Reed Smith 36th quarterly fee application (1.4); communicate with S. Ament re: same (.1) | 1.50 |
| 05/13/10 | Muha | Final review of and revisions to quarterly fee application. | .30 |
| 05/14/10 | Muha | Revisions to fee and expense entries for April monthly fee application, and attend to issues re: billing new tax matter. | .30 |

```
172573  W. R. Grace & Co.                              Invoice Number   2012843
60029   Fee Applications-Applicant                     Page    2
        June 28, 2010
```

| Date | Name | | Hours |
|---|---|---|---|
| 05/17/10 | Ament | E-mails re: April monthly fee application. | .10 |
| 05/21/10 | Ament | Telephone call from P. Dotterer re: April monthly fee application. | .10 |
| 05/21/10 | Lord | Research docket and draft CNO to March monthly fee application. | .30 |
| 05/25/10 | Ament | E-mails with A. Muha and J. Lord re: April monthly fee application. | .10 |
| 05/25/10 | Lord | E-mail to S. Ament re: April monthly fee application. | .10 |
| 05/26/10 | Ament | Review invoices and begin calculating fees and expenses for April monthly fee application (.50); meet with A. Muha re: same (.10); draft April monthly fee application (.30); provide same to A. Muha for review (.10). | 1.00 |
| 05/26/10 | Lord | Revise, file and serve CNO to Reed Smith March monthly fee application. | .30 |
| 05/27/10 | Ament | Meet with A. Muha re: April monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 05/27/10 | Lord | Work on RS April monthly fee application. | 1.10 |
| 05/27/10 | Muha | Review and revisions to final version of April 2010 monthly fee application. | .20 |
| 05/28/10 | Ament | Attend to billing matters (.10); e-mails and meet with D. Cameron re: same (.10). | .20 |
| 05/28/10 | Lord | E-file and serve Reed Smith April monthly fee application. | .40 |
| | | TOTAL HOURS | 9.80 |

```
172573  W. R. Grace & Co.                          Invoice Number   2012843
60029   Fee Applications-Applicant                 Page       3
        June 28, 2010
```

| TIME SUMMARY      | Hours |    | Rate        |   | Value    |          |
|-------------------|-------|----|-------------|---|----------|----------|
| Andrew J. Muha    | 0.80  | at | $ 400.00    | = | 320.00   |          |
| John B. Lord      | 4.70  | at | $ 240.00    | = | 1,128.00 |          |
| Sharon A. Ament   | 4.30  | at | $ 175.00    | = | 752.50   |          |
|                   | CURRENT FEES |  |          |   |          | 2,200.50 |
|                   | TOTAL BALANCE DUE UPON RECEIPT | | | | | $2,200.50 |

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      2012844
One Town Center Road                     Invoice Date       06/28/10
Boca Raton, FL   33486                   Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

```
    Fees                              1,736.50
    Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,736.50
                                                       ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2012844
One Town Center Road                      Invoice Date       06/28/10
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60033
```

================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/03/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/03/10 | Rea | Call to D. Speights on Canadian order. | .10 |
| 05/04/10 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 05/05/10 | Ament | Assist team with issues relating to PD claims. | .20 |
| 05/06/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/07/10 | Ament | Assist team with issues re: PD claims. | .20 |
| 05/11/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/11/10 | Flatley | Review emails and call with T. Rea re: appellate issues. | .20 |
| 05/12/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/12/10 | Restivo | Telephone conference R. Finke. | .40 |
| 05/13/10 | Ament | Assist team with issues re: PD claims. | .10 |

```
172573  W. R. Grace & Co.                              Invoice Number   2012844
 60033  Claim Analysis Objection Resolution & Estimation Page   2
        (Asbestos)
        June 28, 2010
```

| Date | Name | | Hours |
|---|---|---|---|
| 05/14/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/14/10 | Rea | E-mails to J. Welsh re: DG discussion. | .20 |
| 05/17/10 | Restivo | Research re: Court schedule. | .50 |
| 05/18/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 05/26/10 | Restivo | Correspondence with J. Deckman. | .30 |
| 05/31/10 | Cameron | Review Speights designations of record and e-mails regarding same. | .70 |

```
                                              TOTAL HOURS    3.60
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Lawrence E. Flatley | 0.20 at | $ 635.00 = | 127.00 |
| Douglas E. Cameron | 0.70 at | $ 630.00 = | 441.00 |
| James J. Restivo Jr. | 1.20 at | $ 685.00 = | 822.00 |
| Traci Sands Rea | 0.30 at | $ 455.00 = | 136.50 |
| Sharon A. Ament | 1.20 at | $ 175.00 = | 210.00 |

```
              CURRENT FEES                                       1,736.50


              TOTAL BALANCE DUE UPON RECEIPT                    $1,736.50
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    2012845<br>Invoice Date     06/28/10<br>Client Number       172573 |

======================================================================

Re: W. R. Grace & Co.

(60040)   PA State Tax Advice

   Fees                                      2,500.00
   Expenses                                  0.00

                     TOTAL BALANCE DUE UPON RECEIPT          $2,500.00
                                                                =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2012845
One Town Center Road                    Invoice Date       06/28/10
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60040


======================================================================

Re: (60040)  PA State Tax Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2010

   Date   Name                                                Hours
   ----   ----                                                -----

05/03/10 Sollie         Telephone call to M. Roman (0.3);       .50
                        updated R. Finke (0.2).

05/06/10 Sollie         Email M. Roman regarding IPC.           .30

05/11/10 Sollie         Coordinate follow up call with C.       .30
                        Momjian.

05/14/10 Sollie         Reviewed email regarding follow up      .30
                        telephone call with C. Momjian.

05/16/10 Sollie         Email C. Momjian regarding              .30
                        telephone call.

05/17/10 Sollie         Set up call with C. Momjian.            .30

05/20/10 Sollie         Prepared for and participated in       2.00
                        telephone call with C. Momjian
                        regarding Pennsylvania tax issue.
                                                              ------
                                           TOTAL HOURS          4.00


TIME SUMMARY              Hours        Rate         Value
------------              -----        ----         -----
Kyle O. Sollie            4.00 at $  625.00  =    2,500.00

                    CURRENT FEES                             2,500.00

                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $2,500.00
                                                         ============
```