REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2012890 |
| One Town Center Road | Invoice Date      06/28/10 |
| Boca Raton, FL   33486 | Client Number     172573 |

================================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                                        0.00
    Expenses                                         938.89

                TOTAL BALANCE DUE UPON RECEIPT          $938.89
                                                                  ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number      2012890
One Town Center Road                  Invoice Date        06/28/10
Boca Raton, FL   33486                Client Number        172573
                                      Matter Number         60026

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                       17.92
    Documentation Charge                        68.40
    Duplicating/Printing/Scanning               60.40
    Courier Service - Outside                   22.50
    Outside Duplicating                        769.67
                 CURRENT EXPENSES                             938.89
                                                          --------------

                 TOTAL BALANCE DUE UPON RECEIPT             $938.89
                                                          ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    2012890<br>Invoice Date      06/28/10<br>Client Number      172573<br>Matter Number       60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/29/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 14.45 |
| 04/30/10 | PACER | 2.40 |
| 04/30/10 | PACER | 15.52 |
| 05/03/10 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Trip - US Banruptcy Court - 4/09/10 | 5.00 |
| 05/05/10 | Documentation Charge -- VENDOR: PARCELS, INC.: Retrieved copies of document 614 and 707 | 68.40 |
| 05/06/10 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Delivery | 5.00 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/06/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 05/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 05/12/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |

```
172573 W. R. Grace & Co.                              Invoice Number   2012890
 60026 Litigation and Litigation Consulting           Page    2
       June 28, 2010
```

| Date | Description | Amount |
|---|---|---|
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 147 COPIES | 14.70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 05/13/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 05/14/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout -- mailing costs for fee application. | 447.12 |
| 05/14/10 | Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout -- mailing costs for fee application. | 308.10 |
| 05/18/10 | Courier Service - Outside -- VENDOR: AMERICAN EXPEDITING: Messenger Trip - US Bankruptcy Court - 5/19/10 | 12.50 |

```
172573 W. R. Grace & Co.                              Invoice Number    2012890
60026  Litigation and Litigation Consulting           Page     3
       June 28, 2010
```

| Date | Description | Amount |
|---|---|---|
| 05/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/26/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.  
60026  Litigation and Litigation Consulting  
       June 28, 2010

Invoice Number   2012890  
Page    4

| Date | Description | Amount |
|---|---|---|
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 05/27/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 05/28/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 114 COPIES | 11.40 |
| 05/28/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 05/28/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |

                         CURRENT EXPENSES                    938.89
                                                         ------------
                         TOTAL BALANCE DUE UPON RECEIPT     $938.89
                                                         ============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number        2012891
One Town Center Road                       Invoice Date         06/28/10
Boca Raton, FL   33486                     Client Number         172573


================================================================================

Re: W. R. Grace & Co.


(60040)   PA State Tax Advice

     Fees                                      0.00
     Expenses                                436.29

                    TOTAL BALANCE DUE UPON RECEIPT              $436.29
                                                             ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number     2012891
One Town Center Road                  Invoice Date      06/28/10
Boca Raton, FL   33486                Client Number      172573
                                      Matter Number       60040
```

===========================================================================

Re: PA State Tax Advice

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Westlaw                                     436.29

                CURRENT EXPENSES                                 436.29
                                                            --------------

                TOTAL BALANCE DUE UPON RECEIPT                  $436.29
                                                            ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R. Grace & Co.                          Invoice Number        2012891
One Town Center Road                      Invoice Date         06/28/10
Boca Raton, FL   33486                    Client Number         172573
                                          Matter Number          60040

==============================================================================

Re: (60040)  PA State Tax Advice

FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/26/10    Westlaw - - Reseach re: PA State tax issue.           436.29

                        CURRENT EXPENSES                          436.29
                                                             ------------
                        TOTAL BALANCE DUE UPON RECEIPT           $436.29
                                                             ============