## EXHIBIT A

**Case Administration (18.80 Hours; $ 4,570.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $860 | 516.00 |
| Rita C. Tobin | 1.20 | $545 | 654.00 |
| Rolland A. Hampton | 17.00 | $200 | 3,400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/10 | PVL | 860.00 | 0.10 | Review 5 misc. filings. |
| 05/04/10 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |
| 05/07/10 | PVL | 860.00 | 0.10 | Review 6 misc. filings. |
| 05/14/10 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |
| 05/18/10 | PVL | 860.00 | 0.20 | Review 12 misc. filings. |
| 05/20/10 | RCT | 545.00 | 0.40 | Review exhibits (0.4) |
| 05/21/10 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |
| 05/21/10 | RAH | 200.00 | 2.00 | Create an index of all trial exhibits submitted to the court over the course of trial for firm records. |
| 05/22/10 | RAH | 200.00 | 4.50 | Create an index of all trial exhibits submitted to the court over the course of trial for firm records. |
| 05/23/10 | RAH | 200.00 | 8.50 | Create an index of all trial exhibits submitted to the court over the course of trial for firm records. |
| 05/24/10 | PVL | 860.00 | 0.10 | Review 12 misc. filings. |
| 05/25/10 | PVL | 860.00 | 0.10 | Review 9 misc filings. |
| 05/26/10 | RAH | 200.00 | 1.00 | Integrate indexed documents into the firm database for attorney retrieval. |
| 05/27/10 | RAH | 200.00 | 1.00 | Integrate indexed documents into firm database for retrieval by attorneys. |

| 05/28/10 | RCT | 545.00 | 0.20 | Review dockets and Local Counsel Recommendations re EI update (0.2) |

**Total Task Code .04     18.80**

**Fee Applications, Applicant (6.40 Hours; $ 2,550.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.60 | $545 | 1,962.00 |
| Eugenia Benetos | 2.80 | $210 | 588.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/04/10 | RCT | 545.00 | 0.20 | Review filing requirements (0.2) |
| 05/05/10 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 05/10/10 | EB | 210.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 05/11/10 | RCT | 545.00 | 0.40 | Address fee issues (0.4) |
| 05/12/10 | RCT | 545.00 | 0.40 | Review prebills (0.4) |
| 05/12/10 | RCT | 545.00 | 1.00 | Review Interim Fee Application (1.0) |
| 05/12/10 | EB | 210.00 | 1.20 | Work on monthly fee application (1); and perform review of exhibit D and make necessary edits (.2). |
| 05/13/10 | RCT | 545.00 | 0.40 | Address fee issue (0.4) |
| 05/17/10 | RCT | 545.00 | 0.40 | Review prebills (0.4) |
| 05/21/10 | RCT | 545.00 | 0.50 | Review fee apps (0.5) |
| 05/21/10 | EB | 210.00 | 1.10 | Work on monthly fee application. |

**Total Task Code .12     6.40**
**Plan & Disclosure Statement (20.10 Hours; $ 16,999.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0182843.1 }

| | | | | |
|---|---|---|---|---|
| Elihu Inselbuch | | 2.70 | $950 | 2,565.00 |
| Peter Van N. Lockwood | | 15.40 | $860 | 13,244.00 |
| Ann c. McMillan | | 2.00 | $595 | 1,190.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/10 | PVL | 860.00 | 0.30 | Review amended Pennock complaint (.2); review emails and reply (.1). |
| 05/03/10 | ACM | 595.00 | 0.10 | Teleconference claimant re status of case. |
| 05/04/10 | PVL | 860.00 | 1.90 | Teleconference Wyron. |
| 05/05/10 | PVL | 860.00 | 0.20 | Review e-mail and reply. |
| 05/05/10 | ACM | 595.00 | 1.10 | Review draft Hartford Settlement Agreement (.7); exchange e-mails with R. Horkovich re same (.4). |
| 05/09/10 | ACM | 595.00 | 0.50 | Review Harper Settlement Agreement (.4); send e-mail to R. Horkovich re same (.1). |
| 05/12/10 | ACM | 595.00 | 0.10 | Teleconference Grace claimant. |
| 05/13/10 | PVL | 860.00 | 0.80 | Review e-mail and reply (.3); teleconference Freedman (.5). |
| 05/13/10 | ACM | 595.00 | 0.20 | Exchange e-mails with B. Horkovich re American Re Agreement. |
| 05/14/10 | PVL | 860.00 | 0.10 | Review e-mail and reply. |
| 05/14/10 | EI | 950.00 | 0.20 | Review Harper settlement and memo to Committee re: same (.2). |
| 05/17/10 | PVL | 860.00 | 0.40 | Review draft Grace reply brief re MCC claims (.3); review e-mail (.1). |
| 05/18/10 | PVL | 860.00 | 3.30 | Review e-mail and reply (.2); review draft ACC/FCR oppo to MCC cls. (.2); prep for CNA mtg (.6); confer Giannotto, Wyron and Essayan (2.1); review draft Libby Cls oppo to MCC cls (.2). |
| 05/19/10 | PVL | 860.00 | 0.70 | Review e-mail and reply (.2); teleconference Wyron (.4); review MCC objs to Libby Cls joinder (.1). |
| 05/19/10 | EI | 950.00 | 0.10 | Memo re: Harper insurance settlement. |

{D0182843.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/20/10 | PVL | 860.00 | 0.20 | Review draft Hartford approval order (.1); review e-mail and reply (.1). |
| 05/21/10 | PVL | 860.00 | 2.10 | Review docs re CNA decl (.5); teleconference EI (1.1); teleconference Frankel (.3); review e-mail (.2). |
| 05/21/10 | EI | 950.00 | 1.00 | Read memo and t/c PVNL re: Libby/CNA matters (1.0). |
| 05/24/10 | PVL | 860.00 | 3.10 | Teleconference Frankel, Wyron and EI (1.0); confer Aldock, Giannotto, Glosband, Frankel, Wyron (1.9); review agenda and e-mail Hurford (.1); review e-mail and reply (.1). |
| 05/24/10 | EI | 950.00 | 1.00 | Conference Frankel, Wyron, PVNL re CNA/Libby issues (1.0) |
| 05/25/10 | PVL | 860.00 | 1.00 | Review e-mail and reply (.2); confer Cooney, EI and ACM (.8). |
| 05/25/10 | EI | 950.00 | 0.10 | Memo Horkovich re Am Re settlement (0.1) |
| 05/26/10 | PVL | 860.00 | 1.00 | Review e-mail (.2); teleconference Wyron (.4); teleconference Wisler (.4). |
| 05/26/10 | EI | 950.00 | 0.20 | American Re proposed settlement (0.2) |
| 05/27/10 | PVL | 860.00 | 0.20 | Review e-mail and reply. |
| 05/28/10 | PVL | 860.00 | 0.10 | Review e-mail. |
| 05/28/10 | EI | 950.00 | 0.10 | American Re deal (0.1) |

**Total Task Code .17**     **20.10**

**Travel Non-working (.70 Hours; $ 301.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $430 | 301.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/18/10 | PVL | 430.00 | 0.30 | Travel to/from Orrick for CNA mtg. |

{D0182843.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/24/10 | PVL | 430.00 | 0.40 | Travel to/from Aldock office. |

**Total Task Code .21        .70**

**Fee Auditor Matters (10.60 Hours; $ 5,840.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $860 | 172.00 |
| Rita C. Tobin | 10.40 | $545 | 5,668.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/10 | RCT | 545.00 | 0.70 | Address fee auditor issue (0.7) |
| 05/04/10 | RCT | 545.00 | 0.60 | Gather materials for fee auditor response (0.6) |
| 05/07/10 | RCT | 545.00 | 1.50 | Work on fee auditor response (1.5) |
| 05/19/10 | RCT | 545.00 | 2.00 | Work on fee auditor response (2.0) |
| 05/24/10 | RCT | 545.00 | 1.00 | Work on response to fee auditor (1.0) |
| 05/25/10 | RCT | 545.00 | 0.60 | Emails to Bailor, Phillips re time entries for fee auditor response (0.6) |
| 05/26/10 | RCT | 545.00 | 1.80 | Draft response to fee auditor (1.8) |
| 05/27/10 | PVL | 860.00 | 0.20 | Review draft ltr to Smith (.1); confer RCT re same (.1). |
| 05/27/10 | RCT | 545.00 | 2.00 | Draft response to FA (1.5); emails NDF and M. Peterson re response (0.3); T/Cs MP re response (0.2) |
| 05/28/10 | RCT | 545.00 | 0.20 | Review final report (0.2) |

**Total Task Code.32        10.60**

{D0182843.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | -685.70 |
| Air Freight & Express Mail | 20.21 |
| Long Distance-Equitrac In-House | 5.72 |
| Research Material | 41.84 |
| Travel Expenses - Ground Transportation | 1,022.16 |
| Xeroxing | 22.10 |
| **Total:** | **$ 426.33** |

{D0182843.1}