**EXHIBIT B**

**Case Administration (18.80 Hours; $ 4,570.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  18.80**


**Fee Applications, Applicant (6.40 Hours; $ 2,550.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  6.40**


**Plan & Disclosure Statement (20.10 Hours; $ 16,999.00)**

   Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  20.10**


**Travel – Non-Working (.70 Hours; $ 301.00)**

   Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  .70**


**Fee Auditor Matters (10.60 Hours; $ 5,840.00)**

   Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32  10.60**

{D0182844.1 }