## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | -685.70 |
| Air Freight & Express Mail | 20.21 |
| Long Distance-Equitrac In-House | 5.72 |
| Research Material | 41.84 |
| Travel Expenses - Ground Transportation | 1,022.16 |
| Xeroxing | 22.10 |
| **Total:** | **$ 426.33** |

{D0182845.1 }