Client Number:  4642          Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter      000                Disbursements                                                              6/18/2010

                                                                                        Print Date/Time: 06/18/2010 12:21:43PM

Attn:                                                                                                     Invoice #

                                              PREBILL / CONTROL  REPORT

                                                    Trans Date Range:  1/1/1950  to: 5/31/2010

Matter      000
Disbursements

Bill Cycle:     Monthly      Style:      i1       Start:    4/16/2001   Last Billed :   5/21/2010        13,655

                             $4,759.14
  Client Retainers Available              Committed to Invoices:       $0.00      Remaining:      $4,759.14

                                                  $3,878,789.74
                     Total Expenses Billed To Date           Billing Empl:        0120    Elihu  Inselbuch
                                                             Responsible Empl:     0120    Elihu  Inselbuch
                                                             Alternate Empl:       0120    Elihu  Inselbuch
                                                             Originating Empl:     0120    Elihu  Inselbuch

**Summary  by Employee**

                                        ---------- A C T U A L ----------      ---------- B I L L I N G---------
  Empl    Initials    Name                    Hours          Amount                Hours          Amount

  0020    PVL       Peter Van N Lockwood        0.00          216.00                0.00          216.00
  0120    EI        Elihu  Inselbuch            0.00           20.21                0.00           20.21
  0187    NDF       Nathan D Finch              0.00          120.46                0.00          120.46
  0220    SKL       Suzanne K Lurie             0.00            6.00                0.00            6.00
  0255    DAT       Denise A Tolbert            0.00            1.80                0.00            1.80
  0369    TEP       Todd E Phillips             0.00           41.84                0.00           41.84
  0396    RAH       Rolland A Hampton           0.00            6.10                0.00            6.10
  0999    C&D       Caplin & Drysdale           0.00           13.92                0.00           13.92

**Total Fees**                                 **0.00**       **426.33**           **0.00**       **426.33**

**Detail Time / Expense  by  Date**

                                                            ---------- A C T U A L ----------   ---------- B I L L I N G---------
  TransNo.      Description                TransType  Trans Date   Work Empl   Rate   Hours      Amount     Rate   Hours    Amount    Cumulative

                                                                       C&D
  2526722   Equitrac - Long Distance to 18136261334   E   05/03/2010   0999           0.00       $0.12            0.00     $0.12       0.12

{D0182846.1 }

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                              Page: 1
Matter      000                         Disbursements                                                        6/18/2010

Attn:                                                                        Print Date/Time: 06/18/2010 12:21:43PM

                                                                                                            Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2526787 | BostonCoach Corporation -Car Svc. to DCA Airport & from Pittsburgh, PA, 3/31/10   (NDF) | E | 05/04/2010 | 0187 | NDF | 0.00 | $1,022.16 | 0.00 | $1,022.16 | 1,022.28 |
| 2526799 | Pacer Service Center -Research, 1/1/10 - 3/31/10 (TEP) | E | 05/04/2010 | 0369 | TEP | 0.00 | $41.84 | 0.00 | $41.84 | 1,064.12 |
| 2532864 | Peter Van N. Lockwood -Svc. Fee for Amtrak Train Coach Fare for travel to/from Wilmington, DE, re: Hearing, 4/19/10 | E | 05/10/2010 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 1,104.12 |
| 2532865 | Peter Van N. Lockwood -Amtrak Train Coach Fare for travel to/from Wilmington, DE, re: Hearing, 4/19/10 | E | 05/10/2010 | 0020 | PVL | 0.00 | $176.00 | 0.00 | $176.00 | 1,280.12 |
| 2533920 | Equitrac - Long Distance to 14142649461 | E | 05/10/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,280.16 |
| 2534043 | Equitrac - Long Distance to 14142649461 | E | 05/11/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 1,280.24 |
| 2534140 | Equitrac - Long Distance to 14174614040 | E | 05/12/2010 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 1,280.28 |
| 2533383 | Executive Travel Associates -Credit One-Way Coach Airfare to Pittsburgh, PA, 4/21/10   (NDF) | E | 05/12/2010 | 0187 | NDF | 0.00 | -$901.70 | 0.00 | -$901.70 | 378.58 |
| 2533413 | Federal Express -Delivery to K.Hemming, 4/22/10 (EI) | E | 05/12/2010 | 0120 | EI | 0.00 | $12.42 | 0.00 | $12.42 | 391.00 |
| 2534207 | Equitrac - Long Distance to 13369269145 | E | 05/13/2010 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 391.08 |
| 2538627 | Photocopy | E | 05/13/2010 | 0999 | C&D | 0.00 | $5.70 | 0.00 | $5.70 | 396.78 |
| 2539037 | Photocopy | E | 05/19/2010 | 0220 | SKL | 0.00 | $6.00 | 0.00 | $6.00 | 402.78 |
| 2539319 | Photocopy | E | 05/21/2010 | 0999 | C&D | 0.00 | $2.50 | 0.00 | $2.50 | 405.28 |
| 2537079 | Federal Express -Delivery to K.Hemming, 5/13/10 (EI; Split w/ clients 4642 & 5632) | E | 05/24/2010 | 0120 | EI | 0.00 | $7.79 | 0.00 | $7.79 | 413.07 |
| 2537170 | Equitrac - Long Distance to 12123199240 | E | 05/24/2010 | 0999 | C&D | 0.00 | $3.36 | 0.00 | $3.36 | 416.43 |
| 2537716 | Equitrac - Long Distance to 13028886258 | E | 05/26/2010 | 0999 | C&D | 0.00 | $1.56 | 0.00 | $1.56 | 417.99 |

(D0182846.1 )

Client Number:  4642      Grace Asbestos Personal Injury Claimants         Page: 1

Matter        000      Disbursements          6/18/2010

Print Date/Time: 06/18/2010 12:21:43PM

Attn:          Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2539685 | Photocopy | E | 05/27/2010 | 0396 | RAH | 0.00 | $6.10 | 0.00 | $6.10 | 424.09 |
| 2540006 | Equitrac - Long Distance to 12123197125 | E | 05/27/2010 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 424.53 |
| 2540140 | Photocopy | E | 05/29/2010 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 424.73 |
| 2540141 | Photocopy | E | 05/29/2010 | 0255 | DAT | 0.00 | $1.60 | 0.00 | $1.60 | 426.33 |

Total Expenses

$426.33          $426.33

0.00          0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 426.33 | | 426.33 |
| Matter Total | 0.00 | 426.33 | 0.00 | 426.33 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $426.33 | | $426.33 |
| Prebill Total | 0.00 | $426.33 | 0.00 | $426.33 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 71,431 | 11/30/2009 | 344,685.75 | 68,937.15 |
| 72,159 | 12/18/2009 | 234,924.50 | 46,984.90 |
| 72,599 | 01/26/2010 | 288,633.50 | 57,726.70 |
| 73,026 | 02/26/2010 | 150,698.25 | 30,139.65 |
| 73,613 | 03/19/2010 | 43,300.50 | 8,660.10 |
| 74,007 | 04/22/2010 | 56,420.60 | 56,420.60 |
| 74,690 | 05/21/2010 | 35,568.47 | 35,568.47 |
| | | 1,169,852.57 | 307,561.77 |