# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| June 14, 2010 | | INVOICE: | 238125 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 05/31/10**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/02/10 | Attention to settlement issues relating to underlying claim estimates. | W001 | RYC | 0.40 |
| 05/03/10 | Reviewed insurance policies re: "exhaustion of underlying limits" and "follow form" language. | W001 | IF | 3.30 |
| 05/03/10 | Attention to potential settlement with insurance company. | W001 | RMH | 1.20 |
| 05/03/10 | Follow-up review of claim-related documents for settlement discussions. | W001 | RYC | 2.80 |
| 05/04/10 | Reviewed insurance policies re: exhausting underlying limits and "follow form" provision. | W001 | IF | 3.10 |
| 05/04/10 | Attention to settlement agreements and edit same. | W001 | RMH | 1.40 |
| 05/04/10 | Research and review inquiries from insolvent insurance company regarding proof of claim support. | W001 | RYC | 3.60 |
| 05/05/10 | Begin to review and revise time and expense entries. | W011 | AHP | 0.70 |
| 05/05/10 | Reviewed insurance policies re: follow form provisions and "method for exhausting underlying limits." | W001 | IF | 3.20 |
| 05/05/10 | Prepare pro hac vice motions for R. Chung and R. Horkovich in connection with NJ insolvency. | W001 | KES | 1.40 |
| 05/05/10 | Attention to settlements and edit same (.80). Negotiate settlement with one insurance company (.80). Prepare and communicate counter offer (.40). | W001 | RMH | 2.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 14, 2010                                     INVOICE:         238125

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/05/10 | Investigate issues raised by UK insolvent insurance company in connection with evaluation of claim (2.60). Attention to settlement discussion related disclosures (1.30). | W001 | RYC | 3.90 |
| 05/06/10 | Continue to review and revise time and expense entries. | W011 | AHP | 1.40 |
| 05/06/10 | Reviewed insurance policies re: "follow form" and "exhaustion of underlying limit information." | W001 | IF | 2.90 |
| 05/06/10 | Revise and finalize pro hac vice motions for New Jersey insolvency coverage action. | W001 | KES | 0.60 |
| 05/06/10 | Review and revise potential pleadings re: insurance policies. | W001 | MC | 2.60 |
| 05/06/10 | Follow-up regarding issues raised by insolvent insurance company in connection with evaluation of claim. | W001 | RYC | 1.80 |
| 05/07/10 | Reviewed insurance policies re: "underlying policy exhaustion" and "follow form." | W001 | IF | 3.10 |
| 05/07/10 | Finalize pro hac vice motion papers for NJ coverage litigation. | W001 | KES | 0.70 |
| 05/07/10 | Attention to proposed settlements. | W001 | RMH | 1.90 |
| 05/07/10 | Attention to insolvency proceedings from Integrity (.50). Attention to insurance recovery efforts from UK insolvent carrier (.70). | W001 | RYC | 1.20 |
| 05/10/10 | Review and revise current draft. | W011 | AHP | 1.30 |
| 05/10/10 | Reviewed insurance policies re: "exhaustion of policies" and "follow form" language. | W001 | IF | 0.60 |
| 05/10/10 | Resolve proof of claim documentation issues with insolvent foreign insurance company (1.50). Attention to resolution of issues regarding settlement discussions (2.80). | W001 | RYC | 4.30 |
| 05/11/10 | Analysis of selected insurance policies re: limits, aggregates, exclusions and other coverage issues (5.90); analysis of selected insurance policies and related documents re: policy limit impairments (.30). | W001 | GFF | 6.20 |
| 05/11/10 | Assisted with review of proposed insurance settlement agreement. | W001 | HEG | 2.20 |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:        100055.WRG01

June 14, 2010                                                                             INVOICE:               238125

MATTER:  CLAIMANTS COMMITTEE                                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/11/10 | Reviewed insurance policies re: "treatment of settled insurance companies in allocation." | W001 | IF | 2.30 |
| 05/11/10 | Attention to filing pro hac motion on behalf of claimant's committee. | W001 | KES | 0.40 |
| 05/11/10 | Finalize review of potential pleadings for R. Chung review. | W001 | MC | 0.40 |
| 05/11/10 | Work on insolvency claims. | W001 | MG | 2.00 |
| 05/11/10 | Review and comment upon fee applications. | W011 | RYC | 0.60 |
| 05/11/10 | Pursue litigation against state liquidator in connection with court resolution on notice of determination and review liquidation status (2.90). Follow-up with Highlands UK in connection with claimant inquiries (.50). | W001 | RYC | 3.40 |
| 05/12/10 | Draft and revise insurance policy data spreadsheets (1.10); analysis of selected insurance policies re: follow form, limits, aggregates and other coverages (2.80). | W001 | GFF | 3.90 |
| 05/12/10 | Reviewed Harper settlement agreement terms. | W001 | IF | 0.60 |
| 05/12/10 | Reviewed insurance policies re: "exhaustion of underlying policies" and "following form language." | W001 | IF | 2.70 |
| 05/12/10 | Finalize, revise and file pro hac vice motions in Integrity Liquidation. | W001 | KES | 0.60 |
| 05/12/10 | Work on two insolvency claims. | W001 | MG | 1.50 |
| 05/12/10 | Attention to settlement agreements. | W001 | RMH | 1.80 |
| 05/12/10 | Review and update pending cases with potential future impact on insurance coverage (1.60). Research and analysis regarding settlement discussion issues (2.70). | W001 | RYC | 4.30 |
| 05/13/10 | Finalize and release time and expense entries. | W011 | AHP | 0.90 |
| 05/13/10 | Reviewing documents and update monitoring chart. | W011 | AHP | 0.80 |
| 05/13/10 | Analysis of selected insurance policies re: limits, aggregates, exclusions and other coverage issues (4.10); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 4.80 |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                                  MATTER:        100055.WRG01

June 14, 2010                                                                    INVOICE:         238125

MATTER:  CLAIMANTS COMMITTEE                                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/13/10 | Reviewed insurance policies re: "settlement impact on erosion of underlying policies." | W001 | IF | 2.40 |
| 05/13/10 | Attention to settlement agreement terms with various insurance parties. | W001 | RMH | 3.30 |
| 05/13/10 | Review issues involved in connection with disputing notice of determination from Liquidator (.90). Research response to inquiries from Highlands UK regarding underlying claims data (.80). Attention to settlement discussion negotiations (3.00). | W001 | RYC | 4.70 |
| 05/14/10 | Review and revise insurance policy data spreadsheets (.80); analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (2.80). | W001 | GFF | 3.60 |
| 05/14/10 | Reviewed insurance policies re: "exhaustion of underlying policies" and "follow form" provisions. | W001 | IF | 3.10 |
| 05/14/10 | Review and analysis of Highlands UK confidentiality agreement (.50). Research and analysis regarding pending cases with potential impact on insurance coverage (2.60). Research and analysis regarding post-bankruptcy insurance issues (2.40). | W001 | RYC | 5.50 |
| 05/15/10 | Review draft confidentiality agreement re: UK insolvent and emails re: same. | W001 | MG | 0.60 |
| 05/16/10 | Attention to disclosure matters re: Schemes of Arrangement. | W001 | RYC | 0.30 |
| 05/17/10 | Analysis of selected insurance policies re: follow form, limits, exclusions, payment of "ultimate net loss" issues and other coverage issues (3.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 4.10 |
| 05/17/10 | Reviewed insurance policies re: "follow form language" and "availability of excess policies after settlement." | W001 | IF | 3.10 |
| 05/17/10 | Review correspondence from liquidator re liquidators request for a hearing (.20); email to R. Chung re: same (.10). | W001 | KES | 0.30 |
| 05/17/10 | Confer with mediator re: settlement opportunities. | W001 | RMH | 0.70 |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| June 14, 2010 | | INVOICE: | | 238125 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/17/10 | Research and review in connection with insurance settlement terms (1.80); Review and analysis in connection with pending case law re: coverage matters (1.90); Revise post-bankruptcy analysis re: coverage issues (1.80). | W001 | RYC | 5.50 |
| 05/18/10 | Analysis of selected settlement agreements re: scope of release issues (.80); analysis of selected insurance policies re: follow form, limits, exclusions and other coverage issues (3.40). | W001 | GFF | 4.20 |
| 05/18/10 | Reviewed insurance policies re:  "method for eroding/exhausting underlying coverage" and "follow form" language. | W001 | IF | 2.90 |
| 05/18/10 | Attention to one insurance company settlement (.90). Attention to two other insurance company settlements (.90). | W001 | RMH | 1.80 |
| 05/18/10 | Investigation and analysis in connection with insurance coverage cases affecting present settlement discussions (3.40); Review and analysis in connection with settlement agreement terms (1.30); review and analysis in connection with insolvency correspondence, status, and follow-up response (1.30); attention to post-bankruptcy related preparation matters (.70). | W001 | RYC | 6.70 |
| 05/19/10 | Analysis of selected insurance policies re: follow form, exclusions, limits and other coverage issues (3.30); draft and revise memo re: settlement issues (.60). | W001 | GFF | 3.90 |
| 05/19/10 | New insolvency queries researched. | W001 | HEG | 2.20 |
| 05/19/10 | Reviewed information re:  insolvent insurance company availability to pay claims. | W001 | IF | 1.40 |
| 05/19/10 | Reviewed insurance policies re:  "exhaustion of underlying coverage" and "follow form" language. | W001 | IF | 2.20 |
| 05/19/10 | Attention to settlement agreements. | W001 | RMH | 1.20 |
| 05/19/10 | Prepare analysis in connection with insolvency recovery progress and plans (2.20); work on revisions of post-bankruptcy and trust insurance recovery matters (2.60). | W001 | RYC | 4.80 |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

June 14, 2010                                     INVOICE:       238125

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/20/10 | Analysis of selected insurance company settlement agreements re: court approvals of same and related issues (.90); revise settlement data spreadsheets (.80); analysis of selected insurance policies re: limits, exclusions, payment issues and other coverage issues (3.10). | W001 | GFF | 4.80 |
| 05/20/10 | New insolvency status queries researched. | W001 | HEG | 1.60 |
| 05/20/10 | Reviewed new settlement agreements and updated chart information. | W001 | IF | 0.90 |
| 05/20/10 | Reviewed insurance policies re: "exhaustion of underlying coverage," "allocation" and "follow form" provisions. | W001 | IF | 1.40 |
| 05/20/10 | Work on insolvent claims. | W001 | MG | 2.20 |
| 05/20/10 | Attention to settlements with insurance companies. | W001 | RMH | 0.60 |
| 05/20/10 | Review and comment upon confidentiality agreement in connection with insolvent insurance company (1.80); continue work on revisions of post-bankruptcy and trust insurance recovery matters (2.50); follow-up analysis re: pending cases relating to settlement discussions (1.30). | W001 | RYC | 5.60 |
| 05/21/10 | Review and revise insurance policy data spreadsheets (.80); analysis of selected insurance policies re: follow form, exclusions and other coverage issue (3.30). | W001 | GFF | 4.10 |
| 05/21/10 | Detailed research, review and update of various insurance companies' insolvency status. | W001 | HEG | 4.20 |
| 05/21/10 | Reviewed insurance policies re: "payment of underlying limits" and "follow form" language. | W001 | IF | 2.10 |
| 05/21/10 | Work on insolvent claims. | W001 | MG | 2.20 |
| 05/21/10 | Review and analysis of materials in connection with disclosures to insolvent insurance company (1.40); review and analysis of support for settlement discussions coverage issues (1.50). | W001 | RYC | 2.90 |
| 05/23/10 | Review and analysis of documents relating to proof of claim for insolvent insurance company (1.80). Review and follow-up research regarding anticipated post-bankruptcy draft pleadings (1.30). | W001 | RYC | 3.10 |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 14, 2010                                     INVOICE:     238125

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/24/10 | Analysis of selected insurance policies re: limits, exclusions, payment issues, and other coverage issues (2.20); analysis of selected insurance settlement agreements re: method and timing of payments (1.90). | W001 | GFF | 4.10 |
| 05/24/10 | Review of insolvency status queries per R. Horkovich request. | W001 | HEG | 2.30 |
| 05/24/10 | Reviewed insurance policies re: "information about insurance company payment of underlying limits" and "follow form" language. | W001 | IF | 1.90 |
| 05/24/10 | Reviewed and updated information re: "products limits" availability, settlements and "amounts collected." | W001 | IF | 1.80 |
| 05/24/10 | Work on insolvent claims | W001 | MG | 2.20 |
| 05/24/10 | Attention to multiple (4) settlement negotiations with insurance companies. | W001 | RMH | 3.90 |
| 05/24/10 | Draft response settlement letter to insurance company requesting additional support for claims (2.50). Review issues regarding insolvent insurance company status and payments (1.70). Research regarding settlement discussion related insurance coverage issues (1.90). | W001 | RYC | 6.10 |
| 05/25/10 | Review, identify, and prepare specific policy provisions in W.R. Grace Insurance Company's insurance portfolio in connection with analysis of provisions potentially maximizing coverage. | W001 | CKN | 1.30 |
| 05/25/10 | Draft and revise insurance policy data spreadsheets (.90); analysis of selected insurance policies re: follow form, limits, payment issues and other coverage issues (5.80). | W001 | GFF | 6.70 |
| 05/25/10 | Respond to queries in connection with settlement discussions. | W001 | HEG | 1.60 |
| 05/25/10 | Reviewed insurance policies re: "information about insurance company payment of underlying limits" and "follow form" language. | W001 | IF | 2.60 |
| 05/25/10 | Work on insolvent claims. | W001 | MG | 2.40 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

June 14, 2010                                                                  INVOICE:           238125

MATTER:  CLAIMANTS COMMITTEE                                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/25/10 | Attention to proposed settlement agreement with one insurance company and edit proposed order. | W001 | RMH | 0.60 |
| 05/25/10 | Revisions to anticipated post-bankruptcy draft pleadings (2.80). Work on response to settlement discussion related coverage and claim issues (2.50). | W001 | RYC | 5.30 |
| 05/26/10 | Continued response to settlement discussion related queries (2.60); continued status update research re: insolvencies per R. Horkovich request (1.20). | W001 | HEG | 3.80 |
| 05/26/10 | Reviewed insurance policies re: "Payment of claims" and "follow form language." | W001 | IF | 3.60 |
| 05/26/10 | Work on payment stream project. | W001 | MG | 3.80 |
| 05/26/10 | Pursue insurance companies that have not responded to settlement overtures. | W001 | RMH | 1.40 |
| 05/26/10 | Revise settlement demand letter to insurance company (1.20). Review and analysis regarding settlement agreement terms (1.60). Prepare follow-up regarding settlement discussion status with various insurance companies (1.60). | W001 | RYC | 4.40 |
| 05/27/10 | Analysis of selected insurance settlement agreement re: payment issues (5.40); analysis of selected insurance policies re: exclusions, limits, payment issues and other coverage issues (1.30). | W001 | GFF | 6.70 |
| 05/27/10 | Researched policy language queries (1.60); assist with new settlement agreement analysis project (1.20). | W001 | HEG | 2.80 |
| 05/27/10 | Reviewed settlement agreements re: "payment for those agreements available to trust" and "availability of settlement proceeds." | W001 | IF | 6.30 |
| 05/27/10 | Work on payment stream project. | W001 | MG | 4.60 |
| 05/27/10 | Work on insolvent claim. | W001 | MG | 1.70 |
| 05/27/10 | Settlement meeting with an insurance company (2.30). Prepare for same (1.40). Draft follow-up report (1.30). | W001 | RMH | 5.00 |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:     100055.WRG01

June 14, 2010                                               INVOICE:         238125

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/27/10 | Prepare for settlement discussion meeting with specific insurance company (0.80). Prepare follow-up settlement letters to various non-settling insurance companies (2.80). Research in connection with insolvent insurance company status (2.20). | W001 | RYC | 5.80 |
| 05/28/10 | Analysis of selected insurance settlement agreements re: amounts and payments issues (3.40); review and revise settlement data spreadsheets (1.90); analysis of selected insurance policies re: limits, exclusions, follow form and other coverage issues (1.90). | W001 | GFF | 7.20 |
| 05/28/10 | Work on payment stream project. | W001 | MG | 4.40 |
| 05/28/10 | Attention to settlement negotiations with several insurance companies. | W001 | RMH | 2.80 |
| 05/28/10 | Prepare for, participate, and follow-up in connection with settlement discussion with insurance company's attorney (2.10). Review and revise settlement discussion follow-up letters (1.20). | W001 | RYC | 3.30 |
| 05/31/10 | Research and draft responses regarding insurance settlement discussion issues raised by carriers. | W001 | RYC | 3.00 |

**TOTAL FEES:**                                                                **$143,616.50**

{D0182819.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:         100055.WRG01

June 14, 2010                                                    INVOICE:            238125

MATTER:  CLAIMANTS COMMITTEE                                           ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 240.00 | 5.10 | 1,224.00 |
| Corina K Nastu | 220.00 | 1.30 | 286.00 |
| Glenn F Fields | 330.00 | 64.30 | 21,219.00 |
| Harris E Gershman | 265.00 | 20.70 | 5,485.50 |
| Izak Feldgreber | 285.00 | 57.50 | 16,387.50 |
| Kenneth E. Sharperson | 495.00 | 4.00 | 1,980.00 |
| Mark Garbowski | 565.00 | 27.60 | 15,594.00 |
| Michael Chung | 320.00 | 3.00 | 960.00 |
| Robert M Horkovich | 875.00 | 29.60 | 25,900.00 |
| Robert Y Chung | 585.00 | 93.30 | 54,580.50 |
| **TOTAL FEES:** | | | **$143,616.50** |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 14, 2010                                                  INVOICE:           238125

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|                       | HOURS  | TOTALS     |
|-----------------------|--------|------------|
| Corina K Nastu        | 1.30   | 286.00     |
| Glenn F Fields        | 64.30  | 21,219.00  |
| Harris E Gershman     | 20.70  | 5,485.50   |
| Izak Feldgreber       | 57.50  | 16,387.50  |
| Kenneth E. Sharperson | 4.00   | 1,980.00   |
| Michael Chung         | 3.00   | 960.00     |
| Mark Garbowski        | 27.60  | 15,594.00  |
| Robert M Horkovich    | 29.60  | 25,900.00  |
| Robert Y Chung        | 92.70  | 54,229.50  |
| **TOTAL:**            | 300.70 | $142,041.50 |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|                | HOURS | TOTALS    |
|----------------|-------|-----------|
| Arline H Pelton| 5.10  | 1,224.00  |
| Robert Y Chung | 0.60  | 351.00    |
| **TOTAL:**     | 5.70  | $1,575.00 |

{D0182819.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 14, 2010 | INVOICE: | 238125 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

### COSTS through 05/31/10

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 05/03/10 | DI - PHOTOCOPYING | E101 | 0.20 |
| 05/03/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 05/03/10 | DI - PHOTOCOPYING | E101 | 5.60 |
| 05/04/10 | DI - PHOTOCOPYING | E101 | 20.30 |
| 05/05/10 | DI - PHOTOCOPYING | E101 | 9.80 |
| 05/06/10 | DI - PHOTOCOPYING | E101 | 4.50 |
| 05/07/10 | FILING OR WITNESS FEES - VENDOR: COURT CALL LLC  Additional Court Call charges incurred for participation in hearing 4/13/10 | E125 | 37.00 |
| 05/07/10 | DI - PHOTOCOPYING | E101 | 3.40 |
| 05/11/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 05/11/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 05/12/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 05/12/10 | DI - PHOTOCOPYING | E101 | 0.50 |
| 05/12/10 | DI - PHOTOCOPYING | E101 | 1.00 |
| 05/12/10 | DI - PHOTOCOPYING | E101 | 9.60 |
| 05/14/10 | DI - FAX CHARGES | E104 | 13.50 |
| 05/14/10 | DI - PHOTOCOPYING | E101 | 0.30 |
| 05/17/10 | DI - PHOTOCOPYING | E101 | 32.60 |
| 05/17/10 | DI - PHOTOCOPYING | E101 | 9.00 |
| 05/18/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 05/18/10 | DI - PHOTOCOPYING | E101 | 17.00 |
| 05/18/10 | DI - PHOTOCOPYING | E101 | 8.50 |
| 05/21/10 | DI - PHOTOCOPYING | E101 | 0.60 |
| 05/25/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 05/25/10 | DI - PHOTOCOPYING | E101 | 1.00 |
| 05/25/10 | DI - PHOTOCOPYING | E101 | 7.90 |
| 05/26/10 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service | E125 | 90.00 |
| 05/26/10 | DI - PHOTOCOPYING | E101 | 1.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:    100055.WRG01

June 14, 2010                                                INVOICE:      238125

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/26/10 | DI - PHOTOCOPYING | E101 | 0.80 |
| 05/27/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 711235680 Tracking Number: 791529124577 Reference: 100055 WRG01 02 594  Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK, NY, 10020, US To: Amy R Paulus, Esq, Clausen Miller PC, 10 S LaSalle St Ste 1600, CHICAGO, IL, 60603, US | E107 | 23.19 |
| 05/27/10 | DI - PHOTOCOPYING | E101 | 100.80 |
| 05/27/10 | DI - PHOTOCOPYING | E101 | 4.00 |
| 05/27/10 | DI - PHOTOCOPYING | E101 | 9.20 |
| 05/27/10 | DI - PHOTOCOPYING | E101 | 0.40 |
| 05/28/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 711235680 Tracking Number: 791267207628 Reference: 100055 wrg01 02 594  Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK, NY, 10020, US To: Mr Jay Horowitz, Strategic Workforce Solutions,, 110 E 42nd Street, Suite 800, NEW YORK CITY, NY, 10017, US | E107 | 7.90 |
| 05/28/10 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 711235680 Tracking Number: 792828362803 Reference: 100055 wrg01 02 594  Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK, NY, 10020, US To: Michael F Brown, Drinker Biddle, One Logan Square, PHILADELPHIA, PA, 19103, US | E107 | 7.90 |
| 05/28/10 | DI - PHOTOCOPYING | E101 | 34.50 |

**TOTAL COSTS:**                                                       **$466.09**

{D0182819.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:         100055.WRG01

June 14, 2010                                                          INVOICE:          238125

MATTER:  CLAIMANTS COMMITTEE                                    ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 38.99 |
| FE | FILING OR WITNESS FEES | 37.00 |
| FX | DI - FAX CHARGES - | 13.50 |
| MR | MESSENGER SERVICE | 90.00 |
| XE | DI - PHOTOCOPYING - | 286.60 |
|  | **TOTAL COSTS:** | **$466.09** |
|  | **TOTAL DUE:** | **$144,082.59** |

{D0182819.1 }