Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2010 through May 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 4-May-10 | BR | Review of weekly update report for Grace and attached article. | 0.10 | $ 595.00 | $ 59.50 |
| 4-May-10 | BR | Review and analysis of Grace's May 2010 Bank Forecast. | 2.30 | $ 595.00 | $ 1,368.50 |
| 26-May-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| | | Total Bradley Rapp | 2.50 | | $ 1,487.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 3-May-10 | JS | Review, analyze Company's 5-year forecast provided to exit financing lenders for monitoring and for purposes of advising ACC counsel. | 2.40 | $ 595.00 | $ 1,428.00 |
| 4-May-10 | JS | Review pricing data and information on joint venture with the construction chemical division for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 11-May-10 | JS | Review Oly acquisition (Brazil) for due diligence. | 0.30 | $ 595.00 | $ 178.50 |
| 12-May-10 | JS | Review, analyze 2009 and 2010 Funding schedules for the Defined Benefit Pension Plans (DB Plan) for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 17-May-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 19-May-10 | JS | Review AON funding schedules for Defined Benefit Plan, 5-year forecast (Bank Presentation) in preparation for call with AON and Grace on May 20, 2010, for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 20-May-10 | JS | Conference call with AON and Grace regarding funding of DB Plan for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 26-May-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total James Sinclair | 8.50 | | $ 5,057.50 |
| **Robert Lindsay - Managing Director** | | | | | |
| 22-May-10 | RL | Review and revise April 2010 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| | | Total Robert Lindsay | 0.20 | | $ 110.00 |
| **Peter Cramp - Senior Analyst** | | | | | |
| 3-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 3-May-10 | PC | Review Bank Forecast Presentation for due diligence. | 1.60 | $ 275.00 | $ 440.00 |
| 10-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 11-May-10 | PC | Review asset purchase slides sent by Blackstone for due diligence. | 0.70 | $ 275.00 | $ 192.50 |
| 12-May-10 | PC | Review and analyze 1Q 10-Q for due diligence. | 2.20 | $ 275.00 | $ 605.00 |
| 17-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 17-May-10 | PC | Review 8-K filing regarding incentive compensation for due diligence. | 0.90 | $ 275.00 | $ 247.50 |
| 18-May-10 | PC | Review 2009 & 2010 Funding & Contribution Summary prepared by AON and other documents in preparation for conference call. | 4.30 | $ 275.00 | $ 1,182.50 |
| 19-May-10 | PC | Further review of documents in preparation for conference call. | 2.40 | $ 275.00 | $ 660.00 |
| 20-May-10 | PC | Conference call with Company, AON and financial advisors to discussion pension funding and contribution. | 0.50 | $ 275.00 | $ 137.50 |
| 24-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 24-May-10 | PC | Review April Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| | | Total Peter Cramp | 19.00 | | $ 5,225.00 |
| **Gibbons Sinclair - Senior Analyst** | | | | | |
| 20-May-10 | GS | Conference call with Grace regarding pension funding. | 0.50 | $ 275.00 | $ 137.50 |
| 24-May-10 | GS | Draft WR Grace April 2010 Invoice. | 1.50 | $ 275.00 | $ 412.50 |
| | | Total Gibbons Sinclair | 2.00 | | $ 550.00 |
| | | **TOTAL** | 32.20 | | $ 12,430.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2010 through May 31, 2010

| Date | Staff | Description | Hours | 2010 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 3-May-10 | JS | Review, analyze Company's 5-year forecast provided to exit financing lenders for monitoring and for purposes of advising ACC counsel. | 2.40 | $ 595.00 | $ 1,428.00 |
| 11-May-10 | PC | Review asset purchase slides sent by Blackstone for due diligence. | 0.70 | $ 275.00 | $ 192.50 |
| | | Total Asset Analysis and Recovery | 3.10 | | $ 1,620.50 |
| **Employee Benefits/Pension** | | | | | |
| 12-May-10 | JS | Review, analyze 2009 and 2010 Funding schedules for the Defined Benefit Pension Plans (DB Plan) for purposes of advising ACC counsel. | 1.20 | $ 595.00 | $ 714.00 |
| 17-May-10 | PC | Review 8-K filing regarding incentive compensation for due diligence. | 0.90 | $ 275.00 | $ 247.50 |
| 18-May-10 | PC | Review 2009 & 2010 Funding & Contribution Summary prepared by AON and other documents in preparation for conference call. | 4.30 | $ 275.00 | $ 1,182.50 |
| 19-May-10 | PC | Further review of documents in preparation for conference call. | 2.40 | $ 275.00 | $ 660.00 |
| 19-May-10 | JS | Review AON funding schedules for Defined Benefit Plan, 5-year forecast (Bank Presentation) in preparation for call with AON and Grace on May 20, 2010, for purposes of advising ACC counsel. | 2.20 | $ 595.00 | $ 1,309.00 |
| 20-May-10 | JS | Conference call with AON and Grace regarding funding of DB Plan for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| 20-May-10 | GS | Conference call with Grace regarding pension funding. | 0.50 | $ 275.00 | $ 137.50 |
| 20-May-10 | PC | Conference call with Company, AON and financial advisors to discussion pension funding and contribution. | 0.50 | $ 275.00 | $ 137.50 |
| | | Total Employee Benefits/Pension | 12.50 | | $ 4,685.50 |
| **Fee Applications (Applicant)** | | | | | |
| 24-May-10 | RL | Review and revise April 2010 invoice. | 0.20 | $ 550.00 | $ 110.00 |
| 24-May-10 | PC | Review April Fee Application. | 0.40 | $ 275.00 | $ 110.00 |
| 24-May-10 | GS | Draft WR Grace April 2010 Invoice. | 1.50 | $ 275.00 | $ 412.50 |
| | | Total Fee Applications (Applicant) | 2.10 | | $ 632.50 |
| **Valuation** | | | | | |
| 3-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 275.00 | $ 385.00 |
| 3-May-10 | PC | Review Bank Forecast Presentation for due diligence. | 1.60 | $ 275.00 | $ 440.00 |
| 4-May-10 | BR | Review of weekly update report for Grace and attached article. | 0.10 | $ 595.00 | $ 59.50 |
| 4-May-10 | BR | Review and analysis of Grace's May 2010 Bank Forecast. | 2.30 | $ 595.00 | $ 1,368.50 |
| 4-May-10 | JS | Review pricing data and information on joint venture with the construction chemical division for purposes of advising ACC counsel. | 0.80 | $ 595.00 | $ 476.00 |
| 10-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 275.00 | $ 440.00 |
| 11-May-10 | JS | Review Oly acquisition (Brazil) for due diligence. | 0.30 | $ 595.00 | $ 178.50 |
| 12-May-10 | PC | Review and analyze 1Q 10-Q for due diligence. | 2.20 | $ 275.00 | $ 605.00 |
| 17-May-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 595.00 | $ 357.00 |
| 17-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 275.00 | $ 467.50 |
| 24-May-10 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 275.00 | $ 357.50 |
| 26-May-10 | BR | Review of weekly update report for Grace. | 0.10 | $ 595.00 | $ 59.50 |
| 26-May-10 | JS | Review pricing data and information for purposes of advising ACC counsel. | 0.50 | $ 595.00 | $ 297.50 |
| | | Total Valuation | 14.50 | | $ 5,491.50 |
| | | **TOTAL** | 32.20 | | $ 12,430.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2010 through May 31, 2010
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.50 | $ 595.00 | $ 1,487.50 |
| James Sinclair - Senior Managing Director | 8.50 | $ 595.00 | $ 5,057.50 |
| Robert Lindsay - Managing Director | 0.20 | $ 550.00 | $ 110.00 |
| Peter Cramp - Senior Analyst | 19.00 | $ 275.00 | $ 5,225.00 |
| Gibbons Sinclair - Senior Analyst | 2.00 | $ 275.00 | $ 550.00 |
| Total Professional Hours and Fees | 32.20 | | $ 12,430.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - May 1, 2010 through May 31, 2010

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period. |  |
|      | Total Expenses May 1, 2010 through May 31, 2010 | $0.00 |