## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                               May 1, 2010 to May 31, 2010

                                                    Invoice No. 35646

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 16.30 | 4,414.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 0.40 | 130.00 |
| B18 | Fee Applications, Others - | 2.10 | 339.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 1.00 | 325.00 |
| B25 | Fee Applications, Applicant - | 8.20 | 1,418.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 4.60 | 1,489.50 |
| B36 | Plan and Disclosure Statement - | 11.30 | 3,585.00 |
| B37 | Hearings - | 0.10 | 32.50 |
| B41 | Relief from Stay Litigation - | 0.20 | 65.00 |
| | **Total** | **44.20** | **$11,798.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 1.30 | 351.00 |
| Regina Matozzo | 200.00 | 6.80 | 1,360.00 |
| Theodore J. Tacconelli | 325.00 | 26.70 | 8,677.50 |
| Legal Assistant - MH | 150.00 | 9.40 | 1,410.00 |
| **Total** | | **44.20** | **$11,798.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                          **$401.64**

| Invoice No. 35646 | Page 2 of 8 | | June 28, 2010 |
|---|---|---|---|

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-01-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review debtors' 35th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review debtors' 35th quarterly report of asset sales | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with City of Vancouver | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review amended claim settlement notice re claim no. 6080 with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. O'Neill re proposed confirmation order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing proposed confirmation order by debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing exhibits in exhibit book to 1st amended plan as modified through 3/19/10 | 0.60 | TJT |
| May-03-10 | *Case Administration* - Review case management memo re: week ending 4/30/2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re case status for week ending 4/30/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 4/30/10 | 0.10 | TJT |
| | *Case Administration* - Review 12th amended 2019 statement by CWG and LRC | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Conseilersimmobiliers | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing exhibits in exhibit book for 1st amended plan as modified through 3/19/10 | 2.20 | TJT |
| | *Fee Applications, Others* - Download, review and revise Bilzin's 36th Quarterly Fee Application and supporting documents, prepare notice and certificate of service re same for filing on 5/14/10 | 0.50 | MH |
| May-04-10 | *Fee Applications, Applicant* - Review March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re J. Baer 35th interim period | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review certificate of counsel re proposed order disallowing 2 Canadian PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Fair Mall leaseholds | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to approve settlement with North Star Ins. Co. with attachment | 0.80 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Edit March 2010 prebill | 0.30 | MH |
|  | *Fee Applications, Applicant* - Modify March 10 invoice; prepare notice, fee application and certificate of service re same | 0.80 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve March 2010 fee application | 0.40 | MH |
| May-05-10 | *Case Administration* - Confer with T. Tacconelli re: various remaining case issues | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review Fee Auditor's Final Report re Foley Hoag 35th interim period | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Confer with RM reduction in daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with Atlantic Shopping Centers | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review certificate of counsel re order resolving G. Munoz motion for relief from stay | 0.10 | TJT |
| May-06-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order approving debtors' motion to approve settlement with Employers' Mutual | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review plan proponents proposed confirmation order | 2.20 | TJT |
| May-07-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging PD claim nos. 11627 and 12476 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Finish review of proposed confirmation order | 1.20 | TJT |
| May-08-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review order dismissing Munoz motion for relief from stay | 0.10 | TJT |
| May-10-10 | *Case Administration* - Review case management memo re: week ending 5-7-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re case status for week ending 5/7/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |

| Invoice No. 35646 | Page 4 of 8 | | June 28, 2010 |
|---|---|---|---|

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 5/7/10 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Retrieve voice mail message from committee member, return call to committee member, review correspondence from committee member re status of plan | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re plan status | 0.30 | TJT |
| May-11-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RM re transfer of insurance rights research | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re transfer of insurance rights | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Prepare memo to committee member re plan status and appeals re transfer of insurance rights | 0.50 | TJT |
| May-12-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Respond to fee auditor's initial report re Ferry, Joseph & Pearce's 35th interim period quarterly fee application | 3.50 | TJT |
| | *Case Administration* - Review fee auditor's final report re K&E 35th interim period with attachments | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review certificate of counsel re corrected order re debtors' motion to approve settlement with Employers' Mutual with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re status of plan | 0.10 | TJT |
| May-13-10 | *Fee Applications, Others* - Review Bilzin 36th interim quarterly fee app request for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 36th quarterly fee app request and confer with M. Hedden re: same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 36th quarterly period; draft fee application, notice and certificate of service re same | 3.30 | MH |
| May-14-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Update fee app/CNO completion chart | 0.20 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 36th Quarterly Fee Application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.70 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file 36th Quarterly Fee Application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.70 | MH |
| May-15-10 | *Case Administration* - Review debtors' monthly operating report for March 2010 | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review claims settlement notice for claim nos. 9687 and 9688 with attachments | 0.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review corrected order approving debtors' motion to approve settlement with Employers Mutual | 0.10 | TJT |
| May-17-10 | *Case Administration* - Confer with T. Tacconelli re: debtors filing of motion to reopen adversary proceedings | 0.10 | LLC |
|  | *Case Administration* - Review debtors' motion to reopen FT cases | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by 3 Canadian PD claimants | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Research re possible reversal of Frenville 3rd circuit case re plan implications for WR Grace plan | 1.20 | TJT |
| May-18-10 | *Case Administration* - Review case management memo to re week ending 5-14-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re case status for week ending 5/14/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 5/14/10 | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Review affidavit of D. Vandeusen | 0.10 | TJT |
| May-19-10 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin March 2010 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's March 2010 fee application | 0.30 | MH |
|  | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's March 2010 fee application | 0.40 | MH |
| May-20-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.10 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review reservation of rights by MCC re debtors' claim objection | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review objection by MCC to Libby Claimants' joinder in debtors' objection to MCC's claims | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review reply by Libby Claimants to response by MCC in opposition to debtors' objection to MCC's claims with attachment | 0.60 | TJT |
| May-21-10 | *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with T. Tacconelli re MCC claims and other issues | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review notice of request for services by R. Higgins | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' response brief to MCC's reply to debtors' objection to MCC claims with numerous citations to transcripts and cases | 1.20 | TJT |
| May-23-10 | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re amended claims settlement notice for claim nos. 6080 and 124668 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review reply by PIFCR and PI Committee in support of debtors' objection to MCC's claims | 0.10 | TJT |
| May-24-10 | *Case Administration* - Review case management memo to re: week ending 5-21-2010 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review docket re case status for week ending 5/21/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 5/21/10 | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Deloitte Jan. 09-Sept. 09 | 0.10 | TJT |
| May-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's April prebill | 0.80 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with Northstar re insurance | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Edit April prebill | 0.20 | MH |
| May-26-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: March 2010 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review two miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Harper Insurance Company with attachment | 1.50 | TJT |
|  | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re March 2010 fee application | 0.30 | MH |
|  | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re March 2010 fee application | 0.30 | MH |
| May-27-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, | 0.30 | RM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | district court and adversary proceedings, memos to T. Tacconelli re same | | |
| | *Case Administration* - Review certificate of counsel re Lauzon Belanger revised fee application | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Venable 35th interim period with attachment | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| May-28-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review e-mail from B. Ruhlander re Fee Auditor's Final Report re 35th interim period -- no objections | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 35th interim period | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. O'Neill re fee charts for 35th interim period | 0.10 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Fee Applications, Applicant* - Modify April 10 invoice; prepare notice, fee application and certificate of service re same | 0.70 | MH |
| May-29-10 | *Case Administration* - Review Fee Auditor's Final Report re second application of Hogan Firm with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review designation of issues and appeal re 2 Canadian PD claimants | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of statement of issues on appeal by 2 Canadian PD claimants | 0.10 | TJT |
| | *Hearings* - Review agenda for 6/7/10 hearing | 0.10 | TJT |
| May-31-10 | *Case Administration* - Review draft of 35th interim period quarterly fee charts | 0.20 | TJT |
| | Totals | 44.20 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| May-03-10 | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.20 |
| May-04-10 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 3.60 |
| May-12-10 | Photocopy Cost | 2.40 |
| | Blue Marble - hand deliveries (Inv #13501) | 57.00 |
| May-13-10 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |

**Invoice No. 35646** **Page 8 of 8** **June 28, 2010**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 1.10 |
| May-14-10 | Photocopy Cost | 20.40 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.00 |
| May-15-10 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.70 |
| May-17-10 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 2.30 |
|  | Photocopy Cost | 2.20 |
| May-19-10 | Photocopy Cost | 3.00 |
|  | Photocopy Cost | 1.20 |
|  | postage | 8.40 |
| May-20-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 2.00 |
|  | Blue Marble - cc- 2.80; service 12.32 (Inv # 41782) | 15.12 |
| May-21-10 | Blue Marble - cc- 5.60; service 12.32 (Inv # 41780) | 17.92 |
| May-23-10 | Photocopy Cost | 0.60 |
| May-24-10 | Photocopy Cost | 0.90 |
|  | First State Deliveries - hand delivery | 6.50 |
| May-25-10 | Photocopy Cost | 0.90 |
|  | Blue Marble - hand deliveries (Inv #13606) | 209.00 |
| May-26-10 | First State Deliveries - hand deliveries | 32.50 |
| May-27-10 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.80 |
|  | Totals | $401.64 |
|  | **Total Fees & Disbursements** | **$12,200.14** |