## EXHIBIT A

## May 2010 Fee Detail

**Matter 3**            **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/13/10 | Review correspondence from National Union re Tennessee Bond and prepare correspondence re same (.30); follow up on response to correspondence re same (.20). | 0.50 | $625 | $ 312.50 |
| | | | 0.50 | | $ 312.50 |

Matter 4 — Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/3/10 | Review all current Grace projects and prepare checklist re same (.50); review newly filed pleadings and attend to same (.30). | 0.80 | $625 | $ 500.00 |
| JSB | 5/4/10 | Review case status checklist and revise same (.30); confer with J. Carignan re status of case (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 5/7/10 | Review newly filed pleadings and signed orders and attend to same (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 5/10/10 | Review correspondence re case inquiries and prepare responses re same (.30); follow up on various outstanding matters (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 5/12/10 | Confer with K. O'Connell (creditor) re case status (.20). | 0.20 | $625 | $ 125.00 |
| JSB | 5/18/10 | Confer with R. Higgins re detailed status of all projects for Confirmation and claims matters (.40); review recently filed pleadings and attend to issues re same (.40); review draft press release (.20). | 1.00 | $625 | $ 625.00 |
| RJH | 5/18/10 | Confer with J. Baer re outstanding items (.40); revise working list re same (1.50). | 1.90 | $475 | $ 902.50 |
| JSB | 5/20/10 | Review revised chart of outstanding matters and further revise same (.40); confer re same with various parties (.20). | 0.60 | $625 | $ 375.00 |
| JSB | 5/24/10 | Review newly filed pleadings and correspondence and attend to same (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 5/26/10 | Review and update outstanding projects list (.50). | 0.50 | $475 | $ 237.50 |
| Total | | | 7.10 | | $4,077.50 |

2

| Matter 6 | | Claims Analysis Objection and Resolution (Non-Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 5/3/10 | Review newly filed responses to employee claims objections and prepare transmittal re same (.40); confer re status of various claims (.30); confer with A. Krieger re Oldon/ Easthampton (.20); review Easthampton draft consent decree (.50). | 1.40 | $625 | $ 875.00 |
| RJH | 5/3/10 | Prepare for and participate in telephone conference with V. Knox re claims matters (.50); prepare Grau stipulation and notice for execution and filing and circulate same to client (.60); exchange correspondence re same (.50); review and analyze additional employee claims letters and exchange correspondence with various parties re same (.60); telephone conference with B. Steffen re litigation claims issues (.70). | 2.90 | $475 | $1,377.50 |
| JSB | 5/4/10 | Review status chart re employee claims and confer with R. Higgins re same (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 5/4/10 | Revise Claims and other projects list and analyze claims re same (2.30); analyze various issues re litigation claims (.50); telephone conference with J. Hughes re various claims (.40); exchange correspondence with E. Wolfe re Norfolk Southern claims (.40); prepare letters to employees re written responses (1.60); revise status chart re employee written responses and analyze responses for legal issues (.90); confer with J. Baer re same (.20); review and analyze NH Atty General letter re late-filed claim (.30). | 6.60 | $475 | $3,135.00 |
| RJH | 5/5/10 | Draft affidavits and analyze record re foreign entity employee claim (2.50); review and analyze materials in support of Massachusetts tax claims and settlement thereof (1.20); draft settlement stipulation (1.50). | 5.20 | $475 | $2,470.00 |
| RJH | 5/6/10 | Review and analyze materials in support of Massachusetts tax claims and settlement thereof (.70); draft settlement stipulation (1.20). | 1.90 | $475 | $ 902.50 |
| RJH | 5/7/10 | Review and analyze materials in support of Massachusetts tax claims and settlement thereof (.50); draft settlement stipulation (1.30); review and respond to correspondence re employee claims (.40). | 2.20 | $475 | $1,045.00 |
| RJH | 5/10/10 | Review and analyze materials in support of Massachusetts tax claims and settlement thereof (1.50); draft settlement stipulation (4.30); prepare Grau settlement for filing and exchange correspondence with various parties re same (.60). | 6.40 | $475 | $3,040.00 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/11/10 | Review and analyze materials in support of Massachusetts tax claims and settlement thereof (1.40); draft settlement stipulation (3.70); prepare Grau settlement for filing and exchange correspondence with various parties re same (.30). | 5.40 | $475 | $2,565.00 |
| RJH | 5/12/10 | Review and analyze employee claims issues (.20); draft affidavits for claim objection (.30); legal research re same (.20); exchange correspondence with various parties re Hanmar lease rejection claim and analyze issues re same (.70); review and revise Massachusetts settlement stipulation (5.40); prepare for and participate in telephone conference with I. Slomka re same (.70); draft correspondence to C. Finke re same (.60); telephone conference with I. Slomka and C. Finke re same (1.20); edit and revise Walpole motion (.80). | 10.10 | $475 | $4,797.50 |
| JSB | 5/13/10 | Confer with R. Higgins re status of numerous claims (.30); review and respond to creditor inquiries re claim and case status (.20). | 0.50 | $625 | $ 312.50 |
| RJH | 5/13/10 | Exchange correspondence and analyze documents re Grau settlement (.90); prepare for and participate in telephone conference with I. Slomka re Massachusetts tax settlement (.80); revise exhibits to draft settlement agreement (1.90); analyze constituent documents re same (1.10); review and analyze various claims issues and exchange correspondence re same (.30); confer with J. Baer re same (.20). | 5.20 | $475 | $2,470.00 |
| RJH | 5/14/10 | Exchange correspondence and review and analyze issues re various claims settlements (.90); prepare correspondence and review and analyze documents re Grau settlement (1.30); revise draft settlement agreement and exhibits re Massachusetts tax claims (1.90). | 4.10 | $475 | $1,947.50 |
| RJH | 5/17/10 | Prepare for and participate in telephone conference with I. Slomka re Massachusetts tax settlement (.80); revise draft settlement re same (.90); exchange correspondence with various parties re same (.50); legal research and analyze documents re employee claims issues (.80); exchange correspondence with various parties re same (.60); exchange correspondence with various parties re claims issues (1.10). | 4.70 | $475 | $2,232.50 |
| RJH | 5/18/10 | Exchange correspondence with various parties re claims issues (.60); analyze issues re various outstanding tax claims (.50); prepare for and participate in telephone conference with E. Lieb re employee claims objection issues (.80); revise documentation re same (.70). | 2.60 | $475 | $1,235.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/19/10 | Prepare for and participate in telephone conference with J. Hughes re various litigation claims (.60); engage in claims analysis and update various claims reports (2.50); review and revise Easthampton/Oldon claim settlement motion (2.70). | 5.80 | $475 | $2,755.00 |
| RJH | 5/20/10 | Prepare for and participate in telephone conference with J. Carignan re lease termination claims issues (.50); review and analyze documents and draft correspondence re same (.60); prepare for and participate in telephone conference with C. Finke, I. Slomka et al. re Massachusetts settlement issues (2.10); analyze client documents and revise settlement agreement re same (2.30); exchange correspondence with A. Krieger re Grau settlement and follow up on issues re same (.40); telephone conference with A. Krieger re same (.50); analyze documents and draft correspondence re same (.60). | 7.00 | $475 | $3,325.00 |
| JSB | 5/21/10 | Review data from BMC claims analysis (.30); confer with BMC and R. Higgins re BMC work product and review of same (1.20); further review correspondence on BMC revised work product (.30). | 1.80 | $625 | $1,125.00 |
| RJH | 5/21/10 | Telephone conference with A. Krieger re Grau settlement (.30); exchange correspondence with various parties re same (.30); review client documents re Massachusetts settlement, revise draft settlement agreement and exchange correspondence with various parties re same (2.50). | 3.10 | $475 | $1,472.50 |
| RJH | 5/22/10 | Review client documents re Massachusetts settlement and revise draft settlement agreement (3.30). | 3.30 | $475 | $1,567.50 |
| RJH | 5/24/10 | Review client documents re Massachusetts settlement and revise draft settlement agreement (1.90); prepare for and participate in telephone conference with I. Slomka re same (.90); draft correspondence re same (.50); prepare draft settlement agreement with Fresenius re same (2.40); prepare for and participate in conference call with client re Grau settlement (.60); prepare for and participate in conference call with A. Krieger et al. re same (.70). | 7.00 | $475 | $3,325.00 |
| JSB | 5/25/10 | Confer with BMC re case access for claims review (.70); review B-Linx re same (.60); review charts of claims re BMC project (.30); further confer re revising charts and review same (.70). | 2.30 | $625 | $1,437.50 |
| RJH | 5/25/10 | Review and analyze client correspondence re Massachusetts settlement (.30); telephone conference with I. Slomka re same (.40); revise draft settlement agreement re same (3.90); prepare draft settlement agreement with Fresenius re same (2.50). | 7.10 | $475 | $3,372.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/26/10 | Review BMC claims summaries (.70); Confer with R. Higgins re same (.70); review claims documentation re interest rate and allowed claim issues (.50); confer with R. Higgins re MA tax settlement (.20); confer with R. Higgins re claims/ interest review status (.20). | 2.30 | $625 | $1,437.50 |
| RJH | 5/26/10 | Prepare for conference and confer with C. Finke, I. Slomka et al. re Massachusetts tax settlement and follow up re same (1.40); revise draft Massachusetts settlement (.50); revise draft Fresenius settlement (.20); confer with J. Hughes re Norfolk Southern claim and exchange correspondence with various parties re same (.60); confer with J. Baer re MA tax settlement (.20); confer with J. Baer re claims/ interest review status (.20). | 3.10 | $475 | $1,472.50 |
| RJH | 5/27/10 | Confer with E. Lieb re employee claims issues and review latest status of resolution of issues re employee responses (1.10); telephone conference with C. Finke re Massachusetts settlement issues (.70); revise settlement agreement and consider issues re same (1.90). | 3.70 | $475 | $1,757.50 |
| RJH | 5/28/10 | Exchange correspondence with I. Slomka re Massachusetts tax settlement agreement and revise same (1.10). | 1.10 | $475 | $ 522.50 |
| Total | | | 107.10 | | $52,162.50 |

| Matter 8 | | Employee Benefits/Pension | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/26/10 | Review and revise draft DB Plan minimum contribution funding motion and exchange correspondence with various parties re same (1.10). | 1.10 | $475 | $ 522.50 |
| Total | | | 1.10 | | $ 522.50 |

7

**Matter 11**                                **Employment Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/7/10 | Review draft quarterly fee application (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 5/7/10 | Prepare Fifth Quarterly Fee Application (4.80). | 4.80 | $475 | $2,280.00 |
| RJH | 5/10/10 | Prepare Fifth Quarterly Fee Application (1.30). | 1.30 | $475 | $ 617.50 |
| RJH | 5/11/10 | Prepare Fifth Quarterly Fee Application for filing and cause to be filed (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 5/19/10 | Review and revise April fee detail (1.50); prepare April expense detail and application (.80). | 2.30 | $625 | $1,437.50 |
| RJH | 5/19/10 | Prepare April fee application (2.90). | 2.90 | $475 | $1,377.50 |
| JSB | 5/21/10 | Review and revise April fee application (.50). | 0.50 | $625 | $ 312.50 |
| Total | | | 12.70 | | $6,512.50 |

| | Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | | Description | Time | Rate | Amount |
| JSB | 5/3/10 | | Confer with court re fraudulent conveyance fees and prepare correspondence re same (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 5/4/10 | | Review Hogan special counsel applications in light of orders re same (.30); prepare correspondence re same (.20); review PD FCR correspondence re same (.20); prepare motion to reopen adversary cases to address fraudulent conveyance fees (.80). | 1.50 | $625 | $ 937.50 |
| JSB | 5/5/10 | | Review Canadian Special Counsel applications and attached exhibits and documents (2.50); prepare summary of issues re same (.60); continue preparation of motion on reference re Fraudulent Conveyance Fees and revise same (.90). | 4.00 | $625 | $2,500.00 |
| JSB | 5/6/10 | | Complete preparation of draft motion on Fraudulent Conveyance Adversary Proceeding (1.0); prepare correspondence re same (.30); prepare draft order re same (.50); begin preparation of draft motion to withdraw reference on fee matter (.70). | 2.50 | $625 | $1,562.50 |
| JSB | 5/7/10 | | Continue preparation of motion to withdraw reference re Adversary Proceedings (1.50); revise same and prepare transmittal to Delaware Counsel and follow up re same (.50). | 2.00 | $625 | $1,250.00 |
| JSB | 5/10/10 | | Review further correspondence re Canadian Counsel fees and revised invoices re same (.80); prepare correspondence re same (.30). | 1.10 | $625 | $ 687.50 |
| JSB | 5/11/10 | | Review Canadian Special Counsel current fee applications (.40); confer with D. Hogan re fee applications (.30); confer with T. Freedman re Special Counsel fee issues (.30); further confer with D. Hogan re Special Counsel issues (.40); review correspondence on new OCP affidavit (.20). | 1.60 | $625 | $1,000.00 |
| JSB | 5/12/10 | | Confer with T. Freedman re Canadian Counsel fee applications and strategy issues (.40); confer with K. Alexander re research on Canadian fee issues (.30); review materials re fee issues on Canadian fees (.30); prepare further correspondence re same (.40); participate in call with Grace and Canadian counsel re Canadian Special Counsel fee issues (1.20); further confer with US Special Counsel re same (.20); prepare further correspondence re same (.20). | 3.00 | $625 | $1,875.00 |
| JSB | 5/13/10 | | Review and further revise draft motion to re-open Adversary Proceedings and finalize same for filing (.70). | 0.70 | $625 | $ 437.50 |

9

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/14/10 | Final review and revisions to Motion to Re-open Adversaries re fraudulent conveyance fees and prepare same for filing (.50); confer with K. Alexander re research on Canadian fee issue (.30); confer with D. Boll re same (.20). | 1.00 | $625 | $ 625.00 |
| JSB | 5/17/10 | Confer with K. Alexander re research on Canadian Special Counsel fee issues (.30); review correspondence re same (.30); confer with K. Alexander and T. Freedman re same (.50); follow up with D. Boll re same (.40); confer with Canadian and US Counsel re Canadian Substantial Contribution application (1.0); further review and respond to correspondence re same (.20). | 2.70 | $625 | $1,687.50 |
| JSB | 5/21/10 | Review correspondence re Canadian Special Counsel fees (.30); confer re same and revise 6/7 hearing agenda re same (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 5/28/10 | Review Fee Auditor's final reports on the Canadian Special Counsel gap applications and prepare correspondence re same (.50). | 0.50 | $625 | $ 312.50 |
| Total | | | 21.50 | | $13,437.50 |

| | **Matter 14** | **Hearings** | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 5/20/10 | Review 6/7 agenda and prepare comments re same (.30); follow up on issues re Canadian applications for 6/7 hearing (.30). | 0.60 | $625 | $ 375.00 |
| Total | | | 0.60 | | $ 375.00 |

| Matter 15 | | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 5/3/10 | Confer with C. Landau and R. Finke re Montana appeal issue (.40); prepare COC re Canadian claims (.40); prepare COC and order re Munoz lift stay and transmittal re same (.90). | 1.70 | $625 | $1,062.50 |
| JSB | 5/4/10 | Further review of Easthampton Consent Decree (.50); prepare comments re same (.40); confer with J. Donley re MCC and CNA re status and related issues (.20); confer with R. Emmett re Easthampton/ Oldon (.30); confer with A. Krieger re same (.30); participate in call with Samsen and Grace re Otis PPA (.30); participate in further call with Grace re same (.50); participate in call with Grace re Oldon settlement (.30). | 2.80 | $625 | $1,750.00 |
| JSB | 5/5/10 | Participate in call with Samson and Grace re Otis PPA (.50); further confer with R. Spence and R. Finke re same (.50); review and respond to correspondence re Easthampton settlement, consent decree issues, and City claim issues (.40); review further revised Otis PPA (.30); several conference re Oldon and respond to several inquiries re same (.50). | 2.20 | $625 | $1,375.00 |
| JSB | 5/6/10 | Confer with Grace and Samson re status of last changes on the Otis PPA (.40); review motion on Cert. petition re Montana and prepare comments on same (.40); confer with R. Spence and R. Finke further re Otis PPA changes (.30); confer with R. Emmett re Easthampton agreement issues and review and respond to numerous correspondence re same (.70); review term sheet for Oldon claim settlement (.30); review further revised PPA on Otis (.30); prepare correspondence re Oldon settlement (.30). | 2.70 | $625 | $1,687.50 |
| JSB | 5/7/10 | Review Oldon claim settlement term sheet revisions and respond re same (.40); review and respond to follow up issues on same (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 5/10/10 | Review draft re Easthampton claim and inquiry and respond to same (.30); review draft report re Albury case in Florida and respond re same (.30); review "final" draft of Easthampton Consent Decree and prepare comments re same (.40); review correspondence re Columbian issue and prepare follow-up re same (.30). | 1.30 | $625 | $ 812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/11/10 | Review and revise Easthampton Stipulation and provide correspondence re same (1.0); review correspondence from Grace and City re Easthampton claim (.30); confer with R. Emmett re same (.30); confer with Mayor of Easthampton re same (.30); prepare correspondence re same (.30); review follow up correspondence re same (.20). | 2.40 | $625 | $1,500.00 |
| JSB | 5/12/10 | Prepare City of Easthampton Stipulation (.50); prepare correspondence re same (.30); review correspondence re MA DOR claims (.20); revise City of Easthampton Stipulation and prepare transmittal re same (.30); confer with L. Gardner re retention of expert re Easthampton (.20); revise Walpole Motion (.80). | 2.30 | $625 | $1,437.50 |
| JSB | 5/13/10 | Review revised Walpole Motion and prepare order re same (1.50); review draft reply re MCC objection (.50); review Oldon revisions to Stipulation (.50); prepare comments to same (.30); review L. Gardner comments on Oldon and follow up re same (.30); prepare comments on MCC reply (.30); review Samson's latest comments on Otis PPA and respond re same (.30); review EPA letter re Easthampton matters (.20); review L. Gardner Briefing Papers for Easthampton Motion (.40); begin preparation of motion to approve Easthampton Consent Decree and Oldon and City Stipulations (.50). | 4.80 | $625 | $3,000.00 |
| JSB | 5/14/10 | Confer with J. Donley and T. Freedman re MCC and CNA (.50); confer with clients and co-counsel re same (.80); review correspondence re "final" changes re Otis PPA and correspondence re same (.30); continue preparation of Easthampton Motion re Consent Decree and Stipulations (3.0); review revised Oldon Stipulation and questions re same (.30); respond re same (.30); review correspondence from Oldon re further claims and confer with R. Emmett re same (.50); prepare further suggested revisions to Oldon Stipulation (.30). | 6.00 | $625 | $3,750.00 |
| JSB | 5/17/10 | Review correspondence and further revised Easthampton/ Oldon Stipulation (.30); Continue preparation of motion re Easthampton settlement and order (2.10); review correspondence re new RCRA case and effect on discharge (.30); revise draft Easthampton motion (.90). | 3.60 | $625 | $2,250.00 |
| JSB | 5/18/10 | Review Easthampton Consent Decree for provisions for settlement motion (.50); review and further revise Easthampton motion (2.40); review further comments from Oldon on Stipulation (.30); prepare comments on same (.30); review further correspondence on Oldon Stipulation (.30); prepare transmittal re Easthampton motion (.30); prepare transmittal re Walpole Motion (.20). | 4.30 | $625 | $2,687.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/19/10 | Review revised draft reply re MCC claim objection (.40); review suggested revisions to Easthampton Motion (.80); confer with T. Freedman and C. Landau re Libby Montana appeal (.50); review MCC and Libby replies re MCC Claim Objections issues (.50). | 2.20 | $625 | $1,375.00 |
| JSB | 5/20/10 | Review L. Gardner work sheets on Environmental claims (.50); prepare initial comments re same (.30); review initial draft of Settlement Agreement with MA DOR (.30); confer with R. Higgins re same (.40); review correspondence re Harkin Lease Rejection Claim (.20); review correspondence re Oldon Stipulation and Easthampton Consent Decree and respond to same (.40); prepare correspondence re City of Easthampton (.30); review corrected environmental summary and prepare for follow up re open issues (.30); review correspondence Grace Agreement and confer re same (.30). | 3.00 | $625 | $1,875.00 |
| JSB | 5/21/10 | Review comments on Easthampton Motion (.30); review comments and correspondence re Walpole Motion (.30); review correspondence from City of Easthampton re Stipulation and prepare correspondence re same (.20). | 0.80 | $625 | $ 500.00 |
| JSB | 5/24/10 | Review and revise draft Walpole Motion to approve Consent Decree (.30); Review L. Gardner and R. Emmett comments on Easthampton Motion and revise same (.50); Confer with R. Emmett on City of Easthampton issues, revise Stipulation and prepare correspondence re same (.50); review ACC/ FCR Reply re MCC Objection (.20); review and respond to comments on Walpole Motion (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 5/25/10 | Review correspondence re Easthampton City Stipulation and respond re same (.30); review correspondence re Hanmar claim (.30); revise Easthampton Motion (2.0); review revised Otis PPA (.30); review and further revise Easthampton motion and compare version of same (.50); prepare correspondence to T. Freedman re Easthampton, Walpole, and Otis (.30). | 3.70 | $625 | $2,312.50 |
| JSB | 5/26/10 | Confer with counsel for Oldon twice re potential changes to Oldon Stipulation re Classification of Claim (.40); review and respond to correspondence from T. Freedman re Walpole, Easthampton, and Otis settlements (.40); review documents re same (.80); confer with R. Emmett and counsel for Oldon re claim issues (.40); revise Stipulation and prepare transmittal and documents re same (.70); further revise Easthampton motion to address same (1.50); review and respond to correspondence re same and other client comments (.40). | 4.60 | $625 | $2,875.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 5/27/10 | Review comments on Oldon revised Stipulation and motion (.30); revise same (.50); confer with T. Freedman re same (.20); prepare transmittals re same (.30); confer with T. Mulhern re Oldon Stipulation (.20); review and organize Easthampton documents (.30). | 1.80 | $625 | $1,125.00 |
| JSB | 5/28/10 | Review and respond to correspondence from Oldon re Motion re Easthampton settlement (.30); prepare correspondence re contact on potential Libby environmental claim (.40); review J. Taylor comments on Easthampton motion (.30). | 1.00 | $625 | $ 625.00 |
| Total | | | 53.70 | | $33,562.50 |

| Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 5/3/10 | Prepare checklist re claims matters and other effective date closing requirements (.30); confer with BMC re claims matters for emergence (.50); confer further with R. Higgins re same (.30). | 1.10 | $625 | $ 687.50 |
| RJH | 5/3/10 | Prepare for and participate in telephone conference with T. Feil, J. Baer and M. Araki re effective date preparations and follow up re same (.70). | 0.70 | $475 | $ 332.50 |
| JSB | 5/4/10 | Participate in call with BMC, Blackstone, and Grace on financial projections and effective date issues (.30); follow up on confirmation/ effective date deliverables analysis (.30); confer with R. Higgins re same (.20). | 0.80 | $625 | $ 500.00 |
| RJH | 5/4/10 | Prepare for and participate in telephone conference with company and advisors re effective date preparations and follow up re same (.60). | 0.60 | $475 | $ 285.00 |
| JSB | 5/5/10 | Participate in call with BMC re claims reports and analysis necessary for plan emergence and financial projections (.50). | 0.50 | $625 | $ 312.50 |
| RJH | 5/5/10 | Prepare for and participate in telephone conference with T. Feil, J. Baer and M. Araki re effective date preparations and follow up re same (.70); review and analyze Blackstone report re effective date claims payments and flag issues re same (1.20). | 1.90 | $475 | $ 902.50 |
| JSB | 5/11/10 | Participate in call with clients and T. Freedman re status and issues re publicity on confirmation issues (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 5/12/10 | Confer with BMC re status of claims work on updating Blackstone claims data and plan emergence data (.40); further confer with R. Higgins re same (.20); review correspondence re environmental claims, confer with L. Gardner re same, and prepare correspondence re Remedium work product (.40). | 1.00 | $625 | $ 625.00 |
| RJH | 5/12/10 | Prepare for and participate in telephone conference with T. Feil, J. Baer and M. Araki re effective date preparations and follow up re same (.60); legal research re same (.30). | 0.90 | $475 | $ 427.50 |
| RJH | 5/18/10 | Analyze amended plan, proposed confirmation order and other documents re effective date issues (2.40). | 2.40 | $475 | $1,140.00 |
| RJH | 5/19/10 | Analyze amended plan, proposed confirmation order and other documents re effective date issues (.70). | 1.10 | $475 | $ 522.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/21/10 | Analyze amended plan, proposed confirmation order and other documents re effective date issues (.30); review BMC effective date claims data (.50; prepare for and participate in telephone conference with M.Araki and T. Feil re same (1.10). | 1.90 | $475 | $ 902.50 |
| JSB | 5/24/10 | Review D. Boll/ K. Alexander research and correspondence re Canadian Special Counsel issues (.30). | 0.30 | $625 | $ 187.50 |
| RJH | 5/24/10 | Analyze amended plan, proposed confirmation order and other documents re effective date issues (.50); review BMC effective date claims data (.50); exchange correspondence with various parties re same (.30). | 1.30 | $475 | $ 617.50 |
| RJH | 5/25/10 | Confer with M. Araki and others re BMC effective date claims data (1.20); review and analyze claims data and exchange correspondence with various parties re same (.90). | 2.10 | $475 | $ 997.50 |
| RJH | 5/26/10 | Analyze claims reports and confer with J. Baer re effective date claims review project and follow up re same (1.70); confer with M. Araki re same (.50); analyze claims re same (2.20). | 4.40 | $475 | $2,090.00 |
| JSB | 5/27/10 | Review BMC claims charts for verification of amount and interest rate and review back-up documentation re same (5.60); prepare numerous follow up inquiries and revisions to charts and review responses to same (.80). | 6.40 | $625 | $4,000.00 |
| RJH | 5/27/10 | Analyze and resolve issues and review claims re effective date claims review project (5.50). | 5.50 | $475 | $2,612.50 |
| JSB | 5/28/10 | Review additional claims information for BMC/ Blackstone analysis(1.10); respond to inquiries re same (.30); review correspondence re General Plan issues and respond re same (.30); prepare correspondence re corrections to claims materials (.40); review revised claims charts from analysis and prepare follow up changes re same (2.20); review newly updated claim charts vs. notes re corrections and further revise same (.80). | 5.10 | $625 | $3,187.50 |
| RJH | 5/28/10 | Review and analyze updated BMC reports re effective date claims project and resolve issues re same (1.50); analyze issues re reconciled tax claims (1.60). | 3.10 | $475 | $1,472.50 |
| Total | | | 41.60 | | $22,115.00 |

17

| | | **Matter 17** | **Relief From Stay Proceedings** | | | |
|---|---|---|---|---|---|---|
| RJH | 5/14/10 | Exchange correspondence with various parties and analyze issues re PA DOR issue (.50). | | 0.50 | $475 | $ 237.50 |
| RJH | 5/17/10 | Exchange correspondence with various parties and analyze issues re PA DOR issue (.60). | | 0.60 | $475 | $ 285.00 |
| RJH | 5/18/10 | Analyze automatic stay issues re Illinois (.30); prepare for and participate in telephone conference with C. Finke et al. re same (.50); telephone conference with I. Slomka re same (.20 ); follow up re same (.10). | | 1.10 | $475 | $ 522.50 |
| RJH | 5/19/10 | Follow up with various parties re Illinois automatic stay issue (.50). | | 0.50 | $475 | $ 237.50 |
| RJH | 5/20/10 | Prepare for and participate in client call re PA DOR stay issue (1.10); prepare for and participate in call with PA Atty.-Gen. office re PA DOR automatic stay issue (.60). | | 1.70 | $475 | $ 807.50 |
| Total | | | | 4.40 | | $2,090.00 |

| Category | Total |
|---|---|
| Total hours for all matters | 250.30 |
| Total amount billed for all matters | $135,167.60 |

| Attorney | Hours | | Amount |
|---|---|---|---|
| JSB Total | 108.50 | | $67,812.50 |
| RJH Total | 141.80 | | $67,355.00 |
| Total for Matters | 250.30 | | $135,167.50 |

18