## EXHIBIT B

### May 2010 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges | $ 794.87 |
| Lexis/Nexis | $310.09 |
| Total: | $1,104.96 |

## Expense Detail (Non-Travel)

| Date | Amount | Service Description |
|---|---|---|
| 5/22/10 | $61.56 | Sprint – Broadband charges for Grace for May, 2010 |
| 5/30/10 | $62.63 | Long Distance Telephone – May Grace charges |
| 5/31/10 | $670.68 | InterCall – May Grace conference call charges |
| 5/31/10 | $310.09 | Lexis/Nexis – May charges for Grace |
| Total | $1,104.96 | |

Total May 2010 Expenses: $1,104.96