# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 19, 2010 |
| | : | Hearing Date: Sept. 13, 2010 at 10:30 a.m. |

## FEE DETAIL FOR DAY PITNEY LLP'S
## THIRTY-SIXTH QUARTERLY APPLICATION FOR THE PERIOD
## FROM JANUARY 1, 2010 THROUGH MARCH 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

## EXHIBIT B

## FEES FOR THE FEE PERIOD JANUARY 1, 2010 THROUGH MARCH 31, 2010[2]

## FEES FOR THE PERIOD
## JANUARY 1, 2010 THROUGH JANUARY 31, 2010

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/04/10 | Revise 34th Quarterly Fee Application documents; review and respond to e-mails with S. Zuber regarding same | | | |
| 18 | | K. Begley | 0.8 | 220.00 |
| 01/07/10 | Review, revise and discuss with K. Begley DP's Third Quarter 2009 Fee Application | | | |
| 14 | | S. Zuber | 0.3 | 153.00 |
| 01/07/10 | Revise and finalize 34th Quarterly Fee Application documents; review and respond to e-mails regarding same | | | |
| 18 | | K. Begley | 0.7 | 192.50 |
| 01/13/10 | Draft Fee Application documents; review and respond to e-mails regarding same | | | |
| 18 | | K. Begley | 0.5 | 137.50 |
| 01/19/10 | Sent out audit letter survey and worked with attorneys regarding response to same | | | |
| 14 | | S. Parker | 0.8 | 128.00 |
| 01/20/10 | Preparation of audit letter insert re NJDEP v. W.R. Grace litigation. | | | |
| 3 | | B. Moffitt | 1.1 | 462.00 |
| 01/20/10 | Sent out supplemental requests for response to audit survey; work with attorneys in followup to same; work with B. Moffitt regarding preparation of insert; began preparation of draft audit letter | | | |
| 14 | | S. Parker | 1.2 | 192.00 |
| 01/21/10 | Finalize draft audit letter and corresponding file for M. Dunne review | | | |
| 14 | | S. Parker | 0.7 | 112.00 |
| 01/22/10 | Review, revise and sign audit response letter | | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | | | |
|---|---|---|---|
| 14 | M. Dunne | 0.3 | 168.00 |

| 01/22/10 | Implement M. Dunne's revision to audit letter; attention to transmittal of same to auditor via facsimile and first class mail, and to client via first class mail; finalize file | | |
|---|---|---|---|
| 14 | S. Parker | 1.0 | 160.00 |

| 01/27/10 | Draft November 2009 Fee Application documents; organize docket entries | | |
|---|---|---|---|
| 18 | K. Begley | 0.8 | 220.00 |

| 01/27/10 | Scan completed audit letter and update audit letter database and tracking chart | | |
|---|---|---|---|
| 14 | D. Florence | 0.2 | 32.00 |

| 01/28/10 | Review, revise and discuss with K. Begley DP's Nov. 2009 Fee Application | | |
|---|---|---|---|
| 14 | S. Zuber | 0.3 | 153.00 |

| 01/28/10 | Draft November 2009 Fee Application documents; review and respond to e-mails from S. Zuber regarding same | | |
|---|---|---|---|
| 18 | K. Begley | 1.3 | 357.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| M. Dunne | 0.30 | 560.00 | 168.00 |
| S. Zuber | 0.60 | 510.00 | 306.00 |
| B. Moffitt | 1.10 | 420.00 | 462.00 |
| K. Begley | 4.10 | 275.00 | 1,127.50 |
| D. Florence | 0.20 | 160.00 | 32.00 |
| S. Parker | 3.70 | 160.00 | 592.00 |
| TOTALS: | 10.00 | | 2,687.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 4.1 | 275.00 | 1,127.50 |
| M. Dunne | 14 | 0.3 | 560.00 | 168.00 |
| S. Zuber | 14 | 0.6 | 510.00 | 306.00 |
| B. Moffitt | 3 | 1.1 | 420.00 | 462.00 |
| D. Florence | 14 | 0.2 | 160.00 | 32.00 |
| S. Parker | 14 | 3.7 | 160.00 | 592.00 |
| TOTALS: | | 10.0 | | 2,687.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 01/04/10 | Telephone call with client regarding stipulation of dismissal and follow up with B. Moffitt regarding same | | | |
| 3 | A. Marchetta | | 0.2 | 130.00 |
| 01/27/10 | E-mails and follow up regarding inquiry by State | | | |
| 3 | A. Marchetta | | 0.3 | 195.00 |
| 01/28/10 | E-mails regarding State inquiry | | | |
| 3 | A. Marchetta | | 0.2 | 130.00 |
| 01/28/10 | E-mail exchanges with A. Marchetta, client and DAG Dickinson re status of bankruptcy confirmation | | | |
| 3 | B. Moffitt | | 0.2 | 80.00 |
| 01/29/10 | E-mails with State of New Jersey regarding Plan of Reorganization | | | |
| 3 | A. Marchetta | | 0.2 | 130.00 |

### Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 650.00 | 585.00 |
| B. Moffitt | 0.20 | 400.00 | 80.00 |
| TOTALS: | 1.10 | | 665.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 0.9 | 650.00 | 585.00 |
| B. Moffitt | 3 | 0.2 | 400.00 | 80.00 |
| TOTALS: | | 1.1 | | 665.00 |

**FEES FOR THE PERIOD**
**FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/10 | | Revise November 2009 Fee Application documents | | |
| | 18 | K. Begley | 0.2 | 55.00 |
| 02/02/10 | | Finalize November 2009 Fee Application documents; review and respond to e-mails regarding filing of same; review and organize docket entries | | |
| | 18 | K. Begley | 0.4 | 110.00 |
| 02/03/10 | | Review and respond to e-mails regarding filing of November 2009 Fee Application documents; e-mails regarding December 2009 Fee Application documents | | |
| | 18 | K. Begley | 0.2 | 55.00 |
| 02/05/10 | | Organize and compile docket entries in preparation for drafting December 2009 Fee Application documents; draft same | | |
| | 18 | K. Begley | 0.3 | 82.50 |
| 02/08/10 | | Draft December 2009 Fee Application documents | | |
| | 18 | K. Begley | 1.5 | 412.50 |
| 02/09/10 | | Revise December 2009 Fee Application documents; review and respond to e-mails with S. Zuber regarding filing of same | | |
| | 18 | K. Begley | 0.3 | 82.50 |
| 02/11/10 | | Draft and respond to e-mails regarding filing of December 2009 Fee Application documents | | |
| | 18 | K. Begley | 0.2 | 55.00 |
| 02/18/10 | | Work on audit letter; telephone call with client regarding auditor; telephone call M. Dunne regarding response and follow up regarding same | | |
| | 14 | A. Marchetta | 0.6 | 390.00 |
| 02/18/10 | | Review and scan incoming audit survey request letter; Order workload report; Follow up with accounting on issues regarding client numbers of subsidiaries | | |
| | 14 | D. Florence | 0.5 | 80.00 |
| 02/19/10 | | Audit letter | | |
| | 14 | A. Marchetta | 0.3 | 195.00 |
| 02/19/10 | | Work with D. Florence regarding audit letter request; sent out survey; sent | | |

6

|  |  | | |
|---|---|---|---|
|  | out email regarding and attaching request letter with subsidiary list to survey recipients; follow-up with attorneys regarding responses; prepare draft letter and file in preparation for M. Dunne review | | |
| 14 | S. Parker | 1.7 | 272.00 |
| 02/22/10 | Review and sign audit response letter | | |
| 14 | M. Dunne | 0.1 | 56.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| M. Dunne | 0.10 | 560.00 | 56.00 |
| A. Marchetta | 0.90 | 650.00 | 585.00 |
| K. Begley | 3.10 | 275.00 | 852.50 |
| D. Florence | 0.50 | 160.00 | 80.00 |
| S. Parker | 1.70 | 160.00 | 272.00 |
| TOTALS: | 6.30 |  | 1,845.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| <u>Timekeeper</u> | <u>TASK CODE</u> | <u>HOURS</u> | <u>RATE</u> | <u>FEE</u> |
|---|---|---|---|---|
| K. Begley | 18 | 3.1 | 275.00 | 852.50 |
| M. Dunne | 14 | 0.1 | 560.00 | 56.00 |
| A. Marchetta | 14 | 0.9 | 650.00 | 585.00 |
| D. Florence | 14 | 0.5 | 160.00 | 80.00 |
| S. Parker | 14 | 1.7 | 160.00 | 272.00 |
| TOTALS: |  | 6.3 |  | 1,845.50 |

## FEES FOR THE PERIOD
## MARCH 1, 2010 THROUGH MARCH 31, 2010

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/10 | | Scan completed audit letter and update audit letter database and tracking index | | |
| 14 | | D. Florence | 0.2 | 32.00 |
| 03/10/10 | | Review and respond to e-mails with S. Rosenberger regarding January 2010 Fee Application documents | | |
| 18 | | K. Begley | 0.2 | 55.00 |
| 03/17/10 | | Draft January 2010 Fee Application documents | | |
| 18 | | K. Begley | 0.3 | 82.50 |
| 03/18/10 | | Draft January 2010 Fee Application documents | | |
| 18 | | K. Begley | 0.3 | 82.50 |
| 03/19/10 | | Telephone calls and work with S. Parker regarding Maryland Casualty agreement | | |
| 14 | | A. Marchetta | 1.0 | 650.00 |
| 03/19/10 | | Draft January 2010 and February 2010 Fee Application documents; review and respond to e-mails with S. Zuber regarding same | | |
| 18 | | K. Begley | 0.8 | 220.00 |
| 03/21/10 | | Draft February 2010 Fee Application documents; review and respond to e-mails regarding same | | |
| 18 | | K. Begley | 0.4 | 110.00 |
| 03/22/10 | | Review, revise and discuss with K. Begley DP's draft January 2010 Fee Application | | |
| 14 | | S. Zuber | 0.3 | 153.00 |
| 03/22/10 | | Work on project to compile documents regarding 1991 settlement agreement with Maryland Casualty, including search of Bankruptcy Court docket, review of file indices and corresponding documents from prior litigation and work with AJ Marchetta regarding same | | |
| 14 | | S. Parker | 8.1 | 1,296.00 |
| 03/23/10 | | Telephone call with J. Posner and follow up with S. Parker regarding Maryland Casualty information for client; telephone call with client regarding same | | |

8

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | 14 A. Marchetta | 1.0 | 650.00 |
| 03/23/10 | Finalize January 2010 Fee Application documents for filing; work with A. Marchetta on same; e-mails with local counsel regarding filing | 18 K. Begley | 0.5 | 137.50 |
| 03/23/10 | Work on project to compile documents regarding drafting history of 1991 settlement agreement with Maryland Casualty, including working with AJ Marchetta, conference calls with J. Hughes and J. Posner regarding scope of request, and review of file indices and corresponding documents from prior litigation | 14 S. Parker | 7.4 | 1,184.00 |
| 03/24/10 | Work with S. Parker regarding documents for client | 14 A. Marchetta | 1.0 | 650.00 |
| 03/24/10 | Review and respond to e-mails regarding Day Pitney's January 2010 Fee Application and submitted an editable version | 18 K. Begley | 0.2 | 55.00 |
| 03/24/10 | Work on project to compile documents regarding drafting history of 1991 settlement agreement with Maryland Casualty, including working with AJ Marchetta, and review of file indices and corresponding documents from prior litigation | 14 S. Parker | 5.6 | 896.00 |
| 03/25/10 | Work with S. Parker; telephone calls and follow up regarding documents to Kirkland and Ellis | 14 A. Marchetta | 0.8 | 520.00 |
| 03/25/10 | Work on project to compile documents regarding drafting history of 1991 settlement agreement with Maryland Casualty, including review of file indices and corresponding documents from prior litigation; work with AJ Marchetta regarding scope of same; conference call with AJ Marchetta, J. Hughes and J. Posner regarding scope of same | 14 S. Parker | 3.7 | 592.00 |
| 03/26/10 | Follow up regarding information to client | 14 A. Marchetta | 0.2 | 130.00 |
| 03/31/10 | Review and discuss with K. Begley Day Pitney's February 2010 Fee Application | 14 S. Zuber | 0.2 | 102.00 |
| 03/31/10 | Revise February 2010 Fee Application documents; e-mails with S. Zuber | | | |

| | | | | |
|---|---|---|---|---|
| | regarding same | | | |
| 18 | K. Begley | | 0.2 | 55.00 |

### Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| A. Marchetta | 4.00 | 650.00 | | 2,600.00 |
| S. Zuber | 0.50 | 510.00 | | 255.00 |
| K. Begley | 2.90 | 275.00 | | 797.50 |
| D. Florence | 0.20 | 160.00 | | 32.00 |
| S. Parker | 24.80 | 160.00 | | 3,968.00 |
| TOTALS: | 32.40 | | | 7,652.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 2.9 | 275.00 | 797.50 |
| A. Marchetta | 14 | 4.0 | 650.00 | 2,600.00 |
| S. Zuber | 14 | 0.5 | 510.00 | 255.00 |
| D. Florence | 14 | 0.2 | 160.00 | 32.00 |
| S. Parker | 14 | 24.8 | 160.00 | 3,968.00 |
| TOTALS: | | 32.4 | | 7,652.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/19/10<br>14 | Address audit request | W. Hatfield | 0.1 | 42.50 |
| 03/01/10<br>3 | E-mail exchange with DAG Dickinson re status of plan of reorganization | B. Moffitt | 0.2 | 80.00 |
| 03/03/10<br>3 | E-mails and follow up regarding request from State for information concerning Grace Plan | A. Marchetta | 0.2 | 130.00 |
| 03/03/10<br>3 | E-mail exchange with J. Baer regarding status of plan of reorganization | B. Moffitt | 0.2 | 80.00 |
| 03/22/10<br>14 | Work with S. Parker regarding information for clients; telephone call to client and J. Posner regarding same | A. Marchetta | 1.3 | 845.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.10 | 425.00 | 42.50 |
| A. Marchetta | 1.50 | 650.00 | 975.00 |
| B. Moffitt | 0.40 | 400.00 | 160.00 |
| TOTALS: | 2.00 | | 1,177.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.3 | | |
| | 3 | 0.2 | 650.00 | 975.00 |
| W. Hatfield | 14 | 0.1 | 425.00 | 42.50 |
| B. Moffitt | 3 | 0.4 | 400.00 | 160.00 |
| TOTALS: | | 2.0 | | 1,177.50 |