# EXHIBIT C

## EXHIBIT C

### EXPENSES FOR THE FEE PERIOD
### JANUARY 1, 2010 THROUGH MARCH 31, 2010

### EXPENSES FOR THE FEE PERIOD
### JANUARY 1, 2010 THROUGH JANUARY 31, 2010

NONE.

### EXPENSES FOR THE FEE PERIOD
### FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

NONE.

### EXPENSES FOR THE FEE PERIOD
### MARCH 1, 2010 THROUGH MARCH 31, 2010

| Client: 482910 W.R. GRACE & CO. Matter: 095992 CHAPTER 11 ADMINISTRATION | |
|---|---|
| Photocopying | $221.20 |
| Grand Total Expenses for the Fee Period March 1, 2010 through March 31, 2010 | $221.20 |