**EXHIBIT A**

Professional services rendered through: January 31, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/07/10 | A.E. Moran | Begin audit letter review. | 0.30 |
| 01/27/10 | A.E. Moran | Make standard inquiries regarding audit letter. | 0.40 |
| 01/28/10 | A.E. Moran | Work on audit letter. | 0.30 |
| 01/29/10 | A.E. Moran | Email to E. Kitchen on audit letter procedures. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.30 | $640.00 | $832.00 |
| Total | 1.30 | | $832.00 |

Total Fees   $832.00

Disbursements:

| | |
|---|---|
| Federal Express | $14.24 |
| Duplicating | $ 1.20 |

Total Disbursements   $15.44

5