**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma # 832655

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost               Timekeeper
Code     Date      Number   Name            Quantity      Rate       Amount
==============================================================================

DLFD     01/10/10  00206    Moran, Anne E.     1.00      14.24        14.24
Federal Express  Inv. 418373079397 dated
09/01/09 re: J.Wieczorek service never charged
tracking number 418373079397

Report Total:                                                         14.24
```

6

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma # 2346699

012046.00004 TAX REORGANIZATION ISSUES

Cost                 Timekeeper
Code      Date       Number   Name              Quantity      Rate        Amount
================================================================================

DUPLDC    01/26/10   00206    Moran, Anne E.      12.00       0.10         1.20
  DUPLDC  01/26/10   00206    Moran, Anne E.      12.00       0.20         2.40
12 PHOTOCOPIES MADE BY 00206

Report Total:                                                              1.20
```