**EXHIBIT A**

Professional services rendered through: February 28, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/01/10 | A.E. Moran | Finalize draft of audit letter. | 1.30 |
| 02/01/10 | E.L. Kitchen | Review audit response. | 0.20 |
| 02/12/10 | E.L. Kitchen | Suggest changes to audit response. | 0.30 |
| 02/12/10 | A.E. Moran | Followup on audit letter. | 0.20 |
| 02/12/10 | M.D. Lerner | Edit response to draft. | 0.10 |
| 02/14/10 | A.E. Moran | Revise audit letter. | 0.70 |
| 02/15/10 | A.E. Moran | Final revisions to audit letter after receipt of comments from Mr. Kitchen. | 1.00 |
| 02/15/10 | A.E. Moran | Transmit audit letter for review. | 0.20 |
| 02/16/10 | A.E. Moran | Finalize and send out audit letter. | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| E.L. Kitchen | 0.50 | $680.00 | $ 340.00 |
| M.D. Lerner | 0.10 | $785.00 | $  78.50 |
| A.E. Moran | 4.00 | $640.00 | $2,560.00 |
| Total | 4.60 | | $2,978.50 |

Total Fees: $2,978.50

Disbursements:

| | |
|---|---|
| Duplicating | $5.30 |
| Facsimile | $5.00 |
| Postage | $2.10 |

Total Disbursements $12.40