**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma # 829551

012046.00001 TAX LITIGATION

Cost              Timekeeper
Code     Date     Number   Name            Quantity       Rate       Amount
============================================================================

DUPLDC   02/02/10 00206    Moran, Anne E.      1.00       0.15         0.15
  DUPLDC 02/02/10 00206    Moran, Anne E.      1.00       0.20         0.20
1 PHOTOCOPIES MADE BY 00206

DUPLDC   02/05/10 00206    Moran, Anne E.     13.00       0.15         1.95
  DUPLDC 02/05/10 00206    Moran, Anne E.     13.00       0.20         2.60
13 PHOTOCOPIES MADE BY 00206

DUPLDC            Total:                                               2.10

PC/Network Printing

PC LASER  4 Pages Ward, Brenda
LASR     02/01/10 00206    Moran, Anne E.      3.00       0.15         0.45
  LASR   02/01/10 00206    Moran, Anne E.      3.00       0.20         0.60
PC/Network Printing

PC LASER  3 Pages Moran, Anne
LASR     02/03/10 00206    Moran, Anne E.      3.00       0.15         0.45
  LASR   02/03/10 00206    Moran, Anne E.      3.00       0.20         0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR     02/03/10 00206    Moran, Anne E.      3.00       0.15         0.45
  LASR   02/03/10 00206    Moran, Anne E.      3.00       0.20         0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR     02/03/10 00206    Moran, Anne E.      3.00       0.15         0.45
  LASR   02/03/10 00206    Moran, Anne E.      3.00       0.20         0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR     02/03/10 00206    Moran, Anne E.      3.00       0.15         0.45
  LASR   02/03/10 00206    Moran, Anne E.      3.00       0.20         0.60
PC/Network Printing

LASR     02/09/10 00206    Moran, Anne E.      3.00       0.15         0.45
  LASR   02/09/10 00206    Moran, Anne E.      3.00       0.20         0.60
PC/Network Printing

LASR              Total:                                               2.70
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma #_____

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost               Timekeeper
Code      Date     Number    Name              Quantity      Rate       Amount
===============================================================================
FAXDC     02/16/10 09066     Merrill,             5.00       1.00         5.00
  FAXDC   02/16/10 09066     Merrill,             5.00       1.15         5.75
DC FAX 5 pages sent to 18139903833

LASR      02/16/10 00206     Moran, Anne E.       4.00       0.10         0.40
  LASR    02/16/10 00206     Moran, Anne E.       4.00       0.20         0.80
PC/Network Printing

PC LASER  4 Pages Ward, Brenda
LASR      02/16/10 00206     Moran, Anne E.       1.00       0.10         0.10
  LASR    02/16/10 00206     Moran, Anne E.       1.00       0.20         0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/16/10 Total:                                                 0.50

LASR               Total:                                                 0.50

POST      02/16/10 08174     DEFAULT ATTORNEY,    2.00       1.05         2.10
  POST    02/16/10 08174     DEFAULT ATTORNEY,    2.00       2.10
Postage
Sent by S&J Mailroom via   2 item(s)

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                            7.60

Report Total:                                                            12.40
```

7

Doc. # DC-2352856 v.1 6/29/10 03:38 PM