**EXHIBIT A**

Professional services rendered through: March 31, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/01/10 | A.E. Moran | Followup with audit letter. | 0.20 |
| 03/12/10 | A.E. Moran | Work on bills for end of 2009. | 2.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 2.60 | $500.00 | $1,300.00 |
| A.E. Moran | .20 | $640.00 | $ 128.00 |
| Total | 2.80 | | $1,428.00 |

Total Fees  $1,428.00

Disbursements:

Duplicating  $22.25

Total Disbursements  $22.25

5

Doc. # DC-2352867 v.1 6/29/10 12:40 PM