**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 832654

012046.00005 BILLING & COURT FILINGS

Cost            Timekeeper
Code    Date    Number   Name            Quantity    Rate      Amount
======================================================================

LASR    03/12/10 00206   Moran, Anne E.    8.00      0.10       0.80
  LASR  03/12/10 00206   Moran, Anne E.    8.00      0.20       1.60
PC/Network Printing

PC LASER  8 Pages Moran, Anne
LASR    03/12/10 00206   Moran, Anne E.    9.00      0.10       0.90
  LASR  03/12/10 00206   Moran, Anne E.    9.00      0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR    03/12/10 00206   Moran, Anne E.    1.00      0.10       0.10
  LASR  03/12/10 00206   Moran, Anne E.    1.00      0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    03/12/10 00206   Moran, Anne E.    9.00      0.10       0.90
  LASR  03/12/10 00206   Moran, Anne E.    9.00      0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR    03/12/10 00206   Moran, Anne E.    9.00      0.10       0.90
  LASR  03/12/10 00206   Moran, Anne E.    9.00      0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR    03/12/10 00206   Moran, Anne E.    9.00      0.10       0.90
  LASR  03/12/10 00206   Moran, Anne E.    9.00      0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR    03/12/10 00206   Moran, Anne E.    9.00      0.10       0.90
  LASR  03/12/10 00206   Moran, Anne E.    9.00      0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR    03/12/10 Total:                                         5.40
LASR             Total:                                         5.40

LASR    03/12/10 00206   Moran, Anne E.    6.00      0.15       0.90
  LASR  03/12/10 00206   Moran, Anne E.    6.00      0.20       1.20
PC/Network Printing
```

```
PC LASER   6 Pages Moran, Anne
LASR       03/12/10 00206     Moran, Anne E.      7.00     0.15     1.05
   LASR    03/12/10 00206     Moran, Anne E.      7.00     0.20     1.40
PC/Network Printing

PC LASER   7 Pages Moran, Anne
LASR       03/12/10 00206     Moran, Anne E.      6.00     0.15     0.90
   LASR    03/12/10 00206     Moran, Anne E.      6.00     0.20     1.20
PC/Network Printing

PC LASER   6 Pages Moran, Anne
LASR       03/12/10 00206     Moran, Anne E.      8.00     0.15     1.20
   LASR    03/12/10 00206     Moran, Anne E.      8.00     0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/12/10 00206     Moran, Anne E.      8.00     0.15     1.20
   LASR    03/12/10 00206     Moran, Anne E.      8.00     0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/12/10 00206     Moran, Anne E.      6.00     0.15     0.90
   LASR    03/12/10 00206     Moran, Anne E.      6.00     0.20     1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       03/12/10 00206     Moran, Anne E.      8.00     0.15     1.20
   LASR    03/12/10 00206     Moran, Anne E.      8.00     0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/12/10 00206     Moran, Anne E.      6.00     0.15     0.90
   LASR    03/12/10 00206     Moran, Anne E.      6.00     0.20     1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       03/12/10 00206     Moran, Anne E.      8.00     0.15     1.20
   LASR    03/12/10 00206     Moran, Anne E.      8.00     0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/12/10 00206     Moran, Anne E.      8.00     0.15     1.20
   LASR    03/12/10 00206     Moran, Anne E.      8.00     0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/12/10 00206     Moran, Anne E.      6.00     0.15     0.90
   LASR    03/12/10 00206     Moran, Anne E.      6.00     0.20     1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       03/12/10 Total:                                          11.55
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  2346696

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost              Timekeeper
Code     Date     Number   Name            Quantity    Rate     Amount
=======================================================================

LASR     03/01/10 00206    Moran, Anne E.    1.00      0.10      0.10
  LASR   03/01/10 00206    Moran, Anne E.    1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    1.00      0.10      0.10
  LASR   03/01/10 00206    Moran, Anne E.    1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    1.00      0.10      0.10
  LASR   03/01/10 00206    Moran, Anne E.    1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    1.00      0.10      0.10
  LASR   03/01/10 00206    Moran, Anne E.    1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    3.00      0.10      0.30
  LASR   03/01/10 00206    Moran, Anne E.    3.00      0.20      0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    3.00      0.10      0.30
  LASR   03/01/10 00206    Moran, Anne E.    3.00      0.20      0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    3.00      0.10      0.30
  LASR   03/01/10 00206    Moran, Anne E.    3.00      0.20      0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    3.00      0.10      0.30
  LASR   03/01/10 00206    Moran, Anne E.    3.00      0.20      0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR     03/01/10 00206    Moran, Anne E.    3.00      0.10      0.30
  LASR   03/01/10 00206    Moran, Anne E.    3.00      0.20      0.60
PC/Network Printing
```

Doc. # DC-2352867 v.1 6/29/10 12:40 PM

```
PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      3.00   0.10        0.30
   LASR    03/01/10 00206    Moran, Anne E.      3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      1.00   0.10        0.10
   LASR    03/01/10 00206    Moran, Anne E.      1.00   0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      1.00   0.10        0.10
   LASR    03/01/10 00206    Moran, Anne E.      1.00   0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/01/10 00206    Moran, Anne E.      1.00   0.10        0.10
   LASR    03/01/10 00206    Moran, Anne E.      1.00   0.20        0.20
PC/Network Printing
```

```
PC LASER    1 Pages Ward, Brenda
LASR        03/01/10 00206      Moran, Anne E.         1.00   0.10         0.10
   LASR     03/01/10 00206      Moran, Anne E.         1.00   0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        03/01/10 00206      Moran, Anne E.         1.00   0.10         0.10
   LASR     03/01/10 00206      Moran, Anne E.         1.00   0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        03/01/10 00206      Moran, Anne E.         1.00   0.10         0.10
   LASR     03/01/10 00206      Moran, Anne E.         1.00   0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        03/01/10 00206      Moran, Anne E.         1.00   0.10         0.10
   LASR     03/01/10 00206      Moran, Anne E.         1.00   0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        03/01/10 00206      Moran, Anne E.         1.00   0.10         0.10
   LASR     03/01/10 00206      Moran, Anne E.         1.00   0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        03/01/10 Total:                                                5.10
LASR        03/12/10 00206      Moran, Anne E.         1.00   0.10         0.10
   LASR     03/12/10 00206      Moran, Anne E.         1.00   0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        03/12/10 00206      Moran, Anne E.         1.00   0.10         0.10
   LASR     03/12/10 00206      Moran, Anne E.         1.00   0.20         0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        03/12/10 Total:                                                0.20

LASR                 Total:                                                5.30

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                             5.30

Report Total:                                                              5.30
```