# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

**Lauzon Belanger, inc.**
*c/o Yves Lauzon*
*Lauzon Belanger inc.*
*286, rue St-Paul Quest, bureau 100*
*Montreal, QUEBEC H2Y 2A3*
*Canada*

June 01, 2010
In Reference To: *Canadian Zonolite Claimants*
*WRGrace Chapter 11 Bankruptcy*
*Our File No. 060124-01*

Invoice #  16967

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2010 | KEH | Meetings with DKHogan, re: Two - Substantial Contribution Applications for Rep Counsel - revisions and finalize for filing today. | 1.50 190.00/hr | 285.00 |
|  | KEH | Meetings with DKHogan, re: sub. Contr. Applications for The Hogan Firm; review and revise application; finalize application for The Hogan Firm and electronically file same. | 2.00 190.00/hr | 380.00 |
|  | GLA | Revisions to $2M and Second Application Motions for Substantial Contribution in preparation for filing; Preparation of Exhibits for Second Application | 2.00 190.00/hr | 380.00 |
|  | GLA | Calculating total amounts on fee invoices for case management, hearing and meeting tasks | 0.50 190.00/hr | 95.00 |
|  | GLA | Review of The Hogan Firm Application for Compensation for Bluebook citations and other editorial revisions; Preparation of Exhibits to THF Application | 1.10 190.00/hr | 209.00 |
|  | GLA | Drafting Notice of Motion, Proposed Order and Cert of Service for Substantial Contribution Motions in preparation for filing | 0.50 190.00/hr | 95.00 |
|  | GP | Further calculations for breakdown of fees for projected categories for the Substantial Contribution Application | 3.00 190.00/hr | 570.00 |

Lauzon Belanger, inc.                                                        *6/1/2010*    *16967*         Page    2

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                        | *Hrs/Rate* | *Amount* |
|------------|-----|----------|---|---|
| 5/3/2010 | DKH | Finalized drafts of substantial contribution motions for filing; | 4.00<br>350.00/hr | 1,400.00 |
| | DKH | E-mail correspondence with Ana Dobson concerning filing deadline for the next Quarterly Fee hearing. | 0.10<br>350.00/hr | 35.00 |
| | DKH | Reviewed and revised notices of motions, forms of order and exhibits to each of three substantial contribution motions. | 2.00<br>350.00/hr | 700.00 |
| | DKH | Prepared for efiling and conducted final review of filings.  Prepared and reviewed exhibits for each substantial contribution motion and reviewed local rules for compliance. | 2.00<br>350.00/hr | 700.00 |
| | KEH | Review and several revisions to time summaries for Scarfone Hawkins,re: balancing time summary and breakdown of fees into categories; various communications to/from Rep Counsel re: need to balance time summary; finalize applications for Rep Counsel and electronically file same. | 10.80<br>190.00/hr | 2,052.00 |
| 5/4/2010 | KEH | E-mail correspondence with Daniel K. Hogan, re: binder for Judge Fitzgerald. | 0.10<br>190.00/hr | 19.00 |
| | KEH | Copy and prepare binder for DKHogan for hearing on applications | 1.20<br>190.00/hr | 228.00 |
| | KEH | E-mail correspondences to/from 'jluckey@ikon.com';'DL-Wilmington Fax' (IKON Office Solutions) re: transmitting documents for service of the Canadian ZAI application for Rep Counsel ($2M). | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondences to/from 'jluckey@ikon.com';'DL-Wilmington Fax' (IKON Office Solutions) transmitting documents for service of the Canadian ZAI Claimants application for Rep Counsel (2nd SC Application) | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondences with 'jluckey@ikon.com';'DL-Wilmington Fax' (IKON Office Solutions) transmitting documents for service of The Hogan Firm's SC application | 0.10<br>190.00/hr | 19.00 |
| | KEH | E-mail correspondence with richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; oneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of Part One of the First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(d)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004, to August 31, 2008. | 0.10<br>190.00/hr | 19.00 |

Lauzon Belanger, inc.                                              *6/1/2010*    *16967*         Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/4/2010 KEH | E-mail correspondence with richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; oneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of Part Two of the First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(d)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004, to August 31, 2008. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of Part One of the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(d)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period September 1, 2008, to December 20, 2009. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of Part Two of the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(d)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period September 1, 2008, to December 20, 2009. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with 'richard.finke@grace.com'; 'john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of the Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(d)(D) and 503(b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period September 1, 2008, to December 20, 2009. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                          *6/1/2010*   *16967*        Page   4

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/4/2010 | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed service transmittals for various fee applications and verified receipt by service list members. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with Alan B. Rich concerning issues related to Representative Counsel's Substantial Contribution applications. | 0.30 350.00/hr | 105.00 |
| 5/5/2010 | KEH | E-mail correspondence with Fee Auditor, re: editable versions of fee applications. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Bélanger and Scarfone Hawkins incurred in making substantial contribution for the period April 6, 2005 to August 31, 2008. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with Fee Auditor transmitting, in Word format, the Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Bélanger and Scarfone Hawkins incurred in making substantial contribution for the period September 1, 2008 to December 21, 2009. | 0.20 190.00/hr | 38.00 |
|  | KEH | Convert The Hogan Firm's History Invoice to Word format;  E-mail correspondence with Fee Auditor transmitting, in Word format, the Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of The Hogan Firm incurred in making substantial contribution for the period September 1, 2008 to December 21, 2009. | 0.50 190.00/hr | 95.00 |
|  | GLA | Research into availability for reimbursement of foreign taxes under Delaware law; Drafting memo on reimbursable expenses under current bankruptcy law | 1.50 190.00/hr | 285.00 |
|  | GP | Prepare index for hearing binder. | 1.00 190.00/hr | 190.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting inquiry from Allen Rich. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence to Alan Rich concerning his inquiry concerning Representative Counsel's Substantial Contribution motions. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning involvement of Pinchin with Representative Counsel. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed proposed transmittal to Fee Examiner of Substantial Contribution motions. | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                    *6/1/2010*    *16967*        Page    5

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/5/2010 | DKH | E-mail correspondence with David Thompson concerning payment of the $2M Substantial Contribution request (Counsel Fee under the Amended and Restated MOS) is to actually flow after the Effective Date. | 0.10 350.00/hr | 35.00 |
|  | DKH | Telephone conversation with David Thompson concerning expert fee issue and involvement of Pinchin as well as issues related to co-counsel arrangements. | 0.40 350.00/hr | 140.00 |
| 5/6/2010 | KEH | E-mails with and meeting with Daniel K. Hogan, re: expert fees on the Lauzon Belanger history invoices. | 0.40 190.00/hr | 76.00 |
|  | KEH | Various E-mails with Careen Hannouche re: expert fees included on time summary for April 2005 through August 2008 and request for information regarding any other instances. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondences with Careen Hannouche, re: expert fees and action needed. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondences to/from Careen Hannouche, re: time summaries - transmitting revised time summaries; attach to brad page and review. | 0.20 190.00/hr | 38.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning expert fees. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Matt Moloci and David Thompson concerning expert fee inquiry made by the FCR. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning application, Exhibit F, your certification. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning Lauzon Belanger's inclusion of payments made to the Hogan Firm as expert fees.  Reviewed invoices for other examples of expert fees. | 0.70 350.00/hr | 245.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning another example of the inclusion of payments to the Hogan Firm as "expert fees."  Reviewed example provided. | 0.40 350.00/hr | 140.00 |
|  | DKH | Ran calculations of Lauzon Belanger's invoices with the expert fees removed.  Notes made. | 0.70 350.00/hr | 245.00 |
|  | DKH | E-mail correspondence with Careen Hannouche requesting modified invoices with expert fees removed. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting the amended invoices; reviewed same. | 0.50 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                        *6/1/2010*    *16967*        Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/7/2010 | KEH | Meeting with Daniel K. Hogan, re: action needed to correct LB discrepancy; draft email to Warren Smith per instructions. | 0.40<br>190.00/hr | 76.00 |
|  | KEH | Meeting with DKHogan and E-mail correspondence with Warren H. Smith, Esq., fee auditor, re: advice to remedy situation regarding expert fees on Lauzon Belanger's time summary. | 0.30<br>190.00/hr | 57.00 |
|  | DKH | Drafted memorandum on issues related to Lauzon Belanger's invoices and discrepancies concerning expert fees. | 0.60<br>350.00/hr | 210.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning changes to email to Fee auditor concerning Lauzon Belanger's invoice. | 0.30<br>350.00/hr | 105.00 |
| 5/10/2010 | KEH | Telephone call to Warren Smith, Esq., fee auditor, re: discrepancies regarding Lauzon Belanger's expert fees - left voice mail. | 0.10<br>190.00/hr | 19.00 |
|  | KEH | Review E-mail correspondence from Ana Dobson and 2nd Substantial Contribution Application, re: 2nd substantial contribution application. | 0.20<br>190.00/hr | 38.00 |
|  | KEH | Telephone call from Bobbi Ruhlander, re: question for Daniel Hogan about the 503(b) status on the applications.  She is also concerned about the June 7th hearing date; not so much for The Hogan Firms but for Rep Counsels applications.  E-mail correspondence and meeting with Daniel Hogan, re: same. | 0.40<br>190.00/hr | 76.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning inquiry received from the Canadian Crown concerning the substantial contribution applications.  Reviewed email chain. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning the filing of supporting documentation with the substantial contribution motions. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Alan Rich on behalf of the FCR concerning issues raised in relation to the Canadian Representative Counsel's substantial contribution applications. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning further inquiry made by the Crown on the substantial contribution applications. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | Telephone conversation with Matt Moloci concerning issues related to Crown;s inquiries. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Matt Moloci answering inquiry made by the Crown of Canada. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Alan B. Rich concerning our explanation of the issues raised by the FCR. | 0.10<br>350.00/hr | 35.00 |

Lauzon Belanger, inc.                                                           *6/1/2010*    *16967*         Page    7

|            |     |                                                                                                                                                                                                                                                                                                          | Hrs/Rate              | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------|--------|
| 5/10/2010  | DKH | E-mail correspondence with Ana Dobson (David Thompson) concerning Alan Rich's read of the situation.                                                                                                                                                                                                             | 0.10<br>350.00/hr     | 35.00  |
|            | DKH | E-mail correspondence with Karen E. Harvey concerning a phone conversation with Bobbie Ruhlander concerning the substantial contribution motions filed on behalf of the Canadian ZAI claimants.                                                                                                                   | 0.10<br>350.00/hr     | 35.00  |
| 5/11/2010  | KEH | Preparation of binder for hearing; review Judge's chamber procedures.                                                                                                                                                                                                                                            | 1.70<br>190.00/hr     | 323.00 |
|            | KEH | Telephone call from Bobbi Ruhlander from Warren H. Smith's office - thinks we should re-notice hearing for Rep Counsel's substantial contribution application - typically takes 30 days to review, 15 days to respond and then a final report has to be filed - June hearing date is too close; need to fed ex pertinent documents for Docket no. 24725 to her; copy and prepare fed ex. | 0.40<br>190.00/hr     | 76.00  |
|            | DKH | Telephone conversation with Bobbie Ruhlander of the Fee Examiner's office concerning substantial contribution motions and fee applications.                                                                                                                                                                        | 0.40<br>350.00/hr     | 140.00 |
|            | DKH | Telephone conversation with Jan Baer concerning fee applications and substantial contribution motions.                                                                                                                                                                                                           | 0.40<br>350.00/hr     | 140.00 |
|            | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning a call from Bobbie Ruhlander in Warren Smith's office (the Fee Examiner) regarding the timing of the hearing on the applications.                                                                                                             | 0.20<br>350.00/hr     | 70.00  |
|            | DKH | E-mail correspondence with David Thompson concerning how he would like to proceed at the June hearing.                                                                                                                                                                                                           | 1.00<br>350.00/hr     | 350.00 |
|            | DKH | E-mail correspondence with Matt Moloci concerning his availability to conference.                                                                                                                                                                                                                                | 0.10<br>350.00/hr     | 35.00  |
|            | DKH | E-mail correspondence with David Thompson and Matt Moloci setting a time for the teleconference.                                                                                                                                                                                                                 | 0.10<br>350.00/hr     | 35.00  |
|            | DKH | E-mail correspondence with Careen Hannouche concerning availability for teleconference.                                                                                                                                                                                                                          | 0.10<br>350.00/hr     | 35.00  |
|            | DKH | Teleconference with David Thompson and Matt Moloci concerning the schedule for the fee applications and substantial contribution motions.                                                                                                                                                                         | 0.50<br>350.00/hr     | 175.00 |
|            | DKH | Telephone conference with Jan Baer concerning the various applications filed on behalf of the Canadian ZAI claimants and issues related thereto.                                                                                                                                                                  | 0.50<br>350.00/hr     | 175.00 |

Lauzon Belanger, inc.                                             *6/1/2010*    *16967*         Page    8

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/11/2010 | DKH | E-mail correspondence with Jan Baer answering some of the questions raised in our teleconference of earlier today. | 0.30<br>350.00/hr | 105.00 |
| 5/12/2010 | DKH | Telephone conversation with Jan Baer concerning substantial contribution motions. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | Follow up telephone conversation with Jan Baer concerning substantial contribution motions. | 0.30<br>350.00/hr | 105.00 |
| 5/13/2010 | DKH | Telephone conversation with Matt Moloci concerning Substantial contribution motions. | 0.50<br>350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with David Thompson concerning a need for a call to discuss recent developments concerning the fee applications. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | Telephone conversation with Jan Baer concerning a request for a teleconference with Representative Counsel and myself to discuss the substantial contribution applications. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Jan Baer confirming representative counsel's availability for a teleconference on Monday May 17. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | Teleconference with Representative Counsel concerning the request of Jan Barer for a teleconference to discuss the timing of the substantial contribution applications and changes thereto. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Janet S. Baer setting the time for the May 17 teleconference. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Janet S. Baer confirming teleconference for May 17. | 0.10<br>350.00/hr | 35.00 |
| 5/17/2010 | DKH | E-mail correspondence with Bryan Shafer concerning a claim based on ZAI; telephone call from Brian Shafer concerning claim. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning email chain received from Jacqueline Dais-Visca, on behalf of the Crown. Reviewed same. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | Teleconference with Debtors counsel and Representative Counsel concerning substantial contribution applications. | 0.80<br>350.00/hr | 280.00 |
|  | DKH | Teleconference with Representative Counsel concerning phone call with Debtors counsel. | 0.30<br>350.00/hr | 105.00 |
| 5/18/2010 | KEH | Meeting with DKHogan, re: actions needed on fee applications and substantial contribution applications and need to contact fee auditor's office; E-mail correspondence with Bobbi Ruhlander in Warren H. Smith's office, re: same. | 0.50<br>190.00/hr | 95.00 |

Lauzon Belanger, inc.                                                *6/1/2010*    *16967*         Page    9

| | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/18/2010 | KEH | E-mail correspondence from Bobbi Ruhlander "The fee applications for the period of December 21, 2009 through March 31, 2009 (##24700, 24698, and 24702) will all need to be rescheduled to the September 13 hearing date, as that is when the fees for that period are scheduled to be heard." | 0.20 190.00/hr | 38.00 |
| | KEH | Review admin order; E-mail correspondence with Daniel K. Hogan regarding fee application preparation and filing dates (monthly and quarterly) | 0.40 190.00/hr | 76.00 |
| | KEH | E-mail correspondence with Bobbi Ruhlander, re: revised invoices for Lauzon Belanger; meetings with DKHogan, re: same; prepare documentation regarding actions needed for quarterly applications and substantial contributions applications. | 0.80 190.00/hr | 152.00 |
| | DKH | E-mail correspondence with Bobbi Ruhlander concerning rescheduling the fee applications for September, 2010. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed Administrative Order and schedule for the upcoming fee application schedule. | 0.50 350.00/hr | 175.00 |
| 5/19/2010 | KEH | E-mail correspondences with Daniel K. Hogan, re: revised invoices from Lauzon Belanger and specify the revisions. | 0.50 190.00/hr | 95.00 |
| | KEH | Begin preparation of Second Monthly Fee Application for The Hogan Firm. | 1.30 190.00/hr | 247.00 |
| | DKH | E-mail correspondence with Karen E. Harvey.  Created outline of applications currently pending and required actions needed to satisfy each application. | 0.50 350.00/hr | 175.00 |
| | DKH | Drafted email to Bobbie Ruhlander concerning an outline of current fee applications and anticipated steps to be taken as to each. | 0.40 350.00/hr | 140.00 |
| 5/20/2010 | KEH | Meeting with DKHogan, re: teleconference with Bobbi Ruhlander - advise actions needed. | 0.60 190.00/hr | 114.00 |
| | KEH | E-mail correspondence with 'bruhlander@whsmithlaw.com' transmitting signed order (Docket No. 20471), re: Motion for Payment of Administrative Expenses/Claims of Canadian ZAI Claimants Pursuant to 11 U.S.C. Sections 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making Substantial Contribution for the Period June 22, 2006 through August 31, 2008 (Docket No. 19980). | 0.20 190.00/hr | 38.00 |
| | KEH | Prepare amended notices & certificates of service for First Quarterly Application of Lauzon Belanger and Scarfone Hawkins; electronically file each. | 1.40 190.00/hr | 266.00 |

Lauzon Belanger, inc.                                    *6/1/2010*    *16967*        Page  10

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/20/2010 | KEH | Prepare amended notice & certificate of service for First Quarterly Application of The Hogan Firm; electronically file same. | 0.70<br>190.00/hr | 133.00 |
|  | KEH | Prepare amended notice & certificate of service for First Application of Canadian ZAI Claimants for Allowance of Admin Expenses of Lauzon Belanger and Scarfone Hawkins as Repr Counsel incurred in making substantial contribution for the period October 1, 2004 to August 31, 2008; electronically file same. | 0.70<br>190.00/hr | 133.00 |
|  | KEH | Preparation of Certification of Counsel regarding the First Monthly and the First Quarterly applications of Lauzon Belanger for the period December 21, 2009 through March 31, 2010. | 1.20<br>190.00/hr | 228.00 |
|  | DKH | Telephone conversation with Bobbie Ruhlander of the Fee Examiner's office concerning Canadian 503(b) motions and issues related to justification of $2M claim.  Reviewed Amended MOS with her and related documentation. | 0.50<br>350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Robert Cantor concerning status of Atrium Palace Condominium Association claim. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson transmitting the upcoming schedule for deadlines of fee applications. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Ana Dobson David Thompson) concerning trip to Winnipeg and resolution of the fee dispute with Keith Ferbers. | 0.30<br>350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed Re-Notice of First Quarterly Application of Lauzon Belanger – Docket No. 24805; Re-Notice of First Quarterly Application of Scarfone Hawkins – Docket No. 24806; Re-Notice of First Quarterly Application of The Hogan Firm – Docket No. 24807; and Re-Notice of First Application of Canadian ZAI Claimants – Docket No. 24808. | 0.80<br>350.00/hr | 280.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Amended Notice of Hearing on the First Quarterly Application of Lauzon Belanger for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009, Through March 31, 2010 (related document(s)[24700]) Filed by Canadian ZAI Claimants. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Amended Notice of Hearing on the First Quarterly Application of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009 through March 31, 2010 (related document(s)[24698]) Filed by Canadian ZAI Claimants. | 0.20<br>350.00/hr | 70.00 |

Lauzon Belanger, inc.                                      *6/1/2010*    *16967*          Page   11

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/20/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Amended Notice of Hearing of the First Quarterly Application of The Hogan Firm For Compensation For Services Rendered and Reimbursement of Expenses as Counsel to The Representative Counsel For The Canadian ZAI Claimants for the Period December 22, 2009, Through March 31, 2010 (related document(s)[24702]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Amended Notice of Hearing of the First Application for Compensation of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Representative Counsel to Canadian Zonolite Attic Insulation Claimants Authorizing Reimbursement of Its Reasonable Attorneys Fees and Expenses Incurred in Making a Substantial Contribution for the period October 1, 2004 to August 31, 2008 (related document(s)[24724]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander.  Received and reviewed Fee Auditor's Initial Report regarding the 2nd 503(b) application of Lauzon Belanger and Scarfone Hawkins. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Matt Moloci concerning Fee Auditor's Initial Report regarding the 2nd 503(b) application of Lauzon Belanger and Scarfone Hawkins. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Representative Counsel regarding the Fee Auditor's Initial Report regarding the 2nd 503(b) application of Lauzon Belanger and Scarfone Hawkins. | 0.20 350.00/hr | 70.00 |
| 5/21/2010 | KEH | Prepare first draft of COC, re: First Monthly Application for period 12/21/09 to 03/31/10; Revise proposed order and prepare exhibits. | 0.80 190.00/hr | 152.00 |
|  | KEH | Category breakdown for THF April Fee Application; complete draft of THF's 2nd monthly application. | 1.60 190.00/hr | 304.00 |
|  | KEH | Received and reviewed Lauzon Belanger's revised Time and Expense Summary for April 1 to April 30, 2010 - discussed with Dan Hogan - emailed Careen Hannouche regarding revisions needed to comply with the fee auditor's guidelines. | 0.30 190.00/hr | 57.00 |
|  | DKH | Telephone conversation with Dion Wynn of the U.S. Trustee's office concerning fee applications. | 0.30 350.00/hr | 105.00 |
|  | DKH | Email to Diaon Wynn of the U.S. Trustee's office concerning Canadian ZAI fee applications. | 0.10 350.00/hr | 35.00 |
|  | DKH | Telephone conversation with Jan Baer concerning issues related to June 7 hearing and postponement of $2M Canadian Substantial Contribution motion. | 0.30 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                     *6/1/2010*    *16967*        Page   12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/21/2010 | DKH | E-mail correspondence with Careen Hannouche concerning four items for which the fee examiner needs a written explanation. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Janet S. Baer concerning changes to $2M Substantial Contribution Motion.  Traded voicemails with Jan Baer concerning issues related to applications. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Janet S. Baer concerning whether the fee auditor going to do a report on the substantial contribution applications going forward prior to June 7 hearing.  Responded via email. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Bobbi Ruhlander.  Received and reviewed auditor's initial report regarding The Hogan Firm's § 503(b) application. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Careen Hannouche regarding information requested by the Fee Examiner. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Matt Moloci and David Thompson requesting assistance in expediting response from Lauzon Belanger. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger's monthly fee summary for April 1 to April 30, 2010.  Reviewed same. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning Lauzon Belanger making arrangements to expedite its response to the fee examiner. | 0.10<br>350.00/hr | 35.00 |
| | DKH | Worked on response to the auditor's initial report regarding our 2nd SC application. | 0.80<br>350.00/hr | 280.00 |
| | DKH | E-mail correspondence with Deanna Boll regarding some suggestions for an amended application regarding the $2 million substantial contribution motion. | 0.50<br>350.00/hr | 175.00 |
| 5/24/2010 | KEH | Meeting with DKHogan, re: revisions needed to $2M Substantial Contribution application. | 0.20<br>190.00/hr | 38.00 |
| | KEH | E-mail correspondence with Daniel K. Hogan, re: Rep Counsel's fee applications and substantial Contribution applications (0.1); email to/from Patty Cuniff in Debtors' counsel office regarding binders for Judge Fitzgerald (0.2) | 0.30<br>190.00/hr | 57.00 |
| | KEH | Review docket for monthly & quarterly fee application certificates of no objection. | 0.10<br>190.00/hr | 19.00 |

Lauzon Belanger, inc.                                              *6/1/2010*    *16967*        Page   13

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/24/2010 | KEH | Meetings with Dan Hogan, re: actions needed for Representative Counsel's monthly fee applications and substantial contribution applications. | 1.30 190.00/hr | 247.00 |
|  | KEH | Meeting with Dan Hogan, re: action needed for response to Fee Auditor's Initial Report for The Hogan Firm's Substantial Contribution Application (0.4); Prepare draft of response to Fee Auditor's initial report and revise History Bill for Period 9/1/08 through 12/21/09 (1.4) | 1.80 190.00/hr | 342.00 |
|  | KEH | Review with DKHogan and make revisions to The Hogan Firm's response to fee auditor and draft The Hogan Firm's CNO for First Monthly Fee Application. | 2.10 190.00/hr | 399.00 |
|  | KEH | Review Amended Application for $2M Sub. Contr. with DKHogan, various revisions as instructed. | 3.60 190.00/hr | 684.00 |
|  | DKH | Reviewed docket for objections to substantial contribution motions and fee applications. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey and meeting with her to discuss various applications pending and need for CNOs and COCs regarding various motions and fee applications. | 0.50 350.00/hr | 175.00 |
|  | DKH | Made changes to $2Million Substantial Contribution application of Representative Counsel. | 2.00 350.00/hr | 700.00 |
|  | DKH | Read some additional case law provided by Deanna Boll regarding comparison between class action counsel in US proceedings and CCAA Representative Counsel. | 1.60 350.00/hr | 560.00 |
|  | DKH | Finalized The Hogan Firm's response to the Fee Auditor's Initial Report re 503(b) Application | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning your arrangement with Ferbers and impact on Substantial Contribution motions. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning the preparation of binders for Judge Fitzgerald; reviewed Administrative Order and local rules. | 0.40 350.00/hr | 140.00 |
| 5/25/2010 | KEH | Several meetings and revisions regarding the $2M Amended Application of Canadian ZAI Claimants - review transcript from January 25th hearing. | 5.20 190.00/hr | 988.00 |
|  | KEH | Draft Certificate of No Objection for The Hogan Firm's First Monthly Fee Application (0.8); Meet with Dan Hogan, re: changes need to same (0.2); Revise same and prepare certificate of service (0.3) | 1.30 190.00/hr | 247.00 |

Lauzon Belanger, inc.                                    *6/1/2010*    *16967*        Page   14

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
| 5/25/2010 KEH | Draft Certificate of No Objection for Scarfone Hawkins' First Monthly Fee Application (0.5); Meet with Dan Hogan, re: changes need to same (0.2); Revise same and prepare certificate of service (0.2) | 0.90 190.00/hr | 171.00 |
| KEH | Meetings with Dan Hogan, re: Certification of Counsel for Lauzon Belanger's First Monthly Fee Application (0.3); Several revisions to same and prepare exhibits and certificate of service (1.2) | 1.50 190.00/hr | 285.00 |
| DKH | E-mail correspondence with Bridget Scott (David Thompson) concerning hearing schedule for the July 2010 omnibus hearing. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Cory Ziebarth concerning home in May of 2007, which contains vermiculite insulation in the attic. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with Cory Ziebarth concerning a British Columbia claim based on ZAI. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with David Thompson requesting a teleconference for Thursday. | 0.20 350.00/hr | 70.00 |
| 5/26/2010 KEH | E-mail correspondences with Ana Dobson at Scarfone Hawkins regarding scheduled teleconference to vet concerns on the $2M Amended Application. | 0.20 190.00/hr | 38.00 |
| KEH | Several emails to/from Careen Hannouche regarding Response to Fee Auditor's initial report for Lauzon Bélanger and Scarfone Hawkins (0.5); meetings with Dan Hogan - draft and revisions to response (1.9); research for GST & QST for response (0.3) | 2.70 190.00/hr | 513.00 |
| KEH | Electronically file The Hogan Firm's CNO for the First Monthly Fee Application. | 0.20 190.00/hr | 38.00 |
| KEH | Electronically file Scarfone Hawkins' CNO for the First Monthly Fee Application. | 0.20 190.00/hr | 38.00 |
| KEH | Electronically file Lauzon Belanger's COC for the First Monthly Fee Application. | 0.30 190.00/hr | 57.00 |
| KEH | Meetings with Dan Hogan, re: status of filings. | 0.10 190.00/hr | 19.00 |
| KEH | Revise $2M Application per Dan Hogan's instructions. | 0.50 190.00/hr | 95.00 |
| KEH | E-mail correspondence with Daniel K. Hogan, re: teleconference with Scarfone Hawkins and Lauzon Belanger tomorrow. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                          *6/1/2010*    *16967*         Page   15

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/26/2010 | KEH | E-mail correspondence with IKON Office Solutions transmitting Certificate of No Objection (CNOfor Scarfone Hawkins LLP and also one for The Hogan Firm along with a certificate of service for each for copying and service. | 0.20 190.00/hr | 38.00 |
|  | KEH | E-mail correspondence with 'Careen Hannouche' transmitting draft of response to Fee Auditor for review and approval. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with IKON Office Solutions transmitting Certification of Counsel (COCalong with Exhibit 1, Exhibit 2, and a certificate of service. | 0.10 190.00/hr | 19.00 |
|  | KEH | Meet with Dan Hogan for final review of response to Fee Auditor for Lauzon & Scarfone. | 0.20 190.00/hr | 38.00 |
|  | KEH | Make final revisions to response per instructions from Dan Hogan (0.3); E-mail correspondence with 'Bobbi Ruhlander' (fee auditor) transmitting Lauzon Bélangers and Scarfone Hawkins response to the Fee Auditor's Initial Report Regarding the Second Substantial Contribution Application for the Period September 1, 2008 through December 20, 2009. (0.1) | 0.40 190.00/hr | 76.00 |
|  | DKH | E-mail correspondence with Ana Dobson (David Thompson) concerning next monthly fee application of Scarfone Hawkins. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting chart showing the time summary by employees for correspondence (telephone and email) with class members regarding the Canadian ZAI Property Damage Settlement Agreement.  Reviewed same for Fee Examiner report. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with David Thompson concerning deadline to receive Monthly invoice for April 2010 for Fee application of Scarfone Hawkins. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey concerning the Lauzon Belanger Employee time summary and required detailed information in order to reimburse Lauzon Bélanger. | 0.20 350.00/hr | 70.00 |
|  | DKH | Conducted research on issue of Canadian Tax authority for reimbursement issue raised by Fee Examiner. | 1.40 350.00/hr | 490.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting updated chart concerning issue of Member Services.  Reviewed same. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised  proposed response to the Fee Auditor concerning Lauzon Belanger's submission in support of substantial contribution motion for the period from September 1, 2008 to December 21, 2009. | 0.50 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                    *6/1/2010*    *16967*        Page   16

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/26/2010 | DKH | E-mail correspondence with Karen E. Harvey concerning certification of counsel and exhibits thereto; reviewed and revised same for efiling. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger's revised and detailed time summary for April 1-April 30, 2010.  Reviewed same. | 0.50 350.00/hr | 175.00 |
|  | DKH | Reviewed and revised Certificate of No Objection - No Order Required - Regarding the First Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants - For the Period December 22, 2009, Through March 31, 2010 (related document(s)[24701]). | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection - No Order Required - Regarding the First Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants - For the Period December 22, 2009, Through March 31, 2010 (related document(s)[24701]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | Reviewed and revised Certificate of No Objection - No Order Required - Regarding the First Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants - For the Period December 21, 2009, Through March 31, 2010 (related document(s)[24697]). | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection - No Order Required - Regarding the First Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for The Canadian ZAI Claimants - For the Period December 21, 2009, Through March 31, 2010 (related document(s)[24697]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting supporting documentation for items from Fee Examiner's initial report.  Reviewed same. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning Québec Sales Tax, R.S.Q. c. T-0.1, which, at section 1, in its definition of financial service".  Reviewed same for compliance with fee application standards. | 0.30 350.00/hr | 105.00 |
|  | DKH | Reviewed and revised Certification of Counsel (No Order Required) Regarding the First Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants for the Compensation Period December 21, 2009 through March 31, 2010. | 0.50 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                           *6/1/2010*    *16967*        Page   17

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/26/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certification of Counsel (No Order Required) Regarding the First Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants for the Compensation Period December 21, 2009 through March 31, 2010 (related document(s)[24699]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| 5/27/2010 | KEH | Received and reviewed Lauzon Belanger's revised Time and Expense Summary for April, 2010 - preparation of monthly fee application, Del. L.R. 2016-2(f) certification and affidavit of service. | 1.20 190.00/hr | 228.00 |
|  | KEH | Make revisions to The Hogan Firm's 2nd Monthly fee application per Dan Hogan's instructions - prepare affidavit of service and Certification pursuant to Del. L.R. 2016-2(f) | 0.40 190.00/hr | 76.00 |
|  | KEH | E-mail correspondence with 'bruhlander@whsmithlaw.com', re: Lauzon Belanger's minimum billing. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Ana Dobson, re: rescheduling of teleconference. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Ana Dobson, re: dial-in information for teleconference. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with Bobbi Ruhlander, re: revised History Bill for The Hogan Firm for the Period September 1, 2008 through December 21, 2009.  Revision is due to the communication between our case management system (Amicus) and our accounting system (Timeslips).  Some entries that were input as 0.1 were automatically entered by our accounting system as 0.2. | 0.10 190.00/hr | 19.00 |
|  | KEH | Revise The Hogan Firm's invoice for First Monthly Fee Application due to failure in communication between accounting system (Timeslips) and case management system (Amicus). | 1.90 190.00/hr | 361.00 |
|  | DKH | Reviewed revised History Bill for The Hogan Firm for the Period September 1, 2008 through December 21, 2009. | 0.50 350.00/hr | 175.00 |
|  | DKH | Telephone conversation with Bobbi Ruhlander concerning issue of minimum billing on all of the invoices. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with Careen Hannouche concerning minimum billing. | 0.10 350.00/hr | 35.00 |
|  | DKH | Telephone conversation with Representative Counsel concerning $2 Million Substantial Contribution motion and current fee application and issues related thereto. | 0.50 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                              *6/1/2010*    *16967*          Page   18

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 5/27/2010 | DKH | Telephone conversation with Bobbie Ruhlander concerning the revised Hogan Firm invoice. | 0.20<br>350.00/hr | 70.00 |
| 5/28/2010 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting Fee Auditor's Final Report for The Hogan Firm (0.1); review same and meet with DKHogan (0.3) | 0.40<br>190.00/hr | 76.00 |
|  | KEH | E-mail correspondence from Bobbi Ruhlander transmitting Fee Auditor's Final Report for Scarfone Hawkins (0.1); review same and meet with DKHogan (0.3) | 0.40<br>190.00/hr | 76.00 |
|  | DKH | E-mail correspondence from Matt Moloci concerning Deanna Boll's memorandum for the amended $2Million CDN Substantial Contribution application. | 0.20<br>350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed Fee Auditor's Report Fee Auditor's Final Report Regarding The Second Application of Canadian Zai Claimants Pursuant To 11 U.S.C. 503(b)(3)(D) AND (b)(4) for Allowance of Administrative of the Hogan Firm Incurred in Making Substantial Contribution for the Period of September 1, 2008 through December 21, 2009 Filed by Warren H. Smith & Associates, P.C. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Fee Auditor's Report Fee Auditor's Final Report Regarding The Second Application of Canadian Zai Claimants Pursuant To 11 U.S.C. 503(b)(3)(D) AND (b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP Incurred In Making Substantial Contribution for the Period of September 1, 2008 through December 20, 2009 Filed by Warren H. Smith & Associates, P.C. | 0.40<br>350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with Bobbie Ruhlander transmitting Fee Auditor's Final Report re The Hogan Firm § 503(b) application was filed today, May 28, 2010. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with Bobbie Ruhlander transmitting Auditor's Final Report re Lauzon Belanger and Scarfone Hawkins was filed today, May 28, 2010. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson;Matt Moloci;'Careen Hannouche' transmitting Auditors Final Report re Lauzon Belanger and Scarfone Hawkins was filed today, May 28, 2010. | 0.10<br>350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson;Matt Moloci transmitting THF's gap substantial contribution application. | 0.10<br>350.00/hr | 35.00 |

Lauzon Belanger, inc.                                    *6/1/2010*    *16967*         Page   19

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/28/2010 | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 6/7/2010 at 10:30 AM. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with 'David Thompson';Matt Moloci; and Careen Hannouche transmitting Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 6/7/2010 at 10:30 AM. | 0.10 350.00/hr | 35.00 |
| 5/30/2010 | DKH | Worked on revisions to $2 Million Substantial contribution motion. | 2.50 350.00/hr | 875.00 |

**For professional services rendered**                        122.80      *$31,588.00*

**Additional Charges :**

| | | |
|---|---|---|
| 5/3/2010 | IKON Office Solutions- Annual Report | 767.80 |
| 5/5/2010 | IKON Office Solutions- Fee Applications | 348.00 |
| 5/11/2010 | Staples - Supplies, i.e. binders, paper, re: fee applications | 64.94 |
|  | Overnight Express Mail to Bobbi Ruhlander in Warren H. Smith's Office | 37.09 |
| 5/20/2010 | IKON Office Solutions-  ReNotice | 870.90 |
| 5/26/2010 | Ikon Office Solutions- CNO Monthly & COC LB | 148.92 |

**Total additional charges**                                           *$2,237.65*

**Total amount of this bill**                                          *$33,825.65*

**Previous balance**                                                   *$37,810.10*

**Accounts receivable transactions**

| | | |
|---|---|---|
| 5/18/2010 | Payment - Thank You. Check No. 969 7108 | ($38,144.10) |
| 5/20/2010 | Transfer to funds | $175.00 |
| 6/1/2010 | Transfer to funds | $159.00 |
| 6/1/2010 | Payment from Client Funds Account | ($334.00) |

**Total payments and adjustments**                                ($38,144.10)

**Balance due**                                                    **$33,491.65**

Lauzon Belanger, inc.                                    *6/1/2010*    *16967*        Page   20

*****TERMS: PAYMENT DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Daniel K. Hogan | 51.60 | 350.00 | $18,060.00 |
| Gabrielle Palagruto | 4.00 | 190.00 | $760.00 |
| Gillian Andrews | 5.60 | 190.00 | $1,064.00 |
| Karen E. Harvey | 61.60 | 190.00 | $11,704.00 |