**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 21, 2010 @ 4:00 p.m. |
| | ) | Hearing Date: September 13, 2010 @ 10:30 a.m. |
| | ) | |

**THIRD MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant: Scarfone Hawkins LLP

Authorized to Provide
Professional Services to: Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants")

Date of Retention: March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought: May 1, 2010, through May 31, 2010

Amount of compensation sought
as actual, reasonable and necessary: $ 21,221.25

Amount of expense reimbursement
(includes Goods and Services Tax of 5%)
sought as actual, reasonable and necessary: $ 3,327.71

This Applicant's Third Monthly Application.

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. 24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 | $ 10,399.55 | Pending | Pending |
| 06/01/2010 Dkt. 24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | Pending | Pending |

**Fee Detail by Professional for the Period of May 1, 2010, through May 31, 2010:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| David Thompson | Partner, 22 Years 1988 | $475.00 | 22.90 | 10,877.50 |
| David Thompson – Travel | | $237.50 | 8.50 | 2,018.75 |
| Matthew G. Moloci | Partner, 11 Years 1998 | $375.00 | 17.70 | 6,637.50 |
| Matthew G. Moloci - Travel | | $187.50 | 9.00 | 1,687.50 |
| Law Clerk | | $90.00 | 0.00 | 0.00 |
| **Grand Total** | | | **58.10** | **$21,221.25** |
| Blended Rate | | | | 365.25 |

**Monthly Compensation by Matter Description for the Period of May 1, 2010, through May 31, 2010**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 23.50 | 10,292.50 |
| 11 - Fee Applications, Applicant | 16.60 | 7,035.00 |
| 12 - Fee Applications, Others | N/A | 0.00 |
| 14 - Hearings | N/A | 0.00 |
| 16 - Plan and Disclosure Statement | N/A | 0.00 |
| 20 - Travel (Non-Working) | 17.50 | 3,706.25 |
| 24 - Other | 0.50 | 187.50 |
| **TOTAL** | **58.10** | **$21,221.25** |

**Monthly Expense Summary for the Period May 1, 2010, through May 31, 2010**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopies (In House) | | 0.00 |
| Postage | | 5.44 |
| Courier | Federal Express | 0.00 |
| Travel – Airfare | West Jet | 951.82 |
| Travel – Meals | Hy's Winnipeg; Wagon Wheel Restaurant; and airline snacks West Jet | 357.66 |
| Travel – Parking | Hamilton Airport Parking | 40.75 |
| Travel – Hotel Accommodations | The Fairmont Winnipeg Hotel | 739.68 |
| Travel – Mileage/Taxi | | 54.40 |
| Long Distance Calls | | 8.96 |
| CCAA Fees | | 0.00 |
| Goods & Services Tax @ 5% | | 1,169.00 |
| **TOTAL** | | **$3,327.71** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for May 1, 2010, through May 31, 2010, (this "Monthly Fee Statement")[1] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before July 21, 2010, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[1] Applicant's Invoice for May 1, 2010, through May 31, 2010, is attached hereto as **Exhibit A.**

Page | 3

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period May 1, 2010, through May 31, 2010, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of $21,221.25, and actual and necessary expenses in the amount of $3,327.71 (includes 5% Goods & Services Tax) for a total allowance of $24,548.96; Actual Interim Payment of $16,977.00 (80% of the allowed fees) and reimbursement of $3,327.71 (100% of the allowed expenses) be authorized for a total payment of $20,304.71; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines

and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: June 30, 2010                               Respectfully submitted,

By:    */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**