# EXHIBIT A

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE APPLICATION
DATE: May 31, 2010
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

G.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION**
**(May 1, 2010 to May 31, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05 /03/10 | *receipt Michel Belanger email, memo to Matt Moloci, memo to file for travel and accommodation plans/arrangements* | DT | $475.00 | 0.40 | $190.00 |
| 05 /03/10 | *discuss filings with Matt Moloci, discuss and review with Cindy Yates, letter to Evatt Merchant with respect to filings with US Bankruptcy Court, memo to Cindy Yates, letter to Keith Ferbers re: meeting in Winnipeg, letters to and from Michel Belanger re: meeting in Winnipeg* | DT | $475.00 | 0.50 | $237.50 |
| 05 /03/10 | *receipt Karen Harvey emails with respect to filings, discuss with Cindy Yates, receipt Dan Hogan email, update to Matt Moloci on filings with US Bankruptcy Court, memo to Cindy Yates with respect to printing and filing US Bankruptcy Court documents, letter to Evatt Merchant* | DT | $475.00 | 0.25 | $118.75 |
| 05 /03/10 | *follow-up to provide direction to book travel and accommodations for Winnipeg meeting* | DT | $475.00 | 0.10 | $47.50 |
| 05 /03/10 | *Email to David Thompson regarding meeting with Keith Ferbers and Michel Belanger in Winnipeg; email reply from Thompson; email from Thompson to Belanger; email from Thompson to Ferbers; reply from Ferbers; reply from Belanger;* | MGM | $375.00 | 0.30 | $112.50 |
| 05 /03/10 | *Email to David Thompson regarding fee applications filed in U.S. proceedings and follow-up with Keith Ferbers, Evatt Merchant and Michel Belanger; email reply from Thompson; conference with Thompson* | MGM | $375.00 | 0.30 | $112.50 |
| 05 /03/10 | *Email from Karen Harvey regarding certain disbursement in Sep 08 to Dec 09 substantial contribution application;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /04/10 | *receipt Keith Ferbers email, etc., emails to and from Michel Belanger with respect to Winnipeg meeting arrangements, etc., confirm travel and accommodation arrangements for May 17 and 18, 2010* | DT | $475.00 | 0.25 | $118.75 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/04/10 | receipt Michel Belanger email, re: meeting on evening of May 17, memo to Matt Moloci, re: meeting agenda and possible offer to Keith Ferbers | DT | $475.00 | 0.10 | $47.50 |
| 05/04/10 | forward all fee application materials to Keith Ferbers, memo to Matt Moloci, etc., discuss and review with Cindy Yates | DT | $475.00 | 0.35 | $166.25 |
| 05/04/10 | Email from David Thompson to Michel Belanger regarding arrangements for meeting with Keith Ferbers in Winnipeg; email from Thompson to Ferbers; | MGM | $375.00 | 0.20 | $75.00 |
| 05/04/10 | Email from David Thompson to Evatt Merchant regarding U.S. fee application; review and forward by email to Careen Hannouche and Michel Belanger; | MGM | $375.00 | 0.20 | $75.00 |
| 05/04/10 | Emails from Karen Harvey forwarding attached copies of materials filed on substantial contribution applications filed with the U.S. bankruptcy court; review all materials as filed; | MGM | $375.00 | 0.50 | $187.50 |
| 05/04/10 | Emails from Cindy Yates to Keith Ferbers forwarding all materials filed in U.S. proceedings in support of fee and substantial contribution applications; | MGM | $375.00 | 0.20 | $75.00 |
| 05/05/10 | discuss and review with Cindy Yates, memos to and from Cindy Yates, receipt various emails re: fee applications, receipt Dan Hogan email, follow-up on Winnipeg meeting with Keith Ferbers, etc., memos to and from Ana Dobson for follow-up with claimants | DT | $475.00 | 0.75 | $356.25 |
| 05/05/10 | emails to and from Dan Hogan, etc., re: FCR inquiry relating to fee application, discuss with Matt Moloci and agree on approach | DT | $475.00 | 0.25 | $118.75 |
| 05/05/10 | discuss with MGM, letter to Keith Ferbers requesting his complete time docket summary and disbursement summary, etc. | DT | $475.00 | 0.25 | $118.75 |
| 05/05/10 | Further emails from Cindy Yates to Keith Ferbers forwarding materials filed in U.S. proceedings in support of fee and substantial contribution applications; | MGM | $375.00 | 0.10 | $37.50 |
| 05/05/10 | Email from Dan Hogan forwarding inquiry of Alan Rich of the PD FCR; review and consider; reply to Hogan; | MGM | $375.00 | 0.20 | $75.00 |
| 05/05/10 | Email from David Thompson regarding travel arrangements to Winnipeg for meeting with Keith Ferbers and Michel Belanger; reply to Thompson; | MGM | $375.00 | 0.10 | $37.50 |
| 05/05/10 | Receive emails from Karen Harvey to Fee Auditor with attached substantial contribution applications in MS Word format; review; | MGM | $375.00 | 0.20 | $75.00 |
| 05/05/10 | Email from David Thompson to Dan Hogan seeking clarification regarding $2M substantial contribution fee application; | MGM | $375.00 | 0.10 | $37.50 |
| 05/06/10 | receipt Dan Hogan email re: FCR inquiry and LB response | DT | $475.00 | 0.10 | $47.50 |
| 05/06/10 | receipt Karen Harvey email, receipt Careen Hannouche email both re: Lauzon Belanger time summaries | DT | $475.00 | 0.25 | $118.75 |
| 05/06/10 | telephone to Dan Hogan re: Careen Hannouche email, inquiries regarding fee applications, etc., memo to file, discuss and review with MGM, etc. | DT | $475.00 | 0.75 | $356.25 |
| 05/06/10 | review Keith Ferbers sub-file, re: Ferbers co-counsel arrangements, memo to Matt Moloci | DT | $475.00 | 0.25 | $118.75 |
| 05/06/10 | Email from Dan Hogan regarding "expert's fees" on Lauzon Belanger time and disbursement summaries; further email from Karen Harvey to Careen Hannouche regarding | MGM | $375.00 | 0.50 | $187.50 |

| | | | | | |
|---|---|---|---|---|---|
| | "expert's fees"; further reply from Hannouche; review; email from Hogan to Hannouche regarding reconciliation and reporting of "expert's fees"; email from Hannouche to Hogan with revised time and disbursements summaries to correct "expert's fees" issues; review | | | | |
| 05 /06/10 | Email from David Thompson to Michel Belanger regarding arrangements for meeting with Keith Ferbers in Winnipeg; further email from Thompson regarding issues for meeting with Ferbers; reply to Thompson regarding issues; email from Thompson to Ferbers regarding certain issues for meeting; | MGM | $375.00 | 0.20 | $75.00 |
| 05 /07/10 | follow-up with Dan Hogan, receipt Careen Hannouche amended time summaries, memos to and from Matt Moloci | DT | $475.00 | 0.25 | $118.75 |
| 05 /07/10 | emails to and from Evatt Merchant re: brief of law from prior hearing | DT | $475.00 | 0.25 | $118.75 |
| 05 /07/10 | receipt Dan Hogan email to fee examiner | DT | $475.00 | 0.10 | $47.50 |
| 05 /07/10 | Email from David Thompson with attached memorandum and email addressing issues to be addressed with Keith Ferbers at meeting in Winnipeg; review and consider; | MGM | $375.00 | 0.20 | $75.00 |
| 05 /07/10 | Email from Karen Harvey of The Hogan Firm to Fee Auditor Smith addressing "expert's fees" issues in Lauzon Belanger disbursement summaries; review; | MGM | $375.00 | 0.20 | $75.00 |
| 05 /10/10 | receipt Matt Moloci memo and Dan Hogan email re: Crown request for information on fee application | DT | $475.00 | 0.10 | $47.50 |
| 05 /10/10 | receipt Matt Moloci memo/email to Crown re: information request for fee application | DT | $475.00 | 0.10 | $47.50 |
| 05 /10/10 | receipt Orestes Pasparakis email re: Crown inquiry, memo to and from Matt Moloci, etc. | DT | $475.00 | 0.10 | $47.50 |
| 05 /10/10 | receipt Dan Hogan email re: Alan Rich response | DT | $475.00 | 0.10 | $47.50 |
| 05 /10/10 | receipt Dan Hogan email with respect to Crown inquiry | DT | $475.00 | 0.10 | $47.50 |
| 05 /10/10 | Email from Jacqueline Dais-Visca requesting supporting documents to Quarterly Fee Applications of Representative Counsel; email to Dan Hogan in respect of Dais-Visca's request; reply from Hogan; email to Dais-Visca regarding materials filed; further email from Dais-Visca regarding time of class counsel relating to the Crown; | MGM | $375.00 | 0.20 | $75.00 |
| 05 /10/10 | Email from Dan Hogan to Ruhlander forwarding responses to inquiries of Alan Rich; receive email reply from David Thompson to Hogan regarding Ruhlander's inquiries; | MGM | $375.00 | 0.20 | $75.00 |
| 05 /10/10 | Email from David Thompson with attached charts and summary reconciling payments of Hogan Firm invoices and time incurred of Lauzon Belanger and Scarfone Hawkins; review and consider; | MGM | $375.00 | 0.20 | $75.00 |
| 05 /10/10 | Email from Dan Hogan to Alan Rich answering inquiries regarding substantial contribution applications; review; email from Thompson to Hogan regarding Rich email; | MGM | $375.00 | 0.10 | $37.50 |
| 05 /10/10 | Email from Orestes Pasparakis forwarding email from Jacqueline Dais-Visca regarding Crown's position on Representative Counsel's substantial contribution fee applications; email to David Thompson and Dan Hogan regarding reply to Pasparakis and Dais-Visca; email reply | MGM | $375.00 | 0.20 | $75.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | *from Thompson; email to Pasparakis and Dais-Visca addressing Crown's inquiries;* | | | | |
| 05/11/10 | *emails to and from Dan Hogan re: fee examiner issues, etc., receipt Matt Moloci email* | DT | $475.00 | 0.25 | $118.75 |
| 05/11/10 | *receipt Jan Baer email to Orestes Pasparakis re: "expert fee" questions* | DT | $475.00 | 0.10 | $47.50 |
| 05/11/10 | *telephone conference call with Dan Hogan with Matt Moloci re: fee examiner and debtor update, discuss June 7, 2010 hearing, etc., memo to file* | DT | $475.00 | 0.40 | $190.00 |
| 05/11/10 | *receipt Dan Hogan email to Jan Baer re: fee discrepancy items* | DT | $475.00 | 0.10 | $47.50 |
| 05/11/10 | *Email from Dan Hogan regarding teleconference with fee examiner, Bobbie Ruhlander and telephone message from Jan Baer regarding fee applications;* | MGM | $375.00 | 0.10 | $37.50 |
| 05/11/10 | *Email from Jan Baer to Orestes Pasparakis regarding Crown inquiries concerning fee applications; email from Thompson to Hogan; conference with Thompson; teleconference with Hogan and David Thompson regarding fee applications, issues and inquiries; email reply from Dan Hogan to Jan Baer with attached revised Lauzon Belanger invoices concerning fee applications;* | MGM | $375.00 | 0.40 | $150.00 |
| 05/12/10 | *receipt Orestes Pasparakis email, discuss with Matt Moloci, telephone conference with Orestes Pasparakis and Matt Moloci re: 1st substantial contribution application, etc., memo to file* | DT | $475.00 | 0.40 | $190.00 |
| 05/12/10 | *Email from Orestes Pasparakis; teleconference with Pasparakis and David Thompson concerning US fee applications, materials and comments from Grace US counsel;* | MGM | $375.00 | 0.40 | $150.00 |
| 05/13/10 | *emails to and from Keith Ferbers re: meeting in Winnipeg* | DT | $475.00 | 0.25 | $118.75 |
| 05/13/10 | *emails to and from Dan Hogan and follow-ups re: telephone case conference call, memos to and from Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |
| 05/13/10 | *memos to and from Matt Moloci re: telephone conference call with Dan Hogan and Grace conference call with counsel for next week (May 17th)* | DT | $475.00 | 0.10 | $47.50 |
| 05/13/10 | *Lengthy email from Keith Ferbers with attached emails and disbursement listing addressing co-counsel arrangement and fee applications; review; conference with David Thompson regarding meeting with Ferbers in Winnipeg;* | MGM | $375.00 | 0.30 | $112.50 |
| 05/13/10 | *Emails from and to Dan Hogan and David Thompson regarding proposed teleconference; teleconference with Hogan regarding fee application issues and proposed teleconference with Grace counsel; email report to Thompson; reply from Thompson; email from Hogan to Jan Baer regarding proposed teleconference; emails from Baer scheduling teleconference; email from Hogan with confirmation regarding proposed teleconference* | MGM | $375.00 | 0.60 | $225.00 |
| 05/14/10 | *receipt Keith Ferbers' email, discuss with Matt Moloci, letter to Keith Ferbers and co-counsel regarding Keith Ferbers' email and information requests* | DT | $475.00 | 0.35 | $166.25 |
| 05/14/10 | *receipt Careen Hannouche email, letter to Careen Hannouche, memo to Cindy Yates, review Dan Hogan updated account* | DT | $475.00 | 0.25 | $118.75 |

| 05/14/10 | review re: Objection Deadline for June 7th hearing | DT | $475.00 | 0.25 | $118.75 |
|---|---|---|---|---|---|
| 05/14/10 | Conference with David Thompson regarding Keith Ferbers' correspondence and communications in preparation for meeting in Winnipeg; | MGM | $375.00 | 0.20 | $75.00 |
| 05/17/10 | memo to Cindy Yates, emails to and from counsel re: Winnipeg meeting, etc. | DT | $475.00 | 0.35 | $166.25 |
| 05/17/10 | telephone conference call with counsel, David Thompson, Matt Moloci, Dan Hogan, Jan Baer, Orestes Pasparakis, Richard Finke, Deanna Boll re: substantial contribution application | DT | $475.00 | 1.00 | $475.00 |
| 05/17/10 | 5:00 p.m. - 5:30 p.m. - travel to airport for flight to Winnipeg for meeting with Keith Ferbers | DT | $237.50 | 0.50 | $118.75 |
| 05/17/10 | 5:30:00 p.m. - 9:00 p.m. - airport and flight to Winnipeg via Hamilton, WestJet flight 247, flight duration 2.5 hours | DT | $237.50 | 3.50 | $831.25 |
| 05/17/10 | 10:00 p.m. - 11:00 p.m. - meeting with Michel Belanger and Matt Moloci re: preparation for meeting with Keith Ferbers; discuss and review strategy and approach, etc. | DT | $475.00 | 1.00 | $475.00 |
| 05/17/10 | Further email from Jacqueline Dais-Visca with inquiry regarding Representative Counsel's fee applications; forward by email to David Thompson and Dan Hogan; | MGM | $375.00 | 0.10 | $37.50 |
| 05/17/10 | Emails from and to Laura Bruneau, an Ottawa lawyer regarding possible CDN ZAI PD claimant; email reply to Bruneau with answers to inquiries; | MGM | $375.00 | 0.30 | $112.50 |
| 05/17/10 | Teleconference with Jan Baer, Ted Freedman, Deanna Boll, Richard Finke, Orestes Pasparakis, Dan Hogan and David Thompson concerning Representative Counsel fee applications in the U.S. proceedings; discuss amended and further materials; further teleconference with Hogan and Thompson; | MGM | $375.00 | 1.00 | $375.00 |
| 05/17/10 | Conference with David Thompson; review of materials in preparation for meeting with Keith Ferbers; emails from and to Thompson and Ferbers; | MGM | $375.00 | 0.30 | $112.50 |
| 05/17/10 | Travel (at half-hourly rate); from office to Hamilton airport (0.5); fly from Hamilton to Winnipeg and travel to hotel (3.5); meet with David Thompson and Michel Belanger in preparation for meeting with Keith Ferbers; | MGM | $187.50 | 4.00 | $750.00 |
| 05/17/10 | Meet with David Thompson and Michael Belanger in preparation for meeting with Keith Ferbers; | MGM | $375.00 | 1.00 | $375.00 |
| 05/18/10 | 8:00 a.m. - 9:00 a.m. - breakfast meeting with Michel Belanger and Matt Moloci to prepare for meeting with Keith Ferbers | DT | $475.00 | 1.00 | $475.00 |
| 05/18/10 | 9:00 a.m. - 11:30 a.m. - meeting with Keith Ferbers at his offices re: co-counsel arrangement, status of matters with Raven Thundersky, fee "split" between counsel, etc | DT | $475.00 | 2.50 | $1,187.50 |
| 05/18/10 | 11:30 a.m. - 12:00 p.m. - meet and recap meeting - David Thompson, Matt Moloci and Michel Belanger | DT | $475.00 | 0.50 | $237.50 |
| 05/18/10 | 1:30 p.m. - 6:00 p.m. - return travel to airport in Winnipeg; flight from Winnipeg to Hamilton, Hamilton airport to office | DT | $237.50 | 4.50 | $1,068.75 |
| 05/18/10 | Winnipeg, Manitoba; breakfast meeting with David Thompson and Michel Belanger; meeting with Keith Ferbers, Todd Campbell, David Thompson and Michel Belanger at Aikins MacAulay law firm; review and discuss issues in U.S. bankruptcy, CCAA and pending class | MGM | $375.00 | 4.00 | $1,500.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | *proceedings against the Crown; review present fee applications before the U.S. court; review and consider co-counsel agreement, issues and resolution; resolve co-counsel fee applications and allocations arising from Amended and Restated Minutes of Settlement; luncheon meeting with David Thompson; email from Keith Ferbers in follow-up to meeting; email reply from Thompson;* | | | | |
| 05 /18/10 | *Travel (1/2 hourly rate) from Winnipeg, Manitoba to Hamilton, Ontario and home to Oakville, Ontario; 1:30 p.m. to 6:30 p.m.;* | MGM | $187.50 | 5.00 | $937.50 |
| 05 /19/10 | *emails to and from Keith Ferbers, email to Dan Hogan re: arrangement with Keith Ferbers* | DT | $475.00 | 0.50 | $237.50 |
| 05 /19/10 | *letter to Dan Hogan re: July hearing, filing and objection deadlines* | DT | $475.00 | 0.25 | $118.75 |
| 05 /19/10 | *receipt Michel Belanger email regarding arrangements with Keith Ferbers on co-counsel deal* | DT | $475.00 | 0.10 | $47.50 |
| 05 /19/10 | *follow-up to make arrangements for trip down to Montreal, memo to MGM, email to Michel Belanger, etc., memo to clerk to investigate flight options for June 16/17* | DT | $475.00 | 0.25 | $118.75 |
| 05 /19/10 | *Emails from and to Keith Ferbers, David Thompson and Michel Belanger confirming terms of resolution of co-counsel fees; conference with David Thompson regarding June hearing in U.S. proceedings and proposed meeting with Lauzon Belanger in Montreal;* | MGM | $375.00 | 0.30 | $112.50 |
| 05 /20/10 | *receipt Dan Hogan email, etc., letter to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 05 /20/10 | *receipt claimant inquiries and follow-up with claimant, memos to and from Ana Dobson* | DT | $475.00 | 0.25 | $118.75 |
| 05 /20/10 | *receipt Karen Harvey email with respect to re-notices* | DT | $475.00 | 0.10 | $47.50 |
| 05 /20/10 | *receipt Karen Harvey email, review and consider Fee Examiner's report* | DT | $475.00 | 0.35 | $166.25 |
| 05 /20/10 | *Emails from and to Keith Ferbers, David Thompson and Michel Belanger confirming terms of resolution of co-counsel fees and in follow-up to other issues addressed at Winnipeg meeting; email from Thompson to Dan Hogan with report regarding Winnipeg meeting;* | MGM | $375.00 | 0.20 | $75.00 |
| 05 /20/10 | *Letter from possible CDN ZAI claimant Sorin Rogojinaru; review* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /20/10 | *Email from Dan Hogan regarding monthly and quarterly fee applications and schedule; email from David Thompson regarding fee applications and scheduling; email reply from Thompson to Hogan;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /20/10 | *Email from Dan Hogan to James Luckey with attached Notices of First Quarterly Fee Applications of Lauzon Belanger, Scarfone Hawkins and The Hogan Firm and First Application of Canadian ZAI Claimants for service and filing; review documents; email reply from Luckey;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /20/10 | *Email from Karen Harvey with attached Fee Auditor's initial report for the 2nd Substantial Contribution Application; review; email from Hogan regarding report;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /21/10 | *receipt Dan Hogan email re: Fee Auditor Report* | DT | $475.00 | 0.10 | $47.50 |

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/21/10 | *receipt and review Fee Auditor Report, memo to and from Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |
| 05/21/10 | *receipt Dan Hogan email to Careen Hannouche re: clarification sought* | DT | $475.00 | 0.10 | $47.50 |
| 05/21/10 | *receipt copy of Dan Hogan email to Mr. Wynn re: substantial contribution application* | DT | $475.00 | 0.10 | $47.50 |
| 05/21/10 | *Emails from and to Dan Hogan and Careen Hannouche regarding responses to fee examiner's inquiries concerning Lauzon Belanger and 2nd Application of Canadian ZAI counsel;* | MGM | $375.00 | 0.20 | $75.00 |
| 05/21/10 | *Email from Cindy Yates regarding preparation of monthly fee application for April, 2010;* | MGM | $375.00 | 0.10 | $37.50 |
| 05/21/10 | *Email from Dan Hogan to Dion Wynn regarding substantial contribution applications;* | MGM | $375.00 | 0.10 | $37.50 |
| 05/24/10 | *Email from Dan Hogan regarding substantial contribution fee application concerning $2M under Amended and Restated Minutes of Settlement, inclusion and reference to time and disbursements of Keith Ferbers and Aikins MacAulay law firm and co-counsel arrangement; review and consider;* | MGM | $375.00 | 0.20 | $75.00 |
| 05/25/10 | *Dan Hogan emails regarding arrangement with Keith Ferbers and additional information for pending applications and email response to Dan Hogan and coordinate telephone conference call* | DT | $475.00 | 0.50 | $237.50 |
| 05/25/10 | *Email from David Thompson to Dan Hogan regarding U.S. hearing dates for fee applications, scheduling and delivery of further materials; email reply from Hogan; further email from Thompson to Hogan requesting teleconference to discuss issues;* | MGM | $375.00 | 0.20 | $75.00 |
| 05/25/10 | *Emails from David Thompson regarding meeting in Montreal with Lauzon Belanger to address various issues in proceedings;* | MGM | $375.00 | 0.10 | $37.50 |
| 05/25/10 | *Email from possible CDN ZAI claimant Cory Ziebarth; review* | MGM | $375.00 | 0.10 | $37.50 |
| 05/26/10 | *emails to and from Dan Hogan, re; various issues with fee application* | DT | $475.00 | 0.25 | $118.75 |
| 05/26/10 | *receipt and review multiple and various emails exchanged between Dan Hogan, Karen Harvey, Careen Hannouche re: fee auditor report, certificate of no objection, response to fee auditor report and inquiry* | DT | $475.00 | 1.00 | $475.00 |
| 05/26/10 | *Email from Careen Hannouche to Karen Harvey at Hogan Law Firm with attached summary of time and disbursements for monthly fee application for April, 2010; review* | MGM | $375.00 | 0.10 | $37.50 |
| 05/26/10 | *Email from Karen Harvey scheduling teleconference with Dan Hogan;* | MGM | $375.00 | 0.10 | $37.50 |
| 05/26/10 | *Email from Karen Harvey with attached Certificates of No Objection and confirmation of filing for fee applications; email reply from James Luckey; email to David Thompson* | MGM | $375.00 | 0.10 | $37.50 |
| 05/26/10 | *Email from Careen Hannouche to Dan Hogan with attached expense details in response to fee auditor's inquiries; reply from Karen Harvey;* | MGM | $375.00 | 0.10 | $37.50 |
| 05/26/10 | *Email from Careen Hannouche to Dan Hogan with attached detail concerning "member services" disbursements in* | MGM | $375.00 | 0.20 | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| | *response to fee auditor's inquiries; reply from Karen Harvey requesting further particulars; further emails between Harvey and Hannouche with particulars;* | | | | |
| 05 /26/10 | *Email from Karen Harvey with attached proposed response to fee auditor with attached exhibits; receive email reply from Hannouche; review;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /26/10 | *Email from Karen Harvey to James Luckey with attached Certificate of Counsel and Certificate of Service for filing; review* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /26/10 | *Receive emails between Careen Hannouche and Karen Harvey concerning Quebec Sales Tax; review;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /26/10 | *Receive email from Karen Harvey to Bobbi Ruhlander with attached response to Fee Auditor's Initial Report Regarding Second Substantial Contribution Application Sep 1, 2008 to Dec 20, 2009 of Lauzon Belanger and Scarfone Hawkins; review;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /27/10 | *Teleconference with Dan Hogan and David Thompson regarding issues relating to substantial contribution fee applications and intended amendments; receive email from Hogan attached email and memo from Deanna Boll regarding suggested amendments to materials; email from Karen Harvey regarding fee auditor issue with minimum billing of time; email reply from Careen Hannouche to Karen Harvey;* | MGM | $375.00 | 0.40 | $150.00 |
| 05 /28/10 | *research and review caselaw, prepare detailed summary memo of law for Dan Hogan re: state of Canadian law re: substantial contribution application for inclusion into Court materials for July hearing* | DT | $475.00 | 2.00 | $950.00 |
| 05 /28/10 | *further research and review re: costs law summary memo for Dan Hogan - state of Canadian Law for Substantial Contribution application, discuss with Matt Moloci* | DT | $475.00 | 0.75 | $356.25 |
| 05 /28/10 | *receipt Keith Ferbers' email and detailed pre-bill, telephone conference call with Dan Hogan (May 27th), follow-up email to Keith Ferbers, etc.* | DT | $475.00 | 0.75 | $356.25 |
| 05 /28/10 | *Email from David Thompson to Dan Hogan regarding Deanna Boll email and memorandum concerning amendments to substantial contribution fee applications; conference with Thompson regarding substantial contribution fee applications in U.S. proceedings and further particulars concerning fees in Canadian class action and CCAA proceedings to be provided to Hogan;* | MGM | $375.00 | 0.30 | $112.50 |
| 05 /28/10 | *Email from Michel Belanger regarding proposed meeting in Montreal;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /28/10 | *Email from Keith Ferbers with attached updated time and disbursement summary, reconciling past payments to Hogan Law Firm and addressing issues regarding co-counsel agreement;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /28/10 | *Emails from Dan Hogan with attached Fee Auditor Reports regarding Second Fee Application of Scarfone Hawkins and Lauzon Belanger and separately The Hogan Firm; review* | MGM | $375.00 | 0.20 | $75.00 |
| 05 /28/10 | *Email from Dan Hogan with attached Agenda for June 7th hearing; review;* | MGM | $375.00 | 0.10 | $37.50 |
| 05 /31/10 | *receipt Dan Hogan email, review June 7th Agenda, email to Dan Hogan re: objections and timing* | DT | $475.00 | 0.35 | $166.25 |

| 05/31/10 | Email from David Thompson with attached draft memorandum concerning Canadian class action fees and legal analysis; review and consider; | MGM | $375.00 | 0.20 | $75.00 |
|---|---|---|---|---|---|
| 05/31/10 | Email from David Thompson regarding scheduling of meeting in Montreal with Lauzon Belanger; review and considering scheduling; | MGM | $375.00 | 0.10 | $37.50 |
| 05/31/10 | Email from David Thompson to Keith Ferbers regarding time and disbursement summaries, reconciliation of fees paid to The Hogan Firm, | MGM | $375.00 | 0.10 | $37.50 |
| | | | **SUB-TOTAL** | **58.1** | **$21,221.25** |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 5% G.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 22.90 | $475.00 | $10,877.50 | |
| DAVID THOMPSON – TRAVEL | DT | 8.50 | $237.50 | $2,018.75 | |
| MATTHEW G. MOLOCI | MGM | 17.70 | $375.00 | $6,637.50 | |
| MATTHEW G. MOLOCI – TRAVEL | MGM | 9.00 | $187.50 | $1,687.50 | |
| **SUB-TOTAL:** | | **58.1** | | **$21,221.25** | **$1,061.06** |
| **TOTAL FEES AND TAXES:** | | | | | **$22,282.31** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 5% GST | TOTAL |
|---|---|---|---|---|---|
| 05/01/10 05/31/10 | Postage | | $5.44 | | $5.44 |
| 05/01/10 05/31/10 | Long distance calls | | $8.96 | | $8.96 |
| 05/17/10 05/18/10 | David Thompson Travel Expense for meeting with class counsel in Winnipeg, Manitoba– West Jet flight to and from Winnipeg for David Thompson | | $475.91 | | $475.91 |
| 05/17/10 05/18/10 | Matt Moloci Travel Expense for meeting with class counsel in Winnipeg, Manitoba – West Jet flight to and from Winnipeg for Matt Moloci | | $475.91 | | $475.91 |
| 05/17/10 05/18/10 | David Thompson – Accommodations for meeting with class counsel in Winnipeg, Manitoba – The Fairmont Winnipeg | | $327.13 | | $327.13 |
| 05/17/10 05/18/10 | Matt Moloci – Accommodations for meeting with class counsel in Winnipeg, Manitoba – The Fairmont Winnipeg | | $412.55 | | $412.55 |
| 05/17/10 | David Thompson Travel Expense for meeting with class counsel in Winnipeg, | | $320.00 | | $320.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | Manitoba – Hy's Winnipeg, meal with Matt Moloci and Michel Belanger | | | | |
| 05/17/10 | David Thompson Travel Expense for meeting with class counsel in Winnipeg, Manitoba – snacks and drinks on West Jet flight from Hamilton to Winnipeg for David Thompson and Matt Moloci | | $18.00 | | $18.00 |
| 05/17/10 05/18/10 | David Thompson Travel Expense for meeting with class counsel in Winnipeg, Manitoba – parking at Hamilton Airport on May 17 and 18, 2010 (short term lot) | | $24.00 | | $24.00 |
| 05/18/10 | David Thompson Travel Expense for meeting with class counsel in Winnipeg, Manitoba – lunch at the Wagon Wheel Restaurant for David Thompson and Matt Moloci | | $19.66 | | $19.66 |
| 05/17/10 05/18/10 | Matt Moloci – Travel Expense for meeting with class counsel in Winnipeg, Manitoba – limo from Winnipeg airport to hotel | | $35.50 | | $35.50 |
| 05/17/10 05/18/10 | Matt Moloci – Travel Expense for meeting with class counsel in Winnipeg, Manitoba – taxi from hotel to Winnipeg airport | | $18.90 | | $18.90 |
| 05/17/10 05/18/10 | Matt Moloci Travel Expense for meeting with class counsel in Winnipeg, Manitoba – parking at Hamilton Airport on May 17 and 18, 2010 (long term lot) | | $16.75 | | $16.75 |
| | | | | | |
| **TOTAL DISBURSEMENTS:** | | | **$2,158.71** | **$107.94** | **2,266.65** |
| | | | | | |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$24,548.96** |

THIS IS OUR MONTHLY FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page for photocopies.**