**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | |
| | Chapter 11 |
| | Jointly Administered |
| | Related to Doc. No. 24779, 25008 |

**ORDER DISMISSING WITHOUT PREJUDICE DEBTORS' MOTION TO REOPEN FRAUDULENT CONVEYANCE ADVERSARY PROCEEDINGS TO PERMIT THE FILING OF REMAINING QUARTERLY FEE APPLICATIONS AND ALLOWANCE AND PAYMENT OF REMAINING HOLDBACKS**

AND NOW, this **30th** day of **June, 2010**, WHEREAS the above-captioned motion was filed in the main bankruptcy case;

WHEREAS all motions concerning adversary proceedings must be filed in the adversary/ies to which they pertain;

It is **ORDERED** that the motion filed at Case No. 01-1139 at Doc. No. 24779 is **DISMISSED without prejudice** subject to being refiled in the adversary or adversaries to which it pertains.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald     **rmab**
United States Bankruptcy Court