# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

June 10, 2010

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file : 222

## CANADIAN ZAI SPECIAL COUNSEL
## MONTHLY FEE APPLICATION
## (May 1st 2010 to May 31st 2010)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2010-05-03 | MB | Review of emails from Matt Moloci and David Thompson (re: meeting of May 18th, 2010); | 0.67 | 234.50 |
| 2010-05-03 | MB | Meeting with Ms. Hannouche re: billing; | 0.50 | 175.00 |
| 2010-05-03 | CH | Meeting with Michel Bélanger re: billing; | 0.50 | 142.50 |
| 2010-05-04 | CH | Telephone conversation with journalist from Option Consommateurs (Consumer Protection Agency); | 0.33 | 94.05 |
| 2010-05-06 | CH | Email to Mr. Hogan re : time summaries; | 0.17 | 48.45 |
| 2010-05-06 | CH | Email to Karen Harvey (paralegal to Mr. Hogan) re: time summaries; | 0.25 | 71.25 |
| 2010-05-06 | CH | Email to Mr. Hogan re: amendment to two invoices; | 0.25 | 71.25 |
| 2010-05-12 | MB | Preparation for the meeting with Mr. Thompson, Mr. Moloci and Mr. Ferber; | 2.00 | 700.00 |
| 2010-05-14 | CH | Email to Mr. Thompson re:fees; | 0.17 | 48.45 |
| 2010-05-17 | MB | Travel to Winnipeg; | 6.00 | 1,050.00 |
| 2010-05-18 | MB | Meeting with Mr. Ferbers, Mr. Thompson and Mr. Moloci; | 5.00 | 1,750.00 |
| 2010-05-18 | MB | Travel Winnipeg - Montréal; | 6.00 | 1,050.00 |
| 2010-05-21 | CH | Email to Dan Hogan re: monthly fee application; | 0.17 | 48.45 |
| 2010-05-21 | CH | Review and translation of the monthly fee application (April 1- April 30, 2010); | 0.33 | 94.05 |
| 2010-05-25 | MB | Study of emails from David Thompson re: preparation of the meeting of June 2010; | 0.50 | 175.00 |
| 2010-05-26 | CH | Email to Karen Harvey re: reviewed and detailed time summary; | 0.17 | 48.45 |
| 2010-05-26 | CH | Review of time summary April1-April 30, 2010 re: more detailed entries following Karen Harvey's email; | 0.25 | 71.25 |



| 2010-05-26 | CH | Review of the proposed response to the Fee Auditor prepared by Dan Hogan; | 0.33 | 94.05 |
| 2010-05-26 | CH | Email to Karen Harvey re: review of proposed response to Fee Auditor; | 0.17 | 48.45 |
| 2010-05-28 | CH | Review of the fee auditor's final report. | 0.33 | 94.05 |
| | | **OUR FEES :** | **24.09** | **6,109.20** |

TIME SUMMARY BY LAWYER

| MB | $350 | 8.67 | $3,034.50 |
| MB | $175 | 12.00 | $2,100.00 |
| CH | $285 | 3.42 | $974,70 |

**TAXABLE DISBURSEMENTS**

| Uniglobe Travel Agency Fees | 30.00 |
| Air Canada | 979.25 |
| Taxi Receipts | 36.32 |
| Lodging – Fairmont Winnipeg | 238.78 |
| Meals – Velvet Glove Restaurant Winnipeg | 77.39 |

**TOTAL TAXABLE DISBURSEMENTS**            $1,361.74

**TOTAL FEES AND DISBURSEMENTS**            $7,470.94

G.S.T.            373.55
Q.S.T.            588.34

**TOTAL**            $8,432.83

# G.S.T.   141312538  RT
# Q.S.T.   1018952471

