## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 20, 2010 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### ONE-HUNDRED SIXTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM MAY 1, 2010 THROUGH MAY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

**FEES FOR THE FEE PERIOD**
**MAY 1, 2010 THROUGH MAY 31, 2010[2]**

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 05/07/10 | Review files to assemble documents relevant to recent NJDEP demands re asbestos investigation | | |
| 3 | B. Moffitt | 1.0 | 400.00 |
| | | | |
| 05/14/10 | Continued review of files to assemble documents relevant to recent NJDEP demands re asbestos investigation; work with S. Parker regarding same | | |
| 3 | B. Moffitt | 1.0 | 400.00 |
| | | | |
| 05/17/10 | Work with B. Moffitt regarding research for client and follow up regarding same | | |
| 3 | A. Marchetta | 0.5 | 325.00 |
| | | | |
| 05/17/10 | Review and prepare chronology regarding selected USEPA and NJDEP administrative record documents, environmental reports, and file documents relating to late proof of claim and release issues | | |
| 3 | B. Moffitt | 2.1 | 840.00 |
| | | | |
| 05/19/10 | Work with B. Moffitt and W. Hatfield regarding information on memo for client | | |
| 3 | A. Marchetta | 0.7 | 455.00 |
| | | | |
| 05/19/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site | | |
| 3 | B. Moffitt | 1.1 | 440.00 |
| | | | |
| 05/19/10 | Work with A. Marchetta and W. Hatfield regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| | | | |
| 05/21/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site. | | |
| 3 | B. Moffitt | 1.4 | 560.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| 05/24/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.8 | 720.00 |

| 05/25/10 | Work with B. Moffitt and W. Hatfield regarding memo for client | | |
|---|---|---|---|
| 3 | A. Marchetta | 0.6 | 390.00 |

| 05/26/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 120.00 |

| 05/27/10 | Work with W. Hatfield and B. Moffitt regarding memo to client and strategy regarding issues | | |
|---|---|---|---|
| 3 | A. Marchetta | 1.0 | 650.00 |

| 05/27/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site and work with A. Marchetta and W. Hatfield regarding same | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.9 | 360.00 |

| 05/28/10 | Continued preparation of memo regarding potential legal arguments in response to recent NJDEP directives concerning asbestos issues at Site and e-mails and telephone calls with A. Marchetta and W. Hatfield regarding same | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.8 | 320.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| A. Marchetta | 2.80 | 650.00 | | 1,820.00 |
| B. Moffitt | 10.70 | 400.00 | | 4,280.00 |
| **TOTALS:** | 13.50 | | | 6,100.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 2.8 | 650.00 | 1,820.00 |
| B. Moffitt | 3 | 10.7 | 400.00 | 4,280.00 |
| **TOTALS:** | | 13.5 | | 6,100.00 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| | | | |
|---|---|---|---|
| 05/02/10 | Review DEP information regarding Hamilton | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| | | | |
| 05/03/10 | Address case issues and strategy on NJDEP memo with A. Marchetta and B. Moffitt re: prior NJDEP claims; review prior EPA record of work at site on asbestos; review memos and prior settlement on Hamilton; memos with client and URS on proposed call; memo to A. Marchetta and B. Moffit on proposed call on matter | | |
| 14 | W. Hatfield | 0.6 | 255.00 |
| | | | |
| 05/03/10 | Work with W. Hatfield and B. Moffitt regarding remediation issues and possible LSRP approach to site | | |
| 14 | A. Marchetta | 0.6 | 390.00 |
| | | | |
| 05/03/10 | Work with A. Marchetta and W. Hatfield regarding NJDEP site visit and new demands regarding asbestos and follow up with S. Parker regarding same | | |
| 3 | B. Moffitt | 0.5 | 210.00 |
| | | | |
| 05/03/10 | Assemble documents requested by W. Hatfield regarding site issues in anticipation of telephone call with URS | | |
| 3 | B. Moffitt | 0.8 | 336.00 |
| | | | |
| 05/03/10 | Work with W. Hatfield regarding preparation for telephone call with URS | | |
| 3 | B. Moffitt | 0.4 | 168.00 |
| | | | |
| 05/03/10 | Conduct searches and review results of same regarding identification of USEPA site reports | | |
| 14 | S. Parker | 0.6 | 96.00 |
| | | | |
| 05/04/10 | Telephone conference with clients and attorneys regarding site issues and asbestos liabilities and response to same | | |
| 22 | A. Marchetta | 1.3 | 845.00 |
| | | | |
| 05/04/10 | Prepare for and attend call with clients and URS on ISRA case and NJDEP comment letter; follow up on client request with counsel and forward EPA contact information to clients | | |
| 14 | W. Hatfield | 1.9 | 807.50 |
| | | | |
| 05/04/10 | Conference call with Grace personnel, URS, A. Marchetta and W. Hatfield and follow up | | |
| 3 | B. Moffitt | 1.6 | 672.00 |

4

| 05/05/10 | Work with W. Hatfield and B. Moffitt regarding strategy regarding asbestos claims | | |
| 22 | A. Marchetta | 1.2 | 780.00 |
| 05/06/10 | Prepare memo to A. Marchetta and B. Moffitt on call with clients and Grace contacts with Amtrak; strategy on response to NJDEP comment letter | | |
| 14 | W. Hatfield | 0.7 | 297.50 |
| 05/07/10 | Follow up regarding remediation issues | | |
| 14 | A. Marchetta | 0.4 | 260.00 |
| 05/07/10 | Call with B. Medler on Grace review of Hamilton site and contacts with Amtrak | | |
| 14 | W. Hatfield | 0.4 | 170.00 |
| 05/10/10 | Follow up with B. Moffitt regarding information for client from files | | |
| 22 | A. Marchetta | 0.5 | 325.00 |
| 05/10/10 | Review memo from URS to NJDEP and forward to case team | | |
| 14 | W. Hatfield | 0.5 | 212.50 |
| 05/10/10 | Work with A. Marchetta re continued preparation of e-mail regarding recent NJDEP demands re asbestos investigation and follow up | | |
| 3 | B. Moffitt | 0.4 | 168.00 |
| 05/11/10 | Update from A. Marchetta on matter and review memo to client | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 05/13/10 | Review URS memo to client on status with NJDEP and prepare memo to counsel on proposed strategy | | |
| 14 | W. Hatfield | 0.2 | 85.00 |
| 05/14/10 | Review memo from URS on NJDEP issues; memos with A. Marchetta on strategy; direct URS on extension request issues | | |
| 14 | W. Hatfield | 0.3 | 127.50 |
| 05/18/10 | E-mails regarding DEP extension and follow up regarding asbestos issues | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 05/19/10 | Follow up regarding conference with client and URS regarding DEP response on site | | |
| 14 | A. Marchetta | 0.3 | 195.00 |
| 05/19/10 | Address case issues and memos among case team; meeting with A. Marchetta; memo to clients on strategy and ISRA schedule | | |
| 14 | W. Hatfield | 0.7 | 297.50 |

5

| 05/20/10 | E-mails and follow up regarding remediation issues | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 195.00 |

| 05/20/10 | Memos with clients and case team on proposed response to NJDEP; call with clients and URS on non-asbestos issues related to site and strategy on same | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.4 | 595.00 |

| 05/21/10 | E-mail exchange regarding USEPA testing under concrete pad and forward report regarding same; follow up regarding same | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.5 | 210.00 |

| 05/24/10 | E-mails and follow up with B. Moffitt regarding telephone conference with client and URS on asbestos remediation issues and follow up regarding mèmo related to same | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 195.00 |

| 05/24/10 | Call with B. Moffitt on Grace issues and EPA sampling; call with URS on matter with B. Moffitt; review correspondence to URS on matter | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.7 | 297.50 |

| 05/24/10 | Telephone call with W. Hatfield regarding preparation for telephone call with client | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 84.00 |

| 05/24/10 | Telephone call with W. Hatfield and M. Akerbergs regarding preparation for telephone call with client | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.5 | 210.00 |

| 05/24/10 | Prepare list of environmental reports in Day Pitney's possession to forward to M. Akerbergs to compare with URS file; assemble soil sample lists and prepare e-mail forwarding same for same purpose | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.8 | 336.00 |

| 05/26/10 | Work on DEP - Hamilton site remediation and communication with DEP | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 260.00 |

| 05/26/10 | Address NJDEP procedures on NOD and NOV items; prepare for and attend call with clients on proposed asbestos strategy and response to NJDEP; discuss proposed meeting; bifurcation of case; NOD and NOV process; follow up on case issues with B. Moffitt | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.6 | 680.00 |

| 05/26/10 | Prepare and participate in conference call with client and URS re NJDEP asbestos issues, and follow up regarding same | | |
|---|---|---|---|

| 3 | B. Moffitt | 1.4 | 588.00 |
|---|---|---|---|

| 05/27/10 | Address correspondence and strategize on response to NJDEP on asbestos issues | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 170.00 |

| 05/28/10 | E-mails and follow up with W. Hatfield regarding DEP meeting and information to client | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 390.00 |

| 05/28/10 | Review correspondence on schedule for NJDEP meeting and memo on draft of strategy document | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 85.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 9.80 | 425.00 | 4,165.00 |
| A. Marchetta | 6.70 | 650.00 | 4,355.00 |
| B. Moffitt | 7.10 | 420.00 | 2,982.00 |
| S. Parker | 0.60 | 160.00 | 96.00 |
| **TOTALS:** | 24.20 | | 11,598.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 3.3 | | |
| | 14 | 3.4 | 650.00 | 4,355.00 |
| W. Hatfield | 14 | 9.8 | 425.00 | 4,165.00 |
| B. Moffitt | 3 | 7.1 | 420.00 | 2,982.00 |
| S. Parker | 14 | 0.6 | 160.00 | 96.00 |
| **TOTALS:** | | 24.2 | | 11,598.00 |

7

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 05/03/10 | Draft March 2010 Fee Application documents | | |
| 18 | K. Begley | 0.6 | 165.00 |
| 05/04/10 | Draft March 2010 Fee Application documents; e-mail to S. Zuber regarding same | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 05/07/10 | Review, revise and discuss with K. Begley DP's March 2010 Fee Application | | |
| 14 | S. Zuber | 0.3 | 153.00 |
| 05/09/10 | Finalize March 2010 Fee Application documents for filing | | |
| 18 | K. Begley | 0.2 | 55.00 |
| 05/14/10 | Search regarding indemnity agreements and e-mail regarding same | | |
| 14 | A. Marchetta | 0.5 | 325.00 |
| 05/14/10 | Draft, review, and respond to e-mails regarding the filing of the March 2010 fee application; e-mails regarding editable version of same | | |
| 18 | K. Begley | 0.3 | 82.50 |
| 05/14/10 | Review notes and documents compiled regarding client request for documents regarding drafting history of 1996 settlement agreements with Maryland Casualty; work with AJ Marchetta regarding same | | |
| 14 | S. Parker | 0.4 | 64.00 |
| 05/19/10 | Draft April 2010 Fee Application documents; organize docket entries for file | | |
| 18 | K. Begley | 0.7 | 192.50 |
| 05/20/10 | Draft April 2010 Fee Application documents | | |
| 18 | K. Begley | 0.4 | 110.00 |
| 05/21/10 | Draft April 2010 Fee Application documents | | |
| 18 | K. Begley | 0.9 | 247.50 |
| 05/25/10 | Review, revise and discuss with K. Begley DP's April 2010 Fee Application | | |
| 14 | S. Zuber | 0.2 | 102.00 |
| 05/25/10 | Draft, review, and respond to e-mails regarding filing of April 2010 Fee Application documents | | |
| 18 | K. Begley | 0.2 | 55.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| A. Marchetta | 0.50 | 650.00 | | 325.00 |
| S. Zuber | 0.50 | 510.00 | | 255.00 |
| K. Begley | 3.50 | 275.00 | | 962.50 |
| S. Parker | 0.40 | 160.00 | | 64.00 |
| **TOTALS:** | 4.90 | | | 1,606.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 18 | 3.5 | 275.00 | 962.50 |
| A. Marchetta | 14 | 0.5 | 650.00 | 325.00 |
| S. Zuber | 14 | 0.5 | 510.00 | 255.00 |
| S. Parker | 14 | 0.4 | 160.00 | 64.00 |
| **TOTALS:** | | 4.9 | | 1,606.50 |

9

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**MAY 1, 2010 THROUGH MAY 31, 2010**

<u>Engagement Costs</u>

| | |
|---|---:|
| Photocopying | $517.60 |
| 5176 pages at $0.10 per page. | |
| Matter Total Engagement Cost: | $517.60 |
| **Grand Total Expenses for the Fee Period May 1, 2010 through May 31, 2010.** | **$517.60** |

10

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|                                        |     |                                          |
| :------------------------------------- | :-- | :--------------------------------------- |
| *In re*                                | :   | Chapter 11                               |
|                                        | :   | Case No. 01-1139 (JKF)                   |
| W. R. GRACE & CO., *et al.*[1],        | :   | (Jointly Administered)                   |
|                                        | :   |                                          |
| Debtors.                               | :   | Objection Deadline: July 20, 2010        |
|                                        | :   | Hearing Date: TBD, if necessary          |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.  I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the State of New York, the District of Columbia, the United States District Court for the District of New Jersey, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District Court for the District of Colorado, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Wisconsin, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, the United States Tax Court, and the United States Supreme Court.

2.  I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Florham Park, New Jersey                     Respectfully submitted,
Dated:  June 30, 2010                        DAY PITNEY LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950
Telephone:  (973) 966-6300
Facsimile:  (973) 966-1015