

June 7, 2010

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   174295

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH May 31, 2010

**CLIENT SUMMARY**

**BALANCE AS OF- 05/31/10**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $1,216.00 | $503.29 | $1,719.29 |
| 03 - Creditors Committee - .15539 | $247.50 | $0.00 | $247.50 |
| 07 - Applicant's Fee Application - .15543 | $290.00 | $0.00 | $290.00 |
| 18 - Plan & Disclosure Statement - .15554 | $3,723.50 | $0.00 | $3,723.50 |
| **Client Total** | **$5,477.00** | **$503.29** | **$5,980.29** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340   Tel 305.374.7580   Fax 305.374.7593                                     www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Kramer, Matthew I | 3.70 | $425.00 | $1,572.50 |
| Sakalo, Jay M | 4.30 | $495.00 | $2,128.50 |
| Snyder, Jeffrey I | 0.60 | $340.00 | $204.00 |
| Flores, Luisa M | 0.40 | $215.00 | $86.00 |
| Kurtz, Nicole | 6.40 | $190.00 | $1,216.00 |
| | | ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | ***$5,477.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $15.29 |
| Messenger Services | $12.50 |
| Postage | $120.90 |
| Copies | $354.60 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$503.29*** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$5,980.29** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 05/03/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/04/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/04/10 | NK | 2.50 | 475.00 | Attend to amended plan and exhibits. |
| 05/04/10 | NK | 0.00 | 0.00 | Make an additional copy to the amended plan and exhibit binder to keep for future mailings of plan and exhibit binders |
| 05/05/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/06/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/07/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/10/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/11/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/12/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/13/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/17/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/18/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/19/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer |
| 05/20/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/21/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/24/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/25/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/26/10 | NK | 0.20 | 38.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |
| 05/27/10 | NK | 0.30 | 57.00 | Review docket and send email to J.Sakalo and M.Kramer thereon |

**PROFESSIONAL SERVICES** **$1,216.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 05/05/10 | Postage | 120.90 |
| 05/05/10 | Messenger Services VENDOR: Lightning Courier Corp.; INVOICE#: 41269; DATE: 5/6/2010  -  Account#W2034 | 12.50 |
| 05/24/10 | Long Distance Telephone 1(803)943-4444; 10 Mins. | 15.29 |
| 05/04/10 | Copies 1,094 pgs @ 0.10/pg | 109.40 |
| 05/04/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/04/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/04/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/04/10 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 05/04/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/04/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/04/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/04/10 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/05/10 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 05/05/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/05/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/05/10 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 05/05/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/05/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 05/05/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/05/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/05/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/05/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/05/10 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 05/05/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/05/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/05/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/05/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/05/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 05/05/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 05/05/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/05/10 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 05/05/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/05/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/05/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 05/05/10 | Copies 4 pgs @ 0.10/pg | 0.40 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 05/05/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/05/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/05/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/05/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/10 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/05/10 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 05/05/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/05/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/05/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/05/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/05/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/05/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 05/05/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/13/10 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/13/10 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 05/13/10 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 05/21/10 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 05/21/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/21/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/21/10 | Copies 67 pgs @ 0.10/pg | 6.70 |
| 05/21/10 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 05/21/10 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 05/04/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/04/10 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/10 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 05/04/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/04/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/04/10 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/04/10 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/04/10 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/04/10 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/04/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/04/10 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/04/10 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 05/04/10 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 05/04/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/04/10 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 05/04/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/04/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/04/10 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/04/10 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/04/10 | Copies 29 pgs @ 0.10/pg | 2.90 |

| Date | Description | Amount |
|---|---|---|
| 05/04/10 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/04/10 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 05/04/10 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 05/04/10 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 05/04/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/04/10 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/04/10 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/04/10 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/04/10 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/04/10 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 05/04/10 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $503.29

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kurtz, Nicole | 6.40 | $190.00 | $1,216.00 |
| **TOTAL** | **6.40** | | **$1,216.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $15.29 |
| Messenger Services | $12.50 |
| Postage | $120.90 |
| Copies | $354.60 |
| **TOTAL** | **$503.29** |

**CURRENT BALANCE DUE THIS MATTER** $1,719.29

Atty – SLB  
Client No.: 74817/15539

**RE:  03 - Creditors Committee**

| Date | | | | | |
|---|---|---|---|---|---|
| 04/05/10 | JMS | 0.30 | 148.50 | Review agenda and email to Committee thereon (.3). |
| 05/05/10 | JMS | 0.20 | 99.00 | Email to D. Scott and D. Speights regarding committee call. |

**PROFESSIONAL SERVICES** $247.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $495.00 | $247.50 |
| **TOTAL** | **0.50** | | **$247.50** |

**CURRENT BALANCE DUE THIS MATTER** $247.50

Atty – SLB  
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 05/05/10 | JIS | 0.50 | 170.00 | Review and revise April prebill. |
| 05/18/10 | LMF | 0.40 | 86.00 | Review status of prebill and meet with accounting regarding same. |
| 05/18/10 | JIS | 0.10 | 34.00 | Conference with M. Kramer regarding substantial contribution / fee enhancement provisions. |

**PROFESSIONAL SERVICES**  $290.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.60 | $340.00 | $204.00 |
| Flores, Luisa M | 0.40 | $215.00 | $86.00 |
| **TOTAL** | **1.00** | | **$290.00** |

**CURRENT BALANCE DUE THIS MATTER**  $290.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/04/10 | JMS | 1.40 | 693.00 | Emails with R. Levy and M. Dies regarding amended plan (.3); review same (1.1). |
| 05/12/10 | SLB | 0.40 | 270.00 | Email exchange with D. Hogan et al regarding Canadian ZAI substantial contribution motion (.4). |
| 05/18/10 | MIK | 0.80 | 340.00 | Review proposed confirmation order (.8). |
| 05/20/10 | MIK | 2.30 | 977.50 | Review proposed confirmation order (.8); review modified Canadian settlement documents (1.5). |
| 05/24/10 | JMS | 0.70 | 346.50 | Telephone conference with D. Speights regarding plan trustee issues (.4); review news article on Libby updates (.3). |
| 05/25/10 | MIK | 0.60 | 255.00 | Review plan modifications (.6). |
| 05/28/10 | JMS | 1.70 | 841.50 | Review revised Grace plan and email to Committee members regarding certain provisions therein (1.4); telephone conference with J. Baer regarding same (.3). |

**PROFESSIONAL SERVICES** $3,723.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Kramer, Matthew I | 3.70 | $425.00 | $1,572.50 |
| Sakalo, Jay M | 3.80 | $495.00 | $1,881.00 |
| **TOTAL** | **7.90** | | **$3,723.50** |

**CURRENT BALANCE DUE THIS MATTER** $3,723.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP