IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>APRIL 1, 2010 THROUGH APRIL 30,  2010</u>

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                    May 27, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012100
7500 Grace Drive                            Invoice # 135593
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**General Regulatory/Compliance Issues**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/02/10 | P. Marks | 0.30 | Records research update. |
| 04/02/10 | D. Brian | 1.30 | Review documents from BAAQMD Public Records Request, correspondence with P. Marks re same. |
| 04/05/10 | P. Marks | 1.10 | Evaluate documents (re Chevron 1997 study) obtained and telephone conference with D. Brian re same; email client re same. |
| 04/05/10 | D. Brian | 1.50 | Prepare correspondence to K. Bryden re BAAQMD public records response; prepare public records request for ARB. |
| 04/06/10 | P. Marks | 0.30 | Email with client and D. Brian re status and approach. |
| 04/06/10 | D. Brian | 0.30 | Correspondence with P. Marks re ARB records request. |

|  |  |
|---|---|
| **Total Hours :** | 4.80 |
| **Total Fees :** | $1,554.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  135593
May 27, 2010
PAGE  2

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 1.90 |
| Express Delivery | 22.66 |

|  | |
|---|---|
| Total Disbursements : | $24.56 |

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.70 | $440.00 | $748.00 |
| D. Brian | 3.10 | $260.00 | $806.00 |

|  | |
|---|---|
| Total Fees : | $1,554.00 |
| Total Disbursements : | $24.56 |
| TOTAL DUE : | $1,578.56 |

# EXHIBIT B

## (Curtis Bay RCRA 2)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    May 27, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-013923
7500 Grace Drive                            Invoice # 135595
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

**Curtis Bay RCRA 2**

| | | | |
|---|---|---|---|
| 04/05/10 | P. Marks | 1.30 | Evaluate landfill investigation approach and structure of addressing issues with MDE; telephone conference with L. Duff and P. Bucens re same. |
| 04/09/10 | P. Marks | 0.70 | Landfill tasks, including reviewing client emails re MDE and coordinating with B. Errera re NPDES groundwater permit letter. |
| 04/12/10 | P. Marks | 0.50 | Coordinate with client re MDE correspondence completion (NPDES) and MDE meeting planning. |
| 04/14/10 | P. Marks | 0.20 | Address scheduling and evaluation for MDE meeting. |
| 04/26/10 | P. Marks | 0.40 | Review information re NPDES permit and related landfill coverage request, and coordinate re scheduling. |
| 04/27/10 | P. Marks | 1.90 | Prepare for and participate in strategy telephone conference re MDE meeting, and follow-up evaluation. |

BEVERIDGE & DIAMOND, P.C.                      INVOICE #  135595
                                               May 27, 2010
                                               PAGE  2


04/28/10   P. Marks              0.80     Telephone conference with P. Bucens re MDE's
                                          science advisory group and preparation for
                                          meeting with MDE; emails and evaluation re
                                          same.

04/28/10   P. Marks              0.80     Review NPDES draft permit and current NPDES
                                          groundwater permit and telephone conference
                                          with R. Errera re same.

04/29/10   P. Marks              4.20     Pre-meeting, meeting, and post-meeting
                                          evaluation at MDE re landfill-related
                                          groundwater impacts investigation.

04/30/10   P. Marks              0.30     Telephone conference with L. Duff and R. Errera
                                          re outfall 003 (landfill) and draft NPDES
                                          permit.



                    Total Hours :              11.10

                    Total Fees :            $4,884.00

BEVERIDGE & DIAMOND, P.C.

<u>**Time Summary:**</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 11.10 | $440.00 | $4,884.00 |

|  |  |  |
|---|---|---|
| **Total Fees :** | | **$4,884.00** |
| **TOTAL DUE :** | | **$4,884.00** |

# EXHIBIT C

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                        May 27, 2010
Attn: Richard Finke                                      Client/Matter #  01246-014352
7500 Grace Drive                                         Invoice # 135596
Columbia, MD  21044                                      Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/10 in Connection With:


## Investigation of VC Processing Facilities


| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 04/04/10 | K. Bourdeau | 0.20 | Begin review of materials sent by R. Finke re results of Travelers Rest sampling. |
| 04/05/10 | K. Bourdeau | 1.50 | Finalize review of materials from R. Finke re EPA sampling of Travelers Rest facility and risk assessment of results; prepare list of issues to discuss with R. Finke; conference with P. Marks re same. |
| 04/05/10 | P. Marks | 0.70 | Review Traveler's Rest data; coordinate with K. Bourdeau. |
| 04/06/10 | K. Bourdeau | 0.50 | Conference with R. Finke and P. Marks re comments on results of Travelers Rest facility sampling. |
| 04/06/10 | P. Marks | 1.20 | Review and evaluate information; telephone conference with R. Finke and K. Bourdeau re same. |

Total Hours :                      4.10

Total Fees :                      $2,266.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 135596
May 27, 2010
PAGE  2

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 4.60 |
| | |
| Total Disbursements : | $4.60 |

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 2.20 | $650.00 | $1,430.00 |
| P. Marks | 1.90 | $440.00 | $836.00 |

| | |
|---|---|
| Total Fees : | $2,266.00 |
| Total Disbursements : | $4.60 |
| TOTAL DUE : | $2,270.60 |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    May 27, 2010
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 135594
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

04/20/10    P. Marks              1.00        Address billing and fee petition issues.

                                              **Total Hours :**              **1.00**

                                              **Total Fees :**          **$440.00**

BEVERIDGE & DIAMOND, P.C.

INVOICE #  135594
May 27, 2010
PAGE  2

## Disbursements:

| | |
|---|---|
| Postage | 9.41 |
| Duplicating | 44.40 |

**Total Disbursements :**                **$53.81**


## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $440.00 | $440.00 |

**Total Fees :**                **$440.00**

**Total Disbursements :**                **$53.81**

**TOTAL DUE :**                **$493.81**

# EXHIBIT E

## (Arch-1)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co.                                    May 27, 2010
Attn: Lydia Duff, Esq.                               Client/Matter #  01246-014420
Division Counsel                                     Invoice # 135597
7500 Grace Drive                                     Federal ID# 52-1247549
Columbia, MD  21044

---

For Legal Services Rendered Through 04/30/10 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Arch-1</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/02/10 | C. Lewis | 0.20 | Correspondence with L. Duff and G. St. Michel re status of EPA review of ARCH-1 inert. |
| 04/02/10 | G. St. Michel | 0.30 | Review notes from last telephone conversation with EPA's K. Grinstead; draft informal emails to C. Lewis updating on status of client's inert approval request. |
| 04/06/10 | C. Lewis | 0.70 | Review file; conference and correspondence with G. St. Michel re status of EPA approval request; correspondence with L. Duff re same. |
| 04/06/10 | G. St. Michel | 1.00 | Review WR Grace's request for approval of nonfood use inert; search for and review email history of communication with EPA and client; conference with C. Lewis re current status and next steps; telephone conversation with PV Shah (IIAB branch chief) and relay conversation to C. Lewis. |
| 04/08/10 | C. Lewis | 0.30 | Conference call with L. Duff, D. Curreri, and G. St. Michel re EPA petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  135597
May 27, 2010
PAGE  2

04/08/10   G. St. Michel          0.30        Conference call with client (L. Duff and D.
                                              Curreri) and C. Lewis re status and next steps
                                              of Arch-1 approval project.


                           Total Hours :                2.80

                           Total Fees :            $1,106.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  135597
May 27, 2010
PAGE  3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.20 | $575.00 | $690.00 |
| G. St. Michel | 1.60 | $260.00 | $416.00 |

|  |  |  |
|---|---|---|
| **Total Fees :** |  | **$1,106.00** |
| **TOTAL DUE :** |  | **$1,106.00** |