# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FIFTY-SECOND MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2010 through February 28, 2010 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $4,449.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $12.37 |

This is a: ___XX____ monthly ______ interim _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | Pending | Pending |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | Pending | Pending |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | Pending | Pending |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | Pending | Pending |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | Pending | Pending |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $440.00 | 9.50 | $4,180.00 |
| Laura K. McAfee | Principal; Joined Firm 2001; Member of MD Bar since 1991 | $465.00 | 0.30 | $139.50 |
| Daniel Brian | Associate; Joined Firm 2008; Member of CA Bar since 2008 | $260.00 | 0.50 | $130.00 |

| | |
|---|---|
| Total Fees: | $4,449.50 |
| Total Hours: | 10.30 |
| Blended Rate: | $432.00 |

[6] These amounts are the sum total from all of the invoices attached hereto.

TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 10.30 | $4,449.50 |

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | 8.00 |
| Postage | | 2.27 |
| Long Distance Telephone | | 2.10 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period February 1, 2010 through February 28, 2010, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $4,449.50 and actual and necessary expenses in the amount of $12.37 for a total allowance of $4,461.87 and payment of $3,559.60 (80% of the allowed fees) and reimbursement of $12.37 (100% of the allowed expenses) be authorized for a total payment of $3,571.97, and for such other and further relief as this Court may deem just and proper.

Dated: March 26, 2010

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 26 day of March, 2010.

Notary Public: Debora R. Melnyk
My Commission Expires: May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2010

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 12, 2010
Client/Matter # 01246-012100
Invoice # 134142
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/10 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**General Regulatory/Compliance Issues**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/23/10 | L. McAfee | 0.30 | Telephone conference with L. Duff re dioxin issue. |
| 02/23/10 | P. Marks | 0.30 | Telephone conference with L. Duff re dioxin issue and ARB document; follow-up re same. |
| 02/23/10 | D. Brian | 0.50 | Coordinate with P. Marks and telephone conference with ARB re document. |

**Total Hours :** 1.10

**Total Fees :** $401.50

**Disbursements:**

| | |
|---|---|
| Postage | 0.44 |

**Total Disbursements : $0.44**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 0.30 | $465.00 | $139.50 |
| P. Marks | 0.30 | $440.00 | $132.00 |
| D. Brian | 0.50 | $260.00 | $130.00 |

**Total Fees : $401.50**

**Total Disbursements : $0.44**

**TOTAL DUE : $401.94**

# EXHIBIT B

**(Curtis Bay RCRA 2)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 12, 2010
Client/Matter # 01246-013923
Invoice # 134143
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/10 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

Curtis Bay RCRA 2

| | | | |
|---|---|---|---|
| 02/09/10 | P. Marks | 3.80 | Review and evaluate EPA third request for information, prior requests and responses, and new draft response; telephone conference with B. Errera re diagrams re same and time extension; telephone conference with L. Duff and B. Errera re draft and diagrams; mark-up same. |
| 02/19/10 | P. Marks | 1.30 | Review benthic analysis; voicemail and email to P. Bucens re same; evaluate and email to L. Duff re related landfill permitting issue. |
| 02/22/10 | P. Marks | 2.10 | Prepare for and conduct telephone conferences with P. Bucens re benthic evaluation report; evaluate same. |

**Total Hours :** 7.20

**Total Fees :** $3,168.00

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 2.10 |

**Total Disbursements :** **$2.10**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 7.20 | $440.00 | $3,168.00 |

**Total Fees :** **$3,168.00**

**Total Disbursements :** **$2.10**

**TOTAL DUE :** **$3,170.10**

# EXHIBIT C

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 12, 2010
Client/Matter # 01246-011548
Invoice # 134141
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/10 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| | | | |
|---|---|---|---|
| 02/25/10 | P. Marks | 0.30 | Begin review of Sledds Point and related communications. |
| 02/26/10 | P. Marks | 1.70 | Detailed review of draft memorandum and telephone conference with P. Bucens re same. |

**Total Hours :** 2.00

**Total Fees :** $880.00

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.00 | $440.00 | $880.00 |

**Total Fees :** **$880.00**

**TOTAL DUE :** **$880.00**

# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 12, 2010
Client/Matter # 01246-012629
Invoice # 134148
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/10 in Connection With:

**PLEASE REMIT PAYMENT TO :** **BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311**

Bankruptcy Fee Application

**Disbursements:**

| | |
|---|---|
| Postage | 1.83 |
| Duplicating | 8.00 |

**Total Disbursements :** **$9.83**

**TOTAL DUE :** **$9.83**