# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FIFTY-THIRD MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2010 through March 31, 2010 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $24,367.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $11.00 |

This is a:     ___XX___  monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

### PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | Pending | Pending |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | Pending | Pending |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | Pending | Pending |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | Pending | Pending |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $440.00 | 6.90 | $3,036.00 |
| | | $420.00 (Invoice for a bill covering December, 2009 time) | 10.60 | $4,452.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $650.00 | 3.80 | $2,470.00 |
| | | $625.00 (Invoice for a bill covering December, 2009 time) | 18.40 | $11,500.00 |
| Robert Brager | Principal; Joined Firm 1981; Member of NY Bar since 1980 | $650.00 | .50 | $325.00 |
| Daniel Brian | Associate; Joined Firm 2008; Member of CA Bar since 2008 | $260.00 | 9.30 | $2,418.00 |
| Steven M. Jawetz | Principal; Joined Firm 1987; Member of CA Bar since 1982 | $495.00 | 10.70 | $5,296.50 |

Total Fees:                           $29,497.50
Less Discount on
Invoice #134677          - $5,130.00
Grand Total Fees:       $24,367.50

Total Hours:                        60.20

Blended Rate:               $405.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 60.20 | $24,367.50 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | 11.00 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period March 1, 2010 through March 31, 2010, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $24,367.50 and actual and necessary expenses in the amount of $11.00 for a total allowance of $24,378.50 and payment of $19,494.00 (80% of the allowed fees) and reimbursement of $11.00 (100% of the allowed expenses) be authorized for a total payment of $19,505.00, and for such other and further relief as this Court may deem just and proper.

Dated: May    /2    , 2010             BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:   410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 12th day of May, 2010.

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>MARCH 1, 2019 THROUGH MARCH 31, 2010</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (General Regulatory/Compliance Issues)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                        April 20, 2010
Attn: Lydia B. Duff, Esq.                       Client/Matter #  01246-012100
7500 Grace Drive                                Invoice # 134793
Columbia, MD  21044                             Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**General Regulatory/Compliance Issues**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/01/10 | R. Brager | 0.50 | Telephone conference with J. Deadey re dioxin issue; follow-up with P. Marks re same. |
| 03/01/10 | P. Marks | 0.30 | Follow-up emails re obtaining document and check in with R. Brager re telephone conference with client re dioxin. |
| 03/01/10 | D. Brian | 0.30 | Telephone Conference with ARB re Chevron document;  correspondence with P. Marks re same. |
| 03/08/10 | P. Marks | 0.20 | Follow-up re ARB document. |
| 03/16/10 | D. Brian | 0.80 | Prepare correspondence to T. Kelly re document request; prepare correspondence to public information officer re same. |
| 03/18/10 | D. Brian | 5.30 | Review documents from WR Grace EPA document request; telephone conference with Kelly Thomas re same; correspondence with P. Marks re same; telephone conference with C. Castronovo, T. Undewood, R. Henderson and E Mongar re same; correspondence with same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  134793
April 20, 2010
PAGE  2

| 03/19/10 | P. Marks | 0.30 | ARB document follow-up. |
|---|---|---|---|
| 03/22/10 | D. Brian | 1.30 | Prepare correspondence to R. Henderson re public records act request; prepare correspondence to E. Mongar re document request; telephone conference with G. Lindar re document. |
| 03/29/10 | D. Brian | 0.30 | Correspondence with E. Mongar re document request. |
| 03/30/10 | P. Marks | 0.20 | Review status of document search and correspond with clerk re same. |
| 03/30/10 | D. Brian | 0.30 | Correspondence with E. Mongar re document request. |
| 03/31/10 | P. Marks | 0.30 | Follow-up re document search. |
| 03/31/10 | D. Brian | 1.00 | Correspondence with P. Marks re document search; correspondence with E. Mongar re same. |

Total Hours :           11.10

Total Fees :         $3,315.00

BEVERIDGE & DIAMOND, P.C.

<u>Time Summary:</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 0.50 | $650.00 | $325.00 |
| P. Marks | 1.30 | $440.00 | $572.00 |
| D. Brian | 9.30 | $260.00 | $2,418.00 |

|  |  |
|---|---|
| **Total Fees :** | **$3,315.00** |
| **TOTAL DUE :** | **$3,315.00** |

# EXHIBIT B

## (Curtis Bay RCRA 2)

LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                      April 20, 2010
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-013923
7500 Grace Drive                              Invoice # 134794
Columbia, MD  21044                           Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**        BEVERIDGE & DIAMOND, P.C.
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>

| | | | |
|---|---|---|---|
| 03/05/10 | P. Marks | 0.80 | Telephone conferences with P. Bucens re sampling plan; review and evaluate same. |
| 03/11/10 | P. Marks | 0.30 | Emails re coordination with MDE. |
| 03/26/10 | P. Marks | 0.70 | Address landfill and monitoring issues in telephone conference with P. Bucens; evaluate same. |
| 03/31/10 | P. Marks | 1.10 | Prepare for and conduct telephone conference with team re landfill monitoring and regulatory background; follow-up telephone conference with L. Duff re same and contact P. Bucens re same. |

Total Hours :              2.90

Total Fees :          $1,276.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.90 | $440.00 | $1,276.00 |
| **Total Fees :** | | | **$1,276.00** |
| **TOTAL DUE :** | | | **$1,276.00** |

# EXHIBIT C

## (Investigation of VC Processing Facilities)

This comprises two invoices:

one invoice covering December 2009 time and
one invoice covering January and February 2010 time.

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                        April 14, 2010
Attn: Richard Finke                      Client/Matter #  01246-014352
7500 Grace Drive                         Invoice # 134677
Columbia, MD  21044                      Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/09 in Connection With:

### Investigation of VC Processing Facilities

| | | | |
|---|---|---|---|
| 12/02/09 | K. Bourdeau | 2.20 | Review background materials in preparation for call with R. Finke; participate in conference with R. Finke; internal conferences and followup research. |
| 12/02/09 | P. Marks | 0.50 | Prepare for and conduct telephone conference with R. Finke re vermiculite plant issues. |
| 12/14/09 | K. Bourdeau | 1.00 | Meeting with S. Jawetz and P. Marks re VC processing site issues. |
| 12/14/09 | S. Jawetz | 1.50 | Review materials re VC processing facilities; conference with K. Bourdeau and P. Marks re preparation for December 21 meeting with W.R. Grace re same. |
| 12/14/09 | P. Marks | 1.20 | Review background materials re VC processing facilities project; conference with K. Bourdeau and S. Jawetz re issues. |
| 12/18/09 | K. Bourdeau | 1.00 | Internal and external communications re approach on W.R. Grace VC processing plant issues. |
| 12/18/09 | P. Marks | 1.90 | Prepare for Grace meeting. |
| 12/20/09 | K. Bourdeau | 2.00 | Review background materials in preparation for W.R. Grace meeting on VC processing plant project. |

BEVERIDGE & DIAMOND, P.C.

| 12/21/09 | K. Bourdeau | 6.00 | Preparation for and attendance at W.R. Grace meeting in Columbia, MD re sites that processed VC. |
| 12/21/09 | S. Jawetz | 6.00 | Prepare for and participate in meeting with W.R. Grace representatives, K. Bourdeau, and P. Marks re VC plant issues. |
| 12/21/09 | P. Marks | 5.50 | Prepare for and attend meeting with W.R. Grace, K. Bourdeau, and S. Jawetz re issues posed by VC processing sites. |
| 12/23/09 | K. Bourdeau | 0.50 | E-mail communications re VC processing plant issues. |
| 12/27/09 | K. Bourdeau | 3.00 | Review and analyze additional information forwarded by R. Finnke; prepare notes re issues posed and possible followup. |
| 12/27/09 | S. Jawetz | 0.70 | Review information and prepare questions for W.R. Grace. |
| 12/28/09 | K. Bourdeau | 1.20 | Conference with S. Jawetz and P. Marks re materials and development of comments for client. |
| 12/28/09 | S. Jawetz | 2.50 | Review and prepare questions re information; prepare for and participate in telephone conference with K. Bourdeau and P. Marks re same. |
| 12/28/09 | P. Marks | 1.50 | Review information forwarded by R. Finke; conference with K. Bourdeau and S. Jawetz re issues posed by, and comments on, same. |
| 12/29/09 | K. Bourdeau | 1.50 | Prepare draft e-mail to R. Finke re evaluation. |

Total Hours :          39.70

Total Fees :       $21,248.50

BEVERIDGE & DIAMOND, P.C.

**Disbursements:**


**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 18.40 | $625.00 | $11,500.00 |
| S. Jawetz | 10.70 | $495.00 | $5,296.50 |
| P. Marks | 10.60 | $420.00 | $4,452.00 |

|  |  |
|---|---|
| **Subtotal Fees :** | $21,248.50 |
| **Less Discount** : | (5,130.00) |
| **Total Fees Billed :** | $16,118.50 |
| **Total Disbursements :** | $0.00 |
| **TOTAL DUE :** | $16,118.50 |

## LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
#### SUITE 700
#### 1350 I STREET, N.W.
#### WASHINGTON D.C. 20005-3311
#### (202) 789-6000

W. R. Grace & Co.
Attn: Richard Finke
7500 Grace Drive
Columbia, MD  21044

April 14, 2010
Client/Matter #  01246-014352
Invoice # 134678
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/10 in Connection With:


**Investigation of VC Processing Facilities**


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/04/10 | K. Bourdeau | 1.50 | Prepare evaluation; conference with P. Marks re same; finalize and transmit comments to R. Finke and R. Emmett re same. |
| 01/04/10 | P. Marks | 1.00 | Prepare e-mail and conference with K. Bourdeau re evaluation. |
| 01/18/10 | K. Bourdeau | 0.20 | Review communication from R. Finke; conference with P. Marks re same. |
| 01/18/10 | P. Marks | 0.50 | Review memorandum rfrom client; conference with K. Bourdeau re same; e-mail to R. Finke re same. |
| 01/22/10 | K. Bourdeau | 0.50 | Conference with R. Finke, B. Emmett, and B. Corcoran re strategy and recent developments. |
| 02/19/10 | K. Bourdeau | 0.20 | Communications with R. Finke re evaluating chart prepared by client. |
| 02/20/10 | K. Bourdeau | 0.50 | Review and prepare comments/questions on client chart. |
| 02/22/10 | K. Bourdeau | 0.20 | Communications with R. Finke re client information; review new information. |
| 02/24/10 | P. Marks | 0.80 | Evaluate information chart and develop comments re same. |

BEVERIDGE & DIAMOND, P.C.

| 02/25/10 | K. Bourdeau | 0.20 | Conference with P. Marks re comments on chart. |
| 02/25/10 | P. Marks | 0.40 | Prepare for and conduct telephone conference with K. Bourdeau re comments to be provided to R. Finke. |
| 02/26/10 | K. Bourdeau | 0.50 | Prepare for and conduct conference with R. Finke re evaluation. |

Total Hours :                    6.50

Total Fees :            $3,658.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 3.80 | $650.00 | $2,470.00 |
| P. Marks | 2.70 | $440.00 | $1,188.00 |

|  |  |
|---|---|
| **Total Fees :** | $3,658.00 |
| **TOTAL DUE :** | $3,658.00 |

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2010
Client/Matter #  01246-012629
Invoice # 134795
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/10 in Connection With:

**PLEASE REMIT PAYMENT TO :**         BEVERIDGE & DIAMOND, P.C.
                                      SUITE 700
                                      1350 I STREET, N.W.
                                      WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

      Duplicating                                  11.00

                           **Total Disbursements :**          $11.00

                                 **TOTAL DUE :**          $11.00