**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

June 29, 2010

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 546522
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 270.08 |
| MATTER TOTAL | $270.08 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES | $1,779.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,779.00 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $1,230.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,230.00 |

| | |
|---|---:|
| CLIENT GRAND TOTAL | $3,279.08 |

---

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
By Order of: Invoice No. 546522
Citibank Contact: Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2279386.2

Kramer Levin Naftalis & Frankel LLP                                                                                          Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                                                            June 29, 2010
056772-00001                                                                                                              Invoice No. 546522

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 270.08 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$270.08** |
| **TOTAL FOR THIS MATTER** | **$270.08** |

KL4 2279386.2

Kramer Levin Naftalis & Frankel LLP

Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00002

June 29, 2010
Invoice No. 546522

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/10/10 | BENTLEY, PHILIP | Discs Ted Weschler and David Blabey re confirmation issues and tomorrow's committee call | 0.40 | 318.00 |
| 05/10/10 | BLABEY, DAVID E | Prep for committee call (.4) and call with P. Bentley and T. Weschler to discuss same (.4). | 0.80 | 492.00 |
| 05/11/10 | BENTLEY, PHILIP | Committee conf call | 0.60 | 477.00 |
| 05/11/10 | BLABEY, DAVID E | Prep for committee call (.2); committee call (.6). | 0.80 | 492.00 |

**TOTAL HOURS AND FEES**     **2.60**     **$1,779.00**

**TOTAL FOR THIS MATTER**     **$1,779.00**

KL4 2279386.2

Kramer Levin Naftalis & Frankel LLP                                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                June 29, 2010
056772-00008                                                                     Invoice No. 546522

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/14/10 | BLABEY, DAVID E | Prepare quarterly fee application. | 2.00 | 1,230.00 |
| **TOTAL HOURS AND FEES** | | | **2.00** | **$1,230.00** |

**TOTAL FOR THIS MATTER**                                  $1,230.00

KL4 2279386.2