**EXHIBIT B**

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
Run Date & Time: 06/29/2010 10:37:27                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS       - 06975         Proforma Number:  3037146
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP   - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status          : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                     PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:               TO:
UNBILLED DISB FROM: 05/10/2010    TO: 05/25/2010

                       FEES                               COSTS

GROSS BILLABLE AMOUNT:             0.00                   270.08
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:                              05/25/2010

BILLING PARTNER APPROVAL:

BILLING COMMENTS:            BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                    ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

            FEES:                       0.00      UNIDENTIFIED RECEIPTS:          0.00
    DISBURSEMENTS:                    270.08      PAID FEE RETAINER:              0.00
    FEE RETAINER:                       0.00      PAID DISB RETAINER:             0.00
    DISB RETAINER:                      0.00      TOTAL AVAILABLE FUNDS:          0.00
 TOTAL OUTSTANDING:                   270.08      TRUST BALANCE:
                                                  BILLING HISTORY

DATE OF LAST BILL:       05/27/10                 LAST PAYMENT DATE:          06/01/10
LAST BILL NUMBER:        544573                   ACTUAL FEES BILLED TO DATE:      361,674.00
                                                  ON ACCOUNT FEES BILLED TO DATE:        0.00
LAST BILL THRU DATE:     04/30/10                 TOTAL FEES BILLED TO DATE:      361,674.00
                                                  FEES WRITTEN OFF TO DATE:       85,614.00
                                                  COSTS WRITTEN OFF TO DATE:      23,134.83

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

 (1) Exceeded Fixed Fee         (4) Excessive Legal Time        (7) Fixed Fee
 (2) Late Time & Costs Posted   (5) Business Development        (8) Premium
 (3) Pre-arranged Discount      (6) Summer Associate            (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2010 10:37:27

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS     - 06975        Proforma Number:    3037146
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ----------- Total Unbilled -----------
Code  Description                        Oldest       Latest           Total
                                         Entry        Entry            Amount
----  -----------                        -------      -------          -------
0885  LONG-DISTANCE TEL.                 05/25/10     05/25/10         270.08
0980  TRANSCRIPT FEES                    05/10/10     05/10/10           0.00

                                   Total                               270.08


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee         Date        Amount       Index#     Batch No   Batch Date
----------------                         --------         ----        ------       ------     --------   ----------
LONG-DISTANCE TEL. 0885
  PREMIERE CONFERENCING                  CATON, A         05/25/10    270.08       9059693    907901     05/27/10
  PREMIERE CONFERENCING
                                                     0885 LONG-DISTANCE TEL. Total :    270.08

TRANSCRIPT FEES 0980
  COURTCALL, LLC                         CHOUPROUTA, A C  05/10/10     72.00       9047271    901818     05/12/10
  COURTCALL, LLC Telephonic participation of April
  19th hearing. D. Blabey
  COURTCALL, LLC                         CHOUPROUTA, A C  05/10/10    -72.00       9078361    918204     06/17/10
  Reversal from Void Check Number: 117595
  Bank ID: 0202 Voucher ID: 375590
  Vendor: COURTCALL, LLC
                                                     0980 TRANSCRIPT FEES Total :         0.00


                                   Costs Total :                                                              270.08
```

```
alp_132r: Matter Detail                                                                                                      PAGE    3
Run Date & Time: 06/29/2010 10:37:27

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                                Proforma Number:   3037146
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Orig Prtnr : CRED. RGTS      - 06975          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Bill Prtnr : BENTLEY PHILIP  - 02495
Matter Opened : 07/27/2001                               Supv Prtnr : MAYER THOMAS MOERS - 03976       Status  : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount              Bill              W/o / W/u        Transfer To   Clnt/Mtr     Carry Forward
-----------------------       -----------       -----------         ---------------    ------------------------    -------------

0885 LONG-DISTANCE TEL.            270.08
0980 TRANSCRIPT FEES                 0.00

        Costs Total :              270.08
```