## EXHIBIT A - NOTICE PARTIES

**Debtors**
U.S. Concrete Inc.
2925 Briarpark, Suite 1050
Houston, TX 77042
Attn: Curt Lindeman

**Counsel to the Debtors**
Kirkland Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Attn: Ross Kwasteniet, Scott Kitei

**Co-Counsel to the Debtors**
Pachulski Stang Ziekl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Attn: Laura Davies Jones

**Office of the United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
Attn: David M. Klauder

**Official Committee of Unsecured Creditors**
McDonald Hopkins LLC
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Attn: Scott M. Opincar, Sean Malloy