# EXHIBIT D

## Details of Hours Expended

**U.S. Concrete, Inc.**
**Lazard Frères & Co. LLC**
**Summary of Services Rendered by Project**

**April 29, 2010 - May 31, 2010**

| Project # | Project Description | April-May |
|:---:|---|---:|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 61.8 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 8.0 |
| 3 | Preparation and/or Review of Court Filings | 1.5 |
| 4 | Court Testimony/Deposition and Preparation | 0.0 |
| 5 | Valuation Analysis | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 |
| 7 | Merger & Acquisition Activity | 0.0 |
| 8 | Financing Including DIP and Exit Financing | 150.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 34.0 |
| 10 | Fee Application, Engagement | 7.0 |
| 11 | Employee Retention Program | 0.0 |
| **TOTAL** | | **262.3** |

**Summary of Services Rendered by Professional**

| Name | April-May |
|---|---:|
| Stephen Goldstein, Managing Director | 42.5 |
| Kenneth Kozack, Vice President | 62.0 |
| Christian Tempke, Financial Analyst | 71.8 |
| Peter Tufo, Financial Analyst | 86.0 |
| **TOTAL** | **262.3** |

U.S. Concrete, Inc.
Time Detail
Lazard Frères & Co. LLC
Stephen Goldstein - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/30/10 | Travel to/from Wilmington, DE for court hearing; attended first day hearing | 11.0 | 1 |
| 05/03/10 | Review Lazard retention application and conflict checks; review declaration | 2.5 | 10 |
| 05/04/10 | Conference call to discuss exit financing; internal discussions re: same | 2.0 | 1 |
| 05/06/10 | Weekly update call; discussions re: exit financing | 2.0 | 1 |
| 05/07/10 | Discussions re: exit financing | 1.5 | 1 |
| 05/10/10 | Discussions re: exit financing | 2.0 | 1 |
| 05/11/10 | Discussions re: exit financing | 1.5 | 1 |
| 05/13/10 | Discussions re: exit financing | 1.5 | 1 |
| 05/14/10 | Discussions re: exit financing; review and analyze proposed debt covenant | 3.0 | 8 |
| 05/17/10 | Discussion re: exit financing covenant levels | 2.0 | 1 |
| 05/18/10 | Discussion re: exit financing covenant levels | 1.5 | 1 |
| 05/19/10 | Discussion re: exit financing covenant levels | 2.0 | 1 |
| 05/20/10 | Discussions re: final DIP hearing | 1.0 | 1 |
| 05/24/10 | Exit financing discussions | 2.0 | 1 |
| 05/25/10 | Exit financing discussions | 1.5 | 1 |
| 05/26/10 | Exit financing discussions | 1.5 | 1 |
| 05/27/10 | Exit financing discussions | 1.5 | 1 |
| 05/28/10 | Exit financing discussions | 1.5 | 1 |
| 05/28/10 | Review/discuss AD HOC equity committee objection | 1.0 | 1 |
| | **APRIL-MAY TOTAL** | **42.5** | |

U.S. Concrete, Inc.
Time Detail
Lazard Frères & Co.  LLC
Kenneth Kozack - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/29/10 | Weekly RMIX Call | 1.0 | 1 |
| 05/02/10 | Calls to discuss lenders interest in exit facility | 1.0 | 1 |
| 05/02/10 | Reviewed conflicts list for retention application | 1.0 | 10 |
| 05/03/10 | Worked w/ internal counsel to create retention application | 3.0 | 10 |
| 05/04/10 | Call w/ RMIX and K&E to discuss exit financing | 1.0 | 1 |
| 05/07/10 | Call w/JPM to discuss exit facility | 2.0 | 1 |
| 05/11/10 | Reviewed financial projections w/Broadpoint | 2.0 | 8 |
| 05/12/10 | Call w/ K&E to discuss exit facility | 1.0 | 1 |
| 05/16/10 | Developed covenant proposal for exit facility | 3.0 | 8 |
| 05/17/10 | Discussed covenant proposal w/ Company and JPM | 2.0 | 8 |
| 05/18/10 | Diligence calls with potential exit lenders | 4.0 | 1 |
| 05/19/10 | Call w/JPM to discuss exit facility | 2.0 | 1 |
| 05/20/10 | Diligence calls with potential exit lenders | 5.0 | 1 |
| 05/22/10 | Reviewed/Created exit facility teaser | 5.0 | 8 |
| 05/25/10 | Meeting with RMIX & DIP Lender in Houston | 8.0 | 8 |
| 05/26/10 | Discussed marketing process with JPM | 2.0 | 1 |
| 05/27/10 | Reviewed exit facility marketing materials | 5.0 | 8 |
| 05/27/10 | Update call with RMIX management and K&E | 1.0 | 1 |
| 05/28/10 | Prepared and participated in call to discuss exit facility materials | 3.0 | 8 |
| 05/29/10 | Reviewed and finalized exit facility materials | 5.0 | 8 |
| 05/31/10 | Created presentation materials for RMIX | 5.0 | 8 |
| **APRIL-MAY TOTAL** | | **61.0** | |

**U.S. Concrete, Inc.**
Time Detail
Lazard Frères & Co. LLC
Christian Tempke - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 05/03/10 | Financial Analysis on Company's projections | 0.5 | 2 |
| 05/04/10 | Financial Analysis on Company's projections | 2.0 | 2 |
| 05/04/10 | Retention Application | 0.5 | 10 |
| 05/07/10 | Financial Analysis on Company's projections | 0.5 | 2 |
| 05/13/10 | Financial Analysis on Company's projections | 2.0 | 2 |
| 05/14/10 | Financial Analysis on Company's projections | 3.0 | 2 |
| 05/17/10 | Exit Financing Covenant Analysis | 6.0 | 8 |
| 05/18/10 | Exit Financing Covenant Analysis | 5.0 | 8 |
| 05/19/10 | Call with Potential Exit Financing Provider | 0.8 | 1 |
| 05/19/10 | Preparation of Exit Financing Materials | 2.0 | 8 |
| 05/20/10 | Preparation of Exit Financing Materials | 1.0 | 8 |
| 05/21/10 | Preparation of Exit Financing Materials | 3.0 | 8 |
| 05/22/10 | Preparation of Exit Financing Materials | 1.0 | 8 |
| 05/23/10 | Preparation of Exit Financing Materials | 5.0 | 8 |
| 05/24/10 | Preparation of Exit Financing Materials | 1.0 | 8 |
| 05/26/10 | Exit Financing due diligence | 10.0 | 8 |
| 05/26/10 | Exit Financing due diligence | 7.5 | 8 |
| 05/27/10 | Preparation of Exit Financing Materials | 5.5 | 8 |
| 05/28/10 | Preparation of Exit Financing Materials | 4.5 | 8 |
| 05/29/10 | Review of Court Filings | 0.5 | 3 |
| 05/29/10 | Preparation of Exit Financing Materials | 4.0 | 8 |
| 05/30/10 | Preparation of Exit Financing Materials | 2.5 | 8 |
| 05/31/10 | Preparation of Exit Financing Materials | 3.0 | 8 |
| 05/31/10 | Review of Court Filings | 1.0 | 3 |
| **APRIL-MAY TOTAL** | | **71.8** | |

**U.S. Concrete, Inc.**
Time Detail
Lazard Fréres & Co. LLC
Peter Tufo - Financial Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 04/29/10 | Update call | 1.0 | 1 |
| 04/30/10 | Diligence work | 2.0 | 9 |
| 04/30/10 | Administrative work | 1.0 | 9 |
| 04/30/10 | Reviewed documents from legal | 1.0 | 9 |
| 05/02/10 | Diligence work | 3.0 | 9 |
| 05/05/10 | Contact log update | 1.0 | 9 |
| 05/05/10 | Diligence work | 4.0 | 9 |
| 05/06/10 | Weekly update call | 2.0 | 1 |
| 05/06/10 | Worked on diligence requests | 3.0 | 9 |
| 05/07/10 | Reviewed industry data | 2.0 | 9 |
| 05/08/10 | Financial analysis | 4.0 | 9 |
| 05/12/10 | Worked on diligence requests | 2.0 | 9 |
| 05/14/10 | Financial analysis | 2.0 | 8 |
| 05/14/10 | Financial analysis | 4.0 | 8 |
| 05/16/10 | Financial analysis | 5.0 | 8 |
| 05/18/10 | Diligence work | 1.0 | 9 |
| 05/19/10 | Call with professionals | 1.0 | 1 |
| 05/19/10 | Financial analysis | 5.0 | 8 |
| 05/19/10 | Worked on presentation | 4.0 | 8 |
| 05/20/10 | Diligence work | 4.0 | 9 |
| 05/20/10 | Financial analysis | 3.0 | 8 |
| 05/22/10 | Financial analysis | 4.0 | 8 |
| 05/22/10 | Worked on presentation | 4.0 | 8 |
| 05/23/10 | Worked on presentation | 2.0 | 8 |
| 05/23/10 | Financial analysis | 4.0 | 8 |
| 05/24/10 | Worked on presentation | 5.0 | 8 |
| 05/26/10 | Diligence work | 1.0 | 9 |
| 05/28/10 | Diligence work | 1.0 | 9 |
| 05/29/10 | Diligence work | 4.0 | 9 |
| 05/30/10 | Worked on presentation | 6.0 | 8 |
| | **APRIL-MAY TOTAL** | **86.0** | |