# EXHIBIT E

# Fee Calculation

U.S. Concrete Inc.
Monthly Statement
Lazard Frères & Co. LLC

April 29, 2010 - May 31, 2010

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fees: April 29, 2010 - May 31, 2010 | $125,000.00 |
| DIP Financing Fee | 1,200,000.00 [1] |
| **TOTAL** | **$1,325,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $165.61 |
| Travel | 340.00 |
| **TOTAL** | **$505.61** |

---

[1] Pursuant to section 2(e) of the Agreement Letter dated December 1, 2009, Lazard shall be paid a fee upon consummation of a Financing as set forth in Schedule II.

[2] Additional expense detail will be furnished upon request.

USConcrete_CHI00322_05-31-10.XLS                                                                                          Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### CHI00322 - US Concrete, Inc.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 5/7/2010 | Goldstein-Wilm train station/courthouse 04/30/2010 | 10.00 |
| | 5/7/2010 | Goldstein-Courthouse/Wilm train station 04/30/2010 | 10.00 |
| | 5/7/2010 | Goldstein-Westport train station/home 04/30/2010 | 10.00 |
| | 5/25/2010 | Kozack-Late night office to home 4/29 04/29/2010 | 12.36 |
| | 5/26/2010 | Tufo-Wknd taxi home to office 05/02/2010 | 14.25 |
| | 5/26/2010 | Tufo-Wknd taxi office to home 05/02/2010 | 9.00 |
| | 5/28/2010 | Goldstein-R 04/30/2010 09:00 Origin: 97 HILLSPOINT RD,CT Dest: STAMFORD,CT / ROYAL DISPATCH | 100.00 |
| | | Subtotal: | 165.61 |
| **Travel** | | | |
| | 5/21/2010 | Goldstein-Amtrak/Stamford/Wilm/Stamford 04/30/2010 | 272.00 |
| | 5/21/2010 | Goldstein-Ticket agent issuing fee 04/30/2010 | 36.00 |
| | 5/21/2010 | Goldstein-Fare difference NY to Stamford 04/30/2010 | 17.00 |
| | 5/21/2010 | Goldstein-Amtrak change ticket fee 04/30/2010 | 15.00 |
| | | Subtotal: | 340.00 |

**CLOSING BALANCE as of 5/31/2010**     505.61