IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 7/21/2010 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE TWENTY-SECOND MONTHLY INTERIM PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010**

Name of Applicant:                           Alan B. Rich, Esq.

Authorized to Provide Services To:   Hon. Alexander M. Sanders, Jr.,
                                                          Legal Representative for Future Asbestos-
                                                          Related Property Damage Claimants
                                                          and Holders of Demands

Date of Retention:                            September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:         June 1, 2010 through June 30, 2010

Amount of Fees Sought as Actual
Reasonable and Necessary:              $9,792.00   [80% of $12,240.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:  $779.81

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
| --- | --- | --- | --- | --- | --- |
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 25 years, and his billing rate is $600 per hour. In this Application period Mr. Rich billed 20.4 hours,[2] for a total amount billed of $12,240.00 of which 80% is currently sought, in the amount of $9,792.00, plus 100% of the expenses incurred during this period, in the amount of $779.81, for a total currently sought of $10,571.81.

As stated above, this is the Twenty-Second application for monthly fees and expenses. The time for preparation of this Application is approximately 1.0 hours, for which $600.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 11.6 | $6,960.00 |
| Travel | 13.4  (at 100%) | $4,020.00  (at 50%) |
| Fee Application Matters (Incl. Monthly Applications of FCR) | 2.1 | $1,260.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

| TOTAL | 27.1 hours | $12,240.00 |
|---|---|---|

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $779.81 |
| TOTAL | $779.81 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

*[signature]*

---

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

    I certify that on the 1st day of July, 2010, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

*/s/ NBR/*

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1401 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2010)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 6/1/2010 | Review Motion to approve settlement agreement with Harper Insurance | 0.5 |
| 6/1/2010 | Emails to and from client re June Omnibus hearing | 0.1 |
| 6/1/2010 | Prepare 21st Monthly Fee Application, Notice and attention to filing | 1.0 |
| 6/3/2010 | Review London Market insurers withdrawal of plan objections | 0.1 |
| 6/3/2010 | Review Libby Claimants' Response to Maryland Casualty Objection to Joinder | 0.2 |
| 6/3/2010 | Review Canadian ZAI monthly fee applications | 0.5 |
| 6/3/2010 | Review Maryland Casualty Surreply re Debtors' claim objection | 0.2 |
| 6/3/2010 | Prepare PD FCR's 16th Monthly Fee Application, Notice and attention to filing and service of same | 0.7 |

Page 1 of 5

| | | |
|---|---|---|
| 6/3/2010 | Review Allstate's withdrawal of plan objections | 0.1 |
| 6/4/2010 | Review Monthly Operating Report for April of 2010 | 0.4 |
| 6/4/2010 | Motion of Debtors for Entry of an Order Authorizing Entry into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site - Walpole, MA | 0.5 |
| 6/4/2010 | Review Amended Agenda for June Omnibus hearing | 0.1 |
| 6/4/2010 | Review Certification of Counsel re Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) For Allowance of Administrative Expenses of Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP Incurred In Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009 | 0.2 |
| 6/4/2010 | Review Certification of Counsel re Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) For Allowance of Administrative Expenses of the Hogan Firm Incurred In Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009 | 0.1 |
| 6/4/2010 | Review Certification of Counsel re Claims Settlement Notice (Claim No. 9687 and 9688) | 0.1 |
| 6/4/2010 | Review Debtors' Motion to make contributions to pension plans | 0.4 |
| 6/5/2010 | Reviev Certificaton of Counsel regarding 35th Quarter Project category summary | 0.2 |
| 6/5/2010 | Review Debtors' Reservation of Rights re participation of non-debtors in Grace's Md. Casualty Objection | 0.1 |
| 6/5/2010 | Review Debtors' Certification of Counsel re 35th Quarterly Fee Applications | 0.1 |
| 6/5/2010 | Review Debtors' designation of additional documents in the record for the BC PD claimants' appeal | 0.2 |

| | | |
|---|---|---|
| 6/6/2010 | Travel (non-productive) from Dallas to Wilmington (5 hrs.@ 50%) | 2.5 |
| 6/7/2010 | Attend June Omnibus hearing | 0.6 |
| 6/7/2010 | Review Order re Maryland Casualty claim objection | 0.1 |
| 6/7/2010 | Review Revised Order regarding 35th Quarterly Fee applications | 0.2 |
| 6/7/2010 | Review Order re substantial contribution application of local Canadian ZAI Counsel | 0.1 |
| 6/7/2010 | Review Grossmans case | 0.2 |
| 6/7/2010 | Travel (non-productive) from Wilmington to Dallas (8.4 hrs.@ 50%) | 4.2 |
| 6/8/2010 | Review Motion of Debtors for Entry of an Order Authorizing Their Entry into (i) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site, (ii) Stipulation Resoving Claim 11301 of Oldon Limited Partnership, and (iii) Stipulation Resolving Claim 7121 of the City of Easthampton, and email to Debtors' counsel re PD FCR proposed changes to documentation | 1.0 |
| 6/8/2010 | Conference with counsel for PD Committee re status | 0.1 |
| 6/8/2010 | Review Travelers' withdrawal of plan objections | 0.1 |
| 6/9/2010 | Review revisions to the Easthampton Superfund site settlement approval order and emails to and from Debtors' counsel & client re same | 0.5 |
| 6/10/2010 | Email from client re Easthampton site | 0.1 |
| 6/10/2010 | Review notice of date change for July Omnibus | 0.1 |
| 6/10/2010 | Email notice from Debtor re litigation staff changes | 0.1 |
| 6/10/2010 | Conference call re pension motion | 0.2 |
| 6/14/2010 | Review Motion to enter settlement agreement with Munich Reinsurance | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 6/14/2010 | Review Notice of changes in 2010 omnibus hearing dates and times and deadlines | 0.2 |
| 6/15/2010 | Review Amended Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 | 0.8 |
| 6/16/2010 | Review Order approving PI FCR financial advisor compensation | 0.1 |
| 6/22/2010 | Review AON presentation re pension plan options | 0.5 |
| 6/22/2010 | Review Revised Northampton Superfund Site settlement approval order | 0.3 |
| 6/23/2010 | Preparation, filing & service of CNO for 21st Monthly Fee Application | 0.2 |
| 6/23/2010 | Email to client re Northampton Superfund site settlement order | 0.1 |
| 6/23/2010 | Email from Debtors' counsel re changes in accounting department | 0.1 |
| 6/24/2010 | Review Revised Walpole Settlement Order | 0.2 |
| 6/24/2010 | Preparation, filing and service of CNO for PD FCR 16th Monthly Fee Application | 0.2 |
| 6/28/2010 | Review Certification of Counsel re Omnibus objection to employee claims | 0.5 |
| 6/28/2010 | Review Motion to approve settlement agreement with Nationwide/Wausau | 0.5 |
| 6/29/2010 | Review CNO for Debtors' Motion Pursuant to Section 105, 363 and 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Settlement Agreement Between W R. Grace & Co. and Harper Insurance LTD | 0.1 |
| 6/29/2010 | Email re call with AON re Grace Pension Plan | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 6/29/2010 | Review Certification of Counsel Regarding Motion for Entry of Order Authorizing Debtors' Entry into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site, (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership, and (III) Stipulation Resolving Claim 7121 of the City of Easthampton | 0.3 |
| 6/29/2010 | Review Certificate of No Objection Regarding Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks | 0.1 |
| 6/30/2010 | Review Order approving Harper insurance settlement | 0.1 |
| 6/30/2010 | Review further revisions to Walpole settlement order | 0.1 |

Total: 20.4 hours @ $600.00/hour = $12,240.00

<u>Expenses</u>:   Detail on Exhibit 1– $779.81

**Total Fees and Expenses Due:  $13,019.81**

EXPENSES FOR JUNE 2010                                                                                           EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 6/6/2010 | RT Coach Airfare (DFW-PHL) | $461.40 |
| 6/7/2010 | Hotel | $218.90 |
| 6/7/2010 | Breakfast | $1.59 |
| 6/7/2010 | Parking | $10.00 |
| 6/7/2010 | Lunch | $4.31 |
| 6/7/2010 | Rental Car | $59.79 |
| 6/7/2010 | Airport Parking | $23.82 |
| | TOTAL EXPENSES | $779.81 |