IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 02 - 2210 |
| | ) | [LEAD DOCKET] |
| - against- | ) | |
| | ) | |
| SEALED AIR CORPORATION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | Adv. No. 02 - 2211 |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - against- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE | ) | |
| HOLDINGS, INC. and | ) | |
| NATIONAL MEDICAL CARE, INC. | ) | Hearing Date: August 9, 2010, at 10:00 a.m. |
| | ) | Objection Deadline: July 23, 2010 at 4:00 p.m. |
| Defendants. | ) | Re: Docket No. _____ |
| | ) | |

**ORDER RE-OPENING FRAUDULENT CONVEYANCE ADVERSARY PROCEEDINGS IN ORDER TO PERMIT THE FILING OF REMAINING QUARTERLY FEE APPLICATIONS AND ALLOWANCE AND PAYMENT OF REMAINING HOLDBACKS**

The cause, having come to be heard on the Debtors request for entry of an order re-opening adversary proceedings 02-2210 and 02-2211 so that professionals may re-file certain remaining quarterly fee applications and obtain approval and payment of the remaining 20% holdbacks of legal fees owed to certain professionals in those proceeding, (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion the relief requested therein in accordance with 28 U.S.C. 157 and 1334; and it appearing that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. 1408 and 1409; and due and proper notice having been given ; and it appearing that the relief requested in the Motion is in the best interest of the Debtors and their estates and creditors; and the Court being fully advised in the premises and after due deliberation and sufficient cause appearing therefore, IT IS HERBY ORDERED:

1.  The Motion is granted.

2.  Adversary Proceedings 02-2210 and 02-2211 are hereby re-opened so that the professionals may re-file their remaining quarterly fee applications and the Fee Motion[1] in the Adversary Proceedings where the fees were incurred and ultimately, once the reference to this Court over fee matters is reinstated, obtain an order awarding the remaining fees still outstanding.

Dated: _____, 2010

_____
Honorable Judith K. Fitzgerald
U. S. Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning as those outlined in the Motion.

DOCS_DE:161532.1