W.R. Grace & Co., et al.
Case No. 01-01139 (JKF)

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| | (Jointly Administered) |
| Debtors. | |
| | Hearing Date: August 9, 2010, 10:00 a.m. (EDT) |
| | Objection Date: July 23, 2010 |

**NOTICE OF MOTION OF PLUM CREEK TIMBERLANDS, L.P.
TO ALLOW LATE FILING OF PROOFS OF CLAIM**

TO:   (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the Debtor-in-Possession Lenders; (7) Counsel to the Official Committee of Equity Holders; and (8) Those Parties Requesting Special Notice Pursuant to Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that Plum Creek Timberlands, L.P. ("Plum Creek") has filed the attached **Motion of Plum Creek Timberlands, L.P. to Allow Late Filing of Proofs of Claim** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market St., 3rd Floor, Wilmington, Delaware 19801 on or before July 23, 2010.  At the same time, you must serve a copy of your response upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON AUGUST 9, 2010, AT 10:00 A.M. (EDT), BEFORE THE HONORABLE JUDITH K. FITZGERALD IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET ST., WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Seattle, Washington
　　　 July 1, 2010

MILLER NASH LLP

*/s/ John R. Knapp, Jr.*
John R. Knapp, Jr. (Del. I.D. No. 3681)
4400 Two Union Square
601 Union Street
Seattle, Washington  98101
Telephone:  (206) 622-8484
Facsimile:  (206) 622-7485

Attorneys for Plum Creek Timberlands, L.P.