# EXHIBIT A

**Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/12/2010 | Deanna D Boll | 0.50 | Confer with BMC re conflicts issues re non-asbestos claimants. |
| 5/13/2010 | Deanna D Boll | 1.20 | Analyze issues re non-asbestos claims and confer with M. Araki re same. |
| | Total: | 1.70 | |

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/6/2010 | Deanna D Boll | 0.80 | Review various D. Bernick documents. |
| 5/21/2010 | Kimberly K Love | 1.00 | Prepare and organize recently-received materials for distribution to case files. |
| 5/26/2010 | Holly Bull | 1.00 | Review motion chart and critical dates and update status chart re same. |
| 5/26/2010 | Deborah L Bibbs | 5.30 | Review pleadings and cross-check applicable case databases, hard copies and indices re same. |
| 5/27/2010 | Deborah L Bibbs | 4.10 | Review dockets, pleadings and correspondence to update and revise critical dates list (2.9); update database information and distribute same (1.2). |
| 5/28/2010 | Deborah L Bibbs | 2.30 | Review pleadings and cross-check applicable case databases, hard copies and indices re same (1.4); update files re same (.9). |
| | Total: | 14.50 | |

A-3

**Matter 23 - Business Operations - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/5/2010 | Lisa G Esayian | 3.50 | Review correspondence from J. Posner and J. McElhenney re insurance rights section of client's 10-Q filing (.3); summarize key points of all 2009 and 2010 insurance settlements for 10-Q (1.7); correspond with J. Posner and F. Zaremby re same (.5); confer with R. Finke re 10-Q (.4); provide comments re revised draft of insurance section (.6). |
| | Total: | 3.50 | |

**Matter 28 - Litigation and Litigation Consulting - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/2010 | Christopher Landau, P.C. | 1.00 | Begin drafting cert extension motion for Montana matter (.6); confer with team re same (.4). |
| 5/3/2010 | Christopher Landau, P.C. | 0.50 | Confer with team re cert strategy re Montana matter. |
| 5/5/2010 | Christopher Landau, P.C. | 3.00 | Draft cert extension application for Montana matter. |
| 5/6/2010 | Christopher Landau, P.C. | 0.80 | Finalize and file cert extension application for Montana matter. |
| 5/19/2010 | Theodore L Freedman | 1.10 | Confer with team and client re Montana appeal. |
| 5/19/2010 | Christopher Landau, P.C. | 0.50 | Confer with team re appellate strategy re Montana matter, including possible US Supreme Court cert petition. |
| | Total: | 6.90 | |

## **Matter 30 - Hearings - Fees**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 5/3/2010 | Deanna D Boll | 0.20 | Confer with M. Shelnitz, J. Baer and J. O'Neill re hearing notice issues. |
| 5/19/2010 | Kimberly K Love | 1.00 | Prepare and organize exhibits from reply brief for potential use at upcoming hearing. |
| | Total: | 1.20 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/3/2010 | Deanna D Boll | 1.60 | Edit March fee application and confer with H. Bull and T. Wallace re same. |
| 5/3/2010 | Holly Bull | 0.40 | Review correspondence re fee auditor follow-up questions (.2); confer with D. Boll re same (.2). |
| 5/4/2010 | Deanna D Boll | 2.50 | Confer with M. McCarthy re March fee application (.2); edit and finalize fee auditor response and confer with B. Ruhlander re same (2.3). |
| 5/4/2010 | Holly Bull | 3.50 | Review final fee auditor reply and related correspondence (.6); review and edit first-round April invoices and confer with Billing re expenses (2.9). |
| 5/4/2010 | Maureen McCarthy | 3.20 | Draft and finalize March fee application for filing (3.0); confer with D. Boll re same (.2). |
| 5/5/2010 | Holly Bull | 4.40 | Review and edit first-round April invoices (3.1); review final fee reply and revise fee chart re same (1.3). |
| 5/6/2010 | Deanna D Boll | 2.30 | Review follow-up issues from fee auditor and analyze issues re same (1.7); confer with H. Bull, K. Love and T. Wallace re same (.3); confer with J. Hughes re NERA April 2008 invoice (.3). |
| 5/6/2010 | Holly Bull | 3.80 | Follow up on several expense matters re current and past fee application (.6); review and edit first-round April invoices (3.2). |
| 5/7/2010 | Deanna D Boll | 0.50 | Confer with B. Ruhlander and H. Bull re follow-up fee auditor issues. |
| 5/7/2010 | Holly Bull | 3.50 | Confer internally re fee auditor and billing issues (.4); review requested information re same (.4); complete review and editing of first-round invoices (2.7). |
| 5/10/2010 | Deanna D Boll | 0.20 | Review final fee auditor letter. |
| 5/11/2010 | Holly Bull | 3.40 | Review final fee auditor report (.4); review and edit second-round April invoices (3.0). |
| 5/12/2010 | Deanna D Boll | 0.30 | Confer with J. Donley re fee application review issues (.2); confer with H. Bull and T. Wallace re fee auditor letter (.1). |
| 5/12/2010 | Holly Bull | 4.60 | Review and edit second-round April invoices (3.6); update billing chart (.9); confer with D. Boll and T. Wallace re fee auditor reply (.1). |
| 5/13/2010 | Deanna D Boll | 0.10 | Confer with T. Wallace re expenses re April fee application. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2010 | Holly Bull | 4.80 | Review and edit second-round April invoices (3.2); review and reconcile fee chart with fee auditor binder materials (1.6). |
| 5/14/2010 | Deanna D Boll | 1.00 | Confer with B. Ruhlander re audit letter (.1); confer with R. Oslan and T. Freedman re same (.1); confer with J. Donley re fee reductions and review March fee application re same (.8). |
| 5/17/2010 | Deanna D Boll | 0.40 | Confer with T. Wallace and R. Finke re billing software upgrades and changes. |
| 5/18/2010 | Deanna D Boll | 0.20 | Review and edit T. Wallace memorandum re fee reductions from 2009. |
| 5/18/2010 | Holly Bull | 1.20 | Follow up on requested information re certain expenses in April invoices, review same, confer internally and revise entries re same. |
| 5/19/2010 | Deanna D Boll | 0.30 | Confer with J. Donley and T. Wallace re fee application issues. |
| 5/21/2010 | Deanna D Boll | 0.10 | Confer with J. Donley re March fee application reductions. |
| 5/23/2010 | Deanna D Boll | 2.30 | Confer with J. Donley re March fee reductions and draft supplemental fee application and exhibits re same. |
| 5/23/2010 | John Donley | 0.50 | Review fee application reductions and pleadings re same (.3); correspond with D. Boll re same (.2). |
| 5/24/2010 | Deanna D Boll | 0.80 | Coordinate with M. McCarthy and J. O'Neill re filing supplemental March fee application and confer with T. Freedman and J. Donley re same. |
| 5/24/2010 | Holly Bull | 1.10 | Confer with new case biller and provide corrected entries and updated billing information re same. |
| 5/24/2010 | Maureen McCarthy | 0.80 | Review and revise amendment to March fee application. |
| 5/26/2010 | Deanna D Boll | 0.80 | Confer with J. O'Neill re fee application issues and review docket re same. |
| 5/27/2010 | Deanna D Boll | 1.10 | Edit April fee application and review expenses for same. |
| 5/27/2010 | Holly Bull | 2.20 | Review, update and cross-check fee chart with fee auditor binder materials and reconcile discrepancies re same. |
|  | Total: | 51.90 |  |

A-8

## Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/7/2010 | Deborah L Bibbs | 1.10 | Review adversary proceeding re professional fees. |
| 5/12/2010 | Kristina Alexander | 0.30 | Confer with J. Baer re fee application research. |
| | Total: | 1.40 | |

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/2/2010 | Nate Kritzer | 0.70 | Review revised draft of judicial estoppel brief (.6); review Maryland Casualty proof of claim (.1). |
| 5/3/2010 | Nate Kritzer | 2.20 | Review objection to Maryland Casualty claims (.7); draft memo to L. Esayian, J. Donley and T. Freedman re Maryland Casualty proof of claim, client's objection and disallowance of Maryland Casualty claims based on future Libby claims (1.5). |
| 5/3/2010 | Lisa G Esayian | 2.80 | Correspond with T. Freedman re Hartford settlement issues (.5); correspond with J. O'Neill re insurance settlement approval motions (.3); review and revise various draft insurance settlement agreements (1.0); work on CNA issues (1.0). |
| 5/4/2010 | Nate Kritzer | 1.00 | Confer with L. Esayian re reply brief for objection to Maryland Casualty's claims (.9); review transcript of April omnibus hearing (.1). |
| 5/4/2010 | John Donley | 0.80 | Analyze Maryland Casualty briefing issues (.6); correspond with L. Esayian re same (.2). |
| 5/4/2010 | Lisa G Esayian | 1.50 | Review N. Kritzer's draft arguments responding to Maryland Casualty's ripeness and burden of proof arguments (.4); confer with N. Kritzer re same (.9); correspond with J. Donley re same (.2). |
| 5/5/2010 | Kimberly K Love | 0.50 | Prepare and organize various settlement agreements requested by L. Esayian. |
| 5/5/2010 | Maria D Gaytan | 0.50 | Review and obtain various settlement agreements requested by L. Esayian. |
| 5/5/2010 | Ye (Cecilia) Hong | 7.90 | Draft, revise and finalize exit financing term sheet (5.2); gather and review market data re exiting financings (2.1); review correspondence re same (.6). |
| 5/5/2010 | John Donley | 5.00 | Review lower court record and estoppel issues for Maryland Casualty matter (2.8); review April 7 Court transcript re same (.6); review and outline potential arguments and points (.9); review Supreme Court cases (.3); confer with L. Esayian re Maryland Casualty issues (.4). |
| 5/5/2010 | Lisa G Esayian | 0.70 | Confer with J. Donley re issues re Maryland Casualty indemnities (.4); correspond with R. Finke and J. Posner re certain potential insurance settlements (.3). |
| 5/6/2010 | Nate Kritzer | 0.30 | Review objection to Maryland Casualty claim (.2); reply to J. Donley correspondence re same (.1). |

A-10

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 5/6/2010 | Deanna D Boll | 0.40 | Confer with J. O'Connell (Blackstone) re exit financing and recent asbestos case trends. |
| 5/6/2010 | John Donley | 7.50 | Continue review of record, case law and research re judicial estoppel and Maryland Casualty claim objection (2.6); confer with L. Esayian re same (.4); review Third Circuit and other judicial estoppel cases and N. Kritzer's related research (2.3); draft outlines of issues and arguments (.5); review draft brief on estoppel and draft insert on burden of proof (1.0); draft outline of inserts and revisions (.7). |
| 5/6/2010 | Lisa G Esayian | 3.70 | Correspond with R. Finke re various proposed insurance settlements (.6); review revised draft Hartford settlement agreement (1.0); correspond with P. Mahaley re same (.4); confer with J. Donley re Maryland Casualty issues (.4); confer with London Market insurers' counsel re Kaneb issues (.3); draft motion to shorten notice re approval motions for certain insurance settlements (1.0). |
| 5/7/2010 | Nate Kritzer | 0.70 | Confer with L. Esayian re reply brief in support of objection to Maryland Casualty's claim (.5); confer with M. Gaytan re bankruptcy court record in Gerard (.2). |
| 5/7/2010 | Maria D Gaytan | 2.00 | Review and obtain various documents re Gerard preliminary injunction requested by N. Kritzer. |
| 5/7/2010 | Ashley S Gregory | 1.00 | Review draft exit financing term sheet. |
| 5/7/2010 | Ye (Cecilia) Hong | 1.10 | Confer with K&E team re exit financing term sheet (.5); revise exit financing term sheet (.6). |
| 5/7/2010 | John Donley | 4.90 | Review new estoppel cases for inclusion in Maryland Casualty brief (.8); draft brief (3.6); confer with L. Esayian re issues on same (.5). |
| 5/7/2010 | Lisa G Esayian | 4.00 | Confer with J. Donley re Maryland Casualty issues (.5); analyze certain estoppel cases (1.5); confer with N. Kritzer re follow-up items re Libby claimants' positions (.5); work on CNA issues (1.5). |
| 5/8/2010 | Ye (Cecilia) Hong | 0.30 | Finalize exit financing term sheet. |
| 5/10/2010 | Nate Kritzer | 7.40 | Research contractual interpretation issues in indemnity context (1.3); prepare correspondence to J. Donley and L. Esayian re Maryland Casualty proofs of claim (.1); review and summarize bankruptcy court record in Gerard (5.3); revise brief insert re burden of proof and ripeness (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/10/2010 | Kimberly K Love | 2.00 | Review materials and obtain information and materials re Gerard case as requested by N. Kritzer. |
| 5/10/2010 | Maria D Gaytan | 2.00 | Review and obtain various documents re Gerard preliminary injunction requested by N. Kritzer. |
| 5/10/2010 | Deanna D Boll | 4.50 | Analyze issues re potential FOFs. |
| 5/10/2010 | John Donley | 7.60 | Review and analyze estoppel cases, especially relating to prejudice and bad faith points for Maryland Casualty brief (3.0); draft introduction and procedural history sections of judicial estoppel brief and outline/edit other sections (4.6). |
| 5/10/2010 | Lisa G Esayian | 0.50 | Reply to questions from various constituencies re certain insurance settlement agreements. |
| 5/10/2010 | Theodore L Freedman | 6.00 | Address various matters related to Maryland Casualty objections (3.1); follow-up on confirmation issues (1.9); confer with client re same (1.0). |
| 5/11/2010 | Nate Kritzer | 5.70 | Review and summarize bankruptcy and district court records in Gerard (2.8); research ripeness of indemnity claims (1.7); revise brief insert re ripeness, burden of proof (1.2). |
| 5/11/2010 | Kimberly K Love | 3.00 | Prepare and organize materials requested by N. Kritzer re 3rd Circuit filings by Maryland Casualty, Gerard and client (1.0); review files for information re shifting burden of proof requested by J. Donley (1.0); prepare and organize various materials requested by L. Esayian re Maryland Casualty settlements (1.0). |
| 5/11/2010 | Deanna D Boll | 3.50 | Analyze issues re confirmation order alternative objector proposals. |
| 5/11/2010 | John Donley | 9.00 | Draft judicial estoppel brief (6.4); review correspondence, cases and research from N. Kritzer and L. Esayian re issues in Maryland Casualty brief (2.0); confer with T. Freedman re CNA (.3); confer with L. Esayian and N. Kritzer re Maryland Casualty (.3). |
| 5/11/2010 | Lisa G Esayian | 3.50 | Confer with T. Freedman re CNA issues (.6); correspond with R. Finke re same (.4); work on various potential insurance settlements (1.2); correspond with J. Posner and R. Finke re same (.3); work on Maryland Casualty issues (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/11/2010 | Theodore L Freedman | 6.00 | Address various matters related to Maryland Casualty objections (3.8); follow-up on various confirmation issues (1.9); confer with J. Donley re CNA (.3). |
| 5/12/2010 | Nate Kritzer | 6.40 | Revise draft of brief in reply to Maryland Casualty response to claim objection (5.9); confer with L. Esayian and J. Donley re same (.5). |
| 5/12/2010 | Adam Balfour | 6.20 | Draft, review and revise WKSI S-3 Registration Statement. |
| 5/12/2010 | Kimberly K Love | 8.80 | Prepare and organize materials requested by N. Kritzer re Maryland Casualty filings (.8); review and cite-check Debtors' Maryland Casualty reply brief (8.0). |
| 5/12/2010 | Deanna D Boll | 1.30 | Confer with T. Freedman re Canadian substantial contribution issues (.2); review applications re same (1.1). |
| 5/12/2010 | Christian O Nagler | 1.80 | Correspond with client re financing (.5); work on description of notes (1.3). |
| 5/12/2010 | John Donley | 7.10 | Review research and cases re burden of proof, contested claim procedures and ripeness for Maryland Casualty matter (2.1); draft estoppel brief re these areas and edit other sections (3.7); confer with L. Esayian and N. Kritzer re same (.5); review and analyze CNA settlement issue and confer with T. Freedman and L. Esayian re same (.8). |
| 5/12/2010 | Lisa G Esayian | 4.50 | Correspond with R. Finke and J. Posner re CNA issues (.5); confer with T. Freedman and R. Wyron re Maryland Casualty and CNA issues (1.5); revise reply brief re Maryland Casualty issues (1.5); correspond with F. Zaremby and P. Mahaley re American Re issues (.5); confer with J. Donley and N. Kritzer re reply brief re Maryland Casualty issues (.5). |
| 5/12/2010 | Theodore L Freedman | 6.00 | Address various matters related to Maryland Casualty objections (1.8); follow-up on various confirmation issues (2.4); confer with client on multiple confirmation-related matters (1.6); confer with D. Boll re Canadian issues (.2). |
| 5/13/2010 | Adam Balfour | 0.70 | Confer with C. Nagler re WKSI S-3 (.3); revise S-3 and send to client (.4). |
| 5/13/2010 | Kimberly K Love | 8.00 | Review, edit and cite-check Debtors' reply brief re Maryland Casualty claims. |

A-13

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 5/13/2010 | Maria D Gaytan | 1.00 | Obtain and organize pleadings re solicitation procedures requested by C. Greco. |
| 5/13/2010 | Deanna D Boll | 0.20 | Confer with T. Freedman and J. Baer re conference on Canadian substantial contribution and review application re same. |
| 5/13/2010 | Christian O Nagler | 1.80 | Confer with A. Balfour re S-3 registration statement (.3); review same (.8); revise description of notes (.7). |
| 5/13/2010 | Lisa G Esayian | 3.30 | Review draft settlement approval motions for certain insurance settlements (.8); confer with FCR's counsel re same (.3); revise Maryland Casualty reply brief (1.0); confer with R. Finke re CNA issues (.7); confer with R. Wyron re same (.5). |
| 5/13/2010 | Theodore L Freedman | 6.00 | Address various matters related to Maryland Casualty objections (2.8); follow-up on various confirmation issues (3.2). |
| 5/14/2010 | Nate Kritzer | 0.60 | Confer with K. Love re exhibits to reply brief in support of objection to Maryland Casualty's claim (.3); correspond with J. Donley and L. Esayian re same (.3). |
| 5/14/2010 | Kimberly K Love | 5.50 | Prepare and organize Maryland Casualty materials requested by N. Kritzer (.5); prepare exhibits to be used with Maryland Casualty reply brief (1.5); review, edit and cite-check Maryland Casualty reply brief (3.5). |
| 5/14/2010 | John Donley | 5.40 | Edit Maryland Casualty brief, review relevant research (2.7); correspond with N. Kritzer and L. Esayian re various briefing issues (.3); review parol evidence-related facts (.2); confer with T. Freedman and J. Baer re current case strategy (.5); confer and correspond with J. O'Neill re briefing (.2); prepare for conference with M. Shelnitz and R. Finke re strategy, confirmation, CNA issues, various settlements and negotiations and Maryland Casualty briefing (1.5). |
| 5/14/2010 | Lisa G Esayian | 3.00 | Confer with M. Shelnitz, R. Finke, J. Donley and T. Freedman re Maryland Casualty and CNA issues (1.2); revise Maryland Casualty reply brief (1.5); correspond with K. Love re exhibits for same (.3). |
| 5/14/2010 | Theodore L Freedman | 4.00 | Address various matters related to Maryland Casualty objections (2.5); confer with client and K&E team members re same (1.0); confer with J. Baer and J. Donley re case strategy (.5). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/15/2010 | Kristina Alexander | 5.90 | Research and review case law re substantial contribution and compensation and confer with J. Baer re same (5.1); draft detailed correspondence to J. Baer and T. Freedman re research findings (.8). |
| 5/17/2010 | Kristina Alexander | 4.10 | Confer with J. Baer and T. Freedman re pending research re fees (.5); conduct additional research re same (1.2); confer with ZAI counsel re same (.7); conduct additional research and review of cases re same (1.7). |
| 5/17/2010 | Nate Kritzer | 1.10 | Confer with K. Love re edits to reply in support of objection to Maryland Casualty claim (.6); revise same (.5). |
| 5/17/2010 | Kimberly K Love | 6.00 | Review, edit and cite-check reply brief for upcoming filing (4.0); confer with N. Kritzer re accuracy of edits to reply brief (.5); prepare and organize recently-received materials for inclusion in applicable case databases (1.5). |
| 5/17/2010 | Deanna D Boll | 4.30 | Confer with Canadian counsel, D. Hogan, et al. re substantial contribution claims and examine law re same. |
| 5/17/2010 | Justin S Brooks | 2.10 | Review and edit reply in support of objection to Maryland Casualty claim. |
| 5/17/2010 | Lisa G Esayian | 4.50 | Review two proposed insurance settlement agreements (1.2); correspond with R. Finke and J. Posner re same (.5); work on Maryland Casualty and CNA issues (2.8). |
| 5/17/2010 | Theodore L Freedman | 5.00 | Address various matters related to Maryland Casualty objections (1.5); follow-up on confirmation issues (2.5); confer with various parties re Canada issues (1.0). |
| 5/18/2010 | Nate Kritzer | 2.30 | Prepare correspondence to L. Esayian re final edits to reply in support of objection to Maryland Casualty's claim (.2); prepare correspondence to J. Donley re exhibits to same (.1); review ACC/FCR's brief re judicial estoppel (.3); prepare correspondence to J. Donley re privity arguments made in same (.7); prepare correspondence to J. Donley re schedule of briefing for objection to Maryland Casualty's claim (.2); draft discovery requests to Maryland Casualty (.8). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/18/2010 | Kimberly K Love | 4.50 | Prepare and obtain various transcripts requested by K. Alexander (1.0); prepare and organize correct versions of documents to be used as exhibits to reply brief (1.1); confer with J. Donley re exhibits to be used with reply brief (.5); review, proofread and edit reply brief for filing (1.9). |
| 5/18/2010 | Deanna D Boll | 2.30 | Review issues re confirmation order and objectors' proposals (2.2); review correspondence from FCR re same (.1). |
| 5/18/2010 | Ashley S Gregory | 0.50 | Confer with J. O'Connell re exit financing term sheet |
| 5/18/2010 | Ye (Cecilia) Hong | 0.80 | Participate in conference with Blackstone re exit term sheet (.6); prepare for same (.2). |
| 5/18/2010 | John Donley | 5.40 | Review new cases and research re claim objection procedures, estoppel and bad faith issues, especially in chapter 11 context (1.0); review source documents (.6); prepare argument outline and prep binder (.8); correspond with ACC/FCR (.2); correspond and confer with T. Freedman, J. Baer, J. O'Neill and L. Esayian re Maryland Casualty brief (.5); revise and edit Maryland Casualty brief (.7); review ACC draft (.6); correspond with N. Kritzer and review research re printing issue (.2); correspond with L. Esayian re edits (.2); review law and procedures re joinder issues and possible objections (.6). |
| 5/18/2010 | Lisa G Esayian | 6.70 | Correspond with R. Finke and J. Posner re several proposed insurance settlements (.4); outline issues for conference with CNA (.5); confer with R. Wyron, P. Lockwood and M. Giamottore re CNA issues (3.0); write key points re same for M. Shelnitz (.8); revise Maryland Casualty reply brief (.8); review two draft insurance settlement agreements from FCR's counsel (1.0); correspond with J. O'Neill and J. Baer re filing issues re Maryland Casualty brief (.2). |
| 5/18/2010 | Theodore L Freedman | 5.00 | Address various matters related to Maryland Casualty objections, including conferences with team members (2.2); follow-up on confirmation issues (1.7); confer with client re multiple matters (1.1). |
| 5/19/2010 | Nate Kritzer | 0.60 | Review filings by Maryland Casualty and Libby claimants (.3); draft discovery requests to Maryland Casualty (.3). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 5/19/2010 | Kimberly K Love | 2.50 | Prepare and obtain materials re JT Thorpe disclosure statement requested by L. Esayian (1.5); prepare and organize other filings re Maryland Casualty claims objections for attorney review (1.0). |
| 5/19/2010 | Deanna D Boll | 5.30 | Analyze issues re Canadian substantial contribution applications and draft memorandum in support. |
| 5/19/2010 | Ye (Cecilia) Hong | 1.00 | Revise exit term sheet. |
| 5/19/2010 | John Donley | 4.20 | Make final edits to Debtors' Maryland Casualty reply brief on estoppel, address exhibit issues and correspond with L. Esayian re same (2.2); review/correspond with ACC, FCR and other counsel re their filings and joint strategy re same, analyze privity issue, and confer with L. Esayian re same (1.8); analyze CNA settlement issues (.2). |
| 5/19/2010 | Lisa G Esayian | 3.50 | Correspond with M. Shelnitz and T. Freedman re CNA issues (.4); revise Maryland Casualty brief (1.0); confer with J. Burke re estoppel issues (.5); correspond with J. O'Neill and J. Baer re filing issues (.5); revise Maryland Casualty brief (.8); correspond with P. Mahaley and J. Borowsky re settlement (.3). |
| 5/19/2010 | Theodore L Freedman | 3.90 | Address various matters related to Maryland Casualty objections (3.1); follow-up on confirmation issues (.8). |
| 5/20/2010 | Kimberly K Love | 1.00 | Prepare and organize materials re replies filed re Maryland Casualty claims per L. Esayian. |
| 5/20/2010 | Deanna D Boll | 4.00 | Confer with Kinsella re web hosting re confirmation and claims issues (.6); edit and revise memorandum re substantial contribution (1.3); review pleadings re US ZAI class certification issues (2.1). |
| 5/20/2010 | Justin S Brooks | 1.20 | Review Maryland Casualty's objection to Libby participation in debtors' objection to Maryland Casualty's claims, FCR and ACC's pleading filed in support of debtors' objection to Maryland Casualty claims and Maryland Casualty's reservation of rights to limit participation of ACC and FCR re same (1.0); draft correspondence to J. Donley and T. Freedman re same (.2). |
| 5/20/2010 | Lisa G Esayian | 2.20 | Review Libby claimants', Maryland Casualty's and ACC/FCR's 5/19 filings re standing issues re Maryland Casualty claims objection (1.0); draft analysis and recommendation re standing issue (.8); review revisions to two insurance settlement approval motions (.4). |

A-17

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 5/20/2010 | Theodore L Freedman | 3.00 | Review pleadings re Maryland Casualty (1.6); confer with team members re issues related to CNA settlement (1.4). |
| 5/21/2010 | Kristina Alexander | 1.40 | Review transcripts re substantial contribution application, review case law and confer and correspond with D. Boll re same. |
| 5/21/2010 | Kimberly K Love | 1.00 | Prepare and organize various hearing transcripts requested by K. Alexander and D. Boll. |
| 5/21/2010 | Deanna D Boll | 4.80 | Edit and finalize substantial contribution memorandum and confer with D. Hogan, J. Baer, K. Alexander, and T. Freedman re same. |
| 5/21/2010 | Lisa G Esayian | 0.50 | Confer with J. Donley and J. Brooks re standing issues re objection to Maryland Casualty's claims (.3); correspond with N. Kritzer re Maryland Casualty discovery issues (.2). |
| 5/21/2010 | Theodore L Freedman | 4.00 | Address issues in connection with Maryland Casualty settlement (2.0); review documents from client (.9); confer with team re substantial contribution issues (1.1). |
| 5/23/2010 | John Donley | 1.50 | Review standing and joinder research and various pleadings and briefs filed re Maryland Casualty issues and outline response. |
| 5/24/2010 | Justin S Brooks | 0.30 | Confer with J. Donley and E. Esayian re drafting reservation of rights to Libby, ACC and FCR attempts to participate in debtors' objection to Maryland Casualty's claims (.2); review correspondence from L. Esayian re same (.1) |
| 5/24/2010 | John Donley | 1.90 | Review and analyze standing and joinder research, case law and recent Maryland Casualty-related filings (.6); confer with T. Freedman, L. Esayian and J. Brooks re same (.2); outline response (1.0); review new pleadings (.1). |
| 5/24/2010 | Lisa G Esayian | 0.50 | Correspond with R. Finke and J. Borowsky re settlement payment (.3); confer with J. Brooks, T. Freedman and J. Donley re standing issues re objection to Maryland Casualty's claims (.2). |
| 5/24/2010 | Theodore L Freedman | 4.00 | Review materials from J. Baer on motions for environmental matters and confer with J. Donley and J. Baer re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/25/2010 | Lisa G Esayian | 1.00 | Review final version of approval motion and proposed order for Harper Insurance settlement (.5); correspond with K. Makowski re filing (.2); review comments from certain insurers re proposed confirmation order (.3). |
| 5/25/2010 | Theodore L Freedman | 4.00 | Review materials from J. Baer on motions for environmental matters (2.8); confer with J. Donley and J. Baer re same (1.2). |
| 5/26/2010 | Nate Kritzer | 0.80 | Draft discovery requests to Maryland Casualty. |
| 5/26/2010 | Deanna D Boll | 1.50 | Review issues re proposed lender findings. |
| 5/26/2010 | Lisa G Esayian | 1.30 | Work on CNA issues. |
| 5/26/2010 | Theodore L Freedman | 5.00 | Review materials from J. Baer re motions for environmental matters (3.9); confer with J. Donley and J. Baer re same (1.1). |
| 5/27/2010 | Nate Kritzer | 1.20 | Revise discovery requests to Maryland Casualty. |
| 5/27/2010 | Maria D Gaytan | 1.50 | Cite / fact-check brief re debtors' reservation of rights re participation of non-debtors in debtors' objection to Maryland Casualty's claims. |
| 5/27/2010 | Ashley S Gregory | 1.50 | Confer with E. Filon re issues on term sheet. |
| 5/27/2010 | Ye (Cecilia) Hong | 2.20 | Attend conference re exit term sheet (1.0); revise term sheet (.6); prepare for conference (.6). |
| 5/27/2010 | John Donley | 1.40 | Revise response pleading re Maryland Casualty and standing, review authorities and research re 502(a) and related issues and correspond with J. Brooks, L. Esayian, T. Freedman and client re same (.8); conduct due diligence re drafting history in 1996 Maryland Casualty agreements, review documents re same and confer with J. Hughes re same (.6). |
| 5/27/2010 | Lisa G Esayian | 2.80 | Revise J. Brooks' draft of reservation of rights re Libby and ACC/FCR standing issues re Maryland Casualty's claims (1.0); confer with J. Donley re same (.3); further revisions re same (.5); reply to questions from J. Baer re certain PD claim settlements (.5); correspond with T. Freedman re General Insurance's comments re draft confirmation order (.5). |
| 5/27/2010 | Theodore L Freedman | 4.00 | Review materials from J. Baer on motions for environmental matter and confer with J. Donley and J. Baer re same. |
| 5/27/2010 | Elli Leibenstein | 1.00 | Analyze hearing issues (.6); review pleadings re same (.4). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/28/2010 | Justin S Brooks | 2.00 | Draft reservation of rights in response to Libby, ACC and FCR efforts to participate in debtors' prosecution of objection to Maryland Casualty's claims. |
| 5/28/2010 | Lisa G Esayian | 1.80 | Reply to questions from counsel for unsecured creditors re certain insurance settlements (.4); correspond with various parties re certain proposed revisions to insurance provisions in draft confirmation order (.6); add to N. Kritzer's draft discovery requests to Maryland Casualty (.8). |
| 5/28/2010 | Theodore L Freedman | 2.50 | Confer with various parties re Maryland Casualty and issues related to insurance settlements. |
|  | Total: | 340.10 |  |

**Matter 41 - Tax Issues- Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/13/2010 | Todd F Maynes, P.C. | 0.70 | Confer and correspond with C. Finke re IRS Letter 3535 and Fresenius issues. |
| | Total: | 0.70 | |

**Matter 59 - Lyondell Reclamation Claims- Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/3/2010 | Christopher T Greco | 0.20 | Correspond with R. Finke re Lyondell emergence and potential payment date. |
| 5/4/2010 | Christopher T Greco | 0.20 | Follow up with CWT re Lyondell payments. |
| | Total: | 0.40 | |

## Matter 60 - Delphi Preference Defense - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/4/2010 | Christopher T Greco | 0.20 | Review correspondence from K. Alexander re Delphi update. |
| 5/5/2010 | Christopher T Greco | 0.20 | Correspond with S. Ahern re Delphi status update. |
| 5/10/2010 | Christopher T Greco | 0.30 | Correspond re Delphi settlement call and reschedule same. |
| 5/11/2010 | Christopher T Greco | 1.10 | Confer with D. Devine and K. Alexander re conference on Delphi settlement and prepare for same (.5); confer with T. Freedman re same (.2); follow up with K. Alexander re same (.4). |
| 5/11/2010 | Kristina Alexander | 4.90 | Confer with D. Devine and follow up with C. Greco re Delphi preference action (.7); research case law re preference actions and draft memorandum to C. Greco re same and strategy (4.2). |
| 5/12/2010 | Kristina Alexander | 1.80 | Analyze evidence of ordinary course defense and correspond with C. Greco and L. Marchman re same for Delphi matter (1.7); confer with L. Marchman re data and follow up re same (.1). |
| 5/14/2010 | Kristina Alexander | 4.20 | Review and analyze data re Delphi preference defense and confer with D. Devine and C. Greco re same (1.1); research additional case law re preference defense and draft detailed correspondence to C. Greco re same (3.1). |
| 5/18/2010 | Kristina Alexander | 0.90 | Draft and revise decision tree analysis of Delphi preference complaint in preparation for conference with T. Freedman. |
| 5/19/2010 | Christopher T Greco | 1.20 | Correspond with T. Freedman and K. Alexander re decision tree re Delphi preference action and review same. |
| 5/19/2010 | Kristina Alexander | 2.10 | Prepare materials for conference re Delphi matter with T. Freedman and confer with C. Greco re defense (.8); revise materials for conference per C. Greco (.8); confer with C. Greco and T. Freedman re same (.5). |
| 5/20/2010 | Kristina Alexander | 1.50 | Research standard for preference expert and prepare related correspondence for Delphi matter. |
| 5/24/2010 | Kristina Alexander | 0.10 | Correspond with C. Greco, L. Marchman and J. Hughes re Delphi. |
| 5/25/2010 | Kristina Alexander | 0.60 | Correspond with team re proposed conference re Delphi (.2); confer with C. Greco and transmit documents re preference defense (.4). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/26/2010 | Christopher T Greco | 1.10 | Confer with K. Alexander re Delphi status (.3); confer with J. Hughes and L. Marchman re status update and summary judgment motion and prepare for same (.5); confer with M. Dexter re same and review same (.3). |
| 5/26/2010 | Kristina Alexander | 0.30 | Confer with C. Greco, L. Marchman and J. Hughes re status of Delphi action. |
|  | Total: | 20.50 | |