# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Transportation to/from airport | $92.60 |
| Travel Meals | $10.65 |
| Other Travel Expenses | $40.00 |
| **Total:** | **$143.25** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 1/1/2010 | 5.30 | Maria Gaytan, Travel Meal, Chicago, IL, 01/01/10, (Hearing), Breakfast at Airport |
| 1/1/2010 | 20.00 | Maria Gaytan, Other, 01/01/10, (Hearing), bag fee |
| 1/3/2010 | 5.35 | Maria Gaytan, Travel Meal, Pittsburgh, PA, 01/03/10, (Hearing), Breakfast |
| 1/7/2010 | 20.00 | Maria Gaytan, Other, 01/07/10, (Hearing), bag fee |
| 4/18/2010 | 92.60 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 04/18/2010, JOHN DONLEY (Home to ORD) |
| Total: | 143.25 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $9.67 |
| Standard Copies or Prints | $621.60 |
| Binding | $0.70 |
| Tabs/Indexes/Dividers | $1.90 |
| Color Copies or Prints | $26.50 |
| Bates Labels/Print | $0.03 |
| Scanned Images | $139.80 |
| Overnight Delivery | $36.81 |
| Outside Messenger Services | $145.70 |
| Appearance Fees | $116.00 |
| Professional Fees | $650.00 |
| Outside Computer Services | $1,161.50 |
| Computer Database Research | $1,827.99 |
| Overtime Transportation | $59.83 |
| Overtime Meals - Attorney | $45.64 |
| Secretarial Overtime | $34.45 |
| Overtime Meals - Legal Assistant | $15.58 |
| Electronic Data Storage | $1,753.68 |
| **Total:** | **$6,647.38** |

B-4

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 4/8/2010 | 650.00 | ARPC - Professional Fees, Fees related to Economic Consulting on PD Claims |
| 4/11/2010 | 68.51 | WEST, Computer Database Research, ALEXANDER, KRISTINA, APRIL 2010 |
| 4/18/2010 | 58.16 | WEST, Computer Database Research, STANSBURY, BRIAN, APRIL 2010 |
| 4/19/2010 | 530.08 | WEST, Computer Database Research, BROOKS, JUSTIN S., APRIL 2010 |
| 4/20/2010 | 15.76 | WEST, Computer Database Research, LOVE, KIMBERLY, APRIL 2010 |
| 4/20/2010 | 8.80 | WEST, Computer Database Research, TURANO, EMILY, APRIL 2010 |
| 4/26/2010 | 469.02 | WEST, Computer Database Research, BIBBS, DEBORAH L APRIL 2010 |
| 4/27/2010 | 304.58 | WEST, Computer Database Research, ESAYIAN, LISA G., APRIL 2010 |
| 4/29/2010 | 350.23 | WEST, Computer Database Research, KRITZER, NATHANIEL, APRIL 2010 |
| 4/30/2010 | 9.67 | INTERCALL - Third Party Telephone Charges, J. Donley, 4/30/10 |
| 4/30/2010 | 51.00 | COURTCALL, LLC - Appearance Fees - 4/19/2010 Hearing - Lisa Esayian, U.S. Bankruptcy Court-Delaware |
| 4/30/2010 | 65.00 | COURTCALL, LLC - Appearance Fees - 4/19/2010 Hearing - Deanna Boll, U.S. Bankruptcy Court-Delaware |
| 4/30/2010 | 1,161.50 | C2 LEGAL - Outside Computer Services, Monthly Usage Fee |
| 4/30/2010 | 2.72 | WEST, Computer Database Research, LANDAU, CHRISTOPHER, APRIL 2010 |
| 4/30/2010 | 15.13 | WEST, Computer Database Research, ROHRHOFER, MORGAN, APRIL 2010 |
| 5/3/2010 | 7.50 | Standard Copies or Prints |
| 5/3/2010 | 2.20 | Standard Prints |
| 5/4/2010 | 0.10 | Scanned Images |
| 5/4/2010 | 7.00 | Scanned Images |
| 5/4/2010 | 10.40 | Standard Copies or Prints |
| 5/4/2010 | 0.30 | Standard Prints |
| 5/4/2010 | 0.90 | Standard Prints |

B-5

| Date | Amount | Description |
|------|--------|-------------|
| 5/4/2010 | 10.30 | Standard Prints |
| 5/4/2010 | 15.01 | Fed Exp to: Warren H. Smith, DALLAS, TX from: Sonya Kahn |
| 5/4/2010 | 5.00 | RESTRUCTURING CONCEPTS LLC - Computer Database Research, NetDockets usage for April 2010, K. Alexander |
| 5/4/2010 | 24.28 | VITAL TRANSPORTATION INC, Passenger: HONG, CECILIA Overtime Transportation, Date: 4/29/2010 |
| 5/5/2010 | 5.40 | Standard Copies or Prints |
| 5/5/2010 | 0.10 | Scanned Images |
| 5/5/2010 | 0.20 | Scanned Images |
| 5/5/2010 | 2.90 | Scanned Images |
| 5/5/2010 | 4.40 | Scanned Images |
| 5/5/2010 | 4.50 | Scanned Images |
| 5/5/2010 | 5.00 | Scanned Images |
| 5/5/2010 | 8.60 | Scanned Images |
| 5/5/2010 | 8.90 | Scanned Images |
| 5/5/2010 | 8.90 | Scanned Images |
| 5/5/2010 | 9.30 | Scanned Images |
| 5/5/2010 | 3.70 | Standard Prints |
| 5/5/2010 | 43.20 | Standard Prints |
| 5/5/2010 | 8.50 | Color Prints |
| 5/5/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 5/5/2010 |
| 5/6/2010 | 14.50 | Standard Copies or Prints |
| 5/6/2010 | 28.10 | Standard Copies or Prints |
| 5/6/2010 | 1.40 | Tabs/Indexes/Dividers |
| 5/6/2010 | 0.10 | Scanned Images |
| 5/6/2010 | 3.30 | Standard Copies or Prints |
| 5/6/2010 | 6.51 | Fed Exp to:Adam G. Landis, Esq., WILMINGTON, DE from: Christopher Landau |
| 5/6/2010 | 8.78 | Fed Exp to:Daniel C. Cohn, Esq., BOSTON, MA from: Christopher Landau |
| 5/6/2010 | 6.51 | Fed Exp to: Francis A. Monaco, Jr., Esq. WILMINGTON, DE from: Christopher Landau |
| 5/7/2010 | 1.10 | Scanned Images |
| 5/7/2010 | 1.90 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/7/2010 | 3.90 | Scanned Images |
| 5/7/2010 | 1.30 | Standard Copies or Prints |
| 5/7/2010 | 0.10 | Standard Prints |
| 5/7/2010 | 4.60 | Standard Prints |
| 5/7/2010 | 0.30 | Standard Prints |
| 5/10/2010 | 0.10 | Standard Prints |
| 5/10/2010 | 58.28 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 5/10/2010 |
| 5/11/2010 | 1.30 | Scanned Images |
| 5/11/2010 | 6.00 | Scanned Images |
| 5/11/2010 | 10.40 | Scanned Images |
| 5/11/2010 | 1.40 | Standard Prints |
| 5/11/2010 | 1.50 | Standard Prints |
| 5/11/2010 | 5.00 | Standard Prints |
| 5/11/2010 | 0.40 | Standard Prints |
| 5/11/2010 | 2.70 | Standard Prints |
| 5/11/2010 | 7.50 | Standard Prints |
| 5/11/2010 | 35.55 | FLASH CAB COMPANY, Overtime Transportation, R. KURYSZ, 5/11/2010 |
| 5/11/2010 | 50.03 | Secretarial Overtime, Christine Hraban - Revise brief. |
| 5/12/2010 | 64.90 | Standard Copies or Prints |
| 5/12/2010 | 0.70 | Binding |
| 5/12/2010 | 1.30 | Scanned Images |
| 5/12/2010 | 1.80 | Scanned Images |
| 5/12/2010 | 3.00 | Standard Prints |
| 5/12/2010 | 3.00 | Standard Prints |
| 5/12/2010 | 9.30 | Standard Prints |
| 5/12/2010 | 15.80 | Standard Prints |
| 5/12/2010 | 1.80 | Standard Prints |
| 5/12/2010 | 4.20 | Standard Prints |
| 5/12/2010 | 8.30 | Standard Prints |
| 5/12/2010 | 9.00 | Color Prints |
| 5/12/2010 | 28.10 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Adam Balfour, Overtime Meals - Attorney, 5/12/2010 |
| 5/12/2010 | 17.54 | SEAMLESSWEB PROFESSIONAL SOLUTIONS INC, Nate Kritzer, Overtime Meals - Attorney, 5/12/2010 |

B-7

| Date | Amount | Description |
|------|-------:|-------------|
| 5/13/2010 | 1.80 | Scanned Images |
| 5/13/2010 | 4.60 | Standard Copies or Prints |
| 5/13/2010 | 3.00 | Standard Prints |
| 5/13/2010 | 9.00 | Color Prints |
| 5/14/2010 | 73.50 | Standard Copies or Prints |
| 5/14/2010 | 0.40 | Scanned Images |
| 5/14/2010 | 1.10 | Scanned Images |
| 5/14/2010 | 1.40 | Scanned Images |
| 5/14/2010 | 1.40 | Scanned Images |
| 5/14/2010 | 1.60 | Scanned Images |
| 5/14/2010 | 3.00 | Standard Copies or Prints |
| 5/14/2010 | 27.70 | Standard Prints |
| 5/14/2010 | .20 | Standard Prints |
| 5/14/2010 | 6.10 | Standard Prints |
| 5/14/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 5/14/2010 |
| 5/17/2010 | 0.80 | Scanned Images |
| 5/17/2010 | 1.50 | Scanned Images |
| 5/17/2010 | 3.20 | Scanned Images |
| 5/17/2010 | 3.00 | Standard Copies or Prints |
| 5/17/2010 | 4.50 | Standard Prints |
| 5/17/2010 | 4.80 | Standard Prints |
| 5/17/2010 | 1.70 | Standard Prints |
| 5/17/2010 | 17.70 | Standard Prints |
| 5/18/2010 | 0.30 | Scanned Images |
| 5/18/2010 | 1.60 | Scanned Images |
| 5/18/2010 | 1.60 | Scanned Images |
| 5/18/2010 | 2.30 | Scanned Images |
| 5/18/2010 | 3.40 | Scanned Images |
| 5/18/2010 | 3.70 | Scanned Images |
| 5/18/2010 | 5.60 | Scanned Images |
| 5/18/2010 | 2.30 | Standard Prints |
| 5/18/2010 | 5.40 | Standard Prints |
| 5/18/2010 | 0.20 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 5/18/2010 | 29.14 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N. LA SALLE, Holly Bull, 5/18/2010 |
| 5/19/2010 | 0.30 | Scanned Images |
| 5/19/2010 | 0.30 | Scanned Images |
| 5/19/2010 | 2.80 | Scanned Images |
| 5/19/2010 | 4.00 | Standard Copies or Prints |
| 5/19/2010 | 5.60 | Standard Prints |
| 5/19/2010 | 15.80 | Standard Prints |
| 5/19/2010 | 0.20 | Standard Prints |
| 5/20/2010 | 18.10 | Standard Copies or Prints |
| 5/20/2010 | 0.30 | Scanned Images |
| 5/20/2010 | 0.30 | Scanned Images |
| 5/20/2010 | 0.60 | Scanned Images |
| 5/20/2010 | 1.20 | Scanned Images |
| 5/20/2010 | 4.60 | Scanned Images |
| 5/20/2010 | 7.10 | Scanned Images |
| 5/20/2010 | 2.30 | Standard Prints |
| 5/20/2010 | 0.20 | Standard Prints |
| 5/21/2010 | 0.10 | Standard Copies or Prints |
| 5/21/2010 | 3.00 | Standard Prints |
| 5/21/2010 | 49.50 | Standard Prints |
| 5/24/2010 | 0.70 | Scanned Images |
| 5/24/2010 | 0.90 | Scanned Images |
| 5/24/2010 | 0.20 | Standard Copies or Prints |
| 5/24/2010 | 0.30 | Standard Prints |
| 5/24/2010 | 0.10 | Standard Prints |
| 5/25/2010 | 4.50 | Standard Prints |
| 5/25/2010 | 3.90 | Standard Prints |
| 5/27/2010 | 66.90 | Standard Copies or Prints |
| 5/27/2010 | 0.50 | Tabs/Indexes/Dividers |
| 5/27/2010 | 0.03 | Bates Labels/Print |
| 5/27/2010 | 1.30 | Scanned Images |
| 5/27/2010 | 0.10 | Standard Prints |
| 5/27/2010 | 0.40 | Standard Prints |
| 5/27/2010 | 1.60 | Standard Prints |

B-9

| Date | Amount | Description |
|------|-------:|-------------|
| 5/27/2010 | 8.20 | Standard Prints |
| 5/27/2010 | 1.40 | Standard Prints |
| 5/27/2010 | 1.70 | Standard Prints |
| 5/28/2010 | 3.30 | Standard Prints |
| 5/28/2010 | 7.10 | Standard Prints |
| 5/28/2010 | 0.40 | Standard Prints |
| 5/31/2010 | 1,753.68 | Electronic Data Storage |
| Total: | 6,647.38 | |

**Matter 60 – Delphi Preference Defense – Expenses**

| Service Description | Amount |
| --- | --- |
| Standard Copies or Prints | $7.60 |
| **Total:** | **$7.60** |

## Matter 60 – Delphi Preference Defense – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 5/19/2010 | 7.10 | Standard Prints |
| 5/20/2010 | .50 | Standard Prints |
| Total: | 7.60 | |