IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) Re Docket No. 24901 and 25028 <br> ) 7/14/10 Hearing Agenda item no. 4 <br> ) |

**ORDER AUTHORIZING ENTRY INTO A CONSENT DECREE WITH THE UNITED STATES REGARDING THE BLACKBURN AND UNION PRIVILEGES SUPERFUND SITE - WALPOLE, MA.**

Upon consideration of the *Motion of Debtors for Entry of an Order Authorizing Entry Into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site - Walpole, MA.* (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

in the best interests of the Debtors,[2] their estates and creditors, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. The Debtors are authorized to enter into the Consent Decree, which is attached to this Order as <u>Exhibit I</u>.

3. The Debtors are authorized to consummate the transactions contemplated in the Consent Decree, including the use of the Debtors' estate property and resources necessary to undertake the performance of the work set forth in the Consent Decree.

4. Claim No. 9634 of the U.S. EPA with respect to Past Response Costs and Future Oversight Costs and Future Response Costs at the Site is resolved by the Consent Decree as follows:

    (i) The U.S. E.P.A. shall have an allowed general unsecured claim against the Debtors in the amount of $715,930 (the "Allowed Past Response Cost Claim"). The Allowed Past Response Cost Claim will be paid in the same manner as all other allowed general unsecured claims on the effective date of a confirmed chapter 11 plan of reorganization for the Debtors. Notwithstanding what the Debtors' plan may provide, however, Interest will not accrue on the Allowed Past Response Cost Claim until 30 days after the Effective Date of the Consent Decree, at which point, Interest will accrue on the Allowed Past Response Cost Claim at the rate established by 26 U.S.C. § 9507;

---

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in, as the case may be, the Consent Decree or the *First Amended Joint Plan of Reorganization in these Chapter 11 Cases*, dated February 27, 2009, as amended.).

   (ii) The Debtors are authorized to pay 50% of Future Oversight Costs and Future Response Costs. These costs shall be payable within 30 days of Settling Defendants' receipt of each bill requiring payment or within 30 days of the effective date of the Debtors' plan of reorganization, whichever is later. Payment of Future Oversight Costs incurred by U.S. EPA shall be capped at the greater of $2,000,000 or 15% of the total costs incurred by the Settling Defendants to complete the ROD remedy; and

   (iii) To the extent it applies, the automatic stay under section 362(a) of the Bankruptcy Code is modified for the limited purpose of permitting the United States to file a complaint (the "Complaint") against the Debtors concurrently with the lodging of the Consent Decree to resolve all claims alleged in the Complaint, lodge the Consent Decree and take other actions consistent with the Consent Decree in the United States District Court for the District of Massachusetts as outlined in paragraph 113 of the Consent Decree. In the event that the Consent Decree is voided by any of its Parties pursuant to paragraph 114 of the Consent Decree, the Debtors preserve all arguments regarding applicability of the automatic stay to the Complaint, and the limited modification of the automatic stay described in this paragraph shall be void.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

6. This Order is effective immediately upon its entry, notwithstanding Fed. R. Bankr. P. 6004(h).

Dated:  July 3 , 2010

             *Judith K. Fitzgerald*
             Honorable Judith K. Fitzgerald
             United States Bankruptcy Judge