**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

ATTACHMENT A
TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
|  | Adjustment for July photocopies |  | $(6.55) |  |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.40 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47,704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| Totals Twentieth Quarterly | October 1, 2008 through December 31, 2008 | $221,736.50 | $949.19 | $177,389.20 |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39,371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| Totals Twenty-First Quarterly | January 1, 2009 through March 31, 2009 | $181,278.50 | $688.30 | $145,022.80 |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |
| August 18, 2009 | May 1, 2009 through May 31, 2009 | $77,884.00 | $241.67 | $62,307.20 |
| August 18, 2009 | June 1, 2009 through June 30, 2009 | $60,801.50 | $136.35 | $48,641.20 |
| Totals Twenty-Second Quarterly | April 1, 2009 Through June 30, 2009 | $195,700.00 | $593.58 | $156,560.00 |
| October 15, 2009 | July 1, 2009 through July 31, 2009 | $107,158.50 | $407.68 | $85,726.80 |
| November 9, 2009 | August 1, 2009 through August 31, 2009 | $122,699.00 | $94.88 | $98,159.20 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| November 20, 2009 | September 1, 2009 through September 30, 2009 | $131,783.50 | 3,039.11 | $105,426.80 |
| Totals Twenty-Third Quarterly | July 1, 2009 through September 30, 2009 | $361,641.00 | $3,541.67 | $289,312.80 |
| December 21, 2009 | October 1, 2009 through October 31, 2009 | $58,063.50 | $366.56 | $46,450.80 |
| February 10, 2010 | November 1, 2009 through November 30, 2009 | $47,473.50 | $215.14 | $37,978.80 |
| February 11, 2010 | December 1, 2009 through December 31, 2009 | $51,980.50 | $227.98 | $41,584.40 |
| Totals Twenty-Fourth Quarterly | October 1, 2009 through December 31, 2009 | $157,517.50 | $809.68 | $126,014.00 |
| April 19, 2010 | January 1, 2010 through January 31, 2010 | $86,544.50 | $107.10 | $69,235.60 |
| April 19, 2010 | February 1, 2010 through February 28, 2010 | $79,398.50 | $230.09 | $63,518.80 |
| May 7, 2010 | March 1, 2010 through March 31, 2010 | $110,459.00 | $200.56 | $88,367.20 |
| Totals Twenty-Fifth Quarterly | January 1, 2010 through March 31, 2010 | $276,402.00 | $537.75 | $221,121.60 |
| June 18, 2010 | April 1, 2010 Through April 30, 2010 | $96,408.00 | $361.54 | $77,126.40 |

**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| July 6, 2010 | May 1, 2010 through May 31, 2010 | $81,278.50 | $ 315.94 | $65,022.80 |