**SEVENTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 5/1/10 through 5/31/10

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 11.30 | $8,588.00 |
| S. Cunningham | Member | $760 | 12.00 | $9,120.00 |
| R. Frezza | Member | $670 | 26.40 | $17,688.00 |
| J. Dolan | Consultant | $445 | 99.40 | $44,233.00 |
| M. Desalvio | Research | $175 | 2.50 | $437.50 |
| N. Backer | Paraprofessional | $120 | 10.10 | $1,212.00 |
| For the Period 5/1/10 through 5/31/10 | | | 161.70 | $81,278.50 |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 5/1/10 through 5/31/10**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant reviewed terms of recent acquisition and prepared a memo to the Committee thereon. | 12.30 | $6,688.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations in relation to the POR and Disclosure Statement, as well as insurance claim settlements. | 6.20 | $3,407.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and responded to Lender inquiries. | 6.80 | $3,278.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed analyses related to pension funding and participated in calls with Counsel and the Debtors. | 7.50 | $4,030.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the March and April monthly fee statements as well as the 25th Quarterly Fee Application. | 13.10 | $2,767.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 1Q10 results including peer company analysis and prepared a report to the Committee thereon. | 89.90 | $50,256.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed revised 5 year projections. | 5.00 | $2,225.00 |
| 20. Valuation | Prepared analyses of peer data including normalized ebit, etc. in establishing a value multiple. | 18.40 | $8,188.00 |
| 21. Research | During the Fee Application period, the Applicant researched peer value information to assist team in determining valuation multiple. | 2.50 | $437.50 |
| **For the Period 5/1/10 through 5/31/10** | | **161.70** | **$81,278.50** |

**Capstone Advisory Group, LLC**                                              Page 1 of 1
**Invoice for the may 2010 Fee Application**

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 5/1/10 through 5/31/10

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 5/11/2010 | R. Frezza | 1.10 | Read and prepared questions related to proposed OLY acquisition. |
| 5/12/2010 | R. Frezza | 0.80 | Reviewed OLY presentation and prepared questions for management |
| 5/12/2010 | J. Dolan | 1.30 | Read and analyzed Project Oly information received from Blackstone and prepared request for additional information. |
| 5/14/2010 | J. Dolan | 0.30 | Reviewed responses from Blackstone re: Project Oly and discussed internally. |
| 5/14/2010 | R. Frezza | 0.50 | Reviewed responses from Blackstone re: OLY presentation. |
| 5/17/2010 | J. Dolan | 0.60 | Prepared memo to counsel regarding Project Oly. |
| 5/17/2010 | R. Frezza | 1.90 | Conference call with company re: OLY acquisition, write-up of summary to counsel. |
| 5/18/2010 | J. Dolan | 1.10 | Researched indemnification support for recent acquisition and responded to counsel. |
| 5/18/2010 | R. Frezza | 1.10 | Prepared more formal memo to counsel and discussed with same. |
| 5/18/2010 | J. Dolan | 2.90 | Prepared memo to the Committee regarding recent acquisition at the request of counsel. |
| 5/21/2010 | J. Dolan | 0.70 | Reviewed comments received from counsel on acquisition memo and distributed to Committee. |
| Subtotal | | 12.30 | |
| 03. Claims Analysis & Valuation | | | |
| 5/11/2010 | E. Ordway | 0.70 | Read and analyzed counsel's memo - re: insurance company settlement. |
| 5/11/2010 | R. Frezza | 0.60 | Read and discussed counsel memo on latest insurance settlement. |
| 5/12/2010 | J. Dolan | 0.40 | Read and analyzed counsel's memo on insurance policy settlement. |
| 5/24/2010 | R. Frezza | 1.30 | Discussed and reviewed with counsel re: various environmental claim settlements. |
| 5/26/2010 | J. Dolan | 3.20 | Updated claim analysis and recovery analysis. |
| Subtotal | | 6.20 | |

Capstone Advisory Group, LLC
Invoice for the May 2010 Fee Application

Page 1 of 6

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **04. Creditor Committee Matters** | | | |
| 5/3/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 5/10/2010 | J. Dolan | 1.00 | Read and analyzed recent docket submissions and recent 8K filings. |
| 5/12/2010 | J. Dolan | 0.30 | Responded to Lender inquiry. |
| 5/17/2010 | J. Dolan | 0.70 | Responded to Lender inquiry. |
| 5/17/2010 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 5/26/2010 | E. Ordway | 0.80 | Participated in call with Committee member to discuss case status. |
| 5/28/2010 | J. Dolan | 2.40 | Prepared work plan and discussed case status and upcoming projects. |
| Subtotal | | 6.80 | |
| **05. Employee Matters/KERP/Other** | | | |
| 5/12/2010 | J. Dolan | 1.30 | Reviewed information and data sent from Blackstone regarding Grace's pension plan. |
| 5/12/2010 | J. Dolan | 1.10 | Read and analyzed 8k filed regarding Incentive Plan and discussed internally. |
| 5/13/2010 | E. Ordway | 1.10 | Analyzed data related to pension plan and noted items for staff to follow-up. |
| 5/14/2010 | E. Ordway | 0.50 | Read data - re: incentive plan. |
| 5/17/2010 | J. Dolan | 0.90 | Reviewed pension materials sent in anticipation of call. |
| 5/19/2010 | E. Ordway | 0.60 | Continued to read pension data. |
| 5/20/2010 | J. Dolan | 0.50 | Reviewed prior pension requests and compared to current pension information in anticipation of call. |
| 5/20/2010 | J. Dolan | 0.50 | Discussed pension call with counsel. |
| 5/20/2010 | J. Dolan | 1.00 | Prepared for and participated in call with Blackstone, the Company and other advisors regarding 2010 pension plan. |
| Subtotal | | 7.50 | |
| **07. Fee Applications & Invoices** | | | |
| 5/6/2010 | N. Backer | 1.90 | Prepared 25th Quarterly fee application. |
| 5/7/2010 | N. Backer | 1.00 | Prepared 25th Quarterly fee application. |

Capstone Advisory Group, LLC  
Invoice for the May 2010 Fee Application

Page 2 of 6

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/10/2010 | J. Dolan | 1.10 | Prepared and filed March fee application. |
| 5/10/2010 | J. Dolan | 1.20 | Prepared 25th quarterly fee application. |
| 5/10/2010 | N. Backer | 1.70 | Prepared March 2010 fee application. |
| 5/11/2010 | N. Backer | 1.90 | Prepared 25th Quarterly fee application. |
| 5/19/2010 | N. Backer | 2.30 | Prepared April 2010 fee statement. |
| 5/19/2010 | E. Ordway | 0.30 | Prepared fee application. |
| 5/28/2010 | E. Ordway | 0.40 | Read fee auditor's report. |
| 5/29/2010 | N. Backer | 1.30 | Prepared April fee statement. |
| Subtotal | | 13.10 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/3/2010 | J. Dolan | 1.70 | Reviewed World Chemical Outlook for determining validity of valuation multiple. Included US, Asia, Canada, Europe, Middle East. |
| 5/3/2010 | E. Ordway | 1.00 | Read third party analysis reports and noted items for staff to review. |
| 5/3/2010 | J. Dolan | 1.10 | Read and analyzed analysts' reports on earnings release 1Q10. |
| 5/3/2010 | J. Dolan | 1.10 | Read and analyzed analyst reports on Grace's 2010 guidance and newly adjusted financials including CL King, Jeffries, etc. |
| 5/3/2010 | S. Cunningham | 2.10 | Read and analyzed 2010 projections. |
| 5/4/2010 | J. Dolan | 1.80 | Prepared list of request items for Company related to 1Q10 results and 5 year projections. |
| 5/4/2010 | E. Ordway | 0.90 | Directed staff in updating Peer Group analysis. |
| 5/5/2010 | S. Cunningham | 1.60 | Read and analyzed long term projections. |
| 5/6/2010 | R. Frezza | 2.20 | Read and analyzed newly issued Q1 2010 results in preparation for Q1 report to committee. |
| 5/7/2010 | E. Ordway | 0.60 | Analyzed data related to peer group companies. |
| 5/7/2010 | R. Frezza | 1.90 | Continued to read and analyze newly issued Q1 2010 results in preparation for Q1 report to committee. |
| 5/10/2010 | J. Dolan | 2.80 | Read and analyzed 1Q10 form 10Q for report to the Committee. |

Capstone Advisory Group, LLC                                                                Page 3 of 6
Invoice for the May 2010 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/11/2010 | J. Dolan | 2.10 | Prepared analysis excluding ART to be included in report to the Committee for proper comparability. |
| 5/11/2010 | R. Frezza | 1.80 | Read and analyzed Q1 2010 10Q; considered analyses for report to Committee. |
| 5/11/2010 | J. Dolan | 3.60 | Prepared commentary on 1Q10 report to the Committee. |
| 5/11/2010 | J. Dolan | 1.30 | Prepared request list for 1Q10 results for report to the Committee. |
| 5/12/2010 | R. Frezza | 1.80 | Reviewed 8k and latest Q1 financial data. |
| 5/13/2010 | R. Frezza | 2.90 | Continued review of 8k and latest Q1 financial data in preparation for report to Committee. |
| 5/14/2010 | E. Ordway | 0.50 | Continued to read and analyze peer group data. |
| 5/14/2010 | R. Frezza | 2.10 | Continued review of Q1 financial data for report drafting to Committee. |
| 5/14/2010 | J. Dolan | 2.40 | Read and analyzed financial briefing received from the Company and updated our analyses |
| 5/17/2010 | S. Cunningham | 1.80 | Reviewed 1Q10 results of operations versus prior year. |
| 5/17/2010 | E. Ordway | 0.70 | Continued to read and analyze pension data. |
| 5/18/2010 | E. Ordway | 0.80 | Prepared and edited 1Q report to the Committee. |
| 5/18/2010 | J. Dolan | 1.30 | Prepared request for information related to 1Q10 and discussed internally. |
| 5/18/2010 | R. Frezza | 1.50 | Continued review and analyses of 1Q data. |
| 5/18/2010 | J. Dolan | 2.00 | Prepared basis of presentation section of 1Q10 report to the Committee including 8k information. |
| 5/19/2010 | J. Dolan | 2.20 | Prepared revised presentation of 1Q10 results excluding ART for report to the Committee. |
| 5/19/2010 | R. Frezza | 1.50 | Continued review and analyses of Q1 data. |
| 5/19/2010 | J. Dolan | 1.90 | Revised source data and report tables to reflect new financial framework for 1Q10 report. |
| 5/20/2010 | J. Dolan | 1.70 | Prepared foreign exchange analysis and related commentary in 1Q10 report. |
| 5/20/2010 | J. Dolan | 1.60 | Read and analyzed peer information received for inclusion in 1Q10 report to the Committee. |
| 5/20/2010 | J. Dolan | 1.40 | Prepared GP analyses and related commentary in 1Q10 report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/21/2010 | S. Cunningham | 2.20 | Read and analyzed projections. |
| 5/21/2010 | E. Ordway | 1.10 | Analyzed cash flow projections through 2010. |
| 5/24/2010 | S. Cunningham | 2.10 | Read and analyzed Q1 results. |
| 5/24/2010 | J. Dolan | 2.10 | Prepared cash flow and liquidity analysis and commentary in 1Q10 report. |
| 5/24/2010 | J. Dolan | 1.90 | Prepared adjusted ebit bridge compared to prior year and related commentary in 1Q10 report. |
| 5/24/2010 | J. Dolan | 3.10 | Prepared other section of report including hedging, environmental, dip facility, ch 11 expenses, etc. |
| 5/25/2010 | J. Dolan | 2.10 | Prepared ROIC analysis and related commentary in report to the Committee. |
| 5/25/2010 | J. Dolan | 1.00 | Prepared analysis and commentary on corporate expenses for 1Q10 report. |
| 5/25/2010 | J. Dolan | 1.60 | Prepared peer analysis to determine current valuation multiple and related commentary in report. |
| 5/25/2010 | E. Ordway | 1.30 | Continued to analyze the financial information pertaining to peer companies. |
| 5/25/2010 | J. Dolan | 2.80 | Prepared base business commentary to report including divisional and product group analysis. |
| 5/25/2010 | R. Frezza | 2.90 | Continued analysis on Q1 financials and report drafting. |
| 5/25/2010 | S. Cunningham | 2.20 | Read and analyzed Q1 results. |
| 5/26/2010 | R. Frezza | 0.50 | Continued analysis in connection with 1Q report to Committee. |
| 5/27/2010 | J. Dolan | 7.30 | Prepared peer analysis to determine current valuation multiple and other analyses. |
| Subtotal | | 89.90 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/3/2010 | J. Dolan | 3.50 | Began reviewing Company's 5 year projections prepared for exit lenders. |
| 5/17/2010 | J. Dolan | 1.50 | Prepared request for additional information regarding bank forecast and sent to Blackstone. |
| Subtotal | | 5.00 | |

20. Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/4/2010 | J. Dolan | 3.00 | Prepared analysis of peer data including normalized ebit, etc. for value multiple. |

**Capstone Advisory Group, LLC**  
Invoice for the May 2010 Fee Application

Page 5 of 6

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/4/2010 | J. Dolan | 2.20 | Gathered financial information for Company peers for analysis. |
| 5/5/2010 | J. Dolan | 3.80 | Read and analyzed peer filings and prepared related value analysis. |
| 5/6/2010 | J. Dolan | 2.90 | Prepared various analyses of peer information to assist in evaluating Company 5 year plan. |
| 5/6/2010 | J. Dolan | 3.20 | Reviewed peer 10ks and 10qs and prepared analysis of normalized ebit and other indicators to assist in evaluating 5 year projections. |
| 5/7/2010 | J. Dolan | 3.30 | Continued to prepare peer analysis based on recent 10Ks and 10qs to assist in evaluating 5 year projections for Grace. |
| Subtotal | | 18.40 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/3/2010 | M. Desalvio | 0.50 | Searched for and retrieved updates to specific analysts reports. |
| 5/18/2010 | M. Desalvio | 2.00 | Updated Peer Group Analysis for 1Q10 results for team. |
| Subtotal | | 2.50 | |
| **Total Hours** | | **161.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 5/1/10 through 5/31/10

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 5/9/2010 | Capstone Expense | Bloomberg | $136.00 |
| 5/9/2010 | Capstone Expense | Pacer | $10.48 |
| Subtotal - Research | | | $146.48 |
| Telecom | | | |
| 5/10/2010 | Capstone Expense | April Telephone - Saddle Brook Office | $169.46 |
| Subtotal - Telecom | | | $169.46 |
| **For the Period 5/1/10 through 5/31/10** | | | $315.94 |