# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 01, 2010

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10018

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/1/2010 | AL | Draft email to The Hogan Firm requesting April's fee application in an editable format | 0.10 | 4.50 |
|  | MW | Draft monthly application for compensation of WHSA for May 2010 (.8); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.2). | 1.10 | 154.00 |
|  | AL | Update database with Stroock's April fee application (hard copy) (.2); Blackstone's April fee application (hard copy) (.2); Foley's April fee application (hard copy) (.2); Baer's April fee application (hard copy) (.2); Morris' April fee application (hard copy) (.2); Ewing's April fee application (hard copy) (.2); Morris' 36Q fee application (hard copy) (.2); Lauzon's April electronic detail (pdf version only) (.1); Hogan's April electronic detail (pdf version only) (.1);  Scarfone's April fee application (electronic pdf only) (.1); K&L's April fee application (electronic version) (.1); Foley's full electronic detail for the month of April (.1); Alan Rich's May electronic detail (.1) | 2.00 | 90.00 |
|  | BSR | Draft memo to Warren Smith re issue of working lunches (1.7); telephone conference with Warren Smith re same and email to Warren Smith re proposed policy (.1) | 1.80 | 477.00 |
| 6/2/2010 | AL | Update database with Hogan's April full electronic detail (.1); Lauzon's April full electronic detail (.1); Scarfone's full April electronic detail (.1); Ogilvy's April electronic detail (.1); Reed's April fee application (hard copy) (.2); AKO's April electronic detail (.1); Campbell's April electronic detail (.1); Charter's April electronic detail (.1); Caplin's April electronic detail (.1); Bilzin's April electronic detail (.1) | 1.10 | 49.50 |

W.R. Grace & Co.            Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/2/2010 | BSR | receive, review, and respond to email from Jamie O'Neill re Campbell & Levine's fees | 0.10 | 26.50 |
| 6/3/2010 | BSR | research docket for signed fee order | 0.10 | 26.50 |
|  | AL | Update database with K&E's April electronic detail (pdf only) (.1); K&E's April fee application (Hard copy) (.2); Ogilvy's April fee application (hard copy) (.2); Sanders' May fee application (pdf electronic only) (.1) | 0.60 | 27.00 |
|  | AL | Draft email to Sanders requesting full May electronic detail | 0.10 | 4.50 |
|  | JAW | Proofread W. H. Smith's May 2010 fee notice and detail (0.6); e-mail to M. White regarding any revisions to same (0.1) | 0.70 | 106.75 |
| 6/4/2010 | BSR | receive, review, and respond to email from Jamie O'Neill re Hogan Firm, Lauzon Belanger & Scarfone Hawkins have accepting our recommendations | 0.10 | 26.50 |
|  | BSR | Receive and review amended hearing agenda for the June 7 hearing | 0.20 | 53.00 |
|  | BSR | receive, review, and respond to emails (2) from Warren Smith re proposed fee order (35Q) | 0.20 | 53.00 |
|  | AL | Prepare hearing binder for 6/7/10 hearing | 2.50 | 112.50 |
|  | AL | Electronic filing with the court of WHSA's May Fee Application | 0.40 | 18.00 |
|  | AL | Research PACER for 35th Interim Proposed Fee Order and Amended Agenda for 6.7.10 hearing. (.7); draft email to W. Smith re same (.1); conference with B. Ruhlander re Proposed Fee Order (.2) | 1.00 | 45.00 |
|  | AL | Update database with Sanders' April full electronic detail | 0.10 | 4.50 |
|  | AL | Draft email to W. Smith re hearing for 6/7/10 | 0.10 | 4.50 |
| 6/6/2010 | AL | Draft prior period paragraphs for all clients in the 18th interim. | 3.00 | 135.00 |

W.R. Grace & Co.                                                                                                    Page    3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/7/2010 | BSR | research docket for signed orders pertaining to June 7 hearing (.2); forwarded same to Warren Smith and Anthony Lopez (.2) | 0.40 | 106.00 |
|  | AL | Draft email to Orrick requesting editable April fee application | 0.10 | 4.50 |
|  | AL | Draft 20th interim prior period paragraphs for all clients (2.1); research docket numbers and FR's re same (.9). | 3.00 | 135.00 |
|  | AL | Update database with 35Q fee order approving Canadian Zai's fee applications (.1); Corrected fee order exhibit A (.1) Bilzin's April fee application (hard copy) (.2); Orrick's April pdf electronic detail (.1); Campbell's April fee application (hard copy) (.2); Caplin's April fee application (hard copy) (.2); Charter Oak's April fee application (hard copy) (.2); LAS' April fee application (hard copy) (.2) | 1.30 | 58.50 |
| 6/8/2010 | AL | Draft 21st interim prior period paragraphs for all clients (3.2); research PACER for docket numbers and FR's filed re same (1.0) | 4.20 | 189.00 |
|  | AL | Update database with Orrick's April fee application (hard copy) | 0.20 | 9.00 |
| 6/10/2010 | AL | Draft prior period paragraphs for all applicants for the 22nd interim (2.7); research final reports and docket numbers re same (.9). | 3.60 | 162.00 |
| 6/11/2010 | AL | Update database with Woodcock's 36th interim fee application (hard copy) | 0.20 | 9.00 |
|  | AL | Draft prior period paragraphs for the 19th interim (1.5); research docket numbers and final reports re same (1.5). | 3.00 | 135.00 |
| 6/14/2010 | AL | Update database with Pachulski's February fee application (hard copy) (.2); Orrick's April full electronic detail (.1) | 0.30 | 13.50 |
|  | AL | Draft email to Pachulski requesting editable February electronic detail | 0.10 | 4.50 |
|  | AL | Update database with Pachulski's February fee application (electronic pdf only ) | 0.10 | 4.50 |
| 6/15/2010 | AL | Update database with Lauzon's Amended fee application (electronic version) (.1); HRO's September electronic detail (.1); Pachulski's February fee application (electronic version) (.1) | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                                    Page    4

|            |     |                                                                                                                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/16/2010  | AL  | Draft email requesting Woodcock's electronic detail in an editable format                                                                                       | 0.10  | 4.50   |
|            | AL  | Update database with Lauzon's October 2004 - August 2008 fee application (hard copy) (.2); Woodcock's April fee application (electronic pdf only) (.1)          | 0.30  | 13.50  |
| 6/18/2010  | AL  | Update database with PWC's April fee application (hard copy) (.2); Capstone's April fee application (hard copy) (.2)                                            | 0.40  | 18.00  |
| 6/21/2010  | AL  | Update database with C&E's April fee application (electronic version) (.1); Capstone's April fee application (hard copy) (.2)                                   | 0.30  | 13.50  |
|            | AL  | Update database with CNO for Ewing's 10th monthly fee application                                                                                               | 0.10  | 4.50   |
|            | AL  | Update database with Capstone's 75th monthly fee application (electronic copy)                                                                                  | 0.10  | 4.50   |
|            | AL  | Update database with Casner's 103rd fee application electronic detail                                                                                           | 0.10  | 4.50   |
|            | BSR | receive, review, and respond to email from Jamie O'Neill re applicant mailing list (.1); forward same to Lynzy Oberholzer at Pachulski (.4); scan distribution list and forward again as pdf (.3) | 0.80  | 212.00 |
| 6/22/2010  | BSR | receive, review, and respond to emails from Jamie O'Neill re WR Grace distribution list and applicants                                                          | 0.20  | 53.00  |
| 6/23/2010  | AL  | Draft CNO for WHSA's May fee application                                                                                                                        | 0.30  | 13.50  |
|            | BSR | research docket for pertinent pleadings and case status (.2); calendar due dates for initial and final report (36th interim) (.1)                               | 0.30  | 79.50  |
| 6/24/2010  | MW  | Begin drafting updates to 36th interim category spreadsheet (.5)                                                                                                | 0.50  | 70.00  |
|            | AL  | Research all 36th Interim category spreadsheets                                                                                                                 | 1.00  | 45.00  |
|            | AL  | Electronic filing with the court of WHSA's May CNO                                                                                                              | 0.40  | 18.00  |

W.R. Grace & Co.	Page  5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/24/2010 | BSR | detailed review of Amended 503(b) application of Canadian ZAI claimants counsel | 1.30 | 344.50 |
|  | BSR | telephone conference with Melanie White re project category spreadsheet for the 36th interim period | 0.10 | 26.50 |
|  | DTW | Telephone call with W. Smith re expense language; research same, draft memo and email same (.5). | 0.50 | 82.50 |
| 6/25/2010 | BSR | detailed review of the Amended 503(b) application of Lauzon Belanger and Scarfone Hawkins for the period of Oct. 2004 through August 2008 | 1.50 | 397.50 |
|  | BSR | Receive and review to request from information by Melanie White for contacts for firms missing quarterly fee applications, as well as those firms who did not include a project category spreadsheet for the quarter | 0.50 | 132.50 |
|  | DTW | Continue memorandum on expense issues as they relate to the initial reports (.6). | 0.60 | 99.00 |
|  | AL | Update database with Tower's May fee application (electronic copy) (.1), Orrick's May and 26th interim fee application (electronic versions) (.2); Lincoln's April and May fee application (electronic versions) (.2) | 0.50 | 22.50 |
| 6/26/2010 | BSR | Draft initial report re Lauzon Belanger and Scarfone Hawkins' Amended 503(b) application | 2.40 | 636.00 |
| 6/27/2010 | MWS | emails with Bobbi Ruhlander regarding fee enhancement questions | 0.20 | 54.00 |
|  | BSR | Draft (cont'd) initial report re Lauzon Belanger and Scarfone Hawkins' Amended 503(b) application for the period of Oct. 2004 through Aug. 2008 (2.1); draft email to Warren Smith re same (.5); respond to email from Mark Steirer on substantial contribution issue (.1) | 2.70 | 715.50 |
| 6/28/2010 | BSR | Draft e-mail to Warren Smith re Lauzon Belanger and Scarfone Hawkins 503(b) application initial report | 0.10 | 26.50 |
|  | BSR | Draft initial report re amended 503(b) application of Lauzon Belanger and Scarfone Hawkins | 0.20 | 53.00 |
|  | BSR | Draft e-mail to Dan Hogan of the Hogan Firm re the initial report concerning the Amended § 503(b) Applications of Lauzon Belanger and Scarfone Hawkins | 0.10 | 26.50 |

W.R. Grace & Co.  Page   6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/28/2010 | JAW | detailed review of PwC February 2010 fee application (2.0) | 2.00 | 305.00 |
|  | AL | Receive, review and finalize the IR of Lauzon's 36Q | 0.30 | 13.50 |
|  | AL | Update database with K&E's January fee application (electronic copy) (.1); same re 36Q interim fee application of K&E (electronic copy) (.1); Blackstone's May fee application (electronic version) (.1); Orrick's May fee application (hard copy) (.2); Blackstone's May fee application (hard copy) (.2); Beveridge's 36Q fee application (electronic version) (.1); Foley's May fee application (electronic version) (.1); Stroock's May fee application (electronic version) (.1) | 1.00 | 45.00 |
| 6/29/2010 | JAW | continued detailed review of PwC February 2010 fee application (1.7); draft summary of same (2.1) | 3.80 | 579.50 |
|  | MW | Draft updates to 36th interim category spreadsheet (1.0); confer with Christine at Day Pitney re filing deadlines (.1); confer with B. Ruhlander re same (.1). | 1.20 | 168.00 |
|  | AL | Update database with Ferry's May fee application (electronic copy) (.1); Baer's electronic fee application (pdf version only) (.1) | 0.20 | 9.00 |
|  | AL | Update database with Reed's May electronic detail (.1); Foley's May fee application (hard copy) (.2); Stroock's May fee application (hard copy) (.2); Morris' May fee application (hard copy) (.2) Update database with Levine's May electronic detail (.1); AKO's May electronic detail (.1); Caplin's May electronic detail (.1); Charter's May electronic detail (.1); HRO's 34Q fee application (hard copy) (.2); K&E's 36Q fee application (hard copy) (.2) | 1.50 | 67.50 |
| 6/30/2010 | AL | Draft email to Steptoe requesting full electronic detail for their January through March fee applications (.1); Day Pitney's full electronic detail for the month of May (.1) | 0.20 | 9.00 |
|  | AL | Update database with Baer's May fee application (hard copy) (.2); PWC's February 2010 summary (.1); Hogan's May fee application (electronic copy) (.1); Scarefone's May fee application (electronic version) (.1); Lauzon's May electronic detail (.1); Steptoe's January through March fee applications (pdf version only) (.3); Pitney's May fee application (electronic pdf only) (.1); Day Pitney's full electronic May detail (.1); Steptoe's January through March electronic detail (.2) | 1.30 | 58.50 |

W.R. Grace & Co.                                                                              Page     7

|  Date      |     | Description | Hours | Amount |
|------------|-----|-------------|-------|--------|
| 6/30/2010  | AL  | Receive, review and respond to Steptoe's email re January through March fee and expense detail | 0.10 | 4.50 |
|            |     | **For professional services rendered** | **59.30** | **$6,692.25** |
|            |     | Additional Charges : |       |        |
| 6/1/2010   |     | Westlaw Charges |       | 2,214.75 |
|            |     | Third party copies & document prep/setup. |   | 110.17 |
| 6/24/2010  |     | PACER Charges |       | 94.96 |
| 6/30/2010  |     | Third party copies & document prep/setup. |   | 2.61 |
|            |     | Court Call for Telephonic Hearing |   | 30.00 |
|            |     | Copying cost |       | 0.10 |
|            |     | Copying cost |       | 1.10 |
|            |     | **Total additional charges** |   | **$2,453.69** |
|            |     | **Total amount of this bill** |   | **$9,145.94** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Anthony Lopez | 35.60 | 45.00 | $1,602.00 |
| Bobbi S. Ruhlander | 13.10 | 265.00 | $3,471.50 |
| Doreen Williams | 1.10 | 165.00 | $181.50 |
| James A. Wehrmann | 6.50 | 152.50 | $991.25 |
| Mark W Steirer | 0.20 | 270.00 | $54.00 |
| Melanie White | 2.80 | 140.00 | $392.00 |