# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: July 27, 2010 |
| | | Hearing Deadline: to be scheduled, if necessary |

## FEE DETAIL FOR OGILVY RENAULT LLP'S FORTY-FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

| | |
|---|---|
| Client: W.R. GRACE & CO. | June 18, 2010 |
| RE: Litigation and litigation consulting | INVOICE: 997955 |
| Matter No.: 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending May 31, 2010

| | |
|---|---:|
| FEES | $1,824.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 12.90 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,836.90 |

Canadian Funds

# COPY

Payable upon receipt

Please remit by Bank Transfer to
RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
IBAN # 003106030000002
Including invoice number on transfer order.

OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
T: 416.216.4000
F: 416.216.3930
toronto@ogilvyrenault.com
ogilvyrenault.com



W.R. GRACE & CO.                                                         01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| O. Pasparakis | 2.4 | $1,824.00 |
| Total | 2.40 | $1,824.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/5/10 | Orestes Pasparakis | Preparing for and participating in conference call with client (0.8); participating in conference call with Representative Counsel regarding next steps (0.5); reporting to client (0.1). | 1.40 | $1,064.00 |
| 17/5/10 | Orestes Pasparakis | Preparing for conference call (0.2); participating in conference call regarding numerous issues relating to Representative Counsel's fees (0.7). | 0.90 | $684.00 |
| 28/5/10 | Orestes Pasparakis | Receiving email from J. Baer. | 0.10 | $76.00 |
|  |  | TOTAL FEES |  | $1,824.00 |

DISBURSEMENTS - NON TAXABLE

| Courier service | 12.90 |
|---|---|
|  | $12.90 |

DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description |  | Amount |
|---|---|---|---|---|
| 16/4/10 | Allison Kuntz | Courier service-QA Courier #95668 |  | 12.90 |
|  |  |  | TOTAL | $12.90 |

INVOICE: 997955



**OGILVY RENAULT**

Client:     W.R. GRACE & CO.                              June 18, 2010
RE:         Fee Applications, Applicant                   INVOICE: 997956
Matter No.: 01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

    For professional services rendered and disbursements incurred
    for the period ending May 31, 2010

| | |
|---|---:|
| FEES | $52.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 61.62 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $114.12 |

**COPY**



OGILVY RENAULT

W.R. GRACE & CO.                                                                                          01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| K. Legree | 0.3 | $52.50 |
| Total | 0.30 | $52.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/5/10 | Katie Legree | Finalizing 13th Quarterly Interim Application (0.10); arranging for service and filing with L. Oberholzer (0.10); emailing same to fee auditor (0.10). | 0.30 | $52.50 |
|  |  | **TOTAL FEES** |  | **$52.50** |

DISBURSEMENTS - NON TAXABLE

| Courier service | 61.62 |
|---|---|
|  | $61.62 |

DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 3/5/10 | Derrick C. Tay | Courier service FedEx shipment #435904187170 FROM TORONTO, ON, CA. To: MR JOHN P HOWARD,CITIBANK N.A., NEW YORK, NY, US. ON 03-05-2010, GST: 0.00, QST: 0.00 | 30.81 |
| 3/5/10 | Derrick C. Tay | Courier service FedEx shipment #435904187169 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 03-05-2010, GST: 0.00, QST: 0.00 | 30.81 |
|  |  | TOTAL | $61.62 |

INVOICE: 997956