IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 14, 2010, AT 10:00 A.M. BEFORE THE HONORABLE JUDITH K.
FITZGERALD IN WILMINGTON, DELAWARE**

**CONTINUED MATTERS:**

1.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue
    [Filed: 3/28/07] (Docket No. 15013)

    Related Documents:

    a.  [Signed] Order Continuing Debtors' Objection to Claim Filed by Massachusetts
        Department of Revenue [Filed: 8/24/09] (Docket No. 23119)

    Response Deadline: April 13, 2007, at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of
        Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department
        of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to August 9, 2010, at 10:00 a.m.

2.      Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-
        Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.      [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation
        [Filed: 1/7/10] (Docket No. 24122)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008
for A/N)*

Responses Received:

a.      Response By New York State Department of Taxation and Finance to Debtors'
        Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.      Response of Commonwealth of Pennsylvania, Department of Revenue to
        Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket
        No. 19523)

c.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus
        Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed:
        9/17/08] (Docket No. 19554)

Status: This matter is continued to August 9, 2010, at 10:00 a.m.


**UNCONTESTED MATTERS:**

3.      Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing
        of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining
        Holdbacks [Filed: 5/14/10] (Docket No. 24779)

Related Documents:

a.      [Proposed] Order Re-Opening Fraudulent Conveyance Adversary Proceedings to
        Permit the Filing of Remaining Quarterly Fee Applications and Allowance and
        Payment of Remaining Holdbacks [Filed: 5/14/10] (Docket No. 24779)

    b.    Certification of No Objection Regarding Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks [Filed: 6/29/10] (Docket No. 25008)

    **c.    [Signed] Order Dismissing Without Prejudice Debtors' Motion to Re-Open Fraudulent Conveyance Adversary Proceedings to Permit the Filing of Remaining Quarterly Fee Applications and Allowance and Payment of Remaining Holdbacks [Filed: 6/30/10] (Docket No. 25016)**

<u>Responses Deadline:</u> June 7, 2010, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

**<u>Status:</u> The Court has entered an order dismissing this matter.**

4.    Motion of Debtors for Entry of an Order Authorizing Entry Into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site – Walpole, MA. [Filed: 6/3/10] (Docket No. 24901)

<u>Related Documents:</u>

    a.    [Proposed] Order Authorizing Entry Into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site – Walpole, MA. [Filed: 6/3/10] (Docket No. 24901, Exhibit A)

    b.    Certification of Counsel Regarding Motion of Debtors for Entry of an Order Authorizing Entry Into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site – Walpole, MA. (with revised order) **[Filed: 7/1/10] (Docket No. 28028)**

    **c.    [Signed] Order Authorizing Entry Into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site – Walpole, MA. [Filed: 7/3/10] (Docket No. 24043)**

<u>Responses Deadline:</u> June 25, 2010, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

**<u>Status:</u> The Court has entered an order on this matter.**

5.    Motion of Debtors for Entry of a Order Authorizing Their Entry Into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton [Filed: 6/7/10] (Docket No. 24919)

Related Documents:

a.      [Proposed] Order Authorizing Debtors' Entry Into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton [Filed: 6/7/10] (Docket No. 24919, Exhibit A)

b.      Certification of Counsel Regarding Motion of Debtors for Entry of a Order Authorizing Their Entry Into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton (with revised order) [Filed: 6/29/10] (Docket No. 25007)

c.      **Revised Certification of Counsel Regarding Motion of Debtors for Entry of a Order Authorizing Their Entry Into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton (with revised order) [Filed: 7/1/10] (Docket No. 25029)**

d.      **[Signed] Order Authorizing Debtors' Entry Into (I) Consent Order with the United States Regarding the Zonolite/W.R. Grace Easthampton, MA Superfund Site (II) Stipulation Resolving Claim 11301 of Oldon Limited Partnership and (III) Stipulation Resolving Claim 7121 of the City of Easthampton [Filed: 7/2/10] (Docket No. 25037)**

Responses Deadline: June 28, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an order on this matter.**

6.    Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 6/7/10] (Docket No. 24922)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 6/7/10] (Docket No. 24922)

b.  Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees **[Filed: 6/30/10] (Docket No. 25020)**

c.  **[Signed] Order Granting Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 7/1/10] (Docket No. 25021)**

Responses Deadline: June 28, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an order on this matter.**

7.  Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Settlement Agreement Between W. R. Grace & Co. and Harper Insurance LTD. [Filed: 5/25/10] (Docket No. 24840)

Related Documents:

a.  [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Settlement Agreement Between W. R. Grace & Co. and Harper Insurance Ltd. [Filed: 5/25/10] (Docket No. 24840)

b.  Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Settlement Agreement Between W. R. Grace & Co. and Harper Insurance Ltd. [Filed: 6/28/10] (Docket No. 24997)

c.  [Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Amended and Restated Settlement Agreement Between W. R. Grace & Co. and Harper Insurance Ltd. [Filed: 6/30/10] (Docket No. 25010)

Responses Deadline: June 25, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The Court has entered an order on this matter.

8.    Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code
       and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of Bankruptcy Procedure for
       an Order Approving the Amended and Restated Asbestos Settlement Agreement Between
       W. R. Grace & Co. and Munich Reinsurance America, Inc. [Filed: 6/8/10] (Docket No.
       24931)

       Related Documents:

       a.    [Proposed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the
             Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules of
             Bankruptcy Procedure for an Order Approving the Amended and Restated
             Asbestos Settlement Agreement Between W. R. Grace & Co. and Munich
             Reinsurance America, Inc. [Filed: 6/8/10] (Docket No. 24931)

       b.    Certification of No Objection Regarding Debtors' Motion Pursuant to Sections
             105, 363, 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014 and
             9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the
             Amended and Restated Asbestos Settlement Agreement Between W. R. Grace &
             Co. and Munich Reinsurance America, Inc. [Filed: 6/30/10] (Docket No. 25019)

       c.    **[Signed] Order Pursuant to Sections 105, 363, 1107 and 1108 of the
             Bankruptcy Code and Rules 2002, 6004, 9014 and 9019 of the Federal Rules
             of Bankruptcy Procedure for an Order Approving the Amended and
             Restated Asbestos Settlement Agreement Between W. R. Grace & Co. and
             Munich Reinsurance America, Inc. [Filed: 7/1/10] (Docket No. 25022)**

       Responses Deadline: June 28, 2010, at 4:00 p.m.

       Responses Received: None as of the date of this Notice of Agenda.

       **Status: The Court has entered an order on this matter.**


**CONTESTED MATTERS:**

9.    Twenty-Eighth Omnibus Objection To Employee Claims (Substantive Objection ) [Filed:
       2/25/10] (Docket No. 24363)

       Related Documents:

       a.    [Proposed] Order Disallowing Employee Claims (Substantive) [Filed: 2/25/10]
             (Docket No. 24363)

b.      Certification of Counsel Regarding Order Granting Relief Sought By the Debtors' Twenty-Eighth Omnibus Objection To Employee Claims (Substantive) and Report Containing Written Responses to Same and Resolutions Thereof [Filed: 6/25/10] (Docket No. 24991)

**c.      [Signed] Order Disallowing Employee Claims (Substantive) [Filed: 7/3/10] (Docket No. 25044)**

Responses Deadline: April 16, 2010, at 4:00 p.m.

Responses Received: See responses attached as Exhibit A to the certification of counsel listed above.

**Status: The Court has entered an order on this matter.**

## FEE APPLICATIONS AND SUBSTANTIAL CONTRIBUTION APPLICATIONS

10.      Amended First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 [Filed: 6/14/10] (Docket No. 24943)

Related Documents:

a.      First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 [Filed: 5/3/10] (Docket No. 24724)

b.      Re-Notice of First Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 [Filed: 5/20/10] (Docket No. 24808)

c.      [Proposed] Order Granting the Amended Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008 [Filed: 6/14/10] (Docket No. 24943)

d.      Fee Auditor Report [Filed: TBD] (Docket No. TBD)

Response Deadline: May 21, 2010, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

Dated: July 7, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 W. Madison St., Suite 2100
Chicago, IL 60602-4253
(312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

91100-001\DOCS_DE:161271.4

8