# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.,* | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Plum Creek Timberlands, L.P ("Plum Creek") is an interested party in the above-referenced cases and, by and through its undersigned attorneys, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address, facsimile and telephone numbers, and e-mail address:

John R. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352
Telephone:  (206) 622-8484
Facsimile:  (206) 622-7485
Email:  john.knapp@millernash.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion,

NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS   - 1 -
SEADOCS:421827.1
553170.0003

petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Plum Creek's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Plum Creek is or may be entitled under agreements, at law, or in equity, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: July 6, 2010

       MILLER NASH LLP

       By: */s/ John R. Knapp, Jr.*
           John R. Knapp, Jr., Del. I.D. 3681
           4400 Two Union Square
           601 Union Street
           Seattle, Washington 98101-2352
           Telephone: (206) 622-8484
           Facsimile: (206) 622-7485

       Attorneys for Plum Creek Timberlands, L.P.