## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: July 29, 2010 at 4:00 p.m.** |

## ELEVENTH MONTHLY APPLICATION OF
## SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## <u>FOR THE PERIOD MAY 1, 2010 THROUGH MAY 31, 2010</u>

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | May 1, 2010 through May 31, 2010 |
| Amount of fees to be approved as actual, reasonable and necessary: | $8,061.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $517.61 |

This is a(n): ___ interim        ____ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

## Prior Monthly Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40/ $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2010 THROUGH MAY 31, 2010

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|------|------|------|
| Teresa K.D. Currier | $600 | 10.9 | $6,540.00 |
| Melissa N. Flores | $195 | 7.8 | $1,521.00 |
| **TOTAL** | | **18.7** | **$8,061.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | .4 | $240.00 |
| Business Operations | .4 | $240.00 |
| Case Administration | 6.4 | $3,840.00 |
| Claim Analysis Objections & Resolutions (Asbestos) | 1.7 | $1,020.00 |
| Claim Analysis Objections & Resolutions (Non-Asbestos) | 0.2 | $120.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | 1.0 | $600.00 |
| Fee Applications, Applicant | 5.4 | $1,053.00 |
| Fee Applications, Others | 2.7 | $648.00 |
| Litigation and Litigation Consulting | .5 | $300.00 |
| **TOTAL** | **18.7** | **$8,061.00** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
MAY 1, 2010 THROUGH MAY 31, 2010**

| | |
|---|---:|
| Photocopying | $90.00 |
| Docket Entries | $391.84 |
| Federal Express | $35.77 |
| **TOTAL** | **$517.61** |

SAUL EWING LLP

By: _____

Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: July 9, 2010



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2098251 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/25/10 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 Between W.R. Grace & Co. and Harper Insurance Ltd | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |

| | |
|---|---|
| CURRENT FEES | 240.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 240.00 |
| **NET AMOUNT OF THIS INVOICE** | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2098270 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00003 |

Re:   Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/14/10 | TKDC | Reviewed monthly operating report | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |
| | | | CURRENT FEES | | 240.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 240.00 |
| **NET AMOUNT OF THIS INVOICE** | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2098272 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/09/10 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/03/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals. | 0.6 | 360.00 |
| 05/04/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 05/05/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 05/06/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 05/07/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 05/10/10 | TKDC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 05/12/10 | TKDC | Reviewed ecf filings and distributed to team counsel and paralegals | 0.2 | 120.00 |
| 05/17/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.7 | 420.00 |
| 05/18/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.3 | 180.00 |
| 05/20/10 | TKDC | Reviewed ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 05/21/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

06/09/10

WR Grace - Official Committee of Equity Security
Holders
Case Administration

Invoice Number 2098272
Page 2

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/24/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.2 | 120.00 |
| 05/26/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.3 | 180.00 |
| 05/27/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 05/28/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |

TOTAL HOURS                 6.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Teresa K.D. Currier | 6.4 | at | $600.00 | = | 3,840.00 |

CURRENT FEES                                3,840.00

**TOTAL AMOUNT OF THIS INVOICE**            3,840.00

**NET AMOUNT OF THIS INVOICE**              3,840.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2098273 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00006 |

Re:   Claim Analysis Objections & Resolutions (Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/21/10 | TKDC | Reviewed Libby Claimants' Reply to Response of Maryland Casualty Company in Opposition to Debtors' Objection to Claims | 0.4 | 240.00 |
| 05/21/10 | TKDC | Reviewed Objection to the Proposed Participation of the Libby Claimants in the Debtors' Objection to Claims Filed by Maryland Casualty Company | 0.4 | 240.00 |
| 05/21/10 | TKDC | Reviewed Reservation of Rights to Seek to Limit or Prohibit Participation by the Asbestos Claimants' Committee and the Future Claimants' Representative in the Debtors' Objection to Claims Filed by Maryland Casualty Company | 0.1 | 60.00 |
| 05/21/10 | TKDC | Reviewed Response of Maryland Casualty Company in Opposition to Debtors' Objection to Claims | 0.3 | 180.00 |
| 05/21/10 | TKDC | Reviewed Reply in Support of Objections to Claims of Maryland Casualty Company filed by WR Grace | 0.3 | 180.00 |
| 05/21/10 | TKDC | Reviewed Reply of David T. Austern, Asbestos PI Future Claimants' Representative, and The Official Committee of Asbestos Personal Injury Claimants in Support of the Debtors' Objection to Claims Filed by Maryland Casualty Company | 0.2 | 120.00 |

TOTAL HOURS          1.7

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00006

06/09/10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.7 | at | $600.00 | = | 1,020.00 |
| CURRENT FEES | | | | | 1,020.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                1,020.00

**NET AMOUNT OF THIS INVOICE**                1,020.00

# Saul Ewing
#### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2098274 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re:   Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/10 | TKDC | Reviewed Statement of Issues on Appeal regarding british columbia school claims | 0.2 | 120.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $600.00 | = | 120.00 |
| | | | CURRENT FEES | | 120.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 120.00 |
| **NET AMOUNT OF THIS INVOICE** | 120.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2098276 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00008 |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/07/10 | TKDC | Reviewed materials for committee meeting on tuesday | 0.7 | 420.00 |
| 05/11/10 | TKDC | Attended part of equity committee meeting | 0.3 | 180.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $600.00 | = | 600.00 |

| | |
|---|---|
| CURRENT FEES | 600.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 600.00 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 600.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2098278 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/10/10 | MNF | Review/make edits to prebills for April 2010 | 0.6 | 117.00 |
| 05/18/10 | MNF | Prepare 4th  quarterly fee app of Saul Ewing | 1.0 | 195.00 |
| 05/21/10 | MNF | E-file and serve 4th Quarterly fee app of Saul Ewing for Jan-March 2010; convert/email same to fee auditor | 1.0 | 195.00 |
| 05/21/10 | MNF | E-file and serve CNO re: 9th Monthly fee app of Saul Ewing for March 2010 | 0.8 | 156.00 |
| 05/24/10 | MNF | Draft 10th monthly fee app of Saul Ewing LLP for April 2010 | 1.0 | 195.00 |
| 05/28/10 | MNF | E-file and serve 10th Monthly fee app of Saul Ewing for April; convert and email same to fee auditor | 1.0 | 195.00 |
| | | TOTAL HOURS | 5.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 5.4 | at | $195.00 | = | 1,053.00 |
| | | | CURRENT FEES | | 1,053.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

06/09/10

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Applicant

Invoice Number  2098278
Page 2

**TOTAL AMOUNT OF THIS  INVOICE**                    1,053.00


**NET AMOUNT OF THIS INVOICE**                    1,053.00

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2098279 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/18/10 | MNF | Draft Notice re: 32nd Quarterly fee app of Kramer Levin (.4) E-file and serve 32nd Quarterly fee app of Kramer Levin (.9) | 1.3 | 253.50 |
| 05/20/10 | MNF | Review docket re: Objections to 103rd monthly fee app of Kramer (.1); Draft; e-file and serve CNO re: same (1.0) | 1.1 | 214.50 |
| 05/21/10 | TKDC | Reviewed cno's for kramer levin fee applications; reviewed and approved same for filing | 0.3 | 180.00 |
| | | TOTAL HOURS | 2.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 2.4 | at | $195.00 | = | 468.00 |
| Teresa K.D. Currier | 0.3 | at | $600.00 | = | 180.00 |
| CURRENT FEES | | | | | 648.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 648.00 |
| **NET AMOUNT OF THIS INVOICE** | 648.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing**
LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2098280 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00019 |

Re:  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/14/10 | TKDC | Reviewed notice of appeal on vancouver | 0.2 | 120.00 |
| 05/14/10 | TKDC | Reviewed imotion to reopen  adversary proceeding on holdbacks | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $600.00 | = | 300.00 |

| | |
|---|---|
| CURRENT FEES | 300.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 300.00 |
| **NET AMOUNT OF THIS INVOICE** | 300.00 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
### LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2098277 |
| Invoice Date | 06/09/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 90.00 |
| Docket Entries | 391.84 |
| Federal Express | 35.77 |
| CURRENT EXPENSES | 517.61 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 517.61 |
| **NET AMOUNT OF THIS INVOICE** | 517.61 |

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ◆ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP