July 6th, 2010

The Honorable Judge Judith K. Fitzgerald
US Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware   19801

Phone (302) 252 2900

Regarding WR Grace, Bankruptcy court.
Also James P. McGuire, WR Grace claim # 12926.

I am In receipt of a letter from, the Law offices of Janet S. Baer, PC, stating they would represent to the court that I agreed to the disallowance of my claim for disability income.

Please be advised that I do NOT agree to the disallowance of my claim for disability income.

*[signature]*

James P. McGuire

9 Kimberly Way
Harwich
Massachusetts   02645
Phone (508) 432 3566

Copies to:

Mr. Barry Branch
WR Grace
Benefit Service Center
P.O. Box 445
Arlington IL   60006

Phone (800) 974 2363

Roger J Higgins
The Law Offices of Janet S. Baer, P.C.
70 W. Madison Street
Suite 2100
Chicago, Illinois   60602

Phone (312) 666 0431