IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 23, 2010 |
| | ) | |

**DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE
PROFESSIONALS FROM APRIL 1, 2010, THROUGH JUNE 30, 2010**

PLEASE TAKE NOTICE that pursuant to the *Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business* dated May 3, 2001, as amended by subsequent orders dated December 10, 2002, July 24, 2006, and September 24, 2007, respectively, the chart attached hereto as <u>Exhibit A</u> lists: (a) the name of each ordinary course professional ("OCP") that the Debtors have paid for services rendered during the period commencing April 1, 2010, and terminating on June 30, 2010 (the "Fee Period"); (b) the amounts paid as compensation for services rendered and reimbursement of expenses incurred for each OCP during the Fee Period; and (c) a general description of the type of services rendered by each OCP during the Fee Period.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PLEASE TAKE FURTHER NOTICE that Exhibit B lists former OCPs that have been retained by the Debtors pursuant to section 327 of the Bankruptcy Code during the course of these chapter 11 cases, and now are no longer being compensated as OCPs. Beginning with the fee period of July 1, 2010, through September 30, 2010, the quarterly reports filed with the Court will not list the former OCPs set forth in Exhibit B.

PLEASE TAKE FURTHER NOTICE that the Debtors may pay certain amounts for services rendered and expenses incurred by OCPs during the Fee Period at a later time, and any such payments will be disclosed in future statements.

**[Remainder of Page Intentionally Left Blank]**

PLEASE TAKE FURTHER NOTICE that parties in interest have forty-five (45) days from the date of this statement to file and serve objections to payments made to OCPs listed on Exhibit A. Objections must be served upon the Debtors' undersigned counsel.

Dated: July 12, 2010

KIRKLAND & ELLIS LLP
Theodore L. Freedman
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

and

THE LAW OFFICES OF JANET S. BAER, P.C.
Janet S. Baer, P.C.
Roger J. Higgins
70 W. Madison St., Suite 2100
Chicago, IL 60602-4253
(312) 641-2162

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100
(302) 652-4400
Co-Counsel for the Debtors and Debtors-in-Possession