<u>**Exhibit A**</u>

**Ordinary Course Professionals' Fees Incurred to Date as of June 30, 2010**

<u>EXHIBIT A</u>

**Ordinary Course Professionals' Fees Incurred to Date as of June 30, 2010**

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Adams & Adams | P.O. Box 1014 Pretoria South Africa | Patent Law | $0.00 | $2,317.50 |
| Allen Matkins | 515 S. Figueroa St. 9th Floor Los Angeles, CA 90071-3398 | Employment Litigation | $0.00 | $4,094.00 |
| American Appraisal Associates,Inc. | Bin 391 Milwaukee, WI  53288 | Valuation Services | $0.00 | $136,598.99 |
| Andrews Kurth LLP, Inc. | 600 Travis Suite 4200 Houston, TX  77002 | Employment Litigation | $0.00 | $261,396.03 |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway Suite 211 Arlington, VA  22202 | Intellectual Property Law | $9,299.00 | $390,122.95 |
| Arent, Fox, Kinter, Plotkin, Kahn | 1050 Connecticut Ave. NW Washington, DC  20036 | Employment Litigation | $3,161.00 | $384,284.38 |
| Artale,  Beverly J. | 3826 Sunflower Circle, Suite 001 Mitchellville, MD  20721 | Patent Law | $15,360.00 | $412,300.00 |
| Arthur Andersen LLP | 1345 Avenue of the Americas New York, NY  10105 | Human Resource Consulting | $0.00 | $166,291.00 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Baker & McKenzie | One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | Tax Law | $0.00 | $512,256.19 |
| Baker Botts LLP | P.O. Box 201626<br>Houston, TX 77216-1626 | General Litigation | $0.00 | $2,196.75 |
| Ballard Spahr Andrews | 1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599 | Patent Law | $28,024.80 | $91,910.32 |
| Banker Lopez Gassler, P.A. | 501 E. Kennedy Blvd., Suite 1500 | General Litigation | $1,664.50 | $27,621.23 |
| Barnes & Thornburg | 1313 Merchants Bank Bldg<br>11 South Meridan Street<br>Indianapolis, IN 46204 | Bodily Injury Litigation/Environmental Law | 400.40 | $11,187.56 |
| Bell Royes & Sanders, LPA | 33 South Grant Avenue<br>Columbus, OH 43215-3900 | Employment Litigation | $0.00 | $165.00 |
| Berger, Davis & Singerman | 350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Intellectual Property Law | $0.00 | $ 814.03 |
| Bradley & Riley | PO Box 2804<br>Cedar Rapids, IA 52406-2804 | Environmental/Commercial Law | $0.00 | $3,686.56 |
| Brunini, Grantham, Grower & Hewes | 248 East Capital<br>St Jackson, MS 39201 | Environmental Law | $0.00 | $976.00 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Bryan Cave | One Metropolitan Square<br>211 N Broadway , Suite 3600<br>Saint Louis, MO 63150-3089 | Bodily Injury Litigation/Corporate Real Estate | $0.00 | $9,981.28 |
| Cabinet Weinstein | 56 A, Rue du Faubourg<br>Saint-Honore, Paris 75008<br>France | Intellectual Property Law | $0.00 | $88,502.56 |
| Cahill Gordon & Reindel | Eighty Pine St.<br>New York, NY 10005 | Asbestos Litigation | $0.00 | $51,039.78 |
| Cambridge Environmental | 58 Charles Street, 3d Floor<br>Cambridge, MA 02141 | Environmental | $0.00 | $178,983.46 |
| Cardwell Conner PC | 219 A East Washington St<br>Greenville, SC 29601 | Environmental | $0.00 | $24,943.49 |
| Carr, Allison, Pugh, Howard, Oliver | 100 Vestavia Parkway<br>Birmingham, AL 35216 | Asbestos Litigation | $0.00 | $44,443.30 |
| Carvin & Delaney LLP | 44 Adams Street<br>Braintree, MA 02184 | Real Estate Law | $0.00 | $5,477.50 |
| CGA Law Firm | 135 N. George Street<br>York, PA 17401-1132 | General Litigation | $332.25 | $7,638.05 |
| Connell Foley & Geiser | 85 Livingston Ave.<br>Roseland, NJ 07068 | Bodily Injury Litigation | $0.00 | $44,773.04 |
| Copeland, Cook, Taylor & Bush | 200 Concource Suite 200<br>Ridgeland, MS 39157 | General Litigation | $0.00 | $480.50 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Covington & Burling | 1201 Pennsylvania Avenue, NW<br>Washington, DC  20004-2401 | International Trade Law | $710.18 | $80,934.68 |
| Cowles & Thompson | 901 Main Street, Suite 4000<br>Dallas, TX  75202-3793 | Bodily Injury Litigation | $0.00 | $ 2,032.98 |
| Crady, Jewett & McCulley, LLP (Snow Fogel Spence, LLP) | 1400 Two Houston Center<br>909 Fannin<br>Houston, TX  77010-1006 | General Litigation | $53,463.18 | $274,870.56 |
| Craig Jameson | 305 Middle Road<br>Brentwood, NH  03833 | General Litigation | $0.00 | $530.68 |
| Cummings & Lockwood | 3001 Tamiami Trail North<br>Naples, FL  33941-3032 | Corporate Representation | $0.00 | $716,967.47 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street<br>P.O. Box 2223<br>Acton, MA 01720-6223 | Real Estate Law | $145.00 | $374,964.90 |
| David Junkin | 15401 Ranch Road 12, Ste. 105<br>Waverly, TX  78676 | General Litigation | $0.00 | $232.42 |
| Davis, Graham & Stubbs | 370 Seventeenth Street<br>Suite 4700<br>Denver, CO  80201-0185 | Corporate Law | $0.00 | $15,289.48 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000<br>Brussels, 1000<br>Belgium | General Litigation | $0.00 | $15,388.42 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Del Sole & Del Sole LLP | 46 South Whittlesey Ave New Haven, CT  06492 | General Litigation | $0.00 | $ 9,762.54 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street Chicago, IL  60606 | Corporate Law | $0.00 | $106,822.35 |
| Dickstein, Shapiro, & Morin | 1177 Avenue of the Americas New York, NY   10036 | Insurance Law | $0.00 | $227,914.88 |
| Dorsey & Whitney LLP | P.O. Box 1680 Minneapolis, MN  55480-1680 | Asbestos Law | $0.00 | $41,813.68 |
| Ernst & Young LLP[1] | P.O. Box 5980 New York, NY  10087-5980 | Tax Advisory Services | $289,282.10 | $3,787,229.76* |
| Farallon Law Group | 459 Fulton Street, Suite 102 San Francisco, CA | Corporate Law | $0.00 | $111,059.87 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W. Washington, D.C.  2005-3315 | Intellectual Property Law | $10,600.35 | $120,976.43 |
| Flemming Zulack & Williamson | One Liberty Plaza New York, NY  10006-1404 | Bodily Injury Litigation | $0.00 | $419,105.39 |
| Foley Mansfield | 4770 Biscayne Boulevard Suite 1000 Miami, FL  33137 | Employment Law/Environmental Law | $7,512.74 | $24,684.44 |

[1] On July 10, 2008, the Court entered an order lifting the $1,200,000 total OCP expenditure cap for Ernst & Young LLP.

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|------|---------|----------------------------------|-------------------|-------------------------------|
| Foss, Bowe & San Filippo | 225 Broad St. Red Bank, NJ 07701 | Real Estate Litigation | $0.00 | $ 67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square Lansing, MI 48933-2193 | Environmental Law | $0.00 | $4,748.83 |
| Fragomen, Del Rey & Bernsen PC | 515 Madison Avenue New York, NY 10022 | Immigration Law/H-R Consultant | $0.00 | $ 728,128.66 |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street New Orleans, LA 70163-3600 | Employment Litigation | $0.00 | $ 327.50 |
| Frost Brown Todd LLC | PO Box 70087 Louisville, KY 40270-0087 | Employment Law | $0.00 | $18,179.25 |
| Gannon, James P., Attorney at Law | 326 West State Street Media, PA 19063-0902 | General Litigation | $0.00 | $2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine Missoula, MT 59807-7909 | Libby, Montana Counsel | $0.00 | $157,224.86 |
| Gaucher & Associates | P. O. Box 30995 Walnut Creek, CA 94598 | Employment Law | $0.00 | $142,425.43 |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201 | Real Estate Law | $0.00 | $248.92 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3<br>Lomas De Chapultepec, Mexico 11000 | Intellectual Property Law | $0.00 | $ 5,353.83 |
| Goodrich, Riquelem Y Asociados | PO Box 973727<br>Dallas, TX 75397-3727 | General Litigation | $0.00 | $1,900.00 |
| Goodwin, Procter & Hoar | Exchange Place<br>Boston, MA  02109-2881 | Real Estate Law/Environmental Litigation | $0.00 | $20,000.00 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue<br>40th Floor<br>New Orleans, LA 70170-0001 | Commercial Litigation | $0.00 | $71,826.82 |
| Gordon & Rees | Embarcadero Center West<br>275 Battery St, 20th Fl<br>San Francisco, CA  94111 | Bodily Injury Litigation | $0.00 | $ 6,391.91 |
| Goulston and Storrs | 400 Atlantic Avenue<br>Boston, MA  02110-3333 | Real Estate Law | $0.00 | $ 73,931.63 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300<br>Weston, FL 33331 | Tax Accounting | $0.00 | $63,453.75 |
| Greenbaum Doll & McDonald PLLC | Section 469<br>Louisville, KY  40289 | Environmental Law | $0.00 | $98,121.98 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000<br>Los Angeles, CA  90067 | Business Litigation | $0.00 | $127,610.48 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr,  Suite 500<br>West Palm Beach, FL  33401 | Corporate Law | $0.00 | $24,169.63 |
| Hahn Loeser & Parks | 200 Public Square<br>Cleveland, OH  44114-2301 | Bodily Injury Litigation | $1,035.88 | $4,329.22 |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive<br>Lexington, MA  02173 | Patent/Trademark Law | $0.00 | $78,439.86 |
| Hancock & Estabrook, LLP | 1500 Mony Tower I<br>Syracuse, NY  132221-4976 | Arbitration | $0.00 | $2,219.62 |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000<br>Fort Lauderdale, FL  33394-3092 | General Tax Law | $0.00 | $32,830.15 |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center<br>Providence, RI  02903 | Employment Law | $183.00 | $6,729.93 |
| Hodge & Dwyer & Zeman | P.O. Box 5778<br>Springfield, IL  62705-5776 | Environmental Law | $0.00 | $63,085.31 |
| Holland & Knight | P.O. Box 32092<br>Lakeland, FL  33802-2092 | Florida Tax Matters | $0.00 | $31,178.21 |
| Horwood Marcus & Berk | 180 North LaSalle Street<br>Chicago, IL  60651 | Tax Law | $0.00 | $5,128.75 |
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206<br>Conshohogken, PA  19428 | Real Estate Law | $0.00 | $50,497.55 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Howard & Howard | 1400 North Woodward Avenue<br>Bloomfield Hills, MI 48304-2856 | Environmental Law | $0.00 | $1,738.50 |
| Howrey Simon Arnold & White | 1299 Pennsylvania Avenue, NW<br>Washington DC 20004-2402 | Environmental Law | $0.00 | $ 219,518.85 |
| J. Maxwell Williams, (The Hayden Law Firm) | 7242 Neshoba Circle<br>Germantown, TN | Arbitration | $0.00 | $1,217.00 |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive<br>Maplewood, MN 55109 | Bodily Injury Litigation | $0.00 | $2,520.00 |
| JM Posner | 2333 North State Road 7, Suite B<br>Margate, FL 33063 | Insurance Consultant | $37,914.62 | $956,797.93 |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive<br>Lake Charles, LA 70601 | Employment Law | $0.00 | $84,218.47 |
| Kalin, Diane | 167 Pope Road<br>Acton, MA 01720 | General Litigation | $0.00 | $63,712.50 |
| Keefer Wood Allen & Rahal | 210 Walnut Street<br>Harrisburg, PA 17108-1963 | Tax Law | $0.00 | $30,438.84 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West<br>Washington, DC 20001 | Environmental Law | $4,256.20 | $168,427.29 |
| Kingston & Hodnet | One McKinley Square<br>Boston, MA 02109 | Employment Law | $0.00 | $10,008.08 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Lahive & Cockfield | 28 State Street<br>Boston, MA 02109 | Intellectual Property Law | $0.00 | $110,412.28 |
| Lavery, de Billy & Associates | 925 Chemin St-Louis<br>Bureau 500<br>Quebec PQ G1S1C1<br>Canada | Commercial Litigation | $0.00 | $6,585.77 |
| Lerner, David, Littenberg, Krumholz & Mentik, LLP | 600 South Avenue West<br>Westfield, NJ 07090 | Legal Services | $0.00 | $148,322.28 |
| Lewis and Roca LLP | 40 N Central Ave<br>Suite 1900<br>Phoenix, AZ 85004 | Intellectual Property Law | $2,910.23 | $31,898.68 |
| Liedekerke-Wolters-Waelbroeck & Kirkpatrick | Boulevard De L'Empereur 3<br>Bruxelles | Tax law/divested businesses | $0.00 | $728,755.71 |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401-2179 | Property Damage Claims | $5,188.26 | $132,632.93 |
| Loyens Loeff | P.O. Box 71170<br>1008 BD Amsterdam | Corporate Law | $ 3,677.91 | $11,897.37 |
| Lynch, Daskal, Emery | 264 West 40Th Street<br>New York, NY 10018 | Product Liability Litigation | $11,322.26 | $50,566.36 |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street | Employment Litigation | $0.00 | $189.80 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|------|---------|-------------------------------|------------------|-------------------------------|
| | Canada | | | |
| MAQS Law Firm | Ostra Hamngatan 24, Box 11918 SE-404 39 Gothenburg, Sweden | General Litigation | $12,692.53 | $12,692.53 |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500 Toronto, Ontario  M5C 2Z1 | Employment Litigation | $0.00 | $21,379.13 |
| McConnell Valdes | 270 Munoz Rivera Avenue San Juan, PR  00918 | Employment Litigation | $0.00 | $25,668.23 |
| McDermott, Will & Emery | 1850 K Street, N.W. Washington, DC  20006-2296 | Environmental Law | $0.00 | $151,263.70 |
| McGuire Woods Battle & Battle | Army and Navy Club Building 1627 Eye Street, N.W. Washington, DC  20006 | General Litigation | $0.00 | $1,272.90 |
| McKenna Long & Aldridge, LLP | 1900 K Street NW Washington, DC 20006-1108 | General Litigation | $0.00 | $ 27,397.10 |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300 Oklahoma City, OK  73102 | General Litigation | $0.00 | $2,370.75 |
| McNair Law Firm, P.A. | 7 North Laurens Street, Suite 600 Greenville, SC  29601 | Environmental Law | $1,222.28 | $58,341.72 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Melville & Sowerby | 2940 South 25th Street<br>Fort Pierce, FL  34981-5605 | Environmental Law | $0.00 | $1,115.63 |
| Michael B. Cohan | 17 Old Conant Road,<br>Lincoln, MA 01773 | Corporate Consulting | $80,000.00 | $144,121.19 |
| Miller Martin PLLC | 832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289 | Environmental Law | $0.00 | $ 576.00 |
| Miller Thomson Pouliot | 1155 René-Lévesque Blvd. West<br>Montréal, QC  H3B 3S6 | Environmental Law | $0.00 | $2,893.82 |
| Minter Ellison | PO BOX 769G<br>Melbourne, Victoria  AC3001<br>Australia | Corporate Law/Foreign Acquisitions | $0.00 | $ 16,564.19 |
| Mintz, Levin, Cohn, Ferris, and Glovsky | One Financial Center<br>Boston, MA  02111 | Employment Litigation | $0.00 | $4,299.60 |
| Morgan, Lewis, & Bockius LLP | 1701 Market Street<br>Philadelphia, PA  19103 | Employment Litigation | $0.00 | $381,197.74 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8<br>Westborough, MA  01581 | Intellectual Property Law | $322.35 | $196,830.98 |
| Oertel  Hoffman Fernandez & Cole, P.A. | P O  Box 1110<br>Tallahassee, FL  32302-1110 | Environmental Law | $0.00 | $89,521.60 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757 Greenville, SC 29602 | Bodily Injury Litigation/Employee Benefit Law | $0.00 | $22,396.60 |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300 Chicago, IL 60601 | Bodily Injury Litigation | $0.00 | $15,440.15 |
| Patton Boggs LLP | 2550 M Street, NW Washington, DC 20037-1350 | Lobbyist | $0.00 | $287,767.48 |
| Pepper Hamilton LLP | 1235 Westlakes Drive Berwyn, PA 19312 | General Litigation | $435.00 | $104,164.77 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center Buffalo, NY 14203 | Environmental Law | $185.50 | $ 518,417.79 |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave Baltimore, MD 21209-3600 | Environmental Law | $0.00 | $4,500.00 |
| Plauche Smith and Nieset | 1123 Pithon Street Lake Charles, LA 70602 | Bodily Injury Litigation | $0.00 | $14,968.23 |
| Potter Anderson & Corroon, LLP | East Bridge At Riverplace | Corporate Law | $0.00 | $15,696.32 |
| Proskauer Rose LLP | 1585 Broadway New York, NY 10036 | General Labor Law | $0.00 | $ 23,556.63 |
| Quigley, O'Connor and Carnathan | 20 Custom House Street, Suite 1040 Boston, MA 02110 | Employment Litigation | $0.00 | $11,876.98 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Quisumbing Torres | 12th Floor, Net One Center<br>26th Street Corner 3rd Avenue<br>Taguig City, Philippines 1634 | Legal Services | $0.00 | $561.00 |
| Remmes, Richard G., Attorney | 115 Woolford Road<br>Wrentham, MA  02093 | Employment Law | $0.00 | $24,538.40 |
| Riddlesperger, Anthony G. | 15 Grovenor Court<br>Dallas, TX  75225 | Environmental Law | $0.00 | $600,897.21 |
| Roe Cassidy Coates & Price, P.A. | PO Box 10529<br>Greenville, SC  29603 | Civil Litigation | $0.00 | $54,471.58 |
| Rosenberg, Martin, Funk, Greenberg | 25 South Charles Street, Suite 2115<br>Baltimore, Maryland  21201 | Environmental Law | $0.00 | $8,721.08 |
| Rubin and Rudman LLP | 50 Rowes Wharf<br>Boston, MA 02110 | General Litigation | $0.00 | $87,599.18 |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304<br>Miami, FL 33102 | General Litigation | $0.00 | $4,538.44 |
| Schauer & Simank | 615 North Upper Broadway, Suite 2000<br>Corpus Christi, TX  78477 | General Litigation | $0.00 | $451.12 |
| Seeler, Marcia D., Esquire | PO Box 3154<br>Wellfleet, MA  02667 | General Litigation | $3,377.50 | $353,306.55 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200 Chicago, IL  60603-5803 | Employment Litigation | $4,341.81 | $533,636.64 |
| Shapiro Forman Allen & Miller, LLC | 380 Madison Avenue New York, NY  10017 | Legal Services | $0.00 | $7,196.61 |
| Sherin & Lodgen LLP | 100 Summer Street Boston, MA  02110 | Environmental Law | $0.00 | $341,064.21 |
| Sidley & Austin | 1722 Eye Street,  NW Washington, DC  20006 | Environmental Law | $0.00 | $7,705.46 |
| Spencer Fane Britt & Browne | Suite 1400 Kansas City, MO  64106 | Environmental Law | $0.00 | $63,951.75 |
| SC&H Consulting (Stout, Casey) | P.O. Box 64271 Baltimore, MD  21264 | General Tax Law | $0.00 | $970,474.24 |
| Sterns & Weinroth | P.O. Box 1298 Trenton, NJ 08607-1298 | Environmental Law | $0.00 | $158,447.09 |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street New Orleans, LA  70130-3588 | Legal Services | $0.00 | $43,060.96 |
| Storslee Law Firm, P.C. | 1802 Allison Drive Bismarck, ND  58501 | Legal Services | $0.00 | $6,035.29 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Strasburger & Price | 901 Main Street<br>Suite 4300<br>Dallas, TX  75250 | Legal Services | $0.00 | $4,695.46 |
| Taft, Stettinius & Hollister, LLP | 425 Walnut Street<br>Cincinnati, OH  45202-3957 | Employment Litigation | $0.00 | $4,254.29 |
| Thomas A. Baker P.A. | Baltimore, MD  21201 | Legal Services | $0.00 | $21,902.21 |
| Thomson & Thomson | PO Box 71892<br>Chicago, IL  60694-1892 | Intellectual Property Law | $0.00 | $33.50 |
| Timothy Cremin | 3140 St. James Drive<br>Boca Raton, FL  33434 | Tax Consultant | $0.00 | $12,339.00 |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace<br>Potomac, MD  20854 | Intellectual Property Law | $0.00 | $344,420.91 |
| Tyler Cooper & Alcorn, LLP | 555 Long Wharf Dr, 8th Floor<br>PO Box 1936<br>New Haven, CT 06509-0906 | Legal Services | $0.00 | $0.00 |
| Venable Baetjer & Howard | 1800 Mercantile Bank & Trust<br>2 Hopkins Plaza<br>Towson, MD  21285-5517 | Bodily Injury Litigation/Benefits/ Employment Law | $0.00 | $935,753.59 |
| Vertlieb, Anderson | 835 Granvilles Street # 200<br>Vancouver, BC, Canada V6Z 1K7 | Employment Law | $0.00 | $606.55 |

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Verusio E. Cosmelli Studio Legal | Foro Traiano 1-A<br>00187 Roma, Italy 00187 | Legal Services | $0.00 | $33,029.97 |
| Vinson & Elkins | 3500 First City Tower<br>1001 Fannin Suite 2300<br>Houston, TX 77002-6760 | Environmental Law | $0.00 | $8,989.16 |
| Wallace King Marraro & Branson, PLLC | 1050 Thomas Jefferson St N.W.<br>Washington, DC 20007 | Legal Services | $0.00 | $200,000.00 |
| Waller Lansden Dortch & Davis | P. O. Box 198966<br>Nashville, TN 37219-8966 | Corporate Law | $0.00 | $83,330.34 |
| Watson Wyatt | 191 North Wacker Drive<br>Chicago, IL 60606 | Compensation Consulting | $6,934.00 | $206,309.00 |
| Weil, Gotshal & Manges | 767 Fifth Avenue<br>New York, NY 10153-0119 | Environmental Law/Tax Law | $2,419.50 | $258,446.49 |
| White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787 | Environmental Law | $0.00 | $67,989.96 |
| Wilmer Cutler Pickering Hale and Dorr | P.O. Box 7247-8760<br>Philadelphia, PA 19170-8760 | Coporate Law | $0.00 | $2,381.00 |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower<br>900 South Gay Street<br>Knoxville, TN 37902 | Bodily Injury Litigation | $0.00 | $18,880.43 |

17

| Name | Address | Description of Services Rendered | 2nd Quarter 2010 | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Wyatt, Tarrant & Combs | Citizens Plaza<br>Louisville, KY  40202 | Employment Law | $0.00 | $9,730.46 |
| Zuleta Suarez Araque, Et Al | Carrera 11 NO.82-01 Of. 902<br>Bogota, D.C. Colombia | Legal Services | $0.00 | $5,585.70 |