EXHIBIT B

**Ordinary Course Professionals Subsequently Retained as Section 327(e) Counsel (as of June 30, 2010**

## EXHIBIT B

### Ordinary Course Professionals Subsequently Retained as Section 327(e) Counsel (as of June 30, 2010)

| Name | Address | Description of Services Rendered | 2nd Quarter | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Baker, Donelson, Bearman & Caldwell | 801 Pennsylvania Ave., NW, Suite 800, Washington, DC 20004 | Lobbyist/Government Relations | $0.00 | $581,629.92 |
| Beveridge & Diamond, P.C. | 1350 I Street, NW, Washington, DC 20005-3311 | Environmental Law | $0.00 | $587,451.82 |
| Bowe & Fernicola LLC | 2 Bridge Ave, Bldg 6, 3rd Floor, Red Bank, NJ 07701 | Real Estate Litigation | $0.00 | $596,676.77 |
| Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart & Olstein | 6 Becker Farm Road, Roseland, NJ 07068 | Real Estate Law | $0.00 | $245,825.97 |
| Casner & Edwards, LLP | One Federal Street, 27th Floor, Boston, MA 02110 | Bodily Injury Litigation/ Employment Law | $0.00 | $161,860.34 |
| Deloitte & Touche LLP, Nick Bubnovich | 4205 Collections Center Drive, Chicago, IL | Compensation Consulting | $0.00 | $408,237.04 |
| Foley Hoag & Eliot | One Post Office Square, Boston, MA 02109 | Intellectual Property Law | $0.00 | $593,507.66 |
| Forman, Perry, Watkins, Krutz & Tardy LLP | 200 South Lamar Street, Suite 100, Jackson, MS 39201-4099 | 3rd Party Asbestos Discovery | $0.00 | $1,190,131.07 |
| Fragomen, Del Rey & Bernsen PC | 515 Madison Avenue, New York, NY 10022 | Immigration Law/H-R Consultant | $0.00 | $728,128.66 |

| Name | Address | Description of Services Rendered | 2nd Quarter | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Kaye, Scholer, Fierman, Hays & Handler | 901 Fifteenth Street, NW, Suite 1100<br>Washington, DC 20005-2327 | Intellectual Property Law | $0.00 | $1,198,114.93 |
| Latham & Watkins | 53rd at Third, Suite 1000<br>New York, NY 10022-4802 | Lobbyist/Environmental Law | $0.00 | $562,009.05 |
| Lawson Lundell | 1600 Cathedral Place<br>925 West Georgia Street<br>Vancouver, BC V6C 3L2, Canada | Environmental Law | $0.00 | $501,556.75 |
| Morrison & Foerster | 1290 Avenue of the Americas<br>New York, NY 10104-8000 | Tax Law | $0.00 | $995,264.29 |
| Nelson Mullins Riley & Scarborough | 1330 Lady Street<br>Columbia, SC 29211 | Legal Services | $0.00 | $193,609.44 |
| Perkins Coie | 1620 26th Street<br>Santa Monica, CA 90404 | Property Damage Claims | $ 214.70 | $687,779.02 |
| Pitney Hardin Kipp & Szuch[1] | 200 Campus Drive<br>Florham Park, NJ 07932-0950 | Asbestos Litigation/Bankruptcy Law/Environmental/ Real Estate | $0.00 | $104,084.23 |
| Saul Ewing Remick & Saul | 1500 Market St, 38th Floor<br>Philadelphia, PA 19102-2186 | Environmental Law | $0.00 | $1,696.20 |
| Socha, Perczak, Setter & Anderson | 1775 Sherman Street, Suite 1925<br>Denver, CO 80203 | 3rd Party Asbestos Discovery | $0.00 | $412,268.46 |

---

[1] Pitney Hardin Kipp & Szuch was retained as Day Pitney LLP.

| Name | Address | Description of Services Rendered | 2nd Quarter | To Date During Chapter 11 Case |
|---|---|---|---|---|
| Steptoe & Johnson LLP | 1330 Connecticut Ave N.W. Washington, DC 20036-1795 | General Tax Law | $0.00 | $175,939.44 |
| Venable Baetjer & Howard[2] | 1800 Mercantile Bank & Trust 2 Hopkins Plaza Towson, MD 21285-5517 | Bodily Injury Litigation/Benefits/ Employment Law | $0.00 | $935,753.59 |
| Wallace King Marraro & Branson, PLLC | 1050 Thomas Jefferson St N.W. Washington, DC 20007 | Legal Services | $0.00 | $200,000.00 |
| Woodcock Washburn Kurtz | One Liberty Place, 46th Floor Philadelphia, PA 19103 | Intellectual Property/Litigation/Patent Law | $0.00 | $304,249.11 |

---

[2]   Venable Baetjer & Howard was retained as Venable LLP.

3