IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2010, THROUGH MAY 30, 2010

## WRG-0095
## ANALYSIS OF THIRD-PARTY PATENT
## RELATING TO CHROMATOGRAPHIC SYSTEM

| | | | |
|---|---|---|---|
| 05/04/2010 | GHL | Evaluation of possible relevance of third-party patent to Grace's flash chromatography system, including review of the patent and its prosecution history, development of construction of the relevant claims, review of background materials relating to Grace system as received from Mr. Bunch, comparison of claims to the product, and consideration of infringement – related issues to be investigated in view of the comparison; | 5.00 |
| 05/10/2010 | SAB | Further review of prosecution history of third-party patent; drafting of memorandum summarizing same; analysis of specification of third-party patent; and further work on claim construction; | 3.00 |
| 05/12/2010 | GHL | Review of third-party patent; | 0.80 |
| 05/12/2010 | SAB | Further consideration of prosecution history and prior art provided by Mr. Bunch; | 2.00 |
| 05/18/2010 | SAB | Further consideration of patent claims and art; further drafting of memorandum summarizing analysis and prior art; | 1.80 |
| 05/24/2010 | GHL | Further work on validity analysis of third-party patent, including review of prior art references as received from Grace and summary of prosecution history; | 1.20 |
| 05/24/2010 | SAB | Further analysis of prosecution history and art; | 2.10 |
| 05/25/2010 | GHL | Preparation for, and participation in, telephone conference with Mr. Bunch regarding preliminary view of issues following initial review of the patent, prosecution history, and relevant prior art; | 0.70 |
| 05/25/2010 | SAB | Further review of materials forwarded by Mr. Bunch, and conference to discuss preliminary analysis; | 0.80 |
| 05/26/2010 | SAB | Further analysis of specification and claims, consider claim scope; | 2.00 |
| 05/27/2010 | SAB | Further drafting of notes regarding scope of claims and prior art issues. | 1.50 |

SERVICES $ 7,703.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 2.70 | hours @ | $570.00 |
| | SAB | STEPHANIES A. BARBOSA | 18.20 | hours @ | $335.00 |

**INVOICE TOTAL** $ 7,703.50