IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 3, 2010 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND FOURTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amcon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/488937

# EXHIBIT A
**(Fee Detail)**

# EXHIBIT A
**(Fee Detail)**

## **FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING**<br><br>• asbestos matters (52000.43)       $8,305.50<br><br>• non-asbestos matters (2725.40)     $ 481.25<br><br>**TOTAL LITIGATION AND LITIGATION CONSULTING** | $8,786.75 |
| **FEE APPLICATION – APPLICANT** | $636.50 |
| **TOTAL FEES** | $9,423.25 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 8, 2010
Bill Number 123506
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH MAY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/03/10 | ARA | Document control. | 6.50 Hrs | 520.00 |
| 05/04/10 | ARA | Document control. | 4.50 Hrs | 360.00 |
| 05/05/10 | ARA | Document control. | 4.20 Hrs | 336.00 |
| 05/06/10 | MTM | Telephone call from Mark Strauss re: access to Grace repository (.1); telephone call to in-house counsel re: same (.1). | 0.20 Hrs | 57.00 |
| 05/06/10 | ARA | Document control. | 5.80 Hrs | 464.00 |
| 05/07/10 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.80 Hrs | 268.00 |
| 05/07/10 | ARA | Document control. | 3.20 Hrs | 256.00 |
| 05/10/10 | ARA | Document control. | 3.20 Hrs | 256.00 |
| 05/11/10 | ARA | Document control. | 6.60 Hrs | 528.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH MAY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/12/10 | RAM | Read selected documents filed in bankruptcy court (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | 67.00 |
| 05/12/10 | ARA | Document control. | 5.70 Hrs | 456.00 |
| 05/13/10 | ARA | Document control. | 6.30 Hrs | 504.00 |
| 05/14/10 | ARA | Document control. | 6.10 Hrs | 488.00 |
| 05/17/10 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 05/18/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 05/19/10 | ARA | Document control. | 6.20 Hrs | 496.00 |
| 05/20/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 05/24/10 | ARA | Document control. | 3.50 Hrs | 280.00 |
| 05/25/10 | ARA | Document control. | 2.50 Hrs | 200.00 |
| 05/26/10 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 33.50 |
| 05/26/10 | ARA | Document control. | 5.70 Hrs | 456.00 |
| 05/27/10 | ARA | Document control. | 6.00 Hrs | 480.00 |
| 05/28/10 | ARA | Document control. | 4.30 Hrs | 344.00 |

TOTAL LEGAL SERVICES $8,305.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.10 | 335.00 | 368.50 |
| Matthew T. Murphy | 0.20 | 285.00 | 57.00 |
| Angela R. Anderson | 98.50 | 80.00 | 7,880.00 |
| | 99.80 | | $8,305.50 |

TOTAL THIS BILL $8,305.50

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 8, 2010
Bill Number  123505
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH MAY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/04/10 | RAM | Read joint pretrial memorandum and email from MLL re: mediation scheduled on June 30. | 0.35 Hrs | 117.25 |
| 05/04/10 | MLL | Calls with counsel, mediator (.2) Review file, determine mediation strategy (.5) Write client (.2) | 0.90 Hrs | 234.00 |
| 05/11/10 | MLL | Receipt and review of correspondence from mediator. | 0.20 Hrs | 52.00 |
| 05/11/10 | MLL | Receive proposed agreement re: mediation, draft letter to client | 0.30 Hrs | 78.00 |
| 05/12/10 | RAM | Read correspondence re: mediation. | 0.05 Hrs | No Charge |

TOTAL LEGAL SERVICES  $481.25

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.35 | 335.00 | 117.25 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

| | | | |
|---|---:|---:|---:|
| Matthew L. Lunenfeld | 1.40 | 260.00 | 364.00 |
| Robert A. Murphy | 0.05 | 335.00 | No Charge |
| | 1.80 | | $481.25 |

|  |  |
|---|---:|
| TOTAL THIS BILL | $481.25 |

# CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 8, 2010
Bill Number 123507
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH MAY 31, 2010

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/07/10 | RAM | Work on March fee application. | 0.90 Hrs | 301.50 |
| 05/12/10 | RAM | Work on March fee application. | 0.10 Hrs | 33.50 |
| 05/13/10 | RAM | Finalize March fee application and send it to in-house counsels to review. | 0.10 Hrs | 33.50 |
| 05/14/10 | RAM | Send March fee application to Delaware counsel to file (.1). Work on quarterly fee application (.5). | 0.60 Hrs | 201.00 |
| 05/25/10 | RAM | Send March fee application to Fee Auditor. | 0.10 Hrs | 33.50 |
| 05/28/10 | RAM | Read report of fee auditor. | 0.10 Hrs | 33.50 |

TOTAL LEGAL SERVICES          $636.50

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.90 | 335.00 | 636.50 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| 1.90 | $636.50 |
| TOTAL THIS BILL | $636.50 |

Page 2

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING**<br>• asbestos matters (52000.43)         $12,587.91<br>• non-asbestos matters (2725.40)         $     500.00<br>**TOTAL LITIGATION AND LITIGATION CONSULTING** | $13,087.91 |
| **FEE APPLICATION – APPLICANT** | $0.00 |
| **TOTAL EXPENSES** | $13,087.91 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 8, 2010
Bill Number  123512
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH MAY 31, 2010

**EXCESS POSTAGE**
| | | | |
|---|---|---|---|
| 05/31/10 | EXCESS POSTAGE | 1.56 | |
| | | | $1.56 |

**RENT REIMBURSEMENT**
| | | | |
|---|---|---|---|
| 05/03/10 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - May 2010. | 12,124.05 | |
| | | | $12,124.05 |

**MISCELLANEOUS**
| | | | |
|---|---|---|---|
| 05/11/10 | RECORDKEEPER ARCHIVE CENTERS,: Storage 5/01/10 through 5/31/10. | 462.30 | |
| | | | $462.30 |

|  |  |
|---|---|
| TOTAL COSTS | $12,587.91 |
| TOTAL THIS BILL | $12,587.91 |

Page 1



# Casner & Edwards, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 8, 2010
Bill Number  123511
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

FOR PROFESSIONAL SERVICES

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

**COSTS**

THROUGH MAY 31, 2010

MEDIATION FEE
05/12/10    COMMONWEALTH MEDIATION: Share of mediation                    500.00
            fees (4 hours on 6/30/10).
                                                                                    $500.00

                                                TOTAL COSTS                $500.00


                                                TOTAL THIS BILL            $500.00