IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: August 5, 2010 at 4:00 p.m.** |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MARCH 31, 2010

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

April 16, 2010  
Invoice 992949  Page  1

Our Matter #         02399/06091                    For Services Through 03/31/10  
Name of Matter:    Fee Applications


| Date | Description | | | |
|---|---|---|---|---|
| 03/18/10 | Draft September 2009 and December 2009 fee application. | | | |
| | B.A. WRIGHT | 0.90 hrs. | 125.00/hr | $112.50 |
| 03/25/10 | Draft interim fee application, review December and September fee application. | | | |
| | B.A. WRIGHT | 0.60 hrs. | 125.00/hr | $75.00 |
| 03/29/10 | Review, edit and approve quarterly fee application and monthly fee applications for Sept, Dec., February and quarterly fee application for April through June 2009. | | | |
| | B.J. BURN | 0.60 hrs. | 240.00/hr | $144.00 |

**Total Fees for Legal Services** .................................................................................. **$331.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.60 | 240.00 | 144.00 |
| B.A. WRIGHT | 1.50 | 125.00 | 187.50 |
| TOTAL | 2.10 | 157.86 | 331.50 |

**Net current billing for this invoice**............................................................................ **$331.50**

**GRAND TOTAL** .......................................................................................................... **$331.50**

## REMITTANCE COPY
Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 03/31/10 |
| Name of Matter: | Fee Applications | |

| | |
|---|---|
| Fees for Professional Services | $331.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice.................................................................... | $331.50 |
| **GRAND TOTAL** ................................................................................................................. | **$331.50** |

**Terms of Payment:  Balance due within thirty days of invoice date**

### NELSON MULLINS RILEY & SCARBOROUGH LLP
### OPERATING ACCOUNT
### WIRE/ACH INSTRUCTIONS

Note: These instructions have been updated. Please adjust your records accordingly.

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T), 1148 Broadway, Columbus, GA 31901
ABA Number: 061100606
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 1002720611

**FOREIGN WIRING INSTRUCTIONS - USD**
Intermediary Bank: Standard Chartered Bank, New York, NY
SWIFT Code: SCBLUS33
Beneficiary Bank: First Commercial Bank, Birmingham, AL
SWIFT Code: FICOUS44
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 1002720611

**ACH WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 1002720611

Wire Reference Field: Note the NMRS Invoice and Matter Number.

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                                         April 13, 2010
ATTN: Lydia Duff, Esq.                                                          Invoice 992948  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044


Our Matter #          02399/06032                               For Services Through 03/31/10
WR Grace #            063-KL-721490-01-0501221
Name of Matter:       Charleston


03/03/10     Message from Mr. Bucens with S&ME assessment workplan, review message and note
             scope of work in plan.
             N.J. SMITH                                    0.40 hrs.    320.00/hr         $128.00

**Total Fees for Legal Services** ............................................................................... **$128.00**


                              **BILLING SUMMARY**
                                    Hours          Rate/Hr         Dollars
         N.J. SMITH                  0.40           320.00          128.00
         TOTAL                       0.40          $320.00         $128.00


**Net current billing for this invoice**.............................................................................. **$128.00**

**GRAND TOTAL** ........................................................................................................... **$128.00**

W. R. Grace & Co.

April 13, 2010
Invoice 992948  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 03/31/10 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | |
|---|---:|
| Fees for Professional Services | $128.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**........................................................... | **$128.00** |
| **GRAND TOTAL** ............................................................................................... | **$128.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
**OPERATING ACCOUNT**
**WIRE/ACH INSTRUCTIONS**

Note: These instructions have been updated.  Please adjust your records accordingly.

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank:  Columbus Bank & Trust (CB&T), 1148 Broadway, Columbus, GA  31901
ABA Number:  061100606
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  1002720611

**FOREIGN WIRING INSTRUCTIONS - USD**
Intermediary Bank:  Standard Chartered Bank, New York, NY
SWIFT Code:  SCBLUS33
Beneficiary Bank:  First Commercial Bank, Birmingham, AL
SWIFT Code:  FICOUS44
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  1002720611

**ACH WIRING INSTRUCTIONS**
Beneficiary Bank:  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number:  053200666
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number:  1002720611

Wire Reference Field:  Note the NMRS Invoice and Matter Number.