# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 7/19/2010 |
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust     united states trustee
aty     Lawrence A Kalina

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust     Frank J. Perch III     frank.j.perch@usdoj.gov
aty     Daniel K. Hogan     dkhogan@dkhogan.com, keharvey@dkhogan.com
aty     Kathleen P. Makowski     kmakowski@pszjlaw.com
aty     Paul W. Turner     pturner@carlilelawfirm.com
aty     Richard Allen Keuler, Jr.     rkeuler@reedsmith.com
aty     Richard F. Rescho     rrescho2001@yahoo.com
aty     Rosalie L. Spelman     rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty     Stuart B. Drowos     stuart.drowos@state.de.us

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     W.R. GRACE &CO.     7500 Grace Drive     Columbia, MD 21044
aty     Curtis A. Hehn     Pachulski Stang Ziehl Young Jones &Wein     919 N. Market Street     17th Floor     Wilmington, DE 19801
aty     David W. Carickhoff     Blank Rome LLP     1201 Market Street, Suite 800     Wilmington, DE 19801
aty     David W. Carickhoff     Blank Rome LLP     1201 Market Street, Suite 800     Wilmington, DE 19801
aty     David W. Carickhoff, Jr     Pachulski Ziehl Stang Ziehl Young Jones     919 N. Market St.     16th Floor     Wilmington, DE 19899
aty     James E. O'Neill     Pachulski Stang Ziehl &Jones LLP     919 North Market Street, 17th Floor     P.O. Box 8705     Wilmington, DE 19899−8705
aty     Kathleen P. Makowski     Pachulski Stang Ziehl &Jones LLP     919 North Market Street, 17th Floor     P.O. Box 8705     Wilmington, DE 19899
aty     Kathleen P. Makowski     Pachulski Stang Ziehl &Jones LLP     919 North Market Street, 17th Floor     P.O. Box 8705     Wilmington, DE 19899
aty     Laura Davis Jones     Pachulski Stang Ziehl &Jones LLP     919 North Market Street     17th Floor     Wilmington, DE 19801
aty     Laura Davis Jones     Pachulski Stang Ziehl &Jones LLP     919 N. Market Street     17th Floor     Wilmington, DE 19899−8705
aty     Mark M. Billion     Pachulski Stang Ziehl &Jones LLP     919 N. Market Street     17th Floor     Wilmington, DE 19702
aty     Michael R. Lastowski     Duane Morris LLP     1100 North Market Street     Suite 1200     Wilmington, DE 19801−1246
aty     Paula Ann Galbraith     211 East Ohio # 2618     Chicago, IL 60611
aty     Robert J. Dehney     Morris, Nichols, Arsht &Tunnell     1105 N. Market Street     P. O. Box 1347     Wilmington, DE 19899−1347
aty     Timothy P. Cairns     Pachulski Stang Young &Jones LLP     919 N. Market Street     17th Floor     Wilmington, DE 19801
aty     Timothy P. Cairns     Pachulski Stang Ziehl &Jones LLP     919 N. Market St., 17th Floor     Wilmington, DE 19801

TOTAL: 16