UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __01-1139__   ●BK   ○AP
If AP, related BK Case Number: _____

Title of Order Appealed:
-See Attached-

Docket Number: __24735__   Date Entered: __05/04/2010__

Item Transmitted:   ●Notice of Appeal          ○Motion for Leave to Appeal
                    ○Amended Notice of Appeal  ○Cross Appeal
Docket Number: __24774__   Date Filed: __05/14/2010__

*Appellant/Cross Appellant:          *Appellee/Cross Appellee
-See Attached-                        -See Attached-

Counsel for Appellant:                Counsel for Appellee:
-See Attached-                        -See Attached-

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ●Yes   ○No

IFP Motion Filed by Appellant?   ○Yes   ●No

Have Additional Appeals to the Same Order been Filed?   ○Yes   ●No
  If so, has District Court assigned a Civil Action Number?   ○Yes   ●No   Civil Action # _____

Additional Notes:
_____

__7/19/2010__                          By: __Sherry J. Stiles__
Date                                        Deputy Clerk

Bankruptcy Court Appeal (BAP) Number: __BAP-10-55__      FOR USE BY U.S. BANKRUPTCY COURT
7/6/06

Title of Order Being Appealed - Docket #24735:

- Order Disallowing and Expunging Asbestos Property Damage Claim Numbers 011627 and 012476 as Barred by British Columbia's Ultimate Limitations Period.

Appellant/Cross Appellant:

City of Vancouver-Queen Elizabeth Playhouse, Canada, School District Nanaimo-Ladysmith-Nanaimo District Senior Secondary

Counsel for Appellant:

-See following page:

Appellee/Cross Appellee:

W.R. Grace

Counsel for Appellee:

-See following page:

**APPELLANTS:**

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728

John W. Kozyak (FL Bar No. 200395)
David L. Rosendorf (FL Bar No. 996823)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed. ID No. 3683)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

**DEBTORS/APPELLEES:**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100

Janet S. Baer, Esquire
LAW OFFICES OF JANET S. BAER, P.C.
70 West Madison, Suite 2100
Chicago, IL 60602-4253

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone:   (412) 288-3131

David M. Bernick, Esquire
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone:   (212) 446-4800

Lisa Esayian, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000

David B. Siegel
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044

Notice of Appeal of 5-4-10 Order Disallowing & Expunging 2 Canadian Claims.DOCX     2