IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   5

IN RE: W R Grace et al.

| | | |
|---|---|---|
| School District 68 Nanaimo-Ladysmith- | ) | |
| Nanaim- District Senior Secondary et al, | ) | |
| | ) | |
| | ) | |
| Appellants | ) | Civil Action No. 10- 611 |
| v. | ) | |
| | ) | |
| W R Grace et al, | ) | |
| | ) | |
| | ) | Bankruptcy Case No. 01-01138 |
| Appellees | | |
| | | AP 10-55 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following orders of the Bankruptcy Court dated 4/14/09 and 5/4/10 were docketed in the District Court on 7/20/10:

      Order Disallowing and Expunging Asbestos Property Damage Claim
    Numbers 011627 and 012476 as Barred by British Columbia's Ultimate
    Limitations Period

      Memorandum Opinion and Order disallowing and expunging certain
  claims

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                    Peter T. Dalleo
                                                    Clerk of Court

Date:   7/20/10
To:     U.S. Bankruptcy Court
         Counsel