IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 24999** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING THE MONTHLY
APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE
OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF MAY 1, 2010 THROUGH MAY 31, 2010
(DOCKET NO. 24999)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on June 29, 2010 a monthly application ("Application") [Docket No. 24999] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before July 19, 2010. No objections to the Application have been received by the undersigned.

{D0183309.1 }

Moreover, the Court's docket reflects that no objections to the Application were filed.

In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: July 21, 2010

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        375 Park Avenue
        35th Floor
        New York, NY  10152
        (212) 319-7125

        -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        - and -

        CAMPBELL & LEVINE, LLC

        */s/Kathleen Campbell Davis*
        Marla R. Eskin (I.D. #2989)
        Kathleen Campbell Davis (I.D. #4229)
        Mark T. Hurford (I.D. #3299)
        800 N. King Street, Suite 300
        Wilmington, DE  19899
        (302) 426-1900

        *Counsel for the Official Committee*
        *of Asbestos Personal Injury Claimants*