## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) <br> Jointly Administered |
| Debtors. | Re Docket No. 24995 |

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 24995

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundredth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2010 through May 31, 2010** [Docket No. 24995] (the "Application") filed on June 28, 2010.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the One-Hundredth Monthly Fee Application, objections to the Application were to be filed and served no later than July 16, 2010, 2010 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\1436882.1

2

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $4,962.80, which represents eighty percent (80%) of the requested compensation of $6,203.50, and one hundred percent (100%) of expenses of $944.99 without further order from the court.

Dated: July 21, 2010  
      Wilmington, Delaware

*/s/ Michael R. Lastowski*  
Michael R. Lastowski (DE 3892)  
DUANE MORRIS LLP  
1100 N. Market Street, Suite 1200  
Wilmington, DE 19801-1246  
Telephone:   (302)-657-4942  
Facsimile:   (302)-657-4901  
Email: mlastowski@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*