<u>**NO ORDER REQUIRED**</u>

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 21, 2010 at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 25023

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the One Hundred and Seventh Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from May 1, 2010 through and including May 31, 2010 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than July 21, 2010 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $4,381.60 which represents 80% of the fees ($5,477.00) and $503.29 which represents 100% of the expenses requested in the Application for the period May

1, 2010 through and including May 31, 2010 upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: July 22, 2010

    Scott L. Baena, Esquire
    Jay M. Sakalo, Esquire
    BILZIN, SUMBERG, BAENA, PRICE
     & AXELROD, LLP
    2500 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, FL 33131-2336
    Tel:   (305) 374-7580
    Fax:  (305) 374-7593

    -and-

    FERRY, JOSEPH & PEARCE, P.A.

    /s/ Lisa L. Coggins
    Michael B. Joseph (No. 392)
    Theodore J. Tacconelli (No. 2678)
    Lisa L. Coggins (No. 4234)
    824 Market Street, Suite 1000
    P.O. Box 1351
    Wilmington, DE. 19899
    Tel:   (302) 575-1555
    Fax:  (302) 575-1714

    Co-Counsel to the Official Committee of
    Asbestos Property Damage Claimants