**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
May 2010

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the Month Ended May 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 21 | Integrated Audit | $ 720.09 | 21.5 | $ 15,481.94 |
| Saverio Fato | Audit Partner | 20+ | Integrated Audit | $ 720.09 | 7.0 | $ 5,040.63 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $ 592.80 | 7.0 | $ 4,149.60 |
| Justin Bray | Audit Senior Manager | 8 | Integrated Audit | $ 422.91 | 54.3 | $ 22,964.01 |
| Jerry Puzey | Tax Manager | 6 | Integrated Audit | $ 301.60 | 6.0 | $ 1,809.60 |
| Alison Garleb | Audit Manager | 6 | Integrated Audit | $ 299.72 | 46.7 | $ 13,996.92 |
| Ellen J Calfo | Audit Senior Associate | 3 | Integrated Audit | $ 233.68 | 86.3 | $ 20,166.58 |
| Jacqueline Bravo | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 9.8 | $ 2,242.24 |
| Todd Chesla | Tax Senior Associate | 3 | Integrated Audit | $ 228.80 | 1.0 | $ 228.80 |
| Pavel Katsiak | Audit Senior Associate | 3 | Integrated Audit | $ 215.90 | 61.3 | $ 13,234.67 |
| Kristina N Johnson | Audit Associate | 1 | Integrated Audit | $ 161.29 | 33.9 | $ 5,467.73 |
| Shahin Rahmani | Audit Associate | 3 | Integrated Audit | $ 161.29 | 107.6 | $ 17,354.80 |
| Anthony Moral | Project Specialist | 7 | Integrated Audit | $ 133.35 | 1.5 | $ 200.03 |
| Craig Matthew Dieterle | Project Specialist | 4 | Integrated Audit | $ 133.35 | 4.6 | $ 613.41 |
| Eric Palmer | Project Specialist | 4 | Integrated Audit | $ 133.35 | 7.9 | $ 1,053.47 |
| Kathleen Elizabeth Bradley | Audit Associate | >1 | Integrated Audit | $ 127.00 | 47.2 | $ 5,994.40 |
| Totals | | | | | 503.6 | $ 129,998.83 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    26.6    $ 4,394.07

{02411}

## Summary of PwC's Fees By Project Category: May 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 26.6 | $ 4,394.07 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

{02411}

| | | |
|---|---|---|
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 503.6 | $ 129,998.83 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 530.2 | $ 134,392.90 |

Expense Summary
May 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 1,822.53 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 140.82 |
| TOTAL: | | $ 1,963.35 |

{02411}