# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2010

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 5/5/2010 | $ 35.00 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | Integrated Audit | 5/3/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/4/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/5/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/6/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/18/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/20/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/24/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/26/10 | $ 21.00 | | | | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Allison Garleb | Integrated Audit | 5/3/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/4/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/5/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/6/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/12/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/13/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/17/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/18/10 | $ 20.00 | | | | Commute from the office and then to Grace, so this is for the full mileage to Grace (40 miles * $.50 rate). |
| | Integrated Audit | 5/20/10 | $ 20.00 | | | | Commute from the office and then to Grace, so this is for the full mileage to Grace (40 miles * $.50 rate). |
| | Integrated Audit | 5/21/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/25/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/26/10 | $ 4.00 | | | | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Ellen Caifo | Integrated Audit | 5/3/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/4/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/5/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/6/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/7/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/10/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/11/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/12/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/13/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/14/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/17/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/18/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/19/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/20/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/21/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/24/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/25/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/26/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/27/10 | $ 29.00 | | | | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Pavel Katsiak | Integrated Audit | 4/15/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/16/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/19/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/20/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/21/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/22/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/23/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/26/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/27/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/28/10 | $ 26.44 | | | | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 4/29/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 4/30/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/3/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/4/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/5/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/6/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/7/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/10/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/11/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/12/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/13/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/14/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/17/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/18/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/19/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Integrated Audit | 5/20/10 | $ | 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |

**Jacqueline (Calvo) Bravo**

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 5/4/10 | $ | 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| Integrated Audit | 5/4/10 | $ | 9.00 | 4.50 tolls each way x 2 = 9.00 |

**Kristina Johnson**

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 5/3/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| Integrated Audit | 5/4/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| Integrated Audit | 5/5/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| Integrated Audit | 5/6/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| Integrated Audit | 5/7/10 | $ | 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| Integrated Audit | 5/22/10 | $ | 7.09 | Postage for mailings |

**Kathleen Bradley**

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 5/3/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/4/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | | $ | 140.82 | Onsite dinner for 7 people: T.Puglisi (Grace), S.Rahmani (PwC), K.Bradley (PwC), P.Katsiak (PwC), A. Garleb (PwC), E. Calfo (PwC) N.Johnson (PwC) |
| Integrated Audit | 5/4/10 | | | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/5/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/6/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/7/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/10/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/11/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/12/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| Integrated Audit | 5/13/10 | $ | 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,963.35 | $ 1,822.53 | $ - | $ - | $ 140.82 |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Thomas Smith | Integrated Audit | 5/5/2010 | $ 35.00 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.5 per mile). |
| Justin Bray | Integrated Audit | 5/3/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/4/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/5/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/6/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/18/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/20/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/24/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| | Integrated Audit | 5/26/10 | $ 21.00 | Mileage to Grace roundtrip (less 68 mile roundtrip normal commute)(42 miles * $0.50) |
| Alison Garleb | Integrated Audit | 5/3/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/4/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/5/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/6/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/12/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/13/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/17/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/18/10 | $ 20.00 | Commute from the office and then to Grace, so this is for the full mileage to Grace (40 miles * $.50 rate). |
| | Integrated Audit | 5/20/10 | $ 20.00 | Commute from the office and then to Grace, so this is for the full mileage to Grace (40 miles * $.50 rate). |
| | Integrated Audit | 5/21/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/25/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| | Integrated Audit | 5/26/10 | $ 4.00 | Mileage in excess of daily commute (40 miles - 32 normal commute miles * $.50 rate) |
| Ellen Calfo | Integrated Audit | 5/3/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/4/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/5/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/6/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/7/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/10/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/11/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/12/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/13/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/14/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/17/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/18/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/19/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/20/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/21/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/24/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/25/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/26/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| | Integrated Audit | 5/27/10 | $ 29.00 | 76 miles to and from client - 18 miles normal commute to the office = 58 miles every day excess * .5 = 29. |
| Pavel Katsiak | Integrated Audit | 4/15/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/16/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/19/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/20/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |

| Name | Matter | Date | Amount | Description |
|---|---|---|---|---|
| | Integrated Audit | 4/21/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/22/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/23/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/26/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/27/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/28/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/29/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/30/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/3/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/4/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/5/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/6/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/7/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/10/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/11/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/12/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/13/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/14/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/17/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/18/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/19/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/20/10 | $ 26.44 | Mileage in excess over regular commute of 26.53 miles one way for a round trip from Arlington, VA to Columbia, MD |
| Jacqueline (Calvo) Bravo | Integrated Audit | 5/4/10 | $ 53.00 | 70 miles each way less 17 regular commute = 53 miles x 2 = 106 miles |
| | Integrated Audit | 5/4/10 | $ 9.00 | 4.50 tolls each way x 2 = 9.00 |
| Kristina Johnson | Integrated Audit | 5/3/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 5/4/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 5/5/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 5/6/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 5/7/10 | $ 32.00 | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .50= $32 |
| | Integrated Audit | 5/22/10 | $ 7.09 | Postage for mailings |
| Kathleen Bradley | Integrated Audit | 5/3/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 5/4/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | | 5/4/10 | $ 140.82 | Onsite dinner for 7 people: T.Puglisi (Grace), S.Rahmani (PwC), P.Katsiak (PwC), K.Bradley (PwC), A. Garieb (PwC), E. Calfo (PwC), N.Johnson (PwC) |
| | Integrated Audit | 5/5/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 5/6/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 5/7/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 5/10/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 5/11/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 5/12/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |
| | Integrated Audit | 5/13/10 | $ 8.00 | 44 miles to and from client - 28 miles normal commute to the office = 16 miles every day excess * .5 = 8. |

Summary

Total $ 1,963.35