# EXHIBIT A

## List of Exhibits

| Exhibit | Category |
|---|---|
| A(i) | 5% Equity Holders |
| A(ii) | Debtholders |
| A(iii) | Officers & Directors |

## EXHIBIT A(i))

### 5% Equity Holders

Adage Capital Partners LP
BlackRock Inc.
FMR LLC
Peninsula Partners LP

# EXHIBIT A(ii)

## Debtholders

ABN Amro
AFC Investors Trust
Alpine Associates A Limited Partnership
Anchorage CAP Master Offshore
Archer Capital Master Fund
Bank Hapoalim
Bank of America
Bank of New York
Bank of Nova Scotia
Barclays Bank PLC
Battery Park Hi Yield Op Strat
Battery Park High Yield Long Short
Battery Park High Yield Opportunity Master Fund Ltd.
Bbt Fund LP
BFC Investors Trust
BLT 32 LLC
CAP Fund LP
Caspian Capital Partners LP
Caspian Corporate Loan Fund LLC
Caspian Select Credit Master Fund
Catalyst Credit Opportunity Master Fund
CFC Investors Trust
Citibank
Commerzbank AG
Consumer Program Administrators
Continental Casualty Co.
Credit Lyonnais
CS First Boston
Dresdner Bank A.G.
EFC Investors Trust
FCSM Collateral LLC
Fernwood Associates LP
FFC Investors Trust
First Union
GMAM Invest Funds Trust II
Goldman Sachs Lending
Grand Central Asset Trust
Halcyon Master Fund

Highland Floating Rate Advantage Fund
HSBC/MarineMidland
JP Morgan/Chase
Kelts LLC
KS Capital Partners LP
KS International
LLT Limited
Loeb Arbitrage Fund
Loeb Event Driven Series BSC
Loeb Marathon Fund LP
Loeb Marathon Offshore FD
Loeb Offshore Fund
Macquarie Bank Ltd.
Mariner LDC
Mason Cap LP
Mason Cap Ltd.
Massachusetts Mutual Life Insurance Co.
MFC Investors Trust
Normandy Hill Master Fund LP
Northern Trust Co.
OCP Investment Trust
Onex Debt Opportunity Fund
Onex Senior Credit Fund
Onex Senior Credit II LP
Pacific Life Funds PL Floating Rate Loan Fund
Pacific Select Fund Floating Rate Loan Portfolio
Restoration Holdings Ltd.
Restoration SP OPP Master Fund
Royal Bank of Scotland
SOF Investments LP
SPCP Group LLC
SRI Fund LP
Stone Lion Portfolio LP
Visium Balanced Fund
Visium Balanced Offshore Fund
Wachovia
York Capital Management

## EXHIBIT A(iii)

### Officers & Directors

Baldwin, H. Furlong
Bonham, D. Andrew (Andy)
Festa, Fred E.
Forehand, J. P. (Butch)
Keesee, Gloria L.
La Force, Hudson, III
Steffen, Christopher J.
Tomkins, Mark
Wagoner, Pamela K.