**EXHIBIT B**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| A.B.C. Supply | American Builders & Contractors Supply Co., Inc. | Current | Matters Unrelated to the Debtors |
| Ahmanson Center<br><br>Bank One Purchasing Card<br>J.P. Morgan & Chase Co.<br>J.P. Morgan Investment Management Inc. (New York)<br>JP Morgan Chase<br>JP Morgan Chase - Morgan Guaranty Trust Co. | William Wulkan | Current | Matters Unrelated to the Debtors |
| AIG<br><br>American International Group, Inc.<br>National Union Fire Insurance Company | Ana Vigon | Current | Matters Unrelated to the Debtors |
| American Employers Insurance Co | Esurance Holdings, Inc. | Current | Matters Unrelated to the Debtors |
| Allianz Underwriters Ins<br><br>C.A.M.A.T<br><br>Dresdner Bank<br>Dresdner Bank AG<br>Euler Hermes ACI<br>Fireman's Fund Insurance Co<br>Fireman's Fund Insurance Company | Allianz Alternative Assets Holdings GmbH<br><br>Allianz Infrastructure Partners GmbH<br>Deeside Investments, Inc. | Closed<br><br>Closed<br><br>Current | Matters Unrelated to the Debtors |
| Allied Signal<br><br>Honeywell (Gomar) - Linden, New Jersey | Honeywell Belgium N.V.<br><br>Honeywell Europe N.V. | Current<br><br>Current | Matters Unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| | Honeywell Fluorine Products Europe B.V. | Current | Matters Unrelated to the Debtors |
| | Honeywell Scanning and Mobility | Current | |
| Allstate Insurance Company | Allstate Indemnity Company | Current | Matters Unrelated to the Debtors |
| | Allstate Property and Casualty Insurance Company | Current | |
| Angus Chemical Company | Dow Agrosciences LLC | Current | Matters Unrelated to the Debtors |
| Dow Chemical Company | Dow Brasil S.A. | Closed | |
| Dow Chemical USA | Dow Corning Litigation Facility Inc. | Current | |
| Dow Corning | Dow Hydrocarbons & Resources, Inc. | Current | |
| Dupont Dow Elastics Co. [Joint Venture] | Dow Hydrocarbons and Resources LLC | Closed | |
| DuPont Dow Elastomers [Joint Venture] | Dow Quimica S.A. | Closed | |
| General Latex & Chemical Group | Rohm and Haas | Current | |
| Hampshire Chemical Corp. | | | |
| Texize Chemicals, Inc. | | | |
| Union Carbide Corporation | | | |
| AON Risk Services | Aon Re Inc. | Current | Matters Unrelated to the Debtors |
| ASA (Actuarial Sciences Associates Inc) | Aon Risk Services Inc of NY US 10048-7376 New York | Current | |
| | Aon Risk Services, Inc. | Current | |
| Avenue Capital | Avenue Capital | Current | Matters Unrelated to the Debtors |
| Avenue Capital Group | Avenue Capital Group | Current | |
| Avenue Investments | Avenue Investments, L.P. | Former | |
| Avenue Investments LP | | | |
| Baker & McKenzie | Paul McNulty | Current | Matters Unrelated to the Debtors |
| Bank of America | Bank of America Merrill | Current | Matters Unrelated to the |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| Bank of America, N.A.<br>Bank of Boston | Lynch<br>Merrill Lynch | Current | Debtors |
| Bank of New York | ConvergEx Holdings, LLC | Current | Matters Unrelated to the Debtors |
| Betz Laboratories, Inc.<br><br>BetzDearborn, Inc.<br>GE Capital Fleet Services<br>General Electric | GE Healthcare | Closed | Matters Unrelated to the Debtors |
| BlackRock Investment Management LLC<br><br>BlackRock Inc. | Private National Mortgage Acceptance Company, LLC | Former | Matters Unrelated to the Debtors |
| The Blackstone Group | Blackstone Real Estate Special Situations Advisors LLC<br>GSO Capital Partners<br>Park Hill Group, LLC<br>Spectrum Healthcare Resources | Closed<br><br><br>Current<br>Current<br>Closed | Matters Unrelated to the Debtors |
| California Public Employees' Retirement System (CalPERS) Deputy Attorney General of the State of California<br><br>State of California<br>State of California, Board of Equalization<br><br>State of California, Department of General Services | University of California, Berkeley, Human Rights Center | Closed | Matters Unrelated to the Debtors |
| Caspian Capital Partners LP | Mark Weissman | Current | Matters Unrelated to the Debtors |
| Celanese Ltd. | Celanese International Corp. | Current | Matters Unrelated to the Debtors |
| Citadel Equity Fund Ltd<br><br>Citadel Investment Group LLC | Citadel Capital Advisors<br><br>ION Media Networks | Former<br><br>Current | Matters Unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| Citadel Kensington Global Strategies Fund Ltd | Michael J. Hughes | Former | Matters Unrelated to the Debtors |
| Citadel LP | Omnium, LLC | Current | |
| Citadel Wellington LLC | | | |
| Citi Investment Research (US) | Citigroup Global Markets Ltd. | Current | Matters Unrelated to the Debtors |
| Citibank, N.A. | | | |
| Citicorp Dealer Finance | | | |
| Citicorp Del-Lease, Inc. | | | |
| Citigroup | | | |
| Citigroup Financial Products Inc. | | | |
| Citigroup Special | | | |
| Community Distributors, Inc. | Drug Fair Group, Inc. | Closed | Matters Unrelated to the Debtors |
| | F. Dixon McElwee, Jr., as Vice President of Sun Capital Partners | Current | |
| | Gary M. Talarico, as Managing Director of Sun Capital Partners | Current | |
| | Michael T. Gillen, as Managing Director of Sun Capital Partners | Current | |
| | Robert Sunderman | Current | |
| | Ronald Statile | Current | |
| | SCSF Mervyn's (Offshore), Inc. | Current | |
| | SCSF Mervyn's (US), LLC | Current | |
| | Sun Bachrach LLC | Current | |
| | Sun Capital Advisors II, LP | Current | |
| | Sun Capital Advisors III, LP | Current | |
| | Sun Capital Advisors IV, LP | Current | |
| | Sun Capital Advisors, Inc. | Current | |
| | Sun Capital Partners | Current | |
| | Sun Capital Partners II, LP | Current | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| | Sun Capital Partners III QP, LP | Current | |
| | Sun Capital Partners III, LP | Current | |
| | Sun Capital Securities Advisors LP | Current | |
| | Sun Capital Securities Fund, LP | Current | |
| | Sun Capital Securities Offshore Fund, Ltd. | Current | |
| | William Smelas | Current | |
| Conoco, Inc.<br><br>Phillips Petroleum Company | ConocoPhillips Norway | Current | Matters Unrelated to the Debtors |
| Coral Energy<br><br>Equilon Enterprises<br>Shell Chemical Co.<br>Shell Oil Company | Shell Energy North America L.P. | Current | Matters Unrelated to the Debtors |
| Credit Suisse First Boston<br><br>Credit Suisse Securities (USA) LLC<br>CS First Boston<br>Unigard Insurance Co.<br>Winterthur Swiss Ins. Co. | Credit Suisse Group AG | Former | Matters Unrelated to the Debtors |
| Crowell & Moring LLP | Crowell & Moring | Current | Matters Unrelated to the Debtors |
| Eastern Concrete Materials, Inc.<br>Westside Building Materials | U.S. Concrete, Inc. | Current | Matters Unrelated to the Debtors |
| Exxon (Paxon)<br><br>Exxon Chemical Co.<br>Exxon Co. USA<br>Exxonmobil<br>Exxonmobil Global Services Co.<br>Mobil Chemical - | ExxonMobil Oil Corporation | Current | Matters Unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| Beaumont, TX<br>Mobil Chemical Company<br>Mobil Oil Company | | | |
| First National Bank<br><br>Kelts LLC<br><br>Royal Bank of Scotland | Greenwich Capital Financial Products, Inc.<br>Greenwich Capital Markets, Inc.<br>Ira J. Platt<br>RBS Securities, Inc. | Current<br><br>Current<br><br>Current<br>Current | Matters Unrelated to the Debtors |
| First Union<br><br>First Union Bank<br>First Union National<br>Wachovia<br>Wachovia Bank & Trust Company, N.A.<br>Wachovia Bank N.A. | A.G. Edwards & Sons, Inc.<br>Norwest Equity Partners<br>Norwest Venture Partners | Closed<br><br>Closed<br>Current | Matters Unrelated to the Debtors |
| FMR LLC | FMR LLC<br><br>Fidelity Investments | Current<br><br>Current | Matters Unrelated to the Debtors |
| Fortress Investment Group LLC | Joel Katz | Current | Matters Unrelated to the Debtors |
| GoldenTree Asset Management LP | GoldenTree Asset Management UK LLP | Current | Matters Unrelated to the Debtors |
| Goldman Sachs Credit Partners LP<br>Goldman Sachs Lending | Cogentrix of Rocky Mount, Inc.<br>Goldman Sachs & Company<br>GS Capital Partners<br>GS Capital Partners 2000, L.P.<br>GS Capital Partners V, L.P. | Closed<br><br>Closed<br><br>Current<br>Current<br><br>Current | Matters Unrelated to the Debtors |
| Grant Thornton | Grant Thornton LLP | Current | Matters Unrelated to the Debtors |
| Haftpflichtverband | HDI-Gerling Industrie Versicherung AG | Closed | Matters Unrelated to the Debtors |
| KPMG Legal | KPMG Services (Proprietary) Limited | Current | Matters Unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| Lehman | Neuberger Berman Fixed Income LLC | Current | Matters Unrelated to the Debtors |
| Lehman Brothers Inc | LBREP Lakeside SC Master I, LLC | Current | |
| Lehman Commercial Paper Inc. | Lehman Brothers Merchant Banking Partners III L.P. | Current | |
| | Lehman Brothers Merchant Banking Partners IV Europe L.P. | Current | |
| | Lehman Brothers Merchant Banking Partners IV, L.P. | Current | |
| | Lehman Brothers Private Equity Advisers LLC | Current | |
| | Lehman Brothers Real Estate Partners II, LP | Current | |
| | Lehman Brothers Real Estate Pension Partners II, L.P. | Current | |
| | Michael J. Moore | Closed | |
| Macquarie Bank Ltd. | Charter Hall Office Trust | Current | Matters Unrelated to the Debtors |
| | Charter Hall Office US Corporation | Current | |
| | Charter Hall Retail Management Limited | Current | |
| | Macquarie Bank Limited | Former | |
| | Macquarie Capital Funds Inc. | Current | |
| | Macquarie Capital Group Limited | Closed | |
| | Macquarie Capital Markets Canada Ltd. | Closed | |
| | Macquarie Capital USA Inc. | Current | |
| | Macquarie Communications Infrastructure Group | Former | |
| | Macquarie Corporate & Asset Finance | Current | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| | Macquarie DDR Management Limited, as the responsible entity for Macquarie DDR Trust | Former | Matters Unrelated to the Debtors |
| | Macquarie Funds Group | Current | |
| | Macquarie Global Opportunities Partners | Current | |
| | Macquarie Group Limited | Former | |
| | Macquarie Infrastructure Company | Current | |
| | Macquarie Infrastructure Investment Management | Former | |
| | Macquarie Infrastructure Partners II | Current | |
| | Macquarie Infrastructure Partners II International, L.P. | Current | |
| | Macquarie Infrastructure Partners Inc. | Current | |
| | Macquarie Investment Holdings No. 2 Pty Limited | Current | |
| | Macquarie Media Group | Closed | |
| National Casualty Co. of America | Allied Property and Casualty Company | Current | Matters Unrelated to the Debtors |
| | Colonial County Mutual Insurance Company | Current | |
| | Colonial Insurance Company of California | Current | |
| | Colonial Insurance Company of Wisconsin | Current | |
| | Dawn Wolosyzyk | Closed | |
| | Financial Horizons Life Insurance Company | Current | |
| | Greg J. Heidel | Closed | |
| | Isabelle M. Karam | Closed | |
| | Jocelyn Curry | Closed | |
| | Joe Martinez | Closed | |
| | Karam Agency Inc. | Closed | |
| | Marvin B. Robinson | Closed | |

12

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| | Nationwide Advantage Mortgage Company | Current | |
| | Nationwide Agribusiness Insurance Company | Current | |
| | Nationwide Assurance Company | Current | |
| | Nationwide Federal Credit Union | Current | |
| | Nationwide Insurance | Current | |
| | Nationwide Insurance Company of America | Current | |
| | Nationwide Insurance Company of Florida | Current | |
| | Nationwide Insurance Sales Company LLC | Current | |
| | Nationwide Life and Annuity Insurance Company | Current | |
| | Nationwide Securities, LLC | Current | |
| | Nationwide Variable Life Insurance Company | Current | |
| | NGC County Mutual Insurance Company | Current | |
| | Patricia Hatler | Closed | |
| | Stephen S. Rasmussen | Closed | |
| | Wausau Lloyds | Current | |
| | William G. Jugensen | Closed | |
| New York, Corp. Counsel of the City of | New York City Law Department Public Service Program | Current | Matters Unrelated to the Debtors |
| Norfolk Southern Corp.<br><br>The Burlington Northern and Santa Fe Railway Company | Belt Railway Company of Chicago, The | Current | Matters Unrelated to the Debtors |
| Northern Trust Bank<br><br>Northern Trust Company | The Northern Trust Company-Fund of Funds Group | Current | Matters Unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status | Brief Description of Representation |
|---|---|---|---|
| Northern Trust Investments NA | | | |
| Principle Life Insurance Co. | Principal Life Insurance Company<br>Principal Global Investors, LLC | Current<br><br>Current | Matters Unrelated to the Debtors |
| Reilly Industries, Inc.<br><br>Reilly Tar & Chemical Corporation | James TenBroek<br><br>Vertellus Specialties, Inc.<br><br>Wind Point Partners<br>Wind Point Partners II, L.P.<br>Wind Point Partners V, L.P. | Current<br><br>Current<br><br>Current<br>Closed<br><br>Closed | Matters Unrelated to the Debtors |
| Reliant Energy | NRG Dunkirk<br><br>NRG Energy, Inc. | Current<br><br>Current | Matters Unrelated to the Debtors |
| Sandoz Ltd. | Jeffrey Li | Current | Matters Unrelated to the Debtors |
| St. Paul Companies | The Travelers Companies, Inc. | Current | Matters Unrelated to the Debtors |
| Swiss Reinsurance | Swiss Reinsurance Company Ltd. | Current | Matters Unrelated to the Debtors |
| Tony Roma's a/k/a/ Romacorp, Inc. | James D. Coady<br><br>John F. McCormack<br>Paul F. Murphy | Current<br><br>Current<br>Current | Matters Unrelated to the Debtors |
| UBS O'Connor LLC | Joseph F. Scoby<br><br>Max Peckler<br>Paul Scileppi<br>UBS (Bahamas) Ltd.<br>UBS AG<br>UBS Securities LLC | Current<br><br>Current<br>Closed<br>Current<br>Current<br>Current | Matters Unrelated to the Debtors |
| Winston & Strawn | Winston & Strawn LLP | Current | Matters Unrelated to the Debtors |
| World Auxiliary Ins. Corp. Ltd. | Aviva Investors North America, Inc. | Current | Matters Unrelated to the Debtors |
| York Capital Management | York Capital Management | Current | Matters Unrelated to the Debtors |