**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Controls Optimization Project for March 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For Month Ended March 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | | Hourly Bill Rate | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|---|
| Justin Bray | Audit Senior Manager | 8 | Controls Optimization | $ | 355.94 | 2.3 | $ | 818.66 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ | 252.36 | 2.1 | $ | 529.96 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ | 191.75 | 4.4 | $ | 843.70 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ | 181.83 | 3.5 | $ | 636.41 |
| | | | | | | | | |
| Totals | | | | | | 12.3 | $ | 2,828.72 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    0.0    $ 0.00

**Summary of PwC's Fees By Project Category:**
**Controls Optimization Project for March 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity | | |

| | | | |
|---|---|---|---|
| Holders' | | | |
| 08-Employee Benefits/Pension | | | |
| 09-Employee Applications, Applicant | | | |
| 10-Employment Applications, Others | | | |
| 11-Financing | | | |
| 12-Fee Applications, Others | | | |
| 13-Financing | | | |
| 14-Hearings | | | |
| 15-Litigation and Litigation Consulting | | | |
| 16-Plan and Disclosure Statement | | | |
| 17-Relief from Stay Proceedings | | | |
| 18-Tax Issues | | | |
| 19-Tax Litigation | | | |
| 20-Travel- Non-working | | | |
| 21-Valuation | | | |
| 22-ZAI Science Trial | | | |
| 23-ZAI Science Trial-Expenses | | | |
| 24-Other | | | |
| 25-Accounting/Auditing | 12.3 | | $ 2,828.72 |
| 26-Business Analysis | | | |
| 27-Corporate Finance | | | |
| 28-Data Analysis | | | |
| TOTAL: | 12.3 | | $ 2,828.72 |

Expense Summary
Controls Optimization Project for March 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 0.00 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |
| TOTAL: | | $ 0.00 |