# Exhibit - A

**Professional Profiles**
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For Month Ended March 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Justin Bray | Audit Senior Manager | 8 | Controls Optimization | $ 355.94 | 2.3 | $ 818.66 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ 252.36 | 2.1 | $ 529.96 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ 191.75 | 4.4 | $ 843.70 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ 181.83 | 3.5 | $ 636.41 |
| | | | | | | |
| Totals | | | | | 12.3 | $ 2,828.72 |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended March 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |
| **Name: Justin Bray** | | |
| 31-Mar | 2.0 | Meeting with E Bull (Grace), E Henry (Grace), T Smith (PwC), J Newstead (PwC), A Garleb (PwC), P Katsiak (PwC), D Sands (PwC), B Dockman (Grace), S Scarlis (Grace) |
| 31-Mar | 0.3 | Meeting with P Katsiak (PwC) to discuss the plan of actions and documentation approach. |
| | **2.3** | **Total Grace Controls Project Hours** |

**W. R. Grace & Co.**
**Time Summary Report - Controls Optimization Project**
**For Month Ended March 31, 2010**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |
| **Name: Brett Czajkowski** | | |
| 31-Mar | 4.4 | Automated SAP controls rationalization review for various business process cycles, including revenue and receivables and purchase to payables |
| | **4.4** | **Total Grace Controls Project Hours** |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended March 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |
| **Name: Alison Garleb** | | |
| 31-Mar | 2.1 | Attend internal controls kick off meeting with PwC and Grace |
| | **2.1** | **Total Grace Controls Project Hours** |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For Month Ended March 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 31-Mar | 1.7 | Controls Optimization Project (COP) kick-off meeting. Present from PwC: J. Newstead, T. Smith, A. Garleb, D. Sands; from Grace: E. Henry, E. Bull |
| 31-Mar | 0.5 | Meeting with PwC team to regroup and discuss the plan of actions and documentation approach |
| 31-Mar | 1.3 | Performing analysis of the controls matrices to determine redundant controls |
| | **3.5** | **Total Grace Controls Project Hours** |