**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**Controls Optimization Project for April and May 2010**

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 10+ | Controls Optimization | $ 578.55 | 12.8 | $ 7,405.44 |
| David C Sands | Director | 8 | Controls Optimization | $ 366.97 | 27.1 | $ 9,944.89 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ 260.07 | 16.1 | $ 4,187.13 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ 197.26 | 1.9 | $ 374.79 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ 187.34 | 26.5 | $ 4,964.51 |
| Totals | | | | | 84.4 | $ 26,876.76 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 0.0 | $ 0.00 |

**Summary of PwC's Fees By Project Category:**
**Controls Optimization Project for April and May 2010**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |

| | | |
|---|---|---|
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | 84.4 | $ 26,876.76 |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 84.4 | $ 26,876.76 |

Expense Summary
Controls Optimization Project for April and May 2010

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 374.50 |
| Lodging | N/A | $ 0.00 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 0.00 |
| TOTAL: | | $ 374.50 |