# Exhibit - A

Professional Profiles
W.R. Grace & Co. Time Tracking - Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 10+ | Controls Optimization | $ 578.55 | 12.8 | $ 7,405.44 |
| David C Sands | Director | 8 | Controls Optimization | $ 366.97 | 27.1 | $ 9,944.89 |
| Alison Nicole Garleb | Audit Manager | 6 | Controls Optimization | $ 260.07 | 16.1 | $ 4,187.13 |
| Brett Czajkowski | Audit Senior Associate | 4 | Controls Optimization | $ 197.26 | 1.9 | $ 374.79 |
| Pavel Katsiak | Audit Senior Associate | 3 | Controls Optimization | $ 187.34 | 26.5 | $ 4,964.51 |
|  |  |  |  |  |  |  |
| Totals |  |  |  |  | 84.4 | $ 26,876.76 |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |
| Name: John Newstead | | |
| 28-Apr | 1.0 | Planning and discuss approach with the team and client |
| 30-Apr | 6.0 | Planning and discuss approach with the team and client |
| 3-May | 0.4 | Review of progress through working papers. |
| 4-May | 0.5 | Review of progress through working papers. |
| 5-May | 0.6 | Review of progress through working papers. |
| 12-May | 1.0 | Review of progress through working papers. |
| 14-May | 0.5 | Review of progress through working papers. |
| 17-May | 1.3 | Review of progress through working papers. |
| 20-May | 1.0 | Review of progress through working papers. |
| 24-May | 0.5 | Review of progress through working papers. |
| | **12.8** | **Total Grace Controls Project Hours** |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |
| **Name: David Sands** | | |
| 2-Apr | 0.5 | Call with PwC team to discuss the plan for Controls Optimization Project. Present: A. Garleb, T. Smith and P. Katsiak - all PwC |
| 2-Apr | 2.6 | Meeting with E. Henry (Grace) to discuss approach to rationalization |
| 5-Apr | 1.7 | Meeting with E. Henry (Grace) and P. Katsiak (PwC) to discuss the progress on the controls project and define expectations |
| 7-Apr | 1.1 | Review of controls |
| 8-Apr | 1.8 | Meeting with E. Henry (Grace) to discuss control review |
| 12-Apr | 1.4 | Meeting with E. Henry (Grace) to discuss control review |
| 9-Apr | 2.0 | Status meeting with Internal Audit to discuss the progress on the Controls Optimization Project. Present from Grace: E. Henry, G. Arnold, from PwC: A. Garleb, P. Katsiak |
| 15-Apr | 3.5 | Review of rationalization progress and meeting with E. Henry and G. Arnold (Grace) |
| 16-Apr | 2.0 | Meeting with Internal Audit to discuss the documentation approach and results to be reported to the Audit Committee. Present from Grace: E. Henry and E. Bull, from PwC: P. Katsiak, A. Garleb |
| 20-Apr | 1.9 | Meeting with Internal Audit to discuss controls rationalization principles and risk assessment concepts. Present from Grace: E. Henry, G. Arnold, from PwC: P. Katsiak, |
| 22-Apr | 0.6 | Meeting with PwC to discuss the various materials to be used with Grace as a part of the Controls Optimization Project project |
| 28-Apr | 0.5 | Call with Grace to discuss Business Performance review. Present from Grace: T. Dyer, E. Henry, from PwC A. Garleb and P. Katsiak |
| 17-May | 1.9 | Meeting with Internal Audit to discuss outstanding questions. Present from Grace: E. Henry and G. Arnold, from PwC: A. Garleb, P. Katsiak |
| 19-May | 5.6 | Meetings with Internal Audit, E.Henry (Grace) and G. Arnold (Grace) and review of control rationalization progress |

**27.1** Total Grace Controls Project Hours

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |
| **Name: Alison Garleb** | | |
| 2-Apr | 0.5 | Plan for controls project |
| 5-Apr | 0.5 | Review internal controls documents |
| 5-Apr | 1.5 | Attend internal controls meeting with E. Henry and G. Arnold (both Grace) and D. Sands and P. Katsiak (both PwC) |
| 5-Apr | 0.3 | Discuss internal controls with D. Sands and P. Katsiak (both PwC) |
| 7-Apr | 0.8 | Discuss Philippines Shared Services with PwC and Grace Internal Audit |
| 8-Apr | 1.5 | Attend Philippines Shared Services meeting with PwC, Grace management, and Grace Internal Audit |
| 8-Apr | 0.3 | Review internal controls documents |
| 9-Apr | 0.5 | Prepare for internal controls meeting |
| 9-Apr | 1.8 | Attend internal controls meeting with E. Henry and G. Arnold (both Grace) and D. Sands and P. Katsiak (both PwC) |
| 20-Apr | 1.7 | Attend internal controls status meeting with E. Bull, E. Henry and G. Arnold (both Grace) and D. Sands and P. Katsiak (both PwC) |
| 22-Apr | 1.8 | Attend internal controls meeting with E. Henry and G. Arnold (both Grace) and D. Sands and P. Katsiak (both PwC) |
| 28-Apr | 0.2 | Review internal controls documents |
| 28-Apr | 0.5 | Discuss internal controls with D. Sands and P. Katsiak (both PwC) |
| 30-Apr | 0.6 | Review internal controls documents |
| 13-May | 0.2 | Discuss internal controls with D. Sands and P. Katsiak (both PwC) |
| 13-May | 0.7 | Attend internal controls meeting with E. Henry and G. Arnold (both Grace) and D. Sands (both PwC) |
| 17-May | 0.3 | Discuss internal controls with P. Katsiak (both PwC) |
| 17-May | 2.4 | Attend internal controls meeting with E. Henry and G. Arnold (both Grace) and D. Sands and P. Katsiak (both PwC) |
| | **16.1** | **Total Grace Controls Project Hours** |

**W. R. Grace & Co.**
**Time Summary Report - Controls Optimization Project**
**For the Period April 1, 2010 to May 31, 2010**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **CONTROLS OPTIMIZATION PROJECT TIME INCURRED** | | |
| **Name: Brett Czajkowski** | | |
| 28-Apr | 0.7 | Business Performance Review meeting with T. Dyer (Grace), M. Joy (Grace), M. Dunbar (Grace), A. Shenbhag (Grace), A. Garleb (PwC), E. Calfo (PwC), D. Sands (PwC) |
| 28-Apr | 0.7 | Review of Business Planning and Consolidation documents |
| 28-Apr | 0.5 | Review of Internal Controls Optimization Information Technology General Controls |
| | **1.9** | **Total Grace Controls Project Hours** |

W. R. Grace & Co.
Time Summary Report - Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

**CONTROLS OPTIMIZATION PROJECT TIME INCURRED**

Name: Pavel Katsiak

| Date | Hours | Description of Services Provided |
|---|---|---|
| 2-Apr | 0.5 | Call with PwC team to discuss the plan for Controls Optimization Project. Present: A. Garleb, T. Smith and D. Sands - all PwC |
| 5-Apr | 1.7 | Meeting with E. Henry (Grace) to discuss the progress on the controls project and define expectations |
| 5-Apr | 0.8 | Performing analysis of the controls matrices to determine redundant controls |
| 6-Apr | 1.5 | Performing analysis of the controls matrices to determine redundant controls |
| 9-Apr | 2.0 | Status meeting with Internal Audit to discuss the progress on the Controls Optimization Project. Present from Grace: E. Henry, G. Arnold, from PwC: A. Garleb, D. Sands |
| 12-Apr | 2.0 | Performing analysis of the controls matrices to determine non-SOX controls |
| 13-Apr | 2.0 | Meeting with Internal Audit to discuss the progress on the Controls Optimization Project. Present from Grace: E. Henry and G. Arnold |
| 16-Apr | 2.0 | Meeting with Internal Audit to discuss the documentation approach and results to be reported to the Audit Committee. Present from Grace: E. Henry and E. Bull, from PwC: P. Katsiak, D. Sands, A. Garleb |
| 16-Apr | 0.5 | Reviewing the summary prepared by Internal Audit to be reported to the Audit Committee |
| 20-Apr | 1.9 | Meeting with Internal Audit to discuss controls rationalization principles and risk assessment concepts. Present from Grace: E. Henry, G. Arnold, from PwC: P. Katsiak, D. Sands |
| 20-Apr | 0.6 | Call with PwC to discuss the various materials to be distributed to Grace as a part of the Controls Optimization Project project |
| 22-Apr | 2.0 | Updating the documentation spreadsheets with the results of the controls rationalization |
| 28-Apr | 0.5 | Call with Grace to discuss Business Performance review. Present from Grace: T. Dyer, E. Henry, from PwC A. Garleb and D. Sands |
| 7-May | 1.5 | Meeting with J. Bahonich (Grace) to discuss business performance review for fixed assets process |
| 10-May | 1.5 | Documenting review of the Business Performance Review (as a part of Controls Optimization Project) |
| 17-May | 1.1 | Meeting with A. Garleb (PwC) to discuss her comments on the controls listings |
| 17-May | 1.9 | Meeting with IA to discuss outstanding questions. Present from Grace: E. Henry and G. Arnold, from PwC: A. Garleb, D. Sands |
| 18-May | 0.5 | Reviewing questions on controls from A. Garleb (PwC) |
| 24-May | 1.0 | Catching up with Internal Audit to discuss outstanding work for the Controls Optimization Project |
| 25-May | 0.5 | Updating PwC documentation of the Controls Optimization Project results |
| 26-May | 0.5 | Updating PwC documentation of the Controls Optimization Project results |
| | **26.5** | **Total Grace Controls Project Hours** |