# Exhibit - B

**W.R. Grace & Co. Expense Detail**
**Controls Optimization Project**
**For the Period April 1, 2010 to May 31, 2010**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Brett Czajkowski | Controls Project | 4/28/10 | $ 24.50 | | | | Mileage (85 miles - 36 miles normal commute = 49 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| David Sands | Controls Project | 4/5/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/7/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/8/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/12/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/15/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/16/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/20/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/22/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 4/28/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | Controls Project | 5/17/10 | $ 35.00 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 374.50 | $ 374.50 | $ - | $ - | $ - | |

W.R. Grace & Co. Expense Detail
Controls Optimization Project
For the Period April 1, 2010 to May 31, 2010

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Brett Czajkowski | 4/28/10 | Audit Senior Associate | $ 24.50 | Mileage (85 miles - 36 miles normal commute = 49 miles *$0.50/mile) in addition to standard commute to PwC office in McLean, VA. |
| David Sands | 4/5/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/7/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/8/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/12/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/15/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/16/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/20/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/22/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 4/28/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |
| | 5/17/10 | Director | $ 35.00 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.50 = $35 |

Summary

Total  $ 374.50