# EXHIBIT 3

# GRACE

Grace Specialty Vermiculite
Eric Moeller
833 A Piedmont Ave. NE
Atlanta, GA 30308

Phone/FAX 404.607.9962
Eric.M.Moeller@Grace.com

9 PAGES

August 8, 1999

*** Sent Via FAX ***

To: Mr. Anthony Buonaiuto (Neutocrete) 203-740-8844
From: Eric Moeller

Re: Labels for Private Packaging

Thanks for your patience Tony. Attached is the Health & Safety wording that Grace recommends be placed on your packaging. Obviously the Limited Warranty and Label Spec is Grace's and should be removed, but you may find the wording useful for Neutocrete.

In addition to the Health & Safety wording the package must have the name and address of your company and a net weight (required by DOT). Since we are still developing the packaging you may wish to include a space for this but leave it blank initially (for the final packaging we can add this at that time).

This will allow you to ship the material to all states EXCEPT New Jersey (which requires a specific list of ingredients be on each package, and California, which has a whole host of issues). It is recommended that when you ship into those states a secondary label can be added with the state specific wording.

Finally, since Grace is acting as a toll manufacturer, Neutocrete will have to develop their own MSDS (Material Safety Data Sheet) for their product. I have taken the liberty of enclosing the MSDS for Grace's ProBase®. Since the new formulations will be simply modifications of this basic formula you can use this as you base model, replacing Grace's name, address and contact information with your own name. If you, or Eric should have any questions on this please call me.

I will be back in the office on Tuesday, and I will call you then.

Regards,

MSDS PREPARED BY: Environmental Health Dept.-Grace Construction Products

W.R.Grace & Co.-Conn.
62 Whittemore Ave.
Cambridge, MA 02140

W. R. Grace & Co. of Canada Ltd.
294 Clements Rd. West
Ajax, Ontario, L1S 3C6

Telephone Number for Information and Emergency Response

In USA: (617) 876-1400
In Canada: (905) 683-8561

**MSDS Number: Z-01402 000USA Cancels MSDS # Z-01324 Date: 10/30/1995**

## SECTION 1 - PRODUCT IDENTIFICATION

| | |
|---|---|
| **Trade Names and Synonyms:** (SEE SECTION 12 FOR ADDITIONAL PRODUCT IDENTIFICATION) | PROBASE® POOL LINER PREMIX |
| Chemical Names and Family: | Cementitious Mixture |
| Product Use: | Poolbase |
| Formula: | Blend of Portland Cement and Vermiculite |
| CAS# (Chemical Abstract Service): | MIXTURE-NA |

**Transportation Hazard Classification**

| United States DOT | | Canadian Regulations |
|---|---|---|
| PROPER SHIPPING NAME: | Not Applicable | TDG CLASS: Nonhazardous |
| HAZARD CLASS: | Nonhazardous | |
| IDENTIFICATION #: | Not Applicable | |
| LABEL(s) REQUIRED: | Not Applicable | |

Surface Freight Classification: Wall Plaster

NPCA-HMIS Hazard Index:

- o Health: 2 *
- o Flammability: 0
- o Reactivity: 0
- o Personal Protection: B,E (See Section 8)

## SECTION 2 - HAZARDOUS INGREDIENTS/IDENTITY INFORMATION

| INGREDIENT (Chemical Name, CAS#, & Common Name) | % By Wt. | TOXICITY DATA: $LD_{50}$ & $LC_{50}$ (See Section IX for Exposure Limits) |
|---|---|---|
| Portland Cement CAS# 65997-15-1 | ~60% | No Data |

## SECTION 3 - PHYSICAL DATA/CHEMICAL CHARACTERISTICS

Boiling Point: Not Applicable

Specific Gravity($H_2O$=1) Not Applicable

Vapor Pressure (mm Hg.) Not Applicable

% Volatiles Not Applicable

Vapor Density(AIR = 1) Not Applicable

Evaporation Rate (Butyl Acetate = 1) Not Applicable

Solubility in Water: Slight

pH 11 - 13 for Portland Cement

Bulk Density (#/cu. ft): 22 - 24

Appearance and Odor: Coarse, free flowing grey powder, no odor.

Odor Threshold:
Not Applicable

## SECTION 4 - FIRE AND EXPLOSION HAZARD DATA

Flash Point: Not Applicable
Method Used: Not Applicable

Flammable Limits:
LEL NA UEL NA

N.F.P.A. Rating: Not Applicable

Extinguishing Media

Not Applicable

Special Fire Fighting Procedures
None

Unusual Fire and Explosion Hazards
None Known

## SECTION 5 - REACTIVITY DATA

Stable under normal conditions (yes or no): YES

Conditions or Materials to avoid (which may react or cause instability):
None Known

Hazardous Decomposition or Byproducts:
None Known

Hazardous Polymerization
Will not occur

Conditions to Avoid:
None Known

## SECTION 6 - HEALTH HAZARD DATA & TOXICOLOGICAL PROPERTIES

Routes of Exposure:

Inhalation:

Exposure to excessive airborne dust may cause moderate irritation to the respiratory system resulting in severe coughing and sneezing, shortness of breath and wheezing or bronchitis; it may also aggravate chronic respiratory conditions such as asthma or bronchitis.

Skin and Eye:

May cause acute and/or chronic irritation of eyes, and skin. Exposure to SKIN may produce "Cement Dermatitis" which is usually due to the alkaline and abrasive properties of cement dust and which can involve whole surface areas of the body. In a small proportion of persons, cement may cause burns without much warning since little heat is sensed, and especially if skin or product is wet.

Ingestion:

If swallowed, may cause irritation or burns to the linings of the mouth, esophagus and stomach.

Carcinogenicity According to NTP, IARC and OSHA:

Not Applicable (See Section 8 for information regarding Quartz.)

## SECTION 7 - EMERGENCY AND FIRST AID PROCEDURES

In case of EYE contact, immediately flush eyes with plenty of water for at least 15 minutes while holding eyelids apart. See a physician.

If INHALED, get fresh air immediately. If symptoms occur and persist, consult a physician.

In case of SKIN contact, flush immediately with plenty of water and dry thoroughly. After each work shift workers should shower with soap and water. Work clothing should be changed daily.

If SWALLOWED, give large volumes of water or milk to drink for dilution effect and induce vomiting by sticking finger down throat. Get medical attention. Never give anything by mouth to an unconscious person.

## SECTION 8 - PREVENTIVE & CONTROL MEASURES

Warning Statements:
WARNING! MAY CAUSE IRRITATION.

... Contains Portland Cement CAS# 65997-15-1, Vermiculite CAS# 1318-00-9 and other associated minerals including Quartz CAS# 14808-60-7. (See information in Work Hygienic Practices Section of MSDS for additional information.)
... Inhalation of Portland Cement Dust may cause severe coughing and sneezing and result in temporary breathing difficulties. May aggravate chronic respiratory conditions such as asthma or bronchitis. Repeated inhalation may cause long-term and/or delayed lung injury.
... Cement is irritating to eyes and skin when wet or dry. May cause alkali burns resulting in damage to skin and eyes.

Precautionary Measures:
... Avoid creating dust.
... Equip mixers with dust covers.
... Provide adequate ventilation and respiratory protection.
... Avoid contact with eyes and skin.
... Wear skin and eye protection if contact with dry or wet material is expected.

Respiratory Protection:
Wear a NIOSH-approved dust mask (Type TC-21C-XXX) to prevent exposure above the limits specified in Section 9.

Ventilation:

| | |
|---|---|
| Local Exhaust: | Not generally required, but should be used where available. |
| Mechanical: | Not generally required, but should be used where available. |
| Special: | Not Applicable |
| Other: | Not Applicable |

Skin Protection:
Work gloves, barrier creams and boots to prevent irritation or drying of skin.

Eye Protection:
Safety goggles are required where exposure to excessive dust, wet or dry material is likely.

Other Protective Clothing or Equipment:
Normal work clothing.

## SECTION 8 – PREVENTIVE & CONTROL MEASURES CONTINUED

Work/Hygienic Practices:

Quartz: Section 8 of this MSDS indicates that this product can contain quartz (Crystalline Silica). Quartz is a naturally occurring mineral that is commonly contained in materials that are mined from the earth's surface such as sand, limestone, clay and gypsum. Quartz is represented by the combined fractions of non-respirable sized particles and of respirable sized particles (less than ten microns in aerodynamic diameter).

Respirable sized quartz has been tied to more serious health effects (silicosis and lung cancer). Grace has not been able to detect any respirable sized quartz in the Vermiculite Component of ProBase® Pool Liner Premix based on industrial hygiene sampling of workers at Grace production facilities where high volumes of Vermiculite are produced and handled.

In addition a wet sieving analysis combined with x-ray diffractometry has been conducted on Vermiculite. Results indicate that respirable quartz is not present above the 0.1% by weight limit established by the Occupational Safety and Health Administration (OSHA) for carcinogens and in fact is below the limits of detection for the analysis. OSHA states that if the hazardous substance is contained in the product below 0.1% by weight and if exposures do not exceed permissible exposure limits then the hazards do not apply. Results of monitoring and analysis are available upon request.

1311f

## SECTION 9 - HAZARDOUS INGREDIENTS EXPOSURE LIMITS - U.S. Only

| INGREDIENT: | Exposure Limits OSHA | ACGIH | OTHER |
|---|---|---|---|
| PORTLAND CEMENT (TOTAL) CAS# 65997-15-1 | PEL/TWA: 10mg/m 3 | TLV/TWA: 10mg/m 3 | ----- |
| PORTLAND CEMENT(RESPIR) CAS# 65997-15-1 | PEL/TWA: 5mg/m 3 | ----- | ----- |
| RESPIRABLE DUST* CAS# NA | 5 mg/m 3 TWA | ---- | ---- |
| TOTAL DUST* CAS# NA | 15 mg/m 3 TWA | TLV/TWA: 10 mg/m 3 | None Established |

## SECTION 10 - SPILL & DISPOSAL INFORMATION - U.S. Only

Observe precautions noted above. Remove material for disposal. Discard empty packaging promptly. Avoid excessive handling of empty packaging which may result in unnecessary release of airborne particulates.

Waste of this product is not defined as hazardous according to the US EPA (40 CFR 261.3). Dispose of waste in accordance with applicable regulations.

**SECTION 11 - GOVERNMENT REPORTING INFORMATION - U. S. Only**

SARA Title III Reporting Information
Tier I & II Hazard Categories: DELAYED (CHRONIC) HEALTH
IMMEDIATE (ACUTE) HEALTH

Contains Extremely Hazardous-SARA III Section 302 Ingredient: NO
Comments:

Contains Toxic Chemical Release-SARA III Section 313 Ingredient: NO
Comments:

Other Government Reporting Requirements:

Non-Hazardous Ingredient Disclosure:
Vermiculite CAS# 1318-00-9

**SECTION 12 - PRODUCT IDENTIFICATION/TRADENAME ADDENDUM**

The information contained in this Material Safety Data Sheet is applicable to the following products:
ProBase® Pool Liner Premix

"THE DATA INCLUDED HEREIN ARE PRESENTED ACCORDING TO W. R. GRACE & CO.-CONN's PRACTICES CURRENT AT THE TIME OF PREPARATION HEREOF, ARE MADE AVAILABLE SOLELY FOR THE CONSIDERATION, INVESTIGATION AND VERIFICATION OF THE ORIGINAL RECIPIENTS HEREOF AND DO NOT CONSTITUTE A REPRESENTATION OR WARRANTY FOR WHICH GRACE ASSUMES LEGAL RESPONSIBILITY. IT IS THE RESPONSIBILITY OF A RECIPIENT OF THIS DATA TO REMAIN CURRENTLY INFORMED ON CHEMICAL HAZARD INFORMATION, TO DESIGN AND UPDATE ITS OWN PROGRAM AND TO COMPLY WITH ALL NATIONAL, FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS APPLICABLE TO SAFETY, OCCUPATIONAL HEALTH, RIGHT-TO-KNOW AND ENVIRONMENTAL PROTECTION."

[illegible]

40 [illegible] BAG [illegible] MONTHS

[illegible]

[illegible] NEW [illegible]

[illegible] GEOFF