# EXHIBIT 5



NEUTOCRETE PRODUCTS, INC.
564 Danbury Road
New Milford, CT 06776

1-800-799-9997

SAFETY INSTRUCTIONS- Read Before Use
Please refer to MSDS for additional information,

**WARNING! IRRITANT**
**READ SAFETY INSTRUCTIONS, REAR PANEL BEFORE USING**
**D.O.T. NONHAZARDOUS MATERIAL**

Net Weight 42 Lbs.

FPO

NOTE: this proof is     accurate for . . .