# EXHIBIT 6

## Anthony Buonaiuto

**From:** Eric.M.Moeller@grace.com
**Sent:** Wednesday, August 15, 2001 3:48 PM
**To:** johnb@neutocrete.com; David.G.Pickering@grace.com
**Cc:** anthonyb@neutocrete.com
**Subject:** RE: Grace Deliveries

By delivery problems I assume that you mean the differences in pallet heights - everything else looks OK. We noted this at our meeting in Massachusetts, and we are going through a lively discussion internally at Grace about if/how it could be corrected. As I noted it has to do with bulk density, rather than a shortage of material. The bags are all weighed and you are receiving the proper amount of material with the correct formulation.

However, because vermiculite is a naturally occurring mineral there are differences in the bulk density of the expanded product. Normally, because we fill bags by volume, rather than weight, this difference is immaterial to the end user. However, in your case the density is having an effect on the water pickup in the mixer.

This is not an easy problem to solve, but we are working on it. Please provide us with feedback if you see the problem changing (getting better OR worse) in the next couple of months.

David, please add this e-mail chain to the previous Field Report.

Regards, ERIC



-----Original Message-----
From: johnb@neutocrete.com [mailto:johnb@neutocrete.com]
Sent: Wednesday, August 15, 2001 3:37 PM
To: Pickering, David G.; Moeller, Eric M.
Cc: anthonyb@neutocrete.com
Subject: Grace Deliveries


Dave and Eric,

We are still experiencing some of the same delivery problems we had in the
past. Please see the attached photos from our last delivery in Massachusetts
(8/5/01).

Thanks.
John Beliveau

1

**Anthony Buonaiuto**

| | |
|---|---|
| From: | John Beliveau [johnb@neutocrete.com] |
| Sent: | Wednesday, August 15, 2001 3:37 PM |
| To: | David G. Pickering; Eric M. Moeller |
| Cc: | Anthony Buonaiuto |
| Subject: | Grace Deliveries |

 

Delivery080501.jpg    Delivery080501a.jpg

Dave and Eric,

We are still experiencing some of the same delivery problems we had in the past. Please see the attached photos from our last delivery in Massachusetts (8/5/01).

Thanks,
John Beliveau <<Delivery080501.jpg>>   <<Delivery080501a.jpg>>

1

