# EXHIBIT 8

# GRACE
# FAX

Specialty Vermiculite

| Date | January 30, 2001 |
| Number of pages including cover sheet | 3 |

TO: Mr. Frank Buonaiuto
Neutocrete

FROM: David G. Pickering
W. R. Grace & Co.
62 Whittemore Ave.
Cambridge, MA 02140

Phone     (860) 354-8500
Fax Phone (860) 354-6501

Phone     617-498-4891
Fax Phone 617-547-7663
email     david.g.pickering@grace.com

CC:

REMARKS:   ☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please Comment

Dear Frank,

Attached is a copy of the field report I submitted regarding the problems that you have been seeing recently with cracking and bag weight variations. Included in the report is the plant manager's initial response regarding the bag weight variation. I am still waiting for a response regarding quality control on the mixing/blending operation. Once I get a response I will let you know.

For now, we will leave the formulation unchanged, and work on making sure that we are supplying you with a consistent product. If it appears that the current formula is not working as desired, then we can go back and work on adjusting the formula.

Also, as we discussed, if you have any installations or repairs that will be going on in the Massachusetts or Northern Connecticut area, please let me know, as I would like to get out to a job site to see what is going on.

You and John had also expressed interest in visiting our plant, with a potential time frame of early March. Is this still something that you are interested in? We can certainly arrange for a visit, but I would like to have some advance notice so that Eric and/or I can be down there with you.

Sincerely,

David G. Pickering
Technical Sales Representative

Confidentiality Notice

The information contained in this facsimile message is legally privileged and confidential information intended only for the individual(s) named above. If the reader of this message is not the intended recipients(s), you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United states postal Service. Thank you.

# GRACE — SPECIALTY VERMICULITE FIELD REPORT

Revised 6/00

## TO BE COMPLETED BY ORIGINATOR

| Field | Value |
|---|---|
| Date: | 01/26/2001 |
| Originator: | D. Pickering |
| Product: | Neutocrete |
| Company Name: | Neutocrete |
| Company Address: | 564 Danbury Rd, New Milford, CT 06776 |
| Phone Number: | 860-354-8500 |
| Contact: | Mr. Frank Buonaiuto |

**Statement of Problem:** Seeing variation in bag weights. This is a weighed product that should be 40 lbs. They weighed 6 bags on 1 pallet and found the weights shown below. They will be weighing more bags in the future, and have asked them to pass on any information that they get to me. I will then forward it to the plant.

| Bag | Lot # | Weight |
|---|---|---|
| 1 | K05A12 | 30 lbs |
| 2 | K16A12 | 40 lbs |
| 3 | K05A11 | 42 lbs |
| 4 | K05A11 | 30 lbs |
| 5 | K05A11 | 25 lbs |
| 6 | K05A11 | 30 lbs |

Neutocrete is also experiencing cracking problems, and also seeing instances where the product (once put in place) is very weak and crumbly. This (along with the low weights) would seem to suggest that not enough cement is present in these bags.

| Field | Value |
|---|---|
| Lot Numbers: | |
| # of Units Affected: | |
| Grace Plant of Origin: | Kearney |
| Non-Standard Conditions (If Any): | |
| Customer Expectations (If Any): | Bags should contain 40 pounds of material with proper cement and vermiculite content. |
| Originators Recommended Action: | Check blending operation to make sure proper formula is being used, and that the mixing procedure is being carried out correctly to produce a uniform product. Make sure that the bag weights are within specifications. |

## TO BE COMPLETED BY THE REPORT ADMINISTRATOR

| Position | Name | Action | FYI |
|---|---|---|---|
| | | | X |
| Originator | D. Pickering | | X |
| General Manager | Bartlett | | X |
| Sales & Marketing Manager | Moeller | | X |
| Director of Manufacturing | Anderson | | X |
| Mine Manager | Munyan | | X |
| Mill Manager | Banning | | |
| Kearney Plant Manager | Mercer | See David's recommendations above. Likely cause for the problems? Preventable? (by February 5th) | X |
| Pompano Plant Manager | Powling | | X |
| Ajax Plant Manger | Blackmore | | X |
| Edmonton Plant Manager | Iwaniak | | X |
| Winnipeg Plant Manager | Znack | | X |
| Phoenix Plant Manager | Perez | | |

| | | | X |
|---|---|---|---|
| Microlite Plant Manager | Killian | | |
| Other | | | |

**Initial Review/Action Requested:**

| Estimated Time to Complete Initial Review/Action | 2 weeks | |
|---|---|---|

TO BE COMPLETED BY THE REPORT ADMINISTRATOR

**Action Investigator Comments:** Information per Ron Mercer:
This product is packaged on a valve-pack line. The system incorporates a scale that automatically shuts down the packer when the package reaches a target weight. One bag from each pallet is weighed on a second scale to provide a cross check on the automatic weight system. This data does not indicate any error in the weigh system. Additionally, during the shipping process each pallet is weighed as it is loaded. The data from the load in question is listed in the following table.

| Lot Number | Pallet Number | Gross Weight | Calculated Average Bag Weight With 50 Pound Pallet |
|---|---|---|---|
| K05A11 | 13 | 2623 | 42.9 |
| K08A12 | 11 | 2520 | 41.2 |
| K05A11 | 10 | 2509 | 41.0 |
| K05A11 | 11 | 2605 | 42.6 |
| K08A12 | 2 | 2592 | 42.4 |
| K05A11 | 12 | 2438 | 39.8 |
| K05A01 | 4 | 2564 | 41.9 |
| K08A12 | 12 | 2529 | 41.3 |
| K08A12 | 14 | 2567 | 42.0 |
| K05A01 | 9 | 2567 | 42.0 |
| K05A01 | 8 | 2521 | 41.2 |
| K05A01 | 6 | 2576 | 42.1 |
| K05A01 | 7 | 2543 | 41.6 |
| K09A13 | 10 | 2597 | 42.5 |
| K09A13 | 9 | 2575 | 42.1 |
| K09A11 | 4 | 2508 | 41.0 |

This data indicates one pallet may have been slightly below the 40 to 44 pound product weight limit. However, it may just be a pallet that weighed less than the average 50 pounds. Either way, nothing indicates bag weights in the 25 to 30 pound range that the customer is reporting.
To increase the resolution of my data and possibly provide some answer to this problem, I will begin crosschecking weights on each 10th bag. This will give me 6 crosschecks per pallet.

**Conclusion:**

| Problem Source | | Comments |
|---|---|---|
| Manufacturing Execution | | |
| Raw Material QC | | |
| R&D/Product Design | | |
| Field or Application Related | | |
| Marketing | | |
| None | | |
| In-Conclusive | | |
| Other | | |