# EXHIBIT 9

# GRACE
# FAX

Specialty Vermiculite

| **Date** | *February 14, 2001* |
|---|---|
| *Number of pages including cover sheet* | 2 |

**TO:**  Mr. Frank Buonaiuto
Neutocrete

**FROM:**  David G. Pickering
W. R. Grace & Co.
62 Whittemore Ave.
Cambridge, MA  02140

**Phone**  (860) 354-8500
**Fax Phone**  (860) 354-6501

**Phone**  617-498-4891
**Fax Phone**  617-547-7663
**email**  david.g.pickering@grace.com

**CC:**  John Bellevoe

**REMARKS:**  ☐ Urgent   ☒ *For your review*   ☐ *Reply ASAP*   ☒ *Please Comment*

Dear Frank,

I have some additional information from our plant regarding the bag weights that I wanted to get to you before our meeting on Friday. We are actively looking at this issue so that we can get it straightened out. Hopefully we will be able to get some resolution after our meeting on Friday.

Our plant reweighed the 490 bags Neutocrete product in inventory. The mean bag weight was right on the money at 42.7 pounds. This explains why our procedure of weighing the pallets as a double check did not detect any problems. The weights have a nice normal distribution but the curve is slightly wider than our target specifications. I found 4% of the bags weighed less than the 40.5 single bag minimum (actual minimum value found was 38.4 pounds) and 9% weighed over the 44.0 pound single bag maximum target (actual maximum value found was 48.6 pounds). For reference I have attached the actual statistics. For remediation of the problem our plant will have the packer rebuilt (very simple equipment two pivot points, two fulcrums, one counter weight) and we will weigh every bag until we can determine the actual equipment capability. This will allow us to determine if the machine is actually capable of operating 100% within the weight specification. We will have more comprehensive data available when we run this product again.

Sincerely,

David G. Pickering
Technical Sales Representative

## Confidentiality Notice

The information contained in this facsimile message is legally privileged and confidential information intended only for the individual(s) named above. If the reader of this message is not the intended recipients(s), you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United states postal Service. Thank you.

## Descriptive Statistics





95% Confidence Interval for Mu

42.58        42.68        42.78        42.88

95% Confidence Interval for Median

### Variable: BAG WT

Anderson-Darling Normality Test

| | |
|---|---|
| A-Squared: | 1.149 |
| P-Value: | 0.005 |
| | |
| Mean | 42.7348 |
| StDev | 1.4374 |
| Variance | 2.06605 |
| Skewness | 0.289963 |
| Kurtosis | 1.24258 |
| N | 490 |
| | |
| Minimum | 39.4000 |
| 1st Quartile | 41.8000 |
| Median | 42.7000 |
| 3rd Quartile | 43.8250 |
| Maximum | 48.8000 |

95% Confidence Interval for Mu

42.6072        42.8624

95% Confidence Interval for Sigma

1.3527        1.5335

95% Confidence Interval for Median

42.6000        42.8000