# EXHIBIT 11

# GRACE

Grace Construction Products
W.R. Grace & Co. - Conn.
62 Whittemore Avenue
CAMBRIDGE MA  02140

Phone : 617-498-4963
Fax   : 617-498-4323

# INVOICE

90423679
06/09/1999

Your order no.
 ANTHONY
 06/03/1999

Invoice To

FTF CRAWLSPACE
67 FEDERAL ROAD  BLDG B SUITE A
BROOKFIELD, CT   06804

| Our order no. | | Office/Group |
|---|---|---|
| 723958 | 06/04/1999 | 857/857 |
| Shipping Document | | Reference |
| 80289889 | 06/05/1999 | |
| Shipped From | | |
| Enoree SC | | |
| Carrier | | |
| P A M Transport | | |
| FOB | | |
| ORIGIN | | |
| Payer | | Sold-to |
| 233543 | | 502412 |
| Terms of payment | | |
| 2% disc w/in 10 days, Net 30 | | |

Ship to
NEUTOCRETE
12 TROW BRIDGE ROAD
BETHEL CT  06801

| Item | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 10 | PROBASE | | | |
| | 1421 | 1,020 BAG | 5.65/BG | 5,763.00 |
| | (BPKI)Freight Charge Method   PPAD | | | |

Items total                                                                       5,763.00
Freight Charge                                                                    1,099.56

Total INVOICE                                                                     6,862.56
                                                                        USD-AMERICAN DOLLAR

Payment Terms
  Up to 06/19/1999 you receive 2.000 % discount 115.26
  Up to 07/09/1999 without deduction

Remit to :
W.R. Grace & Co. - Conn.
P.O. Box 96160
Chicago, IL 60693

INVOICE APPROVAL  AB  6/16/99
DESCRIPTION: Materials = 5763.00
             Freight = 1099.56
DATE PAID: 7/15/99
CHECK #: 1316
CHECK APPROVAL: AB  7/15/99

THIS INVOICE IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND IS CONDITIONED UPON THE BUYER'S ACCEPTING ALL OF THE TERMS AND CONDITIONS CONTAINED BOTH ON THE FACE AND ON THE REVERSE HEREOF. ACCEPTANCE, USE OR EXERCISE OF DOMINION OVER THE GOODS BY THE BUYER SHALL BE DEEMED AN ACCEPTANCE OF ALL THE TERMS AND CONDITIONS CONTAINED HEREIN. RETURNS NOT ACCEPTED WITHOUT PRIOR APPROVAL.

Original                          990609163858 4616.  Page 1