# EXHIBIT 12

# GRACE

**Grace Construction Products**
W.R. Grace & Co. - Conn.
62 Whittemore Avenue
Cambridge MA  02140

## INVOICE

90883963
01/03/2001



Your order no.
ANTHONY
12/29/2000

Invoice To
FTF CRAWLSPACE SPEC LTD
BLDG. B SUITE A *564 Danbury Rd Qb*
67 FEDERAL ROAD
BROOKFIELD CT 06304
*Newmilford, CT*        *Booked 12/29/00*
*06776*        *xP*

| Our order no. | | Office/Group |
|---|---|---|
| 1029520 | 12/29/2000 | 857/857 |
| Shipping Document | | Reference |
| 80656065 | 01/02/2001 | |
| Shipped From | | |
| | Enoree SC | |
| Carrier | | |
| | Burlington Motor Carriers | |
| FOB | | |
| ORIGIN | | |
| Payer | | Sold-to |
| 233543 | | 502412 |
| Terms of payment | | |
| | Net 30 Days | |

Ship to
NEUTOCRETE
12 TROW BRIDGE ROAD
BETHEL CT  06801

| Item | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 10 | Premix #4 42.5 lb. 13769 | 1,020 BAG | 5.27/BG | 5,375.40 |
| | Items total | | | 5,375.40 |
| | Freight Charge | | | 1,331.44 |
| | Total INVOICE | | | 6,706.84 |
| | | | | USD-AMERICAN DOLLAR |

Payment Terms
  Up to 02/02/2001 without deduction



Remit to :
W. R. Grace & Co.-Conn
P.O. Box 96160
Chicago, IL 60693

THIS INVOICE IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND IS CONDITIONED UPON THE BUYER'S ACCEPTING ALL OF THE TERMS AND CONDITIONS CONTAINED BOTH ON THE FACE AND ON THE REVERSE HEREOF. ACCEPTANCE, USE OR EXERCISE OF DOMINION OVER THE GOODS BY THE BUYER SHALL BE DEEMED AN ACCEPTANCE OF ALL THE TERMS AND CONDITIONS CONTAINED HEREIN. RETURNS NOT ACCEPTED WITHOUT PRIOR APPROVAL.

Original        *010103164147 4616.* Page 1