# EXHIBIT 13

**WITHDRAWAL**
V-41 Rev. 1-97

**STATE OF CONNECTICUT**

| | |
|---|---|
| | CV 02-0088979S |
| | RETURN DATE |

COMPLETE ALL SECTIONS BELOW

NAME OF CASE (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)

WR Grace & Company vs. Neutocrete Products

[X] Judicial District  [ ] Housing Session  [ ] G.A. No.

ADDRESS OF COURT (No., street, town and zip code): 15 West Street, Litchfield, CT 06759

**SECTION I** (check only one box) THIS WITHDRAWAL IS BEING FILED BECAUSE THE DISPUTE HAS BEEN RESOLVED BY:

**I. COURT-ANNEXED ADR**
- 411088 [ ] Early Intervention
- 411089 [ ] Early Neutral Evaluation
- 411090 [ ] Attorney Trial Referee
- 411091 [ ] Fact-Finding
- 411093 [ ] Arbitration
- 411094 [ ] Mediation
- 411095 [ ] Special Masters
- 411096 [ ] Summary Jury Trial

**II. COURT INTERVENTION**
- 411098 [ ] Pretrial Conference
- 411099 [ ] Trial Management Conference
- 411100 [ ] Commencement of Trial (court trial - first witness sworn; jury trial - trial jurors sworn)

**III. PRIVATE ADR**
- 411102 [ ] Provider Name:

**IV. OTHER**
- 411103 [X] Discussion of Parties on Their Own

**SECTION II** **WITHDRAWAL**

(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)

--- **DISPOSITIVE** ---

(WDACT) [X] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD) [ ] A judgment has been rendered against Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

--- **PARTIAL** ---

The
- (WDCOMP) [ ] Complaint
- (WDCOUNT) [ ] Counts of the complaint: _____
- (WDCOMP) [ ] Intervening Complaint
- (WDTHPC) [ ] Third Party Complaint
- (WAPPCOM) [ ] Apportionment Complaint
- (WDCC) [ ] Cross Complaint (cross claim)
- (WOC) [ ] Counterclaim
- (WOAAP) [ ] Plaintiff(s): _____
- WOAAD [ ] Complaint against defendant(s): _____ only w/o costs
- [ ] Other: _____

in the above entitled action is withdrawn.

SIGNATURE REQUIRED

| | | | |
|---|---|---|---|
| Plaintiff | WR Grace & Company | ; By Brian S. Cantor | Attorney |
| Plaintiff | | ; By | Attorney |
| Defendant | | ; By | Attorney |
| Defendant | | ; By | Attorney |

**NAME & ADDRESS OF SIGNER:** → Brian S. Cantor, Esq. 1220 Post Road, Fairfield, CT 06824

**SECTION III** **CERTIFICATION**

I hereby certify that a copy was mailed/delivered to all counsel and pro se parties of record on:

DATE: 3/3/04

SIGNED (Individual attorney or pro se party): X _____

PHONE NO. (area code first): (203) 254-1550

NAME OF EACH PARTY SERVED*: Martin Clayman

ADDRESS AT WHICH SERVICE WAS MADE*: Three Regency Drive, Bloomfield, CT 06002

* If necessary, attach additional sheet with names of each party served and the address at which service was made.