# EXHIBIT 14

Grace Construction Products
Phone: 800-342-2017
Fax: 864-969-9923
Fed Id# 13-5114230

# GRACE
## CREDIT MEMO

**REMIT TO**

Transfer funds to:
Bank Of America, Chicago, IL
W.R.Grace & Co. - Conn.
Account # 81887-03107
For US wires:ABA Routing No.: 026009593
For international wires:SWIFT code: BOFAUS3N
For US ACH payments:ABA Routing No.: 071000039

or

Send Checks to:
Please Note -
New Remit to Address:
W R Grace & Co.
PO Box 415618
Boston, MA 02241-5618

Invoice No: **90974463**
Invoice Date: 04/12/2001
Payment Due Date: 05/12/2001

Total Invoice Amount: **15,000.00 USD**

**BILL TO**
NEUTOCRETE PRODUCTS, INC.
89 EASTERN STEEL RD.
MILFORD CT  06460-2861

**SHIP TO**
NEUTOCRETE PRODUCTS, INC.
564 DANBURY ROAD
NEW MILFORD CT  06776

Your Purchase Order Number: 0060047101

| Carrier: | Date Shipped: | Shipping Doc.: 60047101 |
|---|---|---|
| Shipped From: Enoree SC | Freight Terms: | Terms of Sale: FOB ORIGIN |
| Payer No: 233543 | Sold To No: 502979 | Grace Order No: 60047101 | Office/Group: 857/857 |

For Inquiries Contact:
Customer Service at 1-800-342-2017

| Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 10 | Vermiculite Policy Allowance 2355 | 1 EACH | 15,000.00/EA | 15,000.00 |

*Credit Memo*

PLEASE PAY THIS AMOUNT --->   15,000.00 USD

THIS INVOICE IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND IS CONDITIONED UPON THE BUYER'S ACCEPTING ALL OF THE TERMS AND CONDITIONS CONTAINED BOTH ON THE FACE AND ON THE REVERSE HEREOF. ACCEPTANCE, USE OR EXERCISE OF DOMINION OVER THE GOODS BY THE BUYER SHALL BE DEEMED AN ACCEPTANCE OF ALL THE TERMS AND CONDITIONS CONTAINED HEREIN. RETURNS NOT ACCEPTED WITHOUT PRIOR APPROVAL. CREDIT MEMOS ARE NON-TRANSFERABLE. YOUR CREDIT MEMO WILL EXPIRE 180 DAYS FROM DATE OF ISSUE. AT THAT TIME THE CREDIT IS CONCLUSIVELY FORFEITED AND WAIVED BY YOUR ORGANIZATION AND WILL BE CLEARED WITHOUT RECOURSE. THIS CREDIT MEMO EXPIRES 10/09/2001.

090601105539 4616.  Page 1 of 1

Original