# EXHIBIT 15

# GRACE

Grace Construction Products
W.R. Grace & Co. - Conn.
62 Whittemore Avenue
Cambridge MA  02140
Phone : 800-342-2017
Fax   : 864-969-9923

**INVOICE**

91074116
07/16/2001

RECEIVED BY [signature] 7/30/01

Your order no.
ANTHONY
07/11/2001

Invoice To
NEUTOCRETE PRODUCTS, INC.
564 DANBURY ROAD
NEW MILFORD CT  06776

Ship to
NEUTOCRETE PRODUCTS, INC.
UNIT 5
275 CENTER STREET
HOLBROOK MA  02343

| Our order no. | | Office/Group |
|---|---|---|
| 1170372 | 07/12/2001 | 857/857 |
| Shipping Document | | Reference |
| 80813487 | 07/13/2001 | |
| Shipped From | | |
| | Enoree SC | |
| Carrier | | |
| | Cannon Express | |
| FOB | | |
| ORIGIN | | |
| Payer | | Sold-to |
| 233543 | | 586297 |
| Terms of payment | | |
| | Net 30 Days | |

| Item | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 10 | Neutocrete (42.5lb 60PT) 29848 | 1,020 BAG | 5.27/BG | 5,375.4 |

Items total                                                5,375.4
Freight Charge                                             1,394.6

Total INVOICE                                              6,770.04
                                              USD-AMERICAN DOLLA

Payment Terms
  Up to 08/15/2001 without deduction

    Remit to :
    W. R. Grace & Co.-Conn
    P.O. Box 96160
    Chicago, IL 60693

THIS INVOICE IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND IS CONDITIONED UPON THE BUYER'S ACCEPTING ALL OF THE TERMS AND CONDITIONS CONTAINED BOTH ON THE FACE AND ON THE REVERSE HEREOF. ACCEPTANCE, USE OR EXERCISE OF DOMINION OVER THE GOODS BY THE BUYER SHALL BE DEEMED AN ACCEPTANCE OF ALL THE TERMS AND CONDITIONS CONTAINED HEREIN. RETURNS NOT ACCEPTED WITHOUT PRIOR APPROVAL.

Original                               010723140726 4616. Page