**EXHIBIT NO. 2**

# ZONOLITE® VERMICULITE

## Absorption Properties

Zonolite Vermiculite, expanded vermiculite, readily absorbs many liquids. It is distinguished from most common chemical carriers (such as clay) because of its low bulk density and high surface area. (See Table I)

Zonolite Vermiculite's low bulk density makes it an ideal bulking agent and helps dispersion by increasing volume. It is useful for evenly distributing relatively small concentrations of chemicals throughout a large volume batch mixer.

The high surface area of Zonolite Vermiculite allows it to carry a greater amount of material. Furthermore, its absorption capacity is not limited by its surface area. Zonolite Vermiculite has a unique structure which enables absorption interstitially, or between the layers of the vermiculite particle.

## Carrier Applications

Zonolite Vermiculite is used extensively to make dry blends of hard-to-handle, high viscosity liquids. This highly absorbent material is often used as a carrier for liquid and solid fertilizers and chemicals. And, it is used for industrial waste clean-up and packaging for hazardous chemicals.

Zonolite Vermiculite is manufactured by a thermal expansion process at 1400°F, making it essentially sterile, and therefore, valuable as a carrier for animal feed nutrients and some pharmaceutical applications.

## Absorption Analysis

The values shown in Table II illustrate the absorption capabilities of Zonolite Vermiculite. The saturation test method was used following Military Specification MIL-S-28600A (yd), which measures the amount of liquid absorbed at the wet saturation point. The Hilgard Method is also reported for water with and without vacuum applied.

## TABLE I

| Property | Zonolite Vermiculite Grade | | | |
|---|---|---|---|---|
| | #1 | #2 | #3 | #4 |
| Bulk Density | | | | |
| lbs./ft3 | 4.8 | 5.0 | 5.7 | 7.0 |
| Kg/m3 | 76.9 | 80.1 | 93.3 | 112.1 |
| Surface Area* (m2/g) | 5 | 7** | 8 | 14 |

 * Nitrogen Absorption Method
 ** Value Interpolated from other measurements

## TABLE Ii

| Zonolite Vermiculite Grade | Weight (%) Retained (Dry Base) | | | Volume Retained (Gal./ft2) | | |
|---|---|---|---|---|---|---|
| | #2 | #3 | #4 | #2 | #3 | #4 |
| Water | 382 | 360 | 429 | 2.8 | 3.0 | 4.1 |
| Water* | 493 | 497 | 516 | 3.6 | 4.1 | 5.0 |
| Water** | 639 | 608 | 615 | 4.6 | 5.1 | 5.9 |
| Kerosene | 335 | 301 | 342 | 3.1 | 3.3 | 4.2 |
| SAE40 Motor Oil | 363 | 463 | 470 | 2.9 | 4.4 | 5.1 |
| Tellus 29 Light Oil | 344 | 394 | 414 | 2.9 | 3.8 | 4.6 |
| Light Paraffin Oil | 278 | 382 | 437 | 2.4 | 3.8 | 4.9 |
| Graphited Lubricant | 353 | 759 | 518 | 3.4 | 6.9 | 5.3 |
| Asphaltic Emulsion | 286 | 274 | 376 | 2.0 | 2.3 | 2.5 |
| Diazinon1, 1% Solution | 267 | 308 | 363 | 1.9 | 2.6 | 3.4 |
| Sevin2, 1% Solution | 338 | 393 | 473 | 2.3 | 3.2 | 4.4 |
| Sevin2 Powder, solid | 24 | 39 | 71 | - | - | - |

 1 Ciba-Giegy
 2 Union Carbide
 * Hilgard Absorption Method
 ** Hilgard Absorption Method with vacuum

Copyright 1999. Zonolite is a registered trademark of Construction Products Division, W.R. Grace & Co.-Conn. We hope the information given here will be helpful. It is based on data and knowledge considered to be true and accurate and is offered for the user's consideration, investigation and verification but we do not warrant the results to be obtained. Please read all statements, recommendations or suggestions in conjunction with our conditions of sale which apply to all goods supplied by us. No statement, recommendation or suggestion is intended for any use which would infringe any patent or copyright. Construction Products Division, W.R. Grace & Co.-Conn., 62 Whittemore Avenue, Cambridge, MA 02140.

V-104A Printed in U.S.A. 6/93 FA/GPS/1M

