# EXHIBIT A

**W. R. Grace & Co., et al.**
**District of Delaware, Bankruptcy Case No. 01-1139**
**Report on *De Minimis* Asset Sales April 1, 2010, through June 30, 2010**

**Part I – Sales in excess of $25,000, but less than $250,000**

NONE

**Part II – Sales equal to or less than $25,000**

NONE