## EXHIBIT A

### W. R. Grace & Co., et al.,
District of Delaware, Bankruptcy Case No. 01-1139
Report on Settlements of Certain Claims and Causes of Action
April 1, 2010, through June 30, 2010

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
| 04/07/10 | 24586 | Notice of Settlement (Claim No. 6080) Filed by W.R. Grace & Co., et al.. (Attachments: # 1Exhibit A# 2Certificate of Service) (O'Neill, James) (Entered: 04/07/2010) <br> **Standard Chain Co., Estate of Donald James and Frederick Brown** |
| 04/26/10 | 24668 | Notice of Settlement /AMENDED Claims Settlement Notice (Claim No. 6080) [Related to Docket No. 24586] Filed by W.R. Grace & Co., et al.. (Attachments: # 1Exhibit A# 2Certificate of Service and Service List) (O'Neill, James) (Entered: 04/26/2010) <br> **Standard Chain Co., Estate of Donald James and Frederick Brown** |
| 05/11/10 | 24753 | Notice of Settlement - Claims Settlement Notice (Claim Nos. 9687 and 9688) Filed by W.R. Grace & Co., et al.. (Attachments: # 1Exhibit A# 2Certificate of Service and Service List) (O'Neill, James) (Entered: 05/11/2010) <br> **James and Anna Grau, and Harry Grau & Sons** |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
| 5/6/10 | 4804 | Stipulation Resolving Claims of Brian J. Smith (Claim Nos. 93005, 3007, 3008, 3009, 4800, 4801, 4802, 4803, 4804, 4805, 4806, 4807 & 4808) in the amount of $8,794.95 |

### Confidential Settlement

| Date | Dkt | Settlement |
|---|---|---|
| 4/12/10 | 24743 | Order Dismissing Munoz Motion for Relief from the Automatic Stay as Moot. Related to Doc # 22844, 23461, 24587, 19378, 19557Signed on 5/6/2010. (Baker, Ramona) (Entered: 05/06/2010) |