**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 21, 2010 |
| | ) | Re: Docket No. 25017 |

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 25017
(THIRD MONTHLY APPLICATION OF LAUZON BÉLANGER AS SPECIAL
COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE PERIOD
MAY 1, 2010, THROUGH MAY 31, 2010)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants for the Period May 1, 2010, through May 31, 2010 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, July 21, 2010.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant CDN$4,887.36 (which is 80% of the total amount of the fees, CDN$6,109.20) plus CDN$2,323.63 (100% of the expenses and taxes) requested in the Application for the period; a total of CDN$7,210.99.

Dated: July 27, 2010            Respectfully submitted,

           By:    */s/ Daniel K. Hogan*
                Daniel K. Hogan (DE Bar No. 2814)
                THE HOGAN FIRM
                1311 Delaware Avenue
                Wilmington, Delaware 19806
                Telephone: 302.656.7540
                Facsimile: 302.656.7599
                Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel for the Canadian ZAI Claimants**