# EXHIBIT A



# THE HOGAN FIRM

Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711

302-656-7540

Invoice submitted to:

*Lauzon Belanger, inc.*

*c/o Yves Lauzon*

*Lauzon Belanger inc.*

*286, rue St-Paul Quest, bureau 100*

*Montreal, QUEBEC H2Y 2A3*

*Canada*


July 01, 2010
In Reference To: *Canadian Zonolite Claimants*
*WRGrace Chapter 11 Bankruptcy*
*Our File No. 060124-01*

Invoice #  17061


### Professional Services

|  |  | _Hrs/Rate_ | _Amount_ |
|---|---|---|---|
| 6/1/2010 KEH | Meeting with Daniel K. Hogan, re: THF's 2nd Monthly Fee application and revised invoice totals; review same. | 0.30<br>190.00/hr | 57.00 |
| KEH | E-mail correspondence with Careen Hannouche transmitting certification for execution. | 0.10<br>190.00/hr | 19.00 |
| KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins' time and expense for April 2010 (0.1); review same and prepare breakdown of categories (1.3) | 1.40<br>190.00/hr | 266.00 |
| KEH | E-mail correspondence from Careen Hannouche transmitting executed certification (0.1); attach to file and prepare as exhibit (0.1) | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail correspondence with David Thompson transmitting to him the certification for execution. | 0.10<br>190.00/hr | 19.00 |
| KEH | Final revisions and prepare for filing and electronically file Second Monthly Application of The Hogan Firm for April 1, 2010 through April 30, 2010. | 0.50<br>190.00/hr | 95.00 |
| KEH | Final revisions and prepare for filing and electronically file Second Monthly Application of Lauzon Belanger for April 1, 2010 through April 30, 2010. | 0.50<br>190.00/hr | 95.00 |

Lauzon Belanger, inc.                                    7/1/2010    17061         Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/1/2010 KEH | Prepare Second Monthly Application of Scarfone Hawkins; Meet with DKHogan re: revisions; Final revisions, prepare for filing and electronically file Second Monthly Application of Scarfone Hawkins for April 1, 2010 through April 30, 2010. | 1.70 190.00/hr | 323.00 |
| KEH | E-mail correspondence with 'David Thompson', re: status of executed certification. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with Cindy Yates and David Thompson at Scarfone Hawkins, re: executed certification (0.1); receive- attach to file and prepare as exhibit (0.1) | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence to richard.finke@grace.com'; john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of The Hogan Firm's Second Monthly Fee Application | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence to richard.finke@grace.com'; john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of Lauzon Belanger's Second Monthly Fee Application | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence to richard.finke@grace.com'; john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of Scarfone Hawkins' Second Monthly Fee Application | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence to richard.finke@grace.com'; john.port@grace.com'; 'feeaudit@whsmithlaw.com'; 'joneill@pszjlaw.com'; 'mlastowski@duanemorris.com'; 'mjoseph@ferryjoseph.com'; 'mhurford@camlev.com'; 'tcurrier@saul.com'; 'jcp@pgslaw.com'; 'khill@svglaw.com'; 'tfreedman@kirkland.com';' for service of Part Two of Scarfone Hawkins' Second Monthly Fee Application | 0.10 190.00/hr | 19.00 |
| DKH | Reviewed and revised 2nd Monthly Fee Application of THF. | 0.70 350.00/hr | 245.00 |
| DKH | Reviewed and revised 2nd Monthly Fee Application of Scarfone Hawkins. | 0.80 350.00/hr | 280.00 |

Lauzon Belanger, inc.                                        7/1/2010    17061        Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2010 DKH | Reviewed and revised 2nd Monthly Fee Application of Lauzon Belanger. | | 0.70 350.00/hr | 245.00 |
| DKH | E-mail correspondence with David Thompson concerning draft memo to file dealing with the state of Canadian law in respect of costs awards; reviewed same. | | 0.90 350.00/hr | 315.00 |
| DKH | E-mail correspondence with Cindy Yates transmitting SH's Monthly Fee Application for April 1, 2010 - April 30, 2010, together with our disbursement receipt. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for the Substantial contribution motion. | | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm (Second) As Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 Filed by Canadian ZAI Claimants. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger (Second) As Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 Filed by Canadian ZAI Claimants. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with David Thompson transmitting the executed certification for the fee application of SH. | | 0.10 350.00/hr | 35.00 |
| DKH | Reviewed and revised Affidavit of Service of the Second Monthly Application for Compensation of The Hogan Firm As Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Affidavit of Service of the Second Monthly Application for Compensation of The Hogan Firm As Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP (Second) as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 Filed by Canadian ZAI Claimants. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Matt Moloci concerning second column of the Fee Application and need for additional information. Reviewed same. | | 0.20 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                          *7/1/2010*   *17061*        Page   4

|  |  | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/1/2010 | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed Notice of Withdrawal of the Second Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 (related document(s)[24876]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP (Second) as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| 6/2/2010 | KEH | E-mail correspondence with the Fee Auditor transmitting The Hogan Firm's 2nd Monthly Fee Application in Word format. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with the Fee Auditor transmitting Lauzon Belanger's 2nd Monthly Fee Application in Word format. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence with the Fee Auditor transmitting Scarfone Hawkins' 2nd Monthly Fee Application in Word format. | 0.10 190.00/hr | 19.00 |
|  | GLA | Review and revision to Amended 2M Sub Contribution Motion for pagination, Blue Book citations and grammatical errors. | 2.00 190.00/hr | 380.00 |
|  | DKH | E-mail correspondence with David Thompson concerning Rep Counsel's attendance at the hearing on June 7th. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with 'Ana Dobson' and 'David Thompson' concerning  attendance at the hearing on June 7th. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications For The Thirty-Fifth Period (Regarding June 7, 2010 Hearing Agenda Item No. 4-Various Docket Numbers) Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
|  | DKH | Worked on revised substantial contribution application for Representative Counsel for the period October 1, 2004, to August 31, 2008. | 4.00 350.00/hr | 1,400.00 |
|  | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed Sur-Reply in Opposition to Debtors' Objection to Claims (Related to Docket Nos. [21345] [24407] [24795] [24796] [24797] [24801] [24802]) Filed by Maryland Casualty Company. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson concerning changes and suggestions to the $2M substantial contribution motion. | 0.10 350.00/hr | 35.00 |
| 6/3/2010 | DKH | E-mail correspondence with David Thompson concerning attendance at the June 7 hearing telephonically. | 0.10 350.00/hr | 35.00 |

Lauzon Belanger, inc.　　　　　　　　　　　　　　*7/1/2010*　　*17061*　　　　Page　5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2010 DKH | | E-mail correspondence with David Thompson concerning telephonic appearance. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with Nilsa Bartley concerning forms attached.  Reviewed and prepared same for signature. | 0.40 350.00/hr | 140.00 |
| | DKH | E-mail correspondence with David Thompson transmitting blacklined and clean copy of the Substantial Contribution Application with requested changes to the $2M Substantial Contribution application. | 0.20 350.00/hr | 70.00 |
| | DKH | Reviewed blacklined and clean copy of the Substantial Contribution Application and made requested changes to application. | 2.00 350.00/hr | 700.00 |
| | DKH | E-mail correspondence with 'Ana Dobson' and 'David Thompson' concerning co-counsel agreements. | 0.10 350.00/hr | 35.00 |
| | DKH | Reviewed and revised Certification of Counsel Regarding The Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. Â§Â§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009. | 1.00 350.00/hr | 350.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Certification of Counsel Regarding The Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. Â§Â§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses of The Hogan Firm Incurred in Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009. | 0.20 350.00/hr | 70.00 |
| | DKH | Reviewed and revised Certification of Counsel Regarding The Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. Â§Â§ 503(b)(3)(D) and (b)(4) For Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP Incurred In Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009. | 1.10 350.00/hr | 385.00 |
| | DKH | E-mail correspondence with dummail@deb.uscourts.gov.  Reviewed receipt for efiling of Certification of Counsel Regarding The Second Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. Â§Â§ 503(b)(3)(D) and (b)(4) For Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP Incurred In Making Substantial Contribution for the Period September 1, 2008, Through December 21, 2009 (related document(s)[24725], [24854]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson concerning our need to comply with local law and practice with regard to the Substantial Contribution application. | 0.10 350.00/hr | 35.00 |

Lauzon Belanger, inc.                                          *7/1/2010*    *17061*        Page    6

|  | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/4/2010 | DKH | E-mail correspondence with Matt Moloci concerning his review of the substantial contribution application and his requested changes. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson transmitting a recent Canadian case which also confirms and summarizes the CDN legal principles; reviewed same. | 0.60<br>350.00/hr | 210.00 |
| | DKH | E-mail correspondence from Careen Hannouche regarding the substantial contribution application and recommended changes. Reviewed same and incorporated into application. | 0.40<br>350.00/hr | 140.00 |
| | DKH | E-mail correspondence with Ana Dobson.  Reviewed and incorporated changes to Substantial contribution motion requested by Representative Counsel. | 2.00<br>350.00/hr | 700.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning co-counsel agreement and requested changes to motion; revised motion. | 0.30<br>350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning suggestion regarding an additional paragraph to clarify the payment to MLG and Aikins from the $2 million substantial contribution fees. | 0.20<br>350.00/hr | 70.00 |
| | DKH | Reviewed and revised order and notice for Amended Application of Canadian ZAI Claimants For Allowance of Administrative Expenses for Representative Counsel in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008. | 0.70<br>350.00/hr | 245.00 |
| | DKH | E-mail correspondence with Janet S. Baer concerning Amended Application of Canadian ZAI Claimants For Allowance of Administrative Expenses for Representative Counsel in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008. | 0.10<br>350.00/hr | 35.00 |
| | DKH | Reviewed amended Certification of David Thompson for Amended Application of Canadian ZAI Claimants For Allowance of Administrative Expenses for Representative Counsel in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[24864]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 6/7/2010 at 10:30 AM. | 0.20<br>350.00/hr | 70.00 |
| | DKH | E-mail correspondence with David Thompson concerning Monday's hearing. | 0.10<br>350.00/hr | 35.00 |
| | DKH | E-mail correspondence with David Thompson and Matt Moloci concerning teleconference on Monday following hearing. | 0.20<br>350.00/hr | 70.00 |

Lauzon Belanger, inc.                                   *7/1/2010*    *17061*        Page    7

|  | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/6/2010 | DKH | Prepared for hearings tomorrow on Substantial Contribution application of Representative Counsel for the gap period.  Reviewed Amended Minutes of Settlement and affidavit of Michel Belanger. Made notes to file. | 4.00 350.00/hr | 1,400.00 |
| 6/7/2010 | DKH | Attended Omnibus hearing. | 1.30 350.00/hr | 455.00 |
| | DKH | Met with Jan Baer and Ted Freehman concerning the $2M Substantial Contribution application and the Minutes of Settlement. | 1.00 350.00/hr | 350.00 |
| | DKH | Teleconference with David Thompson and Matt Moloci concerning the events at the hearing. | 0.50 350.00/hr | 175.00 |
| | DKH | Teleconference with David Thompson and Matt Moloci concerning the meeting with Debtors counsel to discuss the $2M Substantial Contribution motion. | 0.50 350.00/hr | 175.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Granting the Second Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Representative Counsel Incurred in Making Substantial Contribution for the Period September 1, 2008 Through December 20,2009 (related document(s)[24725], [24854]). Signed on 6/7/2010. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Granting the Second Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of the Hogan Firm Incurred in Making a Substantial Contribution for the Period September 1, 2008, Through December 21, 2009 (related document(s)[24726], [24853]). Signed on 6/7/2010. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with David Thompson transmitting the signed orders. | 0.20 350.00/hr | 70.00 |
| 6/8/2010 | DKH | E-mail correspondence with Ana Dobson (David Thompson) concerning outcome of hearing and instructions for receipt of payment from Grace. | 0.20 350.00/hr | 70.00 |
| | DKH | E-mail correspondence with Careen Hannouche concerning her attendance at the July 14 hearing. | 0.10 350.00/hr | 35.00 |
| | DKH | E-mail correspondence with David Thompson concerning 2 orders covering the special counsel applications for the period December 21, 2009 to March 31, 2010; replied to email. | 0.30 350.00/hr | 105.00 |
| | DKH | E-mail correspondence with Matt Moloci concerning questions regarding fee application process; replied to email. | 0.30 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                          7/1/2010    17061              Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2010 | DKH | E-mail correspondence with Matt Moloci concerning teleconference tomorrow to discuss $2M Substantial Contribution application. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson concerning quarterly fee application process. | 0.20 350.00/hr | 70.00 |
| 6/9/2010 | DKH | Teleconference with Matt Moloci and David Thompson concerning issues related to section 503. | 0.50 350.00/hr | 175.00 |
|  | DKH | Telephone conversation with Jan Baer concerning the $2M substantial contribution application. | 0.40 350.00/hr | 140.00 |
|  | DKH | Worked on revisions to the $2M substantial contribution application. | 2.00 350.00/hr | 700.00 |
|  | DKH | Conducted research on issues related to fee sharing and exceptions thereto.  Read case law. | 2.50 350.00/hr | 875.00 |
|  | DKH | Teleconference with Representative Counsel to discuss $2M Substantial Contribution application and how to proceed with modifications. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for May 1, 2010 - May 31, 2010, together with our disbursement receipts; reviewed same. | 0.80 350.00/hr | 280.00 |
|  | DKH | Teleconference with Ted Freehman and Jan Baer concerning the Amended Application. | 0.60 350.00/hr | 210.00 |
|  | DKH | E-mail correspondence with David Thompson and Matt Moloci updating them on the teleconference with Ted Freehman and Jan Baer regarding the Amended Application. | 0.30 350.00/hr | 105.00 |
| 6/10/2010 | KEH | E-mail correspondence with Careen Hannouche, re: Lauzon Belanger's monthly application for May 2010 | 0.10 190.00/hr | 19.00 |
|  | GLA | Entering Debtors' revisions into the Amended Motion for Substantial Contribution ($2 million) | 0.50 190.00/hr | 95.00 |
|  | DKH | Telephone conference with Representative Counsel concerning Debtors' position on MOS. | 0.50 350.00/hr | 175.00 |
|  | DKH | E-mail correspondence with David Thompson concerning the assurance requested by Grace on the terms of the Amended MOS. | 0.20 350.00/hr | 70.00 |
|  | DKH | Teleconference with David Thompson and Matt Moloci concerning the requested assurance from Grace's counsel. | 0.40 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                                7/1/2010     17061          Page    9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2010 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice Regarding Change of Hearing Date. All Hearings Scheduled for July 12, 2010 are now on July 14, 2010 in Wilmington, DE. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with Janet S. Baer transmitting Grace's comments on the substantial contribution application; reviewed changes. | 1.00 350.00/hr | 350.00 |
|  | DKH | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger's Monthly Fee Application and disbursement receipts for the time period of May 1st May 31st, 2010. Reviewed same. | 0.70 350.00/hr | 245.00 |
| 6/11/2010 | DKH | E-mail correspondence with Representative Counsel transmitting the revised $2M SC application and requesting comments. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with David Thompson with requested change to Paragraph 7 of the SC application. Reviewed and incorporated into application. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with David Thompson concerning fact that Rule 2016 (a) requires the disclosure of the particulars of any sharing of compensation or agreement or understanding thereof, … . | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with David Thompson disclosing co-counsel arrangement particulars. Incorporated into SC application. | 0.40 350.00/hr | 140.00 |
|  | DKH | E-mail correspondence with David Thompson concerning the elements of the Aikens co-counsel agreement. | 0.10 350.00/hr | 35.00 |
|  | DKH | E-mail correspondence with David Thompson explaining the nature and extent of the arrangement with Aikens. | 0.20 350.00/hr | 70.00 |
|  | DKH | Made revisions to $2M Substantial Contribution application. | 2.00 350.00/hr | 700.00 |
|  | DKH | E-mail correspondence with Jan Baer transmitting modified Application with the changes incorporated from Deanna's comments. | 0.20 350.00/hr | 70.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Hearing /Notice of Change of Time for 2010 Omnibus Hearing Dates Filed by W.R. Grace & Co., et al. | 0.30 350.00/hr | 105.00 |
| 6/14/2010 | KEH | E-mail correspondence with Daniel K. Hogan, re: revisions needed to Amended Application - review email from Jan Baer and make revisions. | 1.20 190.00/hr | 228.00 |
|  | KEH | E-mail correspondence with Daniel K. Hogan & Matt Moloci, re: revisions to Amended Application - make revisions as advised and meet with DKHogan. | 2.30 190.00/hr | 437.00 |

Lauzon Belanger, inc.                                                    7/1/2010    17061          Page   10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2010 KEH | Meeting with Daniel K. Hogan, re: changes made by Debtor's counsel to amended application and make further revisions. | | 0.40 190.00/hr | 76.00 |
| KEH | Meetings with DKHogan for review of changes to application; make further revisions to same and print for review. | | 2.80 190.00/hr | 532.00 |
| KEH | Prepare Notice, Summary, Proposed Order and Certificates of Service, re: Amended Application. | | 1.40 190.00/hr | 266.00 |
| KEH | Prepare documents, re: Amended Application, for filing and electronically file same. | | 1.10 190.00/hr | 209.00 |
| KEH | E-mail correspondence to James Luckey at IKON Office Solutions transmitting Amended Application and exhibits A-D for service. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence to James Luckey at IKON Office Solutions transmitting Exhibits E thru J-3 to the Amended Application for service. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence to James Luckey at IKON Office Solutions transmitting Notice only for service. | | 0.10 190.00/hr | 19.00 |
| GLA | Review of Amended $2 motions fee application for grammatical and stylistic errors | | 0.30 190.00/hr | 57.00 |
| DKH | E-mail correspondence with Matt Moloci with his comments for changes to the SC application; reviewed and incorporated into motion. | | 0.50 350.00/hr | 175.00 |
| DKH | E-mail correspondence with Janet S. Baer concerning her comments on the Canadian fee application. | | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence with Janet S. Baer transmitting Grace's combined comments re the Canadian fee application; reviewed same. | | 0.80 350.00/hr | 280.00 |
| DKH | E-mail correspondence with David Thompson transmitting Grace's comments and requested changes to the SC application. | | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Jan Baer concerning Debtors requested changes. | | 0.10 350.00/hr | 35.00 |
| DKH | Reviewed final $2M Substantial Contribution application of Representative Counsel in preparation for filing. | | 1.40 350.00/hr | 490.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Amended Application for Compensation of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the period October 1, 2004, to August 31, 2008 | | 0.30 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                          *7/1/2010*    *17061*          Page  11

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
|  | (related document(s)[24724], [24808]) Filed by Canadian ZAI Claimants. |  |  |
| 6/15/2010 KEH | E-mail correspondence with Luckey, James, at IKON Office Solutions, re: service of Amended Application. | 0.10 190.00/hr | 19.00 |
| KEH | Copy Amended Application for Federal Express Service upon Fee auditor and WRGrace & Co. | 0.50 190.00/hr | 95.00 |
| KEH | E-mail correspondences to James Luckey at IKON Office Solutions regarding status of Federal Express and email service of Amended Application. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence transmitting, for service, the Amended Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008, filed June 14, 2010, Docket No. 24943.  (w/Exhibits A-D) | 0.10 190.00/hr | 19.00 |
| KEH | Email correspondence transmitting, for service, Exhibits E thru J-3 to the Amended Application of Canadian ZAI Claimants for Allowance of Administrative Expenses of Lauzon Belanger and Scarfone Hawkins as CCAA Representative Counsel Incurred in Making Substantial Contribution for the Period October 1, 2004 to August 31, 2008. | 0.10 190.00/hr | 19.00 |
| DKH | E-mail correspondence with Matt Moloci concerning motion for substantial contribution. | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence to Matt Moloci concerning aspect of application. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Karen E. Harvey.  Reviewed deadlines for filing CNOs on monthly fee applications. | 0.30 350.00/hr | 105.00 |
| 6/16/2010 KEH | Meeting with DKHogan, re: objection deadlines for monthly fee applications and re: preparation of May applications. | 0.30 190.00/hr | 57.00 |
| 6/17/2010 KEH | Meeting with DKHogan, re: action needed for CNOs on Quarterly applications; review docket for responses/objections. | 0.70 190.00/hr | 133.00 |
| KEH | Prepare CNO, re: 1st Quarterly Application of Scarfone Hawkins - prepare certificate of service and electronically file same. | 0.50 190.00/hr | 95.00 |
| KEH | Prepare CNO, re: 1st Quarterly Application of Lauzon Belanger - prepare certificate of service and electronically file same. | 0.50 190.00/hr | 95.00 |
| KEH | Prepare CNO, re: 1st Quarterly Application of The Hogan Firm - prepare certificate of service and electronically file same. | 0.50 190.00/hr | 95.00 |

Lauzon Belanger, inc.                                          7/1/2010    17061         Page   12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/17/2010 DKH | E-mail correspondence with Ana Dobson concerning details of the July 14th hearing; replied to email inquiry. | 0.20<br>350.00/hr | 70.00 |
| 6/18/2010 KEH | Meeting with DKHogan, re: changes needed to THF Certificate of No Objection. | 0.10<br>190.00/hr | 19.00 |
| KEH | Meeting with DKHogan, re: changes needed to Scarfone & Lauzon Certificates of No Objection. | 0.10<br>190.00/hr | 19.00 |
| KEH | Make change to THF's Certificate of No Objection, re: 1st Quarterly Application for Compensation and electronically file same. | 0.20<br>190.00/hr | 38.00 |
| KEH | Make change to Scarfone's Certificate of No Objection, re: 1st Quarterly Application for Compensation and electronically file same. | 0.20<br>190.00/hr | 38.00 |
| KEH | Make change to Lauzon's Certificate of No Objection, re: 1st Quarterly Application for Compensation and electronically file same. | 0.20<br>190.00/hr | 38.00 |
| KEH | E-mail to James Luckey at IKON Office Solutions, re: service of CNOs for 1st quarterly applications. | 0.10<br>190.00/hr | 19.00 |
| DKH | Reviewed and revised Certificate of No Objection Regarding the First Quarterly Application of The Hogan Firm For Compensation For Services Rendered and Reimbursement of Expenses as Counsel to The Representative Counsel For The Canadian ZAI Claimants for the Period December 22, 2009, Through March 31, 2010.  Reviewed online docket for objections. | 0.40<br>350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the First Quarterly Application of The Hogan Firm For Compensation For Services Rendered and Reimbursement of Expenses as Counsel to The Representative Counsel For The Canadian ZAI Claimants for the Period December 22, 2009, Through March 31, 2010 (related document(s)[24702], [24807]) Filed by Canadian ZAI Claimants. | 0.20<br>350.00/hr | 70.00 |
| DKH | Reviewed and revised Certificate of No Objection Regarding the First Quarterly Application of Lauzon Belanger for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009, Through March 31, 2010; reviewed online docket for objections. | 0.40<br>350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the First Quarterly Application of Lauzon Belanger for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009, Through March 31, 2010 (related document(s)[24700], [24805]) Filed by Canadian ZAI Claimants. | 0.20<br>350.00/hr | 70.00 |

Lauzon Belanger, inc.                                              *7/1/2010*    *17061*         Page   13

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/18/2010 | DKH | Reviewed and revised Certificate of No Objection Regarding the First Quarterly Application of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009 through March 31, 2010.  Reviewed online docket for objections. | 0.30 350.00/hr | 105.00 |
|  | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the First Quarterly Application of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for December 21, 2009 through March 31, 2010 (related document(s)[24698], [24806]) Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| 6/22/2010 | KEH | Meeting with DKHogan, re: action needed; prepare current "To Do" List for case. | 0.30 190.00/hr | 57.00 |
|  | DKH | E-mail correspondence with Bridget Scott (David Thompson) concerning timing of payment with respect to substantial contribution and special counsel. | 0.20 350.00/hr | 70.00 |
| 6/23/2010 | DKH | E-mail correspondence with Karen E. Harvey; reviewed and revised list of cnos to prepare for various outstanding fee applications; reviewed online docket and prepared list. | 0.60 350.00/hr | 210.00 |
| 6/25/2010 | KEH | Meeting with DKHogan, re: preparation of Certificates of No Objection for 2nd monthly applications. | 0.20 190.00/hr | 38.00 |
|  | KEH | Prepare Certificate of No Objection for the Second Monthly Fee Application for The Hogan Firm. | 0.20 190.00/hr | 38.00 |
|  | KEH | Prepare Certificate of No Objection for the Second Monthly Fee Application for Scarfone Hawkins. | 0.20 190.00/hr | 38.00 |
|  | KEH | Prepare Certificate of No Objection for the Second Monthly Fee Application for Lauzon Belanger. | 0.20 190.00/hr | 38.00 |
|  | KEH | Prepare for and electronically file Certificate of No Objection for the Second Monthly Fee Application for The Hogan Firm. | 0.30 190.00/hr | 57.00 |
|  | KEH | Prepare for and electronically file Certificate of No Objection for the Second Monthly Fee Application for Scarfone Hawkins. | 0.30 190.00/hr | 57.00 |
|  | KEH | Prepare for and electronically file Certificate of No Objection for the Second Monthly Fee Application for Lauzon Belanger. | 0.30 190.00/hr | 57.00 |
|  | KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' (IKON Office Solutions) transmitting Certificate of No Objection for the Second Monthly Fee Application for The Hogan Firm for service. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                              *7/1/2010*    *17061*         Page   14

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/25/2010 KEH | E-mail correspondence with 'jluckey@ikon.com';'DL-Wilmington Fax' (IKON Office Solutions) transmitting Certificate of No Objection for the Second Monthly Fee Application for Scarfone Hawkins; and Lauzon Belanger, for service. | | 0.10 190.00/hr | 19.00 |
| DKH | Reviewed and revised Certificate of No Objection Regarding The Second Monthly Application for Compensation of The Hogan Firm As Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010.  Reviewed online docket for objections. | | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding The Second Monthly Application for Compensation of The Hogan Firm As Counsel to The Representative Counsel as Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 (No Order Required) (related document(s)[24873]) Filed by Canadian ZAI Claimants. | | 0.20 350.00/hr | 70.00 |
| DKH | Reviewed and revised Certificate of No Objection Regarding the Second Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010.  Checked docket for objections. | | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Second Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 (No Order Required) (related document(s)[24878]) Filed by Canadian ZAI Claimants. | | 0.20 350.00/hr | 70.00 |
| DKH | Reviewed and revised Certificate of No Objection Regarding the Second Monthly Application for Compensation of Lauzon Belanger As Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010; checked docket for objections. | | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Second Monthly Application for Compensation of Lauzon Belanger As Special Counsel for The Canadian ZAI Claimants for the period April 1, 2010 to April 30, 2010 (No Order Required) (related document(s)[24874]) Filed by Canadian ZAI Claimants. | | 0.20 350.00/hr | 70.00 |
| 6/28/2010 KEH | Meeting with DKHogan, re: action needed in case - need to complete monthly fee applications for filing on June 30. | | 0.30 190.00/hr | 57.00 |
| KEH | E-mail correspondence from Bobbi Ruhlander transmitting Fee Auditor's Initial Report regarding the Amended $2M Substantial Contribution Application - review report. | | 0.30 190.00/hr | 57.00 |

Lauzon Belanger, inc.                                      *7/1/2010*    *17061*        Page  15

|  |  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/28/2010 | KEH | Preparation of The Hogan Firm's 3rd Monthly Fee Application; Review Time/Expense Summary for May 1 through May 31, 2010 - prepare breakdown of categories. | 3.90 190.00/hr | 741.00 |
|  | KEH | Preparation of Scarfone Hawkins' 3rd Monthly Fee Application; Review Time/Expense Summary for May 1 through May 31, 2010 - prepare breakdown of categories. | 2.30 190.00/hr | 437.00 |
|  | DKH | E-mail correspondence with Bobbi Ruhlander transmitting Fee Auditor's Initial Report regarding the Amended § 503(b) Application of Lauzon Belanger and Scarfone Hawkins; reviewed same. | 0.60 350.00/hr | 210.00 |
|  | DKH | E-mail correspondence with Representative Counsel transmitting Fee Auditor's Initial Report regarding the Amended § 503(b) Application of Lauzon Belanger and Scarfone Hawkins. | 0.20 350.00/hr | 70.00 |
| 6/29/2010 | KEH | Begin preparation of 3rd Monthly fee application for Lauzon Belanger; review and revise time/expense summary for May 1 through May 31, 2010 (add amount column); prepare breakdown of categories. | 1.60 190.00/hr | 304.00 |
|  | KEH | Review receipts for expenses on Lauzon Belanger's time/expense summary for May 1 through May 31, 2010, i.e., Various fees, Travel Fees, Lodging. | 0.50 190.00/hr | 95.00 |
|  | KEH | E-mail correspondence with 'careen.hannouche@lauzonbelanger.qc.ca' regarding information needed for expenses on fee application to match receipts. | 0.10 190.00/hr | 19.00 |
|  | KEH | E-mail correspondence from John Port at Grace requesting W-9 and Vendor Information form (already provided on 6/3/10) - met with Dan Hogan - scanned documents and emailed to John Port;  Also, forwarded documents to Careen.hannouche@lauzonbelanger.qc.ca'; 'Matt Moloci';'Michel Belanger';'David Thompson' for completion of same. | 0.30 190.00/hr | 57.00 |
|  | KEH | Meeting with Daniel K. Hogan, re: fee auditor's initial report and action needed; correspondence to Lauzon Belanger & Scarfone Hawkins with details. | 0.70 190.00/hr | 133.00 |
|  | DKH | E-mail correspondence with James O'Neill concerning hearing on July 14; replied to him. | 0.30 350.00/hr | 105.00 |
|  | DKH | Worked on response to Fee Auditor's Initial Report regarding the Amended Substantial Contribution Application for the Period October 1, 2004, through August 31, 2008. | 1.00 350.00/hr | 350.00 |
| 6/30/2010 | KEH | E-mail correspondence from Careen Hannouche with explanations of expenses. | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                    *7/1/2010*    *17061*         Page  16

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
| 6/30/2010 KEH | E-mail correspondence with Careen Hannouche, re: request from John Port at Grace. | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Ana Dobson, re: completed Vendor Information Form - Taxpayer Identification Number Request Form does not apply to Canada. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with John Port at Grace, re: forms relative to the Canadians.  The tax ID form does not apply to Canadian companies. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence from Ana Dobson, re: responses to Fee Auditor's initial report. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche transmitting certification for 3rd Monthly application. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with David Thompson transmitting certification for 3rd monthly application. | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence from Careen Hannouche transmitting executed certification; attach same to brad page and prepare as exhibit. | 0.20 190.00/hr | 38.00 |
| KEH | Response E-mail from John Port at Grace transmitting Canadian forms - review forms and transmit to Repr Counsel. | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Bridget Scott transmitting executed certification for David Thompson; attach to brad page and prepare as exhibit. | 0.20 190.00/hr | 38.00 |
| KEH | Make necessary revisions to LB Time & Expense Summary to clarity expenses and revise 3rd monthly application to reflect same; transmit to Careen Hannouche for review. | 0.80 190.00/hr | 152.00 |
| KEH | E-mail correspondence with Bridget Scott, re: responses to Fee Auditor's initial report to $2M application. | 0.20 190.00/hr | 38.00 |
| KEH | E-mail correspondence with Ana Dobson, re: email from John Port at Grace about tax forms. | 0.20 190.00/hr | 38.00 |
| KEH | Meet with Dan Hogan - make final revisions to the Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. | 0.60 190.00/hr | 114.00 |
| KEH | Prepare for filing and electronically file the Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants - Docket No. 25014. | 0.60 190.00/hr | 114.00 |

Lauzon Belanger, inc.                                    *7/1/2010*    *17061*         Page  17

|  | | | *Hrs/Rate* | *Amount* |
|---|---|---|---|---|
| 6/30/2010 KEH | Email to Fee Auditor with the Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants in Word format. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with James Luckey at IKON transmitting the Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for hand delivery to the Trustee. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with service parties transmitting the Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with Ana Dobson approving the  3rd monthly application for Scarfone Hawkins for filing. | | 0.10 190.00/hr | 19.00 |
| KEH | Prepare for filing and electronically file the Third Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants.  The application was filed today in the U.S. Bankruptcy Court, Docket No. 25015. | | 0.50 190.00/hr | 95.00 |
| KEH | Email to Fee Auditor transmitting, in Word format,  the Third Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants, Docket No. 25015. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with Careen Hannouche approving the 3rd monthly application of Lauzon Belanger for filing. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with James Luckey at IKON transmitting the Third Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants, Docket No. 25015, for hand delivery to the Trustee. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with service parties transmitting the Third Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. | | 0.10 190.00/hr | 19.00 |
| KEH | Prepare for filing and electronically file the Third Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants, Docket No. 25017. | | 0.50 190.00/hr | 95.00 |
| KEH | E-mail correspondence with Fee Auditor transmitting the Third Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants, Docket No. 25017. | | 0.10 190.00/hr | 19.00 |
| KEH | E-mail correspondence with James Luckey at IKON transmitting the Third Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants for hand delivery to the Trustee. | | 0.10 190.00/hr | 19.00 |

Lauzon Belanger, inc.                                      *7/1/2010*    *17061*         Page  18

|  |  | *Hrs/Rate* | *Amount* |
|---|---|---|---|
| 6/30/2010 KEH | E-mail correspondence with Service parties transmitting the Third Monthly Application of Lauzon Bélanger as Special Counsel for the Canadian ZAI Claimants, Docket No. 25017. | 0.10 190.00/hr | 19.00 |
| KEH | Review responses received from Ana Dobson regarding the Fee Auditor's initial report; begin draft of formal response. | 0.40 190.00/hr | 76.00 |
| DKH | Reviewed and revised 3rd monthly application for Scarfone Hawkins and Lauzon Bélanger. | 1.00 350.00/hr | 350.00 |
| DKH | E-mail correspondence with Careen Hannouche providing clarification to expense charges.  Reviewed backup. | 0.30 350.00/hr | 105.00 |
| DKH | E-mail correspondence with Ana Dobson (David Thompson). Reviewed his  response to the issues raised in the Fee Auditor's report. | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for the 3rd monthly fee application of LB. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Port, John transmitting tax forms for the Canadian firms to execute; reviewed same. | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants. | 0.50 350.00/hr | 175.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of The Hogan Firm as Counsel to The Representative Counsel as Special Counsel for the Canadian ZAI Claimants (Third) for the period May 1, 2010 to May 31, 2010 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Ana Dobson concerning the 3rd monthly application for Scarfone Hawkins. | 0.10 350.00/hr | 35.00 |
| DKH | E-mail correspondence with Karen E. Harvey.  Reviewed and revised Third Monthly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants. | 0.40 350.00/hr | 140.00 |
| DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (Third) for the period May 1, 2010 to May 31, 2010 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |
| DKH | E-mail correspondence with Careen Hannouche concerning 3rd monthly application for Lauzon Bélanger. | 0.10 350.00/hr | 35.00 |

Lauzon Belanger, inc.                                    *7/1/2010*    *17061*        Page   19

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/30/2010 DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation of Lauzon Belanger as Special Counsel for the Canadian ZAI Claimants (Third) for the period May 1, 2010 to May 31, 2010 Filed by Canadian ZAI Claimants. | 0.20 350.00/hr | 70.00 |

|  | | | |
|---|---|---|---|
| ***For professional services rendered*** | | 100.40 | *$28,580.00* |

**Additional Charges :**

| | Amount |
|---|---|
| 6/14/2010 IKON Office Solutions- Amended 2M | 867.70 |
| IKON Office Solutions- Notice 2M | 587.91 |
| 6/15/2010 Photocopies - Amended $2M SC Application (1125 @ .10) | 112.50 |
| Federal Express to Fee Auditor - Dallas, TX | 38.30 |
| Federal Express to WRGrace & Co - Boca Raton, FL | 34.65 |
| 6/22/2010 IKON Office Solutions- 1st Quarterly CNO | 70.75 |
| 6/29/2010 IKON Office Solutions- CDN THF 2CNO & RC 2MONTH CNO | 139.29 |
| 6/30/2010 Photocopies - 3rd monthly fee applications (91 @ .10) | 9.10 |

|  | |
|---|---|
| ***Total additional charges*** | *$1,860.20* |
| ***Total amount of this bill*** | *$30,440.20* |
| ***Previous balance*** | *$33,491.65* |
| **Accounts receivable transactions** | |
| 6/21/2010 Payment - Thank You. Check No. 978 9902 | *($33,491.65)* |
| ***Total payments and adjustments*** | *($33,491.65)* |
| **Balance due** | **$30,440.20** |

****TERMS: PAYMENT DUE UPON RECEIPT****

INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH

Lauzon Belanger, inc.                                             *7/1/2010*      *17061*          Page   20

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 26,455.75 | 3,984.45 | 0.00 | 0.00 | 0.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan | 59.40 | 350.00 | $20,790.00 |
| Gillian Andrews | 2.80 | 190.00 | $532.00 |
| Karen E. Harvey | 38.20 | 190.00 | $7,258.00 |