# EXHIBIT A

# NELLIGAN

**Scarfone Hawkins**
David Thompson
1 James Street South, 14th Floor
Hamilton , ON , Canada
L8N 3P6

**Invoice: 175126A**

CheckIn : 23/6/2010
CheckOut: 24/6/2010
Room : 316

Printed on : 24/6/2010 at : 9:37:59

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 23/6/2010 | Rm Transient - Leisure 316 | 1.00 | 265.00 |
| 24/6/2010 | HN Restos (I) 316 : 613526 | 1.00 | 17.00 |
| 24/6/2010 | HN Restos (I) - Gratuity 316 : 613526 | 1.00 | 2.81 |
| 24/6/2010 | American Express 316 : 101816 | | -331.59 |
| | Room Charge Total: | | 265.00 |
| | Charges Total : | | 19.81 |
| | **Sub-Total :** | | **284.81** |
| | Lodging Tax : | | 9.28 |
| | Federal Tax 144451499 : | | 14.56 |
| | Provincial Tax  1200660150 : | | 22.94 |
| | **Sub-Total :** | | **331.59** |
| | Payment Total : | | -331.59 |
| | **Balance due :** | | **0.00** |

Hôtel Nelligan, 106 St-Paul Street West, Montréal, QC, H2Y 1Z3
www.hotelnelligan.com  info@hotelnelligan.com
Téléphone : 514-788-2040    Fax : 514-788-2041

RELEVÉ DE TRANSACTION

## VERSES RESTAURANT
BRASSERIE MECHANT BOEUF
124 St-Paul Ouest, Montreal QC

### ADDITION #613505

CARTE/CARD:AMERICAN EXPRESS
No. ************1005 Expi.: ****
Entree/Entry:Lue/Swiped
Client : DAVID THOMPSON
AUTOR./AUTHOR.:568282
Marchand/Retailer:66086150
TERMINAL:11
REFERENCE:66086150 0010015760 S

PREAUTH           $88.04

POURBOIRE/TIP     _____

TOTAL             100 —

00 APPROUVEE - MERCI 025

MERCI - THANK YOU
24 JUIN 2010  0:56:55
Nom du serveur : CATHOU H

COPIE DU CLIENT

## Bridget Scott

**From:** Ana Dobson
**Sent:** June 11, 2010 12:08 PM
**To:** Bridget Scott
**Subject:** FW: Expedia travel confirmation - Montreal, PQ - 23 Jun 2010 - (Itin# 132633177888)

**From:** Expedia.ca Travel Services [mailto:caenmail@expediamail.com]
**Sent:** Friday, June 11, 2010 12:06 PM
**To:** Ana Dobson
**Subject:** Expedia travel confirmation - Montreal, PQ - 23 Jun 2010 - (Itin# 132633177888)

### Travel Confirmation

Thank you for booking your trip with Expedia.ca.

If you have not received information about travel insurance, or have questions about your coverage, contact us at 1-888-EXPEDIA (1-888-397-3342) or from outside North America at +1-613-780-1386. Please note that insurance coverage must be purchased within 5 days of your travel purchase.

Remember that you can always view your itinerary online for the most up-to-date information.

### Flight: Toronto to Montreal

**Traveler names:** David Thompson, Matthew Moloci

| | | |
|---|---|---|
| Toronto (YYZ) to Montreal (YUL) | 23/06/10 4:00 PM - 5:10 PM | WestJet 312 |
| Montreal (YUL) to Toronto (YYZ) | 24/06/10 4:40 PM - 5:55 PM | WestJet 677 |

| | |
|---|---|
| Total ticket cost: | C$456.00 |
| Taxes & Fees: | C$237.26 |
| **Airfare total:** | **C$693.26** |

### Special requests

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Free and special meals are not available on many flights.
(→) View your itinerary for complete and up-to-date trip details, or to make changes online.

### Customer Support

**Itinerary number: 132633177888**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.ca at 1(888) EXPEDIA (1-888-397-3342) / (+1-613-780-1386) and have the itinerary number ready.

### What else can we help you with?

🏨 **Save on hotels** in Montreal

(→) Search for more hotels

11/06/2010

## KIOSK CHECK-IN

Zorolite 05c121 

**WESTJET**

MOLOCI/MATTHEW

From: TORONTO INTL
To:   MONTREAL Trud
FFP No.:

YYZ KSK
Flt No. Class Date Time
WS  312        23JUN 400P
BOARD TIME-330P GATE- C26
YYZ3AKRD09PNR No: NTXLCQ

E-TKT
8383746410655

SEAT 19D
SEQ/161

**WESTJET**

Name:
MOLOCI/MATTHEW
From: YYZ
To:   YUL
Flt WS  312
      23JUN  400P

E-TKT       SEAT 19D
WS   YYZKSK
SEQ/161

---

**WESTJET**   KIOSK CHECK-IN   **WESTJET**

Name: MOLOCI/MATTHEW

From: MONTREAL Trud
To:   TORONTO INTL
FFP No.:

YUL KSK
Flt No. Class Date Time
WS  677        24JUN 440P
BOARD TIME-410P GATE- A47
YULSS041 PNR No: NTXLCQ

E-TKT           SEAT 20A
8383746410655   SEQ/94

Name:
MOLOCI/MATTHEW
From: YUL
To:   YYZ
Flt WS  677
      24JUN  440P

E-TKT       SEAT 20A
WS   YULKSK
SEQ/94

# NELLIGAN

**Scarfone Hawkins**
Matthew Moloci
1 James Street South, 14th Floor
Hamilton, ON, Canada
L8N 3P6

**Invoice: 175129A**

CheckIn : 2010-06-23
CheckOut: 2010-06-24
Room : 407

Printed on : 2010-06-24 at : 09:10:01

Transaction receipt

|  | Quantity | Amount |
|---|---|---|
| e 407 | 1.00 | 265.00 |
|  |  | -309.59 |
| Room Charge Total: |  | 265.00 |
| **Sub-Total :** |  | **265.00** |
| Lodging Tax : |  | 9.28 |
| Federal Tax 144451499 : |  | 13.71 |
| Provincial Tax 1200660150 : |  | 21.60 |
| **Sub-Total :** |  | **309.59** |
| Payment Total : |  | -309.59 |
| **Balance due :** |  | **0.00** |

Hotel Nelligan
106 St-Paul Street West
Vieux-Montreal, QC, H2Y 1Z3
(514) 788-2040

ATE: 24/06/2010      TIME: 09:09:58
ISA 4516 **** **** 5748
xpiry: 0712
ermeture de la pre-autorisation: 309.59
          073820
NVOICE: 175129      Ref.: 0017

*Moloci*
*— 1 person*
*— Hotel*

**Hôtel Nelligan**, 106 St-Paul Street West, Montréal, QC, H2Y 1Z3
www.hotelnelligan.com   info@hotelnelligan.com
Téléphone : 514-788-2040      Fax : 514-788-2041

## Receipt 1 (Credit Card Slip)

Handwritten: Zonolite 054121

MATTHEW MOLOCI
MGM PROFESSIONAL CORP
07/12

3247325

MONTANT - AMOUNT: 3800
T.P.S. G.S.T.: 5 00
TOTAL CAN $: 43 00

Signature: M.M.

## Receipt 2 (Airport Parking)

Handwritten: Zonolite 054121 Montreal Trip.

AEROPORT INTERNATIONAL
TORONTO PEARSON
INTERNATIONAL AIRPORT
TERMINAL 3 AEROGARE 3
LANE/VOIE: PDF 23
Paid On: 2010/06/24 18:12
Entered: 2010/06/23 14:03
TKT#: 1826937149

Orig.Fee: $   56.00
Paid:     $   56.00
Cash:     $    0.00
Credit:   $   56.00
GST:      $    2.48
PST:      $    3.96
Change:   $    0.00
SC:       $    0.00

Cardtype: VISA
GST#: 139759708
Merchant ID: 00351395
Approved - Thank You.

*************5748 Swiped
Purchase 10/06/24 18:12:15
Seq# 891001001023 AUTOPAY20
Auth# 064242
001                    APPROVED
00

Note: Parking at Toronto Airport

## Receipt 3 (Crevier Gas/Taxi)

Handwritten: Zonolite 054121 Taxi
4516 0700 0370 5748
MATTHEW MOLOCI
MGM PROFESSIONAL CORP
07/12
Date: 24/06/10

5 247076

MONTANT - AMOUNT: 38.00
TIP: 5.00
TOTAL CDN $: 43.00

Signature: M.M.

Note: - Taxis to / from Airport - MONTREAL.

## Receipt 1 — HMS Host / Moe's Deli & Bar

of-
Zonolite
JL121

```
HMS HOST
MOE'S DELI & BAR
AEROPORT MONTREAL - TRUDEAU
CHECK:           1016
TABLE:           115/1
SERVER:          4402 Lyne
DATE:            24JUN'10 15:58
CARD TYPE:       Visa
ACCT #:          XXXXXXXXXXXX5748
EXP DATE:        XX/XX
AUTH CODE:       040714
        MATTHEW MOLOCI

TOTAL:              37.30
POURBOIRE/TIP      +5
TOTAL    42.80
x    "MGM"

HMS HOST
TPS#137512901  TVQ#1019856073
```

moloci/Thompson
- 2 persons
- lunch
- no alcohol

## Receipt 2 — HMS Host itemized

```
      HMS HOST
  MOE'S DELI & BAR
AEROPORT MONTREAL - TRUDEAU

4402 Lyne
----------------------------------
TBL 115/1      CHK 1016    GST 1
       24JUN'10 14:21
----------------------------------

         *** SIEGE 1 ***
1 BOISSON GAZEUSE        2.29
  B.GAZEUSE
    COKE DIETE
1 PERRIER                2.99
1 HAMB. MOES            12.99
    BIEN CUIT
    FRITES
1 HAMB. MOES            12.99
    BIEN
    FRITES
1 REFILE                 0.00
    COKE DIETE
1 CAFE                   1.79
    CAFE
    Sous-Total          33.05
33.05 T.P.S.     217101   1.65
34.70 T.V.Q.     217010   2.60
    Montant Du         $37.30
    ******      ******

    Sous-Total          33.05
33.05 T.P.S.     217101   1.65
34.70 T.V.Q.     217010   2.60
    Montant Du         $37.30

*********************************
TPS 137512901  TVQ 1019856077
*** S.V.P PAYEZ AU SERVEUR ***
**** MERCI DE VOTRE VISITE ****
    **** A LA PROCHAINE ****
    ***SERVICE NON COMPRIS***
    ***TIPS NOT INCLUDED ***
           HMS
       MOE'S DELI & BAR
         (514) 633-9972
    JAY.MCDONALD HMSHOST.COM
```

## Receipt 3 — Verses Restaurant

BREAKFAST @ NELLIGAN

```
     VERSES RESTAURANT
    100 SAINT-PAUL OUEST
   MONTREAL, QC (514) 788-4000

         JEU 24 JUIN 2010
   ADDITION #613528-1
         TABLE #1

1 CAFE REGULIER              $2.50
1 JUS ORANGE                 $3.20
   SOUS-TOTAL       :        $5.70
   TAXE PROVINCIALE          $0.45
   TAXE FEDERALE             $0.29
TOTAL                        $6.44

SERVICE/TIPS    +   1.00
TOTAL :              7.44

#CHAMBRE/ROOM :
NOM/NAME :
SIGNATURE          "MGM"

T.P.S.# 144451564
T.V.Q. # 1200660184

Heure: 09:21    1 CLIENT

  S.V.P. PAYER A LA TABLE
    MERCI ET A BIENTOT

    VOUS AVEZ ETE SERVI
       PAR : MATIN
```

Moloci - 1 person
- no alcohol