# EXHIBIT B

W.R. GRACE & CO., et al.

CDN ZAI CLASS ACTION

U.S. MONTHLY FEE APPLICATION
DATE: June 30, 2010
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

G.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI SPECIAL COUNSEL MONTHLY FEE APPLICATION**
**(June 1, 2010 to June 30, 2010)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06 /01/10 | *receipt Dan Hogan email re: Agenda for June 7th hearing* | DT | $475.00 | 0.25 | $118.75 |
| 06 /01/10 | *receipt Matt Moloci memo re: review of Canadian law brief, letter to Dan Hogan re: form of content of memo* | DT | $475.00 | 0.25 | $118.75 |
| 06 /01/10 | *receipt Matt Moloci memo re: meeting in Montreal, email to Michel Belanger regarding timing of meeting in Montreal* | DT | $475.00 | 0.10 | $47.50 |
| 06 /01/10 | *email to Dan Hogan re: memo on Canadian law* | DT | $475.00 | 0.10 | $47.50 |
| 06 /01/10 | *email to Dan Hogan re: attendance at June 7th hearing* | DT | $475.00 | 0.10 | $47.50 |
| 06 /01/10 | *receipt Karen Harvey emails, receipt and review certification amend and revise same, letter to Karen Harvey, execute revised certification of counsel, memo to Matt Moloci* | DT | $475.00 | 0.25 | $118.75 |
| 06 /01/10 | *Email to David Thompson regarding memorandum of Canadian law concerning class counsel fees; receive email from Thompson to Dan Hogan with attached memorandum for use on $2M fee application* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /01/10 | *Email to and from David Thompson regarding scheduling of meeting with Lauzon Belanger in Montreal; email from Thompson to Lauzon Belanger regarding proposed meeting and scheduling; email reply from Michel Belanger* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /01/10 | *Email from Cindy Yates to Karen Harvey with attached Monthly Fee Application for April, 2010; review; email from Karen Harvey with attached certification of counsel; email reply from David Thompson with singed certification of counsel; emails from Harvey to counsel serving Second Monthly Applications of the Hogan Law Firm, Lauzon* | MGM | $375.00 | 0.50 | $187.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Belanger and Scarfone Hawkins; review; email reply to Harvey with comments and proposed changes; further emails from and to Harvey; further email from Harvey to counsel serving corrected Second Monthly Application* | | | | |
| 06 /02/10 | *emails to and from Dan Hogan re: June 7th hearing and telephonic listening in* | DT | $475.00 | 0.10 | $47.50 |
| 06 /02/10 | *emails to and from Dan Hogan re: monthly fee application* | DT | $475.00 | 0.10 | $47.50 |
| 06 /02/10 | *Email from David Thompson to Dan Hogan regarding possible attendance at June 7th U.S. hearing; email reply from Hogan* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /02/10 | *Email from David Thompson to Michel Belanger scheduling proposed meeting in Montreal* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /02/10 | *Email from Karen Harvey with attached draft Amended Application for $2M fee application; review; email from Thompson to Harvey and Dan Hogan regarding proposed changes; reply from Hogan* | MGM | $375.00 | 0.30 | $112.50 |
| 06 /03/10 | *receipt and review amended draft substantial contribution application from Dan Hogan (32 pages), emails to Dan Hogan, prepare blackline version with suggested amendments and changes to amended application* | DT | $475.00 | 1.50 | $712.50 |
| 06 /03/10 | *receipt M. Belanger email and email to him re: Montreal planning meeting* | DT | $475.00 | 0.25 | $118.75 |
| 06 /03/10 | *receipt Karen Harvey email re: court hearing conference call for June 7th* | DT | $475.00 | 0.10 | $47.50 |
| 06 /03/10 | *further revise and amend draft revised application, add case citations and Canadian law content, discuss and review with Matt Moloci* | DT | $475.00 | 1.00 | $475.00 |
| 06 /03/10 | *Email from Michel Belanger regarding scheduling of proposed meeting in Montreal* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /03/10 | *Email from David Thompson to Dan Hogan regarding attendance at June 7th hearing; email from Karen Harvey with Court Call Confirmation for attendance at hearing telephonically* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /03/10 | *Email from David Thompson to Dan Hogan with revised Amended Application for $2M fee application; review; email reply from Hogan; further email from Thompson* | MGM | $375.00 | 0.30 | $112.50 |
| 06 /03/10 | *Emails from Karen Harvey to James Luckey with attached Certificate of Counsel regarding Second Applications for Substantial Contribution together with attachments for service and filing; review* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /04/10 | *emails to and from Dan Hogan, memos to and from Matt Moloci, receipt Careen Hannouche and Michel Belanger emails all re: revised substantial contribution application* | DT | $475.00 | 0.40 | $190.00 |
| 06 /04/10 | *receipt Michel Belanger email, 2 Dan Hogan emails, receipt Matt Moloci 2 memos, etc., review revised pages for substantial contribution application* | DT | $475.00 | 0.40 | $190.00 |
| 06 /04/10 | *telephone to Dan Hogan, etc., emails to and from Dan Hogan, memo to Matt Moloci re: hearing of June 7th* | DT | $475.00 | 0.35 | $166.25 |
| 06 /04/10 | *memo to Matt Moloci, emails to and from Dan Hogan, etc., re June 7th hearing* | DT | $475.00 | 0.50 | $237.50 |
| 06 /04/10 | *receipt Dan Hogan voice mail message re: call with Jan Baer, memo to Matt Moloci re June 7th hearing* | DT | $475.00 | 0.10 | $47.50 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/10 | Review drafts of Amended Application seeking approval of substantial contribution of counsel fees of $2M pursuant to Amended and Restated Minutes of Settlement; further review and research; emails to David Thompson, Dan Hogan, Careen Hannouche and Michel Belanger with comments and additional case law; email from Hannouche with comments; email reply from Hogan;; receive further revisions to fee application; review and reply to Hogan and Karen Harvey; further emails from and to Representative Counsel; telephone voice message from Hogan reporting communications with Jan Baer and issues raised concerning fee applications; email from Thompson regarding Grace issues with fee application and proposed teleconference | MGM | $375.00 | 1.40 | $525.00 |
| 06/04/10 | Email from David Thompson to Michel Belanger regarding proposed meeting with Lauzon Belanger in Montreal | MGM | $375.00 | 0.10 | $37.50 |
| 06/05/10 | Telephone voice message from David Thompson reporting discussions with Dan Hogan concerning Grace counsels' position on fee applications in anticipation of U.S. hearing; emails to and from Thompson regarding Grace issues | MGM | $375.00 | 0.10 | $37.50 |
| 06/07/10 | participate in hearing by telephone, follow-up telephone call to Dan Hogan, emails to and from Dan Hogan re: hearing | DT | $475.00 | 0.50 | $237.50 |
| 06/07/10 | follow-up conference call with Dan Hogan, etc., re: revised application, etc., discuss with Matt Moloci, follow-up email to Dan Hogan re: July 14th hearing | DT | $475.00 | 0.50 | $237.50 |
| 06/07/10 | receipt Michel Belanger email, letter to Michel Belanger, receipt Matt Moloci memo, all re: meeting in Montreal June 23/24 | DT | $475.00 | 0.25 | $118.75 |
| 06/07/10 | Attend U.S. hearing telephonically with David Thompson regarding CDN Representative Counsel's fees applications; teleconference with Dan Hogan and Thompson following hearing | MGM | $375.00 | 0.50 | $187.50 |
| 06/07/10 | Teleconference with Dan Hogan and David Thompson in follow-up to Hogan's meeting with Jan Baer, Ted Freedman at Pachalski law firm; receive comment regarding Grace Counsel's issues with proposed amended fee application concerning $2M; discuss and provide further instructions | MGM | $375.00 | 0.50 | $187.50 |
| 06/07/10 | Email from Dan Hogan with attached recent decision of 3rd Circuit Court of Appeals concerning possible impact upon Grace confirmation; review | MGM | $375.00 | 0.20 | $75.00 |
| 06/07/10 | Emails from and to Michel Belanger and David Thompson confirming meeting with Lauzon Belanger in Montreal | MGM | $375.00 | 0.10 | $37.50 |
| 06/08/10 | receipt Dan Hogan email re: June 7th orders, follow-up to review and discuss issues raised on telephone conference call and amendments to substantial contribution application | DT | $475.00 | 0.50 | $237.50 |
| 06/08/10 | discuss with Matt Moloci, review applications with Cindy Yates, receipt Cindy Yates' memo re: quantum of approved applications, memo to Matt Moloci, receipt Matt Moloci memo, email to Dan Hogan | DT | $475.00 | 0.50 | $237.50 |
| 06/08/10 | emails to and from Dan Hogan re: orders of June 7th, receipt and review of 2 orders, memo to file re: payments to be received, receipt Careen Hannouche email re: July 14th hearing, email to Careen Hannouche, confirm arrangements for Montreal meeting, memos to and from Matt Moloci re: Montreal | DT | $475.00 | 0.50 | $237.50 |

| 06/08/10 | *further emails to and from Dan Hogan re: special counsel quarterly fee application, etc., discuss with Matt Moloci, confirm arrangements for July 14th hearing, email to Careen Hannouche, memo to law clerk to book arrangements for Montreal meeting* | DT | $475.00 | 0.50 | $237.50 |
|---|---|---|---|---|---|
| 06/08/10 | *Email from David Thompson to Dan Hogan in follow-up to June 7th hearing, order obtained regarding special counsel and substantial contribution fee applications, and directions regarding payment; further emails from and to Thompson; email from Hogan with signed orders approving fee applications; further emails to and from Hogan; schedule teleconference with Thompson and Hogan* | MGM | $375.00 | 0.40 | $150.00 |
| 06/08/10 | *Email to Cindy Yates regarding special counsel fee application for May, 2010* | MGM | $375.00 | 0.10 | $37.50 |
| 06/08/10 | *Emails from Careen Hannouche and David Thompson regarding preparation and attendance at U.S. hearing on July 14, 2010* | MGM | $375.00 | 0.10 | $37.50 |
| 06/09/10 | *telephone conference call with Dan Hogan with Matt Moloci re: revised application materials for July 14th hearing* | DT | $475.00 | 0.75 | $356.25 |
| 06/09/10 | *follow-up to book accommodations for Montreal meeting with Michel Belanger* | DT | $475.00 | 0.25 | $118.75 |
| 06/09/10 | *receipt Dan Hogan email to Jan Baer and discuss with Matt Moloci re: Michel Belanger prior affidavit* | DT | $475.00 | 0.10 | $47.50 |
| 06/09/10 | *discuss and review monthly fee application with Cindy Yates, memos to and from Matt Moloci, etc.* | DT | $475.00 | 0.25 | $118.75 |
| 06/09/10 | *Teleconference with Dan Hogan and David Thompson regarding U.S. fee application regarding $2M fee; receive further update regarding Grace counsels' comments and position and advice concerning issues in application; review, discuss and provide further instructions to Hogan; email to Hogan and Thompson with attached endorsement of Justice Farley referencing co-counsel arrangements; email from Hogan to Jan Baer regarding co-counsel arrangements and materials in evidence; detailed email from Dan Hogan regarding follow-up discussions with Grace counsel regarding $2M fee application and issues;* | MGM | $375.00 | 0.80 | $300.00 |
| 06/09/10 | *Email from David Thompson regarding preparation of May special counsel fee application; email reply to Thompson; email from Cindy Yates to Karen Harvey of Hogan Law Firm with attached draft May special counsel fee application; review;* | MGM | $375.00 | 0.30 | $112.50 |
| 06/10/10 | *receipt Dan Hogan email re: follow-up with Ted Freshman, discuss with Matt Moloci, email to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 06/10/10 | *telephone conference call with Dan Hogan re: telephone call with Ted Freshman and Jan Baer and amended application, etc.* | DT | $475.00 | 0.50 | $237.50 |
| 06/10/10 | *Email from David Thompson to Dan Hogan regarding $2M fee application and Grace's counsel position on issues; email to Hogan and Thompson regarding issues and to schedule teleconference; teleconference with Hogan and Thompson; receive update from Hogan regarding Grace counsel's position concerning amended application materials regarding U.S. substantial contribution for fees of $2 million under Amended and Restated Minutes of* | MGM | $375.00 | 0.70 | $262.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Settlement; receive advice and provide instructions to Hogan; email from Careen Hannouche to Karen Harvey with attached May monthly fee application of Lauzon Belanger; review;* | | | | |
| 06 /11/10 | *receipt Dan Hogan email, review revised application materials in detail, email to Dan Hogan providing comments and revisions re substantial contribution application for July 14/10* | DT | $475.00 | 0.75 | $356.25 |
| 06 /11/10 | *various and multiple emails to and from Dan Hogan re co-counsel agreements, etc.* | DT | $475.00 | 0.40 | $190.00 |
| 06 /11/10 | *emails to and from Grace re vendor information form* | DT | $475.00 | 0.10 | $47.50 |
| 06 /11/10 | *Receive flight itinerary for scheduled meeting with Lauzon Belanger in Montreal;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /11/10 | *Email from Dan Hogan with attached Amended Rep Counsel fee application regarding $2M fee under minutes of settlement; email from David Thompson to Hogan with proposed changes to draft amended application; email reply from Hogan to Thompson; email from Hogan to Jan Baer with attached amended application for review and comments;* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /11/10 | *Email from possible CDN ZAI PD claimant Shannon Rae;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /12/10 | *Email to Ana Dobson forwarding inquiry from possible CDN ZAI PD claimant Shannon Rae and requesting reply;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /14/10 | *receipt Dan Hogan email and clean copy of further revised substantial contribution application (July 14), memo to Matt Moloci and email to Dan Hogan* | DT | $475.00 | 0.25 | $118.75 |
| 06 /14/10 | *receipt Matt Moloci memo to Dan Hogan re changes to application materials, receipt Dan Hogan email* | DT | $475.00 | 0.25 | $118.75 |
| 06 /14/10 | *memo to Jeff Teal re invite to join Montreal meeting* | DT | $475.00 | 0.10 | $47.50 |
| 06 /14/10 | *receipt Dan Hogan email attaching application materials with Jan Baer amendments, receipt of and respond to various class member inquiries* | DT | $475.00 | 0.50 | $237.50 |
| 06 /14/10 | *Review amended application regarding $2M fee application; email to Dan Hogan with comments regarding draft amended application; email reply from Hogan; further email from Hogan forwarding Grace counsel's comments and proposed changes to draft amended application; review;* | MGM | $375.00 | 0.60 | $225.00 |
| 06 /14/10 | *Email from David Thompson to Michel Belanger regarding meeting at Lauzon Belanger in Montreal, itinerary and agenda for meeting;* | MGM | $375.00 | 0.10 | $37.50 |
| 06 /15/10 | *receipt Matt Moloci memos, receipt Dan Hogan e-mail re filing of materials, etc.* | DT | $475.00 | 0.25 | $118.75 |
| 06 /15/10 | *receipt and review multiple Karen Harvey e-mails sending final filing version of application materials including exhibits, memo to Bridget Scott, memo to Cindy Yates to index and organize for hearing binder* | DT | $475.00 | 0.50 | $237.50 |
| 06 /15/10 | *memos to and from Jeff Teal re Montreal meeting, receipt Matt Moloci email re meeting in Montreal, memo to Jeff Teal re Delaware/Pittsburgh hearing date* | DT | $475.00 | 0.35 | $166.25 |

| | | | | | |
|---|---|---|---|---|---|
| 06 /15/10 | *Emails from Hogan Law Firm with final version of Amended Application concerning $2M fee application as served and filed with attached exhibits; review; further emails to and from Dan Hogan; emails from and to David Thompson regarding Montreal meeting and preparation;* | MGM | $375.00 | 0.40 | $150.00 |
| 06 /16/10 | *receipt Michel Belanger email confirming Montreal meeting* | DT | $475.00 | 0.10 | $47.50 |
| 06 /17/10 | *receipt Careen Hannouche email re hearing, letter to Careen Hannouche, letter to Dan Hogan, etc.* | DT | $475.00 | 0.25 | $118.75 |
| 06 /17/10 | *receipt Dan Hogan email and hearing notice, letter to Careen Hannouche, letter to Dan Hogan, memo to Jeff Teal re July 14* | DT | $475.00 | 0.25 | $118.75 |
| 06 /17/10 | *receipt Matt Moloci memo re Garlock status, etc.* | DT | $475.00 | 0.10 | $47.50 |
| 06 /17/10 | *Email from David Thompson confirming hearing in Delaware on July 14th; email to David Thompson regarding Chapter 11 filing by Garlock Sealing Technologies;* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /18/10 | *Email to Jeff Teal regarding July 14th hearing in Delaware; email from Karen Harvey to James Luckey with attached 1st Quarterly Fee Applications of Hogan, Lauzon Belanger and Scarfone Hawkins for filing; email reply from Luckey confirming service and filing; further email from Sessions with attached Direction from Divisional Court; review; email from Thompson regarding travel itinerary for attendance at Delaware hearing on July 14th;* | MGM | $375.00 | 0.30 | $112.50 |
| 06 /21/10 | *receipt of and response to inquiries from claimants* | DT | $475.00 | 0.25 | $118.75 |
| 06 /22/10 | *receipt and response to various class member inquiries, memos to and from AD regarding inquiries* | DT | $475.00 | 0.25 | $118.75 |
| 06 /22/10 | *Telephone messages and emails to and from Michel Belanger and Careen Hannouche regarding meeting in Montreal; conferences with David Thompson; email from Thompson to Hogan regarding payments pursuant to fee applications; email replies from Belanger and Hannouche regarding Montreal meeting;* | MGM | $375.00 | 0.40 | $150.00 |
| 06 /23/10 | *receipt Michel Belanger email* | DT | $475.00 | 0.10 | $47.50 |
| 06 /23/10 | *1:30 p.m.- 6:30 p.m. travel to Montreal for meeting; left office at 1:30 p.m., travel to Toronto Airport, flight to Montreal, cab to Lauzon Belanger office* | DT | $237.50 | 5.00 | $1,187.50 |
| 06 /23/10 | *6:30 p.m. - 8:00 p.m. meeting with Careen Hannouche and Michel Belanger, discuss and review current status, July 14, 2010 hearing* | DT | $475.00 | 1.50 | $712.50 |
| 06 /23/10 | *Email from Michel Belanger regarding Montreal meeting with Lauzon Belanger; conferences with David Thompson in preparation for Montreal meeting* | MGM | $375.00 | 0.20 | $75.00 |
| 06 /23/10 | *(1:30 p.m. to 6:30 p.m.); travel from office to Toronto airport; flight to Montreal; taxi to Lauzon Belanger; travel with David Thompson; conferences regarding various issues in anticipation of meeting at Lauzon Belange* | MGM | $187.50 | 5.00 | $937.50 |
| 06 /23/10 | *(6:30 p.m. to 8:00 p.m.); meet with Michel Belanger and Careen Hannouche in Montreal; review current status of proceedings and U.S. hearing on July 14, 2010* | MGM | $375.00 | 1.50 | $562.50 |

| 06/24/10 | 9:30 a.m. - 1:00 p.m. meeting with Michel Belanger and Careen Hannouche re: claims administration process, discuss protocol for Claims Administrator including criteria for claims analysis and processing | DT | $475.00 | 3.50 | $1,662.50 |
|---|---|---|---|---|---|
| 06/24/10 | 1:30 p.m. - 6:30 p.m. return travel to office, cab to airport, flight to Toronto, return travel to office | DT | $237.50 | 5.00 | $1,187.50 |
| 06/24/10 | (9:30 a.m. to 1:00 p.m.); meet with Michel Belanger, Careen Hannouche and David Thompson at Lauzon Belanger in Montreal; review claims administration process, protocol for claims administrator, and criteria, analysis and processing | MGM | $375.00 | 3.50 | $1,312.50 |
| 06/24/10 | (1:30 p.m. to 6:30 p.m.); travel from Montreal to airport, to Toronto and home | MGM | $187.50 | 5.00 | $937.50 |
| 06/24/10 | Email from David Thompson to Careen Hannouche regarding U.S. hearing on July 14th, travel and accommodations | MGM | $375.00 | 0.10 | $37.50 |
| 06/25/10 | consider content for claims administration protocol and distribution plan, email memo to Michel Belanger, etc. | DT | $475.00 | 0.50 | $237.50 |
| 06/25/10 | Emails from Hogan Law Firm to James Luckey with attached Certificates of No Objection regarding 2nd Applications of Hogan Law Firm and Lauzon Belanger for service and filing; email reply from Luckey | MGM | $375.00 | 0.10 | $37.50 |
| 06/26/10 | work on claims administration protocol and distribution plan, email to Michel Belanger, review precedents, memo to Matt Moloci re structure of protocol | DT | $475.00 | 1.20 | $570.00 |
| 06/28/10 | memo to Matt Moloci re: claims administration protocol and distribution plan | DT | $475.00 | 0.10 | $47.50 |
| 06/28/10 | prepare draft outline and template of claims administration protocol and plan of distribution, email to Michel Belanger, memo to Matt Moloci | DT | $475.00 | 1.00 | $475.00 |
| 06/28/10 | Email from Dan Hogan with attached Fee Auditor's Initial Report concerning $2M fee application; review; | MGM | $375.00 | 0.20 | $75.00 |
| 06/29/10 | receipt Dan Hogan email, review initial report of fee auditor, prepare response in draft to Dan Hogan, memos to and from Matt Moloci | DT | $475.00 | 1.00 | $475.00 |
| 06/29/10 | review and amend draft Dan Hogan email, letter to Dan Hogan, receipt Karen Harvey email, etc., prepare detailed email to Dan Hogan and Karen Harvey re fee auditor initial report, etc. | DT | $475.00 | 1.00 | $475.00 |
| 06/29/10 | Emails from and to David Thompson regarding Fee Auditors initial report; email from David Thompson regarding follow-up with Deanne Boll concerning Rust database of CDN ZAI claims; reply to Thompson; email from Karen Harvey forwarding email from John Port of Grace with attached W-9 and Vendor Information Form; email from Karen Harvey summarizing Fee Auditor's Initial Report and required responses; review; email from Dan Hogan to James O'Neill regarding July 14th hearing and intended response to Fee Auditor's Initial Report; | MGM | $375.00 | 0.80 | $300.00 |
| 06/30/10 | receipt Karen Harvey follow-up email, letter to Karen Harvey and Dan Hogan, memo to Matt Moloci | DT | $475.00 | 0.35 | $166.25 |
| 06/30/10 | receipt Careen Hannouche email, receipt Karen Harvey email, email to Grace re vendor application forms, etc., email to Karen Harvey re follow-up on issues raised by fee | DT | $475.00 | 0.50 | $237.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *auditor* | | | | |
| 06 /30/10 | *receipt Karen Harvey email and certification, execute and swear same and email back to Karen Harvey and send original back via courier* | DT | $475.00 | 0.25 | $118.75 |
| 06 /30/10 | *emails to and from Karen Harvey, emails to and from Grace re vendor forms* | DT | $475.00 | 0.25 | $118.75 |
| 06 /30/10 | *receipt Careen Hannouche and Karen Harvey emails re monthly applications* | DT | $475.00 | 0.10 | $47.50 |
| 06 /30/10 | Email from Ana Dobson to John Port at Grace with attached Vendor Information Form; email from David Thompson to Dan Hogan with responses to Fee Auditor's inquiries concerning $2M fee application; review; emails from Karen Harvey with attached 3rd Monthly Fee Applications of Scarfone Hawkins, Lauzon Belanger and the Hogan Firm; review; further email from Thompson to Hogan Law Firm with further particulars in response to Fee Auditor's inquiries concerning $2M fee application; review; email from Thompson to Harvey regarding 3rd Monthly Fee Applications; receive emails from Harvey to Fee Auditor and counsel attaching final 3rd Monthly Fee Applications for service and filing; | MGM | $375.00 | 0.60 | $225.00 |
| | | | **SUB-TOTAL** | **64.10** | **$23,507.50** |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 5% G.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON | DT | 27.20 | $475.00 | $12,920.00 | |
| DAVID THOMPSON – TRAVEL | DT | 10.00 | $237.50 | $2,375.00 | |
| MATTHEW G. MOLOCI | MGM | 16.90 | $375.00 | $6,337.50 | |
| MATTHEW G. MOLOCI – TRAVEL | MGM | 10.00 | $187.50 | $1,875.00 | |
| **SUB-TOTAL:** | | **64.1** | | **$23,507.50** | **$1,175.38** |
| **TOTAL FEES AND TAXES:** | | | | | **$24,682.88** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | GST EXEMPT | GST NON-EXEMPT | PLUS 5% GST | TOTAL |
|---|---|---|---|---|---|
| 06/23/10 06/24/10 | David Thompson - Travel Expense – Parking at Toronto Airport – Class Counsel meeting in Montreal at Lauzon Belanger (receipt has been misplaced) | | $56.00 | | |
| 06/23/10 06/24/10 | David Thompson –Travel Expense – Accommodation at Hotel Nelligan – Class Counsel meeting in Montreal at Lauzon | | $331.59 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Belanger | | | | |
| 06/24/10 | David Thompson –Travel Expense – Meal at Verses Restaurant – Class Counsel meeting in Montreal at Lauzon Belanger | | $100.00 | | |
| 06/23/10 06/24/10 | David Thompson - Travel Expense -  Class Counsel meeting in Montreal at Lauzon Belanger - West Jet flight to and from Montreal for David Thompson and Matt Moloci | | $693.26 | | |
| 06/23/10 06/24/10 | Matt Moloci - Travel Expense – Parking at Toronto Airport – Class Counsel meeting in Montreal at Lauzon Belanger | | $56.00 | | |
| 06/23/10 06/24/10 | Matt Moloci –Travel Expense – Accommodation  at Hotel Nelligan – Class Counsel meeting in Montreal at Lauzon Belanger | | $309.59 | | |
| 06/23/10 06/24/10 | Matt Moloci –Travel Expense – Taxis to and from airport in Montreal  – Class Counsel meeting in Montreal at Lauzon Belanger | | $86.00 | | |
| 06/24/10 | Matt Moloci -  Travel Expense – lunch at Moe's Deli & Bar with David Thompson - Class Counsel meeting in Montreal at Lauzon Belanger | | $42.30 | | |
| 06/24/10 | Matt Moloci -  Travel Expense – breakfast at Verses Restaurant - Class Counsel meeting in Montreal at Lauzon Belanger | | $7.44 | | |
| 06/30/10 | Courier Charge – FedEx to Daniel Hogan | | $42.00 | | |
| 06/01/10 06/30/10 | Long Distance Calls – Various calls from June 1, 2010 to June 30, 2010 | | $7.98 | | $ |
| **TOTAL DISBURSEMENTS:** | | | **$1732.16** | **$86.61** | **$1,818.77** |
| | | | | | |
| **TOTAL FEES, DISBURSEMENTS AND APPLICABLE TAXES:** | | | | | **$26,501.65** |

THIS IS OUR MONTYHLY FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*****Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page for photocopies.**