# EXHIBIT A

9900, boul. Cavendish, Bureau 110
St-Laurent (Québec)  H4M 2V2
Tél: (514) 745-0740  Fax: (514) 745-0416

À votre service depuis ...
At your service since ...  1987

**UNIGLOBE**

**Voyages Carolann Inc.**

TPS - #R105446348 – GST   TVQ - #1002720945 – QST

AGENT CC/CC BOOKING REF Z5Z7U4
318134

HANNOUCHE/CAREEN MRS

LAUZON BELANGER LESPERANCE INC.
286 ST PAUL OUEST/B 100
MONTREAL
QC H2Y 2A3

DATE:  JUN 28 2010                    5148444646

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---------|------|------|-----|--------|--------|
| US AIRWAYS | 13JUL | MONTREAL QC | PHILADELPHI PA | 1755 | 1943 |
| US 3349 | TUESDAY | P TRUDEAU INTL | INTL | | |
| S ECONOMY | | | TERMINAL C | | |

NON STOP
RESERVATION CONFIRMED                1:48 DURATION
FLIGHT OPERATED BY US AIRWAYS EXPRESS-REP
AIRCRAFT: EMBRAER 170
SEAT 07D NO SMOKING CONFIRMED

| EXPEDIAWEB | 13JUL | WILMINGTON DE | | | |
|------------|-------|---------------|---|---|---|
| | TUESDAY | NUMERO DE DOSSIER **132855597996 | | | |

| HOTEL | 13JUL | WILMINGTON DE | | | |
|-------|-------|---------------|---|---|---|
| | 14JUL | HOTEL DU PONT/CF-13285559 | | | |

11TH AND MARKET ST
WILMINGTON DE 19801
PHONE 302-594-3100
RATE 439.42CAD PER NIGHT PLUS TAXES

| US AIRWAYS | 14JUL | PHILADELPHI PA | MONTREAL QC | 2050 | 2242 |
|------------|-------|----------------|-------------|------|------|
| US 3176 | WEDNESDAY | INTL | P TRUDEAU INTL | | |
| S ECONOMY | | TERMINAL C | | | |

NON STOP
RESERVATION CONFIRMED                1:52 DURATION
FLIGHT OPERATED BY US AIRWAYS EXPRESS-REP
AIRCRAFT: EMBRAER 175
SEAT 07C NO SMOKING CONFIRMED

POSTED
30-6-10
#222

INVOICE NUMBER 0000318134                          1/  3

MERCI DE NOUS AVOIR FAIT CONFIANCE POUR VOS ARRANGEMENTS DE VOYAGE NOUS
DEVONS PAYER LES COMPAGNIES AÉRIENNES POUR LES BILLETS ÉMIS CHAQUE SEMAINE
NOUS APPRÉCIERIONS VOTRE PAIEMENT, POUR VOS BILLETS DANS LES PLUS COURTS DÉLAIS.
S.V.P. RETOURNER CETTE FACTURE AVEC VOTRE REMISE.

THANK YOU FOR FAVOURING US WITH YOUR TRAVEL BUSINESS. WE MUST PAY THE AIRLINES
EACH WEEK FOR ALL TICKETS ISSUED. WE WILL APPRECIATE RECEIVING PAYMENT FOR YOUR
TICKETS PROMPTLY.
PLEASE REMIT FROM THIS INVOICE.

**9900, boul. Cavendish, Bureau 110**
St-Laurent (Québec)  H4M 2V2
Tél: (514) 745-0740   Fax: (514) 745-0416

À votre service depuis ...
At your service since ... **1987**

# UNIGLOBE

**Voyages Carolann Inc.**

TPS – #R105446348 – GST     TVQ – #1002720945 – QST

AGENT CC/CC BOOKING REF Z5Z7U4
318134

HANNOUCHE/CAREEN MRS

LAUZON BELANGER LESPERANCE INC.
286 ST PAUL OUEST/B 100
MONTREAL
QC H2Y 2A3

DATE: JUN 28 2010                    5148444646

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---------|------|------|----|--------|--------|

UG                                              AIR FARE:CAD    353.00
                                              OTHER TAXES:      90.21
                                                  GST/HST:      19.51
                                                      QST:       1.97
SERVICE FEE:  34.69                     TOTAL CAD             39.15
TAX DETAILS:                    GST/HST: 1.73        QST: 2.73
SERVICE FEE DETAILS: GST/HST: CAD1.63       QST:  CAD2.57
                              SERVICE FEE
SERVICE FEE DETAILS: GST/HST: CAD0.10       QST:  CAD0.16
                        OPC
                              BILLET US AIR PAYE          -464.69
                              FRAIS UNIGLOBE PAYE          -36.89
                                  FRAIS OPC PAYE           -2.26
                              BASE HOTEL DU PONT           439.42
                              OTEL DU PONT PAYE           -439.42

                              INVOICE TOTAL CAD              0.00

TICKET PAYMENT: VI XXXXXXXXXXXX9686
SVCFEE PAYMENT: VI XXXXXXXXXXXX9686/EXP0412
SVCFEE PAYMENT: VI XXXXXXXXXXXX9686/EXP0412
OTHER CHARGES PAYMENT: CC
--------------------------------------------------------
RESERVATION NUMBER(S)  US/E686LW

TKT: US 037 2677009635
SVC: 954 0006279496
SVC: 954 0006279497

LIGNE D URGENCE APRES HEURES *SEULEMENT* 1-866-807-7349
EN AMERIQUE DU NORD OU 1-416-929-4363 A FRAIS VIRES
SVP MENTIONNER LE CODE YULWJ2105
POUR TOUT APPEL NON URGENT DES FRAIS DE SERVICE
ADDITIONNELS SERONT CHARGES A VOTRE COMPTE
L EMBARQUEMENT EST 45 MINUTES AVANT LE DEPART DU VOL
ENREGISTREMENT CANADA 1HR – USA 2HRS – EUROPE 3HRS AVANT
INVOICE NUMBER 0000318134                              2/  3

MERCI DE NOUS AVOIR FAIT CONFIANCE POUR VOS ARRANGEMENTS DE VOYAGE NOUS
DEVONS PAYER LES COMPAGNIES AERIENNES POUR LES BILLETS ÉMIS CHAQUE SEMAINE
NOUS APPRÉCIERIONS VOTRE PAIEMENT, POUR VOS BILLETS DANS LES PLUS COURTS DÉLAIS.
S.V.P. RETOURNER CETTE FACTURE AVEC VOTRE REMISE.

THANK YOU FOR FAVOURING US WITH YOUR TRAVEL BUSINESS. WE MUST PAY THE AIRLINES
EACH WEEK FOR ALL TICKETS ISSUED. WE WILL APPRECIATE RECEIVING PAYMENT FOR YOUR
TICKETS PROMPTLY.
PLEASE REMIT FROM THIS INVOICE.

9900, boul. Cavendish, Bureau 110
St-Laurent (Québec) H4M 2V2
Tél: (514) 745-0740 Fax: (514) 745-0416

À votre service depuis ...
At your service since ... **1987**

**UNIGLOBE**
**Voyages Carolann Inc.**

TPS – #R105446348 – GST    TVQ – #1002720945 – QST

AGENT CC/CC BOOKING REF Z5Z7U4
318134

HANNOUCHE/CAREEN MRS

LAUZON BELANGER LESPERANCE INC.
286 ST PAUL OUEST/B 100
MONTREAL
QC H2Y 2A3

DATE:  JUN 28 2010              5148444646

SERVICE          DATE  FROM              TO              DEPART   ARRIVE

VOS BAGAGES DOIVENT CORRESPONDRE AUX REGLEMENTS
BILLET/RESERVATION NON TRANSFERABLE - NON REMBOURSABLE
CHANGEMENTS SUJET A FRAIS DE PENALITE
CANADA- PIECE D IDENTITE AVEC PHOTO OBLIGATOIRE
TOUTES AUTRES DESTINATIONS-PASSEPORT VALIDE OBLIGATOIRE
MERCI D AVOIR RESERVE AVEC UNIGLOBE CAROLANN...CAROLE

INVOICE NUMBER 0000318134                          3/  3

MERCI DE NOUS AVOIR FAIT CONFIANCE POUR VOS ARRANGEMENTS DE VOYAGE NOUS
DEVONS PAYER LES COMPAGNIES AÉRIENNES POUR LES BILLETS ÉMIS CHAQUE SEMAINE
NOUS APPRÉCIERIONS VOTRE PAIEMENT, POUR VOS BILLETS DANS LES PLUS COURTS DÉLAIS.
S.V.P. RETOURNER CETTE FACTURE AVEC VOTRE REMISE.

THANK YOU FOR FAVOURING US WITH YOUR TRAVEL BUSINESS. WE MUST PAY THE AIRLINES
EACH WEEK FOR ALL TICKETS ISSUED. WE WILL APPRECIATE RECEIVING PAYMENT FOR YOUR
TICKETS PROMPTLY.
PLEASE REMIT FROM THIS INVOICE.

*Zonolite*

Releve de transaction
Transaction record
Aeroports de Montreal
975 Romeo Vachon Nord
Dorval    QC
Desj:68045410
E:10/05/17 15:16:00
Term: 63        RE:6848
No:VISA:450003**9686
  MT:36.00 $
P:10/05/18 19:36:58
TPS/GST#133140517RT0001
TVQ/PST#1009224 15TQ0001

**POSTED**
15-6-10

AÉROPORTS    DE MONTRÉAL
  MONTRÉAL  -  TRUDEAU
 (514) 633-3016   1 (866) ADM 3999

TPS 1.89
TVQ 1.40

+ 36
(pas k map)