# EXHIBIT B



# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

July 17, 2010

RE :  W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file :  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(June 1st 2010 to June 30th 2010)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | | |
|---|---|---|---|---|---|
| 2010-06-01 | CH | Email to Karen Harvey re: signature of certification notice | 0.17 | 285.00 | 48.45 |
| 2010-06-03 | CH | Email to Mr. Thompson, Mr. Moloci and Mr. Hogan re: comments on amended substantial contribution application | 0.25 | 285.00 | 71.25 |
| 2010-06-03 | MB | Review of arguments in Substantial Contribution Application; | 2.00 | 350.00 | 700.00 |
| 2010-06-03 | MB | Letter to David Thompson re: Substantial Contribution Application; | 0.50 | 350.00 | 175.00 |
| 2010-06-04 | CH | Review of the Amended Substantial Contribution Application re: Oct 2004 - Aug 2008 | 1.00 | 285.00 | 285.00 |
| 2010-06-04 | CH | Email to Mr. Thompson, Moloci, Hogan re: comments on amended substantial contribution application | 0.17 | 285.00 | 48.45 |
| 2010-06-10 | CH | Translation of the time summary for May 1- May 31, 2010 | 0.33 | 285.00 | 94.05 |
| 2010-06-10 | CH | Email to Karen Harvey re: time summary for May 1- May 31, 2010 | 0.08 | 285.00 | 22.80 |
| 2010-06-11 | CH | Email to Kathy Davis (Rust Consulting) on behalf of a class member to confirm if the class member is registered | 0.08 | 285.00 | 22.80 |
| 2010-06-16 | CH | Email to Nilsa Bartley (Grace) re: vendor payment form | 0.08 | 285.00 | 22.80 |
| 2010-06-23 | CH | Meeting with David Thompson, Matt Moloci and Michel Bélanger re: discussion and review of current status and July 14, 2010 hearing | 1.50 | 285.00 | 427.50 |
| 2010-06-23 | MB | Meeting with David Thompson, Matt Moloci and Careen Hannouche, discuss and review | 1.50 | 350.00 | 525.00 |



| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2010-06-24 | CH | current status, July 14, 2010 hearing; Meeting with David Thompson, Matt Moloci and Michel Bélanger re: claims administration process, discussion regarding protocol for Claims Administrator including criteria for claims analysis and processing | 3.50 | 285.00 | 997.50 |
| 2010-06-24 | MB | Meeting with David Thompson, Matt Moloci and Careen Hannouche re: claims administration process, discuss protocol for Claims Administrator including criteria for claims analysis and processing; | 3.50 | 350.00 | 1,225.00 |
| 2010-06-29 | CH | Review of fee auditor's report time summary Oct 2004 - Aug 2008 | 0.42 | 285.00 | 119.70 |
| 2010-06-30 | CH | Review of receipts and disbursements in time docket for May 2010 following Karen Harvey's inquiries | 0.42 | 285.00 | 119.70 |
| 2010-06-30 | CH | Email to Karen Harvey re: clarification on receipts and disbursements | 0.17 | 285.00 | 48.45 |
| 2010-06-30 | CH | Review of 3rd Monthly Fee Application (May 1-May 31, 2010) | 0.25 | 285.00 | 71.25 |
| 2010-06-30 | CH | Email to Karen Harvey re: comment on 3rd monthly fee application (May 1-May 31, 2010) | 0.08 | 285.00 | 22.80 |
| 2010-06-30 | CH | Email from David Thompson re: clarifications to Karen Harvey's questions re: fee auditor report time summary Oct 2004 - Aug 2008 | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES :** | **16.25** | | **$5,118.75** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 350.00 | 7.50 | 2,625.00 |
| CH | 285.00 | 8.75 | 2,493.75 |

**TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Various fees – Travel Agency Fees | 34.69 |
| Parking | 31.90 |
| **TOTAL TAXABLE DISBURSEMENTS** | **$66.59** |
| G.S.T. | 259.27 |
| Q.S.T. | 408.35 |
| **TOTAL** | **$5,852.96** |

\# G.S.T.  141312538  RT
\# Q.S.T. 1018952471