IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 17, 2010 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

**SUMMARY OF THE ONE HUNDRED AND TENTH MONTHLY
APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF
ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

Name of Applicant:                                           Ferry, Joseph & Pearce, P.A.

Authorized to provide
professional services to:                                   Official Committee of Asbestos Property Damage
                                                            Claimants

Date of retention:                                          April 18, 2001

Period for which compensation and
reimbursement is sought:                                    June 1, 2010 through June 30, 2010

Amount of compensation sought
as actual reasonable and necessary:                         $10,952.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                                  $  860.75

This is a:   __X__ monthly _____ interim _____ final application

**Prior Monthly Applications:**

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-<br>Docket No. | Period<br>Covered | Fees | Expenses | 80% of<br>Requested Fees | Expenses |
| 7/10/01-#577 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | $1,173.60 | $26.00 |

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 7/10/01-#578 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 | $2,708.31 |
| 7/30/01-#768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 | $1,643.75 |
| 09/05/01-#879 | 7/1/01-7/31/01 | $11,833.00 | $2,538.98 | $9,466.40 | $2,538.98 |
| 10/01/01-#979 | 8/1/01-8/31/01 | $6,068.00 | $1,391.31 | $4,854.40 | $1,391.31 |
| 10/30/01-#1039 | 9/1/01-9/30/01 | $6,048.00 | $2,258.87 | $4,838.40 | $2,258.87 |
| 01/02/02-#1436 | 10/1/01-11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 | $4,495.30 |
| 01/21/02-#1533 | 12/1/01-12/31/01 | $4,689.00 | $885.80 | $3,751.20 | $885.80 |
| 03/07/02-#1773 | 1/1/02-1/31/02 | $6,980.00 | $1,280.38 | $5,584.00 | $1,280.38 |
| 05/01/02-#2000 | 2/1/02-2/28/02 | $6,306.00 | $2,071.17 | $5,044.80 | $2,071.17 |
| 05/01/02-#2001 | 3/1/02-3/31/02 | $9,438.00 | $6,070.08 | $7,550.40 | $6,070.08 |
| 06/28/02-#2295 | 4/1/02-4/30/02 | $8,470.50 | $5,198.73 | $6,776.40 | $5,198.73 |
| 07/03/02-#2326 | 5/1/02-5/31/02 | $11,446.00 | $1,098.56 | $9,156.80 | $1,098.56 |
| 09/12/02-#2678 | 6/1/02-6/30/02 | $6,196.50 | $4,697.48 | $4,957.20 | $4,697.48 |
| 10/09/02-#2792 | 7/1/02-7/31/02 | $4,837.50 | $1,939.53 | $3,870.00 | $1,939.53 |
| 11/04/02-#2923 | 8/1/02-8/31/02 | $5,697.00 | $1,229.39 | $4,557.60 | $1,229.39 |
| 11/27/02-#3078 | 9/1/02-9/30/02 | $10,017.00 | $4,957.00 | $8,013.60 | $4,957.00 |
| 1/10/03-#3229 | 10/1/02-10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 | $1,235.50 |
| 1/14/03-#3243 | 11/1/02-11/30/02 | $6,033.00 | $929.00 | $4,826.40 | $929.00 |
| 2/10/03-#3361 | 12/1/02-12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 | $1,348.26 |
| 3/14/03-#3513 | 1/1/03-1/31/03 | $3,704.00 | $897.83 | $2,963.20 | $897.83 |
| 4/9/03-#3644 | 2/1/03-2/28/03 | $3,347.00 | $213.57 | $2,677.60 | $213.57 |
| 5/14/03-#3786 | 3/1/03-3/31/03 | $4,519.00 | $1,599.16 | $3,615.20 | $1,599.16 |
| 5/28/03-#3832 | 4/01/03-4/30/03 | $4,786.00 | $2,747.92 | $3,828.80 | $2,747.92 |
| 8/5/03-#4149 | 5/1/03-5/31/03 | $3,809.00 | $558.74 | $3,047.20 | $558.74 |
| 8/5/03-#4150 | 6/1/03-6/30/03 | $3,665.00 | $1,172.19 | $2,932.00 | $1,172.19 |
| 9/18/03-#4446 | 7/1/03-7/31/03 | $4,556.00 | $3,859.58 | $3,644.80 | $3,859.58 |

| Date Filed- Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 10/3/03-#4528 | 8/1/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 | $714.28 |
| 12/8/03-#4793 | 9/1/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 | $761.99 |
| 12/22/03-#4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 | $811.81 |
| 1/15/04-#4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 | $1,218.41 |
| 2/4/04-#5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 | $4,517.78 |
| 3/2/04-#5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 | $5,239.99 |
| 3/24/04-#5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 | $1,006.06 |
| 4/30/04-#5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 | $999.29 |
| 5/12/04-#5558 | 4/1/04-4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 | $1,106.67 |
| 6/24 /04-#5882 | 5/1/04-5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 | $1,074.62 |
| 8/3/04-#6113 | 6/1/04-6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 | $2,628.03 |
| 8/18/04-#6205 | 7/1/04-7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 | $1,256.09 |
| 10/12/04-#6596 | 8/1/04-8/31/04 | $5,926.50 | $322.61 | $4,741.20 | $322.61 |
| 11/11/04-#6885 | 9/1/04-9/30/04 | $7,021.00 | $916.09 | $5,616.80 | $916.09 |
| 12/10/04-#7141 | 10/1/04-10/31/04 | $5,974.00 | $30.21 | $4,779.20 | $30.21 |
| 1/5/05-#7448 | 11/1/04-11/30/04 | $6,819.00 | $779.92 | $5,455.20 | $779.92 |
| 1/28/05-#7650 | 12/1/04-12/31/04 | $10,671.00 | $1,669.15 | $8,536.80 | $1,669.15 |
| 2/23/05-#7869 | 1/1/05-1/30/05 | $11,672.00 | $3,438.34 | $9,337.60 | $3,438.34 |
| 3/31/05-#8152 | 2/1/05-2/28/05 | $8,219.00 | $2,528.21 | $6,575.20 | $2,528.21 |
| 4/29/05-#8302 | 3/1/05-3/31/05 | $9,261.50 | $1,902.00 | $7,409.20 | $1,902.00 |
| 5/18/05-#8455 | 4/1/05-4/30/05 | $8,022.50 | $2,671.26 | $6,418.00 | $2,671.26 |
| 6/13/05-#8607 | 5/1/05-5/31/05 | $6,019.60 | $2,915.50 | $6,022.80 | $2,915.50 |
| 7/22/05-#9050 | 6/1/05-6/30/05 | $11,111.00 | $791.15 | $8,888.80 | $791.15 |
| 8/9/05-#9153 | 7/1/05-7/31/05 | $13,746.00 | $1,961.98 | $10,996.80 | $1,961.98 |
| 9/13/05-#9413 | 8/1/05-8/31/05 | $12,562.50 | $3,025.41 | $10,050.00 | $3,025.41 |
| 11/3/05-#10982 | 9/1/05-9/30/05 | $21,156.00 | $3,983.64 | $16,924.80 | $3,983.64 |

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 12/5/05-#11248 | 10/1/05-10/31/05 | $24,776.00 | $2,840.05 | $19,820.80 | $2,840.05 |
| 12/9/05-#11305 | 11/1/05-11/30/05 | $24,440.00 | $4,385.98 | $19,552.00 | $4,385.98 |
| 1/31/06-#11670 | 12/1/05-12/31/05 | $20,418.00 | $996.50 | $16,334.40 | $996.50 |
| 3/29/06-#12157 | 1/1/06-1/31/06 | $15,783.50 | $2,553.29 | $12,626.80 | $2,553.29 |
| 3/31/06; #12189 | 2/1/06-2/28/06 | $21,018.50 | $1,737.77 | $16,814.80 | $1,737.77 |
| 4/28/06; 12339 | 3/1/06-3/31/06 | $13,410.00 | $1,820.28 | $10,728.00 | $1,820.28 |
| 5/30/06; 12553 | 4/1/06-4/30/06 | $9,372.00 | $810.62 | $7,497.60 | $810.62 |
| 6/28/06; 12726 | 5/1/06-5/31/06 | $15,593.00 | $1,795.79 | $12,474.40 | $1,795.79 |
| 7/28/06; 12872 | 6/1/06-6/30/06 | $11,833.00 | $2,661.82 | $9,466.40 | $2,661.82 |
| 8/29/06; 13084 | 7/1/06-7/31/06 | $13,919.00 | $372.03 | $11,135.20 | $372.03 |
| 10/3/06; 13347 | 8/1/06-8/31/06 | $25,721.00 | $3,163.97 | $20,576.80 | $3,163.97 |
| 10/30/06; 13534 | 9/1/06-9/30/06 | $20,620.00 | $2,607.79 | $16,496.00 | $2,607.79 |
| 11/30/06; 13847 | 10/1/06-10/31/06 | $25,612.50 | $636.62 | $20,490.00 | $636.62 |
| 12/29/06; 14193 | 11/1/06-11/30/06 | $25,306.50 | $1,397.04 | $20,245.20 | $1,397.04 |
| 1/31/07; 14446 | 12/1/06-12/31/06 | $26,300.00 | $3,740.80 | $24,780.80 | $3,740.80 |
| 3/2/07; 14733 | 1/1/07-1/3/07 | $27,353.00 | $8,548.58 | $21,882.40 | $8,548.58 |
| 3/28/07; 15002 | 2/1/07-2/28/07 | $23,656.50 | $2,117.18 | $18,925.20 | $2,117.18 |
| 5/2/07; 15480 | 3/1/07-3/31/07 | $24,686.00 | $3,574.42 | $19,748.80 | $3,574.42 |
| 5/30/07; 15901 | 4/1/07-4/30/07 | $24,796.50 | $1,809.05 | $19,837.20 | $1,809.05 |
| 6/29/07; 16206 | 5/1/07-5/31/07 | $26,916.50 | $2,240.76 | $21,533.20 | $2,240.76 |
| 7/30/07; 16430 | 6/1/07-6/30/07 | $16,955.50 | $3,817.52 | $13,564.40 | $3,817.52 |
| 8/28/07; 16660 | 7/1/07-7/31/07 | $24,534.50 | $1,954.28 | $19,627.60 | $1,954.28 |
| 9/28/07; 16942 | 8/1/07-8/31/07 | $16,389.00 | $2,845.54 | $13,111.20 | $2,845.54 |
| 10/29/07; 17182 | 9/1/07-9/30/07 | $19,000.00 | $1,370.52 | $15,200.00 | $1,370.52 |
| 11/28/07; 17468 | 10/1/07-10/31/07 | $24,122.50 | $223.33 | $19,298.00 | $223.33 |
| 12/31/07; 17727 | 11/1/07- 11/30/07 | $17,747.50 | $1,324.56 | $14,198.00 | $1,324.56 |

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 1/28/08; 17901 | 12/1/07-12/31/07 | $18,921.00 | $1,144.53 | $15,136.80 | $1,144.53 |
| 3/3/08; 18188 | 1/1/08-1/31/08 | $33,109.00 | $1,468.22 | $26,487.20 | $1,468.22 |
| 3/28/08; 18417 | 2/1/08-2/28/08 | $12,168.00 | $2,186.89 | $9,734.40 | $2,186.89 |
| 4/28/08; 18621 | 3/1/08-3/31/08 | $25,219.00 | $1,840.27 | $20,175.20 | $1,840.27 |
| 5/29/08; 18824 | 4/1/08-4/30/08 | $29,541.50 | $1,845.26 | $23,633.20 | $1,845.26 |
| 7/1/08; 19026 | 5/1/08-5/31/08 | $26,414.00 | $2,042.61 | $21,131.20 | $2,042.61 |
| 8/1/08; 19214 | 6/1/08-6/30/08 | $20,733.50 | $2,914.79 | $16,586.80 | $2,914.79 |
| 8/28/08; 19405 | 7/1/08-7/31/08 | $17,226.00 | $2,147.64 | $13,780.80 | $2,147.64 |
| 9/29/08; 19639 | 8/1/08-8/31/08 | $15,865.00 | $893.08 | $12,692.00 | $893.08 |
| 10/30/08; 19917 | 9/1/08-9/30/08 | $21,815.00 | $2,088.09 | $17,452.00 | $2,088.09 |
| 12/3/08; 20179 | 10/1/08-10/31/08 | $21,660.00 | $1,810.44 | $17,328.00 | $1,810.44 |
| 12/30/08; 20387 | 11/1/08-11/30/08 | $21,486.00 | $2,600.59 | $17,188.80 | $2,600.59 |
| 1/28/09; 20616 | 12/1/08-12/31/08 | $23,679.00 | $2,943.36 | $18,943.20 | $2,943.36 |
| 3/4/09; 20912 | 1/1/09-1/31/09 | $29,314.50 | $1,741.50 | $23,451.60 | $1,741.50 |
| 3/31/09; 21163 | 2/1/09-2/28/09 | $28,094.50 | $2,798.67 | $22,475.60 | $2,798.67 |
| 4/29/09; 21477 | 3/1/09-3/31/09 | $32,840.00 | $699.61 | $26,272.00 | $699.61 |
| 5/26/09; 21865 | 4/1/09-4/30/09 | $28,108.00 | $1,195.42 | $22,486.40 | $1,195.42 |
| 6/30/09; 22301 | 5/1/09-5/31/09 | $35,095.50 | $1,755.50 | $28,076.40 | $1,755.50 |
| 7/28/09; 22647 | 6/1/09-6/30/09 | $34,750.00 | $561.30 | $27,800.00 | $561.30 |
| 8/28/09; 23010 | 7/1/09-7/31/09 | $29,718.00 | $3,158.16 | $23,774.40 | $3,158.16 |
| 9/29/09; 23370 | 8/1/09-8/31/09 | $33,529.50 | $3,317.47 | $26,823.60 | $3,317.47 |
| 10/28/09; 23602 | 9/1/09-9/30/09 | $38,337.00 | $2,323.35 | $30,669.60 | $2,323.35 |
| 12/1/09; 23893 | 10/1/09-10/31/09 | $32,209.00 | $2,245.01 | $25,767.20 | $2,245.01 |
| 12/29/09; 24075 | 11/1/09-11/30/09 | $23,355.00 | $1,316.71 | $18,684.00 | $1,316.71 |
| 1/29/10; 24215 | 12/1/09-12/31/09 | $17,148.50 | $1,090.01 | $13,718.80 | $1,090.01 |
| 3/1/10; 24377 | 1/1/10-1/31/10 | $25,614.00 | $4,039.37 | $20,491.20 | $4,039.37 |

| Date Filed-Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | 80% of Requested Fees | Expenses |
| 3/30/10; 24548 | 2/1/10-2/28/10 | $9,486.00 | $3,586.47 | $7,588.80 | $3,586.47 |
| 5/4/10; 24736 | 3/1/10-3/31/10 | $15,634.50 | $1,771.57 | $12,507.60 | $1,771.57 |
| 6/1/10; 24869 | 4/1/10-4/30/10 | $12,552.00 | $1,379.68 | $10,041.60 | $1,379.68 |
| 6/29/10; 25005 | 5/1/10-5/31/10 | $11,798.50 | $401.64 | $9,438.80 | $401.64 |