### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:     (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                    May 1, 2010 to May 31, 2010

Invoice  #: 35924

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------:|-------:|
| B14 | Case Administration - | 19.70 | 5,210.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 97.50 |
| B18 | Fee Applications, Others - | 2.30 | 381.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 65.00 |
| B25 | Fee Applications, Applicant - | 3.60 | 663.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 8.80 | 2,860.00 |
| B36 | Plan and Disclosure Statement - | 2.20 | 602.50 |
| B37 | Hearings - | 3.30 | 1,072.50 |
| | **Total** | **40.40** | **$10,952.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 270.00 | 1.50 | 405.00 |
| Regina Matozzo | 200.00 | 7.80 | 1,560.00 |
| Theodore J. Tacconelli | 325.00 | 24.70 | 8,027.50 |
| Legal Assistant - MH | 150.00 | 6.10 | 915.00 |
| Legal Assistant - SEK | 150.00 | 0.30 | 45.00 |
| **Total** | | **40.40** | **$10,952.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                    **$860.75**

**Invoice No. 35924**                    **Page 2 of 2**                    **July 28, 2010**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-01-10 | *Case Administration* - Review agenda re; 6-7-2010 hearing | 0.10 | LLC |
| | *Case Administration* - Review case management memo re: week ending 5-28-10 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review April 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 5/28/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | Plan and Disclosure Statement - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Fee Auditor's Final Report re no objections for 35th interim period | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/28/10 | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re 35th interim period quarterly fee charts | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by Canadian ZAI claimants | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/7/10 hearing coverage | 0.10 | TJT |
| | *Case Administration* - Revise payments received chart, spreadsheet and fee app chart re $37.50 fee reduction for 11/23/09 | 0.20 | MH |
| | *Case Administration* - Update fee app/cno filed chart and payment received chart | 0.10 | MH |
| | *Case Administration* - determine allocation of 6/1/10 payment by debtor, update payments received chart | 0.20 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve April 2010 fee application | 0.40 | MH |
| Jun-02-10 | *Fee Applications, Others* - Review Bilzin 4-2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. O'Neill re 35th interim period fee chart | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Download, review and revise Bilzin's April 10 fee application and related documents, prepare certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's April 10 fee application | 0.40 | MH |
| Jun-03-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - - Review debtors' designation | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | of additional items in record on appeal re appeal by two Canadian PD claimants | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving debtors' motion to approve settlement with Northstar reinsurance | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Libby Claimants' response to MCC's objection to its participation in claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' reservation of rights re right of Libby Claimants, PI Committee and PIFCR to participate in MCC claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review MCC's surreply re debtors' objection to MCC claims | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of plan objections by Allstate Insurance Co. | 0.10 | TJT |
| Jun-04-10 | *Case Administration* - Review amended notice of agenda re: June 7, 2010 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 36th quarterly fee app and e-mail to M. Hedden re: same | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 36th quarterly fee app and e-mail M. Hedden re: same | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review certificate of counsel re 35th interim period project category summary and confer with paralegal | 0.20 | TJT |
| | *Case Administration* - Review certificate of counsel re proposed order re 35th interim period quarterly fee applications and prepare correspondence to J. O'Neill re same | 0.20 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for April 2010 | 0.40 | TJT |
| | *Case Administration* - Review certificate of no objection re claims settlement notice for claim numbers 9687 and 9688 | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re revised order for substantial contribution request by Lauzon Belanger and Scarfone-Hawkins with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of withdrawal of plan objections by LMI | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 3rd circuit opinion re: Grossman's | 0.60 | TJT |
| | *Hearings* - Confer with paralegal re 6/7/10 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 6/7 hearing | 0.20 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re possible incorrect total expense amount on fee chart for 35th interim period; review chart and related documents; review same for 34th interim period; confer with T. Tacconelli re amount was incorrectly carried over from 34th interim period fee chart | 0.20 | MH |
| | *Case Administration* - Cancel T. Tacconelli 's courtcall appearance re 6/7/10 hearing | 0.10 | MH |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare certificate of no objection and certificate of service re Bilzin's 36th quarterly fee application; e-mail to | 0.30 | MH |

| | | | |
|---|---|---|---|
| | L. Coggins re same | | |
| | *Fee Applications, Others* - Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's 36th quarterly fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re 36th quarterly fee application; e-mail to L. Coggins re same | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re 36th quarterly fee application | 0.30 | MH |
| Jun-05-10 | *Case Administration* - Review certificate of counsel re substantial contribution made by Hogan Firm with attachments | 0.20 | TJT |
| | *Case Administration* - Review daily memos re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 6/7 hearing | 1.40 | TJT |
| Jun-07-10 | *Case Administration* - Review revised order approving quarterly fee apps for 35th period and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re status for week ending 6/4/10; memo to T. Tacconelli and L. Coggins re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review correspondence from J. O'Neill re revised 35th interim period quarterly fee chart | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/4/10 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re participation by Libby Claimants' in debtors' objection to MCC claims | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.60 | TJT |
| | *Case Administration* - Prepare, forward 6/7/10 hearing transcript request | 0.10 | SEK |
| Jun-08-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review revised order re 35th interim period quarterly fee applications with new attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to enter into consent decree re Blackburn superfund site with voluminous attachments | 2.40 | TJT |
| | *Plan and Disclosure Statement* - Review Travelers' notice of withdrawal of all plan objections | 0.10 | TJT |
| | *Hearings* - Review 6/7 hearing notes | 0.10 | TJT |
| Jun-09-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review order approving fees and expenses of Lauzon Belanger and Scarfone Hawkins | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion for authority to enter into consent order re East Hampton, Mass. superfund site with attachments | 2.20 | TJT |

| | | | |
|---|---|---|---|
| Jun-10-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to make pension contribution payments with attachments | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Hearings* - Review notice of hearing date change for 7/14 | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to co-counsel re hearing date change for 7/14 | 0.20 | TJT |
| Jun-11-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review amended 2019 statement by Lipsitz and Ponterio | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| Jun-12-10 | *Case Administration* - Review order granting second application of Hogan Firm for administrative expense claim | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Memo to paralegal re date change for 7/20 hearing | 0.10 | TJT |
| | *Hearings* - Review notice of change of time for remaining 2010 omnibus hearing dates and revise calendar | 0.20 | TJT |
| Jun-14-10 | *Case Administration* - Review case management memo re: week ending June 11, 2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re:status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re:status for week ending 6/11/10, memo to T. Tacconelli and L. Coggins re:same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 6/11/10 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from RM re insurance rights transfer and confer with RM re same and review document | 0.30 | TJT |
| | *Hearings* - Review correspondence from paralegal re 6/7/10 hearing transcript | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re change of hearing start time for remaining omnibus hearing dates in 2010 | 0.10 | TJT |
| | *Case Administration* - Download 6/17/10 hearing transcript | 0.10 | MH |
| | *Case Administration* - Receive 6/7/10 transcript; email to MH; distribute transcript | 0.20 | SEK |
| Jun-15-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re Grossman's opinion | 0.10 | TJT |
| | *Case Administration* - Review e-mail from committee member re comment on Grossman's opinion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Munich Reinsurance with attachment | 1.40 | TJT |

| | | | |
|---|---|---|---|
| Jun-16-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Bilzin memo re 3rd circuit Grossman opinion and review parts of opinion | 0.70 | TJT |
| | *Case Administration* - Review memo from RM re transfer of insurance rights | 0.10 | TJT |
| Jun-17-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order approving final Piper Jaffery fee application | 0.10 | TJT |
| | *Case Administration* - Review amended application for allowance of administrative expense claim for Canadian ZAI counsel from October 04 to August 08 with voluminous attachments | 2.60 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| Jun-19-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review three miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| Jun-21-10 | *Case Administration* - Review case management memo re: week ending 6-18-2010 | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review docket re:status for week ending 6/18/10, memo to T. Tacconelli and L. Coggins re:same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous certificates of no objection filed by Canadian ZAI claimants | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/18/10 | 0.10 | TJT |
| Jun-22-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: April 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re April 2010 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re April 2010 fee application | 0.30 | MH |
| Jun-23-10 | *Fee Applications, Others* - Review CNO re: Bilzin April 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* – Prepare certificate of no objection and certificate of service re Bilzin's April fee application | 0.30 | MH |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* – Review docket, prepare for filing, and e-file and serve certificate of no objection re Bilzin's April 2010 fee application | 0.30 | MH |
| Jun-24-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review 2 miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review  and revise Ferry, Joseph & Pearce's May prebill and confer with paralegal | 0.50 | TJT |
| Jun-25-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.20 | RM |
| Jun-26-10 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of counsel and report re 28th omnibus objection to claims re objection to employee claims | 0.80 | TJT |
| Jun-28-10 | *Case Administration* - Review case management memo re: week ending 6-25-10 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review four miscellaneous certificates of no objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 6/25/10 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Continue reviewing exhibits to debtors' certificate of counsel re debtors' 28th omnibus objection to claims to employee claims | 1.20 | TJT |
|  | *Fee Applications, Applicant* - Modify May 2010 invoice; prepare notice, fee application and certificate of service re same | 0.80 | MH |
| Jun-29-10 | *Case Administration* - Confer with TJT re: various *Case Administration* issues | 0.10 | LLC |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Canadian ZAI claimants | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review certificate of no objection re debtors' motion to approve settlement with Harper Insurance Co. | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve May 2010 fee application | 0.40 | MH |
| Jun-30-10 | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Review certificate of no objection re debtors' motion to reopen FT cases | 0.10 | TJT |
|  | *Case Administration* - Review order denying motion to reopen FT cases without prejudice | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review memo from RM re insurance transfer rights | 0.10 | TJT |

Totals                                                                          40.40

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-01-10 | Photocopy Cost | 3.00 |
| | Postage | 1.22 |
| Jun-02-10 | Photocopy Cost | 3.40 |
| | Photocopy Cost | 1.10 |
| | Postage | 1.39 |
| | Postage | 1.39 |
| Jun-03-10 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.50 |
| Jun-04-10 | Photocopy Cost | 2.20 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| Jun-07-10 | Lexis Nexis - Account # 1402RF; Inv # 1005445688 | 97.00 |
| Jun-16-10 | Photocopy Cost | 2.20 |
| | First State Deliveries - hand delivery | 6.50 |
| Jun-23-10 | First State Deliveries - hand delivery | 6.50 |
| Jun-24-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.70 |
| | Blue Marble - cc 208.60; service 355.21 (Inv #42387) | 563.81 |
| Jun-25-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| Jun-28-10 | Blue Marble - cc 4.20; service 11.90 (Inv #42413) | 16.10 |
| Jun-29-10 | Photocopy Cost | 4.00 |
| | Blue Marble  - hand deliveries (Inv # 13686) | 28.50 |
| | Postage | 1.39 |
| Jun-30-10 | J&J Court Transcribers | 111.55 |
| | Totals | $860.75 |

**Total Fees & Disbursements**                                        **$11,813.25**