# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2010 - JUNE 30, 2010**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 1.3 | 903.50 |
| 0013 | Business Operations | 2.9 | 2,135.50 |
| 0014 | Case Administration | 9.8 | 2,343.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 139.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 24.4 | 17,204.00 |
| 0018 | Fee Application, Applicant | 3.8 | 1,000.00 |
| 0019 | Creditor Inquiries | 0.5 | 437.50 |
| 0020 | Fee Application, Others | 2.5 | 727.50 |
| 0021 | Employee Benefits, Pension | 3.8 | 2,641.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 33.6 | 22,974.00 |
| 0036 | Plan and Disclosure Statement | 0.4 | 350.00 |
| 0037 | Hearings | 2.1 | 1,519.50 |
| | | | |
| | **Total** | **85.3** | **$ 52,374.50** |

# STROOCK

## INVOICE

| DATE | July 16, 2010 |
|---|---|
| INVOICE NO. | 509909 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2010, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/03/2010 | Attend to recently filed replies re: MMC claims and objections thereto to be heard on 6/7/10. | Krieger, A. | 0.4 |
| 06/24/2010 | Attend to Debtors' motion re amended and restated asbestos settlement agreement with Munich Reinsurance. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.3 | $ 695 | $ 903.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 903.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 903.50 |
|---|---|

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/10/2010 | Attend to Capstone report re: Grace's lst quarter 2010 financials. | Krieger, A. | 0.6 |
| 06/11/2010 | Attend to Capstone's report for the Committee re: 1st quarter operations (1.3); telephone conference J. Dolan re: report (.3). | Krieger, A. | 1.6 |
| 06/11/2010 | Review Capstone report for 1st Quarter. | Kruger, L. | 0.4 |
| 06/14/2010 | Telephone call J. Dolan re: Capstone's report to the Committee re: first quarter operations. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.5 | $ 695 | $ 1,737.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,135.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,135.50 |
|-----------------------|------------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/01/2010 | Memorandum to DM re: review of proposed fee order and related materials. | Krieger, A. | 0.1 |
| 06/01/2010 | Obtain and circulate recently docketed pleadings in main case (.2); schedule telephonic hearing appearance for A. Krieger to be held on 6/7/10 (.2). | Mohamed, D. | 0.4 |
| 06/02/2010 | Exchanged memoranda with DM and with J. O'Neill re: order on 36th quarterly fee applications. | Krieger, A. | 0.2 |
| 06/02/2010 | Obtain and circulate recently docketed pleadings in main case (.7); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 1.0 |
| 06/03/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (.7). | Mohamed, D. | 0.9 |
| 06/04/2010 | Obtain and circulate recently docketed pleadings in main case (.8); review case docket nos. 01-771, 09-644 and 09-807 (.3); obtain documents for attorney review (.3). | Mohamed, D. | 1.4 |
| 06/07/2010 | MD Casualty case documents for A. Krieger. | Magzamen, M. | 0.2 |
| 06/07/2010 | Distributed filed pleadings. | Rivera, E. | 0.7 |
| 06/08/2010 | Exchanged memoranda with J. Baer, J. O'Neill re: notice of hearing date change. | Krieger, A. | 0.2 |
| 06/08/2010 | Obtain and distribute new pleadings. | Rivera, E. | 0.4 |
| 06/09/2010 | Memorandum to MM re: request for Blackburn site related pleading. | Krieger, A. | 0.1 |
| 06/09/2010 | Research re: Tyco claim settlement motion for | Magzamen, M. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | A. Krieger. | | |
| 06/10/2010 | Distributed newly filed pleadings. | Rivera, E. | 0.2 |
| 06/11/2010 | Distributed newly filed pleadings. | Rivera, E. | 0.9 |
| 06/15/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 06/16/2010 | Obtain and circulate recently docketed pleading in main case (.2); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.5 |
| 06/18/2010 | Review case docket nos. 01-771, 09-644 and 09-807. | Mohamed, D. | 0.3 |
| 06/23/2010 | Obtain and circulate recently docketed pleadings in main case (.3); review case docket nos. 01-771, 09-644 and 09-807 (.3). | Mohamed, D. | 0.6 |
| 06/28/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 06/29/2010 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 06/30/2010 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 695 | $ 417.00 |
| Magzamen, Michael | 0.4 | 305 | 122.00 |
| Mohamed, David | 6.6 | 190 | 1,254.00 |
| Rivera, Eddie M. | 2.2 | 250 | 550.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,343.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,343.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/28/2010 | Attend to COC re employee benefit claims and memorandum to J. Baer re publication of personal information. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 695 | $ 139.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 139.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 139.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2010 | Prepare memorandum for the Committee re: Harper insurance settlement. | Krieger, A. | 2.4 |
| 06/01/2010 | Review memo re: Harper settlement for Committee. | Kruger, L. | 0.4 |
| 06/02/2010 | Memorandum to the Committee re: Harper settlement. | Krieger, A. | 0.3 |
| 06/02/2010 | Review recent pleadings. | Pasquale, K. | 0.4 |
| 06/07/2010 | Memorandum to the Committee re: court hearing (.3); office conference M. Lastowski re: court hearing and status (.1). | Krieger, A. | 0.4 |
| 06/09/2010 | Attend to preparation of memorandum re: proposed Blackburn site consent decree. | Krieger, A. | 3.6 |
| 06/09/2010 | Review recent pleadings. | Pasquale, K. | 0.3 |
| 06/11/2010 | Attend to Committee Memorandum re: Blackburn Site Consent Decree. | Krieger, A. | 5.9 |
| 06/12/2010 | Prepare memorandum for the Committee re: Blackburn site consent decree with the United States. | Krieger, A. | 1.0 |
| 06/13/2010 | Prepare memorandum for the Committee re: Zonolite Easthampton site consent decrees with the United States. | Krieger, A. | 1.8 |
| 06/14/2010 | Attend to preparation of memorandum for the Committee re: authority for proposed consent order with MDEP regarding Zonolite site. | Krieger, A. | 2.1 |
| 06/15/2010 | Attend to memorandum to proposed Zonolite Easthampton consent order. | Krieger, A. | 1.6 |
| 06/16/2010 | Attend to modifications to Committee | Krieger, A. | 3.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum re environmental claims settlements and exchanged memoranda with M. Berg re: same. | | |
| 06/17/2010 | Finalize memorandum re EPA settlements. | Krieger, A. | 0.2 |
| 06/18/2010 | Memorandum to the Committee re: proposed settlement with the EPA. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 23.3 | $ 695 | $ 16,193.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.7 | 875 | 612.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,204.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,204.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2010 | Review fee auditor's project category summary for the 35th interim period. | Mohamed, D. | 0.4 |
| 06/03/2010 | Review/revise May bill and expenses. | Magzamen, M. | 0.5 |
| 06/09/2010 | Prepare May bill for A. Krieger review. | Magzamen, M. | 0.3 |
| 06/15/2010 | Attend to May 2001 fee statement. | Krieger, A. | 0.3 |
| 06/15/2010 | Review A. Krieger comments to May bill. | Magzamen, M. | 0.3 |
| 06/24/2010 | Finalize Stroock's one hundred and tenth monthly fee application for filing (.7); prepare certificate of service re same and forward to local counsel for filing on 6/28/10 (.5). | Mohamed, D. | 1.2 |
| 06/28/2010 | Prepare and effectuate service re Stroock's one hundred and tenth monthly fee application. | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 695 | $ 208.50 |
| Magzamen, Michael | 1.1 | 305 | 335.50 |
| Mohamed, David | 2.4 | 190 | 456.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,000.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,000.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/09/2010 | Telephone conference creditor re: plan confirmation status. | Pasquale, K. | 0.3 |
| 06/14/2010 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.5 | $ 875 | $ 437.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 437.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 437.50 |
|-----------------------|----------|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843 0020             |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/02/2010 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |
| 06/03/2010 | Attend to other professionals' fee applications, fee auditor's reports. | Krieger, A. | 0.2 |
| 06/21/2010 | Finalize Capstone's 75th monthly fee application for filing (.7); prepare notice and certificate of service re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 695 | $ 347.50 |
| Mohamed, David | 2.0 | 190 | 380.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 727.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 727.50 |
|-----------------------|----------|

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/04/2010 | Exchanged memoranda with R. Higgins re: agenda for pension conference call. | Krieger, A. | 0.2 |
| 06/10/2010 | Attend to Debtors motion seeking to make minimum pension contributions (.3); prepare for conference call with representatives for all parties re: pension plan (.5); conference call with representatives for all parties and follow-up conference call Capstone re: same (.6). | Krieger, A. | 1.4 |
| 06/14/2010 | Attend to Capstone's report re: 2010-2013 LTIP program. | Krieger, A. | 0.4 |
| 06/15/2010 | T/c J. Dolan re: memorandum for the Committee on LTIP program. | Krieger, A. | 0.2 |
| 06/22/2010 | Exchanged memoranda with Capstone re AON Retirement design study. | Krieger, A. | 0.1 |
| 06/23/2010 | Exchanged memoranda with Capstone re AON Plan Design study (.2); attend to study (.7). | Krieger, A. | 0.9 |
| 06/28/2010 | Conference call Capstone re AON Salaried Retirement Plan Design study. | Krieger, A. | 0.4 |
| 06/29/2010 | Exchanged memoranda with J. Dolan re AON Retirement Plan Design study inquiry. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.8 | $ 695 | $ 2,641.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,641.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,641.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 06/04/2010 | Review motion to approve Consent Decree re: Blackburn and Union Privileges Superfund Site (.6); review Consent Decree (.6). | Berg, M. | 1.2 |
| 06/04/2010 | Attend to Blackburn site settlement motion and memoranda to M. Berg re: same. | Krieger, A. | 0.2 |
| 06/07/2010 | Attend to Debtors' motion re: proposed EPA Consent Decree regarding the Blackburn Site (5.4); memorandum to M. Berg re: proposed settlement of Zonolite East Hampton Site (.2). | Krieger, A. | 5.6 |
| 06/08/2010 | Attend to agreements and documentation underlying Blackburn settlement (1.4); attend to Debtors' motion for approval of consent decree re: Zonolite East Hampton site (3.7). | Krieger, A. | 5.1 |
| 06/09/2010 | Telephone conversation with A Krieger re: Blackburn motion. | Berg, M. | 1.4 |
| 06/09/2010 | Preparation for and telephone call M. Berg re: proposed EPA consent decree with Grace over Blackburn superfund Site (1.8); memorandum to J. Baer, R. Higgins re: request PRP Agreement re: Blackburn site (.1); attend to memorandum to M. Berg re: underlying documentation for Blackburn site analysis (.3). | Krieger, A. | 2.2 |
| 06/10/2010 | Review A. Krieger's list of questions to Debtor's counsel re: Blackburn motion (.2); email to A. Krieger re: questions (.2). | Berg, M. | 0.4 |
| 06/10/2010 | Attend to information request to Debtors' counsel regarding the Blackburn site and forward same to J. Baer (2.5); exchanged memoranda with Capstone re: consent decree motions and information request (.3). | Krieger, A. | 2.8 |
| 06/11/2010 | Review Blackburn motion re: A. Krieger's | Berg, M. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | questions (.2); prepare a response (.5); telephone conversation with A. Krieger (.4). | | |
| 06/11/2010 | Exchanged multiple memoranda with M. Berg re: information request (.5); telephone conference re: Blackburn Site matter (.8); memorandum to J. Baer re: additional information request (.4). | Krieger, A. | 1.7 |
| 06/12/2010 | Review motion to approve AOC re: Zonolite/Grace facility in Easthampton, MA. | Berg, M. | 1.0 |
| 06/14/2010 | Telephone conversation with A. Krieger re: Zonolite/Easthampton settlement. | Berg, M. | 0.5 |
| 06/14/2010 | Telephone call M. Berg re: consent order and information request (.6); prepared additional information request to J. Baer regarding Blackburn and Zonolite Easthampton sites (.5); exchanged memoranda with J. Baer and MB re: 6/16/10 conference call (.1). | Krieger, A. | 1.2 |
| 06/15/2010 | Review PRP agreement re: Blackburn, review draft of memo to clients re: Blackburn. | Berg, M. | 1.4 |
| 06/15/2010 | Attend to Grace, Tyco, Shaffer joint defense agreement. | Krieger, A. | 0.9 |
| 06/16/2010 | Conference call with Debtor's counsel re: Blackburn and Union motion (1.3); conference call with Debtor's counsel re: Zonolite motion and settlement, telephone call with A. Krieger (.4); review revised draft memo to clients re: Blackburn and Zonolite. (.8). | Berg, M. | 2.5 |
| 06/16/2010 | Attend to joint defense agreement (.6); preparation for conference call with Grace representatives re: Blackburn site (.6); conference call Grace representatives re: Blackburn site (1.2); conference call Grace representatives re: Zonolite/Easthampton site and follow up t/c M. Berg. (.5). | Krieger, A. | 2.9 |
| 06/17/2010 | Memorandum to J. Baer re treatment of certain claims in respect of the Easthampton matters. | Krieger, A. | 0.2 |
| 06/18/2010 | Review draft memo re: EPA settlements. | Pasquale, K. | 0.3 |
| 06/22/2010 | Attend to revised Oldon Easthampton order. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/25/2010 | Attend to review of proposed revised order and telephone call J. Baer re comments on same. | Krieger, A. | 0.2 |
| 06/30/2010 | Email re: Blackburn Consent Decree. | Berg, M. | 0.1 |
| 06/30/2010 | Exchanged memoranda with J. Baer re further revised order with respect to Blackburn site. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 9.6 | $ 650 | $ 6,240.00 |
| Krieger, Arlene G. | 23.7 | 695 | 16,471.50 |
| Pasquale, Kenneth | 0.3 | 875 | 262.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,974.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 22,974.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 60.44 |
| Long Distance Telephone | 12.24 |
| Duplicating Costs-in House | 21.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 93.68 |
|---|---|

| TOTAL FOR THIS MATTER | $ 93.68 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/10/2010 | Telephone conference A. Rosenberg re: status. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.4 | $ 875 | $ 350.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 350.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 350.00 |
|-----------------------|----------|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2010 | Attend to agenda notice for 6/7/10 hearing and memorandum re: attendance at hearing. | Krieger, A. | 0.2 |
| 06/01/2010 | Review agenda for 6/7/10 hearing. | Kruger, L. | 0.2 |
| 06/02/2010 | Attend to pleading to be heard. | Krieger, A. | 0.3 |
| 06/04/2010 | Attend to pleading for 6/7/10 hearing (.2); attend to amended agenda (.1). | Krieger, A. | 0.3 |
| 06/07/2010 | Attend 6/7/10 omnibus hearing re: MCC claims and objection thereto (.5); attend to memoranda re: court hearing and office conference LK re: same (.6). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.9 | $ 695 | $ 1,320.50 |
| Kruger, Lewis | 0.2 | 995 | 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,519.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,519.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 52,374.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 93.68 |
| TOTAL BILL | $ 52,468.18 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.