# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## JUNE 1, 2010 - JUNE 30, 2010

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 1.0 | $ 995 | $ 995.00 |
| Pasquale, Kenneth | 1.9 | 875 | 1,662.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 9.6 | 650 | 6,240.00 |
| Krieger, Arlene G. | 58.1 | 695 | 40,379.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.5 | 305 | 457.50 |
| Mohamed, David | 11.0 | 190 | 2,090.00 |
| Rivera, Eddie M. | 2.2 | 250 | 550.00 |
| | | | |
| **Total** | **85.3** | | **$ 52,374.50** |