# EXHIBIT C

Case 01-01139-AMC    Doc 25130-3    Filed 07/28/10    Page 2 of 5

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JUNE 1, 2010 - JUNE 30, 2010

|  |  |
|---|---|
| Outside Messenger Service | $ 60.44 |
| Long Distance Telephone | 12.24 |
| Duplicating In-:House | 21.00 |
|  |  |
| **Total** | $ 93.68 |

# STROOCK

## Disbursement Register

| DATE | July 16, 2010 |
|---|---|
| INVOICE NO. | 509909 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through June 30, 2010, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associates, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270191567032 on 05/28/2010 | 9.63 |
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270196293622 on 05/28/2010 | 6.79 |
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270197972011 on 05/28/2010 | 6.79 |
| 06/07/2010 | VENDOR: UPS; INVOICE#: 0000010X827230; DATE: 06/05/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270199311007 on 05/28/2010 | 6.79 |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior VP & General Counsel, Columbia, MD 21044 Tracking #:1Z10X8270191738973 on 06/21/2010 | 6.89 |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi | 9.77 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | Ruhlander Esq Warren H. Smith and Associa, Republic Center, Dallas, TX 75201 Tracking #:1Z10X8270192860963 on 06/21/2010 | |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dave Klauder Esq. Office of the United States, 844 King Street Suite 2311, Wilmington, DE 19801 Tracking #:1Z10X8270194479757 on 06/21/2010 | 6.89 |
| 06/29/2010 | VENDOR: UPS; INVOICE#: 0000010X827260; DATE: 06/26/2010; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Dawn S. Marra Duane Morris LLP, 1100 North Market Street, Wilmington, DE 19801 Tracking #:1Z10X8270199435848 on 06/21/2010 | 6.89 |
| | **Outside Messenger Service Total** | **60.44** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 06/07/2010 | EXTN.795544, TEL.3026574942, S.T.11:34, DUR.00:13:43 | 7.78 |
| 06/14/2010 | EXTN.795544, TEL.2015877144, S.T.16:53, DUR.00:00:38 | 0.56 |
| 06/21/2010 | EXTN.795475, TEL.3026574938, S.T.14:29, DUR.00:00:53 | 0.56 |
| 06/24/2010 | EXTN.795007, TEL.4194472521, S.T.14:28, DUR.00:00:46 | 0.56 |
| 06/25/2010 | EXTN.795544, TEL.3126412162, S.T.12:21, DUR.00:04:31 | 2.78 |
| | **Long Distance Telephone Total** | **12.24** |

**Duplicating Costs-in House**
06/01/2010 — 21.00

| | |
|---|---|
| **Duplicating Costs-in House Total** | **21.00** |

---

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 60.44 |
| Long Distance Telephone | 12.24 |
| Duplicating Costs-in House | 21.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 3 | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 93.68 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM