```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number     2024714
One Town Center Road                  Invoice Date       07/28/10
Boca Raton, FL   33486                Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

     Fees                               122.50
     Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $122.50
                                                      =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA 15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number        2024714
One Town Center Road                     Invoice Date          07/28/10
Boca Raton, FL  33486       .            Client Number          172573
                                         Matter Number           60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2010

   Date    Name                                                   Hours
   ----    ----                                                   -----

06/07/10 Ament             Review agenda re: 6/7/10 hearing         .20
                           (.10); e-mails re: same (.10).

06/30/10 Ament             E-mails with P. Cuniff re:               .50
                           deadlines through October (.20);
                           review preliminary agendas
                           received from P. Cuniff (.10);
                           update hearing binders for Judge
                           Fitzgerald (.10); hand deliver
                           same to Judge Fitzgerald per J.
                           O'Neill request (.10).
                                                                   ------
                                                 TOTAL HOURS         .70


TIME SUMMARY                   Hours          Rate         Value
------------                   -----          ----         -----
Sharon A. Ament                0.70 at $    175.00  =      122.50

                           CURRENT FEES                                   122.50

                                                                      ------------
                           TOTAL BALANCE DUE UPON RECEIPT                $122.50
                                                                      ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number     2024715
5400 Broken Sound Blvd., N.W.            Invoice Date       07/28/10
Boca Raton, FL 33487                     Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                  1,778.50
    Expenses                              0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $1,778.50
                                                       ==============

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number      2024715
5400 Broken Sound Blvd., N.W.            Invoice Date       07/28/10
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number         60029
```

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2010

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/08/10 | Ament | Review e-mail re: May monthly fee application. | .10 |
| 06/11/10 | Ament | Attention to billing matters. | .50 |
| 06/11/10 | Muha | Review and revisions to May 2010 fee and expense detail. | .20 |
| 06/14/10 | Ament | Attention to billing matters (1.20); various e-mails with J. Deckman of doeLegal re: same (.20); various e-mails and meet with A. Muha re: same (.20). | 1.60 |
| 06/21/10 | Ament | Attention to billing matters (.30); various e-mails and meetings with D. Cameron re: same (.20). | .50 |
| 06/21/10 | Lord | Research docket and draft CNO for RS April monthly fee application. | .30 |
| 06/22/10 | Ament | Attention to billing matters relating to doeLegal (.50); various e-mails and conference calls re: same (.30). | .80 |
| 06/23/10 | Ament | E-mails re: billing matters. | .20 |
| 06/23/10 | Lord | E-file and serve CNO to Reed Smith April monthly fee application. | .30 |
| 06/24/10 | Ament | Review e-mail from J. Deckman of doeLegal. | .10 |

```
172573  W. R. Grace & Co.                          Invoice Number  2024715
60029   Fee Applications-Applicant                 Page     2
        July 28, 2010
```

| Date | Name | | Hours |
|---|---|---|---|
| 06/25/10 | Ament | Attention to billing matters (.10); e-mails re: May monthly fee application (.10). | .20 |
| 06/28/10 | Ament | Attention to billing matters (.20); e-mails with A. Muha re: same (.10); review invoices and calculate fees and expenses for May monthly fee application (.60); prepare spreadsheets re: same (.30); draft 107th monthly fee application (.30); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.80 |
| 06/29/10 | Ament | Attention to billing matters (.20); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 06/29/10 | Lord | Revise, e-file and serve Reed Smith May monthly (107th) fee application. | 1.30 |
| 06/30/10 | Ament | Attention to billing matters relating to doeLegal (.30); various e-mails re: same (.20); attention to billing matters relating to fee applications (.30); various e-mails re: same (.20). | 1.00 |

```
                                              TOTAL HOURS     9.20
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 0.20 at | $ 400.00 = | 80.00 |
| John B. Lord | 1.90 at | $ 240.00 = | 456.00 |
| Sharon A. Ament | 7.10 at | $ 175.00 = | 1,242.50 |

```
                        CURRENT FEES                          1,778.50

                        TOTAL BALANCE DUE UPON RECEIPT       $1,778.50
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number      2024716
One Town Center Road                     Invoice Date       07/28/10
Boca Raton, FL   33486                   Client Number       172573
```

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
    Fees                                 5,599.50
    Expenses                                 0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $5,599.50
                                                        ===========
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA 15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2024716
One Town Center Road                    Invoice Date        07/28/10
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60033
```

==========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2010

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/01/10 | Ament | Provide statement of issues on appeal and designation of items on appeal to T. Rea per request. | .30 |
| 06/01/10 | Rea | Drafted designation of record for Canadian appeal (1.6); e-mails re: Canadian claims (.2). | 1.80 |
| 06/02/10 | Rea | Finalized designation of record for filing. | .20 |
| 06/07/10 | Ament | Assist team with issues relating to PD claims. | .10 |
| 06/17/10 | Cameron | Review recent Third Circuit case and possible impact on future claims. | .90 |
| 06/17/10 | Rea | Calls to R. Finke and D. Speights re: Canadian settlements. | .20 |
| 06/19/10 | Cameron | Review recent Third Circuit opinion regarding future claims. | .50 |
| 06/23/10 | Cameron | Review and revise draft summary of Third Circuit decision and impact on future claim (0.6); meet with J. Restivo (0.2). | .80 |

```
172573  W. R. Grace & Co.                          Invoice Number    2024716
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        July 28, 2010


   Date    Name                                                        Hours
   -----   -----                                                        -----

 06/23/10  Restivo      Telephone calls with R. Finke, D.                2.80
                        Cameron and D. Ziegler (0.6);
                        analyze effect of Grossman
                        decision and memo re:  same (2.2).

 06/24/10  Restivo      Review proposed Confirmation Order.               .50

 06/26/10  Cameron      Review recent Third Circuit                       .80
                        opinion.

 06/28/10  Cameron      Review status of claims and future                .60
                        claims issues.
                                                                       ------
                                                    TOTAL HOURS          9.50


 TIME SUMMARY                   Hours         Rate          Value
 ------------                   -----         ----          -----
 Douglas E. Cameron              3.60  at  $  630.00   =   2,268.00
 James J. Restivo Jr.            3.30  at  $  685.00   =   2,260.50
 Traci Sands Rea                 2.20  at  $  455.00   =   1,001.00
 Sharon A. Ament                 0.40  at  $  175.00   =      70.00

                                CURRENT FEES                              5,599.50

                                                                       ------------
                                TOTAL BALANCE DUE UPON RECEIPT             $5,599.50
                                                                       ============
```