REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2024721
One Town Center Road                      Invoice Date      07/28/10
Boca Raton, FL   33486                    Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                                   0.00
    Expenses                              87.84

                TOTAL BALANCE DUE UPON RECEIPT        $87.84
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2024721
One Town Center Road                      Invoice Date      07/28/10
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60026

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.30
        PACER                                    0.56
        Duplicating/Printing/Scanning           28.70
        Postage Expense                          1.90
        Courier Service - Outside               26.00
        Outside Duplicating                     30.38

                        CURRENT EXPENSES                    87.84
                                                    --------------

                    TOTAL BALANCE DUE UPON RECEIPT         $87.84
                                                    ==============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number     2024721
One Town Center Road                 Invoice Date      07/28/10
Boca Raton, FL   33486               Client Number      172573
                                     Matter Number       60026
```

=========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/27/10 | Outside Duplicating<br>Mailout - Bankruptcy Mailouts/Mailout - Envelope | 30.38 |
| 05/28/10 | Postage Expense-Pleadings | 1.90 |
| 05/31/10 | PACER | .56 |
| 06/07/10 | Courier Service - Outside -- VENDOR: AMERICAN<br>EXPEDITING: Messenger Trip - Judge Fitzgerald -<br>5/24/10 | 12.60 |
| 06/11/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                         Invoice Number   2024721
60026   Litigation and Litigation Consulting      Page     2
        July 28, 2010

| | | |
|---|---|---|
| 06/14/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 06/15/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 11 COPIES | 1.10 |
| 06/17/10 | Courier Service - Outside -- VENDOR: PARCELS,<br>INC.: Delivery | 5.00 |
| 06/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 06/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 06/21/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 06/22/10 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - US Bankruptcy Court<br>- 6/04/10 | 8.40 |
| 06/22/10 | Telephone Expense<br>14105314355/COLUMBIA, MD/6 | .30 |
| 06/22/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/22/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/22/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/23/10 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 06/23/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 77 COPIES | 7.70 |
| 06/23/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 5 COPIES | .50 |
| 06/25/10 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 06/29/10 | Duplicating/Printing/Scanning<br>ATTY # 0718; 99 COPIES | 9.90 |

                              CURRENT EXPENSES                    87.84
                                                             ------------

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       July 28, 2010

Invoice Number  2024721
Page   3

TOTAL BALANCE DUE UPON RECEIPT          $87.84
                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2024722
One Town Center Road                      Invoice Date        07/28/10
Boca Raton, FL   33486                    Client Number        172573


============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                          0.00
     Expenses                    211.34

                    TOTAL BALANCE DUE UPON RECEIPT        $211.34
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2024722
One Town Center Road                    Invoice Date      07/28/10
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60033

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                    2.24
    Duplicating/Printing/Scanning           39.30
    Parking/Tolls/Other Transportation       6.93
    Air Travel Expense                     152.64
    Taxi Expense                            10.23

                    CURRENT EXPENSES                    211.34
                                                    --------------

            TOTAL BALANCE DUE UPON RECEIPT          $211.34
                                                    ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    2024722
One Town Center Road                Invoice Date      07/28/10
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60033


===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

05/20/10   Air Travel Expense                           150.00
           Airfare - VENDOR: Douglas E. Cameron, May 20, 20
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Air Travel Expense                             2.64
           Travel Agent Fee - VENDOR: Douglas E. Cameron, M
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Parking/Tolls/Other Transportation            6.93
           Parking - VENDOR: Douglas E. Cameron, May 20, 20
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Taxi Expense                                   4.62
           Taxi - VENDOR: Douglas E. Cameron, May 20, 2010
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/20/10   Taxi Expense                                   5.61
           Taxi - VENDOR: Douglas E. Cameron, May 20, 2010
           Travel Pittsburgh, PA/Washington, DC/Pittsburgh,
           PA for meetings with Richard Finke, Assistant

05/31/10   PACER                                          2.24

06/01/10   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES

06/01/10   Duplicating/Printing/Scanning                   .60
           ATTY # 000559: 6 COPIES
```

172573  W. R. Grace & Co.                              Invoice Number  2024722
60033   Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        July 28, 2010


06/01/10    Duplicating/Printing/Scanning                      .60
            ATTY # 000559: 6 COPIES

06/01/10    Duplicating/Printing/Scanning                      .60
            ATTY # 000559: 6 COPIES

06/10/10    Duplicating/Printing/Scanning                    36.90
            ATTY # 0349; 369 COPIES

                          CURRENT EXPENSES                   211.34
                                                       ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $211.34
                                                       =============