# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 11.4 | $  6,954.00 |
| Jacob N. Polatin | Partner | Real Estate | $610.00 | 20.0 | $ 12,200.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **31.4** | **$ 19,154.00** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $      2.73 |
|  |  |
| **TOTAL** | **$      2.73** |

B3772491.1


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2010
Invoice No.: 464815
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through June 30, 2010

| | |
|---|---|
| Fees | $19,154.00 |
| Disbursements | 2.73 |
| **Total Fees and Disbursements** | **$19,156.73** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102                                    Invoice No.: 464815
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          July 28, 2010
                                                                        Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/01/10 | Jaffe | Emails with Mr. Sabath and team regarding consent decree (0.4). | 0.4 |
| 06/03/10 | Jaffe | Telephone call with Mr. Bucens and review Town issues (0.3). | 0.3 |
| 06/15/10 | Jaffe | Team telephone conference regarding Town of Walpole and prepare for same (1.2); office conference with J. Polatin regarding deed restriction (0.2). | 1.4 |
| 06/15/10 | Polatin | Office conference with S. Jaffe (0.2); review Consent Decree and emails (1.1); draft Grant of Environmental Restriction and Easement (2.3). | 3.6 |
| 06/16/10 | Polatin | Draft Grant of Environmental Restriction and Consent Decree (2.6). | 2.6 |
| 06/16/10 | Jaffe | Emails with Ms. Duff and team regarding bankruptcy court review of consent decree (0.6). | 0.6 |
| 06/17/10 | Jaffe | Review, revise, draft letter to Town and emails with team regarding same (0.9). | 0.9 |
| 06/17/10 | Polatin | Draft Grant of Environmental Restriction and Consent Decree (3.4). | 3.4 |
| 06/18/10 | Jaffe | Review draft deed restriction and email from J. Polatin and email to team regarding same (1.2). | 1.2 |
| 06/21/10 | Polatin | Review Mr. Bucens comments (0.3). | 0.3 |
| 06/21/10 | Jaffe | Emails with team regarding Town and review of Mr. Bucens comments on deed restriction (0.7). | 0.7 |
| 06/23/10 | Jaffe | Review revised draft deed restriction (0.6). | 0.6 |
| 06/23/10 | Polatin | Revise Declaration per Mr. Bucens comments (2.6). | 2.6 |
| 06/24/10 | Polatin | Office conference with S. Jaffe and revise Declaration (3.3). | 3.3 |
| 06/24/10 | Jaffe | Team telephone conference regarding negotiations with Town (0.9); review deed restriction and office conference with J. Polatin and emails with team regarding same (0.9). | 1.8 |
| 06/25/10 | Jaffe | Review bankruptcy order revisions (0.3); review revised draft deed restriction (0.5). | 0.8 |
| 06/25/10 | Polatin | Revise Declaration (2.8). | 2.8 |
| 06/28/10 | Jaffe | Telephone calls and emails with Ms. Duff regarding | 2.2 |

Matter No.: 08743.00102                                              Invoice No.: 464815
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass              July 28, 2010
                                                                                Page 3

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| | | bankruptcy court order and review potential revisions to same (0.9); review, revise, draft deed restrictions and office conference with J. Polatin and email to team regarding same (1.3). | |
| 06/29/10 | Jaffe | Telephone call and emails with Ms. Duff regarding bankruptcy court issue (0.5). | 0.5 |
| 06/29/10 | Polatin | Review assessors' plans and Pirelli emailn (1.2); email to S. Jaffe (0.2). | 1.4 |
| | | **Total Hours** | **31.4** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 464815
July 28, 2010
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Jacob N. Polatin | 20.0 | at | 610.00 | = | 12,200.00 |
| Seth D. Jaffe | 11.4 | at | 610.00 | = | 6,954.00 |
| **Total Fees** | | | | | **$19,154.00** |

## Disbursement Summary

| Date | | | Amount |
|------|---|---|--------|
| 06/28/10 | Telephone | | 2.73 |
| **Total Disbursements** | | | **$2.73** |

| | Amount |
|---|--------|
| **Total Fees** | **$19,154.00** |
| **Total Disbursements** | **2.73** |
| **Total Fees and Disbursements** | **$19,156.73** |

To ensure proper credit to your account,
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 28, 2010
Invoice No.: 464815
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        <u>**$19,156.73**</u>

| | |
|---|---|
| **Remittance Address:** | **Overnight Remittance Address:** |
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Attn: Accounts Receivable |
| Woburn, MA 01813-3176 | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |

---

**Federal Tax ID : 04-2150535**

| **Wire Instructions:** | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

---

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 464815
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $610.00 | 4.8 | $  2,928.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **4.8** | **$   2,928.00** |

B3772491.1



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2010
Invoice No.: 464813
Matter No.: 08743.00103

**Re:**     **Wells G&H Superfund Site**

For Professional Services rendered through June 30, 2010

|   |   |   |
|---|---|---|
| Fees | | $2,928.00 |
| **Total Fees and Disbursements** | | **$2,928.00** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 464813
July 28, 2010
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 06/03/10 | Jaffe | Email to Mr. Smith and review schedule (0.2). | 0.2 |
| 06/09/10 | Jaffe | Emails from Mr. Smith and review documents in preparation for June 15 meeting (1.3). | 1.3 |
| 06/15/10 | Jaffe | Strategy meeting with Ms. Duff, Mr. Smith, Mr. Medler, and Ms. Gardner and prepare for same (3.1). | 3.1 |
| 06/16/10 | Jaffe | Emails with team regarding Central area data and analysis (0.2). | 0.2 |
| | | **Total Hours** | **4.8** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 464813
July 28, 2010
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 4.8 | at | 610.00 | = | 2,928.00 |
| **Total Fees** | | | | | **$2,928.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$2,928.00** |
| **Total Fees and Disbursements** | | **$2,928.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 28, 2010
Invoice No.: 464813
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

**Total Fees and Disbursements**      **$2,928.00**

| **Remittance Address:** | **Overnight Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Attn: Accounts Receivable |
| Woburn, MA 01813-3176 | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 464813
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company