<u>**EXHIBIT A**</u>

**June 2010 Fee Detail**

| Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 6/2/10 | Confer with J. McFarland re Anheuser Bush customer issue (.40); further confer re same and review code provisions re same (.30). | 0.70 | $625 | $ 437.50 |
| RJH | 6/2/10 | Confer with J. Baer re business operations inquiry from client and analyze issues re same (.50). | 0.50 | $475 | $ 237.50 |
| JSB | 6/10/10 | Confer with C. Finke re issues on subsidiary elimination/consolidation issues (.30); review April monthly operating report (.30). | 0.60 | $625 | $ 375.00 |
| JSB | 6/15/10 | Review correspondence and confer with J. McFarland re SAP software inquiry (.30); review case law cited by SAP re concerns (.40). | 0.70 | $625 | $ 437.50 |
| JSB | 6/22/10 | Review draft Seale & Associates agreement and confer with J. McFarland re same (.40); confer with J. McFarland re foreign affiliate hedging agreements (.20). | 0.60 | $625 | $ 375.00 |
| JSB | 6/24/10 | Confer with J. McFarland re further issues on Seale & Associates (.30). | 0.30 | $625 | $ 187.50 |
| Total | | | 3.40 | | $2,050.00 |

| Matter 4 | | Case Administration | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 6/1/10 | Participate in conference with Grace management re status of all matters (.70); review recently filed pleadings and attend to same (.30). | 1.00 | $625 | $ 625.00 |
| JSB | 6/8/10 | Participate in weekly Grace company status call (.50); review and organize materials from 6/7 hearing and follow up re issues on same (.70); review updated task list and follow up re same (.50); confer with R. Higgins re status of all outstanding matters (.50); confer with Court and Delaware Counsel re Omnibus hearing dates, change in schedule, and agenda for 7/14 hearing and prepare follow up correspondence re same (.40). | 2.60 | $625 | $1,625.00 |
| JSB | 6/10/10 | Review revised open issues list (.20); review newly filed pleadings and attend to same (.30). | 0.50 | $625 | $ 312.50 |
| JSB | 6/14/10 | Review and organize materials on various open projects (.80). | 0.80 | $625 | $ 500.00 |
| JSB | 6/15/10 | Review and organize materials from several projects and follow up re same (1.20). | 1.20 | $625 | $ 750.00 |
| JSB | 6/16/10 | Review and organize various claims and confirmation materials and identify open issues (1.10). | 1.10 | $625 | $ 687.50 |
| JSB | 6/21/10 | Review and respond to various client inquiries (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 6/22/10 | Review newly filed pleadings and attend to same (.40); prepare correspondence re status of JKF court call and outstanding scheduling matters (.30); review professionals list for billing system information and correspondence re same (.30). | 1.00 | $625 | $ 625.00 |
| JSB | 6/24/10 | Review and respond to creditor inquiries (.40). | 0.40 | $625 | $ 250.00 |
| JSB | 6/29/10 | Participate in Company status call (.40); prepare correspondence re claimant letters that need follow up from ACC (.30); prepare correspondence re change in call on AON retirement issues (.20) review current critical date list (.30). | 1.20 | $625 | $ 750.00 |
| RJH | 6/29/10 | Review list of outstanding projects and consider issues regarding same (.70). | 0.70 | $475 | $ 332.50 |
| RJH | 6/30/10 | Update outstanding projects list (1.10). | 1.10 | $475 | $ 522.50 |
| Total | | | 11.90 | | $7,167.50 |

2

| | Matter 6 | Claims Analysis Objection and Resolution (Non-Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 6/1/10 | Review Sierra Fund claims information (.30); follow up re same (.20); review revised claims statements for BMC/ Blackstone analysis and provide further comments re same (.80). | 1.30 | $625 | $ 812.50 |
| JSB | 6/1/10 | Review correspondence re MA DOR Tax settlement and draft agreement (.30); confer with R. Higgins re MA DOR issues (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 6/1/10 | Revise draft Massachusetts Tax Settlement Agreement and exchange correspondence and consider issues re same (1.50); telephone conference with C. Finke re issues arising from same and consider such issues (.70). | 2.20 | $475 | $1,045.00 |
| RJH | 6/2/10 | Analyze various claims issues and exchange correspondence and confer with various parties re same (.90); analyze outstanding employee claims issues and exchange correspondence with various parties re same (.50). | 1.40 | $475 | $ 665.00 |
| JSB | 6/3/10 | Review correspondence on MDOR settlement issues and respond re same (.30). | 0.30 | $625 | $187.50 |
| RJH | 6/3/10 | Confer with AON representatives re employee claims objection response issues and analyze same (.70); review and analyze Zhagrus claim issues (.80); exchange correspondence with various parties re Massachusetts tax settlement agreement and analyze issues re same (1.20); draft and exchange correspondence with various parties re various open claims negotiations (.80); confer with J. Hughes re same (.50). | 4.00 | $475 | $1,900.00 |
| RJH | 6/4/10 | Exchange correspondence with various parties re open claims issues (1.20); confer with M. Bersaw re his written response to employee claim objection (.50); follow up re same and other employee claim issues (.60). | 3.30 | $475 | $1,567.50 |
| RJH | 6/7/10 | Analyze issues re Rowe/Indmar stipulation and exchange correspondence with various parties re same (.80); analyze Zhagrus issue and legal research re same (1.90); consider issues re Massachusetts tax settlement and resolve same (.70); draft letter to M. Bersaw re his written response to employee claims objection (1.50). | 4.90 | $475 | $2,327.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/8/10 | Confer with R. Higgins on status of various outstanding claims (.30); follow up re National Union Bond Premium Claim (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 6/8/10 | Prepare for conference and confer with C. Finke, I. Slomka et al. re Massachusetts tax settlement (1.10); revise draft agreement re same (1.40); Revise Rowe/Indmar settlement agreement (.40); legal research re Zhagrus claim (.90); exchange correspondence with D. Lennon re North Carolina tax claim and analyze issues re same (.50); analyze status of various claims and outstanding legal issues (2.20); confer with J. Baer re same (.30); confer with E. Lieb re various employee claims issues and resolve same (.80). | 7.60 | $475 | $3,610.00 |
| JSB | 6/9/10 | Review correspondence re Zhagrus and confer re same (.30); review revised draft Rowe-Indmar settlement and confer re same (.30); review revised MA DOR settlement agreement and confer re same (.30); confer with R. Higgins re status of various outstanding claims (.30); confer with T. Freedman re SAP America issue and review correspondence re same (.30); review Zhagrus settlement agreement and further confer with R. Higgins re same (.40); prepare follow up correspondence on SAP agreement issues (.20). | 2.10 | $625 | $1,312.50 |
| RJH | 6/9/10 | Analyze and resolve various claims issues (2.20); confer with B. Branch re various employee claims issues and resolve same (.90); confer with B. Branch and R. Sullivan re Sullivan employee claims (.60); revise North Carolina tax settlement stipulation and exchange correspondence with D. Lennon re same (1.20); revise Rowe/Indmar settlement agreement and exchange correspondence with various parties re same (1.10); revise Massachusetts tax settlement agreement and exchange correspondence with various parties re same (.90). | 6.90 | $475 | $3,277.50 |
| RJH | 6/10/10 | Exchange correspondence with various parties re Rowe/Indmar settlement (.40); legal research re various issues arising from same and exchange correspondence with various parties (1.10); confer with D. Lennon re North Carolina tax stipulation and revise same and circulate to various parties (1.20); exchange further correspondence with D. Lennon and C. Finke re same (.60); confer with B. Branch re various employee claims issues and resolve same (1.10); draft letter to R. Sullivan re employee claim (.90). | 5.30 | $475 | $2,517.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/11/10 | Review correspondence re various outstanding claims (.30); review and respond to inquiries re North Carolina tax claim (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 6/11/10 | Confer with B. Branch re employee claims issues and resolve same (.70); Confer with E. Lieb re same (.50); exchange correspondence and confer with L. Gardner re Rowe/Indmar (.40); confer with C. Finke re Massachusetts Tax Settlement Agreement and revise same (.90); exchange correspondence with various parties re North Carolina tax settlement and revise agreement re same (1.40); exchange correspondence with A. Wright re Wright claim (.40). | 4.30 | $475 | $2,042.50 |
| JSB | 6/14/10 | Review BMC/ Blackstone claims update analysis (.40); review information re Sierra Liquidity claims (.30). | 0.70 | $625 | $ 437.50 |
| JSB | 6/15/10 | Review correspondence and chart re Employee claim objection status (.30); review updated Sierra Liquidity claims information and prepare correspondence re follow up on same (.40). | 0.70 | $625 | $ 437.50 |
| RJH | 6/15/10 | Prepare for and lead conference with S. Byers re her employee benefits claim (.90); prepare for and lead conference with J. McGuire re his employee benefits claim (.60); draft letter to J. Mc Guire (.60); exchange correspondence with various parties on employee claims issues (.80); telephone conferences with B. Branch re various employee claim issues (.90); analyze various employee claim issues (.50). | 4.30 | $475 | $2,042.50 |
| JSB | 6/16/10 | Review revised Sierra Liquidity chart (.20); prepare correspondence re same (.40); review status chart and identify priorities (.30). | 0.90 | $625 | $ 562.50 |
| RJH | 6/17/10 | Exchange correspondence with and confer with various parties re open claims and analyze issues re same (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 6/18/10 | Review correspondence re Zhagrus claims and materials re same (.30); follow up and respond re same (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 6/18/10 | Exchange correspondence and confer with various parties re employee claims issues (1.90); exchange correspondence with and confer with various parties re open claims and analyze issues re same (1.20). | 3.10 | $475 | $1,472.50 |
| RJH | 6/19/10 | Exchange correspondence and confer with various parties re employee claims issues (1.80). | 1.80 | $475 | $ 855.00 |

5

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/21/10 | Draft letter to A. Marsh re her written response to the proposed disallowance of her Employee Benefit Claim (1.20); prepare for and lead telephone conference with A. Marsh and follow up re same (.70); exchange correspondence with various parties re employee claims issues (1.30); analyze issues re same (.90); exchange correspondence with various parties re other open claims issues (.70); confer with B. Branch re employee claim matters (.50). | 5.30 | $475 | $2,517.50 |
| JSB | 6/22/10 | Confer with L. Gardner re Zhagrus follow up (.30); prepare follow up correspondence re SAP matter (.30). | 0.60 | $625 | $ 375.00 |
| RJH | 6/23/10 | Exchange correspondence with various parties re employee benefit claims matters (1.50); analyze issues and update status chart re same (1.30); telephone conference with E. Lieb and follow up re same (.80); exchange correspondence with parties re open claims issues (.50). | 4.10 | $475 | $1,947.50 |
| JSB | 6/24/10 | Confer with W. Concoran and L. Gardner re Zhagrus (.40); review correspondence re status of employee claims objections and responses (.30); review Blackstone/ BMC claims report and follow up on numerous questions and issues (3.0); prepare correspondence re same (.30). | 4.00 | $625 | $2,500.00 |
| RJH | 6/24/10 | Draft correspondence to S. Byers re proposed disallowance of claim (1.20); exchange correspondence with various parties re employee claims issues (1.70); draft certificate of counsel re same (1.90); analyze various issues re same and revise status chart re same (.90); draft form of report re outstanding written responses to employee claims objection and revise same (.50); multiple conferences with E. Lieb and J. Forgach re same (1.50); prepare for and lead telephone conference with E. Lewter and follow up re proposed disallowance of claim (.90); prepare for and lead telephone conference with D. Poole re proposed disallowance of her claim and follow up re same (.80); revise letter to J. McGuire re disallowance of claim (.70); draft correspondence to D. Poole re disallowance of her claim (1.20). | 11.30 | $475 | $5,367.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/25/10 | Review COC and report on Employee Claims objection and prepare comments re same (.40); review BMC responses on my comments to Blackstone/ BMC claims list (.30); review current claims status chart and update with work product (1.50); confer with M. Davis re AIG claim and outstanding issues re same (.30); review notes on several outstanding claims (.50); prepare correspondence re AIG claim issues (.40). | 3.40 | $625 | $2,125.00 |
| RJH | 6/25/10 | Draft and revise certificate of counsel re employee claims objection (1.20); prepare same for filing and assist in filing (1.30); exchange correspondence with various parties re same (.60); exchange correspondence with D. Lennon re North Carolina tax claim (.40); exchange correspondence with various parties and consider issues re Massachusetts tax settlement agreement (.50). | 4.00 | $475 | $1,900.00 |
| JSB | 6/28/10 | Prepare correspondence re follow up on Insurance claims and review same (.50); review pending claims listing and organize follow up re same (.30); review Plan re Executory Contract matters (.40); prepare follow up re same (.40); review correspondence re National Union Bond issues and follow up re same (.30); confer with R. Higgins re status of Employee claim/benefit issues (.30). | 2.20 | $625 | $1,375.00 |
| RJH | 6/28/10 | Telephone conference with J. McGuire re employee claim and disability issues (.70); confer and exchange correspondence with E. Lieb re same (.60); confer with J. Baer re employee claims issues (.30); Telephone conference with I. Slomka and C. Finke re Massachusetts tax settlement agreement and exchange correspondence re same (1.90). | 3.50 | $475 | $1,662.50 |
| JSB | 6/29/10 | Review correspondence from Plum Creek counsel re late POC and respond re same (.50); prepare follow up re Plum Creek requested information (.30); prepare follow up on CNA, Century and Home Insurance claims (.80); review Kinsella affidavit re Plum Creek issues (.30); prepare correspondence re same (.30). | 2.20 | $625 | $1,375.00 |
| RJH | 6/29/10 | Exchange correspondence with I. Slomka and others re Massachusetts tax claim (.50); review and consider outstanding claims issues (.30). | 0.80 | $475 | $ 380.00 |
| JSB | 6/30/10 | Prepare follow up re several outstanding claims (.50); review and respond re NY Hillside claim (.30); review correspondence re Newark group claim (.30). | 1.10 | $625 | $ 687.50 |

7

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/30/10 | Exchange correspondence with opposing counsel on various outstanding claims issues (1.90); exchange correspondence with L. Gardner and S. Tetro re Rowe/Indmar (.70); telephone conferences with I. Slomka re Massachusetts Tax Settlement Agreement (.60); telephone conference with G. Hurwitz and I. Slomka re same (.50); revise Massachusetts Tax Settlement Agreement (1.10). | 4.80 | $475 | $2,280.00 |
| Total | | | 107.30 | | $54,252.50 |

| | **Matter 8** | | **Employee Benefits/Pension** | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 6/1/10 | Review draft of Pension motion (.30); prepare follow up re same and DC Plan (.30); review and respond to further correspondence re same (.20). | 0.80 | $625 | $ 500.00 |
| RJH | 6/1/10 | Exchange correspondence re DB pension contribution motion and consider issues re same (.40); revise motion re same (.80). | 1.20 | $475 | $ 570.00 |
| RJH | 6/3/10 | Confer with J. Forgach re DB pension contribution motion and other issues (.90); confer with J. O'Connell re same (.30); revise motion and exchange correspondence with various parties re same (2.90). | 4.10 | $475 | $1,947.50 |
| JSB | 6/4/10 | Review correspondence re Pension motion and DC Plan and respond re same (.40). | 0.40 | $625 | $ 250.00 |
| RJH | 6/4/10 | Correspond with various parties re DB pension motion issues (1.10); confer with J. Baer, J. Forgach and others re same (.70). | 1.80 | $475 | $ 855.00 |
| RJH | 6/7/10 | Revise DB pension contribution motion, exchange correspondence with various parties re same and prepare same for filing (1.00). | 1.00 | $475 | $ 475.00 |
| RJH | 6/10/10 | Prepare for and participate in conference with committee financial advisors and counsel and company re DB pension contribution motion issues and follow up re same (.70). | 0.70 | $475 | $ 332.50 |
| JSB | 6/22/10 | Review correspondence re AON Pension study and prepare follow up re same (.30); review AON Pension study and confer with T. Freedman re same (.40). | 0.70 | $625 | $ 437.50 |
| Total | | | 10.70 | | $5,367.50 |

| Matter 11 | | Employment Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 6/7/10 | Prepare May fee application (1.30). | 1.30 | $475 | $ 617.50 |
| JSB | 6/9/10 | Review and revise May fee detail (1.0); prepare May expense application (.40). | 1.40 | $625 | $ 875.00 |
| JSB | 6/28/10 | Review final May fee application and provide revisions re same (.60). | 0.60 | $625 | $ 375.00 |
| RJH | 6/28/10 | Prepare May fee application (3.80). | 3.80 | $475 | $1,805.00 |
| RJH | 6/29/10 | Revise May fee application, exchange correspondence with various parties re same and prepare same for filing (2.00). | 2.00 | $475 | $ 950.00 |
| Total | | | 9.10 | | $4,622.50 |

| | Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | | Description | Time | Rate | Amount |
| JSB | 6/3/10 | | Confer with D. Hogan re fee application issues (.20); prepare correspondence re same (.20); confer with D. Boll re same (.20). | 0.60 | $625 | $ 375.00 |
| JSB | 6/4/10 | | Review revised Canadian Substantial Contribution application (.70); confer with T. Freedman re same (.40); confer with D. Hogan re same (.40); confer with D. Boll re same (.30); further confer with D. Hogan re same (.30); prepare correspondence re same (.20). | 2.30 | $625 | $1,437.50 |
| JSB | 6/7/10 | | Confer with T. Freedman and Delaware counsel for CDN-ZAI claimants re Substantial contribution fee application and related issues (.60). | 0.60 | $625 | $ 375.00 |
| JSB | 6/9/10 | | Confer with D. Hogan re further issues on Canadian fee application (.30); review Canadian Counsel's affidavit re fee issues (.40); confer with T. Freedman re Canadian counsel fee issues and confer with D. Hogan further re same (.50). | 1.20 | $625 | $ 750.00 |
| JSB | 6/10/10 | | Confer with D. Hogan re Canadian fee application (.30); prepare correspondence re same (.20); confer with T. Freedman re Hogan issues (.20); confer with T. Freedman and Grace re Canadian fee issues (.60). | 1.30 | $625 | $ 812.50 |
| JSB | 6/11/10 | | Review revised Canadian Special Counsel applications (.50) | 0.50 | $625 | $ 312.50 |
| JSB | 6/14/10 | | Further review Canadian Special Counsel application and prepare comments re same (.80); confer re same with T. Freedman and D. Boll (.40); prepare further revisions from all parties re same (.70); prepare correspondence re same (.30). | 2.20 | $625 | $1,375.00 |
| JSB | 6/16/10 | | Review final amended Canadian substantial contribution application and exhibits re same (.90). | 0.90 | $625 | $ 562.50 |
| Total | | | | 9.60 | | $6,000.00 |

11

**Matter 14**                                              **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/3/10 | Review draft revised 6/7 Agenda and prepare revisions to same (.30); further confer re issues on same (.20). | 0.50 | $625 | $312.50 |
| JSB | 6/4/10 | Review and organize materials for 6/7 Omnibus hearing (.80); review COC's from Canadian counsel re fee application issues for hearing (.30); review further revised hearing agenda and status of matters on same (.30). | 1.40 | $625 | $ 875.00 |
| JSB | 6/6/10 | Review 6/7 Agenda and prepare notes re June Omnibus hearing (.50). | 0.50 | $625 | $ 312.50 |
| JSB | 6/7/10 | Prepare for and participate in June Omnibus hearing (2.00); confer with co-counsel and clients after same and on status of case matters (.50). | 2.50 | $625 | $1,562.50 |
| JSB | 6/28/10 | Prepare correspondence re status of all matters for 7/14 hearing, need for CNO's, and related matters (.30); follow up re same (.20). | 0.50 | $625 | $ 312.50 |
| JSB | 6/29/10 | Review agenda for 7/14 hearing and prepare comments re same (.80). | 0.80 | $625 | $ 500.00 |
| JSB | 6/30/10 | Prepare correspondence re deadlines for 8/7 hearing and pending matters (.30); further review revised 7/14 hearing agenda and provide comments re same (.30); review order on fee motion and confer re same (.20). | 0.80 | $625 | $ 500.00 |
| RJH | 6/29/10 | Review proposed July 14 hearing agenda and provide comments re same (.50). | 0.50 | $475 | $ 237.50 |
| Total | | | 7.50 | | $4,612.50 |

| **Matter 15** | | **Litigation and Litigation Consulting** | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 6/1/10 | Review draft MCC reservation of rights (.30); confer with T. Freedman re potential new "tree bark" matter (.30); follow up re status of Walpole agreement (.20); follow up re status of Easthampton motion comments (.20); follow up re status of MCC discussions and conferences re same (.20); confer with R. Emmett re Easthampton settlement and issues re new claims (.30); review correspondence re Walpole Stipulation and order (.20); review EPA comments re Walpole motion (.20). | 1.90 | $625 | $1,187.50 |
| JSB | 6/2/10 | Review and summarize Otis PPA (.70); participate in call with co-counsel re status of MCC matters (.70); prepare follow up correspondence re Easthampton and respond re same (.30); review materials re tree pollution matter (.80); confer with counsel for Plum Creek re potential new environmental claim (.30); confer with W. Cocoran and R. Finke re Plum Creek (.30); review Libby and MCC sur-replies re MCC objection (.30). | 3.40 | $625 | $2,125.00 |
| JSB | 6/3/10 | Prepare final revisions to Walpole Motion, review final documents, and assemble same for filing (1.20); review final Walpole documents and prepare transmittal re same (.50); review and assemble final Easthampton documents and prepare revisions to Motion (1.20); prepare transmittal re same (.30); further review Easthampton and Walpole and prepare correspondence re service issues (.40); review correspondence re MCC claim objection and respond re same (.30); review and prepare correspondence re specialized service re Walpole motion (.30). | 4.20 | $625 | $2,625.00 |
| JSB | 6/4/10 | Confer with co-counsel and clients re MCC matters/ strategy for hearing on claims objection (.80); review comments from EPA re Easthampton Motion, revise same, and circulate revised motion (.50); review correspondence re Plum Creek related issues (.30); review new information re Libby study (.60); review further correspondence re Plum Creek (.30); finalize Easthampton Motion for filing and prepare transmittal re same (.40). | 2.90 | $625 | $1,812.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/8/10 | Review materials on Plum Creek, including new POC's (1.20); review Otis Consent decree and chart key terms for T. Freedman conference (.50); confer with L. Duff re MA DEP issues (.30); review A. Rich comments re Easthampton/ Oldon Settlement (.30); prepare correspondence re Plum Creek follow up (.20). | 2.50 | $625 | $1,562.50 |
| JSB | 6/9/10 | Confer with T. Freedman re Otis PPA and Consent decree and A. Rich Comments to Oldon agreement (.50); revise Easthampton Order as per A. Rich comments (.50); prepare correspondence re same (.30). | 1.30 | $625 | $ 812.50 |
| JSB | 6/10/10 | Review inquiries from A. Krieger on Walpole agreement, review same, and follow up re same (.40); review further information on Plum Creek (.30); prepare correspondence re revised Easthampton Order (.30); review Blackburn and Union PRP agreement (.40); prepare correspondence re same (.30); review A. Krieger inquiries re Walpole agreement (.30); review Oldon comments on revised Order and respond re same (.30); review correspondence and draft re North Carolina tax claim (.30). | 2.60 | $625 | $1,625.00 |
| JSB | 6/11/10 | Review Zhagus materials re overpayment issue (1.0); confer with L. Gardner re same (.70). | 1.70 | $625 | $1,062.50 |
| JSB | 6/14/10 | Review further information re Plum Creek (.20); review further inquiries re Walpole (.30); review and respond to correspondence re Walpole conference (.30); review further environmental inquiries and respond re same (.30). | 1.10 | $625 | $ 687.50 |
| JSB | 6/15/10 | Review correspondence re Easthampton matter and prepare follow up re same (.30); review Libby Settlement Agreement and Multi Site Agreement re inquiries re Libby ATSDR study (.90); review Tyco agreement/ order re Walpole matter (.40); prepare memo re Libby ATSDR Study issues (.70); review correspondence re Zhagrus matter (.20). | 2.50 | $625 | $1,562.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/16/10 | Review draft Certiorari petition re Montana Injunction (.40); prepare comments re same (.20); review draft responses from Grace re Walpole site questions (.30); participate in call with Grace representatives and counsel for the Unsecured Creditors re Walpole Motion and related agreements (1.20); review materials re Easthampton settlement in preparation for creditor committee call re same (.30); review Jeld-Wen case in light of various claim issues (.30); participate in call with Grace and creditors committee re Easthampton matter (.40). | 3.10 | $625 | $1,937.50 |
| JSB | 6/18/10 | Review correspondence re Nustar comments to Otis PPA (.30). | 0.30 | $625 | $ 187.50 |
| JSB | 6/21/10 | Follow up re Harington Tool, Zhagrus, and Garlock matters (.30); follow up re Pension Plan correspondence and issues (.30); review revised Otis PPA and comments re same (.50). | 1.10 | $625 | $ 687.50 |
| JSB | 6/22/10 | Prepare comments re Nustar charges to Otis PPA and review client comments re same (.50); further revise Easthampton Order at request of GUC counsel and prepare transmittal re same (.70); revise Walpole order (.40); prepare transmittal to client re same (.20); review WexTrust case re Montana appeal issues (.30); prepare transmittal on revised Walpole motion (.30). | 2.40 | $625 | $1,500.00 |
| JSB | 6/24/10 | Follow up re Walpole Order issues (.20); prepare correspondence re same (.30). | 0.50 | $625 | $ 312.50 |
| JSB | 6/25/10 | Review revised Otis PPA and comments re Nustar changes and prepare further comments re same (.40); confer with A. Krieger re further changes to the Walpole Order (.20); further revise Walpole Order and prepare correspondence re same (.40); review Samson changes to Otis PPA and respond re same (.20). | 1.20 | $625 | $ 750.00 |
| JSB | 6/28/10 | Prepare COC re Walpole Motion and revised Order (1.0); prepare COC re Easthampton Motion and revised order (1.0). | 2.00 | $625 | $1,250.00 |

15

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/29/10 | Review further Samson comments to Otis PPA and respond re same (.30); review correspondence re Ambrosia NJ site issues (.30); prepare and respond to correspondence re same (.20); prepare final; revisions and transmittal re filing revised Easthampton COC and order (.80); prepare correspondence re Walpole order (.30); review revised draft from Grace/ Samson to Nustar re Otis PPA (.20); review correspondence and EPA comments to Walpole order (.30); review correspondence re Ambrosia issues (.30). | 2.70 | $625 | $1,687.50 |
| JSB | 6/30/10 | Review and respond to correspondence re Ambrosia property in Newark (.30); review comments to Walpole Order from EPA and further revise same (.50); prepare correspondence re newly revised Walpole order and deadline re same (.30); respond to inquiries re Walpole Order issues (.50). | 1.60 | $625 | $1,000.00 |
| Total | | | 39.00 | | $24,375.00 |

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/1/10 | Review and analyze claims postpetition interest issues, exchange correspondence and confer with various parties re same (4.30). | 4.30 | $475 | $2,042.50 |
| RJH | 6/2/10 | Analyze latest draft of effective date claims reports and exchange correspondence with various parties re same (3.30); telephone conference with M. Araki re same (.40). | 3.70 | $475 | $1,757.50 |
| RJH | 6/3/10 | Analyze various effective date claims issues (1.10). | 1.10 | $475 | $522.50 |
| RJH | 6/4/10 | Analyze and resolve various effective date claims issues (.70). | 0.70 | $475 | $332.50 |
| JSB | 6/6/10 | Review Garlock affidavit re recent Chapter 11 filing and affect on Grace case and Garlock Plan objections (.50). | 0.50 | $625 | $312.50 |
| JSB | 6/7/10 | Review Garlock affidavit and Informational brief and confer re implications of same (.80); review new opinion on Frenville issues and confer re same (.80). | 1.60 | $625 | $1,000.00 |
| RJH | 6/8/10 | Develop effective date checklist (.70). | 0.70 | $475 | $332.50 |
| RJH | 6/9/10 | Analyze various effective date checklist issues and exchange correspondence with various parties re same (.80). | 0.80 | $475 | $380.00 |
| RJH | 6/10/10 | Review and analyze precedent re effective date issues (1.90). | 1.90 | $475 | $902.50 |
| RJH | 6/11/10 | Analyze plan re effective date issues (.50). | 0.50 | $475 | $237.50 |
| JSB | 6/18/10 | Confer with M. Shelnitz re status on confirmation and related issues (.30); review correspondence re Garlock issues (.30); review correspondence re Pension Plan issues and follow up re same (.30). | 0.90 | $625 | $562.50 |
| JSB | 6/22/10 | Review correspondence re Garlock objections and confer re same (.40); Confer with L. Gardner re confirmation timing (.20); prepare correspondence to SAP counsel re confirmation inquiry (.20); prepare correspondence to client re same (.20). | 1.00 | $625 | $625.00 |
| JSB | 6/23/10 | Review transcript from Pittsburgh Corning Confirmation hearing re Garlock issues (3.0). | 3.00 | $625 | $1,875.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 6/29/10 | Confer with M. Davis re AIG Bond issues (.30); prepare correspondence re same (.30); review continuing correspondence re Garlock (.20); confer with Grace financial re National Union bond issues (.30). | 1.10 | $625 | $ 687.50 |
| JSB | 6/30/10 | Review further correspondence on Century claim and settlement agreements and back-up documentation to same (.70); prepare correspondence re same (.30). | 1.00 | $625 | $ 625.00 |
| Total | | | 22.80 | | $12,195.00 |

| Matter 20 | | Travel – Nonworking | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| JSB | 6/6/10 | Travel from Chicago to Delaware for June Omnibus hearing (billed at ½ time) (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 6/7/10 | Travel from Wilmington, DE back to Chicago after June Omnibus hearing (billed at ½ time) (2.50). | 2.50 | $625 | $1,562.50 |
| Total | | | 4.50 | | $2,812.50 |

| Category | | Total |
|---|---|---|
| Total hours for all matters | | 225.80 |
| Total amount billed for all matters | | $123,455.00 |

| Attorney | Hours | | Amount |
|---|---|---|---|
| JSB Total | 108.00 | | $67,500.00 |
| RJH Total | 117.80 | | $55,955.00 |
| Total for Matters | 225.80 | | $123,455.00 |

19