# EXHIBIT B

## June 2010 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare, travel service fees | $529.40 |
| Transportation to/from Airport, Parking fees | $160.40 |
| Travel Meals | $15.00 |
| Hotels | $438.90 |
| Long Distance/Conference Telephone Charges/Internet | $558.03 |
| Federal Express | $25.39 |
| Misc Services (Pacer, Lexis) | $302.40 |
| **Total**: | **$2,029.52** |

## ITEMIZED EXPENSES

### Travel

| Date | Amount | Itemized Expense |
|---|---|---|
| 6/6/10 | $529.40 | United Airlines – Round trip airfare and travel fee from Chicago to Philadelphia for June Omnibus hearing |
| 6/6/10 | $10.00 | Dinner at ORD waiting for flight to Philadelphia for Omnibus hearing |
| 6/6/10 | $129.40 | Boston Coach - Car service from Philadelphia Airport to Wilmington DE late evening |
| 676/10 | $438.90 | Hotel DuPont - Hotel one night in Wilmington Delaware for June Omnibus hearing. |
| 6/7/10 | $5.00 | Breakfast prior to June Omnibus hearing. |
| 6/7/10 | $31.00 | Parking at ORD for trip to Wilmington DE for June Omnibus hearing. |
| Total | $1,143.70 | |

### Non-Travel

| Date | Amount | Service Description |
|---|---|---|
| 6/4/10 | $25.39 | Federal Express to Robert Emmett at Grace in Columbia MD |
| 6/22/10 | $61.56 | Sprint – Broadband charge for Grace for June, 2010 |

| | Service Description | | Amount |
|---|---|---|---|
| 6/25/10 | $61.50 | Long Distance Telephone – June Grace charges | |
| 6/30/10 | $434.97 | InterCall- June Grace conference call charges | |
| 6/30/10 | $302.40 | Lexis/Nexus – June charges for Grace | |
| Total | $ 885.82 | | |

Total June 2010 Expenses:  $2,029.52

2