## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: August 18, 2010 at 4:00 p.m.** |

### TWELFTH MONTHLY APPLICATION OF
### SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
### COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | June 1, 2010 through June 30, 2010 |
| Amount of fees to be approved as actual, reasonable and necessary: | $6,702.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $930.06 |

This is a(n): ___ interim           ____ final application.           _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40/ $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | O/D 7/29/10 |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2010 THROUGH MAY 31, 2010

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $600 | 8.7 | $5,220.00 |
| Melissa N. Flores | $195 | 7.6 | $1,482.00 |
| **TOTAL** | | **16.3** | **$6,702.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**MAY 1, 2010 THROUGH MAY 31, 2010**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.0 | $600.00 |
| Case Administration | 6.0 | $3,600.00 |
| Claim Analysis Objections & Resolutions (Non-Asbestos) | 0.9 | $540.00 |
| Employee Benefit/Pension | 0.4 | $240.00 |
| Fee Applications, Applicant | 3.8 | $741.00 |
| Fee Applications, Others | 3.8 | $741.00 |
| Hearings | 0.1 | $60.00 |
| Litigation and Litigation Counseling | 0.3 | $180.00 |
| **TOTAL** | **16.3** | **$6,702.00** |

4

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### MAY 1, 2010 THROUGH MAY 31, 2010

| | |
|---|---|
| Photocopying | $90.20 |
| Postage | $791.82 |
| Federal Express | $48.04 |
| **TOTAL** | **$930.05** |

SAUL EWING LLP

By:

Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: July 29, 2010