# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2102277 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  07/22/10 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00001 |
| Charlottesville, VA 22902 | |

Re:  Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/08/10 | TKDC | Reviewed 9019 motion to approve compromise with zai claimants | 0.6 | 360.00 |
| 06/16/10 | TKDC | Reviewed Motion to Approve Compromise under Rule 9019 Between W.R. grace a& Co. and Munich reinsurance America, Inc. | 0.4 | 240.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at $600.00 = | | 600.00 |

CURRENT FEES  600.00

**TOTAL AMOUNT OF THIS INVOICE**  600.00

**NET AMOUNT OF THIS INVOICE**  600.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2102278 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 06/01/10 | TKDC | Reviewed fee chart at the request of the debtor; checked with paralegal on numbers on fee chart, for submission to court | 0.4 | 240.00 |
| 06/02/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 06/03/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 06/04/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.6 | 360.00 |
| 06/07/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.5 | 300.00 |
| 06/08/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 06/09/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 06/10/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 06/11/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
07/22/10

WR Grace - Official Committee of Equity Security Holders
Case Administration

Invoice Number 2102278
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/14/10 | TKDC | Reviewed all ecf filings and distributed to counsel and paralegals | 0.3 | 180.00 |
| 06/15/10 | TKDC | Reviewed all ecf filings and distributed to counsel and paralegals | 0.4 | 240.00 |
| 06/16/10 | TKDC | Reviewed all ecf filings and distributed to counsel and paralegals. | 0.2 | 120.00 |
| 06/17/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.4 | 240.00 |
| 06/18/10 | TKDC | Reviewed all ecf filings and distributed to team counsel and paralegals | 0.2 | 120.00 |
|  |  | **TOTAL HOURS** | 6.0 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 6.0 | at | $600.00 | = | 3,600.00 |

CURRENT FEES                                                   3,600.00

**TOTAL AMOUNT OF THIS INVOICE**                                3,600.00

**NET AMOUNT OF THIS INVOICE**                                  3,600.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2102279 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00007 |

Re: Claim Analysis Objestions & Resolutions (Non-Asbestos)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/10 | TKDC | Reviewed Libby Claimants' Response to Maryland Casualty Company's Objection to Libby Claimants' Participation in Debtors' Objection to Claims Filed By Maryland Casualty Company | 0.2 | 120.00 |
| 06/04/10 | TKDC | Reviewed Debtors' Reservation of Rights Regarding Participation of Non-Debtors in Debtors' Objection to Maryland Casualty Company's Claims | 0.1 | 60.00 |
| 06/04/10 | TKDC | Reviewed Motion to Authorize Entry into a Consent Decree with the United States Regarding the Blackburn and Union Privileges Superfund Site - Walpole, M.A. | 0.6 | 360.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.9 | at | $600.00 | = | 540.00 |

CURRENT FEES    540.00

**TOTAL AMOUNT OF THIS INVOICE**    540.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC    Doc 25135-1    Filed 07/29/10    Page 5 of 12

359022
00007

07/22/10

WR Grace - Official Committee of Equity Security Holders
Claim Analysis Objestions & Resolutions (Non-Asbestos)

Invoice Number 2102279
Page 2

| | |
|---|---:|
| **NET AMOUNT OF THIS INVOICE** | 540.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2102280 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00010 |

Re: Employee Benefits/Pension

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/08/10 | TKDC | Reviewed motion to make defined contributions to employee benefit plan | 0.4 | 240.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $600.00 | = | 240.00 |

CURRENT FEES                                                                 240.00

**TOTAL AMOUNT OF THIS INVOICE**                                             240.00

**NET AMOUNT OF THIS INVOICE**                                               240.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2102281 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 90.20 |
| Postage | 791.82 |
| Federal Express | 48.04 |
| CURRENT EXPENSES | 930.06 |
| **TOTAL AMOUNT OF THIS INVOICE** | 930.06 |
| **NET AMOUNT OF THIS INVOICE** | 930.06 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2102282 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/08/10 | MNF | Review/make edits to prebills | 0.5 | 97.50 |
| 06/15/10 | MNF | Draft CNO re: 4th Quarterly fee app of Saul Ewing | 0.5 | 97.50 |
| 06/16/10 | MNF | E-file and serve CNO re: 4th Quarterly Fee app of Saul Ewing | 1.0 | 195.00 |
| 06/16/10 | MNF | Draft 11th monthly fee app of Saul Ewing for May 2010 | 1.0 | 195.00 |
| 06/21/10 | MNF | E-file and serve CNO re: 10th monthly fee app of Saul Ewing | 0.8 | 156.00 |
| | | TOTAL HOURS | 3.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 3.8 | at | $195.00 | = | 741.00 |

| | |
|---|---:|
| CURRENT FEES | 741.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 741.00 |
| **NET AMOUNT OF THIS INVOICE** | 741.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

07/22/10

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Applicant

Invoice Number 2102282
Page 2

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2102283 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/10 | MNF | E-file and serve 104th Monthly Fee app of Kramer Levin for April 2010; convert and send same to fee auditor | 1.0 | 195.00 |
| 06/09/10 | MNF | Draft CNO re: 32nd quarterly fee appof Kramer | 0.5 | 97.50 |
| 06/10/10 | MNF | E-file and serve CNO re: 32nd Quarterly fee app of Kramer Levin | 0.8 | 156.00 |
| 06/23/10 | MNF | Review docket re: objections to 104th monthly fee app of Kramer Levin; Draft CNO re: same; e-file and serve same | 1.5 | 292.50 |
| | | TOTAL HOURS | 3.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Melissa N. Flores | 3.8 | at | $195.00 | = | 741.00 |

CURRENT FEES                                                                 741.00

**TOTAL AMOUNT OF THIS INVOICE**                                             741.00

**NET AMOUNT OF THIS INVOICE**                                               741.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2102284 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/10 | TKDC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing | 0.1 | 60.00 |
| | | TOTAL HOURS | 0.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.1 | at | $600.00 | = | 60.00 |

CURRENT FEES                                                60.00

**TOTAL AMOUNT OF THIS INVOICE**                            60.00

**NET AMOUNT OF THIS INVOICE**                              60.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2102285 |
| Invoice Date | 07/22/10 |
| Client Number | 359022 |
| Matter Number | 00019 |

Re: Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/10 | TKDC | Reviewed Appellant Designation of Items For Inclusion in Record On Appeal re Vancouver; reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal and Objections to Claimants' Designation of Items to be Included in the Record on Appeal | 0.3 | 180.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $600.00 | = | 180.00 |

CURRENT FEES                                                                 180.00

**TOTAL AMOUNT OF THIS INVOICE**                                             180.00

**NET AMOUNT OF THIS INVOICE**                                               180.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP